# EXHIBIT D

| | |
|---|---|
| Invoice Date: | 12/21/15 |
| Invoice Number: | 727383 |
| Client Matter Number: | 66471.00002 |
| I.D.# | 01051 |

## Disbursements and Other Related Charges Incurred
## On Your Behalf

| Date | Description | | Amount |
|------|-------------|---|--------|
| 11/30/15 | Printing & Duplicating - Internal | $ | 1,484.10 |
| 11/01/15 | Parking, Tolls and Mileage - Overtime - S. Brown | $ | 27.00 |
| 11/01/15 | Overtime - Clerical | $ | 368.02 |
| 11/01/15 | Overtime - Clerical | $ | 229.15 |
| 11/01/15 | Overtime - Clerical | $ | 183.63 |
| 11/01/15 | Overtime - Clerical | $ | 230.82 |
| 11/01/15 | Westlaw On-Line Legal Research | $ | 24.00 |
| 11/01/15 | Westlaw On-Line Legal Research | $ | 89.10 |
| 11/01/15 | Westlaw On-Line Legal Research | $ | 89.10 |
| 11/01/15 | Westlaw On-Line Legal Research | $ | 213.84 |
| 11/02/15 | Parking, Tolls and Mileage - Overtime - L. Schmidt | $ | 45.50 |
| 11/02/15 | Parking, Tolls and Mileage - Overtime - J. McGill | $ | 36.30 |
| 11/02/15 | Overtime - Clerical | $ | 58.89 |
| 11/02/15 | Overtime - Clerical | $ | 196.98 |
| 11/02/15 | Overtime - Clerical | $ | 552.61 |
| 11/02/15 | Overtime - Clerical | $ | 229.23 |
| 11/02/15 | Westlaw On-Line Legal Research | $ | 121.14 |
| 11/03/15 | Parking, Tolls and Mileage - Overtime - L. Schmidt | $ | 45.50 |
| 11/03/15 | Parking, Tolls and Mileage - Overtime - J. McGill | $ | 36.30 |
| 11/03/15 | Overtime - Clerical | $ | 552.61 |
| 11/03/15 | Overtime - Clerical | $ | 122.28 |
| 11/03/15 | Overtime - Clerical | $ | 281.40 |
| 11/03/15 | Overtime - Clerical | $ | 229.23 |
| 11/03/15 | Westlaw On-Line Legal Research | $ | 196.02 |
| 11/03/15 | Westlaw On-Line Legal Research | $ | 17.82 |
| 11/03/15 | Westlaw On-Line Legal Research | $ | 35.64 |
| 11/04/15 | Parking, Tolls and Mileage - Overtime - L. Schmidt | $ | 45.50 |
| 11/04/15 | Parking, Tolls and Mileage - Overtime - J. McGill | $ | 36.30 |
| 11/04/15 | Overtime - Clerical | $ | 538.07 |
| 11/04/15 | Overtime - Clerical | $ | 225.12 |
| 11/04/15 | Overtime - Clerical | $ | 229.23 |
| 11/04/15 | Telecopy: 2 item(s) @ $1.00 | $ | 2.00 |
| 11/04/15 | Outside Copying - PAID TO: Reliable Philadelphia | $ | 67.50 |
| 11/04/15 | Westlaw On-Line Legal Research | $ | 160.38 |
| 11/04/15 | Westlaw On-Line Legal Research | $ | 265.50 |
| 11/05/15 | Miscellaneous Expense - PAID TO: Mark A. Fink - 10/20/15, Court Call - attending a hearing via Court Conference | $ | 72.00 |

Invoice Date:              12/21/15
Invoice Number:            727383
Client Matter Number: 66471.00002
I.D.#                        01051

| Date | Description | | Amount |
|------|-------------|---|--------|
| 11/05/15 | Transportation - Local while on business - PAID TO: Mark A. Fink  - 10/27/15, Cab fare from MMWR to residence re: late work | $ | 7.20 |
| 11/05/15 | Transportation - Local while on business - PAID TO: Mark A. Fink  - 10/21/15, Cab fare from MMWR to residence re: late work | $ | 6.04 |
| 11/05/15 | Transportation - Local while on business - PAID TO: Mark A. Fink  - 9/21/15, Cab fare from MMWR to residence re: Late work | $ | 5.85 |
| 11/05/15 | Transportation - Local while on business - PAID TO: David Dormont  - 10/28/15, Cab fare from MMWR to residence re: late work | $ | 21.00 |
| 11/05/15 | Transportation - Local while on business - PAID TO: Mark A. Fink  - 10/22/15, Cab fare from MMWR to residence re: late work | $ | 6.35 |
| 11/05/15 | Transportation - Local while on business - PAID TO: Mark A. Fink  - 10/23/15, Cab fare from MMWR to residence re: late work | $ | 6.98 |
| 11/05/15 | Transportation - Local while on business - PAID TO: Mark A. Fink  - 10/28/15, Cab fare from MMWR to residence re: late work | $ | 6.90 |
| 11/05/15 | Transportation - Local while on business - PAID TO: Katherine M. Fix  - 10/20/15, Cab fare from MMWR to residence re: late work | $ | 22.54 |
| 11/05/15 | Transportation - Local while on business - PAID TO: Katherine M. Fix  - 10/21/15, Cab fare from MMWR to residence re: late work | $ | 22.62 |
| 11/05/15 | Transportation - Local while on business - PAID TO: Katherine M. Fix  - 10/23/15, Cab fare from MMWR to residence re: late work | $ | 22.47 |
| 11/05/15 | Transportation - Local while on business - PAID TO: Katherine M. Fix  - 10/28/15, Cab fare from MMWR to residence re: late work | $ | 22.84 |
| 11/05/15 | Transportation - Local while on business - PAID TO: Katherine M. Fix  - 10/29/15, Cab fare from MMWR to residence re: late work | $ | 22.59 |
| 11/05/15 | Transportation - Local while on business - PAID TO: Katherine M. Fix  - 10/30/15, Cab fare from MMWR to residence re: late work | $ | 22.95 |
| 11/05/15 | Transportation - Local while on business - PAID TO: Sadd, Tricia  - 10/19/15, Cab fare from MMWR to residence re: late work | $ | 18.74 |

|                        |            |
|------------------------|------------|
| Invoice Date:          | 12/21/15   |
| Invoice Number:        | 727383     |
| Client Matter Number:  | 66471.00002 |
| I.D.#                  | 01051      |

| Date | Description | | Amount |
|------|-------------|---|--------|
| 11/05/15 | Transportation - Local while on business - PAID TO: Sadd, Tricia  - 10/21/15, Cab fare from MMWR to residence re: late work | $ | 14.12 |
| 11/05/15 | Transportation - Local while on business - PAID TO: Sadd, Tricia  - 10/23/15, Cab fare from MMWR to residence re: late work | $ | 14.73 |
| 11/05/15 | Transportation - Local while on business - PAID TO: Sadd, Tricia  - 10/25/15, Cab fare from residence to MMWR re: late work 10/24/15 with parking garage closed after 10pm. | $ | 25.58 |
| 11/05/15 | Transportation - Local while on business - PAID TO: Sadd, Tricia  - 10/28/15, Cab fare from MMWR to residence re: late work | $ | 14.73 |
| 11/05/15 | Transportation - Local while on business - PAID TO: Sadd, Tricia  - 10/31/15 Cab fare from MMWR to residence re: late work | $ | 14.55 |
| 11/05/15 | Lunch/Dinner Conference - PAID TO: Sadd, Tricia - 10/29/15, Dinner at 500 Degrees with T. Sadd, C. Marcovecchio, C.Dayon, K.Fix, L.Nelson, K.Mangan re: late work on Athos | $ | 73.39 |
| 11/05/15 | Lunch/Dinner Conference - PAID TO: Sadd, Tricia - 10/31/15, Lunch Jean's Cafe for EFH team | $ | 39.48 |
| 11/05/15 | Lunch/Dinner Conference - PAID TO: Katherine M. Fix  - 10/29/15, Lunch and Dinner conference snacks during EFH trial | $ | 35.46 |
| 11/05/15 | Parking, Tolls and Mileage - Overtime - J. McGill | $ | 36.30 |
| 11/05/15 | Parking, Tolls and Mileage - Overtime - L. Schmidt | $ | 45.50 |
| 11/05/15 | Overtime - Clerical | $ | 272.21 |
| 11/05/15 | Overtime - Clerical | $ | 538.07 |
| 11/05/15 | Overtime - Clerical | $ | 225.12 |
| 11/05/15 | Travel - Mileage - PAID TO: Sidney Liebesman - 10/25/15, Round trip mileage to Phila, PA to attend EFH team meeting (56@$.575) | $ | 32.20 |
| 11/05/15 | Parking & Tolls - PAID TO: Sidney Liebesman - 10/25/15, Parking expenses while in Phila., PA to attend EFH team meeting | $ | 12.00 |
| 11/05/15 | Parking & Tolls - PAID TO: Sadd, Tricia - 11/01/15, Parking expense (weekend parking) | $ | 19.00 |
| 11/05/15 | Parking & Tolls - PAID TO: Sadd, Tricia - 10/30/15, Parking re: late work | $ | 19.00 |
| 11/05/15 | Parking & Tolls - PAID TO: Sadd, Tricia - 10/24/15-10/25/15, overnight parking while working late on EFH | $ | 28.00 |

