IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] ) | Case No. 14-10979 (CSS) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |
| ) | **Re: D.I. 659, 2531, 2539, 3127** |

### THIRD SUPPLEMENTAL AFFIDAVIT AND DISCLOSURE OF DANIEL J. DEFRANCESCHI ON BEHALF OF RICHARDS, LAYTON & FINGER, P.A.

STATE OF DELAWARE         :
                                              :   SS.
COUNTY OF NEW CASTLE  :

DANIEL J. DEFRANCESCHI, being first duly sworn to oath, deposes and says:

1. I am an attorney admitted to practice in the State of Delaware and before this Court, and I am a director of the firm of Richards, Layton & Finger, P.A. ("RL&F"). RL&F is a Delaware law firm with offices at One Rodney Square, 920 North King Street, Wilmington, Delaware 19801.

2. On April 29, 2014 (the "Petition Date"), each of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, §§ 101-1532, with this Court. On May 29, 2014, the Debtors filed the *Application of Energy Future Holdings Corp., et al., for Entry of an Order Authorizing the Debtors to Retain and Employ Richards, Layton & Finger, P.A. as Co-Counsel Effective Nunc Pro Tunc to the Petition Date* [D.I. 659] (the "Application") with this Court

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 13565477v.1

seeking entry of an order authorizing the employment of RL&F as their Delaware co-counsel and conflicts counsel in the Debtors' jointly-administered chapter 11 cases. In support of the Application, the Debtors filed an affidavit executed by me on behalf of RL&F (see D.I. 659; Ex. B; the "Original Affidavit") in accordance with, *inter alia*, Rules 2014(a) and 2016(b) of the Federal Rules of Bankruptcy Procedure and Rule 2014-1(a) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware.

3. On October 23, 2014, the Debtors filed an affidavit executed by me on behalf of RL&F (see D.I. 2531) to supplement the disclosures set forth in the Original Affidavit based on, among other things, information that had come to my attention and/or developments that had taken place in the Debtors' jointly-administered chapter 11 cases since the Petition Date.

4. On October 24, 2014, this Court entered its *Order Authorizing the Debtors to Retain and Employ Richards, Layton & Finger, P.A. as Co-Counsel Effective Nunc Pro Tunc to the Petition Date* [D.I. 2539] (the "Retention Order"). Pursuant to the Retention Order, this Court granted the Application on the terms set forth therein, and approved the retention and employment of RL&F as the Debtors' Delaware co-counsel and conflicts counsel in their jointly-administered chapter 11 cases.

5. On December 22, 2014, the Debtors filed an affidavit executed by me on behalf of RL&F (see D.I. 3127) to provide notice that RL&F would soon thereafter increase its standard billing rates for lawyers and professionals who may work on matters related to the Debtors' jointly-administered chapter 11 cases.

6. Pursuant to Bankruptcy Rules 2014(a) and 2016(b) and Local Rule 2014-1(a), RL&F has conducted a supplemental conflict search with regard to interested and/or potentially interested parties that have either (i) entered an appearance in the Debtors' jointly-administered

cases, (ii) requested service of documents filed in the Debtors' jointly-administered cases, and/or (iii) filed one or more motions, applications or responsive documents in the Debtors' jointly administered cases between the Petition Date and October 31, 2015 (collectively, the "Supplemental Potential Parties-In-Interest"). In connection with this supplemental conflict search, I have become aware that certain clients of RL&F, former clients of RL&F and/or affiliates thereof may be parties in interest in these jointly-administered chapter 11 cases.

7. Attached hereto as **Exhibit 1** is a supplemental list of clients and/or affiliates thereof that may be parties in interest in these jointly-administered chapter 11 cases and which RL&F currently represents in matters unrelated to these jointly-administered chapter 11 cases. Attached hereto as **Exhibit 2** is a supplement list of clients and/or affiliates thereof that may be parties in interest in these jointly-administered chapter 11 cases and that have been represented by RL&F in the past five years in matters unrelated to these jointly-administered chapter 11 cases. Attached hereto as **Exhibit 3** is a list of the Supplemental Potential Parties-In-Interest in these jointly-administered chapter 11 cases.

8. With the exception of Wilmington Trust Company, National Association ("Wilmington Trust"), as disclosed in greater detail on **Exhibit 4** hereto, I do not believe that any of these matters constitute a significant engagement that involve either the billing of fees in excess of one half of one percent (.5%) of RL&F's annual fees billed, or that, in the aggregate for any affiliated group of entities, exceed one percent (1%) of RL&F's annual fees billed. With respect to Wilmington Trust, RL&F makes the following disclosure:

> In connection with the Debtors' chapter 11 cases, I am informed that, effective as of May 1, 2014, Wilmington Trust serves as successor to Citibank, N.A. ("Citibank") as the First Lien Collateral Agent under a Credit Agreement, dated as of October 10, 2007, by and among, inter alia, Texas Competitive Electric Holdings Company LLC ("TCEH"), as Borrower and Energy Future Competitive Holdings Company LLC and certain subsidiaries of TCEH, as Guarantors (the

3

"Credit Agreement"), and an Amended and Restated Collateral Agency and Intercreditor Agreement, dated as of August 7, 2009, under which TCEH and certain of its affiliates serve as obligors. I am also informed that Wilmington Trust is also successor, effective as of May 1, 2014, to Citibank as the First Lien Administrative Agent under the Credit Agreement pursuant to a leveraged buyout. RL&F does not represent Wilmington Trust or any of its affiliates in connection with any aspect of the Debtors' chapter 11 cases including, without limitation, with respect to the Credit Agreement, or any potential claim or claims that Wilmington Trust may have against any of the Debtors. Moreover, RL&F will not represent Wilmington Trust or any of its affiliates in connection with any such claim or claims in these jointly-administered chapter 11 cases. RL&F's representation of Wilmington Trust and its affiliates, all of which is wholly unrelated to any of the Debtors or their chapter 11 cases, includes, without limitation, (i) trust formation advice; (ii) advice in connection with the issuance of securities, (iii) transactional advice, and (iv) advice under Delaware law.

*[Remainder of page intentionally left blank.]*

Dated:     December 22, 2015
           Wilmington, Delaware

_____
Daniel J. DeFranceschi (No. 2732)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

SWORN TO AND SUBSCRIBED before me this 22nd day of December 2015.

_____
Lesley A. Morris
Notary Public

My Commission Expires: 2/3/17

[Notary Seal: LESLEY A. MORRIS, MY COMMISSION EXPIRES FEBRUARY 3, 2017, NOTARY PUBLIC, STATE OF DELAWARE]