## Exhibit 1[1] – Current Clients[2]

**Creditors**
- Anadarko Petroleum Corporation
- Apollo Advisors VII, L.P. and certain affiliates related thereto
- Certain related affiliates of Experian Marketing Solutions, Inc.
- Delaware Trust Company and certain affiliates related thereto
- Experian Information Solutions, Inc. and certain affiliates related thereto
- Wilmington Trust, N.A.

**Interested Parties**
- Alix Partners, LLP
- Fireman's Fund Insurance Company

---

[1] Parties that are both current clients and former clients of RL&F are only listed on Exhibit 1—Current Clients.

[2] Due to the similarity of names of certain entities, RL&F was not able to determine if all entities listed herein are actually affiliates of current clients. However, out of an abundance of caution, RL&F has listed those entities which it reasonably believes may be affiliates of current clients.

RLF1 13565477v.1