## Exhibit 2 – Former Clients

**Creditors**
- Cellco Partnership and certain affiliates related thereto
- Certain related affiliates of Brookfield Asset Management Private Institutional Capital Adviser (Canada), L.P.

**Interested Parties**
- Certain related affiliates of Polsinelli PC
- FTI Consulting, Inc.
- Greenhill & Co., LLC
- Morrison & Foerster LLP
- Certain related affiliates of TPG Global, LLC