## **Exhibit 3 – Additional Parties in Interest**

**Attorneys**
- Jackson Walker LLP

**Creditors**
- 2603 Augusta Investors, LP
- Allied Electronics, Inc.
- Amber Lambert
- Anadarko Petroleum Corporation
- Apollo Advisors VII, L.P.
- Archer County
- Austin Kovach
- Barr Engineering Co.
- Barry Harman
- Beckville ISD
- Benetech Fuel the Future
- Billie Murphy Tremble
- Brookfield Asset Management Private Institutional Capital Adviser (Canada), L.P.
- Brownsboro ISD
- BWM Services, LP
- Camp CAD
- Capgemini America, Inc.
- Carrollton-Farmers Branch ISD
- Cayuga ISD
- CCP Credit Acquisition Holdings, L.L.C.
- Cellco Partnership d/b/a Verizon Wireless
- Cherokee CAD
- Cisco College
- Cisco ISD
- City of Bonham
- City of Carrollton
- City of Coppell
- City of Corinth
- City of Highland Village
- City of Malakoff
- City of Stephenville
- City of Sulphur Springs
- Clay County
- Consolidated Communications Inc.
- ConverDyn
- Coppell ISD
- Crowley ISD
- Dallas County Utility & Reclamation District

- DeAnna Edwards
- Gerald D Edwards
- Delaware Trust Company
- Donna M. Phillips
- Doyenne Constructors, LLC
- Ector CAD
- Edwin K Camson
- Ellis County
- Experian Information Solutions, Inc.
- Experian Marketing Solutions, Inc.
- Fannin CAD
- Fannin county
- Fayetta Allen
- Fenicle, Shirley
- Forrest J. Royal
- Franklin County
- Freestone County, Texas
- Gainesville ISD
- Glenda C. Phillips Lee
- Grayson County
- Guy Mason
- Highland Park ISD
- Hood CAD
- Hopkins County
- Hunt County
- Irving ISD
- Jack County
- Jacquelyn A. Myles
- Jeffry Lammers
- Jesus Moveno
- JoAnn M. Robinson
- Johnson Matthey Stationary Emissions Control LLC
- Joseph Boston
- Judy Allen
- Kaufman County
- Kerens ISD
- Koetter Fire Protection Of Austin, LLC
- Lamar CAD
- Linda Sue Lammers
- Locomotive Service, Inc.
- Lori Slocum
- Malakoff ISD
- Marilyn Bell
- Mary LaCour

- Mastercraft Printed Products & Services, Inc.
- Melba Clark
- Melva Johnson
- Miguel Oliveras Caraballo
- Milam Appraisal District
- Montague County
- Morris CAD
- Mrs. Jo Cofer
- Navarro County
- Northeast TX Community Collection District
- Pallas Realty Advisors, Inc.
- Puente Brothers Investments
- RailWorks Track System, Inc.
- Rains County AD
- Red River CAD
- Red River County
- Reginald Moreau
- Richardson ISD
- Rita Marks
- Robert Rodriguez
- Robert Walker
- Robertson County Appraisal District
- Rockwall CAD
- Rosalyn Crowler
- Rose Washington
- Rusk County
- Ruth Caesar
- Selia Tremble Shawkey
- Sharon Tremble Donaldson
- Slocum ISD
- Smith County
- Spencer Black
- Spencer Harris of Arkansas, Inc.
- Stephenville ISD
- Susan Keyes
- The Kansas City Southern Railway Company
- The Tremble Family
- Timmy Villarreal
- Top Line Rental, LLC
- Ty-Flot Inc.
- United States of America
- United States Attorney's Office
- Upshur County
- UT System obo UT at Arlington

- Valley View ISD
- Valwood Improvement Authority
- Van Zandt CAD
- Veolia ES Industrial Services, Inc.
- Wayne English
- Wilmer Forrest Tremble, Jr.
- Wilmington Trust, N.A.
- Wise CAD
- Wise County
- Yolanda Small

**Interested Parties**
- Ad Hoc Committee for Future Asbestos Claimants
- Ad Hoc Committee of TCEH Second Lien Noteholders
- AlixPartners, LLP
- Alltite Inc.
- Alvarez & Marsal North America, LLC
- AMECO Inc.
- Amelia Maria McMillan
- Amelia Maurillo
- American Equipment Company Inc.
- Balch & Bingham LLP
- Charles River Associates
- Charlotte Liberda
- Christopher Haecker
- Cole Schotz P.C.
- Computershare Trust Company of Canada
- Computershare Trust Company, N.A.
- Curtis Liberda
- D. David Cohen
- David William Fahy
- Deborah Moore
- Delaware Trust Company
- Donald Richard Fleet, Jr.
- Duncanville Independent School District
- EFIH First Lien DIP Agent
- Emerson Network Power Liebert Services
- Energy Future Competitive Holdings Company LLC
- Enoch Kever PLLC
- Fireman's Fund Insurance Company
- Fluor Corporation
- Fluor Enterprises Inc.
- Fluor Global Services
- Forest Creek Wind Farm, LLC

4

- Freestone County Appraisal District
- FTI Consulting, Inc.
- Garden City Group, LLC
- Gary Waldrep
- Gerald Edwards
- Greenhill & Co., LLC
- Jack R. Beard, Jr.
- Jackie Paterson
- Jacqueline Mc Clain
- Joan H. Hughes
- JoAnn M. Robinson
- Kenneth R. Stewart
- Kuk J. Stewart
- Leo Griffin
- M. Navarrete
- Mark Duke
- McDermott Will & Emery LLP
- McElroy, Deutsch, Mulvaney & Carpenter, LLP
- Melvin Williams
- Monica Regina Hawkins
- Montgomery, McCracken, Walker & Rhoads, LLP
- Morrison & Foerster LLP
- Munger, Tolles & Olson LLP
- Nikita Denise Bailey-Kelly
- P. Schoenfeld Asset Management L.P.
- Phillips, Goldman & Spence, P.A.
- Polsinelli PC
- Robert Guierrez
- Rusk County Appraisal District
- Shirley Fenicle
- Sidley Austin LLP
- SOLIC Capital Advisors, LLC
- Somervell County Central Appraisal District
- State Farm Insurance Companies
- Steag Energy Services, Inc.
- Stephen W. Mitchell
- Sulphur Springs ISD
- Tannor Partners Credit Fund LP
- Tarrant Regional Water District
- TCEH Debtors
- Texas Competitive Electric Holdings Company LLC
- Texas Energy Future Capital Holdings, LLC
- Texas Energy Future Holdings Limited Partnership
- Texas Transmission Investment LLC

5

- Titus County Appraisal District
- TPG Global, LLC
- United States on behalf of Environmental Protection Agency
- Wilson Sonsini Goodrich & Rosati, P.C.

**Ordinary Course Professionals**
- Boulette Golden & Marin L.L.P.
- Brady & Peavey, P.C.
- Deloitte Tax LLP
- Diane Yanaway
- Husch Blackwell LLP
- Jackson Lewis P.C.
- KBibb, LLC
- Phenix & Crump, PLLC
- San Jacinto Consulting Group, LLC