## Exhibit 4 - Listing Regarding Ability to Be Adverse and Fees Incurred

| Entity | % Fees Incurred[1] | Can RL&F Be Adverse? |
|---|---|---|
| Wilmington Trust Company, National Association | 2.06% | No |

---

[1] Fees incurred figures include the fees billed to the Current Client that is related to the entity that is listed under the column labeled "Entity" for period of July 1, 2014 through June 30, 2015.

RLF1 13565477v.1