# EXHIBIT A

## Statement of Fees and Expenses By Subject Matter

| Description | Total Billed Hours | Total Fees |
|---|---|---|
| Plan and Disclosure | 114.00 | $116,460.00 |
| Employment and Fee Applications | 3.70 | $ 4,005.00 |
| Non-Working Travel | 25.30 | $ 12,447.50 |
| **TOTAL** | **142.50** | **$132,587.50** |