5

# **EXHIBIT B**

## **Attorney and Paraprofessionals Information**

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Richard Levin | Partner | 1976 | Bankruptcy | 1150 | 48.30 | 53,072.50 |
| Vince Lazar | Partner | 1990 | Bankruptcy | 950 | 94.20 | 79,515.00 |
| Carl Wedoff | Associate | 2010 | Bankruptcy | 650 | .50 | 325.00 |
| | | | | **TOTAL** | **142.50** | **132,912.50** |