## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

| Service Description | Amount |
|---|---|
| TELEPHONE EXPENSES | $     43.18 |
| PACER CHARGES | $     30.10 |
| TRAVEL | $ 5,644.63 |
| TOTAL | $ 5,717.91 |

6