## **EXHIBIT D**

## Detailed Description of Expenses and Disbursements

| Matter | Date | Name | Title | Description | Amount | Narrative |
|---|---|---|---|---|---|---|
| 55152-10034 | 8/12/2015 | LEVIN, R.. | PARTNER | Telephone Expense | 10.82 | Telephone Expense; SOUNDPATH CONFERENCING |
| 55152-10034 | 8/12/2015 | LEVIN, R. | PARTNER | Telephone Expense | 14.92 | Telephone Expense; SOUNDPATH CONFERENCING |
| 55152-10034 | 9/12/2015 | LEVIN, R. | PARTNER | Telephone Expense | 5.15 | Telephone Expense; SOUNDPATH CONFERENCING |
| 55152-10034 | 9/30/2015 | LEVIN, R. | PARTNER | Pacer Charges | 30.10 | Pacer Charges – July 2015 – September 2015 |
| 55152-10034 | 10/12/2015 | LEVIN, R. | PARTNER | Telephone Expense | 7.36 | Telephone Expense; SOUNDPATH CONFERENCING |
| 55152-10034 | 11/10/2015 | LAZAR, V. | PARTNER | Travel | 2,887.57 | Travel, 11/2 -6, 2015 to Wilmington, DE for Confirmation Hearing |
| 55152-10024 | 11/18/2015 | LAZAR, V. | PARTNER | Travel | 1,898.16 | Travel, 11/09-13, 2015 to New York, NY and Wilmington, DE for Hearing |
| 55152-10034 | 11/24/2015 | LEVIN, R. | PARTNER | Travel | 858.90 | Travel, 11/24/2015 |
| 55152-10042 | 8/12/2015 | LEVIN, R. | PARTNER | Telephone Expense | 4.93 | Telephone Expense; SOUNDPATH CONFERENCING |

NYCorp 3534423v.1
SL1 1395566v1 109285.00005