## **Exhibit B**

### **Hours Expended by Subject Matter**

| | |
|---|---:|
| Board/Director Communications | 5.7 |
| Plan Development | 5.0 |
| **Total** | **10.7** |

**General Description of Work Codes**

- **Board/Director Communications**

Goldin advises the Disinterested Director on Conflict Matters and potential Conflict Matters. This category includes attendance on board calls, analysis of board materials, discussions with the Disinterested Director, and responding to requests of the Disinterested Director.

- **Plan Development**

This category includes meetings with constituents respecting plan formulation, review of plan proposals and term sheets, resolution of certain claims and causes of action and analysis of proposed settlements of Conflict Matters.