## Exhibit C

**Expenses by Category**

| | |
|---|---|
| Photocopies | 14.91 |
| **Total** | **$14.91** |