## **Exhibit D**

**Expense Detail**

SL1 1396673v1 109285.00005

**GoldinAssociates, LLC**

350 Fifth Avenue
The Empire State Building
New York, New York 10118

Tel.: 212 593 2255
Fax: 212 888 2841
www.goldinassociates.com

### Detailed Expenses by Category: EFIH

For Expenses Through 11/30/15

| Expense | Start Date | End Date | Invoice Date | Description | Charges |
|---|---|---|---|---|---|
| : Office Supplies/Miscellaneous | | | | | |
| | 11/1/2015 | 11/30/2015 | 11/30/15   AJD | Photocopies for the period of November 1 through November 30, 2015 (213 pages at $0.07 per page) | $14.91 |
| Total: Office Supplies/Miscellaneous | | | | | $14.91 |
| **Grand Total** | | | | | $14.91 |