## EXHIBIT A

### Statement of Fees by Subject Matter

| Task Code # | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| B160 | Fee/Employment Applications | 23.20 | $12,226.00 |
| B270 | Energy Trading | 49.50 | $35,141.00 |
| B340 | Hearings | 1.10 | $638.00 |
| | **TOTAL** | **73.80** | **$48,005.00** |