## EXHIBIT B

### Professionals' Information

The McDermott Will & Emery LLP professionals who rendered professional services in this case during the Fee Period are:

| Professional Person | Position with the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Iskender H. Catto | Partner | $875 | 21.80 | $19,075.00 |
| Melvin Huang | Associate | $580 | 1.20 | $696.00 |
| Ryan A. Wagner | Associate | $580 | 46.70 | $27,086.00 |
| Andrea Duncliffe | Paralegal Manager | $280 | 4.10 | $1,148.00 |
| **Total** | | | 73.80 | **$48,005.00** |