## <u>EXHIBIT C</u>

**Summary of Actual and Necessary Expenses for the Fee Period**

**TCEH – Expense Summary**

| Service Description | Service Provider | Amount |
|---|---|---|
| Lodging | Fairfield Inn & Suites | $229.37 |
| Car Rental | Budget Rental | $62.84 |
| Parking | Various Vendors | $9.00 |
| Miscellaneous | Shell Gas | $8.33 |
| **TOTAL** | | **$309.54** |