# **EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

**Expense Detail by Category**

**October 1, 2015 through October 31, 2015**

*AIRFARE*

**N/A**

*LODGING*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | October 1, 2015 | $229.37 | Fairfield Inn & Suites |
| **Expense Category Total:** | | **$229.37** | |

*MEALS*

**N/A**

*TRANSPORTATION*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | October 1, 2015 | $62.84 | Budget Car Rental |
| **Expense Category Total:** | | **$62.84** | |

*PARKING*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | October 2, 2015 | $9.00 | Stall Parking |
| **Expense Category Total:** | | **$9.00** | |

*MISCELLANEOUS*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | October 2, 2015 | $8.33 | Shell Gas |
| **Expense Category Total:** | | **$8.33** | |