**<u>EXHIBIT A</u>**

**Statement of Fees and Expenses by Subject Matter**

## COMPENSATION BY PROJECT CATEGORY
## NOVEMBER 1, 2015 THROUGH NOVEMBER 30, 2015

| Matter Number | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| Applicable to All Debtors[1] | | | |
| 12 | Tax Analysis | N/A | N/A |
| 25 | Public Policy Advice | N/A | N/A |
| 30 | Case Administration, Employment and Fee Applications | 16.0 | $6,504.00 |
| 46 | Budget-Related Work | 0.4 | $250.00 |
| Total for All-Debtor Matters | | 16.4 | $6,754.00 |
| Applicable to TCEH Debtors | | | |
| 4 | Litigation:  Disputes and Potential Litigation with Aurelius | N/A | N/A |
| 8 | Litigation:  FPL v. TXU (Texas Supreme Court) | 10.5 | $6,847.50 |
| 13 | Litigation:  FOIA Disputes and EPA Matters | N/A | N/A |
| 16 | Litigation:  Sierra Club – Eastern District of Texas | N/A | N/A |
| 17 | Litigation:  Sierra Club – Western District of Texas | N/A | N/A |
| 18 | Litigation:  NSR Case | 37.0 | $23,906.50 |
| 22 | Litigation:  2004 FPL Lawsuit | N/A | N/A |
| 23 | Litigation:  2011 FPL Lawsuit | N/A | N/A |
| 24 | Litigation:  FPL Offer Curves Dispute | N/A | N/A |
| 36 | TCEH Case Administration | N/A | N/A |
| 41 | SEC Matters | N/A | N/A |
| 43 | Corporate Matters | N/A | N/A |
| 44 | Non-Working Travel | N/A | N/A |
| 48 | TCEH Going Public Transactions | 41.5 | $21,767.00 |
| 49 | TCEH Notes Offering | N/A | N/A |
| 50 | Acquisition of La Frontera Generation Portfolio | 511.7 | $364,593.50 |
| Total for TCEH Matters | | 600.7 | $417,114.50 |

---

[1]    Matter categories applicable to all Debtors are allocated to each Debtor in the same proportion as the amount incurred by each Debtor to its direct benefit on a monthly basis.  In this Monthly Fee Statement, 93.7% of the fees ($6,331.79) shall be allocated to the TCEH estate, 0.0% of the fees ($0.00) shall be allocated to the EFIH estate, and 6.3% of the fees ($422.21) shall be allocated to the EFH estate.

| Applicable to EFIH Debtors | | | |
|---|---|---:|---:|
| 27 | First Lien DIP Exchange Offer | N/A | N/A |
| 28 | Second Lien DIP Tender Offer | N/A | N/A |
| 29 | Second Lien DIP Notes Offering | N/A | N/A |
| 34 | SEC Matters | N/A | N/A |
| 35 | Corporate Matters | N/A | N/A |
| 40 | Non-Working Travel | N/A | N/A |
| Total for EFIH Matters | | N/A | N/A |
| Applicable to EFH Debtors | | | |
| 31 | SEC Matters | 13.3 | $7,881.50 |
| 32 | Corporate Matters | 26.2 | $19,932.00 |
| 38 | Non-Working Travel | N/A | N/A |
| Total for EFH Matters | | 39.5 | $27,813.50 |
| **Total** | | **656.6** | **$451,682.00** |

2

**EXPENSE SUMMARY**
**NOVEMBER 1, 2015 THROUGH NOVEMBER 30, 2015**

| Expenses Category | Total Expenses |
|---|---|
| In House Duplication | $89.50 |
| Lodging | $1,295.78 |
| Meals | $236.16 |
| Messenger And Courier Expense | $102.91 |
| Travel – Air & Rail | $703.20 |
| Travel – Parking | $60.00 |
| Travel – Taxi & Other Modes/Miles | $284.63 |
| **Total:** | **$2,772.18** |