# **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The Gibson Dunn professionals and paraprofessionals who rendered professional services in these cases during the Fee Period are:

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Linda K. Curtis | Partner. Became a Partner in 1999. Member of CA Bar since 1989. | $1,065.00 | 6.7 | $7,135.50 |
| William B. Dawson | Partner. Joined firm as a Partner in 2011. Member of TX Bar since 1975. | $975.00 | 0.50 | $487.50 |
| James C. Ho | Partner. Became a Partner in 2010. Member of DC Bar since 2001, and TX Bar since 2006. | $835.00 | 4.8 | $4,008.00 |
| William R. Hollaway | Partner. Became a Partner in 2008. Member of DC Bar since 2000. | $1,055.00 | 7.6 | $8,018.00 |
| Joseph Kattan | Partner. Became a Partner in 1997. Member of DC Bar since 1980. | $1,100.00 | 16.1 | $17,710.00 |
| Robert B. Little | Partner. Joined firm as a Partner in 2011. Member of TX Bar since 1998. | $835.00 | 132.9 | $110,971.50 |
| Thomas J. McHenry | Partner. Joined firm as a Partner in 1999. Member of NY Bar since 1985, and CA Bar since 1987. | $1,065.00 | 0.3 | $319.50 |
| Stephen Nordhal | Partner since 2010. Joined firm as a Partner in 2010. Member of NY Bar since 1995. | $980.00 | 8.2 | $8,036.00 |
| Michael L. Raiff | Partner. Joined firm as a Partner in 2011. Member of TX Bar since 1992. | $885.00 | 5.4 | $4,779.00 |

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Saptak Santra | Partner. Joined firm as a Partner in 2008. Member of UK Bar since 1999, and Singapore Bar since 2010. | $965.00 | 38.3 | $36,959.50 |
| David L. Sinak | Partner. Joined firm as a Partner in 2002. Member of TX Bar since 1979. | $1,065.00 | 2.9 | $3,088.50 |
| Andrew Cline | Of Counsel. Joined firm as an associate in 1999. Member of D.C. Bar since 2000. | $650.00 | 4.1 | $2,665.00 |
| Ashley E. Johnson | Of Counsel. Became an Of Counsel in 2014. Member of NC Bar since 2007, and TX Bar since 2009. | $690.00 | 1.0 | $690.00 |
| Janine Durand | Senior Counsel. Joined firm as a Senior Counsel in 2008. Member of NJ Bar since 1998, and DC Bar since 1999. | $800.00 | 4.0 | $3,200.00 |
| Daniel Angel | Associate. Joined firm as an associate in 2010. Member of NY Bar since 2004. | $855.00 | 3.3 | $2,821.50 |
| C. Babcock | Associate. Joined firm as an associate in 2011. Member of TX Bar since 2009. | $625.00 | 16.6 | $10,375.00 |
| Matthew G. Bouslog | Associate. Joined firm as an associate in 2012. Member of CA Bar since 2011. | $625.00 | 1.2 | $750.00 |
| Caitlin Calloway | Associate. Joined firm as an Associate in 2012. Member of TX Bar since 2012. | $500.00 | 3.9 | $1,950.00 |

RLF1 13569497v.1

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Michael Q. Cannon | Associate. Joined firm as an Associate in 2014. Member of TX Bar since 2012. | $575.00 | 8.8 | $5,060.00 |
| Douglas M. Champion | Associate. Joined firm as an Associate in 2006. Member of CA Bar since 2006. | $770.00 | 1.5 | $1,155.00 |
| Mark H. Dreschler | Associate. Joined firm as an Associate in 2014. Member of CA Bar since 2014. | $460.00 | 7.5 | $3,450.00 |
| Russell H. Falconer | Associate. Joined firm as an Associate in 2011. Member of TX Bar since 2009. | $610.00 | 30.6 | $18,666.00 |
| Timothy P. Fisher | Associate. Joined firm as an associate in 2013. Member of TX Bar since 2013. | $450.00 | 101.7 | $45,765.00 |
| Krista P. Hanvey | Associate. Joined firm as an associate in 2009. Member of TX Bar since 2009. | $725.00 | 13.6 | $9,860.00 |
| Sidhant Kumar | Associate. Joined firm as an Associate in 2015. Member of India Bar since 2015, and Singapore Bar since 2015. | $495.00 | 3.0 | $1,485.00 |
| Emily Lieberman | Associate. Joined firm as an Associate in 2013. Member of NY Bar since 2013, and CA Bar since 2014. | $695.00 | 7.5 | $5,212.50 |
| Robert Nichols | Associate. Joined firm as an Associate in 2015. Member of CA Bar since 2012, and DC Bar since 2014. | $520.00 | 4.5 | $2,340.00 |

3

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Joseph Orien | Associate. Joined firm as an associate in 2014. Member of TX Bar since 2013. | $450.00 | 1.8 | $810.00 |
| Jean Y. Park | Associate. Joined firm as an associate in 2014. Member of CA Bar since 2014. | $460.00 | 0.1 | $46.00 |
| Melissa L. Persons | Associate. Joined firm as an Associate in 2013. Member of TX Bar since 2009, and Singapore Bar since 2015. | $805.00 | 25.5 | $20,527.50 |
| William T. Thompson | Associate. Joined firm as an associate in 2014. Member of TX Bar since 2013. | $425.00 | 3.8 | $1,615.00 |
| Lauren A. Traina | Associate. Joined firm as an Associate in 2014. Member of CA Bar since 2014. | $460.00 | 5.0 | $2,300.00 |
| Needhi N. Vasavada | Associate. Joined firm as an associate in 2014. Member of TX Bar since 2014. | $410.00 | 11.3 | $4,633.00 |
| Elizabeth M. Viney | Associate. Joined firm as an Associate in 2012. Member of TX Bar since 2011, and LA Bar since 2011. | $525.00 | 0.3 | $157.50 |
| Jonathan M. Whalen | Associate. Joined firm as an Associate in 2009. Member of TX Bar since 2009. | $630.00 | 156.0 | $98,280.00 |
| Duke K. Amponsah | Paralegal. Joined firm as a Paralegal in 2012. | $395.00 | 15.2 | $6,004.00 |
| Gaya K. Holman | Paralegal. Joined firm as a Paralegal in 2013. | $370.00 | 0.7 | $259.00 |

4

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Reed Nelson | Research Manager, Research and Information Management. Joined firm in 1995. | $230.00 | 0.4 | $92.00 |
| **TOTAL** | | | **656.6** | **$451,682.00** |
| **Blended Rate** | | **$687.91** | | |

5