# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

**EXPENSE SUMMARY**
**NOVEMBER 1, 2015 THROUGH NOVEMBER 30, 2015**

**Applicable to TCEH Debtors**

| Expenses Category | Total Expenses |
|---|---:|
| In House Duplication | $89.50 |
| Lodging | $1,295.78 |
| Meals | $236.16 |
| Messenger And Courier Expense | $102.91 |
| Travel – Air & Rail | $703.20 |
| Travel – Parking | $60.00 |
| Travel – Taxi & Other Modes/Miles | $284.63 |
| **Total:** | **$2,772.18** |

**TOTAL EXPENSES:**                                                                 **$2,772.18**