## EXHIBIT D

**Detailed Description of Expenses and Disbursements**

RLF1 13569497v.1

| Invoice Number | Matter Name | Date | Name Of Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 2015123570 | TCEH | 20151112 | Russell H. Falconer | In House Duplication | $0.10 | 22 | $2.20 | In House Duplication Charge via Equitrac |
| 2015123570 | TCEH | 20151113 | Derrick D. Sirls | In House Duplication | $0.10 | 1 | $0.10 | In House Duplication Charge via Equitrac |
| 2015123570 | TCEH | 20151113 | Derrick D. Sirls | In House Duplication | $0.10 | 10 | $1.00 | In House Duplication Charge via Equitrac |
| 2015123570 | TCEH | 20151113 | Derrick D. Sirls | In House Duplication | $0.10 | 7 | $0.70 | In House Duplication Charge via Equitrac |
| 2015123570 | TCEH | 20151113 | Derrick D. Sirls | In House Duplication | $0.10 | 14 | $1.40 | In House Duplication Charge via Equitrac |
| 2015123570 | TCEH | 20151113 | Derrick D. Sirls | In House Duplication | $0.10 | 13 | $1.30 | In House Duplication Charge via Equitrac |
| 2015123570 | TCEH | 20151113 | Derrick D. Sirls | In House Duplication | $0.10 | 9 | $0.90 | In House Duplication Charge via Equitrac |
| 2015123570 | TCEH | 20151113 | Derrick D. Sirls | In House Duplication | $0.10 | 13 | $1.30 | In House Duplication Charge via Equitrac |
| 2015123570 | TCEH | 20151113 | Derrick D. Sirls | In House Duplication | $0.10 | 12 | $1.20 | In House Duplication Charge via Equitrac |
| 2015123570 | TCEH | 20151113 | Derrick D. Sirls | In House Duplication | $0.10 | 12 | $1.20 | In House Duplication Charge via Equitrac |
| 2015123570 | TCEH | 20151113 | Derrick D. Sirls | In House Duplication | $0.10 | 12 | $1.20 | In House Duplication Charge via Equitrac |
| 2015123570 | TCEH | 20151113 | Derrick D. Sirls | In House Duplication | $0.10 | 13 | $1.30 | In House Duplication Charge via Equitrac |
| 2015123570 | TCEH | 20151113 | Derrick D. Sirls | In House Duplication | $0.10 | 13 | $1.30 | In House Duplication Charge |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | via Equitrac |
| 2015123570 | TCEH | 20151113 | Derrick D. Sirls | In House Duplication | $0.10 | 12 | $1.20 | In House Duplication Charge via Equitrac |
| 2015123570 | TCEH | 20151113 | Derrick D. Sirls | In House Duplication | $0.10 | 12 | $1.20 | In House Duplication Charge via Equitrac |
| 2015123570 | TCEH | 20151113 | Derrick D. Sirls | In House Duplication | $0.10 | 12 | $1.20 | In House Duplication Charge via Equitrac |
| 2015123570 | TCEH | 20151113 | Derrick D. Sirls | In House Duplication | $0.10 | 13 | $1.30 | In House Duplication Charge via Equitrac |
| 2015123570 | TCEH | 20151113 | Derrick D. Sirls | In House Duplication | $0.10 | 18 | $1.80 | In House Duplication Charge via Equitrac |
| 2015123570 | TCEH | 20151113 | Derrick D. Sirls | In House Duplication | $0.10 | 10 | $1.00 | In House Duplication Charge via Equitrac |
| 2015123570 | TCEH | 20151113 | Derrick D. Sirls | In House Duplication | $0.10 | 13 | $1.30 | In House Duplication Charge via Equitrac |
| 2015123570 | TCEH | 20151113 | Derrick D. Sirls | In House Duplication | $0.10 | 33 | $3.30 | In House Duplication Charge via Equitrac |
| 2015123570 | TCEH | 20151113 | Derrick D. Sirls | In House Duplication | $0.10 | 10 | $1.00 | In House Duplication Charge via Equitrac |
| 2015123570 | TCEH | 20151113 | Derrick D. Sirls | In House Duplication | $0.10 | 5 | $0.50 | In House Duplication Charge via Equitrac |
| 2015123570 | TCEH | 20151113 | Derrick D. Sirls | In House Duplication | $0.10 | 4 | $0.40 | In House Duplication Charge via Equitrac |
| 2015123570 | TCEH | 20151113 | Derrick D. Sirls | In House Duplication | $0.10 | 14 | $1.40 | In House Duplication Charge via Equitrac |
| 2015123570 | TCEH | 20151113 | Derrick D. Sirls | In House Duplication | $0.10 | 13 | $1.30 | In House Duplication Charge via Equitrac |
| 2015123570 | TCEH | 20151113 | Derrick D. | In House | $0.10 | 2 | $0.20 | In House |

