## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors.[1] | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | **Objection Deadline: January 12, 2016 at 4:00 p.m.** |
|  | ) |  |

## NOTICE OF FEE STATEMENT

PLEASE TAKE NOTICE that KPMG LLP (the "Applicant") has today filed the attached **Eighteenth Monthly Fee Statement of KPMG LLP for Allowance of an Administrative Claim for Compensation and Reimbursement of Expenses Incurred From October 1, 2015 Through October 31, 2015** (the "Fee Statement") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Fee Statement must be made in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals*, dated September 16, 2014 [D.I. 2066] (the "Administrative Order") and must be filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, DE 19801, and be served upon and received by (i) the above-captioned debtors and debtors in possession (collectively, the "Debtors"), Energy Future Holdings Corp., *et al.*, 1601 Bryan Street, 43rd Floor, Dallas, TX,

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

75201, Attn:  Andrew M. Wright and Cecily Gooch; (ii) co-counsel to the Debtors, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022, Attn:  Brian E. Schartz and Kirkland & Ellis LLP, 300 North LaSalle, Chicago, IL 60654, Attn:  Chad Husnick; (iii) co-counsel to the Debtors, Richards, Layton & Finger, P.A., 920 North King Street, Wilmington, DE 19801, Attn: Daniel J. DeFranceschi and Jason M. Madron; (iv) Andrew R. Vara, the Acting United States Trustee for Region 3, J. Caleb Boggs Federal Building, 844 King Street, Room 2207, Wilmington, DE 19801, Attn: Richard L. Schepacarter and U.S. Department of Justice, Office of the U.S. Trustee, U.S. Federal Building, 201 Varick Street, Room 1006, New York, NY 10014, Attn: Andrea B. Schwartz; (v) counsel for the agent of the EFIH First Lien DIP Financing Facility, Shearman & Sterling LLP, 599 Lexington Avenue, New York, NY 10022, Attn: Ned Schodek and Fredric Sosnick; (vi) counsel for the agent of the TCEH DIP Financing Facility, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, NY 10005, Attn: Evan Fleck and Matthew Brod, (vii) counsel to the Official Committee of Unsecured Creditors, Morrison & Foerster LLP, 250 W. 55th Street, New York, NY 10019, Attn: Lorenzo Marinuzzi and Jennifer Marines, (viii) counsel to the fee committee, Godfrey & Kahn, S.C., One East Main Street, Madison, WI 53703, Attn: Katherine Stadler, and (ix) the Applicant, KPMG LLP, 717 North Harwood Street, Dallas, TX 75201-6585, Attn: Thomas D. Bibby, by no later than **4:00 p.m. (Eastern Standard Time) on January 12, 2016** (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that if any responses or objections to the Fee Statement are timely filed, served and received in accordance with this notice, a hearing on the Fee Statement will be held at the convenience of the Bankruptcy Court.  Only those objections made in writing and timely filed and received in accordance with the Administrative

Order and the procedures described herein will be considered by the Bankruptcy Court at such hearing.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Administrative Order, if no objection to the Fee Statement is timely filed, served and received by the Objection Deadline, the Applicant may be paid an amount equal to the lesser of (i) 80 percent of the fees and 100 percent of expenses requested in the Fee Statement or (ii) 80 percent of the fees and 100 percent of the expenses not subject to an objection without the need for further order of the Bankruptcy Court.

*[Remainder of page intentionally left blank.]*

RLF1 13569805v.1

Dated: December 22, 2015          /s/ Jason M. Madron
    Wilmington, Delaware     **RICHARDS, LAYTON & FINGER, P.A.**
                             Mark D. Collins (No. 2981)
                             Daniel J. DeFranceschi (No. 2732)
                             Jason M. Madron (No. 4431)
                             920 North King Street
                             Wilmington, Delaware 19801
                             Telephone:     (302) 651-7700
                             Facsimile:     (302) 651-7701
                             Email:         collins@rlf.com
                                            defranceschi@rlf.com
                                            madron@rlf.com

                             -and-

                             **KIRKLAND & ELLIS LLP**
                             **KIRKLAND & ELLIS INTERNATIONAL LLP**
                             Edward O. Sassower, P.C. (admitted *pro hac vice*)
                             Stephen E. Hessler (admitted *pro hac vice*)
                             Brian E. Schartz (admitted *pro hac vice*)
                             601 Lexington Avenue
                             New York, New York 10022-4611
                             Telephone:     (212) 446-4800
                             Facsimile:     (212) 446-4900
                             Email:         edward.sassower@kirkland.com
                                            stephen.hessler@kirkland.com
                                            brian.schartz@kirkland.com

                             -and-

                             James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
                             Marc Kieselstein, P.C. (admitted *pro hac vice*)
                             Chad J. Husnick (admitted *pro hac vice*)
                             Steven N. Serajeddini (admitted *pro hac vice*)
                             300 North LaSalle
                             Chicago, Illinois 60654
                             Telephone:     (312) 862-2000
                             Facsimile:     (312) 862-2200
                             Email:         james.sprayregen@kirkland.com
                                            marc.kieselstein@kirkland.com
                                            chad.husnick@kirkland.com
                                            steven.serajeddini@kirkland.com

                             Co-Counsel to the Debtors and Debtors in Possession