# EXHIBIT A

## Statement of Fees and Expenses By Subject Matter

| Matter Number | Matter Description | Total Hours Billed | Total Fees Requested |
|---|---|---|---|
| 3 | Sales and Use Tax Examination Consulting Services | 1.0 | $ 682.00 |
| 21 | Transaction Cost Analysis | 5.8 | $ 2,968.00 |
| 26 | OneSource Indirect Tax | 56.7 | $ 25,107.90 |
| 28 | Tax Accounting Support (Current Quarter) | 64.5 | $ 34,658.90 |
| 29 | SOX Compliance | 535.9 | $ 109,135.50 |
| 30 | Earnings and Profit Study | 159.4 | $ 90,693.00 |
| 31 | 2014 Tax Return Review | 2.0 | $ 1,210.00 |
| 32 | Tax Accounting Support (Restructuring) | 88.5 | $ 46,827.50 |
| 33 | Fresh Start | 757.6 | $ 230,061.50 |
| 35 | Fee Statement and Fee Application Preparation | 91.3 | $ 24,408.50 |
| | **Total** | **1,762.7** | **$ 565,752.80[1]** |

| Service Description | Service Provider | Amount |
|---|---|---|
| Airfare | N/A | $ 4,627.40 |
| Lodging | N/A | $ 4,603.50 |
| Travel Meals | N/A | $ 450.38 |
| Ground Transportation | N/A | $ 1,170.52 |
| Miscellaneous | N/A | $ - |
| **Total** | | **$ 10,851.80** |

---

[1] KPMG bills for services at discounted billing rates as specified in the Retention Application dated May 29, 2014. During the Fee Period, KPMG's standard rates for services rendered totaled $1,108,706.75. KPMG's services at the agreed upon discounted rates result in a voluntary discount of fees in the amount of $542,953.95 thus benefitting the Chapter 11 estate by same amount.