### EXHIBIT B

**Professionals' Information**

The KPMG professionals who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position & Department | | Total Billed Hours | Hourly Billing Rate | | Total Compensation |
|---|---|---|---|---|---|---|
| Johnson, Brent | Partner - Tax | | 16.0 | $ 805 | | $ 12,880.00 |
| Burdett, Brian R | Principal - Tax | | 1.0 | $ 682 | | $ 682.00 |
| Crockett, Clifford M | Partner - Tax | | 2.0 | $ 605 | ** | $ 1,210.00 |
| Crockett, Clifford M | Partner - Tax | | 8.2 | $ 575 | ** | $ 4,715.00 |
| Lyons, Stacy L | Partner - Tax | | 74.0 | $ 575 | | $ 42,550.00 |
| Kleppel, Robert | Managing Director - Tax | | 2.2 | $ 682 | | $ 1,500.40 |
| Nesta, Michael G | Partner - Advisory | * | 5.9 | $ 610 | | $ 3,599.00 |
| O'Connell, Mark | Managing Director - Tax | | 1.0 | $ 610 | | $ 610.00 |
| Cargile, David | Managing Director - Advisory | | 5.1 | $ 325 | | $ 1,657.50 |
| Calloway, Robert | Senior Manager - Tax | | 19.3 | $ 700 | | $ 13,510.00 |
| Harris, Deanna | Director - WNT | | 1.5 | $ 700 | | $ 1,050.00 |
| Fritzsche, Josh | Senior Manager - Tax | | 4.6 | $ 595 | | $ 2,737.00 |
| LeCompte, Dan | Senior Manager - Tax | | 6.9 | $ 595 | | $ 4,105.50 |
| Meredith, Kyle | Senior Manager - Tax | | 7.0 | $ 595 | | $ 4,165.00 |
| Booe, Amanda | Senior Manager- Tax | | 47.0 | $ 500 | | $ 23,500.00 |
| Gibson, Rhonda | Senior Manager - Tax | | 6.7 | $ 500 | | $ 3,350.00 |
| Jandera, Judy | Director - Advisory | | 69.1 | $ 500 | | $ 34,550.00 |
| Kielkucki, Cynthia | Director - Advisory | | 5.0 | $ 500 | | $ 2,500.00 |
| Lancy, Bradley | Director - Advisory | | 149.1 | $ 500 | | $ 74,550.00 |
| McCloskey, Erin | Director - Audit | | 0.7 | $ 500 | | $ 350.00 |
| Wilson, Robert | Director - Audit | | 1.7 | $ 500 | | $ 850.00 |
| Seeman, Nick | Director - Advisory | | 15.2 | $ 290 | | $ 4,408.00 |
| Brannon, Andrew | Senior Manager - Tax | * | 6.8 | $ 500 | | $ 3,375.00 |
| Plangman, Monica | Associate Director - Bankruptcy | | 3.8 | $ 325 | | $ 1,235.00 |
| Laukhuff, Brittny | Manager - Tax | | 3.8 | $ 560 | ** | $ 2,128.00 |
| Laukhuff, Brittny | Manager - Tax | | 34.3 | $ 545 | ** | $ 18,693.50 |
| Wigmore, Andrew | Manager - Tax | * | 48.7 | $ 545 | | $ 26,541.50 |
| Sampson, Clay | Senior Associate - Tax | | 15.6 | $ 455 | | $ 7,098.00 |
| Marchand, Elizabeth | Manager - Tax | | 10.3 | $ 388 | | $ 3,996.40 |
| Covely, Stephen | Manager - Audit | | 0.9 | $ 375 | | $ 337.50 |
| Tang, Yen | Manager - Advisory | | 12.0 | $ 375 | | $ 4,500.00 |
| Campbell, Celeste | Manager - Bankruptcy | | 51.2 | $ 298 | | $ 15,257.60 |
| Myrick, Cristina | Manager - Advisory | | 85.1 | $ 250 | | $ 21,275.00 |

**EXHIBIT B, continued**

| Professional Person | Position & Department | | Total Billed Hours | Hourly Billing Rate | | Total Compensation |
|---|---|---|---|---|---|---|
| Payne, Lani | Senior Associate - Tax | | 24.0 | $ 455 | ** | $ 10,920.00 |
| Payne, Lani | Senior Associate - Tax | | 2.0 | $ 420 | ** | $ 840.00 |
| Asbell, Donny | Senior Associate - Tax | | 6.7 | $ 350 | | $ 2,345.00 |
| Jones, Virginia | Senior Associate - Tax | * | 29.3 | $ 350 | | $ 10,255.00 |
| Berryman, Ben | Senior Associate - Advisory | | 126.2 | $ 275 | | $ 34,705.00 |
| Shaffer, Wendy | Senior Associate - Bankruptcy | | 26.0 | $ 228 | | $ 5,928.00 |
| Coquis, Rafael | Senior Associate - Advisory | | 202.5 | $ 190 | | $ 38,475.00 |
| Ravishanker, Venkatesh | Senior Associate - Advisory | | 228.0 | $ 190 | | $ 43,320.00 |
| Liang, Memory | Senior Associate - Advisory | * | 2.0 | $ 275 | | $ 550.00 |
| Garza, Juanita | Associate - Bankruptcy | | 10.3 | $ 193 | | $ 1,987.90 |
| Bozon, Brianna | Associate - Advisory | | 190.9 | $ 190 | | $ 36,271.00 |
| Fritsche, Philip | Associate - Advisory | | 193.1 | $ 190 | | $ 36,689.00 |
| **Total** | | | **1,762.7** | | | **$ 565,752.80** |

\* Promoted effective 10/1/15

\*\* Rates differ due to services provided under multiple Statements of Work