# EXHIBIT C

## Summary of Actual and Necessary Expenses for the Fee Period

### ALL - Expense Summary

| Service Description | Service Provider | Amount | |
|---|---|---|---|
| Airfare | N/A | $ | 4,627.40 |
| Lodging | N/A | $ | 4,603.50 |
| Travel Meals | N/A | $ | 450.38 |
| Ground Transportation | N/A | $ | 1,170.52 |
| Miscellaneous | N/A | $ | - |
| **Total** | | **$** | **10,851.80** |

### EFH - Expense Summary

| Service Description | Service Provider | Amount | |
|---|---|---|---|
| Airfare | N/A | $ | 4,627.40 |
| Lodging | N/A | $ | 4,603.50 |
| Travel Meals | N/A | $ | 450.38 |
| Ground Transportation | N/A | $ | 1,170.52 |
| Miscellaneous | N/A | $ | - |
| **Total** | | **$** | **10,851.80** |