**EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

**KPMG LLP**
**EFH Expense Detail**
**October 1, 2015 through October 31, 2015**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 10029267 | Fresh Start | 20151001 | Lancy, Bradley | air | | | $ 558.16 | Roundtrip coach class airfare from Chicago, IL to Dallas, TX. Departure Date: 9/28/15 Return Date: 10/1/15. Business Purpose: To travel to EFH, Energy Future Holdings (EFH). |
| 10029267 | OneSource Indirect Tax | 20151002 | Meredith, Kyle | air | | | $ 163.06 | One-way coach class airfare from Dallas, TX to San Antonio, TX. Departure Date:10/2/15 Business Purpose: EFH OneSource Implementation Meetings |
| 10029267 | Fresh Start | 20151005 | Lancy, Bradley | air | | | $ 319.16 | One-way coach class airfare from Chicago, IL to Dallas, TX. Departure Date: 10/5/15 Business Purpose: To travel to EFH, Energy Future Holdings (EFH). |
| 10029267 | Fresh Start | 20151008 | Lancy, Bradley | air | | | $ 305.30 | One-way coach class airfare from Dallas, TX to Chicago, IL. Departure Date:10/8/15 Purpose: To travel home from EFH, Energy Future Holdings (EFH). |
| 10029267 | Earnings and Profit Study | 20151014 | Calloway, Robert | air | | | $ 797.28 | Roundtrip coach class airfare from Atlanta, GA to Dallas, TX. Departure Date:10/13/15 Return Date: 10/14/15. Business Purpose: To travel to EFH, Energy Future Holdings (EFH). |
| 10029267 | Fresh Start | 20151016 | Lancy, Bradley | air | | | $ 411.77 | Roundtrip coach class airfare from Chicago, IL to Dallas, TX. Departure Date:10/13/15 Return Date: 10/16/15. Business Purpose: To travel to EFH, Energy Future Holdings (EFH). |
| 10029267 | Fresh Start | 20151019 | Lancy, Bradley | air | | | $ 461.30 | One-way coach class airfare from Chicago, IL to Dallas, TX. Departure Date:10/19/15 Business Purpose: To travel to EFH, Energy Future Holdings (EFH). |
| 10029267 | Fresh Start | 20151019 | Kielkucki, Cynthia | air | | | $ 493.58 | One-way coach class airfare from Chicago, IL to Dallas, TX. Departure Date:10/19/15 Business Purpose: To travel to EFH, Energy Future Holdings (EFH). |
| 10029267 | Fresh Start | 20151022 | Kielkucki, Cynthia | air | | | $ 248.75 | One-way coach class airfare from Dallas, TX to Chicago, IL. Departure Date:10/22/15 Purpose: To travel home from EFH, Energy Future Holdings (EFH). |
| 10029267 | Fresh Start | 20151023 | Lancy, Bradley | air | | | $ 319.14 | One-way coach class airfare from Dallas, TX to Chicago, IL. Departure Date:10/23/15 Purpose: To travel home from EFH, Energy Future Holdings (EFH). |
| 10029267 | Fresh Start | 20151029 | Lancy, Bradley | air | | | $ 549.90 | Roundtrip coach class airfare from Chicago, IL to Dallas, TX. Departure Date: 10/27/15 Return Date: 10/29/15. Business Purpose: To travel to EFH, Energy Future Holdings (EFH). |
| | | | | **Total Air** | | | **$ 4,627.40** | |

**KPMG LLP**
**EFH Expense Detail**
**October 1, 2015 through October 31, 2015**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 10029267 | Fresh Start | 20151001 | Lancy, Bradley | lodging | | | $ 699.62 | Hotel fees incurred in Dallas, TX for 3 nights from 09/28/15 thru 10/1/15 while performing work for Energy Future Holdings. |
| 10029267 | OneSource Indirect Tax | 20151002 | Meredith, Kyle | lodging | | | $ 389.58 | Hotel fees incurred in Dallas, TX for 2 nights from 9/30/15 thru 10/2/15 while performing work for EFH OneSource Implementation Project |
| 10029267 | Fresh Start | 20151008 | Lancy, Bradley | lodging | | | $ 491.01 | Hotel fees incurred in Dallas, TX for 3 nights from 10/5/15 thru 10/8/15 while performing work for Energy Future Holdings. |
| 10029267 | Earnings and Profit Study | 20151012 | Calloway, Robert | lodging | | | $ 494.47 | Hotel fees incurred in Dallas, TX for 2 nights from 10/12/15 thru 10/14/15 while performing work for Energy Future Holdings. |
| 10029267 | Fresh Start | 20151016 | Lancy, Bradley | lodging | | | $ 584.37 | Hotel fees incurred in Dallas, TX for 3 nights from 10/13/15 thru 10/16/15 while performing work for Energy Future Holdings. |
