IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered)<br><br>Objection Deadline: January 12, 2016 at 4:00 p.m. |

## NOTICE OF FEE STATEMENT

**PLEASE TAKE NOTICE** that Guggenheim Securities, LLC (the "**Applicant**") has today filed the attached Thirteenth Monthly Fee Statement of Guggenheim Securities, LLC, investment banker to the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. for Allowance of an Administrative Claim for Compensation and Reimbursement of Expenses Incurred From November 1, 2015 Through November 30, 2015 (the "**Fee Statement**") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801 (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Fee Statement must be made in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals*, dated September 16, 2014 [D.I. 2066] (the "**Administrative Order**") and must be filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, DE 19801,

---

[1] The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. A complete list of the debtors and the last four digits of their federal tax identification numbers is available at http://www.efhcaseinfo.com.

and be served upon and received by (i) the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), Energy Future Holdings Corp., *et al.*, 1601 Bryan Street, 43rd Floor, Dallas, TX, 75201, Attn: Andrew M. Wright and Cecily Gooch; (ii) co-counsel to the Debtors, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022, Attn: Brian E. Schartz and Kirkland & Ellis LLP, 300 North LaSalle, Chicago, IL 60654, Attn: Chad Husnick; (iii) co-counsel to the Debtors, Richards, Layton & Finger, P.A., 920 North King Street, Wilmington, DE 19801, Attn: Daniel J. DeFranceschi and Jason M. Madron; (iv) Andrew R. Vara the acting United States Trustee for Region 3, J. Caleb Boggs Federal Building, 844 King Street, Room 2207, Wilmington, DE 19801, Attn: Richard L. Schepacarter and U.S. Department of Justice, Office of the U.S. Trustee, U.S. Federal Building, 201 Varick Street, Room 1006, New York, NY 10014, Attn: Andrea B. Schwartz; (v) counsel for the agent of the EFIH First Lien DIP Financing Facility, Shearman & Sterling LLP, 599 Lexington Avenue, New York, NY 10022, Attn: Ned Schodek and Fredric Sosnick; (vi) counsel for the agent of the TCEH DIP Financing Facility, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, NY 10005, Attn: Evan Fleck and Matthew Brod; (vii) counsel to the Official Committee of Unsecured Creditors of Energy Future Competitive Holdings Company LLC, Texas Competitive Electric Holdings Company LLC and their direct and indirect subsidiaries, and EFH Corporate Services Company (the "**TCEH Committee**"), Morrison & Foerster LLP, 250 W. 55th Street, New York, NY 10019, Attn: Lorenzo Marinuzzi and Jennifer Marines; (viii) co-counsel to the TCEH Committee, Polsinelli PC, 222 Delaware Avenue, Suite 1101, Wilmington, DE 19801, Attn: Christopher A. Ward; (ix) counsel to the fee committee, Godfrey & Kahn, S.C., One East Main Street, Madison, WI 53703, Attn: Katherine Stadler; (x) co-counsel to the EFH Committee, Sullivan & Cromwell, LLP, 125 Broad Street, New York, NY 10004-2498, Attn. Judith Fiorini and Alexa Kranzley; (xi) co-

counsel to the EFH Committee, Montgomery McCracken, Walker & Rhoads, LLP, 1105 North Market Street, 15th Floor, Wilmington, DE 19801, Attn: Natalie D. Ramsey and Davis Lee Wright; and (xii) the Applicant, Guggenheim Securities, LLC, 330 Madison Avenue, New York, NY 10017, Attn: Ronen Bojmel, by **no later than 4:00 p.m. (Eastern Standard Time) on January 12, 2016** (the "**Objection Deadline**").

PLEASE TAKE FURTHER NOTICE that if any responses or objections to the Fee Statement are timely filed, served and received in accordance with this notice, a hearing on the Fee Statement will be held at the convenience of the Bankruptcy Court. Only those objections made in writing and timely filed and received in accordance with the Administrative Order and the procedures described herein will be considered by the Bankruptcy Court at such hearing.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

PLEASE TAKE FURTHER NOTICE that, pursuant to the Administrative Order, if no objection to the Fee Statement is timely filed, served and received by the Objection Deadline, the Applicant may be paid an amount equal to the lesser of (i) 80 percent of the fees and 100 percent of expenses requested in the Fee Statement or (ii) 80 percent of the fees and 100 percent of the expenses not subject to an objection without the need for further order of the Bankruptcy Court.

Dated: Wilmington, Delaware
December 22, 2015

MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP

/s/ Mark A. Fink
Natalie D. Ramsey (DE Bar No. 5378)
Davis Lee Wright (DE Bar No. 4324)
Mark A. Fink (DE Bar No. 3946)
1105 North Market Street, 15th Floor
Wilmington, DE  19801
Telephone: (302) 504-7800
Facsimile: (302) 504 -7820
E-mail:   nramsey@mmwr.com
          dwright@mmwr.com
          mfink@mmwr.com

*Counsel for The Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
| | Objection Deadline: January 12, 2016 at 4:00 p.m. |

**COVER SHEETS TO THIRTEENTH MONTHLY FEE STATEMENT OF GUGGENHEIM SECURITIES, LLC, INVESTMENT BANKER TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ENERGY FUTURE HOLDINGS CORPORATION, ENERGY FUTURE INTERMEDIATE HOLDING COMPANY, LLC, EFIH FINANCE, INC., AND EECI, INC. FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM NOVEMBER 1, 2015 THROUGH NOVEMBER 30, 2015**

| | |
|---|---|
| **Name of Applicant:** | **Guggenheim Securities, LLC** |
| Authorized to provide professional services to: | The Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. |
| Date of retention: | January 13, 2015 *nunc pro tunc* to November 12, 2014 |
| Period for which compensation and reimbursement is sought (the "Fee Period"): | November 1 – November 30, 2015 |
| Compensation sought as actual, reasonable, and necessary: | $200,000.00 (80% of $250,000.00) |
| Expense reimbursement sought as actual, reasonable, and necessary: | $18,089.88 |

This is a **monthly** fee statement. [2]

---

[1] The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. A complete list of the debtors and the last four digits of their federal tax identification numbers is available at http://www.efhcaseinfo.com.

