# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., et al.,[1] | Case No. 14-10979 (CSS) |
| | (Jointly Administered) |
| Debtors, | **RE: Docket No. 7325** |

## NOTICE TO LIFT TEMPORARY SEAL

**PLEASE TAKE NOTICE** that pursuant to paragraph 16(d) of the *Confidentiality Agreement and Stipulated Protective Order*, filed August 13, 2014 [Docket No. 1833] (the "Protective Order"), UMB Bank, N.A. ("UMB"), by and through its undersigned counsel, hereby advises the Court that Designation No. 250 (the Transcript of Deposition of David Ying, dated 10/19/15) ("Designation No. 250") which was referenced in Appellant's Statement of Issues on Appeal and Designation of Items to be Included in the Record on Appeal [D.I. 7325] does not meet the requirements for sealing under 11 U.S.C. §107(b).

Designation No. 250 that UMB filed under temporary seal was designated as Confidential or Highly Confidential by the Debtors pursuant to the Protective Order. The Debtors have provided UMB with written notice that they no longer assert that Designation No. 250 is Confidential or Highly Confidential pursuant to the Protective Order. Accordingly, pursuant to paragraph 16(d) of the Protective Order, UMB states that the temporary seal has been lifted and attaches hereto the unredacted version of Designation No. 250.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.ethcaseinfo.com.

PHIL1 5112469v.1

Dated: December 23, 2015
Wilmington, Delaware

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Ira S. Dizengoff (admitted *pro hac vice*)
Abid Qureshi (admitted *pro hac vice*)
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
E-Mail: idizengoff@akingump.com
aqureshi@akingump.com

Scott L. Alberino (admitted *pro hac vice*)
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
E-Mail: salberino@akingump.com

By: */s/ Raymond H. Lemisch*
**KLEHR HARRISON HARVEY BRANZBURG LLP**
Raymond H. Lemisch (No. 4204)
919 Market Street, Suite 1000
Wilmington, DE 19801
Tel: (302) 426-1189
Fax: (302) 426-9193
E-mail: rlemisch@klehr.com

*- and –*

**FOLEY & LARDNER LLP**
Harold L. Kaplan (admitted *pro hac vice*)
Mark F. Hebbeln (admitted *pro hac vice*)
Lars A. Peterson (admitted *pro hac vice*)
321 North Clark Street, Suite 2800
Chicago, IL 60654-5313
Tel: (312) 832-4500
Fax: (312) 832-4700
E-Mail: hkaplan@foley.com
mhebbeln@foley.com
lapeterson@foley.com

Barry G. Felder (admitted *pro hac vice*)
Jonathan H. Friedman (admitted *pro hac vice*)
90 Park Avenue
New York, NY 10016
Tel: (212) 682-7474
Fax: (212) 687-2329
E-Mail: bgfelder@foley.com
jfriedman@foley.com

*Co-Counsel for UMB Bank, N.A., as Trustee*