IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) <br> ) <br> ENERGY FUTURE HOLDINGS ) <br> CORP., et al.[1], ) <br> ) <br> Debtors. ) <br> ) | Chapter 11 <br><br> Case No. 14-10979 (CSS) <br><br> Jointly Administered <br><br> **Response Deadline: January 12, 2016 at 4:00 p.m. (ET)** |

**TENTH MONTHLY FEE STATEMENT OF McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES INCURRED DURING THE PERIOD NOVEMBER 1, 2015 THROUGH NOVEMBER 30, 2015**

| | |
|---|---|
| APPLICANT | McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP |
| Authorized to provide professional services to: | Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC and their debtor subsidiaries |
| Date of Retention: | Order dated March 9, 2015 [docket no. 3835], effective as of January 12, 2015 |
| Period for which compensation and reimbursement is sought: | November 1, 2015 through November 30, 2015 |
| Amount of compensation sought as actual, reasonable and necessary: | $27,000.00 (80% of $33,750.00) |
| Amount of expense reimbursement sought: | $68.90 |

This is a  X  monthly _____ interim _____ final application.

No prior application filed for this period.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

The law firm of McElroy, Deutsch, Mulvaney & Carpenter, LLP ("MDMC") as Delaware counsel for Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC, debtors and debtors-in-possession, and their debtor subsidiaries (the "TCEH Debtors"), files this Monthly Fee Statement under:

(a) Sections 327, 330 and 331 of chapter 11 of title 11 of the United States Code,

(b) Rule 2016 of the Federal Rules of Bankruptcy Procedure,

(c) the *Order Authorizing the Employment and Retention of McElroy, Deutsch, Mulvaney & Carpenter, LLP to Debtors and Debtors in Possession Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC Effective Nunc Pro Tunc to January 12, 2015* [docket no. 3835]

(d) the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals dated September 16, 2014* [docket no. 2066] (the "Interim Compensation Order"), and

(e) the *Stipulation and Order Appointing a Fee Committee* [docket no. 1896 (the "Fee Committee Order"), and

(f) the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware,

for: (i) payment of compensation in the amount of $27,000.00 for the reasonable and necessary legal services MDMC provided to the TCEH Debtors for the period November 1, 2015 through November 30, 2015 (the "Fee Period"), which amount is 80% of $33,750.00; and (ii) reimbursement for the actual and necessary expenses incurred in the amount of $68.90 during this Fee Period.

**Itemization of Services Rendered and Disbursements Made**

1. In support of this Monthly Fee Statement, attached are the following exhibits:

    (a) schedule containing the number of hours expended and fees incurred (on an aggregate basis) by MDMC attorneys and paraprofessionals during this Fee Period with respect to the established matter categories MDMC uses in accordance with its internal billing procedures. MDMC reports $33,750.00 in fees during this Fee Period and seeks payment for 80% of such fees in this Monthly Fee Statement. (**Exhibit A**)

    (b) schedule of attorneys and paraprofessionals for whose work MDMC seeks compensation for this Fee Period, including their respective positions, years of experience, hourly billing rates and hours charged for this Fee Period. MDMC has spent a total of 76.2 hours of attorney and paraprofessional time during this Fee Period (**Exhibit B**)

    (c) schedule of expenses, by category, for which MDMC seeks reimbursement for this Fee Period. (**Exhibit C**)

    (d) detailed listing of expenses, by date and description, that MDMC incurred during this Fee Period and for which it seeks reimbursement. (**Exhibit D**)

**Proposed Payment Allocation**

2. In accordance with paragraph 5 of the Interim Compensation Order, all of MDMC's fees and expenses for this Fee Period are allocated to the TCEH Debtors.

**Representation**

3. Although MDMC has made reasonable efforts to include all fees and expenses for this Fee Period, some fees and/or expenses may not be included or known to MDMC at this time. MDMC reserves the right to further apply to this Court for allowance of such fees and/or expenses.

WHEREFORE, MDMC requests allowance and payment of its fees and expenses incurred during this Fee Period in the amount of $27,068.90 which amount includes (a) $27,000.00 for fees (80% of fees billed for actual and necessary services provided by MDMC attorneys and paraprofessionals); and (b) $68.90 for actual and necessary costs and expenses

incurred by MDMC for these cases, and that such fees and expenses be paid as administrative expenses of TCEH Debtors in accordance with the Interim Compensation Order.

