# EXHIBIT A

**[Statement of Fees by Subject Matter]**

| Description | Total Hours Billed | Total Fees |
|---|---|---|
| [ALL] BK Retention and Fee Applications | 7.1 | $1,257.00 |
| [ALL] Case Administration | 3.4 | $698.00 |
| [ALL] Claims Administration & Objections | 4.0 | $1,040.00 |
| [ALL] Hearings | 46.0 | $15,491.00 |
| [ALL] Non-BK Fee/Employment Applications | 4.4 | $1,044.50 |
| [ALL] Plan and Disclosure Statement | 27.9 | $9,402.50 |
| **Total** | **92.8** | **$28,933.00** |