# EXHIBIT B

**[Attorney and Paraprofessionals Information]**

| Name of Professional Person | Position | Year Admitted and (State) | Department | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| David M. Klauder | Partner | 2012 (DE) 2008 (PA) 1999 (VA) | Bankruptcy | $350.00 | 73.8 | $25,830.00 |
| Cory P. Stephenson | Associate | 2015 (DE) 2015 (PA) | Bankruptcy | $205.00 | 9.1 | $1,865.50 |
| Amy M. Huber | Paralegal | *Not Admitted | Litigation Support | $125.00 | 9.9 | $1,237.50 |
| **Total** | | | | | **92.8** | **$28,933.00** |