# **EXHIBIT C**

**[Summary of Actual and Necessary Expenses for the Fee Period]**

| Expense Category | Total Expenses |
|---|---:|
| Filing/Court Fees | $8.00 |
| In-House Reproduction | $107.70 |
| Outside Reproduction | $123.00 |
| **Total** | **$238.70** |