**EXHIBIT D**

**[Detailed Description of Expenses and Disbursements]**

| Date | Category | Description | Total Expenses |
|---|---|---|---|
| 11/02/2015 | In-House Reproduction | Photocopies (663 pages) | $66.30 |
| 11/03/2015 | In-House Reproduction | Photocopies (142 pages) | $14.20 |
| 11/04/2015 | In-House Reproduction | Photocopies (143 pages) | $14.30 |
| 11/04/2015 | In-House Reproduction | Photocopies (129 pages) | $12.90 |
| 11/11/2015 | Outside Reproduction | Reliable | $123.00 |
| 11/11/2015 | Filing/Court Fees | PACER | $3.00 |
| 11/20/2015 | Filing/Court Fees | PACER | $2.00 |
| 11/30/2015 | Filing/Court Fees | PACER | $3.00 |
| **Total** | | | **$238.70** |