# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., et al.,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF SUNDEEP S. SIDHU, ESQ. FROM ACTION AND REQUEST TO STOP ELECTRONIC NOTICE

Sundeep S. Sidhu, Esq. hereby withdraws his appearance on behalf of Siemens Power Generation Inc. in the within case and requests that he be administratively removed from the list for receipt of notices of electronic filing, as well as the Court's mailing matrix.

Undersigned counsel certifies that the aforementioned party consents to the withdrawal of counsel.

Dated: December 23, 2015.

/s/ Sundeep S. Sidhu
Sundeep S. Sidhu, Esq.
Delaware Bar No. 5417
sunny.sidhu@akerman.com
AKERMAN LLP
420 S. Orange Avenue, Suite 1200
Orlando, FL  32801-4904
Phone:  (407) 423-4000
Facsimile:  (407) 843-6610

*Attorneys for Siemens Power Generation Inc.*

---

[1] The last four digits of Energy Future Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas, 75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

{37028739;2}

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Withdrawal of Appearance, was furnished via electronic mail using the Court's CM/ECF system on all parties having appeared electronically on December 23, 2015.

                                      /s/ Sundeep S. Sidhu
                                      Sundeep S. Sidhu, Esq.