# EXHIBIT A

**Statement of Fees By Subject Matter**

*Exhibit A*

**Combined - All Entities**
**Summary of Time Detail by Task**
**October 1, 2015 through October 31, 2015**

| *Task Description* | *Sum of Hours* | *Sum of Fees* |
|---|---:|---:|
| Accounting/Cut-off | 45.2 | $24,502.50 |
| Bankruptcy Support | 120.1 | $62,556.50 |
| Business Plan | 112.4 | $42,902.50 |
| Cash Management | 25.6 | $9,400.00 |
| Causes of Action | 1.6 | $840.00 |
| Claims | 438.7 | $197,985.00 |
| Communication | 2.3 | $2,022.50 |
| Contracts | 591.1 | $302,630.00 |
| Coordination & Communication with other Creditor Constituents | 14.3 | $8,702.50 |
| Coordination & Communication with UCC | 72.6 | $40,782.50 |
| Court | 4.5 | $3,445.00 |
| Fee Applications | 50.2 | $22,450.00 |
| Motions and Orders | 0.3 | $225.00 |
| POR / Disclosure Statement | 242.1 | $121,762.50 |
| Status Meetings | 35.4 | $21,622.50 |
| Travel Time | 59.6 | $35,160.00 |
| UST Reporting Requirements | 8.8 | $4,770.00 |
| Vendor Management | 65.5 | $38,782.50 |
| ***Total*** | **1,890.3** | **$940,541.50** |

*Travel time billed at 50% of time incurred*

*Exhibit A*

**TCEH**
**Summary of Time Detail by Task**
**October 1, 2015 through October 31, 2015**

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Accounting/Cut-off | 33.0 | $17,683.12 |
| Bankruptcy Support | 82.8 | $42,406.50 |
| Business Plan | 69.1 | $26,773.48 |
| Cash Management | 18.3 | $6,718.50 |
| Causes of Action | 1.1 | $600.38 |
| Claims | 311.3 | $140,441.60 |
| Communication | 1.7 | $1,484.69 |
| Contracts | 439.7 | $225,492.27 |
| Coordination & Communication with other Creditor Constituents | 8.2 | $5,617.50 |
| Coordination & Communication with UCC | 22.9 | $16,839.09 |
| Court | 1.1 | $854.11 |
| Fee Applications | 35.9 | $16,045.77 |
| Motions and Orders | 0.2 | $168.75 |
| POR / Disclosure Statement | 200.4 | $100,261.03 |
| Status Meetings | 25.5 | $15,557.66 |
| Travel Time | 42.6 | $25,130.03 |
| UST Reporting Requirements | 6.3 | $3,409.28 |
| Vendor Management | 51.1 | $30,556.88 |
| **Total** | **1,351.1** | **$676,040.64** |

*Travel time billed at 50% of time incurred*

*Exhibit A*

**EFH
Summary of Time Detail by Task
October 1, 2015 through October 31, 2015**

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Accounting/Cut-off | 12.2 | $6,819.38 |
| Bankruptcy Support | 32.8 | $17,280.84 |
| Business Plan | 29.2 | $11,034.23 |
| Cash Management | 6.1 | $2,249.56 |
| Causes of Action | 0.4 | $201.02 |
| Claims | 108.2 | $49,006.85 |
| Communication | 0.6 | $495.87 |
| Contracts | 141.0 | $72,197.16 |
| Coordination & Communication with other Creditor Constituents | 6.1 | $3,085.00 |
| Coordination & Communication with UCC | 28.0 | $14,231.02 |
| Court | 0.4 | $285.98 |
| Fee Applications | 12.0 | $5,372.62 |
| Motions and Orders | 0.1 | $56.25 |
| POR / Disclosure Statement | 36.1 | $18,592.27 |
| Status Meetings | 8.5 | $5,205.89 |
| Travel Time | 14.3 | $8,414.31 |
| UST Reporting Requirements | 2.1 | $1,141.53 |
| Vendor Management | 14.4 | $8,225.63 |
| **Total** | **452.4** | **$223,895.39** |

*Travel time billed at 50% of time incurred*

*Exhibit A*

*EFIH*
*Summary of Time Detail by Task*
*October 1, 2015 through October 31, 2015*

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Bankruptcy Support | 4.6 | $2,869.16 |
| Business Plan | 14.1 | $5,094.79 |
| Cash Management | 1.2 | $431.95 |
| Causes of Action | 0.1 | $38.60 |
| Claims | 19.1 | $8,536.55 |
| Communication | 0.1 | $41.93 |
| Contracts | 10.5 | $4,940.58 |
| Coordination & Communication with UCC | 21.8 | $9,712.39 |
| Court | 3.1 | $2,304.91 |
| Fee Applications | 2.3 | $1,031.61 |
| POR / Disclosure Statement | 5.6 | $2,909.20 |
| Status Meetings | 1.4 | $858.95 |
| Travel Time | 2.7 | $1,615.66 |
| UST Reporting Requirements | 0.4 | $219.19 |
| *Total* | **86.9** | **$40,605.47** |

*Travel time billed at 50% of time incurred*