**EXHIBIT B**

**Professionals' Information**

The A&M professionals who rendered services in these cases during the Fee Period are:

*Exhibit B*

### Combined - All Entities
### Summary of Time Detail by Professional
### October 1, 2015 through October 31, 2015

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Brian Cumberland | Managing Director | $925.00 | 2.0 | $1,850.00 |
| JD Ivy | Managing Director | $925.00 | 6.1 | $5,642.50 |
| Jeff Stegenga | Managing Director | $925.00 | 29.4 | $27,195.00 |
| Emmett Bergman | Managing Director | $750.00 | 187.5 | $140,625.00 |
| John Stuart | Managing Director | $750.00 | 63.7 | $47,775.00 |
| Steve Kotarba | Managing Director | $675.00 | 12.0 | $8,100.00 |
| Jodi Ehrenhofer | Senior Director | $600.00 | 138.6 | $83,160.00 |
| Matt Frank | Director | $600.00 | 186.4 | $111,840.00 |
| Robert Casburn | Manager | $590.00 | 3.0 | $1,770.00 |
| Kevin Sullivan | Director | $525.00 | 11.5 | $6,037.50 |
| Mark Zeiss | Director | $525.00 | 4.9 | $2,572.50 |
| Paul Kinealy | Director | $525.00 | 56.2 | $29,505.00 |
| David Blanks | Senior Associate | $475.00 | 137.5 | $65,312.50 |
| Jeff Dwyer | Senior Associate | $475.00 | 168.4 | $79,990.00 |
| Taylor Atwood | Senior Associate | $475.00 | 38.8 | $18,430.00 |
| Ryan Wells | Associate | $330.00 | 1.3 | $429.00 |
| Richard Carter | Consultant | $425.00 | 172.8 | $73,440.00 |
| Jon Rafpor | Analyst | $375.00 | 117.2 | $43,950.00 |
| Michael Williams | Analyst | $350.00 | 166.2 | $58,170.00 |
| Peyton Heath | Analyst | $350.00 | 126.0 | $44,100.00 |
| Sarah Pittman | Analyst | $350.00 | 240.9 | $84,315.00 |
| Robert Country | Analyst | $325.00 | 17.2 | $5,590.00 |
| Mary Napoliello | Paraprofessional | $275.00 | 2.7 | $742.50 |
| | | ***Total*** | **1,890.3** | **$940,541.50** |

*Exhibit B*

### TCEH
### Summary of Time Detail by Professional
### October 1, 2015 through October 31, 2015

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Brian Cumberland | Managing Director | $925.00 | 1.4 | $1,322.26 |
| JD Ivy | Managing Director | $925.00 | 4.4 | $4,032.88 |
| Jeff Stegenga | Managing Director | $925.00 | 22.9 | $21,155.10 |
| Emmett Bergman | Managing Director | $750.00 | 140.2 | $105,123.43 |
| John Stuart | Managing Director | $750.00 | 46.8 | $35,065.68 |
| Steve Kotarba | Managing Director | $675.00 | 8.6 | $5,789.34 |
| Jodi Ehrenhofer | Senior Director | $600.00 | 101.4 | $60,863.47 |
| Matt Frank | Director | $600.00 | 139.2 | $83,507.59 |
| Robert Casburn | Manager | $590.00 | 2.1 | $1,265.08 |
| Kevin Sullivan | Director | $525.00 | 8.2 | $4,315.20 |
| Mark Zeiss | Director | $525.00 | 3.5 | $1,838.65 |
| Paul Kinealy | Director | $525.00 | 34.5 | $18,138.67 |
| David Blanks | Senior Associate | $475.00 | 89.4 | $42,473.79 |
| Jeff Dwyer | Senior Associate | $475.00 | 125.7 | $59,697.67 |
| Taylor Atwood | Senior Associate | $475.00 | 19.4 | $9,233.32 |
| Richard Carter | Consultant | $425.00 | 124.4 | $52,878.00 |
| Jon Rafpor | Analyst | $375.00 | 87.6 | $32,856.70 |
| Michael Williams | Analyst | $350.00 | 118.8 | $41,576.05 |
| Peyton Heath | Analyst | $350.00 | 93.5 | $32,725.22 |
| Sarah Pittman | Analyst | $350.00 | 163.9 | $57,349.86 |
| Ryan Wells | Associate | $330.00 | 0.9 | $306.62 |
| Robert Country | Analyst | $325.00 | 12.3 | $3,995.36 |
| Mary Napoliello | Paraprofessional | $275.00 | 1.9 | $530.69 |
| **Total** | | | **1,351.1** | **$676,040.64** |

