# EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

*Exhibit C*

| Combined |
| --- |
| *Energy Future Holdings Corp., et al.,* |
| *Summary of Expense Detail by Category* |
| *October 1, 2015 through October 31, 2015* |

| *Expense Category* | *Sum of Expenses* |
| --- | --- |
| Airfare | $10,784.08 |
| Lodging | $5,659.36 |
| Meals | $1,147.08 |
| Miscellaneous | $274.02 |
| Transportation | $2,922.60 |
| | |
| *Total* | **$20,787.14** |

*Exhibit C*

### TCEH
### *Summary of Expense Detail by Category*
### *October 1, 2015 through October 31, 2015*

| *Expense Category* | *Sum of Expenses* |
|---|---|
| Airfare | $7,707.38 |
| Lodging | $4,044.75 |
| Meals | $819.80 |
| Miscellaneous | $195.84 |
| Transportation | $2,088.83 |
| *Total* | **$14,856.60** |

*Exhibit C*

*EFH*
*Summary of Expense Detail by Category*
*October 1, 2015 through October 31, 2015*

| *Expense Category* | *Sum of Expenses* |
|---|---|
| Airfare | $2,580.63 |
| Lodging | $1,354.27 |
| Meals | $274.51 |
| Miscellaneous | $65.57 |
| Transportation | $699.33 |
| *Total* | **$4,974.31** |

*Exhibit C*

### EFIH
### Summary of Expense Detail by Category
### October 1, 2015 through October 31, 2015

| Expense Category | Sum of Expenses |
|---|---|
| Airfare | $496.07 |
| Lodging | $260.34 |
| Meals | $52.77 |
| Miscellaneous | $12.61 |
| Transportation | $134.44 |
| **Total** | **$956.23** |