## **EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

*Exhibit D*

**Combined - All Entities**
**Expense Detail by Category**
**October 1, 2015 through October 31, 2015**

## Airfare

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| David Blanks | 10/13/2015 | $210.10 | Airfare one-way coach Dallas/New York. |
| Emmett Bergman | 10/1/2015 | $600.50 | Airfare one-way coach Dallas/Reno. |
| Emmett Bergman | 10/6/2015 | $628.60 | Airfare one-way coach San Francisco/Dallas. |
| Jeff Dwyer | 10/1/2015 | $203.10 | Airfare one-way coach Dallas/Washington, DC. |
| Jeff Dwyer | 10/4/2015 | $267.10 | Airfare one-way coach Washington, DC/Dallas. |
| Jeff Dwyer | 10/8/2015 | $418.10 | Airfare one-way coach Dallas/San Francisco. |
| Jeff Dwyer | 10/12/2015 | $414.20 | Airfare one-way coach San Francisco/Dallas. |
| Jeff Dwyer | 10/15/2015 | $498.10 | Airfare one-way coach Dallas/San Francisco. |
| Jeff Dwyer | 10/19/2015 | $498.10 | Airfare one-way coach San Francisco/Dallas. |
| Jeff Dwyer | 10/21/2015 | $349.20 | Airfare one-way coach Dallas/San Francisco. |
| Jodi Ehrenhofer | 10/1/2015 | $350.60 | Airfare one-way coach Dallas/Chicago. |
| Jodi Ehrenhofer | 10/6/2015 | $628.60 | Airfare one-way coach Charlotte/Dallas. |
| Jodi Ehrenhofer | 10/8/2015 | $538.60 | Airfare one-way coach Dallas/Chicago. |
| John Stuart | 10/14/2015 | $357.09 | Airfare - non-refundable for cancelled hearing. |
| Matt Frank | 10/1/2015 | $398.10 | Airfare one-way coach airfare from Dallas/Chicago. |
| Matt Frank | 10/6/2015 | $628.60 | Airfare one-way coach airfare from Charlotte/Dallas. |
| Matt Frank | 10/9/2015 | $547.10 | Airfare one-way coach airfare from Dallas/Chicago. |
| Matt Frank | 10/12/2015 | $261.09 | Airfare one-way coach airfare from Chicago/Dallas. |
| Matt Frank | 10/15/2015 | $542.10 | Airfare one-way coach airfare from Dallas/Chicago. |
| Matt Frank | 10/19/2015 | $634.10 | Airfare one-way coach airfare from Chicago/Dallas. |
| Matt Frank | 10/21/2015 | $620.20 | Airfare one-way coach airfare from Dallas/Chicago. |
| Michael Williams | 10/1/2015 | $350.60 | Airfare one-way coach Chicago/Dallas. |
| Richard Carter | 10/22/2015 | $840.20 | Airfare roundtrip coach Chicago/Dallas. |

**Expense Category Total**     **$10,784.08**

## Lodging

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Jeff Dwyer | 10/8/2015 | $1,028.52 | Hotel in Dallas - 4 nights. |

*Exhibit D*

## Combined - All Entities
### Expense Detail by Category
### October 1, 2015 through October 31, 2015

### Lodging

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Jeff Dwyer | 10/15/2015 | $772.64 | Hotel in Dallas - 3 nights. |
| Jeff Dwyer | 10/21/2015 | $516.76 | Hotel in Dallas - 2 nights. |
| Jodi Ehrenhofer | 10/8/2015 | $511.76 | Hotel in Dallas - 2 nights |
| Matt Frank | 10/9/2015 | $772.64 | Hotel in Dallas - 3 nights. |
| Matt Frank | 10/15/2015 | $772.64 | Hotel in Dallas - 3 nights. |
| Matt Frank | 10/21/2015 | $516.76 | Hotel in Dallas - 2 nights. |
| Richard Carter | 10/7/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| **Expense Category Total** | | **$5,659.36** | |

