# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|   |   |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |

## NOTICE OF FILING OF "STIPULATION AND CONSENT ORDER AUTHORIZING THE DEBTORS TO MAKE NON-SCHEDULED PAYMENTS TO KIRKLAND & ELLIS LLP SUBJECT TO RESERVATION OF RIGHTS"

**PLEASE TAKE NOTICE** that, on December 23, 2015, the above-captioned debtors and debtors in possession, Kirkland & Ellis LLP and Kirkland & Ellis International LLP, and the fee review committee appointed pursuant to the *Stipulation and Order Appointing a Fee Committee* [D.I. 1896] (collectively, the "Parties") filed that certain *Stipulation and Consent Order Authorizing the Debtors to Make Non-Scheduled Payments to Kirkland & Ellis LLP Subject to Reservation of Rights* (the "Stipulation").

**PLEASE TAKE FURTHER NOTICE** that the Parties intend to present the Stipulation and a proposed form of order approving the Stipulation (the "Proposed Order"), together attached hereto as **Exhibit A**, to the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") at the omnibus hearing currently scheduled to take place on **January 14, 2016 starting at 10:00 a.m. (Eastern Standard Time)** before The Honorable Christopher S.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 13593398v.1

Sontchi at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that any objections to the approval of the Stipulation or the entry of the Proposed Order must be filed with the Bankruptcy Court no later than **January 7, 2016 at 4:00 p.m. (Eastern Standard Time).**

*[Reminder of page intentionally left blank.]*

Dated: December 23, 2015
Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
          defranceschi@rlf.com
          madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    edward.sassower@kirkland.com
          stephen.hessler@kirkland.com
          brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    james.sprayregen@kirkland.com
          marc.kieselstein@kirkland.com
          chad.husnick@kirkland.com
          steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*