# Exhibit A

## Stipulation and Proposed Order

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: D.I. 7450** |

## ORDER APPROVING STIPULATION AUTHORIZING THE DEBTORS TO MAKE NON-SCHEDULED PAYMENTS TO KIRKLAND & ELLIS LLP SUBJECT TO RESERVATION OF RIGHTS

Upon the *Notice of Stipulation Authorizing the Debtors to Make Non-Scheduled Payments to Kirkland & Ellis LLP Subject to Reservation of Rights*, dated December 23, 2015 [D.I. 7450] filed by the above-captioned debtors and debtors in possession (the "Debtors") and the Debtors' request (the "Requested Relief") that this court enter an order (this "Order"), (a) approving the Stipulation, attached hereto as **Exhibit 1** (the "Stipulation")[2], by and among (i) the Debtors, (ii) Kirkland, and (iii) the Fee Committee (collectively, the "Parties") and authorizing the Debtors to take any and all actions reasonably necessary to consummate, and to perform any and all obligations contemplated by the Stipulation; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

RLF1 13593404v.1

the Court having found the Debtors provided appropriate notice of the Requested Relief and the opportunity for a hearing on the Requested Relief under the circumstances; and the Court having reviewed the Stipulation and having heard the statements in support of the relief requested therein at a hearing before the Court, if any (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Requested Relief and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Requested Relief is **GRANTED** as set forth herein.

2. The Debtors are authorized and directed to pay amounts due under the December Monthly Fee Statement, the Fourth Interim Fee Application, and the Fifth Interim Fee Application on or before January 30, 2016, subject to the terms and exceptions set forth in the Stipulation.

3. Nothing in this Order shall prejudice the rights of the Fee Committee, the U.S. Trustee, or an Application Recipient (as defined in the Interim Compensation Order) to object to the December Monthly Fee Statement, Fourth Interim Fee Application,[3] or the Fifth Interim Fee Application on the terms and times as set forth in the Interim Compensation Order.

4. Kirkland reserves the right to include in future fee applications any professional time expended or expenses incurred during the period from May 1, 2015, through and including, December 31, 2015 not reflected in the Fourth Interim Fee Application and the Fifth Interim Fee Application, subject to the right of the Fee Committee or the U.S. Trustee to object based either on timeliness or reasonableness.

---

[3] The objection deadline for the Fourth Interim Fee Application for Application Recipients (other than the Fee Committee) passed as of November 6, 2015.

2

5. The Parties to the Stipulation are authorized to execute, deliver, implement, and fully perform any and all obligations, instruments, documents, and papers and to take any and all actions reasonably necessary or appropriate to consummate, complete, execute, and implement the Stipulation in accordance with the terms and conditions thereof.

6. Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, 9014, or otherwise, the terms and conditions of this Order shall be effective and enforceable immediately upon entry.

7. In the event of any inconsistencies between this Order and the Stipulation, this Order shall govern in all respects.

8. The Debtors are hereby authorized and empowered to take all actions necessary to implement the relief granted in this Order.

9. The Court shall retain jurisdiction over any matter or disputes arising from or relating to the interpretation, implementation or enforcement of this Order.

Dated: _____, 2016

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

# EXHIBIT 1

## Stipulation

RLF1 13593404v.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) Case No. 14-10979 (CSS) |
| Debtors.[1] | ) (Jointly Administered) |

**STIPULATION AUTHORIZING
THE DEBTORS TO MAKE NON-SCHEDULED PAYMENTS
TO KIRKLAND & ELLIS LLP SUBJECT TO RESERVATION OF RIGHTS**

This stipulation (the "Stipulation") is made and entered into by and between Kirkland & Ellis LLP and Kirkland & Ellis International LLP (collectively, "Kirkland"), the above-captioned debtors and debtors in possession (collectively, the "Debtors"), and the fee review committee (the "Fee Committee") (each individually a "Party" and, collectively, the "Parties"). The Parties hereby stipulate and agree as follows:

**Recitals**

A.  **WHEREAS**, in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [D.I. 2066] (the "Interim Compensation Order") and the *Stipulation and Order Appointing a Fee Committee* [D.I. 1896] (the "Fee Committee Order"), Kirkland generally files (1) on a monthly basis, statements seeking compensation for services rendered and reimbursement of expenses incurred during the preceding month (each, a "Monthly Fee Statement") and (2) approximately every 120 days, an

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 13593402v.1

interim fee application for allowance of compensation and reimbursement of expenses incurred during the preceding 120-day period (each, an "Interim Fee Application")—all subject to Court review and approval on an interim and final basis;

B. **WHEREAS**, under the Interim Compensation Order, each Monthly Fee Statement can be filed on or after the 21st day of each month following the month for which monthly compensation is sought. Moreover, each Monthly Fee Statement requires a 21-day objection period. Upon the expiration of such 21-day period, if no objection is filed, the requesting professional may file a certificate of no objection with the Court, authorizing the Debtors to pay 80% of the fees and 100% of the expenses requested in the applicable Monthly Fee Statement;

C. **WHEREAS**, Kirkland filed the *Fourth Interim Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the Period From May 1, 2015 Through and Including August 31, 2015* (the "Fourth Interim Fee Application"), on October 15, 2015 [D.I. 6484], which—if uncontested—is scheduled to be heard at the February 18, 2016 fee hearing;

