## EXHIBIT A

## Statement of Fees by Subject Matter

| Description | Total Billed Hours | Total Fees |
|---|---|---|
| PROFESSIONAL RETENTIONS | 0.3 | $208.50 |
| CASE ADMINISTRATION-GENERAL | 0.7 | $294.50 |
| COMMUNICATIONS WITH PROFESSIONALS | 2.1 | $1,459.50 |
| FEE APPLICATIONS – OTHERS | 7.3 | $2,393.50 |
| FEE APPLICATIONS – S&L | 9.7 | $2,792.00 |
| HEARINGS | 65.1 | $44,569.50 |
| PLEADINGS, MOTIONS & BRIEFS | 3.8 | $1,885.00 |
| **TOTAL** | **89.0** | **$53,602.50** |