## EXHIBIT B

## Attorney and Paraprofessionals Information

| Name of Professional | Title | Year Admitted | Practicing Group | 2015 Hourly Billing Rate[1] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Joseph H. Huston, Jr. | Practice Leader | 1975 (PA) 2001 (DE) | Bankruptcy and Financial Restructuring | $695.00 | 62.6 | $43,507.00 |
| John D. Demmy | Shareholder | 1986 (PA) 1998 (DE) 2015 (NY) | Bankruptcy and Financial Restructuring | $620.00 | 9.0 | $5,580.00 |
| Camille C. Bent | Associate | 2010 (NY) | Bankruptcy and Financial Restructuring | $335.00 | 14.6 | $4,053.50 |
| Stephanie L. Foster | Legal Assistant | N/A | Bankruptcy Support | $165.00 | 2.8 | $462.00 |
| | | | **TOTAL (at 2015 Rates):** | | **89.0** | **$53,602.50** |

| Name of Professional | Title | Year Admitted | Practicing Group | 2014 Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Joseph H. Huston, Jr. | Practice Leader | 1975 (PA) 2001 (DE) | Bankruptcy and Financial Restructuring | $680.00 | 62.6 | $42,568.00 |
| John D. Demmy | Shareholder | 1986 (PA) 1998 (DE) 2015 (NY) | Bankruptcy and Financial Restructuring | $595.00 | 9.0 | $5,355.00 |
| Camille C. Bent | Associate | 2010 (NY) | Bankruptcy and Financial Restructuring | $310.00 | 14.6 | $4,526.00 |
| Stephanie L. Foster | Legal Assistant | N/A | Bankruptcy Support | $160.00 | 2.8 | $448.00 |
| | | | **TOTAL (at 2014 Rates):** | | **39.5** | **$52,897.00** |

---

[1] These hourly rates represent in the aggregate an increase of approximately 4% over S&L's rates for 2014 and are in accordance with S&L's policy of reviewing and increasing its rates annually to reflect its attorneys' increased seniority and experience. The anticipated occurrence of these increases was expressly stated in S&L's engagement letter (at page 3) and agreed to by EFIH.

SL1 1394888v1 109285.00006