## **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

| Service Description | Amount |
| --- | --- |
| COMPUTER RESEARCH (PACER) | $ 23.20 |
| DOCUMENT REPRODUCTION | $ 41.70 |
| **TOTAL** | **$ 64.90** |

SL1 1394888v1 109285.00006