## EXHIBIT D

**Detailed Description of Expenses and Disbursements**

| Matter | Date | Description | Amount |
|---|---|---|---|
| 109285-00002 | 11/2/15 | Document Reproduction | $0.10 |
| 109285-00002 | 11/2/15 | Document Reproduction | $0.30 |
| 109285-00002 | 11/2/15 | Document Reproduction | $2.00 |
| 109285-00002 | 11/2/15 | Document Reproduction | $0.10 |
| 109285-00002 | 11/2/15 | Document Reproduction | $10.40 |
| 109285-00002 | 11/3/15 | Document Reproduction | $1.40 |
| 109285-00002 | 11/3/15 | Document Reproduction | $0.10 |
| 109285-00002 | 11/6/15 | Document Reproduction | $0.10 |
| 109285-00002 | 11/9/15 | Document Reproduction | $0.10 |
| 109285-00002 | 11/9/15 | Document Reproduction | $0.10 |
| 109285-00002 | 11/9/15 | Document Reproduction | $0.10 |
| 109285-00002 | 11/9/15 | Document Reproduction | $0.10 |
| 109285-00002 | 11/9/15 | Document Reproduction | $0.10 |
| 109285-00002 | 11/9/15 | Document Reproduction | $1.60 |
| 109285-00002 | 11/9/15 | Document Reproduction | $0.30 |
| 109285-00002 | 11/10/15 | Computer Research | $23.20 |
| 109285-00002 | 11/11/15 | Document Reproduction | $0.10 |
| 109285-00002 | 11/11/15 | Document Reproduction | $1.60 |
| 109285-00002 | 11/11/15 | Document Reproduction | $0.20 |
| 109285-00002 | 11/11/15 | Document Reproduction | $0.10 |
| 109285-00002 | 11/12/15 | Document Reproduction | $0.10 |
| 109285-00002 | 11/12/15 | Document Reproduction | $2.90 |
| 109285-00002 | 11/13/15 | Document Reproduction | $0.40 |
| 109285-00002 | 11/13/15 | Document Reproduction | $0.10 |
| 109285-00002 | 11/16/15 | Document Reproduction | $0.10 |
| 109285-00002 | 11/16/15 | Document Reproduction | $0.20 |
| 109285-00002 | 11/17/15 | Document Reproduction | $3.20 |
| 109285-00002 | 11/18/15 | Document Reproduction | $0.10 |
| 109285-00002 | 11/18/15 | Document Reproduction | $0.10 |
| 109285-00002 | 11/18/15 | Document Reproduction | $0.10 |
| 109285-00002 | 11/18/15 | Document Reproduction | $2.70 |
| 109285-00002 | 11/19/15 | Document Reproduction | $0.30 |
| 109285-00002 | 11/19/15 | Document Reproduction | $0.40 |
| 109285-00002 | 11/23/15 | Document Reproduction | $1.30 |
| 109285-00002 | 11/23/15 | Document Reproduction | $0.10 |
| 109285-00002 | 11/23/15 | Document Reproduction | $1.30 |

| Matter | Date | Description | Amount |
|---|---|---|---|
| 109285-00002 | 11/23/15 | Document Reproduction | $0.10 |
| 109285-00002 | 11/23/15 | Document Reproduction | $2.00 |
| 109285-00002 | 11/23/15 | Document Reproduction | $0.10 |
| 109285-00002 | 11/24/15 | Document Reproduction | $0.10 |
| 109285-00002 | 11/24/15 | Document Reproduction | $1.30 |
| 109285-00002 | 11/24/15 | Document Reproduction | $0.10 |
| 109285-00002 | 11/24/15 | Document Reproduction | $0.40 |
| 109285-00002 | 11/24/15 | Document Reproduction | $0.40 |
| 109285-00002 | 11/25/15 | Document Reproduction | $0.10 |
| 109285-00002 | 11/25/15 | Document Reproduction | $0.10 |
| 109285-00002 | 11/25/15 | Document Reproduction | $0.10 |
| 109285-00002 | 11/25/15 | Document Reproduction | $1.60 |
| 109285-00002 | 11/30/15 | Document Reproduction | $0.10 |
| 109285-00002 | 11/30/15 | Document Reproduction | $0.10 |
| 109285-00002 | 11/30/15 | Document Reproduction | $0.10 |
| 109285-00002 | 11/30/15 | Document Reproduction | $0.10 |
| 109285-00002 | 11/30/15 | Document Reproduction | $0.10 |
| 109285-00002 | 11/30/15 | Document Reproduction | $0.10 |
| 109285-00006 | 11/19/15 | Document Reproduction | $2.10 |
| 109285-00006 | 11/19/15 | Document Reproduction | $0.30 |
| | | **TOTAL** | **$ 64.90** |

SL1 1394888v1 109285.00006