# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**

Energy Future Holdings Corp.

**Case No.:** 14–10979–CSS

**Chapter:** 11

### CLERK'S NOTICE REGARDING FILING OF APPEAL

Please be advised that a Notice of Appeal has been filed in the above mentioned case. The Notice of Appeal, as well as the related documents are available for view by registered PACER users. They can also be viewed at the clerk's office.

David D. Bird, Clerk of Court

Date: 12/21/15
(VAN–440)

United States Bankruptcy Court
District of Delaware

In re:                                                          Case No. 14-10979-CSS
Energy Future Holdings Corp.                                    Chapter 11
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0311-1        User: Margit        Page 1 of 23        Date Rcvd: Dec 21, 2015
                           Form ID: van440      Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 23, 2015.
aty          +Andrea Beth Schwartz,   U.S. Department of Justice - Office of t,
               U.S. Federal Office Building,   201 Varick Street, Rm 1006,   New York, NY 10014-9449
aty          +Andrew Dietderich,   Sullivan & Cromwell LLP,   125 Broad Street,   3835,
               New York, NY 10004-2498
aty          +Brian Schartz,   c/o Kirkland & Ellis LLP,   601 Lexington Avenue,   New York, NY 10022-4643
aty          +Chad J. Husnick,   Kirkland & Ellis, LLP,   300 North LaSalle Street,   Chicago, IL 60654-5412
aty          +Christopher A. Ward,   Polsinelli PC,   222 Delaware Avenue, Suite 1101,
               Wilmington, DE 19801-1621
aty          +Daniel K. Hogan,   Hogan McDaniel,   1311 Delaware Ave,   Wilmington, DE 19806-4717
aty          +David M. Klauder,   Bielli & Klauder, LLC,   1204 N. King Street,   Wilmington, DE 19801-3218
aty          +David P. Primack,   McElroy Deutsch Mulvaney & Carpenter LLP,   300 Delaware Ave, Suite 770,
               Wilmington, DE 19801-6600
aty          +Edward O. Sassower,   Kirkland & Ellis LLP,   601 Lexington Avenue,   New York, NY 10022-4643
aty          +Ethan Early,   Early Lucarelli Sweeney & Meisenkothen,   265 Church Street, 11th Floor,
               New Haven, CT 06510-7005
aty          +James H.M. Sprayregen,   Kirkland & Ellis LLP,   601 Lexington Avenue,
               New York, NY 10022-4643
aty          +James Michael Peck,   Schulte Roth & Zabel LLP,   250 West 55th Street,
               New York, NY 10019-9710
aty          +Jason M. Madron,   Richards, Layton & Finger, LLP,   One Rodney Square,   P.O. Box 551,
               Wilmington, DE 19899-0551
aty          +Jeff J. Marwil,   Proskauer Rose LLP,   Three First National Plaza,   70 W. Madison Street,
               Suite 3800,   Chicago, IL 60602-4342
aty          +Joseph H. Huston, Jr.,   Stevens & Lee,   919 North Market Street,   Suite 1300,
               Wilmington, DE 19801-3092
aty          +Marc Kieselstein,   Kirkland & Ellis LLP,   300 North LaSalle,   Chicago, IL 60654-5412
aty          +Mark K. Thomas,   Proskauer Rose LLP,   Three First National Plaza,   70 W. Madison Street,
               Suite 3800,   Chicago, IL 60602-4342
aty          +Natalie D. Ramsey,   Montgomery, McCracken, Walker & Rhoads,   1105 North Market Street,
               15th Floor,   Wilmington, DE 19801-1201
aty          +Peter Jonathon Young,   Proskauer Rose LLP,   70 W. Madison St.,   Suite 3800,
               Chicago, IL 60602-4342
aty          +Richard L. Schepacarter,   Office of the United States Trustee,   U. S. Department of Justice,
               844 King Street, Suite 2207,   Lockbox #35,   Wilmington, DE 19801-3519
aty          +Richard Levin,   Jenner & Block,   919 Third Avenue,   New York, NY 10022-3902
aty          +Stephen E. Hessler,   Kirkland & Ellis LLP,   601 Lexington Avenue,   New York, NY 10022-4643
aty          +Steven Kazan,   Kazan McClain Satterley & Greenwood,   Jack London Market,   55 Harrison Street,
               Suite 400,   Oakland, CA 94607-3858
aty          +Steven N. Serajeddini,   Kirkland & Ellis LLP,   300 North LaSalle,   Chicago, IL 60654-5412
aty           Thomas B. Walper,   Munger Tolles & Olson LLP,   355 South Grand Avenue,   35 Floor,
               Los Angeles, CA  90071
aty           Trevor M Broad,   Cravath, Swaine and Moore LLP,   Worldwide Plaza,   825 Eighth Avenue,
               New York, NY  10019-7475

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust           +E-mail/Text: USTPRegion03.WL.ECF@USDOJ.GOV Dec 21 2015 20:16:23     United States Trustee,
               844 King Street, Room 2207,   Lockbox #35,   Wilmington, DE 19801-3519
                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Natalie D. Ramsey,   Montgomery, McCracken, Walker & Rhoads,   1105 North Market Street,
               15th Floor,   Wilmington, DE 19801-1201
                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2015                          Signature:   /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 21, 2015 at the address(es) listed below:

