## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.,*[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### EFIH DEBTORS' COUNTERDESIGNATION OF THE RECORD ON APPEAL

Pursuant to Fed. R. Bankr. P. 8009 and Del. Bankr. L.R. 8009-1, Appellees Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. (the "EFIH Debtors" or "Appellees") respectfully submit this designation of additional items to be included in the record on appeal in connection with the appeal of UMB Bank N.A., as Indenture Trustee (the "PIK Trustee") for the unsecured 11.25%/12.25% Senior Toggle Notes Due 2018 issued by Appellees pursuant to the Indenture dated as of December 5, 2012, from the orders, judgments, and decrees issued by the U.S. Bankruptcy Court for the District of Delaware (Sontchi, J.) in the above-captioned chapter 11 case and/or adversary proceeding set forth in the PIK Trustee's *Statement Of Issues On Appeal And Designation Of Items To Be Included In The Record On Appeal* (D.I. 7325).

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

## Designation of Additional Items to be Included in the Record on Appeal[2]

In addition to the items designated for the record by the PIK Trustee, the EFIH Debtors

designate the following:

### (a)    Documents Filed in Chapter 11 Bankruptcy Case No. 14-10979

| Docket Number | Description |
|---|---|
| 7283 | Certification of Counsel Concerning Amended Order Confirming Sixth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code |
| 7285 | Order (Amended) Confirming The Sixth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code. |

### (b)    Documents Filed in Adversary Proceeding No. 14-50363

| Docket Number | Description |
|---|---|
| 190 | EFIH Debtors' Motion in Limine to Exclude Expert Reports and Testimony of McCarty, Cacioppo, and Kearns |
| 191 | EFIH Debtors' Memorandum of Law in Support of Motion in Limine to Exclude Expert Reports and Testimony of McCarty, Cacioppo, and Kearns |
| 193 | Declaration of Michael P. Esser in Support of the EFIH Debtors' Motion in Limine to Exclude Expert Reports and Testimony of McCarty, Cacioppo, and Kearns |
| 208 | Plaintiff-Trustee's Opposition to Debtors' Motion in Limine to Exclude Expert Reports and Testimony of McCarty, Cacioppo, and Kearns |
| 218 | Debtors Reply in Support of Motion to Exclude Expert Testimonies |
| 219 | Madron Declaration in Support of EFIH Debtors' Reply in Further Support of Motion to Exclude Expert Testimony of McCarty, Cacioppo and Kearns |
| 220 | Notice of Filing Unredacted Copy of Plaintiff-Trustee's Memo in Support of Motion for Summary Judgment |

---

[2] All items designated herein by the EFIH Debtors include all exhibits, schedules, attachments and other documents included within each docket entry for such item. The EFIH Debtors reserve the right to amend this designation of additional items to be included in the record on appeal. It is the EFIH Debtors' understanding and belief that all items designated by the PIK Trustee include all exhibits and other documents included within each entry for such item. If this is incorrect, the EFIH Debtors hereby designate to be included in the record on appeal all exhibits and other documents related to the documents designated by the PIK Trustee.

| Docket Number | Description |
|:---:|:---|
| 221 | Notice of Filing Unredacted Appendix to Plaintiff-Trustee's Memo in Support of Motion for Summary Judgment |
| 222 | Notice of Filing Unredacted Copy of Plaintiff-Trustee's Reply Brief in Support of Motion for Summary Judgment |
| 223 | Notice of Filing Unredacted Appendix to Plaintiff-Trustee's Reply Brief in Support of Motion for Summary Judgment |
| 258 | EFH Unsecured Creditors Committee Letter re Lift Stay Hearing |

(c)      **Evidence Admitted at Hearing in Adversary Proceeding 14-50363**

Defendants' Exhibits entered into evidence (DX1-2), filed at Chapter 11 Case No. 14-10979, D.I. 5330.

(d)      **Transcripts**

Transcript of October 20, 2015 Hearing, filed together herewith as **Exhibit A**.


[*Remainder of page intentionally left blank.*]

Dated: December 28, 2015
      Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:       collins@rlf.com
             defranceschi@rlf.com
             madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:       edward.sassower@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Andrew R. McGaan, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini  (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:       james.sprayregen@kirkland.com
             marc.kieselstein@kirkland.com
             andrew.mcgaan@kirkland.com
             chad.husnick@kirkland.com
             steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession