## **EXHIBIT A**

**Statement of Fees and Expenses By Subject Matter**

**COMPENSATION BY SUBJECT MATTER[1]**
**NOVEMBER 1, 2015 THROUGH NOVEMBER 30, 2015**

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 4 | General Environmental Matters | 20.0 | $8,544.00 |
| 7 | EPA NSR Litigation | 156.60 | $51,683.00 |
| 8 | EGU MACT | 31.80 | $12,225.50 |
| 9 | Texas PM2.5 Interstate Transport Rule | 24.20 | $8,745.00 |
| 11 | EPA Regional Haze Rulemaking | 73.20 | $21,653.50 |
| 18 | EPA Affirmative Defense Litigation | 53.90 | $22,390.00 |
| 19 | EPA GHG Rules | 144.60 | $55,855.50 |
| 21 | Bankruptcy Application and Retention | 22.40 | $5,674.50 |
| **Totals:** | | **526.70** | **$186,771.00** |

---

[1] The work performed and expenses incurred by Balch during the compensation period were entirely on behalf of Texas Competitive Electric Holdings Company, LLC and its debtor subsidiaries.

**EXPENSE SUMMARY**
**NOVEMBER 1, 2015 THROUGH NOVEMBER 30, 2015**

| Expense Category | Amount |
|---|---|
| Airfare | $738.46 |
| Deliveries | $1.64 |
| Standard Copies or Prints | $2.30 |
| Telephone Charges | $76.62 |
| Transportation to/from airport | $161.52 |
| Transportation | $67.22 |
| Travel Expenses – Lodging | $942.86 |
| Travel Meals | $486.29 |
| Other Travel Expenses | $74.00 |
| **Total Expenses Sought:** | **$2,550.91** |