## **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The Balch attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Thomas L. Casey III | Partner | 2003 | Environmental | $385.00 | 85.30 | $32,840.50 |
| Thomas DeLawrence | Partner | 2006 | Environmental | $320.00 | 25.00 | $8,000 |
| P. Stephen Gidiere | Partner | 1996 | Environmental | $505.00 | 149.90 | $75,699.50 |
| C. Grady Moore | Partner | 1992 | Environmental | $505.00 | 8.60 | $4,343.00 |
| Mary F. Samuels | Partner | 2007 | Environmental | $320.00 | 0.20 | $64.00 |
| Julia Barber | Associate | 2014 | Environmental | $240.00 | 46.50 | $11,60.00 |
| S. Ellen Burgin | Associate | 2014 | Environmental | $235.00 | 1.00 | $235.00 |
| David W. Mitchell | Associate | 2009 | Environmental | $285.00 | 82.60 | $23,541.00 |
| J. Patrick Runge | Associate | 2008 | Environmental | $270.00 | 34.30 | $9,261.00 |
| Amy Benschoter | Staff Attorney | 2005 | Environmental | $230.00 | 87.70 | $20,171.00 |
| M. Talmadge Simpson | Staff Attorney | 2011 | Environmental | $260.00 | 5.60 | $1,456.00 |
|  |  |  |  |  | 526.70 | $186,771.00 |

| | | |
|---|---|---|
| | **Total Fees Requested** | **$186,771.00** |