# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

# EXPENSE SUMMARY
## NOVEMBER 1, 2015 THROUGH NOVEMBER 30, 2015

| Expense Category | Amount |
| --- | --- |
| Airfare | $738.46 |
| Deliveries | $1.64 |
| Standard Copies or Prints | $2.30 |
| Telephone Charges | $76.62 |
| Transportation to/from airport | $161.52 |
| Transportation | $67.22 |
| Travel Expenses – Lodging | $942.86 |
| Travel Meals | $486.29 |
| Other Travel Expenses | $74.00 |
| **Total Expenses Sought:** | **$2,550.91** |