## **EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

**DETAILED EXPENSE SUMMARY**
**NOVEMBER 1, 2015 THROUGH NOVEMBER 30, 2015**

| Invoice Number | Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 590424 | 004 | 10/1/15 | P. Stephen Gidiere | Telephone Charges | | | $14.97 | Conference Call |
| *590424* | *004* | *10/1/15* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$0.06* | *Long Distance[1]* |
| 590424 | 004 | 10/8/15 | P. Stephen Gidiere | Telephone Charges | | | $13.87 | Conference Call |
| 590424 | 004 | 10/23/15 | P. Stephen Gidiere | Telephone Charges | | | $15.62 | Conference Call |
| 590424 | 004 | 10/29/15 | P. Stephen Gidiere | Telephone Charges | | | $18.06 | Conference Call |
| *590424* | *004* | *11/16/15* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$0.40* | *Long Distance* |
| 590425 | 007 | 11/6/15 | C. Grady Moore | Telephone Charges | | | $3.00 | Conference Call |
| 590425 | 007 | 11/17/15 | Thomas Casey | Transportation | | | $14.82 | Cab fare from hotel to meeting |
| 590425 | 007 | 11/17/15 | Thomas Casey | Transportation | | | $6.96 | Cab fare from meeting to hotel |
| 590425 | 007 | 11/17/15 | Thomas Casey | Transportation to/from Airport | | | $50.92 | Cab fare from airport to hotel |
| 590425 | 007 | 11/17/15 | Thomas Casey | Travel Meal | | | $19.73 | Lunch (1 person) |
| *590425* | *007* | *11/17/15* | *Thomas Casey* | *Travel Meal* | | | *$46.46[2]* | *Dinner (1 person)* |
| 590425 | 007 | 11/17/15 | Thomas Casey | Travel Meal | | | $2.26 | Breakfast (1 person) |
| 590425 | 007 | 11/17/15 | Thomas Casey | Travel Meal | | | $16.50 | Dinner (1 person) |
| 590425 | 007 | 11/17/15 | Thomas Casey | Travel Meal | | | $21.84 | Breakfast (1 person) |
| 590425 | 007 | 11/18/15 | Thomas Casey | Travel Meal | | | $9.79 | Lunch (1 person) |
| *590425* | *007* | *11/18/15* | *Thomas Casey* | *Travel Meal* | | | *$102.93[3]* | *Dinner (1 person)* |
| 590425 | 007 | 11/18/15 | Thomas Casey | Travel Meal | | | $19.84 | Breakfast (1 person) |
| 590425 | 007 | 11/19/15 | Thomas Casey | Transportation | | | $25.69 | Cab fare from courthouse to hotel |
| 590425 | 007 | 11/19/15 | Thomas Casey | Transportation | | | $19.75 | Cab fare from courthouse to hotel. |
| 590425 | 007 | 11/19/15 | Thomas Casey | Travel Expenses – Lodging | | | $592.86 | Lodging in St. Louis, MO (3 nights) |
| 590425 | 007 | 11/19/15 | Thomas Casey | Travel Meal | | | $25.19 | Lunch (1 person) |
| *590425* | *007* | *11/19/15* | *Thomas Casey* | *Travel Meal* | | | *$42.65[4]* | *Dinner (1 person)* |

---

[1] Pursuant to the Fee Committee's initial memorandum, dated October 3, 2014, only multi-party telephone conference call charges are reimbursable. Therefore, all entries described as "long distance" are not reimbursable.

[2] Pursuant to the Fee Committee's initial memorandum, dated October 3, 2014, meals are capped at $40.00 per person, per meal. Therefore, $6.46 is not reimbursable.

[3] Pursuant to the Fee Committee's initial memorandum, dated October 3, 2014, meals are capped at $40.00 per person, per meal. Therefore, $62.93 is not reimbursable.

[4] Pursuant to the Fee Committee's initial memorandum, dated October 3, 2014, meals are capped at $40.00 per person, per meal. Therefore, $2.65 is not reimbursable.

