(Del. Rev. 05/2014) Pro se Notice of Appeal

# NOTICE OF APPEAL
## TO
## U.S. COURT OF APPEALS, THIRD CIRCUIT

U.S. District Court for the District of Delaware

APPEALS COURT
CASE NUMBER: _____
(To be assigned by Appeals Court)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

_Energy Future Holdings Corp, et Al_

DISTRICT COURT
Civ. Action No.: 14 - 10979

v.

KUK JA Stewart 5739, And
Kenneth R. Stewart 5384, 5438

DISTRICT COURT
JUDGE: Christopher Sontchi

Notice is hereby given that _____Kenneth R. Stewart_____,
(Named Party)

who proceeds _pro se_, appeals to the United States Court of Appeals for the Third Circuit from

[ ] Judgment, [X] Order, [ ] Other (specify) _____

_____

entered in this action on _12/16/15_ .
(date)

Dated: _12-23-2015_

_____
(Signature)

_Kenneth R Stewart_
(Print Name)

_PoBAI 546415_
(Address)

_Irving Tx   75060_
(City, State, Zip Code)

_817-751-3280 & 214 335-2220_
(Telephone Number)

STATEMENT OF ELECTION

I, Kenneth R. Stewart, do hereby elect to appeal to the District Court the Chapter 11 ORDER of ruling on the Energy Futures Holdings Corp et al Case# 14-10979 (CSS) by Judge Sontchi, United States Bankruptcy Court for the District of Delaware, Docket No. 4051, 4227, 5384, 5716, 6101, 6934, 6499*.*

_Kenneth R. Stewart_    12-22-2015

Kenneth R. Stewart, aka Kenneth S. Stewart
P.O. Box 154645
Irving, Texas 75015

**ORIGINAL**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket No. 6499, 6934** |
| | ) | |

### ORDER (SECOND) SUSTAINING
### DEBTORS' THIRTY-THIRD OMNIBUS (SUBSTANTIVE)
### OBJECTION TO CERTAIN NO LIABILITY CLAIMS PURSUANT
### TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY
### RULES 3001, 3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1

Upon the objection (the "Objection")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), for entry of an order (this "Order"), disallowing and expunging the No Liability Claim set forth on **Exhibit 1**, attached hereto, all as set forth in the Objection and the Kotarba Declaration; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this case and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Objection is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Court having found that the Debtors

---

[1]   The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]   Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.



ORIGINAL

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: Docket No. 4051, 4227, 5384, 5716, 6101, 6934** |
| | ) |

### ORDER (SECOND) SUSTAINING
### DEBTORS' FOURTEENTH OMNIBUS (SUBSTANTIVE)
### OBJECTION TO CERTAIN NO LIABILITY CLAIMS PURSUANT
### TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY
### RULES 3001, 3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1

Upon the objection (the "Objection")[2] of the above-captioned debtors and debtors in

possession (collectively, the "Debtors"), for entry of an order (this "Order"), disallowing and

expunging the No Liability Claims set forth on **Exhibit 1**, attached hereto, all as set forth in the

Objection and the Kotarba Declaration; and the Court having found that it has jurisdiction over

this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core

proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this case

and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court

having found that the relief requested in the Objection is in the best interests of the Debtors'

estates, their creditors, and other parties in interest; and the Court having found that the Debtors

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.