# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: JudyF | Date Created: 12/30/2015 |
| Case: 14−10979−CSS | Form ID: van440 | Total: 3 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

aty     Andrea Beth Schwartz     U.S. Department of Justice – Office of the U.S. Trustee     U.S. Federal Office Building     201 Varick Street, Rm 1006     New York, NY 10065

aty     Jason M. Madron     Richards, Layton & Finger, P.A.     One Rodney Square     P.O. Box 551     Wilmington, DE 19899

aty     Richard L. Schepacarter     Office of the United States Trustee     U. S. Department of Justice     844 King Street, Suite 2207     Lockbox #35     Wilmington, DE 19801

                                                                                                                      TOTAL: 3