# Notice Recipients

District/Off: 0311−1            User: JudyF                Date Created: 12/30/2015
Case: 14−10979−CSS          Form ID: van440            Total: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| aty | Andrea Beth Schwartz | U.S. Department of Justice – Office of the U.S. Trustee   U.S. Federal Office Building   201 Varick Street, Rm 1006   New York, NY 10065 |
| aty | Daniel K. Hogan | Hogan McDaniel   1311 Delaware Ave   Wilmington, DE 19806 |
| aty | Jason M. Madron | Richards, Layton & Finger, P.A.   One Rodney Square   P.O. Box 551   Wilmington, DE 19899 |
| aty | Richard L. Schepacarter | Office of the United States Trustee   U. S. Department of Justice   844 King Street, Suite 2207   Lockbox #35   Wilmington, DE 19801 |

TOTAL: 4