UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

Case Number:  14-10979 (CSS)        BK(●) AP( )

If AP, related BK case number:

**Title of Order Appealed:** Order Denying The Amended Motion For Application To This Proceeding And To Certify A Class.

**Docket #:** 7383    **Date Entered:** 12/16/2015

Item Transmitted:

| | | | | |
|---|---|---|---|---|
| [✓] | Notice of Appeal | Docket #: 7470 | Date Filed: | 12/29/2015 |
| [ ] | Amended Notice of Appeal | Docket #: | Date Filed: | |
| [ ] | Cross Appeal | Docket #: | Date Filed: | |
| [ ] | Motion for Leave to Appeal | Docket #: | Date Filed: | |
| [ ] | Request for Certification of Direct Appeal | Docket #: | Date Filed: | |

**Appellant/Cross Appellant:**

Michael Cunningham, Joe Arabie and
Michelle Ziegelbaum

**Appellee/Cross Appellee**

Energy Future Holdings Corp.

**Counsel for Appellant/Cross Appellant:**

Daniel K. Hogan, Esq.
1311 Delaware Avenue
Wilmington, DE 19806

**Counsel for Appellee/Cross Appellee:**

Jason M. Madron, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, DE 19801

| | | |
|---|---|---|
| Filing fee paid? | Yes (●) | No ( ) |
| IFP application filed by applicant? | Yes ( ) | No (●) |
| Have additional appeals of the same order been filed? | Yes ( ) | No (●) |
| *If Yes, has District Court assigned a Civil Action Number? Civil Action Number: | Yes ( ) | No (●) |
| | Yes ( ) | No (●) |

*(continued on next page)*

Notes: See attachment for additional counsel.

*I hereby certify that all designated items are available electronically through CM/ECF.*

Date: 12/30/2015          by: __Judy Fisher_____
                              **Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number:   15-83

|    | **Party** | **Attorney** |
|----|-----------|--------------|
| 1. | Appellants | HOGAN♦McDANIEL<br>Daniel K. Hogan (DE Bar # 2814)<br>1311 Delaware Avenue<br>Wilmington, Delaware 19806<br>Telephone: (302) 656-7540<br>Facsimile: (302) 656-7599<br>dkhogan@dkhogan.com<br><br>-and-<br><br>Jeanne Mirer (NY Bar # 4546677)<br>Mirer Mazzocchi Schalet & Julien, PLLC<br>150 Broadway, Ste. 1200<br>New York, NY 10038<br>Telephone: (212) 231-2235<br>Facsimile: (212) 409-8338<br>Jeanne@jmirerlaw.com |
| 2. | Andrew R. Vara, Acting United States Trustee | U.S. DEPARTMENT OF JUSTICE<br>OFFICE OF THE U.S. TRUSTEE<br>Richard L. Schepacarter<br>Andrea B. Schwartz<br>J. Caleb Boggs Federal Building<br>844 N. King Street, Room 2207, Lockbox 35<br>Wilmington, DE 19801<br>Telephone: (302) 573-6491<br>Facsimile: (302) 573-6497<br>Email: Richard.Schepacarter@usdoj.gov<br>        Andrea.B.Schwartz@usdoj.gov |

| 3. | Debtors and Debtors in Possession | RICHARDS, LAYTON & FINGER, P.A.<br>Mark D. Collins (No. 2981)<br>Daniel J. DeFranceschi (No. 2732)<br>Jason M. Madron (No. 4431)<br>920 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701<br>Email: collins@rlf.com<br>defranceschi@rlf.com<br>madron@rlf.com<br><br>-and-<br>KIRKLAND & ELLIS LLP<br>KIRKLAND & ELLIS INTERNATIONAL LLP<br>Edward O. Sassower, P.C. (admitted pro hac vice)<br>Stephen E. Hessler (admitted pro hac vice)<br>Brian E. Schartz (admitted pro hac vice)<br>601 Lexington Avenue<br>New York, NY 10022-4611<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br>Email: edward.sassower@kirkland.com<br>stephen.hessler@kirkland.com<br>brian.schartz@kirkland.com<br><br>-and-<br><br>James H.M. Sprayregen, P.C. (admitted pro hac vice)<br>Marc Kieselstein, P.C. (admitted pro hac vice)<br>Chad J. Husnick (admitted pro hac vice)<br>Steven N. Serajeddini (admitted pro hac vice)<br>300 North LaSalle<br>Chicago, IL 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br>Email: james.sprayregen@kirkland.com<br>marc.kieselstein@kirkland.com<br>chad.husnick@kirkland.com<br>steven.serajeddini@kirkland.com |

