**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| Energy Future Holdings Corp., *et. al.,* | Case No. 14-10979 (CSS) |
| Debtors. | Jointly Administered |
| | **Re: Docket Nos. 7151, 7185, 7289 & 7383** |

**NOTICE OF APPEAL**

Michael Cunningham, Joe Arabie, and Michelle Ziegelbaum (hereinafter collectively "Appellants"), Class Claimants[1] in the above-captioned chapter 11 cases, file this Notice of Appeal, pursuant to 28 U.S.C. § 158 and Federal Rules of Bankruptcy Procedure 8002 and 8003, in regards to their *Amended Motion for Application of Fed.R. Bankr. P. 7023 To This Proceeding and to Certify a Class Pursuant to FRCP Rule 23* (the "Amended Motion").

The Appellants appeal from the Order Denying The Amended Motion for Application of Fed.R. Bankr. P. 7023 to This Proceeding and to Certify a Class Pursuant to FRCP Rule 23 [D.I. 7383] (the "Class Certification Order"), which was entered by the U.S. Bankruptcy Court for the District of Delaware (Sontchi, J.) on December 16, 2015. The Class Certification Order is a final order from which the Appellants may appeal pursuant to 28 U.S.C. § 158(a)(1).

The names of all parties to the judgment, order, or decree from which the Appellants appeal, and the names, addresses, and telephone numbers of their attorneys are as follows:

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Amended Motion [D.I. 7185].

1

|    | **Party** | **Attorney** |
|----|-----------|--------------|
| 1. | Appellants | HOGAN♦McDANIEL<br>Daniel K. Hogan (DE Bar # 2814)<br>1311 Delaware Avenue<br>Wilmington, Delaware 19806<br>Telephone: (302) 656-7540<br>Facsimile: (302) 656-7599<br>dkhogan@dkhogan.com<br><br>-and-<br><br>Jeanne Mirer (NY Bar # 4546677)<br>Mirer Mazzocchi Schalet & Julien, PLLC<br>150 Broadway, Ste. 1200<br>New York, NY 10038<br>Telephone: (212) 231-2235<br>Facsimile: (212) 409-8338<br>Jeanne@jmirerlaw.com |
| 2. | Andrew R. Vara, Acting United States Trustee | U.S. DEPARTMENT OF JUSTICE<br>OFFICE OF THE U.S. TRUSTEE<br>Richard L. Schepacarter<br>Andrea B. Schwartz<br>J. Caleb Boggs Federal Building<br>844 N. King Street, Room 2207, Lockbox 35<br>Wilmington, DE 19801<br>Telephone: (302) 573-6491<br>Facsimile: (302) 573-6497<br>Email: Richard.Schepacarter@usdoj.gov<br>         Andrea.B.Schwartz@usdoj.gov |

| 3. | Debtors and Debtors in Possession | RICHARDS, LAYTON & FINGER, P.A.<br>Mark D. Collins (No. 2981)<br>Daniel J. DeFranceschi (No. 2732)<br>Jason M. Madron (No. 4431)<br>920 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701<br>Email: collins@rlf.com<br>      defranceschi@rlf.com<br>      madron@rlf.com<br><br>-and-<br>KIRKLAND & ELLIS LLP<br>KIRKLAND & ELLIS INTERNATIONAL LLP<br>Edward O. Sassower, P.C. (admitted pro hac vice)<br>Stephen E. Hessler (admitted pro hac vice)<br>Brian E. Schartz (admitted pro hac vice)<br>601 Lexington Avenue<br>New York, NY 10022-4611<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br>Email: edward.sassower@kirkland.com<br>      stephen.hessler@kirkland.com<br>      brian.schartz@kirkland.com<br><br>-and-<br><br>James H.M. Sprayregen, P.C. (admitted pro hac vice)<br>Marc Kieselstein, P.C. (admitted pro hac vice)<br>Chad J. Husnick (admitted pro hac vice)<br>Steven N. Serajeddini (admitted pro hac vice)<br>300 North LaSalle<br>Chicago, IL 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br>Email: james.sprayregen@kirkland.com<br>      marc.kieselstein@kirkland.com<br>      chad.husnick@kirkland.com<br>      steven.serajeddini@kirkland.com |


