**<u>Exhibit A</u>**

**Summary of Total Fees Incurred and Hours Billed During the Fee Period**

The Sidley attorneys who rendered professional services in these cases during the Fee Period and their hourly billing rate for these matters are:

| Name | TITLE OR POSITION | Department, group or section | Date of first admission | Fees billed in this application | Hours billed in this application | Hourly rate billed | | Number of rate increases since case inception |
|---|---|---|---|---|---|---|---|---|
| | | | | | | In this application | In first interim application | |
| C. Frederick Beckner | Partner | Litigation | 1997 | $17,858.50 | 19.10 | $935 | $878 | 1 |
| Paul Caruso | Partner | Bankruptcy | 1996 | $29,347.50 | 30.10 | $975 | $925 | 1 |
| Peter D. Keisler | Partner | Litigation | 1989 | $2,998.60 | 2.90 | $1,034 | $970 | 1 |
| Roger R. Martella | Partner | Environmental | 1997 | $18,060.00 | 21.00 | $860 | $809 | 1 |
| Eric D. McArthur | Partner | Appellate | 2007 | $990.00 | 1.50 | $660 | $624 | 1 |
| Ryan C. Morris | Partner | Litigation | 2007 | $5,632.00 | 8.80 | $640 | N/A | N/A |
| Kerriann S. Mills | Partner | Bankruptcy | 2005 | $7,507.50 | 9.10 | $825 | $775 | 1 |
| | | | | | | | | |
| Benjamin Beaton | Associate | Appellate | 2010 | $2,166.00 | 3.80 | $570 | $537 | 1 |
| Geoffrey M. King | Associate | Bankruptcy | 2009 | $43,660.00 | 59.00 | $740 | $665 | 1 |
| | | | **Attorney Totals** | **$128,220.10** | **155.30** | | | |

The paraprofessionals of Sidley who rendered professional services in these cases during the Fee Period and their hourly billing rate for these matters:

| Name | TITLE OR POSITION | Department, group or section | Number of Years in that Position | Fees billed in this application | Hours billed in this application | Hourly rate billed | | Number of rate increases since case inception |
|---|---|---|---|---|---|---|---|---|
| | | | | | | In this application | In first interim application | |
| David J. Lutes | Paralegal | Bankruptcy | 29 | $58,176.00 | 161.60 | $360 | $345 | 1 |
| | | | **Paraprofessional Totals** | **$58,176.00** | **161.60** | | | |