**Exhibit B**

**Summary of Actual and Necessary Expenses for the Fee Period**

**Summary of Actual and Necessary Expenses for the Fee Period**

| Service Description | Amount |
|---|---|
| Air Transportation | $2,106.50 |
| Duplicating | $.40 |
| Ground Transportation | $233.50 |
| Legal Support Services | $1,770.00 |
| Meals Out of Town (Travel Meals) | $39.31 |
| Telephone Tolls | $20.97 |
| Travel/Lodging | $265.20 |
| **Total** | **$ 4,435.88** |