**<u>Exhibit C</u>**

**Summary of Fees and Expenses by Matter for the Fee Period**

| Matter Description | Hours Budgeted | Fees Budgeted | Total Hours | Total Fees |
|---|---|---|---|---|
| Case Administration (30100) | 20-40 | $20,000-$40,00 | 0.00 | $0.00 |
| Clean Air Transport Rule (10040) | 0-20 | $0-$16,000 | 13.30 | $11,915.10 |
| Counseling on Regulations for Existing Generating Units (40080) | 0-20 | $0-$20,000 | 25.80 | $20,252.00 |
| Greenhouse Gases (40070) | 20-60 | $16,000-$44,000 | 0.00 | $0.00 |
| EPA July NOV (40060) | 0-20 | $0-$16,000 | 1.20 | $1,161.60 |
| Fee Applications (30090) | 200-360 | $132,000-$220,000 | 263.50 | $140,909.50 |
| Inter-Company Issues (30240) | 20-60 | $16,000-$80,000 | 0.00 | $0.00 |
| Litigated Matters (30120) | $0 | $0 | 0.00 | $0.00 |
| MSS Appeal (40030) | 40-100 | $32,000-$80,000 | 8.90 | $8,351.20 |
| Professional Retention (30070) | 40-80 | $32,000-$60,000 | 0.00 | $0.00 |
| Regional Haze Program (10050) | 0-20 | $0-$16,000 | 4.20 | $3,806.70 |
| Sponsor Matters (30260) | 160-400 | $200,000-$400,000 | 0.00 | $0.00 |
| Travel Time (30250) | 0 | $0 | 0.00 | $0.00 |