## Exhibit E

### Time Records



**SIDLEY AUSTIN LLP**
1501 K STREET, N.W.
WASHINGTON, D.C.  20005
(202) 736 8000
(202) 736 8711 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SHANGHAI |
| BOSTON | HOUSTON | SINGAPORE |
| BRUSSELS | LONDON | SYDNEY |
| CENTURY CITY | LOS ANGELES | TOKYO |
| CHICAGO | NEW YORK | WASHINGTON, D.C. |
| DALLAS | PALO ALTO | |
| GENEVA | SAN FRANCISCO | |

FOUNDED 1866

FEDERAL ID 36

October 15, 2015

Energy Future Holdings Corp.
1601 Bryan Street
43rd Floor
Dallas, TX  75291

## **DRAFT BILL**

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number ******
Client Matter 58409-30090

For professional services rendered through May 31, 2015 re Fee
Applications

Fees          $37,055.00

**Total Due This Bill**          **$37,055.00**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:
ABA Number:
Swift Code:

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN LLP**

Invoice Number: ******
Energy Future Holdings Corp.

RE: Fee Applications

TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 05/04/15 | PS Caruso | Communications with EFH regarding first interim fee application | .60 |
| 05/06/15 | PS Caruso | Analyze time detail (.9); communications with G. King regarding upcoming filing dates | 1.80 |
| 05/11/15 | PS Caruso | Review fee applications (1.4); correspondence with P. Keisler (.3) and K. Mills (.4) regarding same | 2.10 |
| 05/12/15 | GM King | Call with K. Mills re: fee application (0.2); call with D. Lutes and K. Mills re: fee application process (0.4) | .60 |
| 05/12/15 | DJ Lutes | Prepare interim fee application materials (.6); review monthly fee application materials (.7); TC with G. King and K. Mills re: same (.4) | 1.70 |
| 05/12/15 | KS Mills | Various communications with Sidley team regarding outstanding fee applications (.6); analyze related issues (1.2) | 1.80 |
| 05/13/15 | DJ Lutes | Prepare monthly fee application materials for November and December (1.6); prepare 2nd interim fee application materials (2.3); email to L. Garza re: same (.1); email to G. King re: same (.2) | 4.20 |
| 05/14/15 | DJ Lutes | Prepare 2nd interim fee application materials and spreadsheets (1.6); emails with L. Garza re: same (.3); TC with L. Garza re: same (.3); prepare November monthly fee application (2.7); prepare December monthly fee application (1.5) | 6.40 |
| 05/15/15 | PS Caruso | Communications with P. Keisler regarding interim fee applications (.6); analyze same (.6) | 1.20 |
| 05/15/15 | DJ Lutes | Prepare 7th monthly fee application materials (1.1); perform related spreadsheet calculations (.7); review materials and emails to L. Garza and J. Romero re: same (.4); prepare 8th monthly fee application materials (2.3); perform related spreadsheet calculations (1.6); emails to K. Mills and G. King re: same (.4); prepare 2nd interim fee application materials (.4) | 6.90 |
| 05/15/15 | KS Mills | Analyze certain outstanding fee application issues | 1.20 |
| 05/18/15 | DJ Lutes | Prepare monthly fee application materials for January and February (.5); prepare interim fee application materials (.3); prepare exhibit D for November monthly fee application (.3) | 1.10 |
| 05/19/15 | GM King | Review draft monthly fee applications (0.3) | .30 |
| 05/19/15 | DJ Lutes | Prepare monthly fee application materials (1.3); emails to G. King and K. Mills re: same (.3); review cost issues and prepare materials re: same (.6) | 2.20 |

**SIDLEY AUSTIN LLP**

Invoice Number: ******
Energy Future Holdings Corp.

RE: Fee Applications

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 05/20/15 | B Beaton | Review interim fee application for EPA matters | .90 |
| 05/20/15 | GM King | Draft second interim fee application (1.8); call with K. Mills re: fee application status (0.1) | 1.90 |
| 05/20/15 | DJ Lutes | Prepare monthly fee application materials from January to March 2015 (4.4); communications with G. King re: monthly and interim fee application materials (.3); assess timing (.3); review materials re: 7th and 8th monthly fee application (.9); emails with L. Garza and L. Jean re: same (.4) | 6.30 |
| 05/21/15 | GM King | Call with K. Mills re: fee applications (0.3); draft interim fee application exhibits (2.6) | 2.90 |
| 05/21/15 | DJ Lutes | Prepare 2nd interim fee application materials (2.4); research billing issues from November and December (.9); emails with J. Laurie, K. Mills and G. King re: fee application materials (.4); prepare monthly fee applications for January and February (1.7) | 5.40 |
| 05/21/15 | KS Mills | Review initial draft of second interim application (.5); analyze certain related issues (.5); communications with G. King re: same (.3); analyze certain outstanding fee application issues (.5) | 1.80 |
| 05/22/15 | B Beaton | Review fee application for EPA matters | .40 |
| 05/22/15 | PS Caruso | Communications with G. King regarding upcoming deadlines (.4) | .40 |
| 05/22/15 | GM King | Draft interim fee application (1.4); draft exhibits and related materials for fee application (2.7) | 4.10 |
| 05/22/15 | DJ Lutes | Prepare 2nd interim fee application materials (2.4); prepare January monthly fee application materials (1.9); TCs and emails with L. Garza re: billing issues (.4); prepare monthly fee application materials for K. Mills (.4); prepare February monthly fee application materials (.3) | 5.40 |
| 05/26/15 | DJ Lutes | Prepare January monthly fee application materials (.5); prepare February monthly fee application materials (.4); emails with J. Romero re: same (.3) | 1.20 |
| 05/27/15 | PS Caruso | Communications with G. King regarding interim fee applications | .30 |
| 05/27/15 | DJ Lutes | Prepare monthly fee application for January | 1.30 |
| 05/28/15 | GM King | Review correspondence re: fee application (0.2); review monthly applications (0.8) | 1.00 |
| 05/28/15 | DJ Lutes | Prepare monthly fee application materials for January | .60 |
| 05/29/15 | PS Caruso | Communications with G. King regarding interim fee | .40 |

**SIDLEY AUSTIN LLP**

Invoice Number: ******
Energy Future Holdings Corp.

RE: Fee Applications

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | applications | |
| 05/29/15 | GM King | Review draft bills in preparation for fee application (2.8) | 2.80 |
| 05/29/15 | DJ Lutes | Prepare monthly fee application materials | .80 |
| | | **Total Hours** | **70.00** |

**SIDLEY AUSTIN LLP**

Invoice Number: ******
Energy Future Holdings Corp.

