## Exhibit F

## Record of Expenses



| | |
|---|---|
| **SIDLEY AUSTIN LLP**<br>1501 K STREET, N.W.<br>WASHINGTON, D.C. 20005<br>(202) 736 8000<br>(202) 736 8711 FAX | BEIJING HONG KONG SHANGHAI<br>BOSTON HOUSTON SINGAPORE<br>BRUSSELS LONDON SYDNEY<br>CENTURY CITY LOS ANGELES TOKYO<br>CHICAGO NEW YORK WASHINGTON, D.C.<br>DALLAS PALO ALTO<br>GENEVA SAN FRANCISCO |
| | FOUNDED 1866 |

October 15, 2015

FEDERAL ID 36-

Energy Future Holdings Corp.
1601 Bryan Street
43rd Floor
Dallas, TX 75291

## **DRAFT BILL**

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number ******
Client Matter 58409-30100

For professional services rendered through May 31, 2015 re Case Administration

Expenses:
Legal Support Services                $442.50

Total Expenses                                                       442.50

**Total Due This Bill**                                              **$442.50**

Remit Check Payments To:                    Remit Wire Payments To:
Sidley Austin LLP                           Sidley Austin LLP
P.O. Box 0642                               JP Morgan Chase Bank, NA
Chicago, Illinois 60690                     Account Number:
                                            ABA Number:
                                            Swift Code:

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN LLP**

Invoice Number: ******
Energy Future Holdings Corp.

RE: Case Administration

## EXPENSE DETAIL

| Date | Type | Description | Amount |
|---|---|---|---|
| 05/28/15 | LIT | 05/01/15-Monthly Electronic Data Storage Fee 88.50 GB @ $5.00 | $442.50 |
| | | **Total Expenses** | **$442.50** |

**SIDLEY AUSTIN LLP**

Invoice Number: 35052276
Luminant Generation Company LLC

Counseling on Regulations for Existing Generating Units

## EXPENSE DETAIL

| Date | Narrative | Amount |
|---|---|---|
| 05/18/15 | 05/10/15-05/11/15 Washington D.C. to Austin - May 07, 2015 - Roger R. Martella, Jr. - Roundtrip economy airfare (with complimentary upgrade) between Austin, Texas and Washington, D.C. in connection with travel for meeting with EPA - United Airlines | $2,024.60 |
| 05/18/15 | 05/10/15-05/11/15 Washington D.C. to Austin - May 07, 2015 - Roger R. Martella, Jr. - Agent Fee - Meeting with EPA | 41.00 |
| 05/18/15 | 05/10/15-05/11/15 Washington D.C. to Austin - May 10, 2015 - Roger R. Martella, Jr. - Taxi/Car Service - Meeting with EPA - To/From Airport | 103.00 |
| 05/18/15 | 05/10/15-05/11/15 Washington D.C. to Austin - May 11, 2015 - Roger R. Martella, Jr. - Taxi/Car Service - Meeting with EPA - To/From Airport | 19.64 |
| 05/18/15 | 05/10/15-05/11/15 Washington D.C. to Austin - May 10, 2015 - Roger R. Martella, Jr. - Hotel - Dinner - Meeting with EPA - Marriott Hotels | 23.20 |
| 05/18/15 | 05/10/15-05/11/15 Washington D.C. to Austin - May 11, 2015 - Roger R. Martella, Jr. - Lodging for one night in Austin, Texas on 5/10/15 includes room rate $229, local tax 20.61, state tax $13.74 and Texas fee $1.85 in connection with travel for meeting with EPA - Marriott Hotels | 265.20 |

**Total Expenses** **$2,476.64**



| | |
|---|---|
| SIDLEY AUSTIN LLP<br>1501 K STREET, N.W.<br>WASHINGTON, D.C. 20005<br>(202) 736 8000<br>(202) 736 8711 FAX | BEIJING   HONG KONG   SHANGHAI<br>BOSTON   HOUSTON   SINGAPORE<br>BRUSSELS   LONDON   SYDNEY<br>CENTURY CITY   LOS ANGELES   TOKYO<br>CHICAGO   NEW YORK   WASHINGTON, D.C.<br>DALLAS   PALO ALTO<br>GENEVA   SAN FRANCISCO |

FOUNDED 1866

October 15, 2015

FEDERAL ID 36-

Energy Future Holdings Corp.
1601 Bryan Street
43rd Floor
Dallas, TX 75291

**\*\*DRAFT BILL\*\***

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number \*\*\*\*\*\*
Client Matter 58409-30100

For professional services rendered through June 30, 2015 re Case Administration

Expenses:
  Duplicating Charges                                             $.40
  Legal Support Services                                     442.50

**Total Expenses**                                                                             442.90

**Total Due This Bill**                                            **$442.90**

---

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois 60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:
ABA Number:
Swift Code:

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN LLP**

Invoice Number: ******
Energy Future Holdings Corp.

