# **Exhibit G**

**Monthly Budgets**

**May 2015 Budget**

**Exhibit A**

**Aggregate Budget for Matter Categories
for the Period Beginning on May 1, 2015 and Ending on May 31, 2015**

Case Name and Number: *In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)
Law firm:  Sidley Austin LLP

| Matter Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted[2] |
|---|---|---|---|
| Applicable to All Debtors: | | | |
| 1 | [ALL] First Day Motions | 0 | $0 |
| 2 | [ALL] DIP Financing Matters/Cash Collateral | 0 | $0 |
| 3 | [ALL] Executory Contracts and Leases | 0 | $0 |
| 4 | [ALL] Use/Sale/Lease of Assets | 0 | $0 |
| 5 | [ALL] Plan and Disclosure Statement | 0 | $0 |
| 6 | [ALL] Professional Retention | 10-20 | $8,000-$15,000 |
| 7 | [ALL] Claims Processing | 0 | $0 |
| 8 | [ALL] Fee Applications | 50-90 | $33,000-$55,000 |
| 9 | [ALL] Case Administration | 5-10 | $5,000-$10,000 |
| 10 | [ALL] Bankruptcy Schedules | 0 | $0 |
| 11 | [ALL] Litigated Matters | 0 | $0 |
| 12 | [ALL] Committee-Related Matters | 0 | $0 |
| 13 | [ALL] Vendor Issues | 0 | $0 |
| 14 | [ALL] Creditor Communications | 0 | $0 |
| 15 | [ALL] Employee Issues | 0 | $0 |
| 16 | [ALL] Labor Issues | 0 | $0 |
| 17 | [ALL] Insurance Matters | 0 | $0 |
| 18 | [ALL] Environmental Issues | 0 | $0 |
| 19 | [ALL] Intellectual Property Issues | 0 | $0 |
| 20 | [ALL] Securities and Tax Issues | 0 | $0 |
| 21 | [ALL] Corporate General | 0 | $0 |
| 22 | [ALL] Business Operations | 0 | $0 |
| 23 | [ALL] Inter-Company Issues | 5-15 | $4,000-$20,000 |
| 24 | [ALL] Travel Time | 0 | $0 |
| 25 | [ALL] Sponsor Matters | 40-100 | $50,000-$100,000 |
| Applicable to Certain Debtors: | | | |
| 26 | [Luminant Energy Company LLC][3] Clean Air Transport Rule Litigation | 0-5 | $0-$4,000 |

---

[2]  Budgeted numbers do not necessarily amount to a 1:1 ratio because they reflect a blended hourly rate and a variable allocation of timekeepers and hours, depending on the needs for each matter number.

[3]  In addition to Debtor Luminant Energy Company LLC, the work provided in this matter category also benefits, or may potentially benefit, Debtors Luminant Generation Company LLC, Sandow Power Company LLC, Big

| Matter Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted[2] |
|---|---|---|---|
| 27 | [Luminant Energy Company LLC] Regional Haze Program[3] | 0-5 | $0-$4,000 |
| 28 | [Luminant Energy Company LLC] EPA July 2012 (5th Circuit)[3] | 0-5 | $0-$4,000 |
| 29 | [Luminant Energy Company LLC] Greenhouse Cases[3] | 5-15 | $4,000-$11,000 |
| 30 | [Luminant Energy Company LLC] Counseling on Regulations for Existing Generating Units[3] | 0-5 | $0-$5,000 |
| 31 | [Luminant Energy Company LLC] Startup, Shutdown and Maintenance (SSM) Litigation[3] | 10-25 | $8,000-$20,000 |
| **Total** | | **125-295** | **$112,000-$248,000** |

Brown Power Company LLC, Oak Grove Management Company LLC, Luminant Mining Company LLC, Big Brown Lignite Company LLC, Luminant Big Brown Mining Company LLC, and Luminant Holding Company LLC.

