UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

Filed: USBC - District of Delaware
Energy Future Holdings Corp. (COR)
14-10979(CSS)

0000001466

**RECEIVED**

DEC 18 2015

**LEGAL SERVICES**

| | | |
|---|---|---|
| IN RE: | § | |
| EFH Corporate Services Company | § | CASE NO. 14-10996-CSS |
| Debtor(s) | § | (Chapter 11) |
| | § | |

## WITHDRAWAL

NOW COMES, City of Joshua in the above-entitled bankruptcy proceeding, by and through its attorneys, PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P., and does hereby withdraw its proof of claim filed on or about 5/14/14 (Claim No. 68) in this bankruptcy case.

Respectfully Submitted,

**PERDUE, BRANDON, FIELDER,
COLLINS & MOTT, L.L.P.**
Attorneys for Claimant

By: _____
EBONEY COBB
State Bar No. 24048397
500 E. Border St, Suite 640
Arlington, Texas 76010
Phone: (817) 461-3344
Fax: (817) 860-6509
Email: ecobb@pbfcm.com

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above document was sent via regular U.S. first class mail to the following parties on this the 14th day of December, 2015:

| | |
|---|---|
| Daniel J DeFranceschi<br>One Rodney Square<br>PO Box 551<br>Wilmington, DE 19899 | US Trustee<br>844 King Street, Suite 2207<br>Lockbox #35<br>Wilmington, DE 19899-0035 |

_____
EBONEY COBB



USPS TRACKING #
9114 9999 9170 3231 6443 44

RECEIVED
DEC 18 2015
LEGAL SERVICES



PerdueBrandonFielderCollins&Mott LLP
ATTORNEYS AT LAW
500 E. BORDER STREET, Ste. 640
ARLINGTON, TEXAS 76010

TO:

ENERGY FUTURE HOLDINGS CORP
C/O EQIP BANKRUPTCY SOLUTIONS LLC
PO BOX 4421
BEAVERTON OR 97076-4421

FIRST CLASS MAIL



COPY
Document Control