Filed: USBC - District of Delaware
Energy Future Holdings Corp. (COR)
14-10979(CSS)

0000001468

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

**RECEIVED**

**DEC 18 2015**

**LEGAL SERVICES**

| | | |
|---|---|---|
| IN RE: | § | |
| EFH Corporate Services Company | § | CASE NO. 14-10996-CSS |
| Debtor(s) | § | (Chapter 11) |
| | § | |

## WITHDRAWAL

NOW COMES, Colorado City ISD in the above-entitled bankruptcy proceeding, by and through its attorneys, PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P., and does hereby withdraw its proof of claim filed on or about 5/14/14 (Claim No. 77) in this bankruptcy case.

Respectfully Submitted,

**PERDUE, BRANDON, FIELDER,**
**COLLINS & MOTT, L.L.P.**
Attorneys for Claimant

By: *[signature]*
EBONEY COBB
State Bar No. 24048397
500 E. Border St, Suite 640
Arlington, Texas 76010
Phone: (817) 461-3344
Fax: (817) 860-6509
Email: ecobb@pbfcm.com

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above document was sent via regular U.S. first class mail to the following parties on this the 14th day of December, 2015:

| | |
|---|---|
| Daniel J DeFranceschi | US Trustee |
| One Rodney Square | 844 King Street, Suite 2207 |
| PO Box 551 | Lockbox #35 |
| Wilmington, DE 19899 | Wilmington, DE 19899-0035 |

*[signature]*
EBONEY COBB



02 1P   $ 001.64⁰
CU00832029   DEC 14 2015
MAILED FROM ZIP CODE 76010



**RECEIVED**

DEC 18 2015

**LEGAL SERVICES**



PerdueBrandonFielderCollins&Mott LLP
ATTORNEYS AT LAW
500 E. BORDER STREET, Ste. 640
ARLINGTON, TEXAS 76010

TO:

ENERGY FUTURE HOLDINGS CORP
C/O EPIC BANKRUPTCY SOLUTIONS, LLC
PO BOX 4421
BEAVERTON OR 97076-4421

**FIRST CLASS MAIL**