Filed: USBC - District of Delaware
Energy Future Holdings Corp. (COR)
14-10979(CSS)



0000001469

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

**RECEIVED**

**DEC 1 8 2015**

**LEGAL SERVICES**

IN RE: §

EFH Corporate Services Company §

§ CASE NO. 14-10996-CSS

Debtor(s) § (Chapter 11)

§

### WITHDRAWAL

NOW COMES, Mitchell County in the above-entitled bankruptcy proceeding, by and through its attorneys, PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P., and does hereby withdraw its proof of claim filed on or about 5/14/14 (Claim No. 79) in this bankruptcy case.

Respectfully Submitted,

**PERDUE, BRANDON, FIELDER,
COLLINS & MOTT, L.L.P.**
Attorneys for Claimant

By: _____
EBONEY COBB
State Bar No. 24048397
500 E. Border St., Suite 640
Arlington, Texas 76010
Phone: (817) 461-3344
Fax: (817) 860-6509
Email: ecobb@pbfcm.com

### CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above document was sent via regular U.S. first class mail to the following parties on this the 14th day of December, 2015:

| Daniel J DeFranceschi | US Trustee |
|---|---|
| One Rodney Square | 844 King Street, Suite 2207 |
| PO Box 551 | Lockbox #35 |
| Wilmington, DE 19899 | Wilmington, DE 19899-0035 |

_____
EBONEY COBB


$ 0 )1.01

USPS TRACKING #
9114 9999 9170 3231 6443 75

RECEIVED
DEC 18 2015
LEGAL SERVICES

COPY
Document Control


PerdueBrandonFielderCollins&Mott LLP
ATTORNEYS AT LAW
500 E. BORDER STREET, Ste. 640
ARLINGTON, TEXAS 76010

TO:

ENERGY FUTURE HOLDINGS CORP
C/O EPIC BANKRUPTCY SOLUTIONS, LLC
PO BOX 4421
BEAVERTON OR 97076-4421

FIRST CLASS MAIL