Filed: USBC - District of Delaware
Energy Future Holdings Corp. (COR)
14-10979(CSS)

0000001472

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

**RECEIVED**

**DEC 18 2015**

**LEGAL SERVICES**

IN RE: §

Luminant Energy Company LLC §

Debtor(s) § CASE NO. 14-11023-CSS
(Chapter 11)

§

## WITHDRAWAL

NOW COMES, Colorado City ISD in the above-entitled bankruptcy proceeding, by and through its attorneys, PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P., and does hereby withdraw its proof of claim filed on or about 5/14/14 (Claim No. 82) in this bankruptcy case.

Respectfully Submitted,

PERDUE, BRANDON, FIELDER,
COLLINS & MOTT, L.L.P.
Attorneys for Claimant

By: /s/ Eboney Cobb
EBONEY COBB
State Bar No. 24048397
500 E. Border St, Suite 640
Arlington, Texas 76010
Phone: (817) 461-3344
Fax: (817) 860-6509
Email: ecobb@pbfcm.com

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above document was sent via regular U.S. first class mail to the following parties on this the 14th day of December, 2015:

| Daniel J DeFranceschi | US Trustee |
|---|---|
| One Rodney Square | 844 King Street, Suite 2207 |
| PO Box 551 | Lockbox #35 |
| Wilmington, DE 19899 | Wilmington, DE 19899-0035 |

/s/ Eboney Cobb
EBONEY COBB





RECEIVED

DEC 1 8 2015

LEGAL SERVICES

**COPY**
Document Control



TO:

ENERGY FUTURE HOLDINGS CORP
C/O EPIC BANKRUPTCY SOLUTIONS, LLC
PO BOX 4421
BEAVERTON OR 97076-4421

**FIRST CLASS MAIL**