Filed: USBC - District of Delaware
Energy Future Holdings Corp. (COR)
14-10979(CSS)

0000001476

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

**RECEIVED**

**DEC 1 8 2015**

**LEGAL SERVICES**

IN RE:

§

Luminant Mineral Development Company, LLC

§         CASE NO. 14-11040-CSS

Debtor(s)                              (Chapter 11)

§

§

## WITHDRAWAL

NOW COMES, City of Cleburne in the above-entitled bankruptcy proceeding, by and through its attorneys, PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P., and does hereby withdraw its proof of claim filed on or about 5/9/14 (Claim No. 20) in this bankruptcy case.

Respectfully Submitted,

**PERDUE, BRANDON, FIELDER,
COLLINS & MOTT, L.L.P.**
Attorneys for Claimant

By: _____

EBONEY COBB
State Bar No. 24048597
500 E. Border St., Suite 640
Arlington, Texas 76010
Phone: (817) 461-3344
Fax: (817) 860-6509
Email: ecobb@pbfcm.com

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above document was sent via regular U.S. first class mail to the following parties on this the 14th day of December, 2015:

| | |
|---|---|
| Daniel J DeFranceschi<br>One Rodney Square<br>PO Box 551<br>Wilmington, DE 19899 | US Trustee<br>844 King Street, Suite 2207<br>Lockbox #35<br>Wilmington, DE 19899-0035 |

EBONEY COBB



02 1P    $ 002.08⁰
0000832028    DEC 14 2015
MAILED FROM ZIP CODE 76010



UNITED STATES
POSTAL SERVICE ®

USPS TRACKING #

9114 9999 9170 3231 6443 51



COPY

Document Control

**RECEIVED**

DEC 1 8 2015

**LEGAL SERVICES**

PerdueBrandonFielderCollins&Mott LLP
ATTORNEYS AT LAW
500 E. BORDER STREET, Ste. 640
ARLINGTON, TEXAS 76010

TO:

ENERGY FUTURE HOLDINGS COPR
C/O EQIP BANKRUPTCY SOLUTIONS LLC
PO BOX 4421
BEAVERTON OR 97076-4421

**FIRST CLASS MAIL**