Filed: USBC - District of Delaware
Energy Future Holdings Corp. (COR)
14-10979(CSS)

0000001478

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

IN RE:

§

Luminant Generation Company LLC

§     CASE NO. 14-11032-CSS

Debtor(s)

§          (Chapter 11)

§

**RECEIVED**

**DEC 1 8 2015**

**LEGAL SERVICES**

### WITHDRAWAL

NOW COMES,  City of Glen Rose in the above-entitled bankruptcy proceeding, by and through its attorneys, PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P., and does hereby withdraw its proof of claim filed on or about 5/20/14 (Claim No. 120) in this bankruptcy case.

Respectfully Submitted,

**PERDUE, BRANDON, FIELDER,
COLLINS & MOTT, L.L.P.**
Attorneys for Claimant

By _____
EBONEY COBB
State Bar No. 24048397
500 E. Border St, Suite 640
Arlington, Texas 76010
Phone: (817) 461-3344
Fax: (817) 860-6509
Email: ecobb@pbfcm.com

### CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above document was sent via regular U.S. first class mail to the following parties on this the 14th day of December, 2015:

| | |
|---|---|
| Daniel J DeFranceschi<br>One Rodney Square<br>PO Box 551<br>Wilmington, DE 19899 | US Trustee<br>844 King Street, Suite 2207<br>Lockbox #35<br>Wilmington, DE 19899-0035 |

EBONEY COBB



02 1P                    $ 002.08⁰
0000832029          DEC 14 2015
MAILED FROM ZIP CODE 76010



UNITED STATES
POSTAL SERVICE®

USPS TRACKING #

9114 9999 9170 3231 6443 51

Label 400 Jan. 2013

**RECEIVED**

DEC 1 8 2015

LEGAL SERVICES

# COPY
## Document Control

PerdueBrandonFielderCollins&Mott LLP
ATTORNEYS AT LAW
500 E. BORDER STREET, Ste. 640
ARLINGTON, TEXAS 76010

TO:

ENERGY FUTURE HOLDINGS COPR
C/O EQIP BANKRUPTCY SOLUTIONS LLC
PO BOX 4421
BEAVERTON OR 97076-4421

**FIRST CLASS MAIL**