Filed: USBC - District of Delaware
Energy Future Holdings Corp. (COR)
14-10979(CSS)

0000001479

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

**RECEIVED**

**DEC 1 8 2015**

**LEGAL SERVICES**

IN RE:

§

EFH Corporate Services Company

§        CASE NO. 14-10996-CSS
(Chapter 11)

Debtor(s)

§

§

## WITHDRAWAL

NOW COMES, Somervell County in the above-entitled bankruptcy proceeding, by and through its attorneys, PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P., and does hereby withdraw its proof of claim filed on or about 5/14/14 (Claim No. 53) in this bankruptcy case.

Respectfully Submitted,

**PERDUE, BRANDON, FIELDER,**
**COLLINS & MOTT, L.L.P.**
Attorneys for Claimant

By: *Eboney Cobb*
EBONEY COBB
State Bar No. 24048397
500 E. Border St, Suite 640
Arlington, Texas 76010
Phone: (817) 461-3344
Fax: (817) 860-6509
Email: ecobb@pbfcm.com

### CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above document was sent via regular U.S. first class mail to the following parties on this the 14th day of December, 2015:

| | |
|---|---|
| Daniel J DeFranceschi<br>One Rodney Square<br>PO Box 551<br>Wilmington, DE 19899 | US Trustee<br>844 King Street, Suite 2207<br>Lockbox #35<br>Wilmington, DE 19899-0035 |

*Eboney Cobb*
EBONEY COBB



02 1P
0000832028          DEC 14 2015
MAILED FROM ZIP CODE 76010

$ 002.08⁰



**USPS TRACKING #**

9114 9999 9170 3231 6443 51

**RECEIVED**

DEC 1 8 2015

LEGAL SERVICES

**COPY**

Document Control

PerdueBrandonFielderCollins&Mott LLP
ATTORNEYS AT LAW
500 E. BORDER STREET, Ste. 640
ARLINGTON, TEXAS 76010

TO:

ENERGY FUTURE HOLDINGS COPR
C/O EQIP BANKRUPTCY SOLUTIONS LLC
PO BOX 4421
BEAVERTON OR 97076-4421

**FIRST CLASS MAIL**