# EXHIBIT A

## Statement of Fees By Subject Matter

| Matter Number | Matter Description | Total Billed Hours [1] | Total Fees Requested |
|---|---|---|---|
| 1 | Long-Range Forecast | 73.00 | $43,292.50 |
| 2 | Metric Analysis | 115.90 | $66,640.00 |
| 3 | Generation Analysis | 123.90 | $70,055.00 |
| 4 | Retail Analysis | 17.50 | $8,000.00 |
| 5 | Commodity Analysis | 48.00 | $20,892.50 |
| 6 | Competitor Analysis | 44.60 | $25,610.00 |
| 7 | EBITDA Projection | 12.50 | $7,530.00 |
| 8 | Environmental Analysis | 101.20 | $53,835.00 |
| 9 | Short-Range Forecast | 3.00 | $1,170.00 |
| 10 | Capital Projects | 7.00 | $4,315.00 |
| 11 | Wholesale Operations | 46.10 | $26,920.00 |
| 12 | Retail Operations | 8.00 | $4,605.00 |
| 13 | T&D Operations | 1.50 | $615.00 |
| 14 | Data Collection and Diligence | 56.00 | $27,265.00 |
| 15 | Reports | 103.50 | $57,770.00 |
| 16 | Hearings | 8.5 | $6,120.00 |
| 17 | On-Site Diligence | 89.50 | $48,685.00 |
| 18 | Project Management | 2.50 | $1,815.00 |
| 19 | Project Administration | 0.00 | $0.00 |
| 20 | T&D Forecast | 0.00 | $0.00 |
| 21 | Fee Objection Discussion and Litigation | 0.00 | $0.00 |
| 22 | Fee Application | 8.75 | $3,325.00 |
| | *Continued on next page* | | |

---

1. Non-working travel time has been billed at 50% of actual time incurred.

## EXHIBIT A (cont'd)

## Statement of Fees By Subject Matter

| Matter Number | Matter Description | Total Billed Hours [1] | Total Fees Requested |
|---|---|---|---|
| 23 | Business Services Analysis | 0.00 | $0.00 |
| 24 | Retail Margins | 0.00 | $0.00 |
| 25 | T&D Market Research | 0.00 | $0.00 |
| 26 | Wholesale Market Research | 11.50 | $6,177.50 |
| 27 | Retail Market Research | 4.50 | $2,047.50 |
| 28 | Performance Analysis | 1.5 | $780.00 |
| 29 | Sales, General & Administrative Analysis | 26.00 | $12,637.50 |
| 30 | Portfolio Analysis | 14.00 | $7,517.50 |
| 31 | Oncor Revenue Analysis | 0.00 | $0.00 |
| 32 | Oncor Capital Structure | 0.00 | $0.00 |
| 33 | Regulatory Analysis | 59.80 | $37,637.50 |
| 34 | Claims & Settlement Issues | 0.00 | $0.00 |
| 35 | Property Tax Analysis | 127.00 | $66,392.50 |
|  |  |  |  |
|  | Totals: | 1,115.25 | $611,650.00 |

1. Non-working travel time has been billed at 50% of actual time incurred.