# EXHIBIT B

## Consultants' Information

The FEP consultants who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Todd W. Filsinger | Senior Managing Director | $750 | 145.00 | $108,750.00 |
| Jean Agras | Managing Director | $720 | 57.50 | $41,400.00 |
| Gary Germeroth | Managing Director | $720 | 115.00 | $82,800.00 |
| Dave Andrus | Director | $645 | 16.50 | $10,642.50 |
| Scott Davis | Director | $545 | 97.50 | $53,137.50 |
| Michael Green | Director | $550 | 79.25 | $43,587.50 |
| Paul Harmon | Director | $575 | 21.00 | $12,075.00 |
| Tim Wang | Director | $575 | 37.50 | $21,562.50 |
| Kimberly Eckert | Managing Consultant | $495 | 10.00 | $4,950.00 |
| Michael Gadsden | Managing Consultant | $460 | 52.75 | $24,265.00 |
| Jill Kawakami | Managing Consultant | $430 | 46.50 | $19,995.00 |
| Julie Lee | Managing Consultant | $495 | 24.00 | $11,880.00 |
| Michael Perry | Managing Consultant | $410 | 122.50 | $50,225.00 |
| Nathan Pollak | Managing Consultant | $460 | 60.50 | $27,830.00 |
| Samuel Schreiber | Managing Consultant | $455 | 139.00 | $63,245.00 |
| Laura Hatanaka | Consultant | $390 | 82.00 | $31,980.00 |
| Pamela Morin | Consultant | $380 | 8.75 | $3,325.00 |
| | | Totals: | 1,115.25 | $611,650.00 |