# EXHIBIT C

## Summary of Actual and Necessary Expenses for the Fee Period

### ALL - Expense Summary

| Service Description | Amount |
|---|---:|
| Lodging | $9,277.32 |
| Airfare | $11,042.80 |
| Taxi | $2,180.95 |
| Travel Meals | $2,171.26 |
| Other Travel Expenses | $1,160.02 |
| Vehicle Rental Expenses | $234.85 |
| Shipping | $77.45 |
| **Total:** | **$26,144.65** |

### TCEH - Expense Summary

| Service Description | Amount |
|---|---:|
| Lodging | $8,492.54 |
| Airfare | $10,108.67 |
| Taxi | $1,996.46 |
| Travel Meals | $1,987.59 |
| Other Travel Expenses | $1,061.89 |
| Vehicle Rental Expenses | $214.98 |
| Shipping | $70.90 |
| **Total:** | **$23,933.03** |

### EFIH - Expense Summary

| Service Description | Amount |
|---|---:|
| Lodging | $575.71 |
| Airfare | $685.27 |
| Taxi | $135.34 |
| Travel Meals | $134.74 |

| Service Description | Amount |
|---|---:|
| Other Travel Expenses | $71.99 |
| Vehicle Rental Expenses | $14.57 |
| Shipping | $4.81 |
| **Total:** | **$1,622.43** |

**EFH - Expense Summary**

| Service Description | Amount |
|---|---:|
| Lodging | $209.07 |
| Airfare | $248.86 |
| Taxi | $49.15 |
| Travel Meals | $48.93 |
| Other Travel Expenses | $26.14 |
| Vehicle Rental Expenses | $5.30 |
| Shipping | $1.74 |
| **Total:** | **$589.19** |

RLF1 13617602v.1