| INVOICE NUMBER | MATTER | DATE | NAME OF TIMEKEEPER WHO INCURRED EXPENSE | EXPENSE CATEGORY | UNIT COST | # OF UNITS | TOTAL | EXPENSE DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| EFCH/TCH-CS-038 | On site Diligence | 20151102 | Gary Germeroth | Airfare | | | $217.98 | Airfare from Houston to Dallas |
| EFCH/TCH-CS-038 | On site Diligence | 20151102 | Gary Germeroth | Hotel | | | $275.47 | Hilton  Dallas, TX |
| EFCH/TCH-CS-038 | On site Diligence | 20151102 | Gary Germeroth | Taxi | | | $12.32 | Love Field to EFH Offices |
| EFCH/TCH-CS-038 | On site Diligence | 20151102 | Gary Germeroth | Taxi | | | $7.80 | EFH Offices to Hotel |
| EFCH/TCH-CS-038 | On site Diligence | 20151102 | Gary Germeroth | Parking | | | $20.00 | Airport |
| EFCH/TCH-CS-038 | On site Diligence | 20151102 | Gary Germeroth | Personal Vehicle | $0.575 | 19 miles | $10.93 | Home to Airport |
| EFCH/TCH-CS-038 | On site Diligence | 20151102 | Gary Germeroth | Lunch | | | $9.20 | Which Wich | Self |
| EFCH/TCH-CS-038 | On site Diligence | 20151102 | Gary Germeroth | Dinner | | | $20.86 | Café Express | Self |
| EFCH/TCH-CS-038 | On site Diligence | 20151102 | A. Scott Davis | Airfare | | | $217.98 | Airfare from Houston to Dallas |
| EFCH/TCH-CS-038 | On site Diligence | 20151102 | A. Scott Davis | Hotel | | | $171.35 | Fairfield - Irving |
| EFCH/TCH-CS-038 | On site Diligence | 20151102 | A. Scott Davis | Rental Car | | | $56.42 | Hertz |
| EFCH/TCH-CS-038 | On site Diligence | 20151102 | A. Scott Davis | Personal Vehicle | $0.575 | 30 miles | $17.25 | r.t. Hobby |
| EFCH/TCH-CS-038 | On site Diligence | 20151102 | A. Scott Davis | Lunch | | | $11.89 | Bruegger's | self |
| EFCH/TCH-CS-038 | On site Diligence | 20151102 | A. Scott Davis | Dinner | | | $13.40 | Bread Zeppelin | self |
| EFCH/TCH-CS-038 | On site Diligence | 20151103 | Sam Schreiber | Airfare | | | $233.10 | Airfare from New York to Dallas |
| EFCH/TCH-CS-038 | On site Diligence | 20151103 | Sam Schreiber | Hotel | | | $235.13 | Springhill Suites - Dallas, TX |
| EFCH/TCH-CS-038 | On site Diligence | 20151103 | Sam Schreiber | Taxi | | | $45.76 | Lyft - NYC - to LGA |
| EFCH/TCH-CS-038 | On site Diligence | 20151103 | Sam Schreiber | Taxi | | | $28.38 | Uber - Dallas - to Energy Plaza |
| EFCH/TCH-CS-038 | On site Diligence | 20151103 | Sam Schreiber | Breakfast | | | $7.99 | LaGuardia | Self |
| EFCH/TCH-CS-038 | On site Diligence | 20151103 | Sam Schreiber | Lunch | | | $14.98 | Pho Colonial | Self |
| EFCH/TCH-CS-038 | On site Diligence | 20151103 | Sam Schreiber | Dinner | | | $49.88 | Wild Salsa | Sam, Michael, Mike |
| EFCH/TCH-CS-038 | On site Diligence | 20151103 | Sam Schreiber | Taxi | | | $4.23 | Uber - Dallas - to Hotel |
| EFCH/TCH-CS-038 | On site Diligence | 20151103 | Gary Germeroth | Hotel | | | $275.47 | Hilton  Dallas, TX |
| EFCH/TCH-CS-038 | On site Diligence | 20151103 | Gary Germeroth | Parking | | | $20.00 | Airport |
| EFCH/TCH-CS-038 | On site Diligence | 20151103 | Gary Germeroth | Dinner | | | $36.45 | Room Service | Self |
| EFCH/TCH-CS-038 | On site Diligence | 20151103 | Gary Germeroth | Other Transportation | | | $5.00 | Daily train pass |
| EFCH/TCH-CS-038 | On site Diligence | 20151103 | Michael Gadsden | Airfare | | | $88.99 | Airfare from Denver to Dallas |
| EFCH/TCH-CS-038 | On site Diligence | 20151103 | Michael Gadsden | Hotel | | | $201.94 | Magnolia (Dallas, TX) |
| EFCH/TCH-CS-038 | On site Diligence | 20151103 | Michael Gadsden | Taxi | | | $38.13 | Airport |
| EFCH/TCH-CS-038 | On site Diligence | 20151103 | Michael Gadsden | Taxi | | | $8.78 | Magnolia (Dallas, TX) |
| EFCH/TCH-CS-038 | On site Diligence | 20151103 | Michael Gadsden | Breakfast | | | $10.56 | Einstein Bagels | Michael |
| EFCH/TCH-CS-038 | On site Diligence | 20151103 | Michael Gadsden | Lunch | | | $10.00 | Salata | Michael |
| EFCH/TCH-CS-038 | On site Diligence | 20151103 | A. Scott Davis | Hotel | | | $182.85 | Fairfield - Irving |
| EFCH/TCH-CS-038 | On site Diligence | 20151103 | A. Scott Davis | Rental Car | | | $56.42 | Hertz |
| EFCH/TCH-CS-038 | On site Diligence | 20151103 | A. Scott Davis | Lunch | | | $23.77 | Fast Furious | Nathan, self |
| EFCH/TCH-CS-038 | On site Diligence | 20151103 | Jill Kawakami | Airfare | | | $133.98 | Airfare from Denver to Dallas |
| EFCH/TCH-CS-038 | On site Diligence | 20151103 | Jill Kawakami | Hotel | | | $159.25 | Fairmont - Dallas, TX |
