## EXHIBIT A

## Hours Expended by SOLIC Professionals

| NAME | TITLE | HOURS 11/01 – 11/30/2015 |
|---|---|---|
| Neil Luria | Sr. Managing Director | 23.5 |
| Raoul Nowitz | Managing Director | 106.5 |
| Paul Hogan | Director | 2.5 |
| Matthew Cumbee | Sr. Associate | 44.5 |
| TOTALS | | 177.0 |