**EXHIBIT** B

**Hours Expended by Subject Matter**

**GENERAL**

|  | November 2015 |
|---|---|
| Dataroom & Diligence Materials Review | 48.0 |
| EFH Board Meeting Attendance | 5.0 |
| Fee Applications/Retention Applications | 2.5 |
| Intercompany Transfers Review | 7.0 |
| Meeting with Counsel & other Constituents | 1.0 |
| Plan Development and Testimony Review & Analysis | 109.5 |
| Project Management & Support | 4.0 |
| TOTAL HOURS | 177.0 |

**GENERAL DESCRIPTION OF WORK CODES:**

- Dataroom and Diligence Materials Review:  Download, analyze and review materials posted to the debtors' dataroom, and follow-up with the Debtors' professionals pertaining to (i) items posted to the dataroom and (ii) follow-up information being sought in the dataroom.

- EFH Board Meeting Attendance:  Attend in-person and/or telephonically weekly EFH board meetings and engage in pre-meeting preparation and post-meeting follow-up, including work plan development.

- Fee Applications/Retention Applications:  Prepare monthly fee statements and interim fee applications; review and respond to inquiries by parties in interest, including the Fee Committee.

- Intercompany Transfer Review:  Review and analyze the various claims and causes of action between and among EFH and its affiliates, including the nature of the claims, the magnitude of such claims and factors affecting the allowance or disallowance of such claims.

- Meeting with Counsel & Other Constituents:  Meetings with counsel to EFH, as well as meetings (telephonic and in-person) with professionals of other affiliates and constituents pertaining to Conflict Matters.

- Plan Development and Testimony Review and Analysis:  Review restructuring proposals, as well as meetings with constituents regarding plan formulation, review of plan proposals and term sheets and analysis of proposed settlements of Conflict Matters.  This category also includes working alongside counsel in preparation for Plan-related deposition, review of expert reports, and review of deposition transcripts related to depositions in relation to the Plan, review of transcripts covering court hearings pertaining to the Plan, and discussion related to same.

- <u>Project Management & Support</u>:  Key elements of project management on the engagement including work plan development and internal discussion pertaining to same.  General review and research of case filings.