## EXHIBIT C

**Expenses by Category**

|  | November 2015 |
|---|---|
| Outside Litigation Support | $11,137.50 |
| TOTALS | $11,137.50 |

Third party information technology support related to identifying and securing data inventory for delivery in June 2015.  This expense item was not submitted in a prior fee statement due to the timing of the submission and processing of such expense item.