# **EXHIBIT D**

**Expense Detail**



ReadyNetworks
1603 Orrington Ave, Suite 1740
Evanston, IL  60201

(844)312-8324
invoices@readynetworks.com
http://www.readynetworks.com

# ReadyNetworks Invoice

| Date | Invoice # |
|---|---|
| 06/18/2015 | 3304 |
| Terms | Due Date |
| Due on receipt | 06/18/2015 |

| Bill To |
|---|
| Paul Hogan<br>Solic Capital<br>1603 Orrington Avenue<br>Evanston, il  60201 USA |

| Date | Activity | Quantity | Rate | Amount |
|---|---|---|---|---|
| 06/18/2015 | E-Mail Discovery and Review<br>"  Global search completed for all mailboxes and domains identified by Solic and Proskauer<br>"  Identified Solic individuals, attorneys and financial advisors identified per scope terms and flagged into separate .PST databases<br>"  Chain of custody documented<br>"  All Data secured and delivered with 448 Bit Encryption securely<br>"  Data Inventory sheet created identifying all EFH key scope search output<br>"  Work product for identified Solic users gathered and sorted by user.<br>"  Work product files 448-bit encrypted and delivered to Proskauer<br><br>Breakdown of Hours:<br><br>"  Preparation and requirements discussion:   2 Hours   - Sam Barhoumeh<br><br>"   E-Mail search criteria executed across all domains, users and identified terms per Proskauer requirements:   21 Hours - Sam Barhoumeh<br>"  Gathering and securing Solic Work product data - 8 Hours     Sam Barhoumeh<br>"  Data Inventory Sheet creation and data sorting - 5 Hours -  Sam Barhoumeh<br>"  Data prepared, encrypted and delivered:  3.5 Hours -  Sam Barhoumeh<br>*       Second Gathering of Solic Work Product Data -  10 Hours - Sam Barhoumeh | 49.5 | 225.00 | 11,137.50 |
| | | | Total | $11,137.50 |

Thank You for your Business

