# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 14-10979-CSS |
| Energy Future Holdings, Corp., et al., | Ch. 11 |
| Debtors. | Jointly Administered |

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE THAT Hilary B. Mohr of Riddell Williams P.S. hereby withdraws as counsel of record for Microsoft Corporation and Microsoft Licensing GP ("Microsoft"). Travis D. Dailey, also of the law firm of Riddell Williams P.S., is hereby substituted as counsel of record for Microsoft.

Copies of all further pleadings and papers herein, except original process, shall continue to be served upon the following attorneys of record for Microsoft:

> Joseph E. Shickich, Jr., Esq.
> Travis D. Dailey, Esq.
> RIDDELL WILLIAMS P.S.
> 1001 - 4th Avenue, Suite 4500
> Seattle WA  98154
> Telephone:  (206) 624-3600
> Facsimile:  (206) 389-1708
> Email: jshickich@riddellwilliams.com
> tdailey@riddellwilliams.com

This withdrawal will be effective upon filing of this Notice.

DATED this 31st day of December, 2015.

> RIDDELL WILLIAMS P.S.
>
> By: */s/ Hilary B. Mohr*
> Hilary B. Mohr, WSBA #40005
>
> By: */s/ Travis D. Dailey*
> Joseph E. Shickich, Jr. WSBA # 8751
> Travis D. Dailey, WSBA #45336
> Attorneys for Microsoft Corporation and
> Microsoft Licensing GP

4839-8166-1484.01
123115/0857/20363.00446

## **DECLARATION OF SERVICE**

Veronica I. Magda declares:

1. I am an employee of Riddell Williams P.S. which represents Microsoft Corporation and Microsoft Licensing, GP. I am a citizen of the United States, over the age of 18, and competent to make this Declaration.

2. On December 31, 2015, I electronically filed the Notice of Withdrawal and Substitution of Counsel on behalf of Microsoft Corporation and Microsoft Licensing, GP with the Clerk of the Court (using the CM/ECF System). A true copy of the foregoing has been furnished by CM/ECF to all parties registered to receive electronic notices.

3. Also, on December 31, 2015 I sent via US Mail copies of the Notice of Withdrawal and Substitution of Counsel to the following:

Counsel to the Debtors:    Joseph Charles Barsalona II
Mark D. Collins
Daniel J. DeFranceschi
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

Iskender H. Catto
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10173

Kevin Chang
Michael P. Esser
Kirkland & Ellis LLP
555 California Street
San Francisco, CA 94104

Richard M. Cieri
Stephen E. Hessler
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022-4611

Cormac T. Connor
David R. Dempsey
Jonathan F. Ganter
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, DC 20005

Shannon J. Dougherty
Gellert Scali Busenkell & Brown, LLC
913 North Market Street
10th Floor
Wilmington, DE 19801

Thomas F. Driscoll, III
Bifferato LLC
800 N. King St., Plaza Level
Wilmington, DE 19801

Michael A. Firestein
Proskauer Rose LLP
2049 Century Park East
Los Angeles, CA 90067-3206

Emily E. Geier
William Guerrieri
Richard U.S. Howell
Kirkland & Ellis LLP
300 N. LaSalle
Chicago, IL 60654

P. Stephen Gidiere, III
Jeremy L. Retherford
W. Clark Watson
Balch & Bingham LLP
1901 Sixth Avenue North
Suite 1500
Birmingham, AL 35203-4642

Jeremy L. Graves
GIBSON DUNN & CRUTCHER LLP
1801 California Street
Suite 4200
Denver, CO 80202-2642

Chad J. Husnick
Natalie Hoyer Keller
Marc Kieselstein
Kirkland & Ellis, LLP
300 North LaSalle Street
Chicago, IL 60654

Christopher W. Keegan
Mark E. McKane, Esq.
Justin Sowa
Kirkland & Ellis LLP
555 California Street
San Francisco, CA 94104

David M. Klauder
Bielli & Klauder, LLC
1204 N. King Street
Wilmington, DE 19801

Jason M. Madron
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Jeff J. Marwil
Proskauer Rose LLP
Three First National Plaza
70 W. Madison Street
Suite 3800
Chicago, IL 60602

Todd F. Maynes
Andrew McGaan
William T. Pruitt
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654

Bridget K. O'Connor
 Matthew E. Papez
Michael A. Petrino
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, DC 20005

