## EXHIBIT A

**Statement of Fees and Expenses By Subject Matter**

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 180326A | [ALL] Case Administration | 22.4 | $7,870.50 |
| 180326B | [ALL] Creditor Inquiries | 0.1 | $52.50 |
| 180326C | [ALL] Meetings | 6.0 | $3,690.00 |
| 180326D | [ALL] Executory Contracts/Unexpired Leases | 7.5 | $2,371.50 |
| 180326E | [ALL] Automatic Stay/Adequate Protection | 0.0 | $0.00 |
| 180326F | [ALL] Plan of Reorganization/Disclosure Statement | 146.7 | $57,023.00 |
| 180326G | [ALL] Use, Sale of Assets | 2.6 | $1,220.50 |
| 180326H | [ALL] Cash Collateral/DIP Financing | 0.0 | $0.00 |
| 180326I | [ALL] Claims Administration | 16.0 | $5,113.00 |
| 180326J | [ALL] Court Hearings | 340.4 | $126,382.00 |
| 180326K | [ALL] General Corporate/Real Estate | 0.0 | $0.00 |
| 180326L | [ALL] Schedules/SOFA/U.S. Trustee Reports | 1.2 | $456.00 |
| 180326M | [ALL] Employee Issues | 6.5 | $2,487.50 |
| 180326N | [ALL] Environmental | 0.0 | $0.00 |
| 180326O | [ALL] Tax Issues | 0.0 | $0.00 |
| 180326P | [ALL] Litigation/Adversary Proceedings | 7.4 | $2,549.00 |
| 180326Q-1 | [ALL] RLF Retention | 6.6 | $1,671.00 |
| 180326Q-2 | [ALL] Retention of Others | 4.3 | $1,421.00 |
| 180326R-1 | [ALL] RLF Fee Applications | 8.3 | $3,818.00 |
| 180326R-2 | [ALL] Fee Applications of Others | 28.5 | $10,699.50 |
| 180326S | [ALL] Vendors/Suppliers | 0.0 | $0.00 |
| 180326T | [ALL] Non-Working Travel | 0.0 | $0.00 |
| 180326U | [ALL] Utilities | 0.0 | $0.00 |
| 180326V | ocID" nsurance | 0.0 | $0.00 |
| 180326A | [TCEH] Case Administration | 0.0 | $0.00 |
| 180326B | [TCEH] Creditor Inquiries | 0.0 | $0.00 |
| 180326C | [TCEH] Meetings | 0.0 | $0.00 |
| 180326D | [TCEH] Executory Contracts/Unexpired Leases | 1.6 | $760.50 |
| 180326E | [TCEH] Automatic Stay/Adequate Protection | 0.0 | $0.00 |
| 180326F | [TCEH] Plan of Reorganization/Disclosure Statement | 0.0 | $0.00 |
| 180326G | [TCEH] Use, Sale of Assets | 5.6 | $2,389.00 |
| 180326H | [TCEH] Cash Collateral/DIP Financing | 0.0 | $0.00 |
| 180326I | [TCEH] Claims Administration | 7.4 | $2,449.50 |
| 180326J | [TCEH] Court Hearings | 12.4 | $3,224.00 |
| 180326K | [TCEH] General Corporate/Real Estate | 0.0 | $0.00 |
| 180326L | [TCEH] Schedules/SOFA/U.S. Trustee Reports | 0.0 | $0.00 |
| 180326M | [TCEH] Employee Issues | 0.0 | $0.00 |
| 180326N | [TCEH] Environmental | 0.0 | $0.00 |
| 180326O | [TCEH] Tax Issues | 0.0 | $0.00 |
| 180326P | [TCEH] Litigation/Adversary Proceedings | 0.0 | $0.00 |
| 180326Q-1 | [TCEH] RLF Retention | 0.0 | $0.00 |
| 180326Q-2 | [TCEH] Retention of Others | 0.0 | $0.00 |
| 180326R-1 | [TCEH] RLF Fee Applications | 0.0 | $0.00 |
| 180326R-2 | [TCEH] Fee Applications of Others | 0.1 | $23.50 |
| 180326S | [TCEH] Vendors/Suppliers | 0.0 | $0.00 |

