# EXHIBIT B

**Attorneys and Paraprofessionals' Information**

The RL&F attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Daniel J. DeFranceschi | Director | 1989 | Bankruptcy | $750 | 112.4 | $84,300.00 |
| Michael J. Merchant | Director | 1999 | Bankruptcy | $650 | 0.5 | $325.00 |
| Jason M. Madron | Counsel | 2003 | Bankruptcy | $525 | 158.1 | $83,002.50 |
| Marisa A. Terranova Fissel | Associate | 2009 | Bankruptcy | $450 | 9.3 | $4,185.00 |
| Amanda R. Steele | Associate | 2010 | Bankruptcy | $425 | 0.2 | $85.00 |
| Joseph C. Barsalona, II | Associate | 2014 | Bankruptcy | $260 | 156.2 | $40,612.00 |
| Andrew M. Dean | Associate | 2015 | Bankruptcy | $260 | 47.0 | $12,220.00 |
| Rachel L. Biblo | Associate | 2014 | Bankruptcy | $260 | 12.0 | $3,120.00 |
| Brendan J. Schlauch | Associate | 2015 | Bankruptcy | $260 | 9.1 | $2,366.00 |
| Alexander G. Najemy | Associate | 2015 | Bankruptcy | $260 | 2.5 | $650.00 |
| **Total** | | | | | **507.3** | **$230,865.50** |

The paraprofessionals of RL&F who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Barbara J. Witters | Paralegal | 15 | Bankruptcy | $235 | 106.7 | $25,074.50 |
| Ann Jerominski | Paralegal | 15 | Bankruptcy | $235 | 32.5 | $7,637.50 |
| Rebecca V. Speaker | Paralegal | 13 | Bankruptcy | $235 | 23.3 | $5,475.50 |
| Caroline E. Dougherty | Paralegal | 1 | Bankruptcy | $235 | 7.4 | $1,739.00 |
| Cynthia McMenamin | Paralegal | 1 | Bankruptcy | $235 | 25.5 | $5,992.50 |
| Daniel D. White | Technical/ Trial Support | 11 | Litigation/ MIS | $250 | 40.4 | $10,100.00 |
| Carlos B. Terreforte | Technical/ Trial Support | 1 | Litigation/ MIS | $235 | 22.5 | $5,287.50 |
| William S. Stephens | Technical/ Trial Support | 16 | Litigation/ MIS | $195 | 0.7 | $136.50 |
| **Total** | | | | | **259.0** | **$61,443.00** |

**Total Fees**     **$292,308.50**