```
```
Case 14-10979-CSS    Doc 7521-4    Filed 12/31/15    Page 1 of 5

## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

RLF1 13619988v.1

## ALL - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $5.85 |
| Business Meals | $13,305.97 |
| Conference Calling | $322.92 |
| Court Reporter Services | $299.52 |
| Document Retrieval | $907.53 |
| Electronic Legal Research | $238.68 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Cost | $117.00 |
| Long distance Telephone Charges | $307.91 |
| Messenger and Delivery Service | $1,013.44 |
| Overtime | $5,781.12 |
| Photocopying/Printing - Outside Vendor | $275.97 |
| Photocopying/Printing | $2,247.96 |
| Postage | $0.00 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Record Retrieval | $0.00 |
| Travel Expense | $139.78 |
| **Total:** | **$24,963.65** |

## TCEH - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $0.23 |
| Business Meals | $511.77 |
| Conference Calling | $12.42 |
| Court Reporter Services | $11.52 |
| Document Retrieval | $34.91 |
| Electronic Legal Research | $9.18 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Costs | $4.50 |
| Long distance Telephone Charges | $11.84 |
| Messenger and Delivery Service | $38.98 |
| Overtime | $222.35 |
| Photocopying/Printing - Outside Vendor | $10.61 |
| Photocopying/Printing | $86.46 |
| Postage | $0.00 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Record Retrieval | $0.00 |
| Travel Expense | $5.38 |
| **Total:** | **$960.15** |

## EFIH - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $1.35 |
| Business Meals | $3,070.61 |
| Conference Calling | $74.52 |
| Court Reporter Services | $69.12 |
| Document Retrieval | $209.43 |
| Electronic Legal Research | $55.08 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Costs | $27.00 |
| Long distance Telephone Charges | $71.06 |
| Messenger and Delivery Service | $233.87 |
| Overtime | $1,334.10 |
| Photocopying/Printing - Outside Vendor | $63.69 |
| Photocopying/Printing | $518.76 |
| Postage | $0.00 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Record Retrieval | $0.00 |
| Travel Expense | $32.26 |
| **Total:** | **$5,760.85** |

## EFH - Expense Summary

| Service Description | Amount |
|---|---:|
| Binding | $0.07 |
| Business Meals | $170.58 |
| Conference Calling | $4.14 |
| Court Reporter Services | $3.84 |
| Document Retrieval | $11.63 |
| Electronic Legal Research | $3.06 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Costs | $1.50 |
| Long distance Telephone Charges | $3.94 |
| Messenger and Delivery Service | $12.99 |
| Overtime | $74.12 |
| Photocopying/Printing - Outside Vendor | $3.54 |
| Photocopying/Printing | $28.82 |
| Postage | $0.00 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Record Retrieval | $0.00 |
| Travel Expense | $1.79 |
| **Total:** | **$320.02** |