## EXHIBIT E

### Detailed Description of Meal Expenses

| Date | Restaurant/ Provider | Meal | Number of People | Description | Average Amount Per Person | Amount |
|---|---|---|---|---|---|---|
| 11/1/2015 | Boston Market | Dinner | 6 | Working meal for RL&F team members in connection with afterhours/weekend preparation for confirmation trial | $16.70 | $100.24 |
| 11/1/2015 | The Meat House | Dinner | 15 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with confirmation trial | $28.74 | $431.18 |
| 11/2/2015 | Manhattan Bagel Co. | Breakfast | 12 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with confirmation trial | $18.75 | $225.00 |
| 11/2/2015 | Cavanaugh's | Lunch | 20 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with confirmation trial | $16.57 | $331.50 |
| 11/2/2015 | Rodney Grille | Lunch | 2 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with confirmation trial | $9.29 | $18.58 |
| 11/2/2015 | Janssen's Market | Dinner | 25 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with confirmation trial | $17.04 | $426.06 |
| 11/2/2015 | Washington Street Ale House | Dinner | 5 | Working meal for additional/other visiting co-counsel, client representatives and estate professionals in connection with confirmation trial | $15.63 | $78.15 |
| 11/3/2015 | Rodney Grille | Breakfast | 30 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with confirmation trial | $14.87 | $446.21 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/3/2015 | Manhattan Bagel Co. | Breakfast | 3 | Working meal for additional/other visiting co-counsel, client representatives and estate professionals in connection with confirmation trial | $30.00 | $90.00 |
| 11/3/2015 | Cavanaugh's | Lunch | 10 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with confirmation trial | $8.72 | $87.25 |
| 11/3/2015 | Rodney Grille | Lunch | 22 | Working meal for additional/other visiting co-counsel, client representatives and estate professionals in connection with confirmation trial | $10.69 | $235.27 |
| 11/3/2015 | Urban Café | Lunch | 20 | Working meal for additional/other visiting co-counsel, client representatives and estate professionals in connection with confirmation trial | $16.24 | $324.80 |
| 11/3/2015 | Shoprite | Snacks | 10 | Refreshments/snacks for visiting co-counsel, client representatives and estate professionals in connection with confirmation trial | $13.16 | $131.64 |
| 11/4/2015 | Rodney Grille | Breakfast | 40 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with confirmation trial | $13.57 | $543.00 |
| 11/4/2015 | Manhattan Bagel Co. | Breakfast | 3 | Working meal for additional/other visiting co-counsel, client representatives and estate professionals in connection with confirmation trial | $25.01 | $75.05 |
| 11/4/2015 | Cavanaugh's | Lunch | 10 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with confirmation trial | $10.22 | $102.25 |
| 11/4/2015 | Rodney Grille | Lunch | 22 | Working meal for additional/other visiting co-counsel, client representatives and estate professionals in connection with confirmation trial | $14.49 | $318.94 |

2

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/4/2015 | Movable Feast | Dinner | 40 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with confirmation trial | $20.50 | $820.00 |
| 11/5/2015 | Rodney Grille | Breakfast | 40 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with confirmation trial | $13.57 | $543.00 |
| 11/5/2015 | Cavanaugh's | Lunch | 40 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with confirmation trial | $15.70 | $628.00 |
| 11/5/2015 | Qdoba | Dinner | 30 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with confirmation trial | $11.83 | $355.00 |
| 11/6/2015 | Rodney Grille | Breakfast | 25 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with confirmation trial | $13.25 | $331.40 |
| 11/6/2015 | Dimeo's Pizza | Lunch | 5 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with confirmation trial | $6.71 | $33.55 |
| 11/6/2015 | Cosi | Lunch | 25 | Working meal for additional/other visiting co-counsel, client representatives and estate professionals in connection with confirmation trial | $18.76 | $469.05 |
| 11/6/2015 | Janssen's Market | Dinner | 30 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with confirmation trial | $25.00 | $750.00 |
| 11/9/2015 | Iron Hill Brewery | Dinner | 1 | Working meal for RL&F team member in connection with afterhours preparation and filing of notice of hearing concerning second amended PIK claims settlement and Enoch Kever seventh monthly fee statement | $10.44 | $10.44 |
| 11/10/2015 | Toscana to Go | Dinner | 15 | Working meal for visiting co-counsel, client representatives and estate professionals in | $16.96 | $254.46 |

