# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**
Energy Future Holdings Corp.

**Case No.:**14–10979–CSS

**Chapter:**11

### CLERK'S NOTICE REGARDING FILING OF APPEAL

Please be advised that a Notice of Appeal has been filed in the above mentioned case. The Notice of Appeal, as well as the related documents are available for view by registered PACER users. They can also be viewed at the clerk's office.

David D. Bird, Clerk of Court

Date: 12/30/15
(VAN–440)

United States Bankruptcy Court
District of Delaware

In re:                                                          Case No. 14-10979-CSS
Energy Future Holdings Corp.                                    Chapter 11
        Debtor
                        **CERTIFICATE OF NOTICE**

District/off: 0311-1          User: JudyF          Page 1 of 23          Date Rcvd: Dec 30, 2015
                             Form ID: van440       Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 01, 2016.
aty            +Andrea Beth Schwartz,   U.S. Department of Justice - Office of t,
                U.S. Federal Office Building,   201 Varick Street, Rm 1006,   New York, NY 10014-9449
aty            +Daniel K. Hogan,   Hogan McDaniel,   1311 Delaware Ave,   Wilmington, DE 19806-4717
aty            +Jason M. Madron,   Richards, Layton & Finger, P.A.,   One Rodney Square,   P.O. Box 551,
                Wilmington, DE 19899-0551
aty            +Richard L. Schepacarter,   Office of the United States Trustee,   U. S. Department of Justice,
                844 King Street, Suite 2207,   Lockbox #35,   Wilmington, DE 19801-3519

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 01, 2016                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 30, 2015 at the address(es) listed below:
        Aaron C Baker    on behalf of Interested Party    Fee Committee acb@pgslaw.com
        Aaron C Baker    on behalf of Attorney    Godfrey & Kahn, S.C. acb@pgslaw.com
        Aaron C Baker    on behalf of Fee Examiner Richard  Gitlin acb@pgslaw.com
        Aaron H Stulman   on behalf of Interested Party    Wilmington Savings Fund Society, FSB, in its
         capacity as successor Indenture Trustee AStulman@ashby-geddes.com
        Adam  Hiller    on behalf of Interested Party    MoreTech, Inc. ahiller@hillerarban.com
        Adam  Hiller    on behalf of Interested Party    Steag Energy Services, Inc. ahiller@hillerarban.com
        Adam  Hiller    on behalf of Creditor    Buffalo Industrial Supply, Inc. ahiller@hillerarban.com
        Adam G. Landis    on behalf of Interested Party    Alcoa Inc. landis@lrclaw.com,
         adams@lrclaw.com;panchak@lrclaw.com;brown@lrclaw.com;dellose@lrclaw.com
        Adam G. Landis    on behalf of Creditor    NextEra Energy Resources, LLC landis@lrclaw.com,
         adams@lrclaw.com;panchak@lrclaw.com;brown@lrclaw.com;dellose@lrclaw.com
        Adam G. Landis    on behalf of Interested Party    Marathon Asset Management, LP landis@lrclaw.com,
         adams@lrclaw.com;panchak@lrclaw.com;brown@lrclaw.com;dellose@lrclaw.com
        Adam Scott Moskowitz    on behalf of Creditor    ASM Capital IV, L.P. asmcapital@aol.com
        Albert Kass    on behalf of Interested Party    Kurtzman Carson Consultants LLC
         ECFpleadings@kccllc.com,  ecfpleadings@kccllc.com
        Alessandra  Glorioso    on behalf of Creditor    U.S. Bank National Association
         glorioso.alessandra@dorsey.com
        Alexa  Kranzley    on behalf of Creditor Committee    The Official Committee of Unsecured Creditors
         of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH Finance,
         Inc., and EECI, Inc. (EFH Committee) kranzleya@sullcrom.com
        Allison R Axenrod   on behalf of Creditor    Claims Recovery Group LLC
         allison@claimsrecoveryllc.com, allison.axenrod.info@rupcy.com;notices@claimsrecoveryllc.com
        Amish R. Doshi    on behalf of Creditor    Oracle America, Inc. adoshi@magnozzikye.com
        Amy  Baudler    on behalf of Creditor    Barr Engineering Co. amy@purduelaw.com,
         gpurdue@purduelaw.com;kim@purduelaw.com
        Ana  Chilingarishvili    on behalf of Creditor    U.S. Bank National Association
         ana.chilingarishvili@maslon.com
        Andrea Beth Schwartz    on behalf of U.S. Trustee    United States Trustee
         andrea.b.schwartz@usdoj.gov
        Andrew  Dietderich   on behalf of Creditor Committee    The Official Committee of Unsecured
         Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
         Finance, Inc., and EECI, Inc. (EFH Committee) dietdericha@sullcrom.com
        Andrew Glenn Devore    on behalf of Interested Party    CSC Trust Company of Delaware, as successor
         indenture trustee and collateral trustee andrew.devore@ropesgray.com
        Andrew K Glenn    on behalf of Interested Party    Ad Hoc Group of EFH Legacy Noteholders
         aglenn@kasowitz.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Andrew R. Remming   on behalf of Interested Party   Kohlberg Kravis Roberts & Co. L.P., TPG
               Capital, L.P., Goldman, Sachs & Co. and Associated Individuals aremming@mnat.com,
               rfusco@mnat.com;aconway@mnat.com;mdecarli@mnat.com
              Ann M Kashishian   on behalf of Interested Party   Ad Hoc Committee of EFIH Unsecured Noteholders
               akashishian@gelaw.com, dero@chipmanbrown.com;mccloskey@chipmanbrown.com
              Ann M Kashishian   on behalf of Intervenor-Defendant   Ad Hoc Committee of EFIH Unsecured
               Noteholders akashishian@gelaw.com, dero@chipmanbrown.com;mccloskey@chipmanbrown.com
              Ann M Kashishian   on behalf of Attorney   Chipman Brown Cicero & Cole, LLP akashishian@gelaw.com,
               dero@chipmanbrown.com;mccloskey@chipmanbrown.com
              Anna Grace   on behalf of Interested Party   United States on behalf of Environmental Protection
               Agency Anna.E.Grace@usdoj.gov
              Anna Grace   on behalf of Creditor   UNITED STATES OF AMERICA Anna.E.Grace@usdoj.gov
              Ari David Kunofsky   on behalf of Creditor   UNITED STATES OF AMERICA ari.d.kunofsky@usdoj.gov,
               eastern.taxcivil@usdoj.gov
              Arlene Rene Alves   on behalf of Interested Party   Wilmington Trust, N.A. alves@sewkis.com
              Ashley F. Bartram   on behalf of Interested Party   Texas Commission on Environmental Quality
               ashley.bartram@texasattorneygeneral.gov
              Ashley F. Bartram   on behalf of Interested Party   Public Utility Commission of Texas
               ashley.bartram@texasattorneygeneral.gov
              Ashley F. Bartram   on behalf of Interested Party   Railroad Commission of Texas
               ashley.bartram@texasattorneygeneral.gov
              Ashley Robert Altschuler   on behalf of Defendant   Morgan Stanley Capital Group, Inc.
               ashley.altschuler@dlapiper.com
              Ashley Robert Altschuler   on behalf of Interested Party   Morgan Stanley Capital Group, Inc.
               ashley.altschuler@dlapiper.com
              Barry G. Felder   on behalf of Creditor   UMB Bank, N.A. bgfelder@foley.com
              Barry G. Felder   on behalf of Interested Party   UMB Bank, N.A., as indenture trustee
               bgfelder@foley.com
              Barry M. Klayman   on behalf of Interested Party   J Aron & Company bklayman@cozen.com
              Benjamin Finestone   on behalf of Creditor   CCP Credit Acquisition Holdings, L.L.C.
               benjaminfinestone@quinnemanuel.com
              Benjamin Finestone   on behalf of Creditor   Centerbridge Special Credit Partners, L.P.
               benjaminfinestone@quinnemanuel.com
              Benjamin Finestone   on behalf of Creditor   Centerbridge Special Credit Partners, II, L.P.
               benjaminfinestone@quinnemanuel.com
              Benjamin Stewart   on behalf of Creditor   Pinnacle Technical Resources, Inc.
               bstewart@baileybrauer.com
              Benjamin J. Schladweiler   on behalf of Defendant   Brookfield Asset Management Private
               Institutional Capital Adviser (Canada), L.P. bschladweiler@ramllp.com,
               jlano@ramllp.com;hgibbons@ramllp.com;dkrech@ramllp.com;sdaily@ramllp.com;nmozal@ramllp.com;dsanto
               ro@ramllp.com
              Benjamin J. Schladweiler   on behalf of Defendant   Angelo Gordon & Co., LP
               bschladweiler@ramllp.com,
               jlano@ramllp.com;hgibbons@ramllp.com;dkrech@ramllp.com;sdaily@ramllp.com;nmozal@ramllp.com;dsanto
               ro@ramllp.com
              Benjamin J. Schladweiler   on behalf of Creditor   Brookfield Asset Management Private
               Institutional Capital Adviser (Canada), L.P. bschladweiler@ramllp.com,
               jlano@ramllp.com;hgibbons@ramllp.com;dkrech@ramllp.com;sdaily@ramllp.com;nmozal@ramllp.com;dsanto
               ro@ramllp.com
              Benjamin J. Schladweiler   on behalf of Creditor   Angelo Gordon & Co., LP
               bschladweiler@ramllp.com,
               jlano@ramllp.com;hgibbons@ramllp.com;dkrech@ramllp.com;sdaily@ramllp.com;nmozal@ramllp.com;dsanto
               ro@ramllp.com
              Benjamin J. Schladweiler   on behalf of Defendant   Apollo Advisors VII, L.P.
               bschladweiler@ramllp.com,
               jlano@ramllp.com;hgibbons@ramllp.com;dkrech@ramllp.com;sdaily@ramllp.com;nmozal@ramllp.com;dsanto
               ro@ramllp.com
              Benjamin J. Schladweiler   on behalf of Interested Party   Titan Investment Holdings LP
               bschladweiler@ramllp.com,
               jlano@ramllp.com;hgibbons@ramllp.com;dkrech@ramllp.com;sdaily@ramllp.com;nmozal@ramllp.com;dsanto
               ro@ramllp.com
              Benjamin J. Schladweiler   on behalf of Creditor   Apollo Advisors VII, L.P.
               bschladweiler@ramllp.com,
               jlano@ramllp.com;hgibbons@ramllp.com;dkrech@ramllp.com;sdaily@ramllp.com;nmozal@ramllp.com;dsanto
               ro@ramllp.com
              Bernard George Conaway   on behalf of Creditor   Doyenne Constructors, LLC
               bconaway@cohenseglias.com, bconaway@cohenseglias.com
              Bernard Grover Johnson, III   on behalf of Creditor   Milam Appraisal District
               bjohnson@fisherboyd.com
              Bonnie R. Golub   on behalf of Creditor   Evercore Group LLC bgolub@weirpartners.com
              Bradley R. Aronstam   on behalf of Defendant   Angelo Gordon & Co., LP baronstam@ramllp.com,
               hgibbons@ramllp.com;jlano@ramllp.com;nmozal@ramllp.com;dsantoro@ramllp.com;dkrech@ramllp.com;sdai
               ly@ramllp.com
              Bradley R. Aronstam   on behalf of Interested Party   Titan Investment Holdings LP
               baronstam@ramllp.com,
               hgibbons@ramllp.com;jlano@ramllp.com;nmozal@ramllp.com;dsantoro@ramllp.com;dkrech@ramllp.com;sdai
               ly@ramllp.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

      Bradley R. Aronstam   on behalf of Creditor   Brookfield Asset Management Private Institutional
        Capital Adviser (Canada), L.P. baronstam@ramllp.com,
        hgibbons@ramllp.com;jlano@ramllp.com;nmozal@ramllp.com;dsantoro@ramllp.com;dkrech@ramllp.com;sdai
        ly@ramllp.com
      Bradley R. Aronstam   on behalf of Defendant   Brookfield Asset Management Private Institutional
        Capital Adviser (Canada), L.P. baronstam@ramllp.com,
        hgibbons@ramllp.com;jlano@ramllp.com;nmozal@ramllp.com;dsantoro@ramllp.com;dkrech@ramllp.com;sdai
        ly@ramllp.com
      Bradley R. Aronstam   on behalf of Creditor   Angelo Gordon & Co., LP baronstam@ramllp.com,
        hgibbons@ramllp.com;jlano@ramllp.com;nmozal@ramllp.com;dsantoro@ramllp.com;dkrech@ramllp.com;sdai
        ly@ramllp.com
      Bradley R. Aronstam   on behalf of Defendant   Apollo Advisors VII, L.P. baronstam@ramllp.com,
        hgibbons@ramllp.com;jlano@ramllp.com;nmozal@ramllp.com;dsantoro@ramllp.com;dkrech@ramllp.com;sdai
        ly@ramllp.com
      Bradley R. Aronstam   on behalf of Creditor   Apollo Advisors VII, L.P. baronstam@ramllp.com,
        hgibbons@ramllp.com;jlano@ramllp.com;nmozal@ramllp.com;dsantoro@ramllp.com;dkrech@ramllp.com;sdai
        ly@ramllp.com
      Brett H. Miller   on behalf of Interested Party   The Official Committee of TCEH Unsecured
        Creditors BMiller@mofo.com.
