IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS ) | Case No. 14-10979 (CSS) |
| CORP., *et al.*,[1] ) | |
| ) | Jointly Administered |
| Debtors. ) | **Reference Docket No. 6833** |
| ) | |

## CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 6833

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *Third Interim Fee Application of Phillips, Goldman & Spence, P.A. for Compensation and Reimbursement of Expenses as Delaware Counsel to the Fee Committee for the Period May 1, 2015 Through August 31, 2015* (the "Application"), filed with the Court on November 2, 2015, and entered on the Court's docket as Docket No. 6833. The undersigned further certifies that he has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Application, objections to the Application were to be filed no later than November 23, 2015.

Notwithstanding the absence of objection, the applicant will not seek the entry of any order related to the Application until the Court has considered this matter at the hearing now scheduled for February 18, 2016.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the Debtors' service address is 1601 Bryan Street, Dallas, TX 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efocaseinfo.com.

Date:  January 4, 2016                PHILLIPS, GOLDMAN & SPENCE, P.A.

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Stephen W. Spence
　　　　　　　　　　　　　　　　　　　Stephen W. Spence, Esquire (DE#2033)
　　　　　　　　　　　　　　　　　　　1200 North Broom Street
　　　　　　　　　　　　　　　　　　　Wilmington, DE 19806
　　　　　　　　　　　　　　　　　　　Telephone (302) 655-4200
　　　　　　　　　　　　　　　　　　　Facsimile (302) 655-4200
　　　　　　　　　　　　　　　　　　　sws@pgslaw.com
　　　　　　　　　　　　　　　　　　　*Delaware Counsel to the Fee Committee*