IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
| | ) **Re: D.I. 7391** |

## THE EFIH DEBTORS' COUNTERDESIGNATION OF THE RECORD ON APPEAL

Pursuant to Fed. R. Bankr. P. 8009 and Del. Bankr. L.R. 8009-1, appellees Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. (the "EFIH Debtors"), respectfully submit this designation of additional items to be included in the record on appeal in connection with the appeal of Mudrick Capital Management L.P. ("Mudrick"), as an investment manager to one or more holders of the unsecured 11.25%/12.25% Senior Toggle Notes Due 2018 issued by the EFIH Debtors pursuant to the Indenture dated as of December 5, 2012, from the orders, judgments, and decrees issued by the U.S. Bankruptcy Court for the District of Delaware (Sontchi, J.) in the above-captioned chapter 11 case and/or adversary proceeding set forth in the Mudrick's *Statement Of Issues On Appeal And Designation Of Items To Be Included In The Record On Appeal* (D.I. 7391).

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

## Designation of Additional Items to be Included in the Record on Appeal[2]

In addition to the items designated for the record by Mudrick, the EFIH Debtors designate the following:

**(a)** **Documents Filed in Chapter 11 Bankruptcy Case No. 14-10979**

| Docket Number | Description |
|---|---|
| 7283 | Certification of Counsel Concerning Amended Order Confirming Sixth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code |
| 7285 | Order (Amended) Confirming The Sixth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code. |
| 7353 | Order Approving Additional Relief In Connection With Settlement Of Certain EFIH PIK Noteholder Claims. |

*[Remainder of page intentionally left blank.]*

---

[2] All items designated herein by the EFIH Debtors include all exhibits, schedules, attachments and other documents included within each docket entry for such item. The EFIH Debtors reserve the right to amend this designation of additional items to be included in the record on appeal. It is the EFIH Debtors' understanding and belief that all items designated by Mudrick include all exhibits and other documents included within each entry for such item. If this is incorrect, the EFIH Debtors hereby designate to be included in the record on appeal all exhibits and other documents related to the documents designated by Mudrick.

Dated: January 4, 2016
Wilmington, Delaware

/s/ Jason M. Madron

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
Email:  collins@rlf.com
  defranceschi@rlf.com
  madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900
Email:  edward.sassower@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Andrew R. McGaan, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200
Email:  james.sprayregen@kirkland.com
  marc.kieselstein@kirkland.com
  andrew.mcgaan@kirkland.com
  chad.husnick@kirkland.com
  steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession