## **EXHIBIT A**

**Statement of Fees and Expenses By Subject Matter**

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---:|---|---:|---:|
| 6 | [ALL] Case Administration | 32.30 | $12,312.50 |
| 8 | [ALL] Claims Administration & Objections | 91.70 | $54,891.00 |
| 9 | [ALL] Contested Matters & Adv. Proceed. | 2,912.80 | $1,936,664.00 |
| 10 | [ALL] Corp. Governance and Sec. Issues | 39.10 | $38,070.50 |
| 11 | [ALL] Exec. Contracts & Unexpired Leases | 83.80 | $47,428.00 |
| 12 | [ALL] Hearings | 762.70 | $577,661.00 |
| 14 | [ALL] K&E Retention and Fee Applications | 234.40 | $121,153.50 |
| 17 | [ALL] Non-K&E Retentions & Fee Apps | 26.10 | $16,650.50 |
| 18 | [ALL] Non-Working Travel | 271.30 | $184,764.00 |
| 21 | [ALL] Plan and Disclosure Statements | 1,178.00 | $1,071,367.50 |
| 26 | [ALL] Retiree and Employee Issues/OPEB | 141.50 | $103,813.00 |
| 29 | [ALL] Tax Issues | 275.40 | $293,763.00 |
| 30 | [ALL] U.S. Trustee Issues | 0.50 | $332.50 |
| 34 | [TCEH] Asset Dispositions and Purchases | 70.90 | $49,775.50 |
| 38 | [TCEH] Cash Collateral and DIP Financing | 8.00 | $6,996.00 |
| 42 | [TCEH] Environmental Issues | 70.30 | $53,114.50 |
| 48 | [TCEH] Non-Working Travel | 4.50 | $3,577.50 |
| 62 | [TCEH] Vendor and Other Creditor Issues | 8.20 | $4,674.00 |
| 66 | [EFIH] Cash Collat./DIP Finan./Makewhole | 24.40 | $29,043.00 |
| 68 | [EFIH] Contested Matters & Advers. Pro. | 180.20 | $139,179.00 |
| 108 | [TCEH] Exec. Contracts & Unexpired Lease | 100.80 | $70,134.00 |
| 113 | [ALL] Enforcement of TTI Rights | 138.40 | $65,960.00 |
| 115 | [TCEH] Exit Financing | 6.10 | $8,082.50 |
| **Totals:** | | **6,661.40** | **$4,889,407.00** |

| Service Description | Amount |
|---|---:|
| Third Party Telephone Charges | $6,660.61 |
| Standard Copies or Prints | $1,257.10 |
| Binding | $0.00 |
| Tabs/Indexes/Dividers | $0.00 |
| Color Copies or Prints | $3,320.10 |
| Scanned Images | $0.00 |
| Production Blowbacks | $2,272.20 |
| Flash Drives | $0.00 |
| Overnight Delivery | $1,321.47 |
| Outside Messenger Services | $130.40 |
| Local Transportation | $1,229.08 |
| Travel Expense | $59,373.35 |
| Airfare | $42,058.31 |
| Transportation to/from airport | $12,148.87 |
| Travel Meals | $6,246.63 |
| Other Travel Expenses | $685.00 |
| Court Reporter Fee/Deposition | $15,109.60 |
| Other Court Costs and Fees | $656.00 |
| Working Meals/K&E and Others | $0.00 |
| Catering Expenses | $1,268.00 |
| Outside Retrieval Service | $40.98 |
| Westlaw Research | $16,263.40 |
| Overtime Transportation | $821.18 |
| Overtime Meals - Non-Attorney | $58.88 |
| Overtime Meals - Attorney | $1,345.78 |
| Secretarial Overtime | $0.00 |
| Document Services Overtime | $0.00 |
| Rental Expenses | $4,510.40 |
| Miscellaneous Office Expenses | $199.00 |
| **Total:** | **$176,976.34** |