# **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The K&E attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| James Barolo | Associate | 2014 | Litigation - General | 555.00 | 106.20 | $58,941.00 |
| Andrew Barton | Associate | 2010 | Executive Compensation | 895.00 | 0.20 | $179.00 |
| Rebecca Blake Chaikin | Associate | 2015 | Restructuring | 570.00 | 79.50 | $45,315.00 |
| Kevin Chang | Associate | 2014 | Litigation - General | 555.00 | 122.80 | $68,154.00 |
| Haley Darling | Associate | 2014 | Litigation - General | 555.00 | 3.50 | $1,942.50 |
| Alexander Davis | Associate | 2012 | Litigation - General | 710.00 | 53.30 | $37,843.00 |
| Emily Geier | Associate | 2012 | Restructuring | 795.00 | 186.90 | $148,585.50 |
| Jason Gott | Associate | 2012 | Restructuring | 730.00 | 49.40 | $36,062.00 |
| Sean Hilson | Associate | 2013 | Restructuring | 665.00 | 0.50 | $332.50 |
| Natasha Hwangpo | Associate | 2014 | Restructuring | 665.00 | 136.50 | $90,772.50 |
| Cyril V Jones | Associate | 2014 | Corporate - M&A/Private Equity | 795.00 | 39.30 | $31,243.50 |
| Lina Kaisey | Associate | 2015 | Restructuring | 570.00 | 125.90 | $71,763.00 |
| Howard Kaplan | Associate | 2011 | Litigation - General | 755.00 | 207.60 | $156,738.00 |
| Austin Klar | Associate | 2013 | Litigation - General | 635.00 | 4.30 | $2,730.50 |
| Lucas J Kline | Associate | 2009 | Litigation - General | 825.00 | 1.50 | $1,237.50 |
| Nick Laird | Associate | 2013 | Litigation - General | 635.00 | 142.40 | $90,424.00 |
| Christine Lehman | Associate | 2014 | Taxation | 605.00 | 0.80 | $484.00 |
| Jeffery Lula | Associate | 2010 | Litigation - General | 795.00 | 186.60 | $148,347.00 |
| Timothy Mohan | Associate | 2014 | Restructuring | 665.00 | 152.40 | $101,346.00 |
| Jennie Morawetz | Associate | 2013 | Environment - Transactional | 570.00 | 3.50 | $1,995.00 |
| Veronica Nunn | Associate | 2010 | Corporate - M&A/Private Equity | 845.00 | 14.30 | $12,083.50 |
| Samara L Penn | Associate | 2010 | Litigation - General | 795.00 | 1.40 | $1,113.00 |
| Jonah Peppiatt | Associate | 2015 | Restructuring | 570.00 | 12.70 | $7,239.00 |
| Carleigh T Rodriguez | Associate | 2013 | Environment - Transactional | 665.00 | 23.90 | $15,893.50 |
| Michael Saretsky | Associate | 2010 | Environment - Transactional | 570.00 | 2.70 | $1,539.00 |
| Anthony Sexton | Associate | 2011 | Taxation | 845.00 | 126.60 | $106,977.00 |
| Justin Sowa | Associate | 2013 | Litigation - General | 710.00 | 184.80 | $131,208.00 |
| Adam Stern | Associate | 2013 | Litigation - General | 710.00 | 19.10 | $13,561.00 |
| Anna Terteryan | Associate | 2014 | Litigation - General | 555.00 | 210.80 | $116,994.00 |
| McClain Thompson | Associate | 2014 | Restructuring | 570.00 | 53.50 | $30,495.00 |
| Steven Torrez | Associate | 2014 | Restructuring | 570.00 | 65.60 | $37,392.00 |
| Holly R Trogdon | Associate | 2014 | Litigation - General | 555.00 | 147.80 | $82,029.00 |
| Andrew Walker | Associate | 2014 | Corporate - General | 570.00 | 23.40 | $13,338.00 |
| Spencer A Winters | Associate | 2013 | Restructuring | 665.00 | 236.40 | $157,206.00 |
| Aparna Yenamandra | Associate | 2013 | Restructuring | 730.00 | 74.00 | $54,020.00 |
| Jack N Bernstein | Partner | 1995 | Employee Benefits | 1,025.00 | 4.00 | $4,100.00 |
| Andrew Calder, P.C. | Partner | 2003 | Corporate - M&A/Private Equity | 1,245.00 | 4.00 | $4,980.00 |
| Jeanne T Cohn-Connor | Partner | 1985 | Environment - Transactional | 955.00 | 92.30 | $88,146.50 |

