# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

## ALL - Expense Summary

| Service Description | Amount |
|---|---:|
| Third Party Telephone Charges | $6,660.61 |
| Standard Copies or Prints | $1,137.00 |
| Binding | $0.00 |
| Tabs/Indexes/Dividers | $0.00 |
| Color Copies or Prints | $2,870.10 |
| Scanned Images | $0.00 |
| Production Blowbacks | $2,272.20 |
| Flash Drives | $0.00 |
| Overnight Delivery | $1,321.47 |
| Outside Messenger Services | $130.40 |
| Local Transportation | $1,229.08 |
| Travel Expense | $59,373.35 |
| Airfare | $42,058.31 |
| Transportation to/from airport | $12,148.87 |
| Travel Meals | $6,246.63 |
| Other Travel Expenses | $685.00 |
| Court Reporter Fee/Deposition | $15,109.60 |
| Other Court Costs and Fees | $656.00 |
| Working Meals/K&E and Others | $0.00 |
| Catering Expenses | $1,268.00 |
| Outside Retrieval Service | $40.98 |
| Westlaw Research | $16,263.40 |
| Overtime Transportation | $821.18 |
| Overtime Meals - Non-Attorney | $58.88 |
| Overtime Meals - Attorney | $1,345.78 |
| Secretarial Overtime | $0.00 |
| Document Services Overtime | $0.00 |
| Rental Expenses | $4,510.40 |
| Miscellaneous Office Expenses | $199.00 |
| **Total:** | **$176,406.24** |

## **TCEH - Expense Summary**

| Service Description | Amount |
|---|---|
| Standard Copies or Prints | $105.30 |
| Color Copies or Prints | $450.00 |
| **Total:** | **$555.30** |

RLF1 13626348v.1

## **EFIH - Expense Summary**

| Service Description | Amount |
|---|---:|
| Standard Copies or Prints | $14.80 |
| **Total:** | **$14.80** |