**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| Energy Future Holdings Corp., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| Debtors. | ) | (Jointly Administered) |
| | ) | **RE: Docket Nos. 1698, 1836, 2022, 2491, 2603, 3591, 4283, 5176, 5621 & 7284** |

**NINTH SUPPLEMENTAL DECLARATION OF CHRISTOPHER A. WARD, ESQ. IN SUPPORT OF APPLICATION OF THE OFFICIAL COMMITTEE OF TCEH UNSECURED CREDITORS FOR AN ORDER UNDER BANKRUPTCY CODE SECTIONS 328(a) AND 1103(a) AND BANKRUPTCY RULES 2014(a) AND 2016(b) APPROVING THE EMPLOYMENT AND RETENTION OF POLSINELLI PC *NUNC PRO TUNC* TO MAY 13, 2014, AS DELAWARE BANKRUPTCY COUNSEL AND CONFLICTS COUNSEL TO THE OFFICIAL COMMITTEE OF TCEH UNSECURED CREDITORS**

Christopher A. Ward, Esq., a shareholder of POLSINELLI PC, makes this Declaration pursuant to 28 U.S.C. § 1746 and states:

1. I am the Managing Shareholder of the Wilmington, Delaware office of POLSINELLI PC ("**Polsinelli**"), which maintains offices for the practice of law at 222 Delaware Avenue, Suite 1101, Wilmington, Delaware 19801, among 17 other locations. I also serve as Co-Chair of Polsinelli's Bankruptcy and Financial Restructuring Practice. I am an attorney-at-law, duly admitted and in good standing to practice in the State of Delaware, as well as the United States Court of Appeals for the Third Circuit, and the United States District Court for the District of Delaware.

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://efhcaseinfo.com.

2. On July 25, 2014, the Official Committee of Unsecured Creditors of Energy Future Competitive Holdings Company LLC ("**EFCH**"), EFCH's direct subsidiary, Texas Competitive Electric Holdings Company LLC and their direct and indirect subsidiaries, and EFH Corporate Services Company (the "**TCEH Committee**") filed an application [Docket No. 1698] (the "**Application**") for an order approving the employment and retention of Polsinelli as co-counsel to the TCEH Committee *nunc pro tunc* to May 13, 2014. I submitted a declaration (the "**Original Declaration**") in support of the Application for the purpose of complying with § 327(a) of chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**"), and to provide the disclosures required under Rules 2014(a) and 2016(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"). I hereby incorporate by reference the Application as if it were set forth in full herein.

3. On August 14, 2014, Polsinelli filed the *Supplemental Declaration of Christopher A. Ward, Esq., in Support of Application of the Official Committee of Unsecured Creditors for an Order Under Bankruptcy Code Sections 328(a) and 1103(a) and Bankruptcy Rules 2014(a) and 2016(b) Approving the Employment and Retention of Polsinelli PC Nunc Pro Tunc to May 13, 2014, as Co-Counsel to the Official Committee of Unsecured Creditors* [Docket No. 1836] (the "**First Supplemental Declaration**").

4. On September 15, 2014, Polsinelli filed the *Second Supplemental Declaration of Christopher A. Ward, Esq., in Support of Application of the Official Committee of Unsecured Creditors for an Order Under Bankruptcy Code Sections 328(a) and 1103(a) and Bankruptcy Rules 2014(a) and 2016(b) Approving the Employment and Retention of Polsinelli PC Nunc Pro Tunc to May 13, 2014, as Co-Counsel to the Official*

*Committee of Unsecured Creditors* [Docket No. 2022] (the "**Second Supplemental Declaration**").

5. On October 17, 2014, the Court entered the *Order Authorizing the Official Committee of Unsecured Creditors of Energy Future Holdings Corp. et al., to Retain and Employ Polsinelli PC Effective as of May 13, 2014* [Docket No. 2491] (the "**Retention Order**").

6. On October 28, 2014, Polsinelli filed the *Third Supplemental Declaration of Christopher A. Ward, Esq., in Support of Application of the Official Committee of Unsecured Creditors for an Order Under Bankruptcy Code Sections 328(a) and 1103(a) and Bankruptcy Rules 2014(a) and 2016(b) Approving the Employment and Retention of Polsinelli PC Nunc Pro Tunc to May 13, 2014, as Co-Counsel to the Official Committee of Unsecured Creditors* [Docket No. 2603] (the "**Third Supplemental Declaration**").

7. On February 19, 2015, Polsinelli filed the *Fourth Supplemental Declaration of Christopher A. Ward, Esq., in Support of Application of the Official Committee of Unsecured Creditors for an Order Under Bankruptcy Code Sections 328(a) and 1103(a) and Bankruptcy Rules 2014(a) and 2016(b) Approving the Employment and Retention of Polsinelli PC Nunc Pro Tunc to May 13, 2014, as Co-Counsel to the Official Committee of Unsecured Creditors* [Docket No. 3591] (the "**Fourth Supplemental Declaration**").

8. On April 27, 2015, Polsinelli filed the *Fifth Supplemental Declaration of Christopher A. Ward, Esq., in Support of Application of the Official Committee of Unsecured Creditors for an Order Under Bankruptcy Code Sections 328(a) and 1103(a) and Bankruptcy Rules 2014(a) and 2016(b) Approving the Employment and Retention of*

*Polsinelli PC Nunc Pro Tunc to May 13, 2014, as Co-Counsel to the Official Committee of Unsecured Creditors* [Docket No. 4283] (the "**Fifth Supplemental Declaration**").

