## Exhibit E

**Summary of Total Fees Incurred and Hours Billed During the Fee Period**

RLF1 13609629v.1

| Attorney/Paraprofessional Name | Position | Department | Date of Admission | Fees Billed In this Application | Number of Rate Increases During Fee Period | Hours Billed In this Application | Hourly Rate Billed | | Fees Billed In this Application at First Interim Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| Mark D. Collins | Director | Bankruptcy | 1991 | $1,732.50 | 0 | 2.1 | | $825 | $1,732.50 |
| Daniel J. DeFranceschi | Director | Bankruptcy | 1989 | $134,100.00 | 0 | 178.8 | | $750 | $134,100.00 |
| Russell C. Silberglied | Director | Bankruptcy | 1996 | $145.00 | 0 | 0.2 | | $725 | $145.00 |
| Michael J. Merchant | Director | Bankruptcy | 1999 | $130.00 | 0 | 0.2 | | $650 | $130.00 |
| Jason M. Madron | Counsel | Bankruptcy | 2003 | $327,127.50 | 0 | 623.1 | | $525 | $327,127.50 |
| Zachary I. Shapiro | Associate | Bankruptcy | 2008 | $784.00 | 0 | 1.6 | | $490 | $784.00 |
| Marisa A. Terranova Fissel | Associate | Bankruptcy | 2009 | $3,735.00 | 0 | 8.3 | | $450 | $3,735.00 |
| Tyler D. Semmelman | Associate | Bankruptcy | 2009 | $79,200.00 | 0 | 176.0 | | $450 | $79,200.00 |
| Amanda R. Steele | Associate | Bankruptcy | 2010 | $127.50 | 0 | 0.3 | | $425 | $127.50 |
| William A. Romanowicz | Associate | Bankruptcy | 2012 | $7,762.50 | 0 | 20.7 | | $375 | $7,762.50 |
| Shawna C. Bray | Associate | Bankruptcy | 2014 | $2,705.00 | 1 | 8.3/1.8 | $250 | $350 | $2,705.00 |
| Joseph C. Barsalona, II | Associate | Bankruptcy | 2014 | $37,492.00 | 0 | 144.2 | | $260 | $37,492.00 |
| Alexander G. Najemy | Associate | Bankruptcy | 2015 | $286.00 | 0 | 1.1 | | $260 | $286.00 |
| Barbara J. Witters | Paralegal | Bankruptcy | 15 | $91,039.00 | 0 | 387.4 | | $235 | $91,039.00 |
| Lindsey A. Edinger | Paralegal | Bankruptcy | 2 | $8,624.50 | 0 | 36.7 | | $235 | $8,624.50 |
| Rebecca V. Speaker | Paralegal | Bankruptcy | 13 | $5,710.50 | 0 | 24.3 | | $235 | $5,710.50 |
| Ann Jerominski | Paralegal | Bankruptcy | 15 | $15,416.00 | 0 | 65.6 | | $235 | $15,416.00 |
| Caroline E. Dougherty | Paralegal | Bankruptcy | 1 | $470.00 | 0 | 2.0 | | $235 | $470.00 |
| Lesley Morris | CMA | Bankruptcy | 1 | $62.50 | 0 | 0.5 | | $125 | $62.50 |
| Daniel D. White | Technical/Trial Support | Litigation | 11 | $14,000.00 | 0 | 56.0 | | $250 | $14,000.00 |
| William S. Stephens | Technical/Trial Support | Litigation | 15 | $390.00 | 0 | 2.0 | | $195 | $390.00 |
| Total | | | | | | 1741.2 | | | $731,039.50 |

**TOTAL FEES** $731,039.50

RLF1 13609629v.1