## Exhibit F

**Summary of Actual and Necessary Expenses for the Fee Period**

## Summary of Actual and Necessary Expenses for the Fee Period

| Expense | Vendor (if any)[1] | Unit Cost (if applicable) | Amount |
|---|---|---|---|
| Binding | | | $15.00 |
| Business Meals | | | $7,868.64 |
| Conference Calling | | | $1,256.43 |
| Court Reporter | | | $528.00 |
| Document Retrieval | Pacer | $.10/pg. | $6,557.10 |
| Electronic Legal Research | Bloomberg & Westlaw | | $2,071.10 |
| Equipment Rental | Aquipt | | $925.44 |
| Filing/Court Fee | | | $125.00 |
| Long distance telephone charges | AT&T | | $720.02 |
| Messenger and delivery service | Parcels, Fed Ex & Blue Marble | | $1,639.19 |
| Overtime | | | $292.60 |
| Photocopying/Printing - outside vendor | Parcels | | $7,439.44 |
| Photocopying/Printing | | $.10/pg. | $10,667.50 |
| Postage | | | $10.15 |
| Travel Expense | Roadrunner Express | | $268.80 |
| **TOTAL** | | | **$40,384.41** |

---

[1] RL&F may use one or more service providers. The service providers identified herein are the primary service providers for the categories described.

RLF1 13609629v.1