## Exhibit G

## Summary of Fees and Expenses by Matter for the Fee Period

RLF1 13609629v.1

| Matter Code | Project Category Description | Hours Billed | Hours Budgeted | Total Compensation Billed | Fees Budgeted |
|---|---|---|---|---|---|
| 180326A | [ALL] Case Administration | 87.4 | 96.1 | $31,754.50 | $35,100.00 |
| 180326B | [ALL] Creditor Inquiries | 4.8 | 5.2 | $1,812.00 | $1,994.00 |
| 180326C | [ALL] Meetings | 49.4 | 54.3 | $30,075.00 | $33,082.50 |
| 180326D | [ALL] Executory Contracts/Unexpired Leases | 3.2 | 3.5 | $983.00 | $1,082.50 |
| 180326E | [ALL] Automatic Stay/Adequate Protection | 2.3 | 2.5 | $1,545.00 | $1,750.00 |
| 180326F | [ALL] Plan of Reorganization/Disclosure Statement | 92.3 | 101.6 | $45,995.00 | $50,600.30 |
| 180326G | [ALL] Use, Sale of Assets | 48.4 | 53.2 | $22,108.00 | $24,320.00 |
| 180326H | [ALL] Cash Collateral/DIP Financing | 0.1 | 0.2 | $45.00 | $50.00 |
| 180326I | [ALL] Claims Administration | 193.7 | 213.2 | $75,510.50 | $84,055.60 |
| 180326J | [ALL] Court Hearings | 298.2 | 328.1 | $108,985.50 | $120,985.50 |
| 180326K | [ALL] General Corporate/Real Estate | 0.4 | 0.5 | $277.50 | $305.25 |
| 180326L | [ALL] Schedules/SOFA/U.S. Trustee Reports | 8.2 | 9.0 | $3,367.00 | $3,703.70 |
| 180326M | [ALL] Employee Issues | 0.8 | 0.9 | $420.00 | $462.30 |
| 180326N | [ALL] Environmental | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326O | [ALL] Tax Issues | 2.4 | 2.6 | $1,462.50 | $1,608.75 |
| 180326P | [ALL] Litigation/Adversary Proceedings | 16.7 | 18.4 | $5,953.00 | $6,548.30 |
| 180326Q-1 | [ALL] RLF Retention | 4.5 | 5.0 | $1,172.50 | $1,289.75 |
| 180326Q-2 | [ALL] Retention of Others | 40.9 | 45.0 | $17,625.00 | $19,387.50 |
| 180326R-1 | [ALL] RLF Fee Applications | 114.6 | 126.1 | $47,375.00 | $52,112.50 |
| 180326R-2 | [ALL] Fee Applications of Others | 116.0 | 127.6 | $46,550.50 | $51,205.55 |
| 180326S | [ALL] Vendors/Suppliers | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326T | [ALL] Non-Working Travel | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326U | [ALL] Utilities | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326V | [ALL] Insurance | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326A | [TCEH] Case Administration | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326B | [TCEH] Creditor Inquiries | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326C | [TCEH] Meetings | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326D | [TCEH] Executory Contracts/Unexpired Leases | 44.8 | 49.3 | $18,908.00 | $20,800.00 |
| 180326E | [TCEH] Automatic Stay/Adequate Protection | 3.6 | 4.0 | $1,748.00 | $1,922.80 |

