IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE: Energy Future Holdings Corp. et al.

---

| | | |
|---|---|---|
| David William Fahy et al. | ) | |
| | ) | |
| Appellants, | ) | Civil Action No.   15-1183-UNA |
| v. | ) | |
| | ) | |
| Energy Future Holdings Corp | ) | Bankruptcy Case No. 14-10979 |
| | ) | BAP No. 15-81 |
| Appellee, | ) | |

**NOTICE OF DOCKETING**

A Notice of Appeal of the following order of the Bankruptcy Court dated 12/7/2015 and 12/9/15 was docketed in the District Court on 12/21/2015:

> Order Granting the Motion of Energy Future Holdings Corp., et al., to Approve a Settlement of Litigation Claims and Authorize the Debtors to Enter into and Perform Under the Settlement Agreement; Order Confirming the Sixth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code; Order (Amended) Confirming The Sixth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code

In accordance with the Standing Order of the Court dated September 11, 2012, this case shall be referred to a United States Magistrate Judge to determine the appropriateness of mediation. Briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office.  Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5. Upon the request of a Judge or a mediator, counsel shall supply paper copies of the designated record.

John A. Cerino
Clerk of Court

Date:  12/21/2015
To:    U.S. Bankruptcy Court
       Counsel via CM/ECF