# EXHIBIT E

## Summary of Cravath, Swaine & Moore LLP Hours Worked and Fees Incurred

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| **Richard Levin** | Partner | 1976 | Corporate | 1,200 | 17.00 | $ 20,400.00 |
| **Philip Gelston** | Partner | 1979 | Corporate | 1,200 | 325.20 | $ 383,040.00 |
| **Andrew Needham** | Partner | 1995 | Tax | 1,200 | 103.90 | $ 124,680.00 |
| **Michael Paskin** | Partner | 1996 | Litigation | 1,180 | 80.80 | $ 95,344.00 |
| **Trevor Broad** | Associate | 2009 | Litigation | 780 | 156.30 | $ 121,914.00 |
| **Allison Wein** | Associate | 2011 | Corporate | 710 | 59.00 | $ 41,890.00 |
| **Antje Hagena** | Associate | 2015 | Tax | 695 | 57.60 | $ 40,032.00 |
| **Michael Schwartz** | Associate | 2015 | Litigation | 510 | 0.80 | $ 408.00 |
| **Marisa Wheeler** | Disc. Spec. Atty. | 2003 | Litigation | 465 | 63.30 | $ 29,434.50 |
| **Gillian Crenshaw Sant'Elia** | Disc. Spec. Atty. | 1999 | Litigation | 465 | 43.20 | $ 20,088.00 |
| **Joachim F. Trautman** | Disc. Spec. Atty. | 2001 | Litigation | 465 | 55.70 | $ 25,900.50 |
| **K. Dodson-Dobson** | Doc. Rev. Atty | 2005 | Litigation | 340 | 76.80 | $ 26,112.00 |
| **Colin Sylvester** | Legal Assistant | N/A | Litigation Support | 235 | 2.60 | $ 611.00 |
| **Justin McMullen** | Technical Litigation | N/A | Technical Litigation Support | 305 | 0.60 | $ 183.00 |
| **M. Gonzalez** | Technical Litigation | N/A | Technical Litigation Support | 305 | 1.10 | $ 346.50 |
| **M. Kraus** | Technical Litigation Mgr. | N/A | Technical Litigation Support | 325 | 23.20 | $ 7,540.00 |
| TOTAL | | | | | **1,067.10** | **$937,923.50** |