## EXHIBIT G

## Schedule of Hours Worked and Aggregate Fees for Each Matter Category

| Description | Total Billed Hours | Total Fees | |
|---|---:|---|---:|
| Chapter 11 General and Administrative | 17.50 | $ | 20,251.00 |
| Plan and Disclosure | 756.50 | $ | 608,586.50 |
| Intercompany Claims | 5.00 | $ | 5,448.00 |
| Tax Issues | 146.40 | $ | 153,712.50 |
| Oncor Sale Process | 127.30 | $ | 139,865.50 |
| Employment and Fee Applications | 2.40 | $ | 2,860.00 |
| Non-working Travel | 12.00 | $ | 7,200.00 |
| **TOTAL** | **1,067.10** | **$** | **937,923.50** |