# EXHIBIT I

## Detailed Expense Records for Cravath, Swaine & Moore LLP

| Matter | Date | Name | Description | Amount | Narrative |
|---|---|---|---|---|---|
| 011205-00003 | 4/29/2015 | SYLVESTER, C | GROUND TRANSPORTATION | 30.3 | Inv#4181138 V#LV18T321AF ETG M5 -M15 SYL 21:18 0.00 Cravath, 825 Eighth Avenue, New York, NY 1 EAST 12TH STREET, MANHATTAN, NY NONE |
| 011205-00003 | 5/6/2015 | NEEDHAM, A | GROUND TRANSPORTATION | 14.1 | TAXI Local TRIP PURPOSE: Client Work RPT ID: 010008325270 |
| 011205-00003 | 5/18/2015 | NEEDHAM, A | GROUND TRANSPORTATION | 14.15 | TAXI Local TRIP PURPOSE: Client Work RPT ID: 010008409958 |
| 011205-00003 | 5/20/2015 | BROAD, TREVOR M. | GROUND TRANSPORTATION | 12.35 | TAXI Local TRIP PURPOSE: discussion with conflicts counsel re discovery requests RPT ID: 010008449874 |
| 011205-00003 | 5/26/2015 | GELSTON, P A | TRAVEL | 844.2 | AIRFARE CLASS: Coach ,CITIES VISITED: Chicago, Illinois ,TICKET NO: 0017598682262 TRIP PURPOSE: Attend meetings at Kirkland & Ellis RPT ID: 010008500931 |
| 011205-00003 | 5/26/2015 | GELSTON, P A | TRAVEL | 67 | TAXI Out of Town TRIP PURPOSE: Attend meetings at Kirkland & Ellis CITIES VISITED: Chicago, Illinois RPT ID: 010008500931 |
| 011205-00003 | 5/26/2015 | GELSTON, P A | TRAVEL | 45.9 | TAXI Out of Town TRIP PURPOSE: Attend meetings at Kirkland & Ellis/tax to hotel from Airport CITIES VISITED: Chicago, Illinois RPT ID: 010008500931 |
| 011205-00003 | 5/26/2015 | GELSTON, P A | TRAVEL | 350 | LODGING The Westin Chicago River North TRIP PURPOSE: Attend meetings at Kirkland & Ellis CITIES |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | VISITED: Chicago, Illinois RPT ID: 010008500931 |
| 011205-00003 | 5/26/2015 | GELSTON, P A | MISCELLANEOUS | 19.95 | INTERNET, TRIP PURPOSE: Attend meetings at Kirkland & Ellis CITIES VISITED: Chicago, Illinois RPT ID: 010008500931 |
| 011205-00003 | 5/26/2015 | GELSTON, P A | MISCELLANEOUS | 14.95 | HOTEL - INTERNET, TRIP PURPOSE: Attend meetings at Kirkland & Ellis CITIES VISITED: Chicago, Illinois RPT ID: 010008500931 |
| 011205-00003 | 5/26/2015 | NEEDHAM, A | GROUND TRANSPORTATION | 14.75 | TAXI Local TRIP PURPOSE: Client Work RPT ID: 010008483326 |
| 011205-00003 | 5/27/2015 | GELSTON, P A | TRAVEL | 44.9 | TAXI Out of Town TRIP PURPOSE: Attend meetings at Kirkland & Ellis/Car to Airport CITIES VISITED: Chicago, Illinois RPT ID: 010008500931 |
| 011205-00003 | 5/27/2015 | GELSTON, P A | BUSINESS MEALS | 20 | MEALS: BREAKFAST BUSINESS PURPOSE: Attend meetings at Kirkland & Ellis VENUE: The Westin Chicago CITIES VISITED: Chicago, Illinois ATTENDEES CRAVATH: Philip Gelston RPT ID: 010008500931 |
| 011205-00003 | 5/27/2015 | GELSTON, P A | BUSINESS MEALS | 15.26 | MEALS: MEALS OTHER BUSINESS PURPOSE: Attend meetings at Kirkland & Ellis VENUE: Bubbles/Chicago Airport CITIES VISITED: Chicago, Illinois ATTENDEES CRAVATH: Philip Gelston RPT ID: 010008500931 |
