# EXHIBIT A

## SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY

(See Guidelines C.8. for project category information.)

| Project Category | Hours Budgeted | Fees Budgeted | Hours Billed | Fees Sought |
|---|---|---|---|---|
| Administration | | | - | $ - |
| Asset Disposition | | | 3.70 | $ 1,791.00 |
| Assumption/Rejection of Leases & Contracts | | | 3.80 | $ 2,036.50 |
| Bankruptcy-Related Advice | | | 41.70 | $ 18,381.50 |
| Business Operations | | | 2.80 | $ 1,628.00 |
| Case Administration | | | 15.60 | $ 7,109.00 |
| Claims Administration & Objections | | | 8.60 | $ 4,304.50 |
| Corporate Governance & Board Matters | | | 0.10 | $ 67.50 |
| Employment/Fee Application Objections | | | 0.60 | $ 240.00 |
| Employment/Fee Applications | | | 36.30 | $ 15,596.50 |
| Financing & Cash Collateral | | | 0.70 | $ 422.00 |
| General Bankruptcy Advice/Opinions | | | 1.90 | $ 760.00 |
| Litigation Contested Matters(excl assump/rejection motions | | | 45.90 | $ 24,831.50 |
| Meetings of & Communications with Creditors or the Comm | | | 10.00 | $ 5,235.00 |
| Operations | | | 22.80 | $ 11,583.50 |
| Plan & Disclosure Statement (including business plan) | | | 53.10 | $ 25,511.00 |
| Relief from Stay/Adequate Protection Proceedings | | | 0.10 | $ 67.50 |
| Restructurings | | | 52.10 | $ 29,697.00 |
| Tax Issues | | | 4.00 | $ 2,043.50 |
| | | | 303.80 | $ 151,305.50 |

SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FEE APPLICATION

| Name | Title | Section | Date of First Admission | Fees Billed | Hours Billed | Hourly Rate Billed in This Application | Hourly Rate Billed in First Interim Application | Number of Rate Increases Since Case Inception |
|---|---|---|---|---|---|---|---|---|
| Bird, James E. | Shareholder | FR Bankruptcy and Restructuring | 10/15/1980 | $ 1,476.00 | 2.40 | 615.00 | - | 0 |
| Callenbach, Anne E. | Shareholder | BU Energy | 05/01/1998 | $ 8,016.00 | 16.70 | 480.00 | - | 0 |
| Caro, Jr., Frank A. | Shareholder | BU Energy | 05/01/1983 | $ 1,380.00 | 2.30 | 600.00 | - | 0 |
| Edelson, Justin K. | Shareholder | FR Bankruptcy and Restructuring | 05/01/2007 | $ - | - | - | - | 0 |
| Edelson, Justin K. | Shareholder | FR Bankruptcy and Restructuring | 05/01/2007 | $ 43,699.00 | 98.20 | 445.00 | - | 0 |
| Katona, Shanti M. | Shareholder | FR Bankruptcy and Restructuring | 05/01/2007 | $ 44.50 | 0.10 | 445.00 | - | 0 |
| Ward, Chris A. | Shareholder | FR Bankruptcy and Restructuring | 12/15/1999 | $ - | - | - | - | 0 |
| Ward, Chris A. | Shareholder | FR Bankruptcy and Restructuring | 12/15/1999 | $ 42,187.50 | 62.50 | 675.00 | - | 0 |
| Ross, Matthew E. | Of Counsel | BU Energy | 01/01/1999 | $ 29,697.00 | 52.10 | 570.00 | - | 0 |
| Vine, Jarrett K. | Associate | FR Bankruptcy and Restructuring | 01/01/2009 | $ 18,400.00 | 46.00 | 400.00 | - | 0 |
| Sides, Lorraine | Paralegal | FR Bankruptcy and Restructuring | | $ 1,510.50 | 5.70 | 265.00 | - | 0 |
| Suprum, Lindsey M. | Paralegal | FR Bankruptcy and Restructuring | | $ 4,895.00 | 17.80 | 275.00 | - | 0 |
| | | | | $ 151,305.50 | 303.80 | 498.04 | | |

## CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES WITH FEE APPLICATIONS

(See Guidelines C.3. for definitions of terms used in this Exhibit.)

| Category of Timekeeper (using categories already maintained by the firm) | BLENDED HOURLY RATE | |
|---|---|---|
| | BILLED OR COLLECTED<br>Firm or offices for preceding year, excluding bankruptcy | BILLED<br>In this fee application |
| Shareholder | $ 413.18 | $ 531.30 |
| Of Counsel | $ 364.33 | $ 570.00 |
| Associate | $ 272.70 | $ 400.00 |
| Paralegal | $ 156.84 | $ 272.57 |
| All timekeepers averaged | $ 426.28 | $ 498.04 |

49749394.4

# EXHIBIT C

# SUMMARY OF EXPENSE REIMBURSEMENT REQUESTED BY CATEGORY

(See Guidelines C.8. for project category information.)

| Category | Amount |
| --- | --- |
| Client Advance | $ 3,435.48 |
| Deliveries | $ 7.50 |
| On-Line Searches | $ 571.60 |
| Meals | $ 524.70 |
| Miscellaneous | $ 204.00 |
| Transcript of Proceedings | $ 677.90 |
| | $ 5,421.18 |

# EXHIBIT D



# Invoice Detail

For Professional Services Through 10/31/15
File No. 078582-475724
**Re: Energy Future Holdings Bankruptcy**

Page 110
December 10, 2015
Invoice No: 1235584

| | | |
|---|---:|---:|
| **Total Professional Charges** | 310.50 | **$151,305.50** |

## Disbursements

| Date | Description | Amount |
|---|---|---:|
| 08/28/15 | Meals Reliable Wilmington client special pickup- Mikimotos | $210.13 |
| 09/22/15 | Miscellaneous Telephonic Appearance A7151670 | 58.00 |
| 09/24/15 | Meals Reliable Wilmington client special pickup- DiMeo's | 41.50 |
| 09/25/15 | Miscellaneous Telephonic appearance A7159750 | 44.00 |
| 09/29/15 | Transcript of Proceedings Veritext New York Reporting Co. Witness 14-10978 Certified Transcript | 74.30 |
| 10/01/15 | On-Line Searches | 10.60 |
| 10/01/15 | Miscellaneous Telephonic Appearance A7174155 | 51.00 |
| 10/01/15 | Miscellaneous Telephonic Appearance A7174167 | 51.00 |
| 10/08/15 | Deliveries Reliable Wilmington hand delivery courier service- Judge Walrath | 7.50 |
| 10/16/15 | Meals Meal 1 | 77.00 |
| 10/20/15 | Transcript of Proceedings Veritext New York Reporting Co. certified transcript | 229.20 |
| 10/20/15 | On-Line Searches | 64.00 |
| 10/21/15 | Client Advance Reliable Wilmington print from cm/ecf site  dig print bw picknchoose/fmt digital printing color 8X11 tabs pre-printed  binder, view, 2" black binder, view, 3" black | 1,395.06 |
| 10/21/15 | Client Advance Reliable Wilmington client special pickup- Cavanaugh's (10/15/15)  boxes from Judge Sontchi (10/15) | 121.16 |
| 10/21/15 | Client Advance Reliable Wilmington print from cm/ecf site  tabs pre-printed  tabs custom  binder, view, 2" black | 544.70 |
| 10/21/15 | Client Advance Reliable Wilmington box to Judge Sontchi 10/20 Box from Judge Sontchi 10/20  client special pickup- cavanaugh's  10/20/15 | 78.16 |
| 10/21/15 | Transcript of Proceedings Veritext New York Reporting Co. certified transcript | 112.80 |
| 10/26/15 | Transcript of Proceedings Veritext New York Reporting Co. CERTIFIED TRANSCRIPT | 27.60 |
| 10/26/15 | Client Advance Reliable Wilmington Assistance with prepping electronic documents | 12.50 |
| 10/27/15 | Meals Reliable Wilmington lunch & pickup charges for EFH Hearing (fee committee fees) on 10/26/15 | 74.13 |
| 10/29/15 | Client Advance Reliable Wilmington prepare binders for hearing and deliver them to court | 1,271.40 |
| 10/29/15 | Meals Reliable Wilmington lunch and pickup charges for EFH hearing on 10/28/15 | 111.69 |
| 10/29/15 | Meals Meal 74570236 | 10.25 |
| 10/29/15 | On-Line Searches | 221.40 |
| 10/30/15 | Transcript of Proceedings Veritext New York Reporting Co. certified transcript | 234.00 |



