**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Ref. Docket Nos. 6496, 6498-6499, 6501,** |
| | ) | **6505 and 6506** |

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK   )
                     ) ss.:
COUNTY OF NEW YORK  )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 16, 2015, I caused to be served:

    a) *a customized Cover Memo from Energy Future Holdings, to include the affected claim holder's claim number(s) regarding their claim*, dated October 16, 2015, a sample of which is annexed hereto as <u>Exhibit A</u>, (the "Cover Memo"),

    b) *a customized Cover Memo from Energy Future Holdings, to include the affected claim holder's claim number(s) regarding their claim*, dated October 16, 2015, a sample of which is annexed hereto as <u>Exhibit B</u>, (the "Modification to Claims Cover Memo"),

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

c)  the "Notice of 'Debtors' Thirty-Second Omnibus (Non-Substantive) Objection to Insufficient Documentation, Amended, and Wrong Debtor Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1' and Hearing Thereon," dated October 16, 2015, to which was attached the "Debtors' Thirty-Second Omnibus (Non-Substantive) Objection to Insufficient Documentation, Amended, and Wrong Debtor Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1," dated October 16, 2015 [Docket No. 6496], (the "32nd Omnibus Objection"),

d)  the "Debtors' Thirty-Second Omnibus (Non-Substantive) Objection to Insufficient Documentation, Amended, and Wrong Debtor Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1," dated October 16, 2015, *related to Docket No. 6496*, (the "32nd Omnibus Objection without Exhibits to Exhibit A"),

e)  the "Declaration of Steven R. Kotarba, Managing Director with Alvarez & Marsal North America, LLC, in Support of the Debtors' Thirty-Second Omnibus (Non-Substantive) Objection to Insufficient Documentation, Amended, and Wrong Debtor Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1," dated October 16, 2015 [Docket No. 6498], (the "32nd Omnibus Objection Declaration"),

f)  a customized version of the "Notice of Debtors' Thirty-Second Omnibus (Non-Substantive) Objection to Insufficient Documentation, Amended, and Wrong Debtor Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 and Hearing Thereon," dated October 16, 2015, a sample of which is annexed hereto as <u>Exhibit C</u>, (the "32nd Omnibus Objection Exhibit 1 Claims Custom Notice"),

g)  a customized version of the "Notice of Debtors' Thirty-Second Omnibus (Non-Substantive) Objection to Insufficient Documentation, Amended, and Wrong Debtor Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 and Hearing Thereon," dated October 16, 2015, a sample of which is annexed hereto as <u>Exhibit D</u>, (the "32nd Omnibus Objection Exhibit 2 Claims Custom Notice"),

h)  a customized version of the "Notice of Debtors' Thirty-Second Omnibus (Non-Substantive) Objection to Insufficient Documentation, Amended, and Wrong Debtor Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 and Hearing Thereon," dated October 16, 2015, a sample of which is annexed hereto as <u>Exhibit E</u>, (the "32nd Omnibus Objection Exhibit 3 Claims Custom Notice"),

i) the "Notice of 'Debtors' Thirty-Third Omnibus (Substantive) Objection to Substantive Duplicate and No Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1' and Hearing Thereon," dated October 16, 2015, to which was attached the "Debtors' Thirty-Third Omnibus (Substantive) Objection to Substantive Duplicate and No Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1," dated October 16, 2015 [Docket No. 6499], (the "33rd Omnibus Objection"),

j) the "Debtors' Thirty-Third Omnibus (Substantive) Objection to Substantive Duplicate and No Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1," dated October 16, 2015, *related to Docket No. 6499*, (the "33rd Omnibus Objection without Exhibits"),

k) the "Declaration of Steven R. Kotarba, Managing Director with Alvarez & Marsal North America, LLC, in Support of the Debtors' Thirty-Third Omnibus (Substantive) Objection to Substantive Duplicate and No Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1," dated October 16, 2015 [Docket No. 6501], (the "33rd Omnibus Objection Declaration"),

l) a customized version of the "Notice of 'Debtors' Thirty-Third Omnibus (Substantive) Objection to Substantive Duplicate and No Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1' and Hearing Thereon," dated October 16, 2015, a sample of which is annexed hereto as <u>Exhibit F</u>, (the "33rd Omnibus Objection Exhibit 1 Claims Custom Notice"),

m) a customized version of the "Notice of 'Debtors' Thirty-Third Omnibus (Substantive) Objection to Substantive Duplicate and No Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1' and Hearing Thereon," dated October 16, 2015, a sample of which is annexed hereto as <u>Exhibit G</u>, (the "33rd Omnibus Objection Exhibit 2 Claims Custom Notice"),

n) the "Notice of 'Debtors' Thirty-Fourth Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1' and Hearing Thereon," dated October 16, 2015, to which was attached the "Debtors' Thirty-Fourth Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1," dated October 16, 2015 [Docket No. 6505], (the "34th Omnibus Objection"),

o) the "Debtors' Thirty-Fourth Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1," dated October 16, 2015, *related to Docket No. 6505*, (the "34th Omnibus Objection without Exhibits to Exhibit A"),

p) the "Declaration of Steven R. Kotarba, Managing Director with Alvarez & Marsal North America, LLC, in Support of the Debtors' Thirty-Fourth Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1," dated October 16, 2015 [Docket No. 6506], (the "34th Omnibus Objection Declaration"),

q) a customized version of the "Notice of 'Debtors' Thirty-Fourth Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1' and Hearing Thereon," dated October 16, 2015, a sample of which is annexed hereto as <u>Exhibit H</u>, (the "34th Omnibus Objection Exhibit 1 Claims Custom Notice"),

r) a customized version of the "Notice of 'Debtors' Thirty-Fourth Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1' and Hearing Thereon," dated October 16, 2015, a sample of which is annexed hereto as <u>Exhibit I</u>, (the "34th Omnibus Objection Exhibit 2 Claims Custom Notice"),

s) a customized version of the "Notice of 'Debtors' Thirty-Fourth Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1' and Hearing Thereon," dated October 16, 2015, a sample of which is annexed hereto as <u>Exhibit J</u>, (the "34th Omnibus Objection Exhibit 3 Claims Custom Notice"),

t) a customized version of the "Notice of 'Debtors' Thirty-Fourth Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1' and Hearing Thereon," dated October 16, 2015, a sample of which is annexed hereto as <u>Exhibit K</u>, (the "34th Omnibus Objection Exhibit 4 Claims Custom Notice"),

u) a customized version of the "Notice of 'Debtors' Thirty-Fourth Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1' and Hearing Thereon," dated October 16, 2015, a sample of which is annexed hereto as <u>Exhibit L</u>, (the "34th Omnibus Objection Exhibit 5 Claims Custom Notice"), and

v) a customized version of the "Notice of 'Debtors' Thirty-Fourth Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1' and Hearing Thereon," dated October 16, 2015, a sample of which is annexed hereto as <u>Exhibit M</u>, (the "34th Omnibus Objection Exhibit 6 Claims Custom Notice"),

by causing true and correct copies of the:

i. 32nd Omnibus Objection, 32nd Omnibus Objection Declaration, 33rd Omnibus Objection, 33rd Omnibus Objection Declaration, 34th Omnibus Objection, and 34th Omnibus Objection Declaration, to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit N</u>,

ii. 32nd Omnibus Objection, 32nd Omnibus Objection Declaration, 33rd Omnibus Objection, 33rd Omnibus Objection Declaration, 34th Omnibus Objection, and 34th Omnibus Objection Declaration, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit O</u>,

iii. Cover Memo, 32nd Omnibus Objection without Exhibits to Exhibit A, 32nd Omnibus Objection Declaration and 32nd Omnibus Objection Exhibit 1 Claims Custom Notice, to be enclosed securely in a postage pre-paid envelope and delivered via first class mail to the party listed on the annexed <u>Exhibit P</u>,

iv. Cover Memo, 32nd Omnibus Objection without Exhibits to Exhibit A, 32nd Omnibus Objection Declaration and 32nd Omnibus Objection Exhibit 2 Claims Custom Notice, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit Q</u>,

v. Modification to Claims Cover Memo, 32nd Omnibus Objection without Exhibits to Exhibit A, 32nd Omnibus Objection Declaration and 32nd Omnibus Objection Exhibit 3 Claims Custom Notice, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit R</u>,

vi. Cover Memo, 33rd Omnibus Objection without Exhibits, 33rd Omnibus Objection Declaration and 33rd Omnibus Objection Exhibit 1 Claims Custom Notice, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit S</u>,

vii. Cover Memo, 33rd Omnibus Objection without Exhibits, 33rd Omnibus Objection Declaration and 33rd Omnibus Objection Exhibit 2 Claims Custom Notice, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit T</u>,

viii.   Modification to Claims Cover Memo, 34th Omnibus Objection without Exhibits to Exhibit A, 34th Omnibus Objection Declaration and 34th Omnibus Objection Exhibit 1 Claims Custom Notice, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit U</u>,

ix.     Modification to Claims Cover Memo, 34th Omnibus Objection without Exhibits to Exhibit A, 34th Omnibus Objection Declaration and 34th Omnibus Objection Exhibit 2 Claims Custom Notice, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit V</u>,

x.      Modification to Claims Cover Memo, 34th Omnibus Objection without Exhibits to Exhibit A, 34th Omnibus Objection Declaration and 34th Omnibus Objection Exhibit 3 Claims Custom Notice, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit W</u>,

xi.     Modification to Claims Cover Memo, 34th Omnibus Objection without Exhibits to Exhibit A, 34th Omnibus Objection Declaration and 34th Omnibus Objection Exhibit 4 Claims Custom Notice, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit X</u>,

xii.    Modification to Claims Cover Memo, 34th Omnibus Objection without Exhibits to Exhibit A, 34th Omnibus Objection Declaration and 34th Omnibus Objection Exhibit 5 Claims Custom Notice, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit Y</u>, and

xiii.   Modification to Claims Cover Memo, 34th Omnibus Objection without Exhibits to Exhibit A, 34th Omnibus Objection Declaration and 34th Omnibus Objection Exhibit 6 Claims Custom Notice, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit Z</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Carol Zhang

Sworn to before me this
4th day of November, 2015

Notary Public

Cassandra Murray
NOTARY PUBLIC STATE OF NEW YORK
No 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2018

T:\Clients\TXUENERG\Affidavits\32nd-34th Omni Objs, Declarations & Custom Notices_DI 6496, 6498, 6499, 6501, 6505 & 6506_AFF_10-16-15_SS & CZ.docx

**EXHIBIT A**

**Energy Future Holdings**

October 16, 2015

We are writing to you today about the claim (or claims) you filed as part of Energy Future Holdings' Chapter 11 proceedings.

The company is unable to allow your claim(s) – number(s) 4054.  <u>Our response to your claim(s) is detailed in the enclosed materials</u>.

As indicated in the enclosed Notice, which has been customized to address your claim and the company's response to your claim, if you have a response, you must file it with the Bankruptcy Court on or before **October 30, 2015**.  You must also send a copy of any such response to the debtors' counsel listed on the Notice so that it is **actually received** by October 30, 2015 at 4:00 PM (ET).

If you have any questions, please call our dedicated telephone hotline at (844) 415-6962 free of charge or send your contact information to <u>efhcorrespondence@kirkland.com</u> and a representative will be in touch with you shortly.

Thank you.

**EXHIBIT B**

**Energy Future Holdings**

October 16, 2015

We are writing to you today about the claim (or claims) you filed as part of Energy Future Holdings' Chapter 11 proceedings.

The company is modifying your claim(s) – number(s) 5001.  <u>Our reason(s) for the modification(s) to your claim(s) is/are detailed in the enclosed materials</u>.

As indicated in the enclosed Notice, which has been customized to address your claim and the company's response to your claim, if you have a response, you must file it with the Bankruptcy Court on or before **October 30, 2015**.  You must also send a copy of any such response to the debtors' counsel listed on the Notice so that it is **actually received** by October 30, 2015 at 4:00 PM (ET).

If you have any questions, please call our dedicated telephone hotline at (844) 415-6962 free of charge or send your contact information to <u>efhcorrespondence@kirkland.com</u> and a representative will be in touch with you shortly

Thank you.

**EXHIBIT C**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

## NOTICE OF DEBTORS' THIRTY-SECOND OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO INSUFFICIENT DOCUMENTATION, AMENDED, AND WRONG DEBTOR CLAIMS PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

**TO:**  TITUS COUNTY
ATTN: COUNTY JUDGE, BRIAN LEE
100 WEST FIRST STREET, SUITE 200
MOUNT PLEASANT, TX  75455

**Basis for Objection**: Insufficient Documentation Claim.

| | **Claim Number** | **Claim Amount** |
|---|---|---|
| **Claim(s) to be Expunged**: | 4054 | Undetermined* |

*- Indicates claim contains unliquidated and/or undetermined amounts.

On October 16, 2015, the above-captioned debtors and debtors in possession (the "Debtors") filed the **Debtors' Thirty-Second Omnibus (Non-Substantive) Objection to Insufficient Documentation, Amended, and Wrong Debtor Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1** (the "Objection")[2] a copy of which is attached hereto.

By the Objection, the Debtors seek to disallow the claim(s) listed as "Claim(s) to be Expunged" for the reason stated above and as further described in the Objection.  Once disallowed, the "Claims to be Expunged" will be removed from the Claims Register.

Responses to the Objection, if any, must be in writing and filed on or before **October 30, 2015, at 4:00 PM (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of any such response upon the undersigned counsel to the Debtors listed so that the response is **actually received** on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **NOVEMBER 25, 2015, AT 10:00 AM (ET),** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801.

---

[1]  The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]  Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Objection.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

If you have questions about the Objection, please call (844) 415-6962 or send your contact information to efhcorrespondence@kirkland.com, both free of charge.

Wilmington, Delaware
Dated: October 16, 2015

*/s/ Jason M. Madron*
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:     (302) 651-7700
Facsimile:     (302) 651-7701
Email:         collins@rlf.com
               defranceschi@rlf.com
               madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900
Email:         edward.sassower@kirkland.com
               stephen.hessler@kirkland.com
               brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200
Email:         james.sprayregen@kirkland.com
               marc.kieselstein@kirkland.com
               chad.husnick@kirkland.com
               steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

**EXHIBIT D**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF DEBTORS' THIRTY-SECOND
OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO INSUFFICIENT
DOCUMENTATION, AMENDED, AND WRONG DEBTOR CLAIMS PURSUANT
TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001,
3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON**

TO:  COPPERAS COVE ISD
C/O PERDUE BRANDON FIELDER COLLINS MOTT
ATTN: JOHN T. BANKS
3301 NORTHLAND DRIVE, SUITE 505
AUSTIN, TX 78731

**Basis for Objection**: Amended and Superseded Claim.

| | Claim Number | Claim Amount |
|---|---|---|
| **Claim(s) to be Expunged**: | 9943 | $406.52 |

| | Claim Number | Claim Amount |
|---|---|---|
| **Remaining Claim(s)**: | 9967 | $406.52 |

On October 16, 2015, the above-captioned debtors and debtors in possession (the "Debtors") filed the **Debtors' Thirty-Second Omnibus (Non-Substantive) Objection to Insufficient Documentation, Amended, and Wrong Debtor Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1** (the "Objection")[2] a copy of which is attached hereto.

By the Objection, the Debtors seek to disallow the claim(s) listed as "Claim(s) to be Expunged" for the reason stated above and as further described in the Objection. Once disallowed, the "Claims to be Expunged" will be removed from the Claims Register.

Responses to the Objection, if any, must be in writing and filed on or before **October 30, 2015, at 4:00 PM (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of any such response upon the undersigned counsel to the Debtors listed so that the response is **actually received** on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **NOVEMBER 25, 2015, AT 10:000 AM (ET),** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED

---

[1]  The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]  Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Objection.

STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

If you have questions about the Objection, please call (844) 415-6962 or send your contact information to efhcorrespondence@kirkland.com, both free of charge.

Wilmington, Delaware
Dated:  October 16, 2015

*/s/ Jason M. Madron*
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
            defranceschi@rlf.com
            madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    edward.sassower@kirkland.com
            stephen.hessler@kirkland.com
            brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    james.sprayregen@kirkland.com
            marc.kieselstein@kirkland.com
            chad.husnick@kirkland.com
            steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

**EXHIBIT E**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF DEBTORS' THIRTY-SECOND
OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO INSUFFICIENT
DOCUMENTATION, AMENDED, AND WRONG DEBTOR CLAIMS PURSUANT
TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001,
3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON**

**TO:** ADVANCED PUMP & VALVE, INC.
D/B/A ADVANCED INDUSTRIES, INC.
C/O SEARCY & SEARCY, P.C.
PO BOX 3929
LONGVIEW, TX 75606

**Claim Number:** 4536

**Basis for Objection:** Wrong Debtor Claim.

**Reason for Modification:** Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

**Asserted Debtor / Priority / Amount**
Luminant Generation Company LLC - 503(b)(9) - $92,082.38
Luminant Generation Company LLC - Unsecured - $33,945.12

**Modified Debtor / Priority / Amount**
Luminant Generation Company LLC - 503(b)(9) - $92,082.38
Luminant Generation Company LLC - Unsecured - $33,765.22
Oak Grove Management Company LLC - Unsecured - $179.90

On October 16, 2015, the above-captioned debtors and debtors in possession (the "Debtors") filed the **Debtors' Thirty-Second Omnibus (Non-Substantive) Objection to Insufficient Documentation, Amended, and Wrong Debtor Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1** (the "Objection")[2] a copy of which is attached hereto.

By the Objection, the Debtors seek to modify the claim(s) listed as "Claim(s) to be Modified" for the reason stated above and as further described in the Objection.

Responses to the Objection, if any, must be in writing and filed on or before **October 30, 2015, at 4:00 PM (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of any such response upon the undersigned counsel to the Debtors listed so that the response is **actually received** on or before the Objection Deadline.

---

[1]    The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]    Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Objection.

A HEARING ON THE OBJECTION WILL BE HELD ON **NOVEMBER 25, 2015, AT 10:000 AM (ET),** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

If you have questions about the Objection, please call (844) 415-6962 or send your contact information to efhcorrespondence@kirkland.com, both free of charge.

