# **EXHIBIT A**

AMENDMENT NO. 17

DATED DECEMBER 17, 2015

TO

MASTER SERVICES AGREEMENT

CONTRACT NO. C0631124C

BY AND BETWEEN

KPMG LLP

AND

EFH CORPORATE SERVICES COMPANY

DATED: NOVEMBER 1, 2009

Contract No. C0631124C

## AMENDMENT NO. 17

**EFFECTIVE DATE**

The Effective Date of this Amendment is January 1, 2016.

**PURPOSE**

This Amendment modifies, alters or changes specific terms and conditions of Contract No. C0631124C ("Agreement") that exists between the parties hereto. Except as otherwise modified in this Amendment or previous amendments, the Agreement will remain in full force and effect.

**MODIFICATIONS**

The Agreement is modified as follows:

**TERM**

Article 4 "TERM OF AGREEMENT" is hereby extended to June 30, 2016.

The parties have signed this Amendment acknowledging their agreement to its provisions as of the Effective Date.

| KPMG LLP | EFH CORPORATE SEREVICES COMPANY |
|---|---|
| By: _[signature]_ | By: _[signature]_ |
| Signature | Signature |
| Name: John Kunasek | Name: Tamar Willis |
| Title: Partner | Title: Sr. Procurement Specialist |
| Date: 1/4/16 | Date: January 5, 2016 |

C 0631124 C

## SCHEDULE A-32

Following the Parties' execution of this Schedule A-32 ("SOW"), CONTRACTOR (also referred as "KPMG LLP" or "KPMG") is authorized to perform the services ("Services") as defined below on behalf of COMPANY (also referred as "EFH Corporate Services Company") pursuant to the terms and conditions contained in the Master Services Agreement which is also referred to as the Master Consulting Agreement, C0631124C dated November 1, 2009 and subsequently amended (collectively referred to as the "Agreement").

This SOW shall be effective as of December 16, 2015 (the "Effective Date") and shall remain in full force and effect until July 31, 2016, or as modified via an amendment. Notwithstanding anything to the contrary in the Agreement, COMPANY, in its sole discretion may terminate this SOW for convenience upon the delivery of a written 15 day notice ("Notice") to CONTRACTOR. In the event COMPANY elects to terminate for convenience, the SOW shall end by operation of law at the close of business on the 15th day after receipt of notice by CONTRACTOR.

### SCOPE OF WORK AND DELIVERABLES

The Services will be performed in accordance with the specifications and instructions incorporated herein and if any, specifications and instructions identified in the attachments hereto.

Any work performed in connection with this engagement before the date of this SOW is also governed by the terms and conditions contained in the SOW.

### SCOPE OF WORK AND APPROACH

**Objectives**
CONTRACTOR will assist COMPANY personnel in performing an Internal Audit review of COMPANY's Allegro ETRM System Project ("Project") implementation.

**Scope**
The scope of this SOW is limited to COMPANY's Project activities conducted in Dallas, TX.

**Approach**
CONTRACTOR will meet the objectives outlined above by using the following approach:
- Work Stream 1 – Review Project go-live contingency plans and follow-up on initial Internal Audit observations of the Project;
- Work Stream 2 – Monitor Project delivery and progress;
- Work Stream 3 – Perform pre-go live verification activities; and
- Work Stream 4 – Prepare and deliver Internal Audit Report.

Activities associated with each stage are detailed below.

C 0631124 C

**Work Stream 1 – Review Project go-live contingency plans and follow-up on initial Internal Audit observations of the Project**

- *Activity 1- Document Review*
  CONTRACTOR will obtain and review documents related to COMPANY's Project status, any outstanding Internal Audit observations to-date and go-live contingency plans. Example documents may include:
    - Steering Committee presentations, reports, and meeting minutes;
    - Internal Audit reports or memos delivered to the Project to-date; and
    - Project contingency planning documents.
- *Activity 2 – Interviews*
  CONTRACTOR will interview Project leadership (as identified by COMPANY) to supplement our understanding of COMPANY's go-live risk mitigation strategy. It is anticipated no more than ten (10) interviews (1 hour each) will be required.
  COMPANY and CONTRACTOR will agree to the list of interviewees in advance of scheduling interviews.

