**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re* <br><br> ENERGY FUTURE HOLDINGS CORPORATION, *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 14-10979 (CSS) <br><br> (Jointly Administered) |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that Pinckney, Weidinger, Urban & Joyce LLC ("PWUJ"), co-counsel for Automatic Systems, Inc. in the above-captioned proceeding, has changed its address effective immediately as follows:

Pinckney, Weidinger, Urban & Joyce LLC
3711 Kennett Pike, Suite 210
Greenville, DE 19807

Telephone and facsimile numbers and email addresses for PWUJ remain the same.

Respectfully submitted,

Dated: January 8, 2016        PINCKNEY, WEIDINGER, URBAN & JOYCE LLC
Wilmington, Delaware

 */s/ Gregory T. Donilon*
Gregory T. Donilon (DE No. 4244)
3711 Kennett Pike, Suite 210
Greenville, Delaware 19807
Telephone: (302) 504-1497
Facsimile: (302) 442-7046
gdonilon@pwujlaw.com

- and -

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Gregory D. Willard, Esq.
7339 Westmoreland Drive
St. Louis, MO  63130-4241
Telephone:  (314) 725-3926
gregoryd.willard@gmail.com

*Co-Counsel for Automatic Systems, Inc.*

2