IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., et al.,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
| | ) Re: **D.I. 6200, 6379, 6406, 6425** |

**CERTIFICATION OF COUNSEL REGARDING ORDER DENYING FREESTONE CENTRAL APPRAISAL DISTRICT, ROBERTSON COUNTY APPRAISAL DISTRICT, RUSK COUNTY APPRAISAL DISTRICT, AND TITUS COUNTY APPRAISAL DISTRICT'S MOTION TO TRANSFER VENUE AND PARTIAL DISMISSAL OF THE MOTION OF ENERGY FUTURE HOLDINGS CORP., ET AL, PURSUANT TO SECTIONS 105, 505, AND 506 OF THE BANKRUPTCY CODE FOR ENTRY OF AN ORDER DETERMINING CONTESTED *AD VALOREM* TAX MATTERS**

The undersigned hereby certifies as follows:

1. On September 25, 2015, Freestone Central Appraisal District, Robertson County Appraisal District, Rusk County Appraisal District, and Titus County Appraisal District (collectively, the "Movants") filed *Freestone Central Appraisal District, Robertson County Appraisal District, Rusk County Appraisal District, and Titus County Appraisal District's Motion to Transfer Venue and Partial Dismissal, Pursuant to Sections 105, 505, and 506 of the Bankruptcy Code for Entry of an Order Determining Contested Ad Valorem Tax Matters [Docket No. 5620]* [D.I. 6200] (the "Motion"[2]) with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] On October 7, 2015, Somervell County Central Appraisal District filed a joinder to the Motion (see D.I. 6379).

RLF1 13653360v.1

"Bankruptcy Court"). By the Motion, the Movants were seeking the entry of an order, among other things, transferring venue of the *Motion of Energy Future Holdings Corp., et al., Pursuant to Sections 105, 505, and 506 of the Bankruptcy Code for Entry of an Order Determining Contested Ad Valorem Tax Matters*, filed on August 21, 2015 [D.I. 5620] to the United States District Court for the Northern District of Texas, Dallas Division.

2. Pursuant to the *Notice of Freestone Central Appraisal District, Robertson County Appraisal District, Rusk County Appraisal District, and Titus County Appraisal District's Motion to Transfer Venue and Partial Dismissal, Pursuant to Sections 105, 505, and 506 of the Bankruptcy Code for Entry of an Order Determining Contested Ad Valorem Tax Matters [Docket No. 5620] and Hearing Thereon*, filed and served contemporaneously with the Motion, objections or responses to the Motion were to be filed and served no later than 4:00 p.m. (Eastern Daylight Time) on October 8, 2015 (the "Objection Deadline"). A hearing to consider the relief requested in the Motion took place before the Bankruptcy Court on October 15, 2015 starting at 10:30 a.m. (Eastern Daylight Time) (the "Hearing").

3. Prior to the Objection Deadline, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Omnibus Objection to the Jurisdictional Challenges to Debtors' Motion Pursuant to Sections 105, 505, and 506 of the Bankruptcy Code for Entry of an Order Determining Contested Ad Valorem Tax Matters* [D.I. 6406] (the "Objection"). On October 12, 2015, the Movants filed a reply to the Objection (see D.I. 6425; the "Reply").

4. At the Hearing, among other things, the Bankruptcy Court heard and considered the arguments of counsel in connection with the Motion, the Objection and the Reply. Based on the rulings made on the record of the Hearing, the Bankruptcy Court denied the Motion. Further,

RLF1 13653360v.1

on the record of the Hearing, the Bankruptcy Court directed the Debtors to submit a form of order in connection with the Motion consistent with its rulings. In that regard, the Debtors have prepared a proposed form of order (the "Proposed Order") denying the Motion. A copy of the Proposed Order is attached hereto as **Exhibit A**.

5. The Proposed Order has been circulated to, and is acceptable to, (i) the Debtors, (ii) counsel to Somervell County Central Appraisal District, (iii) counsel to the Movants, and (iv) counsel to Milam Appraisal District.

6. The Debtors therefore respectfully request that the Bankruptcy Court enter the Proposed Order, substantially in the form attached hereto as **Exhibit A**, at its earliest convenience.

*[Remainder of page intentionally left blank.]*

Dated: January 8, 2016
       Wilmington, Delaware

/s/ Jason M. Madron

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:    (302) 651-7701
Email:        collins@rlf.com
              defranceschi@rlf.com
              madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900
Email:        edward.sassower@kirkland.com
              stephen.hessler@kirkland.com
              brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:    (312) 862-2200
Email:        james.sprayregen@kirkland.com
              marc.kieselstein@kirkland.com
              chad.husnick@kirkland.com
              steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession