IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] ) | Case No. 14-10979 (CSS) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |
| ) | **Re: D.I. 6154, 6378, 6400, 6406, 6426** |

**CERTIFICATION OF COUNSEL REGARDING ORDER GRANTING SOMERVELL COUNTY CENTRAL APPRAISAL DISTRICT'S AND MILAM APPRAISAL DISTRICT'S MOTIONS, JOINED BY FREESTONE CENTRAL APPRAISAL DISTRICT, ROBERTSON COUNTY APPRAISAL DISTRICT, RUSK COUNTY APPRAISAL DISTRICT, AND TITUS COUNTY APPRAISAL DISTRICT, FOR ABSTENTION WITH REGARD TO DEBTORS' MOTION PURSUANT TO SECTIONS 105, 505, AND 506 OF THE BANKRUPTCY CODE FOR ENTRY OF AN ORDER DETERMINING THE AMOUNT OF CONTESTED *AD VALOREM* TAX MATTERS**

The undersigned hereby certifies as follows:

1. On (i) September 23, 2015, Somervell County Central Appraisal District ("Somervell County") filed *Somervell County Central Appraisal District's Motion for Abstention with Regard to Debtors' Motion Pursuant to Sections 105, 505, and 506 of the Bankruptcy Code for Entry of an Order Determining the Amount of Contested Ad Valorem Tax Matters [D.N. 5620]* [D.I. 6154] and (ii) October 7, 2015, Milam Appraisal District ("Milam" and together with Somervell County, the "Movants") filed *Milam Appraisal District's (I) Motion for Abstention with Regard to Debtors' Motion Pursuant to Sections 105, 505, and 506 of the Bankruptcy Code for Entry of an Order Determining the Amount of Contested Ad Valorem Tax Matters, and, in the Alternative (II) Joinder to the Motion for Abstention Filed by Somervell County* [D.I. 6378]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing

RLF1 13653401v.1

(together, D.I. 6154 and 6378, the "Motions"[2]) with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). By the Motions, the Movants were requesting that the Bankruptcy Court abstain from ruling on the *Motion of Energy Future Holdings Corp., et al., Pursuant to Sections 105, 505, and 506 of the Bankruptcy Code for Entry of an Order Determining Contested Ad Valorem Tax Matters*, filed on August 21, 2015 [D.I. 5620].

2. On October 8, 2015, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Omnibus Objection to the Jurisdictional Challenges to Debtors' Motion Pursuant to Sections 105, 505, and 506 of the Bankruptcy Code for Entry of an Order Determining Contested Ad Valorem Tax Matters* [D.I. 6406] (the "Objection"). A hearing to consider the relief requested in the Motions took place before the Bankruptcy Court on October 15, 2015 starting at 10:30 a.m. (Eastern Daylight Time) (the "Hearing").

3. At the Hearing, among other things, the Bankruptcy Court heard and considered the arguments of counsel in connection with the Motions and the Objection. Based on the rulings made on the record of the Hearing, the Bankruptcy Court granted the Motions. Further, on the record of the Hearing, the Bankruptcy Court directed the Debtors to submit a form of order in connection with the Motions consistent with its rulings. In that regard, the Debtors have prepared a proposed form of order (the "Proposed Order") granting the Motions. A copy of the Proposed Order is attached hereto as **Exhibit A**.

4. The Proposed Order has been circulated to, and is acceptable to, (i) the Debtors,

---

agent at http://www.efhcaseinfo.com.

2

RLF1 13653401v.1

(ii) counsel to Somervell County, (iii) counsel to Freestone Central Appraisal District, Robertson County Appraisal District, Rusk County Appraisal District, and Titus County Appraisal District, and (iv) counsel to Milam.

5. The Debtors therefore respectfully request that the Bankruptcy Court enter the Proposed Order, substantially in the form attached hereto as **Exhibit A**, at its earliest convenience.

*[Remainder of page intentionally left blank.]*

---

[2] On October 12, 2015, Freestone Central Appraisal District, Robertson County Appraisal District, Rusk County Appraisal District, and Titus County Appraisal District filed a joinder to the Motions (see D.I. 6426).

3

RLF1 13653401v.1

Dated: January 8, 2016
      Wilmington, Delaware

/s/ Jason M. Madron

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:   collins@rlf.com
      defranceschi@rlf.com
      madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:   edward.sassower@kirkland.com
      stephen.hessler@kirkland.com
      brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:   james.sprayregen@kirkland.com
      marc.kieselstein@kirkland.com
      chad.husnick@kirkland.com
      steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession