# Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: D.I. 6154, 6378, 6400, 6406, 6426** |

**ORDER GRANTING SOMERVELL COUNTY CENTRAL
APPRAISAL DISTRICT'S AND MILAM APPRAISAL DISTRICT'S MOTIONS,
JOINED BY FREESTONE CENTRAL APPRAISAL DISTRICT, ROBERTSON
COUNTY APPRAISAL DISTRICT, RUSK COUNTY APPRAISAL DISTRICT,
AND TITUS COUNTY APPRAISAL DISTRICT, FOR ABSTENTION WITH
REGARD TO DEBTORS' MOTION PURSUANT TO SECTIONS 105, 505, AND
506 OF THE BANKRUPTCY CODE FOR ENTRY OF AN ORDER DETERMINING
THE AMOUNT OF CONTESTED *AD VALOREM* TAX MATTERS**

Upon the motions [D.I. 6154; 6378] (together, "Motions to Abstain") filed by Somervell County Central Appraisal District and Milam Appraisal District, joined by Freestone Central Appraisal District, Robertson County Appraisal District, Rusk County Appraisal District, and Titus County Appraisal District, for the Court to abstain from adjudicating the merits of the tax disputes set forth in the *Motion of Energy Future Holdings Corp., et al., Pursuant to Sections 105, 505, and 506 of the Bankruptcy Code for Entry of an Order Determining Contested* Ad Valorem *Tax Matters* [D.I. 5620] (the "Tax Motion"); and the Court having reviewed the Motions to Abstain and pleadings related thereto; and having heard the statements in support of the relief requested therein at a hearing; and after due deliberation and sufficient cause appearing therefore, it is HEREBY ORDERED THAT:

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 13653396v.1

2

1.      The Motions to Abstain are granted.

2.      The Court will abstain from hearing the Tax Motion pursuant to 28 U.S.C. § 1334(c)(1) with regard to all the moving and joining appraisal districts.

3.      Notwithstanding the possible applicability of rules 6004(h), 7062, 9014 or otherwise of the Federal Rules of Bankruptcy Procedure, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

Dated: January _____, 2016
          Wilmington, Delaware
                                                          _____
                                                          THE HONORABLE CHRISTOPHER S. SONTCHI
                                                          UNITED STATES BANKRUPTCY JUDGE

RLF1 13653396v.1