IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., | ) | |
| et al., | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## MOTION TO WITHDRWAW AS COUNSEL TO KUK J. STEWART

Gellert Scali Busenkell & Brown LLC ("Counsel") respectfully moves to withdraw as counsel for Kuk J. Stewart ("Claimant" or "Stewart") on the grounds that there is an irreconcilable conflict between Counsel and Stewart.

1. Counsel was engaged for the limited purpose of assisting Stewart in defending an objection by debtors to Stewart's claims that had been filed in this case *pro se*.

2. After investigating the claims and conducting discovery with respect to the claims, an irreconcilable conflict resulted from the breakdown in communication between Counsel and Stewart.

3. As a result, Stewart has asked Counsel to withdraw from the case and wishes to handle representation with respect to this dispute *pro se*.

4. At Stewart's request, Counsel has returned all original documents and any other file materials to Stewart.

5. Counsel has repeatedly urged Stewart to obtain an attorney but Stewart has decided to handle the dispute *pro se*.

6. Stewart was advised by Charles Montemayor, an attorney admitted to practice in Texas, pre-engagement of Counsel. Upon information and belief, Stewart continues to be advised by Mr. Montemayor.

7. Since the lines of communication are closed between Counsel and Stewart, Counsel is unable to represent Stewart and the relationship is irreconcilably broken.

8. For the foregoing reasons, Counsel respectfully requests that this Court grant Counsel's motion to withdraw as counsel in any and all further proceedings.

Dated: January 8, 2016				GELLERT SCALI BUSENKELL & BROWN, LLC


/s/ Gary F. Seitz
1201 N. Orange Street, Suite 300
Wilmington, DE 19801
Tel: 215-238-0011
gseitz@gsbblaw.com