IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| **ENERGY FUTURE HOLDINGS CORP.,** | ) | |
| et al., | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

ORDER

Gellert Scali Busenkell & Brown LLC ("Counsel") having moved to withdraw as counsel for Kuk J. Stewart ("Claimant" or "Stewart") on the grounds that there is an irreconcilable conflict between Counsel and Stewart, and it appearing that cause has been shown therefor, the Motion is hereby granted.

So ORDERED this _____ day of _____, 2016.

_____
Christopher S. Sontchi
United States Bankruptcy Judge