# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., et al.,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) Re: D.I. 6200, 6379, 6406, 6425 |

## ORDER DENYING FREESTONE CENTRAL APPRAISAL DISTRICT, ROBERTSON COUNTY APPRAISAL DISTRICT, RUSK COUNTY APPRAISAL DISTRICT, AND TITUS COUNTY APPRAISAL DISTRICT'S MOTION TO TRANSFER VENUE AND PARTIAL DISMISSAL OF THE MOTION OF ENERGY FUTURE HOLDINGS CORP., ET AL, PURSUANT TO SECTIONS 105, 505, AND 506 OF THE BANKRUPTCY CODE FOR ENTRY OF AN ORDER DETERMINING CONTESTED *AD VALOREM* TAX MATTERS

Upon the motion [D.I. 6200] ("Motion to Transfer Venue") filed by Freestone Central Appraisal District, Robertson County Appraisal District, Rusk County Appraisal District, and Titus County Appraisal District for a transfer of venue to the U.S. District Court for the Northern District of Texas, Dallas Division, and the partial dismissal of the *Motion of Energy Future Holdings Corp., et al., Pursuant to Sections 105, 505, and 506 of the Bankruptcy Code for Entry of an Order Determining Contested* Ad Valorem *Tax Matters* [D.I. 5620]; and the Court having reviewed the Motion to Transfer Venue and pleadings related thereto; and having heard the statements in support of the relief requested therein at a hearing; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion to Transfer Venue is denied.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 13653356v.1

2.  Notwithstanding the possible applicability of rules 6004(h), 7062, 9014 or otherwise of the Federal Rules of Bankruptcy Procedure, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

Dated: January 8, 2016
Wilmington, Delaware

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE