## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | **Re: D.I. 6152, 6370, 6372, 6380, 6421** |

**ORDER DENYING MOTION OF ENERGY FUTURE HOLDINGS CORP., *ET AL.*,
FOR ENTRY OF AN ORDER SCHEDULING CERTAIN HEARING DATES
AND DEADLINES IN CONNECTION WITH THE MOTION OF ENERGY
FUTURE HOLDINGS CORP., *ET AL.*, PURSUANT TO SECTIONS 105, 505,
AND 506 OF THE BANKRUPTCY CODE FOR ENTRY OF AN ORDER
DETERMINING CONTESTED *AD VALOREM* TAX MATTERS**

Upon the motion ("Scheduling Motion") [D.I. 6152] of the above-captioned debtors and

debtors in possession (collectively, the "Debtors"), for entry of an order scheduling certain

hearing dates and deadlines in connection with the *Motion of Energy Future Holdings Corp., et*

*al., Pursuant to Sections 105, 505, and 506 of the Bankruptcy Code for Entry of an Order*

*Determining Contested Ad Valorem Tax Matters* [D.I. 5620]; and the Court having reviewed the

Scheduling Motion and pleadings related thereto; and having heard the statements in support of

the relief requested therein at a hearing; and after due deliberation and sufficient cause appearing

therefore, it is HEREBY ORDERED THAT:

1.      The Scheduling Motion is denied as moot.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

2.      Notwithstanding the possible applicability of rules 6004(h), 7062, 9014 or otherwise of the Federal Rules of Bankruptcy Procedure, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

Dated: January __8__, 2016
       Wilmington, Delaware

THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

RLF1 13653329v.1