# EXHIBIT A



CRA No. D20680

February 13, 2015

William Hildbold
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019-9601

**Re**:      **EFH Bankruptcy**

Dear William,

Enclosed is our billing for professional services rendered in connection with the above referenced matter for the period  through January 31, 2015.

If you have any questions, please do not hesitate to contact me at 617-425-3000 or tfarrar@crai.com.

Sincerely,

Tarrice Farrar
Billing Analyst

Enclosure



CRA No. D20680

February 13, 2015

William Hildbold
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019-9601

**CRA Invoice Number:**    **1015455**

**Re:**    **EFH Bankruptcy**

Activity Dates:  through January 31, 2015

| | |
|---|---:|
| Professional Fees | 47,918.50 |
| **Total Invoice:** | **$ 47,918.50** |

**Please remit payment via:**

| **Wire:** | **ACH:** | **Lockbox:** |
|---|---|---|
| CRA International | CRA International | CRA International |
| Account#. 1139714659 | Account#. 1139714659 | PO Box 845960 |
| ABA#. 011500120 | ABA#. 211070175 | Boston, MA  02284-5960 |
| SWIFT#. CTZIUS33 | RBS Citizens Bank | |
| RBS Citizens Bank | 1 Citizens Dr | |
| 1 Citizens Dr | Riverside, RI 02915 | |
| Riverside, RI 02915 | | |

NOTE:        CRA International, Inc. is not subject to backup withholding.
                 Our corporate Federal Taxpayer Identification Number is 04-2372210.

Invoices are due and payable upon receipt. CRA International, Inc. reserves the option to charge interest on invoices that are
outstanding more than 30 days, at a rate equal to the lower of 1.5% per month or the maximum rate permitted under applicable law.

CRA No. D20680

February 13, 2015

William Hildbold
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019-9601


**CRA Invoice Number:**     **1015455**

**Re:**     **EFH Bankruptcy**

PROFESSIONAL SERVICES FOR THE PERIOD  THROUGH JANUARY 31, 2015


| PROFESSIONAL FEES | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Adamson, Seabron | 12.50 | 675.00 | 8,437.50 |
| Plewes, Jeffrey | 18.80 | 500.00 | 9,400.00 |
| Kaineg, Robert | 20.50 | 400.00 | 8,200.00 |
| Fox, Ryan | 2.90 | 310.00 | 899.00 |
| Neimeyer, Michael | 15.00 | 320.00 | 4,800.00 |
| Associate/Analyst | 52.20 | | 16,182.00 |
| | | | |
| TOTAL PROFESSIONAL FEES | 121.90 | | $ 47,918.50 |
| | | | |
| **TOTAL INVOICE** | | | **$ 47,918.50** |



CRA No. D20680

April 15, 2015

William Hildbold
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019-9601

**Re:**     **EFH Bankruptcy**

Dear William,

Enclosed is our billing for professional services rendered in connection with the above referenced matter for the period through February 28, 2015.

If you have any questions, please do not hesitate to contact me at 617-425-3000 or tfarrar@crai.com.

Sincerely,

Tarrice Farrar
Billing Analyst

Enclosure



CRA No. D20680

April 15, 2015

William Hildbold
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019-9601

**CRA Invoice Number:**      **1016343**

**Re:**      **EFH Bankruptcy**

Activity Dates:  through February 28, 2015

| | |
|---|---|
| Professional Fees | 58,009.00 |
| **Total Invoice:** | **$ 58,009.00** |

**Please remit payment via:**

**Wire:**
CRA International
Account#. 1139714659
ABA#. 011500120
SWIFT#. CTZIUS33
RBS Citizens Bank
1 Citizens Dr
Riverside, RI 02915

**ACH:**
CRA International
Account#. 1139714659
ABA#. 211070175
RBS Citizens Bank
1 Citizens Dr
Riverside, RI 02915

**Lockbox:**
CRA International
PO Box 845960
Boston, MA  02284-5960

NOTE:      CRA International, Inc. is not subject to backup withholding.
              Our corporate Federal Taxpayer Identification Number is 04-2372210.

Invoices are due and payable upon receipt. CRA International, Inc. reserves the option to charge interest on invoices that are outstanding more than 30 days, at a rate equal to the lower of 1.5% per month or the maximum rate permitted under applicable law.

