# **EXHIBIT B**

D20680    EFH

Expenses for Seabron Adamson visiting DC for Gas Model development meetings

| | Expense Types | Item Date | Quantity | Detail |
|---|---|---|---|---|
| 1 | Airfares & Trainfares | 7-Apr-15 | $766.20 | US Airways flights |
| 2 | Lodging | 9-Apr-15 | $342.36 | Marriott in DC, 1 night |
| 3 | Ground Transportation Fees | 8-Apr-15 | $54.73 | Logan airport to home |
| 4 | Meals - travel | 7-Apr-15 | $4.60 | snack en route to DC |
| 5 | Meals - travel | 8-Apr-15 | $10.12 | breakfast in DC |
| 6 | Travel Agency Service fee | 15-Apr-15 | $51.43 | Colpitts Travel service fee |
| 7 | Travel Agency Service fee | 7-Apr-15 | $51.43 | Colpitts Travel service fee |
| | | | $1,280.87 | |

D20680-00

ITINERARY / INVOICE 0074469 DATE 06APR

AIR TICKET U57581967689
ELECTRONIC BILLED TO AX .... 1003 766.20

SUB TOTAL 766.20
NET BILLING 766.20

TOTAL AMOUNT DUE 0.00

### Tuesday, 7APR 2015

US Airways
From: (BOS) Boston MA, USA
To: (DCA) Washington Reagan Nat'l DC, USA
Stops: Nonstop
Seats: 21A
Equipment: Airbus Jet
DEPARTS BOS TERMINAL B - ARRIVES DCA TERMINAL C
Frequent Flyer Number: BA43232112 applied to US
US Airways Confirmation number is BPZ045

Flight Number: 2160
Depart: 09:00 AM
Arrive: 10:29 AM
Duration: 1 hour(s) 29 minute(s)
Status: CONFIRMED

Class: K-Coach/Economy
Miles: 406 / 650 KM

### Tuesday, 7APR 2015

WASHINGTON MARRIOTT (MARRIOTT)
WASHINGTON MARRIOTT 775 12TH ST NW WASHINGTON DC 20005
Number of Rooms: 1
Phone: 1-202-7372200
Rate: USD 299.00
Check Out: Wednesday, 8APR 2015

Confirmation Number: 80449149
Fax: 1-202-3475888
Room GUARANTEED TO AMERICAN EXPRESS

Hotel cancellation policy: cancel 1 day prior to arrival date

### Wednesday, 8APR 2015

US Airways

Flight Number: 2120

Class: K-Coach/Economy

Page 1 of 2

From: (DCA) Washington Reagan Nat'l DC, USA
To: (BOS) Boston MA, USA
Stops: Nonstop
Seats: 05F
Equipment: Airbus Jet
DEPARTS DCA TERMINAL C - ARRIVES BOS TERMINAL B
Frequent Flyer Number: BA43232112 applied to US
US Airways Confirmation number is BPZ045

Depart: 04:30 PM
Arrive: 05:59 PM
Duration: 1 hour(s) 29 minute(s)
Status: CONFIRMED

Miles: 406 / 650 KM

GUEST FOLIO 

Washington Marriott at Metro Center • 775 12th Street NW Washington D.C. 20005 • 202 737 2200 • Marriott.com/WASMC

```
701  ADAMSON/SEABRON        299.00  04/08/15 12:00   14050
                                                     ACCT#
GD                                   04/07/15 16:28
117
```

RWD#:

| DATE | REFERENCE | CHARGES | CREDITS | BALANCE DUE |
|---|---|---|---|---|

```
04/07  ROOM          701, 1    299.00
04/07  RM TAX        701, 1     43.36
04/08  AX CARD                           $342.36

SETTLED TO:         AMERICAN EXPRESS  CURRENT BALANCE  .00
```

TO EXPEDITE YOUR CHECK-OUT PLEASE USE OUR VOICE MAIL
CHECK-OUT SERVICE AT EXTENSION 6565.  THANK YOU FOR STAYING
AT THE METRO CENTER MARRIOTT.

------------------ EXP. REPORT SUMMARY ------------------
```
04/07  ROOM                   299.00
       RM TAX                  43.36
```

WANT YOUR FINAL HOTEL BILL BY EMAIL? JUST ASK THE FRONT DESK!
    SEE "INTERNET PRIVACY STATEMENT" ON MARRIOTT.COM

```
        TOP CAB
     CITY OF BOSTON

     CREDIT RECEIPT

ISSUER: 00004362
CAB #:       1730
04/08/15 17:48-18:22
RATE #: 1
Miles R1: 9.37
TRIP #:    11159
FARE  :  $34.60
TOLLS :
Other :$7.50
TIPS  :  $12.63
Total :  $54.73
AMEX     ***1003
AUTHOR.: 543684

   HACKNEY CARRIAGE
    (617) 536-TAXI
    EMAIL: TAXI.BPD@
   CITYOFBOSTON.GOV
```

```
          CQSI #677 - 12th & G
               700 11th St
          Washington DC 20001
              202-824-0730

Host: Fredy                    04/07/2015
Order #59                          4:25 PM
                                     TOGSO
Order Type: To Go

Dsrt. Oat Break Bar                   2.19
Bev. 1/2L Pellegrino                  1.99

Subtotal                              4.18
Tax                                   0.42

To Go Total                       4.60
AMEX xxxxxxxxxxx1549                  4.60
  Auth:502692

Tip    :_____

TOTAL  :_____
                     TOTAL :


SIGNATURE :_____


       Y-E-S-----T-X-A-----T-X-A-----
                   LIFE
                 SHOULD BE
                 DELICIOUS
       Y-A-------E---------A---------

             --- Check Closed ---
```

```
            PAUL Columbia Square
                 555 13th St NW
               Washington, DC 20004
               Phone: 202-347-1608
                Fax: 202-347-1674
             Email: paulc56@paul-usa.com

7/1027 Ines

Check 53482
   04.18.2015   08:42 AM   5111:37/03

                                        USD

1 x 6.65                              6.65
Baguette Egg, Ham & Cheese
for here (eat)
under 15

1 x 2.55                              2.55
Americano 12oz

                  Subtotal :        19.30
                  Tax 10.00% :       $0.37
                  Total :          $10.17


Amex                                $10.17


           Follow us on Facebook, Twitter
                    PAUL_USA or
             Instagram at PAUL_USA_1889
                  www.paul-usa.com
```