**Exhibit A**

**(Certification)**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

### <u>VERIFICATION OF JONATHAN D. YELLIN</u>

1.      I am the Vice President and General Counsel of Charles River Associates ("**CRA**"). CRA has rendered professional services to the Official Committee of TCEH Unsecured Creditors (the "**TCEH Committee**") in this chapter 11 case.

2.      I have read the foregoing application of CRA for compensation (the "**Fee Statement**"). To the best of my knowledge, information and belief, as well as after reasonable inquiry, the facts set forth in the foregoing Fee Statement are true and correct and materially comply with the applicable orders, rules, guidelines, and requirements as set forth by the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and Del. Bankr. L.R. 2016-2.

3.      Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the forgoing is true and correct.

Respectfully submitted,

*/s/ Jonathan D. Yellin*
Jonathan D. Yellin
Vice President and General Counsel

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

**Exhibit B**

**(Disclosure of Professionals Who Rendered Services)**

| INVOICE NUMBER | MATTER NAME | DATE | TIMEKEEPER NAME | POSITION/TITLE | HOURLY RATE | HOURS | FEES | TASK DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 1015455 | Gas Model Data and Development | 20150108 | Adamson, Seabron | Vice President | $675 | 1 | $675.00 | Mtg with CRA gas group on data requirements for final EFH gas model and sources |
| 1015455 | Gas Model Data and Development | 20150112 | Adamson, Seabron | Vice President | $675 | 1 | $675.00 | Mtg with F O'Sullivan re gas productivity analysis and data sources |
| 1015455 | Gas Model Data and Development | 20150114 | Adamson, Seabron | Vice President | $675 | 4.2 | $2,835.00 | Mtg with gas model team re model improvements and NGLS/liquids modeling |
| 1015455 | Gas Model Data and Development | 20150115 | Adamson, Seabron | Vice President | $675 | 2.1 | $1,417.50 | Call with J Plewes re modling plan; call with data provider |
| 1015455 | Gas Model Data and Development | 20150116 | Adamson, Seabron | Vice President | $675 | 1.1 | $742.50 | Call with J Plewes; gas analysis |
| 1015455 | Gas Model Data and Development | 20150122 | Adamson, Seabron | Vice President | $675 | 1.7 | $1,147.50 | Call with DI re data; call with J Plewes re data requirements and analysis |
| 1015455 | Gas Model Data and Development | 20150127 | Adamson, Seabron | Vice President | $675 | 0.9 | $607.50 | Review of HPDI gas data and call |
| 1015455 | Gas Model Data and Development | 20150130 | Adamson, Seabron | Vice President | $675 | 0.5 | $337.50 | Call re HPDI fata and follow up with J Plewes |
| 1015455 | Gas Model Data and Development | 20150113 | Plewes, Jeffrey | Principal | $500 | 3.3 | $1,650.00 | gas model review with Courtney Good, meeting planning |

| 1015455 | Gas Model Data and Development | 20150114 | Plewes, Jeffrey | Principal | $500 | 5.5 | $2,750.00 | gas model review and planning with Team |
| 1015455 | Gas Model Data and Development | 20150115 | Plewes, Jeffrey | Principal | $500 | 4.3 | $2,150.00 | gas model update planning and input template editing |
| 1015455 | Gas Model Data and Development | 20150120 | Plewes, Jeffrey | Principal | $500 | 1 | $500.00 | dataset evaluation - drillinginfo |
| 1015455 | Admin | 20150121 | Plewes, Jeffrey | Principal | $500 | 2.3 | $1,150.00 | project management - billing/invoicing preparation |
| 1015455 | Admin | 20150122 | Plewes, Jeffrey | Principal | $500 | 2 | $1,000.00 | project management - billing/invoicing preparation |
| 1015455 | Admin | 20150126 | Plewes, Jeffrey | Principal | $500 | 0.4 | $200.00 | project management, expense accounting and invoices submission |
| 1015455 | Gas Model Data and Development | 20150119 | Kaineg, Robert | Associate Principal | $400 | 2.3 | $920.00 | Research of TRR potential across US shale plays from across various sources |
| 1015455 | Gas Model Data and Development | 20150120 | Kaineg, Robert | Associate Principal | $400 | 2.2 | $880.00 | Further research of TRR potential, development of mappings across data sources |
| 1015455 | Gas Model Data and Development | 20150121 | Kaineg, Robert | Associate Principal | $400 | 1.5 | $600.00 | comparison of TRR's by source across plays, analysis of potential changes to model |
| 1015455 | Gas Model Data and Development | 20150126 | Kaineg, Robert | Associate Principal | $400 | 2.6 | $1,040.00 | Review of TRR research with broader team, development of NGF work plan. |
| 1015455 | Gas Model Data and Development | 20150127 | Kaineg, Robert | Associate Principal | $400 | 3.2 | $1,280.00 | Research on cost and production characteristics of US shale plays, review and QC of tax and fee |

| | | | | | | | | research by play. |
|---|---|---|---|---|---|---|---|---|
| 1015455 | Gas Model Data and Development | 20150128 | Kaineg, Robert | Associate Principal | $400 | 4.3 | $1,720.00 | Research on cost and production characteristics of US shale plays, exploration of Rystad database, correspondence with EIA re: associated gas. |
| 1015455 | Gas Model Data and Development | 20150129 | Kaineg, Robert | Associate Principal | $400 | 1.5 | $600.00 | Research on cost and production characteristics of US shale plays, further Rystad and EIA research |
| 1015455 | Gas Model Data and Development | 20150130 | Kaineg, Robert | Associate Principal | $400 | 2.9 | $1,160.00 | Review of CG research on play parameters, consolidation of play-specific characteristics |
| 1015455 | Gas Model Data and Development | 20150119 | Neimeyer, Michael | Consulting Associate | $320 | 2 | $640.00 | Reviewing the key shale TRR estimation studies (PGC, UT-Austin, EIA, USGS) and how play-specific reserves vary. |
| 1015455 | Gas Model Data and Development | 20150120 | Neimeyer, Michael | Consulting Associate | $320 | 0.5 | $160.00 | Attending DrillingInfo HPDI dataset sales call |
| 1015455 | Gas Model Data and Development | 20150121 | Neimeyer, Michael | Consulting Associate | $320 | 3 | $960.00 | Reviewing the key shale TRR estimation studies (PGC, UT-Austin, EIA, USGS) and how play-specific reserves vary. Figuring out optimal updates needed to EUR representation in NGF model. |
| 1015455 | Gas Model Data and Development | 20150123 | Neimeyer, Michael | Consulting Associate | $320 | 4 | $1,280.00 | Creating a long internal email detailing issues with TRR/EURs by play, |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | associated gas production, and EUR %'s |
| 1015455 | Gas Model Data and Development | 20150127 | Neimeyer, Michael | Consulting Associate | $320 | 4.5 | $1,440.00 | Researching Bakken associated gas production vis a vis NGF conventional gas production inputs;  Reorganizing project folder and developing a set of best practices for NGF model development; |
| 1015455 | Gas Model Data and Development | 20150129 | Neimeyer, Michael | Consulting Associate | $320 | 1 | $320.00 | Reviewing Rystad O&G upstream database for potential use in updating IP rates, EURs, type curves. |
| 1015455 | General Meetings | 20150108 | Fox, Ryan | Consulting Associate | $310 | 1.1 | $341.00 | Team call |
| 1015455 | Admin | 20150116 | Fox, Ryan | Consulting Associate | $310 | 1.4 | $434.00 | Billing/administrative |
| 1015455 | General Meetings | 20150129 | Fox, Ryan | Consulting Associate | $310 | 0.4 | $124.00 | Team call |
| 1015455 | Gas Model Data and Development | 20150113 | Good, Courtney | Associate | $310 | 5.6 | $1,736.00 | gas model data review for EFH kick off |
| 1015455 | Gas Model Data and Development | 20150114 | Good, Courtney | Associate | $310 | 4.5 | $1,395.00 | gas model kickoff for EFH and creation of work plan |
| 1015455 | Gas Model Data and Development | 20150119 | Good, Courtney | Associate | $310 | 4.6 | $1,426.00 | Cost research by play for fuel forecast |
| 1015455 | Gas Model Data and Development | 20150120 | Good, Courtney | Associate | $310 | 4.2 | $1,302.00 | Cost research by play for fuel forecast |
| 1015455 | Gas Model Data and Development | 20150121 | Good, Courtney | Associate | $310 | 3.1 | $961.00 | Adding Eagle Ford_Wet play to the model and researching costs for the |

