# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Energy Future Holdings Corp., *et. al.*,[1]<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>Jointly Administered<br><br>Related to Docket No. 7383 & 7470<br><br>**USDC C.A. No. 15-1218 (RGA)** |

## APPELLANTS' STATEMENT OF ISSUES ON APPEAL AND DESIGNATION OF ITEMS TO BE INCLUDED ON THE RECORD ON APPEAL

Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure and Rule 8009-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, appellants Michael Cunningham, Joe Arabie, and Michelle Ziegelbaum (hereinafter collectively "Appellants"), respectfully submit this (i) statement of issues to be presented on appeal from 1) the Order Denying The Amended Motion For Application To This Proceeding And To Certify A Class (the "Class Certification Motion"), dated December 16, 2015, [Docket No. 7383] (the "Class Certification Order") of the U.S. Bankruptcy Court for the District of Delaware (Sontchi, J.) and (ii) designation of items to be included in the record on appeal.

### Statement of Issues to be Presented on Appeal

1.　　　　Did the Bankruptcy Court err in denying the Class Certification Motion, and in determining, among other things:

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

(a) that the motion to certify a class of persons who will, in the future, suffer injuries caused by prepetition exposure to the debtors' asbestos-containing products ("Unmanifested Asbestos Claimants") for the purpose of filing a class proof of claim was an impermissible "collateral attack" on the court's previous interlocutory order establishing a bar date, which was subsequently incorporated into the confirmation order, which order purports to discharge unmanifested asbestos claims for which a proof of claim was not filed before the bar date, while unsecured claims for which a proof of claim was timely filed would be reinstated;  ;

(b) that adequate due process was afforded to Unmanifested Asbestos Claimants, even though such claimants are unaware that they will suffer injuries or hold claims, and cannot be afforded constitutionally adequate notice, and even though no legal representative was appointed to protect the interests of such persons, no class of such claimants certified and allowed to file a class proof of claim on their behalf, or other safeguards of their rights adopted; and

(c) that an *ad hoc* retrospective review, on a case-by-case basis, of the claims of Unmanifested Asbestos Claimants who, post-confirmation, seek to recover from reorganized debtors for injuries from asbestos-related illnesses caused by exposure to the debtors' products, is superior to certifying a class and allowing the filing of a class proof of claim, such that the claims of such claimants would not be purportedly discharged and would be expressly reinstated, as a method of ensuring the due process rights of those claimants are preserved.

**Designation of Items to be Included in the Record on Appeal**

1. Declaration of Paul Keglevic, Executive Vice President, Chief Financial Officer, and Co-Chief Restructuring Officer of Energy Future Holdings Corp., et al., in Support of First Day Motions. [Docket No. 98];

2. Interim Order Directing Joint Administration of the Debtors' Chapter 11 Cases. [Docket No. 287];

3. Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H, , Sum of Schs, Decl Concerning Debtors Schs, Energy Futures Holdings Corp. [Docket No. 1237];

4. Statement of Financial Affairs for EFH Corporate Services Co. [Docket No. 1247];

5. Statement of Financial Affairs for LGST Gas Company LLC [Docket No. 1272];

6. Statement of Financial Affairs for EEC Holdings, Inc. [Docket No. 1250];

7. Statement of Financial Affairs for EECI, Inc. [Docket No. 1269];

8. Statement of Financial Affairs for LGST SACROC, Inc. [Docket No. 1276];

9. Schedules/Statements, Stmt of Financial Affairs, Filed by Energy Future Holdings Corp. [Docket No. 1345];

10. Motion to Establish Deadline to File Proofs of Claim (Motion of Energy Future Holdings Corp., et al., for Entry of an Order (A) Setting Bar Dates for Filing Non-Customer Proofs of Claim and Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, (B) Approving the Form and Manner of Non-Customer Proofs of Claim and Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, and (C) Approving Notice Thereof). [Docket No. 1682].

