IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |
|  | ) Re: D.I. 7450 |
|  | ) |

ORDER APPROVING STIPULATION AUTHORIZING THE
DEBTORS TO MAKE NON-SCHEDULED PAYMENTS TO KIRKLAND
& ELLIS LLP SUBJECT TO RESERVATION OF RIGHTS

Upon the *Notice of Stipulation Authorizing the Debtors to Make Non-Scheduled Payments to Kirkland & Ellis LLP Subject to Reservation of Rights*, dated December 23, 2015 [D.I. 7450] filed by the above-captioned debtors and debtors in possession (the "Debtors") and the Debtors' request (the "Requested Relief") that this court enter an order (this "Order"), (a) approving the Stipulation, attached hereto as **Exhibit 1** (the "Stipulation")[2], by and among (i) the Debtors, (ii) Kirkland, and (iii) the Fee Committee (collectively, the "Parties") and authorizing the Debtors to take any and all actions reasonably necessary to consummate, and to perform any and all obligations contemplated by the Stipulation; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

RLF1 13640447v.1

venue of this proceeding in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found the Debtors provided appropriate notice of the Requested Relief and the opportunity for a hearing on the Requested Relief under the circumstances; and the Court having reviewed the Stipulation and having heard the statements in support of the relief requested therein at a hearing before the Court, if any (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Requested Relief and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Requested Relief is **GRANTED** as set forth herein.

2. The Debtors are authorized and directed to pay amounts due under the December Monthly Fee Statement, the Fourth Interim Fee Application, and the Fifth Interim Fee Application on or before January 30, 2016, subject to the terms and exceptions set forth in the Stipulation.

3. Nothing in this Order shall prejudice the rights of the Fee Committee, the U.S. Trustee, or an Application Recipient (as defined in the Interim Compensation Order) to object to the December Monthly Fee Statement, Fourth Interim Fee Application,[3] or the Fifth Interim Fee Application on the terms and times as set forth in the Interim Compensation Order.

4. Kirkland reserves the right to include in future fee applications any professional time expended or expenses incurred during the period from May 1, 2015, through and including, December 31, 2015 not reflected in the Fourth Interim Fee Application and the Fifth Interim Fee Application, subject to the right of the Fee Committee or the U.S. Trustee to object based either on timeliness or reasonableness.

---

[3] The objection deadline for the Fourth Interim Fee Application for Application Recipients (other than the Fee Committee) passed as of November 6, 2015.

5.  The Parties to the Stipulation are authorized to execute, deliver, implement, and fully perform any and all obligations, instruments, documents, and papers and to take any and all actions reasonably necessary or appropriate to consummate, complete, execute, and implement the Stipulation in accordance with the terms and conditions thereof.

6.  Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, 9014, or otherwise, the terms and conditions of this Order shall be effective and enforceable immediately upon entry.

7.  In the event of any inconsistencies between this Order and the Stipulation, this Order shall govern in all respects.

8.  The Debtors are hereby authorized and empowered to take all actions necessary to implement the relief granted in this Order.

9.  The Court shall retain jurisdiction over any matter or disputes arising from or relating to the interpretation, implementation or enforcement of this Order.

Dated: January 12, 2016
Wilmington, Delaware

THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

3

RLF1 13640447v.1