# EXHIBIT 1

**Stipulation**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) Case No. 14-10979 (CSS) |
| Debtors.[1] | ) (Jointly Administered) |

### STIPULATION AUTHORIZING
### THE DEBTORS TO MAKE NON-SCHEDULED PAYMENTS
### TO KIRKLAND & ELLIS LLP SUBJECT TO RESERVATION OF RIGHTS

This stipulation (the "Stipulation") is made and entered into by and between Kirkland & Ellis LLP and Kirkland & Ellis International LLP (collectively, "Kirkland"), the above-captioned debtors and debtors in possession (collectively, the "Debtors"), and the fee review committee (the "Fee Committee") (each individually a "Party" and, collectively, the "Parties"). The Parties hereby stipulate and agree as follows:

### Recitals

A. **WHEREAS**, in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [D.I. 2066] (the "Interim Compensation Order") and the *Stipulation and Order Appointing a Fee Committee* [D.I. 1896] (the "Fee Committee Order"), Kirkland generally files (1) on a monthly basis, statements seeking compensation for services rendered and reimbursement of expenses incurred during the preceding month (each, a "Monthly Fee Statement") and (2) approximately every 120 days, an

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 13593402v.1

interim fee application for allowance of compensation and reimbursement of expenses incurred during the preceding 120-day period (each, an "Interim Fee Application")—all subject to Court review and approval on an interim and final basis;

B. **WHEREAS**, under the Interim Compensation Order, each Monthly Fee Statement can be filed on or after the 21st day of each month following the month for which monthly compensation is sought. Moreover, each Monthly Fee Statement requires a 21-day objection period. Upon the expiration of such 21-day period, if no objection is filed, the requesting professional may file a certificate of no objection with the Court, authorizing the Debtors to pay 80% of the fees and 100% of the expenses requested in the applicable Monthly Fee Statement;

C. **WHEREAS**, Kirkland filed the *Fourth Interim Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the Period From May 1, 2015 Through and Including August 31, 2015* (the "Fourth Interim Fee Application"), on October 15, 2015 [D.I. 6484], which—if uncontested—is scheduled to be heard at the February 18, 2016 fee hearing;

D. **WHEREAS**, consistent with the aforementioned timeline, the earliest Kirkland can file (1) the Monthly Fee Statement for the period ending December 31, 2015 (the "December Monthly Fee Statement") is January 21, 2016, with an objection period ending on February 11, 2016; and (2) the fifth Interim Fee Application for the period from September 1, 2015, through and including December 31, 2015 (the "Fifth Interim Fee Application") is January 21, 2016;

E. **WHEREAS**, under the Fee Committee Order, the Fee Committee generally completes the initial Fee Committee report within 105 days after the end of the 120-day interim compensation period, subject to extension. This results in a report deadline of approximately

April 15, 2016, and ultimately a hearing on the Fifth Interim Fee Application by approximately June 2016. As a result, the 20% holdback of fees incurred for services rendered in 2015 will likely remain unpaid until midway through the next year;

F.   **WHEREAS**, Kirkland has a fiscal year end of January 31, 2016.  Strict adherence to the notice and objection periods set forth in the Interim Compensation Order and the Fee Committee Order would only allow Kirkland to collect 80% of fees and 100% of expenses for work incurred from September 2015 through November 2015 and none of the fees or expenses incurred in December 2015 by January 31, 2016;

G.   **WHEREAS**, in preparation for the fiscal year end, Kirkland has requested that the Debtors seek authority to make payments to Kirkland for services through December 31, 2015, on a modified schedule—specifically payments due under the December Monthly Fee Statement, the Fourth Interim Fee Application, and the Fifth Interim Fee Application—by January 31, 2016;

H.   **WHEREAS**, the Fee Committee has agreed to join Kirkland's request as set forth in this Stipulation, recognizing Kirkland's services as Debtors' counsel and its unique circumstances but reserving all of the Fee Committee's rights and those of the U.S. Trustee; and

I.   **WHEREAS**, the Debtors, the U.S. Trustee, the Fee Committee, and any other party-in-interest will have a full opportunity to object to the amounts requested in the December Monthly Fee Statement, the Fourth Interim Fee Application, and the Fifth Interim Fee Application, and any reductions (whether agreed upon or ordered by the Court) with respect to amounts paid in connection with this Stipulation will be applied to amounts to be paid in connection with a future Interim Fee Application or final fee application filed by Kirkland; provided, however, that the Fee Committee may designate—and the Debtors need not pay—any

3

amount in the December Monthly Fee Statement, the Fourth Interim Fee Application, and the Fifth Interim Fee Application that on their face contravene the standards established by the Fee Committee or, with respect to the Fourth Interim Fee Application, remain in dispute between Kirkland and the Fee Committee.

**NOW, THEREFORE**, it is hereby stipulated and agreed, by and among Kirkland, the Debtors, and the Fee Committee, and upon entry of an order approving the stipulation, **ORDERED**:

1. Kirkland will file the December Monthly Fee Statement and the Fifth Interim Fee Application on or before January 21, 2016.

2. The Debtors are authorized and directed to pay amounts due under the December Monthly Fee Statement, the Fourth Interim Fee Application, and the Fifth Interim Fee Application on or before January 30, 2016—with the exceptions noted above.

3. Nothing herein shall prejudice the rights of the Fee Committee, the U.S. Trustee, or an Application Recipients (as defined in the Interim Compensation Order) to object to the December Monthly Fee Statement, Fourth Interim Fee Application,[2] or the Fifth Interim Fee Application on the terms and times as set forth in the Interim Compensation Order.

4. Any agreed upon or Court ordered reduction of amounts requested in the December Monthly Fee Statement, the Fourth Interim Fee Application, or the Fifth Interim Fee Application shall be deducted from the sixth Interim Fee Application (for the period from January 1, 2016, through and including, April 30, 2016).

5. Kirkland reserves the right to include in future fee applications—any professional time expended or expenses incurred during the period from May 1, 2015, through and including,

---

[2] The objection deadline for the Fourth Interim Fee Application for Application Recipients (other than the Fee Committee) passed as of November 6, 2015.

December 31, 2015 not already reflected in the Fourth Interim Fee Application and the Fifth Interim Fee Application, subject to the right of the Fee Committee or the U.S. Trustee to object based either on timeliness or reasonableness.

[*Signature pages follow.*]

Dated:  December 23, 2015
        Wilmington, Delaware

/s/ Jason M. Madron
--------------------------------
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:       collins@rlf.com
             defranceschi@rlf.com
             madron@rlf.com

Co-Counsel to the Debtors and Debtors in Possession

-and-

/s/ Edward O. Sassower
--------------------------------
Edward O. Sassower
as President of Edward O. Sassower, P.C., as Partner of Kirkland & Ellis LLP; and as Partner of Kirkland & Ellis International LLP

/s/ Brady C. Williamson
-------

**PHILLIPS, GOLDMAN & SPENCE, P.A.**
Stephen A. Spence
Stephen W. Spence
1200 N. Broom Street
Wilmington, Delaware 19806
Telephone: (302) 655-4200
Facsimile: (302) 655-4210
Email: acb@pgslaw.com
          sws@pgslaw.com

-and-

**GODFREY & KAHN, S.C.**
Brady C. Williamson (admitted *pro hac vice*)
One East Main Street, Suite 500
Madison, WI 53703
Telephone: (608) 257-3911
Facsimile: (608) 257-0609
Email: bwilliam@gklaw.com

Co-Counsel to the Fee Committee

RLF1 13593402v.1