# EXHIBIT A

Energy Future Holdings Corp.
First Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| Allied Electronics Inc. | 3312 | Response filed on 12/10/14. [Docket No. 2964]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| Allied Electronics Inc. | 3313 | Response filed on 12/10/14. [Docket No. 2964]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| Emerson Network Power Liebert Services | 3297 | Response filed on 12/10/14. [Docket No. 2970]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| Koetter Fire Protection of Austin, LLC | 3118 | Response filed on 12/5/14. [Docket No. 2950]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

# EXHIBIT B

Energy Future Holdings Corp.
Third Omnibus (Non-Substantive) Objection to Claims

## Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| BETTS, BARBARA | 3831 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| CAESAR, RUTH | 5630 | Response filed on January 5, 2015. [Docket No. 3171]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| DELGADO, MARIA NAVEJAR | 2004 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| GUY, MASON | 2738 | Response filed on December 29, 2014. [Docket No. 3153]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| KEYES, SUSAN | 2891 | Response filed on December 31, 2014. [Docket No. 3164]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| NEAL, KATHEY | 1499 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| NEDD-JOHNSON, NANNETTE | 2021 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| OLBRISH, KIMBERLEY | 669 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| SMITH, CYNTHIA | 1423 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

Energy Future Holdings Corp.
Third Omnibus (Non-Substantive) Objection to Claims

## Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| SOTO, MARIA | 428 | Informal response received. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

2

## EXHIBIT C

Energy Future Holdings Corp.
Fourth Omnibus (Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit 3 to Exhibit A** | | |
| Brinkley, Annie | 2345 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

13658174_1

# EXHIBIT D

Energy Future Holdings Corp.
Sixth Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| DE LA CERDA JR., JOSE F. | 1324 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| HAWKINS, MONICA R. | 1868 | Response filed on 1/27/15. [Docket No. 3386]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| MITCHELL, STEPHEN W. | 2636 | Response filed on 1/23/15. [Docket No. 3355]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| MOORE, DEBORAH D. | 3927 | Response filed on 1/23/15. [Docket No. 3352]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| ROBINSON, JOANN M. | 4959 | Response filed on 1/28/15. [Docket No. 3389]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| WOODS, SHANTA | 2899 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

1

# EXHIBIT E

Energy Future Holdings Corp.
Seventh Omnibus (Substantive) Objection to Claims

## Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| EDWARDS, DEANNA | 9922 | Response filed on 1/28/15. [Docket No. 3388]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| EDWARDS, GERALD | 9923 | Response filed on 1/28/15. [Docket No. 3388]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

1

**EXHIBIT F**

Energy Future Holdings Corp.
Eighth Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| BEARD JR., JACK ROGERS | 2304 | Response filed on February 11, 2015. [Docket No. 3511]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| GRIFFIN, LEO | 2191 | Response filed on February 9, 2015. [Docket No. 3498]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| MCCLAIN, JACKIE | 417 | Response filed on February 9, 2015. [Docket No. 3500]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| MORENO, JESUS | 2730 | Response filed on February 18, 2015. [Docket No. 3578]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

**EXHIBIT G**

Energy Future Holdings Corp.
Tenth Omnibus (Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| JOHNSON-CAULEY, MELVA D. | 2686 | Response filed on February 24, 2015. [Docket No. 3636]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

1

# EXHIBIT H

Energy Future Holdings Corp.
Twelfth Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| COVENEY, SANDI | 623 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| KAHLE, MARCIA | 1371 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| MATHEU, CHRISTINA | 1637 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| WASHINGTON, ROSE B S | 6162 | Response filed on March 27, 2015. [Docket No. 3998]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| WATSON, EVELYN | 1562 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

1

**EXHIBIT I**

Energy Future Holdings Corp.
Thirteenth Omnibus (Non-Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| ALLEN, GAYE | 3445 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| ALLEN, JUDY | 3619 | Response filed on April 14, 2015. [Docket No. 4154]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| BAILEY, NIKITA | 2014 | Response filed on April 14, 2015. [Docket No. 4153]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| BELL, MARILYN | 3368 | Response filed on April 14, 2015. [Docket No. 4152]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| CARTER, SHARRON DENISE | 5735 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| CORBELL, KARLA | 4435 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| COX, DONALD L | 2701 | Response filed on April 8, 2015. [Docket No. 4088]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| GARCIA, STELLA | 5228 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| HUGHES, JOAN H | 4465 | Response filed on April 14, 2015. [Docket No. 4150]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

