## EXHIBIT A

**Statement of Fees and Expenses By Subject Matter**

| Description | Total Billed Hours | Total Fees |
|---|---|---|
| Chapter 11 General and Administrative | 0.70 | 514.50 |
| Plan and Disclosure | 278.10 | 235,252.00 |
| Tax Issues | 10.90 | 12,492.00 |
| Oncor Sale Process | 1.00 | 735.00 |
| Non-Working Travel | 21.50 | 10,063.00 |
| | | |
| **TOTAL** | **312.20** | **$259,056.50** |

SL1 1399010v1 109285.00005