## **EXHIBIT B**

### **Attorney and Paraprofessionals Information**

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Philip Gelston | Partner | 1979 | Corporate | 1200 | 71.60 | 81,720.00 |
| Andrew Needham | Partner | 1995 | Tax | 1200 | 9.70 | 11,640.00 |
| Michael Paskin | Partner | 1996 | Litigation | 1180 | 50.40 | 56,935.00 |
| Trevor Broad | Associate | 2009 | Litigation | 800 | 81.40 | 63,120.00 |
| Allison Wein | Associate | 2011 | Corporate | 735 | 2.20 | 1,617.00 |
| Antje Hagena | Associate | 2015 | Tax | 710 | 1.20 | 852.00 |
| Alexandra Larkin | Associate | 2015 | Litigation | 510 | 79.10 | 39,015.00 |
| Michael Kraus | Litigation Tech Mgr | N/A | Technical Litigation Support | 325 | 0.10 | 32.50 |
| Colin Sylvester | Litigation Support | N/A | Technical Litigation Support | 250 | 15.50 | 3,875.00 |
| Lauren Gorab | Litigation Support | N/A | Technical Litigation Support | 250 | 1.00 | 250.00 |
|  |  |  |  | **TOTAL** | **312.20** | **$259,056.50** |