# EXHIBIT C

## Summary of Actual and Necessary Expenses for the Fee Period

| Service Description | Amount |
|---|---|
| GROUND TRANSPORTATION | 141.44 |
| EXPENSES INCIDENT TO OVERTIME | 40.00 |
| BINDING/GRAPHICS/VIDEO | 1.19 |
| LOCAL PRINTING | 292.67 |
| CONF. CALL/VOICE/DATA | 6.91 |
| CLIENT BUSINESS TRANSPORTATION | 370.94 |
| DUPLICATING | 187.95 |
| CLIENT BUSINESS CONFERENCE DINING | 220.15 |
| ULTRAMAR TRAVEL | 2,012.00 |
| TRAVEL | 2,679.00 |
| BUSINESS MEALS | 411.00 |
| TRAVEL-A/P VOUCHER | -268.00 |
| MISCELLANEOUS | 350.00 |
| TOTAL | $6,445.25 |