# EXHIBIT D

## Detailed Description of Expenses and Disbursements

| Matter | Date | Name | Title | Description | Amount | Narrative |
|---|---|---|---|---|---|---|
| 011205-00003 | 11/2/2015 | MILLER, M | SECRETARIES | LOCAL PRINTING | 8.40 | 120 pages local printing 12:29:32 |
| 011205-00003 | 11/2/2015 | LARKIN, ALEXANDRA | ASSOCIATE | LOCAL PRINTING | 3.43 | 49 pages local printing 18:21:40 |
| 011205-00003 | 11/2/2015 | SYLVESTER, C | LIT PARA | LOCAL PRINTING | 0.49 | 7 pages local printing 11:47:02 |
| 011205-00003 | 11/3/2015 | LARKIN, ALEXANDRA | ASSOCIATE | LOCAL PRINTING | 0.28 | 4 pages local printing 20:04:05 |
| 011205-00003 | 11/3/2015 | LARKIN, ALEXANDRA | ASSOCIATE | GROUND TRANSPORTATION | 64.84 | Inv#4393183 V#LV14P3E1FE ETG M5   - 20:28 0.00 Cravath, 825 Eighth Avenue, New York, NY HOBOKEN, NJ NONE |
| 011205-00003 | 11/4/2015 | GELSTON, P A | PARTNER | CLIENT BUSINESS TRANSPORTATION | 16.28 | TAXI Local TRIP PURPOSE: Conference call RPT ID: 010010202221 |
| 011205-00003 | 11/4/2015 | MILLER, M | SECRETARIES | LOCAL PRINTING | 0.21 | 3 pages local printing 15:53:35 |
| 011205-00003 | 11/4/2015 | BROAD, TREVOR M. | ASSOCIATE | LOCAL PRINTING | 6.09 | 87 pages local printing 10:07:00 |
| 011205-00003 | 11/4/2015 | BROAD, TREVOR M. | ASSOCIATE | CONF. CALL/VOICE/DATA | 6.91 | Conference call by Trevor M. Broad |
| 011205-00003 | 11/4/2015 | LARKIN, ALEXANDRA | ASSOCIATE | LOCAL PRINTING | 9.94 | 142 pages local printing 09:29:38 |
| 011205-00003 | 11/5/2015 | BROAD, TREVOR M. | ASSOCIATE | LOCAL PRINTING | 2.10 | 30 pages local printing 11:05:03 |
| 011205-00003 | 11/5/2015 | BROAD, TREVOR M. | ASSOCIATE | GROUND TRANSPORTATION | 11.76 | TAXI Local TRIP PURPOSE: ride home RPT ID: 010010146278 |
| 011205-00003 | 11/9/2015 | BROAD, TREVOR M. | ASSOCIATE | LOCAL PRINTING | 5.88 | 84 pages local printing 10:49:32 |
| 011205-00003 | 11/9/2015 | SYLVESTER, C | LIT PARA | DUPLICATING | 25.76 | 368 copies, made on floor 38 in room 50 19:23:33 |
| 011205-00003 | 11/9/2015 | SYLVESTER, C | LIT PARA | LOCAL PRINTING | 2.38 | 34 pages local printing 12:48:20 |
| 011205- | 11/10/2015 | BROAD, | ASSOCIATE | LOCAL PRINTING | 1.47 | 21 pages local |

