IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
|  | ) **Re: D.I. 74, 859** |

## NOTICE REGARDING EXTENSION OF MATURITY
## DATE OF THE EFIH FIRST LIEN DIP FACILITY

The above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby file the following notice.

**PLEASE TAKE NOTICE THAT** on June 6, 2014, the United States Bankruptcy Court for the District of Delaware overseeing the Debtors' chapter 11 cases (the "Court") entered the *Final Order (A) Approving Postpetition Financing for Energy Future Intermediate Holding Company LLC and EFIH Finance Inc., (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Approving the Use of Cash Collateral By Energy Future Intermediate Holdings Company LLC and EFIH Finance Inc., (D) Authorizing the EFIH First Lien Repayment, (E) Authorizing Issuance of Roll-Up Debt to the Extent Authorized by the Settlement Orders, and (F) Modifying the Automatic Stay* [D.I. 859] (the "EFIH First Lien DIP Final Order"), authorizing certain of the Debtors, including Energy Future Intermediate Holding Company LLC and EFIH Finance, Inc. as Borrowers, to enter into the EFIH First Lien DIP

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Credit Agreement (as defined in the EFIH First Lien DIP Final Order and filed with the Bankruptcy Court under [D.I. 74]);[2]

**PLEASE TAKE FURTHER NOTICE THAT** under paragraph 23 of the EFIH First Lien DIP Final Order, the DIP Termination Date is the Maturity Date in the EFIH First Lien DIP Credit Agreement;

**PLEASE TAKE FURTHER NOTICE THAT** under the EFIH First Lien DIP Credit Agreement, the Maturity Date may be extended as requested by the Borrower and subject to the Borrower satisfying certain conditions precedent;

**PLEASE TAKE FURTHER NOTICE THAT** the Borrowers submitted a written notice on January 8, 2016 to the Administrative Agent, extending the Maturity Date to December 19, 2016 and certifying that any conditions precedent to extension have been satisfied as of January 8, 2016; and

**PLEASE TAKE FURTHER NOTICE THAT** on January 11, 2016, the Administrative Agent confirmed the extension of the Maturity Date to December 19, 2016.

---

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the EFIH First Lien DIP Final Order and EFIH First Lien DIP Credit Agreement, as applicable.

RLF1 13668295v.1

Notice filed by:

ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC
EFIH FINANCE, INC.

By: /s/ *signature*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
          defranceschi@rlf.com
          madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    edward.sassower@kirkland.com
          stephen.hessler@kirkland.com
          brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    james.sprayregen@kirkland.com
          marc.kieselstein@kirkland.com
          chad.husnick@kirkland.com
          steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*