# EXHIBIT A

**Professional Fees and Expenses**
**Monthly Fee Statement**

| Applicant | Fee Statement Period, Filing Date, & Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| Jenner & Block LLP<br><br>919 Third Avenue New York, NY 10022 | Sixth Monthly Fee Statement<br><br>11/01/2015 through 11/30/2015<br><br>Docket No. 7434 | $132,912.50 | $5,717.91 | 01/12/2016 | $106,330.00 | $5,717.91 | $26,582.50 |

SL1 1399184v1 109285.00005