# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Christopher S. Sontchi
## #6

Calendar Date: 01/15/2016
Calendar Time: 11:00 AM ET

2nd Revision 01/15/2016 07:23 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7379888 | Van Beckwith | 214-953-6505 | Baker Botts LLP | Interested Party, Hunt Utility Services / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7382337 | Peg A. Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Dow Jones & Co. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7382428 | Mark A. Cody | (312) 269-4392 | Jones Day | Creditor, Oncor Electric Delivery Holdings Company LLC / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7379889 | Kent Collier | (212) 588-8890 | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7378688 | Warren Haskel | (212) 446-4800 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings, Corp. / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7378701 | Jason M. Madron | (302) 651-7793 | Richards, Layton & Finger, P.A. | Debtor, Energy Future Holding Corp. / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7379880 | Pauline K. Morgan | (302) 571-6707 | Young, Conaway Stargatt & Taylor, LLP | Representing, Ad Hoc Committee of TCEH First Lien Creditors / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7378943 | Marc B. Roitman | (212) 408-5100 | Chadbourne & Parke LLP | Interested Party, Nextera Energy / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 (14-5079 7) | Hearing | 7379414 | Foteini Teloni | (212) 848-4579 | Shearman & Sterling LLP | Creditor, Deutsche Bank / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 (15-5138 6) | Hearing | 7379894 | Jason Liberi | (302) 651-3239 | Skadden, Arps, Slate, Meagher & Flom, LLP | Defendant(s), Texas Transmission Investment LLC / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 (15-5138 6) | Hearing | 7379878 | R. Stephen McNeill | (302) 984-6171 | Potter Anderson & Corroon LLP | Interested Party, Deutsche Bank / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 (15-5138 6) | Hearing | 7379870 | Meredith Pfister | (212) 412-1368 | Barclays Bank PLC | Interested Party, Barclays Bank PLC / LISTEN ONLY |

| Case | Type | CourtCall ID | Name | Phone | Firm | Party |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 (15-5138 6) | Hearing | 7378350 | Jeffrey M. Schlerf | (302) 622-4212 | Fox Rothschild LLP | Intervenor, Ovation Acquisition I, LLC and Ovation Acquisition II, LLC / LIVE |
| Energy Future Holdings Corp. | 14-10979 (15-5138 6) | Hearing | 7378576 | J. Christopher Shore | 212-819-8394 | White & Case LLP | Interested Party, Ad Hoc Group of TCEH Unsecured Noteholders / LIVE |
| Energy Future Holdings Corp. | 14-10979 (15-5138 6) | Hearing | 7378593 | Erin Smith | (212) 819-2595 | White & Case LLP | Interested Party, Ad Hoc Group of TCEH Unsecured Noteholders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (15-5138 6) | Hearing | 7379955 | Gregory Taylor | 302-654-1888 | Ashby & Geddes | Interested Party, Wilmington Savings Fund Society / LIVE |
| Energy Future Holdings Corp. | 14-10979 (15-5138 6) | Hearing | 7379897 | Carl Tullson | (312) 407-0379 | Skadden Arps Slate Meagher & Flom (Chicago) | Defendant(s), Texas Transmission Investment LLC / LIVE |
| Energy Future Holdings Corp. | 14-10979 (15-5138 6) | Hearing | 7379992 | Jason C. Vigna | (212) 735-3000 | Skadden Arps Slate Meagher & Flom (New York) | Defendant(s), Texas Transmission Investment LLC / LIVE |