# **EXHIBIT A**

**Professional Fees and Expenses**
**Monthly Fee Statement**

| Applicant | Fee Statement Period, Filing Date, & Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| Stevens & Lee, P.C. 919 N. Market St. Suite 1300 Wilmington, DE 19801 | Twelfth Monthly Fee Statement<br><br>11/01/2015 through 11/30/2015<br><br>D.I. 7451 | $53,602.50 | $64.90 | 1/13/2016 | $42,882.00 | $64.90 | $10,720.50 |

SL1 1399261v1 109285.00006