Jeanmarie Baer, 09832700
PERDUE, BRANDON, FIELDER,
COLLINS & MOTT, L.L.P.
P. O. BOX 8188
Wichita Falls, TX 76307
(940) 723-4323
FAX (940) 723-8553
jbaer@pbfcm.com

ATTORNEY FOR MONTAGUE COUNTY APPRAISAL DISTRICT

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE | § IN PROCEEDINGS UNDER |
| | § CHAPTER 11 OF THE |
| TEXAS UTILITIES ELECTRIC CO | § BANKRUPTCY ACT |
| | § |
| DEBTOR | § NO. 14-11045 |

**WITHDRAWAL OF CLAIM NO: 9847 FOR TAXES OF THE CITY OF BOWIE &
BOWIE INDEPENDENT SCHOOL DISTRICT**

Claimant, MONTAGUE COUNTY APPRAISAL DISTRICT filed Secured Claim Number 9847 for Taxes of the CITY OF BOWIE & BOWIE INDEPENDENT SCHOOL DISTRICT in the amount of $95.58. Claimant wishes to withdraw this claim since the Taxpayer does not own the property.

Respectfully,

PERDUE, BRANDON, FIELDER,
COLLINS & MOTT, L.L.P.
(940) 723-4323, FAX: (940) 723-8553
jbaer@pbfcm.com

By _____
Jeanmarie Baer
Bar No: 09832700



RECEIVED

JAN 1 5 2016

LEGAL SERVICES

PerdueBrandonFielderCollins&Mott LLP
ATTORNEYS AT LAW

P.O. BOX 8188
WICHITA FALLS, TEXAS 76307

TO:

EPIQ BANKRUPTCY SOLUTIONS LLC
PO BOX 4470
BEAVERTON OR 97005