Jeanmarie Baer, 09832700
PERDUE, BRANDON, FIELDER,
COLLINS & MOTT, L.L.P.
P. O. BOX 8188
Wichita Falls, TX 76307
(940) 723-4323
FAX (940) 723-8553
jbaer@pbfcm.com

ATTORNEY FOR BURKBURNETT INDEPENDENT SCHOOL DISTRICT

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE | § IN PROCEEDINGS UNDER |
| | § CHAPTER 11 OF THE |
| ENERGY FUTURE HOLDINGS CORP. | § BANKRUPTCY ACT |
| | § |
| DEBTOR | § NO. 14-10979 |

## WITHDRAWAL OF CLAIM NO: 9833 FOR TAXES OF BURKBURNETT INDEPENDENT SCHOOL DISTRICT

Claimant, BURKBURNETT INDEPENDENT SCHOOL DISTRICT filed Secured Claim Number 9833 for Taxes of BURKBURNETT INDEPENDENT SCHOOL DISTRICT in the amount of $387.25. Claimant wishes to withdraw this claim since the Taxpayer does not own the property.

Respectfully,

PERDUE, BRANDON, FIELDER,
COLLINS & MOTT, L.L.P.
(940) 723-4323, FAX: (940) 723-8553
jbaer@pbfcm.com

By: _____
Jeanmarie Baer
Bar No: 09832700



```
02 1P           $ 001.20⁰
0001946735   JAN 11 2016
MAILED FROM ZIP CODE 76301
```

**RECEIVED**

JAN 1 5 2016

**LEGAL SERVICES**

PerdueBrandonFielderCollins&Mott LLP
ATTORNEYS AT LAW

P.O. BOX 8188
WICHITA FALLS, TEXAS 76307

TO:

EPIQ BANKRUPTCY SOLUTIONS LLC
PO BOX 4470
BEAVERTON OR 97005

NORTH TEXAS P&DC
DALLAS TX 750
TUE 12 JAN 2016
AFSM 4/1 01:17:34

**RECEIVED**

JAN 1 5 2016

**LEGAL SERVICES**