Jeanmarie Baer, 09832700
PERDUE, BRANDON, FIELDER,
COLLINS & MOTT, L.L.P.
P. O. BOX 8188
Wichita Falls, TX 76307
(940) 723-4323
FAX (940) 723-8553
jbaer@pbfcm.com

ATTORNEY FOR COOKE COUNTY APPRAISAL DISTRICT

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE | § IN PROCEEDINGS UNDER |
| | § CHAPTER 11 OF THE |
| ENERGY FUTURE HOLDINGS CORP. | § BANKRUPTCY ACT |
| | § |
| DEBTOR | § NO. 14-10979 |

### WITHDRAWAL OF CLAIM NO: 9830 FOR TAXES OF THE COOKE COUNTY APPRAISAL DISTRICT

Claimant, COOKE COUNTY APPRAISAL DISTRICT filed Secured Claim Number 9830 for Taxes of the COOKE COUNTY APPRAISAL DISTRICT in the amount of $3763.29. Claimant wishes to withdraw this claim since the Taxpayer does not own the property.

Respectfully,

PERDUE, BRANDON, FIELDER,
COLLINS & MOTT, L.L.P.
(940) 723-4323, FAX: (940) 723-8553
jbaer@pbfcm.com

By_____
Jeanmarie Baer
Bar No: 09832700



**RECEIVED**

JAN 15 2016

**LEGAL SERVICES**

PerdueBrandonFielderCollins&Mott LLP
ATTORNEYS AT LAW
P.O. BOX 8188
WICHITA FALLS, TEXAS 76307

TO:

EPIQ BANKRUPTCY SOLUTIONS LLC
PO BOX 4470
BEAVERTON OR 97005