Jeanmarie Baer, 09832700
PERDUE, BRANDON, FIELDER,
COLLINS & MOTT, L.L.P.
P. O. BOX 8188
Wichita Falls, TX 76307
(940) 723-4323
FAX (940) 723-8553
jbaer@pbfcm.com

ATTORNEY FOR CITY VIEW INDEPENDENT SCHOOL DISTRICT

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE | § IN PROCEEDINGS UNDER |
| | § CHAPTER 11 OF THE |
| ENERGY FUTURE HOLDINGS CORP. | § BANKRUPTCY ACT |
| | § |
| DEBTOR | § NO. 14-10979 |

### WITHDRAWAL OF CLAIM NO: 9829 FOR TAXES OF CITY VIEW INDEPENDENT SCHOOL DISTRICT

Claimant, CITY VIEW INDEPENDENT SCHOOL DISTRICT filed Secured Claim Number 9829 for Taxes of CITY VIEW INDEPENDENT SCHOOL DISTRICT in the amount of $1037.60. Claimant wishes to withdraw this claim since the Taxpayer does not own the property.

Respectfully,

PERDUE, BRANDON, FIELDER,
COLLINS & MOTT, L.L.P.
(940) 723-4323, FAX: (940) 723-8553
jbaer@pbfcm.com

By: [signature]
Jeanmarie Baer
Bar No: 09832700



```
02 1P        $ 001.20⁰
0001946735  JAN 11 2016
MAILED FROM ZIP CODE 76301
```

RECEIVED

JAN 1 5 2016

LEGAL SERVICES

**PerdueBrandonFielderCollins&Mott LLP**
ATTORNEYS AT LAW

P.O. BOX 8188
WICHITA FALLS, TEXAS 76307

TO:

EPIQ BANKRUPTCY SOLUTIONS LLC
PO BOX 4470
BEAVERTON OR 97005