# PerdueBrandonFielderCollins&Mott LLP
## ATTORNEYS AT LAW

P.O. BOX 8188
WICHITA FALLS, TEXAS 76301
TELEPHONE 940-723-4323
FAX 940-723-8553
www.pbfcm.com

Jeanmarie Baer
ATTORNEY AT LAW
jbaer@pbfcm.com

January 11, 2016

Filed: USBC - District of Delaware
Energy Future Holdings Corp. (COR)
14-10979(CSS)

0000001526

EPIQ BANKRUPTCY SOLUTIONS LLC
PO BOX 4470
BEAVERTON OR 97005

**RECEIVED**

**JAN 1 8 2016**

**LEGAL SERVICES**

Re: Case No. 14-10979
In re: Energy Future Holdings Corp.

Dear Claims Processing Agent:

Enclosed are an original and copies of a Withdrawal of Claim in the above case. Please file the original and return the copies with your file mark affixed.

Enclosed is a self-addressed and stamped envelope for your convenience.

If you have any questions regarding these requests, please do not hesitate to call me at (800) 525-2481. Thank you for your assistance in this matter.

Respectfully,

*Lenore Veresh*

Lenore Veresh,
Legal Assistant to Jeanmarie Baer

Jeanmarie Baer, 09832700
PERDUE, BRANDON, FIELDER,
COLLINS & MOTT, L.L.P.
P. O. BOX 8188
Wichita Falls, TX 76307
(940) 723-4323
FAX (940) 723-8553
jbaer@pbfcm.com

ATTORNEY FOR BOWIE INDEPENDENT SCHOOL DISTRICT

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE | § IN PROCEEDINGS UNDER |
| | § CHAPTER 11 OF THE |
| ENERGY FUTURE HOLDINGS CORP. | § BANKRUPTCY ACT |
| | § |
| DEBTOR | § NO. 14-10979 |

### WITHDRAWAL OF CLAIM NO: 9840 FOR TAXES OF BOWIE INDEPENDENT SCHOOL DISTRICT

Claimant, BOWIE INDEPENDENT SCHOOL DISTRICT filed Secured Claim Number 9840 for Taxes of the BOWIE INDEPENDENT SCHOOL DISTRICT in the amount of $95.58. Claimant wishes to withdraw this claim since the Taxpayer does not own the property.

Respectfully,

PERDUE, BRANDON, FIELDER,
COLLINS & MOTT, L.L.P.
(940) 723-4323, FAX: (940) 723-8553
jbaer@pbfcm.com

By_____
Jeanmarie Baer
Bar No: 09832700



02 1P     **$ 001.20⁰**
0001946735   JAN 11 2016
MAILED FROM ZIP CODE 76301

**RECEIVED**

JAN 1 8 2016

**LEGAL SERVICES**

PerdueBrandonFielderCollins&Mott LLP
ATTORNEYS AT LAW

P.O. BOX 8188
WICHITA FALLS, TEXAS 76307

TO:

EPIQ BANKRUPTCY SOLUTIONS LLC
PO BOX 4470
BEAVERTON OR 97005