IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

<u>IN RE: ENERGY FUTURE HOLDINGS, et al.</u>

| | | |
|---|---|---|
| KENNETH R. STEWART, (PRO-SE), | ) | |
| | ) | |
| Appellant, | ) | Civil Action No.  15-1213 UNA |
| v. | ) | |
| | ) | |
| ENERGY FUTURE HOLDINGS, et al., | ) | |
| | ) | |
| Appellees. | ) | Bankruptcy Case No. 14-10979 (CSS) |
| | | BAP No.  15-82 |

**<u>NOTICE OF DOCKETING</u>**

A Notice of Appeal of the following orders of the Bankruptcy Court dated 12/16/15 docketed in the District Court on <u>12/29/15</u>:

    **ORDER (SECOND) SUSTAINING DEBTOR'S THIRTY-THIRD OMNIBUS OBJECTION - DATED 12/16/15**

    **ORDER (SECOND) SUSTAINING DEBTOR'S FOURTEENTH OMNIBUS OBJECTION - DATED 12/16/15**

In accordance with the Standing Order of the Court dated September 11, 2012, this case shall be referred to a United States Magistrate Judge to determine the appropriateness of mediation. Briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office. Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

Upon the request of a Judge or a mediator, counsel shall supply paper copies of the designated record.

                                                                                   John A. Cerino

                                                                                   Clerk of Court

Date:   December 29, 2015

To:     U.S. Bankruptcy Court

         Counsel & Kenneth R. Stewart