# **<u>EXHIBIT A</u>**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

**THIRTEENTH MONTHLY EXPENSE STATEMENT OF ALIXPARTNERS, LLP FOR REIMBURSEMENT FOR EXPENSES INCURRED AS RESTRUCTURING ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ENERGY FUTURE HOLDINGS CORPORATION, ENERGY FUTURE INTERMEDIATE HOLDING COMPANY, LLC, EFIH FINANCE INC., AND EECI, INC. FOR THE PERIOD FROM NOVEMBER 1, 2015 THROUGH NOVERMBER 30, 2015**

| | |
|---|---|
| **Name of Applicant** | AlixPartners LLP |
| Date of Appointment: | January 12, 2015, *nunc pro tunc* to November 20, 2014 |
| Period for which reimbursement is sought: | November 1, 2015 through November 30, 2015 |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $4,354.32 |

---

[1] The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

# Itemization of Disbursements Incurred

| INVOICE NUMBER | MATTER NAME | DATE | NAME OF TIMEKEEPER | EXPENSE CATEGORY | TOTAL | EXPENSE DESCRIPTION |
|---|---|---|---|---|---|---|
| 2074335-7 | 9021.00200 | 20151008 | Rule, Mark F | Lodging | $ 495.77 | Lodging Mark Rule Sheraton - New York 10/08/2015 - 10/09/2015 |
| 2074335-7 | 9021.00200 | 20151008 | Rule, Mark F | Meals & Tips | $ 50.00 | Meals & Tips Mark Rule - Dinner |
| 2074335-7 | 9021.00200 | 20151009 | Rule, Mark F | Meals & Tips | $ 16.22 | Meals & Tips Mark Rule - Breakfast |
| 2074335-7 | 9021.00200 | 20151013 | Pesch, Tom D | Cab Fare/Ground Transpor | $ 16.62 | Cab Fare/Ground Transportation Thomas Pesch Downtown to Lakeview |
| 2074335-7 | 9021.00200 | 20151015 | Pesch, Tom D | Meals & Tips | $ 20.00 | Meals & Tips Thomas Pesch - Dinner |
| 2074335-7 | 9021.00200 | 20151017 | Pesch, Tom D | Cab Fare/Ground Transpor | $ 6.69 | Cab Fare/Ground Transportation Thomas Pesch Downtown to Lakeview |
| 2074335-7 | 9021.00200 | 20151020 | Rule, Mark F | Lodging | $ 1,233.92 | Lodging Mark Rule Sheraton - New York 10/20/2015 - 10/22/2015 |
| 2074335-7 | 9021.00200 | 20151020 | Rule, Mark F | Meals & Tips | $ 45.49 | Meals & Tips Mark Rule - Dinner |
| 2074335-7 | 9021.00200 | 20151021 | Rule, Mark F | Meals & Tips | $ 42.43 | Meals & Tips Mark Rule - Breakfast |
| 2074335-7 | 9021.00200 | 20151022 | Rule, Mark F | Meals & Tips | $ 34.22 | Meals & Tips Mark Rule - Breakfast |
| 2074335-7 | 9021.00200 | 20151116 | Rule, Mark F | Airfare Service Charge | $ 9.00 | Airfare Service Charge Mark Rule |
| 2074335-7 | 9021.00200 | 20151116 | Rule, Mark F | Airfare Service Charge | $ 9.00 | Airfare Service Charge Mark Rule |
| 2074335-7 | 9021.00200 | 20151116 | Rule, Mark F | Airfare Service Charge | $ 9.00 | Airfare Service Charge Mark Rule |
| 2074335-7 | 9021.00200 | 20151116 | Rule, Mark F | Coach Airfare | $ 213.32 | Airfare Mark Rule 2015-11-22 ORD - PHL |
| 2074335-7 | 9021.00200 | 20151116 | Rule, Mark F | Airfare Change Fees | $ 49.00 | Airfare Change Fees Mark Rule |
