**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|                                             |   |                            |
|---------------------------------------------|---|----------------------------|
| In re:                                      | ) | Chapter 11                 |
|                                             | ) |                            |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,     | ) | Case No. 14-10979 (CSS)    |
|                                             | ) |                            |
|                    Debtors.[1]              | ) | (Jointly Administered)     |
|                                             | ) |                            |
|                                             | ) |                            |

**NOTICE OF SETTLEMENT OF CERTAIN CLAIMS**

PLEASE TAKE NOTICE that, on September 9, 2015, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered the *Corrected Order Authorizing and Approving Settlement Procedures for Settling Certain Prepetition Claims and Causes of Action Brought By or Against the Debtors in a Judicial, Administrative, Arbitral or Other Action or Proceeding* [D.I. 5899] (the "Claims Settlement Order").

PLEASE TAKE FURTHER NOTICE that, pursuant to the Claims Settlement Order, the Bankruptcy Court, among other things, authorized and approved certain settlement procedures for settling certain prepetition claims and causes of action brought by or against the above-captioned debtors and debtors in possession (collectively, the "Debtors") in a judicial, administrative, arbitral, or other action or proceeding.

PLEASE TAKE FURTHER NOTICE that, on November 18, 2014, the Debtors filed the *Debtors' First Omnibus (Non-Substantive) Objection to (Amended and Superseded, Exact Duplicate, and Insufficient Documentation) Claims Pursuant to Section 502(b) of the*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

*Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1*
[D.I. 2808] (the "First Omnibus Claims Objection") objecting to certain proofs of claim filed against one or more of the Debtors.

PLEASE TAKE FURTHER NOTICE that, pursuant to the authority granted to them in the Claims Settlement Order, the Debtors hereby provide notice that they have fully and finally settled the claim set forth on **Exhibit A** hereto, which was subject to the First Omnibus Claims Objection.

PLEASE TAKE FURTHER NOTICE that, on June 16, 2015, the Debtors filed the *Debtors' Eighteenth Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1* [D.I. 4786] (the "Eighteenth Omnibus Claims Objection") objecting to certain proofs of claim filed against one or more of the Debtors.

PLEASE TAKE FURTHER NOTICE that, pursuant to the authority granted to them in the Claims Settlement Order, the Debtors hereby provide notice that they have fully and finally settled the claim set forth on **Exhibit B** hereto, which was subject to the Eighteenth Omnibus Claims Objection.

PLEASE TAKE FURTHER NOTICE that, on July 10, 2015, the Debtors filed the *Debtors' Nineteenth Omnibus (Non-Substantive) Objection to (Insufficient Documentation, Amended, and Wrong Debtor) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1* [D.I. 4970] (the "Nineteenth Omnibus Claims Objection") objecting to certain proofs of claim filed against one or more of the Debtors.

PLEASE TAKE FURTHER NOTICE that, pursuant to the authority granted to them in the Claims Settlement Order, the Debtors hereby provide notice that they have fully and finally settled the claims set forth on **Exhibit C** hereto, which were subject to the Nineteenth Omnibus Claims Objection.

PLEASE TAKE FURTHER NOTICE that, on June 16, 2015, the Debtors filed the *Debtors' Twentieth Omnibus (Substantive) Objection to (Substantive Duplicate and No Liability) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1* [D.I. 4972] (the "Twentieth Omnibus Claims Objection") objecting to certain proofs of claim filed against one or more of the Debtors.

PLEASE TAKE FURTHER NOTICE that, pursuant to the authority granted to them in the Claims Settlement Order, the Debtors hereby provide notice that they have fully and finally settled the claim set forth on **Exhibit D** hereto, which was subject to the Twentieth Omnibus Claims Objection.

PLEASE TAKE FURTHER NOTICE that, on July 10, 2015, the Debtors filed the *Debtors' Twenty-First Omnibus (Substantive) Objection to (Certain Improperly Asserted) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1* [D.I. 4974] (the "Twenty-First Omnibus Claims Objection") objecting to certain proofs of claim filed against one or more of the Debtors.

PLEASE TAKE FURTHER NOTICE that, pursuant to the authority granted to them in the Claims Settlement Order, the Debtors hereby provide notice that they have fully and finally settled the claims set forth on **Exhibit E** hereto, which were subject to the Twenty-First Omnibus Claims Objection.

PLEASE TAKE FURTHER NOTICE that, on October 16, 2015, the Debtors filed the *Debtors' Thirty-Third Omnibus (Substantive) Objection to Substantive Duplicate and No Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1* [D.I. 6499] (the "Thirty-Third Omnibus Claims Objection") objecting to certain proofs of claim filed against one or more of the Debtors.

PLEASE TAKE FURTHER NOTICE that, pursuant to the authority granted to them in the Claims Settlement Order, the Debtors hereby provide notice that they have fully and finally settled the claims set forth on **Exhibit F** hereto, which were subject to the Thirty-Third Omnibus Claims Objection.

PLEASE TAKE FURTHER NOTICE that, to the extent that the Debtors settle additional claims subject to pending claim objections pursuant to the authority granted to them in the Claims Settlement Order, the Debtors shall file a further notice with the Bankruptcy Court.

*[Remainder of page intentionally left blank.]*

Dated: January 19, 2016
    Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
        defranceschi@rlf.com
        madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    edward.sassower@kirkland.com
        stephen.hessler@kirkland.com
        brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    james.sprayregen@kirkland.com
        marc.kieselstein@kirkland.com
        chad.husnick@kirkland.com
        steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession