# **Exhibit A**

| Omnibus Objection to Which Claim is Subject | Claim No. | Claimant | Claimant Response D.I. |
|---|---|---|---|
| 1st (D.I. 2808) | 3118 | Koetter Fire Protection of Austin, LLC | 2950 |