# **Exhibit B**

RLF1 13669765v.1

| Omnibus Objection to Which Claim is Subject | Claim No. | Claimant | Claimant Response D.I. |
|---|---|---|---|
| 18th (D.I. 4786) | 5715 | SunGard Consulting | N/A |