# Exhibit C

| Omnibus Objection to Which Claim is Subject | Claim No. | Claimant | Claimant Response D.I. |
|---|---|---|---|
| 19th (D.I. 4970) | 7853 | Clyde Bergemann Power Group Americas Inc. | N/A |
| 19th (D.I. 4970) | 4478 | Invensys Systems | N/A |