# **Exhibit D**

| Omnibus Objection to Which Claim is Subject | Claim No. | Claimant | Claimant Response D.I. |
|---|---|---|---|
| 20th (D.I. 4972) | 2961-2968 and 2970-2972 | Rexel, Inc. | 5195 |

RLF1 13669765v.1