# Exhibit E

| Omnibus Objection to Which Claim is Subject | Claim No. | Claimant | Claimant Response D.I. |
|---|---|---|---|
| 21st (D.I. 4974) | 7871-7877, 7963, 7964, 7966-7968, and 7970-7973 | Mastercraft Printed Products & Services | N/A |
| 21st (D.I. 4974) | 5717 | Rexel, Inc. | 5195 |
| 21st (D.I. 4974) | 3960 and 3962 | Lhoist North America | N/A |
| 21st (D.I. 4974) | 7854 | Clyde Bergemann Power Group Americas Inc. | N/A |