# **Exhibit F**

| Omnibus Objection to Which Claim is Subject | Claim No. | Claimant | Claimant Response D.I. |
|---|---|---|---|
| 33rd (D.I. 6499) | 1103 | Doyenne Constructors | 6788, 6791, 6792 and 7156 |
| 33rd (D.I. 6499) | 3531 | Setpoint Integrated Solutions | N/A |