## EXHIBIT 1 to EXHIBIT A

**Modify Amount and Modify Priority Claims**

## ENERGY FUTURE HOLDINGS CORP., et al.

### EIGHTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Modify Amount and Modify Priority Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | SONAR CREDIT PARTNERS III, LLC AS ASSIGNEE OF ARBILL INDUSTRIES SUITE 208 80 BUSINESS PARK DRIVE ARMONK, NY 10504 | 5106 | Luminant Mining Company LLC | 503(b)(9) | $13,102.63 | Luminant Mining Company LLC | 503(b)(9) | $13,023.05 |
| | | | | | | Luminant Mining Company LLC | Unsecured | $10.48 |
| | | | | | | | Subtotal | $13,033.53 |

REASON FOR MODIFICATION: Modified amount reflects (1) adjustment for amount paid via check number 8000939916 on 4/21/2014 and (2) amount owed according to Debtors' books and records. Modified priority reflects goods that were received by the Debtor more than 20 days before the petition date, claims for which are ineligible for 503(b)(9) priority status.

| | | | | TOTAL | $13,102.63 | | TOTAL | $13,033.53 |

Page 1 of 1