Invoice Date:          12/21/15
Invoice Number:        727383
Client Matter Number: 66471.00002
I.D.#                  01051

| Date | Description | | Amount |
|------|-------------|---|--------|
| 11/05/15 | Overtime Meals on Expense Report - PAID TO: Katherine M. Fix - 10/31/15, Meal expense at Marathon Grille for C. Dayon, T. Sadd, J. Gannon, & K. Fix re: late work | $ | 72.14 |
| 11/05/15 | Overtime Meals on Expense Report - PAID TO: Katherine M. Fix - 10/22/15, Meal expense (Marathon Grille) while working late | $ | 22.05 |
| 11/05/15 | Overtime Meals on Expense Report - PAID TO: David Dormont - 10/28/15, Meal expense re: late work on EFH | $ | 14.04 |
| 11/05/15 | Overtime Meals on Expense Report - PAID TO: Mark A. Fink - 10/22/15, Dinner expense at DiMeo's Pizzaiuoli Napulitani (DE) re: late work | $ | 23.75 |
| 11/05/15 | Overtime Meals on Expense Report - PAID TO: Mark A. Fink - 10/22/15, Dinner expense at DiMeo's Pizzaiuoli Napulitani (DE) re: late work | $ | 23.75 |
| 11/06/15 | Parking, Tolls and Mileage - Overtime - L. Schmidt | $ | 45.50 |
| 11/06/15 | Parking, Tolls and Mileage - Overtime - J. McGill | $ | 36.30 |
| 11/06/15 | Overtime - Clerical | $ | 229.23 |
| 11/06/15 | Overtime - Clerical | $ | 253.26 |
| 11/06/15 | Overtime - Clerical | $ | 305.40 |
| 11/06/15 | Federal Express Federal Express Package - Invoice #:522259846 Adam Brebner Sullivan & Cromwell 125 Broad Street NEW YORK CITY NY US 10041 Tracking #:781667813295 | $ | 87.30 |
| 11/06/15 | Federal Express Federal Express Package - Invoice #:522259846 Veronica Ip Sullivan & Cromwell 125 Broad Street NEW YORK CITY NY US 10041 Tracking #:781667836984 | $ | 87.30 |
| 11/06/15 | Storage - PAID TO: MCS Group, Inc - Job #E114369, Ingest and convert for set up batch print files | $ | 1,884.99 |
| 11/06/15 | Outside Copying - PAID TO: MCS Group, Inc - Job ticket #C125292, 16 Binder Duplicate | $ | 1,491.18 |
| 11/09/15 | Parking, Tolls and Mileage - Overtime - L Schmidt | $ | 42.75 |
| 11/09/15 | Parking, Tolls and Mileage - Overtime - J. McGill | $ | 36.30 |
| 11/09/15 | Overtime - Clerical | $ | 407.19 |
| 11/09/15 | Overtime - Clerical | $ | 171.93 |
| 11/09/15 | Overtime - Clerical | $ | 196.98 |
| 11/09/15 | Westlaw On-Line Legal Research | $ | 169.02 |
| 11/10/15 | Delivery Service - PAID TO: Parcels Inc - Delivery 10/26/15, Fr: MMWR Wilmington Office To: Office of the U.S. Trustee, Wilmington, DE | $ | 7.50 |
| 11/10/15 | Delivery Service - PAID TO: Parcels Inc - Delivery 10/27/15, Fr: MMWR Wilmington Office To: Judge Christopher Sontchi, U.S. Bankruptcy Ct, Wilmington, DE | $ | 7.50 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

| | | |
|---|---|---|
| Invoice Date: | | 12/21/15 |
| Invoice Number: | | 727383 |
| Client Matter Number: | | 66471.00002 |
| I.D.# | | 01051 |

| Date | Description | | Amount |
|---|---|---|---|
| 11/10/15 | Delivery Service - PAID TO: Parcels Inc - Delivery 10/29/15, Fr: MMWR Wilmington Office To: Judge Christopher Sontchi, U.S. Bankruptcy Ct., Wilmington, DE | $ | 7.50 |
| 11/10/15 | Delivery Service - PAID TO: Parcels Inc - Delivery 10/30/15, Fr: MMWR Wilmington Office To: Judge Christopher Sontchi, W.S. Bankruptcy Ct., Wilmington, DE | $ | 7.50 |
| 11/10/15 | Parking, Tolls and Mileage - Overtime - J. McGill | $ | 36.30 |
| 11/10/15 | Overtime - Clerical | $ | 363.56 |
| 11/10/15 | Overtime - Clerical | $ | 196.98 |
| 11/10/15 | Overtime - Clerical | $ | 323.85 |
| 11/10/15 | Outside Copying - PAID TO: Reliable Philadelphia - 2 sets of originals (qty 30,604/ea) | $ | 7,185.37 |
| 11/10/15 | Outside Copying - PAID TO: Parcels Inc - 768 Printed Pages, Tabs & Binding | $ | 153.20 |
| 11/11/15 | Transportation - Local while on business - PAID TO: Mark A. Fink  - 11/2/15, Cab fare from MMWR to residence re: late work on EFH matters | $ | 7.15 |
| 11/11/15 | Transportation - Local while on business - PAID TO: Mark A. Fink  - 11/3/15, Cab fare from MMWR to residence re: late work on EFH matters | $ | 6.18 |
| 11/11/15 | TO: Mark A. Fink  - 11/4/15, Cab fare from MMWR to residence re: late work on EFH matters Transportation - Local while on business - PAID | $ | 6.32 |
| 11/11/15 | Transportation - Local while on business - PAID TO: Mark A. Fink  - 11/06/15, Cab fare from MMWR to residence re: late work on EFH matters | $ | 6.48 |
| 11/11/15 | Transportation - Local while on business - PAID TO: Megan Diaz-Ellinghaus  - 9/7/15, Round trip Cab fare for holiday travel to and from Office to review and analyze documents re: evaluation of potential claims against sponsors, directors and officers | $ | 19.80 |
| 11/11/15 | Transportation - Local while on business - PAID TO: Megan Diaz-Ellinghaus  - 10/19/15, Cab fare from MMWR to residence re: late work re: review of 8-K's on edgar in connection with debt transaction chart | $ | 70.30 |
| 11/11/15 | Transportation - Local while on business - PAID TO: Megan Diaz-Ellinghaus  - 10/29/15, Cab fare from MMWR to residence re: late work re: reviewing and compiling sources cited in the objection | $ | 68.30 |
| 11/11/15 | Transportation - Local while on business - PAID TO: Mark A. Fink  - 10/29/15, Cab fare from MMWR to residence re: late work on EFH matters | $ | 6.23 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date:           12/21/15
Invoice Number:          727383
Client Matter Number:  66471.00002
I.D.#                      01051

| Date | Description | | Amount |
|------|-------------|---|--------|
| 11/11/15 | Transportation - Local while on business - PAID TO: Mark A. Fink - 10/30/15, Cab fare from MMWR to residence re: late work on EFH matters | $ | 7.03 |
| 11/11/15 | Transportation - Local while on business - PAID TO: Mark A. Fink - 10/31/15, Cab fare from MMWR to residence re: late work on EFH matters | $ | 6.53 |
| 11/11/15 | Lunch/Dinner Conference - PAID TO: Mark A. Fink - for lunch and dinner conferences during the EFH trial | $ | 199.03 |
| 11/11/15 | Lunch/Dinner Conference - PAID TO: Mark A. Fink - 10/31/15, Lunch expense M. Fink, D. Dormont, S. Liebesman while working on matters for EFH | $ | 58.00 |
| 11/11/15 | Lunch/Dinner Conference - PAID TO: Mark A. Fink - 11/1/15, Lunch expense M. Fink, S. Liebesman, D. Dormont, K. Nakamira (S&C), D. Marryshow (S&C), while working on matters for EFH | $ | 84.00 |
| 11/11/15 | Parking, Tolls and Mileage - Overtime - J. McGill | $ | 36.30 |
| 11/11/15 | Parking, Tolls and Mileage - Overtime - L Schmidt | $ | 42.75 |
| 11/11/15 | Overtime - Clerical | $ | 286.54 |
| 11/11/15 | Overtime - Clerical | $ | 565.99 |
| 11/11/15 | Overtime - Clerical | $ | 56.50 |
| 11/11/15 | Overtime - Clerical | $ | 253.26 |
| 11/11/15 | Travel - Lodging - PAID TO: Katherine M. Fix - 11/2/15, Lodging expense at Hotel DuPont while attending trial in Wilmington, DE | $ | 504.90 |
| 11/11/15 | Travel - Lodging - PAID TO: Katherine M. Fix - 11/2/15, Lodging expense at Hotel DuPont while attending trial in Wilmington, DE | $ | 504.90 |
| 11/11/15 | Out of Town Travel - PAID TO: Mark A. Fink - 11/6/15, Cab fare for K. Mangan from MMWR to residence while working on EFH matters | $ | 56.97 |
| 11/11/15 | Parking & Tolls - PAID TO: Katherine M. Fix - 11/2/15, Parking expense at Hotel DuPont while attending trial in Wilmington, DE | $ | 22.00 |
| 11/12/15 | Parking, Tolls and Mileage - Overtime - J. McGill | $ | 36.30 |
| 11/12/15 | Parking, Tolls and Mileage - Overtime - L Schmidt | $ | 42.75 |
| 11/12/15 | Overtime - Clerical | $ | 286.54 |
| 11/12/15 | Overtime - Clerical | $ | 710.84 |
| 11/12/15 | Overtime - Clerical | $ | 337.67 |
| 11/12/15 | Telecopy: 3 item(s) @ $1.00 | $ | 3.00 |
| 11/13/15 | Delivery Service - PAID TO: Parcels Inc - Delivery 11/2/15, Fr: MMWR Wilmington Office To: U.S. Bankruptcy Court 6, Judge Sontchi, Wilmington, DE re: 60 boxes | $ | 357.50 |