RLF1 13569497v.1

| | | | Sirls | Duplication | | | | Duplication Charge via Equitrac |
|---|---|---|---|---|---|---|---|---|
| 2015123570 | TCEH | 20151113 | Derrick D. Sirls | In House Duplication | $0.10 | 4 | $0.40 | In House Duplication Charge via Equitrac |
| 2015123570 | TCEH | 20151113 | Derrick D. Sirls | In House Duplication | $0.10 | 1 | $0.10 | In House Duplication Charge via Equitrac |
| 2015123570 | TCEH | 20151113 | Derrick D. Sirls | In House Duplication | $0.10 | 8 | $0.80 | In House Duplication Charge via Equitrac |
| 2015123570 | TCEH | 20151113 | Derrick D. Sirls | In House Duplication | $0.10 | 12 | $1.20 | In House Duplication Charge via Equitrac |
| 2015123570 | TCEH | 20151113 | Derrick D. Sirls | In House Duplication | $0.10 | 17 | $1.70 | In House Duplication Charge via Equitrac |
| 2015123570 | TCEH | 20151113 | Derrick D. Sirls | In House Duplication | $0.10 | 12 | $1.20 | In House Duplication Charge via Equitrac |
| 2015123570 | TCEH | 20151113 | Derrick D. Sirls | In House Duplication | $0.10 | 19 | $1.90 | In House Duplication Charge via Equitrac |
| 2015123570 | TCEH | 20151113 | Derrick D. Sirls | In House Duplication | $0.10 | 13 | $1.30 | In House Duplication Charge via Equitrac |
| 2015123570 | TCEH | 20151113 | Derrick D. Sirls | In House Duplication | $0.10 | 2 | $0.20 | In House Duplication Charge via Equitrac |
| 2015123570 | TCEH | 20151113 | Derrick D. Sirls | In House Duplication | $0.10 | 12 | $1.20 | In House Duplication Charge via Equitrac |
| 2015123570 | TCEH | 20151113 | Derrick D. Sirls | In House Duplication | $0.10 | 2 | $0.20 | In House Duplication Charge via Equitrac |
| 2015123570 | TCEH | 20151113 | Derrick D. Sirls | In House Duplication | $0.10 | 10 | $1.00 | In House Duplication Charge via Equitrac |
| 2015123570 | TCEH | 20151113 | Derrick D. Sirls | In House Duplication | $0.10 | 11 | $1.10 | In House Duplication Charge via Equitrac |