| 10029267 | Fresh Start | 20151022 | Kielkucki, Cynthia | lodging | | | $ 584.37 | Hotel fees incurred in Dallas, TX for 3 nights from 10/19/15 thru 10/22/15 while performing work for Energy Future Holdings. |
| 10029267 | Fresh Start | 20151023 | Lancy, Bradley | lodging | | | $ 779.16 | Hotel fees incurred in Dallas, TX for 3 nights from 10/19/15 thru 10/23/15 while performing work for Energy Future Holdings. |
| 10029267 | Fresh Start | 20151029 | Lancy, Bradley | lodging | | | $ 580.92 | Hotel fees incurred in Dallas, TX for 2 nights from 10/27/15 thru 10/29/15 while performing work for Energy Future Holdings. |
| | **Total Lodging** | | | | | | **$ 4,603.50** | |

**KPMG LLP**
**EFH Expense Detail**
**October 1, 2015 through October 31, 2015**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 10029267 | Fresh Start | 20150928 | Lancy, Bradley | travel meals | | | $ 7.57 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 10029267 | Fresh Start | 20150928 | Lancy, Bradley | travel meals | | | $ 28.27 | Dinner while traveling to Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 10029267 | Fresh Start | 20150929 | Lancy, Bradley | travel meals | | | $ 11.00 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 10029267 | Fresh Start | 20150929 | Lancy, Bradley | travel meals | | | $ 33.07 | Dinner while traveling to Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 10029267 | Fresh Start | 20150930 | Lancy, Bradley | travel meals | | | $ 10.50 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 10029267 | Fresh Start | 20150930 | Lancy, Bradley | travel meals | | | $ 11.72 | Dinner while traveling to Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 10029267 | Fresh Start | 20151001 | Lancy, Bradley | travel meals | | | $ 7.11 | Dinner while traveling to Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 10029267 | OneSource Indirect Tax | 20151001 | Meredith, Kyle | travel meals | | | $ 8.12 | Out of town lunch at Subway in Dallas, TX. Attendees: K. Meredith (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 10029267 | Fresh Start | 20151001 | Lancy, Bradley | travel meals | | | $ 9.72 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 10029267 | OneSource Indirect Tax | 20151001 | Meredith, Kyle | travel meals | | | $ 9.94 | Out of town dinner at Boston Market in Dallas, TX. Attendees: K. Meredith (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 10029267 | OneSource Indirect Tax | 20151001 | LeCompte, Dan | travel meals | | | $ 5.62 | Out of town breakfast at Sonic in Dallas, TX. Attendees: D. LeCompte (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 10029267 | OneSource Indirect Tax | 20151001 | LeCompte, Dan | travel meals | | | $ 8.64 | Out of town dinner at Dairy Queen in Dallas, TX. Attendees: D. LeCompte (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 10029267 | OneSource Indirect Tax | 20151001 | LeCompte, Dan | travel meals | | | $ 16.51 | Out of town lunch at Subway in Dallas, TX. Attendees: D. LeCompte (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 10029267 | OneSource Indirect Tax | 20151002 | Meredith, Kyle | travel meals | | | $ 9.71 | Out of town breakfast at DFW airport in Dallas, TX. Attendees: K. Meredith (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 10029267 | Fresh Start | 20151005 | Lancy, Bradley | travel meals | | | $ 9.73 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 10029267 | Fresh Start | 20151005 | Lancy, Bradley | travel meals | | | $ 12.93 | Dinner while traveling to Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 10029267 | Fresh Start | 20151006 | Lancy, Bradley | travel meals | | | $ 8.98 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 10029267 | Fresh Start | 20151006 | Lancy, Bradley | travel meals | | | $ 11.45 | Dinner while traveling to Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 10029267 | Fresh Start | 20151007 | Lancy, Bradley | travel meals | | | $ 6.50 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |

**KPMG LLP**
**EFH Expense Detail**
**October 1, 2015 through October 31, 2015**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 10029267 | Fresh Start | 20151007 | Lancy, Bradley | travel meals | | | $ 10.25 | Dinner while traveling to Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 10029267 | Fresh Start | 20151008 | Lancy, Bradley | travel meals | | | $ 8.93 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 10029267 | Fresh Start | 20151013 | Lancy, Bradley | travel meals | | | $ 7.31 | Dinner while traveling to Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 10029267 | Fresh Start | 20151013 | Lancy, Bradley | travel meals | | | $ 8.93 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 10029267 | Earnings and Profit Study | 20151013 | Calloway, Robert | travel meals | | | $ 33.00 | Out of town dinner for self, Dallas, TX - EFH |
| 10029267 | Fresh Start | 20151014 | Lancy, Bradley | travel meals | | | $ 7.57 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 10029267 | Fresh Start | 20151014 | Lancy, Bradley | travel meals | | | $ 11.99 | Dinner while traveling to Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 10029267 | Fresh Start | 20151015 | Lancy, Bradley | travel meals | | | $ 7.31 | Dinner while traveling to Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 10029267 | Fresh Start | 20151015 | Lancy, Bradley | travel meals | | | $ 7.57 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 10029267 | Fresh Start | 20151016 | Lancy, Bradley | travel meals | | | $ 7.11 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 10029267 | Fresh Start | 20151019 | Lancy, Bradley | travel meals | | | $ 6.21 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 10029267 | Fresh Start | 20151019 | Lancy, Bradley | travel meals | | | $ 11.99 | Dinner while traveling to Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 10029267 | Fresh Start | 20151020 | Lancy, Bradley | travel meals | | | $ 7.57 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 10029267 | Fresh Start | 20151020 | Lancy, Bradley | travel meals | | | $ 11.73 | Dinner while traveling to Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 10029267 | Fresh Start | 20151021 | Lancy, Bradley | travel meals | | | $ 8.28 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 10029267 | Fresh Start | 20151021 | Lancy, Bradley | travel meals | | | $ 12.80 | Dinner while traveling to Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 10029267 | Fresh Start | 20151022 | Lancy, Bradley | travel meals | | | $ 7.57 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 10029267 | Fresh Start | 20151022 | Lancy, Bradley | travel meals | | | $ 35.32 | Dinner while traveling to Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 10029267 | Fresh Start | 20151023 | Lancy, Bradley | travel meals | | | $ 11.85 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| | | | **Total Travel Meals** | | | | **$ 450.38** | |

**KPMG LLP**
**EFH Expense Detail**
**October 1, 2015 through October 31, 2015**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 10029267 | OneSource Indirect Tax | 20150827 | Meredith, Kyle | ground | | | $ 6.95 | Toll expenses incurred for travel between EFH location and Dallas airport. Business Purpose: EFH OneSource Implementation Meetings |
| 10029267 | Fresh Start | 20150928 | Lancy, Bradley | ground | | | $ 28.00 | Taxi ground transportation from airport to hotel in Dallas, TX related to Energy Future Holdings work travel. |
| 10029267 | Fresh Start | 20150928 | Lancy, Bradley | ground | | | $ 34.60 | Taxi ground transportation from home to airport in Chicago, IL related to Energy Future Holdings work travel. |
| 10029267 | OneSource Indirect Tax | 20150930 | Meredith, Kyle | ground | | | $ 36.00 | Parking expense at EFH location on 9/30/15 while traveling Business Purpose: EFH OneSource Implementation Meetings |