[2] Notice of this Monthly Fee Statement shall be served in accordance with the Interim Compensation Order and Fee Committee Order (each as defined herein) and objections to payment of the amounts described in this Monthly Fee Statement shall be addressed in accordance with such orders.

## Prior Statements, Applications and Allowances

| DATE FILED, D.I. | PERIOD COVERED | REQUESTED FEES | REQUESTED EXPENSES | APPROVED FEES | APPROVED EXPENSES |
|---|---|---|---|---|---|
| 1/23/2015 D.I. 3360 | 11/12/2014 – 11/30/2014 | $126,666.67 (80% of $158,333.33) | $25,593.86 | $158,333.33 | $25,381.11 |
| 2/5/2015 D.I. 3457 | 12/1/2014 – 12/31/2014 | $200,000.00 (80% of $250,000.00) | $36,188.68 | $250,000.00 | $35,923.59 |
| 2/26/2015 D.I. 3688 | 1/1/2015 – 1/31/2015 | $200,000.00 (80% of $250,000.00) | $28,260.46 | $250,000.00 | $28,095.56 |
| 3/24/2015 D.I. 3958 | 2/1/2015 – 2/28/2015 | $200,000.00 (80% of $250,000.00) | $21,558.01 | $250,000.00 | $20,873.25 |
| 4/21/2015 D.I. 4236 | 3/1/2015 – 3/31/2015 | $200,000.00 (80% of $250,000.00) | $7,994.34 | $250,000.00 | $7,868.88 |
| 5/21/2015 D.I. 4547 | 4/1/2015 – 4/30/2015 | $200,000.00 (80% of $250,000.00) | $14,044.11 | $250,000.00 | $13,736.85 |
| 6/22/2015 D.I. 4816 | 5/1/2015 – 5/31/2015 | $200,000.00 (80% of $250,000.00) | $7,687.22 | - | - |
| 7/21/2015 D.I. 5064 | 6/1/2015 – 6/30/2015 | $200,000.00 (80% of $250,000.00) | $1,961.32 | - | - |
| 8/21/2015 D.I. 5614 | 7/1/2015 – 7/31/2015 | $200,000.00 (80% of $250,000.00) | $4,298.86 | - | - |
| 9/22/2015 D.I. 6136 | 8/1/2015 – 8/31/2015 | $200,000.00 (80% of $250,000.00) | $5,481.25 | - | - |
| 11/12/2015 D.I. 6965 | 9/1/2015 – 9/30/2015 | $200,000.00 (80% of $250,000.00) | $993.94 | - | - |
| 12/7/2015 D.I. 7248 | 10/1/2015 – 10/31/2015 | $200,000.00 (80% of $250,000.00) | $50,810.45 | - | - |

## TIME DETAIL BY PROFESSIONAL

## ENERGY FUTURE HOLDINGS CORP., et al
(Case No. 14-10979 (CSS))

November 1, 2015 Through November 30, 2015

| Time by Professional | | |
|---|---|---|
| Name | Title | Total Hours |
| Ronen Bojmel | Senior Managing Director | 103.5 |
| Michael Henkin | Senior Managing Director | 245.0 |
| Dean Keller | Senior Managing Director | 8.0 |
| Allen Otto | Managing Director | 6.0 |
| Alex Rohan | Managing Director | 97.0 |
| Ofir Nitzan | Vice President | 100.5 |
| Lauren Bruch | Vice President | 20.0 |
| Phillip Laroche | Associate | 115.5 |
| Robert Ramirez | Associate | 112.5 |
| David Paulzak | Analyst | 52.0 |
| Nick Palermo | Analyst | 118.5 |
| J. Y. Chia | Analyst | 10.0 |
| Total (*) | | 988.5 |

*Hours exclude certain Guggenheim employees (such as consultants, other than Robert Venerus, and legal, administrative, and research personnel) who have worked on this matter during the period, but do not report their hours worked in connection with this matter.

# TIME DETAIL BY PROJECT CATEGORY

## ENERGY FUTURE HOLDINGS CORP., et al
(Case No. 14-10979 (CSS))

November 1, 2015 Through November 30, 2015

| Time by Category | Project Category | Total Hours |
|---|---|---:|
| A | Case Administration | - |
| B | Retention and Fee Applications | 5.0 |
| C | Travel | 42.0 |
| D | Court Testimony and Deposition | 257.5 |
| E | Analysis, Presentations and Diligence | 576.0 |
| F | Financing Matters | - |
| G | Mergers and Acquisitions Activity | 2.5 |
| H | Plan of Reorganization Review/Analysis and Negotiations | - |
| I | Valuation and Recoveries Analysis | - |
| J | Capital Structure Analysis | - |
| K | Debtor Correspondence | 13.5 |
| L | Committee Correspondence | 88.0 |
| M | Other Creditor Correspondence | 4.0 |
| Total (*) | | 988.5 |

*Hours exclude certain Guggenheim employees (such as consultants, other than Robert Venerus, and legal, administrative, and research personnel) who have worked on this matter during the period, but do not report their hours worked in connection with this matter.