Dated: December 23, 2015

**McElroy, Deutsch, Mulvaney & Carpenter, LLP**

/s/ David P. Primack
David P. Primack, Esq. (No. 4449)
300 Delaware Ave., Suite 770
Wilmington, DE 19801
Phone: (302) 300-4515
Facsimile: (302) 654-4031
dprimack@mdmc-law.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ENERGY FUTURE HOLDINGS CORP., ) et al.[1], ) | Case No. 14-10979 (CSS) |
| ) | |
| ) | Jointly Administered |
| Debtors. ) | |

## VERIFICATION OF DAVID P. PRIMACK, ESQ.

1. I am a partner in the Bankruptcy and Corporate Restructuring Group of McElroy Deutsch, Mulvaney & Carpenter, LLP ("MDMC"). I am the lead attorney from MDMC working on these chapter 11 cases and am authorized to submit this Verification on its behalf. I am a member in good standing of the Bar of the State of Delaware. There are no disciplinary proceedings pending against me.

2. I have personally performed many, if not most, of the legal services rendered by MDMC as co-counsel with Munger, Tolles & Olson, LLP for Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC, debtors and debtors-in-possession, and their debtor subsidiaries (the "TCEH Debtors") and am familiar with all other work performed on the TCEH Debtors behalf by the lawyers and paraprofessionals in the firm.

3. The facts set forth in the Monthly Fee Statement are true and correct to the best of my knowledge, information and belief.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

4. I have reviewed Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedures of the United States Bankruptcy Court for the District of Delaware and believe that the Monthly Fee Statement for MDMC complies with Rule 2016-2.

5. I declare under penalty of perjury under 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge, information and belief.

/s/ David P. Primack
David P. Primack, Esq.

# **EXHIBIT A**

STATEMENT OF FEES BY SUBJECT MATTER

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 3 | $1,136.00 |
| Fee/Employment Applications | 8.2 | $2,694.50 |
| Plan and Disclosure Statement | 65 | $29,919.50 |
| **TOTALS**: | 76.2 | $33,750.00 |

**EXHIBIT B**

ATTORNEY AND PARAPROFESSIONAL INFORMATION

| Name of Professional | Title | Year Admitted | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Gary D. Bressler | Partner | 1981 | 600.00 | 1.4 | 840.00 |
| David P. Primack | Partner | 2002 | 475.00 | 64.4 | 30,590.00 |
| Sandi Shidner | Paralegal | N/A | 230.00 | 9.6 | 2,208.000 |
| Sue Mullen | Legal Assistant | N/A | 140.00 | .8 | 112.00 |

## **EXHIBIT C**

SUMMARY OF ACTUAL AND NECESSARY EXPENSES FOR THIS FEE PERIOD

| Description | Amount |
|:---:|:---:|
| Meal, Lodging, etc. | 34.00 |
| Messenger Service | 25.50 |
| PACER | 9.40 |
| **TOTALS**: | $68.90 |

## **EXHIBIT D**

SCHEDULE OF EXPENSES AND DISBURSEMENTS

McElroy, Deutsch, Mulvaney
& Carpenter, LLP

FEE APPLICATION  PAGE: 2
RUN DATE: December 22, 2015  REF: 904582

| ACTIVITY DATE | DESCRIPTION OF DISBURSEMENT | AMOUNT | |
|---|---|---|---|
| 10/30/15 | Lunch with Munger Tolles | 34.00 | |
| | TOTAL Meal, Lodging, etc. | | 34.00 |
| 11/05/15 | VENDOR: PARCELS INC., - D D R; INVOICE#: 605957; DATE: 11/5/2015. Messenger service to Judge Christopher Sontchi. | 18.00 | |
| 11/17/15 | VENDOR: PARCELS INC., - D D R; INVOICE#: 607872; DATE: 11/17/2015. Messenger service to Judge Christopher S. Sontchi. | 7.50 | |
| | TOTAL Messenger Services | | 25.50 |
| 11/30/15 | Pacer charge for the month of November 2015 Acct# MH0032 | 6.80 | |
| 11/30/15 | Pacer charge for the month of November 2015 Acct# MH0032 | 2.60 | |
| | TOTAL Pacer | | 9.40 |
| | TOTAL DISBURSEMENTS VALUE | | 68.90 |