*Exhibit B*

| | EFH<br>*Summary of Time Detail by Professional*<br>*October 1, 2015 through October 31, 2015* | | | |
|---|---|---|---|---|

| *Professional* | *Position* | *Billing Rate* | *Sum of Hours* | *Sum of Fees* |
|---|---|---|---|---|
| Brian Cumberland | Managing Director | $925.00 | 0.5 | $442.73 |
| JD Ivy | Managing Director | $925.00 | 1.5 | $1,350.33 |
| Jeff Stegenga | Managing Director | $925.00 | 5.9 | $5,461.83 |
| Emmett Bergman | Managing Director | $750.00 | 45.1 | $33,830.07 |
| John Stuart | Managing Director | $750.00 | 10.9 | $8,196.45 |
| Steve Kotarba | Managing Director | $675.00 | 2.9 | $1,938.45 |
| Jodi Ehrenhofer | Senior Director | $600.00 | 31.3 | $18,789.50 |
| Matt Frank | Director | $600.00 | 46.4 | $27,847.16 |
| Robert Casburn | Manager | $590.00 | 0.7 | $423.59 |
| Kevin Sullivan | Director | $525.00 | 2.8 | $1,444.86 |
| Mark Zeiss | Director | $525.00 | 1.2 | $615.64 |
| Paul Kinealy | Director | $525.00 | 19.5 | $10,220.41 |
| David Blanks | Senior Associate | $475.00 | 28.0 | $13,292.26 |
| Jeff Dwyer | Senior Associate | $475.00 | 41.9 | $19,908.17 |
| Taylor Atwood | Senior Associate | $475.00 | 13.2 | $6,287.44 |
| Richard Carter | Consultant | $425.00 | 40.6 | $17,249.81 |
| Jon Rafpor | Analyst | $375.00 | 29.2 | $10,955.44 |
| Michael Williams | Analyst | $350.00 | 39.8 | $13,920.94 |
| Peyton Heath | Analyst | $350.00 | 23.9 | $8,366.16 |
| Sarah Pittman | Analyst | $350.00 | 62.1 | $21,736.01 |
| Ryan Wells | Associate | $330.00 | 0.3 | $102.67 |
| Robert Country | Analyst | $325.00 | 4.1 | $1,337.77 |
| Mary Napoliello | Paraprofessional | $275.00 | 0.6 | $177.69 |
| | | *Total* | **452.4** | **$223,895.39** |

*Exhibit B*

### EFIH
### *Summary of Time Detail by Professional*
### *October 1, 2015 through October 31, 2015*

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Brian Cumberland | Managing Director | $925.00 | 0.1 | $85.01 |
| JD Ivy | Managing Director | $925.00 | 0.3 | $259.28 |
| Jeff Stegenga | Managing Director | $925.00 | 0.6 | $578.07 |
| Emmett Bergman | Managing Director | $750.00 | 2.2 | $1,671.49 |
| John Stuart | Managing Director | $750.00 | 6.0 | $4,512.88 |
| Steve Kotarba | Managing Director | $675.00 | 0.6 | $372.21 |
| Jodi Ehrenhofer | Senior Director | $600.00 | 5.8 | $3,507.03 |
| Matt Frank | Director | $600.00 | 0.8 | $485.25 |
| Robert Casburn | Manager | $590.00 | 0.1 | $81.33 |
| Kevin Sullivan | Director | $525.00 | 0.5 | $277.43 |
| Mark Zeiss | Director | $525.00 | 0.2 | $118.21 |
| Paul Kinealy | Director | $525.00 | 2.2 | $1,145.92 |
| David Blanks | Senior Associate | $475.00 | 20.1 | $9,546.46 |
| Jeff Dwyer | Senior Associate | $475.00 | 0.8 | $384.16 |
| Taylor Atwood | Senior Associate | $475.00 | 6.1 | $2,909.24 |
| Richard Carter | Consultant | $425.00 | 7.8 | $3,312.19 |
| Jon Rafpor | Analyst | $375.00 | 0.4 | $137.85 |
| Michael Williams | Analyst | $350.00 | 7.6 | $2,673.01 |
| Peyton Heath | Analyst | $350.00 | 8.6 | $3,008.62 |
| Sarah Pittman | Analyst | $350.00 | 14.9 | $5,229.13 |
| Ryan Wells | Associate | $330.00 | 0.1 | $19.71 |
| Robert Country | Analyst | $325.00 | 0.8 | $256.87 |
| Mary Napoliello | Paraprofessional | $275.00 | 0.1 | $34.12 |
| | | ***Total*** | **86.9** | **$40,605.47** |