### Meals

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Emmett Bergman | 10/7/2015 | $107.62 | Out of town dinner - E. Bergman, M. Frank, J. Dwyer - 3. |
| Emmett Bergman | 10/15/2015 | $8.67 | Out of town breakfast - E. Bergman. |
| Jeff Dwyer | 10/1/2015 | $5.36 | Out of town breakfast - J. Dwyer. |
| Jeff Dwyer | 10/1/2015 | $7.62 | Out of town dinner - J. Dwyer. |
| Jeff Dwyer | 10/4/2015 | $7.73 | Out of town dinner - J. Dwyer. |
| Jeff Dwyer | 10/5/2015 | $40.00 | Out of town dinner - J. Dwyer. |
| Jeff Dwyer | 10/7/2015 | $10.28 | Out of town breakfast - J. Dwyer. |
| Jeff Dwyer | 10/8/2015 | $6.68 | Out of town breakfast - J. Dwyer. |
| Jeff Dwyer | 10/12/2015 | $12.79 | Out of town dinner - J. Dwyer. |
| Jeff Dwyer | 10/13/2015 | $120.00 | Out of town dinner - J. Dwyer, E. Bergman, M. Frank - 3. |
| Jeff Dwyer | 10/19/2015 | $4.01 | Out of town breakfast - J. Dwyer. |
| Jeff Dwyer | 10/20/2015 | $120.00 | Out of town dinner - J. Dwyer, M. Frank, E. Bergman -3. |
| Jeff Dwyer | 10/21/2015 | $37.21 | Out of town dinner - J. Dwyer. |
| Jodi Ehrenhofer | 10/1/2015 | $7.22 | Out of town dinner - J. Ehrenhofer. |
| Jodi Ehrenhofer | 10/8/2015 | $6.14 | Out of town breakfast - J. Ehrenhofer. |
| Matt Frank | 10/1/2015 | $14.32 | Out of town breakfast - M. Frank. |
| Matt Frank | 10/6/2015 | $200.00 | Out of town dinner - M. Frank, E. Bergman, J. Ehrenhofer, J. Dwyer, R. Carter - 5. |

*Exhibit D*

### Combined - All Entities
### Expense Detail by Category
### October 1, 2015 through October 31, 2015

## *Meals*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Matt Frank | 10/7/2015 | $13.32 | Out of town breakfast - M. Frank. |
| Matt Frank | 10/8/2015 | $11.07 | Out of town breakfast - M. Frank. |
| Matt Frank | 10/12/2015 | $6.46 | Out of town breakfast - M. Frank. |
| Matt Frank | 10/12/2015 | $65.21 | Out of town dinner - M. Frank, M. Bergman - 2. |
| Matt Frank | 10/13/2015 | $14.32 | Out of town breakfast - M. Frank. |
| Matt Frank | 10/14/2015 | $14.32 | Out of town breakfast - M. Frank. |
| Matt Frank | 10/14/2015 | $120.00 | Out of town dinner - M. Frank, M. Bergman, J. Dwyer - 3. |
| Matt Frank | 10/15/2015 | $5.00 | Out of town breakfast - M. Frank. |
| Matt Frank | 10/19/2015 | $8.01 | Out of town breakfast - M. Frank. |
| Matt Frank | 10/19/2015 | $80.00 | Out of town dinner - M. Frank, J. Dwyer - 2. |
| Matt Frank | 10/20/2015 | $14.32 | Out of town breakfast - M. Frank. |
| Matt Frank | 10/21/2015 | $14.32 | Out of town breakfast - M. Frank. |
| Richard Carter | 10/1/2015 | $6.59 | Out o town breakfast - R. Carter. |
| Richard Carter | 10/1/2015 | $10.67 | Out of town dinner - R. Carter. |
| Richard Carter | 10/5/2015 | $33.66 | Out of town dinner - R. Carter. |
| Richard Carter | 10/8/2015 | $6.59 | Out of town breakfast - R. Carter. |
| Richard Carter | 10/8/2015 | $7.57 | Out of town dinner - R. Carter. |
| **Expense Category Total** | | **$1,147.08** | |