D. **WHEREAS**, consistent with the aforementioned timeline, the earliest Kirkland can file (1) the Monthly Fee Statement for the period ending December 31, 2015 (the "December Monthly Fee Statement") is January 21, 2016, with an objection period ending on February 11, 2016; and (2) the fifth Interim Fee Application for the period from September 1, 2015, through and including December 31, 2015 (the "Fifth Interim Fee Application") is January 21, 2016;

E. **WHEREAS**, under the Fee Committee Order, the Fee Committee generally completes the initial Fee Committee report within 105 days after the end of the 120-day interim compensation period, subject to extension. This results in a report deadline of approximately

April 15, 2016, and ultimately a hearing on the Fifth Interim Fee Application by approximately June 2016. As a result, the 20% holdback of fees incurred for services rendered in 2015 will likely remain unpaid until midway through the next year;

F.    **WHEREAS**, Kirkland has a fiscal year end of January 31, 2016. Strict adherence to the notice and objection periods set forth in the Interim Compensation Order and the Fee Committee Order would only allow Kirkland to collect 80% of fees and 100% of expenses for work incurred from September 2015 through November 2015 and none of the fees or expenses incurred in December 2015 by January 31, 2016;

G.    **WHEREAS**, in preparation for the fiscal year end, Kirkland has requested that the Debtors seek authority to make payments to Kirkland for services through December 31, 2015, on a modified schedule--specifically payments due under the December Monthly Fee Statement, the Fourth Interim Fee Application, and the Fifth Interim Fee Application—by January 31, 2016;

H.    **WHEREAS**, the Fee Committee has agreed to join Kirkland's request as set forth in this Stipulation, recognizing Kirkland's services as Debtors' counsel and its unique circumstances but reserving all of the Fee Committee's rights and those of the U.S. Trustee; and

I.    **WHEREAS**, the Debtors, the U.S. Trustee, the Fee Committee, and any other party-in-interest will have a full opportunity to object to the amounts requested in the December Monthly Fee Statement, the Fourth Interim Fee Application, and the Fifth Interim Fee Application, and any reductions (whether agreed upon or ordered by the Court) with respect to amounts paid in connection with this Stipulation will be applied to amounts to be paid in connection with a future Interim Fee Application or final fee application filed by Kirkland; provided, however, that the Fee Committee may designate—and the Debtors need not pay—any

3

RLF1 13593402v.1

amount in the December Monthly Fee Statement, the Fourth Interim Fee Application, and the Fifth Interim Fee Application that on their face contravene the standards established by the Fee Committee or, with respect to the Fourth Interim Fee Application, remain in dispute between Kirkland and the Fee Committee.

**NOW, THEREFORE**, it is hereby stipulated and agreed, by and among Kirkland, the Debtors, and the Fee Committee, and upon entry of an order approving the stipulation, **ORDERED:**

1. Kirkland will file the December Monthly Fee Statement and the Fifth Interim Fee Application on or before January 21, 2016.

2. The Debtors are authorized and directed to pay amounts due under the December Monthly Fee Statement, the Fourth Interim Fee Application, and the Fifth Interim Fee Application on or before January 30, 2016—with the exceptions noted above.

3. Nothing herein shall prejudice the rights of the Fee Committee, the U.S. Trustee, or an Application Recipients (as defined in the Interim Compensation Order) to object to the December Monthly Fee Statement, Fourth Interim Fee Application,[2] or the Fifth Interim Fee Application on the terms and times as set forth in the Interim Compensation Order.

4. Any agreed upon or Court ordered reduction of amounts requested in the December Monthly Fee Statement, the Fourth Interim Fee Application, or the Fifth Interim Fee Application shall be deducted from the sixth Interim Fee Application (for the period from January 1, 2016, through and including, April 30, 2016).

5. Kirkland reserves the right to include in future fee applications—any professional time expended or expenses incurred during the period from May 1, 2015, through and including,

---

[2] The objection deadline for the Fourth Interim Fee Application for Application Recipients (other than the Fee Committee) passed as of November 6, 2015.

5

December 31, 2015 not already reflected in the Fourth Interim Fee Application and the Fifth Interim Fee Application, subject to the right of the Fee Committee or the U.S. Trustee to object based either on timeliness or reasonableness.


[*Signature pages follow.*]

Dated: December 23, 2015
Wilmington, Delaware

*/s/ Jason M. Madron*
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:     (302) 651-7700
Facsimile:      (302) 651-7701
Email:            collins@rlf.com
                     defranceschi@rlf.com
                     madron@rlf.com

Co-Counsel to the Debtors and Debtors in Possession

-and-

*/s/ Edward O. Sassower*
Edward O. Sassower
as President of Edward O. Sassower, P.C., as Partner of Kirkland & Ellis LLP; and as Partner of Kirkland & Ellis International LLP

/s/ Brady C. Williamson
------
**PHILLIPS, GOLDMAN & SPENCE, P.A.**
Stephen A. Spence
Stephen W. Spence
1200 N. Broom Street
Wilmington, Delaware 19806
Telephone:    (302) 655-4200
Facsimile:    (302) 655-4210
Email:        acb@pgslaw.com
              sws@pgslaw.com

-and-

**GODFREY & KAHN, S.C.**
Brady C. Williamson (admitted *pro hac vice*)
One East Main Street, Suite 500
Madison, WI 53703
Telephone:    (608) 257-3911
Facsimile:    (608) 257-0609
Email:        bwilliam@gklaw.com

Co-Counsel to the Fee Committee

RLF1 13593402v.1