      Aaron C Baker    on behalf of Interested Party    Fee Committee acb@pgslaw.com
      Aaron C Baker    on behalf of Attorney    Godfrey & Kahn, S.C. acb@pgslaw.com
      Aaron C Baker    on behalf of Fee Examiner Richard Gitlin acb@pgslaw.com
      Aaron H Stulman    on behalf of Interested Party    Wilmington Savings Fund Society, FSB, in its
      capacity as successor Indenture Trustee AStulman@ashby-geddes.com
      Adam  Hiller    on behalf of Interested Party    MoreTech, Inc. ahiller@hillerarban.com
      Adam  Hiller    on behalf of Interested Party    Steag Energy Services, Inc. ahiller@hillerarban.com
      Adam  Hiller    on behalf of Creditor    Buffalo Industrial Supply, Inc. ahiller@hillerarban.com
      Adam G. Landis    on behalf of Interested Party    Alcoa Inc. landis@lrclaw.com,
      adams@lrclaw.com;panchak@lrclaw.com;brown@lrclaw.com;dellose@lrclaw.com
      Adam G. Landis    on behalf of Creditor    NextEra Energy Resources, LLC landis@lrclaw.com,
      adams@lrclaw.com;panchak@lrclaw.com;brown@lrclaw.com;dellose@lrclaw.com
      Adam G. Landis    on behalf of Interested Party    Marathon Asset Management, LP landis@lrclaw.com,
      adams@lrclaw.com;panchak@lrclaw.com;brown@lrclaw.com;dellose@lrclaw.com
      Adam Scott Moskowitz    on behalf of Creditor    ASM Capital IV, L.P. asmcapital@aol.com
      Albert Kass    on behalf of Interested Party    Kurtzman Carson Consultants LLC
      ECFpleadings@kccllc.com, ecfpleadings@kccllc.com
      Alessandra Glorioso    on behalf of Creditor    U.S. Bank National Association
      glorioso.alessandra@dorsey.com
      Alexa Kranzley    on behalf of Creditor Committee    The Official Committee of Unsecured Creditors
      of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH Finance,
      Inc., and EECI, Inc. (EFH Committee) kranzleya@sullcrom.com
      Allison R Axenrod    on behalf of Creditor    Claims Recovery Group LLC
      allison@claimsrecoveryllc.com, allison@ecf.inforuptcy.com;notices@claimsrecoveryllc.com
      Amish R. Doshi    on behalf of Creditor    Oracle America, Inc. adoshi@magnozzikye.com
      Amy  Baudler    on behalf of Creditor    Barr Engineering Co. amy@purduelaw.com,
      gpurdue@purduelaw.com;kim@purduelaw.com
      Ana  Chilingarishvili    on behalf of Creditor    U.S. Bank National Association
      ana.chilingarishvili@maslon.com
      Andrea Beth Schwartz    on behalf of U.S. Trustee    United States Trustee
      andrea.b.schwartz@usdoj.gov
      Andrew Dietderich    on behalf of Creditor Committee    The Official Committee of Unsecured
      Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
      Finance, Inc., and EECI, Inc. (EFH Committee) dietdericha@sullcrom.com
      Andrew Glenn Devore    on behalf of Interested Party    CSC Trust Company of Delaware, as successor
      indenture trustee and collateral trustee andrew.devore@ropesgray.com
      Andrew K Glenn    on behalf of Interested Party    Ad Hoc Group of EFH Legacy Noteholders
      aglenn@kasowitz.com
      Andrew R. Remming    on behalf of Interested Party    Kohlberg Kravis Roberts & Co. L.P., TPG
      Capital, L.P., Goldman, Sachs & Co. and Associated Individuals aremming@mnat.com,
      rfusco@mnat.com;aconway@mnat.com;mdecarli@mnat.com
      Ann M Kashishian    on behalf of Interested Party    Ad Hoc Committee of EFIH Unsecured Noteholders
      akashishian@gelaw.com, dero@chipmanbrown.com;mccloskey@chipmanbrown.com
      Ann M Kashishian    on behalf of Intervenor-Defendant    Ad Hoc Committee of EFIH Unsecured
      Noteholders akashishian@gelaw.com, dero@chipmanbrown.com;mccloskey@chipmanbrown.com
      Ann M Kashishian    on behalf of Attorney    Chipman Brown Cicero & Cole, LLP akashishian@gelaw.com,
      dero@chipmanbrown.com;mccloskey@chipmanbrown.com
      Anna  Grace    on behalf of Interested Party    United States on behalf of Environmental Protection
      Agency Anna.B.Grace@usdoj.gov
      Anna  Grace    on behalf of Creditor    UNITED STATES OF AMERICA Anna.E.Grace@usdoj.gov
      Ari David Kunofsky    on behalf of Creditor    UNITED STATES OF AMERICA ari.d.kunofsky@usdoj.gov,
      eastern.taxcivil@usdoj.gov
      Arlene Rene Alves    on behalf of Interested Party    Wilmington Trust, N.A. alves@sewkis.com
      Ashley F. Bartram    on behalf of Interested Party    Public Utility Commission of Texas
      ashley.bartram@texasattorneygeneral.gov
      Ashley F. Bartram    on behalf of Interested Party    Texas Commission on Environmental Quality
      ashley.bartram@texasattorneygeneral.gov
      Ashley F. Bartram    on behalf of Interested Party    Railroad Commission of Texas
      ashley.bartram@texasattorneygeneral.gov
      Ashley Robert Altschuler    on behalf of Defendant    Morgan Stanley Capital Group, Inc.
      ashley.altschuler@dlapiper.com
      Ashley Robert Altschuler    on behalf of Interested Party    Morgan Stanley Capital Group, Inc.
      ashley.altschuler@dlapiper.com
      Barry G. Felder    on behalf of Creditor    UMB Bank, N.A. bgfelder@foley.com
      Barry G. Felder    on behalf of Interested Party    UMB Bank, N.A., as indenture trustee
      bgfelder@foley.com
      Barry M. Klayman    on behalf of Interested Party    J Aron & Company bklayman@cozen.com
      Benjamin  Finestone    on behalf of Creditor    Centerbridge Special Credit Partners, II, L.P.
      benjaminfinestone@quinnemanuel.com
      Benjamin  Finestone    on behalf of Creditor    CCP Credit Acquisition Holdings, L.L.C.
      benjaminfinestone@quinnemanuel.com
      Benjamin  Finestone    on behalf of Creditor    Centerbridge Special Credit Partners, L.P.
      benjaminfinestone@quinnemanuel.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Benjamin  Stewart    on behalf of Creditor    Pinnacle Technical Resources, Inc.
          bstewart@baileybrauer.com
          Benjamin J. Schladweiler    on behalf of Interested Party    Titan Investment Holdings LP
          bschladweiler@seitzross.com
          Benjamin J. Schladweiler    on behalf of Creditor    Brookfield Asset Management Private
          Institutional Capital Adviser (Canada), L.P. bschladweiler@seitzross.com
          Benjamin J. Schladweiler    on behalf of Creditor    Angelo Gordon & Co., LP
          bschladweiler@seitzross.com
          Benjamin J. Schladweiler    on behalf of Creditor    Apollo Advisors VII, L.P.
          bschladweiler@seitzross.com
          Bernard George Conaway    on behalf of Creditor    Doyenne Constructors, LLC
          bconaway@cohenseglias.com,  bconaway@cohenseglias.com
          Bernard Grover Johnson, III    on behalf of Creditor    Milam Appraisal District
          bjohnson@fisherboyd.com
          Bonnie R. Golub    on behalf of Creditor    Evercore Group LLC bgolub@weirpartners.com
          Bradley R. Aronstam    on behalf of Creditor    Apollo Advisors VII, L.P. baronstam@seitzross.com,
          hgibbons@seitzross.com;jlano@seitzross.com;nmozal@seitzross.com;dsantoro@seitzross.com
          Bradley R. Aronstam    on behalf of Interested Party    Titan Investment Holdings LP
          baronstam@seitzross.com,
          hgibbons@seitzross.com;jlano@seitzross.com;nmozal@seitzross.com;dsantoro@seitzross.com
          Bradley R. Aronstam    on behalf of Creditor    Brookfield Asset Management Private Institutional
          Capital Adviser (Canada), L.P. baronstam@seitzross.com,
          hgibbons@seitzross.com;jlano@seitzross.com;nmozal@seitzross.com;dsantoro@seitzross.com
          Bradley R. Aronstam    on behalf of Creditor    Angelo Gordon & Co., LP baronstam@seitzross.com,
          hgibbons@seitzross.com;jlano@seitzross.com;nmozal@seitzross.com;dsantoro@seitzross.com
          Brett H. Miller    on behalf of Interested Party    The Official Committee of TCEH Unsecured
          Creditors BMiller@mofo.com
          Brian  Schartz    on behalf of Debtor    Energy Future Holdings Corp. bschartz@kirkland.com,
          mcclain.thompson@kirkland.com;rebecca.chaikan@kirkland.com;lina.kaisey@kirkland.com;nora.schweigh
          art@kirkland.com
          Brian  Schartz    on behalf of Plaintiff    Energy Future Intermediate Holding Company LLC
          bschartz@kirkland.com,
          mcclain.thompson@kirkland.com;rebecca.chaikan@kirkland.com;lina.kaisey@kirkland.com;nora.schweigh
          art@kirkland.com
          Brian E Farnan    on behalf of Interested Party    Forest Creek Wind Farm, LLC
          bfarnan@farnanlaw.com,  tfarnan@farnanlaw.com
          Brian L. Arban    on behalf of Interested Party    Steag Energy Services, Inc.
          barban@hillerarban.com
          Brian Lucian Kasprzak    on behalf of Interested Party    Fireman's Fund Insurance Company
          bkasprzak@moodklaw.com
          Brian S. Hermann    on behalf of Interested Party    Ad Hoc Committee of TCEH First Lien Creditors
          jadlerstein@paulweiss.com;bhermann@paulweiss.com;adenhoff@paulweiss.com;mtattnall@paulweiss.com;a
          bernstein@paulweiss.com;aehrlich@paulweiss.com;mturkel@paulweiss.com
          Bruce J. Ruzinsky    on behalf of Creditor    Milam Appraisal District bruzinsky@jw.com,
          mcavenaugh@jw.com
          Brya M. Keilson    on behalf of Other Prof.    Ad Hoc Group of Non-Settling EFIH PIK Noteholders
          comprised of York Capital Management Global Advisors, LLC, P. Schoenfeld Asset Management L.P.,
          Polygon Convertible Opportunity Master Fund, Polygon D bkeilson@gsbblaw.com
          Camille C. Bent    on behalf of Spec. Counsel    Energy Future Intermediate Holding Company LLC
          CCB@stevenslee.com
          Carl N. Kunz, III    on behalf of Creditor    Pooled Equipment Inventory Company
          ckunz@morrisjames.com,  wweller@morrisjames.com;jdawson@morrisjames.com
          Carla O. Andres    on behalf of Interested Party    Fee Committee candres@gklaw.com,
          kboucher@gklaw.com;shuntemae@gklaw.com
          Chad J. Husnick    on behalf of Debtor    Energy Future Holdings Corp. chusnick@kirkland.com
          Chad J. Husnick    on behalf of Plaintiff    Energy Future Intermediate Holding Company LLC
          chusnick@kirkland.com
          Chantelle D'nae McClamb    on behalf of Interested Party    Simeio Solutions, Inc.
          cmcclamb@wtplaw.com,  cmcallister@wtplaw.com;slisko@wtplaw.com
          Charles J. Brown    on behalf of Interested Party    Emerson Network Power Liebert Services
          cbrown@gsbblaw.com,  dabernathy@archerlaw.com
          Charles J. Brown    on behalf of Creditor    Anadarko Petroleum Corporation cbrown@gsbblaw.com,
          dabernathy@archerlaw.com
          Chester B. Salomon    on behalf of Interested Party    Securitas Security Services USA, Inc.
          csalomon@beckerglynn.com,  saltreuter@beckerglynn.com
          Christopher A. Ward    on behalf of Attorney    Morrison & Foerster LLP cward@polsinelli.com,
          LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
          Christopher A. Ward    on behalf of Attorney    Polsinelli PC cward@polsinelli.com,
          LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
          Christopher A. Ward    on behalf of Creditor Committee    The Official Committee of Unsecured
          Creditors cward@polsinelli.com,  LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
          Christopher A. Ward    on behalf of Interested Party    The Official Committee of TCEH Unsecured
          Creditors cward@polsinelli.com,  LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
          Christopher A. Ward    on behalf of Financial Advisor    FTI Consulting, Inc. cward@polsinelli.com,
          LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
          Christopher A. Ward    on behalf of Creditor Committee    The Official Committee of TCEH Unsecured
          Creditors cward@polsinelli.com,  LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com

```
District/off: 0311-1          User: Margit          Page 4 of 23          Date Rcvd: Dec 21, 2015
                              Form ID: van440       Total Noticed: 27
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
            Christopher B. Mosley   on behalf of Creditor   City of Fort Worth
               Chris.Mosley@fortworthtexas.gov,  Sharon.Floyd@fortworthtexas.gov
            Christopher L. Carter   on behalf of Creditor   Pacific Investment Management Co. LLC
               christopher.carter@morganlewis.com,  julia.frost-davies@morganlewis.com
            Christopher M Hayes   on behalf of Interested Party   Goldman Sachs & Co. and certain affiliates
               Christopher.hayes@kirkland.com
            Christopher Page Simon   on behalf of Interested Party   American Stock Transfer & Trust Company
               LLC csimon@crosslaw.com,  smacdonald@crosslaw.com
            Christopher R. Belmonte   on behalf of Interested Party   Moody's Analytics, Inc.
               cbelmonte@ssbb.com,  pbosswick@ssbb.com,managingclerk@ssbb.com,asnow@ssbb.com
            Colin R. Robinson   on behalf of Interested Party   EFIH 2nd Lien Notes Indenture Trustee
               crobinson@pszjlaw.com
            Corby Davin Boldissar   on behalf of Interested Party   BP America Production Company
               dboldissar@lockelord.com
            Curtis A Hehn   on behalf of Interested Party   Somervell County Central Appraisal District
               curtishehn@comcast.net
            D. Ross Martin   on behalf of Interested Party   CSC Trust Company of Delaware, as successor
               indenture trustee and collateral trustee rmartin@ropesgray.com
            Dale E. Barney   on behalf of Creditor   Veolia ES Industrial Services, Inc.
               dbarney@gibbonslaw.com
            Daniel A. Fliman   on behalf of Interested Party   Ad Hoc Group of EFH Legacy Noteholders
               dfliman@kasowitz.com
            Daniel A. O'Brien   on behalf of Creditor   Pacific Investment Management Co. LLC
               daobrien@venable.com
            Daniel J. DeFranceschi   on behalf of Debtor     TXU Retail Services Company rbgroup@rlf.com
            Daniel J. DeFranceschi   on behalf of Debtor     Eagle Mountain Power Company LLC RBGroup@rlf.com
            Daniel J. DeFranceschi   on behalf of Debtor     EFH Renewables Company LLC RBGroup@rlf.com
            Daniel J. DeFranceschi   on behalf of Debtor     TXU Energy Retail Company LLC rbgroup@rlf.com
            Daniel J. DeFranceschi   on behalf of Debtor     Luminant Energy Trading California Company
               RBGroup@rlf.com
            Daniel J. DeFranceschi   on behalf of Debtor     Valley NG Power Company LLC rbgroup@rlf.com
            Daniel J. DeFranceschi   on behalf of Debtor     TXU Energy Solutions Company LLC rbgroup@rlf.com
            Daniel J. DeFranceschi   on behalf of Debtor     Big Brown 3 Power Company LLC RBGroup@rlf.com
            Daniel J. DeFranceschi   on behalf of Debtor     EFH Finance (No. 2) Holdings Company
               RBGroup@rlf.com
            Daniel J. DeFranceschi   on behalf of Debtor     Brighten Holdings LLC RBGroup@rlf.com
            Daniel J. DeFranceschi   on behalf of Debtor     DeCordova Power Company LLC RBGroup@rlf.com
            Daniel J. DeFranceschi   on behalf of Debtor     Lone Star Pipeline Company, Inc.
               defranceschi@rlf.com,  RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
            Daniel J. DeFranceschi   on behalf of Debtor     Southwestern Electric Service Company, Inc.
               RBGroup@rlf.com
            Daniel J. DeFranceschi   on behalf of Debtor     Oak Grove Mining Company LLC RBGroup@rlf.com
            Daniel J. DeFranceschi   on behalf of Debtor     Energy Future Competitive Holdings Company LLC
               defranceschi@rlf.com,  RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
            Daniel J. DeFranceschi   on behalf of Debtor     Martin Lake 4 Power Company LLC RBGroup@rlf.com
            Daniel J. DeFranceschi   on behalf of Debtor     Oak Grove Power Company LLC RBGroup@rlf.com
            Daniel J. DeFranceschi   on behalf of Debtor     4Change Energy Holdings LLC RBGroup@rlf.com
            Daniel J. DeFranceschi   on behalf of Debtor     Texas Energy Industries Company, Inc.
               rbgroup@rlf.com
            Daniel J. DeFranceschi   on behalf of Debtor     Tradinghouse 3 & 4 Power Company LLC
               RBGroup@rlf.com
            Daniel J. DeFranceschi   on behalf of Debtor     Luminant Generation Company LLC RBGroup@rlf.com
            Daniel J. DeFranceschi   on behalf of Plaintiff   Energy Future Intermediate Holding Company LLC
               RBGroup@rlf.com
            Daniel J. DeFranceschi   on behalf of Debtor     NCA Resources Development Company LLC
               RBGroup@rlf.com
            Daniel J. DeFranceschi   on behalf of Debtor     Luminant Mining Company LLC RBGroup@rlf.com
            Daniel J. DeFranceschi   on behalf of Debtor     Sandow Power Company LLC RBGroup@rlf.com
            Daniel J. DeFranceschi   on behalf of Debtor     Brighten Energy LLC RBGroup@rlf.com
            Daniel J. DeFranceschi   on behalf of Debtor     EFH CG Management Company LLC defranceschi@rlf.com,
               RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
            Daniel J. DeFranceschi   on behalf of Debtor     TXU Receivables Company rbgroup@rlf.com
            Daniel J. DeFranceschi   on behalf of Debtor     EFIH Finance Inc. defranceschi@rlf.com,
               RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
            Daniel J. DeFranceschi   on behalf of Debtor     Generation SVC Company defranceschi@rlf.com,
               RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
            Daniel J. DeFranceschi   on behalf of Debtor     EFH Corporate Services Company RBGroup@rlf.com
            Daniel J. DeFranceschi   on behalf of Debtor     Luminant Big Brown Mining Company LLC
               RBGroup@rlf.com
            Daniel J. DeFranceschi   on behalf of Debtor     EFH CG Holdings Company LP defranceschi@rlf.com,
               RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
            Daniel J. DeFranceschi   on behalf of Debtor     EFH FS Holdings Company RBGroup@rlf.com
            Daniel J. DeFranceschi   on behalf of Debtor     Energy Future Intermediate Holding Company LLC
               defranceschi@rlf.com,  RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
            Daniel J. DeFranceschi   on behalf of Debtor     Monticello 4 Power Company LLC RBGroup@rlf.com
            Daniel J. DeFranceschi   on behalf of Debtor     Big Brown Power Company LLC RBGroup@rlf.com
            Daniel J. DeFranceschi   on behalf of Debtor     Morgan Creek 7 Power Company LLC RBGroup@rlf.com
            Daniel J. DeFranceschi   on behalf of Debtor     Collin Power Company LLC RBGroup@rlf.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            Daniel J. DeFranceschi   on behalf of Debtor    4Change Energy Company RBGroup@rlf.com
            Daniel J. DeFranceschi   on behalf of Debtor    EBASCO SERVICES OF CANADA LIMITED RBGroup@rlf.com
            Daniel J. DeFranceschi   on behalf of Debtor    Oak Grove Management Company LLC RBGroup@rlf.com
            Daniel J. DeFranceschi   on behalf of Debtor    Lake Creek 3 Power Company LLC
             defranceschi@rlf.com,   RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
            Daniel J. DeFranceschi   on behalf of Debtor    Generation MT Company LLC defranceschi@rlf.com,
             RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
            Daniel J. DeFranceschi   on behalf of Debtor    DeCordova II Power Company LLC RBGroup@rlf.com
            Daniel J. DeFranceschi   on behalf of Debtor    Generation Development Company LLC
             defranceschi@rlf.com,   RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
            Daniel J. DeFranceschi   on behalf of Debtor    Texas Power & Light Company, Inc. rbgroup@rlf.com
            Daniel J. DeFranceschi   on behalf of Debtor    Luminant Energy Company LLC RBGroup@rlf.com
            Daniel J. DeFranceschi   on behalf of Debtor    EEC Holdings, Inc. RBGroup@rlf.com
            Daniel J. DeFranceschi   on behalf of Debtor    Tradinghouse Power Company LLC rbgroup@rlf.com
            Daniel J. DeFranceschi   on behalf of Debtor    Texas Utilities Electric Company, Inc.
             RBGroup@rlf.com
            Daniel J. DeFranceschi   on behalf of Debtor    Texas Competitive Electric Holdings Company LLC
             defranceschi@rlf.com,   RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
            Daniel J. DeFranceschi   on behalf of Debtor    Luminant Renewables Company LLC
             defranceschi@rlf.com,   RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
            Daniel J. DeFranceschi   on behalf of Debtor    Luminant Holding Company LLC RBGroup@rlf.com
            Daniel J. DeFranceschi   on behalf of Debtor    TCEH Finance, Inc. rbgroup@rlf.com
            Daniel J. DeFranceschi   on behalf of Debtor    TXU Energy Receivables Company LLC rbgroup@rlf.com
            Daniel J. DeFranceschi   on behalf of Debtor    Valley Power Company LLC rbgroup@rlf.com
            Daniel J. DeFranceschi   on behalf of Debtor    Luminant Mineral Development Company LLC
             RBGroup@rlf.com
            Daniel J. DeFranceschi   on behalf of Debtor    Big Brown Lignite Company LLC RBGroup@rlf.com
            Daniel J. DeFranceschi   on behalf of Debtor    Luminant ET Services Company RBGroup@rlf.com
            Daniel J. DeFranceschi   on behalf of Debtor    Energy Future Holdings Corp. defranceschi@rlf.com,
             RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
            Daniel J. DeFranceschi   on behalf of Debtor    LSGT SACROC, Inc. RBGroup@rlf.com
            Daniel J. DeFranceschi   on behalf of Debtor    Lone Star Energy Company, Inc.
             defranceschi@rlf.com,   RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
            Daniel J. DeFranceschi   on behalf of Debtor    TXU Electric Company, Inc. rbgroup@rlf.com
            Daniel J. DeFranceschi   on behalf of Debtor    Texas Electric Service Company, Inc.
             rbgroup@rlf.com
            Daniel J. DeFranceschi   on behalf of Debtor    Dallas Power & Light Company, Inc. RBGroup@rlf.com
            Daniel J. DeFranceschi   on behalf of Debtor    Texas Utilities Company, Inc. RBGroup@rlf.com
            Daniel J. DeFranceschi   on behalf of Debtor    EFH Australia (No. 2) Holdings Company
             RBGroup@rlf.com
            Daniel J. DeFranceschi   on behalf of Debtor    LSGT Gas Company LLC defranceschi@rlf.com,
             RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
            Daniel J. DeFranceschi   on behalf of Debtor    TXU SEM Company rbgroup@rlf.com
            Daniel J. DeFranceschi   on behalf of Debtor    NCA Development Company LLC RBGroup@rlf.com
            Daniel J. DeFranceschi   on behalf of Debtor    EECI, Inc. RBGroup@rlf.com
            Daniel K Bearden   on behalf of Creditor    Carrollton-Farmers Branch ISD bearden@txschoollaw.com,
             coston@txschoollaw.com
            Daniel K. Astin   on behalf of Creditor    TXU 2007-1 Railcar Leasing LLC dastin@ciardilaw.com,
             jmcmahon@ciardilaw.com
            Daniel K. Astin   on behalf of Creditor    Atmos Energy Corporation dastin@ciardilaw.com,
             jmcmahon@ciardilaw.com
            Daniel K. Hogan   on behalf of Interested Party Michelle  Ziegelbaum dkhogan@dkhogan.com,
             keharvey@dkhogan.com,gpalagruto@dkhogan.com,
            Daniel K. Hogan   on behalf of Interested Party    Brake Supply Company, Inc. dkhogan@dkhogan.com,
             keharvey@dkhogan.com,gpalagruto@dkhogan.com,
            Daniel K. Hogan   on behalf of Interested Party David William Fahy dkhogan@dkhogan.com,
             keharvey@dkhogan.com,gpalagruto@dkhogan.com,
            Daniel K. Hogan   on behalf of Interested Party Charlotte and Curtis  Liberda dkhogan@dkhogan.com,
             keharvey@dkhogan.com,gpalagruto@dkhogan.com,
            Daniel K. Hogan   on behalf of Interested Party    PI Law Firms dkhogan@dkhogan.com,
             keharvey@dkhogan.com,gpalagruto@dkhogan.com,
            Daniel K. Hogan   on behalf of Interested Party Joe  Arabie dkhogan@dkhogan.com,
             keharvey@dkhogan.com,gpalagruto@dkhogan.com,
            Daniel K. Hogan   on behalf of Interested Party Michael  Cunningham dkhogan@dkhogan.com,
             keharvey@dkhogan.com,gpalagruto@dkhogan.com,
            Daniel K. Hogan   on behalf of Interested Party    Shirley Fenicle, as Successor-In-Interest to
             the Estate of George Fenicle,and David William Fahy dkhogan@dkhogan.com,  keharvey@dkhogan.com,
             gpalagruto@dkhogan.com,
            Daniel K. Hogan   on behalf of Interested Party    Fenicle, Shirley, as Successor-In-Interest to
             the Estate of George Fenicle dkhogan@dkhogan.com,  keharvey@dkhogan.com,gpalagruto@dkhogan.com,
            Daniel K. Hogan   on behalf of Interested Party    The Richards Group, Inc. dkhogan@dkhogan.com,
             keharvey@dkhogan.com,gpalagruto@dkhogan.com,
            Daniel S. Shamah   on behalf of Creditor    Angelo Gordon & Co., LP dshamah@omm.com
            Daniel S. Shamah   on behalf of Creditor    Brookfield Asset Management Private Institutional
             Capital Adviser (Canada), L.P. dshamah@omm.com
            Daniel S. Shamah   on behalf of Creditor    Wilmington Trust, N.A., in its capacity as First Lien
             Administrative Agent dshamah@omm.com
            Daniel S. Shamah   on behalf of Creditor    Apollo Advisors VII, L.P. dshamah@omm.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Daniel S. Shamah    on behalf of Defendant    Wilmington Trust, N.A., solely in its capacity as
 First Lien Administrative Agent dshamah@omm.com
Danielle M. Audette    on behalf of Interested Party    Ad Hoc Group of TCEH Unsecured Noteholders ,
 jdisanti@whitecase.com; mco@whitecase.com; jason.bartlett@whitecase.com
Danielle Marie Audette    on behalf of Intervenor    Ovation Acquisition II, L.L.C.
 daudette@whitecase.com,   jdisanti@whitecase.com; mco@whitecase.com; jason.bartlett@whitecase.com
Danielle Marie Audette    on behalf of Intervenor    Ovation Acquisition I, L.L.C.
 daudette@whitecase.com,   jdisanti@whitecase.com; mco@whitecase.com; jason.bartlett@whitecase.com
David Neier    on behalf of Creditor    Chicago Bridge & Iron Company N.V. dneier@winston.com,
 dcunsolo@winston.com
David B. Anthony    on behalf of Plaintiff    Avenue Capital Management II, LP
 danthony@bergerharris.com
David B. Anthony    on behalf of Plaintiff    York Capital Management Global Advisors, LLC
 danthony@bergerharris.com
David B. Anthony    on behalf of Plaintiff    GSO Capital Partners LP danthony@bergerharris.com
David B. Anthony    on behalf of Plaintiff    P. Schoenfeld Asset Management LP
 danthony@bergerharris.com
David B. Anthony    on behalf of Plaintiff    Third Avenue Management LLC danthony@bergerharris.com
David Daniel Farrell    on behalf of Creditor    Martin Engineering Company
 dfarrell@thompsoncoburn.com
David Edward Leta    on behalf of Creditor    Headwaters Resources, Inc. dleta@swlaw.com,
 wkalawaia@swlaw.com
David G. Aelvoet    on behalf of Creditor    Ector CAD davida@publicans.com
David M. Klauder    on behalf of Debtor    Energy Future Holdings Corp. dklauder@bk-legal.com
David P. Primack    on behalf of Other Prof.    Munger, Tolles & Olson LLP dprimack@mdmc-law.com,
 sshidner@mdmc-law.com; smullen@mdmc-law.com
David P. Primack    on behalf of Interested Party    TCEH Debtors dprimack@mdmc-law.com,
 sshidner@mdmc-law.com; smullen@mdmc-law.com
David P. Primack    on behalf of Interested Party    Energy Future Competitive Holdings Company LLC
 dprimack@mdmc-law.com,   sshidner@mdmc-law.com; smullen@mdmc-law.com
David P. Primack    on behalf of Interested Party    Texas Competitive Electric Holdings Company
 LLC dprimack@mdmc-law.com,   sshidner@mdmc-law.com; smullen@mdmc-law.com
David S. Rosner    on behalf of Interested Party    Ad Hoc Group of EFH Legacy Noteholders
 nAmamoo@kasowitz.com; courtnotices@kasowitz.com
David W. Carickhoff    on behalf of Interested Party Allen    Shrode dcarickhoff@archerlaw.com,
 mfriedman@archerlaw.com
Davis Lee Wright    on behalf of Creditor Committee    The Official Committee of Unsecured
 Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
 Finance, Inc., and EECI, Inc. (EFH Committee) dwright@mmwr.com,
 keith-mangan-mmwr-1628@ecf.pacerpro.com
Dennis Dunne, Esq.    on behalf of Interested Party    CITIBANK, N.A. ddunne@millbank.com
Dennis L. Jenkins    on behalf of Interested Party    CSC Trust Company of Delaware, as successor
 indenture trustee and collateral trustee dennis.jenkins@wilmerhale.com
Derek C. Abbott    on behalf of Interested Party    TPG Capital, L.P. dabbott@mnat.com,
 rfusco@mnat.com; mdecarli@mnat.com; aconway@mnat.com
Derek C. Abbott    on behalf of Interested Party    Kohlberg Kravis Roberts & Co. L.P., TPG Capital,
 L.P., Goldman, Sachs & Co. and Associated Individuals dabbott@mnat.com,
 rfusco@mnat.com; mdecarli@mnat.com; aconway@mnat.com
Derek C. Abbott    on behalf of Interested Party    Texas Energy Future Holdings Limited
 Partnership dabbott@mnat.com,   rfusco@mnat.com; mdecarli@mnat.com; aconway@mnat.com
Desiree M. Amador    on behalf of Creditor    Pension Benefit Guaranty Corporation
 amador.desiree@pbgc.gov,   efile@pbgc.gov
Diane W. Sanders    on behalf of Creditor    Nueces County austin.bankruptcy@publicans.com
Diane W. Sanders    on behalf of Creditor    Walnut Springs ISD austin.bankruptcy@publicans.com
Diane W. Sanders    on behalf of Creditor    Robertson County austin.bankruptcy@publicans.com
Diane W. Sanders    on behalf of Creditor    Limestone County austin.bankruptcy@publicans.com