| Invoice Number | Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 590425 | 007 | 11/20/15 | Thomas Casey | Other Travel Expenses | | | $40.00 | Airport Parking |
| 590425 | 007 | 11/20/15 | Thomas Casey | Transportation to/from Airport | | | $46.80 | Cab fare from hotel to airport |
| 590425 | 007 | 11/20/15 | Thomas Casey | Travel Meal | | | $5.36 | Breakfast (1 person) |
| 590429 | 018 | 11/4/15 | P. Stephen Gidiere | Telephone Charges | | | $6.20 | Conference Call |
| 590429 | 018 | 11/18/15 | P. Stephen Gidiere | Telephone Charges | | | $1.20 | Conference Call |
| 590429 | 018 | 11/20/15 | P. Stephen Gidiere | Telephone Charges | | | $1.30 | Conference Call |
| 590429 | 018 | 11/24/15 | P. Stephen Gidiere | Telephone Charges | | | $1.10 | Conference Call |
| 590429 | 018 | 11/28/15 | Patrick Runge | In-house Copying | 18 | $0.10 | $1.80 | Standard Copies |
| 590430 | 019 | 11/10/15 | P. Stephen Gidiere | Airfare | | | $738.46 | Roundtrip airfare between Birmingham, AL and Dallas, TX |
| *590430* | *019* | *11/10/15* | *P. Stephen Gidiere* | *Other Travel Expenses* | | | *$2.00[5]* | *Baggage handling tip* |
| 590430 | 019 | 11/10/15 | P. Stephen Gidiere | Transportation to/from Airport | | | $28.00 | Cab fare from airport to hotel |
| 590430 | 019 | 11/10/15 | P. Stephen Gidiere | Transportation to/from Airport | | | $2.30 | Transportation to Birmingham airport |
| 590430 | 019 | 11/10/15 | P. Stephen Gidiere | Travel Meals | | | $15.99 | Breakfast (1 person) |
| *590430* | *019* | *11/10/15* | *P. Stephen Gidiere* | *Travel Meals* | | | *$374.34[6]* | *Dinner (3 people)* |
| 590430 | 019 | 11/11/15 | P. Stephen Gidiere | Other Travel Expenses | | | $34.00 | Airport Parking |
| 590430 | 019 | 11/11/15 | P. Stephen Gidiere | Transportation to/from Airport | | | $31.20 | Cab fare from hotel to airport |
| 590430 | 019 | 11/11/15 | P. Stephen Gidiere | Transportation to/from Airport | | | $2.30 | Transportation from Birmingham airport |
| *590430* | *019* | *11/11/15* | *P. Stephen Gidiere* | *Travel Expenses – Lodging* | | | *$563.62[7]* | *Lodging in Dallas, TX (1 night)* |
| 590430 | 019 | 11/11/15 | P. Stephen Gidiere | Travel Meals | | | $29.75 | Lunch (2 people) |
| 590430 | 019 | 11/11/15 | P. Stephen Gidiere | Travel Meals | | | $7.95 | Breakfast (1 person) |

---

[5] Pursuant to the Fee Committee's correspondence, baggage fees and tips are not reimbursable.

[6] Pursuant to the Fee Committee's initial memorandum, dated October 3, 2014, meals are capped at $40.00 per person, per meal. Therefore, $254.34 is not reimbursable.

[7] Pursuant to the Fee Committee's initial memorandum, dated October 3, 2014, hotel rooms are capped at $350.00 per night. Therefore, $213.62 is not reimbursable.

RLF1 13601568v.1

| Invoice Number | Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 590430 | 019 | 11/11/15 | P. Stephen Gidiere | Travel Meals | | | $33.61 | Lunch (1 person) |
| 590430 | 019 | 11/11/15 | P. Stephen Gidiere | Travel Meals | | | $29.82 | Dinner (1 person) |
| 590430 | 019 | 11/11/15 | P. Stephen Gidiere | Travel Meals | | | 8.66 | Breakfast (1 person) |
| 590430 | 019 | 11/13/15 | P. Stephen Gidiere | Telephone Charges | | | $1.30 | Conference Call |
| 590430 | 019 | 11/15/15 | P. Stephen Gidiere | Deliveries | | | $1.64 | Postage |
| 590430 | 019 | 11/17/15 | IKON | In-house Copying | 1 | $0.10 | $0.10 | Standard Copies |
| *590430* | *019* | *11/19/15* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$1.00* | *Long Distance* |
| *590430* | *019* | *11/30/15* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$1.30* | *Long Distance* |
| *590431* | *021* | *11/12/15* | *Amy Benschoter* | *In-house Copying* | *4* | *$0.20* | *$0.80[8]* | *Standard Copies* |
| **Total Expenses:** | | | | | | | $3,113.57 | |
| *Less: Expense Adjustment[9]* | | | | | | | *$562.66[10]* | |
| **Total Expenses Sought:** | | | | | | | **$2,550.91** | |

---

[8] Standard black & white copies should be charged at $0.10 per page. The initial amount charged was due to a billing error. Therefore, $0.40 is being deducted from the requested expenses.

[9] Reflects actual expenses incurred during Fee Period which are not reimbursable pursuant to the Fee Committee's initial memorandum, dated October 3, 2014.

[10] Note that a billing error was identified during the preparation of this fee statement and $17.50 has been deducted from the total expenses.

RLF1 13601568v.1