| 4. | Energy Future Holdings Corp. | O'KELLY ERNST & BIELLI, LLC<br>David M. Klauder (No. 5769)<br>Shannon J. Dougherty (No. 5740)<br>901 N. Market Street, Suite 1000<br>Wilmington, DE 19801<br>Telephone: (302) 778-4000<br>Facsimile: (302) 295-2873<br>Email: dklauder@oeblegal.com<br>          sdougherty@oeblegal.com<br>-and-<br><br>PROSKAUER ROSE LLP<br>Jeff J. Marwil (admitted pro hac vice)<br>Mark K. Thomas (admitted pro hac vice)<br>Peter J. Young (admitted pro hac vice)<br>Three First National Plaza<br>70 W. Madison Street, Suite 3800<br>Chicago, IL 60602<br>Telephone: (312) 962-3550<br>Facsimile: (312) 962-3551<br>Email: jmarwil@proskauer.com<br>          mthomas@proskauer.com<br>          pyoung@proskauer.com |
|---|---|---|

|    | **Party** | **Attorney** |
|----|-----------|--------------|
| 5. | Energy Future Intermediate Holding Company LLC | STEVENS & LEE, P.C.<br>Joseph H. Huston, Jr. (No. 4035)<br>1105 North Market Street, Suite 700<br>Wilmington, DE 19801<br>Telephone: (302) 425-3310<br>Facsimile: (610) 371-7927<br>Email: jhh@stevenslee.com<br><br>-and-<br><br>CRAVATH, SWAINE AND MOORE LLP<br>Michael A. Paskin, Esq.<br>Trevor M. Broad, Esq.<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY 10019-7475<br>Telephone: (212) 474-1760<br>Facsimile: (212) 474-3700<br>Email: mpaskin@cravath.com<br>        tbroad@cravath.com<br><br>-and-<br><br>JENNER & BLOCK<br>Richard Levin<br>919 Third Avenue<br>New York, NY 10022-3908<br>Telephone: (212) 891-1601<br>Facsimile: (212) 891-1699<br>Email: rlevin@jenner.com |

|   | Party | Attorney |
|---|---|---|
| 6. | TCEH Debtors | MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP<br>David P. Primack (No. 4449)<br>300 Delaware Avenue, Suite 770<br>Wilmington, DE 19801<br>Telephone: (302) 300-4515<br>Facsimile: (302) 654-4031<br>Email: dprimack@mdmc-law.com<br><br>-and-<br><br>MUNGER, TOLLES & OLSON LLP<br>Thomas B. Walper<br>Seth Goldman<br>355 South Grand Avenue, 35th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 683-9100<br>Facsimile: (213) 683-4022<br>Email: Thomas.Walper@mto.com<br>         Seth.Goldman@mto.com |

| | Party | Attorney |
|---|---|---|
| 7. | TCEH Official Committee | MORRISON & FOERSTER LLP<br>James M. Peck<br>Brett H. Miller<br>Lorenzo Marinuzzi<br>Todd M. Goren<br>250 West 55th Street<br>New York, New York 10019-9601<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900<br>Email: jpeck@mofo.com<br>　　　　brettmiller@mofo.com<br>　　　　lmarinuzzi@mofo.com<br>　　　　tgoren@mofo.com<br><br>-and-<br><br>POLSINELLI PC<br>Christopher A. Ward (Del. Bar No. 3877)<br>Justin K. Edelson (Del. Bar No. 5002)<br>Shanti M. Katona (Del. Bar No. 5352)<br>222 Delaware Avenue, Suite 1101<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-0920<br>Facsimile: (302) 252-0921<br>Email: cward@polsinelli.com<br>　　　　jedelson@polsinelli.com<br>　　　　skatona@polsinelli.com |

|   | **Party** | **Attorney** |
|---|---|---|
| 8. | The Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc. | MONTGOMERY McCRACKEN WALKER & RHOADS, LLP<br>Natalie D. Ramsey (DE Bar No. 5378)<br>Mark B. Sheppard Mark A. Fink (DE Bar No. 3946)<br>1105 North Market Street, 15th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 504-7800<br>Facsimile: (302) 504 -7820<br>E-mail: nramsey@mmwr.com<br>       msheppard@mmwr.com<br>       mfink@mmwr.com<br><br>-and-<br><br>SULLIVAN & CROMWELL LLP<br>Andrew G. Dietderich<br>Steven L. Holley<br>Robert J. Giuffra, Jr.<br>Brian D. Glueckstein<br>125 Broad Street<br>New York, New York 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>       holleys@sullcrom.com<br>       giuffrar@sullcrom.com<br>       gluecksteinb@sullcrom.com |