| 4. | Energy Future Holdings Corp. | O'KELLY ERNST & BIELLI, LLC<br>David M. Klauder (No. 5769)<br>Shannon J. Dougherty (No. 5740)<br>901 N. Market Street, Suite 1000<br>Wilmington, DE 19801<br>Telephone: (302) 778-4000<br>Facsimile: (302) 295-2873<br>Email: dklauder@oeblegal.com<br>       sdougherty@oeblegal.com<br>-and-<br><br>PROSKAUER ROSE LLP<br>Jeff J. Marwil (admitted pro hac vice)<br>Mark K. Thomas (admitted pro hac vice)<br>Peter J. Young (admitted pro hac vice)<br>Three First National Plaza<br>70 W. Madison Street, Suite 3800<br>Chicago, IL 60602<br>Telephone: (312) 962-3550<br>Facsimile: (312) 962-3551<br>Email: jmarwil@proskauer.com<br>       mthomas@proskauer.com<br>       pyoung@proskauer.com |

|     | **Party** | **Attorney** |
| --- | --- | --- |
| 5.  | Energy Future Intermediate Holding Company LLC | STEVENS & LEE, P.C.<br>Joseph H. Huston, Jr. (No. 4035)<br>1105 North Market Street, Suite 700<br>Wilmington, DE 19801<br>Telephone: (302) 425-3310<br>Facsimile: (610) 371-7927<br>Email: jhh@stevenslee.com<br><br>-and-<br><br>CRAVATH, SWAINE AND MOORE LLP<br>Michael A. Paskin, Esq.<br>Trevor M. Broad, Esq.<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY 10019-7475<br>Telephone: (212) 474-1760<br>Facsimile: (212) 474-3700<br>Email: mpaskin@cravath.com<br>         tbroad@cravath.com<br><br>-and-<br><br>JENNER & BLOCK<br>Richard Levin<br>919 Third Avenue<br>New York, NY 10022-3908<br>Telephone: (212) 891-1601<br>Facsimile: (212) 891-1699<br>Email: rlevin@jenner.com |

|    | **Party** | **Attorney** |
|----|-----------|--------------|
| 6. | TCEH Debtors | MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP<br>David P. Primack (No. 4449)<br>300 Delaware Avenue, Suite 770<br>Wilmington, DE 19801<br>Telephone: (302) 300-4515<br>Facsimile: (302) 654-4031<br>Email: dprimack@mdmc-law.com<br><br>-and-<br><br>MUNGER, TOLLES & OLSON LLP<br>Thomas B. Walper<br>Seth Goldman<br>355 South Grand Avenue, 35th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 683-9100<br>Facsimile: (213) 683-4022<br>Email: Thomas.Walper@mto.com<br>         Seth.Goldman@mto.com |

|    | **Party** | **Attorney** |
|----|-----------|--------------|
| 7. | TCEH Official Committee | MORRISON & FOERSTER LLP<br>James M. Peck<br>Brett H. Miller<br>Lorenzo Marinuzzi<br>Todd M. Goren<br>250 West 55th Street<br>New York, New York 10019-9601<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900<br>Email: jpeck@mofo.com<br>       brettmiller@mofo.com<br>       lmarinuzzi@mofo.com<br>       tgoren@mofo.com<br><br>-and-<br><br>POLSINELLI PC<br>Christopher A. Ward (Del. Bar No. 3877)<br>Justin K. Edelson (Del. Bar No. 5002)<br>Shanti M. Katona (Del. Bar No. 5352)<br>222 Delaware Avenue, Suite 1101<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-0920<br>Facsimile: (302) 252-0921<br>Email: cward@polsinelli.com<br>       jedelson@polsinelli.com<br>       skatona@polsinelli.com |