RE: Fee Applications

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| PS Caruso | 6.80 | $975.00 | $6,630.00 |
| KS Mills | 4.80 | 825.00 | 3,960.00 |
| GM King | 13.60 | 740.00 | 10,064.00 |
| B Beaton | 1.30 | 570.00 | 741.00 |
| DJ Lutes | 43.50 | 360.00 | 15,660.00 |
| **Total Hours and Fees** | **70.00** | | **$37,055.00** |



**SIDLEY AUSTIN** LLP
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SHANGHAI |
| BOSTON | HOUSTON | SINGAPORE |
| BRUSSELS | LONDON | SYDNEY |
| CENTURY CITY | LOS ANGELES | TOKYO |
| CHICAGO | NEW YORK | WASHINGTON, D.C. |
| DALLAS | PALO ALTO | |
| GENEVA | SAN FRANCISCO | |

**FOUNDED 1866**

September 23, 2015

FEDERAL ID 36-▮▮▮▮▮

Luminant Energy Company LLC
Attn: Stacey Dore, General Counsel
Energy Future Holdings, 1601 Bryan Street, 41st Floor
Dallas, TX 75201-3411

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 35052275
Client Matter 52698-10040

For professional services rendered through May 31, 2015 re Clean Air
Transport Rule

Fees                                                                    $1,024.10

**Total Due This Bill**                                                 **$1,024.10**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois 60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: ▮▮▮▮▮
ABA Number: ▮▮▮▮▮
Swift Code: ▮▮▮▮▮

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN** LLP

Invoice Number: 35052275
Luminant Energy Company LLC

Clean Air Transport Rule

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| PD Keisler | .40 | $1,034.00 | $413.60 |
| C Beckner | .30 | 935.00 | 280.50 |
| ED McArthur | .50 | 660.00 | 330.00 |
| **Total Hours and Fees** | **1.20** | | **$1,024.10** |

SIDLEY AUSTIN LLP

Invoice Number: 35052275
Luminant Energy Company LLC

Clean Air Transport Rule

### TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 05/20/15 | PD Keisler | Review new DC Circuit decision on agency use of data for possible 28j letter in EME Homer | .30 |
| 05/20/15 | ED McArthur | Review DC Circuit decision re agency use of best data and correspondence re same | .50 |
| 05/28/15 | C Beckner | Review 28j letter and follow up correspondence re. recommended response | .30 |
| 05/28/15 | PD Keisler | Review 28j letter filed by EPA | .10 |
| | | **Total Hours** | **1.20** |



**SIDLEY AUSTIN** LLP
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SHANGHAI |
| BOSTON | HOUSTON | SINGAPORE |
| BRUSSELS | LONDON | SYDNEY |
| CENTURY CITY | LOS ANGELES | TOKYO |
| CHICAGO | NEW YORK | WASHINGTON, D.C. |
| DALLAS | PALO ALTO | |
| GENEVA | SAN FRANCISCO | |

**FOUNDED 1866**

FEDERAL ID 36-███

September 23, 2015

Dan Kelly
Energy Future Holdings
Attn: Daniel J. Kelly
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 35052276
Client Matter 55784-40080

For professional services rendered through May 31, 2015 re Counseling
on Regulations for Existing Generating Units

Fees                                                                     $4,730.00

Expenses                                                                  2,476.64

**Total Due This Bill**                                                   **$7,206.64**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois 60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, N.A.
Account Number: ███
ABA Number: ███
Swift Code: ███

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN** LLP

Invoice Number: 35052276
Luminant Generation Company LLC

Counseling on Regulations for Existing Generating Units

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 05/06/15 | RR Martella | Work on outlines and strategy materials in advance of meetings with counsel | 1.50 |
| 05/11/15 | RR Martella | Prepare for and participate in meetings with Luminant regarding legal issues and strategy | 4.00 |
| | | **Total Hours** | **5.50** |

**SIDLEY AUSTIN** LLP

Invoice Number: 35052276
Luminant Generation Company LLC

Counseling on Regulations for Existing Generating Units

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| RR Martella | 5.50 | $860.00 | $4,730.00 |
| **Total Hours and Fees** | **5.50** | | **$4,730.00** |

## EXPENSE SUMMARY

| Category/Description | Amount |
|----------------------|--------|
| Air Transportation | $2,065.60 |
| Ground Transportation | 122.64 |
| Meals – Out of Town | 23.20 |
| Travel/Lodging | 265.20 |
| **Total** | **$2,476.64** |



**SIDLEY AUSTIN LLP**
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SHANGHAI |
| BOSTON | HOUSTON | SINGAPORE |
| BRUSSELS | LONDON | SYDNEY |
| CENTURY CITY | LOS ANGELES | TOKYO |
| CHICAGO | NEW YORK | WASHINGTON, D.C. |
| DALLAS | PALO ALTO | |
| GENEVA | SAN FRANCISCO | |

FOUNDED 1866

FEDERAL ID 36

October 15, 2015

Energy Future Holdings Corp.
1601 Bryan Street
43rd Floor
Dallas, TX 75291

## **DRAFT BILL**

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number ******
Client Matter 58409-30090

For professional services rendered through June 30, 2015 re Fee
Applications

| | |
|---|---|
| Fees | $46,113.50 |
| **Total Due This Bill** | **$46,113.50** |

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois 60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:
ABA Number:
Swift Code:

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN LLP**

Invoice Number: ******
Energy Future Holdings Corp.

RE: Fee Applications

TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 06/01/15 | DJ Lutes | Prepare monthly fee application materials for January, February and March (3.0); emails to L. Garza re: same (.3) | 3.30 |
| 06/02/15 | DJ Lutes | Email to L. Garza re: monthly fee application materials | .20 |
| 06/03/15 | DJ Lutes | Review fee application materials for January, February and March (.5); email to G. King re: same (.1) | .60 |
| 06/04/15 | DJ Lutes | Prepare monthly fee application materials for January and February | 1.50 |
| 06/08/15 | GM King | Draft fee application materials (2.1) | 2.10 |
| 06/08/15 | DJ Lutes | Prepare monthly fee application materials for January, February and March (1.3); confer with L. Garza re: fee application issues (.3) | 1.60 |
| 06/09/15 | GM King | Review materials re: monthly fee applications (0.4); draft correspondence re: same (0.2); conference with P. Caruso re: fee applications (0.1) | .70 |
| 06/09/15 | DJ Lutes | Revise monthly fee application materials for November and December (.6); emails with G. King re: same (.1) | .70 |
| 06/10/15 | DJ Lutes | Prepare monthly fee application materials for November and December (3.5); emails with L. Cuello re: same (.2) | 3.70 |
| 06/11/15 | DJ Lutes | Prepare monthly fee application materials for November and December (3.2); prepare interim fee application materials (1.1); emails to G. King re: same (.3) | 4.60 |
| 06/12/15 | DJ Lutes | Prepare monthly fee application materials for January, February and March | .50 |
| 06/16/15 | DJ Lutes | Prepare 2nd interim fee application materials (2.3); revise 2nd interim fee application spreadsheet (.5); calculate write offs (.4); emails with G. King re: same (.2) | 3.40 |
| 06/17/15 | PS Caruso | Review of fee application exhibits | 1.30 |
| 06/17/15 | DJ Lutes | Prepare January monthly fee application materials (2.2); prepare February monthly fee application materials (1.0) | 3.20 |
| 06/18/15 | DJ Lutes | Prepare monthly fee application for January and February | 2.80 |
| 06/19/15 | B Beaton | Prepare fee applications for EPA matters | .10 |
| 06/19/15 | PS Caruso | Further review of time detail (.8); communications with K. Stadler regarding hearing (.1); communications with K. Mills regarding same (.8) | 1.70 |
| 06/19/15 | DJ Lutes | Prepare January monthly fee application materials (1.6); | 6.90 |

SIDLEY AUSTIN LLP

Invoice Number: ******
Energy Future Holdings Corp.