RE: Case Administration

## EXPENSE DETAIL

| Date | Type | Description | | Amount |
|---|---|---|---|---|
| 06/20/15 | CPY | 06/19/15-Duplicating charges Time: 10:48:00 | | $.40 |
| 06/24/15 | LIT | 06/01/15-Monthly Electronic Data Storage Fee 88.50 GB @ | $5.00 | 442.50 |
| | | | **Total Expenses** | **$442.90** |

**SIDLEY AUSTIN LLP**

Invoice Number: 35052279
Luminant Generation Company LLC

Counseling on Regulations for Existing Generating Units

## EXPENSE DETAIL

| Date | Narrative | Amount |
|---|---|---|
| 06/16/15 | 05/10/15-05/11/15 Washington D.C. to Austin - May 11, 2015 - Roger R. Martella, Jr. - Taxi/Car Service - Meeting with EPA - To/From Airport | $66.96 |
| 06/16/15 | 05/10/15-05/11/15 Washington D.C. to Austin - May 11, 2015 - Roger R. Martella, Jr. - Taxi/Car Service - Meeting with EPA - While Traveling | 10.90 |
| 06/16/15 | 05/10/15-05/11/15 Washington D.C. to Austin - May 10, 2015 - Roger R. Martella, Jr. - Taxi/Car Service - Meeting with EPA - To/From Airport | 33.00 |
| 06/16/15 | 05/10/15-05/11/15 Washington D.C. to Austin - May 11, 2015 - Roger R. Martella, Jr. - Dinner - Meeting with EPA - Salt Lick BBQ - While Traveling | 12.94 |
| 06/16/15 | 05/10/15-05/11/15 Washington D.C. to Austin - May 10, 2015 - Roger R. Martella, Jr. - Meals Other - Meeting with EPA - Washington Dulles Airport - While Traveling | 3.17 |
| | **Total Expenses** | **$126.97** |



**SIDLEY**

SIDLEY AUSTIN LLP
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

BEIJING
BOSTON
BRUSSELS
CENTURY CITY
CHICAGO
DALLAS
GENEVA

HONG KONG
HOUSTON
LONDON
LOS ANGELES
NEW YORK
PALO ALTO
SAN FRANCISCO

SHANGHAI
SINGAPORE
SYDNEY
TOKYO
WASHINGTON, D.C.

FOUNDED 1866

FEDERAL ID 36-

October 15, 2015

Energy Future Holdings Corp.
1601 Bryan Street
43rd Floor
Dallas, TX 75291

**\*\*DRAFT BILL\*\***

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number \*\*\*\*\*\*
Client Matter 58409-30100

For professional services rendered through July 31, 2015 re Case Administration

Expenses:
  Air Transportation                            $41.00
  Legal Support Services                        442.50

Total Expenses                                                                 483.50

**Total Due This Bill**                                                        **$483.50**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois 60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:
ABA Number:
Swift Code:

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN LLP**

Invoice Number: ******
Energy Future Holdings Corp.

RE: Case Administration

## EXPENSE DETAIL

| Date | Type | Description | Amount |
|---|---|---|---|
| 07/06/15 | AIR | Jun 19, 2015 - Kerriann S. Mills - Agent Fee - Cancelled flight due to telephone attendance of 6/24 hearing | $41.00 |
| 07/24/15 | LIT | 07/01/15-Monthly Electronic Data Storage Fee 88.50 GB @ $5.00 | 442.50 |
| | | **Total Expenses** | **$483.50** |



**SIDLEY AUSTIN LLP**
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

| BEIJING | HONG KONG | SHANGHAI |
| BOSTON | HOUSTON | SINGAPORE |
| BRUSSELS | LONDON | SYDNEY |
| CENTURY CITY | LOS ANGELES | TOKYO |
| CHICAGO | NEW YORK | WASHINGTON, D.C. |
| DALLAS | PALO ALTO | |
| GENEVA | SAN FRANCISCO | |

FOUNDED 1866

FEDERAL ID 36-

October 15, 2015

Energy Future Holdings Corp.
1601 Bryan Street
43rd Floor
Dallas, TX 75291

**\*\*DRAFT BILL\*\***

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number \*\*\*\*\*\*
Client Matter 58409-30100

For professional services rendered through August 31, 2015 re Case Administration

Expenses:
 Legal Support Services                                           $442.50

Total Expenses                                                                               442.50

**Total Due This Bill**                                                                  **$442.50**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois 60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:
ABA Number:
Swift Code:

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN LLP**

Invoice Number: ******
Energy Future Holdings Corp.

RE: Case Administration

## EXPENSE DETAIL

| Date | Type | Description | Amount |
|---|---|---|---|
| 08/31/15 | LIT | 08/01/15-Monthly Electronic Data Storage Fee 88.50 GB @ $5.00 | $442.50 |
| | | **Total Expenses** | **$442.50** |

**SIDLEY AUSTIN LLP**

Invoice Number: 35056264
Luminant Energy Company LLC

Clean Air Transport Rule

## EXPENSE DETAIL

| Date | Narrative | Amount |
|---|---|---|
| 07/30/15 | 07/29/15-Telephone Call (Non-Local) To: 13342693159 Montgomery, AL | $1.05 |
| | **Total Expenses** | **$1.05** |

**SIDLEY AUSTIN LLP**

Invoice Number: 35056268
Luminant Generation Company LLC

Counseling on Regulations for Existing Generating Units

## EXPENSE DETAIL

| Date | Narrative | Amount |
|---|---|---|
| 07/03/15 | 05/29/15-Telephone Charges Conference Call Customer: MCB8648 C F BECKNER III | $14.82 |
| | **Total Expenses** | **$14.82** |