**Exhibit B**

**Aggregate Staffing Plan Across All Matter Categories
for the Period Beginning on May 1, 2015 and Ending on May 31, 2015**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter Categories During the Budget Period | Average Hourly Rate[4] |
|---|---|---|
| Partner | 5-15 | $865.00 |
| Counsel | 0-4 | $745.00 |
| Associate (4+ years since first admission) | 2-10 | $625.00 |
| Jr. Associate (1-3 years since first admission) | 2-10 | $520.00 |
| Legal Assistant | 1-5 | $335.00 |
| Case Assistant | N/A | $210.00 |
| Project Assistants (and other support staff) | N/A | $180.00 |
| **Total Attorney** | **9-39** | **$765.00** |
| **Total Non-Attorney** | **1-5** | **$350.00** |
| **Total** | **10-44** | **$705.00** |

---

[4] The Average Hourly Rate is a weighted average based on the individual hourly rate of, and projected number of hours worked by, each timekeeper over the course of the chapter 11 cases.

**June 2015 Budget**

**Exhibit A**

**Aggregate Budget for Matter Categories
for the Period Beginning on June 1, 2015 and Ending on June 30, 2015**

Case Name and Number: *In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)
Law firm:  Sidley Austin LLP

| Matter Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted[2] |
|---|---|---|---|
| Applicable to All Debtors: | | | |
| 1 | [ALL] First Day Motions | 0 | $0 |
| 2 | [ALL] DIP Financing Matters/Cash Collateral | 0 | $0 |
| 3 | [ALL] Executory Contracts and Leases | 0 | $0 |
| 4 | [ALL] Use/Sale/Lease of Assets | 0 | $0 |
| 5 | [ALL] Plan and Disclosure Statement | 0 | $0 |
| 6 | [ALL] Professional Retention | 10-20 | $8,000-$15,000 |
| 7 | [ALL] Claims Processing | 0 | $0 |
| 8 | [ALL] Fee Applications | 50-90 | $33,000-$55,000 |
| 9 | [ALL] Case Administration | 5-10 | $5,000-$10,000 |
| 10 | [ALL] Bankruptcy Schedules | 0 | $0 |
| 11 | [ALL] Litigated Matters | 0 | $0 |
| 12 | [ALL] Committee-Related Matters | 0 | $0 |
| 13 | [ALL] Vendor Issues | 0 | $0 |
| 14 | [ALL] Creditor Communications | 0 | $0 |
| 15 | [ALL] Employee Issues | 0 | $0 |
| 16 | [ALL] Labor Issues | 0 | $0 |
| 17 | [ALL] Insurance Matters | 0 | $0 |
| 18 | [ALL] Environmental Issues | 0 | $0 |
| 19 | [ALL] Intellectual Property Issues | 0 | $0 |
| 20 | [ALL] Securities and Tax Issues | 0 | $0 |
| 21 | [ALL] Corporate General | 0 | $0 |
| 22 | [ALL] Business Operations | 0 | $0 |
| 23 | [ALL] Inter-Company Issues | 5-15 | $4,000-$20,000 |
| 24 | [ALL] Travel Time | 0 | $0 |
| 25 | [ALL] Sponsor Matters | 40-100 | $50,000-$100,000 |
| Applicable to Certain Debtors: | | | |
| 26 | [Luminant Energy Company LLC][3] Clean Air Transport Rule Litigation | 0-5 | $0-$4,000 |

---

[2]   Budgeted numbers do not necessarily amount to a 1:1 ratio because they reflect a blended hourly rate and a variable allocation of timekeepers and hours, depending on the needs for each matter number.