| EFCH/TCH-CS-038 | On site Diligence | 20151103 | Jill Kawakami | Personal Vehicle | $0.575 | 24 miles | $13.80 | Home - DIA |
| EFCH/TCH-CS-038 | On site Diligence | 20151103 | Jill Kawakami | Lunch | | | $10.73 | Pho Colonial | Jill |
| EFCH/TCH-CS-038 | On site Diligence | 20151103 | Jill Kawakami | Dinner | | | $8.83 | Taco Borracho | Jill |
| EFCH/TCH-CS-038 | On site Diligence | 20151103 | Laura Hatanaka | Airfare | | | $198.10 | Airfare from Denver to Dallas |
| EFCH/TCH-CS-038 | On site Diligence | 20151103 | Laura Hatanaka | Hotel | | | $159.25 | Fairmont - Dallas, TX |
| EFCH/TCH-CS-038 | On site Diligence | 20151103 | Laura Hatanaka | Taxi | | | $57.45 | To Energy Plaza |
| EFCH/TCH-CS-038 | On site Diligence | 20151103 | Laura Hatanaka | Parking | | | $24.00 | DIA |
| EFCH/TCH-CS-038 | On site Diligence | 20151103 | Laura Hatanaka | Personal Vehicle | $0.575 | 24 miles | $13.80 | To DIA |
| EFCH/TCH-CS-038 | On site Diligence | 20151103 | Laura Hatanaka | Breakfast | | | $9.11 | Starbucks | Laura |
| EFCH/TCH-CS-038 | On site Diligence | 20151103 | Laura Hatanaka | Lunch | | | $12.00 | Pho | Laura |
| EFCH/TCH-CS-038 | On site Diligence | 20151103 | Laura Hatanaka | Dinner | | | $15.00 | Taco Borracho | Laura |
| EFCH/TCH-CS-038 | On site Diligence | 20151103 | Nathan Pollak | Airfare | | | $341.10 | Airfare from Denver, CO to Dallas, TX |
| EFCH/TCH-CS-038 | On site Diligence | 20151103 | Nathan Pollak | Hotel | | | $194.35 | Dallas Marriott Las Colinas |
| EFCH/TCH-CS-038 | On site Diligence | 20151103 | Nathan Pollak | Taxi | | | $75.00 | DIA |
| EFCH/TCH-CS-038 | On site Diligence | 20151103 | Nathan Pollak | Taxi | | | $48.10 | TXU |
| EFCH/TCH-CS-038 | On site Diligence | 20151103 | Nathan Pollak | Breakfast | | | $7.10 | Caribou Coffee | N. Pollak |
| EFCH/TCH-CS-038 | On site Diligence | 20151103 | Nathan Pollak | Lunch | | | $57.20 | The Ranch | N. Pollak, S. Davis |
| EFCH/TCH-CS-038 | On site Diligence | 20151103 | Jean Agras | Airfare | | | $124.98 | Airfare from Denver to Dallas |
| EFCH/TCH-CS-038 | On site Diligence | 20151103 | Jean Agras | Hotel | | | $159.25 | Fairmont, Dallas |
| EFCH/TCH-CS-038 | On site Diligence | 20151103 | Jean Agras | Taxi | | | $24.00 | Energy Plaza |
| EFCH/TCH-CS-038 | On site Diligence | 20151103 | Jean Agras | Parking | | | $24.00 | DIA |
| EFCH/TCH-CS-038 | On site Diligence | 20151103 | Jean Agras | Personal Vehicle | $0.575 | 45 miles | $25.88 | DIA |
| EFCH/TCH-CS-038 | On site Diligence | 20151103 | Jean Agras | Lunch | | | $12.00 | Taco Borracho | Jean |
| EFCH/TCH-CS-038 | On site Diligence | 20151103 | Jean Agras | Personal Vehicle | | | $8.50 | Tolls |
| EFCH/TCH-CS-038 | On site Diligence | 20151103 | Mike Green | Airfare | | | $695.20 | Airfare from Montgomery, AL to Dallas, TX (ROUND TRIP) |
| EFCH/TCH-CS-038 | On site Diligence | 20151103 | Mike Green | Hotel | | | $263.95 | Sheraton - Dallas, TX |
| EFCH/TCH-CS-038 | On site Diligence | 20151103 | Mike Green | Taxi | | | $28.15 | Energy Plaza |
| EFCH/TCH-CS-038 | On site Diligence | 20151103 | Mike Green | Lunch | | | $11.50 | Salata - Pacific | Self |
| EFCH/TCH-CS-038 | On site Diligence | 20151103 | Mike Green | Airfare | | | $75.00 | American change fee |
| EFCH/TCH-CS-038 | On site Diligence | 20151104 | Sam Schreiber | Hotel | | | $235.13 | Springhill Suites - Dallas, TX |
| EFCH/TCH-CS-038 | On site Diligence | 20151104 | Sam Schreiber | Taxi | | | $27.30 | Uber - Dallas - to Dinner |
| EFCH/TCH-CS-038 | On site Diligence | 20151104 | Sam Schreiber | Taxi | | | $17.31 | Uber - Dallas - From Dinner |
| EFCH/TCH-CS-038 | On site Diligence | 20151104 | Gary Germeroth | Hotel | | | $275.47 | Hilton  Dallas, TX |
| EFCH/TCH-CS-038 | On site Diligence | 20151104 | Gary Germeroth | Parking | | | $20.00 | Airport |
| EFCH/TCH-CS-038 | On site Diligence | 20151104 | Gary Germeroth | Lunch | | | $10.00 | Salata | Self |
| EFCH/TCH-CS-038 | On site Diligence | 20151104 | Gary Germeroth | Dinner | | | $35.45 | Old Chicago | Self, Michael Gadsden |
| EFCH/TCH-CS-038 | On site Diligence | 20151104 | Gary Germeroth | Other Transportation | | | $5.00 | Daily train pass |
| EFCH/TCH-CS-038 | On site Diligence | 20151104 | Michael Gadsden | Hotel | | | $201.94 | Magnolia (Dallas, TX) |
| EFCH/TCH-CS-038 | On site Diligence | 20151104 | Michael Gadsden | Lunch | | | $12.76 | Pho Colonial | Michael |
| EFCH/TCH-CS-038 | On site Diligence | 20151104 | Michael Gadsden | Other Transportation | | | $5.00 | Train to/from EFH |