Michael L. Raiff
Gibson Dunn & Crutcher LLP
2100 McKinney Avenue
Dallas, TX 75201

Lary Alan Rappaport
Proskauer Rose LLP
2049 Century Park East
Los Angeles, CA 90067-3206

Brenton Rogers
Steven N. Serajeddini
Anthony V. Sexton
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654

Michael A. Rosenthal
Gibson Dunn & Crutcher LLP
200 Park Avenue
47th Floor
New York, NY 10166

Edward O. Sassower
Brian Schartz
James H.M. Sprayregen
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022

Tyler D. Semmelman
Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, DE 19801

Michael B. Slade
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654

|  |  |
|---|---|
|  | Bryan M. Stephany<br>Kirkland & Ellis LLP<br>655 Fifteenth Street, N.W.<br>Washington, DC 20005 |
|  | Anna Terteryan<br>Kirkland & Ellis LLP<br>555 California Street<br>San Francisco, CA 94104 |
|  | Mark K. Thomas<br>Proskauer Rose LLP<br>Three First National Plaza<br>70 W. Madison Street<br>Suite 3800<br>Chicago, IL 60602 |
|  | Aparna Yenamandra<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022 |
|  | Peter Jonathon Young<br>Proskauer Rose LLP<br>70 W. Madison St.<br>Suite 3800<br>Chicago, IL 60602 |
| U.S. Trustee: | Richard L. Schepacarter<br>Office of the United States Trustee<br>U. S. Department of Justice<br>844 King Street, Suite 2207<br>Lockbox #35<br>Wilmington, DE 19801 |
|  | Andrea Beth Schwartz<br>U.S. Department of Justice - Office of the U.S. Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Rm 1006<br>New York, NY 10065 |

| | |
|---|---|
| Creditor Committee | Elizabeth Blakely<br>Polsinelli PC<br>900 Third Avenue<br>21st Floor<br>New York, NY 10022<br><br>Justin K. Edelson<br>Shanti M. Katona<br>Polsinelli PC<br>222 Delaware Avenue<br>Suite 1101<br>Wilmington, DE 19801<br><br>Edward M. Fox<br>Seyfarth Shaw LLP<br>620 Eighth Avenue<br>New York, NY 10018<br><br>Todd M. Goren<br>Daniel J. Harris<br>William M. Hildbold<br>Morrison & Foerster LLP<br>250 West 55th Street<br>New York, NY 10019<br><br>Thomas A. Humphreys<br>Charles L. Kerr<br>J. Alexander Lawrence<br>Morrison & Foerster LLP<br>250 West 55th Street<br>New York, NY 10019<br><br>Jennifer Marines<br>Lorenzo Marinuzzi<br>Brett H. Miller<br>Morrison & Foerster LLP<br>250 West 55th Street<br>New York, NY 10019<br><br>James Michael Peck<br>Anthony Princi<br>Erica J. Richards<br>Schulte Roth & Zabel LLP<br>250 West 55th Street<br>New York, NY 10019 |

Kayvan B. Sadeghi
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019

Jarrett Vine
Christopher A. Ward
Polsinelli PC
222 Delaware Avenue
Suite 1101
Wilmington, DE 19801

Adam R. Brebner
Andrew Dietderich
Robert J. Giuffra, Jr.
Sullivan & Cromwell LLP
125 Broad Street  Suite 3835
New York, NY 10004

Mark Andrew Fink
Sidney S. Liebesman
Montgomery, McCracken, Walker & Rhoads
1105 N. Market Street
Suite 1500
Wilmington, DE 19081

Brian D. Glueckstein
Steven L. Holley
Alexa Kranzley
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

Kimberly Ellen Connolly Lawson
Reed Smith LLP
1201 Market Street
Suite 1500
Wilmington, DE 19801-1163

Natalie D. Ramsey
 Montgomery, McCracken, Walker & Rhoads
1105 North Market Street
15th Floor
Wilmington, DE 19801

Mark F. Rosenberg
Mark U Schneiderman
Michael H. Torkin
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004-2498

Mark B. Sheppard
Montgomery McCracken Walker, et al
123 South Broad Street
Philadelphia, PA

Davis Lee Wright
Montgomery McCracken Walker & Rhoads LLP
1105 North Market Street
Suite 1500
Wilmington, DE 19801

David R. Zylberberg
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004-2498

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED this 31st day of December, 2015, at Seattle, Washington.

By: */s/* Veronica I. Magda
　　　Veronica I. Magda