| 180326T | [TCEH] Non-Working Travel | 0.0 | $0.00 |
| 180326U | [TCEH] Utilities | 0.0 | $0.00 |
| 180326V | [TCEH] Insurance | 0.0 | $0.00 |
| 180326A | [EFIH] Case Administration | 0.0 | $0.00 |
| 180326B | [EFIH] Creditor Inquiries | 0.0 | $0.00 |
| 180326C | [EFIH] Meetings | 0.0 | $0.00 |
| 180326D | [EFIH] Executory Contracts/Unexpired Leases | 0.0 | $0.00 |
| 180326E | [EFIH] Automatic Stay/Adequate Protection | 0.0 | $0.00 |
| 180326F | [EFIH] Plan of Reorganization/Disclosure Statement | 0.0 | $0.00 |
| 180326G | [EFIH] Use, Sale of Assets | 0.0 | $0.00 |
| 180326H | [EFIH] Cash Collateral/DIP Financing | 0.0 | $0.00 |
| 180326I | [EFIH] Claims Administration | 91.2 | $39,150.50 |
| 180326J | [EFIH] Court Hearings | 15.2 | $4,527.00 |
| 180326K | [EFIH] General Corporate/Real Estate | 0.0 | $0.00 |
| 180326L | [EFIH] Schedules/SOFA/U.S. Trustee Reports | 0.0 | $0.00 |
| 180326M | [EFIH] Employee Issues | 0.0 | $0.00 |
| 180326N | [EFIH] Environmental | 0.0 | $0.00 |
| 180326O | [EFIH] Tax Issues | 0.0 | $0.00 |
| 180326P | [EFIH] Litigation/Adversary Proceedings | 16.1 | $7,485.00 |
| 180326Q-1 | [EFIH] RLF Retention | 0.0 | $0.00 |
| 180326Q-2 | [EFIH] Retention of Others | 0.1 | $23.50 |
| 180326R-1 | [EFIH] RLF Fee Applications | 0.0 | $0.00 |
| 180326R-2 | [EFIH] Fee Applications of Others | 0.2 | $47.00 |
| 180326S | [EFIH] Vendors/Suppliers | 0.0 | $0.00 |
| 180326T | [EFIH] Non-Working Travel | 0.0 | $0.00 |
| 180326U | [EFIH] Utilities | 0.0 | $0.00 |
| 180326V | [EFIH] Insurance | 0.0 | $0.00 |
| 180326A | [EFH] Case Administration | 1.9 | $678.50 |
| 180326B | [EFH] Creditor Inquiries | 0.0 | $0.00 |
| 180326C | [EFH] Meetings | 0.0 | $0.00 |
| 180326D | [EFH] Executory Contracts/Unexpired Leases | 0.0 | $0.00 |
| 180326E | [EFH] Automatic Stay/Adequate Protection | 0.0 | $0.00 |
| 180326F | [EFH] Plan of Reorganization/Disclosure Statement | 0.0 | $0.00 |
| 180326G | [EFH] Use, Sale of Assets | 0.0 | $0.00 |
| 180326H | [EFH] Cash Collateral/DIP Financing | 0.0 | $0.00 |
| 180326I | [EFH] Claims Administration | 1.8 | $945.00 |
| 180326J | [EFH] Court Hearings | 0.6 | $156.00 |
| 180326K | [EFH] General Corporate/Real Estate | 0.0 | $0.00 |
| 180326L | [EFH] Schedules/SOFA/U.S. Trustee Reports | 0.0 | $0.00 |
| 180326M | [EFH] Employee Issues | 0.0 | $0.00 |
| 180326N | [EFH] Environmental | 0.0 | $0.00 |
| 180326O | [EFH] Tax Issues | 0.0 | $0.00 |
| 180326P | [EFH] Litigation/Adversary Proceedings | 7.4 | $3,548.50 |
| 180326Q-1 | [EFH] RLF Retention | 0.0 | $0.00 |
| 180326Q-2 | [EFH] Retention of Others | 0.1 | $52.50 |
| 180326R-1 | [EFH] RLF Fee Applications | 0.0 | $0.00 |
| 180326R-2 | [EFH] Fee Applications of Others | 0.1 | $23.50 |
| 180326S | [EFH] Vendors/Suppliers | 0.0 | $0.00 |

| 180326T | [EFH] Non-Working Travel | 0.0 | $0.00 |
| 180326U | [EFH] Utilities | 0.0 | $0.00 |
| 180326V | [EFH] Insurance | 0.0 | $0.00 |
| **Totals** | | **766.3** | **$292,308.50** |

3

| Service Description | Amount |
|---|---|
| Binding | $7.50 |
| Business Meals[1] | $17,058.93 |
| Conference Calling | $414.00 |
| Court Reporter Services | $384.00 |
| Document Retrieval | $1,163.50 |
| Electronic Legal Research | $306.00 |
| Equipment Rental | $0.00 |
| Filing Fee/Court Costs | $150.00 |
| Long distance Telephone Charges | $394.76 |
| Messenger and Delivery Service | $1,299.28 |
| Overtime[2] | $7,411.69 |
| Photocopying/Printing - Outside Vendor | $353.81 |
| Photocopying/Printing | $2,882.00 |
| Postage | $0.00 |
| Record Retrieval | $0.00 |
| Office Supplies | $0.00 |
| Travel Expense | $179.20 |
| **TOTAL:** | $32,004.67 |

---

[1] See "Exhibit E" to the Monthly Fee Statement for additional detail.

[2] Represents RL&F's actual out of pocket overtime expense for employees rendering services to the Debtors and their estates who do not otherwise bill at an hourly rate (i.e., the Debtors are not bearing the cost of RL&F's out of pocket overtime expense plus an hourly rate on account of this amount).

RLF1 13619988v.1