RLF1 13619988v.1

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | connection with confirmation trial | | |
| 11/11/2015 | Rodney Grille | Breakfast | 30 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with confirmation trial | $14.30 | $429.20 |
| 11/11/2015 | Manhattan Bagel Co. | Breakfast | 19 | Working meal for additional/other visiting co-counsel, client representatives and estate professionals in connection with confirmation trial | $25.00 | $475.00 |
| 11/11/2015 | Cavanaugh's | Lunch | 10 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with confirmation trial | $10.25 | $102.50 |
| 11/11/2015 | Qdoba | Lunch | 30 | Working meal for additional/other visiting co-counsel, client representatives and estate professionals in connection with confirmation trial | $14.86 | $446.02 |
| 11/11/2015 | Sugarfoot | Lunch | 25 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with confirmation trial | $23.29 | $582.37 |
| 11/11/2015 | Café Gelato | Dinner | 30 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with confirmation trial | $15.30 | $459.00 |
| 11/11/2015 | Dimeo's Pizza | Dinner | 5 | Working meal for additional/other visiting co-counsel, client representatives and estate professionals in connection with confirmation trial | $18.00 | $90.00 |
| 11/12/2015 | Manhattan Bagel Co. | Breakfast | 6 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with confirmation trial | $25.00 | $150.00 |
| 11/12/2015 | Cavanaugh's | Lunch | 10 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with confirmation trial | $15.70 | $157.00 |

4

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/12/2015 | Cosi | Lunch | 30 | Working meal for additional/other visiting co-counsel, client representatives and estate professionals in connection with confirmation trial | $13.35 | $400.70 |
| 11/12/2015 | Movable Feast | Dinner | 30 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with confirmation trial | $33.45 | $1,003.50 |
| 11/13/2015 | Rodney Grille | Breakfast | 15 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with confirmation trial | $12.11 | $181.75 |
| 11/13/2015 | Urban Café | Lunch | 20 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with confirmation trial | $16.24 | $324.80 |
| 11/13/2015 | Sugarfoot | Lunch | 10 | Working meal for additional/other visiting co-counsel, client representatives and estate professionals in connection with confirmation trial | $19.29 | $192.90 |
| 11/13/2015 | Dimeo's Pizza | Dinner | 5 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with confirmation trial | $9.35 | $46.75 |
| 11/14/2015 | Manhattan Bagel Co. | Breakfast | 25 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with confirmation trial | $10.20 | $255.00 |
| 11/16/2015 | Grotto's Pizza | Dinner | 1 | Working meal for RL&F team member in connection with afterhours filing of Kirkland & Ellis seventeenth monthly fee statement | $20.00 | $20.00 |
| 11/18/2015 | Rodney Grille | Breakfast | 15 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with confirmation trial | $16.53 | $248.00 |
| 11/18/2015 | Cavanaugh's | Lunch | 10 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with confirmation trial | $9.95 | $99.50 |

| 11/18/2015 | Sugarfoot | Lunch | 10 | Working meal for additional/other visiting co-counsel, client representatives and estate professionals in connection with confirmation trial | $9.22 | $92.20 |
|---|---|---|---|---|---|---|
| 11/18/2015 | Café Gelato | Dinner | 30 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with confirmation trial | $15.30 | $459.00 |
| 11/18/2015 | Qdoba | Lunch | 30 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with confirmation trial | $14.23 | $427.00 |
| 11/18/2015 | Kid Schleens | Dinner | 1 | Working meal for RL&F team member in connection with afterhours assistance with confirmation trial preparation | $22.15 | $22.15 |
| 11/19/2015 | Rodney Grille | Breakfast | 20 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with confirmation trial | $13.72 | $274.50 |
| 11/19/2015 | Manhattan Bagel Co. | Breakfast | 10 | Working meal for additional/other visiting co-counsel, client representatives and estate professionals in connection with confirmation trial | $7.00 | $70.00 |
| 11/19/2015 | Panera Bread | Lunch | 25 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with confirmation trial | $17.65 | $441.33 |
| 11/19/2015 | Purebread | Lunch | 10 | Working meal for additional/other visiting co-counsel, client representatives and estate professionals in connection with confirmation trial | $13.45 | $134.59 |
| 11/19/2015 | Rodney Grille | Snacks | 30 | Refreshments/snacks for visiting co-counsel, client representatives and estate professionals in connection with confirmation trial | $2.99 | $89.70 |
| 11/19/2015 | Café Gelato | Dinner | 20 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with confirmation trial | $20.45 | $409.00 |

6

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/23/2015 | Manhattan Bagel Co. | Breakfast | 12 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with confirmation trial | $7.50 | $90.00 |
| 11/23/2015 | Rodney Grille | Breakfast | 20 | Working meal for additional/other visiting co-counsel, client representatives and estate professionals in connection with confirmation trial | $13.57 | $271.50 |
| 11/24/2015 | Chelsea Tavern | Dinner | 10 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with confirmation trial | $27.93 | $279.37 |
| 11/25/2015 | Macaroni Grill | Lunch | 10 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with 11/25/15 Hearing | $17.45 | $174.58 |
| **TOTALS** | | | | | | $17,058.93 |

7