      Brian Schartz   on behalf of Debtor   Energy Future Holdings Corp. bschartz@kirkland.com,
        rebecca.chaikan@kirkland.com;lina.kaisey@kirkland.com;nora.schweighart@kirkland.com
      Brian Schartz   on behalf of Plaintiff   Energy Future Intermediate Holding Company LLC
        bschartz@kirkland.com,
        rebecca.chaikan@kirkland.com;lina.kaisey@kirkland.com;nora.schweighart@kirkland.com
      Brian E Farnan   on behalf of Interested Party   Forest Creek Wind Farm, LLC
        bfarnan@farnanlaw.com,  tfarnan@farnanlaw.com
      Brian L. Arban   on behalf of Interested Party   Steag Energy Services, Inc.
        barban@hillerarban.com
      Brian Lucian Kasprzak   on behalf of Interested Party   Fireman's Fund Insurance Company
        bkasprzak@moodklaw.com
      Brian S. Hermann   on behalf of Interested Party   Ad Hoc Committee of TCEH First Lien Creditors
        jadlerstein@paulweiss.com;bhermann@paulweiss.com;adenhoff@paulweiss.com;mtattnall@paulweiss.com;a
        bernstein@paulweiss.com;aehrlich@paulweiss.com;mturkel@paulweiss.com
      Bruce J. Ruzinsky   on behalf of Creditor   Milam Appraisal District bruzinsky@jw.com,
        mcavenaugh@jw.com
      Brya M. Keilson   on behalf of Other Prof.   Ad Hoc Group of Non-Settling EFIH PIK Noteholders
        comprised of York Capital Management Global Advisors, LLC, P. Schoenfeld Asset Management L.P.,
        Polygon Convertible Opportunity Master Fund, Polygon D bkeilson@gsbblaw.com
      Camille C. Bent   on behalf of Spec. Counsel   Energy Future Intermediate Holding Company LLC
        CCB@stevenslee.com
      Carl N. Kunz, III   on behalf of Creditor   Pooled Equipment Inventory Company
        ckunz@morrisjames.com,  wweller@morrisjames.com;jdawson@morrisjames.com
      Carla O. Andres   on behalf of Interested Party   Fee Committee candres@gklaw.com,
        kboucher@gklaw.com;shuntema@gklaw.com
      Chad J. Husnick   on behalf of Debtor   Energy Future Holdings Corp. chusnick@kirkland.com
      Chad J. Husnick   on behalf of Plaintiff   Energy Future Intermediate Holding Company LLC
        chusnick@kirkland.com
      Chantelle D'nae McClamb   on behalf of Interested Party   Simeio Solutions, Inc.
        cmcclamb@wtplaw.com,  cmcallister@wtplaw.com;slisko@wtplaw.com
      Charles J. Brown   on behalf of Creditor   Anadarko Petroleum Corporation cbrown@gsbblaw.com,
        dabernathy@archerlaw.com
      Charles J. Brown   on behalf of Interested Party   Emerson Network Power Liebert Services
        cbrown@gsbblaw.com,  dabernathy@archerlaw.com
      Chester B. Salomon   on behalf of Creditor   Securitas Security Services USA, Inc.
        csalomon@beckerglynn.com,  saltreuter@beckerglynn.com
      Christopher A. Ward   on behalf of Attorney   Polsinelli PC cward@polsinelli.com,
        LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
      Christopher A. Ward   on behalf of Creditor Committee   The Official Committee of Unsecured
        Creditors cward@polsinelli.com,  LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
      Christopher A. Ward   on behalf of Interested Party   The Official Committee of TCEH Unsecured
        Creditors cward@polsinelli.com,  LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
      Christopher A. Ward   on behalf of Financial Advisor   FTI Consulting, Inc. cward@polsinelli.com,
        LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
      Christopher A. Ward   on behalf of Creditor Committee   The Official Committee of TCEH Unsecured
        Creditors cward@polsinelli.com,  LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
      Christopher A. Ward   on behalf of Attorney   Morrison & Foerster LLP cward@polsinelli.com,
        LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
      Christopher B. Mosley   on behalf of Creditor   City of Fort Worth
        Chris.Mosley@fortworthtexas.gov,  Sharon.Floyd@fortworthtexas.gov
      Christopher L. Carter   on behalf of Creditor   Pacific Investment Management Co. LLC
        christopher.carter@morganlewis.com,  julia.frost-davies@morganlewis.com
      Christopher M Hayes   on behalf of Interested Party   Goldman Sachs & Co. and certain affiliates
        Christopher.hayes@kirkland.com
      Christopher Page Simon   on behalf of Interested Party   American Stock Transfer & Trust Company
        LLC csimon@crosslaw.com,  smacdonald@crosslaw.com
      Christopher R. Belmonte   on behalf of Interested Party   Moody's Analytics, Inc.
        cbelmonte@ssbb.com,  pbosswick@ssbb.com,managingclerk@ssbb.com,asnow@ssbb.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Colin R. Robinson    on behalf of Interested Party    EFIH 2nd Lien Notes Indenture Trustee
                crobinson@pszjlaw.com
              Corby Davin Boldissar    on behalf of Interested Party    BP America Production Company
                dboldissar@lockelord.com
              Curtis A Hehn    on behalf of Interested Party    Somervell County Central Appraisal District
                curtishehn@comcast.net
              D. Ross Martin    on behalf of Interested Party    CSC Trust Company of Delaware, as successor
                indenture trustee and collateral trustee rmartin@ropesgray.com
              Dale E. Barney    on behalf of Creditor    Veolia ES Industrial Services, Inc.
                dbarney@gibbonslaw.com
              Daniel A. Fliman    on behalf of Interested Party    Ad Hoc Group of EFH Legacy Noteholders
                dfliman@kasowitz.com
              Daniel A. O'Brien    on behalf of Creditor    Pacific Investment Management Co. LLC
                daobrien@venable.com
              Daniel J. DeFranceschi    on behalf of Debtor    TXU Retail Services Company rbgroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    Eagle Mountain Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    EFH Renewables Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    Luminant Generation Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    TXU Energy Retail Company LLC rbgroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    Luminant Energy Trading California Company
                RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    Valley NG Power Company LLC rbgroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    TXU Energy Solutions Company LLC rbgroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    Big Brown 3 Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    EFH Finance (No. 2) Holdings Company
                RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    Brighten Holdings LLC RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    DeCordova Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    Lone Star Pipeline Company, Inc.
                defranceschi@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi    on behalf of Debtor    Southwestern Electric Service Company, Inc.
                RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    Energy Future Competitive Holdings Company LLC
                defranceschi@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi    on behalf of Debtor    Martin Lake 4 Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    Oak Grove Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    Generation MT Company LLC defranceschi@rlf.com,
                RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi    on behalf of Debtor    Generation Development Company LLC
                defranceschi@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi    on behalf of Debtor    4Change Energy Holdings LLC RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    Texas Energy Industries Company, Inc.
                rbgroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    Tradinghouse 3 & 4 Power Company LLC
                RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Plaintiff    Energy Future Intermediate Holding Company LLC
                RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    NCA Resources Development Company LLC
                RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    Luminant Mining Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    Sandow Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    Brighten Energy LLC RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    EFH CG Management Company LLC defranceschi@rlf.com,
                RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi    on behalf of Debtor    TXU Receivables Company rbgroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    EFIH Finance Inc. defranceschi@rlf.com,
                RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi    on behalf of Debtor    Generation SVC Company defranceschi@rlf.com,
                RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi    on behalf of Debtor    EFH Corporate Services Company RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    Luminant Big Brown Mining Company LLC
                RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    EFH CG Holdings Company LP defranceschi@rlf.com,
                RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi    on behalf of Debtor    EFH FS Holdings Company RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    Energy Future Intermediate Holding Company LLC
                defranceschi@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi    on behalf of Debtor    Monticello 4 Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    Big Brown Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    Morgan Creek 7 Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    Collin Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    4Change Energy Company RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    EBASCO SERVICES OF CANADA LIMITED RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    Oak Grove Management Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    Lake Creek 3 Power Company LLC
                defranceschi@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi    on behalf of Debtor    DeCordova II Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    Texas Power & Light Company, Inc. rbgroup@rlf.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Daniel J. DeFranceschi    on behalf of Debtor     Luminant Energy Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor     EEC Holdings, Inc. RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor     Tradinghouse Power Company LLC rbgroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor     Texas Utilities Electric Company, Inc.
           RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor     Texas Competitive Electric Holdings Company LLC
           defranceschi@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Daniel J. DeFranceschi    on behalf of Debtor     Luminant Renewables Company LLC
           defranceschi@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Daniel J. DeFranceschi    on behalf of Debtor     EFH Australia (No. 2) Holdings Company
           RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor     Luminant Holding Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor     TCEH Finance, Inc. rbgroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor     TXU Energy Receivables Company LLC rbgroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor     Valley Power Company LLC rbgroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor     Oak Grove Mining Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor     Luminant Mineral Development Company LLC
           RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor     Big Brown Lignite Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor     Luminant ET Services Company RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor     Energy Future Holdings Corp. defranceschi@rlf.com,
           RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Daniel J. DeFranceschi    on behalf of Debtor     LSGT SACROC, Inc. RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor     Lone Star Energy Company, Inc.
           defranceschi@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Daniel J. DeFranceschi    on behalf of Debtor     TXU Electric Company, Inc. rbgroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor     Texas Electric Service Company, Inc.
           rbgroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor     Dallas Power & Light Company, Inc. RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor     Texas Utilities Company, Inc. RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor     LSGT Gas Company LLC defranceschi@rlf.com,
           RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Daniel J. DeFranceschi    on behalf of Debtor     TXU SEM Company rbgroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor     NCA Development Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor     EECI, Inc. RBGroup@rlf.com
          Daniel K Bearden    on behalf of Creditor    Carrollton-Farmers Branch ISD bearden@txschoollaw.com,
           coston@txschoollaw.com
          Daniel K. Astin    on behalf of Creditor    TXU 2007-1 Railcar Leasing LLC dastin@ciardilaw.com,
           jmcmahon@ciardilaw.com
          Daniel K. Astin    on behalf of Creditor    Atmos Energy Corporation dastin@ciardilaw.com,
           jmcmahon@ciardilaw.com
          Daniel K. Hogan    on behalf of Interested Party Michelle Ziegelbaum dkhogan@dkhogan.com,
           keharvey@dkhogan.com,gpalagruto@dkhogan.com
          Daniel K. Hogan    on behalf of Interested Party    Brake Supply Company, Inc. dkhogan@dkhogan.com,
           keharvey@dkhogan.com,gpalagruto@dkhogan.com
          Daniel K. Hogan    on behalf of Interested Party David William Fahy dkhogan@dkhogan.com,
           keharvey@dkhogan.com,gpalagruto@dkhogan.com
          Daniel K. Hogan    on behalf of Interested Party Charlotte and Curtis Liberda dkhogan@dkhogan.com,
           keharvey@dkhogan.com,gpalagruto@dkhogan.com
          Daniel K. Hogan    on behalf of Interested Party    PI Law Firms dkhogan@dkhogan.com,
           keharvey@dkhogan.com,gpalagruto@dkhogan.com
          Daniel K. Hogan    on behalf of Interested Party Joe Arabie dkhogan@dkhogan.com,
           keharvey@dkhogan.com,gpalagruto@dkhogan.com
          Daniel K. Hogan    on behalf of Interested Party Michael Cunningham dkhogan@dkhogan.com,
           keharvey@dkhogan.com,gpalagruto@dkhogan.com
          Daniel K. Hogan    on behalf of Interested Party    Shirley Fenicle, as Successor-In-Interest to
           the Estate of George Fenicle,and David William Fahy dkhogan@dkhogan.com, keharvey@dkhogan.com,
           gpalagruto@dkhogan.com,
          Daniel K. Hogan    on behalf of Interested Party    Fenicle, Shirley, as Successor-In-Interest to
           the Estate of George Fenicle dkhogan@dkhogan.com, keharvey@dkhogan.com,gpalagruto@dkhogan.com
          Daniel K. Hogan    on behalf of Interested Party    The Richards Group, Inc. dkhogan@dkhogan.com,
           keharvey@dkhogan.com,gpalagruto@dkhogan.com
          Daniel S. Shamah    on behalf of Defendant    Apollo Advisors VII, L.P. dshamah@omm.com
          Daniel S. Shamah    on behalf of Creditor    Angelo Gordon & Co., LP dshamah@omm.com
          Daniel S. Shamah    on behalf of Defendant    Brookfield Asset Management Private Institutional
           Capital Adviser (Canada), L.P. dshamah@omm.com
          Daniel S. Shamah    on behalf of Defendant    Angelo Gordon & Co., LP dshamah@omm.com
          Daniel S. Shamah    on behalf of Creditor    Brookfield Asset Management Private Institutional
           Capital Adviser (Canada), L.P. dshamah@omm.com
          Daniel S. Shamah    on behalf of Creditor    Wilmington Trust, N.A., in its capacity as First Lien
           Administrative Agent dshamah@omm.com
          Daniel S. Shamah    on behalf of Defendant    Apollo Advisors VII, L.P. dshamah@omm.com
          Daniel S. Shamah    on behalf of Defendant    Wilmington Trust, N.A., solely in its capacity as
           First Lien Administrative Agent dshamah@omm.com
          Danielle M. Audette    on behalf of Interested Party    Ad Hoc Group of TCEH Unsecured Noteholders ,
           jdisanti@whitecase.com;mco@whitecase.com;jason.bartlett@whitecase.com
          Danielle Marie Audette    on behalf of Intervenor    Ovation Acquisition II, L.L.C.
           daudette@whitecase.com, jdisanti@whitecase.com;mco@whitecase.com;jason.bartlett@whitecase.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Danielle Marie Audette    on behalf of Intervenor    Ovation Acquisition I, L.L.C.
                daudette@whitecase.com,    jdisanti@whitecase.com;mco@whitecase.com;jason.bartlett@whitecase.com
          David  Neier    on behalf of Creditor    Chicago Bridge & Iron Company N.V. dneier@winston.com,
                dcunsolo@winston.com
          David B. Anthony    on behalf of Plaintiff    York Capital Management Global Advisors, LLC
                danthony@bergerharris.com
          David B. Anthony    on behalf of Plaintiff    GSO Capital Partners LP danthony@bergerharris.com
          David B. Anthony    on behalf of Plaintiff    P. Schoenfeld Asset Management LP
                danthony@bergerharris.com
          David B. Anthony    on behalf of Plaintiff    Third Avenue Management LLC danthony@bergerharris.com
          David B. Anthony    on behalf of Plaintiff    Avenue Capital Management II, LP
                danthony@bergerharris.com
          David Daniel Farrell    on behalf of Creditor    Martin Engineering Company
                dfarrell@thompsoncoburn.com
          David Edward Leta    on behalf of Creditor    Headwaters Resources, Inc. dleta@swlaw.com,
                wkalawaia@swlaw.com
          David G. Aelvoet    on behalf of Creditor    Ector CAD davida@publicans.com
          David M. Klauder    on behalf of Debtor    Energy Future Holdings Corp. dklauder@bk-legal.com
          David P. Primack    on behalf of Other Prof.    Munger, Tolles & Olson LLP dprimack@mdmc-law.com,
                sshidner@mdmc-law.com;smullen@mdmc-law.com
          David P. Primack    on behalf of Interested Party    TCEH Debtors dprimack@mdmc-law.com,
                sshidner@mdmc-law.com;smullen@mdmc-law.com
          David P. Primack    on behalf of Interested Party    Energy Future Competitive Holdings Company LLC
                dprimack@mdmc-law.com,   sshidner@mdmc-law.com;smullen@mdmc-law.com
          David P. Primack    on behalf of Interested Party    Texas Competitive Electric Holdings Company
                LLC dprimack@mdmc-law.com,   sshidner@mdmc-law.com;smullen@mdmc-law.com
          David S. Rosner    on behalf of Interested Party    Ad Hoc Group of EFH Legacy Noteholders
                nAmamoo@kasowitz.com;courtnotices@kasowitz.com
          David W. Carickhoff    on behalf of Interested Party Allen    Shrode dcarickhoff@archerlaw.com,
                mfriedman@archerlaw.com
          Davis Lee Wright    on behalf of Creditor Committee    The Official Committee of Unsecured
                Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
                Finance, Inc., and EECI, Inc. (EFH Committee) dwright@mmwr.com,
                keith-mangan-mmwr-1628@ecf.pacerpro.com
          Dennis  Dunne, Esq.    on behalf of Interested Party    CITIBANK, N.A. ddunne@millbank.com
          Dennis L. Jenkins    on behalf of Interested Party    CSC Trust Company of Delaware, as successor
                indenture trustee and collateral trustee dennis.jenkins@wilmerhale.com
          Derek C. Abbott    on behalf of Interested Party    TPG Capital, L.P. dabbott@mnat.com,
                rfusco@mnat.com;mdecarli@mnat.com;aconway@mnat.com
          Derek C. Abbott    on behalf of Interested Party    Kohlberg Kravis Roberts & Co. L.P., TPG Capital,
                L.P., Goldman, Sachs & Co. and Associated Individuals dabbott@mnat.com,
                rfusco@mnat.com;mdecarli@mnat.com;aconway@mnat.com
          Derek C. Abbott    on behalf of Interested Party    Texas Energy Future Holdings Limited
                Partnership dabbott@mnat.com,   rfusco@mnat.com;mdecarli@mnat.com;aconway@mnat.com
          Desiree M. Amador    on behalf of Creditor    Pension Benefit Guaranty Corporation
                amador.desiree@pbgc.gov,   efile@pbgc.gov
          Diane W. Sanders    on behalf of Creditor    Nueces County austin.bankruptcy@publicans.com
          Diane W. Sanders    on behalf of Creditor    Lee County austin.bankruptcy@publicans.com
          Diane W. Sanders    on behalf of Creditor    Walnut Springs ISD austin.bankruptcy@publicans.com
          Diane W. Sanders    on behalf of Creditor    Robertson County austin.bankruptcy@publicans.com
          Diane W. Sanders    on behalf of Creditor    Limestone County austin.bankruptcy@publicans.com
          Diane W. Sanders    on behalf of Creditor    Falls County austin.bankruptcy@publicans.com
          Diane W. Sanders    on behalf of Creditor    Round Rock ISD austin.bankruptcy@publicans.com
          Diane W. Sanders    on behalf of Creditor    McLennan County austin.bankruptcy@publicans.com
          Diane W. Sanders    on behalf of Creditor    Franklin ISD austin.bankruptcy@publicans.com
          Donald K. Ludman    on behalf of Creditor    SAP Industries, Inc. dludman@brownconnery.com
          Duane David Werb    on behalf of Creditor    BWM Services, LP
                maustria@werbsullivan.com;riorii@werbsullivan.com
          Duane David Werb    on behalf of Creditor    The Kansas City Southern Railway Company
                maustria@werbsullivan.com;riorii@werbsullivan.com
          Edward O. Sassower    on behalf of Plaintiff    Energy Future Intermediate Holding Company LLC
                Robert.orren@kirkland.com;beth.friedman@kirkland.com;steven.serajeddini@kirkland.com;aparna.yenam
                andra@kirkland.com;michael.esser@kirkland.com;natasha.hwangpo@kirkland.com;mcclain.thompson@kirkl
                and.com
          Edward O. Sassower    on behalf of Debtor    Energy Future Holdings Corp.