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Cormac T Connor | Partner | 2002 | Litigation - Gov/Reg/Internal Investgn | 845.00 | 108.50 | $91,682.50 |
| Michael Esser | Partner | 2009 | Litigation - General | 825.00 | 210.50 | $173,662.50 |
| Gregory W Gallagher, P.C. | Partner | 1997 | Taxation | 1,275.00 | 69.40 | $88,485.00 |
| Jonathan F Ganter | Partner | 2010 | Litigation - General | 825.00 | 259.00 | $213,675.00 |
| Jeffrey M Gould | Partner | 2006 | Litigation - General | 880.00 | 13.20 | $11,616.00 |
| Warren Haskel | Partner | 2009 | Litigation - General | 825.00 | 25.40 | $20,955.00 |
| Erik Hepler | Partner | 1990 | Corporate - Debt Finance | 1,060.00 | 1.20 | $1,272.00 |
| Richard U S Howell | Partner | 2006 | Litigation - General | 880.00 | 8.40 | $7,392.00 |
| Chad J Husnick | Partner | 2004 | Restructuring | 975.00 | 203.50 | $198,412.50 |
| Ellen M Jakovic | Partner | 1985 | Litigation - Antitrust/Competition | 1,040.00 | 13.10 | $13,624.00 |
| Christopher Keegan | Partner | 2002 | Litigation - General | 855.00 | 36.50 | $31,207.50 |
| Marc Kieselstein, P.C. | Partner | 1988 | Restructuring | 1,235.00 | 179.60 | $221,806.00 |
| Michelle Kilkenney | Partner | 2002 | Corporate - Debt Finance | 1,060.00 | 10.80 | $11,448.00 |
| William A Levy, P.C. | Partner | 1988 | Taxation | 1,275.00 | 24.90 | $31,747.50 |
| Todd F Maynes, P.C. | Partner | 1988 | Taxation | 1,375.00 | 32.90 | $45,237.50 |
| Andrew R McGaan, P.C. | Partner | 1986 | Litigation - General | 1,090.00 | 206.80 | $225,412.00 |
| Mark E McKane | Partner | 1997 | Litigation - General | 1,025.00 | 223.40 | $228,985.00 |
| Amber J Meek | Partner | 2009 | Corporate - M&A/Private Equity | 930.00 | 5.00 | $4,650.00 |
| Linda K Myers, P.C. | Partner | 1990 | Corporate - Debt Finance | 1,325.00 | 54.00 | $71,550.00 |
| Michael A Petrino | Partner | 2008 | Litigation - General | 825.00 | 73.30 | $60,472.50 |
| John Pitts | Partner | 2010 | Corporate - M&A/Private Equity | 930.00 | 7.20 | $6,696.00 |
| William T Pruitt | Partner | 2004 | Litigation - General | 895.00 | 8.00 | $7,160.00 |
| Brenton A Rogers | Partner | 2007 | Litigation - General | 895.00 | 201.10 | $179,984.50 |
| Joshua Samis | Partner | 2005 | Corporate - Debt Finance | 930.00 | 8.10 | $7,533.00 |
| Edward O Sassower, P.C. | Partner | 2000 | Restructuring | 1,235.00 | 93.60 | $115,596.00 |
| Steven Serajeddini | Partner | 2010 | Restructuring | 895.00 | 163.90 | $146,690.50 |
| Joseph Serino, Jr., P.C. | Partner | 1988 | Litigation - General | 1,145.00 | 1.00 | $1,145.00 |
| James H M Sprayregen, P.C. | Partner | 1985 | Restructuring | 1,325.00 | 89.50 | $118,587.50 |
| Bryan M Stephany | Partner | 2007 | Litigation - General | 880.00 | 230.70 | $203,016.00 |
| Wayne E Williams | Partner | 2006 | Corporate - Capital Markets | 955.00 | 5.70 | $5,443.50 |
| Sara B Zablotney | Partner | 2003 | Taxation | 1,165.00 | 49.40 | $57,551.00 |
| **Grand Total** | | | | | **5,518.00** | **$4,575,445.50** |