9. On July 30, 2015, Polsinelli filed the *Sixth Supplemental Declaration of Christopher A. Ward, Esq., in Support of Application of the Official Committee of Unsecured Creditors for an Order Under Bankruptcy Code Sections 328(a) and 1103(a) and Bankruptcy Rules 2014(a) and 2016(b) Approving the Employment and Retention of Polsinelli PC Nunc Pro Tunc to May 13, 2014, as Co-Counsel to the Official Committee of Unsecured Creditors* [Docket No. 5176] (the "**Sixth Supplemental Declaration**").

10. On August 21, 2015, Polsinelli filed the *Seventh Supplemental Declaration of Christopher A. Ward, Esq., in Support of Application of the Official Committee of Unsecured Creditors for an Order Under Bankruptcy Code Sections 328(a) and 1103(a) and Bankruptcy Rules 2014(a) and 2016(b) Approving the Employment and Retention of Polsinelli PC Nunc Pro Tunc to May 13, 2014, as Co-Counsel to the Official Committee of Unsecured Creditors* [Docket No. 5621] (the "**Seventh Supplemental Declaration**").

11. On December 9, 2015, Polsinelli filed the *Eighth Supplemental Declaration of Christopher A. Ward, Esq., in Support of Application of the Official Committee of Unsecured Creditors for an Order Under Bankruptcy Code Sections 328(a) and 1103(a) and Bankruptcy Rules 2014(a) and 2016(b) Approving the Employment and Retention of Polsinelli PC Nunc Pro Tunc to May 13, 2014, as Co-Counsel to the Official Committee of Unsecured Creditors* [Docket No. 7284] (the "**Eighth Supplemental Declaration**" and collectively, the "**Supplemental Declarations**").

12. I submit this ninth supplemental declaration (the "**Supplement**") to provide the Court, the United States Trustee, the debtors and debtors in possession (the "**Debtors**"), and other interested parties with additional information related to Polsinelli's retention. During the course of these cases, Polsinelli's engagement was generally limited to Delaware bankruptcy issues and conflict matters where Morrison & Foerster LLP, co-counsel to the TCEH Committee, had a conflict. However, due to recent events in the case, the TCEH Committee has asked that Polsinelli expand the scope of its representation.

13. EFH currently owns a majority interest in Oncor Electric Delivery Company, LLC ("**Oncor**"). On September 29, 2015, Oncor, Ovation Acquisition I, LLC ("**OV1**"), Ovation Acquisition II, LLC ("**OV2**," and together with OV1, "**Ovation**"), and Shary Holdings, LLC ("**Shary**," and together with Ovation, the "**Purchasers**"), filed an application with the Public Utility Commission of Texas ("**PUCT**" or "**Commission**") for regulatory approval of a proposed transaction that contemplates Ovation's acquisition of an indirect majority interest in Oncor and reorganization of Oncor through a joint survivor merger under Chapter 10 of the Texas Business Organizations Code and certain other transactions (collectively, the "**Transaction**").

14. On December 9, 2015, the Bankruptcy Court entered an order approving the Debtors' plan of reorganization (the "**Plan**"), pursuant to which unsecured creditors of the TCEH Debtors will receive, in full and final satisfaction of their claims, consideration consisting primarily of rights to purchase common stock in reorganized EFH, pending the occurrence of the effective date of the Plan. The Commission's approval of the Transaction is a condition precedent to the effective date of the Plan.



51874997.1

15. On December 7-9, 2015, direct testimony was filed by PUCT staff and interveners, and recommendations were formally placed on the record to either reject or condition the transaction. The TCEH Committee has now sought intervention in the proceeding in order to protect the interests of its constituents.

16. The Bankruptcy Court has recognized the TCEH Committee as a body representing the interests of all unsecured creditors of the TCEH Debtors, who have a vested financial interest in the proposed Transaction pursuant to the Plan. The TCEH Committee is a fiduciary of those creditors, and thereby holds a direct and pecuniary interest in this proceeding, which cannot be adequately represented by any other existing party and which may be impacted by any determinations the PUCT makes regarding the proposed Transaction.

17. Polsinelli's Energy practice group has been monitoring the status of the PUCT proceedings since October, and the team has been summarizing all testimony filed and reviewing the status of the pending discovery. The primary people working on this matter are Anne Callenbach and Matthew Ross. Their duties have been overseen by the Chair of the Energy practice group, Frank Caro, and the Co-Chair of the Bankruptcy and Financial Restructuring practice group, Jim Bird, both of whom have extensive experience in distressed energy deals.

18. Polsinelli's Energy practice group represents energy companies, utilities, developers, lenders, and investors in connection with the acquisition, development, finance, and operation of a variety of energy facilities, including oil and gas, electric generating facilities, wind, solar, biomass and biofuel renewable energy projects. Ms. Callenbach and Mr. Ross each have nearly twenty years' experience in energy and utility

projects and have participated in many energy regulatory proceedings during their respective careers.

19. An evidentiary hearing is scheduled for January 11-15, 19, and 20 in Austin, Texas, for the presentation of witnesses and evidence regarding the Transaction. To meaningfully participate in the proceeding, Ms. Callenbach, Mr. Ross, and other members of the Energy team will review and analyze all filings made on the docket, review discovery, communicate with staff counsel and counsel for other parties, prepare and file motions and other documents, and take other actions necessary in the proceeding. Polsinelli's core bankruptcy and energy teams will review and assist as needed, and will coordinate with Morrison & Foerster to avoid any duplication of efforts or services.

20. The foregoing supplements, and hereby incorporates by reference, the Supplemental Declarations.

I certify under penalty of perjury under the laws of the United States that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct.

Dated: January 5, 2016

*/s/ Christopher A. Ward*
Christopher A. Ward (Del. Bar No. 3877)