| Matter Code | Project Category Description | Hours Billed | Hours Budgeted | Total Compensation Billed | Fees Budgeted |
|---|---|---|---|---|---|
| 180326F | [TCEH] Plan of Reorganization/Disclosure Statement | 0.0 | 0.00 | $0.00 | $0.00 |
| 180326G | [TCEH] Use, Sale of Assets | 61.0 | 67.1 | $26,237.00 | $28,860.70 |
| 180326H | [TCEH] Cash Collateral/DIP Financing | 47.9 | 52.7 | $25,124.50 | $27,636.95 |
| 180326I | [TCEH] Claims Administration | 8.2 | 9.0 | $3,922.50 | $4,314.75 |
| 180326J | [TCEH] Court Hearings | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326K | [TCEH] General Corporate/Real Estate | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326L | [TCEH] Schedules/SOFA/U.S. Trustee Reports | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326M | [TCEH] Employee Issues | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326N | [TCEH] Environmental | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326O | [TCEH] Tax Issues | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326P | [TCEH] Litigation/Adversary Proceedings | 0.5 | 0.6 | $375.00 | $413.50 |
| 180326Q-1 | [TCEH] RLF Retention | 0.6 | 0.7 | $315.00 | $347.50 |
| 180326Q-2 | [TCEH] Retention of Others | 15.4 | 17.0 | $7,430.00 | $8,173.00 |
| 180326R-1 | [TCEH] RLF Fee Applications | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326R-2 | [TCEH] Fee Applications of Others | 0.8 | 0.9 | $420.00 | $470.00 |
| 180326S | [TCEH] Vendors/Suppliers | 0.7 | 0.9 | $367.50 | $470.00 |
| 180326T | [TCEH] Non-Working Travel | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326U | [TCEH] Utilities | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326V | [TCEH] Insurance | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326A | [EFIH] Case Administration | 2.7 | 2.9 | $1,237.00 | $1,400.20 |
| 180326B | [EFIH] Creditor Inquiries | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326C | [EFIH] Meetings | 0.3 | 0.4 | $157.50 | $173.25 |
| 180326D | [EFIH] Executory Contracts/Unexpired Leases | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326E | [EFIH] Automatic Stay/Adequate Protection | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326F | [EFIH] Plan of Reorganization/Disclosure Statement | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326G | [EFIH] Use, Sale of Assets | 31.0 | 34.1 | $12,952.00 | $14,247.20 |
| 180326H | [EFIH] Cash Collateral/DIP | 0.0 | 0.0 | $0.00 | $0.00 |

2

| Matter Code | Project Category Description | Hours Billed | Hours Budgeted | Total Compensation Billed | Fees Budgeted |
|---|---|---|---|---|---|
| | Financing | | | | |
| 180326I | [EFIH] Claims Administration | 0.3 | 0.4 | $157.50 | $173.25 |
| 180326J | [EFIH] Court Hearings | 220.0 | 242 | $85,383.50 | $93,921.85 |
| 180326K | [EFIH] General Corporate/Real Estate | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326L | [EFIH] Schedules/SOFA/U.S. Trustee Reports | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326M | [EFIH] Employee Issues | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326N | [EFIH] Environmental | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326O | [EFIH] Tax Issues | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326P | [EFIH] Litigation/Adversary Proceedings | 214.0 | 235.4 | $100,376.00 | $110,416.60 |
| 180326Q-1 | [EFIH] RLF Retention | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326Q-2 | [EFIH] Retention of Others | 1.4 | 1.5 | $886.00 | $974.60 |
| 180326R-1 | [EFIH] RLF Fee Applications | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326R-2 | [EFIH] Fee Applications of Others | 1.9 | 2.1 | $1,110.00 | $1,221.00 |
| 180326S | [EFIH] Vendors/Suppliers | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326T | [EFIH] Non-Working Travel | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326U | [EFIH] Utilities | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326V | [EFIH] Insurance | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326A | [EFH] Case Administration | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326B | [EFH] Creditor Inquiries | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326C | [EFH] Meetings | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326D | [EFH] Executory Contracts/Unexpired Leases | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326E | [EFH] Automatic Stay/Adequate Protection | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326F | [EFH] Plan of Reorganization/Disclosure Statement | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326G | [EFH] Use, Sale of Assets | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326H | [EFH] Cash Collateral/DIP Financing | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326I | [EFH] Claims Administration | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326J | [EFH] Court Hearings | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326K | [EFH] General Corporate/Real Estate | 0.0 | 0.0 | $0.00 | $0.00 |

3

RLF1 13609629v.1

| Matter Code | Project Category Description | Hours Billed | Hours Budgeted | Total Compensation Billed | Fees Budgeted |
|---|---|---|---|---|---|
| 180326L | [EFH] Schedules/SOFA/U.S. Trustee Reports | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326M | [EFH] Employee Issues | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326N | [EFH] Environmental | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326O | [EFH] Tax Issues | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326P | [EFH] Litigation/Adversary Proceedings | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326Q-1 | [EFH] RLF Retention | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326Q-2 | [EFH] Retention of Others | 1.5 | 1.7 | $758.50 | $834.35 |
| 180326R-1 | [EFH] RLF Fee Applications | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326R-2 | [EFH] Fee Applications of Others | 0.3 | 0.4 | $157.50 | $172.50 |
| 180326S | [EFH] Vendors/Suppliers | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326T | [EFH] Non-Working Travel | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326U | [EFH] Utilities | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326V | [EFH] Insurance | 0.0 | 0.0 | $0.00 | $0.00 |
| **TOTALS** | | **1741.2** | | **$731,039.50** | |

RLF1 13609629v.1