| 011205-00003 | 5/27/2015 | GELSTON, P A | BUSINESS MEALS | 13.37 | MEALS: MEALS OTHER BUSINESS PURPOSE: Attend meetings at Kirkland & Ellis VENUE: Facades/Chicago Airport CITIES |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | VISITED: Chicago, Illinois ATTENDEES CRAVATH: Philip Gelston RPT ID: 010008500931 |
| 011205-00003 | 5/27/2015 | GELSTON, P A | BUSINESS MEALS | 8.67 | MEALS: DINNER BUSINESS PURPOSE: Attend meetings at Kirkland & Ellis VENUE: McDonalds CITIES VISITED: Chicago, Illinois ATTENDEES CRAVATH: Philip Gelston RPT ID: 010008500931 |
| 011205-00003 | 5/27/2015 | GELSTON, P A | BUSINESS MEALS | 20 | MEALS: LUNCH BUSINESS PURPOSE: Attend meetings at Kirkland & Ellis VENUE: Admirals Club CITIES VISITED: Chicago, Illinois ATTENDEES CRAVATH: Philip Gelston RPT ID: 010008500931 |
| 011205-00003 | 5/28/2015 | GELSTON, P A | TRAVEL | 36.93 | TAXI Out of Town TRIP PURPOSE: Attend meetings at Kirkland & Ellis/Airport to Home CITIES VISITED: Chicago, Illinois RPT ID: 010008500931 |
| 011205-00003 | 5/29/2015 | NEEDHAM, A | GROUND TRANSPORTATION | 14.1 | TAXI Local TRIP PURPOSE: Client Work RPT ID: 010008524132 |
| 011205-00003 | 6/4/2015 | NEEDHAM, A | GROUND TRANSPORTATION | 30.35 | TAXI Local TRIP PURPOSE: Client Work RPT ID: 010008579623 |
| 011205-00003 | 6/9/2015 | NEEDHAM, A | GROUND TRANSPORTATION | 11 | TAXI Local TRIP PURPOSE: Client Work RPT ID: 010008675592 |
| 011205-00003 | 7/17/2015 | GELSTON, P A | CLIENT BUSINESS TRANSPORTATION | 53 | CAR SERVICE Local TRIP PURPOSE: Conference calls RPT ID: 010009250450 |
| 011205-00003 | 7/18/2015 | GELSTON, P A | MISCELLANEOUS | 9.95 | INTERNET, TRIP PURPOSE: Conference calls. CITIES VISITED: Indianapolis, IN RPT ID: 010009250450 |
| 011205-00003 | 7/28/2015 | GELSTON, P A | TRAVEL | 1,410.20 | AIRFARE CLASS: Economy ,CITIES VISITED: Dallas, Texas ,TICKET NO: 9842143246218 TRIP PURPOSE: Attend |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Board Meeting RPT ID: 010009250450 |
| 011205-00003 | 7/28/2015 | GELSTON, P A | TRAVEL | 59 | CAR SERVICE Out of Town TRIP PURPOSE: Attend Board Meeting CITIES VISITED: Dallas, Texas RPT ID: 010009250450 |
| 011205-00003 | 7/28/2015 | GELSTON, P A | TRAVEL | 27.06 | TAXI Out of Town TRIP PURPOSE: Attend Board Meeting CITIES VISITED: Dallas, Texas RPT ID: 010009250450 |
| 011205-00003 | 7/28/2015 | GELSTON, P A | TRAVEL | 344.63 | LODGING The Joule Hotel TRIP PURPOSE: Attend Board meeting CITIES VISITED: Dallas, Texas RPT ID: 010009250450 |
| 011205-00003 | 7/28/2015 | GELSTON, P A | MISCELLANEOUS | 21.95 | INTERNET, TRIP PURPOSE: Attend Board Meeting CITIES VISITED: Dallas, Texas RPT ID: 010009250450 |
| 011205-00003 | 7/29/2015 | GELSTON, P A | TRAVEL | 344.63 | LODGING The Joule TRIP PURPOSE: Attend Board meeting CITIES VISITED: Dallas, Texas RPT ID: 010009250450 |