# Invoice Detail

For Professional Services Through 10/31/15  
File No. 078582-475724  
**Re: Energy Future Holdings Bankruptcy**

Page 111  
December 10, 2015  
Invoice No: 1235584

| Date | Description | Amount |
|---|---|---|
| 10/31/15 | On-Line Searches | 275.60 |
| 10/31/15 | Client Advance Reliable Wilmington Production Labor | 12.50 |
|  | **Total Disbursements** | **$5,421.18** |

Total Disbursements      5,421.18

**Total Current Charges Due**      $156,726.68

# **EXHIBIT E**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered) |

## SECOND MONTHLY EXPENSE STATEMENT OF MEMBERS OF THE OFFICIAL COMMITTEE OF TCEH UNSECURED CREDITORS FOR EXPENSES INCURRED

| Name of Applicant | Members of the Official Committee of Unsecured Creditors of Energy Future Competitive Holdings Company LLC, Texas Competitive Electric Holdings Company LLC, and EFH Corporate Services Company.[2] |
|---|---|
| Date of Appointment: | May 13, 2014 |
| Period for which reimbursement is sought: | May 7, 2014 through May 15, 2015 |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $16,329.40 |

This is a(n) **X** monthly ___ interim ___ final application. No prior application filed for this Period.[3]

---

[1] The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Pursuant to the Notice of Appointment (as defined below), the members of the TCEH Committee (as defined below) are: Pension Benefit Guaranty Corporation, HCL America, Inc., The Bank of New York Mellon, Law Debenture Trust Company of New York, Holt Texas LTD, d/b/a Holt Cat, ADA Carbon Solutions (Red River), and Wilmington Savings Fund Society (collectively, the "**TCEH Committee Members**").

[3] Notice of this Monthly Expense Statement (as defined below) shall be served in accordance with the Interim Compensation Order and Fee Committee Order (each as defined below), and objections to the relief requested in this Monthly Expense Statement shall be addressed in accordance with the Interim Compensation Order.

52114831.1

Pursuant to section 503 of chapter 11 of title 11 of the United States Code, (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the *Notice of Appointment of Committee of Unsecured Creditors* [Docket No. 420] (the "**Notice of Appointment**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals,* dated September 16, 2014 [Docket No. 2066] (the "**Interim Compensation Order**"), and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, the TCEH Committee Members, as members of the official committee (the "**TCEH Committee**") of unsecured creditors of Energy Future Competitive Holdings Company LLC, Texas Competitive Electric Holdings Company LLC, and EFH Corporate Services Company (collectively, the "**TCEH Debtors**"), through their undersigned counsel, hereby submit this monthly expense statement (the "**Monthly Expense Statement**") for the reimbursement for the actual and necessary expenses incurred in the performance of the duties of the TCEH Committee, in the amount of $16,329.40, from May 7, 2014 through May 15, 2015 (the "**Expense Statement Period**").