Wilmington, Delaware
Dated:  October 16, 2015

*/s/ Jason M. Madron*
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:      (302) 651-7700
Facsimile:      (302) 651-7701
Email:          collins@rlf.com
                defranceschi@rlf.com
                madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:      (212) 446-4800
Facsimile:      (212) 446-4900
Email:          edward.sassower@kirkland.com
                stephen.hessler@kirkland.com
                brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:      (312) 862-2200
Email:          james.sprayregen@kirkland.com
                marc.kieselstein@kirkland.com
                chad.husnick@kirkland.com
                steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

3

**EXHIBIT F**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF "DEBTORS' THIRTY-THIRD OMNIBUS (SUBSTANTIVE) OBJECTION TO (SUBSTANTIVE DUPLICATE AND NO LIABILITY) CLAIMS PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1" AND HEARING THEREON**

TO:   APPLIED INDUSTRIAL TECHNOLOGIES, INC.
CORPORATE HEADQUARTERS
ATTN: DIANNE MISENKO
1 APPLIED PLAZA
CLEVELAND, OH  44115

**Basis for Objection**: Substantive Duplicate Claim.

**Reason for Modification:** Claimed invoice in claim to be disallowed appears to be included in the remaining claim.

| Claim(s) to be Expunged: | Claim Number | Claim Amount |
|---|---|---|
| | 5804 | $1,762.08 |

| Remaining Claim(s) | Claim Number | Claim Amount |
|---|---|---|
| | 5805 | $4,658.89 |

On October 16, 2015, the above-captioned debtors and debtors in possession (the "Debtors") filed the **Debtors' Thirty-Third Omnibus (Substantive) Objection to Substantive Duplicate and No Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1** (the "Objection")[2] a copy of which is attached hereto.

By the Objection, the Debtors seek to disallow the claim(s) listed as "Claim(s) to be Expunged" for the reason stated above and as further described in the Objection.  Once disallowed, the "Claims to be Expunged" will be removed from the Claims Register.

Responses to the Objection, if any, must be in writing and filed on or before **October 30, 2015, at 4:00 PM (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of any such response upon the undersigned counsel to the Debtors listed so that the response is **actually received** on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **NOVEMBER 25, 2015, AT 10:000 AM (ET),** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED

---

[1]   The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]   Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Objection.

STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

If you have questions about the Objection, please call (844) 415-6962 or send your contact information to efhcorrespondence@kirkland.com, both free of charge.

Wilmington, Delaware
Dated:  October 16, 2015

*/s/ Jason M. Madron*
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:      (302) 651-7700
Facsimile:      (302) 651-7701
Email:          collins@rlf.com
                defranceschi@rlf.com
                madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:      (212) 446-4800
Facsimile:      (212) 446-4900
Email:          edward.sassower@kirkland.com
                stephen.hessler@kirkland.com
                brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:      (312) 862-2200
Email:          james.sprayregen@kirkland.com
                marc.kieselstein@kirkland.com
                chad.husnick@kirkland.com
                steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

**EXHIBIT G**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**NOTICE OF "DEBTORS' THIRTY-THIRD OMNIBUS (SUBSTANTIVE) OBJECTION TO
(SUBSTANTIVE DUPLICATE AND NO LIABILITY) CLAIMS PURSUANT
TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003, AND
3007, AND LOCAL BANKRUPTCY RULE 3007-1" AND HEARING THEREON**

**TO:**    APPLIED INDUSTRIAL TECHNOLOGIES
ATTN: DIANNE MISENKO
ONE APPLIED PLAZA
CLEVELAND, OH  44115-5056

**Basis for Objection**: No Liability Claim.

**Reason for Disallowance**: Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, a reasonable review of the Debtors' books and records, and further discussion with claimant.

|  | Claim Number | Claim Amount |
|---|---|---|
| **Claim(s) to be Expunged**: | 5802 | $90.21 |

On October 16, 2015, the above-captioned debtors and debtors in possession (the "Debtors") filed the **Debtors' Thirty-Third Omnibus (Substantive) Objection to Substantive Duplicate and No Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1** (the "Objection")[2] a copy of which is attached hereto.

By the Objection, the Debtors seek to disallow the claim(s) listed as "Claim(s) to be Expunged" for the reason stated above and as further described in the Objection.  Once disallowed, the "Claims to be Expunged" will be removed from the Claims Register.

Responses to the Objection, if any, must be in writing and filed on or before **October 30, 2015, at 4:00 PM (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of any such response upon the undersigned counsel to the Debtors listed so that the response is **actually received** on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **NOVEMBER 25, 2015, AT 10:000 AM (ET),** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801.

---

[1]    The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]    Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Objection.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

If you have questions about the Objection, please call (844) 415-6962 or send your contact information to efhcorrespondence@kirkland.com, both free of charge.

Wilmington, Delaware
Dated:  October 16, 2015

*/s/ Jason M. Madron*
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:        (302) 651-7700
Facsimile:        (302) 651-7701
Email:            collins@rlf.com
                  defranceschi@rlf.com
                  madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:        (212) 446-4800
Facsimile:        (212) 446-4900
Email:            edward.sassower@kirkland.com
                  stephen.hessler@kirkland.com
                  brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:        (312) 862-2000
Facsimile:        (312) 862-2200
Email:            james.sprayregen@kirkland.com
                  marc.kieselstein@kirkland.com
                  chad.husnick@kirkland.com
                  steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

**EXHIBIT H**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF DEBTORS' THIRTY-FOURTH OMNIBUS (SUBSTANTIVE)
OBJECTION TO CERTAIN IMPROPERLY ASSERTED CLAIMS PURSUANT
TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001,
3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON**

---

**TO:** BEST BUY BUSINESS ADVANTAGE
ATTN: TIFFANY OFFUTT, RECOV. COORDINATOR
8650 COLLEGE BLVD
OVERLAND PARK, KS  66210

**Claim Number:**  5001

**Basis for Objection:**  Wrong  Debtor and Modify Amount.

**Reason for Modification:**  Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects adjustment for amount paid via check number 1002699314 on 4/16/2014.

**Asserted Debtor / Priority / Amount**
Luminant Generation Company LLC - 503(b)(9) - $3,477.94
Luminant Generation Company LLC - Unsecured - $10,589.97

**Modified Debtor / Priority / Amount**
Luminant Generation Company LLC - 503(b)(9) - $2,077.98
Luminant Mining Company LLC - 503(b)(9) - $1,399.96
Luminant Generation Company LLC - Unsecured - $9,150.00
Luminant Mining Company LLC - Unsecured - $750.00
Oak Grove Management Company LLC - Unsecured - $439.98

On October 16, 2015, the above-captioned debtors and debtors in possession (the "Debtors") filed the **Debtors' Thirty-Fourth Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1** (the "Objection")[2] a copy of which is attached hereto.

By the Objection, the Debtors seek to modify the claim(s) listed as "Claim(s) to be Modified" for the reason stated above and as further described in the Objection.

Responses to the Objection, if any, must be in writing and filed on or before **October 30, 2015, at 4:00 PM (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

---

[1]    The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]    Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Objection.

At the same time, you must also serve a copy of any such response upon the undersigned counsel to the Debtors listed so that the response is **actually received** on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **NOVEMBER 25, 2015, AT 10:000 AM (ET),** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

If you have questions about the Objection, please call (844) 415-6962 or send your contact information to efhcorrespondence@kirkland.com, both free of charge.

Wilmington, Delaware
Dated:  October 16, 2015

/s/ Jason M. Madron

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:       (302) 651-7700
Facsimile:        (302) 651-7701
Email:             collins@rlf.com
                       defranceschi@rlf.com
                       madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:       (212) 446-4800
Facsimile:        (212) 446-4900
Email:             edward.sassower@kirkland.com
                       stephen.hessler@kirkland.com
                       brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:       (312) 862-2000
Facsimile:        (312) 862-2200
Email:             james.sprayregen@kirkland.com
                       marc.kieselstein@kirkland.com
                       chad.husnick@kirkland.com
                       steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

**EXHIBIT I**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF DEBTORS' THIRTY-FOURTH OMNIBUS (SUBSTANTIVE)
OBJECTION TO CERTAIN IMPROPERLY ASSERTED CLAIMS PURSUANT
TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001,
3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON**

TO:  AEC POWERFLOW, LLC
     100 SW SCHERER ROAD
     LEES SUMMIT, MO  64082

**Claim Number:**  4272

**Basis for Objection:**  Wrong  Debtor and Modify Priority.

**Reason for Modification:**  Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.  Modified priority reflects that, according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority.

**Asserted Debtor / Priority / Amount**
Luminant Generation Company LLC - 503(b)(9) - $53,849.66
Luminant Generation Company LLC - Unsecured - $40,216.66

**Modified Debtor / Priority / Amount**
Luminant Generation Company LLC - 503(b)(9) - $22,087.08
Oak Grove Management Company LLC - 503(b)(9) - $731.50
Sandow Power Company LLC - 503(b)(9) - $1,055.08
Luminant Generation Company LLC - Unsecured - $70,192.66

On October 16, 2015, the above-captioned debtors and debtors in possession (the "Debtors") filed the **Debtors' Thirty-Fourth Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1** (the "Objection")[2] a copy of which is attached hereto.

By the Objection, the Debtors seek to modify the claim(s) listed as "Claim(s) to be Modified" for the reason stated above and as further described in the Objection.

Responses to the Objection, if any, must be in writing and filed on or before **October 30, 2015, at 4:00 PM (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

---

[1]    The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]    Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Objection.

At the same time, you must also serve a copy of any such response upon the undersigned counsel to the Debtors listed so that the response is **actually received** on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **NOVEMBER 25, 2015, AT 10:000 AM (ET),** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

If you have questions about the Objection, please call (844) 415-6962 or send your contact information to efhcorrespondence@kirkland.com, both free of charge.

Wilmington, Delaware
Dated:  October 16, 2015

                 */s/ Jason M. Madron*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:      (302) 651-7700
Facsimile:       (302) 651-7701
Email:            collins@rlf.com
                      defranceschi@rlf.com
                      madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:      (212) 446-4800
Facsimile:       (212) 446-4900
Email:            edward.sassower@kirkland.com
                      stephen.hessler@kirkland.com
                      brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:       (312) 862-2200
Email:            james.sprayregen@kirkland.com
                      marc.kieselstein@kirkland.com
                      chad.husnick@kirkland.com
                      steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

**EXHIBIT J**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**NOTICE OF DEBTORS' THIRTY-FOURTH OMNIBUS (SUBSTANTIVE)**
**OBJECTION TO CERTAIN IMPROPERLY ASSERTED CLAIMS PURSUANT**
**TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001,**
**3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON**

TO:  CINCO J INC.                                    Claim Number:  5236
     D/B/A JOHNSON OIL CO.
     P.O. DRAWER 1959                           **Basis for Objection:**  Wrong Debtor, Modify Amount
     GONZALES, TX  78629                                                         and Modify Priority.

**Reason for Modification:**  Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects adjustment per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. Modified priority reflects that, according to Debtors' books and records and/or documentation filed with the proof of claim, for services or other non-goods, which do not qualify for 503(b)(9) priority.

**Asserted Debtor / Priority / Amount**
Luminant Generation Company LLC - 503(b)(9) - $3,995.22
Luminant Generation Company LLC - Unsecured - $14,694.79

**Modified Debtor / Priority / Amount**
Luminant Generation Company LLC - 503(b)(9) - $1,504.52
Sandow Power Company LLC - 503(b)(9) - $2,450.70
Luminant Generation Company LLC - Unsecured - $4,487.82
Sandow Power Company LLC - Unsecured - $6,251.75

On October 16, 2015, the above-captioned debtors and debtors in possession (the "Debtors") filed the **Debtors' Thirty-Fourth Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1** (the "Objection")[2] a copy of which is attached hereto.

By the Objection, the Debtors seek to modify the claim(s) listed as "Claim(s) to be Modified" for the reason stated above and as further described in the Objection.

Responses to the Objection, if any, must be in writing and filed on or before **October 30, 2015, at 4:00 PM (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

---

[1]  The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]  Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Objection.

At the same time, you must also serve a copy of any such response upon the undersigned counsel to the Debtors listed so that the response is **actually received** on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **NOVEMBER 25, 2015, AT 10:000 AM (ET),** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

If you have questions about the Objection, please call (844) 415-6962 or send your contact information to efhcorrespondence@kirkland.com, both free of charge.

Wilmington, Delaware
Dated:  October 16, 2015

                /s/ Jason M. Madron

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:     (302) 651-7700
Facsimile:      (302) 651-7701
Email:          collins@rlf.com
                   defranceschi@rlf.com
                   madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:     (212) 446-4800
Facsimile:      (212) 446-4900
Email:          edward.sassower@kirkland.com
                   stephen.hessler@kirkland.com
                   brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200
Email:          james.sprayregen@kirkland.com
                   marc.kieselstein@kirkland.com
                   chad.husnick@kirkland.com
                   steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

3

**EXHIBIT K**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**NOTICE OF DEBTORS' THIRTY-FOURTH OMNIBUS (SUBSTANTIVE)
OBJECTION TO CERTAIN IMPROPERLY ASSERTED CLAIMS PURSUANT
TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001,
3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON**

**TO:** STEIN INDUSTRIES INC
19 ARTISANS CRESCENT
LONDON, ON  N5V 5E9  CANADA

**Claim Number:**  4234

**Basis for Objection:**  Modify Amount.

**Reason for Modification:**  Modified amount reflects liquidation of claim to reflect the amount owed according to Debtors' books and records and the documentation filed with the proof of claim.

**Asserted Debtor / Priority / Amount**
Luminant Generation Company LLC - Unsecured - Undetermined*

**Modified Debtor / Priority / Amount**
Luminant Generation Company LLC - Unsecured - $1,500.00

*- Indicates claim contains unliquidated and/or undetermined amounts.

On October 16, 2015, the above-captioned debtors and debtors in possession (the "Debtors") filed the **Debtors' Thirty-Fourth Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1** (the "Objection")[2] a copy of which is attached hereto.

By the Objection, the Debtors seek to modify the claim(s) listed as "Claim(s) to be Modified" for the reason stated above and as further described in the Objection.

Responses to the Objection, if any, must be in writing and filed on or before **October 30, 2015, at 4:00 PM (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

---

[1]  The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]  Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Objection.

At the same time, you must also serve a copy of any such response upon the undersigned counsel to the Debtors listed so that the response is **actually received** on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **NOVEMBER 25, 2015, AT 10:000 AM (ET),** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

If you have questions about the Objection, please call (844) 415-6962 or send your contact information to efhcorrespondence@kirkland.com, both free of charge.

Wilmington, Delaware
Dated:  October 16, 2015

/s/ Jason M. Madron
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:         collins@rlf.com
               defranceschi@rlf.com
               madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:         edward.sassower@kirkland.com
               stephen.hessler@kirkland.com
               brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:         james.sprayregen@kirkland.com
               marc.kieselstein@kirkland.com
               chad.husnick@kirkland.com
               steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

# EXHIBIT L

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF DEBTORS' THIRTY-FOURTH OMNIBUS (SUBSTANTIVE)
OBJECTION TO CERTAIN IMPROPERLY ASSERTED CLAIMS PURSUANT
TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001,
3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON**

**TO:** AIR LIQUIDE AMERICA SPECIALTY GASES LLC
ATTN: CHERYL R. LERO
2700 POST OAK BLVD. 21ST FLOOR
HOUSTON, TX  77056

**Claim Number:** 5693

**Basis for Objection:** Modify Amount and Modify Priority.

**Reason for Modification:**  Modified amount reflects adjustment for (1) amount paid via check number 1002696800 on 3/20/2014, and (2) a loss of use fee; the Debtors are not liable for this because the equipment is still being rented by the Debtors, therefore this does not qualify as loss of use.  Modified priority reflects (1) goods that were received by the Debtor more than 20 days before the petition date, claims for which are ineligible for 503(b)(9) priority status, and (2) the portion of the claim which is, according to Debtors' books and records and/or documentation filed with the proof of claim, for services or other non-goods, which do not qualify for 503(b)(9) priority.

**Asserted Debtor / Priority / Amount**
Luminant Generation Company LLC - 503(b)(9) - $18,806.59
Luminant Generation Company LLC - Unsecured - $130,515.29

**Modified Debtor / Priority / Amount**
Luminant Generation Company LLC - 503(b)(9) - $7,498.67
Luminant Generation Company LLC - Unsecured - $26,473.22

On October 16, 2015, the above-captioned debtors and debtors in possession (the "Debtors") filed the **Debtors' Thirty-Fourth Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1** (the "Objection")[2] a copy of which is attached hereto.

By the Objection, the Debtors seek to modify the claim(s) listed as "Claim(s) to be Modified" for the reason stated above and as further described in the Objection.

Responses to the Objection, if any, must be in writing and filed on or before **October 30, 2015, at 4:00 PM (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

---

[1]    The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]    Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Objection.

2

At the same time, you must also serve a copy of any such response upon the undersigned counsel to the Debtors listed so that the response is **actually received** on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **NOVEMBER 25, 2015, AT 10:000 AM (ET),** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

If you have questions about the Objection, please call (844) 415-6962 or send your contact information to efhcorrespondence@kirkland.com, both free of charge.

Wilmington, Delaware
Dated:  October 16, 2015

/s/ Jason M. Madron

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:     (302) 651-7700
Facsimile:      (302) 651-7701
Email:           collins@rlf.com
                      defranceschi@rlf.com
                      madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:     (212) 446-4800
Facsimile:      (212) 446-4900
Email:           edward.sassower@kirkland.com
                      stephen.hessler@kirkland.com
                      brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200
Email:           james.sprayregen@kirkland.com
                      marc.kieselstein@kirkland.com
                      chad.husnick@kirkland.com
                      steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

**EXHIBIT M**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF DEBTORS' THIRTY-FOURTH OMNIBUS (SUBSTANTIVE)
OBJECTION TO CERTAIN IMPROPERLY ASSERTED CLAIMS PURSUANT
TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001,
3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON**

**TO:** ALLEN'S ELECTRIC MOTOR SERVICE INC.
400A ROY HOPKINS DRIVE
VIVIAN, LA  71082

**Claim Number:** 9984

**Basis for Objection:** Modify Priority.

**Reason for Modification:** Modified priority reflects that, according to claimant's supporting documentation and Debtors' books and records, there is no basis for the priority asserted.

**Asserted Debtor / Priority / Amount**
Luminant Generation Company LLC - 503(b)(9) - $5,617.21
Luminant Generation Company LLC - Priority - $2,530.00
Luminant Generation Company LLC - Unsecured - $16,759.00

**Modified Debtor / Priority / Amount**
Luminant Generation Company LLC - 503(b)(9) - $5,617.21
Luminant Generation Company LLC - Unsecured - $19,289.00

On October 16, 2015, the above-captioned debtors and debtors in possession (the "Debtors") filed the **Debtors' Thirty-Fourth Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1** (the "Objection")[2] a copy of which is attached hereto.