**Work Stream 2 – Monitor Project delivery and progress**

- *Activity 3 – Status Meeting Participation*
  CONTRACTOR will participate in weekly Project status meetings and note Project execution challenges and potential delivery risks.
- *Activity 4 – Scrum Master and PMO Meetings*
  CONTRACTOR will meet with the Project Scrum Master and the Project PMO on a weekly basis to discuss Project status. CONTRACTOR will note execution challenges and potential delivery risks.

**Work Stream 3 – Pre-go-live Verification Activities**

Pre-go-live verification activities will be aligned to key project milestones which represent transition points for the Project between key Project stages.

*Milestone 1 – Functional/System Test to UAT Activities*

- *Activity 5 – Functional Requirements Review*
  CONTRACTOR will review COMPANY's user acceptance testing scripts and map the scripts to COMPANY's Project functional requirements documentation to assess whether or not user acceptance testing will adequately test and verify Project requirements.
- *Activity 6 – Interface Data and Functionality Review*
  CONTRACTOR will review COMPANY's user acceptance testing plan to assess whether or not such plan will adequately test key interfaces (as identified by COMPANY) for functionality and data completeness and accuracy.

*Milestone 2 – UAT to Parallel Testing Activities*

- *Activity 7 – User Acceptance Testing*
  CONTRACTOR will participate in and / or observe user acceptance for key functional business areas (identified by COMPANY) and note exceptions to testing plans or testing results. It is expected that CONTRACTOR will devote no more than 20 hours per week of Manager time for this activity.
- *Activity 8 – User Acceptance Testing Results Evaluation*
  CONTRACTOR will obtain and compare the user acceptance testing results to documented Project criteria for successful testing completion to assess whether or not the individual user acceptance tests have been satisfactorily completed and:
    - Testing documentation, including testing results, meets EFH's documentation standards (as provided by COMPANY);

2

- All internal controls function as designed; and
- All standard reporting (as defined by COMPANY) meets COMPANY's accuracy and completeness standards.

- *Activity 9 – User Acceptance Test Results Verification / Exception Resolution*
  CONTRACTOR will obtain and review evidence that:
  - User acceptance testing results have been reviewed and approved by Project leadership. CONTRACTOR will note any exceptions; and
  - All critical test results exceptions (as defined by COMPANY) have been resolved and closed. CONTRACTOR will note any exceptions.

- *Activity 10 – Data Migration Plan Review*
  CONTRACTOR will obtain COMPANY's data migration, conversion, and validation plans and assess whether or not such plans mitigate COMPANY's risks of incomplete or inaccurate data.

- *Activity 11 – Parallel Testing Plan Review*
  - CONTRACTOR will obtain and review COMPANY's parallel testing plans and note any areas where CONTRACTOR believes COMPANY should modify planned tests or add additional tests; and
  - CONTRACTOR will review COMPANY's cut-over plans to verify the plans include removal of elevated (i.e., "Super User") access and generic user access.

- *Activity 12 – Business Process and IT Controls Review*
  CONTRACTOR will review COMPANY's:
  - Risk Group's Business Process and Information Technology ("IT") Risk Assessment approach ("Approach", as provided by COMPANY) to assess whether or not Process, IT, and segregation of duty ("SOD") risks have been considered in the Approach and that controls have been identified and designed to mitigate operational, application, interface, and SOD risks across the Front-, Middle-, and Back Office business processes that are impacted by the Project;
  - Finalized business process and IT control documents and note any gaps relative to business process and IT risk mitigation activities and that such documents meet COMPANY's Archer internal control design standards (provided by COMPANY);
  - SOD analysis for each functional business area and assess whether or not SOD conflicts exist and, if so, whether or not mitigating controls have been implemented;
  - System documentation relative to COMPANY's retention requirements (as provided by COMPANY) to assess whether or not system documentation retention standards are adequate to support COMPANY's ongoing internal controls design assessment;