John Hancock Tower, 200 Clarendon Street, Boston, MA 02116-5092

CRA No. D20680

April 15, 2015

William Hildbold
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019-9601

**CRA Invoice Number:**      **1016343**

**Re:**      **EFH Bankruptcy**

PROFESSIONAL SERVICES FOR THE PERIOD  THROUGH FEBRUARY 28, 2015

| PROFESSIONAL FEES | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Adamson, Seabron | 6.20 | 675.00 | 4,185.00 |
| Plewes, Jeffrey | 12.10 | 500.00 | 6,050.00 |
| Kaineg, Robert | 42.70 | 400.00 | 17,080.00 |
| Neimeyer, Michael | 34.50 | 320.00 | 11,040.00 |
| Associate/Analyst | 63.40 | | 19,654.00 |
| TOTAL PROFESSIONAL FEES | 158.90 | | $ 58,009.00 |
| | | **TOTAL INVOICE** | **$ 58,009.00** |



CRA No. D20680

April 15, 2015

William Hildbold
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019-9601

**Re:**     **EFH Bankruptcy**

Dear William,

Enclosed is our billing for professional services rendered in connection with the above referenced matter for the period through March 31, 2015.

If you have any questions, please do not hesitate to contact me at 617-425-3000 or tfarrar@crai.com.

Sincerely,

Tarrice Farrar
Billing Analyst

Enclosure



CRA No. D20680

April 15, 2015

William Hildbold
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019-9601

**CRA Invoice Number:**       **1016345**

**Re:**      **EFH Bankruptcy**

Activity Dates:  through March 31, 2015

|  |  |
|---|---|
| Professional Fees | 60,811.50 |
| **Total Invoice:** | **$ 60,811.50** |

**Please remit payment via:**

| **Wire:** | **ACH:** | **Lockbox:** |
|---|---|---|
| CRA International | CRA International | CRA International |
| Account#. 1139714659 | Account#. 1139714659 | PO Box 845960 |
| ABA#. 011500120 | ABA#. 211070175 | Boston, MA  02284-5960 |
| SWIFT#. CTZIUS33 | RBS Citizens Bank | |
| RBS Citizens Bank | 1 Citizens Dr | |
| 1 Citizens Dr | Riverside, RI 02915 | |
| Riverside, RI 02915 | | |

NOTE:        CRA International, Inc. is not subject to backup withholding.
                   Our corporate Federal Taxpayer Identification Number is 04-2372210.

Invoices are due and payable upon receipt. CRA International, Inc. reserves the option to charge interest on invoices that are outstanding more than 30 days, at a rate equal to the lower of 1.5% per month or the maximum rate permitted under applicable law.

CRA No. D20680

April 15, 2015

William Hildbold
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019-9601

**CRA Invoice Number:**      **1016345**

**Re:**      **EFH Bankruptcy**

PROFESSIONAL SERVICES FOR THE PERIOD  THROUGH MARCH 31, 2015

| PROFESSIONAL FEES | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Adamson, Seabron | 4.30 | 675.00 | 2,902.50 |
| Plewes, Jeffrey | 3.30 | 500.00 | 1,650.00 |
| Kaineg, Robert | 61.30 | 400.00 | 24,520.00 |
| Neimeyer, Michael | 15.00 | 320.00 | 4,800.00 |
| Associate/Analyst | 86.90 | | 26,939.00 |
| TOTAL PROFESSIONAL FEES | 170.80 | | $ 60,811.50 |
| | | **TOTAL INVOICE** | **$ 60,811.50** |



CRA No. D20680

July 24, 2015

William Hildbold
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019-9601

**Re:**     **EFH Bankruptcy**

Dear William,

Enclosed is our billing for professional services rendered in connection with the above referenced matter for the period April 1, 2015 through April 30, 2015.

If you have any questions, please do not hesitate to contact me at 617-425-3000 or tfarrar@crai.com.