51809647.2

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | play. |
| 1015455 | Gas Model Data and Development | 20150122 | Good, Courtney | Associate | $310 | 2.5 | $775.00 | PGC, EIA, and other sources' resource estimate reconciliation |
| 1015455 | Gas Model Data and Development | 20150123 | Good, Courtney | Associate | $310 | 3.6 | $1,116.00 | PGC, EIA, and other sources' resource estimate reconciliation, ran resource base sensitivity model runs. |
| 1015455 | Gas Model Data and Development | 20150126 | Good, Courtney | Associate | $310 | 4.6 | $1,426.00 | Review of TRRs for each play for use in gas model. Used PGC study to check mappings for each play. |
| 1015455 | Gas Model Data and Development | 20150127 | Good, Courtney | Associate | $310 | 4.5 | $1,395.00 | Review of TRRs for each play for use in gas model. Used PGC study to check mappings for each play. Compared to EIA. |
| 1015455 | Gas Model Data and Development | 20150128 | Good, Courtney | Associate | $310 | 3.1 | $961.00 | Review of state severance taxes for natural gas |
| 1015455 | Gas Model Data and Development | 20150129 | Good, Courtney | Associate | $310 | 3.6 | $1,116.00 | Review of state severance taxes for natural gas. Creation of "play books" to source costs for each play from. |
| 1015455 | Gas Model Data and Development | 20150130 | Good, Courtney | Associate | $310 | 4.2 | $1,302.00 | Creation of "play books" to source costs for each play from. |
| 1015455 | Gas Model Data and Development | 20150114 | Painley, Jonathan | Associate | $310 | 4.1 | $1,271.00 | Meeting to discuss gas model status and key inputs. Prioritizing input updates and discussing key sources of data. |
| 1016343 | Gas Model Data and | 20150205 | Adamson, Seabron | Vice President | $675 | 1.2 | $810.00 | Call with gas model team about assumptions for |

51809647.2

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Development | | | | | | | EFH model and gas play modeling; call with Jeff Plewes re gas data |
| 1016343 | Gas Model Data and Development | 20150206 | Adamson, Seabron | Vice President | $675 | 0.5 | $337.50 | Follow up re gas data with J Plewes and M Swiatkowki |
| 1016343 | Gas Model Data and Development | 20150217 | Adamson, Seabron | Vice President | $675 | 1.2 | $810.00 | Gas analysis - DI data |
| 1016343 | Gas Model Data and Development | 20150218 | Adamson, Seabron | Vice President | $675 | 1.6 | $1,080.00 | Call with J Plewes; gas dataset |
| 1016343 | Gas Model Data and Development | 20150225 | Adamson, Seabron | Vice President | $675 | 1.4 | $945.00 | gas model review and planning with team - data sourcing decisions |
| 1016343 | Admin | 20150227 | Adamson, Seabron | Vice President | $675 | 0.3 | $202.50 | Project oversight and management |
| 1016343 | Gas Model Data and Development | 20150204 | Plewes, Jeffrey | Principal | $500 | 2.4 | $1,200.00 | gas model review and planning with team - data sourcing decisions |
| 1016343 | Gas Model Data and Development | 20150205 | Plewes, Jeffrey | Principal | $500 | 0.5 | $250.00 | IP rate data acquisition |
| 1016343 | Gas Model Data and Development | 20150206 | Plewes, Jeffrey | Principal | $500 | 0.3 | $150.00 | HPDI data acquisition and review |
| 1016343 | Gas Model Data and Development | 20150215 | Plewes, Jeffrey | Principal | $500 | 2.2 | $1,100.00 | Fee Application preparation |
| 1016343 | Gas Model Data and Development | 20150217 | Plewes, Jeffrey | Principal | $500 | 1.1 | $550.00 | data acquisition: Drilling Info agreement and planning |
| 1016343 | Gas Model Data and Development | 20150219 | Plewes, Jeffrey | Principal | $500 | 0.8 | $400.00 | Fee application tables |
| 1016343 | Gas Model Data and | 20150224 | Plewes, Jeffrey | Principal | $500 | 0.6 | $300.00 | drilling data acquisition |

| 1016343 | Development | | | | | | | |
|---------|------------|----------|---------------|-------------------|-------|-----|-----------|----------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 1016343 | Gas Model Data and Development | 20150225 | Plewes, Jeffrey | Principal | $500 | 4.2 | $2,100.00 | fee application preparation, project management discussion with Seab Adamson |
| 1016343 | Gas Model Data and Development | 20150202 | Kaineg, Robert | Associate Principal | $400 | 3.4 | $1,360.00 | Marcellus shale characteristic research, Review of previous EIA mappings of shale and oil plays in US correspondence with EIA regarding changing data definitions for AEO 2015. |
| 1016343 | Gas Model Data and Development | 20150204 | Kaineg, Robert | Associate Principal | $400 | 3.6 | $1,440.00 | Review of Rystad capabilities re: ERR and TRR categorization. Preparation of materials for modeling meeting. Modeling meeting with broader team. |
| 1016343 | Gas Model Data and Development | 20150205 | Kaineg, Robert | Associate Principal | $400 | 2.5 | $1,000.00 | Meeting follow up & update to work plan. DB queries from Rystad across US shale plays, review of Rystad data sources and definitions. |
| 1016343 | Gas Model Data and Development | 20150206 | Kaineg, Robert | Associate Principal | $400 | 2.6 | $1,040.00 | Created PGC / Rystad mapping to compare TRR estimates across sources, input PGC shale play definitions, researched location of plays not listed in PGC to create complete mappings. Preliminary analysis of differences in datasets. |