11. Motion for Leave (Debtors Motion for Leave to File and Serve a Late Reply in Response to Any Objection of a Group of Purported Asbestos Claimants Represented by Montgomery, McCracken, Walker & Rhoads, LLP to the "Motion of Energy Future Holdings Corp., et al., for Entry of an Order (A) Setting Bar Dates for Filing Non-Customer Proofs of Claim and Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, (B) Approving the Form of and Manner for Filing Non-Customer Proofs of Claim and Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, and (C) Approving Notice Thereof"). [Docket No. 1772];

12. Order Granting Leave to File and Serve a Late Reply in Response to Any Objection of a Group of Purported Asbestos Claimants Represented by Montgomery, McCracken, Walker & Rhoads, LLP to the "Motion of Energy Future Holdings Corp., et al., for Entry of an Order (A) Setting Bar Dates for Filing Non-Customer Proofs of Claim and Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, (B) Approving the Form of and Manner for Filing Non-Customer Proofs of Claim and Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, and (C) Approving Notice Thereof". [Docket No. 1782];

13. Objection of Certain Asbestos Claimants to the Motion of Energy Future Holdings Corp., et al., For Entry of an Order (A) Setting Bar Dates for Filing Non-Customer Proofs of Claim and Requests for Payment Under Section 503(B)(9) of Bankruptcy Code, (B) Approving the Form of and Manner for Filing Non-Customer Proofs of Claim and Requests for Payment Under Section 503(B)(9) of the Bankruptcy Code, and (C) Approving Notice Thereof. [Docket No. 1791];

14. Objection - Corrected of Certain Asbestos Claimants to the Motion of Energy Future Holdings Corp., et al., for Entry of an Order (A) Setting Bar Dates for Filing Non-Customer Proofs of Claim and Requests for Payment Under Section 503(B)(9) of the Bankruptcy Code, (B) Approving the Form of and Manner for Filing Non-Customer Proofs of Claim and Requests for Payment Under Section 503(B)(9) of the Bankruptcy Code, and (C) Approving Notice Thereof. [Docket No. 1796];

15. Debtors Reply in Support of Bar Date with Respect to Asbestos Claims. [Docket No. 1804];

16. Transcript for Hearings dated August 13 and August 14, 2015. [Docket No. 1945];

17. Brief - Supplemental of the Personal Injury Law Firms in Opposition to the Imposition of a Claims Bar Date Affecting Present and Future Asbestos Personal Injury Claimants. [Docket No. 1983];

18. Debtors Supplemental Brief in Support of Bar Date with Respect to Asbestos Claims). [Docket No. 1984];

19. Transcript of Hearing dated September 16, 2014. [Docket No. 2081];

20. Amended Schedules/Statements, Sch G, Decl Concerning Debtors Schs, Stmt of Financial Affairs, Filed by Energy Future Holdings Corp. [Docket No. 2146];

21. Transcript of Hearing dated October 28, 2014. [Docket No. 2701];

22. Opinion dated January 7, 2015. [Docket No. 3183];

Case 14-10979-CSS    Doc 7626    Filed 01/12/16    Page 5 of 10

23. Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code. [Docket No. 4142];

24. Disclosure Statement for the Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code. [Docket No. 4143];

25. Order (A) Scheduling Certain Hearing Dates and Deadlines, (B) Establishing Certain Protocols in Connection with the Confirmation of Debtors' Plan of Reorganization, and (C) Revising Certain Dates in the Disclosure Statement Scheduling Order. [Docket No. 4916];

26. Order (A) Setting Bar Date For Filing Asbestos Proofs of Claim, (B) Approving The Form of and Manner For Filing Asbestos Proofs of Claim, and (C) Approving Notice Thereof. Order Signed on 7/30/2015. [Docket No. 4916];

27. Order (A) Setting Bar Date For Filing Asbestos Proofs of Claim, (B) Approving The Form of and Manner for Filing Asbestos Proofs of Claim, and (C) Approving Notice Thereof. Order Signed on 7/15/2015. [Docket No. 4997];

28. Motion to Allow Appointment of Legal Representative to Represent the Interests of the Unmanifested Claimants Filed by Charlotte and Curtis Liberda. [Docket No. 5072];

29. Order (A) Setting Bar Date For Filing Asbestos Proofs of Claim, (B) Approving The Form of and Manner For Filing Asbestos Proofs of Claim, and (C) Approving Notice Thereof. Order Signed on 7/30/2015. [Docket No. 5171];

30. Joinder of Shirley Fenicle, as Successor-In-Interest To The Estate of George Fenicle, and David William Fahy To the Motion of Charlotte and Curtis Liberda to Appoint Legal Representative. [Docket No. 5194];

31. Objection (Objection of Energy Future Holdings Corp., et al., to the Motion of Charlotte Liberda and Curtis Liberda to Appoint Legal Representative and Joinder of Shirley Fenicle, as Successor-in-Interest to the Estate of George Fenicle, and David William Fahy to the Motion of Charlotte and Curtis Liberda to Appoint Legal Representative). [Docket No. 5209].