1

Energy Future Holdings Corp.
Thirteenth Omnibus (Non-Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| MARRS, OPAL | 2252 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| PHILLIPS, MARY JAME | 844 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| PIPKIN, LORENZO III | 8052 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| SMALL, YOLANDA NICOLE | 4830 | Response filed on April 8, 2015. [Docket No. 4089]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| STEPHENSON, ALBERT | 3519 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| VAUGHN, TERETTA | 8063 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| VILLARREAL, TIMMY | 1520 | Response filed on April 10, 2015. [Docket No. 4114]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| WALKER, ROBERT | 3557 | Response filed on April 14, 2015. [Docket No. 4151]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| WILLIAMS, MELVIN | 3256 | Response filed on April 17, 2015. [Docket No. 4204]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

2

# EXHIBIT J

Energy Future Holdings Corp.
Fourteenth Omnibus (Substantive) Objection to Claims

**Exhibit A**

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| STEWART, KUK JA | 10003 | On December 16, 2015 the Court entered an order granting the objection in connection with this claim. |
| STEWART, KUK JA | 5739 | On December 16, 2015 the Court entered an order granting the objection in connection with this claim. |

1

RLF-13658754_1

# EXHIBIT K

Energy Future Holdings Corp.
Fifteenth Omnibus (Non-Substantive) Objection to Claims

## Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| MAURILLO, AMELIA | 4599 | Response filed on April 17, 2015. [Docket No. 4206]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

RLF-13658757_1

**EXHIBIT L**

Energy Future Holdings Corp.
Sixteenth Omnibus (Non-Substantive) Objection to Claims

## Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| KOVACH, AUSTIN | 9867 | Response filed on July 8, 2015. [Docket No. 4943]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| MYLES, JACQUELYN A | 9600 | Response filed on July 1, 2015. [Docket No. 4906]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| PHILLIPS, DONNA | 2226 | Response filed on June 30, 2015. [Docket No. 4896 & 4897]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| REDIC, CORA | 9919 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

**EXHIBIT M**

Energy Future Holdings Corp.
Seventeenth Omnibus (Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| EDWARDS, GERALD | 7659 | Response filed on July 8, 2015. [Docket No. 4942]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| ENGLISH, WAYNE | 9800 | Response filed on June 29, 2015. [Docket No. 4882]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| LAMMERS, LINDA | 251 | Response filed on July 2, 2015. [Docket No. 4919]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| RAILROAD MANAGEMENT, LLC, MANAGING AGENT | 7840 | Informal response received. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| RAILROAD MANAGEMENT, LLC, MANAGING AGENT | 7841 | Informal response received. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| RAILROAD MANAGEMENT, LLC, MANAGING AGENT | 7842 | Informal response received. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

1

**EXHIBIT N**

Energy Future Holdings Corp.
Eighteenth Omnibus (Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| SUNGARD CONSULTING SERVICES LLC | 5715 | Informal response received. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| SONAR CREDIT PARTNERS III, LLC | 5106 | Informal response received. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| HILDRETH, JOHN | 4230 | Informal response received. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

1

# EXHIBIT O

Energy Future Holdings Corp.
Nineteenth Omnibus (Non-Substantive) Objection to Claims

## Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| LEWIS, MELISSA C | 9698 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| CLYDE BERGEMANN POWER GROUP AMERICAS INC | 7853 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| INVENSYS SYSTEMS, INC. | 4478 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

1

**EXHIBIT P**

Energy Future Holdings Corp.
Twentieth Omnibus (Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| REXEL, INC. | 2961 | Response filed on July 31, 2015. [Docket No. 5195]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| REXEL, INC. | 2962 | Response filed on July 31, 2015. [Docket No. 5195]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| REXEL, INC. | 2963 | Response filed on July 31, 2015. [Docket No. 5195]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| REXEL, INC. | 2964 | Response filed on July 31, 2015. [Docket No. 5195]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| REXEL, INC. | 2965 | Response filed on July 31, 2015. [Docket No. 5195]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| REXEL, INC. | 2966 | Response filed on July 31, 2015. [Docket No. 5195]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| REXEL, INC. | 2967 | Response filed on July 31, 2015. [Docket No. 5195]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| REXEL, INC. | 2968 | Response filed on July 31, 2015. [Docket No. 5195]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