**Detailed Description of Expenses and Disbursements Continued-Exhibit D**

| Matter | Date | Name | Title | Description | Amount | Narrative |
|---|---|---|---|---|---|---|
| 00003 | | TREVOR M. | | | | printing 18:58:41 |
| 011205-00003 | 11/10/2015 | SYLVESTER, C | LIT PARA | LOCAL PRINTING | 1.12 | 16 pages local printing 08:42:57 |
| 011205-00003 | 11/11/2015 | GONZALEZ, R M | SECRETARIES | LOCAL PRINTING | 1.68 | 24 pages local printing 14:59:10 |
| 011205-00003 | 11/11/2015 | LARKIN, ALEXANDRA | ASSOCIATE | LOCAL PRINTING | 6.44 | 92 pages local printing 18:06:31 |
| 011205-00003 | 11/11/2015 | SYLVESTER, C | LIT PARA | LOCAL PRINTING | 21.28 | 304 pages local printing 12:26:15 |
| 011205-00003 | 11/11/2015 | SYLVESTER, C | LIT PARA | DUPLICATING | 131.04 | 1872 copies, made on floor 38 in room 50 13:20:06 |
| 011205-00003 | 11/11/2015 | SYLVESTER, C | LIT PARA | BINDING/GRAPHICS/VIDEO | 0.42 | 16 copies, made on floor 38 in room 50 13:20:30 |
| 011205-00003 | 11/11/2015 | SYLVESTER, C | LIT PARA | BINDING/GRAPHICS/VIDEO | 0.56 | 8 copies, made on floor 18 in room 00 12:58:52 |
| 011205-00003 | 11/12/2015 | PASKIN, M A | PARTNER | CLIENT BUSINESS CONFERENCE DINING | 220.15 | Client Business Conf Dining, ticket #: 225540 |
| 011205-00003 | 11/12/2015 | LARKIN, ALEXANDRA | ASSOCIATE | LOCAL PRINTING | 11.20 | 160 pages local printing 09:22:53 |
| 011205-00003 | 11/13/2015 | BROAD, TREVOR M. | ASSOCIATE | LOCAL PRINTING | 5.53 | 79 pages local printing 10:38:09 |
| 011205-00003 | 11/16/2015 | MILLER, M | SECRETARIES | LOCAL PRINTING | 0.14 | 2 pages local printing 11:45:19 |
| 011205-00003 | 11/16/2015 | BROAD, TREVOR M. | ASSOCIATE | LOCAL PRINTING | 2.52 | 36 pages local printing 11:04:09 |
| 011205-00003 | 11/16/2015 | BROAD, TREVOR M. | ASSOCIATE | ULTRAMAR TRAVEL | 503.00 | Pas: CREMENS,CHARLES, tckt # 0000218701 ULTR TrvlDT: 11/18/15 Class: Business Class From: NEW YORK/PENN STA To: WILMINGTON Carrier: AMTRAK |

**Detailed Description of Expenses and Disbursements Continued-<u>Exhibit D</u>**

| Matter | Date | Name | Title | Description | Amount | Narrative |
|---|---|---|---|---|---|---|
| 011205-00003 | 11/16/2015 | BROAD, TREVOR M. | ASSOCIATE | ULTRAMAR TRAVEL | 503.00 | Pas: BROAD,TREVOR MO, tckt # 0000218721 ULTR TrvlDT: 11/18/15 Class: Business Class From: NEW YORK/PENN STA To: WILMINGTON Carrier: AMTRAK |
| 011205-00003 | 11/16/2015 | BROAD, TREVOR M. | ASSOCIATE | EXPENSES INCIDENT TO OVERTIME | 20.00 | SWEB ticket #: 1675383636 - Just Salad (Worldwide Plaza) |
| 011205-00003 | 11/16/2015 | LARKIN, ALEXANDRA | ASSOCIATE | LOCAL PRINTING | 26.11 | 373 pages local printing 16:01:18 |
| 011205-00003 | 11/16/2015 | LARKIN, ALEXANDRA | ASSOCIATE | GROUND TRANSPORTATION | 64.84 | Inv#1052519 V#LV11S3F1DF CTG M5 - LAR 21:09 0.00 Cravath, 825 Eighth Avenue, New York, NY HOBOKEN, NJ NONE |
| 011205-00003 | 11/16/2015 | LARKIN, ALEXANDRA | ASSOCIATE | EXPENSES INCIDENT TO OVERTIME | 20.00 | SWEB ticket #: 1675422267 - Just Salad (Worldwide Plaza) |
| 011205-00003 | 11/16/2015 | SYLVESTER, C | LIT PARA | LOCAL PRINTING | 39.34 | 562 pages local printing 17:35:39 |
| 011205-00003 | 11/16/2015 | SYLVESTER, C | LIT PARA | DUPLICATING | 18.13 | 259 copies, made on floor 18 in room 00 19:35:26 |
| 011205-00003 | 11/17/2015 | BROAD, TREVOR M. | ASSOCIATE | LOCAL PRINTING | 0.14 | 2 pages local printing 16:06:46 |
| 011205-00003 | 11/17/2015 | LARKIN, ALEXANDRA | ASSOCIATE | LOCAL PRINTING | 1.75 | 25 pages local printing 18:01:15 |
| 011205-00003 | 11/17/2015 | LARKIN, ALEXANDRA | ASSOCIATE | ULTRAMAR TRAVEL | 503.00 | Pas: LARKIN,ALEXANDR, tckt # 0000218801 ULTR TrvlDT: 11/18/15 Class: Business Class From: NEW YORK/PENN |