| 2074335-7 | 9021.00200 | 20151117 | Rule, Mark F | Airfare Service Charge | $ 9.00 | Airfare Service Charge Mark Rule |
| 2074335-7 | 9021.00200 | 20151118 | Rule, Mark F | Coach Airfare | $ 155.22 | Airfare Mark Rule 2015-11-22 ORD - PHL |
| 2074335-7 | 9021.00200 | 20151118 | Rule, Mark F | Coach Airfare | $ 349.65 | Airfare Mark Rule 2015-11-19 ORD - PHL |
| 2074335-7 | 9021.00200 | 20151118 | Rule, Mark F | Airfare Service Charge | $ 10.00 | Airfare Service Charge Mark Rule |
| 2074335-7 | 9021.00200 | 20151118 | Rule, Mark F | Airfare Service Charge | $ 27.75 | Airfare Service Charge Mark Rule |
| 2074335-7 | 9021.00200 | 20151118 | Rule, Mark F | Airfare Service Charge | $ 27.75 | Airfare Service Charge Mark Rule |
| 2074335-7 | 9021.00200 | 20151118 | Rule, Mark F | Airfare Service Charge | $ 27.75 | Airfare Service Charge Mark Rule |
| 2074335-7 | 9021.00200 | 20151118 | Rule, Mark F | Coach Airfare | $ 68.10 | Airfare Mark Rule 2015-11-23 PHL - ORD |
| 2074335-7 | 9021.00200 | 20151119 | Rule, Mark F | Lodging | $ 439.00 | Lodging Mark Rule Hotel Dupont Company - Wilmington 11/19/2015 - 11/20/2015 |
| 2074335-7 | 9021.00200 | 20151119 | Rule, Mark F | Coach Airfare | $ 313.80 | Airfare Mark Rule 2015-11-19 PHL - ORD |
| 2074335-7 | 9021.00200 | 20151119 | Rule, Mark F | Airfare Service Charge | $ 9.00 | Airfare Service Charge Mark Rule |
| 2074335-7 | 9021.00200 | 20151119 | Rule, Mark F | Airfare Service Charge | $ 35.18 | Airfare Service Charge Mark Rule |
| 2074335-7 | 9021.00200 | 20151119 | Rule, Mark F | Cab Fare/Ground Transportatio | $ 183.30 | Cab Fare/Ground Transportation Mark Rule Airport to Courthouse |
| 2074335-7 | 9021.00200 | 20151119 | Rule, Mark F | Airfare Service Charge | $ 10.00 | Airfare Service Charge Mark Rule |
| 2074335-7 | 9021.00200 | 20151119 | Rule, Mark F | Cab Fare/Ground Transportatio | $ 40.35 | Cab Fare/Ground Transportation Mark Rule Office to Airport |
| 2074335-7 | 9021.00200 | 20151119 | Rule, Mark F | Cab Fare/Ground Transportatio | $ 90.74 | Cab Fare/Ground Transportation Mark Rule Courthouse to Airport |
| 2074335-7 | 9021.00200 | 20151119 | Rule, Mark F | Cab Fare/Ground Transportatio | $ 46.00 | Cab Fare/Ground Transportation Mark Rule O'Hare to Home |
| 2074335-7 | 9021.00200 | 20151120 | Rule, Mark F | Airfare Service Charge | $ 27.75 | Airfare Service Charge Mark Rule |
| 2074335-7 | 9021.00200 | 20151120 | Rule, Mark F | Meals & Tips | $ 40.00 | Meals & Tips Mark Rule - Dinner |
| 2074335-7 | 9021.00200 | 20151124 | Rule, Mark F | Airfare Service Charge | $ 10.00 | Airfare Service Charge Mark Rule |
| 2074335-7 | 9021.00200 | 20151124 | Rule, Mark F | Cab Fare/Ground Transportatio | $ 183.30 | Cab Fare/Ground Transportation Mark Rule No Show - Airport to Courthouse |
| | | | | TOTAL | $ 4,354.32 | |