| | |
|---|---|
| Invoice Date: | 12/21/15 |
| Invoice Number: | 727383 |
| Client Matter Number: | 66471.00002 |
| I.D.# | 01051 |

| Date | Description | | Amount |
|---|---|---|---|
| 11/13/15 | Delivery Service - PAID TO: Parcels Inc - Delivery 11/2/15, Fr: MMWR Wilmington Office To: U.S. Bankruptcy Court 6, Judge Sontchi, Wilmington, DE re: rolling book cart (2) | $ | 50.00 |
| 11/13/15 | Delivery Service - PAID TO: Parcels Inc - Delivery 11/5/15, Fr: MMWR Wilmington Office To: U.S. Bankruptcy Court, Judge Sontchi, Wilmington, DE | $ | 32.50 |
| 11/13/15 | Delivery Service - PAID TO: Parcels Inc - Delivery 11/5/15, Fr: Bankruptcy Court, Wilmington, DE To: Parcels, Wilmington, DE re: shredding | $ | 97.50 |
| 11/13/15 | Delivery Service - PAID TO: Parcels Inc - Delivery 11/2/15, Fr:  MMWR Wilmington Office To: Judge C. Sontchi, U.S. Bankruptcy Court, Wilmington, DE | $ | 42.50 |
| 11/13/15 | Delivery Service - PAID TO: Parcels Inc - Delivery 11/3/15, Fr:  MMWR Wilmington Office, To: Epiq Bankruptcy Solutions, Wilmington, DE | $ | 10.00 |
| 11/13/15 | Delivery Service - PAID TO: Parcels Inc - Delivery 11/3/15, Fr: MMWR Wilmington Office To: U.S. Bankruptcy Court, Judge Sontchi, Wilmington, DE | $ | 7.50 |
| 11/13/15 | Delivery Service - PAID TO: Parcels Inc - Delivery 11/4/15, Fr: MMWR Wilmington Office To: U.S. Bankruptcy Court, Judge Sontchi, Wilmington, DE | $ | 32.50 |
| 11/13/15 | Parking, Tolls and Mileage - Overtime - J. McGill | $ | 36.30 |
| 11/13/15 | Parking, Tolls and Mileage - Overtime - L Schmidt | $ | 42.75 |
| 11/13/15 | Overtime - Clerical | $ | 349.02 |
| 11/13/15 | Overtime - Clerical | $ | 229.23 |
| 11/13/15 | Overtime - Clerical | $ | 253.26 |
| 11/13/15 | Outside Copying - PAID TO: Parcels Inc - 11/4/15, 1912 Printed Pages, Custom Tabs & binding (Dore Written Direct) | $ | 482.80 |
| 11/13/15 | Outside Copying - PAID TO: Parcels Inc - 11/4/15, 2,590 Printed Pages, B&W (10-21-15 Energy Mendelsohn Revised) | $ | 310.80 |
| 11/13/15 | Outside Copying - PAID TO: Parcels Inc - 11/4/15, 3,330 Printed Pages, Custom Tabs & Binders (Ashby Witness Binder" & Ashby Deposition" | $ | 666.00 |
| 11/13/15 | Outside Copying - PAID TO: Parcels Inc - 11/5/15, 2,952 Printed Pages & Binding (Hearing Transcript and Full Day draft" | $ | 478.80 |
| 11/13/15 | Outside Copying - PAID TO: Parcels Inc - 11/6/15, 686 Printed Pages & Binding (11-05 Draft" | $ | 120.60 |
| 11/13/15 | Outside Copying - PAID TO: Parcels Inc - 11/5/15, 1,056 Printed Pages & Binding (685) | $ | 176.40 |
| 11/13/15 | Outside Copying - PAID TO: Parcels Inc - 11/5/15, 1,520 Printed Pages, Custom Tabs & Binding (Ashby Revised) | $ | 388.00 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

| | | |
|---|---|---|
| Invoice Date: | | 12/21/15 |
| Invoice Number: | | 727383 |
| Client Matter Number: | | 66471.00002 |
| I.D.# | | 01051 |

| Date | Description | | Amount |
|---|---|---|---|
| 11/13/15 | Outside Copying - PAID TO: Parcels Inc - 11/5/15, 1,902 Printed Pages & Binding (Hearing Transcript - 11-4-2015) | $ | 303.30 |
| 11/13/15 | Outside Copying - PAID TO: Parcels Inc - 11/4/15, 620 Printed Pages & Binding (10-21-15 Energy-Mendelsohn-Revised plus errata) | $ | 429.00 |
| 11/13/15 | Outside Copying - PAID TO: Parcels Inc - 11/2/15, 6 sets of 21 exhibit numbers (client request) | $ | 54.00 |
| 11/13/15 | Outside Copying - PAID TO: Parcels Inc. | $ | 37.00 |
| 11/13/15 | Outside Copying - PAID TO: Parcels Inc - 11/3/15, 3,910 Printed pages, Custom Tabs, Binders with covers (Carter Witness) | $ | 726.50 |
| 11/13/15 | Outside Copying - PAID TO: Parcels Inc - 11/4/15, 180 Printed Pages / Color | $ | 180.00 |
| 11/16/15 | Lunch/Dinner Conference - PAID TO: Stephen A. Grossman Lunch for Grossman, Fix, and Gannon- dep prep meeting- 09/13/15 | $ | 30.50 |
| 11/16/15 | Travel - Lodging - PAID TO: Cora A. Dayon Overnight stay in Wilmington- trial preparation- 11/12/15 | $ | 196.90 |
| 11/16/15 | Travel - Mileage - PAID TO: Cora A. Dayon RT- travel- Burlington/ Wilmington- 116m less 29m (regular commute) = 87m @. $575-  11/11/15- trial preparation | $ | 50.03 |
| 11/16/15 | Travel - Mileage - PAID TO: Cora A. Dayon RT- travel- Cherry Hill/ Phila. PA- 20m @ $.575- electronic document review-  10/31/15 | $ | 11.50 |
| 11/16/15 | Travel - Mileage - PAID TO: Cora A. Dayon RT- travel- Cherry Hill/ Phila, PA- 20m @ $.575- electronic document review- 10/29/15 | $ | 11.50 |
| 11/16/15 | Travel - Mileage - PAID TO: Cora A. Dayon One way travel- Cherry Hill/ Wilmington, DE- 58m @$.575- trial preparation- 11/13/15 | $ | 33.35 |
| 11/16/15 | Travel - Mileage - PAID TO: Cora A. Dayon RT- travel- Cherry Hill/ Wilmington, DE- 58m @ $.575- trial preparation- 11/12/15 | $ | 33.35 |
| 11/16/15 | Travel - Mileage - PAID TO: Stephen A. Grossman RT- travel- Cherry Hill/ Phila Office- 20m @ $.575- deposition prep meeting- 09/13/15 | $ | 11.50 |
| 11/16/15 | Federal Express Federal Express Package - Invoice #:523022577 David Dormont Montgomery McCracken Walker Rh 437 MADISON AVE FL 29 NEW YORK NY US 10022 Tracking #:781725454577 | $ | 34.70 |
| 11/16/15 | Parking & Tolls - PAID TO: Stephen A. Grossman Parking ($27.) and tolls ($5.)- dep prep meetings in Phila.- 09/13/15 | $ | 32.00 |

Invoice Date: 12/21/15
Invoice Number: 727383
Client Matter Number: 66471.00002
I.D.# 01051