3

RLF1 13569497v.1

| 2015123570 | TCEH | 20151113 | Derrick D. Sirls | In House Duplication | $0.10 | 10 | $1.00 | In House Duplication Charge via Equitrac |
|---|---|---|---|---|---|---|---|---|
| 2015123570 | TCEH | 20151113 | Derrick D. Sirls | In House Duplication | $0.10 | 12 | $1.20 | In House Duplication Charge via Equitrac |
| 2015123570 | TCEH | 20151113 | Derrick D. Sirls | In House Duplication | $0.10 | 8 | $0.80 | In House Duplication Charge via Equitrac |
| 2015123570 | TCEH | 20151113 | Derrick D. Sirls | In House Duplication | $0.10 | 9 | $0.90 | In House Duplication Charge via Equitrac |
| 2015123570 | TCEH | 20151113 | Derrick D. Sirls | In House Duplication | $0.10 | 2 | $0.20 | In House Duplication Charge via Equitrac |
| 2015123570 | TCEH | 20151113 | Derrick D. Sirls | In House Duplication | $0.10 | 6 | $0.60 | In House Duplication Charge via Equitrac |
| 2015123570 | TCEH | 20151113 | Derrick D. Sirls | In House Duplication | $0.10 | 3 | $0.30 | In House Duplication Charge via Equitrac |
| 2015123570 | TCEH | 20151113 | Derrick D. Sirls | In House Duplication | $0.10 | 2 | $0.20 | In House Duplication Charge via Equitrac |
| 2015123570 | TCEH | 20151113 | Derrick D. Sirls | In House Duplication | $0.10 | 12 | $1.20 | In House Duplication Charge via Equitrac |
| 2015123570 | TCEH | 20151113 | Derrick D. Sirls | In House Duplication | $0.10 | 5 | $0.50 | In House Duplication Charge via Equitrac |
| 2015123570 | TCEH | 20151113 | Derrick D. Sirls | In House Duplication | $0.10 | 10 | $1.00 | In House Duplication Charge via Equitrac |
| 2015123570 | TCEH | 20150930 | Mark Redsell | Messenger and Courier | | | $5.39 | Messenger and Courier Expense/Courier to W1 Requested by Michael Clerkley |
| 2015123570 | TCEH | 20151116 | Derrick D. Sirls | In House Duplication | $0.10 | 1 | $0.10 | In House Duplication Charge via Equitrac |
| 2015123570 | TCEH | 20151116 | Derrick D. Sirls | In House Duplication | $0.10 | 1 | $0.10 | In House Duplication Charge |

4

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | via Equitrac |
| 2015123570 | TCEH | 20151116 | Derrick D. Sirls | In House Duplication | $0.10 | 4 | $0.40 | In House Duplication Charge via Equitrac |
| 2015123570 | TCEH | 20151116 | Derrick D. Sirls | In House Duplication | $0.10 | 2 | $0.20 | In House Duplication Charge via Equitrac |
| 2015123570 | TCEH | 20151116 | Derrick D. Sirls | In House Duplication | $0.10 | 9 | $0.90 | In House Duplication Charge via Equitrac |
| 2015123570 | TCEH | 20151116 | Derrick D. Sirls | In House Duplication | $0.10 | 10 | $1.00 | In House Duplication Charge via Equitrac |
| 2015123570 | TCEH | 20151116 | Derrick D. Sirls | In House Duplication | $0.10 | 9 | $0.90 | In House Duplication Charge via Equitrac |
| 2015123570 | TCEH | 20151116 | Derrick D. Sirls | In House Duplication | $0.10 | 2 | $0.20 | In House Duplication Charge via Equitrac |
| 2015123570 | TCEH | 20151116 | Derrick D. Sirls | In House Duplication | $0.10 | 7 | $0.70 | In House Duplication Charge via Equitrac |
| 2015123570 | TCEH | 20151116 | Derrick D. Sirls | In House Duplication | $0.10 | 4 | $0.40 | In House Duplication Charge via Equitrac |
| 2015123570 | TCEH | 20151116 | Derrick D. Sirls | In House Duplication | $0.10 | 4 | $0.40 | In House Duplication Charge via Equitrac |
| 2015123570 | TCEH | 20151116 | Derrick D. Sirls | In House Duplication | $0.10 | 8 | $0.80 | In House Duplication Charge via Equitrac |
| 2015123570 | TCEH | 20151116 | Derrick D. Sirls | In House Duplication | $0.10 | 2 | $0.20 | In House Duplication Charge via Equitrac |
| 2015123570 | TCEH | 20151116 | Derrick D. Sirls | In House Duplication | $0.10 | 11 | $1.10 | In House Duplication Charge via Equitrac |
| 2015123570 | TCEH | 20151116 | Derrick D. Sirls | In House Duplication | $0.10 | 12 | $1.20 | In House Duplication Charge via Equitrac |
| 2015123570 | TCEH | 20151116 | Derrick D. | In House | $0.10 | 7 | $0.70 | In House |