| 10029267 | Fresh Start | 20151001 | Lancy, Bradley | ground | | | $ 11.71 | Taxi ground transportation from EFH offices to airport in Dallas, TX related to Energy Future Holdings work travel. |
| 10029267 | Fresh Start | 20151001 | Lancy, Bradley | ground | | | $ 34.85 | Taxi ground transportation from airport to home in Chicago, IL related to Energy Future Holdings work travel. |
| 10029267 | OneSource Indirect Tax | 20151001 | LeCompte, Dan | ground | | | $ 255.88 | Reimbursable mileage for round trip incurred for Travel between Dripping Springs, TX and EFH location in Dallas, TX. (445 miles @ .575 = $255.88) |
| 10029267 | OneSource Indirect Tax | 20151001 | LeCompte, Dan | ground | | | $ 7.00 | Parking expense at EFH location on 10/1/15 while traveling. Business Purpose: EFH OneSource Implementation Meetings |
| 10029267 | OneSource Indirect Tax | 20151002 | Meredith, Kyle | ground | | | $ 18.00 | Parking expense at EFH location on 10/1/15 while traveling. Business Purpose: EFH OneSource Implementation Meetings |
| 10029267 | OneSource Indirect Tax | 20151002 | Meredith, Kyle | ground | | | $ 33.00 | Parking expense at San Antonio airport between 3 days from 9/30/15 thru 10/2/15. Business Purpose: EFH OneSource Implementation Meetings |
| 10029267 | OneSource Indirect Tax | 20151002 | Meredith, Kyle | ground | | | $ 194.21 | Rental car charges incurred in Dallas, TX for 3 days from 9/30/15 thru 10/2/15 while performing work for EFH OneSource Implementation Project. |
| 10029267 | Fresh Start | 20151005 | Lancy, Bradley | ground | | | $ 30.00 | Taxi ground transportation from airport to hotel in Dallas, TX related to Energy Future Holdings work travel. |
| 10029267 | Fresh Start | 20151005 | Lancy, Bradley | ground | | | $ 34.14 | Taxi ground transportation from home to airport in Chicago, IL related to Energy Future Holdings work travel. |
| 10029267 | Fresh Start | 20151008 | Lancy, Bradley | ground | | | $ 59.00 | Taxi ground transportation from EFH offices to airport in Dallas, TX related to Energy Future Holdings work travel. |
| 10029267 | Fresh Start | 20151013 | Lancy, Bradley | ground | | | $ 30.00 | Taxi ground transportation from airport to hotel in Dallas, TX related to Energy Future Holdings work travel. |
| 10029267 | Earnings and Profit Study | 20151012 | Calloway, Robert | ground | | | $ 57.00 | Taxi ground transportation from airport to hotel in Dallas, TX related to Energy Future Holdings work travel. |
| 10029267 | Earnings and Profit Study | 20151014 | Calloway, Robert | ground | | | $ 32.00 | Parking - Atlanta airport for 3 days during travel to EFH |
| 10029267 | Fresh Start | 20151013 | Lancy, Bradley | ground | | | $ 34.14 | Taxi ground transportation from home to airport in Chicago, IL related to Energy Future Holdings work travel. |
| 10029267 | Fresh Start | 20151016 | Lancy, Bradley | ground | | | $ 25.00 | Taxi ground transportation from EFH offices to airport in Dallas, TX related to Energy Future Holdings work travel. |
| 10029267 | Fresh Start | 20151016 | Lancy, Bradley | ground | | | $ 46.14 | Taxi ground transportation from airport to home in Chicago, IL related to Energy Future Holdings work travel. |
| 10029267 | Fresh Start | 20151019 | Lancy, Bradley | ground | | | $ 39.90 | Taxi ground transportation from home to airport in Chicago, IL related to Energy Future Holdings work travel. |
| 10029267 | Fresh Start | 20151019 | Lancy, Bradley | ground | | | $ 57.90 | Taxi ground transportation from airport to hotel in Dallas, TX related to Energy Future Holdings work travel. |
| 10029267 | Fresh Start | 20151023 | Lancy, Bradley | ground | | | $ 30.00 | Taxi ground transportation from EFH offices to airport in Dallas, TX related to Energy Future Holdings work travel. |
| 10029267 | Fresh Start | 20151023 | Lancy, Bradley | ground | | | $ 35.10 | Taxi ground transportation from airport to home in Chicago, IL related to Energy Future Holdings work travel. |
| | | | | **Total Ground** | | | **$ 1,170.52** | |