# EXPENSE SUMMARY

## ENERGY FUTURE HOLDINGS CORP., et al
(Case No. 14-10979 (CSS))

November 1, 2015 Through November 30, 2015

| Expense Summary (*) | Disbursements and Charges | | |
| --- | --- | --- | --- |
| | EFH Corp. | EFIH | Total |
| Airfare | $4,658.64 | $4,658.64 | $9,317.28 |
| Hotel | 515.92 | 515.91 | 1,031.83 |
| Ground Transportation | 1,112.52 | 1,112.53 | 2,225.05 |
| Meals | 920.73 | 920.73 | 1,841.46 |
| Miscellaneous | 230.63 | 230.63 | 461.26 |
| Legal | 1,606.50 | 1,606.50 | 3,213.00 |
| Total | $9,044.94 | $9,044.94 | $18,089.88 |

(Allocation of fees is described in paragraph 3 of the monthly fee statement filed together with these cover sheets.)

---

*Net of voluntary reductions of $5,487.84, consistent with EFH Fee Committee guidelines for expense reimbursement. See Exhibit A for additional detail.

9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
| | Objection Deadline: January 12, 2016 at 4:00 p.m. |

**THIRTEENTH MONTHLY FEE STATEMENT OF GUGGENHEIM SECURITIES, LLC, INVESTMENT BANKER TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ENERGY FUTURE HOLDINGS CORPORATION, ENERGY FUTURE INTERMEDIATE HOLDING COMPANY, LLC, EFIH FINANCE, INC., AND EECI, INC. FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM NOVEMBER 1, 2015 THROUGH NOVEMBER 30, 2015**

Pursuant to sections 327, 328, 330, and 331 of chapter 11 of title 11 of the United States Code, (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure, the *Order (A) Authorizing the Retention and Employment of Guggenheim Securities, LLC as investment banker to the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. Nunc Pro Tunc to November 12, 2014 and (B) Waiving Certain Information Requirements Pursuant to Local Rule 2016-2(h)*, dated January 13, 2015 [D.I. 3276] (the "**Retention Order**"), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals*, dated September 16, 2014 [D.I. 2066] (the "**Interim Compensation Order**"), the *Stipulation and Order Appointing a Fee Committee* [D.I. 1896] (the "**Fee Committee Order**"),

---

[1] The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. A complete list of the debtors and the last four digits of their federal tax identification numbers is available at http://www.efhcaseinfo.com.

Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, and the United States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. §330, Guggenheim Securities, LLC ("**Guggenheim Securities**"), investment banker to the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. (the "**EFH Committee**"), files this monthly fee statement (the "**Monthly Fee Statement**") of compensation for professional services and reimbursement for expenses incurred in the amounts described in the cover sheet hereto during the above-captioned period (the "**Fee Period**").

### Itemization of Services Rendered and Expenses Incurred

1. Typical of investment bankers of its kind, Guggenheim Securities is not compensated by the hour, but through a structure of fixed fees and related compensation, such as was approved by the Retention Order. Accordingly, certain information appropriate to consideration of the fee requests of hourly-rate compensated professionals, such as blended rates or maturation, do not exist for Guggenheim Securities.

2. Attached as **Exhibit A** and **Exhibit A-1** to this Monthly Fee Statement is a detailed listing of Guggenheim Securities' expense records for the Fee Period, including invoices reflecting Guggenheim Securities' own legal expenses incurred during the Fee Period in connection with Guggenheim Securities' services to the EFH Committee.

### Proposed Payment Allocation

3. All services for which Guggenheim Securities requests compensation were performed on behalf of the EFH Committee. The EFH Committee represents creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance,

Inc. and EECI, Inc. Guggenheim Securities' compensation is proposed as a joint and several expense of each of these estates pursuant to section 328 of the Bankruptcy Code. With respect to the allocation of fees and expenses contemplated by section 2(b) of the Interim Compensation Order, Guggenheim Securities proposes the allocation of the fees and expenses set forth herein equally between (a) Energy Future Holdings Corporation ("**EFH Corp.**") and (b) Energy Future Intermediate Holding Company, LLC ("**EFIH**"):

| Debtors | Time Allocation | Monthly Fee | | Expenses |
|---|---|---|---|---|
| | | Total Fees | 80% of Fees | |
| EFH Corp. | 50.0% | $125,000.00 | $100,000.00 | $9,044.94 |
| EFIH | 50.0% | $125,000.00 | $100,000.00 | $9,044.94 |
| Total | 100.0% | $250,000.00 | $200,000.00 | $18,089.88 |

4. To the extent necessary, reallocation of the fees and expenses set forth above will occur in interim and/or final fee applications.

## Reservation of Rights and Notice

5. Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period. Guggenheim Securities reserves the right to make further application to this Court for allowance of such fees and expenses not included herein.