## *Miscellaneous*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Jeff Dwyer | 10/1/2015 | $7.98 | Internet online in-flight access charge. |
| Jeff Dwyer | 10/8/2015 | $4.64 | Verizon conference call charges. |
| Jeff Dwyer | 10/10/2015 | $59.95 | Monthly internet-online fee. |
| Jeff Dwyer | 10/12/2015 | $3.99 | Internet online in-flight access charge. |
| Jodi Ehrenhofer | 10/6/2015 | $16.95 | Inflight wifi charge. |
| Jodi Ehrenhofer | 10/8/2015 | $16.46 | Verizon conference call charges. |
| John Stuart | 10/14/2015 | $52.01 | Internet online access fee. |

*Exhibit D*

## Combined - All Entities
### Expense Detail by Category
### October 1, 2015 through October 31, 2015

### *Miscellaneous*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Matt Frank | 10/8/2015 | $40.22 | Verizon conference call charges. |
| Matt Frank | 10/13/2015 | $49.95 | Monthly internet access charge (10/13/15-11/12/15). |
| Paul Kinealy | 10/8/2015 | $1.60 | Verizon conference call charges. |
| Richard Carter | 10/1/2015 | $19.43 | Internet access charge on flight. |
| Steve Kotarba | 10/8/2015 | $0.84 | Verizon conference call charges. |
| **Expense Category Total** | | **$274.02** | |

### *Transportation*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Emmett Bergman | 10/1/2015 | $51.00 | Taxi from Dallas Airport to hotel. |
| Jeff Dwyer | 10/1/2015 | $70.00 | Taxi from Washington Airport to hotel. |
| Jeff Dwyer | 10/1/2015 | $60.00 | Taxi from hotel to DFW Airport. |
| Jeff Dwyer | 10/4/2015 | $60.00 | Taxi from DFW Airport to hotel. |
| Jeff Dwyer | 10/4/2015 | $70.00 | Taxi from hotel to Washington Airport. |
| Jeff Dwyer | 10/5/2015 | $15.00 | Taxi from Energy to hotel. |
| Jeff Dwyer | 10/5/2015 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 10/5/2015 | $15.00 | Taxi from hotel to dinner. |
| Jeff Dwyer | 10/6/2015 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 10/6/2015 | $25.00 | Taxi from hotel to dinner. |
| Jeff Dwyer | 10/7/2015 | $20.00 | Taxi from hotel to dinner. |
| Jeff Dwyer | 10/7/2015 | $9.20 | Taxi from dinner to hotel. |
| Jeff Dwyer | 10/8/2015 | $70.00 | Taxi from San Francisco Airport to home. |
| Jeff Dwyer | 10/8/2015 | $30.00 | Taxi from Energy to DFW Airport. |
| Jeff Dwyer | 10/12/2015 | $60.00 | Taxi from DFW Airport to hotel. |
| Jeff Dwyer | 10/12/2015 | $63.39 | Taxi from home to San Francisco Airport. |
| Jeff Dwyer | 10/12/2015 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 10/13/2015 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 10/13/2015 | $30.00 | Taxi from dinner to hotel. |