Diane W. Sanders    on behalf of Creditor    Falls County austin.bankruptcy@publicans.com
Diane W. Sanders    on behalf of Creditor    Lee County austin.bankruptcy@publicans.com
Diane W. Sanders    on behalf of Creditor    Round Rock ISD austin.bankruptcy@publicans.com
Diane W. Sanders    on behalf of Creditor    McLennan County austin.bankruptcy@publicans.com
Diane W. Sanders    on behalf of Creditor    Franklin ISD austin.bankruptcy@publicans.com
Donald K. Ludman    on behalf of Creditor    SAP Industries, Inc. dludman@brownconnery.com
Duane David Werb    on behalf of Creditor    BWM Services, LP
 maustria@werbsullivan.com; riorii@werbsullivan.com
Duane David Werb    on behalf of Creditor    The Kansas City Southern Railway Company
 maustria@werbsullivan.com; riorii@werbsullivan.com
Edward O. Sassower    on behalf of Plaintiff    Energy Future Intermediate Holding Company LLC
 Robert.orren@kirkland.com; beth.friedman@kirkland.com; steven.serajeddini@kirkland.com; aparna.yenam
 andra@kirkland.com; michael.esser@kirkland.com; natasha.hwangpo@kirkland.com
Edward O. Sassower    on behalf of Debtor    Energy Future Holdings Corp.
 Robert.orren@kirkland.com; beth.friedman@kirkland.com; steven.serajeddini@kirkland.com; aparna.yenam
 andra@kirkland.com; michael.esser@kirkland.com; natasha.hwangpo@kirkland.com
Edwin Kevin Camson    camson@drumcapital.com
Elihu Ezekiel Allinson, III    on behalf of Creditor    Henry Pratt Company, LLC
 ZAllinson@SHA-LLC.com,   ecf@williamdsullivanllc.com; KDavis@SHA-LLC.com; hcoleman@sha-llc.com
Elizabeth Banda Calvo    on behalf of Creditor    Somervell County et al rgleason@pbfcm.com,
 ebcalvo@pbfcm.com; ebcalvo@ecf.inforuptcy.com

District/off: 0311-1          User: Margit              Page 7 of 23              Date Rcvd: Dec 21, 2015
                              Form ID: van440           Total Noticed: 27

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Elizabeth  Banda Calvo   on behalf of Creditor    Richardson ISD, Crowley ISD rgleason@pbfcm.com,
    ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com
Ellen M. Halstead  on behalf of Defendant    Morgan Stanley Capital Group, Inc.
    ellen.halstead@cwt.com,
    joshua.arnold@cwt.com;nyecfnotice@cwt.com;greg.markel@cwt.com;gillian.burns@cwt.com;heather.murra
    y@cwt.com
Ellen M. Halstead  on behalf of Interested Party   Morgan Stanley Capital Group, Inc.
    ellen.halstead@cwt.com,
    joshua.arnold@cwt.com;nyecfnotice@cwt.com;greg.markel@cwt.com;gillian.burns@cwt.com;heather.murra
    y@cwt.com
Ellen W. Slights   on behalf of Creditor    United States/USAO usade.ecfbankruptcy@usdoj.gov
Epiq Bankruptcy Solutions LLC   nmrodriguez@epiqsystems.com
Erica J. Richards   on behalf of Creditor Committee   The Official Committee of Unsecured
    Creditors erichards@mofo.com
Erik  Schneider   on behalf of Interested Party   American Stock Transfer & Trust Company LLC
    eschneider@nixonpeabody.com,  bos.managing.clerk@nixonpeabody.com,mnighan@nixonpeabody.com,
    tgood@nixonpeabody.com
Erin A. West   on behalf of Interested Party   Fee Committee ewest@gklaw.com,
    kboucher@gklaw.com;kknitter@gklaw.com
Erin R Fay   on behalf of Interested Party   Texas Energy Future Capital Holdings LLC, Texas
    Energy Future Holdings Limited Partnership, and Certain Other Direct or Indirect Holders of
    Equity Interests in Energy Future Holdings Corp. efay@mnat.com,
    aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
Erin R Fay   on behalf of Interested Party   Texas Energy Future Holdings Limited Partnership
    efay@mnat.com,  aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
Erin R Fay   on behalf of Interested Party   Texas Energy Future Capital Holdings, LLC, Texas
    Energy Future Holdings Limited Partnership, Kohlberg Kravis Roberts & Co. L.P., KKR 2006 Fund
    L.P., TPG Global, LLC, TPG Partners V, L.P., TPG Capital, efay@mnat.com,
    aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
Erin R Fay   on behalf of Interested Party   Kohlberg Kravis Roberts & Co. L.P., TPG Capital,
    L.P. and Associated Individuals efay@mnat.com,
    aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
Erin R Fay   on behalf of Interested Party   Kohlberg Kravis Roberts & Co. L.P., TPG Capital,
    L.P., Goldman, Sachs & Co. and Associated Individuals efay@mnat.com,
    aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
Erin R Fay   on behalf of Interested Party Mary Ann  KIlgore efay@mnat.com,
    aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
Erin R Fay   on behalf of Interested Party   Interest Holders efay@mnat.com,
    aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
Evan R. Fleck   on behalf of Interested Party   CITIBANK, N.A. EFleck@milbank.com,
    jbrewster@milbank.com;mbrod@milbank.com;chahm@milbank.com;jgionis@milbank.com;mcomerford@milbank.
    com;badams@milbank.com
Evan T. Miller   on behalf of Interested Party   CSC Trust Company of Delaware, as Successor
    Trustee under the TCEH 11.5% Senior Secured Notes Indenture emiller@bayardlaw.com,
    lmorton@bayardlaw.com;tstoner@bayardlaw.com
Frances  Gecker   on behalf of Interested Party   PI Law Firms fgecker@fgllp.com,
    csmith@fgllp.com
Francis A. Monaco, Jr.   on behalf of Interested Party   Fluor Corporation fmonaco@wcsr.com,
    kdalton@wcsr.com;hsasso@wcsr.com;jwray@wcsr.com
Francis A. Monaco, Jr.   on behalf of Interested Party   American Equipment Company Inc.
    fmonaco@wcsr.com,  kdalton@wcsr.com;hsasso@wcsr.com;jwray@wcsr.com
Francis A. Monaco, Jr.   on behalf of Interested Party   AMECO Inc. fmonaco@wcsr.com,
    kdalton@wcsr.com;hsasso@wcsr.com;jwray@wcsr.com
Francis A. Monaco, Jr.   on behalf of Interested Party   Fluor Enterprises Inc. fmonaco@wcsr.com,
    kdalton@wcsr.com;hsasso@wcsr.com;jwray@wcsr.com
Francis A. Monaco, Jr.   on behalf of Interested Party   Fluor Global Services fmonaco@wcsr.com,
    kdalton@wcsr.com;hsasso@wcsr.com;jwray@wcsr.com
Frederick B. Rosner   on behalf of Interested Party   Mudrick Capital Management L.P.
    rosner@teamrosner.com
G. Alexander Bongartz   on behalf of Interested Party   CSC Trust Company of Delaware, as
    Successor Trustee under the TCEH 11.5% Senior Secured Notes Indenture
    alexbongartz@paulhastings.com
Garden City Group, LLC   PACERTeam@gardencitygroup.com
Garvan F. McDaniel   on behalf of Interested Party   Contrarian Capital Management, LLC
    gfmcdaniel@dkhogan.com,  gdurstein@dkhogan.com;karen@dkhogan.com
Garvan F. McDaniel   on behalf of Interested Party   Ad Hoc Group of EFH Legacy Noteholders
    gfmcdaniel@dkhogan.com,  gdurstein@dkhogan.com;karen@dkhogan.com
Garvan F. McDaniel   on behalf of Interested Party   Caxton Associates LP gfmcdaniel@dkhogan.com,
    gdurstein@dkhogan.com;karen@dkhogan.com
Gary F. Seitz   on behalf of Attorney   Gellert Scali Busenkell & Brown LLC gseitz@gsbblaw.com
George  Davis   on behalf of Creditor   Apollo Global Management, LLC gdavis@omm.com
George  Davis   on behalf of Creditor   Wilmington Trust, N.A., solely in its capacity as First
    Lien Administrative Agent gdavis@omm.com
George  Davis   on behalf of Creditor   Wilmington Trust, N.A., in its capacity as First Lien
    Administrative Agent gdavis@omm.com
Gerrit M. Pronske   on behalf of Creditor   Pallas Realty Advisors, Inc. gpronske@pgkpc.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              GianClaudio Finizio   on behalf of Interested Party   Delaware Trust Company
               gfinizio@bayardlaw.com,
               bankserve@bayardlaw.com;sbreckenridge@bayardlaw.com;lmorton@bayardlaw.com;tstoner@bayardlaw.com
              GianClaudio Finizio   on behalf of Interested Party   CSC Trust Company of Delaware, as
               Successor Trustee under the TCEH 11.5% Senior Secured Notes Indenture gfinizio@bayardlaw.com,
               bankserve@bayardlaw.com;sbreckenridge@bayardlaw.com;lmorton@bayardlaw.com;tstoner@bayardlaw.com
              GianClaudio Finizio   on behalf of Plaintiff   Delaware Trust Company, as TCEH First Lien
               Indenture Trustee gfinizio@bayardlaw.com,
               bankserve@bayardlaw.com;sbreckenridge@bayardlaw.com;lmorton@bayardlaw.com;tstoner@bayardlaw.com
              GianClaudio Finizio   on behalf of Interested Party   Delaware Trust Company as Successor
               Trustee under the TCEH 11.5% Senior Secured Notes Indenture gfinizio@bayardlaw.com,
               bankserve@bayardlaw.com;sbreckenridge@bayardlaw.com;lmorton@bayardlaw.com;tstoner@bayardlaw.com
              Gilbert R. Saydah, Jr.   on behalf of Creditor   CSC Trust Company of Delaware, Proposed
               Successor Indenture Trustee KDWBankruptcyDepartment@kelleydrye.com
              Gregory A. Taylor   on behalf of Interested Party   Ad Hoc Committee of TCEH Second Lien
               Noteholders gtaylor@ashby-geddes.com
              Gregory A. Taylor   on behalf of Creditor   Wilmington Savings Fund Society, FSB, in its
               capacity as successor Indenture Trustee gtaylor@ashby-geddes.com
              Gregory M. Starner   on behalf of Interested Party   Ad Hoc Group of TCEH Unsecured Noteholders ,
               jdisanti@whitecase.com;mco@whitecase.com;erin.smith@whitecase.com;mshepherd@whitecase.com;jason.b
               artlett@whitecase.com;aaron.colodny@whitecase.com;tamara.vanheel@whitecase.com
              Gregory M. Weinstein   on behalf of Creditor   Mario Sinacola & Sons Excavating, Inc.
               gweinstein@weinrad.com,  mbowers@weinrad.com;ssmith@weinrad.com
              Gregory Michael Starner   on behalf of Intervenor   Ovation Acquisition II, L.L.C.
               gstarner@whitecase.com,
               jdisanti@whitecase.com;mco@whitecase.com;erin.smith@whitecase.com;mshepherd@whitecase.com;jason.b
               artlett@whitecase.com;aaron.colodny@whitecase.com;tamara.vanheel@whitecase.com
              Gregory Michael Starner   on behalf of Creditor   Law Debenture Trust Company of New York, in its
               capacity as Indenture Trustee gstarner@whitecase.com,
               jdisanti@whitecase.com;mco@whitecase.com;erin.smith@whitecase.com;mshepherd@whitecase.com;jason.b
               artlett@whitecase.com;aaron.colodny@whitecase.com;tamara.vanheel@whitecase.com
              Gregory Michael Starner   on behalf of Intervenor   Ovation Acquisition I, L.L.C.
               gstarner@whitecase.com,
               jdisanti@whitecase.com;mco@whitecase.com;erin.smith@whitecase.com;mshepherd@whitecase.com;jason.b
               artlett@whitecase.com;aaron.colodny@whitecase.com;tamara.vanheel@whitecase.com
              Gregory T. Donilon   on behalf of Creditor   Automatic Systems, Inc. gdonilon@pwujlaw.com
              Hal F. Morris   on behalf of Interested Party   Texas Commission on Environmental Quality
               hal.morris@texasattorneygeneral.gov
              Hal F. Morris   on behalf of Interested Party   Public Utility Commission of Texas
               hal.morris@texasattorneygeneral.gov
              Hal F. Morris   on behalf of Interested Party   Railroad Commission of Texas
               hal.morris@texasattorneygeneral.gov
              Helen Elizabeth Weller   on behalf of Creditor   Hood CAD dallas.bankruptcy@publicans.com,
               evelyn.palmer@lgbs.com
              Helen Elizabeth Weller   on behalf of Creditor   City of Corinth dallas.bankruptcy@publicans.com,
               evelyn.palmer@lgbs.com
              Helen Elizabeth Weller   on behalf of Creditor   Jack County dallas.bankruptcy@publicans.com,
               evelyn.palmer@lgbs.com
              Helen Elizabeth Weller   on behalf of Creditor   Ector CAD dallas.bankruptcy@publicans.com,
               evelyn.palmer@lgbs.com
              Helen Elizabeth Weller   on behalf of Creditor   Northwest ISD dallas.bankruptcy@publicans.com,
               evelyn.palmer@lgbs.com
              Helen Elizabeth Weller   on behalf of Creditor   Northeast TX Comm Coll Dist
               dallas.bankruptcy@publicans.com,  evelyn.palmer@lgbs.com
              Helen Elizabeth Weller   on behalf of Creditor   Angelina County dallas.bankruptcy@publicans.com,
               evelyn.palmer@lgbs.com
              Helen Elizabeth Weller   on behalf of Creditor   Rusk County dallas.bankruptcy@publicans.com,
               evelyn.palmer@lgbs.com
              Helen Elizabeth Weller   on behalf of Creditor   Brownsboro ISD dallas.bankruptcy@publicans.com,
               evelyn.palmer@lgbs.com
              Helen Elizabeth Weller   on behalf of Creditor   Malakoff ISD dallas.bankruptcy@publicans.com,
               evelyn.palmer@lgbs.com
              Helen Elizabeth Weller   on behalf of Creditor   Robertson County dallas.bankruptcy@publicans.com,
               evelyn.palmer@lgbs.com
              Helen Elizabeth Weller   on behalf of Creditor   Fannin CAD dallas.bankruptcy@publicans.com,
               evelyn.palmer@lgbs.com
              Helen Elizabeth Weller   on behalf of Creditor   Walnut Springs ISD
               dallas.bankruptcy@publicans.com,  evelyn.palmer@lgbs.com
              Helen Elizabeth Weller   on behalf of Creditor   Kaufman County dallas.bankruptcy@publicans.com,
               evelyn.palmer@lgbs.com
              Helen Elizabeth Weller   on behalf of Creditor   Clay county dallas.bankruptcy@publicans.com,
               evelyn.palmer@lgbs.com
              Helen Elizabeth Weller   on behalf of Creditor   Lee County dallas.bankruptcy@publicans.com,
               evelyn.palmer@lgbs.com
              Helen Elizabeth Weller   on behalf of Creditor   Ellis County dallas.bankruptcy@publicans.com,
               evelyn.palmer@lgbs.com
              Helen Elizabeth Weller   on behalf of Creditor   City of sulphur springs
               dallas.bankruptcy@publicans.com,  evelyn.palmer@lgbs.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Helen Elizabeth Weller    on behalf of Creditor    Fannin county dallas.bankruptcy@publicans.com,
                evelyn_palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Valley View ISD dallas.bankruptcy@publicans.com,
                evelyn_palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Irving isd dallas.bankruptcy@publicans.com,
                evelyn_palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Sulphur Springs ISD
                dallas.bankruptcy@publicans.com,   evelyn_palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Beckville isd dallas.bankruptcy@publicans.com,
                evelyn_palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Archer County dallas.bankruptcy@publicans.com,
                evelyn_palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    City of Coppell dallas.bankruptcy@publicans.com,
                evelyn_palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Morris CAD dallas.bankruptcy@publicans.com,
                evelyn_palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Gainesville isd dallas.bankruptcy@publicans.com,
                evelyn_palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Limestone County dallas.bankruptcy@publicans.com,
                evelyn_palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Slocum ISD dallas.bankruptcy@publicans.com,
                evelyn_palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Fort Bend County dallas.bankruptcy@publicans.com,
                evelyn_palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Stephenville ISD dallas.bankruptcy@publicans.com,
                evelyn_palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Nueces County dallas.bankruptcy@publicans.com,
                evelyn_palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Hopkins County dallas.bankruptcy@publicans.com,
                evelyn_palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Harris County dallas.bankruptcy@publicans.com,
                evelyn_palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Cisco College dallas.bankruptcy@publicans.com,
                evelyn_palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Camp cad dallas.bankruptcy@publicans.com,
                evelyn_palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Montague county dallas.bankruptcy@publicans.com,
                evelyn_palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Lamar CAD dallas.bankruptcy@publicans.com,
                evelyn_palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Rains County AD dallas.bankruptcy@publicans.com,
                evelyn_palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Coppell ISD dallas.bankruptcy@publicans.com,
                evelyn_palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Navarro County dallas.bankruptcy@publicans.com,
                evelyn_palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Tarrant County dallas.bankruptcy@publicans.com,
                evelyn_palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Falls County dallas.bankruptcy@publicans.com,
                evelyn_palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Franklin County dallas.bankruptcy@publicans.com,
                evelyn_palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Red River County dallas.bankruptcy@publicans.com,
                evelyn_palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Rockwall Cad dallas.bankruptcy@publicans.com,
                evelyn_palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Smith County dallas.bankruptcy@publicans.com,
                evelyn_palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Cherokee CAD dallas.bankruptcy@publicans.com,
                evelyn_palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    City of carrollton
                dallas.bankruptcy@publicans.com,   evelyn_palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Franklin ISD dallas.bankruptcy@publicans.com,
                evelyn_palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Kerens ISD dallas.bankruptcy@publicans.com,
                evelyn_palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Red River CAD dallas.bankruptcy@publicans.com,
                evelyn_palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    City of Stephenville
                dallas.bankruptcy@publicans.com,   evelyn_palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Van Zandt CAD dallas.bankruptcy@publicans.com,
                evelyn_palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    City of malakoff dallas.bankruptcy@publicans.com,
                evelyn_palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    McLennan County dallas.bankruptcy@publicans.com,
                evelyn_palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Cisco ISD dallas.bankruptcy@publicans.com,
                evelyn_palmer@lgbs.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
```
          Helen Elizabeth Weller   on behalf of Creditor   Wise County dallas.bankruptcy@publicans.com,
             evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Round Rock ISD dallas.bankruptcy@publicans.com,
             evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Upshur County dallas.bankruptcy@publicans.com,
             evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Wise CAD dallas.bankruptcy@publicans.com,
             evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Cayuga isd dallas.bankruptcy@publicans.com,
             evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Grayson County dallas.bankruptcy@publicans.com,
             evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Dallas County dallas.bankruptcy@publicans.com,
             evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   City of bonham dallas.bankruptcy@publicans.com,
             evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Hunt County dallas.bankruptcy@publicans.com,
             evelyn.palmer@lgbs.com
          Hilary B. Mohr   on behalf of Creditor   Microsoft Corporation and Microsoft Licensing, GP
             hmohr@riddellwilliams.com, vmagda@riddellwilliams.com
          Howard A. Cohen   on behalf of Interested Party   CITIBANK, N.A. howard.cohen@dbr.com
          Howard R. Hawkins, Jr.   on behalf of Interested Party   Morgan Stanley Capital Group, Inc.
             howard.hawkins@cwt.com, nyecfnotice@cwt.com
          Howard R. Hawkins, Jr.   on behalf of Defendant   Morgan Stanley Capital Group, Inc.
             howard.hawkins@cwt.com, nyecfnotice@cwt.com
          J Jackson Shrum   on behalf of Creditor   BWM Services, LP jshrum@werbsullivan.com
          J Jackson Shrum   on behalf of Creditor   The Kansas City Southern Railway Company
             jshrum@werbsullivan.com
          J. Kate Stickles   on behalf of Interested Party   Delaware Trust Company as Successor Trustee
             under the TCEH 11.5% Senior Secured Notes Indenture kstickles@coleschotz.com,
             bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
             otz.com
          J. Kate Stickles   on behalf of Interested Party   Delaware Trust Company, f/k/a CSC Trust
             Company of Delaware, as Indenture Trustee kstickles@coleschotz.com,
             bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
             otz.com
          J. Kate Stickles   on behalf of Interested Party   CSC Trust Company of Delaware, as successor
             indenture trustee and collateral trustee kstickles@coleschotz.com,
             bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
             otz.com
          J. Kate Stickles   on behalf of Plaintiff   Delaware Trust Company, as Indenture Trustee and
             Collateral Trustee, kstickles@coleschotz.com,
             bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
             otz.com
          J. Kate Stickles   on behalf of Interested Party   CSC Trust Company of Delaware as Successor
             Indenture Trustee kstickles@coleschotz.com,
             bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
             otz.com
          J. Kate Stickles   on behalf of Other Prof.   Cole Schotz P.C. kstickles@coleschotz.com,
             bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
             otz.com
          J. Kate Stickles   on behalf of Other Prof.   Delaware Trust Company, as First Lien Successor
             Trustee and Collateral Trustee kstickles@coleschotz.com,
             bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
             otz.com
          J. Kate Stickles   on behalf of Plaintiff   Delaware Trust Company kstickles@coleschotz.com,
             bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
             otz.com
          Jacob A. Adlerstein   on behalf of Interested Party   Ad Hoc Committee of TCEH First Lien
             Creditors jadlerstein@paulweiss.com
          James E. Huggett   on behalf of Creditor   URS Energy & Construction, Inc.
             jhuggett@margolisedelstein.com, nvangorder@margolisedelstein.com
          James E. Huggett   on behalf of Creditor   Oracle America, Inc. jhuggett@margolisedelstein.com,
             nvangorder@margolisedelstein.com
          James Halstead Millar   on behalf of Interested Party   CSC Trust Company of Delaware, as
             successor indenture trustee and collateral trustee james.millar@dbr.com,
             Daniel.Northrop@dbr.com;Marita.Erbeck@dbr.com
          James Michael Peck   on behalf of Creditor Committee   The Official Committee of Unsecured
             Creditors jpeck@mofo.com
          James Michael Peck   on behalf of Interested Party   The Official Committee of TCEH Unsecured
             Creditors jpeck@mofo.com
          James S. Carr   on behalf of Creditor   CSC Trust Company of Delaware, Proposed Successor
             Indenture Trustee KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com
          James S. Yoder   on behalf of Attorney   Salesforce.com, Inc. yoderj@whiteandwilliams.com
          Jamie Lynne Edmonson   on behalf of Creditor   Pacific Investment Management Co. LLC
             jledmonson@venable.com
          Jarrett Vine   on behalf of Creditor Committee   The Official Committee of Unsecured Creditors
             jvine@polsinelli.com,  LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
             Jarrett  Vine   on behalf of Interested Party   The Official Committee of TCEH Unsecured
               Creditors jvine@polsinelli.com, LSuprum@polsinelli.com;delawaredocketing@polsinelli.com
             Jason A. Starks   on behalf of Creditor   Texas Office of Public Utility Counsel
               bk-jstarks@texasattorneygeneral.gov,  sherri.simpson@texasattorneygeneral.gov
             Jason D. Curry   on behalf of Creditor   TXU 2007-1 Railcar Leasing LLC jason.curry@quarles.com,
               sybil.aytch@quarles.com;amelia.valenzuela@quarles.com
             Jason M. Liberi   on behalf of Interested Party   Texas Transmission Investment LLC
               jason.liberi@skadden.com,
               christopher.heaney@skadden.com;debank@skadden.com;wendy.lamanna@skadden.com
             Jason M. Liberi   on behalf of Defendant   Texas Transmission Investment LLC
               jason.liberi@skadden.com,
               christopher.heaney@skadden.com;debank@skadden.com;wendy.lamanna@skadden.com
             Jason M. Madron   on behalf of Plaintiff   Energy Future Holdings Corp. madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
             Jason M. Madron   on behalf of Debtor   Texas Utilities Electric Company, Inc. madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
             Jason M. Madron   on behalf of Debtor   DeCordova II Power Company LLC madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
             Jason M. Madron   on behalf of Debtor   EFH FS Holdings Company madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
             Jason M. Madron   on behalf of Debtor   Luminant Energy Trading California Company madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
             Jason M. Madron   on behalf of Debtor   Luminant ET Services Company madron@rlf.com,
               rbgroup@rlf.com
             Jason M. Madron   on behalf of Attorney   Kirkland & Ellis LLP madron@rlf.com,  rbgroup@rlf.com
             Jason M. Madron   on behalf of Debtor   Luminant Big Brown Mining Company LLC madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
             Jason M. Madron   on behalf of Debtor   Generation SVC Company madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
             Jason M. Madron   on behalf of Debtor   EFH Finance (No. 2) Holdings Company madron@rlf.com,
               rbgroup@rlf.com
             Jason M. Madron   on behalf of Debtor   DeCordova Power Company LLC madron@rlf.com,
               rbgroup@rlf.com
             Jason M. Madron   on behalf of Debtor   Texas Power & Light Company, Inc. madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
             Jason M. Madron   on behalf of Debtor   TCEH Finance, Inc. madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
             Jason M. Madron   on behalf of Debtor   Luminant Generation Company LLC madron@rlf.com,
               rbgroup@rlf.com
             Jason M. Madron   on behalf of Debtor   Energy Future Holdings Corp. madron@rlf.com,
               rbgroup@rlf.com
             Jason M. Madron   on behalf of Debtor   Generation MT Company LLC madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
             Jason M. Madron   on behalf of Debtor   Tradinghouse 3 & 4 Power Company LLC madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
             Jason M. Madron   on behalf of Debtor   TXU Electric Company, Inc. madron@rlf.com,
               rbgroup@rlf.com
             Jason M. Madron   on behalf of Debtor   TXU Energy Receivables Company LLC madron@rlf.com,
               rbgroup@rlf.com
             Jason M. Madron   on behalf of Debtor   Oak Grove Management Company LLC madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
             Jason M. Madron   on behalf of Debtor   Southwestern Electric Service Company, Inc.
               madron@rlf.com,  rbgroup@rlf.com
             Jason M. Madron   on behalf of Debtor   Texas Energy Industries Company, Inc. madron@rlf.com,
               rbgroup@rlf.com
             Jason M. Madron   on behalf of Debtor   Texas Competitive Electric Holdings Company LLC
               madron@rlf.com,  rbgroup@rlf.com
             Jason M. Madron   on behalf of Debtor   Texas Electric Service Company, Inc. madron@rlf.com,
               rbgroup@rlf.com
             Jason M. Madron   on behalf of Debtor   EFH CG Management Company LLC madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
             Jason M. Madron   on behalf of Debtor   Oak Grove Power Company LLC madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
             Jason M. Madron   on behalf of Debtor   Collin Power Company LLC madron@rlf.com,  rbgroup@rlf.com
             Jason M. Madron   on behalf of Debtor   EFH Corporate Services Company madron@rlf.com,
               rbgroup@rlf.com
             Jason M. Madron   on behalf of Debtor   Valley Power Company LLC madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
             Jason M. Madron   on behalf of Debtor   Energy Future Competitive Holdings Company LLC
               madron@rlf.com,  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
             Jason M. Madron   on behalf of Debtor   EECI, Inc. madron@rlf.com,  rbgroup@rlf.com
             Jason M. Madron   on behalf of Debtor   Eagle Mountain Power Company LLC madron@rlf.com,
               rbgroup@rlf.com
             Jason M. Madron   on behalf of Debtor   Dallas Power & Light Company, Inc. madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
             Jason M. Madron   on behalf of Debtor   Martin Lake 4 Power Company LLC madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