|    | **Party** | **Attorney** |
|----|-----------|--------------|
| 8. | The Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc. | MONTGOMERY McCRACKEN WALKER & RHOADS, LLP<br>Natalie D. Ramsey (DE Bar No. 5378)<br>Mark B. Sheppard Mark A. Fink (DE Bar No. 3946)<br>1105 North Market Street, 15th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 504-7800<br>Facsimile: (302) 504 -7820<br>E-mail: nramsey@mmwr.com<br>      msheppard@mmwr.com<br>      mfink@mmwr.com<br><br>-and-<br><br>SULLIVAN & CROMWELL LLP<br>Andrew G. Dietderich<br>Steven L. Holley<br>Robert J. Giuffra, Jr.<br>Brian D. Glueckstein<br>125 Broad Street<br>New York, New York 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>      holleys@sullcrom.com<br>      giuffrar@sullcrom.com<br>      gluecksteinb@sullcrom.com |

Pursuant to Federal Rule of Bankruptcy Procedure 8003, a copy of the Class Certification Order is attached hereto as **Exhibit A**.  This Notice of Appeal is also accompanied by the prescribed fee.

Dated: December 29, 2015  
Wilmington, Delaware

Respectfully submitted,

By: */s/ Daniel K. Hogan*  
Daniel K. Hogan (DE Bar # 2814)  
HOGAN♦McDANIEL  
1311 Delaware Avenue  
Wilmington, Delaware  19806  
Telephone:  (302) 656-7540  
Facsimile: (302) 656-7599  
dkhogan@dkhogan.com

-and-

Jeanne Mirer (NY Bar # 4546677)  
Mirer Mazzocchi Schalet & Julien, PLLC  
150 Broadway, Ste. 1200  
New York, NY 10038  
Telephone: (212) 231-2235  
Facsimile: (212) 409-8338  
Jeanne@jmirerlaw.com

*Counsel for Class Claimants Michael Cunningham, Joe Arabie, and Michelle Ziegelbaum*

# EXHIBIT A

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
| | ) **Re: D.I. 7185** |

## ORDER DENYING THE
## AMENDED MOTION FOR APPLICATION
## OF FED. R. BANKR. P. 7023 TO THIS PROCEEDING
## AND TO CERTIFY A CLASS PURSUANT TO FRCP RULE 23

Upon the motion (the "Motion") of Michael Cunningham, Joe Arabie, and Michelle Ziegelbaum (collectively, the "Class Claimants") for entry of an order exercising the Court's discretion to apply Federal Rule of Bankruptcy Procedure 7023 to Class Claimant's "Proof of Unmanifested Asbestos Claim" and certifying a class pursuant to Federal Rule of Civil Procedure 23, all as set forth in the Motion; and upon the objection (the "Objection")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"); and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue in this district of these cases and the Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the Class Claimants provided appropriate notice of the Motion and the opportunity for a hearing on the Motion under the

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.

KE 38982635

circumstances; and the Court having reviewed the Motion and the Objection and having heard the statements in support of and against the relief requested at a hearing on December 16, 2015, before the Court (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing do not establish just cause for the relief requested therein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is denied as set forth herein. *and for the reasons set forth on the record of the Hearing*

2. The Court will not apply Federal Rule of Bankruptcy Procedure 7023 to Class Claimant's "Proof of Unmanifested Asbestos Claim."

3. "Class Proof of Claim Form" numbers 14519, 14520, and 14521 shall be expunged from the claims register to the extent they purport to be filed on behalf of anyone other than the named claimant.

4. The Court will not certify a class pursuant to Federal Rule of Civil Procedure 23.

5. Notice of the Motion shall be deemed good and sufficient and the requirements of the Local Bankruptcy Rules are satisfied by such notice.

6. Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, 9014 or otherwise, the terms and conditions of this order ("this Order") shall be immediately effective and enforceable upon its entry.

7. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Wilmington, Delaware
Dated: December 16, 2015

THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

KE: 38982635

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>Energy Future Holdings Corp., *et. al.,*<br><br>                    Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>Jointly Administered |

**CERTIFICATE OF SERVICE**

     I, Daniel K. Hogan, Esquire, hereby certify that on this 29th day of December, 2015, I caused a true and correct copy of the NOTICE OF APPEAL to be served upon the parties listed on the attached service list via Electronic Mail.