RE: Fee Applications

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | prepare February monthly fee application materials (2.4); prepare March monthly fee application materials (1.3); review cost issues (.6); emails to timekeepers re: same (.2); research write off amounts (.3); emails to L. Cuello re: same (.2); email to G. King re: same (.1); assess next steps and timeline (.2) | |
| 06/20/15 | GM King | Review correspondence re: monthly fee application (0.1) | .10 |
| 06/20/15 | DJ Lutes | Prepare monthly fee application materials (.2); email with G. King re: same (.1) | .30 |
| 06/22/15 | B Beaton | Prepare fee applications for EPA matters | .70 |
| 06/22/15 | DJ Lutes | Review Luminant fee application materials (.9); emails with B. Beaton re: same (.2); emails to billing specialist re: same (.3); prepare monthly fee application materials for March (1.5); prepare fee application materials for January to G. King (1.4); prepare fee application materials for February to G. King (2.2); emails to L. Cuello re: February and March materials (.3) | 6.80 |
| 06/22/15 | KS Mills | Review various fee application materials in preparation for upcoming fee application hearing (1.0); analyze status of certain issues related to preparation of certain outstanding fee applications | 1.70 |
| 06/23/15 | B Beaton | Prepare fee applications for EPA matters | .10 |
| 06/23/15 | PS Caruso | Communications with K. Mills regarding 6/24 hearing (.3); review time detail for multiple months (.9) | 1.20 |
| 06/23/15 | GM King | Review monthly invoices (0.3) | .30 |
| 06/23/15 | DJ Lutes | Emails from R. Cornish, J. Romero and L. Cuello re: February and March monthly fee application materials (.4); Prepare March monthly fee application materials including review of bios, calculations, and cost issues (2.8); email March materials with comments to G. King (.2); prepare April monthly fee application materials (.7); prepare February monthly fee application materials (1.6); email additional February materials with comments to G. King re: same (.2) | 5.90 |
| 06/23/15 | KS Mills | Communications with P. Caruso/G. King re: fee application hearing | .30 |
| 06/24/15 | B Beaton | Prepare fee applications for EPA matters | .20 |
| 06/24/15 | PS Caruso | Communications with K. Mills regarding interim fee hearing | .50 |
| 06/24/15 | GM King | Call with K. Mills re: fee application (0.2); draft third interim fee application (2.9) | 3.10 |
| 06/24/15 | DJ Lutes | Prepare April monthly fee application materials (1.7); revisions to February and March monthly fee application materials (1.8); email B. Beaton re: April materials (.1); review May fee | 4.00 |

**SIDLEY AUSTIN LLP**

Invoice Number: ******
Energy Future Holdings Corp.

RE: Fee Applications

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | application materials (.4) | |
| 06/24/15 | KS Mills | Telephonically attend fee hearing (.6); communications with G. King/Paul Caruso re: same (.2) | .80 |
| 06/25/15 | B Beaton | Prepare fee applications for EPA matters | .10 |
| 06/25/15 | GM King | Revise fee application materials (0.5); correspondence re: same (0.2) | .70 |
| 06/25/15 | DJ Lutes | Prepare April monthly fee application materials (.8); prepare Luminant related fee application materials for March and April (1.7); revisions to February and March monthly fee application materials (.9); email B. Beaton re: May Luminant related materials (.1); prepare May fee application materials (.5); prepare fee application materials with L. Cuello (.3) | 4.30 |
| 06/26/15 | B Beaton | Prepare fee applications for EPA matters | .60 |
| 06/26/15 | GM King | Prepare budget and fee application materials (2.7); correspondence with K. Mills re: fee application (0.3); revise third interim fee application (0.8) | 3.80 |
| 06/26/15 | DJ Lutes | Prepare April monthly fee application materials | .70 |
| 06/26/15 | KS Mills | Communications with G.King re: certain matter related to preparation of January/February fee applications | .20 |
| 06/27/15 | B Beaton | Prepare fee application for EPA matters | .10 |
| 06/29/15 | PS Caruso | Office conference with G. King regarding upcoming submissions (.4); communications with P. Keisler regarding same (.2); review third interim application and time detail (2.2) | 2.80 |
| 06/29/15 | GM King | Finalize materials re: first interim application (1.7); revise fee applications (0.8) | 2.50 |
| 06/29/15 | DJ Lutes | Emails with L. Cuello re: monthly fee application materials (.3); prepare January, February, March and April monthly fee application materials (2.3); prepare Luminant materials re: same (.4) | 3.00 |
| 06/29/15 | KS Mills | Communications with G.King re: third interim fee application and review certain related materials | .20 |
| 06/30/15 | PS Caruso | Office conference with G. King regarding interim compensation order and upcoming deadlines (.7); further review of materials for second and third interim periods (1.7) | 2.40 |
| 06/30/15 | DJ Lutes | Emails with L. Cuello and G. King re: monthly fee application materials (.3); prepare January, February, March and April monthly fee application materials for EFH and Luminant matters (5.3) | 5.60 |

**Total Hours**    **91.90**

**SIDLEY AUSTIN LLP**

Invoice Number: ******
Energy Future Holdings Corp.

RE: Fee Applications

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| PS Caruso | 9.90 | $975.00 | $9,652.50 |
| KS Mills | 3.20 | 825.00 | 2,640.00 |
| GM King | 13.30 | 740.00 | 9,842.00 |
| B Beaton | 1.90 | 570.00 | 1,083.00 |
| DJ Lutes | 63.60 | 360.00 | 22,896.00 |
| **Total Hours and Fees** | **91.90** | | **$46,113.50** |



**SIDLEY AUSTIN** LLP
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

BEIJING
BOSTON
BRUSSELS
CENTURY CITY
CHICAGO
DALLAS
GENEVA

HONG KONG
HOUSTON
LONDON
LOS ANGELES
NEW YORK
PALO ALTO
SAN FRANCISCO

SHANGHAI
SINGAPORE
SYDNEY
TOKYO
WASHINGTON, D.C.

**FOUNDED 1866**

September 23, 2015

FEDERAL ID 36-▮▮▮▮

Stephanie Zapata Moore
Luminant Energy Company LLC
Attn: Stephanie Zapata Moore, General Counsel
1601 Bryan Street, 22nd Floor
Dallas, TX 75201-3411

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 35052277
Client Matter 52698-10050

For professional services rendered through June 30, 2015 re Regional
Haze Program

Fees                                                                    $3,058.70

**Total Due This Bill**                                       **$3,058.70**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois 60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: ▮▮▮▮▮▮
ABA Number: ▮▮▮▮▮▮▮
Swift Code: ▮▮▮▮▮▮▮▮▮

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN** LLP

Invoice Number: 35052277
Luminant Energy Company LLC

Regional Haze Program

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| PD Keisler | .30 | $1,034.00 | $310.20 |
| C Beckner | 1.10 | 935.00 | 1,028.50 |
| RR Martella | 2.00 | 860.00 | 1,720.00 |
| **Total Hours and Fees** | **3.40** | | **$3,058.70** |