[3]   In addition to Debtor Luminant Energy Company LLC, the work provided in this matter category also benefits, or may potentially benefit, Debtors Luminant Generation Company LLC, Sandow Power Company LLC, Big

| Matter Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted[2] |
|---|---|---|---|
| 27 | [Luminant Energy Company LLC] Regional Haze Program[3] | 0-5 | $0-$4,000 |
| 28 | [Luminant Energy Company LLC] EPA July 2012 (5th Circuit)[3] | 0-5 | $0-$4,000 |
| 29 | [Luminant Energy Company LLC] Greenhouse Cases[3] | 5-15 | $4,000-$11,000 |
| 30 | [Luminant Energy Company LLC] Counseling on Regulations for Existing Generating Units[3] | 0-5 | $0-$5,000 |
| 31 | [Luminant Energy Company LLC] Startup, Shutdown and Maintenance (SSM) Litigation[3] | 10-25 | $8,000-$20,000 |
| **Total** | | **125-295** | **$112,000-$248,000** |

Brown Power Company LLC, Oak Grove Management Company LLC, Luminant Mining Company LLC, Big Brown Lignite Company LLC, Luminant Big Brown Mining Company LLC, and Luminant Holding Company LLC.

## Exhibit B

## Aggregate Staffing Plan Across All Matter Categories
## for the Period Beginning on June 1, 2015 and Ending on June 30, 2015

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter Categories During the Budget Period | Average Hourly Rate[4] |
|---|---|---|
| Partner | 5-15 | $865.00 |
| Counsel | 0-4 | $745.00 |
| Associate (4+ years since first admission) | 2-10 | $625.00 |
| Jr. Associate (1-3 years since first admission) | 2-10 | $520.00 |
| Legal Assistant | 1-5 | $335.00 |
| Case Assistant | N/A | $210.00 |
| Project Assistants (and other support staff) | N/A | $180.00 |
| **Total Attorney** | **9-39** | **$765.00** |
| **Total Non-Attorney** | **1-5** | **$350.00** |
| **Total** | **10-44** | **$705.00** |

---

[4]  The Average Hourly Rate is a weighted average based on the individual hourly rate of, and projected number of hours worked by, each timekeeper over the course of the chapter 11 cases.

**July 2015 Budget**

## Exhibit A

## Aggregate Budget for Matter Categories
## for the Period Beginning on July 1, 2015 and Ending on July 31, 2015

Case Name and Number: *In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)
Law firm:  Sidley Austin LLP

| Matter Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted[2] |
|---|---|---|---|
| Applicable to All Debtors: | | | |
| 1 | [ALL] First Day Motions | 0 | $0 |
| 2 | [ALL] DIP Financing Matters/Cash Collateral | 0 | $0 |
| 3 | [ALL] Executory Contracts and Leases | 0 | $0 |
| 4 | [ALL] Use/Sale/Lease of Assets | 0 | $0 |
| 5 | [ALL] Plan and Disclosure Statement | 0 | $0 |
| 6 | [ALL] Professional Retention | 10-20 | $8,000-$15,000 |
| 7 | [ALL] Claims Processing | 0 | $0 |
| 8 | [ALL] Fee Applications | 50-90 | $33,000-$55,000 |
| 9 | [ALL] Case Administration | 5-10 | $5,000-$10,000 |
| 10 | [ALL] Bankruptcy Schedules | 0 | $0 |
| 11 | [ALL] Litigated Matters | 0 | $0 |
| 12 | [ALL] Committee-Related Matters | 0 | $0 |
| 13 | [ALL] Vendor Issues | 0 | $0 |
| 14 | [ALL] Creditor Communications | 0 | $0 |
| 15 | [ALL] Employee Issues | 0 | $0 |
| 16 | [ALL] Labor Issues | 0 | $0 |
| 17 | [ALL] Insurance Matters | 0 | $0 |
| 18 | [ALL] Environmental Issues | 0 | $0 |
| 19 | [ALL] Intellectual Property Issues | 0 | $0 |
| 20 | [ALL] Securities and Tax Issues | 0 | $0 |
| 21 | [ALL] Corporate General | 0 | $0 |
| 22 | [ALL] Business Operations | 0 | $0 |
| 23 | [ALL] Inter-Company Issues | 5-15 | $4,000-$20,000 |
| 24 | [ALL] Travel Time | 0 | $0 |
| 25 | [ALL] Sponsor Matters | 40-100 | $50,000-$100,000 |
| Applicable to Certain Debtors: | | | |
| 26 | [Luminant Energy Company LLC][3] Clean Air Transport Rule Litigation | 0-5 | $0-$4,000 |