| EFCH/TCH-CS-038 | On site Diligence | 20151104 | A. Scott Davis | Hotel | | | $171.35 | Fairfield - Irving |
| EFCH/TCH-CS-038 | On site Diligence | 20151104 | A. Scott Davis | Rental Car | | | $56.42 | Hertz |
| EFCH/TCH-CS-038 | On site Diligence | 20151104 | A. Scott Davis | Breakfast | | | $14.48 | Jamba Juice | Nathan, self |
| EFCH/TCH-CS-038 | On site Diligence | 20151104 | A. Scott Davis | Lunch | | | $31.60 | Jimmy Johns | Nathan, self |
| EFCH/TCH-CS-038 | On site Diligence | 20151104 | Jill Kawakami | Hotel | | | $159.25 | Fairmont - Dallas, TX |
| EFCH/TCH-CS-038 | On site Diligence | 20151104 | Jill Kawakami | Breakfast | | | $5.67 | Coffee at the Corner | Jill |
| EFCH/TCH-CS-038 | On site Diligence | 20151104 | Jill Kawakami | Lunch | | | $9.36 | Noodle Nexus | Jill |
| EFCH/TCH-CS-038 | On site Diligence | 20151104 | Jill Kawakami | Dinner | | | $8.83 | Taco Borracho | Jill |
| EFCH/TCH-CS-038 | On site Diligence | 20151104 | Laura Hatanaka | Hotel | | | $159.25 | Fairmont - Dallas, TX |
| EFCH/TCH-CS-038 | On site Diligence | 20151104 | Laura Hatanaka | Parking | | | $24.00 | DIA |
| EFCH/TCH-CS-038 | On site Diligence | 20151104 | Laura Hatanaka | Breakfast | | | $10.15 | 7-eleven | Laura |
| EFCH/TCH-CS-038 | On site Diligence | 20151104 | Laura Hatanaka | Lunch | | | $19.48 | Hospitality Sweet | Laura, Sam |
| EFCH/TCH-CS-038 | On site Diligence | 20151104 | Laura Hatanaka | Dinner | | | $21.47 | Whole Foods | Laura |
| EFCH/TCH-CS-038 | On site Diligence | 20151104 | Nathan Pollak | Hotel | | | $194.35 | Dallas Marriott Las Colinas |
| EFCH/TCH-CS-038 | On site Diligence | 20151104 | Jean Agras | Hotel | | | $159.25 | Fairmont, Dallas |
| EFCH/TCH-CS-038 | On site Diligence | 20151104 | Jean Agras | Taxi | | | $14.21 | Fairmont-Uber |

| INVOICE NUMBER | MATTER | DATE | NAME OF TIMEKEEPER WHO INCURRED EXPENSE | EXPENSE CATEGORY | UNIT COST | # OF UNITS | TOTAL | EXPENSE DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| EFCH/TCH-CS-038 | On site Diligence | 20151104 | Jean Agras | Parking | | | $24.00 | DIA |
| EFCH/TCH-CS-038 | On site Diligence | 20151104 | Jean Agras | Lunch | | | $14.00 | Pho | Jean |
| EFCH/TCH-CS-038 | On site Diligence | 20151104 | Jean Agras | Dinner | | | $243.56 | Blue Fish | Jean, Scott, Nathan, Todd, Laura, Mike Green, Jill, Sam |
| EFCH/TCH-CS-038 | On site Diligence | 20151104 | Mike Green | Hotel | | | $263.95 | Sheraton - Dallas, TX |
| EFCH/TCH-CS-038 | On site Diligence | 20151104 | Mike Green | Breakfast | | | $4.10 | Sunrise Café | Self |
| EFCH/TCH-CS-038 | On site Diligence | 20151104 | Mike Green | Lunch | | | $10.25 | Sunrise Café | Self |
| EFCH/TCH-CS-038 | On site Diligence | 20151105 | Sam Schreiber | Airfare | | | $233.10 | Airfare from Dallas to New York |
| EFCH/TCH-CS-038 | On site Diligence | 20151105 | Sam Schreiber | Taxi | | | $29.34 | Uber - Dallas - to DFW |
| EFCH/TCH-CS-038 | On site Diligence | 20151105 | Sam Schreiber | Taxi | | | $45.99 | NYC - from LGA |
| EFCH/TCH-CS-038 | On site Diligence | 20151105 | Sam Schreiber | Lunch | | | $11.85 | Taco Borracho | Self |
| EFCH/TCH-CS-038 | On site Diligence | 20151105 | Gary Germeroth | Airfare | | | $217.98 | Airfare from Dallas to Houston |
| EFCH/TCH-CS-038 | On site Diligence | 20151105 | Gary Germeroth | Taxi | | | $7.34 | Hotel to EFH Offices |
| EFCH/TCH-CS-038 | On site Diligence | 20151105 | Gary Germeroth | Parking | | | $20.00 | Airport |
| EFCH/TCH-CS-038 | On site Diligence | 20151105 | Gary Germeroth | Personal Vehicle | $0.575 | 19 miles | $10.93 | Airport to Home |
| EFCH/TCH-CS-038 | On site Diligence | 20151105 | Gary Germeroth | Lunch | | | $9.73 | Poblanos | Self |
| EFCH/TCH-CS-038 | On site Diligence | 20151105 | Gary Germeroth | Dinner | | | $9.20 | Campisi's | Self |
| EFCH/TCH-CS-038 | On site Diligence | 20151105 | Michael Gadsden | Airfare | | | $133.98 | Airfare from Dallas to Denver |
| EFCH/TCH-CS-038 | On site Diligence | 20151105 | Michael Gadsden | Taxi | | | $37.13 | Home |
| EFCH/TCH-CS-038 | On site Diligence | 20151105 | Michael Gadsden | Lunch | | | $5.90 | Poblanos | Michael |
| EFCH/TCH-CS-038 | On site Diligence | 20151105 | Michael Gadsden | Dinner | | | $17.16 | Campisi's | Michael |
| EFCH/TCH-CS-038 | On site Diligence | 20151105 | Michael Gadsden | Other Transportation | | | $2.50 | Train to EFH |