                Robert.orren@kirkland.com;beth.friedman@kirkland.com;steven.serajeddini@kirkland.com;aparna.yenam
                andra@kirkland.com;michael.esser@kirkland.com;natasha.hwangpo@kirkland.com;mcclain.thompson@kirkl
                and.com
          Edwin Kevin Camson    camson@drumcapital.com
          Elihu Ezekiel Allinson, III    on behalf of Creditor    Henry Pratt Company, LLC
                ZAllinson@SHA-LLC.com,   ecf@williamdsullivanllc.com;KDavis@SHA-LLC.com;hcoleman@sha-llc.com
          Elizabeth  Banda Calvo    on behalf of Creditor    Somervell County et al rgleason@pbfcm.com,
                ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com
          Elizabeth  Banda Calvo    on behalf of Creditor    Richardson ISD, Crowley ISD rgleason@pbfcm.com,
                ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com
          Ellen M. Halstead    on behalf of Defendant    Morgan Stanley Capital Group, Inc.
                ellen.halstead@cwt.com,   joshua.arnold@cwt.com;nyecfnotice@cwt.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
             Ellen M. Halstead   on behalf of Interested Party   Morgan Stanley Capital Group, Inc.
              ellen.halstead@cwt.com, joshua.arnold@cwt.com;nyecfnotice@cwt.com
             Ellen W. Slights   on behalf of Creditor   United States/USAO usade.ecfbankruptcy@usdoj.gov
             Epiq Bankruptcy Solutions LLC   nmrodriguez@epiqsystems.com
             Erica J. Richards   on behalf of Creditor Committee   The Official Committee of Unsecured
              Creditors erichards@mofo.com
             Erik Schneider   on behalf of Interested Party   American Stock Transfer & Trust Company LLC
              eschneider@nixonpeabody.com, bos.managing.clerk@nixonpeabody.com,mnighan@nixonpeabody.com,
              tgood@nixonpeabody.com
             Erin A. West   on behalf of Interested Party   Fee Committee ewest@gklaw.com,
              kboucher@gklaw.com;kknitter@gklaw.com
             Erin R Fay   on behalf of Interested Party   Texas Energy Future Capital Holdings LLC, Texas
              Energy Future Holdings Limited Partnership, and Certain Other Direct or Indirect Holders of
              Equity Interests in Energy Future Holdings Corp. efay@mnat.com,
              aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
             Erin R Fay   on behalf of Interested Party   Texas Energy Future Holdings Limited Partnership
              efay@mnat.com, aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
             Erin R Fay   on behalf of Interested Party   Kohlberg Kravis Roberts & Co. L.P., TPG Capital,
              L.P., Goldman, Sachs & Co. and Associated Individuals efay@mnat.com,
              aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
             Erin R Fay   on behalf of Interested Party   Texas Energy Future Capital Holdings, LLC, Texas
              Energy Future Holdings Limited Partnership, Kohlberg Kravis Roberts & Co. L.P., KKR 2006 Fund
              L.P., TPG Global, LLC, TPG Partners V, L.P., TPG Capital, efay@mnat.com,
              aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
             Erin R Fay   on behalf of Interested Party   Kohlberg Kravis Roberts & Co. L.P., TPG Capital,
              L.P. and Associated Individuals efay@mnat.com,
              aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
             Erin R Fay   on behalf of Interested Party Mary Ann  KIlgore efay@mnat.com,
              aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
             Erin R Fay   on behalf of Interested Party   Interest Holders efay@mnat.com,
              aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
             Evan R. Fleck   on behalf of Interested Party   CITIBANK, N.A. EFleck@milbank.com,
              jbrewster@milbank.com;mbrod@milbank.com;chahm@milbank.com;jgionis@milbank.com;mcomerford@milbank.
              com;badams@milbank.com
             Evan T. Miller   on behalf of Interested Party   CSC Trust Company of Delaware, as Successor
              Trustee under the TCEH 11.5% Senior Secured Notes Indenture emiller@bayardlaw.com,
              lmorton@bayardlaw.com;tstoner@bayardlaw.com
             Frances Gecker   on behalf of Interested Party   PI Law Firms fgecker@fgllp.com,
              csmith@fgllp.com
             Francis A. Monaco, Jr.   on behalf of Interested Party   Fluor Corporation fmonaco@wcsr.com,
              kdalton@wcsr.com;hsasso@wcsr.com;jwray@wcsr.com
             Francis A. Monaco, Jr.   on behalf of Interested Party   American Equipment Company Inc.
              fmonaco@wcsr.com, kdalton@wcsr.com;hsasso@wcsr.com;jwray@wcsr.com
             Francis A. Monaco, Jr.   on behalf of Interested Party   AMECO Inc. fmonaco@wcsr.com,
              kdalton@wcsr.com;hsasso@wcsr.com;jwray@wcsr.com
             Francis A. Monaco, Jr.   on behalf of Interested Party   Fluor Enterprises Inc. fmonaco@wcsr.com,
              kdalton@wcsr.com;hsasso@wcsr.com;jwray@wcsr.com
             Francis A. Monaco, Jr.   on behalf of Interested Party   Fluor Global Services fmonaco@wcsr.com,
              kdalton@wcsr.com;hsasso@wcsr.com;jwray@wcsr.com
             Frederick B. Rosner   on behalf of Interested Party   Mudrick Capital Management L.P.
              rosner@teamrosner.com
             G. Alexander Bongartz   on behalf of Interested Party   CSC Trust Company of Delaware, as
              Successor Trustee under the TCEH 11.5% Senior Secured Notes Indenture
              alexbongartz@paulhastings.com
             Garden City Group, LLC   PACERTeam@gardencitygroup.com
             Garvan F. McDaniel   on behalf of Interested Party   Contrarian Capital Management, LLC
              gfmcdaniel@dkhogan.com, gdurstein@dkhogan.com;karen@dkhogan.com
             Garvan F. McDaniel   on behalf of Interested Party   Ad Hoc Group of EFH Legacy Noteholders
              gfmcdaniel@dkhogan.com, gdurstein@dkhogan.com;karen@dkhogan.com
             Garvan F. McDaniel   on behalf of Interested Party   Caxton Associates LP gfmcdaniel@dkhogan.com,
              gdurstein@dkhogan.com;karen@dkhogan.com
             Gary F. Seitz   on behalf of Attorney   Gellert Scali Busenkell & Brown LLC gseitz@gsbblaw.com
             George Davis   on behalf of Defendant   Wilmington Trust, N.A., solely in its capacity as First
              Lien Administrative Agent gdavis@omm.com
             George Davis   on behalf of Creditor   Apollo Global Management, LLC gdavis@omm.com
             George Davis   on behalf of Defendant   Brookfield Asset Management Private Institutional
              Capital Adviser (Canada), L.P. gdavis@omm.com
             George Davis   on behalf of Defendant   Apollo Advisors VII, L.P. gdavis@omm.com
             George Davis   on behalf of Creditor   Wilmington Trust, N.A., in its capacity as First Lien
              Administrative Agent gdavis@omm.com
             George Davis   on behalf of Defendant   Angelo Gordon & Co., LP gdavis@omm.com
             Gerrit M. Pronske   on behalf of Creditor   Pallas Realty Advisors, Inc. gpronske@pgkpc.com
             GianClaudio Finizio   on behalf of Interested Party   Delaware Trust Company
              gfinizio@bayardlaw.com,
              bankserve@bayardlaw.com;sbreckenridge@bayardlaw.com;lmorton@bayardlaw.com;tstoner@bayardlaw.com
             GianClaudio Finizio   on behalf of Interested Party   CSC Trust Company of Delaware, as
              Successor Trustee under the TCEH 11.5% Senior Secured Notes Indenture gfinizio@bayardlaw.com,
              bankserve@bayardlaw.com;sbreckenridge@bayardlaw.com;lmorton@bayardlaw.com;tstoner@bayardlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          GianClaudio Finizio  on behalf of Plaintiff  Delaware Trust Company, as TCEH First Lien
              Indenture Trustee gfinizio@bayardlaw.com,
              bankserve@bayardlaw.com;sbreckenridge@bayardlaw.com;lmorton@bayardlaw.com;tstoner@bayardlaw.com
          GianClaudio Finizio  on behalf of Interested Party  Delaware Trust Company as Successor
              Trustee under the TCEH 11.5% Senior Secured Notes Indenture gfinizio@bayardlaw.com,
              bankserve@bayardlaw.com;sbreckenridge@bayardlaw.com;lmorton@bayardlaw.com;tstoner@bayardlaw.com
          Gilbert R. Saydah, Jr.  on behalf of Creditor  CSC Trust Company of Delaware, Proposed
              Successor Indenture Trustee KDWBankruptcyDepartment@kelleydrye.com
          Gregory A. Taylor  on behalf of Interested Party  Wilmington Savings Fund Society, FSB, in its
              capacity as successor Indenture Trustee gtaylor@ashby-geddes.com
          Gregory A. Taylor  on behalf of Interested Party  Ad Hoc Committee of TCEH Second Lien
              Noteholders gtaylor@ashby-geddes.com
          Gregory M. Starner  on behalf of Interested Party  Ad Hoc Group of TCEH Unsecured Noteholders ,
              jdisanti@whitecase.com;mco@whitecase.com;erin.smith@whitecase.com;mshepherd@whitecase.com;jason.b
              artlett@whitecase.com;aaron.colodny@whitecase.com;tamara.vanheel@whitecase.com
          Gregory M. Weinstein  on behalf of Creditor  Mario Sinacola & Sons Excavating, Inc.
              gweinstein@weinrad.com,  mbowers@weinrad.com;ssmith@weinrad.com
          Gregory Michael Starner  on behalf of Creditor  Law Debenture Trust Company of New York, in its
              capacity as Indenture Trustee gstarner@whitecase.com,
              jdisanti@whitecase.com;mco@whitecase.com;erin.smith@whitecase.com;mshepherd@whitecase.com;jason.b
              artlett@whitecase.com;aaron.colodny@whitecase.com;tamara.vanheel@whitecase.com
          Gregory Michael Starner  on behalf of Intervenor  Ovation Acquisition I, L.L.C.
              gstarner@whitecase.com,
              jdisanti@whitecase.com;mco@whitecase.com;erin.smith@whitecase.com;mshepherd@whitecase.com;jason.b
              artlett@whitecase.com;aaron.colodny@whitecase.com;tamara.vanheel@whitecase.com
          Gregory Michael Starner  on behalf of Intervenor  Ovation Acquisition II, L.L.C.