The paraprofessionals of K&E who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Stephanie Ding | Case Assistant | 1 year | Litigation - General | 210.00 | 184.60 | $38,766.00 |
| Jason Douangsanith | Case Assistant | 6 months | Litigation - General | 195.00 | 125.10 | $24,394.50 |
| Michael S Fellner | Legal Assistant | 9.5 years | Litigation - General | 265.00 | 18.30 | $4,849.50 |
| Beth Friedman | Legal Assistant | 10 years | Restructuring | 380.00 | 7.20 | $2,736.00 |
| Jacob Goldfinger | Legal Assistant | 10 years | Restructuring | 340.00 | 22.40 | $7,616.00 |
| Paul M Jones | Legal Assistant | 3 months | Litigation - General | 330.00 | 11.60 | $3,828.00 |
| Travis J Langenkamp | Legal Assistant | 12 years | Litigation - General | 350.00 | 26.80 | $9,380.00 |
| Bella More | Legal Assistant | 14 years | Litigation - General | 360.00 | 2.50 | $900.00 |
| Carrie Oppenheim | Legal Assistant | 10 years | Restructuring | 310.00 | 0.20 | $62.00 |
| Robert Orren | Legal Assistant | 6 years | Restructuring | 310.00 | 40.10 | $12,431.00 |
| Meghan Rishel | Legal Assistant | 1 year | Litigation - General | 265.00 | 149.70 | $39,670.50 |
| Laura Saal | Legal Assistant | 12 years | Restructuring | 320.00 | 0.90 | $288.00 |
| Kenneth J Sturek | Legal Assistant | 15 years | Litigation - General | 350.00 | 136.20 | $47,670.00 |
| Colleen C Caamano | Litigation Suppt Cons | 2.5 years | Litigation - General | 310.00 | 5.40 | $1,674.00 |
| Chad M Papenfuss | Litigation Suppt Cons | 1.5 years | Litigation - General | 315.00 | 79.40 | $25,011.00 |
| Mark Cuevas | Litigation Suppt Spec | 2 years | Litigation - General | 310.00 | 19.80 | $6,138.00 |
| Stephen P Garoutte | Other | 3 years | Admin Services | 240.00 | 30.30 | $7,272.00 |
| Allison Graybill | Other | 2 years | Admin Services | 240.00 | 22.00 | $5,280.00 |
| Meg McCarthy | Project Assistant | 1 year | Litigation - General | 195.00 | 15.00 | $2,925.00 |
| Library Business Research | Research Specialist | N/A | Admin Services | 300.00 | 0.40 | $120.00 |
| Kenneth W Dyche | Trial Tech Specialist | 3 years | Litigation - General | 300.00 | 105.50 | $31,650.00 |
| Joshua L Urban | Trial Tech Specialist | 2.5 years | Litigation - General | 295.00 | 140.00 | $41,300.00 |
| **Grand Total** | | | | | **1,143.40** | **$313,961.50** |

RLF1 13626348v.1

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| | | | Total Fees Requested | | 6,661.40 | $4,889,407.00 |

RLF1 13626348v.1