| 011205-00003 | 7/29/2015 | GELSTON, P A | BUSINESS MEALS | 27.27 | MEALS: HOTEL - BREAKFAST BUSINESS PURPOSE: Attend Board meeting VENUE: The Joule CITIES VISITED: Dallas, Texas ATTENDEES CRAVATH: Philip Gelston RPT ID: 010009250450 |
| 011205-00003 | 7/29/2015 | GELSTON, P A | BUSINESS MEALS | 29.98 | MEALS: HOTEL - MEALS OTHER BUSINESS PURPOSE: Attend Board meeting VENUE: The Joule CITIES VISITED: Dallas, Texas ATTENDEES CRAVATH: Philip Gelston RPT ID: 010009250450 |
| 011205-00003 | 7/30/2015 | GELSTON, P A | TRAVEL | 37 | CAR SERVICE Out of Town TRIP PURPOSE: Attend Board Meeting CITIES VISITED: |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Dallas, Texas RPT ID: 010009250450 |
| 011205-00003 | 7/30/2015 | GELSTON, P A | MISCELLANEOUS | 25.93 | INTERNET, TRIP PURPOSE: Attend Board Meeting CITIES VISITED: Dallas, Texas RPT ID: 010009250450 |
| 011205-00003 | 7/30/2015 | GELSTON, P A | BUSINESS MEALS | 10.7 | MEALS: DINNER BUSINESS PURPOSE: Attend Board Meeting VENUE: Chilis CITIES VISITED: Dallas, Texas ATTENDEES CRAVATH: Philip Gelston RPT ID: 010009250450 |
| 011205-00003 | 7/30/2015 | GELSTON, P A | BUSINESS MEALS | 15.53 | MEALS: HOTEL - BREAKFAST BUSINESS PURPOSE: Attend Board meeting VENUE: The Joule CITIES VISITED: Dallas, Texas ATTENDEES CRAVATH: Philip Gelston RPT ID: 010009250450 |
| 011205-00003 | 8/25/2015 | TRAUTMANN, JOACHIM F. | GROUND TRANSPORTATION | 56.81 | Inv#1049302 V#LV1EW49192 CTG M5  -BKE   TTR 22:42 0.00 Cravath, 825 Eighth Avenue, New York, NY VAN BRUNT, BROOKLYN, NY NONE |
| 011205-00003 | 8/27/2015 | TRAUTMANN, JOACHIM F. | GROUND TRANSPORTATION | 56.81 | Inv#1049302 V#LV1XT3A13F CTG M5  -BKE   TRA 22:06 0.00 Cravath, 825 Eighth Avenue, New York, NY VAN BRUNT, BROOKLYN, NY NONE |
| 011205-00003 | 8/29/2015 | DODSON-DOBSON, K | TRAVEL | 15.00 | PARKING Local TRIP PURPOSE: online review of EFH documents for production RPT ID: 010009414500 |
| 011205-00003 | 8/30/2015 | DODSON-DOBSON, K | TRAVEL | 15 | PARKING Local TRIP PURPOSE: online review of EFH documents for production RPT ID: 010009414500 |
| 011205-00004 | 4/6/2015 | SCHWARTZ, MICHAEL | WESTLAW | 87.25 | User: SCHWARTZ,MICHAEL, West Acct # |

| | | | | | |
|---|---|---|---|---|---|
| 011205-00004 | 4/8/2015 | SCHWARTZ, MICHAEL | WESTLAW | 28.89 | SCHWARTZ,MIC HAEL User: SCHWARTZ,MICHAEL, West Acct # SCHWARTZ,MIC HAEL |
| 011205-00006 | 4/22/2015 | LEVIN, R | CONF. CALL/VOICE/DATA | 8.88 | Conference call by Richard Levin |
| 011205-00006 | 4/23/2015 | LEVIN, R | CONF. CALL/VOICE/DATA | 7.09 | Conference call by Richard Levin |
| 011205-00006 | 6/4/2015 | GELSTON, P A | CLIENT BUSINESS TRANSPORTATION | 46 | CAR SERVICE Local TRIP PURPOSE: ground transportation CITIES VISITED: NY RPT ID: 010008765191 |
| 011205-00006 | 6/10/2015 | GELSTON, P A | CLIENT BUSINESS CONFERENCE DINING | 155.15 | Client Business Conf Dining, ticket #: 221111 |