## Itemization of Disbursements Incurred

In support of this Monthly Expense Statement, attached as <u>Exhibit 1</u> is a schedule setting forth the total amount of expenses for which Holt Texas LTD d/b/a Holt Cat, a TCEH Committee Member, is seeking reimbursement for in this Monthly Expense Statement.

WHEREFORE, Holt Texas LTD d/b/a Holt Cat requests that it be allowed reimbursement in the total amount of $16,329.40 for actual and necessary costs and expenses incurred in performance of the duties of the TCEH Committee, and that such expenses be paid as administrative expenses of the TCEH Debtors' estates.[4]

---

[4] Paragraph 2(b) of the Interim Compensation Order requires Professionals (as defined in the Interim Compensation Order) to allocate any fees and expenses to the applicable Debtors for whose direct benefit such fees and expenses were incurred (such fees, the "**Direct Benefit Fees**"). To the extent that Paragraph 2(b) of the Interim Compensation Order applies to reimbursement of TCEH Committee Member expenses, the TCEH Committee Members have incurred expenses in performance of the duties of the TCEH Committee. Therefore, all of the TCEH Committee Members' expenses identified in this Monthly Expense Statement should be paid by the TCEH Debtors.

-3-

52114831.1

# EXHIBIT 1

## Expense Summary

52114831.1

## Luminant Expenses

| DATE | NAME | DESCRIPTION | AMOUNT | NOTES | Receipt |
|---|---|---|---|---|---|
| 05/07/14 | Travel Insurance | Travel | $37.50 | | Y |
| 05/07/14 | US Airway | Airfare | $750.00 | | Y |
| 05/11/14 | | Per diam | $184.00 | | N |
| 05/11/14 | US Airway | Travel | $165.00 | | Y |
| 05/13/14 | Westin | Hotel | $432.60 | | Y |
| 05/13/14 | American Airlines | Airfare | $25.00 | | |
| 05/13/14 | Americn Airlines | Airfare | $631.00 | | |
| 05/14/14 | Americn Airlines | Airfare | $9.99 | Meal | |
| 05/14/14 | Americn Airlines | Airfare | $75.00 | | |
| 05/14/14 | Westin | Hotel | $461.35 | | Y |
| 05/15/14 | | Car | $11.20 | | N |
| 05/15/14 | SAT | Parking | $44.00 | | Y |
| 06/16/14 | American Airlines | Airfare | $172.20 | | |
| 06/16/14 | Americn Airlines | Airfare | $172.20 | | |
| 06/16/14 | Americn Airlines | Airfare | $534.00 | | Y |
| 06/16/14 | Americn Airlines | Airfare | $534.00 | | Y |
| 06/23/14 | | Travel | $11.76 | | N |
| 06/23/14 | Taxi | Car | $75.00 | | Y |
| 06/23/14 | | Per diam | $46.00 | Per Diam | N |
| 06/24/14 | Taxi | Car | $11.00 | | Y |
| 06/24/14 | Taxi | Car | $6.00 | | Y |
| 06/24/14 | | Per diam | $46.00 | Per Diam | N |
| 06/24/14 | American Airlines | Airfare | ($71.40) | | N |
| 06/24/14 | Americn Airlines | Airfare | ($71.40) | | N |
| 06/25/14 | Taxi | Car | $14.00 | | Y |
| 06/25/14 | Taxi | Car | $9.00 | | Y |
| 06/26/14 | Taxi | Car | $75.00 | | N |
| 06/26/14 | SAT | Parking | $44.00 | | Y |
| 06/26/14 | Westin | Hotel | $1,970.92 | | Y |
| 9/2/2014 | Southwest | Airfare | $406.20 | | Y |