By the Objection, the Debtors seek to modify the claim(s) listed as "Claim(s) to be Modified" for the reason stated above and as further described in the Objection.

Responses to the Objection, if any, must be in writing and filed on or before **October 30, 2015, at 4:00 PM (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

---

[1]    The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]    Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Objection.

2

At the same time, you must also serve a copy of any such response upon the undersigned counsel to the Debtors listed so that the response is **actually received** on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **NOVEMBER 25, 2015, AT 10:000 AM (ET),** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

If you have questions about the Objection, please call (844) 415-6962 or send your contact information to efhcorrespondence@kirkland.com, both free of charge.

Wilmington, Delaware
Dated:  October 16, 2015

/s/ Jason M. Madron
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:      (302) 651-7700
Facsimile:       (302) 651-7701
Email:             collins@rlf.com
                       defranceschi@rlf.com
                       madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:      (212) 446-4800
Facsimile:       (212) 446-4900
Email:             edward.sassower@kirkland.com
                       stephen.hessler@kirkland.com
                       brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:       (312) 862-2200
Email:             james.sprayregen@kirkland.com
                       marc.kieselstein@kirkland.com
                       chad.husnick@kirkland.com
                       steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

**EXHIBIT N**

ENERGY FUTURE HOLDINGS CORP., ET AL.
**CONSENTED TO EMAIL FED. R. BANKR. P. RULE 2002 LIST PARTIES**
**EMAIL NOTICE**

| Name | Counsel To / Attention | Email Address |
|------|------------------------|---------------|
| BAILEY BRAUER PLLC | (COUNSEL TO PINNACLE TECHNICAL RESOURCES INC) ATTN: BENJAMIN L STEWART ESQ | bstewart@baileybrauer.com |
| BARNES & THORNBURG LLP | (COUNSEL TO COVERDYN) ATTN: PAULA J JACOBI ESQ | pjacobi@btlaw.com |
| BARNES & THORNBURG LLP | (COUNSEL TO COVERDYN & GATX CORPORATION) ATTN: KEVIN G COLLINS ESQ | Kevin.Collins@btlaw.com |
| CRAVATH SWAINE & MOORE LLP | (COUNSEL TO ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC/EFIH) ATTN: MICHAEL A PASKIN ESQ | mpaskin@cravath.com; tbroad@cravath.com |
| CROWE & DUNLEVY, PC | (COUNSEL TO DEVON ENERGY) ATTN: JUDY HAMILTON MORSE ESQ | judy.morse@crowedunlevy.com |
| GREGORY D. WILLARD, ESQ. | (COUNSEL TO AUTOMATIC SYSTEMS, INC.) | gregoryd.willard@gmail.com |
| JENNER & BLOCK | (COUNSEL TO ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC/EFIH) ATTN: RICHARD LEVIN ESQ AND VINCENT E LAZAR ESQ | rlevin@jenner.com; vlazar@jenner.com |
| PERKINS COIE LLP | (COUNSEL TO DELAWARE TRUST COMPANY, AS SUCC TTEE UNDER TCEH 11.5% SENIOR SECURED NOTES INDENTURE) ATTN: TINA N MOSS ESQ | tmoss@perkinscoie.com |
| PINCKNEY, WEIDINGER, URBAN & JOYCE LLC | (COUNSEL TO AUTOMATIC SYSTEMS, INC.) ATTN: GREGORY T DONILON ESQ | gdonilon@pwujlaw.com |
| SEARCY & SEARCY PC | (COUNSEL TO D.COURTNEY CONSTRUCTION INC) ATTN: JASON R SEARCY ESQ AND JOSHUA P SEARCY ESQ | jsearcy@jrsearcylaw.com; joshsearcy@jrsearcylaw.com |
| STEPHEN SAKONCHICK II, PC | (COUNSEL TO RANGER EXCAVATING LP) | sakon@flash.net; ssakon@gmail.com |

| | |
|---|---|
| **Total Creditor Count** | **11** |
| **Total Email Count** | **15** |

**EXHIBIT O**

| Claim Name | Address Information |
|---|---|
| ABRAMS & BAYLISS LLP | (COUNSEL TO GOLDMAN SACHS & CO) KEVIN G. ABRAMS & JOHN M. SEAMAN 20 MONTCHANIN RD STE 200 WILMINGTON DE 19807 |
| AKERMAN LLP | (COUNSEL TO SIEMENS POWER GENERATION INC) ATTN: SUNDEEP S. SIDHU 420 S ORANGE AVE STE 1200 ORLANDO FL 32801-4904 |
| AKIN GUMP STRAUSS HAUER & FELD LLP | (COUNSEL TO AD HOC COMMITTEE OF EFIH UNSECURED NOTEHOLDERS AND EFIH SECOND LIEN DIP COMMITMENT) ATTN: IRA DIZENGOFF; ABID QURESHI; STEPHEN BALDINI MEREDITH LAHAIE; ROBERT BOLLER; CHRISTOPHER CARTY 1 BRYANT PARK, BANK OF AMERICA TOWER NEW YORK NY 10036-6745 |
| AKIN GUMP STRAUSS HAUER & FELD LLP | (COUNSEL TO AD HOC COMMITTEE OF EFIH UNSECURED NOTEHOLDERS AND EFIH SECOND LIEN DIP COMMITMENT) ATTN: SCOTT ALBERINO; JOANNA NEWDECK ROBERT S. STRAUSS BUILDING 1333 NEW HAMPSHIRE AVE, NW WASHINGTON DC 20036-1564 |
| ALDINE INDEPENDENT SCHOOL DISTRICT | ATTN: COURTENEY F HARRIS ESQ 14910 ALDINE WESTFIELD RD HOUSTON TX 77032 |
| ALVAREZ & MARSAL | ATTN: PAUL KINEALY 55 W MONROE STE 4000 CHICAGO IL 60603 |
| AMERICAN STOCK TRANSFER & TRUST CO LLC | ATTN: GENERAL COUNSEL 6201 15TH AVE BROOKLYN NY 11219 |
| AMERICAN STOCK TRANSFER & TRUST CO LLC | ATTN: PAUL KIM 6201 15TH AVE BROOKLYN NY 11219 |
| ASHBY & GEDDES PA | (COUNSEL TO WILMINGTON SAVINGS/WSFS) ATTN: WILLIAM BOWDEN ESQ & GREGORY TAYLOR ESQ PO BOX 1150 WILMINGTON DE 19899 |
| BAKER BOTTS LLP | (COUNSEL TO CENTERPOINT) ATTN: JAMES PRINCE; OMAR J ALANIZ 2001 ROSS AVE DALLAS TX 75201-2980 |
| BALLARD SPAHR LLP | (COUNSEL TO LOUISIANA ENERGY & URENCO) ATTN: MATTHEW G SUMMERS ESQ 919 N MARKET ST 11TH FL WILMINGTON DE 19801 |
| BARNES & THORNBURG LLP | (COUNSEL TO CONVERDYN & GATX CORPORATION) ATTN: KEVIN G COLLINS ESQ 1000 N WEST ST STE 1500 WILMINGTON DE 19801 |
| BARNES & THORNBURG LLP | (COUNSEL TO GATX CORPORATION) ATTN: DAVID M POWLEN ESQ 1000 N WEST ST STE 1500 WILMINGTON DE 19801 |
| BAYARD PA | (COUNSEL TO CSC TRUST CO OF DELAWARE, SUCC TTEE UNDER THE TCEH 11.5% SR SECURED NOTES INDENTURE) ATTN: NEIL GLASSMAN ESQ 222 DELAWARE AVE STE 900 WILMINGTON DE 19801 |
| BENESCH FRIEDLANDER COPLAN & ARONOFF LLP | (COUNSEL TO THERMO FISHER) ATTN: KEVIN M. CAPUZZI 222 DELAWARE AVE STE 801 WILMINGTON DE 19801-1611 |
| BIELLI & KLAUDER LLC | (COUNSEL TO ENERGY FUTURE HOLDINGS CORP) ATTN: DAVID M KLAUDER ESQ & CORY P STEPHENSON ESQ 1204 N KING STREET WILMINGTON DE 19801 |
| BLANK ROME LLP | (COUNSEL TO WILMINGTON TRUST NA-FIRST LIEN AGENT) ATTN: MICHAEL B. SCHAEDLE ONE LOGAN SQUARE 130 N 18TH ST PHILADELPHIA PA 19103 |
| BLANK ROME LLP | (COUNSEL TO WILMINGTON TRUST NA-FIRST LIEN AGENT) ATTN: MICHAEL DEBAECHE; STANLEY TARR 1201 MARKET ST STE 800 WILMINGTON DE 19801 |
| BROWN & CONNERY LLP | (COUNSEL TO SAP INDUSTRIES INC) ATTN: DONALD K. LUDMAN 6 NORTH BROAD ST STE 100 WOODBURY NJ 08096 |
| BROWN RUDNICK LLP | (COUNSEL TO WILMINGTON SAVINGS/WSFS) ATTN: EDWARD WEISFELNER ESQ 7 TIMES SQUARE NEW YORK NY 10036 |
| BROWN RUDNICK LLP | ATTN: JEREMY B. COFFEY SEVEN TIMES SQUARE NEW YORK NY 10036 |
| BROWN RUDNICK LLP | (COUNSEL TO WILMINGTON SAVINGS/WSFS) ATTN: HOWARD SIEGEL ESQ 185 ASYLUM ST HARTFORD CT 06103 |
| BROWN RUDNICK LLP | (COUNSEL TO WILMINGTON SAVINGS/WSFS) ATTN: JEFFREY JONAS ESQ, ANDREW STREHLE ESQ JEREMY COFFEY ESQ ONE FINANCIAL CENTER BOSTON MA 02111 |
| BRYAN CAVE LLP | (COUNSEL TO INDENTURE TRUSTEE OF 11% & 11.75% SR) ATTN: STEPHANIE WICKOUSKI; MICHELLE MCMAHON 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| BRYAN CAVE LLP | ATTN: ROBERT E. PEDERSEN 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104-3300 |
| BUCHALTER NEMER, A PROFESSIONAL CORPORATION | (COUNSEL TO ORACLE AMERICA INC) ATTN: SHAWN M. CHRISTIANSON 55 SECOND ST 17TH FL SAN FRANCISCO CA 94105-3493 |
| BUCHANAN INGERSOLL & ROONEY PC | (COUNSEL TO CATERPILLAR FINANCIAL SERVICES CORP) ATTN: KATHLEEN A. MURPHY 919 N MARKET ST STE 1500 WILMINGTON DE 19801 |
| CADWALADER WICKERSHAM & TAFT LLP | (COUNSEL TO DEF. MORGAN STANLEY CAPITAL GRP, INC.) ATTN: HOWARD R. HAWKINS, |

| Claim Name | Address Information |
|---|---|
| CADWALADER WICKERSHAM & TAFT LLP | JR.; ELLEN M. HALSTEAD; MICHELE MAMAN & THOMAS J. CURTIN, ESQS. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| CADWALADER WICKERSHAM & TAFT LLP | (COUNSEL TO DEF. MORGAN STANLEY CAPITAL GRP, INC.) ATTN: MARK C ELLENBERG ESQ 700 SIXTH STREET, N.W. WASHINGTON DC 20001 |
| CHADBOURNE & PARKE LLP | (COUNSEL TO NEXTERA ENERGY RESOURCES LLC) ATTN: HOWARD SEIFE, DAVID M LEMAY AND CHRISTY RIVERA ESQS 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019-6022 |
| CHIPMAN BROWN CICERO & COLE LLP | (COUNSEL TO AD HOC COMMITTEE OF EFIH UNSECURED NOTEHOLDERS AND EFIH SECOND LIEN DIP COMMITMENT) ATTN: WILLIAM CHIPMAN JR ESQ; MARK OLIVERE ESQ 1007 N ORANGE ST STE 1110 WILMINGTON DE 19801 |
| CIARDI CIARDI & ASTIN | (COUNSEL TO ATMOS ENERGY; TXU 2007-1 RAILCAR, & RED BALL OXYGEN) ATTN: D ASTIN, J MCLAUGHLIN JR, J MCMAHON JR 1204 N KING STREET WILMINGTON DE 19801 |
| CITIBANK N.A. | ZORI MIGLIORINI, STANDBY LETTER OF CREDIT DEPT, AS FRONTING BANK 388 GREENWICH ST 21ST FL NEW YORK NY 10013 |
| CITIBANK N.A. | ATTN: ERIC O LIGAN, VICE PRESIDENT 388 GREENWICH ST 32ND FL NEW YORK NY 10013 |
| CITIBANK N.A. | ATTN: RYAN FALCONER 388 GREENWICH STREET NEW YORK NY 10013 |
| CITIBANK N.A. | ATTN: OWEN COYLE 1615 BRETT ROAD, OPS III NEW CASTLE DE 19720 |
| CITIBANK N.A. | BANK LOAN SYNDICATIONS DEPARTMENT 1615 BRETT ROAD, BUILDING III NEW CASTLE DE 19720 |
| CITIBANK N.A. | ATTN: ANNEMARIE E PAVCO SECURITIES PROCESSING SENIOR ANALYST GLOBAL LOANS, 1615 BRETT RD., OPS III NEW CASTLE DE 19720 |
| CITY OF FORT WORTH | ATTN: CHRISTOPHER B. MOSLEY 1000 THROCKMORTON ST FORT WORTH TX 76102 |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | (COUNSEL TO J ARON & COMPANY) ATTN: THOMAS MOLONEY; SEAN O'NEAL; HUMAYUN KHALID ONE LIBERTY PLAZA NEW YORK NY 10006 |
| COHEN & GRIGSBY, PC | (COUNSEL TO NOVA CHEMICALS INC) ATTN: THOMAS D. MAXSON 625 LIBERTY AVE PITTSBURGH PA 15222-3152 |
| COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TX | OFFICE OF THE TEXAS ATTORNEY GENERAL BANKRUPTCY & COLLECTIONS DIVISION ATTN: RACHEL OBALDO & JOHN MARK STERN PO BOX 12548 AUSTIN TX 78711-2548 |
| COMPUTERSHARE | ATTN: TINA VITALE, BA; LL.B. 480 WASHINGTON BLVD JERSEY CITY NJ 07310 |
| COMPUTERSHARE TRUST COMPANY OF CANADA | ATTN: ALESSANDRA PANSERA 1500, UNIVERSITY ST., SUITE 700 MONTREAL QC H3A 3S8 CANADA |
| COWLES & THOMPSON | (COUNSEL TO ATMOS ENERGY CORPORATION) ATTN: STEPHEN C. STAPLETON BANK OF AMERICA PLAZA 901 MAIN ST STE 3900 DALLAS TX 75202 |
| COZEN O'CONNOR | (COUNSEL TO J ARON & COMPANY) ATTN: MARK E. FELGER 1201 N MARKET ST STE 1001 WILMINGTON DE 19801 |
| CROSS & SIMON LLC | (COUNSEL TO FIDELITY MANAGEMENT & RESEARCH CO) ATTN: MICHAEL J JOYCE ESQ 1105 N MARKET ST STE 901 WILMINGTON DE 19801 |
| CSC TRUST COMPANY OF DELAWARE | ATTN: SANDRA E HORWITZ MANAGING DIRECTOR 2711 CENTERVILLE RD STE 400 WILMINGTON DE 19808 |
| DAVIS POLK & WARDWELL LLP | (COUNSEL TO GOLDMAN SACHS, ET AL) ATTN: MARSHALL HUEBNER; BENJAMIN KAMINETZKY; ELLIOT MOSKOWITZ; DAMON MEYER 450 LEXINGTON AVE NEW YORK NY 10017 |
| DEUTSCHE BANK | ATTN: MARCUS M TARKINGTON 60 WALL STREET (NYCC60-0266) NEW YORK NY 10005-2836 |
| DLA PIPER LLP (US) | (COUNSEL TO DEF. MORGAN STANLEY CAPITAL GRP, INC.) ATTN: ASHLEY R. ALTSCHULER; R.CRAIG MARTIN & SCOTT CZERWONKA, ESQS. 1201 NORTH MARKET STREET, SUITE 2100 WILMINGTON DE 19801 |
| DORSEY & WHITNEY DELAWARE LLP | (COUNSEL TO U.S. BANK NATIONAL ASSOCIATION) ATTN: ERIC LOPEZ SCHNABEL, ROBERT W. MALLARD & ALESSANDRA GLORIOSO 300 DELAWARE AVE STE 1010 WILMINGTON DE 19801 |
| DRINKER BIDDLE & REATH LLP | (COUNSEL TO CITIBANK NA, TCEH DIP AGENT) ATTN: HOWARD A. COHEN & ROBERT K. MALONE 222 DELAWARE AVE STE 1410 WILMINGTON DE 19801-1621 |
| DYKEMA GOSSETT PLLC | (COUNSEL TO TEX-LA ELECTRIC COOPERATIVE OF TEXAS) ATTN: JEFFREY R FINE ESQ 1717 MAIN ST STE 4200 DALLAS TX 75201 |
| EMC CORPORATION | C/O RECEIVABLE MANAGEMENT SERVICES (RMS) ATTN: RONALD L ROWLAND ESQ, AGENT 305 FELLOWSHIP RD STE 100 MOUNT LAUREL NJ 08054 |
| EPIQ BANKRUPTCY SOLUTIONS LLC | (CLAIMS AGENT) ATTN: JAMES KATCHADURIAN, E.V.P. 777 THIRD AVE 12TH FL NEW YORK |