  CONTRACTOR will verify:
  - Proper approvals for control designs have been obtained from each business lead;
  - Controller has approved control designs;
  - Management has agreed to implement controls as designed and approved by the business; and
  - All operational, application, and new or updated SOX controls (as provided by COMPANY) have been documented and accurately reflected in Archer before go-live

*Milestone 3 – Parallel Testing to Go-Live Activities*

- *Activity 13 – Data Migration*
  CONTRACTOR will obtain pre-migration data, post-migration data, and data migration, conversion, and validation results and:
  - Assess whether or not key data attributes (as defined by COMPANY) are complete and accurate post-migration; and
  - Compare validation results to assessment results to determine whether or not the Project team successfully migrated and validated data.

3

C 0631124 C

- *Activity 14 – Parallel Testing Progress and Results*
  CONTRACTOR will:
  - Review parallel testing results as they become available and map the results to the parallel testing plans;
  - Monitor parallel testing progress relative to parallel testing plan and notify Project team leadership if it appears the parallel testing activities will be completed according to schedule;
  - Review COMPANY's issues tracking documentation and verify that a process for issue resolution has been documented; and
  - Assess whether or not parallel testing includes testing of all internal controls.
- *Activity 15 – Go-Live Authorization*
  Contractor will
  - Obtain and review Steering Committee meeting presentations and reports to assess whether or not critical issues (as defined by COMPANY) have been communicated to Project stakeholders and addressed (i.e., resolved, work-around implemented, deferred) prior to cut-over; and
  - Obtain, review, and assess COMPANY's cut-over plans and cut-over criteria and note any gaps.

**Work Stream 4 – Prepare and Deliver Internal Audit Report**
CONTRACTOR will prepare a report which identifies activities performed, issues identified, and recommendations for mitigating such issues. CONTRACTOR will deliver the report to COMPANY's Internal Audit group and, if requested by COMPANY, present the findings to COMPANY representatives.

COMPANY may request changes that affect the scope or duration of the Services and CONTRACTOR may notify COMPANY that it has encountered issues or circumstances related to the Services that are beyond the scope documented above. If COMPANY requests such a change or if CONTRACTOR notifies COMPANY of issues or circumstances beyond the applicable scope of Services, the CONTRACTOR shall promptly notify COMPANY if CONTRACTOR believes that an adjustment in the scope of Services, fees to be paid to CONTRACTOR with respect to the applicable CO or applicable deadlines is required and the parties shall negotiate in good faith a reasonable and equitable adjustment in the applicable scope, fees, or deadlines. Unless COMPANY directs CONTRACTOR to stop work pending acceptance of such change, CONTRACTOR shall continue work pursuant to the existing CO and shall not be bound by any change requested by COMPANY until CONTRACTOR has accepted such change in writing.

It is understood and agreed that CONTRACTOR's Services may include advice and recommendations, but all decisions in connection with the implementation of such advice and recommendations shall be the responsibility of, and made by, COMPANY. CONTRACTOR will not perform management functions or make management decisions for COMPANY.

**DELIVERABLES**

The primary deliverables for the engagement will be:
- A report in COMPANY's preferred format which will detail procedures performed and results obtained; and
- Status reports at the end of each Work Stream (or sub-Work Stream, in the case of Work Stream 3) that identify the engagement activities performed to date, issues identified, and issues resolution.

The draft deliverables will be provided to COMPANY management for review and comment prior to delivery. The deliverables presented as part of this engagement are for the internal use of COMPANY

C 0631124 C

management, the Audit Committee and Board of Directors. If COMPANY elects to provide CONTRACTOR's deliverables to any third party, Article 31(b) of the Master Services Agreement between the parties shall apply.