Sincerely,

Tarrice Farrar
Billing Analyst

Enclosure



CRA No. D20680

July 24, 2015

William Hildbold
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019-9601

**CRA Invoice Number:**    **1017837**

**Re:**    **EFH Bankruptcy**

Activity Dates: through April 30, 2015

| | |
|---|---:|
| Professional Fees | 53,777.00 |
| Expenses | 1,280.87 |
| **Total Invoice:** | **$ 55,057.87** |

**Please remit payment via:**

| **Wire:** | **ACH:** | **Lockbox:** |
|---|---|---|
| CRA International | CRA International | CRA International |
| Account#. 1139714659 | Account#. 1139714659 | PO Box 845960 |
| ABA#. 011500120 | ABA#. 211070175 | Boston, MA  02284-5960 |
| SWIFT#. CTZIUS33 | RBS Citizens Bank | |
| RBS Citizens Bank | 1 Citizens Dr | |
| 1 Citizens Dr | Riverside, RI 02915 | |
| Riverside, RI 02915 | | |

NOTE:      CRA International, Inc. is not subject to backup withholding.
                 Our corporate Federal Taxpayer Identification Number is 04-2372210.

Invoices are due and payable upon receipt. CRA International, Inc. reserves the option to charge interest on invoices that are outstanding more than 30 days, at a rate equal to the lower of 1.5% per month or the maximum rate permitted under applicable law.

CRA No. D20680

July 24, 2015

William Hildbold
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019-9601

**CRA Invoice Number:**     **1017837**

**Re:**     **EFH Bankruptcy**

PROFESSIONAL SERVICES FOR THE PERIOD  THROUGH APRIL 30, 2015

| PROFESSIONAL FEES | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Adamson, Seabron | 43.00 | 675.00 | 29,025.00 |
| Plewes, Jeffrey | 17.20 | 500.00 | 8,600.00 |
| Kaineg, Robert | 5.30 | 400.00 | 2,120.00 |
| Neimeyer, Michael | 2.00 | 320.00 | 640.00 |
| Fong, Justin | 17.00 | 310.00 | 5,270.00 |
| Associate/Analyst | 26.20 | | 8,122.00 |
| TOTAL PROFESSIONAL FEES | 110.70 | | $ 53,777.00 |

EXPENSES

| | | | |
|---|---|---|---|
| Travel & Meals | | | 1,280.87 |
| TOTAL EXPENSES | | | $ 1,280.87 |
| | | **TOTAL INVOICE** | **$ 55,057.87** |



CRA No. D20680

July 28, 2015

William Hildbold
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019-9601

**Re**:     **EFH Bankruptcy**

Dear William,

Enclosed is our billing for professional services rendered in connection with the above referenced matter for the period May 1, 2015 through May 31, 2015.

If you have any questions, please do not hesitate to contact me at 617-425-3000 or tfarrar@crai.com.

Sincerely,

Tarrice Farrar
Billing Analyst

Enclosure



CRA No. D20680

July 28, 2015

William Hildbold
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019-9601

**CRA Invoice Number:**      **1017910**

**Re:**      **EFH Bankruptcy**

Activity Dates: May 1, 2015 through May 31, 2015

|  |  |
|---|---|
| Professional Fees | 46,515.00 |
| **Total Invoice:** | **$ 46,515.00** |

**Please remit payment via:**

**Wire:**
CRA International
Account#. 1139714659
ABA#. 011500120
SWIFT#. CTZIUS33
RBS Citizens Bank
1 Citizens Dr
Riverside, RI 02915

**ACH:**
CRA International
Account#. 1139714659
ABA#. 211070175
RBS Citizens Bank
1 Citizens Dr
Riverside, RI 02915

**Lockbox:**
CRA International
PO Box 845960
Boston, MA  02284-5960

NOTE:      CRA International, Inc. is not subject to backup withholding.
Our corporate Federal Taxpayer Identification Number is 04-2372210.

Invoices are due and payable upon receipt. CRA International, Inc. reserves the option to charge interest on invoices that are
outstanding more than 30 days, at a rate equal to the lower of 1.5% per month or the maximum rate permitted under applicable law.