| 1016343 | Gas Model Data and Development | 20150209 | Kaineg, Robert | Associate Principal | $400 | 0.7 | $280.00 | Review of CG TRR final Estimates |
| 1016343 | Gas Model Data and Development | 20150211 | Kaineg, Robert | Associate Principal | $400 | 3.3 | $1,320.00 | Meeting with team to discuss modeling path forward, creation of testing sensitivities, Comparison of AEO and Rystad production forecasts |
| 1016343 | Gas Model Data and Development | 20150212 | Kaineg, Robert | Associate Principal | $400 | 3.2 | $1,280.00 | Model updates and sensitivity runs, QA of initial results |
| 1016343 | Gas Model Data and Development | 20150213 | Kaineg, Robert | Associate Principal | $400 | 2.5 | $1,000.00 | QC of initial model results, investigation of modeling infeasibilities |
| 1016343 | Gas Model Data and Development | 20150219 | Kaineg, Robert | Associate Principal | $400 | 5.4 | $2,160.00 | Model troubleshooting and code evaluation, debugging. |
| 1016343 | Gas Model Data and Development | 20150220 | Kaineg, Robert | Associate Principal | $400 | 4.2 | $1,680.00 | Final TRR updates to model, calibration with market futures and 3rd party forecasts. |
| 1016343 | Gas Model Data and Development | 20150223 | Kaineg, Robert | Associate Principal | $400 | 4.2 | $1,680.00 | Preparation of oil price sensitivities |
| 1016343 | Gas Model Data and Development | 20150224 | Kaineg, Robert | Associate Principal | $400 | 2.6 | $1,040.00 | Sensitivity testing varying NGL / Condensate values |
| 1016343 | Gas Model Data and Development | 20150225 | Kaineg, Robert | Associate Principal | $400 | 3.3 | $1,320.00 | Team meetings and further sensitivity review, recap of progress made to day. |
| 1016343 | Gas Model Data and Development | 20150226 | Kaineg, Robert | Associate Principal | $400 | 1.2 | $480.00 | Research on historic gas / oil prices since oil price decline. |

| 1016343 | Gas Model Data and Development | 20150204 | Neimeyer, Michael | Consulting Associate | $320 | 2.5 | $800.00 | Preparing and attending internal team meeting to discuss play definitions, TRR estimates, ERR approaches, dry gas/NGLs/wet gas distribution of products, IP rates & type curves (DrillingInfo and Rystad), associated gas production. |
| 1016343 | Gas Model Data and Development | 20150209 | Neimeyer, Michael | Consulting Associate | $320 | 3 | $960.00 | Updating notes from internal NGF team meeting and pushing forward with the development of play-specific TRR/ERRs |
| 1016343 | Gas Model Data and Development | 20150210 | Neimeyer, Michael | Consulting Associate | $320 | 4 | $1,280.00 | Developing an approach to formulating play-specific TRRs/ERRs by starting with PGC zonal TRRs and using Rystad play-aligned shale resource estimates to allocate PGC zones to NGF named plays;  Looking at plays' TRR by breakeven gas price |
| 1016343 | Gas Model Data and Development | 20150211 | Neimeyer, Michael | Consulting Associate | $320 | 2 | $640.00 | Developing an approach to formulating play-specific TRRs/ERRs by starting with PGC zonal TRRs and using Rystad play-aligned shale resource estimates to allocate PGC zones to NGF named plays;  Looking at plays' TRR by breakeven |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | gas price |
| 1016343 | Gas Model Data and Development | 20150212 | Neimeyer, Michael | Consulting Associate | $320 | 3 | $960.00 | Developing an NGF model action items list and establishing model naming conventions; Running NGF model test runs under TRR/ERR changes |
| 1016343 | Gas Model Data and Development | 20150218 | Neimeyer, Michael | Consulting Associate | $320 | 3 | $960.00 | Investigating NGF GAMS code pertaining to ERRs and editing code so that play-by-play limits are appropriately applied; |
| 1016343 | Gas Model Data and Development | 20150219 | Neimeyer, Michael | Consulting Associate | $320 | 3 | $960.00 | Resolving infeasibilities in preliminary NGF GAMS runs;  Reviewing TRR/ERR sensitivity results; Ensuring EIA unproved reserves are added to PGC unproved TRRs by play |
| 1016343 | Gas Model Data and Development | 20150224 | Neimeyer, Michael | Consulting Associate | $320 | 6 | $1,920.00 | Finalizing associated gas and conventional onshore/offshore/CBM production inputs; Revamping NGF model task list and directing Courtney to create better Log of Changes; Testing effect of fed. tax rate and new well costs on prices |
| 1016343 | Gas Model Data and Development | 20150225 | Neimeyer, Michael | Consulting Associate | $320 | 8 | $2,560.00 | Finalizing associated gas and conventional onshore/offshore/CBM production inputs; |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Revamping NGF model task list and directing Courtney to create better Log of Changes; Testing effect of fed. tax rate and new well costs on prices |
| 1016343 | Gas Model Data and Development | 20150202 | Good, Courtney | Associate | $310 | 4.5 | $1,395.00 | Creation of natural gas playbooks to detail all data from investor presentations for gas model inputs |
| 1016343 | Gas Model Data and Development | 20150203 | Good, Courtney | Associate | $310 | 3.6 | $1,116.00 | Creation of natural gas playbooks to detail all data from investor presentations |
| 1016343 | Gas Model Data and Development | 20150204 | Good, Courtney | Associate | $310 | 4.1 | $1,271.00 | Follow-up meeting to discuss methodology to develop TRRs, ERRs, and IP rates |
| 1016343 | Gas Model Data and Development | 20150209 | Good, Courtney | Associate | $310 | 4.2 | $1,302.00 | update of TRRs by play in model, extraction of ERR data from Rystad |
| 1016343 | Gas Model Data and Development | 20150210 | Good, Courtney | Associate | $310 | 3.1 | $961.00 | Rystad data computations |
| 1016343 | Gas Model Data and Development | 20150211 | Good, Courtney | Associate | $310 | 2.6 | $806.00 | creation of gas model sensitivity runs based on new ERRs and TRRs |
| 1016343 | Gas Model Data and Development | 20150212 | Good, Courtney | Associate | $310 | 2.9 | $899.00 | creating a results template for the new gas model runs, running sensitivities and tracking changes |
| 1016343 | Gas Model Data and Development | 20150213 | Good, Courtney | Associate | $310 | 4.1 | $1,271.00 | creating a results template for the new gas model runs, running sensitivities and tracking |