32. Motion of Energy Future Holdings Corp., et al., to Approve a Settlement of Litigation Claims and Authorize the Debtors to Enter into and Perform Under the Settlement Agreement. [Docket No. 5249];

5

33. Order Denying Motion of Charlotte Liberda and Curtis Liberda to Appoint Legal Representative. [Docket No. 5249];

34. Transcript Regarding Hearing Held 8/11/2015. [Docket No. 5275];

35. Objection of the EFH Official Committee to the Motion of Energy Future Holdings Corp., et al., for Entry of an Order (A) Approving the Disclosure Statement, (B) Establishing the Voting Record Date, Voting Deadline, and Other Dates, (C) Approving Procedures for Soliciting, Receiving, and Tabulating Vote on the Plan and for Filing Objections to the Plan, and (D) Approving the Manner and Forms of Notice and Other Related Documents (related document(s)[4144], [5244], [5246]) Filed by The Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. [Docket No. 5356];

36. Joinder of Fenicle and Fahy to The Objections of the EFH Official Committee of Unsecured Creditors to the Motion of Energy Future Holdings Corp., Et. Al., for Entry of an Order Approving the Disclosure Statement, et. al. [Docket No. 5361];

37. Notice of Filing of Revised Exhibit to Order in Connection with "Motion of Energy Future Holdings Corp., et al., to Approve a Settlement of Litigation Claims and Authorize the Debtors to Enter into and Perform Under the Settlement Agreement". [Docket No. 6085];

38. Debtors' Omnibus Reply to Objections to Disclosure Statement Motion. [Docket No. 6061];

39. Exhibit(s) (Notice of Filing of Revised Summary of Debtors Responses to Objections to the Disclosure Statement). [Docket No. 6114];

40. Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code. [Docket No. 6122];

41. Disclosure Statement for the Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code Filed by Energy Future Holdings Corp. [Docket No. 6124];

42. Plan Supplement for the Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code. [Docket No. 6544];

43. Trial Brief and Omnibus Objection of Fenicle and Fahy to (I) Motion of Energy Future Holdings Corp., *et al,* to Approve a Settlement of Litigation Claims and Authorize the Debtors to Enter Into and Perform Under the

       Settlement Agreement and (II) Confirmation of the Fifth Amended Joint Plan of Reorganization of Energy Future Holdings, Corp. *et al.,* Filed by Shirley Fenicle, as Successor-In-Interest to the Estate of George Fenicle, and David William Fahy. [Docket No. 6610];

44. Objection (Trial Brief and Omnibus Objection of the EFH Official Committee to (I) Motion of Energy Future Holdings Corp., et al., to Approve a Settlement of Litigation Claims and Authorize the Debtors to Enter into and Perform under the Settlement Agreement and (II) Confirmation of the Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code). [Docket No. 6627];

45. Debtors Memorandum of Law in Support of Confirmation of Joint Plan of Reorganization Filed by Energy Future Holdings Corp. [Docket No. 6647];

46. Declaration of Brenton A, Rogers, Esq. in Support of the Debtors' Memorandum of Law in Support of Confirmation of Joint Plan of Reorganization. [Docket No. 6648];

47. Transcript Regarding Hearing Held 10/26/2015. [Docket No. 6675];

48. Joint Stipulated Final Pre-Trial Order. (D.I. 6748);

49. Transcript Regarding Hearing Held 10/28/2015. [Docket No. 6767];

50. Omnibus Reply to Plan Confirmation Objections Filed by Energy Future Holdings Corp. [Docket No. 6817];

51. Declaration in Support of Brenton A. Rogers, Esq., in Support of the Debtors Omnibus Reply to Plan Confirmation Objections Filed by Energy Future Holdings Corp. [Docket No. 6818];

52. Exhibit(s) (Notice of Filing of Summary of Debtors Responses to Objections to the Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code). [Docket No. 6819];

53. Omnibus Reply in Support of Motion of Energy Future Holdings Corp, et al, to Approve a Settlement of Litigation Claims and Authorize the Debtors to Enter into and Perform Under the Settlement Agreement. [Docket No. 6820];

54. Declaration of Brenton A. Rogers, Esq. in Support of the Omnibus Reply in Support of Motion of Energy Future Holdings Corp, et al, to Approve a Settlement of Litigation Claims and Authorize the Debtors to Enter into and Perform Under the Settlement Agreement. [Docket No. 6824];