1

Energy Future Holdings Corp.
Twentieth Omnibus (Substantive) Objection to Claims

## Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| REXEL, INC. | 2970 | Response filed on July 31, 2015. [Docket No. 5195]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| REXEL, INC. | 2971 | Response filed on July 31, 2015. [Docket No. 5195]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| REXEL, INC. | 2972 | Response filed on July 31, 2015. [Docket No. 5195]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

2

**EXHIBIT Q**

Energy Future Holdings Corp.
Twenty-First Omnibus (Substantive) Objection to Claims

## Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| CLYDE BERGEMANN POWER GROUP AMERICAS INC | 7854 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| LHOIST NORTH AMERICA OF TEXAS LTD | 3960 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| LHOIST NORTH AMERICA OF TEXAS, LTD | 3962 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| HCL AMERICA, INC | 6072 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| HCL AMERICA, INC | 6074 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| HCL AMERICA, INC | 6075 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| MASTERCRAFT PRINTED PRODUCTS | 7963 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| MASTERCRAFT PRINTED PRODUCTS | 7964 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| MASTERCRAFT PRINTED PRODUCTS | 7966 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| MASTERCRAFT PRINTED PRODUCTS | 7968 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

1

Energy Future Holdings Corp.
Twenty-First Omnibus (Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| MASTERCRAFT PRINTED PRODUCTS | 7972 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| MASTERCRAFT PRINTED PRODUCTS | 7973 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| MASTERCRAFT PRINTED PRODUCTS & SERVICES | 7876 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| MASTERCRAFT PRINTED PRODUCTS & SERVICES | 7967 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| MASTERCRAFT PRINTED PRODUCTS & SERVICES | 7970 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| MASTERCRAFT PRINTED PRODUCTS & SERVICES | 7971 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| TANNOR PARTNERS CREDIT FUND LP | 3637 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| MASTERCRAFT PRINTED PRODUCTS & SERVICES | 7871 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| MASTERCRAFT PRINTED PRODUCTS & SERVICES | 7872 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| MASTERCRAFT PRINTED PRODUCTS & SERVICES | 7873 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

2

Energy Future Holdings Corp.
Twenty-First Omnibus (Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| MASTERCRAFT PRINTED PRODUCTS & SERVICES | 7874 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| MASTERCRAFT PRINTED PRODUCTS & SERVICES | 7875 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| MASTERCRAFT PRINTED PRODUCTS & SERVICES | 7877 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| TANNOR PARTNERS CREDIT FUND LP | 4684 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| REXEL, INC. | 5717 | Response filed on July 31, 2015. [Docket No. 5195]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

3

**EXHIBIT R**

Energy Future Holdings Corp.
Twenty Second (Non-Substantive) Objection to Claims

| Name of Creditor | Claim Number | Status of Claim |
|---|---|---|
| GLOBAL TECHNICAL TRAINING SERVICES INC. | 3736 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtor once a hearing date is scheduled. |

2016.1.11 Claim Chart re 22nd Omnibus Claims (2016.1.14 Hearing)

**EXHIBIT S**

Energy Future Holdings Corp.
Twenty Third (Substantive) Objection to Claims

| Name of Creditor | Claim Number | Status of Claim |
|---|---|---|
| FLANDERS ELECTRIC INC. | 1862 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtor once a hearing date is scheduled. |
| FLANDERS ELECTRIC INC. | 1863 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtor once a hearing date is scheduled. |
| FLANDERS ELECTRIC INC. | 1866 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtor once a hearing date is scheduled. |
| TANNOR PARTNERS CREDIT FUND LP | 2221 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtor once a hearing date is scheduled. |
| REDDY ICE CORP. (transferred to Liquidity Solutions, Inc.) | 3250 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtor once a hearing date is scheduled. |
| SUNGARD CONSULTING SERVICES LLC | 5714 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtor once a hearing date is scheduled. |

**EXHIBIT T**

Energy Future Holdings Corp.
Twenty-Fifth Omnibus (Substantive) Objection to Claims

## Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| FLUOR ENTERPRISES, INC. | 7777 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| FLUOR ENTERPRISES, INC. | 7778 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| FLUOR ENTERPRISES, INC. | 7779 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

1

**EXHIBIT U**

Energy Future Holdings Corp.
Twenty-Sixth Omnibus (Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| FLUOR ENTERPRISES, INC. DBA FLUOR GLOBAL | 7776 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| FLUOR ENTERPRISES, INC. DBA FLUOR GLOBAL | 7774 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| FLUOR ENTERPRISES, INC. DBA FLUOR GLOBAL | 7775 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

1

**EXHIBIT V**

Energy Future Holdings Corp.
Twenty Seventh (Non-Substantive) Objection to Claims

| Name of Creditor | Claim Number | Status of Claim |
|---|---|---|
| LHOIST NORTH AMERICA OF TEXAS, LTD | 3961 | Informal response received.  The hearing on this claim has been continued to a date to be determined.  The claimant will receive further notice from the Debtor once a hearing date is scheduled. |

# EXHIBIT W

Energy Future Holdings Corp.
Twenty Eighth (Substantive) Objection to Claims

| Creditor Name | Claim Number | Status of Claim |
|---|---|---|
| SHALE-INLAND HOLDINGS LLC | 1776 | Informal response received. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtor once a hearing date is scheduled. |
| AIRGAS USA, LLC | 3314 | Informal response received. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtor once a hearing date is scheduled. |
| DISTRIBUTION NOW L.P. | 5014 | Informal response received. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtor once a hearing date is scheduled. |
| REXEL, INC. | 5718 | Response filed on 9/2/15. [Docket No. 5838]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtor once a hearing date is scheduled. |
| BENETECH, INC. | 5776 | Response filed on 8/31/15. [Docket No. 5834]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtor once a hearing date is scheduled. |
| VERIZON WIRELESS | 6264 | Response filed on 8/31/15. [Docket No. 5802]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtor once a hearing date is scheduled. |
| CLYDE BERGEMANN POWER GROUP AMERICAS INC | 7852 | Informal response received. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtor once a hearing date is scheduled. |

**EXHIBIT X**

Energy Future Holdings Corp.
Thirty-Third Omnibus (Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| SETPOINT INTERGRATED SOLUTIONS | 3531 | Informal response received. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| DOYENNE CONSTRUCTORS, LLC | 1103 | Response filed on October 30, 2015. [Docket No. 6791]. Amended Response filed on October 30, 2015. [Docket No. 6792]. This claim has been resolved, no hearing is required. |
| STEWART, KUK JA | 10982 | Informal response received. On December 16, 2015 the Court entered an order granting the objection in connection with this claim. |

1

**EXHIBIT Y**

Energy Future Holdings Corp.
Thirty-Fourth Omnibus (Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| KNIFE RIVER CORPORATION - SOUTH | 5246 | Response filed on October 28, 2015. [Docket No. 6798]. Informal response received. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| API SYSTEMS GROUP INC | 4018 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled.  The hearing on this claim will go forward. |
| 5DT INC. | 3429 | Informal response received. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

1

**EXHIBIT Z**

## Summary of Outstanding and Resolved Contract Assumption Items

| | | Outstanding Objections and Informal Inquiries | | | |
|---|---|---|---|---|---|
| Informal Reference and D.I. | Ref # on Contract Assumption List | Contract Name | Parties | Outstanding Issues | Efforts to Resolve |
| Oracle [D.I. 6592] | • 1899 | • Software License Agreement dated 2/10/1997 | • Oracle Corporation; Luminant Energy Company | • Parties reviewing recovered invoices. | • Debtors and Oracle will continue to work together to determine the correct cure amount. |
| | • 1900 | • Software License and Support Agreement dated 3/6/2014 | | | |
| | • 1902 | • Services Agreement dated 2/28/2008 | • Oracle America, Inc.; EFH Corporate Service Company | | |
| Tannor Partners [D.I. 6687] | • N/A | • N/A | • N/A | • Tannor Partners purchased certain claims and wants to ensure its claims unrelated to plan supplement items are preserved. | • Counsel has provided assurance to Tannor that its unrelated claims are preserved.<br><br>• Tannor Partners is still reviewing and expects to confirm its objection is resolved prior to February 18, 2016. |
| Liberty Mutual [D.I. 6678] | • 2155 | • Insurance Policy - General Liability | • Liberty Mutual/Safeco; Luminant Mining Co. | • Liberty Mutual filed a limited objection to preserve its rights while it identified the contracts being assumed through the plan supplement. | • Liberty has provided further invoices related to its agreement. |
| Markit [Informal] | • 1594 | • Services Agreement dated 2/26/2014 | • Markit Group Limited; EFH Corporate Services | • Cure amount disagreement | • Parties are continuing to review invoices and contracts. |