9

**Detailed Description of Expenses and Disbursements Continued-Exhibit D**

| Matter | Date | Name | Title | Description | Amount | Narrative |
|---|---|---|---|---|---|---|
| | | | | | | STA To: WILMINGTON Carrier: AMTRAK |
| 011205-00003 | 11/17/2015 | SYLVESTER, C | LIT PARA | LOCAL PRINTING | 0.70 | 10 pages local printing 10:27:17 |
| 011205-00003 | 11/17/2015 | SYLVESTER, C | LIT PARA | DUPLICATING | 13.02 | 186 copies, made on floor 18 in room 00 21:03:07 |
| 011205-00003 | 11/18/2015 | GELSTON, P A | PARTNER | TRAVEL | 190.00 | RAIL TRAVEL CLASS: Business ,CITIES VISITED: Wilmington, Delaware ,TICKET NO: C0B312 TRIP PURPOSE: Attend trial RPT ID: 010010451915 |
| 011205-00003 | 11/18/2015 | GELSTON, P A | PARTNER | TRAVEL | 350.00 | LODGING Hotel DuPont TRIP PURPOSE: Attend trial CITIES VISITED: Wilmington, Delaware RPT ID: 010010451915 |
| 011205-00003 | 11/18/2015 | GELSTON, P A | PARTNER | BUSINESS MEALS | 12.00 | MEALS: HOTEL - LUNCH BUSINESS PURPOSE: Attend trial VENUE: The Green Room CITIES VISITED: Wilmington, Delaware ATTENDEES CRAVATH: Philip Gelston RPT ID: 010010451915 |

10

**Detailed Description of Expenses and Disbursements Continued-Exhibit D**

| Matter | Date | Name | Title | Description | Amount | Narrative |
|---|---|---|---|---|---|---|
| 011205-00003 | 11/18/2015 | GELSTON, PA | PARTNER | BUSINESS MEALS | 280.00 | MEALS: DINNER BUSINESS PURPOSE: Dinner meeting VENUE: La Fia CITIES VISITED: Wilmington ATTENDEES CRAVATH: Philip Gelston, Michael Paskin, Trevor Broad, Alexandra Larkin GUESTS: Charles Cremens [EFIH], Richard Levin [Jenner & Block LLP], Vincent Lazar [Jenner & Block LLP] |
| 011205-00003 | 11/18/2015 | PASKIN, MA | PARTNER | TRAVEL | 350.00 | LODGING Hotel DuPont TRIP PURPOSE: Prep and testimony of C. Cremens. CITIES VISITED: Wilmington, DE RPT ID: 010010365168 |
| 011205-00003 | 11/18/2015 | PASKIN, MA | PARTNER | TRAVEL | 458.00 | RAIL TRAVEL CLASS: Business ,CITIES VISITED: Wilmington, DE ,TICKET NO: 3209375579053 TRIP PURPOSE: Prep and testimony of C. Cremens. RPT ID: 010010344577 |

11

**Detailed Description of Expenses and Disbursements Continued-Exhibit D**

| Matter | Date | Name | Title | Description | Amount | Narrative |
|---|---|---|---|---|---|---|
| 011205-00003 | 11/18/2015 | PASKIN, M A | PARTNER | BUSINESS MEALS | 5.00 | MEALS: HOTEL - MEALS OTHER BUSINESS PURPOSE: Prep and testimony of C. Cremens. VENUE: Hotel DuPont CITIES VISITED: Wilmington, DE ATTENDEES CRAVATH: Michael Paskin RPT ID: 010010365168 |
| 011205-00003 | 11/18/2015 | PASKIN, M A | PARTNER | CLIENT BUSINESS TRANSPORTATION | 115.32 | Inv#1208909 V#A4301198   DIAL -M5    PAS 08:27 0.00 SCARSDALE, NY 825 8 AV, NEW YORK, NY NONE |
| 011205-00003 | 11/18/2015 | BROAD, TREVOR M. | ASSOCIATE | ULTRAMAR TRAVEL | 503.00 | Pas: CREMENS,CHARLES, tckt # 0000219341 ULTR TrvlDT: 11/18/15 Class: Business Class From: NEW YORK/PENN STA To: WILMINGTON Carrier: AMTRAK |
| 011205-00003 | 11/18/2015 | BROAD, TREVOR M. | ASSOCIATE | TRAVEL-A/P VOUCHER | -268.00 | TICKET # 3209375579772 |
| 011205-00003 | 11/18/2015 | LARKIN, ALEXANDRA | ASSOCIATE | LOCAL PRINTING | 4.27 | 61 pages local printing 10:33:13 |
| 011205-00003 | 11/18/2015 | SYLVESTER, C | LIT PARA | LOCAL PRINTING | 41.86 | 598 pages local printing 08:17:55 |
| 011205-00003 | 11/18/2015 | SYLVESTER, C | LIT PARA | BINDING/GRAPHICS/VIDEO | 0.21 | 3 copies, made on floor 38 in room 50 09:31:43 |
| 011205-00003 | 11/18/2015 | GORAB, L | LIT PARA | LOCAL PRINTING | 87.85 | 1255 pages local printing 08:34:16 |