| Date | Description | | Amount |
|------|-------------|---|--------|
| 11/16/15 | Parking & Tolls - PAID TO: Cora A. Dayon Parking ($11.) and tolls (NJ Tpk. $3.60 & Del. Mem. Br. $4.)- travel to DE for trial preparation- 11/12/15 | $ | 18.60 |
| 11/16/15 | Parking & Tolls - PAID TO: Cora A. Dayon Parking ($11.) and tolls (NJ Tpk.- $3.60)- trial preparation- 11/13/15 | $ | 14.60 |
| 11/16/15 | Parking & Tolls - PAID TO: Cora A. Dayon Parking ($25.) and tolls ($5.)- electronic document review- 10/29/15 | $ | 30.00 |
| 11/16/15 | Parking & Tolls - PAID TO: Cora A. Dayon Parking ($32.) and tolls ($5.)- electronic document review- 10/31/15 | $ | 37.00 |
| 11/16/15 | Parking & Tolls - PAID TO: Cora A. Dayon Parking ($20.) and tolls (NJ Tpk $7.20 & Del Mem. Br.- $4.)- 11/11/15- trial prep | $ | 31.20 |
| 11/17/15 | Miscellaneous Expense - PAID TO: Keith Mangan 10/25/15 (4) USB flash drives serve out EFH MMWR Objection & Declaration Exhibits to Delaware Court | $ | 34.52 |
| 11/17/15 | Telecopy: 3 item(s) @ $1.00 | $ | 3.00 |
| 11/17/15 | Overtime Meals on Expense Report - PAID TO: Keith Mangan 10/28/15 Meal - Worked late on exhibit list | $ | 8.42 |
| 11/17/15 | Overtime Meals on Expense Report - PAID TO: Maryann Romagano 10/26/15 Breakfast for K. Fix - Worked overnight on exhibit list | $ | 9.33 |
| 11/18/15 | Transportation - Local while on business - PAID TO: David Dormont  - 10/30/15, Cab fare from MMWR to residence re: late work on EFH | $ | 22.00 |
| 11/18/15 | Transportation - Local while on business - PAID TO: Mark A. Fink  - 11/10/15, Cab fare from MMWR Wilmington Office to residence re: late work on EFH matter | $ | 6.16 |
| 11/18/15 | Lunch/Dinner Conference - PAID TO: David Dormont  - 11/4/15 & 11/5/15, Meal expense at Metropolitan Cafe while staying in Doubletree Hotel, Wilmington, DE to work on EFH | $ | 34.00 |
| 11/18/15 | Travel - Lodging - PAID TO: David Dormont  - 11/3/15-11/6/15, Lodging at Doubletree Hotel, Wilmington, DE while working on EFH | $ | 640.20 |
| 11/18/15 | Travel - Meals, Etc - PAID TO: Mark B. Sheppard 10/15/15 Additional food cost - Attend pretrial conference in Wilmington DC | $ | 3.00 |
| 11/18/15 | Travel - Mileage - PAID TO: Mark B. Sheppard 10/23/15 Round trip mileage 67.22 @ $.575 from Phila PA to Wilmington DE - For trial preparation | $ | 38.65 |
| 11/18/15 | Travel - Mileage - PAID TO: David Dormont  - 11/9/15, Round trip mileage from residence to MMWR Wilmington Office while working on EFH (58@ $.575) | $ | 33.35 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date:          12/21/15
Invoice Number:          727383
Client Matter Number: 66471.00002
I.D.#                        01051

| Date | Description | | Amount |
|------|-------------|---|--------|
| 11/18/15 | Travel - Mileage - PAID TO: David Dormont  - 11/3/15, Round trip mileage from residence to MMWR Wilmington Office while working on EFH (29@$.575) | $ | 16.68 |
| 11/18/15 | Travel - Mileage - PAID TO: David Dormont  - 11/11/15, Round trip mileage from residence to Wilmington, DE to attend EFH trial (59@$.575) | $ | 33.00 |
| 11/18/15 | Travel - Mileage - PAID TO: David Dormont  - 11/2/15, Round trip mileage from residence to MMWR Wilmington Office while working on EFH (58@$.575) | $ | 33.35 |
| 11/18/15 | Travel - Mileage - PAID TO: David Dormont  - 11/6/15, Round trip mileage from residence to MMWR Wilmington Office while working on EFH (29@$.575) | $ | 16.68 |
| 11/18/15 | Travel - Mileage - PAID TO: Mark B. Sheppard 10/28/15 Round trip mileage 67.22 @ $.575 from Phila PA to Wilmington DE - For trial preparation | $ | 38.65 |
| 11/18/15 | Travel - Mileage - PAID TO: Mark B. Sheppard 11/03/15 Round trip mileage 67.22 @ $.575 from Phila PA to Wilmington DE - Attend trial | $ | 38.65 |
| 11/18/15 | Travel - Mileage - PAID TO: Mark B. Sheppard 11/04/15 Round trip mileage 67.22 @ $.575 from Phila PA to Wilmington DE - Attend trial | $ | 38.65 |
| 11/18/15 | Travel - Mileage - PAID TO: Mark B. Sheppard 11/05/15 Round trip mileage 67.22 @ $.575 from Phila PA to Wilmington DE - Attend hearing | $ | 38.65 |
| 11/18/15 | Travel - Mileage - PAID TO: Mark B. Sheppard 11/06/15 Round trip mileage 67.22 @ $.575 from Phila PA to Wilmington DE - Attend trial | $ | 38.65 |
| 11/18/15 | Travel - Mileage - PAID TO: Mark B. Sheppard 11/10/15 Round trip mileage 67.22 @ $.575 from Phila PA to Wilmington DE - Attend trial | $ | 38.65 |
| 11/18/15 | Travel - Mileage - PAID TO: David Dormont  - 10/31/15, Round trip mileage from residence to MMWR Wilmington Office (65@$.575) | $ | 37.38 |
| 11/18/15 | Travel - Mileage - PAID TO: David Dormont  - 11/1/15, Round trip mileage from residence to MMWR Wilmington Office (65@$.575) | $ | 37.38 |
| 11/18/15 | Travel - Mileage - PAID TO: Mark B. Sheppard 09/17/15 Round trip mileage 67.22 @ $.575 from Phila PA to Wilmington DE - Attend hearing | $ | 38.65 |
| 11/18/15 | Travel - Rail Fare - PAID TO: Mark B. Sheppard 09/15/15 Round trip Amtrak rail to New York - For depositions | $ | 225.20 |
| 11/18/15 | Travel - Rail Fare - PAID TO: Mark B. Sheppard 10/04/15 Amtrak rail from Phila PA to New York - Attend depositions | $ | 103.00 |

Invoice Date:              12/21/15
Invoice Number:            727383
Client Matter Number: 66471.00002
I.D.#                      01051

| Date | Description | | Amount |
|------|-------------|---|--------|
| 11/18/15 | Travel - Rail Fare - PAID TO: Mark B. Sheppard 09/28/15 Amtrak rail from New York to Phila PA - Attend depositions | $ | 133.00 |
| 11/18/15 | Parking & Tolls - PAID TO: David Dormont - 11/2/15, Parking expense while working in MMWR Wilmington Office | $ | 11.00 |
| 11/18/15 | Parking & Tolls - PAID TO: Mark B. Sheppard 09/17/15 Parking  in Delaware prior to hearing | $ | 11.00 |
| 11/18/15 | Parking & Tolls - PAID TO: Mark B. Sheppard 09/23/15 30th St Amtrak train station parking prior to deposition | $ | 28.00 |
| 11/18/15 | Parking & Tolls - PAID TO: Mark B. Sheppard 11/10/15 Parking in Wilmington DE - Attend trial | $ | 11.00 |
| 11/18/15 | Parking & Tolls - PAID TO: Mark B. Sheppard 11/06/15 Parking - Attend trial in Wilmington DE | $ | 22.00 |
| 11/18/15 | Parking & Tolls - PAID TO: Mark B. Sheppard 11/05/15 Parking in Wilmington DE - Attend hearing | $ | 11.00 |
| 11/18/15 | Parking & Tolls - PAID TO: Mark B. Sheppard 11/04/15 Parking in Wilmington DE - Attend trial | $ | 11.00 |
| 11/18/15 | Parking & Tolls - PAID TO: Mark B. Sheppard 11/03/15 Parking - Attend trial in Wilmington DE | $ | 22.00 |
| 11/18/15 | Parking & Tolls - PAID TO: Mark B. Sheppard 10/28/15 Parking in Phila PA & Wilmington DE - For trial preparation | $ | 42.00 |
| 11/18/15 | Parking & Tolls - PAID TO: Mark B. Sheppard 10/30/15 Parking - Worked late on trial preparation | $ | 25.00 |
| 11/18/15 | Parking & Tolls - PAID TO: David Dormont  - 11/9/15, Parking expense while working in Wilmington Office on EFH | $ | 11.00 |
| 11/18/15 | Parking & Tolls - PAID TO: David Dormont  - 11/3/15, Parking expense while working in MMWR Wilmington Office | $ | 14.00 |
| 11/18/15 | Parking & Tolls - PAID TO: Mark B. Sheppard 10/20/15 Parking - Worked late on trial preparation | $ | 12.00 |
| 11/18/15 | Parking & Tolls - PAID TO: David Dormont  - 11/6/15, Parking expense while working in Wilmington Office on EFH | $ | 33.00 |
| 11/18/15 | Parking & Tolls - PAID TO: David Dormont  - 11/11/15, Parking expense while in Wilmington, DE for EFH trial | $ | 11.00 |
| 11/18/15 | Parking & Tolls - PAID TO: Mark B. Sheppard 10/23/15 Parking in Wilmington DE - For trial preparation | $ | 11.00 |
| 11/18/15 | Parking & Tolls - PAID TO: Mark B. Sheppard 10/24/15 Parking - Worked Saturday on trial preparation | $ | 32.00 |
| 11/18/15 | Parking & Tolls - PAID TO: Mark B. Sheppard 10/25/15 Parking - Worked Sunday on trial preparation | $ | 10.00 |