RLF1 13569497v.1

| | | | Sirls | Duplication | | | | Duplication Charge via Equitrac |
|---|---|---|---|---|---|---|---|---|
| 2015123570 | TCEH | 20151116 | Derrick D. Sirls | In House Duplication | $0.10 | 2 | $0.20 | In House Duplication Charge via Equitrac |
| 2015123570 | TCEH | 20151116 | Derrick D. Sirls | In House Duplication | $0.10 | 9 | $0.90 | In House Duplication Charge via Equitrac |
| 2015123570 | TCEH | 20151116 | Derrick D. Sirls | In House Duplication | $0.10 | 9 | $0.90 | In House Duplication Charge via Equitrac |
| 2015123570 | TCEH | 20151116 | Derrick D. Sirls | In House Duplication | $0.10 | 11 | $1.10 | In House Duplication Charge via Equitrac |
| 2015123570 | TCEH | 20151116 | Derrick D. Sirls | In House Duplication | $0.10 | 2 | $0.20 | In House Duplication Charge via Equitrac |
| 2015123570 | TCEH | 20151116 | Derrick D. Sirls | In House Duplication | $0.10 | 12 | $1.20 | In House Duplication Charge via Equitrac |
| 2015123570 | TCEH | 20151116 | Derrick D. Sirls | In House Duplication | $0.10 | 7 | $0.70 | In House Duplication Charge via Equitrac |
| 2015123570 | TCEH | 20151116 | Derrick D. Sirls | In House Duplication | $0.10 | 12 | $1.20 | In House Duplication Charge via Equitrac |
| 2015123570 | TCEH | 20151116 | Derrick D. Sirls | In House Duplication | $0.10 | 2 | $0.20 | In House Duplication Charge via Equitrac |
| 2015123570 | TCEH | 20151116 | Derrick D. Sirls | In House Duplication | $0.10 | 13 | $1.30 | In House Duplication Charge via Equitrac |
| 2015123570 | TCEH | 20151116 | Derrick D. Sirls | In House Duplication | $0.10 | 9 | $0.90 | In House Duplication Charge via Equitrac |
| 2015123570 | TCEH | 20151116 | Derrick D. Sirls | In House Duplication | $0.10 | 13 | $1.30 | In House Duplication Charge via Equitrac |
| 2015123570 | TCEH | 20151116 | Derrick D. Sirls | In House Duplication | $0.10 | 2 | $0.20 | In House Duplication Charge via Equitrac |

6

| 2015123570 | TCEH | 20151116 | Derrick D. Sirls | In House Duplication | $0.10 | 12 | $1.20 | In House Duplication Charge via Equitrac |
|---|---|---|---|---|---|---|---|---|
| 2015123570 | TCEH | 20151116 | Derrick D. Sirls | In House Duplication | $0.10 | 10 | $1.00 | In House Duplication Charge via Equitrac |
| 2015123570 | TCEH | 20151116 | Derrick D. Sirls | In House Duplication | $0.10 | 13 | $1.30 | In House Duplication Charge via Equitrac |
| 2015123570 | TCEH | 20151116 | Derrick D. Sirls | In House Duplication | $0.10 | 2 | $0.20 | In House Duplication Charge via Equitrac |
| 2015123570 | TCEH | 20151116 | Derrick D. Sirls | In House Duplication | $0.10 | 13 | $1.30 | In House Duplication Charge via Equitrac |
| 2015123570 | TCEH | 20151116 | Derrick D. Sirls | In House Duplication | $0.10 | 2 | $0.20 | In House Duplication Charge via Equitrac |
| 2015123570 | TCEH | 20151116 | Derrick D. Sirls | In House Duplication | $0.10 | 10 | $1.00 | In House Duplication Charge via Equitrac |
| 2015123570 | TCEH | 20151116 | Derrick D. Sirls | In House Duplication | $0.10 | 12 | $1.20 | In House Duplication Charge via Equitrac |
| 2015123570 | TCEH | 20151116 | Derrick D. Sirls | In House Duplication | $0.10 | 12 | $1.20 | In House Duplication Charge via Equitrac |
| 2015123570 | TCEH | 20151116 | Derrick D. Sirls | In House Duplication | $0.10 | 2 | $0.20 | In House Duplication Charge via Equitrac |
| 2015123570 | TCEH | 20151116 | Derrick D. Sirls | In House Duplication | $0.10 | 11 | $1.10 | In House Duplication Charge via Equitrac |
| 2015123570 | TCEH | 20151116 | Derrick D. Sirls | In House Duplication | $0.10 | 7 | $0.70 | In House Duplication Charge via Equitrac |
| 2015123570 | TCEH | 20151116 | Derrick D. Sirls | In House Duplication | $0.10 | 8 | $0.80 | In House Duplication Charge via |