Dated: December 22, 2015

Ronen Bojmel
Senior Managing Director and
Co-head of Restructuring
Guggenheim Securities, LLC

# EXHIBIT A

## Detailed Description of Expenses

Guggenheim Securities
Expense Details

EXHIBIT A

## GUGGENHEIM SECURITIES, LLC
## EXPENSE DETAILS FOR THE PERIOD OF
## NOVEMBER 1, 2015 THROUGH NOVEMBER 30, 2015

| Original Date | Category | Expense Incurred | Voluntary Reduction | Requested Amount | Professionals | Vendor | Description |
|---|---|---|---|---|---|---|---|
| 10/26/2015 | Airfare | $1,583.20 | $0.00 | $1,583.20 | Dean Keller | American Airlines | Round-trip airfare from Newark to Dallas |
| 10/26/2015 | Airfare | 453.30 | 0.00 | 453.30 | Lauren Bruch | American Airlines | Return trip from Dallas to Newark |
| 10/28/2015 | Airfare | 3,756.20 | 1,971.00 | 1,785.20 | Michael Henkin | United Airlines | Round-trip airfare from SFO to Newark |
| 11/3/2015 | Airfare | 3,200.26 | 1,368.06 | 1,832.20 | Michael Henkin | American Airlines | Round-trip airfare from SFO to Philadelphia |
| 11/5/2015 | Airfare | 1,831.18 | 0.00 | 1,831.18 | Michael Henkin | American Airlines | One-way airfare from SFO to Philadelphia |
| 11/18/2015 | Airfare | 2,187.55 | 1,271.45 | 916.10 | Michael Henkin | American Airlines | One-way airfare from JFK to SFO |
| 11/18/2015 | Airfare | 1,215.10 | 299.00 | 916.10 | Michael Henkin | United Airlines | One-way airfare from SFO to JFK |
| 10/21/2015 | Ground Transportation | 70.73 | 0.00 | 70.73 | Phillip Laroche | EXECUTIVE CHARGE INC | Car home after 9pm |
| 10/23/2015 | Ground Transportation | 8.76 | 0.00 | 8.76 | Ronen Bojmel | NYC-TAXI | Taxi to office on weekend |
| 10/24/2015 | Ground Transportation | 70.73 | 0.00 | 70.73 | Phillip Laroche | EXECUTIVE CHARGE INC | Car home after 9pm |
| 10/25/2015 | Ground Transportation | 54.13 | 0.00 | 54.13 | Nick Palermo | BIG APPLE CAR INC | Car home after 9pm |
| 10/26/2015 | Ground Transportation | 52.00 | 0.00 | 52.00 | Lauren Bruch | DFW CAB AND SHUTTLE SE | Taxi home from airport |
| 10/26/2015 | Ground Transportation | 12.36 | 0.00 | 12.36 | Lauren Bruch | NYC-TAXI | Taxi home from work after 9pm |
| 10/26/2015 | Ground Transportation | 74.05 | 0.00 | 74.05 | Ronen Bojmel | SS TAXI & LIMO SERVICE | Car home from airport |
| 10/26/2015 | Ground Transportation | 82.60 | 0.00 | 82.60 | Allen Otto | UBER TECHNOLOGIES INC | Taxi home from airport |
| 10/26/2015 | Ground Transportation | 11.10 | 0.00 | 11.10 | Robert Ramirez | UBER TECHNOLOGIES INC | Taxi home from work after 9pm |
| 10/26/2015 | Ground Transportation | 59.45 | 0.00 | 59.45 | David Paulzak | BIG APPLE CAR INC | Car home after 9pm |
| 10/26/2015 | Ground Transportation | 90.97 | 0.00 | 90.97 | Ofir Nitzan | BIG APPLE CAR INC | Car home after 9pm |
| 10/26/2015 | Ground Transportation | 92.87 | 0.00 | 92.87 | Ofir Nitzan | BIG APPLE CAR INC | Car home after 9pm |
| 10/26/2015 | Ground Transportation | 90.10 | 0.00 | 90.10 | Phillip Laroche | BIG APPLE CAR INC | Car home after 9pm |
| 10/26/2015 | Ground Transportation | 90.10 | 0.00 | 90.10 | Ronen Bojmel | BIG APPLE CAR INC | Car home after 9pm |
| 10/26/2015 | Ground Transportation | 140.59 | 0.00 | 140.59 | Ofir Nitzan | EMPIRECLS WORLDWIDE CHAUFFEUR | Car home after 9pm |
| 10/26/2015 | Ground Transportation | 91.74 | 0.00 | 91.74 | Phillip Laroche | BIG APPLE CAR INC | Car home after 9pm |
| 10/26/2015 | Ground Transportation | 94.20 | 0.00 | 94.20 | Ronen Bojmel | BIG APPLE CAR INC | Car home after 9pm |
| 10/27/2015 | Ground Transportation | 15.02 | 0.00 | 15.02 | Robert Ramirez | UBER TECHNOLOGIES INC | Taxi home from work after 9pm |
| 10/28/2015 | Ground Transportation | 14.99 | 0.00 | 14.99 | Robert Ramirez | UBER | Taxi home from work after 9pm |
| 10/29/2015 | Ground Transportation | 8.20 | 0.00 | 8.20 | J.Y. Chia | NYC TAXI 5N31 | Taxi home from work after 9pm |
| 10/29/2015 | Ground Transportation | 13.00 | 0.00 | 13.00 | Robert Ramirez | UBER TECHNOLOGIES INC | Taxi home from work after 9pm |