*Exhibit D*

## Combined - All Entities
## Expense Detail by Category
## October 1, 2015 through October 31, 2015

### Transportation

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Jeff Dwyer | 10/13/2015 | $36.65 | Taxi from Energy to dinner. |
| Jeff Dwyer | 10/14/2015 | $15.00 | Taxi from Energy to hotel. |
| Jeff Dwyer | 10/15/2015 | $60.00 | Taxi from Energy to DFW Airport. |
| Jeff Dwyer | 10/15/2015 | $70.00 | Taxi from San Francisco Airport to home. |
| Jeff Dwyer | 10/19/2015 | $20.26 | Taxi from dinner to hotel. |
| Jeff Dwyer | 10/19/2015 | $25.00 | Taxi from Energy to dinner. |
| Jeff Dwyer | 10/19/2015 | $60.00 | Taxi from DFW Airport to Energy. |
| Jeff Dwyer | 10/19/2015 | $70.00 | Taxi from home to San Francisco Airport. |
| Jeff Dwyer | 10/20/2015 | $15.00 | Taxi from Energy to dinner. |
| Jeff Dwyer | 10/20/2015 | $9.20 | Taxi from hotel to Energy. |
| Jeff Dwyer | 10/21/2015 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 10/21/2015 | $60.00 | Taxi from Energy to DFW Airport. |
| Jeff Dwyer | 10/21/2015 | $70.00 | Taxi from San Francisco Airport to home. |
| Jodi Ehrenhofer | 10/1/2015 | $40.00 | Taxi from O'Hare to home. |
| Jodi Ehrenhofer | 10/6/2015 | $8.22 | Taxi from dinner to hotel. |
| Jodi Ehrenhofer | 10/6/2015 | $60.00 | Taxi from DFW to hotel. |
| Jodi Ehrenhofer | 10/7/2015 | $22.00 | Taxi from hotel to Energy. |
| Jodi Ehrenhofer | 10/8/2015 | $25.00 | Taxi from hotel to Energy. |
| Jodi Ehrenhofer | 10/8/2015 | $40.00 | Taxi from O'Hare to home. |
| Matt Frank | 10/1/2015 | $65.00 | Taxi from Energy to DFW Airport. |
| Matt Frank | 10/1/2015 | $65.00 | Taxi from Chicago Airport to home. |
| Matt Frank | 10/6/2015 | $20.00 | Taxi from dinner to hotel. |
| Matt Frank | 10/6/2015 | $65.00 | Taxi from DFW Airport to hotel. |
| Matt Frank | 10/7/2015 | $15.00 | Taxi from client to dinner. |
| Matt Frank | 10/8/2015 | $15.00 | Taxi from hotel to client. |
| Matt Frank | 10/8/2015 | $15.00 | Taxi from client to hotel. |
| Matt Frank | 10/9/2015 | $65.00 | Taxi from Chicago Airport to home. |
| Matt Frank | 10/9/2015 | $65.00 | Taxi from hotel to DFW Airport. |
| Matt Frank | 10/12/2015 | $65.00 | Taxi from DFW Airport to Energy. |

*Exhibit D*

> **Combined - All Entities**
> *Expense Detail by Category*
> *October 1, 2015 through October 31, 2015*

## Transportation

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Matt Frank | 10/12/2015 | $15.00 | Taxi from Energy to hotel. |
| Matt Frank | 10/12/2015 | $65.00 | Taxi from home to Chicago O'Hare |
| Matt Frank | 10/13/2015 | $25.00 | Taxi from dinner to hotel. |
| Matt Frank | 10/14/2015 | $15.00 | Taxi from client to hotel. |
| Matt Frank | 10/14/2015 | $15.00 | Taxi from hotel to dinner. |
| Matt Frank | 10/15/2015 | $65.00 | Taxi from hotel to DFW Airport. |
| Matt Frank | 10/15/2015 | $65.00 | Taxi from Chicago Airport to home. |
| Matt Frank | 10/19/2015 | $20.00 | Taxi from dinner to hotel. |
| Matt Frank | 10/19/2015 | $65.00 | Taxi from DFW Airport to client. |
| Matt Frank | 10/19/2015 | $65.00 | Taxi from home to Chicago O'Hare |
| Matt Frank | 10/20/2015 | $15.00 | Taxi from hotel to Energy. |
| Matt Frank | 10/22/2015 | $65.00 | Taxi from Chicago Airport to home. |
| Michael Williams | 10/1/2015 | $50.00 | Taxi from O'Hare Airport to home. |
| Michael Williams | 10/1/2015 | $15.00 | Taxi from hotel to Energy. |
| Richard Carter | 10/1/2015 | $140.00 | Parking at Chicago O'Hare. |
| Richard Carter | 10/1/2015 | $71.90 | Taxi from Energy to DFW Airport (R. Carter, J. Ehrenhofer, Mi. Williams). |
| Richard Carter | 10/1/2015 | $8.00 | Taxi from hotel to Energy. |
| Richard Carter | 10/5/2015 | $57.00 | Taxi from DFW Airport to Energy. |
| Richard Carter | 10/8/2015 | $140.00 | Parking at Chicago O'Hare. |
| Richard Carter | 10/8/2015 | $60.78 | Taxi from Energy to DFW Airport. |
| **Expense Category Total** | | **$2,922.60** | |
| *Grand Total* | | **$20,787.14** | |