District/off: 0311-1        User: Margit              Page 12 of 23          Date Rcvd: Dec 21, 2015
                           Form ID: van440            Total Noticed: 27

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Jason M. Madron   on behalf of Debtor   Luminant Holding Company LLC madron@rlf.com,
                 rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor   LSGT Gas Company LLC madron@rlf.com,  rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor   Texas Utilities Company, Inc. madron@rlf.com,
                 rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Interested Party   Energy Future Holdings Corp. madron@rlf.com,
                 rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   Luminant Mineral Development Company LLC madron@rlf.com,
                 rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor   Lone Star Pipeline Company, Inc. madron@rlf.com,
                 rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor   NCA Development Company LLC madron@rlf.com,
                 rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Plaintiff   EFIH Finance Inc. madron@rlf.com,  rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor   Sandow Power Company LLC madron@rlf.com,  rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor   Oak Grove Mining Company LLC madron@rlf.com,
                 rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   Luminant Renewables Company LLC madron@rlf.com,
                 rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   4Change Energy Company madron@rlf.com,  rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor   Morgan Creek 7 Power Company LLC madron@rlf.com,
                 rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   Luminant Energy Company LLC madron@rlf.com,
                 rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   Valley NG Power Company LLC madron@rlf.com,
                 rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   Big Brown Power Company LLC madron@rlf.com,
                 rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor   Brighten Energy LLC madron@rlf.com,  rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor   TXU Energy Solutions Company LLC madron@rlf.com,
                 rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   NCA Resources Development Company LLC madron@rlf.com,
                 rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   Generation Development Company LLC madron@rlf.com,
                 rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   Lone Star Energy Company, Inc. madron@rlf.com,
                 rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor   Monticello 4 Power Company LLC madron@rlf.com,
                 rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   EBASCO SERVICES OF CANADA LIMITED madron@rlf.com,
                 rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor   LSGT SACROC, Inc. madron@rlf.com,
                 rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Defendant   Energy Future Intermediate Holding Company LLC
                 madron@rlf.com,  rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor   TXU SEM Company madron@rlf.com,
                 rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   EFH CG Holdings Company LP madron@rlf.com,
                 rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   EFH Renewables Company LLC madron@rlf.com,
                 rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Defendant   EFIH Finance Inc. madron@rlf.com,  rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor   Tradinghouse Power Company LLC madron@rlf.com,
                 rbgroup@rlf.com
              Jason M. Madron   on behalf of Attorney   Richards, Layton & Finger, P.A. madron@rlf.com,
                 rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   Lake Creek 3 Power Company LLC madron@rlf.com,
                 rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   TXU Energy Retail Company LLC madron@rlf.com,
                 rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor   EEC Holdings, Inc. madron@rlf.com,  rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor   Energy Future Intermediate Holding Company LLC
                 madron@rlf.com,  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Other Prof.   KPMG LLP madron@rlf.com,
                 rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   TXU Retail Services Company madron@rlf.com,
                 rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   Big Brown 3 Power Company LLC madron@rlf.com,
                 rbgroup@rlf.com
              Jason M. Madron   on behalf of Plaintiff   Energy Future Intermediate Holding Company LLC
                 madron@rlf.com,  rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor   Luminant Mining Company LLC madron@rlf.com,
                 rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   Brighten Holdings LLC madron@rlf.com,  rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor   TXU Receivables Company madron@rlf.com,
                 rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   Big Brown Lignite Company LLC madron@rlf.com,
                 rbgroup@rlf.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jason M. Madron   on behalf of Debtor   EFIH Finance Inc. madron@rlf.com,
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   4Change Energy Holdings LLC madron@rlf.com,
          rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor   EFH Australia (No. 2) Holdings Company madron@rlf.com,
          rbgroup@rlf.com
          Jeffrey C. Wisler   on behalf of Creditor   Cloud Peak Energy Resources LLC
          jwisler@connollygallagher.com
          Jeffrey C. Wisler   on behalf of Creditor   Pete Tinkham, Mike McCall, Jarrell Gibbs, Bill Ranton,
          Michael Blevins, Michael McNally, Liz LaValley, Richard Wistrand, Susan Atteridge, and Curt
          Seidlets jwisler@connollygallagher.com
          Jeffrey C. Wisler   on behalf of Creditor   Pete Tinkham, Mike McCall, Homer J. Gibbs, Billy
          Ranton, Michael Blevins, Michael McNally, Liz LaValley, Richard Wistrand, Susan Atteridge, Curt
          Seidlits, Wes Taylor and Jeff Weiser jwisler@connollygallagher.com
          Jeffrey M. Schlerf   on behalf of Intervenor   Ovation Acquisition I, L.L.C.
          jschlerf@foxrothschild.com
          Jeffrey M. Schlerf   on behalf of Interested Party   Ad Hoc Group of TCEH Unsecured Noteholders
          jschlerf@foxrothschild.com
          Jeffrey M. Schlerf   on behalf of Intervenor   Ovation Acquisition II, L.L.C.
          jschlerf@foxrothschild.com
          Jeffrey M. Schlerf   on behalf of Interested Party   Ad Hoc Group of TCEH Unsecured Noteholders
          jschlerf@foxrothschild.com
          Jeffrey R. Fine   on behalf of Creditor   Tex-La Electric Cooperative of Texas, Inc.
          jfine@dykema.com,  jrf5825@gmail.com,aashmore@dykema.com,pelliott@dykema.com
          Jeffrey S Cianciulli   on behalf of Creditor   Evercore Group LLC jcianciulli@weirpartners.com,
          creese@weirpartners.com;mmorris@weirpartners.com
          Jeffrey S Cianciulli   on behalf of Financial Advisor   Evercore Group L.L.C.
          jcianciulli@weirpartners.com,  creese@weirpartners.com;mmorris@weirpartners.com
          Jeffrey S. Sabin   on behalf of Creditor   Pacific Investment Management Co. LLC
          JSSabin@Venable.com
          Jennifer Marines   on behalf of Creditor Committee   The Official Committee of Unsecured
          Creditors JMarines@mofo.com
          Jennifer R. Hoover   on behalf of Creditor   Michelin North America Inc. jhoover@beneschlaw.com,
          docket@beneschlaw.com;mrust@beneschlaw.com
          Jennifer V. Doran   on behalf of Creditor   Invensys Systems, Inc. jdoran@haslaw.com,
          calirm@haslaw.com
          Jeremy William Ryan   on behalf of Interested Party   Deutsche Bank AG New York Branch
          jryan@potteranderson.com,  bankruptcy@potteranderson.com
          Joanna Flynn Newdeck   on behalf of Interested Party   EFIH Second Lien DIP Commitment Parties
          jnewdeck@akingump.com,  ddunn@akingump.com
          Joanna Flynn Newdeck   on behalf of Interested Party   Ad Hoc Committee of EFIH Unsecured
          Noteholders jnewdeck@akingump.com,  ddunn@akingump.com
          John A. Harris   on behalf of Creditor   TXU 2007-1 Railcar Leasing LLC sybil.aytch@quarles.com
          John A. Morris   on behalf of Interested Party   Computershare Trust Company, N.A., and
          Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
          Secured Second Lien Notes due 2021 and the 11.75% Senio jmorris@pszjlaw.com
          John D. Demmy   on behalf of Creditor   AEP Texas Central Company d/b/a American Electric Power
          Company and AEP Texas North Company d/b/a American Electric Power Company jdd@stevenslee.com
          John D. Demmy   on behalf of Creditor   Rexel, Inc. jdd@stevenslee.com
          John D. McLaughlin, Jr.   on behalf of Creditor   Atmos Energy Corporation
          jmclaughlin@ciardilaw.com,  mflores@ciardilaw.com
          John G. Harris   on behalf of Plaintiff   Avenue Capital Management II, LP
          jharris@bergerharris.com,  mnicholls@bergerharris.com
          John G. Harris   on behalf of Plaintiff   York Capital Management Global Advisors, LLC
          jharris@bergerharris.com,  mnicholls@bergerharris.com
          John G. Harris   on behalf of Plaintiff   P. Schoenfeld Asset Management LP
          jharris@bergerharris.com,  mnicholls@bergerharris.com
          John G. Harris   on behalf of Plaintiff   Third Avenue Management LLC jharris@bergerharris.com,
          mnicholls@bergerharris.com
          John G. Harris   on behalf of Plaintiff   GSO Capital Partners LP jharris@bergerharris.com,
          mnicholls@bergerharris.com
          John H. Strock   on behalf of Interested Party   Ad Hoc Group of TCEH Unsecured Noteholders
          jstrock@foxrothschild.com,  dkemp@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com
          John M. Seaman   on behalf of Interested Party   Goldman Sachs & Co. and certain affiliates
          seaman@abramsbayliss.com,  farro@abramsbayliss.com
          John Mark Stern   on behalf of Creditor   Texas Comptroller of Public Accounts
          john.stern@texasattorneygeneral.gov,  sherri.simpson@texasattorneygeneral.gov
          John P. Dillman   on behalf of Creditor   Angelina County houston_bankruptcy@publicans.com
          John P. Dillman   on behalf of Creditor   Fort Bend County houston_bankruptcy@publicans.com
          John P. Dillman   on behalf of Creditor   Harris County houston_bankruptcy@publicans.com
          John P. Melko   on behalf of Creditor   ROMCO Equipment Co. jmelko@gardere.com,
          afothergill@gardere.com;mriordan@gardere.com
          John R. Ashmead   on behalf of Interested Party   Wilmington Trust, N.A. ashmead@sewkis.com
          Johnna M. Darby   on behalf of Interested Party   Steag Energy Services, Inc.
          jdarby@hillerarban.com
          Jon M. Chatalian   on behalf of Creditor   Pension Benefit Guaranty Corporation
          chatalian.jon@pbgc.gov,  efile@pbgc.gov
          Jonathan L. Howell   on behalf of Creditor   Red Ball Oxygen Company jhowell@gpm-law.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