                                          */s/ Daniel K. Hogan*
                                          Daniel K. Hogan, Esq. (DE No. 2814)

1

**SERVICE LIST**

| | |
|---|---|
| U.S. DEPARTMENT OF JUSTICE<br>OFFICE OF THE U.S. TRUSTEE<br>Richard L. Schepacarter<br>Andrea B. Schwartz<br>J. Caleb Boggs Federal Building<br>844 N. King Street, Room 2207, Lockbox 35<br>Wilmington, DE 19801<br>Telephone: (302) 573-6491<br>Facsimile: (302) 573-6497<br>Email: Richard.Schepacarter@usdoj.gov<br>   Andrea.B.Schwartz@usdoj.gov<br><br>*Andrew R. Vara, Acting United States Trustee* | RICHARDS, LAYTON & FINGER, P.A.<br>Mark D. Collins (No. 2981)<br>Daniel J. DeFranceschi (No. 2732)<br>Jason M. Madron (No. 4431)<br>920 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701<br>Email: collins@rlf.com<br>   defranceschi@rlf.com<br>   madron@rlf.com<br><br>*Debtors and Debtors in Possession* |
| KIRKLAND & ELLIS LLP<br>KIRKLAND & ELLIS INTERNATIONAL LLP<br>Edward O. Sassower, P.C<br>Stephen E. Hessler<br>Brian E. Schartz<br>601 Lexington Avenue<br>New York, NY 10022-4611<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br>Email: edward.sassower@kirkland.com<br>   stephen.hessler@kirkland.com<br>   brian.schartz@kirkland.com<br><br>*Debtors and Debtors in Possession* | KIRKLAND & ELLIS LLP<br>KIRKLAND & ELLIS INTERNATIONAL LLP<br>James H.M. Sprayregen, P.C<br>Marc Kieselstein, P.C.<br>Chad J. Husnick<br>Steven N. Serajeddini<br>300 North LaSalle<br>Chicago, IL 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br>Email: james.sprayregen@kirkland.com<br>   marc.kieselstein@kirkland.com<br>   chad.husnick@kirkland.com<br>   steven.serajeddini@kirkland.com<br><br>*Debtors and Debtors in Possession* |
| O'KELLY ERNST & BIELLI, LLC<br>David M. Klauder (No. 5769)<br>Shannon J. Dougherty (No. 5740)<br>901 N. Market Street, Suite 1000<br>Wilmington, DE 19801<br>Telephone: (302) 778-4000<br>Facsimile: (302) 295-2873<br>Email: dklauder@oeblegal.com<br>   sdougherty@oeblegal.com<br><br>*Energy Future Holdings Corp.* | PROSKAUER ROSE LLP<br>Jeff J. Marwil<br>Mark K. Thomas<br>Peter J. Young<br>Three First National Plaza<br>70 W. Madison Street, Suite 3800<br>Chicago, IL 60602<br>Telephone: (312) 962-3550<br>Facsimile: (312) 962-3551<br>Email: jmarwil@proskauer.com<br>   mthomas@proskauer.com<br>   pyoung@proskauer.com<br><br>*Energy Future Holdings Corp.* |

2

| | |
|---|---|
| STEVENS & LEE, P.C.<br>Joseph H. Huston, Jr. (No. 4035)<br>1105 North Market Street, Suite 700<br>Wilmington, DE 19801<br>Telephone: (302) 425-3310<br>Facsimile: (610) 371-7927<br>Email: jhh@stevenslee.com<br><br>*Energy Future Intermediate Holding Company LLC* | CRAVATH, SWAINE AND MOORE LLP<br>Michael A. Paskin, Esq.<br>Trevor M. Broad, Esq.<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY 10019-7475<br>Telephone: (212) 474-1760<br>Facsimile: (212) 474-3700<br>Email: mpaskin@cravath.com<br>         tbroad@cravath.com<br><br>*Energy Future Intermediate Holding Company LLC* |
| JENNER & BLOCK<br>Richard Levin<br>919 Third Avenue<br>New York, NY 10022-3908<br>Telephone: (212) 891-1601<br>Facsimile: (212) 891-1699<br>Email: rlevin@jenner.com<br><br>*Energy Future Intermediate Holding Company LLC* | MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP<br>David P. Primack (No. 4449)<br>300 Delaware Avenue, Suite 770<br>Wilmington, DE 19801<br>Telephone: (302) 300-4515<br>Facsimile: (302) 654-4031<br>Email: dprimack@mdmc-law.com<br><br>*TCEH Debtors* |
| MUNGER, TOLLES & OLSON LLP<br>Thomas B. Walper<br>Seth Goldman<br>355 South Grand Avenue, 35th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 683-9100<br>Facsimile: (213) 683-4022<br>Email: Thomas.Walper@mto.com<br>         Seth.Goldman@mto.com<br><br>*TCEH Debtors* | |