**SIDLEY AUSTIN** LLP

Invoice Number: 35052277
Luminant Energy Company LLC

Regional Haze Program

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 06/16/15 | C Beckner | Review and analyze recent decision and correspondence with co-counsel regarding same | .60 |
| 06/17/15 | C Beckner | Meet with in-house and co-counsel regarding regional haze appeal | .50 |
| 06/17/15 | PD Keisler | Meeting with in-house and co-counsel regarding next steps | .30 |
| 06/17/15 | RR Martella | Correspondence with EPA regarding service of process issues | 1.00 |
| 06/19/15 | RR Martella | Coordination with EPA on service of process issues | 1.00 |
| | | **Total Hours** | **3.40** |



**SIDLEY AUSTIN** LLP
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SHANGHAI |
| BOSTON | HOUSTON | SINGAPORE |
| BRUSSELS | LONDON | SYDNEY |
| CENTURY CITY | LOS ANGELES | TOKYO |
| CHICAGO | NEW YORK | WASHINGTON, D.C. |
| DALLAS | PALO ALTO | |
| GENEVA | SAN FRANCISCO | |

**FOUNDED 1866**

September 23, 2015

FEDERAL ID 36-

Dan Kelly
Energy Future Holdings
Attn: Daniel J. Kelly
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 35052279
Client Matter 55784-40080

For professional services rendered through June 30, 2015 re Counseling
on Regulations for Existing Generating Units

| | |
|---|---|
| Fees | $860.00 |
| Expenses | 126.97 |
| **Total Due This Bill** | **$986.97** |

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois 60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:
ABA Number:
Swift Code:

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN LLP**

Invoice Number: 35052279
Luminant Generation Company LLC

Counseling on Regulations for Existing Generating Units

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| RR Martella | 1.00 | $860.00 | $860.00 |
| **Total Hours and Fees** | **1.00** | | **$860.00** |

## EXPENSE SUMMARY

| Category/Description | Amount |
|----------------------|-------:|
| Ground Transportation | $110.86 |
| Meals - Out of Town | 16.11 |
| **Total** | **$126.97** |

**SIDLEY AUSTIN** LLP

Invoice Number: 35052279
Luminant Generation Company LLC

Counseling on Regulations for Existing Generating Units

TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 06/04/15 | RR Martella | Teleconference and correspondence with in-house counsel regarding litigation updates | .50 |
| 06/25/15 | RR Martella | Correspondence regarding updates on regulatory developments and scheduling of meetings | .50 |
| | | **Total Hours** | **1.00** |



SIDLEY AUSTIN LLP
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SHANGHAI |
| BOSTON | HOUSTON | SINGAPORE |
| BRUSSELS | LONDON | SYDNEY |
| CENTURY CITY | LOS ANGELES | TOKYO |
| CHICAGO | NEW YORK | WASHINGTON, D.C. |
| DALLAS | PALO ALTO | |
| GENEVA | SAN FRANCISCO | |

FOUNDED 1866

FEDERAL ID 36-█████

September 23, 2015

Luminant Generation Company LLC
Attn: Stephanie Zapata Moore, General Counsel
1601 Bryan Street, 22nd Floor
Dallas, TX 75201-3411

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 35052278
Client Matter 55784-40030

For professional services rendered through June 30, 2015 re MSS
Appeal

Fees                                                          $5,823.70

**Total Due This Bill**                                      **$5,823.70**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois 60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: █████
ABA Number: █████
Swift Code: █████

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN** LLP

Invoice Number: 35052278
Luminant Generation Company LLC

MSS Appeal

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| PD Keisler | .30 | $1,034.00 | $310.20 |
| C Beckner | 5.70 | 935.00 | 5,329.50 |
| SJ Taylor | 1.00 | 184.00 | 184.00 |
| **Total Hours and Fees** | **7.00** | | **$5,823.70** |

**SIDLEY AUSTIN** LLP

Invoice Number: 35052278
Luminant Generation Company LLC

MSS Appeal

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 06/01/15 | C Beckner | Prepare for and participate in call with in-house and co-counsel | .80 |
| 06/02/15 | C Beckner | Legal analysis and research for MSS appeal | 1.00 |
| 06/02/15 | C Beckner | Call with co-counsel regarding MSS appeal | 1.00 |
| 06/02/15 | C Beckner | Review, comment and correspondence regarding revised petition for review | .20 |
| 06/03/15 | C Beckner | Research and analysis for MSS appeal | .90 |
| 06/04/15 | C Beckner | Research and analysis regarding procedural issues | .70 |
| 06/11/15 | C Beckner | Review and comment on petition for review | .30 |
| 06/16/15 | C Beckner | Review and comment on Petition For Review | .10 |
| 06/17/15 | C Beckner | Meet with in-house and co-counsel regarding MSS appeal | .50 |
| 06/17/15 | PD Keisler | Meeting with in-house and co-counsel regarding appeal | .30 |
| 06/19/15 | C Beckner | Oversee filing of petition for review at EPA | .10 |
| 06/19/15 | SJ Taylor | Prepare petition and cover letter to be delivered to EPA (.50); deliver petition to EPA and receive receipt (signed) cover letter for case files (.50) | 1.00 |
| 06/23/15 | C Beckner | Research and analysis regarding procedural issue | .10 |
| | | **Total Hours** | **7.00** |



SIDLEY AUSTIN LLP
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

| BEIJING | HONG KONG | SHANGHAI |
|---|---|---|
| BOSTON | HOUSTON | SINGAPORE |
| BRUSSELS | LONDON | SYDNEY |
| CENTURY CITY | LOS ANGELES | TOKYO |
| CHICAGO | NEW YORK | WASHINGTON, D.C. |
| DALLAS | PALO ALTO | |
| GENEVA | SAN FRANCISCO | |

FOUNDED 1866

FEDERAL ID 36-▮▮▮

October 15, 2015

Energy Future Holdings Corp.
1601 Bryan Street
43rd Floor
Dallas, TX 75291

**\*\*DRAFT BILL\*\***

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number \*\*\*\*\*\*
Client Matter 58409-30090

For professional services rendered through July 31, 2015 re Fee
Applications

Fees                                                                $46,769.00

**Total Due This Bill**                                          **$46,769.00**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois 60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: ▮▮▮
ABA Number: ▮▮▮
Swift Code: ▮▮▮

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN LLP**

Invoice Number: ******
Energy Future Holdings Corp.