---

[2]  Budgeted numbers do not necessarily amount to a 1:1 ratio because they reflect a blended hourly rate and a variable allocation of timekeepers and hours, depending on the needs for each matter number.

[3]  In addition to Debtor Luminant Energy Company LLC, the work provided in this matter category also benefits, or may potentially benefit, Debtors Luminant Generation Company LLC, Sandow Power Company LLC, Big

| Matter Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted[2] |
|---|---|---|---|
| 27 | [Luminant Energy Company LLC] Regional Haze Program[3] | 0-5 | $0-$4,000 |
| 28 | [Luminant Energy Company LLC] EPA July 2012 (5th Circuit)[3] | 0-5 | $0-$4,000 |
| 29 | [Luminant Energy Company LLC] Greenhouse Cases[3] | 5-15 | $4,000-$11,000 |
| 30 | [Luminant Energy Company LLC] Counseling on Regulations for Existing Generating Units[3] | 0-5 | $0-$5,000 |
| 31 | [Luminant Energy Company LLC] Startup, Shutdown and Maintenance (SSM) Litigation[3] | 10-25 | $8,000-$20,000 |
| **Total** | | **125-295** | **$112,000-$248,000** |

Brown Power Company LLC, Oak Grove Management Company LLC, Luminant Mining Company LLC, Big Brown Lignite Company LLC, Luminant Big Brown Mining Company LLC, and Luminant Holding Company LLC.

**Exhibit B**

**Aggregate Staffing Plan Across All Matter Categories
for the Period Beginning on July 1, 2015 and Ending on July 31, 2015**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter Categories During the Budget Period | Average Hourly Rate[4] |
|---|---|---|
| Partner | 5-15 | $865.00 |
| Counsel | 0-4 | $745.00 |
| Associate (4+ years since first admission) | 2-10 | $625.00 |
| Jr. Associate (1-3 years since first admission) | 2-10 | $520.00 |
| Legal Assistant | 1-5 | $335.00 |
| Case Assistant | N/A | $210.00 |
| Project Assistants (and other support staff) | N/A | $180.00 |
| **Total Attorney** | **9-39** | **$765.00** |
| **Total Non-Attorney** | **1-5** | **$350.00** |
| **Total** | **10-44** | **$705.00** |

---

[4] The Average Hourly Rate is a weighted average based on the individual hourly rate of, and projected number of hours worked by, each timekeeper over the course of the chapter 11 cases.

**August 2015 Budget**

## Exhibit A

## Aggregate Budget for Matter Categories
## for the Period Beginning on August 1, 2015 and Ending on August 31, 2015

Case Name and Number: *In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)
Law firm:  Sidley Austin LLP