| EFCH/TCH-CS-038 | On site Diligence | 20151105 | Michael Gadsden | Lunch | | | $3.24 | Baskin Robbins |
| EFCH/TCH-CS-038 | On site Diligence | 20151105 | A. Scott Davis | Airfare | | | $217.98 | Airfare from Dallas to Houston |
| EFCH/TCH-CS-038 | On site Diligence | 20151105 | A. Scott Davis | Rental Car | | | $56.42 | Hertz |
| EFCH/TCH-CS-038 | On site Diligence | 20151105 | A. Scott Davis | Personal Vehicle | $0.575 | 30 miles | $17.25 | r.t. Hobby |
| EFCH/TCH-CS-038 | On site Diligence | 20151105 | A. Scott Davis | Breakfast | | | $13.92 | Corner Bakery | Nathan, self |
| EFCH/TCH-CS-038 | On site Diligence | 20151105 | A. Scott Davis | Rental Car | | | $5.63 | Shell |
| EFCH/TCH-CS-038 | On site Diligence | 20151105 | Jill Kawakami | Airfare | | | $341.98 | Airfare from Dallas to Denver |
| EFCH/TCH-CS-038 | On site Diligence | 20151105 | Jill Kawakami | Personal Vehicle | $0.575 | 24 miles | $13.80 | DIA - Home |
| EFCH/TCH-CS-038 | On site Diligence | 20151105 | Jill Kawakami | Breakfast | | | $3.15 | Coffee at the Corner | Jill |
| EFCH/TCH-CS-038 | On site Diligence | 20151105 | Jill Kawakami | Lunch | | | $8.67 | Taco Borracho | Jill |
| EFCH/TCH-CS-038 | On site Diligence | 20151105 | Jill Kawakami | Dinner | | | $7.30 | Starbucks | Jill |
| EFCH/TCH-CS-038 | On site Diligence | 20151105 | Laura Hatanaka | Airfare | | | $341.98 | Airfare from Dallas to Denver |
| EFCH/TCH-CS-038 | On site Diligence | 20151105 | Laura Hatanaka | Parking | | | $24.00 | DIA |
| EFCH/TCH-CS-038 | On site Diligence | 20151105 | Laura Hatanaka | Personal Vehicle | $0.575 | 24 miles | $13.80 | From DIA |
| EFCH/TCH-CS-038 | On site Diligence | 20151105 | Laura Hatanaka | Breakfast | | | $5.13 | Starbucks | Laura |
| EFCH/TCH-CS-038 | On site Diligence | 20151105 | Laura Hatanaka | Lunch | | | $10.00 | Taco Borracho | Laura |
| EFCH/TCH-CS-038 | On site Diligence | 20151105 | Laura Hatanaka | Dinner | | | $7.83 | Starbucks | Laura |
| EFCH/TCH-CS-038 | On site Diligence | 20151105 | Nathan Pollak | Airfare | | | $341.10 | Airfare from Dallas, TX to Denver, CO |
| EFCH/TCH-CS-038 | On site Diligence | 20151105 | Nathan Pollak | Taxi | | | $43.72 | DFW |
| EFCH/TCH-CS-038 | On site Diligence | 20151105 | Nathan Pollak | Taxi | | | $75.00 | Home |
| EFCH/TCH-CS-038 | On site Diligence | 20151105 | Nathan Pollak | Lunch | | | $7.57 | McDonald's | N. Pollak |
| EFCH/TCH-CS-038 | On site Diligence | 20151105 | Jean Agras | Airfare | | | $124.98 | Airfare from Dallas to Denver |
| EFCH/TCH-CS-038 | On site Diligence | 20151105 | Jean Agras | Taxi | | | $40.00 | Love Field |
| EFCH/TCH-CS-038 | On site Diligence | 20151105 | Jean Agras | Parking | | | $24.00 | DIA |
| EFCH/TCH-CS-038 | On site Diligence | 20151105 | Jean Agras | Personal Vehicle | $0.575 | 45 miles | $25.88 | Boulder |
| EFCH/TCH-CS-038 | On site Diligence | 20151105 | Jean Agras | Lunch | | | $12.00 | Salata | Jean |
| EFCH/TCH-CS-038 | On site Diligence | 20151105 | Jean Agras | Dinner | | | $10.14 | Chick Fil-A | Jean |
| EFCH/TCH-CS-038 | On site Diligence | 20151105 | Jean Agras | Personal Vehicle | | | $8.50 | Tolls |
| EFCH/TCH-CS-038 | On site Diligence | 20151105 | Mike Green | Taxi | | | $30.13 | DFW Airport |
| EFCH/TCH-CS-038 | On site Diligence | 20151110 | Gary Germeroth | Airfare | | | $217.98 | Airfare from Houston to Dallas |
| EFCH/TCH-CS-038 | On site Diligence | 20151110 | Gary Germeroth | Hotel | | | $297.85 | Hilton Garden Inn  Dallas, TX |
| EFCH/TCH-CS-038 | On site Diligence | 20151110 | Gary Germeroth | Taxi | | | $12.46 | Love Field to EFH Offices |
| EFCH/TCH-CS-038 | On site Diligence | 20151110 | Gary Germeroth | Parking | | | $20.00 | Airport |
| EFCH/TCH-CS-038 | On site Diligence | 20151110 | Gary Germeroth | Personal Vehicle | $0.575 | 19 miles | $10.93 | Home to Airport |
| EFCH/TCH-CS-038 | On site Diligence | 20151110 | Gary Germeroth | Lunch | | | $10.80 | LP Café | Self |
| EFCH/TCH-CS-038 | On site Diligence | 20151110 | Gary Germeroth | hotel | | | $4.95 | Hotel internet |
| EFCH/TCH-CS-038 | On site Diligence | 20151111 | Gary Germeroth | Hotel | | | $297.85 | Hilton Garden Inn  Dallas, TX |
| EFCH/TCH-CS-038 | On site Diligence | 20151111 | Gary Germeroth | Parking | | | $20.00 | Airport |
| EFCH/TCH-CS-038 | On site Diligence | 20151111 | Gary Germeroth | Lunch | | | $15.05 | Pho Colonial | Self |
| EFCH/TCH-CS-038 | On site Diligence | 20151111 | Gary Germeroth | Dinner | | | $23.43 | Wild Salsa | Self |