              gstarner@whitecase.com,
              jdisanti@whitecase.com;mco@whitecase.com;erin.smith@whitecase.com;mshepherd@whitecase.com;jason.b
              artlett@whitecase.com;aaron.colodny@whitecase.com;tamara.vanheel@whitecase.com
          Gregory T. Donilon  on behalf of Creditor  Automatic Systems, Inc. gdonilon@pwujlaw.com
          Hal F. Morris  on behalf of Interested Party  Texas Commission on Environmental Quality
              hal.morris@texasattorneygeneral.gov
          Hal F. Morris  on behalf of Interested Party  Public Utility Commission of Texas
              hal.morris@texasattorneygeneral.gov
          Hal F. Morris  on behalf of Interested Party  Railroad Commission of Texas
              hal.morris@texasattorneygeneral.gov
          Helen Elizabeth Weller  on behalf of Creditor  Northwest ISD dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
          Helen Elizabeth Weller  on behalf of Creditor  Northeast TX Comm Coll Dist
              dallas.bankruptcy@publicans.com,  evelyn.palmer@lgbs.com
          Helen Elizabeth Weller  on behalf of Creditor  Angelina County dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
          Helen Elizabeth Weller  on behalf of Creditor  Rusk County dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
          Helen Elizabeth Weller  on behalf of Creditor  Brownsboro ISD dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
          Helen Elizabeth Weller  on behalf of Creditor  Malakoff ISD dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
          Helen Elizabeth Weller  on behalf of Creditor  Robertson County dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
          Helen Elizabeth Weller  on behalf of Creditor  Fannin CAD dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
          Helen Elizabeth Weller  on behalf of Creditor  Harris County dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
          Helen Elizabeth Weller  on behalf of Creditor  Walnut Springs ISD
              dallas.bankruptcy@publicans.com,  evelyn.palmer@lgbs.com
          Helen Elizabeth Weller  on behalf of Creditor  Kaufman County dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
          Helen Elizabeth Weller  on behalf of Creditor  Clay county dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
          Helen Elizabeth Weller  on behalf of Creditor  Lee County dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
          Helen Elizabeth Weller  on behalf of Creditor  Ellis County dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
          Helen Elizabeth Weller  on behalf of Creditor  City of sulphur springs
              dallas.bankruptcy@publicans.com,  evelyn.palmer@lgbs.com
          Helen Elizabeth Weller  on behalf of Creditor  Fannin county dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
          Helen Elizabeth Weller  on behalf of Creditor  Valley View ISD dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
          Helen Elizabeth Weller  on behalf of Creditor  Irving isd dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
          Helen Elizabeth Weller  on behalf of Creditor  Sulphur Springs ISD
              dallas.bankruptcy@publicans.com,  evelyn.palmer@lgbs.com
          Helen Elizabeth Weller  on behalf of Creditor  Beckville isd dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
          Helen Elizabeth Weller  on behalf of Creditor  Archer County dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com

District/off: 0311-1        User: JudyF            Page 9 of 23          Date Rcvd: Dec 30, 2015
                           Form ID: van440         Total Noticed: 4

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            Helen Elizabeth Weller   on behalf of Creditor   City of Coppell dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
            Helen Elizabeth Weller   on behalf of Creditor   Morris CAD dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
            Helen Elizabeth Weller   on behalf of Creditor   Gainesville isd dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
            Helen Elizabeth Weller   on behalf of Creditor   Limestone County dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
            Helen Elizabeth Weller   on behalf of Creditor   Slocum ISD dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
            Helen Elizabeth Weller   on behalf of Creditor   Red River County dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
            Helen Elizabeth Weller   on behalf of Creditor   Franklin ISD dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
            Helen Elizabeth Weller   on behalf of Creditor   Fort Bend County dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
            Helen Elizabeth Weller   on behalf of Creditor   Stephenville ISD dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
            Helen Elizabeth Weller   on behalf of Creditor   Nueces County dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
            Helen Elizabeth Weller   on behalf of Creditor   Hopkins County dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
            Helen Elizabeth Weller   on behalf of Creditor   Cisco College dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
            Helen Elizabeth Weller   on behalf of Creditor   Camp cad dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
            Helen Elizabeth Weller   on behalf of Creditor   Montague county dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
            Helen Elizabeth Weller   on behalf of Creditor   Lamar CAD dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
            Helen Elizabeth Weller   on behalf of Creditor   Rains County AD dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
            Helen Elizabeth Weller   on behalf of Creditor   Coppell ISD dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
            Helen Elizabeth Weller   on behalf of Creditor   Navarro County dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
            Helen Elizabeth Weller   on behalf of Creditor   Wise County dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
            Helen Elizabeth Weller   on behalf of Creditor   Upshur County dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
            Helen Elizabeth Weller   on behalf of Creditor   Tarrant County dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
            Helen Elizabeth Weller   on behalf of Creditor   Falls County dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
            Helen Elizabeth Weller   on behalf of Creditor   Franklin County dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
            Helen Elizabeth Weller   on behalf of Creditor   Rockwall Cad dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
            Helen Elizabeth Weller   on behalf of Creditor   Smith County dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
            Helen Elizabeth Weller   on behalf of Creditor   City of bonham dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
            Helen Elizabeth Weller   on behalf of Creditor   Cherokee CAD dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
            Helen Elizabeth Weller   on behalf of Creditor   City of carrollton
              dallas.bankruptcy@publicans.com,  evelyn.palmer@lgbs.com
            Helen Elizabeth Weller   on behalf of Creditor   Kerens ISD dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
            Helen Elizabeth Weller   on behalf of Creditor   Red River CAD dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
            Helen Elizabeth Weller   on behalf of Creditor   City of Stephenville
              dallas.bankruptcy@publicans.com,  evelyn.palmer@lgbs.com
            Helen Elizabeth Weller   on behalf of Creditor   Van Zandt CAD dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
            Helen Elizabeth Weller   on behalf of Creditor   Hunt County dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
            Helen Elizabeth Weller   on behalf of Creditor   City of malakoff dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
            Helen Elizabeth Weller   on behalf of Creditor   McLennan County dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
            Helen Elizabeth Weller   on behalf of Creditor   Hood CAD dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
            Helen Elizabeth Weller   on behalf of Creditor   City of Corinth dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
            Helen Elizabeth Weller   on behalf of Creditor   Cisco ISD dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
            Helen Elizabeth Weller   on behalf of Creditor   Round Rock ISD dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Helen Elizabeth Weller    on behalf of Creditor    Wise CAD dallas.bankruptcy@publicans.com,
                  evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Cayuga isd dallas.bankruptcy@publicans.com,
                  evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Grayson County dallas.bankruptcy@publicans.com,
                  evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Dallas County dallas.bankruptcy@publicans.com,
                  evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Jack County dallas.bankruptcy@publicans.com,
                  evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Ector CAD dallas.bankruptcy@publicans.com,
                  evelyn.palmer@lgbs.com
              Hilary B. Mohr    on behalf of Creditor    Microsoft Corporation and Microsoft Licensing, GP
                  hmohr@riddellwilliams.com,  vmagda@riddellwilliams.com
              Howard A. Cohen    on behalf of Interested Party    CITIBANK, N.A. howard.cohen@dbr.com
              Howard R. Hawkins, Jr.    on behalf of Interested Party    Morgan Stanley Capital Group, Inc.
                  howard.hawkins@cwt.com,  nyecfnotice@cwt.com
              Howard R. Hawkins, Jr.    on behalf of Defendant    Morgan Stanley Capital Group, Inc.
                  howard.hawkins@cwt.com,  nyecfnotice@cwt.com
              J Jackson Shrum    on behalf of Creditor    BWM Services, LP jshrum@werbsullivan.com
              J Jackson Shrum    on behalf of Creditor    The Kansas City Southern Railway Company
                  jshrum@werbsullivan.com
              J. Kate Stickles    on behalf of Interested Party    Delaware Trust Company as Successor Trustee
                  under the TCEH 11.5% Senior Secured Notes Indenture kstickles@coleschotz.com,
                  bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                  otz.com
              J. Kate Stickles    on behalf of Interested Party    Delaware Trust Company, f/k/a CSC Trust
                  Company of Delaware, as Indenture Trustee kstickles@coleschotz.com,
                  bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                  otz.com
              J. Kate Stickles    on behalf of Interested Party    CSC Trust Company of Delaware, as successor
                  indenture trustee and collateral trustee kstickles@coleschotz.com,
                  bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                  otz.com
              J. Kate Stickles    on behalf of Plaintiff    Delaware Trust Company, as Indenture Trustee and
                  Collateral Trustee, kstickles@coleschotz.com,
                  bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                  otz.com
              J. Kate Stickles    on behalf of Interested Party    CSC Trust Company of Delaware as Successor
                  Indenture Trustee kstickles@coleschotz.com,
                  bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                  otz.com
              J. Kate Stickles    on behalf of Other Prof.    Cole Schotz P.C. kstickles@coleschotz.com,
                  bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                  otz.com
              J. Kate Stickles    on behalf of Other Prof.    Delaware Trust Company, as First Lien Successor
                  Trustee and Collateral Trustee kstickles@coleschotz.com,
                  bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                  otz.com
              J. Kate Stickles    on behalf of Plaintiff    Delaware Trust Company kstickles@coleschotz.com,
                  bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                  otz.com
              Jacob A. Adlerstein    on behalf of Interested Party    Ad Hoc Committee of TCEH First Lien
                  Creditors jadlerstein@paulweiss.com
              James E. Huggett    on behalf of Creditor    URS Energy & Construction, Inc.
                  jhuggett@margolisedelstein.com,  nvangorder@margolisedelstein.com
              James E. Huggett    on behalf of Creditor    Oracle America, Inc. jhuggett@margolisedelstein.com,
                  nvangorder@margolisedelstein.com
              James Halstead Millar    on behalf of Interested Party    CSC Trust Company of Delaware, as
                  successor indenture trustee and collateral trustee james.millar@dbr.com,
                  Daniel.Northrop@dbr.com;Marita.Erbeck@dbr.com
              James Michael Peck    on behalf of Creditor Committee    The Official Committee of Unsecured
                  Creditors jpeck@mofo.com
              James Michael Peck    on behalf of Interested Party    The Official Committee of TCEH Unsecured
                  Creditors jpeck@mofo.com
              James S. Carr    on behalf of Creditor    CSC Trust Company of Delaware, Proposed Successor
                  Indenture Trustee KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com
              James S. Yoder    on behalf of Attorney    Salesforce.com, Inc. yoderj@whiteandwilliams.com
              Jamie Lynne Edmonson    on behalf of Creditor    Pacific Investment Management Co. LLC
                  jledmonson@venable.com
              Jarrett Vine    on behalf of Creditor Committee    The Official Committee of Unsecured Creditors
                  jvine@polsinelli.com,  LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
              Jarrett Vine    on behalf of Interested Party    The Official Committee of TCEH Unsecured
                  Creditors jvine@polsinelli.com,  LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
              Jason A. Starks    on behalf of Creditor    Texas Office of Public Utility Counsel
                  bk-jstarks@texasattorneygeneral.gov,  sherri.simpson@texasattorneygeneral.gov
              Jason D. Curry    on behalf of Creditor    TXU 2007-1 Railcar Leasing LLC jason.curry@quarles.com,
                  sybil.aytch@quarles.com;amelia.valenzuela@quarles.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Jason M. Liberi   on behalf of Interested Party   Texas Transmission Investment LLC
                jason.liberi@skadden.com,
                christopher.heaney@skadden.com;debank@skadden.com;wendy.lamanna@skadden.com
              Jason M. Liberi   on behalf of Defendant   Texas Transmission Investment LLC
                jason.liberi@skadden.com,
                christopher.heaney@skadden.com;debank@skadden.com;wendy.lamanna@skadden.com
              Jason M. Madron   on behalf of Debtor   Texas Utilities Electric Company, Inc. madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   DeCordova II Power Company LLC madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   EFH FS Holdings Company madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   Valley Power Company LLC madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   Luminant Energy Trading California Company madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   Luminant ET Services Company madron@rlf.com,
                rbgroup@rlf.com
              Jason M. Madron   on behalf of Attorney   Kirkland & Ellis LLP madron@rlf.com,   rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor   Luminant Big Brown Mining Company LLC madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   Generation SVC Company madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   EFH Finance (No. 2) Holdings Company madron@rlf.com,
                rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor   DeCordova Power Company LLC madron@rlf.com,
                rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor   Texas Power & Light Company, Inc. madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   TCEH Finance, Inc. madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   Luminant Generation Company LLC madron@rlf.com,
                rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor   Energy Future Holdings Corp. madron@rlf.com,
                rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor   Generation MT Company LLC madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   Tradinghouse 3 & 4 Power Company LLC madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   TXU Electric Company, Inc. madron@rlf.com,
                rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor   TXU Energy Receivables Company LLC madron@rlf.com,
                rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor   Oak Grove Management Company LLC madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   Southwestern Electric Service Company, Inc.
                madron@rlf.com,   rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor   Texas Energy Industries Company, Inc. madron@rlf.com,
                rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor   Texas Competitive Electric Holdings Company LLC
                madron@rlf.com,   rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor   Oak Grove Mining Company LLC madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   EFH CG Management Company LLC madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   Oak Grove Power Company LLC madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   Collin Power Company LLC madron@rlf.com,   rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor   EFH Corporate Services Company madron@rlf.com,
                rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor   Energy Future Competitive Holdings Company LLC
                madron@rlf.com,   rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   EECI, Inc. madron@rlf.com,   rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor   Valley NG Power Company LLC madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   Eagle Mountain Power Company LLC madron@rlf.com,
                rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor   Dallas Power & Light Company, Inc. madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   Martin Lake 4 Power Company LLC madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   Luminant Holding Company LLC madron@rlf.com,
                rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor   LSGT Gas Company LLC madron@rlf.com,   rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor   Texas Utilities Company, Inc. madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   LSGT SACROC, Inc. madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Jason M. Madron   on behalf of Interested Party   Energy Future Holdings Corp. madron@rlf.com,
                      rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor    Luminant Mineral Development Company LLC madron@rlf.com,
                      rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor    Lone Star Pipeline Company, Inc. madron@rlf.com,
                      rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor    NCA Development Company LLC madron@rlf.com,
                      rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Plaintiff    EFIH Finance Inc. madron@rlf.com,   rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor    Sandow Power Company LLC madron@rlf.com,   rbgroup@rlf.com
              Jason M. Madron   on behalf of Attorney    Richards, Layton & Finger, P.A. madron@rlf.com,
                      rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor    Luminant Renewables Company LLC madron@rlf.com,
                      rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor    4Change Energy Company madron@rlf.com,   rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor    Morgan Creek 7 Power Company LLC madron@rlf.com,
                      rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor    Luminant Energy Company LLC madron@rlf.com,
                      rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor    Big Brown Power Company LLC madron@rlf.com,
                      rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor    Brighten Energy LLC madron@rlf.com,   rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor    TXU Energy Solutions Company LLC madron@rlf.com,
                      rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor    NCA Resources Development Company LLC madron@rlf.com,
                      rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor    Generation Development Company LLC madron@rlf.com,
                      rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor    Big Brown Lignite Company LLC madron@rlf.com,
                      rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor    Lone Star Energy Company, Inc. madron@rlf.com,
                      rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor    Monticello 4 Power Company LLC madron@rlf.com,
                      rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor    EBASCO SERVICES OF CANADA LIMITED madron@rlf.com,
                      rbgroup@rlf.com
              Jason M. Madron   on behalf of Defendant   Energy Future Intermediate Holding Company LLC
                      madron@rlf.com,   rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor    TXU SEM Company madron@rlf.com,
                      rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor    EFH Australia (No. 2) Holdings Company madron@rlf.com,
                      rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor    EFH CG Holdings Company LP madron@rlf.com,
                      rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor    EFH Renewables Company LLC madron@rlf.com,
                      rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Defendant   EFIH Finance Inc. madron@rlf.com,   rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor    Tradinghouse Power Company LLC madron@rlf.com,
                      rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor    Lake Creek 3 Power Company LLC madron@rlf.com,
                      rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor    TXU Energy Retail Company LLC madron@rlf.com,
                      rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor    EEC Holdings, Inc. madron@rlf.com,   rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor    Energy Future Intermediate Holding Company LLC
                      madron@rlf.com,   rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Other Prof.   KPMG LLP madron@rlf.com,
                      rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor    TXU Retail Services Company madron@rlf.com,
                      rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor    Big Brown 3 Power Company LLC madron@rlf.com,
                      rbgroup@rlf.com
              Jason M. Madron   on behalf of Plaintiff    Energy Future Intermediate Holding Company LLC
                      madrlf.com,   rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor    Luminant Mining Company LLC madron@rlf.com,
                      rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor    Brighten Holdings LLC madron@rlf.com,   rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor    TXU Receivables Company madron@rlf.com,
                      rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Plaintiff    Energy Future Holdings Corp. madron@rlf.com,
                      rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor    EFIH Finance Inc. madron@rlf.com,
                      rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor    4Change Energy Holdings LLC madron@rlf.com,
                      rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor    Texas Electric Service Company, Inc. madron@rlf.com,
                      rbgroup@rlf.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Jeffrey C. Wisler   on behalf of Creditor   Pete Tinkham, Mike McCall, Homer J. Gibbs, Billy
Ranton, Michael Blevins, Michael McNally, Liz LaValley, Richard Wistrand, Susan Atteridge, Curt
Seidlits, Wes Taylor and Jeff Weiser jwisler@connollygallagher.com
Jeffrey C. Wisler   on behalf of Creditor   Cloud Peak Energy Resources LLC
jwisler@connollygallagher.com
Jeffrey C. Wisler   on behalf of Creditor   Pete Tinkham, Mike McCall, Jarrell Gibbs, Bill Ranton,
Michael Blevins, Michael McNally, Liz LaValley, Richard Wistrand, Susan Atteridge, and Curt
Seidlets jwisler@connollygallagher.com
Jeffrey M. Schlerf   on behalf of Intervenor   Ovation Acquisition I, L.L.C.