## Luminant Expenses

| DATE | NAME | DESCRIPTION | AMOUNT | NOTES | Receipt |
|---|---|---|---|---|---|
| 09/08/14 | Taxi | Car | $11.76 | | N |
| 9/8/2014 | SAT | Parking | $11.00 | | Y |
| 9/23/2014 | Americn Airlines | Airfare | $603.20 | | Y |
| 9/23/2014 | Americn Airlines | Airfare | $142.06 | | Y |
| 9/30/2014 | | Per diam | $46.00 | | N |
| 9/30/2014 | SQ Domingo Urena | Car | $90.00 | | Y |
| 10/1/2014 | | Per diam | $46.00 | Per Diam | N |
| 10/2/2014 | | Travel | $11.20 | | N |
| 10/2/2014 | SQ Ramon Silva | Car | $90.00 | | Y |
| 10/2/2014 | SAT | Parking | $33.00 | | Y |
| 10/2/2014 | W Hotel Times Square | Hotel | $1,129.26 | | Y |
| 10/2/2014 | Medallion | Parking | $16.50 | | Y |
| 10/14/2014 | | Travel | $20.00 | | N |
| 10/27/2014 | | Per diam | $138.00 | Per Diam | N |
| 12/16/2014 | Southwest | Airfare | $410.20 | | Y |
| 12/19/2014 | SAT | Parking | $11.00 | | Y |
| 12/19/2014 | | Travel | $11.76 | | N |
| 1/5/2015 | Delta | Airfare | $466.20 | | Y |
| 1/5/2015 | Delta | Airfare | $69.00 | | Y |
| 1/6/2015 | LE Parker Meridien | Hotel | $726.46 | | Y |
| 1/14/2015 | The Wayfarer | Meals & Entertainment | $124.52 | | Y |
| 1/14/2015 | SQ Domingo Urena | Car | $140.00 | | Y |
| 1/14/2015 | | Travel | $12.08 | | N |
| 1/16/2015 | ABM Parking | Parking | $21.00 | | Y |
| 1/16/2015 | SQ Domingo Urena | Car | $125.00 | | Y |
| 3/11/2015 | Delta | Airfare | $883.70 | | Y |
| 3/11/2015 | Delta | Airfare | $29.00 | | Y |
| 3/11/2015 | Delta | Airfare | $35.00 | | Y |
| 3/18/2015 | | Travel | $12.08 | | N |
| 3/18/2015 | SQ Martin Luxury Transport | Car | $132.00 | | Y |

# Luminant Expenses

| DATE | NAME | DESCRIPTION | AMOUNT | NOTES | Receipt |
|---|---|---|---|---|---|
| 3/18/2015 | Trattoria | Meals & Entertainment | $159.02 | | Y |
| 3/19/2015 | SQ Martin Luxury Transport | Car | $115.50 | | Y |
| 3/19/2015 | SAT | Parking | $22.00 | | Y |
| 3/19/2015 | The Plaza | Hotel | $493.49 | | Y |
| 4/1/2015 | Delta | Airfare | $540.35 | | Y |
| 4/1/2015 | Southwest | Airfare | $157.50 | | Y |
| 4/6/2015 | | Travel | $12.08 | | N |
| 4/6/2015 | SQ Domingo Urena | Car | $150.00 | | Y |
| 4/6/2015 | Trattoria | Meals & Entertainment | $291.16 | | Y |
| 4/8/2015 | NYC- Taxi | Car | $8.30 | | N |
| 4/8/2015 | SQ Domingo Urena | Car | $105.00 | | Y |
| 4/8/2015 | ABM Parking | Parking | $21.00 | | Y |
| 4/8/2015 | The Plaza | Hotel | $1,050.62 | | Y |
| 4/14/2015 | Southwest | Airfare | $360.00 | | Y |
| 4/21/2015 | Southwest | Airfare | $52.00 | | Y |
| 4/23/2015 | | Travel | $12.08 | | N |
| 4/23/2015 | SAT | Parking | $11.00 | | Y |
| 05/11/15 | US Airway | Airfare | $165.00 | | N |
| 05/14/15 | | Per diam | $184.00 | Per Diam | N |
| 05/15/15 | | Travel | $11.20 | | N |

**TOTAL EXPENSES**  $16,329.40