| Claim Name | Address Information |
|---|---|
| EPIQ BANKRUPTCY SOLUTIONS LLC | NY 10017 |
| EPSTEIN BECKER & GREEN PC | (COUNSEL TO BENBROOKE) ATTN: WENDY G MARCARI ESQ & STEPHANIE LERMAN ESQ 250 PARK AVE NEW YORK NY 10017 |
| FISHER BOYD JOHNSON & HUGUENARD LLP | (COUNSEL TO MILAM APPRAISAL DISTRICT) ATTN: BERNARD G JOHNSON III ESQ & WAYNE FISHER ESQ 2777 ALLEN PKWY 14TH FL HOUSTON TX 77019 |
| FOLEY & LARDNER LLP | (COUNSEL TO UMB BANK, INDENTURE TRUSTEE) ATTN: HAROLD KAPLAN ESQ, MARK HEBBELN ESQ LARS PETERSON ESQ 321 N CLARK ST STE 2800 CHICAGO IL 60654-5313 |
| FOX ROTHSCHILD LLP | (COUNSEL TO AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS) ATTN: JEFFREY SCHLERF; JOHN STROCK; L. JOHN BIRD 919 N MARKET ST STE 300 WILMINGTON DE 19801 |
| FRANKGECKER LLP | (COUNSEL TO EXPERIAN; THE PI LAW FIRMS/ASBESTOS) ATTN: JOSEPH D FRANK ESQ AND REED HEILIGMAN ESQ 325 N LASALLE ST STE 625 CHICAGO IL 60654 |
| FRANKGECKER LLP | (COUNSEL TO THE PI LAW FIRMS/ASBESTOS CLAIMANTS) ATTN: FRANCES GECKER ESQ 325 N LASALLE ST STE 625 CHICAGO IL 60654 |
| FRIED FRANK HARRIS SHRIVER & JACOBSON LLP | (COUNSEL TO FIDELITY MANGEMENT & RESEARCH CO) ATTN: BRAD E SCHELER ESQ, GARY L KAPLAN ESQ MATTHEW M ROOSE ESQ ONE NEW YORK PLAZA NEW YORK NY 10004 |
| GARDERE WYNNE SEWELL LLP | (COUNSEL TO ROMCO EQUIPMENT CO) ATTN: JOHN P. MELKO & MICHAEL K. RIORDAN 1000 LOUISIANA, STE 3400 HOUSTON TX 77002 |
| GAY MCCALL ISAACKS GORDON & ROBERTS PC | (COUNSEL TO GARLAND INDEPENDENT SCHOOL DISTRICT & CITY OF GARLAND) ATTN: DUSTIN L BANKS ESQ 1919 S SHILOH RD STE 310 LB 40 GARLAND TX 75042 |
| GAY MCCALL ISAACKS GORDON & ROBERTS PC | (COUNSEL TO COLLIN COUNTY) ATTN: DAVID MCCALL ESQ 777 E 15TH ST PLANO TX 75074 |
| GEBHARDT & SMITH LLP | (COUNSEL TO MILAM APPRAISAL DISTRICT) ATTN: LISA BITTLE TANCREDI ESQ 1000 N WEST ST STE 1200 WILMINGTON DE 19801 |
| GELLERT SCALI BUSENKELL & BROWN LLC | (COUNSEL TO AURELIUS) ATTN: MICHAEL G. BUSENKELL 913 N MARKET ST 10TH FL WILMINGTON DE 19801 |
| GIBBONS PC | (COUNSEL TO VEOLIA) ATTN: DALE E BARNEY ESQ ONE GATEWAY CENTER NEWARK NJ 07102-5310 |
| GIBBONS PC | (COUNSEL TO VEOLIA) ATTN: NATASHA M SONGONUGA ESQ 1000 N WEST ST STE 1200 WILMINGTON DE 19801-1058 |
| GLAST PHILLIPS & MURRAY PC | (COUNSEL TO RED BALL OXYGEN COMPANY) ATTN: JONATHAN L HOWELL PLLC 14801 QUORUM DR STE 500 DALLAS TX 75254 |
| GOODWIN PROCTER LLP | (COUNSEL TO AURELIUS CAPITAL MANAGEMENT LP) ATTN: WILLIAM P. WEINTRAUB; KIZZY L. JARASHOW THE NEW YORK TIMES BUILDING 620 EIGHTH AVENUE NEW YORK NY 10018 |
| GREER HERZ & ADAMS LLP | (COUNSEL TO SOMERVELL CAD) ATTN: ANDREW J MYTELKA ESQ, MICHAEL ADAMS ESQ J SCOTT ANDREWS ESQ, JAMES M ROQUEMORE ESQ 1 MOODY PLAZA 18TH FL GALVESTON TX 77550 |
| HAYNES AND BOONE LLP | (COUNSEL TO AIRGAS USA LLC) ATTN: JONATHAN HOOK 30 ROCKEFELLER CENTER, 26TH FL NEW YORK NY 10112 |
| HAYNES AND BOONE LLP | (COUNSEL TO BNSF RAILWAY COMPANY) ATTN: IAN T. PECK 301 COMMERCE ST STE 2600 FORT WORTH TX 76102 |
| HAYNES AND BOONE LLP | (COUNSEL TO AIRGAS USA LLC) ATTN: PATRICK L. HUGHES 1221 MCKINNEY ST STE 2100 HOUSTON TX 77010 |
| HILLER & ARBAN LLC | (COUNSEL TO STEAG) ATTN: ADAM HILLER ESQ, BRIAN ARBAN ESQ JOHNNA M DARBY ESQ 1500 N FRENCH ST 2ND FL WILMINGTON DE 19801 |
| HINCKLEY ALLEN | (COUNSEL TO INVENSYS SYSTEMS INC) ATTN: JENNIFER V. DORAN 28 STATE ST BOSTON MA 02109 |
| HOGAN MCDANIEL | (COUNSEL TO THE RICHARDS GROUP; PI LAW FIRMS/ ASBESTOS CLAIMANTS) ATTN: DANIEL K HOGAN ESQ 1311 DELAWARE AVE WILMINGTON DE 19806 |
| HOGAN MCDANIEL | (COUNSEL TO AD HOC GROUP OF EFH LEGACY NOTEHOLDER) ATTN: GARVAN F MCDANIEL ESQ 1311 DELAWARE AVE WILMINGTON DE 19806 |
| HOLLAND & KNIGHT LLP | (COUNSEL TO TEX-LA ELECTRIC COOPERATIVE OF TEXAS) ATTN: CHRISTINE C RYAN ESQ 800 17TH ST NW STE 1100 WASHINGTON DC 20006 |
| INTERNAL REVENUE SERVICE | PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE | DEPARTMENT OF THE TREASURY OGDEN UT 84201 |

| Claim Name | Address Information |
|---|---|
| JACKSON WALKER LLP | (COUNSEL TO HOLT TEXAS LTD D/B/A HOLT CAT) ATTN: MONICA S. BLACKER 901 MAIN ST STE 6000 DALLAS TX 75202 |
| JACKSON WALKER LLP | (COUNSEL TO MILAM APPRAISAL DISTRICT) ATTN: BRUCE J RUZINSKY ESQ & MATTHEW D CAVENAUGH ESQ 1401 MCKINNEY ST STE 1900 HOUSTON TX 77010 |
| JACKSON WALKER LLP | (COUNSEL TO HOLT TEXAS LTD D/B/A HOLT CAT) ATTN: J. SCOTT ROSE WESTON CENTRE 112 E PECAN ST STE 2400 SAN ANTONIO TX 78205 |
| JONES DAY | (COUNSEL TO ONCOR) ATTN: PATRICIA VILLAREAL 2727 N HARWOOD STREET DALLAS TX 75201 |
| JONES DAY | (COUNSEL TO ONCOR) ATTN: MICHAEL L. DAVITT 2727 N HARWOOD STREET DALLAS TX 75201 |
| KASOWITZ BENSON TORRES & FRIEDMAN LLP | (COUNSEL TO AD HOC GROUP OF EFH LEGACY NOTEHOLDER) ATTN: DAVID ROSNER, ANDREW GLENN, DANIEL FLIMAN 1633 BROADWAY NEW YORK NY 10019 |
| KELLEY DRYE & WARREN LLP | (COUNSEL TO CSC TRUST OF DE, AS PROPOSED SUCC INDENTURE TTEE FOR 7.46% & 7.48% TCEH SECURED FACILITY BONDS) ATTN: JAMES S. CARR, BENJAMINN D. FEDER & GILBERT R. SAYDAH 101 PARK AVE NEW YORK NY 10178 |
| KELLY HART & HALLMAN LLP | (COUNSEL TO ONCOR STEERING COMMITTEE) ATTN: MICHAEL MCCONNELL ESQ & CLAY TAYLOR ESQ KATHERINE THOMAS ESQ 201 MAIN ST STE 2500 FORT WORTH TX 76102 |
| KLEHR HARRISON HARVEY BRANZBURG LLP | (COUNSEL TO UMB BANK N.A. INDENTURE TRUSTEE) ATTN: RAYMOND H LEMISCH ESQ 919 MARKET ST STE 1000 WILMINGTON DE 19801 |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | (COUNSEL TO INDENTURE TRUSTEE OF 11% & 11.75% SR) ATTN: THOMAS MOERS MAYER; GREGORY HOROWITZ; JOSHUA BRODY; PHILIP BENTLEY 1177 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| LACKEY HERSHMAN LLP | (COUNSEL TO THE RICHARDS GROUP INC) ATTN: JAMIE R WELTON ESQ 3102 OAK LAWN AVE STE 777 DALLAS TX 75219 |
| LANDIS RATH & COBB LLP | (COUNSEL TO MARATHON MGMT, ALCOA AND NEXTERA ENERGY RESOURCES, LLC) ATTN: ADAM G LANDIS ESQ, MATTHEW B MCGUIRE ESQ 919 MARKET ST STE 1800 WILMINGTON DE 19801 |
| LAW DEBENTURE TRUST COMPANY OF NEW YORK | ATTN: FRANK GODINO, VP 400 MADISON AVE STE 4D NEW YORK NY 10017 |
| LAW OFFICE OF CURTIS A HEHN | (COUNSEL TO SOMERVELL CAD) ATTN: CURTIS A HEHN ESQ 1000 N WEST ST STE 1200 WILMINGTON DE 19801 |
| LAW OFFICE OF PATRICIA WILLIAMS PREWITT | (COUNSEL TO TARGA GAS MARKETING; KINDER MORGAN TEXAS PIPELINE; KINDER MORGAN TEJAS PIPELINE LLCS; NAT. GAS PIPELINE CO OF AMERICA; EL PASO NAT. GAS) ATTN: PATRICIA WILLIAMS PREWITT 10953 VISTA LAKE COURT NAVASOTA TX 77868 |
| LAW OFFICES OF ROBERT E LUNA PC | (COUNSEL TO CARROLLTON-FARMERS BRANCH ISD) ATTN: DANIEL K BEARDEN ESQ 4411 N CENTRAL EXPRESSWAY DALLAS TX 75205 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | (COUNSEL TO TARRANT & DALLAS COUNTY) ATTN: ELIZABETH WELLER ESQ 2777 N STEMMONS FWY STE 1000 DALLAS TX 75207 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | (COUNSEL TO HARRIS, ANGELINA & FORT BEND COUNTIES) ATTN: JOHN P DILLMAN ESQ PO BOX 3064 HOUSTON TX 77253-3064 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | (COUNSEL TO WALNUT SPRINGS ISD, FRANKLIN ISD, ROBERTSON CTY, LEE CTY, MCLENNAN CTY, FALLS CTY, ROUND ROCK ISD, NEUCES CTY, LIMESTONE CTY) ATTN: DIANE WADE SANDERS PO BOX 17428 AUSTIN TX 78760 |
| LLOYD GOSSELINK ROCHELLE & TOWNSEND PC | (COUNSEL TO ONCOR STEERING COMMITTEE) ATTN: GEOFFREY GAY ESQ 816 CONGRESS AVE STE 1900 AUSTIN TX 78701 |
| LOCKE LORD LLP | (COUNSEL TO BP AMERICA PRODUCTION COMPANY) ATTN: C. DAVIN BOLDISSAR ESQ 601 POYDRAS ST STE 2660 NEW ORLEANS LA 70130-6036 |
| LOCKE LORD LLP | (COUNSEL TO AMECO, FLUOR, & AMERICAN EQUIPMENT) ATTN: PHILIP EISENBERG ESQ 2800 JPMORGAN CHASE TOWER 600 TRAVIS HOUSTON TX 77002 |
| LOWER COLORADO RIVER AUTHORITY | LOWER COLORADO RIVER AUTHORITY TRANSMISSION SERVICES CORPORATION (LCRA TSC) LEGAL SERVICES ATTN: WILLIAM T. MEDAILLE PO BOX 220 AUSTIN TX 78767 |
| MANION GAYNOR & MANNING LLP | (COUNSEL TO ONCOR STEERING COMMITTEE) ATTN: MARC PHILLIPS ESQ THE NEMOURS BUILDING 1007 N ORANGE ST 10TH FL WILMINGTON DE 19801 |
| MARGOLIS EDELSTEIN | (COUNSEL TO URS ENERGY & CONSTRUCTION INC) ATTN: JAMES E. HUGGETT & AMY D. BROWN 300 DELAWARE AVE STE 800 WILMINGTON DE 19801 |
| MASLON EDELMAN BORMAN & BRAND LLP | (COUNSEL TO U.S. BANK NATIONAL ASSOCIATION) ATTN: CLARK T. WHITMORE, ANA |

| Claim Name | Address Information |
|---|---|
| MASLON EDELMAN BORMAN & BRAND LLP | CHILINGARISHVILI 90 S SEVENTH ST STE 3300 MINNEAPOLIS MN 55402 |
| MCCREARY VESELKA BRAGG & ALLEN PC | (COUNSEL TO TEXAS AD VALOREM TAXING JURISDICTIONS) ATTN: LEE GORDON PO BOX 1269 ROUND ROCK TX 78680 |
| MCELROY DEUTSCH MULVANEY & CARPENTER LLP | (COUNSEL TO TCEH DEBTORS) ATTN: DAVID P PRIMACK ESQ 300 DELAWARE AVE STE 770 WILMINGTON DE 19801 |
| MCKOOL SMITH | (COUNSEL TO ALCOA) ATTN: PETER S. GOODMAN; MICHAEL R. CARNEY ONE BRYANT PARK, 47TH FL NEW YORK NY 10036 |
| MCKOOL SMITH | (COUNSEL TO ALCOA) ATTN: PAUL D. MOAK, ESQ. 600 TRAVIS ST STE 7000 HOUSTON TX 77002 |
| MICHAEL G. SMITH | (COUNSEL TO VALERO TEXAS POWER MARKETING INC) 111 N 6TH ST PO BOX 846 CLINTON OK 73601 |
| MILBANK TWEED HADLEY & MCCLOY LLP | (COUNSEL TO CITIBANK NA, TCEH DIP AGENT) ATTN: DENNIS F DUNNE ESQ, EVAN R FLECK ESQ KAREN GARTENBERG ESQ 28 LIBERTY STREET NEW YORK NY 10005-1413 |
| MISSOURI DEPARTMENT OF REVENUE | BANKRUPTCY UNIT ATTN: STEVEN A. GINTHER PO BOX 475 JEFFERSON CITY MO 65105-0475 |
| MONTGOMERY MCCRACKEN WALKER & RHOADS LLP | (COUNSEL TO EFH CREDITORS COMMITTEE) ATTN: NATALIE D RAMSEY ESQ, DAVIS LEE WRIGHT ESQ MARK A FINK ESQ 1105 N MARKET ST 15TH FL WILMINGTON DE 19801 |
| MORGAN LEWIS BOCKIUS LLP | (COUNSEL TO PACFIC INVESTMENT MANAGEMENT COMPANY) ATTN: JULIA FROST-DAVIES & CHRISTOPHER CARTER ESQS ONE FEDERAL ST BOSTON MA 02110-1726 |
| MORRIS JAMES LLP | (COUNSEL TO LAW DEBENTURE TRUST COMPANY OF NY) ATTN: STEPHEN M MILLER ESQ PO BOX 2306 WILMINGTON DE 19899-2306 |
| MORRIS NICHOLS ARSHT & TUNNELL LLP | (COUNSEL TO THE "EFH EQUITY INTEREST HOLDERS") ATTN: DERK ABBOTT; ANDREW REMMING; ERIN FAY 1201 N MARKET ST STE 1600 WILMINGTON DE 19801 |
| MORRISON & FOERSTER LLP | (COUNSEL TO TCEH CREDITORS COMMITTEE) ATTN: JAMES PECK ESQ, BRETT H MILLER ESQ LORENZO MARINUZZI ESQ 250 W 55TH ST NEW YORK NY 10019 |
| MUNGER TOLLES & OLSON LLP | (COUNSEL TO TCEH DEBTORS) ATTN: THOMAS B WALPER ESQ, TODD J ROSEN ESQ; SETH GOLDMAN ESQ; JOHN W SPIEGEL ESQ 355 S GRAND AVE 35TH FL LOS ANGELES CA 90071 |
| MUNSCH HARDT KOPF & HARR PC | (COUNSEL TO ELECTRIC RELIABILITY COUNCIL OF TEXAS/ ERCOT) ATTN: KEVIN M LIPPMAN ESQ 500 N AKARD ST STE 3800 DALLAS TX 75201-6659 |
| MUNSCH HARDT KOPF & HARR PC | (COUNSEL TO ELECTRIC RELIABILITY COUNCIL OF TEXAS/ ERCOT) ATTN: RUSSELL L MUNSCH ESQ 303 COLORADO ST STE 2600 AUSTIN TX 78701-3924 |
| NAMAN HOWELL SMITH & LEE PLLC | (COUNSEL TO BUFFALO INDUSTRIAL SUPPLY INC) ATTN: KERRY L HALIBURTON ESQ PO BOX 1470 WACO TX 76703-1470 |
| NELSON MULLINS RILEY & SCARBOROUGH LLP | (COUNSEL TO MICHELIN NORTH AMERICA INC) ATTN: JODY A. BEDENBAUGH AND GEORGE B. CAUTHEN 1320 MAIN ST 17TH FL PO BOX 11070 (29211) COLUMBIA SC 29201 |
| NIXON PEABODY | (COUNSEL TO AMERICAN STOCK TRANSFER & TRUST CO) ATTN: RICHARD C PEDONE ESQ; AMANDA D DARWIN ESQ 100 SUMMER ST BOSTON MA 02110 |
| O'MELVENY & MYERS LLP | (COUNSEL TO APOLLO GLOBAL MANAGEMENT LLC) ATTN: GEORGE A. DAVIS 7 TIMES SQUARE NEW YORK NY 10036 |
| OFFICE OF THE TEXAS ATTORNEY GENERAL | (COUNSEL TO PUBLIC UTILITY COMMISSION OF TEXAS) ATTN: HAL MORRIS & ASHLEY BARTRAM BANKRUPTCY REGULATORY SECTION BANKRUPTCY & COLLECTIONS DIVISION PO BOX 12548 AUSTIN TX 78711-2548 |
| OFFICE OF THE TEXAS ATTORNEY GENERAL | (COUNSEL TO TEXAS COMMISSION ON ENVIRONMENTAL QUALITY & RAILROAD COMMISSION) ATTN: HAL F MORRIS ESQ & ASHLEY BARTRAM ESQ BANKRUPTCY REGULATORY SECTION BANKRUPTCY & COLLECTIONS DIVISION PO BOX 12548 AUSTIN TX 78711-2548 |
| OFFICE OF THE UNITED STATES ATTORNEY | ATTN: ELLEN SLIGHTS ESQ PO BOX 2046 WILMINGTON DE 19899-2046 |
| OFFICE OF THE UNITED STATES TRUSTEE | U.S. FEDERAL OFFICE BUILDING ATTN: ANDREA SCHWARTZ 201 VARICK STREET, SUITE 1006 NEW YORK NY 10014 |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: RICHARD L. SCHEPACARTER J. CALEB BOGGS FEDERAL BUILDING 844 KING STREET, SUITE 2207 - LOCKBOX #35 WILMINGTON DE 19801 |
| PACHULSKI STANG ZIEHL & JONES LLP | (COUNSEL TO INDENTURE TRUSTEE OF 11% & 11.75% SR) ATTN: LAURA DAVIS JONES ESQ; ROBERT FEINSTEIN ESQ PO BOX 8705 WILMINGTON DE 19899 |
| PATTERSON BELKNAP WEBB & TYLER LLP | (COUNSEL TO LAW DEBENTURE TRUST COMPANY OF NY) ATTN: DANIEL A LOWENTHAL ESQ; |