## CLIENT PARTICIPATION AND RESPONSIBILITIES

During the development of this Agreement, CONTRACTORS has been guided by certain assumptions about the project scope, and level of COMPANY's involvement and support.

COMPANY's management is responsible for establishing and maintaining an effective internal control process.

COMPANY will designate a project sponsor ("Project Sponsor" - a senior member of management who has the requisite skills and competencies to oversee the services being provided). The Project Sponsor is responsible for establishing the objectives & scope, and determining the nature, timing, and extent of procedures; for approving the service delivery plan; and for maintaining appropriate day-to-day oversight of the CONTRACTOR team. In addition, the Project Sponsor will have responsibility for reviewing, approving, and taking full responsibility for engagement deliverables prepared during the engagement that document the results; for coordinating with management to determine whether control matters of concern noted constitute deficiencies, significant deficiencies or material weaknesses; for reporting the results within COMPANY's reporting structure, including the Audit Committee; for evaluating the observations and recommendations that arise from the services; and for monitoring corrective action taken.

Notwithstanding the foregoing, CONTRACTOR shall not be obligated to fulfill any particular obligation to provide Services to the extent (and only to the extent) that CONTRACTOR is unable to fulfill such obligation, as a direct result of any of the following dependencies not being completed in all material respects:
- Appropriate access to the number and type of resources agreed upon by the parties and/or relevant documentation
- Material changes in the identified deficiencies and internal controls which require unanticipated incremental remediation
- Timely management review and approval of recommendations

## OTHER MATTERS

CONTRACTOR will provide services in accordance with the terms and conditions of this SOW. The services as outlined in this SOW constitute an Advisory Engagement conducted under the American Institute of Certified Public Accountants ("AICPA") Standards for Consulting services. Such services are not intended to be an audit, examination, attestation, special report or agreed-upon procedures engagement as those services are defined in AICPA literature applicable to such engagements conducted by independent auditors. Accordingly, these services will not result in the issuance of a written communication to third parties by KPMG directly reporting on financial data or internal control or expressing a conclusion or any other form of assurance.

Contractor uses third party service providers within and without the United States to provide at Contractor's direction, administrative and clerical services to Contractor. Accordingly, COMPANY consents to Contractor's disclosure to such third party service providers of data and information received from or at the request or direction of Client for the foregoing purposes; however, such COMPANY authorization does not relieve CONTRACTOR of its confidentiality obligations hereunder and CONTRACTOR shall remain responsible and liable for breaches of confidentiality committed by any such third party provider.

C 0631124 C

## WORK SITE

The work site will be the following location(s): CONTRACTOR &/or COMPANY offices located in or near Dallas, TX.

## COMPENSATION, INVOICES AND PAYMENT

The following rates will apply as full compensation for the satisfactory performance of authorized services:

### PROFESSIONAL AND SUPPORT STAFF FEES SCHEDULE

| Role | Rate |
|---|---|
| Partner | $325 |
| Director | $285 |
| Manager | $240 |

The table below summarizes the estimated fees for this engagement:

|  | Estimated Timing | Estimated Hours | Estimated Fees |
|---|---|---|---|
| Work Stream 1 | 1 week | 46 | $12,630 |
| Work Stream 2 | 24 weeks | 60 | $17,340 |
| Work Stream 3 (Testing-UAT) | 1 week | 49 | $12,565 |
| Work Stream 3 (UAT-Parallel) | 8 weeks | 216 | $54,680 |
| Work Stream 3 (Parallel-Go-Live) | 5 weeks | 55 | $14,075 |
| Work Stream 4 | 1 week | 18 | $4,850 |
| Total |  | 444 | $116,140 |

The total fees associated with this engagement shall not exceed $127,000.

CONTRACTOR will bill only for hours spent performing substantive Services for COMPANY; substantive Services do not include any administrative expenses of whatsoever kind. Any extension or increase in spend will require a CO signed by an authorized agent of each party. If travel is required, normal and reasonable travel expenses will be reimbursed in accordance with Article 5 and Attachment 5 of the Agreement (Reimbursable Expense Policy).