CRA No. D20680

July 28, 2015

William Hildbold
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019-9601

**CRA Invoice Number:**      **1017910**

Re:      **EFH Bankruptcy**

PROFESSIONAL SERVICES FOR THE PERIOD MAY 1, 2015 THROUGH MAY 31, 2015

| PROFESSIONAL FEES | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Adamson, Seabron | 30.60 | 675.00 | 20,655.00 |
| O'Sullivan, Francis | 23.50 | 600.00 | 14,100.00 |
| Plewes, Jeffrey | 1.20 | 500.00 | 600.00 |
| Fong, Justin | 36.00 | 310.00 | 11,160.00 |
| TOTAL PROFESSIONAL FEES | 91.30 | | $ 46,515.00 |

**TOTAL INVOICE**      **$ 46,515.00**



CRA No. D20680

July 28, 2015

William Hildbold
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019-9601

**Re:**     **EFH Bankruptcy**

Dear William,

Enclosed is our billing for professional services rendered in connection with the above referenced matter for the period June 1, 2015 through June 30, 2015.

If you have any questions, please do not hesitate to contact me at 617-425-3000 or tfarrar@crai.com.

Sincerely,

Tarrice Farrar
Billing Analyst

Enclosure



CRA No. D20680

July 28, 2015

William Hildbold
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019-9601

**CRA Invoice Number:**    **1017922**

**Re:**    **EFH Bankruptcy**

Activity Dates: June 1, 2015 through June 30, 2015

| | |
|---|---|
| Professional Fees | 31,301.00 |
| **Total Invoice:** | **$ 31,301.00** |

**Please remit payment via:**

**Wire:**
CRA International
Account#. 1139714659
ABA#. 011500120
SWIFT#. CTZIUS33
RBS Citizens Bank
1 Citizens Dr
Riverside, RI 02915

**ACH:**
CRA International
Account#. 1139714659
ABA#. 211070175
RBS Citizens Bank
1 Citizens Dr
Riverside, RI 02915

**Lockbox:**
CRA International
PO Box 845960
Boston, MA  02284-5960

NOTE:        CRA International, Inc. is not subject to backup withholding.
              Our corporate Federal Taxpayer Identification Number is 04-2372210.

Invoices are due and payable upon receipt. CRA International, Inc. reserves the option to charge interest on invoices that are
outstanding more than 30 days, at a rate equal to the lower of 1.5% per month or the maximum rate permitted under applicable law.

CRA No. D20680

July 28, 2015

William Hildbold
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019-9601

**CRA Invoice Number:**      **1017922**

**Re:**      **EFH Bankruptcy**

PROFESSIONAL SERVICES FOR THE PERIOD JUNE 1, 2015 THROUGH JUNE 30, 2015

| PROFESSIONAL FEES | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Adamson, Seabron | 22.00 | 675.00 | 14,850.00 |
| Plewes, Jeffrey | 16.10 | 500.00 | 8,050.00 |
| Fong, Justin | 4.50 | 310.00 | 1,395.00 |
| Associate/Analyst | 22.60 | | 7,006.00 |
| TOTAL PROFESSIONAL FEES | 65.20 | | $ 31,301.00 |
| **TOTAL INVOICE** | | | **$ 31,301.00** |



CRA No. D20680

August 19, 2015

William Hildbold
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019-9601

Re:      **EFH Bankruptcy**

Dear William,

Enclosed is our billing for professional services rendered in connection with the above referenced matter for the period July 1, 2015 through July 31, 2015.

If you have any questions, please do not hesitate to contact me at 617-425-3000 or tfarrar@crai.com.

Sincerely,

Tarrice Farrar
Billing Analyst

Enclosure



CRA No. D20680

August 19, 2015

William Hildbold
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019-9601

**CRA Invoice Number:**     **1018178**

**Re:**     **EFH Bankruptcy**

Activity Dates: July 1, 2015 through July 31, 2015

|  |  |
|---|---|
| Professional Fees | 21,215.00 |
| **Total Invoice:** | **$ 21,215.00** |

**Please remit payment via:**

| **Wire:** | **ACH:** | **Lockbox:** |
|---|---|---|
| CRA International | CRA International | CRA International |
| Account#. 1139714659 | Account#. 1139714659 | PO Box 845960 |
| ABA#. 011500120 | ABA#. 211070175 | Boston, MA  02284-5960 |
| SWIFT#. CTZIUS33 | RBS Citizens Bank |  |
| RBS Citizens Bank | 1 Citizens Dr |  |
| 1 Citizens Dr | Riverside, RI 02915 |  |
| Riverside, RI 02915 |  |  |

NOTE:     CRA International, Inc. is not subject to backup withholding.
Our corporate Federal Taxpayer Identification Number is 04-2372210.