| | | | | | | | | changes |
|---|---|---|---|---|---|---|---|---|
| 1016343 | Gas Model Data and Development | 20150217 | Good, Courtney | Associate | $310 | 6.2 | $1,922.00 | gas model TRR sensitivity runs to test TRR and ERR |
| 1016343 | Gas Model Data and Development | 20150218 | Good, Courtney | Associate | $310 | 3.7 | $1,147.00 | code updates to gas model and final TRR sensitivity runs |
| 1016343 | Gas Model Data and Development | 20150219 | Good, Courtney | Associate | $310 | 5.6 | $1,736.00 | final TRR sensitivities and additional updates to base model |
| 1016343 | Gas Model Data and Development | 20150220 | Good, Courtney | Associate | $310 | 5 | $1,550.00 | research for long-term forecasts and comparison between gas model outputs and published forecasts. |
| 1016343 | Gas Model Data and Development | 20150223 | Good, Courtney | Associate | $310 | 5.5 | $1,705.00 | gas model sensitivities analyzing different oil price trajectories and NGL/condensate discount factors |
| 1016343 | Gas Model Data and Development | 20150224 | Good, Courtney | Associate | $310 | 6.1 | $1,891.00 | update of capital expenditures and update of log of changes for base case gas model. |
| 1016343 | Gas Model Data and Development | 20150225 | Good, Courtney | Associate | $310 | 2.2 | $682.00 | new gas model base run and updating of results template |
| 1016345 | Gas Model Data and Development | 20150305 | Adamson, Seabron | Vice President | $675 | 1 | $675.00 | Prroject team admin and HPDI |
| 1016345 | Gas Model Data and Development | 20150312 | Adamson, Seabron | Vice President | $675 | 0.3 | $202.50 | HPDI data issues re IP rates |
| 1016345 | Gas Model Data and Development | 20150313 | Adamson, Seabron | Vice President | $675 | 1 | $675.00 | Call with team re decline curve and other gas analysis |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1016345 | Admin | 20150325 | Adamson, Seabron | Vice President | $675 | 1.2 | $810.00 | Call with Plewes re project management and data analysis |
| 1016345 | Gas Model Data and Development | 20150330 | Adamson, Seabron | Vice President | $675 | 0.8 | $540.00 | Call re decline curves and IP rates; project management |
| 1016345 | Admin | 20150303 | Plewes, Jeffrey | Principal | $500 | 0.2 | $100.00 | fee application 1 - description of services completion |
| 1016345 | Admin | 20150305 | Plewes, Jeffrey | Principal | $500 | 0.8 | $400.00 | fee application 1 - expenses detail |
| 1016345 | Gas Model Data and Development | 20150310 | Plewes, Jeffrey | Principal | $500 | 2.3 | $1,150.00 | DI desktop training and review |
| 1016345 | Gas Model Data and Development | 20150303 | Kaineg, Robert | Associate Principal | $400 | 2.1 | $840.00 | Reviewed sensitivity results for CAPEX changes |
| 1016345 | Gas Model Data and Development | 20150304 | Kaineg, Robert | Associate Principal | $400 | 6.2 | $2,480.00 | Investigated history of capital charge rate assumptions in current gas model, reviewed GAMS and VBA versions from last 4 years. |
| 1016345 | Gas Model Data and Development | 20150309 | Kaineg, Robert | Associate Principal | $400 | 2.1 | $840.00 | Ran and QC'd sensitivities testing changes to exogenous production and exogenous demand forecasts. |
| 1016345 | Gas Model Data and Development | 20150310 | Kaineg, Robert | Associate Principal | $400 | 1.5 | $600.00 | HPDI training & database queries |
| 1016345 | Gas Model Data and Development | 20150311 | Kaineg, Robert | Associate Principal | $400 | 5.3 | $2,120.00 | Review of data and reports in HPDI database, running of test queries and review of output data to determine type and granularity of outputs and |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | possible reports / queries to be run |
| 1016345 | Gas Model Data and Development | 20150312 | Kaineg, Robert | Associate Principal | $400 | 3.6 | $1,440.00 | Review and testing of type curve tools within HPDI database. Consolidation and proposal of methodology to broader group. |
| 1016345 | Gas Model Data and Development | 20150313 | Kaineg, Robert | Associate Principal | $400 | 2.2 | $880.00 | Team call to discuss learnings from HPDI and agree on next steps. Database queries and other analysis. |
| 1016345 | Gas Model Data and Development | 20150316 | Kaineg, Robert | Associate Principal | $400 | 5.2 | $2,080.00 | HPDI database queries for pulling type curves and IP rates |
| 1016345 | Gas Model Data and Development | 20150317 | Kaineg, Robert | Associate Principal | $400 | 1.3 | $520.00 | Kicked off model runs with new IP rates, review and QC of results. |
| 1016345 | Gas Model Data and Development | 20150318 | Kaineg, Robert | Associate Principal | $400 | 3.4 | $1,360.00 | Review of methodological options for selecting well's drilled per year from HPDI, testing of new well # figures and impacts on short term prices. |
| 1016345 | Gas Model Data and Development | 20150319 | Kaineg, Robert | Associate Principal | $400 | 4.6 | $1,840.00 | Developed tool for reconstruction and investigation of existing well production and impact on first year calibration. QC of model production vs. demand - discovered error. |
| 1016345 | Gas Model Data and Development | 20150320 | Kaineg, Robert | Associate Principal | $400 | 5.5 | $2,200.00 | Fixed model to correctly account for offshore & CBM production, |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | calibrated of historic production to reported EIA shale production, updated model start year to 2014. Test runs and QC. |
| 1016345 | Gas Model Data and Development | 20150323 | Kaineg, Robert | Associate Principal | $400 | 5.3 | $2,120.00 | Review of historic Type Curves by play, development of comparison spreadsheet for broader team. |
| 1016345 | Gas Model Data and Development | 20150324 | Kaineg, Robert | Associate Principal | $400 | 3.5 | $1,400.00 | Development of diagnostic tool for comparing CRA model inputs to HPDI data for purposes of QC'ing type curve assumptions. |
| 1016345 | Gas Model Data and Development | 20150325 | Kaineg, Robert | Associate Principal | $400 | 4.2 | $1,680.00 | Development of play-by-play comparison of type curves. |
| 1016345 | Gas Model Data and Development | 20150326 | Kaineg, Robert | Associate Principal | $400 | 3.5 | $1,400.00 | Researched and reviewed type curve estimation methodologies with CG. |
| 1016345 | Gas Model Data and Development | 20150327 | Kaineg, Robert | Associate Principal | $400 | 1.8 | $720.00 | Review of CG hyperbolic estimation tool, test runs of NGF will alternative decline curve assumptions. |
| 1016345 | Gas Model Data and Development | 20150303 | Neimeyer, Michael | Consulting Associate | $320 | 2 | $640.00 | Investigating federal tax rate parameter in NGF GAMS code; Analyzing effect of new well completion costs on HH prices; Assisting Courtney in lower near term well costs to account for current low oil price market conditions |