55. Transcript Regarding Hearing Held 11/03/2015. [Docket No. 6878];

56. Transcript Regarding Hearing Held 11/05/2015. [Docket No. 6920];

57. Motion to Approve (Motion for Application of Fed. R. Bankr. P. 7023 to this Proceeding and to Certify a Class Pursuant to FRCP Rule 23) Filed by Michelle Ziegelbaum, Michael Cunningham, Joe Arabie. [Docket No. 7151];

58. Transcript Regarding Hearing Held 11/25/2015. [Docket No. 7165];

59. Notice of Filing of Proposed Confirmation Order Filed by Energy Future Holdings Corp. [Docket No. 7180];

60. Motion to Approve (Amended Motion for Application of Fed. R. Bankr. P. 7023 to this Proceeding and to Certify a Class Pursuant to FRCP Rule 23) (related document(s)[7151]) Filed by Joe Arabie, Michael Cunningham, Michelle Ziegelbaum. [Docket No.7185];

61. Amended Chapter 11 Plan (Sixth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code). [Docket No. 7187];

62. Plan Supplement(First Amended Plan Supplement for the Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code). [Docket No. 7191];

63. Exhibit(s) (Notice of Filing of Further Updated Summary of Debtors Responses to Objections to the Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code). [Docket No. 7193];

64. Order Granting the Motion of Energy Future Holdings Corp., et al., to Approve a Settlement of Litigation Claims and Authorize the Debtors to Enter into and Perform Under the Settlement Agreement. [Docket No. 7243];

65. Order Confirming the Sixth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code. [Docket No. 7244];

66. Transcript Regarding Hearing Held 12/2/2015. [Docket No. 7254];

67. Transcript Regarding Hearing Held 12/3/2015. [Docket No. 7255];

68. Order (Amended) Confirming The Sixth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code. [Docket No. 7285];

69. Objection (Debtors Objection to "Amended Motion for Application of Fed. R. Bankr. P. 7023 to this Proceeding and to Certify a Class pursuant to FRCP 23"). [Docket No. 7289];

70. Declaration in Support (Declaration of Brenton A. Rogers, Esq. in Support of the Debtors Objection to Amended Motion for Application of Fed. R. Bankr. P. 7023 to this Proceeding and to Certify a Class Pursuant to FRCP Rule 23). [Docket No. 7290];

71. Joinder of Shirley Fenicle, as Successor-In-Interest to the Estate of George Fenicle, To The Amended Motion of Michael Cunningham, Joe Arabie and Michelle Ziegelbaum for Application of Fed. R. Bankr. P. 7023 to This Proceeding and to Certify a Class Pursuant to FRCP Rule 23. [Docket No. 7291];

72. Joinder to Debtors Objection to "Amended Motion for Application of Fed. R. Bankr. P. 7023 to this Proceeding and to Certifiy a Class pursuant to FRCP 23".[Docket No.7295];

73. Order Denying The Amended Motion For Application To This Proceeding And To Certify A Class. [Docket No. 7383];

74. Transcript Regarding Hearing Held 12/16/2015. [Docket No. 7407];

75. Notice of Appeal. [Docket No. 7470];

76. Clerk's Notice Regarding Filing of Appeal. [Docket No. 7473]; and

77. Transmittal of Record on Appeal to District Court (BAP 15-83). [Docket No. 7474].

### Certificate Regarding Transcripts

Pursuant to Rule 8009(b)(1)(A) of the Federal Rules of Bankruptcy Procedure, Appellant hereby files this certificate stating that Appellant is not ordering any transcripts. All transcripts have been prepared and are filed on the docket and are designated in the foregoing designation of the record.

Dated:  January 12, 2016

Respectfully submitted:

By: /s/ *Daniel K. Hogan*
Daniel K. Hogan (DE Bar # 2814)
**HOGAN♦McDANIEL**
1311 Delaware Avenue
Wilmington, Delaware  19806
Telephone:  (302) 656-7540
Facsimile: (302) 656-7599
dkhogan@dkhogan.com

-and-

Jeanne Mirer (NY Bar # 4546677)
Mirer Mazzocchi Schalet & Julien, PLLC
150 Broadway, Ste. 1200
New York, NY 10038
Telephone: (212) 231-2235
Facsimile: (212) 409-8338
Jeanne@jmirerlaw.com

*Counsel for Class Claimants Michael Cunningham, Joe Arabie, and Michelle Ziegelbaum*