## Outstanding Objections and Informal Inquiries

| Informal Reference and D.I. | Ref # on Contract Assumption List | Contract Name | Parties | Outstanding Issues | Efforts to Resolve |
|---|---|---|---|---|---|
| Integrated Power Services (IPS) | | | Company | | |

## Outstanding Conditional Assumptions

| Informal Reference | Ref # on Conditional Assumption List | Contract Name | Parties | Outstanding Issues | Efforts to Resolve |
|---|---|---|---|---|---|
| Integrated Power Services (IPS) | • 11<br>• 12 | • Services Agreement dated 11/3/2003 plus amendments<br>• Services Agreement dated 3/30/2013 | • Integrated Power Services (IPS) | • The Debtors and IPS are working to finalize the amended agreement and will not be finalized until the new year.<br>• Updated contract details will be included in a revised plan supplement. | |

## Resolved Objections

| Informal Reference and D.I. | Ref # | Contract Name | Parties | Issue | Resolution |
|---|---|---|---|---|---|
| FLSmidth [D.I. 6592] | • Contract Rejection List # 74 | • Services Agreement dated 11/24/2003 plus amendments | • F.L. Smidth Airtech, Inc.; Luminant Generation Company LLC | • Contract included on conditional assumption exhibit | • Removed from conditional assumption exhibit and added to rejection exhibit. |
| Aetna [D.I. 6678] | • Contract Assumption List # 55 | • Dental Plan Services Agreement Dated 1/1/2008 | • Aetna, Inc.; Energy Future Holdings Corp. | • Required further assurance that postpetition payments would be made in the ordinary course | • Included language in confirmation order. |
| MoreTech [D.I. 6684] | • 1733 | • Services Agreement dated 12/1/2003 plus | • MoreTech; Luminant Generation Company LLC | • Cure amount disagreement. | • Revised cure amount. |

| Informal Reference and D.I. | Ref # | Contract Name | Resolved Objections | | |
|---|---|---|---|---|---|
| | | | Parties | Issue | Resolution |
| Michelin [D.I. 6681] | 1675 | • Supplier Agreement Dated 1/1/2014 amendments | • Michelin North America, Inc.; Luminant Mining Company LLC | • Cure amount disagreement. | • Resolved cure amount. |
| Cellco d/b/a Verizon [D.I. 6678] | 463 | • Services Agreement plus amendments | • Cellco Partnership; Energy Future Holdings Corp. | • Cure amount disagreement. | • Resolved cure amount. |
| Buffalo Industrial Supply [D.I. 6586] | 380 | • Services Agreement dated 1/1/2014. | • Buffalo Industrial Supply, Inc.; Luminant Mining Company LLC | • Cure amount disagreement. | • Resolved cure amount. |
| Pooled Equipment Inventory Company (PEICo) [D.I. 7125] | 1946 | • Services Agreement dated 3/15/1985 | • Pooled Equipment Inventory Company; Luminant Generation Company LLC | • Cure amount disagreement. | • Resolved cure amount. |
| Salesforce [D.I. 6679] | 2163 | • Software License and Support Agreement dated 9/17/2010 | • Salesforce.com, Inc.; TXU Energy Retail Company | • Cure amount disagreement. | • Resolved cure amount. |

3

| | | Resolved Conditional Assumptions | | |
|---|---|---|---|---|
| Informal Reference | Ref # on Conditional Assumption List | Contract Name | Parties | Outstanding Issues |
| GE Railcar Lease | • 13 | • Capital Lease | • TXU 2007-1 Leasing LLC; Texas Competitive Electric Holding Company | • The Debtors and GE have finalized and approve a revised contract.<br>• The Debtors may separately file a notice of assumption through their assumption procedures. |

4