**Detailed Description of Expenses and Disbursements Continued-Exhibit D**

| Matter | Date | Name | Title | Description | Amount | Narrative |
|---|---|---|---|---|---|---|
| 011205-00003 | 11/19/2015 | GELSTON, PA | PARTNER | TRAVEL | 268.00 | RAIL TRAVEL CLASS: Business ,CITIES VISITED: Wilmington, Delaware ,TICKET NO: 3220735601800 TRIP PURPOSE: Attend trial RPT ID: 010010451915 |
| 011205-00003 | 11/19/2015 | GELSTON, PA | PARTNER | BUSINESS MEALS | 29.00 | MEALS: HOTEL - LUNCH BUSINESS PURPOSE: Attend trial VENUE: The Green Room CITIES VISITED: Wilmington, Delaware ATTENDEES CRAVATH: Philip Gelston RPT ID: 010010451915 |
| 011205-00003 | 11/19/2015 | MILLER, M | SECRETARIES | LOCAL PRINTING | 0.07 | 1 pages local printing 12:43:43 |
| 011205-00003 | 11/19/2015 | PASKIN, MA | PARTNER | TRAVEL | 350.00 | LODGING Hotel DuPont TRIP PURPOSE: Prep and testimony of C. Cremens. CITIES VISITED: Wilmington, DE RPT ID: 010010365168 |
| 011205-00003 | 11/19/2015 | PASKIN, MA | PARTNER | BUSINESS MEALS | 25.00 | MEALS: HOTEL - BREAKFAST BUSINESS PURPOSE: Prep and testimony of C. Cremens. VENUE: Green Room CITIES VISITED: Wilmington, DE ATTENDEES CRAVATH: Michael Paskin RPT ID: 010010365168 |

13

**Detailed Description of Expenses and Disbursements Continued-Exhibit D**

| Matter | Date | Name | Title | Description | Amount | Narrative |
|---|---|---|---|---|---|---|
| 011205-00003 | 11/19/2015 | PASKIN, M A | PARTNER | CLIENT BUSINESS TRANSPORTATION | 135.66 | Inv#59105 V#NP640139  VIP DEA  -78545 CRE 15:30 0.00 920 N. KING STREET, WILMINGTON, DE NONE |
| 011205-00003 | 11/19/2015 | PASKIN, M A | PARTNER | CLIENT BUSINESS TRANSPORTATION | 103.68 | Inv#1208909 V#A4260341   DIAL M3  -    PAS 20:19 0.00 230 W 31, NEW YORK, NY SCARSDALE, NY NONE |
| 011205-00003 | 11/19/2015 | BROAD, TREVOR M. | ASSOCIATE | TRAVEL | 13.00 | TAXI Out of Town TRIP PURPOSE: Trial site appearance with P. Gelston, M. Paskin, and A. Larkin. CITIES VISITED: Wilmington, Delaware RPT ID: 010010323404 |
| 011205-00003 | 11/19/2015 | BROAD, TREVOR M. | ASSOCIATE | TRAVEL | 350.00 | LODGING Hotel DuPont TRIP PURPOSE: Trial site appearance for Alex Larkin's room. CITIES VISITED: Wilmington, DE RPT ID: 010010323404 |
| 011205-00003 | 11/19/2015 | BROAD, TREVOR M. | ASSOCIATE | BUSINESS MEALS | 60.00 | MEALS: LUNCH BUSINESS PURPOSE: Trial site appearance. VENUE: Hotel DuPont Green Point CITIES VISITED: Wilmington, DE ATTENDEES CRAVATH: Trevor Broad, Michael Paskin, Philip Gelston, Alexandra Larkin RPT ID: |

14

**Detailed Description of Expenses and Disbursements Continued-<u>Exhibit D</u>**

| Matter | Date | Name | Title | Description | Amount | Narrative |
|---|---|---|---|---|---|---|
| | | | | | | 010010323404 |
| 011205-00003 | 11/20/2015 | BROAD, TREVOR M. | ASSOCIATE | TRAVEL | 350.00 | LODGING Hotel DuPont TRIP PURPOSE: Trial site appearance. CITIES VISITED: Wilmington, DE RPT ID: 010010323404 |
| 011205-00003 | 11/20/2015 | BROAD, TREVOR M. | ASSOCIATE | MISCELLANEOUS | 350.00 | HOTEL - MISCELLANEOUS, Early Departure Fee TRIP PURPOSE: Trial site appearance. CITIES VISITED: Wilmington, DE RPT ID: 010010323404 |
| | | | | | **$6,445.25** | |

SL1 1399010v1 109285.00005