Invoice Date: 12/21/15
Invoice Number: 727383
Client Matter Number: 66471.00002
I.D.# 01051

| Date | Description | | Amount |
|------|-------------|---|--------|
| 11/18/15 | Overtime Meals on Expense Report - PAID TO: Mark A. Fink - 11/11/15, Lunch expense while working on EFH matters | $ | 10.95 |
| 11/18/15 | Overtime Meals on Expense Report - PAID TO: David Dormont - 10/30/15, Dinner expense at EFH matters Zio's Brick oven Pizzeria while working late on | $ | 11.34 |
| 11/18/15 | Outside Copying - PAID TO: Parcels Inc - 11/2/15, 7,560 Printed Pages, Custom Tabs and binding (Keglevic Witness Binder) | $ | 1,414.00 |
| 11/18/15 | Outside Copying - PAID TO: Parcels Inc - 11/2/15, 7,210 Printed Pages, Custom Tabs & binding (Horton Witness Binder" | $ | 1,666.50 |
| 11/18/15 | Outside Copying - PAID TO: Parcels Inc - 10/31/15, 49,279 Printed Pages, Tabs, binding, 4 hours technical support & 8 GB Hard Drive Delivery (Debtors' Exhibits) | $ | 10,160.85 |
| 11/18/15 | Outside Copying - PAID TO: Parcels Inc - 10/31/15, 324,219 Printed Pages, Tabs, binding & 8 GB Hard Drive delivery (E-Side exhibit Binders) | $ | 54,516.35 |
| 11/18/15 | Outside Copying - PAID TO: Parcels Inc - 11/3/15, 6,100 Printed Pages, Custom Tabs, & binding (Horton Witness Binder Revised) | $ | 1,599.00 |
| 11/18/15 | Outside Copying - PAID TO: Parcels Inc - 11/4/15, 6,480 Printed Pages, Tabs & binding (Mendelsohn Witness Binder) | $ | 2,173.00 |
| 11/18/15 | Outside Copying - PAID TO: Parcels Inc - 11/3/15, 6,103 Printed Pages, Tabs and Binding (Paul Keglevic Trial Outline Exhibits) | $ | 1,256.48 |
| 11/18/15 | Outside Copying - PAID TO: Parcels Inc - 10/24/15, 19173 Printed Pages, Tabs and binding (Briefs & Declarations, Glueckstein Dec. & Liebesman Dec.) | $ | 3,271.95 |
| 11/18/15 | Westlaw On-Line Legal Research | $ | 212.04 |
| 11/19/15 | Miscellaneous Expense - PAID TO: Mark A. Fink - 11/2/15, CourtCall Hearing via Court Conference | $ | 37.00 |
| 11/19/15 | Miscellaneous Expense - PAID TO: Mark A. Fink - 11/3/15, CourtCall Hearing via Court Conference | $ | 184.00 |
| 11/19/15 | Miscellaneous Expense - PAID TO: Mark A. Fink - 11/4/15, CourtCall Hearing via Court Conference | $ | 191.00 |
| 11/19/15 | Miscellaneous Expense - PAID TO: Mark A. Fink - 11/5/15, CourtCall Hearing via Court Conference | $ | 30.00 |
| 11/19/15 | Miscellaneous Expense - PAID TO: Mark A. Fink - 11/6/15, CourtCall Hearing via Court Conference | $ | 177.00 |
| 11/19/15 | Transportation - Local while on business - PAID TO: Mark A. Fink - 11/11/15, Cab fare from MMWR to residence re: late work | $ | 7.03 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

| | |
|---|---|
| Invoice Date: | 12/21/15 |
| Invoice Number: | 727383 |
| Client Matter Number: | 66471.00002 |
| I.D.# | 01051 |

| Date | Description | | Amount |
|---|---|---|---|
| 11/19/15 | Transportation - Local while on business - PAID TO: Katherine M. Fix  - 11/04/15, Cab fare from residence to MMWR Wilmington Office to attend trial | $ | 52.02 |
| 11/19/15 | Transportation - Local while on business - PAID TO: Katherine M. Fix  - 11/06/15, Cab fare from MMWR Wilmington Office to residence while returning from attending trial | $ | 62.13 |
| 11/19/15 | Transportation - Local while on business - PAID TO: Mark A. Fink  - 11/12/15, Cab fare from MMWR to residence re: late work | $ | 6.31 |
| 11/19/15 | Transportation - Local while on business - PAID TO: Mark A. Fink  - 11/13/15, Cab fare from MMWR to residence re: late work | $ | 6.64 |
| 11/19/15 | Transportation - Local while on business - PAID TO: Mark A. Fink  - 11/16/15, Cab fare from MMWR to residence re: late work | $ | 6.25 |
| 11/19/15 | Transportation - Local while on business - PAID TO: Sadd, Tricia  - 11/16/15, Cab fare from MMWR to residence re: late work | $ | 14.86 |
| 11/19/15 | Transportation - Local while on business - PAID TO: Lathrop B. Nelson, III 10/20 & 10/22/15 Round trip cab services from residence to 30th St Amtrak train station - Attend deposition of M. Rule in New York | $ | 20.57 |
| 11/19/15 | Transportation - Local while on business - PAID TO: Katherine M. Fix  - 10/25/15 & 10/26/15, Parking expense while working on Trial Preparation | $ | 73.00 |
| 11/19/15 | Lunch/Dinner Conference - PAID TO: Lathrop B. Nelson, III 10/21/15 Lunch meeting @ Cafe Metro with A. Brebner (Sullivan & Cromwell) | $ | 23.91 |
| 11/19/15 | Lunch/Dinner Conference - PAID TO: Mark A. Fink - 11/12/15, Dinner at Mikimoto's for trial teams | $ | 968.00 |
| 11/19/15 | Travel - Lodging - PAID TO: Katherine M. Fix - 11/4/15 - 11/6/15, Lodging at Hotel Dupont while in DE during the EFH trial | $ | 965.80 |
| 11/19/15 | Travel - Lodging - PAID TO: David Dormont  - 11/12/15, Lodging at Doubletree Hotel while in Wilmington, DE to attend hearings | $ | 196.90 |
| 11/19/15 | Travel - Lodging - PAID TO: Lathrop B. Nelson, III 10/20 - 10/21/15 Room charges @ New York Hilton - Attend deposition of M. Rule | $ | 968.62 |
| 11/19/15 | Travel - Lodging - PAID TO: Katherine M. Fix - 11/11/15, Lodging at Hotel Dupont while in Wilmington, DE to attend trial | $ | 504.90 |

Invoice Date:           12/21/15
Invoice Number:          727383
Client Matter Number:  66471.00002
I.D.#                      01051

| Date | Description | | Amount |
|------|-------------|---|--------|
| 11/19/15 | Travel - Lodging - PAID TO: Katherine M. Fix - 11/13/15, Lodging at Courtyard Marriott in Wilmington, DE during trial | $ | 185.90 |
| 11/19/15 | Travel - Meals, Etc - PAID TO: Lathrop B. Nelson, III 10/20 - 10/22/15 Meals - Attend deposition of M. Rule in New York | $ | 165.26 |
| 11/19/15 | Travel - Mileage - PAID TO: Katherine M. Fix - 11/13/15, Mileage from MMWR Wilmington Office to residence during trial (33@$.575) | $ | 18.98 |
| 11/19/15 | Travel - Mileage - PAID TO: Katherine M. Fix - 11/10/15, Round trip mileage from residence to Wilmington, DE to attend trial | $ | 37.94 |
| 11/19/15 | Travel - Mileage - PAID TO: David Dormont  - 11/12/15, Mileage from residence to Wilmington, DE to attend EFH trial (30@$.575) | $ | 17.25 |
| 11/19/15 | Travel - Mileage - PAID TO: Peter J. Deeb  - 11/13/15, Mileage from residence to Wilmington, DE to attend trial (29@$.575) | $ | 16.68 |
| 11/19/15 | Travel - Mileage - PAID TO: David Dormont  - 11/16/15, Round trip mileage from residence to Wilmington, DE to attend trial | $ | 33.93 |
| 11/19/15 | Travel - Mileage - PAID TO: Katherine M. Fix - 10/25/15, Round trip mileage from residence to MMWR for weekend work on Trial Preparation | $ | 16.79 |
| 11/19/15 | Travel - Rail Fare - PAID TO: Lathrop B. Nelson, III 10/20 & 10/22/15 Round trip Amtrak rail from Phila PA to New York - Attend deposition of M. Rule | $ | 331.00 |
| 11/19/15 | Parking & Tolls - PAID TO: Katherine M. Fix - 11/11/15, Parking at Hotel Dupont while in Wilmington, DE to attend trial | $ | 22.00 |
| 11/19/15 | Parking & Tolls - PAID TO: Katherine M. Fix - 11/10/15, Parking in Wilmington, DE while attending trial | $ | 11.00 |
| 11/19/15 | Parking & Tolls - PAID TO: Peter J. Deeb  - 11/13/15, Parking in Wilmington, DE while attending trial | $ | 11.00 |
| 11/19/15 | Parking & Tolls - PAID TO: David Dormont  - 11/16/15, Parking in Wilmington, DE while attending trial | $ | 11.00 |
| 11/19/15 | Parking & Tolls - PAID TO: David Dormont  - 11/12/15, Parking expense during trial | $ | 11.00 |
| 11/19/15 | Parking & Tolls - PAID TO: Sadd, Tricia - 11/8/15, Parking expense on Sunday while working on EFH | $ | 19.00 |
| 11/19/15 | Westlaw On-Line Legal Research | $ | 74.70 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date: 12/21/15
Invoice Number: 727383
Client Matter Number: 66471.00002
I.D.# 01051