7

| | | | | | | | | Equitrac |
|---|---|---|---|---|---|---|---|---|
| 2015123570 | TCEH | 20151116 | Derrick D. Sirls | In House Duplication | $0.10 | 7 | $0.70 | In House Duplication Charge via Equitrac |
| 2015123570 | TCEH | 20151116 | Derrick D. Sirls | In House Duplication | $0.10 | 2 | $0.20 | In House Duplication Charge via Equitrac |
| 2015123570 | TCEH | 20151116 | Derrick D. Sirls | In House Duplication | $0.10 | 10 | $1.00 | In House Duplication Charge via Equitrac |
| 2015123570 | TCEH | 20151116 | Derrick D. Sirls | In House Duplication | $0.10 | 5 | $0.50 | In House Duplication Charge via Equitrac |
| 2015123570 | TCEH | 20151116 | Derrick D. Sirls | In House Duplication | $0.10 | 2 | $0.20 | In House Duplication Charge via Equitrac |
| 2015123570 | TCEH | 20151116 | Derrick D. Sirls | In House Duplication | $0.10 | 9 | $0.90 | In House Duplication Charge via Equitrac |
| 2015123570 | TCEH | 20151116 | Derrick D. Sirls | In House Duplication | $0.10 | 8 | $0.80 | In House Duplication Charge via Equitrac |
| 2015123570 | TCEH | 20151116 | Derrick D. Sirls | In House Duplication | $0.10 | 6 | $0.60 | In House Duplication Charge via Equitrac |
| 2015123570 | TCEH | 20151109 | James K. Chung | Messenger and Courier | | | $19.25 | United Parcel Service, Inc.; From: Dallas, TX To: Balch & Bingham LLP, Birmingham, AL |
| 2015123570 | TCEH | 20151117 | Russell H. Falconer | Travel - Taxi & Other Modes/Miles | | | $7.10 | Cab Fare/Saint Louis, MO/Travel to St. Louis to attend Ameren hearing |
| 2015123570 | TCEH | 20151119 | Russell H. Falconer | Meals | | | $166.14 | Meals/Saint Louis, MO/Westin Hotels & Resorts 11/17/2015 - 11/19/2015 Russell Falconer/Travel to St. Louis to attend Ameren hearing |
| 2015123570 | TCEH | 20151119 | Russell H. Falconer | Lodging | | | $897.06 | Lodging/Saint Louis, MO/Westin Hotels & Resorts 11/17/2015 |

8

RLF1 13569497v.1

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | - 11/19/2015 Travel to St. Louis to attend Ameren hearing. |
| 2015123570 | TCEH | 20151119 | Russell H. Falconer | Meals | | | $24.19 | Meals/St. Louis, MO/Mike Shannon's Steaks and Seafood/Russell Falconer/Travel to St. Louis to attend Ameren hearing |
| 2015123570 | TCEH | 20151119 | Russell H. Falconer | Travel - Taxi & Other Modes/Miles | | | $17.31 | Cab Fare/St. Louis, MO/Travel to St. Louis to attend Ameren hearing |
| 2015123570 | TCEH | 20151119 | Russell H. Falconer | Travel - Taxi & Other Modes/Miles | | | $2.60 | Cab Fare/St. Louis, MO/Travel to St. Louis to attend Ameren hearing |
| 2015123570 | TCEH | 20151119 | Russell H. Falconer | Travel - Taxi & Other Modes/Miles | | | $2.73 | Cab Fare/St. Louis, MO/Travel to St. Louis to attend Ameren hearing |
| 2015123570 | TCEH | 20151119 | Russell H. Falconer | Travel - Taxi & Other Modes/Miles | | | $45.62 | Cab Fare/St. Louis, MO/Travel to St. Louis to attend Ameren hearing |
| 2015123570 | TCEH | 20151119 | Russell H. Falconer | Travel - Taxi & Other Modes/Miles | | | $22.21 | Cab Fare/St. Louis, MO/Travel to St. Louis to attend Ameren hearing |
| 2015123570 | TCEH | 20151119 | Russell H. Falconer | Meals | | | $16.46 | Meals/St. Louis, MO/HMShost, Lambert Int'l Airport/Russell Falconer/Travel to St. Louis to attend Ameren hearing |
| 2015123570 | TCEH | 20151119 | Russell H. Falconer | Meals | | | $12.44 | Meals/St. Louis, MO/IMO's Pizza/Russell Falconer/Travel to St. Louis to attend Ameren hearing |
| 2015123570 | TCEH | 20151119 | Russell H. Falconer | Meals | | | $16.93 | Meals/St. Louis, MO/Maya, 999 N. Second Street/Russell Falconer/Travel to St. Louis to attend Ameren hearing |
| 2015123570 | TCEH | 20151120 | Saptak Santra | Travel - Taxi & Other Modes/Miles | | | $7.16 | Cab Fare/Singapore |