| 10/30/2015 | Ground Transportation | 70.73 | 0.00 | 70.73 | Phillip Laroche | EXECUTIVE CHARGE INC | Car home after 9pm |
| 10/31/2015 | Ground Transportation | 9.60 | 0.00 | 9.60 | J.Y. Chia | NYC-TAXI | Taxi from office on weekend |
| 10/31/2015 | Ground Transportation | 33.95 | 0.00 | 33.95 | Ronen Bojmel | NYC TAXI 7M85 | Taxi to office on weekend |
| 10/31/2015 | Ground Transportation | 47.90 | 0.00 | 47.90 | Phillip Laroche | EXECUTIVE CHARGE INC | Car home after 9pm |
| 10/31/2015 | Ground Transportation | 31.19 | 0.00 | 31.19 | Phillip Laroche | UBER TECHNOLOGIES INC | Taxi to office on weekend |
| 11/1/2015 | Ground Transportation | 12.47 | 0.00 | 12.47 | Robert Ramirez | UBER TECHNOLOGIES INC | Taxi to office on weekend |
| 11/1/2015 | Ground Transportation | 12.66 | 0.00 | 12.66 | Robert Ramirez | UBER TECHNOLOGIES INC | Taxi from office on weekend |
| 11/1/2015 | Ground Transportation | 70.73 | 0.00 | 70.73 | Phillip Laroche | EXECUTIVE CHARGE INC | Car home after 9pm |
| 11/2/2015 | Ground Transportation | 12.74 | 0.00 | 12.74 | Robert Ramirez | UBER TECHNOLOGIES INC | Taxi home from work after 9pm |
| 11/3/2015 | Ground Transportation | 15.01 | 0.00 | 15.01 | Robert Ramirez | UBER TECHNOLOGIES INC | Taxi home from work after 9pm |
| 11/4/2015 | Ground Transportation | 70.73 | 0.00 | 70.73 | Phillip Laroche | EXECUTIVE CHARGE INC | Car home after 9pm |
| 11/5/2015 | Ground Transportation | 12.65 | 0.00 | 12.65 | Robert Ramirez | UBER TECHNOLOGIES INC | Taxi home from work after 9pm |
| 11/5/2015 | Ground Transportation | 8.80 | 0.00 | 8.80 | Ronen Bojmel | NYC TAXI 2T76 | Taxi from offsite meeting |
| 11/5/2015 | Ground Transportation | 30.96 | 0.00 | 30.96 | Ronen Bojmel | NYC TAXI CCRMT | Taxi to offsite meeting |
| 11/5/2015 | Ground Transportation | 13.26 | 0.00 | 13.26 | Robert Ramirez | UBER TECHNOLOGIES INC | Taxi home from work after 9pm |
| 11/6/2015 | Ground Transportation | 40.00 | 0.00 | 40.00 | Michael Henkin | SFO PARKINGCENTRAL-Q96 | Parking at SFO airport while on business trip |
| 11/6/2015 | Ground Transportation | 62.78 | 0.00 | 62.78 | Michael Henkin | VTS PHILADELPHIA TAXI | Taxi from Philadelphia airport to meeting location |
| 11/6/2015 | Ground Transportation | 15.19 | 0.00 | 15.19 | Robert Ramirez | UBER TECHNOLOGIES INC | Taxi home from work after 9pm |
| 11/6/2015 | Ground Transportation | 16.56 | 0.00 | 16.56 | Ronen Bojmel | NYC TAXI 6F48 | Taxi to office on weekend |
| 11/8/2015 | Ground Transportation | 12.50 | 0.00 | 12.50 | Robert Ramirez | UBER TECHNOLOGIES INC | Taxi to office on weekend |
| 11/8/2015 | Ground Transportation | 15.47 | 0.00 | 15.47 | Robert Ramirez | UBER TECHNOLOGIES INC | Taxi from office on weekend |
| 11/9/2015 | Ground Transportation | 12.95 | 0.00 | 12.95 | Robert Ramirez | NYC TAXI 2N75 | Taxi home from work after 9pm |
| 11/11/2015 | Ground Transportation | 13.73 | 0.00 | 13.73 | Robert Ramirez | UBER TECHNOLOGIES INC | Taxi home from work after 9pm |
| 11/12/2015 | Ground Transportation | 11.00 | 0.00 | 11.00 | Nick Palermo | NYC-TAXI | Taxi home from work after 9pm |
| 11/12/2015 | Ground Transportation | 13.80 | 0.00 | 13.80 | Ofir Nitzan | NYC TAXI 7T40 | Taxi home from work after 9pm |
| 11/13/2015 | Ground Transportation | 19.20 | 0.00 | 19.20 | Nick Palermo | NYC TAXI 1R41 | Taxi home from work after 9pm |
| 11/13/2015 | Ground Transportation | 13.30 | 0.00 | 13.30 | Ofir Nitzan | NYC TAXI 7M94 | Taxi home from work after 9pm |
| 11/14/2015 | Ground Transportation | 17.94 | 0.00 | 17.94 | Nick Palermo | MANHATTAN CHECKER TAXI | Taxi home from work after 9pm |
| 11/14/2015 | Ground Transportation | 17.85 | 0.00 | 17.85 | Nick Palermo | NYC TAXI 2N20 | Taxi to office on weekend |
| 11/15/2015 | Ground Transportation | 17.85 | 0.00 | 17.85 | Nick Palermo | NYC TAXI 3G16 | Taxi to office on weekend |
| 11/15/2015 | Ground Transportation | 13.80 | 0.00 | 13.80 | Ofir Nitzan | NYC TAXI 2M83 | Taxi to office on weekend |