        Joseph Charles Barsalona II   on behalf of Debtor   Energy Future Holdings Corp.
         barsalona@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
        Joseph Charles Barsalona II   on behalf of Plaintiff   Energy Future Holdings Corp.
         barsalona@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
        Joseph D. Frank   on behalf of Interested Party   PI Law Firms jfrank@fgllp.com,
         ccarpenter@fgllp.com;Larry.Thomas@westernunion.com
        Joseph D. Frank   on behalf of Creditor   Experian Information Solutions, Inc. jfrank@fgllp.com,
         ccarpenter@fgllp.com;Larry.Thomas@westernunion.com
        Joseph D. Frank   on behalf of Creditor   Experian Marketing Solutions, Inc. jfrank@fgllp.com,
         ccarpenter@fgllp.com;Larry.Thomas@westernunion.com
        Joseph D. Wright   on behalf of Interested Party   Alcoa Inc. wright@lrclaw.com,
         adams@lrclaw.com,dellose@lrclaw.com
        Joseph D. Wright   on behalf of Creditor   FPL Energy Pecos Wind I, LP, FLP Energy Pecos Wind II,
         LP, and NWP Indian Mesa Wind Farm, L.P. wright@lrclaw.com,  adams@lrclaw.com,dellose@lrclaw.com
        Joseph H. Huston, Jr.   on behalf of Defendant   Wilmington Trust, N.A., solely in its capacity
         as First Lien Administrative Agent jhh@stevenslee.com
        Joseph H. Huston, Jr.   on behalf of Spec. Counsel   Energy Future Intermediate Holding Company
         LLC jhh@stevenslee.com
        Joseph H. Huston, Jr.   on behalf of Defendant   Wilmington Trust, N.A., as First Lien Collateral
         Agent and First Lien Administrative Agent, et al., jhh@stevenslee.com
        Joseph H. Huston, Jr.   on behalf of Creditor   Wilmington Trust, N.A., in its capacity as First
         Lien Administrative Agent jhh@stevenslee.com
        Joseph J. McMahon, Jr.   on behalf of Creditor   Atmos Energy Corporation jmcmahon@ciardilaw.com,
         mflores@ciardilaw.com
        Joseph J. McMahon, Jr.   on behalf of Creditor   Red Ball Oxygen Company jmcmahon@ciardilaw.com,
         mflores@ciardilaw.com
        Joseph J. McMahon, Jr.   on behalf of Creditor   TXU 2007-1 Railcar Leasing LLC
         jmcmahon@ciardilaw.com, mflores@ciardilaw.com
        Joshua K. Brody   on behalf of Defendant   Computershare Trust Company of Canada
         jbrody@kramerlevin.com, adove@kramerlevin.com;tperetz@kramerlevin.com;ghorowitz@kramerlevin.com
        Joshua K. Brody   on behalf of Interested Party   Indenture Trustee and the EFIH 2nd Lien
         Objectors jbrody@kramerlevin.com,
         adove@kramerlevin.com;tperetz@kramerlevin.com;ghorowitz@kramerlevin.com
        Joshua K. Brody   on behalf of Defendant   Computershare Trust Company, N.A.
         jbrody@kramerlevin.com, adove@kramerlevin.com;tperetz@kramerlevin.com;ghorowitz@kramerlevin.com
        Joshua K. Brody   on behalf of Interested Party   Computershare Trust Company, N.A., and
         Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
         Secured Second Lien Notes due 2021 and the 11.75% Senio jbrody@kramerlevin.com,
         adove@kramerlevin.com;tperetz@kramerlevin.com;ghorowitz@kramerlevin.com
        Joshua Powers Searcy   on behalf of Creditor   D. Courtney Construction, Inc.
         joshsearcy@jrsearcylaw.com
        Judy Hamilton Morse   on behalf of Creditor   DEVON ENERGY CORPORATION
         judy.morse@crowedunlevy.com,
         marlena.mendez@crowedunlevy.com;ecf@crowedunlevy.com;karol.brown@crowedunlevy.com
        Julia B. Klein   on behalf of Creditor   Mudrick Capital Management, L.P. klein@teamrosner.com
        Julia Bettina Klein   on behalf of Interested Party   Mudrick Capital Management L.P.
         klein@teamrosner.com
        Justin K. Edelson   on behalf of Interested Party   The Official Committee of TCEH Unsecured
         Creditors jedelson@polsinelli.com,  LSuprum@polsinelli.com;delawaredocketing@polsinelli.com
        Justin K. Edelson   on behalf of Creditor Committee   The Official Committee of Unsecured
         Creditors jedelson@polsinelli.com,  LSuprum@polsinelli.com;delawaredocketing@polsinelli.com
        Justin K. Edelson   on behalf of Financial Advisor   FTI Consulting, Inc. jedelson@polsinelli.com,
         LSuprum@polsinelli.com;delawaredocketing@polsinelli.com
        Karen Beth Shaer   on behalf of Other Prof.   Garden City Group, LLC PACERTeam@gardencitygroup.com
        Karen C Bifferato   on behalf of Interested Party   Pacific Investment Management Company LLC
         ("PIMCO") kbifferato@connollygallagher.com
        Katharine L. Mayer   on behalf of Interested Party   Aetna Inc. kmayer@mccarter.com
        Katharine L. Mayer   on behalf of Interested Party   Aetna Life Insurance Company
         kmayer@mccarter.com
        Katherine Stadler   on behalf of Interested Party   Fee Committee kstadler@gklaw.com,
         kboucher@gklaw.com;shuntema@gklaw.com
        Kathleen A. Murphy   on behalf of Creditor   CATERPILLAR FINANCIAL SERVICES CORP.
         kathleen.murphy@bipc.com,  tammy.rogers@bipc.com
        Kathleen M. Miller   on behalf of Creditor   Valero Texas Power Marketing, Inc.
         kmiller@skjlaw.com, eys@skjlaw.com
        Kathleen M. Miller   on behalf of Creditor   Airgas USA, LLC kmiller@skjlaw.com, eys@skjlaw.com
        Kay Diebel Brock   on behalf of Creditor   Travis County bkecf@co.travis.tx.us
        Keith Howard Wofford   on behalf of Interested Party   CSC Trust Company of Delaware, as
         successor indenture trustee and collateral trustee keith.wofford@ropesgray.com,
         keith.wofford@ropesgray.com
        Kerry L. Haliburton   on behalf of Creditor   Buffalo Industrial Supply, Inc.
         raquel@namanhowell.com;karen@namanhowell.com;belinda@namanhowell.com
        Kevin C. Driscoll, Jr.   on behalf of Creditor   GATX Corporation Kevin.Driscoll@btlaw.com,
         donna.dotts@btlaw.com
        Kevin G. Collins   on behalf of Creditor   GATX Corporation kevin.collins@btlaw.com,
         pgroff@btlaw.com;Kathy.lytle@btlaw.com
        Kevin J. Mangan   on behalf of Interested Party   American Equipment Company Inc.
         kmangan@wcsr.com, hsasso@wcsr.com;jwray@wcsr.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            Kevin J. Mangan    on behalf of Interested Party    AMECO Inc. kmangan@wcsr.com,
             hsasso@wcsr.com;jwray@wcsr.com
            Kevin J. Mangan    on behalf of Interested Party    Alltite Inc. kmangan@wcsr.com,
             hsasso@wcsr.com;jwray@wcsr.com
            Kevin J. Mangan    on behalf of Interested Party    Fluor Global Services kmangan@wcsr.com,
             hsasso@wcsr.com;jwray@wcsr.com
            Kevin J. Mangan    on behalf of Interested Party    Fluor Corporation kmangan@wcsr.com,
             hsasso@wcsr.com;jwray@wcsr.com
            Kevin J. Mangan    on behalf of Interested Party    Fluor Enterprises Inc. kmangan@wcsr.com,
             hsasso@wcsr.com;jwray@wcsr.com
            Kevin M Lippman    on behalf of Creditor    Electric Reliability Council of Texas, Inc.
             klippman@munsch.com,  lpannier@munsch.com
            Kevin M. Capuzzi    on behalf of Creditor    Thermo Fisher Scientific Inc. kcapuzzi@beneschlaw.com,
             docket@beneschlaw.com;mrust@beneschlaw.com
            Kimberly Ellen Connolly Lawson    on behalf of Interested Party    The Bank of New York Mellon, in
             its capacity as the PCRB Trustee klawson@reedsmith.com
            Kimberly Ellen Connolly Lawson    on behalf of Creditor    The Bank of New York Mellon, as
             Indenture Trustee klawson@reedsmith.com
            Kimberly Ellen Connolly Lawson    on behalf of Creditor    The Bank of New York Mellon Trust
             Company, N.A.. as Indenture Trustee klawson@reedsmith.com
            Kimberly Ellen Connolly Lawson    on behalf of Creditor Committee    The Official Committee of
             Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company,
             LLC, EFIH Finance, Inc., and EECI, Inc. (EFH Committee) klawson@reedsmith.com
            Kizzy Lyn Jarashow    on behalf of Creditor    Aurelius Capital Management, LP
             kjarashow@goodwinprocter.com
            Kurt F. Gwynne    on behalf of Interested Party    The Bank of New York Mellon Trust Company, N.A.,
             in its capacity as the EFCh 2037 Notes Trustee kgwynne@reedsmith.com,  llankford@reedsmith.com
            Kurt F. Gwynne    on behalf of Creditor    The Bank of New York Mellon, as Indenture Trustee
             kgwynne@reedsmith.com,  llankford@reedsmith.com
            Kurt F. Gwynne    on behalf of Interested Party    The Bank of New York Mellon, in its capacity as
             the PCRB Trustee kgwynne@reedsmith.com,  llankford@reedsmith.com
            Kurt F. Gwynne    on behalf of Creditor    The Bank of New York Mellon Trust Company, N.A., as
             Indenture Trustee kgwynne@reedsmith.com,  llankford@reedsmith.com
            Kurtzman Carson Consultants LLC   akass@kccllc.com
            L. John Bird   on behalf of Creditor    Creditor-Investor Consortium jbird@foxrothschild.com,
             idensmore@foxrothschild.com
            L. John Bird   on behalf of Interested Party    Ad Hoc Group of TCEH Unsecured Noteholders
             jbird@foxrothschild.com,  idensmore@foxrothschild.com
            L. John Bird   on behalf of Intervenor    Ovation Acquisition I, L.L.C. jbird@foxrothschild.com,
             idensmore@foxrothschild.com
            L. John Bird   on behalf of Intervenor    Ovation Acquisition II, L.L.C. jbird@foxrothschild.com,
             idensmore@foxrothschild.com
            L. Katherine Good   on behalf of Interested Party    Simeio Solutions, Inc. kgood@wtplaw.com,
             cmcallister@wtplaw.com;wjeffers@wtplaw.com
            Lara E. Shipkovitz   on behalf of Creditor    Thermo Fisher Scientific Inc.
             lshipkovitz@tuckerlaw.com
            Lars A. Peterson    on behalf of Creditor    UMB Bank, N.A. lapeterson@foley.com,  khall@foley.com
            Laura Davis Jones   on behalf of Interested Party    Second Lien Indenture Trustee and the EFIH
             Second Lien Group ljones@pszjlaw.com
            Laura Davis Jones   on behalf of Plaintiff    Computershare Trust Company, N.A.
             ljones@pszjlaw.com
            Laura Davis Jones   on behalf of Interested Party    Computershare Trust Company, N.A., and
             Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
             Secured Second Lien Notes due 2021 and the 11.75% Senio ljones@pszjlaw.com,  efilel@pszyjw.com
            Laura Davis Jones   on behalf of Interested Party    EFIH 2nd Lien Notes Indenture Trustee
             ljones@pszjlaw.com
            Laura Davis Jones   on behalf of Interested Party    EFIH Second Lien Notes Indenture Trustee &
             EFIH Second Lien Group ljones@pszjlaw.com
            Laura Davis Jones   on behalf of Interested Party    Second Lien Indenture Trustee
             ljones@pszjlaw.com
            Laura Davis Jones   on behalf of Interested Party    Computershare Trust Company, N.A. and
             Computershare Trust Company of Canada, in their capacity as indenture trustee, for the second
             lien notes and the holders thereof. ljones@pszjlaw.com,  efilel@pszyjw.com
            Laura Davis Jones   on behalf of Interested Party    Indenture Trustee and the EFIH 2nd Lien
             Objectors ljones@pszjlaw.com
            Laura Davis Jones   on behalf of Interested Party    EFIH Second Lien Indenture Trustee
             ljones@pszjlaw.com,  efilel@pszyjw.com
            Laura Davis Jones   on behalf of Interested Party    Indenture Trustee and the EFIH 2nd Lien
             Objectors ljones@pszjlaw.com,  efile@pszyj.com
            Laura Davis Jones   on behalf of Interested Party    EFIH 2nd Lien Notes Indenture Trustee
             ljones@pszjlaw.com,  efile@pszyj.com
            Laurie Selber Silverstein   on behalf of Interested Party    EFIH First Lien DIP Agent
             bankruptcy@potteranderson.com
            Laurie Selber Silverstein   on behalf of Interested Party    Deutsche Bank AG New York Branch
             bankruptcy@potteranderson.com
            Lee Harrington   on behalf of Interested Party    American Stock Transfer & Trust Company LLC
             lharrington@nixonpeabody.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Lee B. Gordon    on behalf of Creditor    Texas Ad Valorem Taxing Jurisdictions
               sonya.ragsdale@mvbalaw.com, vickie.covington@mvbalaw.com
              Lindsay  Zahradka    on behalf of Interested Party    Ad Hoc Committee of EFIH Unsecured
               Noteholders lzahradka@akingump.com
              Lindsay  Zahradka    on behalf of Interested Party    EFIH Second Lien DIP Commitment Parties
               lzahradka@akingump.com
              Lino  Mendiola, III    on behalf of Interested Party    Titus County Fresh Waster Supply District
               No. 1 linomendiola@andrewskurth.com
              Lino  Mendiola, III    on behalf of Interested Party    Titus County Fresh Water Supply District
               No. 1 linomendiola@andrewskurth.com
              Lorenzo  Marinuzzi    on behalf of Interested Party    The Official Committee of TCEH Unsecured
               Creditors LMarinuzzi@mofo.com
              Lucian Borders Murley    on behalf of Creditor    Johnson Matthey Stationary Emissions Control LLC
               lmurley@saul.com, rwarren@saul.com
              Marc J. Phillips    on behalf of Creditor    Steering Committee of Cities Served by Oncor
               mphillips@mgmlaw.com
              Marc J. Phillips    on behalf of Creditor    Tex-La Electric Cooperative of Texas, Inc.
               mphillips@mgmlaw.com
              Maria A. Bove    on behalf of Interested Party    Computershare Trust Company, N.A., and
               Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
               Secured Second Lien Notes due 2021 and the 11.75% Senio mbove@pszjlaw.com
              Maria Aprile Sawczuk    on behalf of Interested Party    Sierra Club marias@restructuringshop.com,
               marias@ecf.courtdrive.com
              Maria Aprile Sawczuk    on behalf of Creditor Miguel Oliveras Caraballo
               marias@restructuringshop.com, marias@ecf.courtdrive.com
              Mark  Minuti    on behalf of Creditor    Electric Relaibility Council of Texas, Inc.
               mminuti@saul.com, rwarren@saul.com
              Mark Andrew Fink    on behalf of Interested Party    The Official Committee of Unsecured Creditors
               of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC; EFIH Finance,
               Inc.; and EECI, Inc. (EFH Committee) mfink@mmwr.com
              Mark Andrew Fink    on behalf of Creditor Committee    The Official Committee of Unsecured
               Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
               Finance, Inc., and EECI, Inc. (EFH Committee) mfink@mmwr.com
              Mark Andrew Fink    on behalf of Creditor Committee    The Official Committee of Unsecured
               Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
               Finance, Inc., and EECI, Inc. mfink@mmwr.com
              Mark D. Collins    on behalf of Debtor    Energy Future Holdings Corp. rbgroup@rlf.com
              Mark D. Collins    on behalf of Plaintiff    Energy Future Intermediate Holding Company LLC
               rbgroup@rlf.com
              Mark D. Kotwick    on behalf of Defendant    Wilmington Trust, N.A., as First Lien Collateral Agent
               KOTWICK@SEWKIS.COM
              Mark D. Kotwick    on behalf of Interested Party    Wilmington Trust, N.A. kotwick@sewkis.com
              Mark D. Olivere    on behalf of Interested Party    Ad Hoc Committee of EFIH Unsecured Noteholders
               olivere@chipmanbrown.com,
               bankruptcyservice@chipmanbrown.com;dero@chipmanbrown.com;mccloskey@chipmanbrown.com
              Mark D. Olivere    on behalf of Interested Party    EFIH Second Lien DIP Commitment Parties
               olivere@chipmanbrown.com,
               bankruptcyservice@chipmanbrown.com;dero@chipmanbrown.com;mccloskey@chipmanbrown.com
              Mark E. Felger    on behalf of Interested Party    J. Aron & Company mfelger@cozen.com,
               MBrickley@cozen.com;dabernathy@cozen.com
              Mark E. Felger    on behalf of Interested Party    J Aron & Company mfelger@cozen.com,
               mmillis@cozen.com
              Mark F. Hebbeln    on behalf of Creditor    UMB Bank, N.A. mhebbeln@foley.com, jsorrels@foley.com,
               opetukhova@foley.com
              Mark F. Rosenberg    on behalf of Creditor Committee    The Official Committee of Unsecured
               Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
               Finance, Inc., and EECI, Inc. (EFH Committee) rosenbergm@sullcrom.com
              Mark L. Desgrosseilliers    on behalf of Interested Party    HOLT Texas, Ltd. d/b/a Holt Cat
               mdesgrosseilliers@wcsr.com, hsasso@wcsr.com;jwray@wcsr.com
              Mark L. Desgrosseilliers    on behalf of Interested Party    CenterPoint Energy Resources Corp.
               mdesgrosseilliers@wcsr.com, hsasso@wcsr.com;jwray@wcsr.com
              Mark L. Desgrosseilliers    on behalf of Interested Party    CenterPoint Energy Houston Electric,
               LLC mdesgrosseilliers@wcsr.com, hsasso@wcsr.com;jwray@wcsr.com
              Mark S. Chehi    on behalf of Interested Party    Borealis Infrastructure Management Inc.
               mchehi@skadden.com, deban@skadden.com
              Matthew  Summers    on behalf of Creditor    URENCO, Inc. summersm@ballardspahr.com
              Matthew  Summers    on behalf of Creditor    Louisiana Energy Services, LLC
               summersm@ballardspahr.com
              Matthew B. McGuire    on behalf of Plaintiff    Marathon Asset Management, LP mcguire@lrclaw.com,
               adams@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
              Matthew B. McGuire    on behalf of Interested Party    Marathon Asset Management, LP
               mcguire@lrclaw.com, adams@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
              Matthew B. McGuire    on behalf of Plaintiff    Polygon Convertible Opportunity Master Fund
               mcguire@lrclaw.com, adams@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
              Matthew B. McGuire    on behalf of Interested Party    Alcoa Inc. mcguire@lrclaw.com,
               adams@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
              Matthew B. McGuire    on behalf of Creditor    NextEra Energy Resources, LLC mcguire@lrclaw.com,
               adams@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