| | |
|---|---|
| MORRISON & FOERSTER LLP<br>James M. Peck<br>Brett H. Miller<br>Lorenzo Marinuzzi<br>Todd M. Goren<br>250 West 55th Street<br>New York, New York 10019-9601<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900<br>Email: jpeck@mofo.com<br>        brettmiller@mofo.com<br>        lmarinuzzi@mofo.com<br>        tgoren@mofo.com<br><br>*TCEH Official Committee* | POLSINELLI PC<br>Christopher A. Ward (Del. Bar No. 3877)<br>Justin K. Edelson (Del. Bar No. 5002)<br>Shanti M. Katona (Del. Bar No. 5352)<br>222 Delaware Avenue, Suite 1101<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-0920<br>Facsimile: (302) 252-0921<br>Email: cward@polsinelli.com<br>        jedelson@polsinelli.com<br>        skatona@polsinelli.com<br><br>*TCEH Official Committee* |
| MONTGOMERY McCRACKEN WALKER & RHOADS, LLP<br>Natalie D. Ramsey (DE Bar No. 5378)<br>Mark B. Sheppard Mark A. Fink (DE Bar No. 3946)<br>1105 North Market Street, 15th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 504-7800<br>Facsimile: (302) 504 -7820<br>E-mail: nramsey@mmwr.com<br>        msheppard@mmwr.com<br>        mfink@mmwr.com<br><br>*The Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc.* | SULLIVAN & CROMWELL LLP<br>Andrew G. Dietderich<br>Steven L. Holley<br>Robert J. Giuffra, Jr.<br>Brian D. Glueckstein<br>125 Broad Street<br>New York, New York 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>        holleys@sullcrom.com<br>        giuffrar@sullcrom.com<br>        gluecksteinb@sullcrom.com<br><br>*The Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc.* |
| FOLEY & LARDNER LLP<br>Harold L. Kaplan (admitted pro hac vice)<br>Mark F. Hebbeln (admitted pro hac vice)<br>Lars A. Peterson (admitted pro hac vice)<br>321 North Clark Street, Suite 2800<br>Chicago, 1L 60654-5313<br>Telephone: (312) 832-4500<br>Facsimile: (312) 832-4700<br>Email: hkaplan@foley.com<br>        mhebbeln@foley.com<br>        lapeterson@foley.com<br>*UMB Bank, N.A., as Trustee* | FOLEY & LARDNER LLP<br>Barry G. Felder (admitted pro hac vice)<br>Jonathan H. Friedman (admitted pro hac vice)<br>90 Park Avenue<br>New York, NY 10016<br>Telephone: (212) 682-7474<br>Facsimile: (212) 687-2329<br>E-mail: bgfelder@foley.com<br>        jfriedman@foley.com<br><br>*UMB Bank, N.A., as Trustee* |

| | |
|---|---|
| AKIN GUMP STRAUSS HAUER & FELD LLP<br>Ira S. Dizengoff (admitted pro hac vice)<br>Abid Qureshi (admitted pro hac vice)<br>One Bryant Park<br>New York, NY 10036<br>Telephone: (212) 872-1000<br>Facsimile: (212) 872-1002<br>Email: idizengoff@akingump.com<br>　　　　 aqureshi@akingump.com<br><br>*UMB Bank, N.A., as Trustee* | |