RE: Fee Applications

TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 07/01/15 | GM King | Review materials and draft correspondence re: second interim period (0.8); prepare exhibits and interim applications (1.8) | 2.60 |
| 07/01/15 | DJ Lutes | Prepare April monthly fee application (2.1); prepare email summary reports for monthly fee application materials (.3); prepare 3rd interim fee application materials (1.1) | 3.50 |
| 07/01/15 | KS Mills | Communications w/ G. King re: blended rate disclosures | .30 |
| 07/02/15 | PS Caruso | Further review of time detail (1.4); communications with P. Keisler regarding interim hearing (.2); office conferences with G. King regarding second and third interim applications (.9) | 2.50 |
| 07/02/15 | GM King | Draft fee applications (2.7); prepare exhibits (0.9) | 3.60 |
| 07/02/15 | DJ Lutes | Review January costs (.3); email to G. King re: same (.1); prepare 3rd interim fee application materials (4.6) | 5.00 |
| 07/06/15 | DJ Lutes | Prepare 3rd interim fee application materials (2.0); emails with L. Cuello re: same (.1); email to G. King re: same (.1) | 2.20 |
| 07/07/15 | GM King | Unbilled fees for EFH (0.8); draft correspondence re: outstanding invoices (0.8) | 1.60 |
| 07/09/15 | PS Caruso | Finalize second and third interim fee applications (1.3); office conference with G. King regarding same (.5) | 1.80 |
| 07/09/15 | GM King | Revise fee applications (1.3); draft correspondence re: same (0.5); prepare fee breakdown (1.1) | 2.90 |
| 07/09/15 | DJ Lutes | Prepare interim fee application materials for May | .50 |
| 07/10/15 | GM King | Review materials re: fee application (0.6) | .60 |
| 07/10/15 | DJ Lutes | Prepare 3rd interim fee application materials (4.3); emails with E. Soriano re: same (.2); emails with G. King re: same (.3) | 4.80 |
| 07/13/15 | PS Caruso | Review time detail (1.6); communications with G. King regarding status and hearing schedules (.6) | 2.20 |
| 07/13/15 | GM King | Revise fee applications (2.8) | 2.80 |
| 07/13/15 | DJ Lutes | TCs with G. King re: 2nd interim fee application materials (.3); prepare 2nd interim fee application materials (1.8); review 5th monthly fee application materials (.6); prepare 2nd interim fee application spreadsheet (.7); review 3rd interim fee application materials and calculations for G. King (.4) | 3.80 |
| 07/13/15 | KS Mills | Communications w/ G. King re: preparation of second and third interim fee applications (.3); analyze certain related issues to fee applications (.5) | .80 |

SIDLEY AUSTIN LLP

Invoice Number: ******
Energy Future Holdings Corp.

RE: Fee Applications

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 07/14/15 | B Beaton | Work on fee applications | .10 |
| 07/14/15 | C Beckner | Provide fee estimates | .20 |
| 07/14/15 | GM King | Draft fee application materials (1.8); draft budget materials (1.6); correspondence with Sidley team re: fee application and budgets (0.8); research re: fee materials (1.3) | 5.50 |
| 07/14/15 | DJ Lutes | Email with G. King re: fee committee issues and deadlines (.1); prepare materials for monthly and interim fee applications (.3) | .40 |
| 07/15/15 | GM King | Correspondence re: billing rates for fee application exhibits (0.2) | .20 |
| 07/15/15 | DJ Lutes | Review calculations for 3rd interim fee application materials as per G. King | .90 |
| 07/16/15 | PS Caruso | Communications with G. King regarding fee committee communications regarding interim hearings and status | .40 |
| 07/16/15 | DJ Lutes | Telephone conference with J. Romero re: interim fee application issues (.3); emails re: same (.3); analyze interim fee application calculations (.4); prepare 3rd interim fee application materials (.3) | 1.30 |
| 07/17/15 | DJ Lutes | Emails to J. Romero re: 3rd interim fee application billing issues (.3); prepare 3rd interim fee application re: same (.5) | .80 |
| 07/20/15 | DJ Lutes | Prepare 3rd interim fee application materials (.4); emails with G. King and J. Romero re: same (.3); emails with L. Cuello re: holdback payments (.2) | .90 |
| 07/21/15 | PS Caruso | Communications with G. King regarding budgets | .30 |
| 07/21/15 | DJ Lutes | Review May and June monthly fee application materials | .40 |
| 07/22/15 | PS Caruso | Office conference with G. King regarding comments to budgets (.3); and review interim applications (.9) | 1.20 |
| 07/22/15 | GM King | Meeting with K. Mills re: fee applications (0.4); revise budgets (0.3) | .70 |
| 07/24/15 | GM King | Review fee application materials (0.3) | .30 |
| 07/27/15 | GM King | Review draft interim fee application (0.2) | .20 |
| 07/27/15 | DJ Lutes | Prepare 2nd and 3rd interim fee application exhibits | 3.30 |
| 07/28/15 | PS Caruso | Further review of applications (1.7); office conferences with G. King regarding same (.8) | 2.50 |
| 07/28/15 | GM King | Review fee application materials (0.2) | .20 |
| 07/28/15 | DJ Lutes | Prepare 2nd and 3rd interim fee application exhibits | 4.30 |
| 07/29/15 | GM King | Revise fee applications (2.6); prepare fee applications for filing | 6.90 |

**SIDLEY AUSTIN LLP**

Invoice Number: \*\*\*\*\*\*
Energy Future Holdings Corp.

RE: Fee Applications

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | (4.1); call with K. Mills re: budgets and fee applications (0.2) | |
| 07/29/15 | DJ Lutes | Prepare exhibits to monthly fee applications from November 2014 to April 2015 (2.7); prepare exhibits for 2nd and 3rd interim fee applications (.9); emails to G. King with materials and summaries re: same (.5) | 4.10 |
| 07/30/15 | GM King | Calls with D. Lutes re: fee applications (0.2); review fee application materials (0.4) | .60 |
| 07/30/15 | DJ Lutes | Review finalized expense invoices for EFH matters (.8); prepare summary report and materials for G. King re: same (.9); analyze same and next steps with G. King (.3) | 2.00 |

| | | **Total Hours** | **79.20** |

SIDLEY AUSTIN LLP

Invoice Number: ******
Energy Future Holdings Corp.

RE: Fee Applications

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| PS Caruso | 10.90 | $975.00 | $10,627.50 |
| C Beckner | .20 | 935.00 | 187.00 |
| KS Mills | 1.10 | 825.00 | 907.50 |
| GM King | 28.70 | 740.00 | 21,238.00 |
| B Beaton | .10 | 570.00 | 57.00 |
| DJ Lutes | 38.20 | 360.00 | 13,752.00 |
| **Total Hours and Fees** | **79.20** | | **$46,769.00** |



**SIDLEY AUSTIN** LLP
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

| BEIJING | HONG KONG | SHANGHAI |
|---|---|---|
| BOSTON | HOUSTON | SINGAPORE |
| BRUSSELS | LONDON | SYDNEY |
| CENTURY CITY | LOS ANGELES | TOKYO |
| CHICAGO | NEW YORK | WASHINGTON, D.C. |
| DALLAS | PALO ALTO | |
| GENEVA | SAN FRANCISCO | |

**FOUNDED 1866**

FEDERAL ID 36-

September 23, 2015

Luminant Energy Company LLC
Attn. Stacey Doré, General Counsel
Energy Future Holdings, 1601 Bryan Street, 41st Floor
Dallas, TX 75201-3411

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 35052284
Client Matter 52698-10040

For professional services rendered through July 31, 2015 re Clean Air
Transport Rule

Fees                                                                                    $8,010.00

**Total Due This Bill**                                                  **$8,010.00**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois 60690

Remit Wire Payments To
Sidley Austin LLP
JP Morgan Chase Bank, N A
Account Number:
ABA Number
Swift Code:

Payment is Due Within 30 Days of Receipt of Invoice

SIDLEY AUSTIN LLP

Invoice Number: 35052284
Luminant Energy Company LLC

Clean Air Transport Rule

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| PD Keisler | 1.50 | $1,034.00 | $1,551.00 |
| C Beckner | 4.60 | 935.00 | 4,301.00 |
| RR Martella | 2.00 | 860.00 | 1,720.00 |
| TK Webster | .30 | 700.00 | 210.00 |
| B Beaton | .40 | 570.00 | 228.00 |
| **Total Hours and Fees** | **8.80** | | **$8,010.00** |