| Matter Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted[2] |
|---|---|---|---|
| Applicable to All Debtors: | | | |
| 1 | [ALL] First Day Motions | 0 | $0 |
| 2 | [ALL] DIP Financing Matters/Cash Collateral | 0 | $0 |
| 3 | [ALL] Executory Contracts and Leases | 0 | $0 |
| 4 | [ALL] Use/Sale/Lease of Assets | 0 | $0 |
| 5 | [ALL] Plan and Disclosure Statement | 0 | $0 |
| 6 | [ALL] Professional Retention | 10-20 | $8,000-$15,000 |
| 7 | [ALL] Claims Processing | 0 | $0 |
| 8 | [ALL] Fee Applications | 50-90 | $33,000-$55,000 |
| 9 | [ALL] Case Administration | 5-10 | $5,000-$10,000 |
| 10 | [ALL] Bankruptcy Schedules | 0 | $0 |
| 11 | [ALL] Litigated Matters | 0 | $0 |
| 12 | [ALL] Committee-Related Matters | 0 | $0 |
| 13 | [ALL] Vendor Issues | 0 | $0 |
| 14 | [ALL] Creditor Communications | 0 | $0 |
| 15 | [ALL] Employee Issues | 0 | $0 |
| 16 | [ALL] Labor Issues | 0 | $0 |
| 17 | [ALL] Insurance Matters | 0 | $0 |
| 18 | [ALL] Environmental Issues | 0 | $0 |
| 19 | [ALL] Intellectual Property Issues | 0 | $0 |
| 20 | [ALL] Securities and Tax Issues | 0 | $0 |
| 21 | [ALL] Corporate General | 0 | $0 |
| 22 | [ALL] Business Operations | 0 | $0 |
| 23 | [ALL] Inter-Company Issues | 5-15 | $4,000-$20,000 |
| 24 | [ALL] Travel Time | 0 | $0 |
| 25 | [ALL] Sponsor Matters | 40-100 | $50,000-$100,000 |
| Applicable to Certain Debtors: | | | |
| 26 | [Luminant Energy Company LLC][3] Clean Air Transport Rule Litigation | 0-5 | $0-$4,000 |

---

[2]  Budgeted numbers do not necessarily amount to a 1:1 ratio because they reflect a blended hourly rate and a variable allocation of timekeepers and hours, depending on the needs for each matter number.

[3]  In addition to Debtor Luminant Energy Company LLC, the work provided in this matter category also benefits, or may potentially benefit, Debtors Luminant Generation Company LLC, Sandow Power Company LLC, Big

| Matter Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted[2] |
|---|---|---|---|
| 27 | [Luminant Energy Company LLC] Regional Haze Program[3] | 0-5 | $0-$4,000 |
| 28 | [Luminant Energy Company LLC] EPA July 2012 (5th Circuit)[3] | 0-5 | $0-$4,000 |
| 29 | [Luminant Energy Company LLC] Greenhouse Cases[3] | 5-15 | $4,000-$11,000 |
| 30 | [Luminant Energy Company LLC] Counseling on Regulations for Existing Generating Units[3] | 0-5 | $0-$5,000 |
| 31 | [Luminant Energy Company LLC] Startup, Shutdown and Maintenance (SSM) Litigation[3] | 10-25 | $8,000-$20,000 |
| **Total** | | **125-295** | **$112,000-$248,000** |

Brown Power Company LLC, Oak Grove Management Company LLC, Luminant Mining Company LLC, Big Brown Lignite Company LLC, Luminant Big Brown Mining Company LLC, and Luminant Holding Company LLC.

## Exhibit B

## Aggregate Staffing Plan Across All Matter Categories
## for the Period Beginning on August 1, 2015 and Ending on August 31, 2015

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter Categories During the Budget Period | Average Hourly Rate[4] |
|---|---|---|
| Partner | 5-15 | $865.00 |
| Counsel | 0-4 | $745.00 |
| Associate (4+ years since first admission) | 2-10 | $625.00 |
| Jr. Associate (1-3 years since first admission) | 2-10 | $520.00 |
| Legal Assistant | 1-5 | $335.00 |
| Case Assistant | N/A | $210.00 |
| Project Assistants (and other support staff) | N/A | $180.00 |
| **Total Attorney** | **9-39** | **$765.00** |
| **Total Non-Attorney** | **1-5** | **$350.00** |
| **Total** | **10-44** | **$705.00** |

---

[4] The Average Hourly Rate is a weighted average based on the individual hourly rate of, and projected number of hours worked by, each timekeeper over the course of the chapter 11 cases.