| EFCH/TCH-CS-038 | On site Diligence | 20151112 | Gary Germeroth | Airfare | | | $341.98 | Airfare from Dallas to Denver |
| EFCH/TCH-CS-038 | On site Diligence | 20151112 | Gary Germeroth | Taxi | | | $11.19 | EFH Offices to Love Field |
| EFCH/TCH-CS-038 | On site Diligence | 20151112 | Gary Germeroth | Parking | | | $20.00 | Airport |
| EFCH/TCH-CS-038 | On site Diligence | 20151112 | Gary Germeroth | Personal Vehicle | $0.575 | 19 miles | $10.93 | Airport to Home |
| EFCH/TCH-CS-038 | On site Diligence | 20151112 | Gary Germeroth | Lunch | | | $14.61 | Wingbucket | Self |
| EFCH/TCH-CS-038 | On site Diligence | 20151116 | Sam Schreiber | Airfare | | | $312.10 | Airfare from New York to Dallas |
| EFCH/TCH-CS-038 | On site Diligence | 20151116 | Sam Schreiber | Hotel | | | $194.35 | Marriott - Irving, TX |
| EFCH/TCH-CS-038 | On site Diligence | 20151116 | Sam Schreiber | Taxi | | | $70.01 | Taxi - NYC - to JFK |
| EFCH/TCH-CS-038 | On site Diligence | 20151116 | Sam Schreiber | Taxi | | | $54.72 | Uber - Dallas - to Hotel |
| EFCH/TCH-CS-038 | On site Diligence | 20151116 | Michael Gadsden | Airfare | | | $683.96 | Airfare from Denver to Dallas (round trip anytime fare) |
| EFCH/TCH-CS-038 | On site Diligence | 20151116 | Michael Gadsden | Hotel | | | $171.73 | Crowne Plaza, Dallas, TX |
| EFCH/TCH-CS-038 | On site Diligence | 20151116 | Michael Gadsden | Taxi | | | $37.92 | Denver airport |
| EFCH/TCH-CS-038 | On site Diligence | 20151116 | Michael Gadsden | Taxi | | | $28.00 | EFH |
| EFCH/TCH-CS-038 | On site Diligence | 20151116 | Michael Gadsden | Breakfast | | | $9.75 | Einstein Bagels | Michael |
| EFCH/TCH-CS-038 | On site Diligence | 20151116 | Michael Gadsden | Lunch | | | $12.50 | Salata | Michael |
| EFCH/TCH-CS-038 | On site Diligence | 20151116 | Michael Gadsden | Dinner | | | $21.68 | Spice in the City | Michael |
| EFCH/TCH-CS-038 | On site Diligence | 20151117 | Sam Schreiber | Hotel | | | $194.35 | Marriott - Irving, TX |
| EFCH/TCH-CS-038 | On site Diligence | 20151117 | Sam Schreiber | Taxi | | | $55.76 | Uber - Dallas - to Energy Plaza |
| EFCH/TCH-CS-038 | On site Diligence | 20151117 | Sam Schreiber | Taxi | | | $6.59 | Uber - Dallas - to Dinner |
| EFCH/TCH-CS-038 | On site Diligence | 20151117 | Sam Schreiber | Lunch | | | $11.73 | Pho Colonial | Self |
| EFCH/TCH-CS-038 | On site Diligence | 20151117 | Sam Schreiber | taxi | | | $16.28 | Uber - Dallas - to Hotel |
| EFCH/TCH-CS-038 | On site Diligence | 20151117 | Jean Agras | Airfare | | | $58.10 | Airfare from Denver to Dallas |
| EFCH/TCH-CS-038 | On site Diligence | 20151117 | Jean Agras | Hotel | | | $161.37 | Fairmont, Dallas |
| EFCH/TCH-CS-038 | On site Diligence | 20151117 | Jean Agras | Taxi | | | $26.73 | Fairmont-Uber |
| EFCH/TCH-CS-038 | On site Diligence | 20151117 | Jean Agras | Parking | | | $24.00 | DIA |
| EFCH/TCH-CS-038 | On site Diligence | 20151117 | Jean Agras | Personal Vehicle | $0.575 | 45 miles | $25.88 | DIA |
| EFCH/TCH-CS-038 | On site Diligence | 20151117 | Jean Agras | Personal Vehicle | | | $8.50 | Tolls |
| EFCH/TCH-CS-038 | On site Diligence | 20151117 | Jean Agras | Airfare | | | $14.95 | Gogo inflight |
| EFCH/TCH-CS-038 | On site Diligence | 20151117 | Laura Hatanaka | Airfare | | | $78.10 | Airfare from Denver to Dallas |
| EFCH/TCH-CS-038 | On site Diligence | 20151117 | Laura Hatanaka | Hotel | | | $245.69 | Fairmont - Dallas, TX |
| EFCH/TCH-CS-038 | On site Diligence | 20151117 | Laura Hatanaka | Taxi | | | $59.58 | Energy Plaza |

| INVOICE NUMBER | MATTER | DATE | NAME OF TIMEKEEPER WHO INCURRED EXPENSE | EXPENSE CATEGORY | UNIT COST | # OF UNITS | TOTAL | EXPENSE DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| EFCH/TCH-CS-038 | On site Diligence | 20151117 | Laura Hatanaka | Taxi | | | $6.40 | Dinner |
| EFCH/TCH-CS-038 | On site Diligence | 20151117 | Laura Hatanaka | Parking | | | $24.00 | DIA |
| EFCH/TCH-CS-038 | On site Diligence | 20151117 | Laura Hatanaka | Personal Vehicle | $0.575 | 24 miles | $13.80 | To Airport |
| EFCH/TCH-CS-038 | On site Diligence | 20151117 | Laura Hatanaka | Breakfast | | | $6.32 | Starbucks | Laura |
| EFCH/TCH-CS-038 | On site Diligence | 20151117 | Laura Hatanaka | Lunch | | | $10.00 | Taco Borracho | Laura |
| EFCH/TCH-CS-038 | On site Diligence | 20151117 | Michael Gadsden | Hotel | | | $165.05 | Sheraton - Dallas, TX |
| EFCH/TCH-CS-038 | On site Diligence | 20151117 | Michael Gadsden | Breakfast | | | $3.00 | Crowne Plaza (tip) | Michael |