jschlerf@foxrothschild.com
Jeffrey M. Schlerf   on behalf of Interested Party   Ad Hoc Group of TCEH Unsecured Noteholders
jschlerf@foxrothschild.com
Jeffrey M. Schlerf   on behalf of Intervenor   Ovation Acquisition II, L.L.C.
jschlerf@foxrothschild.com
Jeffrey M. Schlerf   on behalf of Interested Party   Ad Hoc Group of TCEH Unsecured Noteholders
jschlerf@foxrothschild.com
Jeffrey R. Fine   on behalf of Creditor   Tex-La Electric Cooperative of Texas, Inc.
jfine@dykema.com, jrf5825@gmail.com,aashmore@dykema.com,pelliott@dykema.com
Jeffrey S Cianciulli   on behalf of Creditor   Evercore Group LLC jcianciulli@weirpartners.com,
creese@weirpartners.com;mmorris@weirpartners.com
Jeffrey S Cianciulli   on behalf of Financial Advisor   Evercore Group L.L.C.
jcianciulli@weirpartners.com, creese@weirpartners.com;mmorris@weirpartners.com
Jeffrey S. Sabin   on behalf of Creditor   Pacific Investment Management Co. LLC
JSSabin@Venable.com
Jennifer Marines   on behalf of Creditor Committee   The Official Committee of Unsecured
Creditors JMarines@mofo.com
Jennifer R. Hoover   on behalf of Creditor   Michelin North America Inc. jhoover@beneschlaw.com,
docket@beneschlaw.com;mrust@beneschlaw.com
Jennifer V. Doran   on behalf of Creditor   Invensys Systems, Inc. jdoran@haslaw.com,
calirm@haslaw.com
Jeremy William Ryan   on behalf of Interested Party   Deutsche Bank AG New York Branch
jryan@potteranderson.com, bankruptcy@potteranderson.com
Joanna Flynn Newdeck   on behalf of Interested Party   EFIH Second Lien DIP Commitment Parties
jnewdeck@akingump.com, ddunn@akingump.com
Joanna Flynn Newdeck   on behalf of Interested Party   Ad Hoc Committee of EFIH Unsecured
Noteholders jnewdeck@akingump.com, ddunn@akingump.com
John A. Harris   on behalf of Creditor   TXU 2007-1 Railcar Leasing LLC sybil.aytch@quarles.com
John A. Morris   on behalf of Interested Party   Computershare Trust Company, N.A., and
Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
Secured Second Lien Notes due 2021 and the 11.75% Senio jmorris@pszjlaw.com
John D. Demmy   on behalf of Creditor   Rexel, Inc. jdd@stevenslee.com
John D. Demmy   on behalf of Creditor   AEP Texas Central Company d/b/a American Electric Power
Company and AEP Texas North Company d/b/a American Electric Power Company jdd@stevenslee.com
John D. McLaughlin, Jr.   on behalf of Creditor   Atmos Energy Corporation
jmclaughlin@ciardilaw.com, mflores@ciardilaw.com
John G. Harris   on behalf of Plaintiff   Avenue Capital Management II, LP
jharris@bergerharris.com, mnicholls@bergerharris.com
John G. Harris   on behalf of Plaintiff   York Capital Management Global Advisors, LLC
jharris@bergerharris.com, mnicholls@bergerharris.com
John G. Harris   on behalf of Plaintiff   P. Schoenfeld Asset Management LP
jharris@bergerharris.com, mnicholls@bergerharris.com
John G. Harris   on behalf of Plaintiff   Third Avenue Management LLC jharris@bergerharris.com,
mnicholls@bergerharris.com
John G. Harris   on behalf of Plaintiff   GSO Capital Partners LP jharris@bergerharris.com,
mnicholls@bergerharris.com
John H. Strock   on behalf of Interested Party   Ad Hoc Group of TCEH Unsecured Noteholders
jstrock@foxrothschild.com, dkemp@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com
John M. Seaman   on behalf of Interested Party   Goldman Sachs & Co. and certain affiliates
seaman@abramsbayliss.com, farro@abramsbayliss.com
John Mark Stern   on behalf of Creditor   Texas Comptroller of Public Accounts
john.stern@texasattorneygeneral.gov, sherri.simpson@texasattorneygeneral.gov
John P. Dillman   on behalf of Creditor   Angelina County houston_bankruptcy@publicans.com
John P. Dillman   on behalf of Creditor   Fort Bend County houston_bankruptcy@publicans.com
John P. Dillman   on behalf of Creditor   Harris County houston_bankruptcy@publicans.com
John P. Melko   on behalf of Creditor   ROMCO Equipment Co. jmelko@gardere.com,
afothergill@gardere.com;mriordan@gardere.com
John R. Ashmead   on behalf of Interested Party   Wilmington Trust, N.A. ashmead@sewkis.com
Johnna M. Darby   on behalf of Interested Party   Steag Energy Services, Inc.
jdarby@hillerarban.com
Jon M. Chatalian   on behalf of Creditor   Pension Benefit Guaranty Corporation
chatalian.jon@pbgc.gov, efile@pbgc.gov
Jonathan L. Howell   on behalf of Creditor   Red Ball Oxygen Company jhowell@gpm-law.com
Joseph Charles Barsalona II   on behalf of Debtor   Energy Future Holdings Corp.
barsalona@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
Joseph Charles Barsalona II   on behalf of Plaintiff   Energy Future Holdings Corp.
barsalona@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
Joseph D. Frank   on behalf of Interested Party   PI Law Firms jfrank@fgllp.com,
ccarpenter@fgllp.com;Larry.Thomas@westernunion.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Joseph D. Frank    on behalf of Creditor    Experian Information Solutions, Inc. jfrank@fgllp.com,
    ccarpenter@fgllp.com;Larry.Thomas@westernunion.com
Joseph D. Frank    on behalf of Creditor    Experian Marketing Solutions, Inc. jfrank@fgllp.com,
    ccarpenter@fgllp.com;Larry.Thomas@westernunion.com
Joseph D. Wright    on behalf of Interested Party    Alcoa Inc. wright@lrclaw.com,
    adams@lrclaw.com,dellose@lrclaw.com
Joseph D. Wright    on behalf of Creditor    FPL Energy Pecos Wind I, LP, FLP Energy Pecos Wind II,
    LP, and NWP Indian Mesa Wind Farm, L.P. wright@lrclaw.com, adams@lrclaw.com,dellose@lrclaw.com
Joseph H. Huston, Jr.    on behalf of Defendant    Wilmington Trust, N.A., solely in its capacity
    as First Lien Administrative Agent jhh@stevenslee.com
Joseph H. Huston, Jr.    on behalf of Spec. Counsel    Energy Future Intermediate Holding Company
    LLC jhh@stevenslee.com
Joseph H. Huston, Jr.    on behalf of Defendant    Wilmington Trust, N.A., as First Lien Collateral
    Agent and First Lien Administrative Agent, et al., jhh@stevenslee.com
Joseph H. Huston, Jr.    on behalf of Creditor    Wilmington Trust, N.A., in its capacity as First
    Lien Administrative Agent jhh@stevenslee.com
Joseph J. McMahon, Jr.    on behalf of Creditor    Atmos Energy Corporation jmcmahon@ciardilaw.com,
    mflores@ciardilaw.com
Joseph J. McMahon, Jr.    on behalf of Creditor    Red Ball Oxygen Company jmcmahon@ciardilaw.com,
    mflores@ciardilaw.com
Joseph J. McMahon, Jr.    on behalf of Creditor    TXU 2007-1 Railcar Leasing LLC
    jmcmahon@ciardilaw.com, mflores@ciardilaw.com
Joshua K. Brody    on behalf of Defendant    Computershare Trust Company of Canada
    jbrody@kramerlevin.com, adove@kramerlevin.com;tperetz@kramerlevin.com;ghorowitz@kramerlevin.com
Joshua K. Brody    on behalf of Defendant    Computershare Trust Company, N.A.
    jbrody@kramerlevin.com, adove@kramerlevin.com;tperetz@kramerlevin.com;ghorowitz@kramerlevin.com
Joshua K. Brody    on behalf of Interested Party    Indenture Trustee and the EFIH 2nd Lien
    Objectors jbrody@kramerlevin.com,
    adove@kramerlevin.com;tperetz@kramerlevin.com;ghorowitz@kramerlevin.com
Joshua K. Brody    on behalf of Interested Party    Computershare Trust Company, N.A., and
    Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
    Secured Second Lien Notes due 2021 and the 11.75% Senio jbrody@kramerlevin.com,
    adove@kramerlevin.com;tperetz@kramerlevin.com;ghorowitz@kramerlevin.com
Joshua Powers Searcy    on behalf of Creditor    D. Courtney Construction, Inc.
    joshsearcy@jrsearcylaw.com
Judy Hamilton Morse    on behalf of Creditor    DEVON ENERGY CORPORATION
    judy.morse@crowedunlevy.com,
    marlena.mendez@crowedunlevy.com;ecf@crowedunlevy.com;karol.brown@crowedunlevy.com
Julia B. Klein    on behalf of Creditor    Mudrick Capital Management, L.P. klein@teamrosner.com
Julia Bettina Klein    on behalf of Interested Party    Mudrick Capital Management L.P.
    klein@teamrosner.com
Justin K. Edelson    on behalf of Interested Party    The Official Committee of TCEH Unsecured
    Creditors jedelson@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
Justin K. Edelson    on behalf of Creditor Committee    The Official Committee of Unsecured
    Creditors jedelson@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
Justin K. Edelson    on behalf of Financial Advisor    FTI Consulting, Inc. jedelson@polsinelli.com,
    LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
Karen Beth Shaer    on behalf of Other Prof.    Garden City Group, LLC PACERTeam@gardencitygroup.com
Karen C Bifferato    on behalf of Interested Party    Pacific Investment Management Company LLC
    ("PIMCO") kbifferato@connollygallagher.com
Katharine L. Mayer    on behalf of Interested Party    Aetna Inc. kmayer@mccarter.com
Katharine L. Mayer    on behalf of Interested Party    Aetna Life Insurance Company
    kmayer@mccarter.com
Katherine  Stadler    on behalf of Interested Party    Fee Committee kstadler@gklaw.com,
    kboucher@gklaw.com;shuntema@gklaw.com
Kathleen A. Murphy    on behalf of Creditor    CATERPILLAR FINANCIAL SERVICES CORP.
    kathleen.murphy@bipc.com, tammy.rogers@bipc.com
Kathleen M. Miller    on behalf of Creditor    Airgas USA, LLC kmiller@skjlaw.com, eys@skjlaw.com
Kathleen M. Miller    on behalf of Creditor    Valero Texas Power Marketing, Inc.
    kmiller@skjlaw.com, eys@skjlaw.com
Kay Diebel Brock    on behalf of Creditor    Travis County bkecf@co.travis.tx.us
Keith Howard Wofford    on behalf of Interested Party    CSC Trust Company of Delaware, as
    successor indenture trustee and collateral trustee keith.wofford@ropesgray.com,
    keith.wofford@ropesgray.com
Kerry L. Halliburton    on behalf of Creditor    Buffalo Industrial Supply, Inc.
    raquel@namanhowell.com;karen@namanhowell.com;belinda@namanhowell.com
Kevin C. Driscoll, Jr.    on behalf of Creditor    GATX Corporation Kevin.Driscoll@btlaw.com,
    donna.dotts@btlaw.com
Kevin G. Collins    on behalf of Creditor    GATX Corporation kevin.collins@btlaw.com,
    pgroff@btlaw.com;Kathy.lytle@btlaw.com
Kevin J. Mangan    on behalf of Interested Party    American Equipment Company Inc.
    kmangan@wcsr.com, hsasso@wcsr.com;jwray@wcsr.com
Kevin J. Mangan    on behalf of Interested Party    AMECO Inc. kmangan@wcsr.com,
    hsasso@wcsr.com;jwray@wcsr.com
Kevin J. Mangan    on behalf of Interested Party    Alltite Inc. kmangan@wcsr.com,
    hsasso@wcsr.com;jwray@wcsr.com
Kevin J. Mangan    on behalf of Interested Party    Fluor Global Services kmangan@wcsr.com,
    hsasso@wcsr.com;jwray@wcsr.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Kevin J. Mangan    on behalf of Interested Party    Fluor Corporation kmangan@wcsr.com,
          hsasso@wcsr.com;jwray@wcsr.com
          Kevin J. Mangan    on behalf of Interested Party    Fluor Enterprises Inc. kmangan@wcsr.com,
          hsasso@wcsr.com;jwray@wcsr.com
          Kevin M Lippman    on behalf of Creditor    Electric Reliability Council of Texas, Inc.
          klippman@munsch.com,  lpannier@munsch.com
          Kevin M. Capuzzi    on behalf of Creditor    Thermo Fisher Scientific Inc. kcapuzzi@beneschlaw.com,
          docket@beneschlaw.com;mrust@beneschlaw.com
          Kimberly Ellen Connolly Lawson    on behalf of Interested Party    The Bank of New York Mellon, in
          its capacity as the PCRB Trustee klawson@reedsmith.com
          Kimberly Ellen Connolly Lawson    on behalf of Creditor    The Bank of New York Mellon, as
          Indenture Trustee klawson@reedsmith.com
          Kimberly Ellen Connolly Lawson    on behalf of Creditor    The Bank of New York Mellon Trust
          Company, N.A., as Indenture Trustee klawson@reedsmith.com
          Kimberly Ellen Connolly Lawson    on behalf of Creditor Committee    The Official Committee of
          Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company,
          LLC, EFIH Finance, Inc., and EECI, Inc. (EFH Committee) klawson@reedsmith.com
          Kizzy Lyn Jarashow    on behalf of Creditor    Aurelius Capital Management, LP
          kjarashow@goodwinprocter.com
          Kurt F. Gwynne    on behalf of Interested Party    The Bank of New York Mellon Trust Company, N.A.,
          in its capacity as the EFCh 2037 Notes Trustee kgwynne@reedsmith.com,  llankford@reedsmith.com
          Kurt F. Gwynne    on behalf of Creditor    The Bank of New York Mellon, as Indenture Trustee
          kgwynne@reedsmith.com,  llankford@reedsmith.com
          Kurt F. Gwynne    on behalf of Interested Party    The Bank of New York Mellon, in its capacity as
          the PCRB Trustee kgwynne@reedsmith.com,  llankford@reedsmith.com
          Kurt F. Gwynne    on behalf of Creditor    The Bank of New York Mellon Trust Company, N.A., as
          Indenture Trustee kgwynne@reedsmith.com,  llankford@reedsmith.com
          Kurtzman Carson Consultants LLC    akass@kccllc.com
          L. John  Bird    on behalf of Creditor    Creditor-Investor Consortium jbird@foxrothschild.com,
          idensmore@foxrothschild.com
          L. John  Bird    on behalf of Interested Party    Ad Hoc Group of TCEH Unsecured Noteholders
          jbird@foxrothschild.com,  idensmore@foxrothschild.com
          L. John  Bird    on behalf of Intervenor    Ovation Acquisition I, L.L.C. jbird@foxrothschild.com,
          idensmore@foxrothschild.com
          L. John  Bird    on behalf of Intervenor    Ovation Acquisition II, L.L.C. jbird@foxrothschild.com,
          idensmore@foxrothschild.com
          L. Katherine  Good    on behalf of Interested Party    Simeio Solutions, Inc. kgood@wtplaw.com,
          cmcallister@wtplaw.com;wjeffers@wtplaw.com
          Lara E. Shipkovitz    on behalf of Creditor    Thermo Fisher Scientific Inc.