| Claim Name | Address Information |
|---|---|
| PATTERSON BELKNAP WEBB & TYLER LLP | CRAIG W DENT ESQ BRIAN P GUINEY ESQ 1133 AVENUE OF THE AMERICAS NEW YORK NY 10036-6710 |
| PAUL WEISS RIFKIND WHARTON & GARRISON LLP | (COUNSEL TO AD HOC COMMITTEE OF TCEH FIRST LIEN) ATTN: ALAN KORNBERG; KELLEY CORNISH; BRIAN HERMANN JACOB ADLERSTEIN 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| PENSION BENEFIT GUARANTY CORPORATION (PBGC) | OFFICE OF THE CHIEF COUNSEL ATTN: DESIREE M AMADOR, ATTY 1200 K STREET, NW WASHINGTON DC 20005-4026 |
| PENSION BENEFIT GUARANTY CORPORATION (PBGC) | ATTN: JON CHATALIAN OFFICE OF THE CHIEF COUNSEL 1200 K STREET, NW WASHINGTON DC 20005-4026 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | (COUNSEL TO SOMERVELL COUNTY ET AL) ATTN: ELIZABETH BANDA CALVO ESQ 500 E BORDER ST STE 640 ARLINGTON TX 76010 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | (COUNSEL TO YOUNG CTY, GRAHAM ISD, GRAHAM HOSPITAL DISTRICT & NORTH CENTRAL TEXAS COLLEGE DISTRICT) ATTN: JEANMARIE BAER PO BOX 8188 WICHITA FALLS TX 76307 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | (COUNSEL TO GALENA PARK ISD) ATTN: OWEN M SONIK ESQ 1235 N LOOP WEST STE 600 HOUSTON TX 77008 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | (COUNSEL TO ISD: CAMERON, THORNDALE, BUCKHOLTS, COPPERAS COVE, MCALLEN; HIDALGO COUNTY ET AL) ATTN: JOHN T BANKS ESQ 3301 NORTHLAND DR STE 505 AUSTIN TX 78731 |
| POLSINELLI PC | (COUNSEL TO TCEH CREDITORS COMMITTEE) ATTN: EDWARD FOX ESQ 900 THIRD AVE 21ST FL NEW YORK NY 10022 |
| POLSINELLI PC | (COUNSEL TO TCEH CREDITORS COMMITTEE) ATTN: CHRISTOPHER WARD ESQ, JUSTIN EDELSON ESQ SHANTI KATONA ESQ 222 DELAWARE AVE STE 1101 WILMINGTON DE 19801 |
| POPE HARDWICKE CHRISTIE SCHELL KELLY & RAY LLP | (COUNSEL TO TARRANT REGIONAL WATER DISTRICT & NORTH TEXAS MUNICIPAL WATER DISTRICT) ATTN: MICHAEL L. ATCHLEY; MATTHEW T. TAPLETT 500 W 7TH ST STE 600 FORT WORTH TX 76102 |
| POTTER ANDERSON & CORROON LLP | (COUNSEL TO DEUTSCHE BANK, AGENT TO DIP FINANCING) ATTN: JEREMY RYAN ESQ 1313 N MARKET ST 6TH FL PO BOX 951 WILMINGTON DE 19801 |
| PROSKAUER ROSE LLP | (OF COUNSEL TO ENERGY FUTURE HOLDINGS CORP) ATTN: JEFF J MARWIL ESQ, MARK K THOMAS ESQ PETER J YOUNG ESQ THREE FIRST NATIONAL PLAZA 70 W MADISON ST STE 3800 CHICAGO IL 60602 |
| PURDUE AWSUMB & BAUDLER PA | (COUNSEL TO BARR ENGINEERING CO) ATTN: AMY R BAUDLER 4700 W 77TH ST STE 240 MINNEAPOLIS MN 55435 |
| QUARLES & BRADY LLP | (COUNSEL TO TXU 2007-1 RAILCAR LEASING LLC) ATTN: HOHN A. HARRIS; JASON D. CURRY RENAISSANCE ONE TWO N CENTRAL AVE PHOENIX AZ 85004-2391 |
| REED SMITH LLP | (COUNSEL TO BANK OF NEW MELLON, PCRB TRUSTEE) ATTN: SRAH K KAM ESQ 599 LEXINGTON AVE 22ND FL NEW YORK NY 10022 |
| REED SMITH LLP | (COUNSEL TO THE BANK OF NEW YORK MELLON AND THE BANK OF NEW YORK MELLON TRUST COMPANY NA, AS INDENTURE TRUSTEES) ATTN: KURT F. GWYNNE; KIMBERLY E.C. LAWSON 1201 MARKET ST STE 1500 WILMINGTON DE 19801 |
| REED SMITH LLP | (COUNSEL TO THE BANK OF NEW YORK MELLON SOLELY IN ITS CAPACITY AS TRUSTEE) ATTN: RICHARD A. ROBINSON 1201 MARKET ST STE 1500 WILMINGTON DE 19801 |
| REED SMITH LLP | (COUNSEL TO THE BANK OF NEW YORK MELLON SOLELY IN ITS CAPACITY AS TRUSTEE UNDER ENUMERATED TRUST) INDENTURE TRUSTEES) 1201 MARKET ST STE 1500 WILMINGTON DE 19801 |
| REED SMITH LLP | (COUNSEL TO THE BANK OF NEW YORK MELLON SOLELY IN ITS CAPACITY AS TRUSTEE UNDER ENUMERATED TRUST) INDENTURE TRUSTEES) ATTN: ROBERT P SIMONS ESQ REED SMITH CENTRE 225 FIFTH AVE STE 1200 PITTSBURGH PA 15222 |
| RIDDELL WILLIAMS P.S. | (COUNSEL TO MICROSOFT) ATTN: JOSEPH E SHICKICH JR & HILARY B MOHR ESQS 1001 - 4TH AVE STE 4500 SEATTLE WA 98154 |
| ROPES & GRAY LLP | ATTN: MARK R SOMERSTEIN 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704 |
| SATTERLEE STEPHENS BURKE & BURKE LLP | (COUNSEL TO MOODY'S ANALYTICS) ATTN: CHRISTOPHER R BELMONTE ESQ AND PAMELA A BOSSWICK ESQ 230 PARK AVE NEW YORK NY 10169 |
| SAUL EWING LLP | (COUNSEL TO ELECTRIC RELIABILITY COUNCIL OF TEXAS/ ERCOT) ATTN: MARK MINUTI |

| Claim Name | Address Information |
|---|---|
| SAUL EWING LLP | ESQ PO BOX 1266 WILMINGTON DE 19899 |
| SAUL EWING LLP | (COUNSEL TO JOHNSON MATTHEY) ATTN: LUCIAN B MURLEY ESQ 222 DELAWARE AVE STE 1200 WILMINGTON DE 19899 |
| SCHNADER HARRISON SEGAL & LEWIS LLP | (COUNSEL TO CCP CREDIT ACQUISITION/CENTERBRIDGE) ATTN: RICHARD A BARKASY ESQ 824 N MARKET ST STE 800 WILMINGTON DE 19801 |
| SECURITIES AND EXCHANGE COMMISSION | 100 F STREET, NE WASHINGTON DC 20549 |
| SEWARD & KISSEL LLP | (COUNSEL TO WILMINGTON TRUST NA-FIRST LIEN AGENT) ATTN: JOHN ASHMEAD; KALYAN DAS; ARLENE ALVES ONE BATTERY PARK PLAZA NEW YORK NY 10014 |
| SHEARMAN & STERLING LLP | (COUNSEL TO DEUTSCHE BANK, AGENT TO DIP FINANCING) ATTN: FREDERIC SOSNICK ESQ & NED SCHODEK ESQ 599 LEXINGTON AVE NEW YORK NY 10022 |
| SHEEHY LOVELACE & MAYFIELD, PC | (COUNSEL TO CENTRAL TEXAS SECURITY & FIRE EQUIPMENT, INC.) ATTN: STEVEN M. BURTON 510 N VALLEY MILLS DR STE 500 WACO TX 76710 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | (COUNSEL TO BOREALIS INFRASTRUCTURE MGMT INC) ATTN: JAY M GOFFMAN ESQ FOUR TIMES SQUARE NEW YORK NY 10036-6522 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | (COUNSEL TO BOREALIS INFRASTRUCTURE MGMT INC) ATTN: MARK S CHEHI ESQ PO BOX 636 WILMINGTON DE 19899-0636 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | (COUNSEL TO BOREALIS INFRASTRUCTURE MGMT INC) ATTN: GEORGE N PANAGAKIS ESQ; CARL T TULLSON ESQ 155 N WACKER DR STE 2700 CHICAGO IL 60606-1720 |
| SMITH KATZENSTEIN & JENKINS LLP | (COUNSEL TO AIRGAS USA LLC & VALERO TEXAS POWER) ATTN: KATHLEEN M MILLER ESQ PO BOX 410 WILMINGTON DE 19899 |
| SNELL & WILMER LLP | (COUNSEL TO HEADWATERS RESOURCES INC) ATTN: DAVID E. LETA 15 W SOUTH TEMPLE STE 1200 SALT LAKE CITY UT 84101 |
| SQUIRE SANDERS (US) LLP | (COUNSEL TO ARCELORMITTLA USA LLC) ATTN: STEPHEN D. LERNER & ANDREW M. SIMON 221 E FOURTH ST STE 2900 CINCINNATI OH 45202 |
| STEFFES VINGIELLO & MCKENZIE LLC | (COUNSEL TO SETPOINT INTEGRATED SOLUTIONS) ATTN: NOEL STEFFES MELANCON ESQ 13702 COURSEY BLVD BLDG 3 BATON ROUGE LA 70817 |
| STREUSAND LANDON & OZBURN LLP | (COUNSEL TO ALLEN SHRODE) ATTN: SABRINA L. STREUSAND 811 BARTON SPRINGS RD STE 811 AUSTIN TX 78704 |
| SULLIVAN & CROMWELL LLP | (COUNSEL TO EFH CREDITORS COMMITTEE) ATTN: ANDREW G DIETDERICH, BRIAN D GLUECKSTEIN MICHAEL H TORKIN ESQS 125 BROAD ST NEW YORK NY 10004 |
| SULLIVAN HAZELTINE ALLINSON LLC | (COUNSEL TO HENRY PRATT COMPANY LLC) ATTN: ELIHU E. ALLINSON, III 901 N MARKET ST STE 1300 WILMINGTON DE 19801 |
| SUTHERLAND ASBILL & BRENNAN LLP | (COUNSEL TO TITUS COUNTY FRESH WATER SUPPLY DISTRICT NO. 1) ATTN: LINO MENDIOLA, III, ESQ. ONE AMERICAN CENTER 600 CONGRESS AVENUE, SUITE 2000 AUSTIN TX 78701 |
| TAYLOR ENGLISH DUMA LLP | (COUNSEL TO HENRY PRATT COMPANY LLC) ATTN: STEPHEN C GREENBERG ESQ 1600 PARKWOOD CIR STE 400 ATLANTA GA 30339 |
| TEXAS OFFICE OF PUBLIC UTILITY COUNSEL (OPUC) | BANKRUPTCY & COLLECTIONS DIVISION ATTN: JASON A STARKS, ASST ATTORNEY GENERAL PO BOX 12548 AUSTIN TX 78711-2548 |
| THE BANK OF NEW YORK MELLON | TRUST COMPANY ATTN: THOMAS VLAHAKIS,VP 385 RIFLE CAMP RD 3RD FL WOODLAND PARK NJ 07424 |
| THE BANK OF NEW YORK MELLON | TRUST COMPANY ATTN: RAFAEL MARTINEZ,VP – CSM 601 TRAVIS ST 16TH FL HOUSTON TX 77002 |
| THE BANK OF NEW YORK MELLON | TRUST COMPANY ATTN: DENNIS ROEMLEIN 601 TRAVIS ST 16TH FL HOUSTON TX 77002 |
| THE UNIVERSITY OF TEXAS SYSTEM | ON BEHALF OF THE UNIVERSITY OF TEXAS AT ARLINGTON OFFICE OF GENERAL COUNSEL ATTN: TRACI L COTTON ESQ 201 W SEVENTH ST AUSTIN TX 78701 |
| THOMPSON COBURN LLP | (COUNSEL TO MARTIN ENGINEERING COMPANY) ATTN: DAVID D. FARRELL ONE US BANK PLAZA, STE 3200 SAINT LOUIS MO 63101 |
| TRAVIS COUNTY | ATTN: KAY D. BROCK, ASSISTANT COUNTY ATTORNEY PO BOX 1748 AUSTIN TX 78767 |
| TROUTMAN SANDERS LLP | (COUNSEL TO WILMINGTON SAVINGS FUND SOCIETY, FSG, IN ITS CAPACITY AS SUCCESSOR INDENTURE TTEE (WSFS) ATTN: HUGH MCDONALD ESQ, LOUIS CURCIO ESQ AND BRETT GOODMAN ESQ 875 THIRD AVENUE NEW YORK NY 10022 |
| TUCKER ARENSBERG, PC | (COUNSEL TO THERMO FISHER) ATTN: JORDAN S. BLASK, LARA E. SHIPKOVITZ 1500 ONE |

| Claim Name | Address Information |
| --- | --- |
| TUCKER ARENSBERG, PC | PPG PLACE PITTSBURGH PA 15222 |
| TW TELECOM INC | ATTN: LINDA BOYLE 10475 PARK MEADOWS DR #400 LITTLETON CO 80124 |
| UMB BANK N.A. | ATTN: LAURA ROBERSON, VP 2 S BROADWAY STE 600 ST. LOUIS MO 63102 |
| UNION PACIFIC RAILROAD COMPANY | ATTN: MARY ANN KILGORE & JENNIE L. ANDERSON 1400 DOUGLAS ST STOP 1580 OMAHA NE 68179 |
| UNITED STATES DEPARTMENT OF JUSTICE | (COUNSEL TO THE UNITED STATES OF AMERICA) ATTN: ARI D KUNOFSKY ESQ & WARD W BENSON ESQ PO BOX 227 BEN FRANKLIN STATION WASHINGTON DC 20044 |
| UNITED STATES DEPARTMENT OF JUSTICE | (ON BEHALF OF UNITED STATES OF AMERICA, DEPT. OF AGRICULTURE, RURAL UTILITIES SERVICE) ATTN: MATTHEW J TROY ESQ CIVIL DIVISION PO BOX 875 BEN FRANKLIN STATION WASHINGTON DC 20044-0875 |
| UNITED STATES DEPARTMENT OF JUSTICE | (COUNSEL TO THE UNITED STATES OF AMERICA) FEDERAL COMMUNICATIONS COMMISSION ATTN: MATTHEW J TROY, CIVIL DIVISION PO BOX 875 BEN FRANKLIN STATION WASHINGTON DC 20044-0875 |
| UNITED STATES DEPARTMENT OF JUSTICE | (COUNSEL TO THE UNITED STATES OF AMERICA) ENVIRONMENTAL ENFORCEMENT SECTION, ENRD ATTN: ANNA GRACE - TRIAL ATTORNEY P.O. BOX 7611 WASHINGTON DC 20044-7611 |
| VARNUM LLP | (COUNSEL TO APPLABS) ATTN: MARY KAY SHAVER ESQ BRIDGEWATER PLACE PO BOX 352 GRAND RAPIDS MI 49501-0352 |
| VEDDER PRICE PC | (COUNSEL TO FIRST UNION RAIL CORPORATION) ATTN: MICHAEL L SCHEIN ESQ 1633 BROADWAY 47TH FL NEW YORK NY 10019 |
| VENABLE LLP | (COUNSEL TO PACIFIC INVESTMENT MANAGEMENT CO LLC) ATTN: JEFFREY S. SABIN ESQ 1270 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| VENABLE LLP | (COUNSEL TO PACIFIC INVESTMENT MANAGEMENT CO LLC) ATTN: JAMIE L. EDMONSON 1201 NORTH MARKET STREET WILMINGTON DE 19801 |
| WACHTELL LIPTON ROSEN & KATZ | (COUNSEL TO THE "EFH EQUITY INTEREST HOLDERS") ATTN: RICHARD MASON; EMIL KLEINHAUS; AUSTIN WITT 51 W 52ND ST NEW YORK NY 10019 |
| WEINSTEIN RADCLIFF LLP | (COUNSEL TO MARIO SINACOLA & SONS EXCAVATING INC) ATTN: GREGORY M WEINSTEIN ESQ 6688 N CENTRAL EXPY STE 675 DALLAS TX 75206 |
| WEIR & PARTNERS LLP | (COUNSEL TO EVERCORE GROUP LLC) ATTN: JEFFREY S CIANCIULLI ESQ 824 N MARKET ST STE 800 WILMINGTON DE 19801 |
| WERB & SULLIVAN | (COUNSEL TO THE KANSAS CITY SOUTHERN RAILWAY) ATTN: "J" JACKSON SHRUM ESQ & DUANE D WERB ESQ PO BOX 25046 WILMINGTON DE 19899 |
| WHITE & CASE LLP | (COUNSEL TO AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS; AND LAW DEBENTURE) ATTN: J. CHRISTOPHER SHORE; GREGORY STARNER 1155 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| WHITE & CASE LLP | (COUNSEL TO AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS; AND LAW DEBENTURE) ATTN: THOMAS LAURIA ESQ; MATTHEW BROWN ESQ 200 S BISCAYNE BLVD STE 4900 MIAMI FL 33131 |
| WILMER CUTLER PICKERING HALE & DORR LLP | (COUNSEL TO MARATHON ASSET MGMT) ATTN: PHILIP ANKER ESQ & GEORGE SHUSTER ESQ 7 WORLD TRADE CENTER, 205 GREENWICH ST NEW YORK NY 10007 |
| WILMER CUTLER PICKERING HALE & DORR LLP | (COUNSEL TO CSC TRUST COMPANY OF DELAWARE AS IND. & COLLATERAL TTEE FOR 10% SR SECUR NOTES DUE 2020) ATTN: PHILIP D ANKER; CHARLES C PLATT; DENNIS L JENKINS & GEORGE W SHUSTER JR ESQ 7 WORLD TRADE CENTER 250 GREENWICH ST NEW YORK NY 10007 |
| WILMER CUTLER PICKERING HALE & DORR LLP | (COUNSEL TO MARATHON ASSET MGMT) ATTN: BENJAMIN LOVELAND ESQ 60 STATE ST BOSTON MA 02109 |
| WILMINGTON SAVINGS FUND SOCIETY | ATTN: PATRICK J HEALY 500 DELAWARE AVENUE WILMINGTON DE 19801 |
| WILMINGTON TRUST FSB | ATTN: JEFFREY T. ROSE 50 S SIXTH ST STE 1290 MINNEAPOLIS MN 55402 |
| WINSTON & STRAWN LLP | (COUNSEL TO CHICAGO BRIDGE & IRON COMPANY N.V.) ATTN: DAVID NEIER, ESQ. 200 PARK AVE NEW YORK NY 10166 |
| WOMAC LAW | (COUNSEL TO 2603 AUGUST INVESTORS LP) ATTN: STACEY L KREMLING ESQ 8301 KATY FREEWAY HOUSTON TX 77024 |
| WOMBLE CARLYLE SANDRIDGE & RICE LLP | (COUNSEL TO CENTERPOINT) ATTN: STEVEN K KORTANEK; MARK L DESGROSSEILLIERS 222 DELAWARE AVE STE 1501 WILMINGTON DE 19801 |