The rates specified in this Schedule A-32 will remain in effect, with respect to and until completion of the Work authorized pursuant to this Schedule A-32.

All invoices shall be submitted to the United States Bankruptcy Court for the District of Delaware and electronically to:

Ap.invoicing@energyfutureholdings.com

C 0631124 C

With an electronic copy to:

Drew.Cameron@EnergyFutureHoldings.com

The COMPANY mailing address is as follows:

    EFH Corporate Services Company
    1601 Bryan St
    Dallas, TX  75201

Notwithstanding anything herein to the contrary, COMPANY will compensate CONTRACTOR for the Services (a) only after CONTRACTOR's engagement by COMPANY has been approved by the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court) pursuant to section 327(a) of the Bankruptcy Code and (b) in accordance with any order entered by the Bankruptcy Court governing the compensation or reimbursement of fees of parties employed pursuant to section 327(a) of the Bankruptcy Code.

### KEY PERSONNEL

Personnel furnished by CONTRACTOR to COMPANY for performing Services under this Schedule A-32 will have adequate qualifications to perform the Services described herein. In the event any of CONTRACTOR's personnel gives reasonable indications that they are not able to perform in accordance with this Schedule A-XX, COMPANY shall notify CONTRACTOR of such fact, and such CONTRACTOR personnel shall be removed immediately or in accordance with the directions of COMPANY. CONTRACTOR agrees to use its best efforts to ensure the continuity of the assignment of CONTRACTOR's employees assigned under this Schedule A-32 and CONTRACTOR will promptly provide substitute(s) for any of its employees who may be removed or reassigned.

The following personnel furnished by CONTRACTOR have been identified as critical to the success of the completion of this Schedule A-32. Additional personnel, including project management team members, will be identified in specific CO, as needed:
    **Steven Bradford:** Principal
    **Mark Gram:** Director

CONTRACTOR will not replace personnel identified as a Key Personnel unless COMPANY so agrees, which agreement shall not be unreasonably withheld, except in the event the applicable Key Personnel resigns, is disabled or his/her employment is terminated by CONTRACTOR. If a Key Personnel is to be replaced whether at CONTRACTOR or COMPANY's request, CONTRACTOR will strive to achieve a smooth transition. CONTRACTOR will not charge COMPANY any additional fees or charges for the replacement such Key Personnel or for training hours required to bring the replacement Key Personnel up to date on the status of Services. The replacement Key Personnel provided by CONTRACTOR will become a Key Personnel as defined herein and shall have substantially similar skills and experience as the Key Personnel being replaced.

CONTRACTOR PERSONNEL AUTHORIZED TO ATTEND COMPANY MEETINGS AND RECEIVE CONFIDENTIAL INFORMATION RELATING TO THE SERVICES:
    **Steven Bradford:** Principal
    **Mark Gram:** Director

C 0631124 C

PRIVILEGES CLAIMED BY COMPANY, WITH RESPECT TO DELIVERABLES OR OTHER DOCUMENTS HEREAFTER DESIGNATED BY COMPANY

\_\_\_\_\_ ATTORNEY-CLIENT COMMUNICATION

\_\_\_\_\_ ATTORNEY WORK PRODUCT

\_\_\_\_\_ TAX ADVISOR

\_\_X\_\_ OTHER: _____ COMPANY-owned intellectual property and or COMPANY-owned trade secrets, business know-how or the like.

### LIST OF ATTACHMENTS

COMPANY and CONTRACTOR agree that the following described attachments, if any, are incorporated herein in their entirety as fully as completely rewritten herein.

None noted

**KPMG LLP**

By: _____
Signature

Name: Steven Bradford

Title: Principal

Date: December 16, 2015

**EFH CORPORATE SERVICES COMPANY**

By: _____
Signature

Name: Drew Cameron

Title: Vice President, Internal Audit and Risk

Date: December 16, 2015

8