Invoices are due and payable upon receipt. CRA International, Inc. reserves the option to charge interest on invoices that are outstanding more than 30 days, at a rate equal to the lower of 1.5% per month or the maximum rate permitted under applicable law.

CRA No. D20680

August 19, 2015

William Hildbold
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019-9601

**CRA Invoice Number:**     **1018178**

**Re:**     **EFH Bankruptcy**

PROFESSIONAL SERVICES FOR THE PERIOD JULY 1, 2015 THROUGH JULY 31, 2015

| PROFESSIONAL FEES | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Adamson, Seabron | 25.80 | 675.00 | 17,415.00 |
| Plewes, Jeffrey | 7.60 | 500.00 | 3,800.00 |
| TOTAL PROFESSIONAL FEES | 33.40 | | $ 21,215.00 |
| | | **TOTAL INVOICE** | **$ 21,215.00** |

 Charles River Associates

CRA No. D20680

September 15, 2015

William Hildbold
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019-9601

**Re**:    **EFH Bankruptcy**

Dear William,

Enclosed is our billing for professional services rendered in connection with the above referenced matter for the period August 1, 2015 through August 31, 2015.

If you have any questions, please do not hesitate to contact me at 617-425-3000 or tfarrar@crai.com.

Sincerely,

Tarrice Farrar
Billing Analyst

Enclosure



CRA No. D20680

September 15, 2015

William Hildbold
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019-9601

**CRA Invoice Number:**     **1018621**

**Re:**     **EFH Bankruptcy**

Activity Dates: August 1, 2015 through August 31, 2015

| | |
|---|---|
| Professional Fees | 9,137.50 |
| **Total Invoice:** | **$ 9,137.50** |

**Please remit payment via:**

| **Wire:** | **ACH:** | **Lockbox:** |
|---|---|---|
| CRA International | CRA International | CRA International |
| Account#. 1139714659 | Account#. 1139714659 | PO Box 845960 |
| ABA#. 011500120 | ABA#. 211070175 | Boston, MA 02284-5960 |
| SWIFT#. CTZIUS33 | RBS Citizens Bank | |
| RBS Citizens Bank | 1 Citizens Dr | |
| 1 Citizens Dr | Riverside, RI 02915 | |
| Riverside, RI 02915 | | |

NOTE:     CRA International, Inc. is not subject to backup withholding.
           Our corporate Federal Taxpayer Identification Number is 04-2372210.

Invoices are due and payable upon receipt. CRA International, Inc. reserves the option to charge interest on invoices that are outstanding more than 30 days, at a rate equal to the lower of 1.5% per month or the maximum rate permitted under applicable law.

CRA No. D20680

September 15, 2015

William Hildbold
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019-9601

**CRA Invoice Number:**     **1018621**

**Re:**     **EFH Bankruptcy**

PROFESSIONAL SERVICES FOR THE PERIOD AUGUST 1, 2015 THROUGH AUGUST 31, 2015

| PROFESSIONAL FEES | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Adamson, Seabron | 8.50 | 675.00 | 5,737.50 |
| Plewes, Jeffrey | 6.80 | 500.00 | 3,400.00 |
| TOTAL PROFESSIONAL FEES | 15.30 | | $ 9,137.50 |
| **TOTAL INVOICE** | | | **$ 9,137.50** |



CRA No. D20680

November 30, 2015

William Hildbold
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019-9601

**Re:**     **EFH Bankruptcy**

Dear William,

Enclosed is our billing for professional services rendered in connection with the above referenced matter for the period September 1, 2015 through September 30, 2015.

If you have any questions, please do not hesitate to contact me at 617-425-3000 or tfarrar@crai.com.