| 1016345 | Gas Model Data and Development | 20150304 | Neimeyer, Michael | Consulting Associate | $320 | 2 | $640.00 | Researching source of capital charge rates (which take place of depreciation, IDC, and corporate taxes) in NGF GAMS model |
|---------|-------------------------------|----------|-------------------|---------------------|------|-----|---------|---------|
| 1016345 | Gas Model Data and Development | 20150306 | Neimeyer, Michael | Consulting Associate | $320 | 2 | $640.00 | Helping Courtney implement changes to conventional production projections, as well as changes to the Demand build-up |
| 1016345 | Gas Model Data and Development | 20150311 | Neimeyer, Michael | Consulting Associate | $320 | 1 | $320.00 | Assessing effects of changing PA severance tax rate on NGF HH price outcomes;  Reviewing latest demand and production inputs |
| 1016345 | Gas Model Data and Development | 20150313 | Neimeyer, Michael | Consulting Associate | $320 | 0.5 | $160.00 | Call to discuss DrillingInfo production rates and decline curves |
| 1016345 | Gas Model Data and Development | 20150317 | Neimeyer, Michael | Consulting Associate | $320 | 1 | $320.00 | Reviewing results showing sensitivity of prices to new IP rate assumptions, sourced from DrilingInfo |
| 1016345 | Gas Model Data and Development | 20150319 | Neimeyer, Michael | Consulting Associate | $320 | 2 | $640.00 | Investigating how to use historical DrillingInfo data to develop projections for production from already-drilled wells |
| 1016345 | Gas Model Data and Development | 20150325 | Neimeyer, Michael | Consulting Associate | $320 | 1 | $320.00 | Reviewing literature on parameterization of natural gas hyperbolic decline curves |
| 1016345 | Gas Model Data and Development | 20150326 | Neimeyer, Michael | Consulting Associate | $320 | 1 | $320.00 | Assessing how to use Eagle Ford historical monthly production data to derive a best-fit |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | hyperbolic decline curve for use in the NGF model |
| 1016345 | Gas Model Data and Development | 20150327 | Neimeyer, Michael | Consulting Associate | $320 | 1.5 | $480.00 | Reviewing with Rob how the NGF model's historical wells data were modified to target EIA 2007-2013 historical shale production; Investigating effect of "Other" VOM cost line item and of maximum number of wells line item on wellhead prices |
| 1016345 | Gas Model Data and Development | 20150330 | Neimeyer, Michael | Consulting Associate | $320 | 1 | $320.00 | Reviewing latest NGF model with Rob and Courtney, with a focus on near-term well-completion costs and IP rates |
| 1016345 | Gas Model Data and Development | 20150309 | Good, Courtney | Associate | $310 | 6.6 | $2,046.00 | investigating the effects of changes in exogenous production and demand in test runs |
| 1016345 | Gas Model Data and Development | 20150310 | Good, Courtney | Associate | $310 | 5.7 | $1,767.00 | overview of DI Desktop and deciding which aspects we will use for updating the gas model |
| 1016345 | Gas Model Data and Development | 20150311 | Good, Courtney | Associate | $310 | 7.1 | $2,201.00 | creating a county to play mapping |
| 1016345 | Gas Model Data and Development | 20150312 | Good, Courtney | Associate | $310 | 6.1 | $1,891.00 | creating a county to play mapping |
| 1016345 | Gas Model Data and Development | 20150313 | Good, Courtney | Associate | $310 | 4.4 | $1,364.00 | creating DI Desktop queries for all plays listed in the model |

| 1016345 | Gas Model Data and Development | 20150316 | Good, Courtney | Associate | $310 | 3.6 | $1,116.00 | DI Desktop queries and export of data |
|---|---|---|---|---|---|---|---|---|
| 1016345 | Gas Model Data and Development | 20150317 | Good, Courtney | Associate | $310 | 5.1 | $1,581.00 | IP rate comparison between old IP rates and new ones, inputting of data into the model |
| 1016345 | Gas Model Data and Development | 20150318 | Good, Courtney | Associate | $310 | 7.8 | $2,418.00 | IP rate comparison between old IP rates and new ones, inputting of data into the model, updating Log of Changes to reflect latest updates to model |
| 1016345 | Gas Model Data and Development | 20150319 | Good, Courtney | Associate | $310 | 6.7 | $2,077.00 | sensitivities to test existing well data, sensitivity to test associated production |
| 1016345 | Gas Model Data and Development | 20150320 | Good, Courtney | Associate | $310 | 5.5 | $1,705.00 | change of start year on model as a sensitivity run |
| 1016345 | Gas Model Data and Development | 20150323 | Good, Courtney | Associate | $310 | 6.6 | $2,046.00 | gas model updates to exogenous production and creation of type curve presentation |
| 1016345 | Gas Model Data and Development | 20150324 | Good, Courtney | Associate | $310 | 5.5 | $1,705.00 | researched different studies that explain the equations behind hyperbolic decline curves |
| 1016345 | Gas Model Data and Development | 20150325 | Good, Courtney | Associate | $310 | 7.1 | $2,201.00 | decline curve spreadsheet creation for Eagle Ford |
| 1016345 | Gas Model Data and Development | 20150326 | Good, Courtney | Associate | $310 | 2.2 | $682.00 | internal review of decline curve calculations |
| 1016345 | Gas Model Data and | 20150327 | Good, Courtney | Associate | $310 | 3.9 | $1,209.00 | running of gas model sensitivities that detailed |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Development | | | | | | | different drilling cost options |
| 1016345 | Gas Model Data and Development | 20150330 | Good, Courtney | Associate | $310 | 3 | $930.00 | test runs with max well decrease and increase removed |
| 1017837 | Gas Model Data and Development | 20150401 | Adamson, Seabron | Vice President | $675 | 1.2 | $810.00 | Decline curve analysis |
| 1017837 | Gas Model Data and Development | 20150402 | Adamson, Seabron | Vice President | $675 | 3.5 | $2,362.50 | Call with gas model team; decline curves from HPDI data |
| 1017837 | Gas Model Data and Development | 20150403 | Adamson, Seabron | Vice President | $675 | 3.6 | $2,430.00 | <tg with F O'Sullivan; decline curve model analysis and review |
| 1017837 | Gas Model Data and Development | 20150407 | Adamson, Seabron | Vice President | $675 | 2.3 | $1,552.50 | HPDI well data models; meet with C Good re data requirements and development |
| 1017837 | Gas Model Data and Development | 20150408 | Adamson, Seabron | Vice President | $675 | 5.2 | $3,510.00 | Meet with DC model team re gas model issues; HPDI data |
| 1017837 | Gas Model Data and Development | 20150415 | Adamson, Seabron | Vice President | $675 | 2 | $1,350.00 | gas model inputs |
| 1017837 | Gas Model Data and Development | 20150416 | Adamson, Seabron | Vice President | $675 | 2.6 | $1,755.00 | gas well inputs from HPDI |
| 1017837 | Gas Model Data and Development | 20150417 | Adamson, Seabron | Vice President | $675 | 3.2 | $2,160.00 | IP and decline curve research for wells |
| 1017837 | Gas Model Data and Development | 20150420 | Adamson, Seabron | Vice President | $675 | 0.4 | $270.00 | Call with J Tranen (CL) |
| 1017837 | Gas Model Data and Development | 20150421 | Adamson, Seabron | Vice President | $675 | 0.7 | $472.50 | review model results |

| 1017837 | Gas Model Data and Development | 20150422 | Adamson, Seabron | Vice President | $675 | 1.6 | $1,080.00 | Work with Justin on decline functional form research; model analysis, IP rate data |
| 1017837 | Gas Model Data and Development | 20150423 | Adamson, Seabron | Vice President | $675 | 3.2 | $2,160.00 | Model results and analysis, comparisons of runs, review materials re model forms |
| 1017837 | Gas Model Data and Development | 20150424 | Adamson, Seabron | Vice President | $675 | 2.1 | $1,417.50 | Summarize price trends; email to J Tranen et al; review docs re SEC methods for gas reserves |
| 1017837 | Gas Model Data and Development | 20150427 | Adamson, Seabron | Vice President | $675 | 2.1 | $1,417.50 | Call with J Fong re data; HPDI data |
| 1017837 | Gas Model Data and Development | 20150428 | Adamson, Seabron | Vice President | $675 | 3 | $2,025.00 | Analysis of gas data;\ |
| 1017837 | Gas Model Data and Development | 20150429 | Adamson, Seabron | Vice President | $675 | 2.8 | $1,890.00 | Analysis of gas data and models to fit |
| 1017837 | Gas Model Data and Development | 20150430 | Adamson, Seabron | Vice President | $675 | 3.5 | $2,362.50 | Barnett gas data and analysis; call with J Fong over changes to HPDI queries |
| 1017837 | Gas Model Data and Development | 20150402 | Plewes, Jeffrey | Principal | $500 | 2.8 | $1,400.00 | 1 hr - NGF update call re: decline curves, 1.8 hr - project administration |
| 1017837 | Admin | 20150408 | Plewes, Jeffrey | Principal | $500 | 3.2 | $1,600.00 | 1.5 - gas model meeting, 1.7 - invoice prep |
| 1017837 | Admin | 20150415 | Plewes, Jeffrey | Principal | $500 | 3.2 | $1,600.00 | monthly invoice preparation, reviewing fee application instructions, payment requests |
| 1017837 | Admin | 20150423 | Plewes, Jeffrey | Principal | $500 | 1.8 | $900.00 | MFIS, invoice preparation |
| 1017837 | Gas Model Data and | 20150424 | Plewes, Jeffrey | Principal | $500 | 2.6 | $1,300.00 | decline curve analysis - review existing research |