| Date | Description | | Amount |
|------|-------------|---|--------|
| 11/20/15 | Transportation - Local while on business - PAID TO: Lathrop B. Nelson, III 10/30/15 Round trip cab services from residence to 30th St Amtrak train station - For deposition preparation of R. Bojmel in New York | $ | 24.67 |
| 11/20/15 | Transportation - Local while on business - PAID TO: Lathrop B. Nelson, III 10/31/15 Round trip cab services from residence to 30th St Amtrak train station - For continued deposition preparation of R. Bojmel in New York | $ | 22.10 |
| 11/20/15 | Travel - Meals, Etc - PAID TO: Lathrop B. Nelson, III 10/31/15 Meal -  For continued deposition preparation of R. Bojmel in New York | $ | 24.60 |
| 11/20/15 | Travel - Meals, Etc - PAID TO: Lathrop B. Nelson, III 10/30/15 Meal - For deposition preparation of R. Bojmel in New York | $ | 8.00 |
| 11/20/15 | Travel - Rail Fare - PAID TO: Lathrop B. Nelson, III 10/30/15 Round trip Amtrak rail from Phila PA to New York - For deposition preparation of R. Bojmel | $ | 176.00 |
| 11/20/15 | Travel - Rail Fare - PAID TO: Lathrop B. Nelson, III 10/31/15 Round trip Amtrak rail from Phila PA to New York - For continued deposition preparation of R. Bojmel | $ | 172.00 |
| 11/20/15 | Out of Town Travel - PAID TO: Lathrop B. Nelson, III 10/31/15 Cab service to Sullivan & Cromwell -  For continued deposition preparation of R. Bojmel in New York | $ | 15.54 |
| 11/20/15 | Out of Town Travel - PAID TO: Lathrop B. Nelson, III 10/31/15 Cab service to Penn station -  For continued deposition preparation of R. Bojmel in New York | $ | 23.16 |
| 11/20/15 | Out of Town Travel - PAID TO: Lathrop B. Nelson, III 10/30/15 Subway fare to Sullivan & Cromwell - For deposition preparation of R. Bojmel in New York | $ | 3.00 |
| 11/20/15 | Out of Town Travel - PAID TO: Lathrop B. Nelson, III 10/30/15 Subway fare to Penn station - For deposition preparation of R. Bojmel in New York | $ | 3.00 |
| 11/23/15 | Transportation - Local while on business - PAID TO: Lathrop B. Nelson, III 11/06/15 Round trip cab services from residence to 30th St Amtrak train station - For hearing preparations in Wilmington DE | $ | 21.53 |
| 11/23/15 | Transportation - Local while on business - PAID TO: Lathrop B. Nelson, III 11/09/15 Round trip cab services from residence to 30th St Amtrak train station -  For hearing preparations in Wilmington DE | $ | 21.67 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

|  |  |
|---|---|
| Invoice Date: | 12/21/15 |
| Invoice Number: | 727383 |
| Client Matter Number: | 66471.00002 |
| I.D.# | 01051 |

| Date | Description | | Amount |
|---|---|---|---|
| 11/23/15 | Transportation - Local while on business - PAID TO: Lathrop B. Nelson, III 11/10/15 Round trip cab services from residence to 30th St Amtrak train station -  For hearing preparations in Wilmington DE | $ | 28.40 |
| 11/23/15 | Transportation - Local while on business - PAID TO: Lathrop B. Nelson, III 11/11/15 Round trip cab services from residence to 30th St Amtrak rail -  For hearing preparations in Wilmington DE | $ | 19.91 |
| 11/23/15 | Transportation - Local while on business - PAID TO: Lathrop B. Nelson, III 11/12 & 11/13/15 Round trip cab services from residence to 30th St Amtrak train station - For hearing preparations in Wilmington DE | $ | 25.88 |
| 11/23/15 | Lunch/Dinner Conference - PAID TO: Natalie D. Ramsey 09/24/15 Dinner meeting @ Maloney & Porcelli in New York with S. Liebesman, D. Dormont, & L. Nelson - Attend Evans deposition | $ | 293.06 |
| 11/23/15 | Lunch/Dinner Conference - PAID TO: Natalie D. Ramsey 10/23/15 Lunch for N. Ramsey, M. Sheppard, M. Fink, & S. Liebesman while working on EFH matters | $ | 39.00 |
| 11/23/15 | Lunch/Dinner Conference - PAID TO: Natalie D. Ramsey 11/17/15 Lunch for N. Ramsey & L. Nelson during conference on EFH matters | $ | 18.00 |
| 11/23/15 | Travel - Lodging - PAID TO: Lathrop B. Nelson, III 11/12/15 Room charges @ Courtyard Marriott -  For hearing preparations in Wilmington DE | $ | 185.90 |
| 11/23/15 | Travel - Mileage - PAID TO: Mark B. Sheppard 11/12/15 Round trip mileage 67.22 @ $.575 from Wayne PA to Wilmington DE - Attend trial | $ | 38.65 |
| 11/23/15 | Travel - Mileage - PAID TO: Mark B. Sheppard 11/13/15 Round trip mileage 67.22 @ $.575 from Wayne PA to Wilmington DE - Attend trial | $ | 38.65 |
| 11/23/15 | Travel - Rail Fare - PAID TO: Natalie D. Ramsey 10/05/15 Round trip Amtrak rail from Phila PA to New York - Attend meeting with A. Schwarz | $ | 199.00 |
| 11/23/15 | Travel - Rail Fare - PAID TO: Lathrop B. Nelson, III 11/11/15 Round trip Amtrak rail to Wilmington DE -  For hearing preparations | $ | 72.00 |
| 11/23/15 | Travel - Rail Fare - PAID TO: Natalie D. Ramsey 09/24/15 Round trip Amtrak rail from Wilmington DE to New York - Attend Evans deposition | $ | 383.00 |
| 11/23/15 | Travel - Rail Fare - PAID TO: Lathrop B. Nelson, III 11/12 & 11/13/15 Round trip Amtrak rail to Wilmington DE - For hearing preparations | $ | 140.00 |

| | | | |
|---|---|---|---|
| | Invoice Date: | | 12/21/15 |
| | Invoice Number: | | 727383 |
| | Client Matter Number: | | 66471.00002 |
| | I.D.# | | 01051 |

| Date | Description | | Amount |
|---|---|---|---|
| 11/23/15 | Travel - Rail Fare - PAID TO: Natalie D. Ramsey 09/10/15 Amtrak rail from Phila PA to New York for Mark Sheppard - Attend deposition of Paul Keglevic | $ | 172.00 |
| 11/23/15 | Travel - Rail Fare - PAID TO: Natalie D. Ramsey 09/10/15 Round trip Amtrak rail from Phila to New York for Natalie Ramsey - Attend deposition of Paul Keglevic | $ | 277.00 |
| 11/23/15 | Travel - Rail Fare - PAID TO: Natalie D. Ramsey 09/15/15 Amtrak rail from Phila PA to New York for Mark Sheppard - Attend deposition of B. Williamson | $ | 107.10 |
| 11/23/15 | Travel - Rail Fare - PAID TO: Natalie D. Ramsey 09/15/15 Round trip Amtrak rail from Phila to New York for Natalie Ramsey - Attend deposition of B. Williamson | $ | 226.10 |
| 11/23/15 | Travel - Rail Fare - PAID TO: Lathrop B. Nelson, III 11/09/15 Round trip Amtrak rail to Wilmington DE - For hearing preparations | $ | 81.00 |
| 11/23/15 | Travel - Rail Fare - PAID TO: Lathrop B. Nelson, III 11/10/15 Round trip Amtrak rail to Wilmington DE - For hearing preparations | $ | 110.00 |
| 11/23/15 | Travel - Rail Fare - PAID TO: Lathrop B. Nelson, III 11/06/15 Round trip Amtrak rail to Wilmington DE - For hearing preparations in Wilmington DE | $ | 88.00 |
| 11/23/15 | Out of Town Travel - PAID TO: Lathrop B. Nelson, III 11/06/15 Round trip cab services from Wilmington DE train station to MMWR Wilmington office - For hearing preparations | $ | 14.93 |
| 11/23/15 | Out of Town Travel - PAID TO: Lathrop B. Nelson, III 11/11/15 Round trip cab services from Wilmington DE train station to MMWR Wilmington office - For hearing preparations | $ | 14.75 |
| 11/23/15 | Out of Town Travel - PAID TO: Lathrop B. Nelson, III 11/10/15 Round trip cab services from Wilmington DE train station to MMWR Wilmington office - For hearing preparations | $ | 16.04 |
| 11/23/15 | Out of Town Travel - PAID TO: Lathrop B. Nelson, III 11/09/15 Round trip cab services from Wilmington DE train station to MMWR Wilmington office - For hearing preparations | $ | 15.77 |
| 11/23/15 | Out of Town Travel - PAID TO: Lathrop B. Nelson, III 11/12 & 11/13/15 Round trip cab services from Wilmington DE train station to MMWR Wilmington office -  For hearing preparations | $ | 16.53 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

|                      |            |
|----------------------|------------|
| Invoice Date:        | 12/21/15   |
| Invoice Number:      | 727383     |
| Client Matter Number:| 66471.00002|
| I.D.#                | 01051      |