9

| 2015123570 | TCEH | 20151117 | James K. Chung | Messenger and Courier | | | $15.20 | United Parcel Service, Inc. From: Dallas, TX To: Westin St. Louis Hotel, Saint Louis, MO |
|---|---|---|---|---|---|---|---|---|
| 2015123570 | TCEH | 20151117 | James K. Chung | Messenger and Courier | | | $63.07 | United Parcel Service, Inc. From: Dallas, TX To: Westin St. Louis Hotel, Saint Louis, MO |
| 2015123570 | TCEH | 20151123 | Jonathan M. Whalen | Travel - Taxi & Other Modes/Miles | | | $28.44 | Cab Fare/Dallas, TX/Uber to DFW airport |
| 2015123570 | TCEH | 20151125 | Jonathan M. Whalen | Travel - Taxi & Other Modes/Miles | | | $30.27 | Cab Fare/Dallas, TX/Uber from DFW airport to home |
| 2015123570 | TCEH | 20151125 | Jonathan M. Whalen | Lodging | | | $199.36 | Lodging/Palm Beach, FL/Doubletree Palm Beach Gardens 11/23/2015 - 11/25/2015 Hotel for meetings in Palm Beach to finalize transaction documents |
| 2015123570 | TCEH | 20151125 | Jonathan M. Whalen | Travel - Taxi & Other Modes/Miles | | | $16.19 | Cab Fare/Palm Beach, FL/Uber from meeting to PBI |
| 2015123570 | TCEH | 20151125 | Robert B. Little | Travel - Taxi & Other Modes/Miles | | | $45.00 | Cab Fare/West Palm Beach, FL/Taxi to PBI Airport |
| 2015123570 | TCEH | 20151125 | Robert B. Little | Travel - Air & Rail | | | $65.00 | Airfare/0060162101 664/One Way Ticket 11/25/2015 PBI to LGA/Additional Delta airline charge for seat assignment. |
| 2015123570 | TCEH | 20151125 | Robert B. Little | Travel - Taxi & Other Modes/Miles | | | $60.00 | Cab Fare/Lake Worth, FL/Taxi |
| 2015123570 | TCEH | 20151125 | Robert B. Little | Lodging | | | $199.36 | Lodging/West Palm Beach, FL/DoubleTree Palm Beach Gardens 11/23/2015 - 11/25/2015 Hotel in West Palm Beach for meetings to finalize |

10

RLF1 13569497v.1

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | transaction documents. |
| 2015123570 | TCEH | 20151128 | Robert B. Little | Travel – Parking | | | $60.00 | Dallas, TX/Parking at DFW Airport |
| 2015123570 | TCEH | 20151122 | Robert B. Little | Travel - Air & Rail | | | $446.60 | Travel Invoice#/Date: 147121 11/22/2015 Ticket No: 7696044223 Travel Dates: 11/23/2015 - 11/24/2015 Passenger: Little/Robert B Itinerary: DFW/ATL/PBI |
| 2015123570 | TCEH | 20151122 | Jonathan M. Whalen | Travel - Air & Rail | | | $191.60 | Travel Invoice#/Date: 147120 11/22/2015 Ticket No: 7696044222 Travel Dates: 11/23/2015 - 11/24/2015 Passenger: Whalen/Jonathan Itinerary: DFW/ATL/PBI |

RLF1 13569497v.1