| 11/15/2015 | Ground Transportation | 11.80 | 0.00 | 11.80 | Ofir Nitzan | NYC-TAXI | Taxi from office on weekend |
| 11/15/2015 | Ground Transportation | 12.00 | 0.00 | 12.00 | Ofir Nitzan | NYC-TAXI | Taxi to office on weekend |
| 11/16/2015 | Ground Transportation | 11.84 | 0.00 | 11.84 | Robert Ramirez | UBER TECHNOLOGIES INC | Taxi home from work after 9pm |
| 11/17/2015 | Ground Transportation | 12.95 | 0.00 | 12.95 | Robert Ramirez | NYC TAXI 4W28 | Taxi home from work after 9pm |
| 11/17/2015 | Ground Transportation | 15.95 | 0.00 | 15.95 | Ronen Bojmel | NYC TAXI 7N74 | Taxi home from work after 9pm |
| 11/18/2015 | Ground Transportation | 11.52 | 0.00 | 11.52 | Robert Ramirez | UBER TECHNOLOGIES INC | Taxi home from work after 9pm |
| 11/20/2015 | Ground Transportation | 144.00 | 0.00 | 144.00 | Michael Henkin | SFO PARKINGCENTRAL-Q96 | Parking at SFO airport while on business trip |
| 11/6/2015 | Hotel | 299.00 | 0.00 | 299.00 | Michael Henkin | Marriott | Hotel in Philadelphia for EFH confirmation hearing |
| 11/6/2015 | Hotel | 439.00 | 0.00 | 439.00 | Ronen Bojmel | Hotel DuPont | Hotel in Delaware for EFH confirmation hearing |
| 11/6/2015 | Hotel | 43.90 | 0.00 | 43.90 | Ronen Bojmel | Hotel DuPont | Hotel in Delaware for EFH confirmation hearing |
| 11/6/2015 | Hotel | 185.07 | 0.00 | 185.07 | Ronen Bojmel | Westin | Hotel in Delaware for EFH confirmation hearing |
| 11/6/2015 | Hotel | 18.51 | 0.00 | 18.51 | Ronen Bojmel | Westin | Hotel in Delaware for EFH confirmation hearing |
| 11/6/2015 | Hotel | 46.35 | 0.00 | 46.35 | Michael Henkin | Marriott | Hotel in Philadelphia for EFH confirmation hearing |
| 11/30/2015 | Legal | 3,213.00 | 0.00 | 3,213.00 | Legal | Legal | Legal expenses for November |
| 10/19/2015 | Meals | 25.46 | 5.46 | 20.00 | Nick Palermo | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/19/2015 | Meals | 24.22 | 4.22 | 20.00 | Robert Ramirez | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/20/2015 | Meals | 25.54 | 5.54 | 20.00 | Nick Palermo | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/21/2015 | Meals | 25.62 | 5.62 | 20.00 | J.Y. Chia | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/21/2015 | Meals | 25.54 | 5.54 | 20.00 | Nick Palermo | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/22/2015 | Meals | 25.58 | 5.58 | 20.00 | Nick Palermo | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/22/2015 | Meals | 25.62 | 5.62 | 20.00 | Ofir Nitzan | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/25/2015 | Meals | 25.62 | 5.62 | 20.00 | J.Y. Chia | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/25/2015 | Meals | 25.46 | 5.46 | 20.00 | Nick Palermo | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/26/2015 | Meals | 10.66 | 0.00 | 10.66 | Allen Otto | DALLAS 0296B | Lunch in Dallas for client meeting |
| 10/26/2015 | Meals | 100.19 | 0.00 | 100.19 | Dean Keller | COWBOYS STADIU20510053 | Lunch in Dallas for client meeting |
| 10/26/2015 | Meals | 11.01 | 0.00 | 11.01 | Lauren Bruch | STARBUCKS E SA20511721 | Breakfast while traveling to Dallas for client meeting |
| 10/26/2015 | Meals | 5.54 | 0.00 | 5.54 | Lauren Bruch | AUNTIE ANNE'S TX110 | Lunch in Dallas for client meeting |
| 10/26/2015 | Meals | 25.62 | 5.62 | 20.00 | Nick Palermo | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/26/2015 | Meals | 23.37 | 3.37 | 20.00 | Robert Ramirez | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/27/2015 | Meals | 25.45 | 5.45 | 20.00 | Nick Palermo | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/27/2015 | Meals | 25.52 | 5.52 | 20.00 | Robert Ramirez | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/28/2015 | Meals | 25.60 | 5.60 | 20.00 | J.Y. Chia | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/28/2015 | Meals | 25.47 | 5.47 | 20.00 | Nick Palermo | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/28/2015 | Meals | 24.24 | 4.24 | 20.00 | Robert Ramirez | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |

Guggenheim Securities
Expense Details

EXHIBIT A

**GUGGENHEIM SECURITIES, LLC**
**EXPENSE DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2015 THROUGH NOVEMBER 30, 2015**

| Original Date | Category | Expense Incurred | Voluntary Reduction | Requested Amount | Professionals | Vendor | Description |
|---|---|---|---|---|---|---|---|
| 10/29/2015 | Meals | 25.50 | 5.50 | 20.00 | Nick Palermo | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/29/2015 | Meals | 25.34 | 5.34 | 20.00 | Robert Ramirez | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/30/2015 | Meals | 25.60 | 5.60 | 20.00 | J.Y. Chiu | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/30/2015 | Meals | 25.46 | 5.46 | 20.00 | Nick Palermo | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/30/2015 | Meals | 25.41 | 5.41 | 20.00 | Phillip Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 11/1/2015 | Meals | 25.39 | 5.39 | 20.00 | Nick Palermo | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 11/1/2015 | Meals | 258.35 | 138.35 | 120.00 | Ofir Nitzan | WOLFGANGS STEAKHOUSE B | 6 people - Overtime working meals |
| 11/1/2015 | Meals | 13.49 | 0.00 | 13.49 | Robert Ramirez | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 11/1/2015 | Meals | 23.83 | 3.83 | 20.00 | Robert Ramirez | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 11/2/2015 | Meals | 5.00 | 0.00 | 5.00 | Ronen Bojmel | JAVA CORNER | Breakfast while traveling to Delaware for EFH confirmation hearing |
| 11/2/2015 | Meals | 25.59 | 5.59 | 20.00 | David Paulzak | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 11/2/2015 | Meals | 25.54 | 5.54 | 20.00 | Nick Palermo | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 11/2/2015 | Meals | 25.57 | 5.57 | 20.00 | Robert Ramirez | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 11/3/2015 | Meals | 25.12 | 5.12 | 20.00 | Nick Palermo | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 11/3/2015 | Meals | 25.62 | 5.62 | 20.00 | Ofir Nitzan | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 11/3/2015 | Meals | 25.41 | 5.41 | 20.00 | Phillip Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 11/3/2015 | Meals | 25.37 | 5.37 | 20.00 | Robert Ramirez | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 11/4/2015 | Meals | 25.56 | 5.56 | 20.00 | David Paulzak | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 11/4/2015 | Meals | 25.24 | 5.24 | 20.00 | Nick Palermo | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 11/4/2015 | Meals | 25.62 | 5.62 | 20.00 | Ofir Nitzan | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 11/4/2015 | Meals | 25.48 | 5.48 | 20.00 | Phillip Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 11/4/2015 | Meals | 24.22 | 4.22 | 20.00 | Robert Ramirez | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 11/5/2015 | Meals | 25.56 | 5.56 | 20.00 | David Paulzak | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 11/5/2015 | Meals | 25.12 | 5.12 | 20.00 | Nick Palermo | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 11/5/2015 | Meals | 24.22 | 4.22 | 20.00 | Robert Ramirez | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 11/6/2015 | Meals | 28.60 | 0.00 | 28.60 | Ronen Bojmel | Hotel Dupont | Business dinner while traveling to Delaware for EFH confirmation hearing |
| 11/6/2015 | Meals | 17.00 | 0.00 | 17.00 | Ronen Bojmel | Hotel Dupont | Business lunch while traveling to Delaware for EFH confirmation hearing |
| 11/6/2015 | Meals | 17.26 | 0.00 | 17.26 | Michael Henkin | OTG MANAGEMENT PHL, LL | Lunch while traveling from Philadelphia to SFO after EFH confirmation hearing |
| 11/6/2015 | Meals | 25.62 | 5.62 | 20.00 | Nick Palermo | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 11/6/2015 | Meals | 24.44 | 4.44 | 20.00 | Robert Ramirez | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 11/8/2015 | Meals | 25.62 | 5.62 | 20.00 | Nick Palermo | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 11/8/2015 | Meals | 13.28 | 0.00 | 13.28 | Robert Ramirez | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 11/8/2015 | Meals | 25.11 | 5.11 | 20.00 | Robert Ramirez | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 11/9/2015 | Meals | 25.62 | 5.62 | 20.00 | Nick Palermo | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 11/9/2015 | Meals | 25.62 | 5.62 | 20.00 | Phillip Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 11/9/2015 | Meals | 24.32 | 4.32 | 20.00 | Robert Ramirez | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 11/10/2015 | Meals | 25.50 | 5.50 | 20.00 | Nick Palermo | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 11/11/2015 | Meals | 25.46 | 5.46 | 20.00 | Nick Palermo | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 11/11/2015 | Meals | 23.41 | 3.41 | 20.00 | Ofir Nitzan | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 11/11/2015 | Meals | 24.74 | 4.74 | 20.00 | Robert Ramirez | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 11/12/2015 | Meals | 25.62 | 5.62 | 20.00 | Nick Palermo | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 11/13/2015 | Meals | 25.40 | 5.40 | 20.00 | Nick Palermo | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 11/13/2015 | Meals | 25.62 | 5.62 | 20.00 | Ofir Nitzan | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 11/13/2015 | Meals | 25.41 | 5.41 | 20.00 | Phillip Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 11/14/2015 | Meals | 25.55 | 5.55 | 20.00 | Nick Palermo | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 11/14/2015 | Meals | 25.55 | 5.55 | 20.00 | Ofir Nitzan | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 11/15/2015 | Meals | 16.35 | 0.00 | 16.35 | Ofir Nitzan | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 11/16/2015 | Meals | 103.36 | 63.36 | 40.00 | Ronen Bojmel | RAYMI RESTAURANT | Business dinner (Bojmel + 1) with UCC member |
| 11/16/2015 | Meals | 25.43 | 5.43 | 20.00 | Nick Palermo | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 11/16/2015 | Meals | 25.60 | 5.60 | 20.00 | Ofir Nitzan | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 11/16/2015 | Meals | 25.34 | 5.34 | 20.00 | Robert Ramirez | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 11/17/2015 | Meals | 25.57 | 5.57 | 20.00 | Nick Palermo | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 11/17/2015 | Meals | 24.22 | 4.22 | 20.00 | Robert Ramirez | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 11/18/2015 | Meals | 25.62 | 5.62 | 20.00 | Nick Palermo | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 11/18/2015 | Meals | 25.29 | 5.29 | 20.00 | Robert Ramirez | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 11/19/2015 | Meals | 25.38 | 5.38 | 20.00 | Nick Palermo | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 11/19/2015 | Meals | 20.92 | 0.92 | 20.00 | Robert Ramirez | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 11/20/2015 | Meals | 21.08 | 0.00 | 21.08 | Michael Henkin | HUDSONNEWS ST1301 | Meal at JFK while traveling from JFK to SFO |
| 11/20/2015 | Meals | 82.89 | 22.89 | 60.00 | Michael Henkin | CAFE CENTRO | Business meal (Henkin + 2) with UCC member |
| 11/20/2015 | Meals | 25.46 | 5.46 | 20.00 | Nick Palermo | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 11/20/2015 | Meals | 25.50 | 5.50 | 20.00 | Robert Ramirez | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 11/23/2015 | Meals | 25.57 | 5.57 | 20.00 | Nick Palermo | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 11/24/2015 | Meals | 25.62 | 5.62 | 20.00 | Nick Palermo | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 10/26/2015 | Miscellaneous | 26.95 | 0.00 | 26.95 | Lauren Bruch | GOGOAIR.COM | Inflight WiFi access during travel to client meeting in Dallas |
| 10/26/2015 | Miscellaneous | 25.95 | 0.00 | 25.95 | Ronen Bojmel | GOGOAIR.COM | Inflight WiFi access during travel to client meeting in Dallas |
| 11/10/2015 | Miscellaneous | 133.25 | 0.00 | 133.25 | Nick Palermo | FEDEX 781690400053 | Package sent to SFO in preparation for EFH meeting |
| 11/10/2015 | Miscellaneous | 275.11 | 0.00 | 275.11 | Nick Palermo | FEDEX 781690597541 | Package sent to SFO in preparation for EFH meeting |