    Matthew B. McGuire    on behalf of Plaintiff    Polygon Distressed Opportunities Master Fund
      mcguire@lrclaw.com, adams@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
    Matthew B. McGuire    on behalf of Creditor    FPL Energy Pecos Wind I, LP, FLP Energy Pecos Wind
      II, LP, and NWP Indian Mesa Wind Farm, L.P. mcguire@lrclaw.com,
      adams@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
    Matthew C. Brown    on behalf of Interested Party    Ad Hoc Group of TCEH Unsecured Noteholders
      mbrown@whitecase.com
    Matthew J. Troy    on behalf of Creditor    United States of America matthew.troy@usdoj.gov
    Meredith A. Lahaie    on behalf of Interested Party    Ad Hoc Committee of EFIH Unsecured
      Noteholders mlahaie@akingump.com
    Meredith A. Lahaie    on behalf of Interested Party    EFIH Second Lien DIP Commitment Parties
      mlahaie@akingump.com
    Michael Schein    on behalf of Creditor    First Union Rail Corporation mschein@vedderprice.com,
      ecfnydocket@vedderprice.com
    Michael D. DeBaecke    on behalf of Interested Party    Wilmington Trust, N.A.
      debaecke@blankrome.com
    Michael David Debaecke    on behalf of Interested Party    Wilmington Trust, N.A.
      debaecke@blankrome.com, moody@ecf.inforuptcy.com
    Michael David Debaecke    on behalf of Defendant    Wilmington Trust, N.A., as First Lien
      Collateral Agent debaecke@blankrome.com, moody@ecf.inforuptcy.com
    Michael G. Busenkell    on behalf of Creditor    Polygon Distressed Opportunities Master Fund
      mbusenkell@gsbblaw.com
    Michael G. Busenkell    on behalf of Interested Party    Subsequent Settling EFIH PIK Noteholders
      comprised of: York Capital Management Global Advisors, LLC; P. Schoenfeld Asset Management L.P.;
      mbusenkell@gsbblaw.com
    Michael G. Busenkell    on behalf of Interested Party    Tannor Partners Credit Fund LP
      mbusenkell@gsbblaw.com
    Michael G. Busenkell    on behalf of Creditor    Marathon Asset Management, LP
      mbusenkell@gsbblaw.com
    Michael G. Busenkell    on behalf of Creditor    Knife River Corporation-South
      mbusenkell@gsbblaw.com
    Michael G. Busenkell    on behalf of Creditor    Polygon Convertible Opportunity Master Fund
      mbusenkell@gsbblaw.com
    Michael G. Busenkell    on behalf of Creditor    Mudrick Capital Management, L.P.
      mbusenkell@gsbblaw.com
    Michael G. Busenkell    on behalf of Interested Party    Marathon Asset Management, LP
      mbusenkell@gsbblaw.com
    Michael G. Busenkell    on behalf of Other Prof.    Ad Hoc Group of Non-Settling EFIH PIK
      Noteholders comprised of York Capital Management Global Advisors, LLC, P. Schoenfeld Asset
      Management L.P., Polygon Convertible Opportunity Master Fund, Polygon D mbusenkell@gsbblaw.com
    Michael G. Busenkell    on behalf of Interested Party    York Capital Management Global Advisors,
      LLC and P. Schoenfeld Asset Management L.P. mbusenkell@gsbblaw.com
    Michael G. Busenkell    on behalf of Creditor    Aurelius Capital Management, LP
      mbusenkell@gsbblaw.com
    Michael Joseph Joyce    on behalf of Creditor    Certain funds and accounts advised or sub-advised
      by Fidelity Management & Research Company or its affiliates mjoyce@crosslaw.com,
      smacdonald@crosslaw.com
    Michael Joseph Joyce    on behalf of Interested Party    certain funds and accounts advised or
      sub-advised by Fidelity Management & Research Company or its affiliates mjoyce@crosslaw.com,
      smacdonald@crosslaw.com
    Michael L. Atchley    on behalf of Creditor    Tarrant Regional Water District
      matchley@popehardwicke.com
    Michael L. Atchley    on behalf of Creditor    Northeast Texas Municipal Water District
      matchley@popehardwicke.com
    Michelle McMahon    on behalf of Interested Party    Indenture Trustee and the EFIH 2nd Lien
      Objectors michelle.mcmahon@bryancave.com, dortiz@bryancave.com
    Monica S. Blacker    on behalf of Attorney    Jackson Walker LLP mblacker@jw.com, tsalter@jw.com
    Monica S. Blacker    on behalf of Interested Party    HOLT Texas, Ltd. d/b/a Holt Cat
      mblacker@jw.com, tsalter@jw.com
    Natalie D. Ramsey    on behalf of Creditor Committee    The Official Committee of Unsecured
      Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
      Finance, Inc., and EECI, Inc. (EFH Committee) nramsey@mmwr.com, BankECF@mmwr.com
    Natasha M. Songonuga    on behalf of Creditor    Veolia ES Industrial Services, Inc.
      nsongonuga@gibbonslaw.com
    Neil B. Glassman    on behalf of Interested Party    CSC Trust Company of Delaware, as Successor
      Trustee under the TCEH 11.5% Senior Secured Notes Indenture bankserve@bayardlaw.com,
      nglassman@bayardlaw.com;sbreckenridge@bayardlaw.com;sbreckenridge@bayardlaw.com;jalberto@bayardla
      w.com;bankserve@bayardlaw.com
    Neil B. Glassman    on behalf of Plaintiff    Delaware Trust Company, as TCEH First Lien Indenture
      Trustee bankserve@bayardfirm.com, nglassman@bayardfirm.com
    Neil B. Glassman    on behalf of Interested Party    Delaware Trust Company
      bankserve@bayardfirm.com, nglassman@bayardfirm.com
    Nicholas J. Brannick    on behalf of Interested Party    CSC Trust Company of Delaware as Successor
      Indenture Trustee nbrannick@coleschotz.com,
      bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
      otz.com