**SIDLEY AUSTIN** LLP

Invoice Number: 35052284
Luminant Energy Company LLC

Clean Air Transport Rule

## TIME DETAIL

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 07/28/15 | B Beaton | Review opinion | .40 |
| 07/28/15 | C Beckner | Correspondence re. Luminant press statement | .30 |
| 07/28/15 | C Beckner | Correspondence re. effect of DC Circuit's order on budgets | .50 |
| 07/28/15 | C Beckner | Correspondence and calls with appellate team re. DC Circuit Order | .50 |
| 07/28/15 | C Beckner | Review and analyze DC Circuit Order | 1.30 |
| 07/28/15 | PD Keisler | Review decision (0.6); email correspondence and telephone calls discussing same (0.9) | 1.50 |
| 07/28/15 | RR Martella | Review CSAPR decision (1.0); correspondence with R. Beckner and P. Keisler regarding EPA comments (1.0) | 2.00 |
| 07/28/15 | TK Webster | Review court decision | .30 |
| 07/29/15 | C Beckner | Call with in-house and co-counsel re. remand proceedings before EPA | 1.10 |
| 07/30/15 | C Beckner | Correspondence memo re. litigation strategy after EME Homer decision | .90 |
| | | **Total Hours** | **8.80** |



**SIDLEY AUSTIN** LLP
1501 K STREET, N.W.
WASHINGTON, D.C.  20005
(202) 736 8000
(202) 736 8711 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SHANGHAI |
| BOSTON | HOUSTON | SINGAPORE |
| BRUSSELS | LONDON | SYDNEY |
| CENTURY CITY | LOS ANGELES | TOKYO |
| CHICAGO | NEW YORK | WASHINGTON, D.C. |
| DALLAS | PALO ALTO | |
| GENEVA | SAN FRANCISCO | |

**FOUNDED 1866**

September 23, 2015

FEDERAL ID 36-

Dan Kelly
Energy Future Holdings
Attn: Daniel J. Kelly
1601 Bryan Street, 43rd Floor
Dallas, TX  75201

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 35052289
Client Matter 55784-40080

For professional services rendered through July 31, 2015 re Counseling
on Regulations for Existing Generating Units

Fees                                                                    $860 00

**Total Due This Bill**                                         **$860,00**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:
ABA Number:
Swift Code:

Payment is Due Within 30 Days of Receipt of Invoice

SIDLEY AUSTIN LLP

Invoice Number: 35052289
Luminant Generation Company LLC

Counseling on Regulations for Existing Generating Units

TIME SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| RR Martella | 1.00 | $860.00 | $860.00 |
| **Total Hours and Fees** | **1.00** | | **$860.00** |

SIDLEY AUSTIN LLP

Invoice Number: 35052289
Luminant Generation Company LLC

Counseling on Regulations for Existing Generating Units

TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|------:|
| 07/06/15 | RR Martella | Correspondence regarding draft motion to govern and preparation for meetings in Washington | .50 |
| 07/31/15 | RR Martella | Correspondence regarding ESPS release and meetings regarding potential litigation | .50 |
| | | **Total Hours** | **1.00** |



**SIDLEY AUSTIN** LLP
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

| BEIJING | HONG KONG | SHANGHAI |
| BOSTON | HOUSTON | SINGAPORE |
| BRUSSELS | LONDON | SYDNEY |
| CENTURY CITY | LOS ANGELES | TOKYO |
| CHICAGO | NEW YORK | WASHINGTON, D.C. |
| DALLAS | PALO ALTO | |
| GENEVA | SAN FRANCISCO | |

FOUNDED 1866

FEDERAL ID 36

September 23, 2015

Luminant Generation Company LLC
Attn: Stephanie Zapata Moore, General Counsel
1601 Bryan Street, 22nd Floor
Dallas, TX 75201-3411

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 35052281
Client Matter 55784-40030

For professional services rendered through July 31, 2015 re MSS
Appeal

Fees                                                              $1,683.00

**Total Due This Bill**                                          **$1,683.00**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois 60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:
ABA Number:
Swift Code:

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN** LLP

Invoice Number: 35052281
Luminant Generation Company LLC

MSS Appeal

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|------|------|------|
| C Beckner | 1.80 | $935.00 | $1,683.00 |
| **Total Hours and Fees** | **1.80** | | **$1,683.00** |

**SIDLEY AUSTIN** LLP

Invoice Number: 35052281
Luminant Generation Company LLC

MSS Appeal

TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 07/13/15 | C Beckner | Call with co-counsel regarding litigation strategy; review Filings regarding same | .70 |
| 07/22/15 | C Beckner | Review and comment on litigation strategy | .50 |
| 07/30/15 | C Beckner | Review and comment on litigation strategy | .60 |
| | | **Total Hours** | **1.80** |



**SIDLEY AUSTIN LLP**
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

| BEIJING | HONG KONG | SHANGHAI |
| BOSTON | HOUSTON | SINGAPORE |
| BRUSSELS | LONDON | SYDNEY |
| CENTURY CITY | LOS ANGELES | TOKYO |
| CHICAGO | NEW YORK | WASHINGTON, D.C. |
| DALLAS | PALO ALTO | |
| GENEVA | SAN FRANCISCO | |

**FOUNDED 1866**

FEDERAL ID 36-

October 15, 2015

Energy Future Holdings Corp.
1601 Bryan Street
43rd Floor
Dallas, TX 75291

**\*\*DRAFT BILL\*\***

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number \*\*\*\*\*\*
Client Matter 58409-30090

For professional services rendered through August 31, 2015 re Fee
Applications

Fees                                                                      $10,972.00

**Total Due This Bill**                                          **$10,972.00**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois 60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:
ABA Number:
Swift Code:

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN LLP**

Invoice Number: ******
Energy Future Holdings Corp.

RE: Fee Applications

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 08/03/15 | PS Caruso | Communications with G. King re: expenses included in interim applications | .60 |
| 08/04/15 | DJ Lutes | Prepare monthly fee application for May 2015 (1.8); review electronically filed fee application materials and assess documents re: same (.8) | 2.60 |
| 08/05/15 | DJ Lutes | Prepare May and June 2015 monthly fee application materials for EFH (1.1); review expenses for EPA matters (.4); prepare cost materials for monthly fee application exhibits (.4) | 1.90 |
| 08/06/15 | DJ Lutes | Review EPA matters and May 2015 expenses | .50 |
| 08/10/15 | GM King | Correspondence to B. Beaton re: fee applications (0.2); call with B. Beaton re: same (0.1); call with J. Romero re: same (0.1); review correspondence and materials re: same (0.3) | .70 |
| 08/10/15 | DJ Lutes | Assess fee application issues with G. King and B. Beaton (.3); prepare monthly fee application materials for May and June (3.1) | 3.40 |
| 08/11/15 | DJ Lutes | Prepare monthly fee application materials for May and June (.5); prepare monthly fee application materials for July (.2) | .70 |
| 08/12/15 | DJ Lutes | Prepare May monthly fee application materials for EPA matters (.4); review July monthly fee application materials (.5) | .90 |
| 08/13/15 | DJ Lutes | Review June fee application materials (.3); emails from B. Beaton re: EPA matters (.1) | .40 |
| 08/14/15 | GM King | Review draft materials in preparation for fee applications (1.8) | 1.80 |
| 08/14/15 | DJ Lutes | Prepare monthly fee application materials for May, June and July 2015 (1.9); email with L. Cuello re: same (.2) | 2.10 |
| 08/17/15 | DJ Lutes | Review draft invoices for May, June and July 2015 (.9); email to L. Cuello re: same (.2) | 1.10 |
| 08/18/15 | GM King | Draft and review correspondence to Sidley team re: budgets (0.2) | .20 |
| 08/18/15 | DJ Lutes | Review draft invoices for May, June and July 2015 (.9); emails to G. King and B. Beaton re: same (.2) | 1.10 |
| 08/19/15 | B Beaton | Work on fee applications | .10 |
| 08/19/15 | DJ Lutes | Prepare 4th interim fee application materials (.9); emails with L. Cuello re: July monthly (.1) | 1.00 |
| 08/20/15 | DJ Lutes | Prepare monthly fee application materials for June (.5); emails with G. King re: status (.1) | .60 |