| EFCH/TCH-CS-038 | On site Diligence | 20151117 | Michael Gadsden | Lunch | | | $12.76 | Pho Colonial | Michael |
| EFCH/TCH-CS-038 | On site Diligence | 20151117 | Nathan Pollak | Airfare | | | $341.10 | Airfare from Denver, CO to Dallas, TX |
| EFCH/TCH-CS-038 | On site Diligence | 20151117 | Nathan Pollak | Hotel | | | $194.35 | Dallas Marriott Las Colinas |
| EFCH/TCH-CS-038 | On site Diligence | 20151117 | Nathan Pollak | Taxi | | | $75.00 | DIA |
| EFCH/TCH-CS-038 | On site Diligence | 20151117 | Nathan Pollak | Taxi | | | $45.75 | TXU |
| EFCH/TCH-CS-038 | On site Diligence | 20151117 | Nathan Pollak | Breakfast | | | $7.10 | Caribou Coffee | N. Pollak |
| EFCH/TCH-CS-038 | On site Diligence | 20151117 | Nathan Pollak | Lunch | | | $57.20 | The Ranch | N. Pollak, S. Davis |
| EFCH/TCH-CS-038 | On site Diligence | 20151117 | Mike Green | Airfare | | | $695.20 | Airfare from Montgomery to Dallas (round trip) |
| EFCH/TCH-CS-038 | On site Diligence | 20151117 | Mike Green | Hotel | | | $297.85 | Hilton Garden Inn - Dallas, TX |
| EFCH/TCH-CS-038 | On site Diligence | 20151117 | Mike Green | Taxi | | | $28.29 | Energy Plaza |
| EFCH/TCH-CS-038 | On site Diligence | 20151117 | Mike Green | Taxi | | | $7.31 | Hilton Garden Inn |
| EFCH/TCH-CS-038 | On site Diligence | 20151117 | Mike Green | Lunch | | | $14.43 | Pho Colonial | Self |
| EFCH/TCH-CS-038 | On site Diligence | 20151117 | Tim Wang | Airfare | | | $219.20 | Airfare from Boston to Dallas |
| EFCH/TCH-CS-038 | On site Diligence | 20151117 | Tim Wang | Hotel | | | $251.85 | Hilton Garden Inn - Dallas, TX |
| EFCH/TCH-CS-038 | On site Diligence | 20151117 | Tim Wang | Taxi | | | $55.80 | EFH |
| EFCH/TCH-CS-038 | On site Diligence | 20151117 | Tim Wang | Taxi | | | $6.54 | The Porch |
| EFCH/TCH-CS-038 | On site Diligence | 20151117 | Tim Wang | Breakfast | | | $9.61 | Logan Airport | Self |
| EFCH/TCH-CS-038 | On site Diligence | 20151117 | Tim Wang | Lunch | | | $10.06 | Pho Colonial | Self |
| EFCH/TCH-CS-038 | On site Diligence | 20151117 | Tim Wang | Dinner | | | $174.78 | The Porch | Self, Green, Gadsden, Schreiber, Hatanaka |
| EFCH/TCH-CS-038 | On site Diligence | 20151117 | A. Scott Davis | Airfare | | | $217.98 | Airfare from Houston to Dallas |
| EFCH/TCH-CS-038 | On site Diligence | 20151117 | A. Scott Davis | Hotel | | | $194.35 | Marriott - Irving |
| EFCH/TCH-CS-038 | On site Diligence | 20151117 | A. Scott Davis | Personal Vehicle | $0.575 | 30 miles | $17.25 | r.t. Hobby |
| EFCH/TCH-CS-038 | On site Diligence | 20151117 | A. Scott Davis | Lunch | | | $6.00 | El Chico | self |
| EFCH/TCH-CS-038 | On site Diligence | 20151117 | A. Scott Davis | Dinner | | | $34.51 | Twin Peaks | Nathan, self |
| EFCH/TCH-CS-038 | On site Diligence | 20151117 | A. Scott Davis | Lunch | | | $14.30 | Jimmy Johns (Nathan) |
| EFCH/TCH-CS-038 | On site Diligence | 20151118 | Sam Schreiber | Airfare | | | $298.10 | Airfare from Dallas to New York |
| EFCH/TCH-CS-038 | On site Diligence | 20151118 | Sam Schreiber | Taxi | | | $57.48 | Uber - Dallas - to Energy Plaza |
| EFCH/TCH-CS-038 | On site Diligence | 20151118 | Sam Schreiber | Taxi | | | $29.61 | Uber - Dallas - to DFW |
| EFCH/TCH-CS-038 | On site Diligence | 20151118 | Sam Schreiber | Taxi | | | $50.34 | Taxi - NYC - from LGA |
| EFCH/TCH-CS-038 | On site Diligence | 20151118 | Sam Schreiber | Airfare | | | $9.21 | Delta - Wifi |
| EFCH/TCH-CS-038 | On site Diligence | 20151118 | Jean Agras | Hotel | | | $161.37 | Fairmont, Dallas |
| EFCH/TCH-CS-038 | On site Diligence | 20151118 | Jean Agras | Parking | | | $24.00 | DIA |
| EFCH/TCH-CS-038 | On site Diligence | 20151118 | Jean Agras | Lunch | | | $12.00 | Salata | Jean |
| EFCH/TCH-CS-038 | On site Diligence | 20151118 | Jean Agras | Dinner | | | $20.64 | Fairmont | Jean |
| EFCH/TCH-CS-038 | On site Diligence | 20151118 | Laura Hatanaka | Hotel | | | $245.69 | Fairmont - Dallas, TX |
| EFCH/TCH-CS-038 | On site Diligence | 20151118 | Laura Hatanaka | Parking | | | $24.00 | DIA |
| EFCH/TCH-CS-038 | On site Diligence | 20151118 | Laura Hatanaka | Breakfast | | | $6.32 | Starbucks | Laura |
| EFCH/TCH-CS-038 | On site Diligence | 20151118 | Laura Hatanaka | Lunch | | | $21.65 | The Hospitality Sweet | Laura, Sam |
| EFCH/TCH-CS-038 | On site Diligence | 20151118 | Michael Gadsden | Hotel | | | $165.05 | Sheraton - Dallas, TX |