          lshipkovitz@tuckerlaw.com
          Lars A. Peterson    on behalf of Creditor    UMB Bank, N.A. lapeterson@foley.com,  khall@foley.com
          Laura Davis Jones    on behalf of Interested Party    Second Lien Indenture Trustee and the EFIH
          Second Lien Group ljones@pszjlaw.com
          Laura Davis Jones    on behalf of Plaintiff    Computershare Trust Company, N.A.
          ljones@pszjlaw.com
          Laura Davis Jones    on behalf of Interested Party    Computershare Trust Company, N.A., and
          Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
          Secured Second Lien Notes due 2021 and the 11.75% Senio ljones@pszjlaw.com,  efile1@pszjw.com
          Laura Davis Jones    on behalf of Interested Party    EFIH 2nd Lien Notes Indenture Trustee
          ljones@pszjlaw.com
          Laura Davis Jones    on behalf of Interested Party    EFIH Second Lien Notes Indenture Trustee &
          EFIH Second Lien Group ljones@pszjlaw.com
          Laura Davis Jones    on behalf of Interested Party    Computershare Trust Company, N.A. and
          Computershare Trust Company of Canada, in their capacity as indenture trustee, for the second
          lien notes and the holders thereof. ljones@pszjlaw.com,  efile1@pszyjw.com
          Laura Davis Jones    on behalf of Interested Party    Second Lien Indenture Trustee
          ljones@pszjlaw.com
          Laura Davis Jones    on behalf of Interested Party    Indenture Trustee and the EFIH 2nd Lien
          Objectors ljones@pszjlaw.com
          Laura Davis Jones    on behalf of Interested Party    EFIH Second Lien Indenture Trustee
          ljones@pszjlaw.com,  efile1@pszyjw.com
          Laura Davis  Jones    on behalf of Interested Party    Indenture Trustee and the EFIH 2nd Lien
          Objectors ljones@pszjlaw.com,  efile@pszyj.com
          Laura Davis  Jones    on behalf of Interested Party    EFIH 2nd Lien Notes Indenture Trustee
          ljones@pszjlaw.com,  efile@pszyj.com
          Laurie Selber Silverstein    on behalf of Interested Party    EFIH First Lien DIP Agent
          bankruptcy@potteranderson.com
          Laurie Selber Silverstein    on behalf of Interested Party    Deutsche Bank AG New York Branch
          bankruptcy@potteranderson.com
          Lee  Harrington    on behalf of Interested Party    American Stock Transfer & Trust Company LLC
          lharrington@nixonpeabody.com
          Lee B. Gordon    on behalf of Creditor    Texas Ad Valorem Taxing Jurisdictions
          sonya.ragsdale@mvbalaw.com,  vickie.covington@mvbalaw.com
          Lindsay  Zahradka    on behalf of Interested Party    Ad Hoc Committee of EFIH Unsecured
          Noteholders lzahradka@akingump.com
          Lindsay  Zahradka    on behalf of Interested Party    EFIH Second Lien DIP Commitment Parties
          lzahradka@akingump.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Lino  Mendiola, III  on behalf of Interested Party   Titus County Fresh Waster Supply District
          No. 1 linomendiola@andrewskurth.com
          Lino  Mendiola, III  on behalf of Interested Party   Titus County Fresh Water Supply District
          No. 1 linomendiola@andrewskurth.com
          Lorenzo  Marinuzzi   on behalf of Interested Party   The Official Committee of TCEH Unsecured
          Creditors LMarinuzzi@mofo.com
          Lucian Borders Murley  on behalf of Creditor   Johnson Matthey Stationary Emissions Control LLC
          lmurley@saul.com,  rwarren@saul.com
          Marc J. Phillips   on behalf of Creditor   Tex-La Electric Cooperative of Texas, Inc.
          mphillips@mgmlaw.com
          Marc J. Phillips   on behalf of Creditor   Steering Committee of Cities Served by Oncor
          mphillips@mgmlaw.com
          Maria A. Bove   on behalf of Interested Party   Computershare Trust Company, N.A., and
          Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
          Secured Second Lien Notes due 2021 and the 11.75% Senio mbove@pszjlaw.com
          Maria Aprile Sawczuk   on behalf of Interested Party   Sierra Club marias@restructuringshop.com,
          marias@ecf.courtdrive.com
          Maria Aprile Sawczuk   on behalf of Creditor Miguel Oliveras Caraballo
          marias@restructuringshop.com,  marias@ecf.courtdrive.com
          Mark  Minuti   on behalf of Creditor   Electric Reliability Council of Texas, Inc.
          mminuti@saul.com,  rwarren@saul.com
          Mark Andrew Fink   on behalf of Interested Party   The Official Committee of Unsecured Creditors
          of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC; EFIH Finance,
          Inc.; and EECI, Inc. (EFH Committee) mfink@mmwr.com
          Mark Andrew Fink   on behalf of Creditor Committee   The Official Committee of Unsecured
          Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
          Finance, Inc., and EECI, Inc. (EFH Committee) mfink@mmwr.com
          Mark Andrew Fink   on behalf of Creditor Committee   The Official Committee of Unsecured
          Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
          Finance, Inc., and EECI, Inc. mfink@mmwr.com
          Mark D. Collins   on behalf of Debtor   Energy Future Holdings Corp. rbgroup@rlf.com
          Mark D. Collins   on behalf of Plaintiff   Energy Future Intermediate Holding Company LLC
          rbgroup@rlf.com
          Mark D. Kotwick   on behalf of Defendant   Wilmington Trust, N.A., as First Lien Collateral Agent
          KOTWICK@SEWKIS.COM
          Mark D. Kotwick   on behalf of Interested Party   Wilmington Trust, N.A. kotwick@sewkis.com
          Mark D. Kotwick   on behalf of Defendant   Wilmington Trust, N.A. as First Lien Collateral Agent
          and First Lien Administrative Agent KOTWICK@SEWKIS.COM
          Mark D. Olivere   on behalf of Interested Party   Ad Hoc Committee of EFIH Unsecured Noteholders
          olivere@chipmanbrown.com,
          bankruptcyservice@chipmanbrown.com;dero@chipmanbrown.com;mccloskey@chipmanbrown.com
          Mark D. Olivere   on behalf of Interested Party   EFIH Second Lien DIP Commitment Parties
          olivere@chipmanbrown.com,
          bankruptcyservice@chipmanbrown.com;dero@chipmanbrown.com;mccloskey@chipmanbrown.com
          Mark E. Felger   on behalf of Interested Party   J. Aron & Company mfelger@cozen.com,
          MBrickley@cozen.com;dabernathy@cozen.com
          Mark E. Felger   on behalf of Interested Party   J Aron & Company mfelger@cozen.com,
          mmillis@cozen.com
          Mark F. Hebbeln   on behalf of Creditor   UMB Bank, N.A. mhebbeln@foley.com,  jsorrels@foley.com,
          opetukhova@foley.com
          Mark F. Rosenberg   on behalf of Creditor Committee   The Official Committee of Unsecured
          Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
          Finance, Inc., and EECI, Inc. (EFH Committee) rosenberg@sullcrom.com
          Mark L. Desgrosseilliers   on behalf of Interested Party   CenterPoint Energy Houston Electric,
          LLC mdesgrosseilliers@wcsr.com,  hsasso@wcsr.com;jwray@wcsr.com
          Mark L. Desgrosseilliers   on behalf of Interested Party   HOLT Texas, Ltd. d/b/a Holt Cat
          mdesgrosseilliers@wcsr.com,  hsasso@wcsr.com;jwray@wcsr.com
          Mark L. Desgrosseilliers   on behalf of Interested Party   CenterPoint Energy Resources Corp.
          mdesgrosseilliers@wcsr.com,  hsasso@wcsr.com;jwray@wcsr.com
          Mark S. Chehi   on behalf of Interested Party   Borealis Infrastructure Management Inc.
          mchehi@skadden.com,  debank@skadden.com
          Matthew  Summers   on behalf of Creditor   URENCO, Inc. summersm@ballardspahr.com
          Matthew  Summers   on behalf of Creditor   Louisiana Energy Services, LLC
          summersm@ballardspahr.com
          Matthew B. McGuire   on behalf of Plaintiff   Marathon Asset Management, LP mcguire@lrclaw.com,
          adams@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com
          Matthew B. McGuire   on behalf of Interested Party   Marathon Asset Management, LP
          mcguire@lrclaw.com,  adams@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
          Matthew B. McGuire   on behalf of Plaintiff   Polygon Distressed Opportunities Master Fund
          mcguire@lrclaw.com,  adams@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
          Matthew B. McGuire   on behalf of Plaintiff   Polygon Convertible Opportunity Master Fund
          mcguire@lrclaw.com,  adams@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
          Matthew B. McGuire   on behalf of Interested Party   Alcoa Inc. mcguire@lrclaw.com,
          adams@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
          Matthew B. McGuire   on behalf of Creditor   NextEra Energy Resources, LLC mcguire@lrclaw.com,
          adams@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Matthew B. McGuire   on behalf of Creditor   FPL Energy Pecos Wind I, LP, FLP Energy Pecos Wind
   II, LP, and NWP Indian Mesa Wind Farm, L.P. mcguire@lrclaw.com,
   adams@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
Matthew C. Brown   on behalf of Interested Party   Ad Hoc Group of TCEH Unsecured Noteholders
   mbrown@whitecase.com
Matthew J. Troy   on behalf of Creditor   United States of America matthew.troy@usdoj.gov
Meredith A. Lahaie   on behalf of Interested Party   Ad Hoc Committee of EFIH Unsecured
   Noteholders mlahaie@akingump.com
Meredith A. Lahaie   on behalf of Interested Party   EFIH Second Lien DIP Commitment Parties
   mlahaie@akingump.com
Michael  Schein   on behalf of Creditor   First Union Rail Corporation mschein@vedderprice.com,
   ecfnydocket@vedderprice.com
Michael D. DeBaecke   on behalf of Interested Party   Wilmington Trust, N.A.
   debaecke@blankrome.com
Michael David Debaecke   on behalf of Defendant   Wilmington Trust, N.A. as First Lien Collateral
   Agent and First Lien Administrative Agent debaecke@blankrome.com,  moody@ecf.inforuptcy.com
Michael David Debaecke   on behalf of Interested Party   Wilmington Trust, N.A.
   debaecke@blankrome.com,  moody@ecf.inforuptcy.com
Michael David Debaecke   on behalf of Defendant   Wilmington Trust, N.A., as First Lien
   Collateral Agent debaecke@blankrome.com,  moody@ecf.inforuptcy.com
Michael G. Busenkell   on behalf of Creditor   Polygon Distressed Opportunities Master Fund
   mbusenkell@gsbblaw.com
Michael G. Busenkell   on behalf of Interested Party   Subsequent Settling EFIH PIK Noteholders
   comprised of: York Capital Management Global Advisors, LLC; P. Schoenfeld Asset Management L.P.;
   mbusenkell@gsbblaw.com
Michael G. Busenkell   on behalf of Interested Party   Tannor Partners Credit Fund LP
   mbusenkell@gsbblaw.com
Michael G. Busenkell   on behalf of Creditor   Marathon Asset Management, LP
   mbusenkell@gsbblaw.com
Michael G. Busenkell   on behalf of Creditor   Knife River Corporation-South
   mbusenkell@gsbblaw.com
Michael G. Busenkell   on behalf of Creditor   Polygon Convertible Opportunity Master Fund
   mbusenkell@gsbblaw.com
Michael G. Busenkell   on behalf of Interested Party   York Capital Management Global Advisors,
   LLC and P. Schoenfeld Asset Management L.P. mbusenkell@gsbblaw.com
Michael G. Busenkell   on behalf of Creditor   Mudrick Capital Management, L.P.
   mbusenkell@gsbblaw.com
Michael G. Busenkell   on behalf of Creditor   Aurelius Capital Management, LP
   mbusenkell@gsbblaw.com
Michael G. Busenkell   on behalf of Interested Party   Marathon Asset Management, LP
   mbusenkell@gsbblaw.com
Michael G. Busenkell   on behalf of Other Prof.   Ad Hoc Group of Non-Settling EFIH PIK
   Noteholders comprised of York Capital Management Global Advisors, LLC, P. Schoenfeld Asset
   Management L.P., Polygon Convertible Opportunity Master Fund, Polygon D mbusenkell@gsbblaw.com
Michael Joseph Joyce   on behalf of Creditor   Certain funds and accounts advised or sub-advised
   by Fidelity Management & Research Company or its affiliates mjoyce@crosslaw.com,
   smacdonald@crosslaw.com
Michael Joseph Joyce   on behalf of Interested Party   certain funds and accounts advised or
   sub-advised by Fidelity Management & Research Company or its affiliates mjoyce@crosslaw.com,
   smacdonald@crosslaw.com
Michael L. Atchley   on behalf of Creditor   Tarrant Regional Water District
   matchley@popehardwicke.com
Michael L. Atchley   on behalf of Creditor   Northeast Texas Municipal Water District
   matchley@popehardwicke.com
Michelle  McMahon   on behalf of Interested Party   Indenture Trustee and the EFIH 2nd Lien
   Objectors michelle.mcmahon@bryancave.com,  dortiz@bryancave.com
Monica S. Blacker   on behalf of Attorney   Jackson Walker LLP mblacker@jw.com,  tsalter@jw.com
Monica S. Blacker   on behalf of Interested Party   HOLT Texas, Ltd. d/b/a Holt Cat
   mblacker@jw.com,  tsalter@jw.com
Natalie D. Ramsey   on behalf of Creditor Committee   The Official Committee of Unsecured
   Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
   Finance, Inc., and EECI, Inc. (EFH Committee) nramsey@mmwr.com,  BankECF@mmwr.com
Natasha  M. Songonuga   on behalf of Creditor   Veolia ES Industrial Services, Inc.