| Claim Name | Address Information |
| --- | --- |
| WOMBLE CARLYLE SANDRIDGE & RICE LLP | (COUNSEL TO HOLT TEXAS LTD D/B/A HOLT CAT) ATTN: MARK L DESGROSSEILLIERS ESQ 222 DELAWARE AVE STE 1501 WILMINGTON DE 19801 |
| WOMBLE CARLYLE SANDRIDGE & RICE LLP | (COUNSEL TO AMECO, FLUOR, & AMERICAN EQUIPMENT) ATTN: FRANCIS A MONACO JR & KEVIN J MANGAN ESQS 222 DELAWARE AVE STE 1501 WILMINGTON DE 19801 |
| WOMBLE CARLYLE SANDRIDGE & RICE LLP | (COUNSEL TO ALLTITE) ATTN: KEVIN J MANGAN ESQ 222 DELAWARE AVE STE 1501 WILMINGTON DE 19801 |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | (COUNSEL TO AD HOC COMMITTEE OF TCEH FIRST LIEN) ATTN: PAULINE MORGAN; JOEL WAITE; RYAN BARTLEY; ANDREW MAGAZINER RODNEY SQUARE 1000 NORTH KING STREET WILMINGTON DE 19801 |

Total Creditor count  214

**EXHIBIT P**

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  October 16, 2015**

**NOTICE OF DEBTORS' THIRTY-SECOND
OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO INSUFFICIENT
DOCUMENTATION, AMENDED, AND WRONG DEBTOR CLAIMS PURSUANT
TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001,
3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON**

**Exhibit 1**

TITUS COUNTY
ATTN: COUNTY JUDGE, BRIAN LEE
100 WEST FIRST STREET, SUITE 200
MOUNT PLEASANT, TX  75455

Total Parties: 1

# EXHIBIT Q

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #: 14-10979 (CSS)**

**Notices mailed by: October 16, 2015**

NOTICE OF DEBTORS' THIRTY-SECOND
OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO INSUFFICIENT
DOCUMENTATION, AMENDED, AND WRONG DEBTOR CLAIMS PURSUANT
TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001,
3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

Page 1 of  1

**Exhibit 2**

COPPERAS COVE ISD
C/O PERDUE BRANDON FIELDER COLLINS MOTT
ATTN: JOHN T. BANKS
3301 NORTHLAND DRIVE, SUITE 505
AUSTIN, TX  78731

DALLAS COUNTY
C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP
ATTN: ELIZABETH WELLER
2777 N. STEMMONS FREEWAY, SUITE 1000
DALLAS, TX  75207

DALLAS COUNTY
C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP
ATTN: ELIZABETH WELLER
2777 N. STEMMONS FREEWAY, SUITE 1000
DALLAS, TX  75207

EAGLE MOUNTAIN-SAGINAW ISD
C/O PERDUE BRANDON FIELDER COLLINS MOTT
ATTN: R. BRUCE MEDLEY
P.O. BOX 13430
ARLINGTON, TX  76094-0430

NORTHWEST ISD
C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP
ATTN: ELIZABETH WELLER
2777 N. STEMMONS FREEWAY, SUITE 1000
DALLAS, TX  75207

NORTHWEST ISD
C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP
ATTN: ELIZABETH WELLER
2777 N. STEMMONS FREEWAY, SUITE 1000
DALLAS, TX  75207

PENNSYLVANIA DEPARTMENT OF REVENUE
BANKRUPTCY DIVISION
PO BOX 280946
HARRISBURG, PA  17128-0946

SMITH COUNTY
C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP
ATTN: ELIZABETH WELLER
2777 N. STEMMONS FREEWAY, SUITE 1000
DALLAS, TX  75207

SMITH COUNTY
C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP
ATTN: ELIZABETH WELLER
2777 N. STEMMONS FREEWAY, SUITE 1000
DALLAS, TX  75207

SMITH COUNTY
C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP
ATTN: ELIZABETH WELLER
2777 N. STEMMONS FREEWAY, SUITE 1000
DALLAS, TX  75207

THORNDALE ISD
C/O PERDUE BRANDON FIELDER COLLINS MOTT
3301 NORTHLAND DR, STE 505
AUSTIN, TX  78731

THORNDALE ISD
C/O PERDUE BRANDON FIELDER COLLINS MOTT
ATTN: JOHN T. BANKS
3301 NORTHLAND DR, STE 505
AUSTIN, TX  78731

W D NORTON INC
PO BOX 6837
TYLER, TX  75711-6837

WOODSON LUMBER COMPANY OF LEXINGTON
8717 N.HWY 77
PO BOX 147
LEXINGTON, TX  78947

WOODSON LUMBER COMPANY OF LEXINGTON
PO BOX 419
CALDWELL, TX  77836

Total Parties: 15

**EXHIBIT R**

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  October 16, 2015**

NOTICE OF DEBTORS' THIRTY-SECOND
OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO INSUFFICIENT
DOCUMENTATION, AMENDED, AND WRONG DEBTOR CLAIMS PURSUANT
TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001,
3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

**Exhibit 3**

ADVANCED PUMP & VALVE, INC.
D/B/A ADVANCED INDUSTRIES, INC.
C/O SEARCY & SEARCY, P.C.
PO BOX 3929
LONGVIEW, TX  75606

ARROWHEAD CONTRACTOR SUPPLY
201 ESTES DR
LONGVIEW, TX  75602

BMT WBM INC
C/O A/P LISSA SHARP
8200 SOUTH AKRON ST. #120
CENTENNIAL, CO  80112

BREAK TIME SOLUTIONS, INC.
P.O. BOX 1081
MEXIA, TX  76667

CARLSON SOFTWARE
ATTN: GRANT WENKER
102 WEST 2ND STREET #200
MAYSVILLE, KY  41056

CHEMSEARCH
DIVISION OF NCH CORPORATION
2727 CHEMSEARCH BLVD
IRVING, TX  75062

CITY OF TRINIDAD
212 PARK ST
TRINIDAD, TX  75163-6060

CONTROL SYSTEMS COMPANY
1217 NORTON ROAD
HUDSON, OH  44236

CONTROL SYSTEMS COMPANY
1217 NORTON ROAD
HUDSON, OH  44236

DG FAST CHANNEL INC
PO BOX 951392
DALLAS, TX  75395-1392

DOYENNE CONSTRUCTORS, LLC
PO BOX 127
MARIAH HILL, IN  47556

DPC INDUSTRIES INC
P.O. BOX 130410
HOUSTON, TX  77219

DPC INDUSTRIES INC
PO BOX 130410
HOUSTON, TX  77219

DPC INDUSTRIES INC
PO BOX 301023
DALLAS, TX  75303-1023

EDH ELECTRIC, INC.
ATTN: DEBBIE HENSEL
P.O. BOX 607
MOUNT PLEASANT, TX  75456-0607

ENGINEERING RESOURCES, LLC
ATTN: JANA RUSSELL
415 N. CENTER STREET, SUITE 4
LONGVIEW, TX  75601

FRANKLIN AUTO SUPPLY
PO BOX 519
FRANKLIN, TX  77856

G&K SERVICES
410 PROBANDT
SAN ANTONIO, TX  78204

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  October 16, 2015**

NOTICE OF DEBTORS' THIRTY-SECOND
OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO INSUFFICIENT
DOCUMENTATION, AMENDED, AND WRONG DEBTOR CLAIMS PURSUANT
TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001,
3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

**Exhibit 3**

| | | |
|---|---|---|
| GLOBAL RAIL SYSTEMS, INC<br>C/O ARCHER & GREINER, PC<br>ATTN: JERROLD S. KULBACK, ESQ.<br>ONE CENTENNIAL SQUARE<br>HADDONFIELD, NJ  08033 | GOLDER ASSOCIATES INC<br>ATTN: SUSAN DAVIS<br>3730 CHAMBLEE TUCKER RD.<br>ATLANTA, GA  30345 | HAGEMEYER NORTH AMERICA INC<br>PO BOX 404753<br>ATLANTA, GA  30384-4753 |
| HAWK INSTALLATION & CONSTRUCTION INC.<br>PO BOX 129<br>BOGATA, TX  75417 | IIRX LP<br>P.O. BOX 535<br>HOPE, NJ  07844 | JOHN CRANE INC<br>24929 NETWORK PLACE<br>CHICAGO, IL  60673-1249 |
| LECLAIRRYAN, A PROFESSIONAL<br>CORPORATION<br>ATTN: CHRISTIAN K. VOGEL<br>RIVERFRONT PLAZA, EAST TOWER<br>951 EAST BYRD STREET<br>RICHMOND, VA  23219 | LONESTAR ACTUATION<br>ATTN: ALLISON DAVIS<br>14247 BANDERA ST<br>HOUSTON, TX  77015 | LYLE OIL COMPANY, INC.<br>ATTN: LYLE RED<br>PO BOX 77<br>FAIRFIELD, TX  75840 |
| LYLE OIL COMPANY, INC.<br>TIMOTHY M. KEANE<br>C/O BAIRD CREWS SCHILLER WHITAKER PC<br>4547 LAKE SHORE DR.<br>WACO, TX  76710 | MARTIN MARIETTA<br>1503 LBJ FREEWAY<br>STE 400<br>DALLAS, TX  75234 | MEDSAFE<br>W JOE SHAW LTD<br>PO BOX 1929<br>MARSHALL, TX  75671-1929 |
| MERRICK INDUSTRIES, INC<br>10 ARTHUR DRIVE<br>LYNN HAVEN, FL  32444 | MES-TEXAS<br>MUNICIPAL EMERGENCY SERVICES INC<br>16511 HEDGECROFT<br>SUITE 200<br>HOUSTON, TX  77060 | MSC INDUSTRIAL SUPPLY CO.<br>ATTN: LEGAL DEPT.<br>75 MAXESS ROAD<br>MELVILLE, NY  11747 |
| NAGLE PUMPS INC<br>1249 CENTER AVENUE<br>CHICAGO HEIGHTS, IL  60411 | PIPING TECHNOLOGY & PRODUCTS INC<br>3701 HOLMES RD<br>HOUSTON, TX  77051 | PREFERRED PUMP AND EQUIPMENT LP<br>2201 SCOTT AVE<br>FORT WORTH, TX  76103 |

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**
**Case #: 14-10979 (CSS)**

**Notices mailed by: October 16, 2015**

**NOTICE OF DEBTORS' THIRTY-SECOND**
**OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO INSUFFICIENT**
**DOCUMENTATION, AMENDED, AND WRONG DEBTOR CLAIMS PURSUANT**
**TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001,**
**3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON**

Page 3 of  4

**Exhibit 3**

REGIONAL STEEL PRODUCTS INC
PO BOX 3887
VICTORIA, TX  77903

RELIABILITY CENTER INC
ATTN: JULIE CLARKE
PO BOX 1421
HOPEWELL, VA  23860

RMB CONSULTING & RESEARCH INC
5104 BUR OAK CIR
RALEIGH, NC  27612

RMB CONSULTING & RESEARCH INC
5104 BUR OAK CIR
RALEIGH, NC  27612

RUSSELL & SONS CONSTRUCTION CO., INC.
ATTN: JANA RUSSELL
415 N CENTER ST, STE 4
LONGVIEW, TX  75601

RUSSELL & SONS CONSTRUCTION CO., INC.
ATTN: JANA RUSSELL
415 N CENTER ST, STE 4
LONGVIEW, TX  75601

S D MYERS, INC.
ATTN: ED MUCKLEY
180 SOUTH AVE
TALLMADGE, OH  44278

SHRUM, "J" JACKSON, ESQ.
300 DELAWARE AVE, 13TH FL
PO BOX 25046
WILMINGTON, DE  19801

STAR INTERNATIONAL INC
PO BOX 1898
TEXARKANA, TX  75504

SUPERBOLT INC.
P.O. BOX 683
CARNEGIE, PA  15106

TESSCO INCORPORATED
ATTN: K. FORELLA
11126 MCCORMICK RD
HUNT VALLEY, MD  21031

TEST AMERICA AIR EMISSION CORP
DBA METCO ENVIRONMENTAL
PO BOX 204290
DALLAS, TX  75320-4290

TEXAS INDUSTRIAL MAINTENANCE SUPPLY CO.
1951 UNIVERSITY BUSINESS DRIVE
SUITE 121
MCKINNEY, TX  75071

TRINITY PARTS & COMPONENTS LLC
2525 STEMMONS FREEWAY
DALLAS, TX  75207

UNITED STATES CRANE INC
1155 CENTRAL FL PKWY
ORLANDO, FL  32837

VANDERBURG DRAFTING SUPPLY INC
2373 VALLEY VIEW LN
FARMERS BRANCH, TX  75234-5786

WACO AUTO GLASS
1100 FRANKLIN AVE
WACO, TX  76701

WACO AUTO GLASS
1100 FRANKLIN AVE
WACO, TX  76701

**NOTICE OF DEBTORS' THIRTY-SECOND
OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO INSUFFICIENT
DOCUMENTATION, AMENDED, AND WRONG DEBTOR CLAIMS PURSUANT
TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001,
3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON**

**Exhibit 3**

WHITE OAK RADIATOR SERVICE INC.
P.O. BOX 606
WHITE OAK, TX  75693

WOODSON LUMBER & HARDWARE
HIGHWAY 164 EAST
PO BOX 368
GROESBECK, TX  76642

WOODSON LUMBER & HARDWARE
LINDA GAAS
PO BOX 419
CALDWELL, TX  77836

WOODSON LUMBER COMPANY OF LEXINGTON
8717 N.HWY 77
PO BOX 147
LEXINGTON, TX  78947

WOODSON LUMBER COMPANY OF LEXINGTON
LINDA GAAS
PO BOX 419
CALDWELL, TX  77836

YORK PUMP & EQUIPMENT, A DXP COMPANY
C/O DXP ENTERPRISES INC
7272 PINEMONT
HOUSTON, TX  77040

Total Parties: 60

**EXHIBIT S**

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  October 16, 2015**

**NOTICE OF DEBTORS' THIRTY-THIRD OMNIBUS (SUBSTANTIVE) OBJECTION TO SUBSTANTIVE DUPLICATE AND NO LIABILITY CLAIMS PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON**

**Exhibit 1**

APPLIED INDUSTRIAL TECHNOLOGIES, INC.
CORPORATE HEADQUARTERS
ATTN: DIANNE MISENKO
1 APPLIED PLAZA
CLEVELAND, OH  44115

BOLIN CONSTRUCTION INC
PO BOX 1307
COLORADO CITY, TX  79512

DUST CONTROL TECHNOLOGY INC
ATTN: LAURA STIVERSON
1607 W CHANUTE RD
PEORIA, IL  61615

DUST CONTROL TECHNOLOGY INC
ATTN: LAURA STIVERSON
1607 W CHANUTE RD
PEORIA, IL  61615

POWELL ELECTRICAL SYSTEMS, INC.
ATTN: LARRY LARSEN
8550 MOSLEY ROAD
HOUSTON, TX  77075

POWELL, J SCOTT
500 STONEHEDGE DR
WYLIE, TX  75098-5145

REGIONAL STEEL PRODUCTS INC
PO BOX 3887
VICTORIA, TX  77903

SETPOINT INTEGRATED SOLUTIONS
19151 HIGHLAND ROAD
BATON ROUGE, LA  70809

TNT CRANE & RIGGING, INC.
C/O ANDREWS MYERS, P.C.
ATTN: LISA M. NORMAN
3900 ESSEX LANE, SUITE 800
HOUSTON, TX  77027

TNT CRANE & RIGGING, INC.
C/O ANDREWS MYERS, P.C.
ATTN: LISA M. NORMAN
3900 ESSEX LANE, SUITE 800
HOUSTON, TX  77027

TNT CRANE & RIGGING, INC.
C/O ANDREWS MYERS, P.C.
ATTN: LISA M. NORMAN
3900 ESSEX LANE, SUITE 800
HOUSTON, TX  77027

TRIPLE P LAWN SERVICE
PO BOX 83
LORAINE, TX  79532

Total Parties: 12

**EXHIBIT T**

Debtor: ENERGY FUTURE HOLDINGS CORP., et al

Case #: 14-10979 (CSS)

Notices mailed by: October 16, 2015

NOTICE OF DEBTORS' THIRTY-THIRD OMNIBUS (SUBSTANTIVE) OBJECTION
TO SUBSTANTIVE DUPLICATE AND NO LIABILITY CLAIMS PURSUANT
TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001,
3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