Sincerely,

Tarrice Farrar
Billing Analyst

Enclosure



CRA No. D20680

November 30, 2015

William Hildbold
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019-9601

**CRA Invoice Number:**     **1019847**

**Re:**    **EFH Bankruptcy**

Activity Dates: September 1, 2015 through September 30, 2015

| | |
|---|---|
| Professional Fees | 23,105.00 |
| **Total Invoice:** | **$ 23,105.00** |

**Please remit payment via:**

| **Wire:** | **ACH:** | **Lockbox:** |
|---|---|---|
| CRA International | CRA International | CRA International |
| Account#. 1139714659 | Account#. 1139714659 | PO Box 845960 |
| ABA#. 011500120 | ABA#. 211070175 | Boston, MA  02284-5960 |
| SWIFT#. CTZIUS33 | RBS Citizens Bank | |
| RBS Citizens Bank | 1 Citizens Dr | |
| 1 Citizens Dr | Riverside, RI 02915 | |
| Riverside, RI 02915 | | |

NOTE:    CRA International, Inc. is not subject to backup withholding.
Our corporate Federal Taxpayer Identification Number is 04-2372210.

Invoices are due and payable upon receipt. CRA International, Inc. reserves the option to charge interest on invoices that are outstanding more than 30 days, at a rate equal to the lower of 1.5% per month or the maximum rate permitted under applicable law.

CRA No. D20680

November 30, 2015

William Hildbold
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019-9601

**CRA Invoice Number:**     **1019847**

**Re:**     **EFH Bankruptcy**

PROFESSIONAL SERVICES FOR THE PERIOD SEPTEMBER 1, 2015 THROUGH SEPTEMBER 30, 2015

| PROFESSIONAL FEES | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Adamson, Seabron | 26.60 | 675.00 | 17,955.00 |
| Plewes, Jeffrey | 10.30 | 500.00 | 5,150.00 |
| TOTAL PROFESSIONAL FEES | 36.90 | | $ 23,105.00 |
| **TOTAL INVOICE** | | | **$ 23,105.00** |



CRA No. D20680

November 30, 2015

William Hildbold
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019-9601

**Re:**    **EFH Bankruptcy**

Dear William,

Enclosed is our billing for professional services rendered in connection with the above referenced matter for the period October 1, 2015 through October 31, 2015.

If you have any questions, please do not hesitate to contact me at 617-425-3000 or tfarrar@crai.com.

Sincerely,

Tarrice Farrar
Billing Analyst

Enclosure



CRA No. D20680

November 30, 2015

William Hildbold
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019-9601

**CRA Invoice Number:**     **1019852**

**Re:**     **EFH Bankruptcy**

Activity Dates:  through October 31, 2015

|  |  |
|---|---|
| Professional Fees | 11,942.50 |
| **Total Invoice:** | **$ 11,942.50** |

**Please remit payment via:**

| Wire: | ACH: | Lockbox: |
|---|---|---|
| CRA International | CRA International | CRA International |
| Account#. 1139714659 | Account#. 1139714659 | PO Box 845960 |
| ABA#. 011500120 | ABA#. 211070175 | Boston, MA  02284-5960 |
| SWIFT#. CTZIUS33 | RBS Citizens Bank |  |
| RBS Citizens Bank | 1 Citizens Dr |  |
| 1 Citizens Dr | Riverside, RI 02915 |  |
| Riverside, RI 02915 |  |  |

NOTE:     CRA International, Inc. is not subject to backup withholding.
          Our corporate Federal Taxpayer Identification Number is 04-2372210.

Invoices are due and payable upon receipt. CRA International, Inc. reserves the option to charge interest on invoices that are outstanding more than 30 days, at a rate equal to the lower of 1.5% per month or the maximum rate permitted under applicable law.

CRA No. D20680

November 30, 2015

William Hildbold
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019-9601

**CRA Invoice Number:**     **1019852**

**Re:**     **EFH Bankruptcy**

PROFESSIONAL SERVICES FOR THE PERIOD  THROUGH OCTOBER 31, 2015

| PROFESSIONAL FEES | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Adamson, Seabron | 15.10 | 675.00 | 10,192.50 |
| Plewes, Jeffrey | 3.50 | 500.00 | 1,750.00 |
| TOTAL PROFESSIONAL FEES | 18.60 | | $ 11,942.50 |

**TOTAL INVOICE**     **$ 11,942.50**