| 1017837 | Gas Model Data and Development | | | | | | | |
|---------|-------------------------------|----------|----------------|---------------------|--------|-----|-----------|-------------------------------------------------------------------|
| 1017837 | Gas Model Data and Development | 20150427 | Plewes, Jeffrey | Principal | $500 | 0.6 | $300.00 | decline curve analysis discussion w SAdamsom & JFong |
| 1017837 | Admin | 20150430 | Plewes, Jeffrey | Principal | $500 | 3 | $1,500.00 | MFIS completion, fee application prep |
| 1017837 | Gas Model Data and Development | 20150401 | Kaineg, Robert | Associate Principal | $400 | 0.9 | $360.00 | Team meeting to discuss model updates |
| 1017837 | Gas Model Data and Development | 20150402 | Kaineg, Robert | Associate Principal | $400 | 0.6 | $240.00 | preparation of materials for SA |
| 1017837 | Gas Model Data and Development | 20150408 | Kaineg, Robert | Associate Principal | $400 | 3.2 | $1,280.00 | Meeting with team to discuss model updates and agree on research tasks going forward, HPDI walk through with SA. |
| 1017837 | Gas Model Data and Development | 20150420 | Kaineg, Robert | Associate Principal | $400 | 0.6 | $240.00 | Team meeting to discuss research objectives. |
| 1017837 | Gas Model Data and Development | 20150402 | Neimeyer, Michael | Consulting Associate | $320 | 1 | $320.00 | Call with Seab, Jeff, Rob, and Courtney to discuss decline curve estimation approach and DI data |
| 1017837 | Gas Model Data and Development | 20150410 | Neimeyer, Michael | Consulting Associate | $320 | 1 | $320.00 | Overseeing review of new PGC 2015 TRRs and test runs analyzing sensitivity of well lifetime (20 and 25 years) assumptions |
| 1017837 | Gas Model Data and Development | 20150422 | Fong, Justin | Consulting Associate | $310 | 6 | $1,860.00 | Research on shale gas well production decline curves |
| 1017837 | Gas Model Data and Development | 20150423 | Fong, Justin | Consulting Associate | $310 | 3 | $930.00 | Research on SEC treatment of gas well decline curves |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1017837 | Gas Model Data and Development | 20150427 | Fong, Justin | Consulting Associate | $310 | 1 | $310.00 | Team meeting |
| 1017837 | Gas Model Data and Development | 20150429 | Fong, Justin | Consulting Associate | $310 | 3 | $930.00 | Initial pull Barnett Shale 2007 |
| 1017837 | Gas Model Data and Development | 20150430 | Fong, Justin | Consulting Associate | $310 | 4 | $1,240.00 | Full data pull Barnett Shale 2005-2015 |
| 1017837 | Gas Model Data and Development | 20150401 | Good, Courtney | Associate | $310 | 7.4 | $2,294.00 | sensitivity runs and processing of results;update of conventional production data from AEO 2014;assembling of results |
| 1017837 | Gas Model Data and Development | 20150402 | Good, Courtney | Associate | $310 | 4.1 | $1,271.00 | decline curve spreadsheet review on call with Seab |
| 1017837 | Gas Model Data and Development | 20150406 | Good, Courtney | Associate | $310 | 6.2 | $1,922.00 | updated conventional_production and demand tabs to reflect the new assumptions. ran test runs of the model to decide on conventional production decline curves. |
| 1017837 | Gas Model Data and Development | 20150408 | Good, Courtney | Associate | $310 | 4.1 | $1,271.00 | Meeting with Seab and EFH team to discuss decline curves and IP rates, review of DIDesktop data |
| 1017837 | Gas Model Data and Development | 20150413 | Good, Courtney | Associate | $310 | 2.5 | $775.00 | Gas model test runs with new PGC data |
| 1017837 | Gas Model Data and | 20150420 | Good, Courtney | Associate | $310 | 1.9 | $589.00 | internal call to discuss latest updates to NGF |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Development | | | | | | | model, time spent in contact with DrillingInfo to figure out how to export well data en mass. |
| 1017838 | Gas Model Data and Development | 20150507 | Adamson, Seabron | Vice President | $675 | 2.5 | $1,687.50 | Gas model data |
| 1017839 | Gas Model Data and Development | 20150508 | Adamson, Seabron | Vice President | $675 | 1 | $675.00 | Gas model dev |
| 1017840 | Gas Model Data and Development | 20150512 | Adamson, Seabron | Vice President | $675 | 1.6 | $1,080.00 | gas model analysis |
| 1017841 | Gas Model Data and Development | 20150513 | Adamson, Seabron | Vice President | $675 | 2.5 | $1,687.50 | gas model analysis |
| 1017842 | Gas Model Data and Development | 20150514 | Adamson, Seabron | Vice President | $675 | 2.2 | $1,485.00 | gas model analysis, additional plays data |
| 1017843 | Gas Model Data and Development | 20150515 | Adamson, Seabron | Vice President | $675 | 3.3 | $2,227.50 | Mtg with F O'Sullivan. failed wells analysis from HPDI data; data fitting for decline curves |
| 1017844 | Gas Model Data and Development | 20150518 | Adamson, Seabron | Vice President | $675 | 1.3 | $877.50 | data analysis |
| 1017845 | Gas Model Data and Development | 20150519 | Adamson, Seabron | Vice President | $675 | 3.4 | $2,295.00 | Meeting with model team; review data sources and model inputs; etc |
| 1017846 | Gas Model Data and Development | 20150520 | Adamson, Seabron | Vice President | $675 | 2.4 | $1,620.00 | data analysis |
| 1017847 | Gas Model Data and Development | 20150521 | Adamson, Seabron | Vice President | $675 | 2 | $1,350.00 | dsta analysis |
| 1017848 | Gas Model Data and | 20150526 | Adamson, Seabron | Vice President | $675 | 1.3 | $877.50 | Call with J Plewes; gas mode; futures data org |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Development | | | | | | | directions to Justin |
| 1017849 | Gas Model Data and Development | 20150527 | Adamson, Seabron | Vice President | $675 | 3.3 | $2,227.50 | Gas volatility and futures analysis |
| 1017850 | Gas Model Data and Development | 20150528 | Adamson, Seabron | Vice President | $675 | 1.5 | $1,012.50 | Gas volatility and futures analysis |
| 1017851 | Gas Model Data and Development | 20150529 | Adamson, Seabron | Vice President | $675 | 2.3 | $1,552.50 | Gas volatility and futures analysis |
| 1017852 | Gas Model Data and Development | 20150501 | O'Sullivan, Francis | Outside Consultant | $600 | 2 | $1,200.00 | Consultation with Seabron Adamson |
| 1017853 | Gas Model Data and Development | 20150506 | O'Sullivan, Francis | Outside Consultant | $600 | 4 | $2,400.00 | Unconventional gas play production data analysis |
| 1017854 | Gas Model Data and Development | 20150507 | O'Sullivan, Francis | Outside Consultant | $600 | 5 | $3,000.00 | Unconventional gas play production data analysis |
| 1017855 | Gas Model Data and Development | 20150512 | O'Sullivan, Francis | Outside Consultant | $600 | 5 | $3,000.00 | Well productivity - Initial modeling develoment |
| 1017856 | Gas Model Data and Development | 20150519 | O'Sullivan, Francis | Outside Consultant | $600 | 3 | $1,800.00 | Well productivity modeling develoment - Focus on Barnett play case |
| 1017857 | Gas Model Data and Development | 20150526 | O'Sullivan, Francis | Outside Consultant | $600 | 3 | $1,800.00 | Shale decline curve data reviews |
| 1017858 | Gas Model Data and Development | 20150527 | O'Sullivan, Francis | Outside Consultant | $600 | 1.5 | $900.00 | Consultation with Seabron Adamson |
| 1017859 | Admin | 20150519 | Plewes, Jeffrey | Principal | $500 | 1.2 | $600.00 | invoicing and Fee App |
| 1017860 | Gas Model Data and Development | 20150501 | Fong, Justin | Consulting Associate | $310 | 2 | $620.00 | Data mgmt. Full data pull Barnett Shale 2005-2015 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1017861 | Gas Model Data and Development | 20150504 | Fong, Justin | Consulting Associate | $310 | 5 | $1,550.00 | Barnett and Marcellus Shale well data pull from DI, Database development, data formatting. |
| 1017862 | Gas Model Data and Development | 20150506 | Fong, Justin | Consulting Associate | $310 | 2 | $620.00 | Barnett and Marcellus Shale well data pull from DI, Database development, data formatting. |
| 1017863 | Gas Model Data and Development | 20150507 | Fong, Justin | Consulting Associate | $310 | 2 | $620.00 | Barnett and Marcellus Shale well data pull from DI, Database development, data formatting. |
| 1017864 | Gas Model Data and Development | 20150511 | Fong, Justin | Consulting Associate | $310 | 6 | $1,860.00 | Shale well production data pull and data formatting from DI into server |
| 1017865 | Gas Model Data and Development | 20150512 | Fong, Justin | Consulting Associate | $310 | 6 | $1,860.00 | Shale well production data pull and data formatting from DI into server |
| 1017866 | Gas Model Data and Development | 20150514 | Fong, Justin | Consulting Associate | $310 | 1 | $310.00 | Isolation of certain Barnette well decline curves |
| 1017867 | Gas Model Data and Development | 20150519 | Fong, Justin | Consulting Associate | $310 | 8 | $2,480.00 | Data pull from DI, Data entry into CRA database for all major shale plays, analysis comparing "active" vs "inactive" wells |
| 1017868 | Gas Model Data and Development | 20150526 | Fong, Justin | Consulting Associate | $310 | 4 | $1,240.00 | Henry Hub Daily Historical Futures data pull and enter into database |
| 1017869 | Gas Model Data and Development | 20150601 | Adamson, Seabron | Vice President | $675 | 2.4 | $1,620.00 | Gas model; futures vol data and analysis; |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1017870 | Gas Model Data and Development | 20150602 | Adamson, Seabron | Vice President | $675 | 2.2 | $1,485.00 | Work with J Fong on data analysis |
| 1017871 | Gas Model Data and Development | 20150603 | Adamson, Seabron | Vice President | $675 | 3.6 | $2,430.00 | Futures data and review of literature on futures as forecasts of commod prices |
| 1017872 | Gas Model Data and Development | 20150605 | Adamson, Seabron | Vice President | $675 | 1.3 | $877.50 | futures data analysis |
| 1017873 | Gas Model Data and Development | 20150609 | Adamson, Seabron | Vice President | $675 | 3 | $2,025.00 | analysis of gas data |
| 1017874 | Gas Model Data and Development | 20150610 | Adamson, Seabron | Vice President | $675 | 3 | $2,025.00 | analysis of gas data for model |
| 1017875 | Gas Model Data and Development | 20150611 | Adamson, Seabron | Vice President | $675 | 3 | $2,025.00 | analysis of gas data |
| 1017876 | Gas Model Data and Development | 20150612 | Adamson, Seabron | Vice President | $675 | 1.5 | $1,012.50 | gas data |
| 1017877 | Gas Model Data and Development | 20150630 | Adamson, Seabron | Vice President | $675 | 2 | $1,350.00 | futures as forecast model - background academic research |
| 1017878 | Gas Model Data and Development | 20150601 | Plewes, Jeffrey | Principal | $500 | 1.4 | $700.00 | budget preparation |
| 1017879 | Gas Model Data and Development | 20150602 | Plewes, Jeffrey | Principal | $500 | 4 | $2,000.00 | gas model review and QC |
| 1017880 | Gas Model Data and Development | 20150603 | Plewes, Jeffrey | Principal | $500 | 3.8 | $1,900.00 | gas model review and QC |
| 1017881 | Gas Model Data and Development | 20150617 | Plewes, Jeffrey | Principal | $500 | 2.5 | $1,250.00 | hpdi data review for decline curves |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1017882 | Gas Model Data and Development | 20150625 | Plewes, Jeffrey | Principal | $500 | 3.2 | $1,600.00 | apr may invoices, Fee App #2 |
| 1017883 | Gas Model Data and Development | 20150629 | Plewes, Jeffrey | Principal | $500 | 1.2 | $600.00 | fee app #2 preparation |
| 1017884 | Gas Model Data and Development | 20150603 | Fong, Justin | Consulting Associate | $310 | 4.5 | $1,395.00 | Formatting HH gas futures curve dataset for analysis in STATA |
| 1017885 | Gas Model Data and Development | 20150602 | Good, Courtney | Associate | $310 | 8.8 | $2,728.00 | gas model documentation of assumptions |
| 1017886 | Gas Model Data and Development | 20150603 | Good, Courtney | Associate | $310 | 9.1 | $2,821.00 | gas model documentation of assumptions and creation of project folder |
| 1017887 | Gas Model Data and Development | 20150604 | Good, Courtney | Associate | $310 | 4.7 | $1,457.00 | gas model documentation meeting |
| 1017888 | Gas Model Data and Development | 20150701 | Adamson, Seabron | Vice President | $675 | 2 | $1,350.00 | futures as forecast model - background academic research and data analysis |
| 1017889 | Gas Model Data and Development | 20150707 | Adamson, Seabron | Vice President | $675 | 1.3 | $877.50 | futures as predictor calcs and background |
| 1017890 | Gas Model Data and Development | 20150708 | Adamson, Seabron | Vice President | $675 | 2.2 | $1,485.00 | futures as predictor calcs and background |
| 1017891 | Gas Model Data and Development | 20150710 | Adamson, Seabron | Vice President | $675 | 1.6 | $1,080.00 | futures as predictor model development |
| 1017892 | Gas Model Data and Development | 20150713 | Adamson, Seabron | Vice President | $675 | 2.3 | $1,552.50 | Gas futures predictability analysis |
| 1017893 | Gas Model Data and Development | 20150714 | Adamson, Seabron | Vice President | $675 | 2.6 | $1,755.00 | Gas futures predictability analysis |