| Date | Description | | Amount |
|------|-------------|---|--------|
| 11/23/15 | Parking & Tolls - PAID TO: Natalie D. Ramsey 09/15/15 30th St Amtrak train station parking - Attend deposition of B. Williamson in New York | $ | 25.00 |
| 11/23/15 | Parking & Tolls - PAID TO: Natalie D. Ramsey 09/10/15 30th St Amtrak train station parking - Attend deposition of Paul Keglevic in New York | $ | 25.00 |
| 11/23/15 | Parking & Tolls - PAID TO: Natalie D. Ramsey 10/05/15 30th St Amtrak train station parking - Attend meeting with A. Schwarz in New York | $ | 25.00 |
| 11/23/15 | Parking & Tolls - PAID TO: Mark B. Sheppard 11/12/15 Parking - Attend trial in Wilmington DE | $ | 22.00 |
| 11/23/15 | Parking & Tolls - PAID TO: Mark B. Sheppard 11/01/15 Parking expense - Working on EFH matters | $ | 39.50 |
| 11/23/15 | Parking & Tolls - PAID TO: Mark B. Sheppard 11/13/15 Parking - Attend trial in Wilmington DE | $ | 11.00 |
| 11/24/15 | Miscellaneous Expense - PAID TO: Epiq eDiscovery Solutions  - Discovery Services for the month of August 2015 | $ | 2,851.94 |
| 11/24/15 | Miscellaneous Expense - PAID TO: Epiq eDiscovery Solutions  - Discovery Services for the month of September 2015 | $ | 2,539.00 |
| 11/24/15 | Miscellaneous Expense - PAID TO: Epiq eDiscovery Solutions  - Discovery Services for the month of October 2015 | $ | 3,352.22 |
| 11/24/15 | Delivery Service - PAID TO: Parcels Inc - 11/6/15, Delivery Fr: MMWR Wilmington Office To: Judge Christopher Sontchi, U.S. Bankruptcy Ct., Wilmington, DE | $ | 27.50 |
| 11/24/15 | Delivery Service - PAID TO: Parcels Inc - 11/6/15, Delivery Fr: Urban Cafe, Lobby, Wilmington, DE To: Bankruptcy Ct, Wilmington, DE | $ | 75.00 |
| 11/24/15 | Delivery Service - PAID TO: Parcels Inc - 11/3/15, Delivery Fr: MMWR Wilmington Office To: U.S. Bankruptcy Ct, Judge Sontchi, Wilmington, DE | $ | 7.50 |
| 11/24/15 | Delivery Service - PAID TO: Parcels Inc - 11/12/15, Delivery Fr: Urban Cafe, Lobby Level, Wilmington, DE To: Epiq Bankruptcy Solutions, Wilmington, DE | $ | 27.50 |
| 11/24/15 | Delivery Service - PAID TO: Parcels Inc - 11/12/15, Delivery Fr: MMWR Wilmington Office To: U.S. Bankruptcy Ct, Judge Sontchi, Wilmington, DE | $ | 82.50 |
| 11/24/15 | Delivery Service - PAID TO: Parcels Inc - 11/13/15, Delivery Fr: Urban Cafe, Lobby Level, Wilmington, DE To: Epiq Bankruptcy Solutions, Wilmington, DE | $ | 27.50 |

|                        |            |
|------------------------|-----------:|
| Invoice Date:          | 12/21/15   |
| Invoice Number:        | 727383     |
| Client Matter Number:  | 66471.00002|
| I.D.#                  | 01051      |

| Date | Description | | Amount |
|------|-------------|---|-------:|
| 11/24/15 | Delivery Service - PAID TO: Parcels Inc - 11/12/15. Delivery Fr:  MMWR Wilmington Office To: Epiq Bankruptcy Solutions, Wilmington, DE | $ | 7.50 |
| 11/24/15 | Delivery Service - PAID TO: Parcels Inc - 11/13/15, Delivery Fr: U.S. Bankruptcy Ct, Judge Sontchi, Wilmington, DE To: MMWR Wilmington Office | $ | 92.00 |
| 11/24/15 | Delivery Service - PAID TO: Parcels Inc - 11/13/15, Delivery Fr: MMWR Wilmington Office To: U.S. Bankruptcy Ct, Judge Sontchi, Wilmington, DE | $ | 58.40 |
| 11/24/15 | Delivery Service - PAID TO: Parcels Inc - 11/12/15, Delivery Fr: Mikimotos, Wilmington, DE To: MMWR Wilmington Office re: meals | $ | 38.00 |
| 11/24/15 | Lunch/Dinner Conference - PAID TO: Parcels Inc - 11/12/15, Dinner/Meals (pd by Parcels Ck# 12988) Delivery Fr: Mikimotos, Wilmington, DE To: MMWR Wilmington Office for 11 Sullivan professionals, 10 MMWR professionals and counsel for Indenture Trustee (2 professionals), and trial tech | $ | 1,161.60 |
| 11/24/15 | Outside Copying - PAID TO: MCS Group, Inc  - Manager Overtime Hours for printing work requested by T. Sadd on 10/23/2015 (2.5 hours @ $40) | $ | 100.00 |
| 11/24/15 | Outside Copying - PAID TO: MCS Group, Inc  - Manager Overtime Hours for printing work requested by T. Sadd on 10/24/2015 (5.5 hours @ $40) | $ | 220.00 |
| 11/24/15 | Outside Copying - PAID TO: MCS Group, Inc  - Associate Overtime Hours for printing work requested by T. Sadd on 10/29/2015 (2.5 hours @ $30) | $ | 75.00 |
| 11/24/15 | Outside Copying - PAID TO: Parcels Inc - 11/12/15, 854 Printed Pages, Stapled/Clipped & Delivered to 4th Fl. Bank Ct. | $ | 117.48 |
| 11/25/15 | Lunch/Dinner Conference - PAID TO: Wolf Street Catering - Lunch order (Wraps & Rolls) for 10 people on 10/30/2015 | $ | 150.58 |
| 11/25/15 | Local Transportation - Cabs - PAID TO: All City Taxi (215GetACab)  - Voucher #61798, 11/2/15, Fr: MmWR To: Cornwells Heights Train Station for P. Lynch re: late work | $ | 50.00 |
| 11/25/15 | Local Transportation - Cabs - PAID TO: All City Taxi (215GetACab)  - Voucher #61840, 10/16/15, Fr: MMWR to residence for K. Fix re: late work on transcript review | $ | 44.96 |
| 11/25/15 | Local Transportation - Cabs - PAID TO: All City Taxi (215GetACab)  - Voucher #62183, 11/1/15, Fr: MMWR to residence for C. Marcovecchio re: late work | $ | 12.23 |
| 11/25/15 | Local Transportation - Cabs - PAID TO: All City Taxi (215GetACab)  - Voucher #62184, 10/31/15, Fr: MMWR to residence for C. Marcovecchio re: late work | $ | 12.28 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

| | | Invoice Date: | 12/21/15 |
| | | Invoice Number: | 727383 |
| | | Client Matter Number: | 66471.00002 |
| | | I.D.# | 01051 |

| Date | Description | | Amount |
|------|-------------|---|--------|
| 11/25/15 | Local Transportation - Cabs - PAID TO: All City Taxi (215GetACab)  - Voucher #62185, 10/30/15, Fr: MMWR to residence for K. Mangan re: late work | $ | 13.51 |
| 11/25/15 | Local Transportation - Cabs - PAID TO: All City Taxi (215GetACab)  - Voucher #62188, 10/28/15, Fr: MMWR to residence for S. Tinsley re: late work | $ | 30.23 |
| 11/25/15 | Local Transportation - Cabs - PAID TO: All City Taxi (215GetACab)  - Voucher #62189, 10/29/15, Fr: MMWR to residence for C. Marcovecchio re: late work | $ | 10.63 |
| 11/25/15 | Local Transportation - Cabs - PAID TO: All City Taxi (215GetACab)  - Voucher #62197, 10/28/15, Fr: MMWR to residence for C. Marcovecchio re: late work | $ | 16.00 |
| 11/25/15 | Local Transportation - Cabs - PAID TO: All City Taxi (215GetACab)  - Voucher #62198, 10/28/15, Fr: MMWR to residence for J. Wright re: late work | $ | 21.87 |
| 11/25/15 | Local Transportation - Cabs - PAID TO: All City Taxi (215GetACab)  - Voucher #62203, 10/27/15, Fr: MMWR To: Lindenwold, NJ for C. Casile re: late work | $ | 49.26 |
| 11/25/15 | Local Transportation - Cabs - PAID TO: All City Taxi (215GetACab)  - Voucher #62206, 10/23/15, Fr: MMWR To: residence for M. Malone re: late work | $ | 43.35 |
| 11/25/15 | Local Transportation - Cabs - PAID TO: All City Taxi (215GetACab)  - Voucher #62207, 10/26/15, Fr: MMWR To: Lindenwold, NJ for C. Casile re: late work | $ | 65.69 |
| 11/25/15 | Local Transportation - Cabs - PAID TO: All City Taxi (215GetACab)  - Voucher #62208, 10/23/15, Fr: MMWR To: Lindenwold, NJ for C. Casile re: late work | $ | 51.00 |
| 11/25/15 | Local Transportation - Cabs - PAID TO: All City Taxi (215GetACab)  - Voucher #62210, 10/22/15, Fr: MMWR To: Lindenwold, NJ for C. Casile re: late work | $ | 55.95 |
| 11/25/15 | Local Transportation - Cabs - PAID TO: All City Taxi (215GetACab)  - Voucher #62216, 10/15/15, Fr: MMWR To: Lindenwold, NJ for C. Casile re: late work | $ | 54.95 |
| 11/25/15 | Local Transportation - Cabs - PAID TO: All City Taxi (215GetACab)  - Voucher #62220, 10/13/15, Fr: MMWR To: Lindenwold, NJ for C. Casile re: late work | $ | 49.49 |
| 11/30/15 | Transportation - Local while on business - PAID TO: Parcels Inc  - 11/19/15, Shuttle Service Fr: Bankruptcy Ct, Wilmington, DE To: MMWR Wilmington Office | $ | 50.00 |
| 11/30/15 | Delivery Service - PAID TO: Parcels Inc - 11/20/15, Delivery Fr: MMWR Wilmington Office To: Judge Sontchi, W.S. Bankruptcy Ct., Wilmington , DE | $ | 7.50 |