# EXHIBIT A-1

## Legal Expenses of Guggenheim Securities, LLC

**DENTONS**

Dentons US LLP
233 South Wacker Drive
Suite 5900
Chicago, Illinois 60606-6361

Salans FMC SNR Denton
McKenna Long
dentons.com

GUGGENHEIM SECURITIES
Ronen Bojmel
330 MADISON AVENUE, 8TH FLOOR
NEW YORK, NY 10017
USA

December 10, 2015

**Invoice No. 1725693**

Client/Matter: 21421443-000045

Energy Future Holdings

Payment Due Upon Receipt

Total This Invoice                                    $        3,213.00

Please return this page with your payment

In the case of mail deliveries to:
Dentons US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
Dentons US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL 60606-6361

Payment by wire transfer should be sent to:

Citi Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
P. Maxcy
at 1 312 876 8000

17

**DENTONS**

Dentons US LLP
233 South Wacker Drive
Suite 5900
Chicago, Illinois 60606-6361

Salans FMC SNR Denton
McKenna Long
dentons.com

GUGGENHEIM SECURITIES
Ronen Bojmel
330 MADISON AVENUE, 8TH FLOOR
NEW YORK, NY 10017
USA

December 10, 2015

**Invoice No. 1725693**

Client/Matter: 21421443-000045

Energy Future Holdings

For Professional Services Rendered through November 30, 2015:

| Date | Timekeeper | Hours | Narrative |
|---|---|---|---|
| 11/2/15 | A. Ruegger | 0.40 | Review press summaries of Debtors' responses to E. Committee objections. |
| 11/3/15 | A. Ruegger | 0.50 | Review S&C memo in support of admissibility of M. Henkin testimony (.3); review press report of court ruling on admissibility of M. Henkin testimony (.2). |
| 11/4/15 | A. Ruegger | 0.20 | Review summary of first day of testimony, including issues to be discussed by M. Henkin. |
| 11/19/15 | P. Maxcy | 0.50 | Conference R. Bojmel and M. Henkin re potential settlement and impact on engagement obligations. |
| 11/19/15 | P. Maxcy | 1.50 | Review engagement letter terms and order on employment and for procedures for post-confirmation duties. |
| 11/19/15 | P. Maxcy | 0.40 | Emails with M. Henkin and R. Bojmel re retention issues. |
| 11/19/15 | G. Miller | 1.10 | Reviewed Guggenheim engagement letter, order retaining Guggenheim and order retaining Fee Examiner re fee application process. |

Total Hours          4.60
Fee Amount                                                                    $3,213.00

TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| A. Ruegger | $935.00 | 1.10 | $1,028.50 |
| P. Maxcy | $720.00 | 2.40 | $1,728.00 |
| G. Miller | $415.00 | 1.10 | $456.50 |
| Totals |  | 4.60 | $3,213.00 |

Energy Future Holdings

Matter: 21421443-000045  
Invoice No.: 1725693

December 10, 2015

|  |  |  |
|---|---|---|
| Fee Total | $ | 3,213.00 |
| Invoice Total | $ | 3,213.00 |