District/off: 0311-1          User: Margit              Page 18 of 23          Date Rcvd: Dec 21, 2015
                             Form ID: van440            Total Noticed: 27

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Nicholas J. Brannick    on behalf of Plaintiff   Delaware Trust Company nbrannick@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
          otz.com
          Nicholas J. Brannick    on behalf of Interested Party   CSC Trust Company of Delaware, as
          successor indenture trustee and collateral trustee nbrannick@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
          otz.com
          Nick S. Kaluk, III    on behalf of Financial Advisor   Evercore Group L.L.C. nskaluk@debevoise.com,
          amcdermott@debevoise.com
          Nicole D. Mignone    on behalf of Interested Party   Public Utility Commission of Texas
          nicole.mignone@texasattorneygeneral.gove
          Norman L. Pernick    on behalf of Interested Party   CSC Trust Company of Delaware, as successor
          indenture trustee and collateral trustee npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick    on behalf of Plaintiff   Delaware Trust Company npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick    on behalf of Interested Party   Delaware Trust Company, f/k/a CSC Trust
          Company of Delaware, as Indenture Trustee npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick    on behalf of Interested Party   CSC Trust Company of Delaware as Successor
          Indenture Trustee npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick    on behalf of Plaintiff   Delaware Trust Company, as Indenture Trustee and
          Collateral Trustee, npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Owen M. Sonik    on behalf of Creditor   Galena Park Independent School District osonik@pbfcm.com,
          tpope@pbfcm.com;osonik@ecf.inforuptcy.com
          Owen M. Sonik    on behalf of Creditor   Certain Texas Taxing Entities osonik@pbfcm.com,
          tpope@pbfcm.com;osonik@ecf.inforuptcy.com
          Patricia Williams Prewitt    on behalf of Creditor   Kinder Morgan Tejas Pipeline LLC
          pwp@pattiprewittlaw.com
          Patricia Williams Prewitt    on behalf of Creditor   El Paso Natural Gas Company
          pwp@pattiprewittlaw.com
          Patricia Williams Prewitt    on behalf of Creditor   Targa Gas Marketing LLC
          pwp@pattiprewittlaw.com
          Patricia Williams Prewitt    on behalf of Creditor   Kinder Morgan Texas Pipeline LLC
          pwp@pattiprewittlaw.com
          Pauline K. Morgan    on behalf of Interested Party   Ad Hoc Committee of TCEH First Lien Creditors
          bankfilings@ycst.com
          Peter J. Keane    on behalf of Interested Party   EFIH Second Lien Notes Indenture Trustee & EFIH
          Second Lien Group pkeane@pszjlaw.com
          Peter Jonathon Young    on behalf of Debtor   Energy Future Holdings Corp. pyoung@proskauer.com
          Peter M. Gilhuly    on behalf of Interested Party   Ernst & Young LLP peter.gilhuly@lw.com,
          adam.malatesta@lw.com
          R. Karl Hill    on behalf of Creditor   Liberty Mutual Insurance Co. khill@svglaw.com,
          cday@svglaw.com
          R. Stephen McNeill    on behalf of Interested Party   Deutsche Bank AG New York Branch
          bankruptcy@potteranderson.com, bankruptcy@potteranderson.com
          R. Stephen McNeill    on behalf of Interested Party   Deutsche Bank Securities Inc.
          bankruptcy@potteranderson.com, bankruptcy@potteranderson.com
          Rachel Obaldo    on behalf of Creditor   Texas Comptroller of Public Accounts
          bk-robaldo@texasattorneygeneral.gov, sherri.simpson@texasattorneygeneral.gov
          Rachel Ringer    on behalf of Interested Party   Computershare Trust Company, N.A. and
          Computershare Trust Company of Canada, in their capacity as indenture trustee, for the second
          lien notes and the holders thereof. rringer@kramerlevin.com,
          ABYowitz@kramerlevin.com;NHertzBunzl@kramerlevin.com;SSchmidt@kramerlevin.com;TPeretz@kramerlevin
          .com;RMark@kramerlevin.com;GFrenzel@kramerlevin.com
          Rachel B. Mersky    on behalf of Creditor   Top Line Rental , LLC rmersky@monlaw.com
          Raymond Howard Lemisch    on behalf of Interested Party   UMB Bank, N.A., as indenture trustee
          rlemisch@klehr.com
          Raymond Howard Lemisch    on behalf of Defendant   UMB Bank, N.A., as indenture trustee
          rlemisch@klehr.com
          Raymond Howard Lemisch    on behalf of Creditor   UMB Bank, N.A. rlemisch@klehr.com
          Rebecca A. Hayes    on behalf of Creditor   UMB Bank, N.A. rhayes@foley.com
          Rebecca A. Hayes    on behalf of Interested Party   UMB Bank, N.A., as indenture trustee
          rhayes@foley.com
          Reed A. Heiligman    on behalf of Interested Party   PI Law Firms rheiligman@fgllp.com,
          ccarpenter@fgllp.com
          Reed A. Heiligman    on behalf of Creditor   Experian Information Solutions, Inc.
          rheiligman@fgllp.com, ccarpenter@fgllp.com
          Reed A. Heiligman    on behalf of Creditor   Experian Marketing Solutions, Inc.
          rheiligman@fgllp.com, ccarpenter@fgllp.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Richard A. Barkasy   on behalf of Creditor    Centerbridge Special Credit Partners, L.P.
              rbarkasy@schnader.com
              Richard A. Barkasy   on behalf of Creditor    CCP Credit Acquisition Holdings, L.L.C.
              rbarkasy@schnader.com
              Richard A. Barkasy   on behalf of Creditor    Centerbridge Special Credit Partners, II, L.P.
              rbarkasy@schnader.com
              Richard A. Robinson   on behalf of Creditor    The Bank of New York Mellon, solely in its capacity
              as Trustee under the Enumerated Trust Agreements rrobinson@reedsmith.com
              Richard G. Mason   on behalf of Interested Party    Interest Holders rcstrauss@wlrk.com
              Richard G. Mason   on behalf of Interested Party    Texas Energy Future Capital Holdings LLC,
              Texas Energy Future Holdings Limited Partnership, and Certain Other Direct or Indirect Holders
              of Equity Interests in Energy Future Holdings Corp. rcstrauss@wlrk.com
              Richard L. Schepacarter   on behalf of U.S. Trustee    United States Trustee
              richard.schepacarter@usdoj.gov
              Risa Lynn  Wolf-Smith   on behalf of Creditor    Cloud Peak Energy Resources LLC
              rwolf@hollandhart.com,  lmlopezvelasquez@hollandhart.com;BMain@hollandhart.com
              Robert  Szwajkos   on behalf of Creditor    FLSmidth Inc. rsz@curtinheefner.com
              Robert  Szwajkos   on behalf of Creditor    FLSMIDTH USA INC rsz@curtinheefner.com
              Robert J. Feinstein   on behalf of Interested Party    Indenture Trustee and the EFIH 2nd Lien
              Objectors rfeinstein@pszjlaw.com
              Robert J. Feinstein   on behalf of Defendant    Computershare Trust Company, N.A.
              rfeinstein@pszjlaw.com
              Robert J. Feinstein   on behalf of Defendant    Computershare Trust Company of Canada
              rfeinstein@pszjlaw.com
              Robert J. Feinstein   on behalf of Interested Party    Computershare Trust Company, N.A., and
              Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
              Secured Second Lien Notes due 2021 and the 11.75% Senio rfeinstein@pszjlaw.com
              Robert K. Malone   on behalf of Interested Party    CITIBANK, N.A. robert.malone@dbr.com,
              brian.morgan@dbr.com
              Ryan M. Bartley   on behalf of Interested Party    Ad Hoc Committee of TCEH First Lien Creditors
              bankfilings@ycst.com
              Sabrina L. Streusand   on behalf of Interested Party Allen   Shrode streusand@slollp.com,
              prentice@slollp.com
              Samuel Lee Moultrie   on behalf of Creditor    RailWorks Track System, Inc. smoultrie@wlblaw.com
              Scott D. Cousins   on behalf of Interested Party    Ad Hoc Committee of EFIH Unsecured Noteholders
              scousins@bayardlaw.com,  lmorton@bayardlaw.com;tstoner@bayardlaw.com
              Scott D. Cousins   on behalf of Intervenor-Defendant    Ad Hoc Committee of EFIH Unsecured
              Noteholders scousins@bayardlaw.com,  lmorton@bayardlaw.com;tstoner@bayardlaw.com
              Scott D. Cousins   on behalf of Interested Party    EFIH Second Lien DIP Commitment Parties
              scousins@bayardlaw.com,  lmorton@bayardlaw.com;tstoner@bayardlaw.com
              Sean A. O'Neal   on behalf of Interested Party    J. Aron & Company soneal@cgsh.com,
              maofiling@cgsh.com;afee@cgsh.com
              Sean A. O'Neal   on behalf of Interested Party    J Aron & Company soneal@cgsh.com,
              maofiling@cgsh.com;afee@cgsh.com
              Sean M. Brennecke   on behalf of Creditor    UMB Bank, N.A. sbrennecke@klehr.com,  state@klehr.com
              Shanti M. Katona   on behalf of Creditor Committee    The Official Committee of Unsecured
              Creditors skatona@polsinelli.com,  LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
              Shawn M. Christianson   on behalf of Creditor    Oracle America, Inc. schristianson@buchalter.com,
              cmcintire@buchalter.com
              Simon E. Fraser   on behalf of Interested Party    J Aron & Company sfraser@cozen.com
              Simon E. Fraser   on behalf of Defendant    Morgan Stanley Capital Group, Inc. sfraser@cozen.com
              Stacey  Kremling   on behalf of Creditor    2603 Augusta Investors, LP stacey@womaclaw.com
              Stacy L. Newman   on behalf of Interested Party    Wilmington Savings Fund Society, FSB, in its
              capacity as successor Indenture Trustee snewman@ashby-geddes.com
              Stanley B. Tarr   on behalf of Interested Party    Wilmington Trust, N.A. tarr@blankrome.com,
              moody@ecf.inforuptcy.com
              Stephanie  Wickouski   on behalf of Interested Party    Indenture Trustee and the EFIH 2nd Lien
              Objectors stephanie.wickouski@bryancave.com,  dortiz@bryancave.com
              Stephanie  Wickouski   on behalf of Interested Party    Computershare Trust Company, N.A., and
              Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
              Secured Second Lien Notes due 2021 and the 11.75% Senio stephanie.wickouski@bryancave.com,
              dortiz@bryancave.com
              Stephanie  Wickouski   on behalf of Defendant    Computershare Trust Company of Canada
              stephanie.wickouski@bryancave.com,  dortiz@bryancave.com
              Stephanie  Wickouski   on behalf of Defendant    Computershare Trust Company, N.A.
              stephanie.wickouski@bryancave.com,  dortiz@bryancave.com
              Stephen  Karotkin   on behalf of Plaintiff    Third Avenue Management LLC
              stephen.karotkin@weil.com,  frank.grese@weil.com
              Stephen  Karotkin   on behalf of Plaintiff    GSO Capital Partners LP stephen.karotkin@weil.com,
              frank.grese@weil.com
              Stephen  Karotkin   on behalf of Plaintiff    Avenue Capital Management II, LP
              stephen.karotkin@weil.com,  frank.grese@weil.com
              Stephen  Karotkin   on behalf of Plaintiff    P. Schoenfeld Asset Management LP
              stephen.karotkin@weil.com,  frank.grese@weil.com
              Stephen  Karotkin   on behalf of Plaintiff    York Capital Management Global Advisors, LLC
              stephen.karotkin@weil.com,  frank.grese@weil.com
              Stephen A. Spence   on behalf of Interested Party    Fee Committee sas@pgslaw.com,  saa@pgslaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