**SIDLEY AUSTIN LLP**

Invoice Number: ******
Energy Future Holdings Corp.

RE: Fee Applications

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 08/21/15 | GM King | Draft correspondence to B. Beaton re: first interim application order (0.1) | .10 |
| 08/24/15 | C Beckner | Review and revise fee estimates | .10 |
| 08/24/15 | PS Caruso | Review applications (1.4); communications with G. King re: same (.5) | 1.90 |
| 08/25/15 | GM King | Revise September budget (0.6) | .60 |
| | | **Total Hours** | **22.40** |

**SIDLEY AUSTIN LLP**

Invoice Number: ******
Energy Future Holdings Corp.

RE: Fee Applications

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| PS Caruso | 2.50 | $975.00 | $2,437.50 |
| C Beckner | .10 | 935.00 | 93.50 |
| GM King | 3.40 | 740.00 | 2,516.00 |
| B Beaton | .10 | 570.00 | 57.00 |
| DJ Lutes | 16.30 | 360.00 | 5,868.00 |
| **Total Hours and Fees** | **22.40** | | **$10,972.00** |



**SIDLEY AUSTIN** LLP
1501 K STREET, N.W.
WASHINGTON, D.C  20005
(202) 736 8000
(202) 736 8711 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SHANGHAI |
| BOSTON | HOUSTON | SINGAPORE |
| BRUSSELS | LONDON | SYDNEY |
| CENTURY CITY | LOS ANGELES | TOKYO |
| CHICAGO | NEW YORK | WASHINGTON, D.C. |
| DALLAS | PALO ALTO | |
| GENEVA | SAN FRANCISCO | |

FOUNDED 1866

October 7, 2015

FEDERAL ID 36⬛

Luminant Energy Company LLC
Attn: Stacey Doré, General Counsel
Energy Future Holdings, 1601 Bryan Street, 41st Floor
Dallas, TX  75201-3411

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 35056264
Client Matter 52698-10040

For professional services rendered through August 31, 2015 re Clean
Air Transport Rule

Fees                                                                  $3,091.00

Expenses                                                                   1.05

**Total Due This Bill**                                              **$3,092.05**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: ⬛
ABA Number: ⬛
Swift Code: ⬛

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN** LLP

Invoice Number: 35056264
Luminant Energy Company LLC

Clean Air Transport Rule

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| C Beckner | 2.60 | $935.00 | $2,431.00 |
| ED McArthur | 1.00 | 660.00 | 660.00 |
| **Total Hours and Fees** | **3.60** | | **$3,091.00** |

## EXPENSE SUMMARY

| Category/Description | Amount |
|----------------------|-------:|
| Telephone Tolls | $1.05 |
| **Total** | **$1.05** |

**SIDLEY AUSTIN** LLP

Invoice Number: 35056264
Luminant Energy Company LLC

Clean Air Transport Rule

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 08/01/15 | C Beckner | Correspondence with co-counsel re. litigation strategy after EME Homer decision | .50 |
| 08/03/15 | C Beckner | Correspondence with co-counsel re. litigation strategy after EME Homer decision | .10 |
| 08/04/15 | ED McArthur | Review decision | 1.00 |
| 08/14/15 | C Beckner | Correspondence with co-counsel re. litigation strategy and response to EPA proposed inquiry on scheduling | .20 |
| 08/14/15 | C Beckner | Correspondence with co-counsel re. litigation strategy | .10 |
| 08/18/15 | C Beckner | Call and correspondence with co-counsel re: motion to govern | .40 |
| 08/20/15 | C Beckner | Call with co-counsel re. motions to govern in Error Correction and BART appeals | .20 |
| 08/20/15 | C Beckner | Call with co-counsel re. motions to govern in Error Correction and BART appeals | .50 |
| 08/24/15 | C Beckner | Correspondence with co-counsel re. responding to DOJ proposal re. Error Correction appeal schedule | .10 |
| 08/27/15 | C Beckner | Review DOJ motions to govern and correspondence with client regarding motions | .50 |
| | | **Total Hours** | **3.60** |



SIDLEY AUSTIN LLP
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

| BEIJING | HONG KONG | SHANGHAI |
| BOSTON | HOUSTON | SINGAPORE |
| BRUSSELS | LONDON | SYDNEY |
| CENTURY CITY | LOS ANGELES | TOKYO |
| CHICAGO | NEW YORK | WASHINGTON, D.C. |
| DALLAS | PALO ALTO | |
| GENEVA | SAN FRANCISCO | |

FOUNDED 1866

October 7, 2015

FEDERAL ID 36▮

Luminant Generation Company LLC
Attn: Stephanie Zapata Moore, General Counsel
1601 Bryan Street, 22nd Floor
Dallas, TX 75201-3411

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 35056266
Client Matter 55784-40030

For professional services rendered through August 31, 2015 re MSS
Appeal

| | |
|---|---|
| Fees | $1,028.50 |
| Expenses | 5.10 |
| **Total Due This Bill** | **$1,033.60** |

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois 60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: ▮
ABA Number: ▮
Swift Code: ▮

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN** LLP

Invoice Number: 35056266
Luminant Generation Company LLC

MSS Appeal

---

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| C Beckner | 1.10 | $935.00 | $1,028.50 |
| **Total Hours and Fees** | **1.10** | | **$1,028.50** |

## EXPENSE SUMMARY

| Category/Description | Amount |
|----------------------|-------:|
| Telephone Tolls | $5.10 |
| **Total** | **$5.10** |

**SIDLEY AUSTIN** LLP

Invoice Number: 35056266
Luminant Generation Company LLC

MSS Appeal

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 08/04/15 | C Beckner | Review and comment on petition for review | .20 |
| 08/05/15 | C Beckner | Call with co-counsel regarding litigation strategy | .20 |
| 08/11/15 | C Beckner | Call with co-counsel regarding litigation strategy | .20 |
| 08/25/15 | C Beckner | Analyze litigation strategy | .10 |
| 08/31/15 | C Beckner | Correspondence regarding caselaw research | .40 |
| | | **Total Hours** | **1.10** |