| EFCH/TCH-CS-038 | On site Diligence | 20151118 | Michael Gadsden | Breakfast | | | $6.17 | Coffee @ Corner | Michael |
| EFCH/TCH-CS-038 | On site Diligence | 20151118 | Michael Gadsden | Lunch | | | $9.00 | Salata | Michael |
| EFCH/TCH-CS-038 | On site Diligence | 20151118 | Nathan Pollak | Hotel | | | $194.35 | Dallas Marriott Las Colinas |
| EFCH/TCH-CS-038 | On site Diligence | 20151118 | Mike Green | Hotel | | | $297.85 | Hilton Garden Inn - Dallas,TX |
| EFCH/TCH-CS-038 | On site Diligence | 20151118 | Mike Green | Lunch | | | $10.25 | Sunrise Café | Self |
| EFCH/TCH-CS-038 | On site Diligence | 20151118 | Tim Wang | Hotel | | | $251.85 | Hilton Garden Inn - Dallas, TX |
| EFCH/TCH-CS-038 | On site Diligence | 20151118 | Tim Wang | Lunch | | | $8.27 | Poblanos | Self |
| EFCH/TCH-CS-038 | On site Diligence | 20151118 | Tim Wang | Dinner | | | $160.00 | CBD Provisions | Self, Green, Gadsden, Hatanaka |
| EFCH/TCH-CS-038 | On site Diligence | 20151118 | A. Scott Davis | Hotel | | | $194.35 | Marriott - Irving |
| EFCH/TCH-CS-038 | On site Diligence | 20151118 | A. Scott Davis | Lunch | | | $28.50 | Little Greek | Nathan, self |
| EFCH/TCH-CS-038 | On site Diligence | 20151118 | A. Scott Davis | Dinner | | | $80.00 | The Blue Fish | Nathan, self |
| EFCH/TCH-CS-038 | On site Diligence | 20151119 | Jean Agras | Airfare | | | $58.10 | Airfare from Dallas to Denver |
| EFCH/TCH-CS-038 | On site Diligence | 20151119 | Jean Agras | Parking | | | $12.00 | DIA |
| EFCH/TCH-CS-038 | On site Diligence | 20151119 | Jean Agras | Personal Vehicle | $0.575 | 45 miles | $25.88 | Boulder |
| EFCH/TCH-CS-038 | On site Diligence | 20151119 | Jean Agras | Personal Vehicle | | | $8.50 | Tolls |
| EFCH/TCH-CS-038 | On site Diligence | 20151119 | Laura Hatanaka | Airfare | | | $341.98 | Airfare from Dallas to Denver |
| EFCH/TCH-CS-038 | On site Diligence | 20151119 | Laura Hatanaka | Parking | | | $24.00 | DIA |
| EFCH/TCH-CS-038 | On site Diligence | 20151119 | Laura Hatanaka | Personal Vehicle | $0.575 | 24 miles | $13.80 | From Airport |
| EFCH/TCH-CS-038 | On site Diligence | 20151119 | Laura Hatanaka | Breakfast | | | $3.43 | The Hospitality Sweet | Laura |
| EFCH/TCH-CS-038 | On site Diligence | 20151119 | Laura Hatanaka | Lunch | | | $46.12 | The Hospitality Sweet | Jean, Laura, Michael, Mike |
| EFCH/TCH-CS-038 | On site Diligence | 20151119 | Laura Hatanaka | Dinner | | | $8.86 | Starbucks | Laura |
| EFCH/TCH-CS-038 | On site Diligence | 20151119 | Michael Gadsden | Taxi | | | $28.00 | Love Field |
| EFCH/TCH-CS-038 | On site Diligence | 20151119 | Michael Gadsden | Taxi | | | $38.01 | Home |
| EFCH/TCH-CS-038 | On site Diligence | 20151119 | Michael Gadsden | Breakfast | | | $6.17 | Coffee @ Corner | Michael |
| EFCH/TCH-CS-038 | On site Diligence | 20151119 | Michael Gadsden | Dinner | | | $8.43 | Moe's Grill | Michael |
| EFCH/TCH-CS-038 | On site Diligence | 20151119 | Nathan Pollak | Airfare | | | $108.10 | Airfare from Dallas, TX to Denver, CO |
| EFCH/TCH-CS-038 | On site Diligence | 20151119 | Nathan Pollak | Taxi | | | $42.25 | DFW |
| EFCH/TCH-CS-038 | On site Diligence | 20151119 | Nathan Pollak | Taxi | | | $75.00 | Home |
| EFCH/TCH-CS-038 | On site Diligence | 20151119 | Nathan Pollak | Lunch | | | $7.57 | McDonald's | N. Pollak |
| EFCH/TCH-CS-038 | On site Diligence | 20151119 | Mike Green | Taxi | | | $24.94 | DFW Airport |
| EFCH/TCH-CS-038 | On site Diligence | 20151119 | Mike Green | Parking | | | $24.00 | MGM Airport |
| EFCH/TCH-CS-038 | On site Diligence | 20151119 | Tim Wang | Taxi | | | $30.33 | DFW |
| EFCH/TCH-CS-038 | On site Diligence | 20151119 | Tim Wang | Parking | | | $87.00 | Logan Airport |
| EFCH/TCH-CS-038 | On site Diligence | 20151119 | Tim Wang | Lunch | | | $7.30 | Sunrise Café | Self |
| EFCH/TCH-CS-038 | On site Diligence | 20151119 | Tim Wang | Dinner | | | $22.24 | DFW | Self |
| EFCH/TCH-CS-038 | On site Diligence | 20151119 | A. Scott Davis | Airfare | | | $217.98 | Airfare from Dallas to Houston |
| EFCH/TCH-CS-038 | On site Diligence | 20151119 | A. Scott Davis | Personal Vehicle | $0.575 | 30 miles | $17.25 | r.t. Hobby |
| EFCH/TCH-CS-038 | On site Diligence | 20151119 | A. Scott Davis | Breakfast | | | $16.65 | Jamba Juice | Nathan, self |
| EFCH/TCH-CS-038 | On site Diligence | 20151119 | A. Scott Davis | Lunch | | | $23.77 | Fast Furious | Nathan, self |
| EFCH/TCH-CS-038 | On site Diligence | 20151119 | A. Scott Davis | Rental Car | | | $3.54 | Shell |