   nsongonuga@gibbonslaw.com
Neil B. Glassman   on behalf of Interested Party   CSC Trust Company of Delaware, as Successor
   Trustee under the TCEH 11.5% Senior Secured Notes Indenture bankserve@bayardlaw.com,
   nglassman@bayardlaw.com;sbreckenridge@bayardlaw.com;sbreckenridge@bayardlaw.com;jalberto@bayardla
   w.com;bankserve@bayardlaw.com
Neil B. Glassman   on behalf of Plaintiff   Delaware Trust Company, as TCEH First Lien Indenture
   Trustee bankserve@bayardfirm.com,  nglassman@bayardfirm.com
Neil B. Glassman   on behalf of Interested Party   Delaware Trust Company
   bankserve@bayardfirm.com,  nglassman@bayardfirm.com
Nicholas J. Brannick   on behalf of Interested Party   CSC Trust Company of Delaware as Successor
   Indenture Trustee nbrannick@coleschotz.com,
   bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
   otz.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Nicholas J. Brannick    on behalf of Plaintiff    Delaware Trust Company nbrannick@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
              Nicholas J. Brannick    on behalf of Interested Party    CSC Trust Company of Delaware, as
              successor indenture trustee and collateral trustee nbrannick@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
              Nick S. Kaluk, III    on behalf of Financial Advisor    Evercore Group L.L.C. nskaluk@debevoise.com,
              amcdermott@debevoise.com
              Nicole D. Mignone    on behalf of Interested Party    Public Utility Commission of Texas
              nicole.mignone@texasattorneygeneral.gove
              Norman L. Pernick    on behalf of Plaintiff    Delaware Trust Company npernick@coleschotz.com,
              pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
              otz.com
              Norman L. Pernick    on behalf of Interested Party    CSC Trust Company of Delaware, as successor
              indenture trustee and collateral trustee npernick@coleschotz.com,
              pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
              otz.com
              Norman L. Pernick    on behalf of Interested Party    Delaware Trust Company, f/k/a CSC Trust
              Company of Delaware, as Indenture Trustee npernick@coleschotz.com,
              pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
              otz.com
              Norman L. Pernick    on behalf of Interested Party    CSC Trust Company of Delaware as Successor
              Indenture Trustee npernick@coleschotz.com,
              pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
              otz.com
              Norman L. Pernick    on behalf of Plaintiff    Delaware Trust Company, as Indenture Trustee and
              Collateral Trustee, npernick@coleschotz.com,
              pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
              otz.com
              Owen M. Sonik    on behalf of Creditor    Galena Park Independent School District osonik@pbfcm.com,
              tpope@pbfcm.com;osonik@ecf.inforuptcy.com
              Owen M. Sonik    on behalf of Creditor    Certain Texas Taxing Entities osonik@pbfcm.com,
              tpope@pbfcm.com;osonik@ecf.inforuptcy.com
              Patricia Williams Prewitt    on behalf of Creditor    Kinder Morgan Tejas Pipeline LLC
              pwp@pattiprewittlaw.com
              Patricia Williams Prewitt    on behalf of Creditor    El Paso Natural Gas Company
              pwp@pattiprewittlaw.com
              Patricia Williams Prewitt    on behalf of Creditor    Targa Gas Marketing LLC
              pwp@pattiprewittlaw.com
              Patricia Williams Prewitt    on behalf of Creditor    Kinder Morgan Texas Pipeline LLC
              pwp@pattiprewittlaw.com
              Pauline K. Morgan    on behalf of Interested Party    Ad Hoc Committee of TCEH First Lien Creditors
              bankfilings@ycst.com
              Peter J. Keane    on behalf of Interested Party    EFIH Second Lien Notes Indenture Trustee & EFIH
              Second Lien Group pkeane@pszjlaw.com
              Peter Jonathon Young    on behalf of Debtor    Energy Future Holdings Corp. pyoung@proskauer.com
              Peter M. Gilhuly    on behalf of Interested Party    Ernst & Young LLP peter.gilhuly@lw.com,
              adam.malatesta@lw.com
              R. Karl Hill    on behalf of Creditor    Liberty Mutual Insurance Co. khill@svglaw.com,
              cday@svglaw.com
              R. Stephen McNeill    on behalf of Interested Party    Deutsche Bank AG New York Branch
              bankruptcy@potteranderson.com, bankruptcy@potteranderson.com
              R. Stephen McNeill    on behalf of Interested Party    Deutsche Bank Securities Inc.
              bankruptcy@potteranderson.com, bankruptcy@potteranderson.com
              Rachel Obaldo    on behalf of Creditor    Texas Comptroller of Public Accounts
              bk-robaldo@texasattorneygeneral.gov, sherri.simpson@texasattorneygeneral.gov
              Rachel Ringer    on behalf of Interested Party    Computershare Trust Company, N.A. and
              Computershare Trust Company of Canada, in their capacity as indenture trustee, for the second
              lien notes and the holders thereof. rringer@kramerlevin.com,
              AByowitz@kramerlevin.com;NHertzBunzl@kramerlevin.com;SSchmidt@kramerlevin.com;TPeretz@kramerlevin
              .com;RMark@kramerlevin.com;GFrenzel@kramerlevin.com
              Rachel B. Mersky    on behalf of Creditor    Top Line Rental , LLC rmersky@monlaw.com
              Raymond Howard Lemisch    on behalf of Interested Party    UMB Bank, N.A., as indenture trustee
              rlemisch@klehr.com
              Raymond Howard Lemisch    on behalf of Defendant    UMB Bank, N.A., as indenture trustee
              rlemisch@klehr.com
              Raymond Howard Lemisch    on behalf of Creditor    UMB Bank, N.A. rlemisch@klehr.com
              Rebecca A. Hayes    on behalf of Creditor    UMB Bank, N.A. rhayes@foley.com
              Rebecca A. Hayes    on behalf of Interested Party    UMB Bank, N.A., as indenture trustee
              rhayes@foley.com
              Reed A. Heiligman    on behalf of Interested Party    PI Law Firms rheiligman@fgllp.com,
              ccarpenter@fgllp.com
              Reed A. Heiligman    on behalf of Creditor    Experian Information Solutions, Inc.
              rheiligman@fgllp.com, ccarpenter@fgllp.com
              Reed A. Heiligman    on behalf of Creditor    Experian Marketing Solutions, Inc.
              rheiligman@fgllp.com, ccarpenter@fgllp.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Richard A. Barkasy   on behalf of Creditor     CCP Credit Acquisition Holdings, L.L.C.
              rbarkasy@schnader.com
              Richard A. Barkasy   on behalf of Creditor     Centerbridge Special Credit Partners, II, L.P.
              rbarkasy@schnader.com
              Richard A. Barkasy   on behalf of Creditor     Centerbridge Special Credit Partners, L.P.
              rbarkasy@schnader.com
              Richard A. Robinson   on behalf of Creditor     The Bank of New York Mellon, solely in its capacity
              as Trustee under the Enumerated Trust Agreements rrobinson@reedsmith.com
              Richard G. Mason   on behalf of Interested Party     Interest Holders rcstrauss@wlrk.com
              Richard G. Mason   on behalf of Interested Party     Texas Energy Future Capital Holdings LLC,
              Texas Energy Future Holdings Limited Partnership, and Certain Other Direct or Indirect Holders
              of Equity Interests in Energy Future Holdings Corp. rcstrauss@wlrk.com
              Richard L. Schepacarter   on behalf of U.S. Trustee     United States Trustee
              richard.schepacarter@usdoj.gov
              Risa Lynn Wolf-Smith   on behalf of Creditor     Cloud Peak Energy Resources LLC
              rwolf@hollandhart.com,     lmlopezvelasquez@hollandhart.com;BMain@hollandhart.com
              Robert  Szwajkos   on behalf of Creditor     FLSmidth Inc. rsz@curtinheefner.com
              Robert  Szwajkos   on behalf of Creditor     FLSMIDTH USA INC rsz@curtinheefner.com
              Robert J. Feinstein   on behalf of Defendant     Computershare Trust Company, N.A.
              rfeinstein@pszjlaw.com
              Robert J. Feinstein   on behalf of Defendant     Computershare Trust Company of Canada
              rfeinstein@pszjlaw.com
              Robert J. Feinstein   on behalf of Interested Party     Computershare Trust Company, N.A., and
              Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
              Secured Second Lien Notes due 2021 and the 11.75% Senio rfeinstein@pszjlaw.com
              Robert J. Feinstein   on behalf of Interested Party     Indenture Trustee and the EFIH 2nd Lien
              Objectors rfeinstein@pszjlaw.com
              Robert K. Malone   on behalf of Interested Party     CITIBANK, N.A. robert.malone@dbr.com,
              brian.morgan@dbr.com
              Ryan M. Bartley   on behalf of Interested Party     Ad Hoc Committee of TCEH First Lien Creditors
              bankfilings@ycst.com
              Sabrina L. Streusand   on behalf of Interested Party Allen   Shrode streusand@slollp.com,
              prentice@slollp.com
              Samuel Lee Moultrie   on behalf of Creditor     RailWorks Track System, Inc. smoultrie@wlblaw.com
              Scott D. Cousins   on behalf of Interested Party     Ad Hoc Committee of EFIH Unsecured Noteholders
              scousins@bayardlaw.com,     lmorton@bayardlaw.com;tstoner@bayardlaw.com
              Scott D. Cousins   on behalf of Intervenor-Defendant     Ad Hoc Committee of EFIH Unsecured
              Noteholders scousins@bayardlaw.com,     lmorton@bayardlaw.com;tstoner@bayardlaw.com
              Scott D. Cousins   on behalf of Interested Party     EFIH Second Lien DIP Commitment Parties
              scousins@bayardlaw.com,     lmorton@bayardlaw.com;tstoner@bayardlaw.com
              Sean A. O'Neal   on behalf of Interested Party     J. Aron & Company soneal@cgsh.com,
              maofiling@cgsh.com;afee@cgsh.com
              Sean A. O'Neal   on behalf of Interested Party     J Aron & Company soneal@cgsh.com,
              maofiling@cgsh.com;afee@cgsh.com
              Sean M. Brennecke   on behalf of Creditor     UMB Bank, N.A. sbrennecke@klehr.com,     state@klehr.com
              Shanti M. Katona   on behalf of Creditor Committee     The Official Committee of Unsecured
              Creditors skatona@polsinelli.com,     LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
              Shawn M. Christianson   on behalf of Creditor     Oracle America, Inc. schristianson@buchalter.com,
              cmcintire@buchalter.com
              Simon E. Fraser   on behalf of Interested Party     J Aron & Company sfraser@cozen.com
              Simon E. Fraser   on behalf of Defendant     Morgan Stanley Capital Group, Inc. sfraser@cozen.com
              Stacey  Kremling   on behalf of Creditor     2603 Augusta Investors, LP stacey@womaclaw.com
              Stacy L. Newman   on behalf of Interested Party     Wilmington Savings Fund Society, FSB, in its
              capacity as successor Indenture Trustee snewman@ashby-geddes.com
              Stanley B. Tarr   on behalf of Interested Party     Wilmington Trust, N.A. tarr@blankrome.com,
              moody@ecf.inforuptcy.com
              Stephanie  Wickouski   on behalf of Interested Party     Indenture Trustee and the EFIH 2nd Lien
              Objectors stephanie.wickouski@bryancave.com,     dortiz@bryancave.com
              Stephanie  Wickouski   on behalf of Interested Party     Computershare Trust Company, N.A., and
              Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
              Secured Second Lien Notes due 2021 and the 11.75% Senio stephanie.wickouski@bryancave.com,
              dortiz@bryancave.com
              Stephanie  Wickouski   on behalf of Defendant     Computershare Trust Company of Canada
              stephanie.wickouski@bryancave.com,     dortiz@bryancave.com
              Stephanie  Wickouski   on behalf of Defendant     Computershare Trust Company, N.A.
              stephanie.wickouski@bryancave.com,     dortiz@bryancave.com
              Stephen  Karotkin   on behalf of Plaintiff     Third Avenue Management LLC
              stephen.karotkin@weil.com,     frank.grese@weil.com
              Stephen  Karotkin   on behalf of Plaintiff     GSO Capital Partners LP stephen.karotkin@weil.com,
              frank.grese@weil.com
              Stephen  Karotkin   on behalf of Plaintiff     Avenue Capital Management II, LP
              stephen.karotkin@weil.com,     frank.grese@weil.com
              Stephen  Karotkin   on behalf of Plaintiff     P. Schoenfeld Asset Management LP
              stephen.karotkin@weil.com,     frank.grese@weil.com
              Stephen  Karotkin   on behalf of Plaintiff     York Capital Management Global Advisors, LLC
              stephen.karotkin@weil.com,     frank.grese@weil.com
              Stephen A. Spence   on behalf of Interested Party     Fee Committee sas@pgslaw.com,     saa@pgslaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Stephen C. Stapleton    on behalf of Creditor    Atmos Energy Corporation
          sstapleton@cowlesthompson.com
          Stephen D Lerner    on behalf of Interested Party    ArcelorMittal USA LLC
          stephen.lerner@squirepb.com
          Stephen M. Miller    on behalf of Creditor    Law Debenture Trust Company of New York, in its
          capacity as Indenture Trustee smiller@morrisjames.com,
          wweller@morrisjames.com;jdawson@morrisjames.com
          Stephen W. Spence    on behalf of Fee Examiner Richard Gitlin ss@pgslaw.com,  saa@pgslaw.com
          Stephen W. Spence    on behalf of Attorney    Phillips, Goldman & Spence, P.A. ss@pgslaw.com,
          saa@pgslaw.com
          Stephen W. Spence    on behalf of Interested Party    Fee Committee ss@pgslaw.com, saa@pgslaw.com
          Steven A. Ginther    on behalf of Creditor    Missouri Department of Revenue deecf@dor.mo.gov
          Steven K. Kortanek    on behalf of Interested Party    CenterPoint Energy Resources Corp.
          skortanek@wcsr.com, hsasso@wcsr.com;jwray@wcsr.com;nturner@wcsr.com
          Steven K. Kortanek    on behalf of Interested Party    CenterPoint Energy Houston Electric, LLC
          skortanek@wcsr.com, hsasso@wcsr.com;jwray@wcsr.com;nturner@wcsr.com
          Susan E. Kaufman    on behalf of Creditor    Tarrant Regional Water District
          skaufman@skaufmanlaw.com
          Theodore J. Tacconelli    on behalf of Interested Party    Titus County Appraisal District
          ttacconelli@ferryjoseph.com
          Theodore J. Tacconelli    on behalf of Interested Party    Rusk County Appraisal District
          ttacconelli@ferryjoseph.com
          Theodore J. Tacconelli    on behalf of Creditor    Freestone County, Texas
          ttacconelli@ferryjoseph.com
          Theodore J. Tacconelli    on behalf of Interested Party    Freestone County Appraisal District
          ttacconelli@ferryjoseph.com
          Theodore J. Tacconelli    on behalf of Interested Party    Robertson County Appraisal District
          ttacconelli@ferryjoseph.com
          Thomas F. Driscoll, III    on behalf of Debtor    Energy Future Holdings Corp.