Page 1 of 5

Exhibit 2

APPLIED INDUSTRIAL TECHNOLOGIES
ATTN: DIANNE MISENKO
ONE APPLIED PLAZA
CLEVELAND, OH  44115-5056

ARGYLE ISD
C/O SAWKO & BURROUGHS, P.C.
1172 BENT OAKS DR.
DENTON, TX  76210

ARGYLE ISD
C/O SAWKO & BURROUGHS, P.C.
1172 BENT OAKS DR.
DENTON, TX  76210

BAYLOR COUNTY
C/O PERDUE BRANDON FIELDER COLLINS MOTT
ATTN: JEANMARIE BAER
PO BOX 8188
WICHITA FALLS, TX  76307

BAYLOR COUNTY
C/O PERDUE BRANDON FIELDER COLLINS MOTT
ATTN: JEANMARIE BAER
PO BOX 8188
WICHITA FALLS, TX  76307

BLACKWELL INDEPENDENT SCHOOL DISTRICT
C/O PERDUE BRANDON FIELDER COLLINS MOTT
ATTN: R. BRUCE MEDLEY
P.O. BOX 13430
ARLINGTON, TX  76094-0430

BOWIE ISD
C/O PERDUE BRANDON FIELDER COLLINS MOTT
ATTN: JEANMARIE BAER
PO BOX 8188
WICHITA FALLS, TX  76307

BRECKENRIDGE ISD
C/O PERDUE BRANDON FIELDER COLLINS MOTT
ATTN: JEANMARIE BAER
PO BOX 8188
WICHITA FALLS, TX  76307

BRECKENRIDGE ISD
C/O PERDUE BRANDON FIELDER COLLINS MOTT
ATTN: JEANMARIE BAER
PO BOX 8188
WICHITA FALLS, TX  76307

BUCKHOLTS INDEPENDENT SCHOOL DISTRICT
C/O PERDUE BRANDON FIELDER COLLINS MOTT
ATTN: JOHN T. BANKS
3301 NORTHLAND DRIVE, SUITE 505
AUSTIN, TX  78731

BUCKHOLTS ISD
C/O PERDUE BRANDON FIELDER COLLINS MOTT
3301 NORTHLAND DR, STE 505
AUSTIN, TX  78731

BUCKHOLTS ISD
C/O PERDUE BRANDON FIELDER COLLINS MOTT
ATTN: JOHN T. BANKS
3301 NORTHLAND DR, STE 505
AUSTIN, TX  78731

BUCKHOLTS ISD
C/O PERDUE BRANDON FIELDER COLLINS MOTT
ATTN: JOHN T. BANKS
3301 NORTHLAND DR, STE 505
AUSTIN, TX  78731

BURKBURNETT ISD
C/O PERDUE BRANDON FIELDER COLLINS NOTT
ATTN: JEANMARIE BAER
P.O. BOX 8188
WICHITA FALLS, TX  76307

CAMERON INDEPENDENT SCHOOL DISTRICT
C/O PERDUE BRANDON FIELDER COLLINS MOTT
ATTN: JOHN T. BANKS
3301 NORTHLAND DRIVE, SUITE 505
AUSTIN, TX  78731

CAMERON INDEPENDENT SCHOOL DISTRICT
C/O PERDUE BRANDON FIELDER COLLINS MOTT
ATTN: JOHN T. BANKS
3301 NORTHLAND DRIVE, SUITE 505
AUSTIN, TX  78731

CAMERON ISD
C/O PERDUE BRANDON FIELDER COLLINS MOTT
3301 NORTHLAND DR, STE 505
AUSTIN, TX  78731

CAMERON ISD
C/O PERDUE BRANDON FIELDER COLLINS MOTT
3301 NORTHLAND DR, STE 505
AUSTIN, TX  78731

Debtor: ENERGY FUTURE HOLDINGS CORP., et al

Case #:   14-10979 (CSS)

Notices mailed by:  October 16, 2015

NOTICE OF DEBTORS' THIRTY-THIRD OMNIBUS (SUBSTANTIVE) OBJECTION
TO SUBSTANTIVE DUPLICATE AND NO LIABILITY CLAIMS PURSUANT
TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001,
3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

Page 2 of  5

**Exhibit 2**

CAMERON ISD
C/O PERDUE BRANDON FIELDER COLLINS MOTT
ATTN: JOHN T. BANKS
3301 NORTHLAND DR, STE 505
AUSTIN, TX  78731

CAMERON ISD
C/O PERDUE BRANDON FIELDER COLLINS MOTT
ATTN: JOHN T. BANKS
3301 NORTHLAND DR, STE 505
AUSTIN, TX  78731

CAYUGA ISD
ATTN: CAROL PUGH
PO BOX 427
CAYUGA, TX  75832

CENTRAL APPRAISAL DISTRICT ET AL
C/O MCCREARY VESELKA BRAGG & ALLEN P.C.
ATTN: LEE GORDON
P.O. BOX 1269
ROUND ROCK, TX  78680-1269

CITY OF CLEBURNE
C/O PERDUE BRANDON FIELDER COLLINS MOTT
ATTN: ELIZABETH BANDA CALVO
500 EAST BORDER ST, SUITE 640
ARLINGTON, TX  76010

CITY OF COPPELL
C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP
ATTN: ELIZABETH WELLER
2777 N. STEMMONS FREEWAY SUITE 1000
DALLAS, TX  75207

CITY OF COPPELL
C/O LINEBARGER GOOGAN BLAIR SAMPSON LLP
ATTN: ELIZABETH WELLER
2777 N. STEMMONS FREEWAY SUITE 1000
DALLAS, TX  75207

CITY OF COPPER CANYON
C/O SAWKO & BURROUGHS, P.C.
1172 BENT OAKS DR.
DENTON, TX  76210

CITY OF COPPER CANYON
C/O SAWKO & BURROUGHS, P.C.
1172 BENT OAKS DR.
DENTON, TX  76210

CITY OF LEWISVILLE
C/O SAWKO & BURROUGHS, P.C.
1172 BENT OAKS DR.
DENTON, TX  76210

CITY OF LEWISVILLE
C/O SAWKO & BURROUGHS, P.C.
1172 BENT OAKS DR.
DENTON, TX  76210

CITY OF LEWISVILLE
C/O SAWKO & BURROUGHS, P.C.
1172 BENT OAKS DR.
DENTON, TX  76210

CITY OF LEWISVILLE
C/O SAWKO & BURROUGHS, P.C.
1172 BENT OAKS DR.
DENTON, TX  76210

CITY OF LEWISVILLE
C/O SAWKO & BURROUGHS, P.C.
1172 BENT OAKS DR.
DENTON, TX  76210

CITY OF ROANOKE
C/O SAWKO & BURROUGHS, P.C.
1172 BENT OAKS DR.
DENTON, TX  76210

CITY OF ROSCOE
C/O PERDUE BRANDON FIELDER COLLINS MOTT
ATTN: R. BRUCE MEDLEY
P.O. BOX 13430
ARLINGTON, TX  76094-0430

CITY OF SWEETWATER
C/O PERDUE BRANDON FIELDER COLLINS MOTT
ATTN: R. BRUCE MEDLEY
P.O. BOX 13430
ARLINGTON, TX  76094-0430

CITY VIEW ISD
C/O PERDUE BRANDON FIELDER COLLINS MOTT
ATTN: JEANMARIE BAER
PO BOX 8188
WICHITA FALLS, TX  76307

Debtor: ENERGY FUTURE HOLDINGS CORP., et al

Case #:  14-10979 (CSS)

Notices mailed by:  October 16, 2015

NOTICE OF DEBTORS' THIRTY-THIRD OMNIBUS (SUBSTANTIVE) OBJECTION
TO SUBSTANTIVE DUPLICATE AND NO LIABILITY CLAIMS PURSUANT
TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001,
3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

Page 3 of  5

**Exhibit 2**

CLEBURNE INDEPENDENT SCHOOL DISTRICT
C/O PERDUE BRANDON FIELDER COLLINS MOTT
ATTN: ELIZABETH BANDA CALVO
500 EAST BORDER ST, SUITE 640
ARLINGTON, TX  76010

COMMIATO'S MACHINE & REPAIR SERVICE INC
1141 N E LOOP
CARTHAGE, TX  75633

COOKE COUNTY APPRAISAL DISTRICT
C/O PERDUE BRANDON FIELDER COLLINS MOTT
ATTN: JEANMARIE BAER
PO BOX 8188
WICHITA FALLS, TX  76307

COOKE COUNTY APPRAISAL DISTRICT
C/O PERDUE BRANDON FIELDER COLLINS MOTT
ATTN: JEANMARIE BAER
PO BOX 8188
WICHITA FALLS, TX  76307

COPPERAS COVE INDEPENDENT SCHOOL
DISTRIC
C/O PERDUE BRANDON FIELDER COLLINS MOTT
ATTN: JOHN T. BANKS
3301 NORTHLAND DRIVE, SUITE 505
AUSTIN, TX  78731

COPPERAS COVE INDEPENDENT SCHOOL
DISTRIC
C/O PERDUE BRANDON FIELDER COLLINS MOTT
ATTN: JOHN T. BANKS
3301 NORTHLAND DRIVE, SUITE 505
AUSTIN, TX  78731

COPPERAS COVE ISD
C/O PERDUE BRANDON FIELDER COLLINS MOTT
3301 NORTHLAND DR, STE 505
AUSTIN, TX  78731

COPPERAS COVE ISD
C/O PERDUE BRANDON FIELDER COLLINS MOTT
3301 NORTHLAND DR, STE 505
AUSTIN, TX  78731

COPPERAS COVE ISD
C/O PERDUE BRANDON FIELDER COLLINS MOTT
ATTN: JOHN T. BANKS
3301 NORTHLAND DR, STE 505
AUSTIN, TX  78731

COPPERAS COVE ISD
C/O PERDUE BRANDON FIELDER COLLINS MOTT
ATTN: JOHN T. BANKS
3301 NORTHLAND DRIVE, SUITE 505
AUSTIN, TX  78731

COPPERAS COVE ISD
C/O PERDUE BRANDON FIELDER COLLINS MOTT
ATTN: JOHN T. BANKS
3301 NORTHLAND DRIVE, SUITE 505
AUSTIN, TX  78731

DENTON ISD
C/O SAWKO & BURROUGHS, P.C.
1172 BENT OAKS DR.
DENTON, TX  76210

DENTON ISD
C/O SAWKO & BURROUGHS, P.C.
1172 BENT OAKS DR.
DENTON, TX  76210

DENTON ISD
C/O SAWKO & BURROUGHS, P.C.
1172 BENT OAKS DR.
DENTON, TX  76210

DENTON ISD
C/O SAWKO & BURROUGHS, P.C.
1172 BENT OAKS DR.
DENTON, TX  76210

DOYENNE CONSTRUCTORS, LLC
PO BOX 127
MARIAH HILL, IN  47556

GOOCH, SHERRY D
PO BOX 181421
ARLINGTON, TX  76096

HIDALGO COUNTY
C/O PERDUE BRANDON FIELDER COLLINS MOTT
ATTN: JOHN T. BANKS
3301 NORTHLAND DRIVE, SUITE 505
AUSTIN, TX  78731

Debtor: ENERGY FUTURE HOLDINGS CORP., et al

Case #:  14-10979 (CSS)

Notices mailed by:  October 16, 2015

NOTICE OF DEBTORS' THIRTY-THIRD OMNIBUS (SUBSTANTIVE) OBJECTION
TO SUBSTANTIVE DUPLICATE AND NO LIABILITY CLAIMS PURSUANT
TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001,
3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

Page 4 of  5

**Exhibit 2**

HIGHLAND INDEPENDENT SCHOOL DISTRICT
C/O PERDUE BRANDON FIELDER COLLINS MOTT
ATTN: R. BRUCE MEDLEY
P.O. BOX 13430
ARLINGTON, TX  76094-0430

HUMBLE INDEPENDENT SCHOOL DISTRICT
C/O PERDUE BRANDON FIELDER COLLINS MOTT
ATTN: CARL O. SANDIN
1235 NORTH LOOP WEST, SUITE 600
HOUSTON, TX  77008

HUMBLE INDEPENDENT SCHOOL DISTRICT
C/O PERDUE BRANDON FIELDER COLLINS MOTT
ATTN: CARL O. SANDIN
1235 NORTH LOOP WEST, SUITE 600
HOUSTON, TX  77008

JOHNSON COUNTY
C/O PERDUE BRANDON FIELDER COLLINS MOTT
ATTN: ELIZABETH BANDA CALVO
500 EAST BORDER ST, SUITE 640
ARLINGTON, TX  76010

KUK JA STEWART
C/O CHARLES MONTEMAYOR
5353 MAPLE AVE. STE. 100
DALLAS, TX  75235

KUK JA STEWART
C/O GARY SEITZ
GELLERT SCALI BUSENKELL & BROWN, LLC
913 N. MARKET STREET, 10TH FLOOR
WILMINGTON, DE  19801

LABORDE, DARLENE D
3017 SHERRY DR
BATON ROUGE, LA  70816

LAKE DALLAS ISD
C/O SAWKO & BURROUGHS, P.C.
1172 BENT OAKS DR.
DENTON, TX  76210

MARTIN, ROBERT C
1300 FM 1460
GEORGETOWN, TX  78626-3902

MIDLAND COUNTY
C/O PERDUE BRANDON FIELDER COLLINS MOTT
P.O. BOX 817
LUBBOCK, TX  79408

MONTAGUE COUNTY APPRAISAL DISTRICT
C/O PERDUE BRANDON FIELDER COLLINS MOTT
ATTN: JEANMARIE BAER
P.O. BOX 8188
WICHITA FALLS, TX  76307

NOLAN COUNTY
C/O PERDUE BRANDON FIELDER COLLINS MOTT
ATTN: R. BRUCE MEDLEY
P.O. BOX 13430
ARLINGTON, TX  76094-0430

RICE, NETTIE
1501 HILLCREST DR.
GRAHAM, TX  76450

RICHARDSON INDEPENDENT SCHOOL DISTRICT
C/O PERDUE BRANDON FIELDER COLLINS MOTT
ATTN: R. BRUCE MEDLEY
P.O. BOX 13430
ARLINGTON, TX  76094-0430

ROSCOE INDEPENDENT SCHOOL DISRICT
C/O PERDUE BRANDON FIELDER COLLINS MOTT
ATTN: R. BRUCE MEDLEY
P.O. BOX 13430
ARLINGTON, TX  76094-0430

SAXON, D.W.
1820 CR 4110
PITTSBURG, TX  75686

STEWART, KUK JA
2028 SANDY LANE
IRVING, TX  75060

SWEETWATER INDEPENDENT SCHOOL DISTRICT
C/O PERDUE BRANDON FIELDER COLLINS MOTT
ATTN: R. BRUCE MEDLEY
P.O. BOX 13430
ARLINGTON, TX  76094-0430

**NOTICE OF DEBTORS' THIRTY-THIRD OMNIBUS (SUBSTANTIVE) OBJECTION TO SUBSTANTIVE DUPLICATE AND NO LIABILITY CLAIMS PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON**

**Exhibit 2**

SZYMCZAK, ED
1030 CHAMBOARD LN
HOUSTON, TX  77018-3211

TEXAS DISPOSAL SYSTEMS
PO BOX 17126
AUSTIN, TX  78760

THORNDALE ISD
C/O PERDUE BRANDON FIELDER COLLINS MOTT
3301 NORTHLAND DR, STE 505
AUSTIN, TX  78731

THORNDALE ISD
C/O PERDUE BRANDON FIELDER COLLINS MOTT
ATTN: JOHN T. BANKS
3301 NORTHLAND DR, STE 505
AUSTIN, TX  78731

THORNDALE ISD
C/O PERDUE BRANDON FIELDER COLLINS MOTT
ATTN: JOHN T. BANKS
3301 NORTHLAND DR, STE 505
AUSTIN, TX  78731

TRAVIS COUNTY
ATTN: KAY D. BROCK
P.O. BOX 1748
AUSTIN, TX  78767

TRAVIS COUNTY
ATTN: KAY D. BROCK
P.O. BOX 1748
AUSTIN, TX  78767

TRAVIS COUNTY
ATTN: KAY D. BROCK
P.O. BOX 1748
AUSTIN, TX  78767

TRICORBRAUN
6 CITYPLACE DR # 1000
SAINT LOUIS, MO  63141

TW TELECOM INC.
10475 PARK MEADOWS DRIVE
LITTLETON, CO  80124

WHITESBORO INDEPENDENT SCHOOL DISTRICT
C/O PERDUE BRANDON FIELDER COLLINS MOTT
ATTN: R. BRUCE MEDLEY
P.O. BOX 13430
ARLINGTON, TX  76094-0430

Total Parties: 83

**EXHIBIT U**

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #: 14-10979 (CSS)**

**Notices mailed by: October 16, 2015**

NOTICE OF DEBTORS' THIRTY-FOURTH OMNIBUS (SUBSTANTIVE)
OBJECTION TO CERTAIN IMPROPERLY ASSERTED CLAIMS PURSUANT
TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001,
3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

**Exhibit 1**

BEST BUY BUSINESS ADVANTAGE
ATTN: TIFFANY OFFUTT, RECOV. COORDINATOR
8650 COLLEGE BLVD
OVERLAND PARK, KS  66210

BUFFALO INDUSTRIAL SUPPLY INC
KERRY L. HALIBURTON
C/O NAMAN, HOWELL, SMITH & LEE, PLLC
P.O. BOX 1470
WACO, TX  76703-1470

BUFFALO INDUSTRIAL SUPPLY INC
KERRY L. HALIBURTON
C/O NAMAN, HOWELL, SMITH & LEE, PLLC
P.O. BOX 1470
WACO, TX  76703-1470

BUFFALO INDUSTRIAL SUPPLY INC
PO BOX N
HWY 79 S
BUFFALO, TX  75831

BUFFALO INDUSTRIAL SUPPLY INC
PO BOX N
HWY 79 S
BUFFALO, TX  75831

ESCO CORPORATION
2141 NW 25TH AVE
PORTLAND, OR  97210

INDUSTRIAL LUBRICANT COMPANY
ATTN: GARY OJA
P.O. BOX 70
35108 HWY 2 W.
GRAND RAPIDS, MN  55744

LYLE OIL COMPANY, INC.
ATTN: LYLE RED
PO BOX 77
FAIRFIELD, TX  75840

LYLE OIL COMPANY, INC.
ATTN: LYLE RED
PO BOX 77
FAIRFIELD, TX  75840

LYLE OIL COMPANY, INC.
TIMOTHY M. KEANE
C/O BAIRD CREWS SCHILLER WHITAKER PC
4547 LAKE SHORE DR.
WACO, TX  76710

LYLE OIL COMPANY, INC.
TIMOTHY M. KEANE
C/O BAIRD CREWS SCHILLER WHITAKER PC
4547 LAKE SHORE DR.
WACO, TX  76710

MICHELIN NORTH AMERICA, INC.
C/O NELSON MULLINS RILEY SCARBOROUGH
LLP
ATTN: JODY A. BEDENBAUGH
PO BOX 11070
COLUMBIA, SC  29211