| 1017894 | Gas Model Data and Development | 20150717 | Adamson, Seabron | Vice President | $675 | 1.4 | $945.00 | Revew literature on futures as forecasts; model development |
| 1017895 | Gas Model Data and Development | 20150720 | Adamson, Seabron | Vice President | $675 | 1.3 | $877.50 | Gas vol and forecast analysis |
| 1017896 | Gas Model Data and Development | 20150721 | Adamson, Seabron | Vice President | $675 | 2.5 | $1,687.50 | Gas vol and forecast analysis; Stata data |
| 1017897 | Gas Model Data and Development | 20150722 | Adamson, Seabron | Vice President | $675 | 2.6 | $1,755.00 | Gas vol and forecast analysis; work on Stata model |
| 1017898 | General Meetings | 20150723 | Adamson, Seabron | Vice President | $675 | 1.4 | $945.00 | Mtg with FOS |
| 1017899 | Gas Model Data and Development | 20150727 | Adamson, Seabron | Vice President | $675 | 2 | $1,350.00 | gas futures data analysis |
| 1017900 | Gas Model Data and Development | 20150728 | Adamson, Seabron | Vice President | $675 | 2.6 | $1,755.00 | gas futures data analysis, model testing |
| 1017901 | Admin | 20150715 | Plewes, Jeffrey | Principal | $500 | 1.6 | $800.00 | fee app #2, project planning |
| 1017902 | Admin | 20150723 | Plewes, Jeffrey | Principal | $500 | 2.5 | $1,250.00 | invoice preparation |
| 1017903 | Admin | 20150729 | Plewes, Jeffrey | Principal | $500 | 3.5 | $1,750.00 | invoices through June. Fee App #2 |
| 1017904 | Admin | 20150803 | Adamson, Seabron | Vice President | $675 | 1.8 | $1,215.00 | Call with J Plewes; project management |
| 1017905 | Gas Model Data and Development | 20150804 | Adamson, Seabron | Vice President | $675 | 2.5 | $1,687.50 | Gas price analysis |
| 1017906 | Gas Model Data and Development | 20150810 | Adamson, Seabron | Vice President | $675 | 1 | $675.00 | Gas price analysis |
| 1017907 | Gas Model Data and Development | 20150811 | Adamson, Seabron | Vice President | $675 | 1.7 | $1,147.50 | Gas price analysis |