|  | | | | Invoice Date: | 12/21/15 |
|--|--|--|--|---------------|----------|
|  | | | | Invoice Number: | 727383 |
|  | | | | Client Matter Number: | 66471.00002 |
|  | | | | I.D.# | 01051 |

| Date | Description | | Amount |
|------|-------------|--|--------|
| 11/30/15 | Delivery Service - PAID TO: Parcels Inc - 11/19/15, Delivery Fr: MMWR Wilmington Office To: Epiq Bankruptcy Solutions, Wilmington, DE | $ | 7.50 |
| 11/30/15 | Delivery Service - PAID TO: Parcels Inc - 11/6/15, Delivery Fr: MMWR Wilmington Office To: Judge C. Sontchi, U.S. Bankruptcy Ct, Wilmington, DE | $ | 7.50 |
| 11/30/15 | Delivery Service - PAID TO: Parcels Inc - 11/13/15, Ship redwell, 1 box and 1 briefcase priority overnight to Sullivan & Cromwell | $ | 1.59 |
| 11/30/15 | Delivery Service - PAID TO: Parcels Inc - 11/12/15, Delivery Fr: U.S. Bankruptcy Ct, Judge Sontchi, Wilmington, DE To: MMWR Wilmington Office | $ | 37.00 |
| 11/30/15 | Delivery Service - PAID TO: Parcels Inc - 11/18/15, Delivery Fr: MMWR Wilmington Office To: Judge Sontchi, U.S. Bankruptcy Ct, Wilmington, DE | $ | 7.50 |
| 11/30/15 | Delivery Service - PAID TO: Parcels Inc - 11/196/15, Delivery Fr: MMWR Wilmington Office To: U.S. Bankruptcy Ct, Judge Sontchi, Wilmington, DE | $ | 67.50 |
| 11/30/15 | Delivery Service - PAID TO: Parcels Inc 11/196/15, Delivery Fr: U.S. Bankruptcy Ct, Judge Sontchi, Wilmington, DE To: MMWR Wilmington Office | $ | 62.50 |
| 11/30/15 | Filing Fee - Court - PAID TO: American Express - CCALL ID # 7221651 charge on 10/30/2015 | $ | 30.00 |
| 11/30/15 | Filing Fee - Court - PAID TO: American Express - CCALL ID # 7176219 on 10/1/2015 | $ | 51.00 |
| 11/30/15 | Telephone - PAID TO: Soundpath Conferencing - Soundpath Conference Call at 10:58am on 10/22/15 with 4 participants | $ | 10.69 |
| 11/30/15 | Telephone - PAID TO: Soundpath Conferencing - Soundpath Conference Call at 1:55pm on 10/22/15 with 6 participants | $ | 14.35 |
| 11/30/15 | Telephone - PAID TO: Soundpath Conferencing - Soundpath Conference Call at 5:11pm on 10/27/15 with 4 participants | $ | 4.81 |
| 11/30/15 | Telephone - PAID TO: Soundpath Conferencing - Soundpath Conference Call at 10:44am on 10/23/15 with 3 participants | $ | 1.79 |
| 11/30/15 | Telephone - PAID TO: Soundpath Conferencing - Soundpath Conference Call at 6:12pm on 10/25/15 with 3 participants | $ | 8.80 |
| 11/30/15 | Telephone - PAID TO: Soundpath Conferencing - Soundpath Conference Call at 1:58pm on 10/29/15 with 4 participants | $ | 8.65 |
| 11/30/15 | Telephone - PAID TO: Soundpath Conferencing - Soundpath Conference Call at 3:27pm on 11/9/15 with 3 participants | $ | 9.76 |
| 11/30/15 | Telephone - PAID TO: Soundpath Conferencing - Soundpath Conference Call at 11:29am on 10/13/15 with 4 participants | $ | 37.44 |
| 11/30/15 | Telephone - PAID TO: Soundpath Conferencing - Soundpath Conference Call at 4:59pm on 10/14/15 with 3 participants | $ | 6.12 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date:        12/21/15
Invoice Number:    727383
Client Matter Number: 66471.00002
I.D.#            01051

| Date | Description | | Amount |
|------|-------------|---|--------|
| 11/30/15 | Telephone - PAID TO: Soundpath Conferencing - Soundpath Conference Call at 5:58pm on 10/15/15 with 5 participants | $ | 18.96 |
| 11/30/15 | Telephone - PAID TO: Soundpath Conferencing - Soundpath Conference Call at 11:16am on 10/18/15 with 4 participants | $ | 6.53 |
| 11/30/15 | Telephone - PAID TO: Soundpath Conferencing - Soundpath Conference Call at 2:28pm on 10/19/15 with 4 participants | $ | 5.37 |
| 11/30/15 | Telephone - PAID TO: Soundpath Conferencing - Soundpath Conference Call at 12:27pm on 10/21/15 with 3 participants | $ | 6.74 |
| 11/30/15 | Telephone - PAID TO: Soundpath Conferencing - Soundpath Conference Call at 9:26pm on 10/21/15 with 3 participants | $ | 5.08 |
| 11/30/15 | Telephone - PAID TO: Soundpath Conferencing - Soundpath Conference Call at 5:23pm on 10/25/15 with 9 participants | $ | 28.22 |
| 11/30/15 | Telephone - PAID TO: Soundpath Conferencing - Soundpath Conference Call at 7:10pm on 10/29/15 with 5 participants | $ | 20.80 |
| 11/30/15 | Telephone - PAID TO: Soundpath Conferencing - Soundpath Conference Call at 9:57am on 10/31/15 with 8 participants | $ | 10.44 |
| 11/30/15 | Telephone - PAID TO: Soundpath Conferencing - Soundpath Conference Call at 5:56pm on 11/3/15 with 9 participants | $ | 18.06 |
| 11/30/15 | Telephone - PAID TO: Soundpath Conferencing - Soundpath Conference Call at 5:56pm on 11/4/15 with 4 participants | $ | 7.62 |
| 11/30/15 | Telephone - PAID TO: Soundpath Conferencing - Soundpath Conference Call at 3:27pm on 10/23/15 with 7 participants | $ | 24.47 |
| 11/30/15 | Telephone - PAID TO: Soundpath Conferencing - Soundpath Conference Call at 2:34pm on 10/24/15 with 4 participants | $ | 10.51 |
| 11/30/15 | Telephone - PAID TO: Soundpath Conferencing - Soundpath Conference Call at 9:58am on 10/26/15 with 2 participants | $ | 1.99 |
| 11/30/15 | Telephone - PAID TO: Soundpath Conferencing - Soundpath Conference Call at 8:27am on 10/30/15 with 3 participants | $ | 8.59 |
| 11/30/15 | Telephone - PAID TO: Soundpath Conferencing - Soundpath Conference Call at 12:59pm on 10/31/15 with 2 participants | $ | 2.88 |
| 11/30/15 | Telephone - PAID TO: Soundpath Conferencing - Soundpath Conference Call at 10:57am on 11/1/15 with 6 participants | $ | 10.24 |
| 11/30/15 | Outside Copying - PAID TO: MCS Group, Inc  - Expert Reports, printed 2x in color (qty 956) | $ | 760.02 |
| 11/30/15 | Outside Copying - PAID TO: Parcels Inc - 11/11/15, 9,530 printed copies, tabs & binding (2015-11-03 Dore Written Direct) | $ | 1,819.50 |
| 11/30/15 | Outside Copying - PAID TO: Parcels Inc - 11/11/15, 3,596 printed pages, tabs & binding (Dore Exhibit) | $ | 1,506.00 |
| 11/30/15 | Outside Copying - PAID TO: Parcels Inc - 11/11/15, 7,138 printed pages, tabs & binding (Williamson Witness Binder) | $ | 1,590.20 |
| 11/30/15 | Outside Copying - PAID TO: Parcels Inc - 11/18/15, 7,740 printed pages & binding (Cremens (2), Sawyer) | $ | 1,251.00 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date:              12/21/15
Invoice Number:              727383
Client Matter Number:  66471.00002
I.D.#                          01051

| Date | Description | | Amount |
|------|-------------|---|--------|
| 11/30/15 | Outside Copying - PAID TO: Parcels Inc - 11/12/15, 1,041 printed pages, tabs & binding (Hearing Transcripts) | $ | 174.15 |
| 11/30/15 | Outside Copying - PAID TO: Parcels Inc - 11/12/15, 305 printed pages, tabs & binding (Michael Henkin Deposition Exhibits Binder) | $ | 58.50 |
| 11/30/15 | Outside Copying - PAID TO: Parcels Inc - 11/11/15, 80 Tabs (provide tabs 763 - 770 x10) | $ | 20.00 |
| 11/30/15 | Outside Copying - PAID TO: Parcels Inc - 11/11/15, 4,338 printed pages & binding (Hearing Transcripts) | $ | 704.70 |
| 11/30/15 | Outside Copying - PAID TO: Parcels Inc - 11/19/15, 3,468 printed pages & binding (Hearing Transcript) | $ | 556.20 |
| 11/30/15 | Westlaw On-Line Legal Research | $ | 89.10 |
| | Total Disbursements | $ | 141,527.60 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**