        Stephen C. Stapleton   on behalf of Creditor   Atmos Energy Corporation
        sstapleton@cowlesthompson.com
        Stephen D Lerner   on behalf of Interested Party   ArcelorMittal USA LLC
        stephen.lerner@squirepb.com
        Stephen M. Miller   on behalf of Creditor   Law Debenture Trust Company of New York, in its
        capacity as Indenture Trustee smiller@morrisjames.com,
        wweller@morrisjames.com;jdawson@morrisjames.com
        Stephen W. Spence   on behalf of Fee Examiner Richard  Gitlin ss@pgslaw.com,  saa@pgslaw.com
        Stephen W. Spence   on behalf of Attorney   Phillips, Goldman & Spence, P.A. ss@pgslaw.com,
        saa@pgslaw.com
        Stephen W. Spence   on behalf of Interested Party   Fee Committee ss@pgslaw.com, saa@pgslaw.com
        Steven A. Ginther   on behalf of Creditor   Missouri Department of Revenue deecf@dor.mo.gov
        Steven K. Kortanek   on behalf of Interested Party   CenterPoint Energy Resources Corp.
        skortanek@wcsr.com,  hsasso@wcsr.com;jwray@wcsr.com;nturner@wcsr.com
        Steven K. Kortanek   on behalf of Interested Party   CenterPoint Energy Houston Electric, LLC
        skortanek@wcsr.com,  hsasso@wcsr.com;jwray@wcsr.com;nturner@wcsr.com
        Sundeep S. Sidhu   on behalf of Creditor   Siemens Power Generation Inc. sunny.sidhu@akerman.com,
        cindy.miller@akerman.com
        Susan E. Kaufman   on behalf of Creditor   Tarrant Regional Water District
        skaufman@skaufmanlaw.com
        Theodore J. Tacconelli   on behalf of Interested Party   Titus County Appraisal District
        ttacconelli@ferryjoseph.com
        Theodore J. Tacconelli   on behalf of Interested Party   Rusk County Appraisal District
        ttacconelli@ferryjoseph.com
        Theodore J. Tacconelli   on behalf of Creditor   Freestone County, Texas
        ttacconelli@ferryjoseph.com
        Theodore J. Tacconelli   on behalf of Interested Party   Freestone County Appraisal District
        ttacconelli@ferryjoseph.com
        Theodore J. Tacconelli   on behalf of Interested Party   Robertson County Appraisal District
        ttacconelli@ferryjoseph.com
        Thomas F. Driscoll, III   on behalf of Debtor   Energy Future Holdings Corp.
        tdriscoll@bifferato.com,  mdunwody@bifferato.com
        Thomas J. Moloney   on behalf of Interested Party   J. Aron & Company tmoloney@cgsh.com
        Thomas J. Moloney   on behalf of Interested Party   J Aron & Company tmoloney@cgsh.com
        Thomas Ross Hooper   on behalf of Defendant   Wilmington Trust, N.A., as First Lien Collateral
        Agent hooper@sewkis.com
        Thomas Ross Hooper   on behalf of Interested Party   Wilmington Trust, N.A. hooper@sewkis.com
        Tina Niehold Moss   on behalf of Interested Party   Delaware Trust Company as Successor Trustee
        under the TCEH 11.5% Senior Secured Notes Indenture tmoss@perkinscoie.com,
        nvargas@perkinscoie.com
        Tina Niehold Moss   on behalf of Interested Party   Delaware Trust Company, f/k/a CSC Trust
        Company of Delaware, as Indenture Trustee tmoss@perkinscoie.com,  nvargas@perkinscoie.com
        Tina Niehold Moss   on behalf of Creditor   The Bank of New York Mellon, as Indenture Trustee
        tmoss@perkinscoie.com,  nvargas@perkinscoie.com
        Tobey M. Daluz   on behalf of Defendant   Pyramis Global Advisors Trust Company
        daluzt@ballardspahr.com
        Tobey M. Daluz   on behalf of Defendant   Fidelity Management & Research Company
        daluzt@ballardspahr.com
        Tobey M. Daluz   on behalf of Defendant   Fidelity Advisor Series I: Fidelity Advisor High Income
        Advantage Fund daluzt@ballardspahr.com
        Tobey M. Daluz   on behalf of Defendant   Fidelity Advisor Series II: Fidelity Advisor Strategic
        Income Fund daluzt@ballardspahr.com
        Tobey M. Daluz   on behalf of Defendant   Japan Trustee Services Bank Ltd. as trustee of Fidelity
        High Yield Bond Open Mother Fund daluzt@ballardspahr.com
        Tobey M. Daluz   on behalf of Defendant   Fidelity Puritan Trust: Fidelity Puritan Fund
        daluzt@ballardspahr.com
        Tobey M. Daluz   on behalf of Defendant   Fidelity Global Bond Series  US Dollar Monthly Income
        US High Yield Pool daluzt@ballardspahr.com
        Tobey M. Daluz   on behalf of Defendant   Fidelity Management & Research Company as Investment
        Manager for Japan Trustee Services Bank, Ltd. Re: Fidelity High Yield Bond Open Mother Fund
        daluzt@ballardspahr.com
        Tobey M. Daluz   on behalf of Defendant   Master Trust Bank of Japan daluzt@ballardspahr.com
        Tobey M. Daluz   on behalf of Defendant   Variable Insurance Products Fund V: Strategic Income
        Portfolio daluzt@ballardspahr.com
        Tobey M. Daluz   on behalf of Defendant   Fidelity Investments Canada ULC daluzt@ballardspahr.com
        Tobey M. Daluz   on behalf of Defendant   FIL Investments International (FII)
        daluzt@ballardspahr.com
        Tobey M. Daluz   on behalf of Defendant   Fidelity Summer Street Trust: Fidelity Global High
        Income Fund daluzt@ballardspahr.com
        Tobey M. Daluz   on behalf of Defendant   Fidelity School Street Trust: Fidelity Strategic Income
        daluzt@ballardspahr.com
        Tobey M. Daluz   on behalf of Defendant   Japan Trustee Services Bank, Ltd. as trustee of
        Fidelity Strategic Income Mother Fund daluzt@ballardspahr.com
        Tobey M. Daluz   on behalf of Defendant   Fidelity Investments daluzt@ballardspahr.com
        Tobey M. Daluz   on behalf of Defendant   Fidelity Summer Street Trust: Fidelity Capital & Income
        Fund daluzt@ballardspahr.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Todd Charles Schiltz, Esq   on behalf of Interested Party   CSC Trust Company of Delaware, as
              successor indenture trustee and collateral trustee todd.schiltz@dbr.com,
              cathlyn.cantelmi@dbr.com;marita.erbeck@dbr.com;Jennifer.Roussil@dbr.com
              Todd Jeffrey Rosen   on behalf of Interested Party   TCEH Debtors todd.rosen@mto.com
              Traci L. Cotton   on behalf of Creditor   UT System obo UT at Arlington tcotton@utsystem.edu
              Tyler D. Semmelman   on behalf of Debtor   Luminant Energy Trading California Company
              semmelman@rlf.com,  rbgroup@rlf.com
              Tyler D. Semmelman   on behalf of Debtor   EEC Holdings, Inc. semmelman@rlf.com,  rbgroup@rlf.com
              Tyler D. Semmelman   on behalf of Debtor   LSGT Gas Company LLC semmelman@rlf.com,
              rbgroup@rlf.com
              Tyler D. Semmelman   on behalf of Debtor   NCA Development Company LLC semmelman@rlf.com,
              rbgroup@rlf.com
              Tyler D. Semmelman   on behalf of Debtor   Luminant Renewables Company LLC semmelman@rlf.com,
              rbgroup@rlf.com
              Tyler D. Semmelman   on behalf of Debtor   Luminant Mining Company LLC semmelman@rlf.com,
              rbgroup@rlf.com
              Tyler D. Semmelman   on behalf of Debtor   Eagle Mountain Power Company LLC semmelman@rlf.com,
              rbgroup@rlf.com
              Tyler D. Semmelman   on behalf of Debtor   TXU Energy Receivables Company LLC semmelman@rlf.com,
              rbgroup@rlf.com
              Tyler D. Semmelman   on behalf of Debtor   TXU Retail Services Company LLC semmelman@rlf.com,
              rbgroup@rlf.com
              Tyler D. Semmelman   on behalf of Debtor   TXU Electric Company, Inc. semmelman@rlf.com,
              rbgroup@rlf.com
              Tyler D. Semmelman   on behalf of Debtor   Martin Lake 4 Power Company LLC semmelman@rlf.com,
              rbgroup@rlf.com
              Tyler D. Semmelman   on behalf of Debtor   Energy Future Intermediate Holding Company LLC
              semmelman@rlf.com,  rbgroup@rlf.com
              Tyler D. Semmelman   on behalf of Debtor   Lone Star Energy Company, Inc. semmelman@rlf.com,
              rbgroup@rlf.com
              Tyler D. Semmelman   on behalf of Debtor   Texas Competitive Electric Holdings Company LLC
              semmelman@rlf.com,  rbgroup@rlf.com
              Tyler D. Semmelman   on behalf of Debtor   Energy Future Competitive Holdings Company LLC
              semmelman@rlf.com,  rbgroup@rlf.com
              Tyler D. Semmelman   on behalf of Debtor   Energy Future Holdings Corp. semmelman@rlf.com,
              rbgroup@rlf.com
              Tyler D. Semmelman   on behalf of Debtor   Big Brown 3 Power Company LLC semmelman@rlf.com,
              rbgroup@rlf.com
              Tyler D. Semmelman   on behalf of Debtor   Tradinghouse 3 & 4 Power Company LLC semmelman@rlf.com,
              rbgroup@rlf.com
              Tyler D. Semmelman   on behalf of Debtor   Generation Development Company LLC semmelman@rlf.com,
              rbgroup@rlf.com
              Tyler D. Semmelman   on behalf of Debtor   Oak Grove Mining Company LLC semmelman@rlf.com,
              rbgroup@rlf.com
              Tyler D. Semmelman   on behalf of Debtor   Brighten Energy LLC semmelman@rlf.com,  rbgroup@rlf.com
              Tyler D. Semmelman   on behalf of Debtor   Texas Electric Service Company, Inc. semmelman@rlf.com,
              rbgroup@rlf.com
              Tyler D. Semmelman   on behalf of Debtor   Luminant Generation Company LLC semmelman@rlf.com,
              rbgroup@rlf.com
              Tyler D. Semmelman   on behalf of Debtor   Lone Star Pipeline Company, Inc. semmelman@rlf.com,
              rbgroup@rlf.com
              Tyler D. Semmelman   on behalf of Debtor   Generation SVC Company semmelman@rlf.com,
              rbgroup@rlf.com
              Tyler D. Semmelman   on behalf of Debtor   Luminant Mineral Development Company LLC
              semmelman@rlf.com,  rbgroup@rlf.com
              Tyler D. Semmelman   on behalf of Debtor   Texas Utilities Company, Inc. semmelman@rlf.com,
              rbgroup@rlf.com
              Tyler D. Semmelman   on behalf of Debtor   EECI, Inc. semmelman@rlf.com,  rbgroup@rlf.com
              Tyler D. Semmelman   on behalf of Debtor   TXU SEM Company semmelman@rlf.com,  rbgroup@rlf.com
              Tyler D. Semmelman   on behalf of Debtor   Southwestern Electric Service Company, Inc.
              semmelman@rlf.com,  rbgroup@rlf.com
              Tyler D. Semmelman   on behalf of Debtor   EFH FS Holdings Company semmelman@rlf.com,
              rbgroup@rlf.com
              Tyler D. Semmelman   on behalf of Defendant   EFIH Finance Inc. semmelman@rlf.com,
              rbgroup@rlf.com
              Tyler D. Semmelman   on behalf of Debtor   4Change Energy Holdings LLC semmelman@rlf.com,
              rbgroup@rlf.com
              Tyler D. Semmelman   on behalf of Debtor   Sandow Power Company LLC semmelman@rlf.com,
              rbgroup@rlf.com
              Tyler D. Semmelman   on behalf of Debtor   EFH Renewables Company LLC semmelman@rlf.com,
              rbgroup@rlf.com
              Tyler D. Semmelman   on behalf of Debtor   EFH CG Management Company LLC semmelman@rlf.com,
              rbgroup@rlf.com
              Tyler D. Semmelman   on behalf of Attorney   Kirkland & Ellis LLP semmelman@rlf.com,
              rbgroup@rlf.com
              Tyler D. Semmelman   on behalf of Debtor   Generation MT Company LLC semmelman@rlf.com,
              rbgroup@rlf.com
              Tyler D. Semmelman   on behalf of Debtor   TCEH Finance, Inc. semmelman@rlf.com,  rbgroup@rlf.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Tyler D. Semmelman    on behalf of Debtor    NCA Resources Development Company LLC
                semmelman@rlf.com,  rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Big Brown Lignite Company LLC semmelman@rlf.com,
                rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Texas Energy Industries Company, Inc.
                semmelman@rlf.com,  rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    TXU Energy Retail Company LLC semmelman@rlf.com,
                rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Dallas Power & Light Company, Inc. semmelman@rlf.com,
                rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    DeCordova Power Company LLC semmelman@rlf.com,
                rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Monticello 4 Power Company LLC semmelman@rlf.com,
                rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Lake Creek 3 Power Company LLC semmelman@rlf.com,
                rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Tradinghouse Power Company LLC semmelman@rlf.com,
                rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Luminant Energy Company LLC semmelman@rlf.com,
                rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Luminant Holding Company LLC semmelman@rlf.com,
                rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    EBASCO SERVICES OF CANADA LIMITED semmelman@rlf.com,
                rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Valley Power Company LLC semmelman@rlf.com,
                rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    EFIH Finance Inc. semmelman@rlf.com,  rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Luminant ET Services Company semmelman@rlf.com,
                rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Collin Power Company LLC semmelman@rlf.com,
                rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Texas Power & Light Company, Inc. semmelman@rlf.com,
                rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Morgan Creek 7 Power Company LLC semmelman@rlf.com,
                rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Oak Grove Power Company LLC semmelman@rlf.com,
                rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    TXU Energy Solutions Company LLC semmelman@rlf.com,
                rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Brighten Holdings LLC semmelman@rlf.com,
                rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Big Brown Power Company LLC semmelman@rlf.com,
                rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    TXU Receivables Company semmelman@rlf.com,
                rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Valley NG Power Company LLC semmelman@rlf.com,
                rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    LSGT SACROC, Inc. semmelman@rlf.com,  rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    EFH CG Holdings Company LP semmelman@rlf.com,
                rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Oak Grove Management Company LLC semmelman@rlf.com,
                rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    EFH Australia (No. 2) Holdings Company
                semmelman@rlf.com,  rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Luminant Big Brown Mining Company LLC
                semmelman@rlf.com,  rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    EFH Finance (No. 2) Holdings Company semmelman@rlf.com,
                rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    DeCordova II Power Company LLC semmelman@rlf.com,
                rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    4Change Energy Company semmelman@rlf.com,
                rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Defendant    Energy Future Intermediate Holding Company LLC
                semmelman@rlf.com,  rbgroup@rlf.com
              United States Trustee    USTPREGION03.WL.ECF@USDOJ.GOV
              Vincent E. Lazar    on behalf of Spec. Counsel    Energy Future Intermediate Holding Company LLC
                vlazar@jenner.com
              Ward W. Benson    on behalf of Creditor    UNITED STATES OF AMERICA wardlow.w.benson@usdoj.gov,
                Eastern.Taxcivil@usdoj.gov
              Warren A. Usatine    on behalf of Interested Party    CSC Trust Company of Delaware, as successor
                indenture trustee and collateral trustee wusatine@coleschotz.com
              Wendy B. Reilly    on behalf of Creditor    Evercore Group LLC wbreilly@debevoise.com,
                mao-bk-ecf@debevoise.com
              Wendy G. Marcari    on behalf of Interested Party    Benbrooke Electric Partners, LLC
                wmarcari@ebglaw.com,  nyma@ebglaw.com
              William A. Hazeltine    on behalf of Creditor    Mastercraft Printed Products & Services, Inc.
                Bankruptcy001@sha-llc.com
              William A. Romanowicz    on behalf of Debtor    Big Brown 3 Power Company LLC rbgroup@rlf.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          William A. Romanowicz    on behalf of Debtor    Energy Future Competitive Holdings Company LLC
               rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Brighten Energy LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Texas Utilities Electric Company, Inc.
               rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    EFH CG Management Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Energy Future Intermediate Holding Company LLC
               rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    EFH CG Holdings Company LP rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    EFH Australia (No. 2) Holdings Company
               rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Southwestern Electric Service Company, Inc.
               rbgroup@rlf.com
          William A. Romanowicz    on behalf of Defendant    Energy Future Intermediate Holding Company LLC
               rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Tradinghouse Power Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    TXU Energy Retail Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    LSGT Gas Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    EFH FS Holdings Company rbgroup@rlf.com
          William A. Romanowicz    on behalf of Defendant    EFIH Finance Inc. rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Brighten Holdings LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    EFH Corporate Services Company rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Eagle Mountain Power Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    EEC Holdings, Inc. rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    DeCordova Power Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Tradinghouse 3 & 4 Power Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Texas Competitive Electric Holdings Company LLC
               rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    TXU Energy Receivables Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    EFH Finance (No. 2) Holdings Company rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Lone Star Energy Company, Inc. rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Luminant Renewables Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Lone Star Pipeline Company, Inc. rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    4Change Energy Holdings LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Generation SVC Company rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    EFH Renewables Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    EECI, Inc. rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Big Brown Lignite Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Generation Development Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    TXU Electric Company, Inc. rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    4Change Energy Company rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Lake Creek 3 Power Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    EBASCO SERVICES OF CANADA LIMITED rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    EFIH Finance Inc. rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    LSGT SACROC, Inc. rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Energy Future Holdings Corp. rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Generation MT Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Big Brown Power Company LLC rbgroup@rlf.com
          William D. Sullivan    on behalf of Creditor    Capgemini America, Inc. wdsecfnotices@sha-llc.com
          William E Kelleher, Jr    on behalf of Creditor    Westinghouse Electric Company LLC
               wkelleher@cohenlaw.com,  mgraeb@cohenlaw.com,bfilings@cohenlaw.com,
          William E. Chipman, Jr.    on behalf of Interested Party    Ad Hoc Committee of EFIH Unsecured
               Noteholders chipman@chipmanbrown.com,  bankruptcyservice@chipmanbrown.com;dero@chipmanbrown.com
          William E. Chipman, Jr.    on behalf of Intervenor-Defendant    Ad Hoc Committee of EFIH Unsecured
               Noteholders chipman@chipmanbrown.com,  bankruptcyservice@chipmanbrown.com;dero@chipmanbrown.com
          William F. Taylor, Jr.    on behalf of Creditor    Cellco Partnership d/b/a Verizon Wireless
               bankruptcydel@mccarter.com,  bankruptcydel@mccarter.com
          William M. Hildbold    on behalf of Creditor Committee    The Official Committee of Unsecured
               Creditors WHildbold@mofo.com
          William P. Weintraub    on behalf of Creditor    Aurelius Capital Management, LP
               wweintraub@goodwinproctor.com,  zhassoun@fklaw.com
          William Pierce Bowden    on behalf of Interested Party    Wilmington Savings Fund Society, FSB, in
               its capacity as successor Indenture Trustee wbowden@ashby-geddes.com
                                                                                TOTAL: 880