SIDLEY AUSTIN LLP
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SHANGHAI |
| BOSTON | HOUSTON | SINGAPORE |
| BRUSSELS | LONDON | SYDNEY |
| CENTURY CITY | LOS ANGELES | TOKYO |
| CHICAGO | NEW YORK | WASHINGTON, D.C. |
| DALLAS | PALO ALTO | |
| GENEVA | SAN FRANCISCO | |

FOUNDED 1866

October 7, 2015

FEDERAL ID 36-▆▆▆▆

Stephanie Zapata Moore
Luminant Energy Company LLC
Attn: Stephanie Zapata Moore, General Counsel
1601 Bryan Street, 22nd Floor
Dallas, TX 75201-3411

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 35056265
Client Matter 52698-10050

For professional services rendered through August 31, 2015 re Regional
Haze Program

Fees                                                                 $1,044.00

**Total Due This Bill**                                            **$1,044.00**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois 60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: ▆▆▆▆
ABA Number: ▆▆▆▆
Swift Code: ▆▆▆▆

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN** LLP

Invoice Number: 35056265
Luminant Energy Company LLC

Regional Haze Program

---

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| C Beckner | .80 | $935.00 | $748.00 |
| C Karen | .50 | 592.00 | 296.00 |
| **Total Hours and Fees** | **1.30** | | **$1,044.00** |

**SIDLEY AUSTIN** LLP

Invoice Number: 35056265
Luminant Energy Company LLC

Regional Haze Program

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 08/13/15 | C Beckner | Review EPA proposed procedural motions and follow up correspondence re. litigation strategy with co-counsel | .60 |
| 08/14/15 | C Beckner | Correspondence with co-counsel re. litigation strategy and response to EPA proposed abeyance motion | .20 |
| 09/10/15 | C Karen | Coordinate litigation and regulatory strategy meetings | .50 |
| | | **Total Hours** | **1.30** |



**SIDLEY AUSTIN** LLP
1501 K STREET, N.W.
WASHINGTON, D.C.  20005
(202) 736 8000
(202) 736 8711 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SHANGHAI |
| BOSTON | HOUSTON | SINGAPORE |
| BRUSSELS | LONDON | SYDNEY |
| CENTURY CITY | LOS ANGELES | TOKYO |
| CHICAGO | NEW YORK | WASHINGTON, D.C. |
| DALLAS | PALO ALTO | |
| GENEVA | SAN FRANCISCO | |

**FOUNDED 1866**

FEDERAL ID 36-████

October 7, 2015

Dan Kelly
Energy Future Holdings
Attn: Daniel J. Kelly
1601 Bryan Street, 43rd Floor
Dallas, TX  75201

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 35056268
Client Matter 55784-40080

For professional services rendered through August 31, 2015 re
Counseling on Regulations for Existing Generating Units

| | |
|---|---|
| Fees | $13,802.00 |
| Expenses | 14.82 |
| **Total Due This Bill** | **$13,816.82** |

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: ████
ABA Number: ████
Swift Code: ████

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN** LLP

Invoice Number:  35056268
Luminant Generation Company LLC

Counseling on Regulations for Existing Generating Units

### T I M E  S U M M A R Y

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| RR Martella | 9.50 | $860.00 | $8,170.00 |
| RC Morris | 8.80 | 640.00 | 5,632.00 |
| **Total Hours and Fees** | **18.30** | | **$13,802.00** |

### E X P E N S E  S U M M A R Y

| Category/Description | Amount |
|----------------------|--------|
| Telephone Tolls | $14.82 |
| **Total** | **$14.82** |

SIDLEY AUSTIN LLP

Invoice Number:  35056268
Luminant Generation Company LLC

Counseling on Regulations for Existing Generating Units

T I M E   D E T A I L

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 08/10/15 | RR Martella | Meeting with client regarding ESPS updates | 1.00 |
| 08/17/15 | RC Morris | Review pre-litigation analysis | .40 |
| 08/19/15 | RR Martella | Teleconference with client regarding status of litigation preparations | .50 |
| 08/19/15 | RC Morris | Correspond with co-counsel regarding litigation preparations | .20 |
| 08/19/15 | RC Morris | Review and comment on litigation preparations | 1.80 |
| 08/20/15 | RR Martella | Review and comment on draft declaration | 1.50 |
| 08/21/15 | RR Martella | Meeting with client regarding litigation preparations in Austin | 5.00 |
| 08/24/15 | RC Morris | Work on pre-litigation analysis | 1.00 |
| 08/24/15 | RC Morris | Coordinate with co-counsel regarding pre-litigation analysis | .50 |
| 08/26/15 | RC Morris | Correspond with client regarding litigation preparations | .10 |
| 08/27/15 | RC Morris | Work on litigation preparations | 1.70 |
| 08/27/15 | RC Morris | Emails to co-counsel regarding pre-litigation analysis | .30 |
| 08/28/15 | RC Morris | Emails to client regarding pre-litigation analysis | .20 |
| 08/28/15 | RC Morris | Continue working on litigation preparations | .80 |
| 08/31/15 | RR Martella | Work on litigation preparations | 1.50 |
| 08/31/15 | RC Morris | Revise pre-litigation analysis | .80 |
| 08/31/15 | RC Morris | Review revised litigation preparations | .70 |
| 08/31/15 | RC Morris | Correspond with client regarding pre-litigation preparations | .30 |
| | | **Total Hours** | **18.30** |



**SIDLEY AUSTIN** LLP
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SHANGHAI |
| BOSTON | HOUSTON | SINGAPORE |
| BRUSSELS | LONDON | SYDNEY |
| CENTURY CITY | LOS ANGELES | TOKYO |
| CHICAGO | NEW YORK | WASHINGTON, D.C. |
| DALLAS | PALO ALTO | |
| GENEVA | SAN FRANCISCO | |

**FOUNDED 1866**

FEDERAL ID 36-

September 23, 2015

Luminant Generation Company LLC
Attn: Stephanie Zapata Moore, General Counsel
1601 Bryan Street, 22nd Floor
Dallas, TX 75201-3411

## **DRAFT BILL**

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number ******
Client Matter 55784-40060

For professional services rendered through August 31, 2015 re EPA
July 2012 NOV (5th Circuit)

Fees                                                                           $1,161.60

**Total Due This Bill**                                                        **$1,161.60**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois 60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:
ABA Number:
Swift Code:

Payment is Due Within 30 Days of Receipt of Invoice

SIDLEY AUSTIN LLP

Invoice Number: ******
Luminant Generation Company LLC

EPA July 2012 NOV (5th Circuit)

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| PD Keisler | .40 | $1,034.00 | $413.60 |
| C Beckner | .80 | 935.00 | 748.00 |
| **Total Hours and Fees** | **1.20** | | **$1,161.60** |

SIDLEY AUSTIN LLP

Invoice Number: ******
Luminant Generation Company LLC

EPA July 2012 NOV (5th Circuit)

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 08/24/15 | C Beckner | Review motion to dismiss ruling and follow up discussions with co-counsel | .40 |
| 08/24/15 | PD Keisler | Review decision on motion to dismiss | .40 |
| 08/25/15 | C Beckner | Call with co-counsel re. litigation strategy in light of district court ruling | .40 |
| | | **Total Hours** | **1.20** |