| EFCH/TCH-CS-038 | On site Diligence | 20151123 | Todd Filsinger | Airfare | | | $341.10 | Airfare from Denver to Dallas |
| EFCH/TCH-CS-038 | On site Diligence | 20151123 | Todd Filsinger | Hotel | | | $183.26 | The Curio, Dallas, TX |
| EFCH/TCH-CS-038 | On site Diligence | 20151123 | Todd Filsinger | Taxi | | | $70.00 | To DIA from home |
| EFCH/TCH-CS-038 | On site Diligence | 20151123 | Todd Filsinger | Taxi | | | $75.00 | To client from DFW |
| EFCH/TCH-CS-038 | On site Diligence | 20151124 | Michael Gadsden | Shipping | | | $77.45 | FedEx scanning |
| EFCH/TCH-CS-038 | On site Diligence | 20151124 | Todd Filsinger | Airfare | | | $341.98 | Airfare from Dallas to Denver |
| EFCH/TCH-CS-038 | On site Diligence | 20151124 | Todd Filsinger | Taxi | | | $70.00 | To home from DIA |

| INVOICE NUMBER | MATTER | DATE | NAME OF TIMEKEEPER WHO INCURRED EXPENSE | EXPENSE CATEGORY | UNIT COST | # OF UNITS | TOTAL | EXPENSE DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| EFCH/TCH-CS-038 | On site Diligence | 20151124 | Todd Filsinger | Taxi | | | $26.17 | to client |
| EFCH/TCH-CS-038 | On site Diligence | 20151124 | Todd Filsinger | Breakfast | | | $8.33 | The Curio Hotel \| self |
| EFCH/TCH-CS-038 | On site Diligence | 20151124 | Todd Filsinger | Taxi | | | $24.52 | Taxi to lunch |
| EFCH/TCH-CS-038 | On site Diligence | 20151124 | Todd Filsinger | Airfare | | | $14.02 | airline internet |
| EFCH/TCH-CS-038 | On site Diligence | 20151129 | Paul Harmon | Airfare | | | $787.96 | Airfare from Denver to Houston (round trip) |
| EFCH/TCH-CS-038 | On site Diligence | 20151129 | Paul Harmon | Dinner | | | $21.08 | Oak Grove Site Visit \| P. Harmon |
| EFCH/TCH-CS-038 | On site Diligence | 20151130 | Paul Harmon | Hotel | | | $138.06 | Marriott - Houston |
| EFCH/TCH-CS-038 | On site Diligence | 20151130 | Paul Harmon | Parking | | | $45.00 | DIA |
| EFCH/TCH-CS-038 | On site Diligence | 20151130 | Paul Harmon | Breakfast | | | $13.25 | Oak Grove Site Visit \| P. Harmon |
| EFCH/TCH-CS-038 | On site Diligence | 20151130 | Paul Harmon | Dinner | | | $23.52 | Oak Grove Site Visit \| P. Harmon |
| EFCH/TCH-CS-038 | On site Diligence | 20151130 | Gary Germeroth | Personal Vehicle | $0.575 | 357 miles | $205.28 | Round trip - Home to Three Oaks mine |
| EFCH/TCH-CS-038 | On site Diligence | 20151130 | Gary Germeroth | Lunch | | | $28.79 | Casa Ole \| Self, Paul Harmon |
| EFCH/TCH-CS-038 | On site Diligence | 20151130 | A. Scott Davis | Airfare | | | $237.98 | Airfare from Houston to Dallas |
| EFCH/TCH-CS-038 | On site Diligence | 20151130 | A. Scott Davis | Hotel | | | $194.35 | Marriott - Irving |
| EFCH/TCH-CS-038 | On site Diligence | 20151130 | A. Scott Davis | Personal Vehicle | $0.575 | 30 miles | $17.25 | r.t. Hobby |
| EFCH/TCH-CS-038 | On site Diligence | 20151130 | A. Scott Davis | Lunch | | | $29.60 | Jimmy Johns \| Nathan, self |
| EFCH/TCH-CS-038 | On site Diligence | 20151130 | A. Scott Davis | Dinner | | | $13.40 | Bread Zeppelin \| self |
| EFCH/TCH-CS-038 | On site Diligence | 20151130 | Nathan Pollak | Airfare | | | $351.10 | Airfare from Denver, CO to Dallas, TX |
| EFCH/TCH-CS-038 | On site Diligence | 20151130 | Nathan Pollak | Hotel | | | $194.35 | Dallas Marriott Las Colinas |
| EFCH/TCH-CS-038 | On site Diligence | 20151130 | Nathan Pollak | Taxi | | | $52.32 | TXU |
| EFCH/TCH-CS-038 | On site Diligence | 20151130 | Nathan Pollak | Personal Vehicle | $0.575 | 26 miles | $14.95 | Airport to Home |
| EFCH/TCH-CS-038 | On site Diligence | 20151130 | Nathan Pollak | Dinner | | | $13.93 | Bread Zeppelin \| N. Pollak |
| EFCH/TCH-CS-038 | On site Diligence | 20151130 | Todd Filsinger | Airfare | | | $461.10 | Airfare from Denver to Dallas |
| EFCH/TCH-CS-038 | On site Diligence | 20151130 | Todd Filsinger | Hotel | | | $287.00 | The Curio, Dallas, TX |
| EFCH/TCH-CS-038 | On site Diligence | 20151130 | Todd Filsinger | Taxi | | | $70.00 | To DIA from home |
| EFCH/TCH-CS-038 | On site Diligence | 20151130 | Todd Filsinger | Taxi | | | $8.22 | To hotel from office |
| EFCH/TCH-CS-038 | On site Diligence | 20151130 | Todd Filsinger | Dinner | | | $80.00 | The knife \| self & Gary Germeroth |
| EFCH/TCH-CS-038 | On site Diligence | 20151130 | Todd Filsinger | Taxi | | | $58.86 | Taxi from airport to office |
| EFCH/TCH-CS-038 | On site Diligence | 20151130 | Todd Filsinger | Airfare | | | $13.95 | airline internet |
| | | | | | | | $26,144.65 | |