          tdriscoll@bifferato.com,  mdunwody@bifferato.com
          Thomas J. Moloney    on behalf of Interested Party    J Aron & Company tmoloney@cgsh.com
          Thomas J. Moloney    on behalf of Interested Party    J. Aron & Company tmoloney@cgsh.com
          Thomas Ross Hooper    on behalf of Defendant    Wilmington Trust, N.A., as First Lien Collateral
          Agent hooper@sewkis.com
          Thomas Ross Hooper    on behalf of Interested Party    Wilmington Trust, N.A. hooper@sewkis.com
          Thomas Ross Hooper    on behalf of Defendant    Wilmington Trust, N.A. as First Lien Collateral
          Agent and First Lien Administrative Agent hooper@sewkis.com
          Tina Niehold Moss    on behalf of Interested Party    Delaware Trust Company as Successor Trustee
          under the TCEH 11.5% Senior Secured Notes Indenture tmoss@perkinscoie.com,
          nvargas@perkinscoie.com
          Tina Niehold Moss    on behalf of Interested Party    Delaware Trust Company, f/k/a CSC Trust
          Company of Delaware, as Indenture Trustee tmoss@perkinscoie.com,  nvargas@perkinscoie.com
          Tina Niehold Moss    on behalf of Creditor    The Bank of New York Mellon, as Indenture Trustee
          tmoss@perkinscoie.com,  nvargas@perkinscoie.com
          Tobey M. Daluz    on behalf of Defendant    Pyramis Global Advisors Trust Company
          daluzt@ballardspahr.com
          Tobey M. Daluz    on behalf of Defendant    Fidelity Management & Research Company
          daluzt@ballardspahr.com
          Tobey M. Daluz    on behalf of Defendant    Fidelity Advisor Series I: Fidelity Advisor High Income
          Advantage Fund daluzt@ballardspahr.com
          Tobey M. Daluz    on behalf of Defendant    Fidelity Advisor Series II: Fidelity Advisor Strategic
          Income Fund daluzt@ballardspahr.com
          Tobey M. Daluz    on behalf of Defendant    Japan Trustee Services Bank Ltd. as trustee of Fidelity
          High Yield Bond Open Mother Fund daluzt@ballardspahr.com
          Tobey M. Daluz    on behalf of Defendant    Fidelity Puritan Trust: Fidelity Puritan Fund
          daluzt@ballardspahr.com
          Tobey M. Daluz    on behalf of Defendant    Fidelity Global Bond Series  US Dollar Monthly Income
          US High Yield Pool daluzt@ballardspahr.com
          Tobey M. Daluz    on behalf of Defendant    Fidelity Management & Research Company as Investment
          Manager for Japan Trustee Services Bank, Ltd. Re: Fidelity High Yield Bond Open Mother Fund
          daluzt@ballardspahr.com
          Tobey M. Daluz    on behalf of Defendant    Master Trust Bank of Japan daluzt@ballardspahr.com
          Tobey M. Daluz    on behalf of Defendant    Variable Insurance Products Fund V: Strategic Income
          Portfolio daluzt@ballardspahr.com
          Tobey M. Daluz    on behalf of Defendant    Fidelity Investments Canada ULC daluzt@ballardspahr.com
          Tobey M. Daluz    on behalf of Defendant    FIL Investments International (FII)
          daluzt@ballardspahr.com
          Tobey M. Daluz    on behalf of Defendant    Fidelity Summer Street Trust: Fidelity Global High
          Income Fund daluzt@ballardspahr.com
          Tobey M. Daluz    on behalf of Defendant    Fidelity School Street Trust: Fidelity Strategic Income
          daluzt@ballardspahr.com
          Tobey M. Daluz    on behalf of Defendant    Japan Trustee Services Bank, Ltd. as trustee of
          Fidelity Strategic Income Mother Fund daluzt@ballardspahr.com
          Tobey M. Daluz    on behalf of Defendant    Fidelity Investments daluzt@ballardspahr.com
          Tobey M. Daluz    on behalf of Defendant    Fidelity Summer Street Trust: Fidelity Capital & Income
          Fund daluzt@ballardspahr.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Todd Charles Schiltz, Esq   on behalf of Interested Party   CSC Trust Company of Delaware, as
               successor indenture trustee and collateral trustee todd.schiltz@dbr.com,
               cathlyn.cantelmi@dbr.com;marita.erbeck@dbr.com;Jennifer.Roussil@dbr.com
              Todd Jeffrey Rosen   on behalf of Interested Party   TCEH Debtors todd.rosen@mto.com
              Traci L. Cotton   on behalf of Creditor   UT System obo UT at Arlington tcotton@utsystem.edu
              Tyler D. Semmelman    on behalf of Debtor    EECI, Inc. semmelman@rlf.com,  rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    LSGT Gas Company LLC semmelman@rlf.com,
               rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    NCA Development Company LLC semmelman@rlf.com,
               rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Luminant Renewables Company LLC semmelman@rlf.com,
               rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Luminant Mining Company LLC semmelman@rlf.com,
               rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Eagle Mountain Power Company LLC semmelman@rlf.com,
               rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    TXU Energy Receivables Company LLC semmelman@rlf.com,
               rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    TXU Retail Services Company LLC semmelman@rlf.com,
               rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    TXU Electric Company, Inc. semmelman@rlf.com,
               rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Martin Lake 4 Power Company LLC semmelman@rlf.com,
               rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Energy Future Intermediate Holding Company LLC
               semmelman@rlf.com,  rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Lone Star Energy Company, Inc. semmelman@rlf.com,
               rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Texas Competitive Electric Holdings Company LLC
               semmelman@rlf.com,  rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Energy Future Competitive Holdings Company LLC
               semmelman@rlf.com,  rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Energy Future Holdings Corp. semmelman@rlf.com,
               rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Big Brown 3 Power Company LLC semmelman@rlf.com,
               rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Tradinghouse 3 & 4 Power Company LLC semmelman@rlf.com,
               rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Generation Development Company LLC semmelman@rlf.com,
               rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Oak Grove Mining Company LLC semmelman@rlf.com,
               rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Brighten Energy LLC semmelman@rlf.com,  rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Texas Electric Service Company, Inc. semmelman@rlf.com,
               rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Luminant Generation Company LLC semmelman@rlf.com,
               rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Generation SVC Company semmelman@rlf.com,
               rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Luminant Mineral Development Company LLC
               semmelman@rlf.com,  rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Texas Utilities Company, Inc. semmelman@rlf.com,
               rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    TXU SEM Company semmelman@rlf.com,  rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Southwestern Electric Service Company, Inc.
               semmelman@rlf.com,  rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    EFH FS Holdings Company semmelman@rlf.com,
               rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Defendant    EFIH Finance Inc. semmelman@rlf.com,
               rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    4Change Energy Holdings LLC semmelman@rlf.com,
               rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Sandow Power Company LLC semmelman@rlf.com,
               rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    EFH Renewables Company LLC semmelman@rlf.com,
               rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Valley Power Company LLC semmelman@rlf.com,
               rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    EFH CG Management Company LLC semmelman@rlf.com,
               rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Attorney    Kirkland & Ellis LLP semmelman@rlf.com,
               rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Generation MT Company LLC semmelman@rlf.com,
               rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Luminant ET Services Company semmelman@rlf.com,
               rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    TCEH Finance, Inc. semmelman@rlf.com,  rbgroup@rlf.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
           Tyler D. Semmelman    on behalf of Debtor    Morgan Creek 7 Power Company LLC semmelman@rlf.com,
                rbgroup@rlf.com
           Tyler D. Semmelman    on behalf of Debtor    NCA Resources Development Company LLC
                semmelman@rlf.com,  rbgroup@rlf.com
           Tyler D. Semmelman    on behalf of Debtor    Big Brown Lignite Company LLC semmelman@rlf.com,
                rbgroup@rlf.com
           Tyler D. Semmelman    on behalf of Debtor    Texas Energy Industries Company, Inc.
                semmelman@rlf.com,  rbgroup@rlf.com
           Tyler D. Semmelman    on behalf of Debtor    TXU Energy Retail Company LLC semmelman@rlf.com,
                rbgroup@rlf.com
           Tyler D. Semmelman    on behalf of Debtor    Dallas Power & Light Company, Inc. semmelman@rlf.com,
                rbgroup@rlf.com
           Tyler D. Semmelman    on behalf of Debtor    DeCordova Power Company LLC semmelman@rlf.com,
                rbgroup@rlf.com
           Tyler D. Semmelman    on behalf of Debtor    Monticello 4 Power Company LLC semmelman@rlf.com,
                rbgroup@rlf.com
           Tyler D. Semmelman    on behalf of Debtor    Lake Creek 3 Power Company LLC semmelman@rlf.com,
                rbgroup@rlf.com
           Tyler D. Semmelman    on behalf of Debtor    Luminant Big Brown Mining Company LLC
                semmelman@rlf.com,  rbgroup@rlf.com
           Tyler D. Semmelman    on behalf of Debtor    Tradinghouse Power Company LLC semmelman@rlf.com,
                rbgroup@rlf.com
           Tyler D. Semmelman    on behalf of Debtor    Luminant Energy Company LLC semmelman@rlf.com,
                rbgroup@rlf.com
           Tyler D. Semmelman    on behalf of Debtor    Luminant Holding Company LLC semmelman@rlf.com,
                rbgroup@rlf.com
           Tyler D. Semmelman    on behalf of Debtor    EBASCO SERVICES OF CANADA LIMITED semmelman@rlf.com,
                rbgroup@rlf.com
           Tyler D. Semmelman    on behalf of Debtor    EFIH Finance Inc. semmelman@rlf.com,  rbgroup@rlf.com
           Tyler D. Semmelman    on behalf of Debtor    Collin Power Company LLC semmelman@rlf.com,
                rbgroup@rlf.com
           Tyler D. Semmelman    on behalf of Debtor    Texas Power & Light Company, Inc. semmelman@rlf.com,
                rbgroup@rlf.com
           Tyler D. Semmelman    on behalf of Debtor    Oak Grove Power Company LLC semmelman@rlf.com,
                rbgroup@rlf.com
           Tyler D. Semmelman    on behalf of Debtor    TXU Energy Solutions Company LLC semmelman@rlf.com,
                rbgroup@rlf.com
           Tyler D. Semmelman    on behalf of Debtor    Brighten Holdings LLC semmelman@rlf.com,
                rbgroup@rlf.com
           Tyler D. Semmelman    on behalf of Debtor    Big Brown Power Company LLC semmelman@rlf.com,
                rbgroup@rlf.com
           Tyler D. Semmelman    on behalf of Debtor    TXU Receivables Company semmelman@rlf.com,
                rbgroup@rlf.com
           Tyler D. Semmelman    on behalf of Debtor    Valley NG Power Company LLC semmelman@rlf.com,
                rbgroup@rlf.com
           Tyler D. Semmelman    on behalf of Debtor    LSGT SACROC, Inc. semmelman@rlf.com,  rbgroup@rlf.com
           Tyler D. Semmelman    on behalf of Debtor    EFH CG Holdings Company LP semmelman@rlf.com,
                rbgroup@rlf.com
           Tyler D. Semmelman    on behalf of Debtor    Oak Grove Management Company LLC semmelman@rlf.com,
                rbgroup@rlf.com
           Tyler D. Semmelman    on behalf of Debtor    EFH Australia (No. 2) Holdings Company
                semmelman@rlf.com,  rbgroup@rlf.com
           Tyler D. Semmelman    on behalf of Debtor    EFH Finance (No. 2) Holdings Company semmelman@rlf.com,
                rbgroup@rlf.com
           Tyler D. Semmelman    on behalf of Debtor    DeCordova II Power Company LLC semmelman@rlf.com,
                rbgroup@rlf.com
           Tyler D. Semmelman    on behalf of Debtor    4Change Energy Company semmelman@rlf.com,
                rbgroup@rlf.com
           Tyler D. Semmelman    on behalf of Defendant   Energy Future Intermediate Holding Company LLC
                semmelman@rlf.com,  rbgroup@rlf.com
           Tyler D. Semmelman    on behalf of Debtor    Luminant Energy Trading California Company
                semmelman@rlf.com,  rbgroup@rlf.com
           Tyler D. Semmelman    on behalf of Debtor    EEC Holdings, Inc. semmelman@rlf.com,  rbgroup@rlf.com
           Tyler D. Semmelman    on behalf of Debtor    Lone Star Pipeline Company, Inc. semmelman@rlf.com,
                rbgroup@rlf.com
           United States Trustee    USTPREGION03.WL.ECF@USDOJ.GOV
           Vincent E. Lazar    on behalf of Spec. Counsel   Energy Future Intermediate Holding Company LLC
                vlazar@jenner.com
           Ward W. Benson    on behalf of Creditor    UNITED STATES OF AMERICA wardlow.w.benson@usdoj.gov,
                Eastern.Taxcivil@usdoj.gov
           Warren A. Usatine    on behalf of Interested Party   CSC Trust Company of Delaware, as successor
                indenture trustee and collateral trustee wusatine@coleschotz.com
           Wendy B. Reilly    on behalf of Creditor    Evercore Group LLC wbreilly@debevoise.com,
                mao-bk-ecf@debevoise.com
           Wendy G. Marcari    on behalf of Interested Party   Benbrooke Electric Partners, LLC
                wmarcari@ebglaw.com,  nyma@ebglaw.com
           William A. Hazeltine    on behalf of Creditor    Mastercraft Printed Products & Services, Inc.
                Bankruptcy001@sha-llc.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          William A. Romanowicz    on behalf of Debtor    Big Brown 3 Power Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Energy Future Competitive Holdings Company LLC
            rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Brighten Energy LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Texas Utilities Electric Company, Inc.
            rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    EFH CG Management Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Energy Future Intermediate Holding Company LLC
            rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    EFH CG Holdings Company LP rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    EFH Australia (No. 2) Holdings Company
            rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Southwestern Electric Service Company, Inc.
            rbgroup@rlf.com
          William A. Romanowicz    on behalf of Defendant    Energy Future Intermediate Holding Company LLC
            rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    EFH Corporate Services Company rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Tradinghouse Power Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    TXU Energy Retail Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    LSGT Gas Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    EFH FS Holdings Company rbgroup@rlf.com
          William A. Romanowicz    on behalf of Defendant    EFIH Finance Inc. rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Brighten Holdings LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Eagle Mountain Power Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    EEC Holdings, Inc. rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Generation Development Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    DeCordova Power Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Tradinghouse 3 & 4 Power Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Texas Competitive Electric Holdings Company LLC
            rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    LSGT SACROC, Inc. rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    TXU Energy Receivables Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    EFH Finance (No. 2) Holdings Company rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Energy Future Holdings Corp. rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Generation MT Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Lone Star Energy Company, Inc. rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Big Brown Power Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Luminant Renewables Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Lone Star Pipeline Company, Inc. rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    4Change Energy Holdings LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Generation SVC Company rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    EFH Renewables Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    EECI, Inc. rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Big Brown Lignite Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    TXU Electric Company, Inc. rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    4Change Energy Company rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Lake Creek 3 Power Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    EBASCO SERVICES OF CANADA LIMITED rbgroup@rlf.com
          William D. Romanowicz    on behalf of Debtor    EFIH Finance Inc. rbgroup@rlf.com
          William D. Sullivan      on behalf of Creditor   Capgemini America, Inc. wdsecfnotices@sha-llc.com
          William E Kelleher, Jr   on behalf of Creditor   Westinghouse Electric Company LLC
            wkelleher@cohenlaw.com,  mgraeb@cohenlaw.com,bfilings@cohenlaw.com,
          William E. Chipman, Jr.  on behalf of Interested Party   Ad Hoc Committee of EFIH Unsecured
            Noteholders chipman@chipmanbrown.com,  bankruptcyservice@chipmanbrown.com:dero@chipmanbrown.com
          William E. Chipman, Jr.  on behalf of Intervenor-Defendant   Ad Hoc Committee of EFIH Unsecured
            Noteholders chipman@chipmanbrown.com,  bankruptcyservice@chipmanbrown.com:dero@chipmanbrown.com
          William F. Taylor, Jr.   on behalf of Creditor   Cellco Partnership d/b/a Verizon Wireless
            bankruptcydel@mccarter.com,  bankruptcydel@mccarter.com
          William M. Hildbold      on behalf of Creditor Committee   The Official Committee of Unsecured
            Creditors WHildbold@mofo.com
          William P. Weintraub     on behalf of Creditor   Aurelius Capital Management, LP
            wweintraub@goodwinproctor.com,  zhassoun@fklaw.com
          William Pierce Bowden    on behalf of Interested Party   Wilmington Savings Fund Society, FSB, in
            its capacity as successor Indenture Trustee wbowden@ashby-geddes.com
                                                                                    TOTAL: 894