NEW PIG CORPORATION
ONE PORK AVE
TIPTON, PA  16684-0304

PEGUES HURST MOTOR CO
PO BOX 3686
LONGVIEW, TX  75606

RED RIVER PUMP SPECIALISTS LLC
1555 WELLS ISLAND ROAD
SHREVEPORT, LA  71107

RED RIVER PUMP SPECIALISTS LLC
1555 WELLS ISLAND ROAD
SHREVEPORT, LA  71107

RED RIVER PUMP SPECIALISTS LLC
1555 WELLS ISLAND ROAD
SHREVEPORT, LA  71107

RED RIVER PUMP SPECIALISTS LLC
1555 WELLS ISLAND ROAD
SHREVEPORT, LA  71107

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  October 16, 2015**

**NOTICE OF DEBTORS' THIRTY-FOURTH OMNIBUS (SUBSTANTIVE)
OBJECTION TO CERTAIN IMPROPERLY ASSERTED CLAIMS PURSUANT
TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001,
3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON**

**Exhibit 1**

RED RIVER PUMP SPECIALISTS LLC
1555 WELLS ISLAND ROAD
SHREVEPORT, LA  71107

REGIONAL STEEL INC
PO BOX 3887
VICTORIA, TX  77903

SIERRA LIQUIDITY FUND, LLC ASSIGNEE AND
ATT-IN-FACT FOR NEW PIG CORP ASSIGNOR
19772 MACARTHUR BLVD #200
IRVINE, CA  92612

Total Parties: 21

**EXHIBIT V**

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**
**Case #:  14-10979 (CSS)**

**Notices mailed by:  October 16, 2015**

**NOTICE OF DEBTORS' THIRTY-FOURTH OMNIBUS (SUBSTANTIVE)**
**OBJECTION TO CERTAIN IMPROPERLY ASSERTED CLAIMS PURSUANT**
**TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001,**
**3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON**

**Exhibit 2**

AEC POWERFLOW, LLC
100 SW SCHERER ROAD
LEES SUMMIT, MO  64082

CEMSPRO
C/O CEMS PROFESSIONAL SERVICES LLC
518 WILD FIRE DRIVE
WALDRON, AR  72958

CEMSPRO
C/O CEMS PROFESSIONAL SERVICES LLC
518 WILD FIRE DRIVE
WALDRON, AR  72958

CEMSPRO
C/O CEMS PROFESSIONAL SERVICES LLC
518 WILD FIRE DRIVE
WALDRON, AR  72958

FRANKLIN AUTO SUPPLY
PO BOX 519
FRANKLIN, TX  77856

KNIFE RIVER CORPORATION - SOUTH
PO BOX 674
BRYAN, TX  77806

SPACENET INC.
ATTN: GENERAL COUNSEL
1750 OLD MEADOW ROAD
MC LEAN, VA  22102

TRC MASTER FUND LLC
TRANSFEROR: AEC POWERFLOW, LLC
ATTN: TERREL ROSS
PO BOX 633
WOODMERE, NY  11598

Total Parties: 8

**EXHIBIT W**

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  October 16, 2015**

NOTICE OF DEBTORS' THIRTY-FOURTH OMNIBUS (SUBSTANTIVE)
OBJECTION TO CERTAIN IMPROPERLY ASSERTED CLAIMS PURSUANT
TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001,
3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

**Exhibit 3**

CINCO J INC.
D/B/A JOHNSON OIL CO.
P.O. DRAWER 1959
GONZALES, TX  78629

MID-STATE ENVIRONMENTAL LL
DBA MID-STATE ENVIRONMENTAL SERVICES
LL
PO BOX 2920
WICHITA, KS  67201-2920

Total Parties: 2

# EXHIBIT X

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**
**Case #:  14-10979 (CSS)**

**Notices mailed by:  October 16, 2015**

**NOTICE OF DEBTORS' THIRTY-FOURTH OMNIBUS (SUBSTANTIVE)
OBJECTION TO CERTAIN IMPROPERLY ASSERTED CLAIMS PURSUANT
TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001,
3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON**

Page 1 of  3

**Exhibit 4**

AMERICAN LIST COUNSEL
PO BOX 416023
BOSTON, MA  02241-6023

AMETEK POWER INSTRUMENTS -
ROCHESTER
PO BOX 90296
CHICAGO, IL  60696-0296

ATLAS COPCO COMPTEC LLC
46 SCHOOL RD
VOORHEESVILLE, NY  12186

BALDWIN, RICHARD P
17628 HEADSVILLE RD
THORNTON, TX  76687

BREAK TIME SOLUTIONS, INC.
P.O. BOX 1081
MEXIA, TX  76667

BUFFALO INDUSTRIAL SUPPLY INC
2333 HWY 79S
BUFFALO, TX  75831

BUFFALO INDUSTRIAL SUPPLY INC
KERRY L. HALIBURTON
C/O NAMAN, HOWELL, SMITH & LEE, PLLC
P.O. BOX 1470
WACO, TX  76703-1470

CCI INSPECTION SERVICES INC
24624 INTERSTATE 45 STE 200
SPRING, TX  77386-4084

CONTRACTOR'S SUPPLIES INC
PO BOX 150140
LUFKIN, TX  75915-0140

CRIDDLE, FRANK
5847 SIXTH AVE
LOS ANGELES, CA  90043

DE LAGE LANDEN FINANCIAL SERVICES
1111 OLD EAGLE SCHOOL RD
WAYNE, PA  19087

DISTRIBUTION INTERNATIONAL
9000 RAILWOOD DR
HOUSTON, TX  77078

FOX SCIENTIFIC INC
8221 E FM 917
ALVARADO, TX  76009

HAGEMEYER NORTH AMERICA INC
PO BOX 404753
ATLANTA, GA  30384-4753

HAROLD BECK & SONS INC
11 TERRY DRIVE
NEWTOWN, PA  18940

HOIST PARTS INC
DBA OMI CRANE SERVICES
PO BOX 1719
ROCKWALL, TX  75087

HOUSTON PIPE LINE COMPANY LP
C/O PORTER HEDGES LLP
ATTN: JOHN F. HIGGINS
1000 MAIN STREET, 36TH FLOOR
HOUSTON, TX  77002

HOUSTON PIPE LINE COMPANY LP
JOSIE CASTREJANA
1300 MAIN ST.
HOUSTON, TX  77002-6803

Debtor: ENERGY FUTURE HOLDINGS CORP., et al
Case #:  14-10979 (CSS)

Notices mailed by:  October 16, 2015

NOTICE OF DEBTORS' THIRTY-FOURTH OMNIBUS (SUBSTANTIVE)
OBJECTION TO CERTAIN IMPROPERLY ASSERTED CLAIMS PURSUANT
TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001,
3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

Page 2 of  3

**Exhibit 4**

INTERNATIONAL EXTERMINATOR
CORPORATION
PO BOX 123828
FORT WORTH, TX  76121-3828

INTERNATIONAL EXTERMINATOR
CORPORATION
PO BOX 123828
FT. WORTH, TX  76121-3828

INTERNATIONAL EXTERMINATOR
PO BOX 123828
FORT WORTH, TX  76121

JERRY'S SPORT CENTER INC
PO BOX 125
CHAPIN, SC  29036

LRS-RDC INC.
P.O. BOX 2335
MT. PLEASANT, TX  75456

MARTIN ENGINEERING COMPANY
C/O THOMPSON COBURN LLP
ATTN: DAVID D. FARRELL
505 N. SEVENTH STREET, SUITE 2700
SAINT LOUIS, MO  63101

MENARDI MIKROPUL LLC
1 MAXWELL DR
TRENTON, SC  29847

MENARDI MIKROPUL LLC
KELLY K. BENNER
PO BOX 16348
CHARLOTTE, NC  28297

METSO MINERALS INDUSTRIES INC
PO BOX 945859
ATLANTA, GA  30394-5859

NAPA TIRE & AUTO SUPPLY INC
PO BOX 1257
ROCKDALE, TX  76567

NAPA TIRE & AUTO SUPPLY INC
PO BOX 1257
ROCKDALE, TX  76567

NAPA TIRE & AUTO SUPPLY INC
PO BOX 1257
ROCKDALE, TX  76567

NAPA TIRE & AUTO SUPPLY INC
PO BOX 1257
ROCKDALE, TX  76567

OMICRON CONTROLS INC
PO BOX 7745
THE WOODLANDS, TX  77387-7745

SCANTRON CORPORATION
PO BOX 93038
CHICAGO, IL  60673

SIERRA LIQUIDITY FUND, LLC ASSIGNEE AND
ATT-IN-FACT FOR TODDS' A/C- ASSIGNOR
19772 MACARTHUR BLVD #200
IRVINE, CA  92612

SIGN EXPRESS
908 US HWY 64 WEST
HENDERSON, TX  75652

SOLUTIONSET LLC
2100 GENG RD #105
PALO ALTO, CA  94303

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**
**Case #:  14-10979 (CSS)**

**Notices mailed by:  October 16, 2015**

**NOTICE OF DEBTORS' THIRTY-FOURTH OMNIBUS (SUBSTANTIVE)**
**OBJECTION TO CERTAIN IMPROPERLY ASSERTED CLAIMS PURSUANT**
**TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001,**
**3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON**

**Exhibit 4**

SOLUTIONSET LLC
MOLLY SUTTLES
6021 CONNECTION DRIVE
IRVING, TX  75039

SONAR CREDIT PARTNERS III, LLC
TRANSFEROR: OMICRON CONTROLS INC
80 BUSINESS PARK DRIVE, SUITE 208
ARMONK, NY  10504

STEIN INDUSTRIES INC
19 ARTISANS CRESCENT
LONDON, ON  N5V 5E9  CANADA

STRYKER LAKE WSC
PO BOX 156
NEW SUMMERFIELD, TX  75780

TANNOR PARTNERS CREDIT FUND, LP
TRANSFEROR: API SYSTEMS GROUP INC
ATTN: ROBERT TANNOR
150 GRAND STREET, STE 401
WHITE PLAINS, NY  10601

TEXAS INDUSTRIAL MAINTENANCE SUPPLY CO.
1951 UNIVERSITY BUSINESS DRIVE
SUITE 121
MCKINNEY, TX  75071

UNIFIRST HOLDINGS INC
PO BOX 7580
HALTOM CITY, TX  76111

UNITED PARCEL SERVICE (FREIGHT)
C/O RECEIVABLE MANAGEMENT SERVICES
(RMS)
P.O. BOX 4396
TIMONIUM, MD  21094

UNIVERSITY OF TENNESSEE, THE
309 CONFERENCE CTR BLDG
KNOXVILLE, TN  37996-4133

YATES BUICK GMC INC
215 HWY 79 SOUTH
HENDERSON, TX  75654

Total Parties: 46

# EXHIBIT Y

**NOTICE OF DEBTORS' THIRTY-FOURTH OMNIBUS (SUBSTANTIVE)
OBJECTION TO CERTAIN IMPROPERLY ASSERTED CLAIMS PURSUANT
TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001,
3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON**

**Exhibit 5**

AIR LIQUIDE AMERICA SPECIALTY GASES LLC
ATTN: CHERYL R. LERO
2700 POST OAK BLVD. 21ST FLOOR
HOUSTON, TX  77056

APPLIED INDUSTRIAL TECHNOLOGIES
ATTN: DIANNE MISENKO
ONE APPLIED PLAZA
CLEVELAND, OH  44115-5056

APPLIED INDUSTRIAL TECHNOLOGIES, INC.
CORPORATE HEADQUARTERS
ATTN: DIANNE MISENKO
1 APPLIED PLAZA
CLEVELAND, OH  44115

FERGUSON ENTERPRISES
2683 WEST EULESS BLVD
EULESS, TX  76040

FERGUSON ENTERPRISES
PO BOX 976
PALESTINE, TX  75802

SKM SYSTEMS ANALYSIS INC
1 PEARL STREET
REDONDO BEACH, CA  90277

TEXAS QUALITY PRODUCTS INC
PO BOX 625
EAGLE LAKE, TX  77434

W C SUPPLY CO INC
329 SOUTH BONNER AVE
TYLER, TX  75702

Total Parties: 8

**EXHIBIT Z**

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**
**Case #:  14-10979 (CSS)**

**Notices mailed by:  October 16, 2015**

NOTICE OF DEBTORS' THIRTY-FOURTH OMNIBUS (SUBSTANTIVE)
OBJECTION TO CERTAIN IMPROPERLY ASSERTED CLAIMS PURSUANT
TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001,
3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

**Exhibit 6**

ALLEN'S ELECTRIC MOTOR SERVICE INC.
400A ROY HOPKINS DRIVE
VIVIAN, LA  71082

AMERICOM TELECOMMUNICATIONS INC
3544 E T C JESTER BLVD
HOUSTON, TX  77018-6023

APPLIED INDUSTRIAL TECHNOLOGIES
ATTN: DIANNE MISENKO
ONE APPLIED PLAZA
CLEVELAND, OH  44115-5056

APPLIED INDUSTRIAL TECHNOLOGIES
ATTN: DIANNE MISENKO
ONE APPLIED PLAZA
CLEVELAND, OH  44115-5056

AUSTIN ARMATURE WORKS
304 COMMERCIAL DR
BUDA, TX  78610

BABECO
1101 CARLOS PARKER BLVD NW
TAYLOR, TX  76574

CEMSPRO
C/O CEMS PROFESSIONAL SERVICES LLC
518 WILD FIRE DRIVE
WALDRON, AR  72958

CETECH INC
602 N FIRST ST
GARLAND, TX  75040

DESIGN SYSTEMS GROUP INC
402 S CENTER ST
GRAND PRAIRIE, TX  75051

DIAMOND POWER INTERNATIONAL, INC.
ATTN: CHRISTINE MCINTIRE
2600 EAST MAIN ST
LANCASTER, OH  43430-0415

DIESEL POWER SUPPLY CO
2525 UNIVERSITY PARKS DR
WACO, TX  76706

DIESEL POWER SUPPLY CO
2525 UNIVERSITY PARKS DR
WACO, TX  76706

ENERGY NORTHWEST
ATTN: ACCTS RECEIVABLE MD 1040
PO BOX 2
RICHLAND, WA  99352

GEE, TARA A.
PO BOX 5986
GRANBURY, TX  76049

HAMON RESEARCH COTTRELL INC
58 E MAIN ST
SOMERVILLE, NJ  08876

HUK, MELANIE R
13865 E PLACITA PATILLA
VAIL, AZ  85641

INDUSTRIAL LUBRICANT COMPANY
ATTN: GARY OJA
P.O. BOX 70
35108 HWY 2 W.
GRAND RAPIDS, MN  55744

INDUSTRIAL LUBRICANT COMPANY
ATTN: GARY OJA
P.O. BOX 70
35108 HWY 2 W.
GRAND RAPIDS, MN  55744

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  October 16, 2015**

NOTICE OF DEBTORS' THIRTY-FOURTH OMNIBUS (SUBSTANTIVE)
OBJECTION TO CERTAIN IMPROPERLY ASSERTED CLAIMS PURSUANT
TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001,
3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

Page 2 of  3

**Exhibit 6**

INFORMATION ALLIANCE
ATTN: KIM C. LARSON
1755 NORTH 400E SUITE 101
N. LOGAN, UT  84341

INFORMATION ALLIANCE
ATTN: KIM C. LARSON
1755 NORTH 400E SUITE 101
N. LOGAN, UT  84341

K D TIMMONS INC
PO BOX 2609
BRYAN, TX  77805

LAY'S MINING SERVICE INC
1121 S 10TH ST
MT VERNON, IL  62864

LOCOMOTIVE SERVICE INC
200 UNION BLVD STE 410
LAKEWOOD, CO  80228-1832

NATIONAL SWITCHGEAR SYSTEMS NORTH
TEXAS,
INC. D/B/A NATIONAL FIELD SERVICES
ATTN: CASEY BLEVINS
649 FRANKLIN STREET
LEWISVILLE, TX  75057

NATIONAL SWITCHGEAR SYSTEMS NORTH
TEXAS,
INC. D/B/A NATIONAL FIELD SERVICES
ATTN: CASEY BLEVINS
649 FRANKLIN STREET
LEWISVILLE, TX  75057

OEAAT INC
405 BRIDOON TERRACE
ENCINITAS, CA  92024-7267

SHRUM, "J" JACKSON, ESQ.
300 DELAWARE AVE, 13TH FL
PO BOX 25046
WILMINGTON, DE  19801

SIERRA LIQUIDITY FUND, LLC ASSIGNEE AND
ATT-IN-FACT FOR STANSELL PEST CONTROL-
ASSIGNOR
19772 MACARTHUR BLVD #200
IRVINE, CA  92612

SMILEY, SCOTT A.
D/B/A SMILEY LAWN CARE
1300 THOMAS LN
GRAHAM, TX  76450

SONAR CREDIT PARTNERS III, LLC
ASSIGNEE OF CIRCUIT BREAKER SALES CO INC
80 BUSINESS PARK DRIVE
SUITE 208
ARMONK, NY  10504

STATEMENT SYSTEMS INC
1900 DIPLOMAT DR
FARMERS BRANCH, TX  75234-8913

TRC MASTER FUND LLC
TRANSFEROR: 5DT INC.
ATTN: TERREL ROSS
PO BOX 633
WOODMERE, NY  11598

WEINGARTEN WEATHER CONSULTING
502 L'ESPRIT PKWY
PENDLETON, KY  40055

XENON MARKETING LLC
6501 COOPER PLACE
SUITE 100
PLANO, TX  75093

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  October 16, 2015**

**NOTICE OF DEBTORS' THIRTY-FOURTH OMNIBUS (SUBSTANTIVE)**
**OBJECTION TO CERTAIN IMPROPERLY ASSERTED CLAIMS PURSUANT**
**TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001,**
**3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON**

**Exhibit 6**

Total Parties: 34