| 1017908 | Gas Model Data and Development | 20150812 | Adamson, Seabron | Vice President | $675 | 1.5 | $1,012.50 | Gas price analysis |
|---|---|---|---|---|---|---|---|---|
| 1017909 | Admin | 20150805 | Plewes, Jeffrey | Principal | $500 | 2 | $1,000.00 | Fee app #2 tables creation |
| 1017910 | Admin | 20150819 | Plewes, Jeffrey | Principal | $500 | 2.4 | $1,200.00 | Invoicing for July and fee app #2 |
| 1017911 | Admin | 20150825 | Plewes, Jeffrey | Principal | $500 | 1.8 | $900.00 | Invoice followups and Fee App preparation |
| 1017912 | Admin | 20150827 | Plewes, Jeffrey | Principal | $500 | 0.6 | $300.00 | Invoice followups and Fee App preparation |
| 1017913 | Gas Model Data and Development | 20150903 | Adamson, Seabron | Vice President | $675 | 2 | $1,350.00 | Analysis of gas prices for vol model |
| 1017914 | Gas Model Data and Development | 20150904 | Adamson, Seabron | Vice President | $675 | 2.6 | $1,755.00 | Analysis of gas prices for vol model |
| 1017915 | Gas Price Volatility | 20150909 | Adamson, Seabron | Vice President | $675 | 8 | $5,400.00 | Model of gas price variation |
| 1017916 | Gas Model Data and Development | 20150914 | Adamson, Seabron | Vice President | $675 | 1.2 | $810.00 | Gas price analysis, M Herce paper and model structure |
| 1017917 | Gas Model Data and Development | 20150918 | Adamson, Seabron | Vice President | $675 | 1.6 | $1,080.00 | Gas price analysis |
| 1017918 | Gas Model Data and Development | 20150922 | Adamson, Seabron | Vice President | $675 | 3.1 | $2,092.50 | Futures price econometrics model dev |
| 1017919 | Gas Model Data and Development | 20150923 | Adamson, Seabron | Vice President | $675 | 3.5 | $2,362.50 | Futures price econometrics model dev; proj management |
| 1017920 | Gas Model Data and Development | 20150930 | Adamson, Seabron | Vice President | $675 | 4.6 | $3,105.00 | Gas model development |
| 1017921 | Admin | 20150903 | Plewes, Jeffrey | Principal | $500 | 2 | $1,000.00 | Following up on invoices, resubmitting |
| 1017922 | Admin | 20150909 | Plewes, Jeffrey | Principal | $500 | 2.8 | $1,400.00 | Invoice tracking, Fee App #3 development |

| 1017923 | Admin | 20150911 | Plewes, Jeffrey | Principal | $500 | 2.4 | $1,200.00 | Continued invoicing and Fee App development |
| 1017924 | Admin | 20150917 | Plewes, Jeffrey | Principal | $500 | 3.1 | $1,550.00 | Second fee application, submitting all invoices |
| 1017925 | Gas Model Data and Development | 20151001 | Adamson, Seabron | Vice President | $675 | 4.1 | $2,767.50 | Gas model |
| 1017926 | Gas Model Data and Development | 20151002 | Adamson, Seabron | Vice President | $675 | 1.7 | $1,147.50 | Gas model |
| 1017927 | Gas Model Data and Development | 20151005 | Adamson, Seabron | Vice President | $675 | 8 | $5,400.00 | Gas model |
| 1017928 | Admin | 20151012 | Adamson, Seabron | Vice President | $675 | 0.8 | $540.00 | Gas price results; Call with J Plewes re project management |
| 1017929 | General Meetings | 20151013 | Adamson, Seabron | Vice President | $675 | 0.5 | $337.50 | Call with Alex Lawrence at MoFO |
| 1017930 | Admin | 20151001 | Plewes, Jeffrey | Principal | $500 | 1.5 | $750.00 | Continued invoicing and Fee App development |
| 1017931 | Admin | 20151009 | Plewes, Jeffrey | Principal | $500 | 2 | $1,000.00 | Monthly invoice & Fee App 2 |

## Exhibit C

## (Expense Summary)

| Category | Amount |
|---|---|
| Client Advance | |
| Document Reproduction | |
| Document Reproduction | |
| Deliveries | |
| Deposition | |
| Filing Fees | |
| Telephone/Internet | |
| Lodging | $    342.36 |
| On-Line Searches | |
| Meals | $     14.72 |
| Miscellaneous | |
| Subpoena/Summons | |
| Transcript of Proceedings | |
| Travel | $    923.79 |
| Transportation | |
| **Total** | **$1,280.87** |