# Exhibit A

## Miller & Chevalier Invoices



655 Fifteenth Street, N.W., Suite 900
Washington, D.C. 20005-5701
(202) 626-5800  FAX: (202) 626-5801
E.I.N. 52-1212890

| | |
|---|---|
| LEGAL SERVICES FOR: | Jeffrey J. Walker<br>Vice President, Associate General Counsel & Secretary<br>Energy Future Holdings<br>1601 Bryan Street, 43rd Floor<br>Dallas, TX  75201 |

| | | | |
|---|---|---|---|
| PERIOD: | September 2015 | INVOICE NO: | 337817 |
| | | CLIENT/MATTER NO.: | 869938.000018 |
| | | DATE: | October 23, 2015 |

FOR PROFESSIONAL SERVICES RENDERED
for the period ending September 30, 2015, in connection with:

▮▮▮▮▮▮▮▮▮▮

E-Bill: Serengeti

| | |
|---|---|
| Fees | $      142,463.75 |
| **Total Amount Due** | **$      142,463.75** |

Energy Future Holdings  
Page 2

Invoice No.337817  
Client/Matter No. 869938.000018  
October 23, 2015

## TIME DETAIL

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/01/15 | A. G. Provenzano | Calls regarding ▇▇▇; review ▇▇▇ regarding ▇▇▇. | 3.75 | 605.00 | $  2,268.75 |
| 09/01/15 | E. M. Sweeney | Coordinate with A. Provenzano regarding ▇▇▇; review guidance regarding same; coordinate with ▇▇▇ regarding ▇▇▇ agreement. | 1.50 | 580.00 | 870.00 |
| 09/02/15 | A. G. Provenzano | Calls regarding ▇▇▇; review ▇▇▇ materials; prepare response to ▇▇▇. | 4.75 | 605.00 | 2,873.75 |
| 09/02/15 | E. M. Sweeney | Coordinate with ▇▇▇ regarding ▇▇▇ issues; review ▇▇▇ analysis for ▇▇▇ and ▇▇▇ plans; attend ▇▇▇ conference call; review ▇▇▇ document; coordinate with ▇▇▇ regarding ▇▇▇ issues; coordinate with A. Rogers regarding research regarding ▇▇▇. | 8.00 | 580.00 | 4,640.00 |
| 09/02/15 | A. B. Rogers | Research guidance that clarifies the ▇▇▇ of a ▇▇▇ under ▇▇▇. | 3.75 | 435.00 | 1,631.25 |
| 09/03/15 | A. G. Provenzano | Prepare comments to ▇▇▇; prepare ▇▇▇; call with ▇▇▇; prepare emails to ▇▇▇. | 8.00 | 605.00 | 4,840.00 |
| 09/03/15 | E. M. Sweeney | Review and provide comments to ▇▇▇ and attachments; review and provide comments to ▇▇▇; coordinate with ▇▇▇ regarding ▇▇▇ issues. | 3.50 | 580.00 | 2,030.00 |
| 09/03/15 | N. Wamsley * | Discuss requirements for ▇▇▇ with A. Provenzano; complete ▇▇▇. | 2.00 | 330.00 | 660.00 |
| 09/04/15 | A. G. Provenzano | Prepare ▇▇▇ materials; call regarding ▇▇▇ issues; review email regarding ▇▇▇ and ▇▇▇. | 5.25 | 605.00 | 3,176.25 |

Energy Future Holdings
Page 3

Invoice No.337817
Client/Matter No. 869938.000018
October 23, 2015

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/04/15 | E. M. Sweeney | Prepare ▮ email; coordinate with ▮ regarding same; review revised ▮ and attachments; coordinate with A. Provenzano and ▮ regarding same. | 4.75 | 580.00 | 2,755.00 |
| 09/06/15 | A. G. Provenzano | Call with ▮ regarding ▮. | 0.50 | 605.00 | 302.50 |
| 09/07/15 | A. G. Provenzano | Review ▮ regarding changes; review ▮ materials in agreements. | 2.25 | 605.00 | 1,361.25 |
| 09/08/15 | C. F. Oliphant III | Telephone conference with A. Provenzano regarding ▮ ▮. | 0.50 | 775.00 | 387.50 |
| 09/08/15 | A. G. Provenzano | ▮ preparation and revisions regarding calls with client; review ▮ guidance regarding filing requirements; review ▮ information regarding plan. | 8.50 | 605.00 | 5,142.50 |
| 09/08/15 | E. M. Sweeney | Review ▮; review ▮ documents, review ▮; coordinate with ▮ and A. Provenzano regarding same. | 5.00 | 580.00 | 2,900.00 |
| 09/09/15 | G. Quintiere | Review certain issue regarding ▮ from ▮. | 0.80 | 775.00 | 620.00 |
| 09/09/15 | A. G. Provenzano | Emails reading ▮; review ▮ research regarding ▮; review materials regarding same; prepare ▮ documents; review materials regarding ▮. | 9.25 | 605.00 | 5,596.25 |
| 09/09/15 | E. M. Sweeney | Prepare for and attend conference call with the ▮; coordinate with ▮ and A. Provenzano regarding ▮ issues; evaluate ▮ issues; review ▮. | 4.50 | 580.00 | 2,610.00 |
| 09/09/15 | M. Khalil | Telephone call with A. Provenzano to discuss ▮ and ▮ response thereto. | 0.50 | 535.00 | 267.50 |
| 09/10/15 | G. Quintiere | Review ▮ issue. | 1.00 | 775.00 | 775.00 |

Energy Future Holdings
Page 4

Invoice No.337817
Client/Matter No. 869938.000018
October 23, 2015

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/10/15 | A. G. Provenzano | Review and revise ▮; review ▮; review ▮; review issues. | 8.75 | 605.00 | 5,293.75 |
| 09/10/15 | E. M. Sweeney | Review ▮; coordinate with N. Wamsley regarding same; review and revise response to ▮; review ▮ comments; review research regarding ▮. | 6.00 | 580.00 | 3,480.00 |
| 09/10/15 | M. Khalil | Review and comment on draft response to ▮. | 1.75 | 535.00 | 936.25 |
| 09/10/15 | N. Wamsley * | Research rules ▮; summarize rules for review by A. Provenzano; discuss factors considered in evaluating ▮ and research same. | 4.50 | 330.00 | 1,485.00 |
| 09/11/15 | G. Quintiere | Review ▮ issue. | 0.50 | 775.00 | 387.50 |
| 09/11/15 | A. G. Provenzano | Review ▮ and prepare comment; call regarding ▮; later call with ▮ regarding same agreement and ▮; review ▮ and prepare comments regarding same. | 10.50 | 605.00 | 6,352.50 |
| 09/11/15 | E. M. Sweeney | Review and revise response to ▮; review ▮; review first draft of ▮; review ▮. | 8.00 | 580.00 | 4,640.00 |
| 09/11/15 | M. Khalil | Review final draft response to ▮. | 0.25 | 535.00 | 133.75 |
| 09/12/15 | A. G. Provenzano | Revise ▮; calls regarding same. | 4.25 | 605.00 | 2,571.25 |
| 09/12/15 | E. M. Sweeney | Review ▮ letter; review ▮; attend conference calls regarding ▮; provide revisions to ▮; review ▮ review revised response to ▮. | 5.75 | 580.00 | 3,335.00 |
| 09/13/15 | A. G. Provenzano | Review ▮ revisions; review ▮. | 3.75 | 605.00 | 2,268.75 |

Energy Future Holdings
Page 5

Invoice No.337817
Client/Matter No. 869938.000018
October 23, 2015

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/13/15 | E. M. Sweeney | Review latest drafts of response to ▮ and ▮; create issues list for ▮; attend conference calls regarding ▮ issues. | 10.50 | 580.00 | 6,090.00 |
| 09/14/15 | G. Quintiere | Review various issues regarding ▮ and company's ▮. | 1.00 | 775.00 | 775.00 |
| 09/14/15 | A. G. Provenzano | Call and revised ▮; prepare comments regarding same; review ▮; review ▮. | 3.50 | 605.00 | 2,117.50 |
| 09/14/15 | E. M. Sweeney | Review revised ▮ document; attend conference calls regarding same; review revised ▮; provide comments regarding same. | 12.50 | 580.00 | 7,250.00 |
| 09/15/15 | G. Quintiere | Review certain documents and email to A. Provenzano. | 0.50 | 775.00 | 387.50 |
| 09/15/15 | A. G. Provenzano | Review ▮ issues; review ▮ issues; review agreements regarding same; review and revise ▮; prepare ▮ agreement. | 5.25 | 605.00 | 3,176.25 |
| 09/15/15 | E. M. Sweeney | Review ▮; revise response to ▮; revise ▮; meeting with A. Rogers regarding ▮. | 5.50 | 580.00 | 3,190.00 |
| 09/15/15 | J. Dayan | Research regarding ▮ plans; e-mail to A. Provenzano on same. | 2.25 | 575.00 | 1,293.75 |
| 09/15/15 | A. B. Rogers | Research ▮ in favor of the ▮. | 3.50 | 435.00 | 1,522.50 |
| 09/16/15 | G. Quintiere | Review ▮; email to A. Provenzano. | 0.50 | 775.00 | 387.50 |
| 09/16/15 | A. G. Provenzano | Call regarding ▮; prepare comments regarding same; review terms of agreement with ▮. | 4.00 | 605.00 | 2,420.00 |
| 09/16/15 | E. M. Sweeney | Meeting with A. Rogers regarding ▮; provide revisions to ▮; provide revisions to response to ▮. | 9.25 | 580.00 | 5,365.00 |
| 09/16/15 | J. Dayan | Research regarding ▮ plans; e-mail to A. Provenzano on same. | 0.25 | 575.00 | 143.75 |

Energy Future Holdings  
Page 6

Invoice No.337817  
Client/Matter No. 869938.000018  
October 23, 2015

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/16/15 | A. B. Rogers | Research ▓▓▓ agreements for the ▓▓▓. | 2.75 | 435.00 | 1,196.25 |
| 09/17/15 | G. Quintiere | Review certain ▓▓▓ agreement and revise same; email to A. Provenzano. | 0.75 | 775.00 | 581.25 |
| 09/17/15 | T. S. Gee | Review ▓▓▓ issue. | 0.25 | 690.00 | 172.50 |
| 09/17/15 | A. G. Provenzano | Review and prepare ▓▓▓ document; review comments to ▓▓▓; review ▓▓▓. | 5.75 | 605.00 | 3,478.75 |
| 09/17/15 | E. M. Sweeney | Review ▓▓▓. | 1.50 | 580.00 | 870.00 |
| 09/18/15 | A. G. Provenzano | Review and revise ▓▓▓; prepare agreement ▓▓▓; call with ▓▓▓ regarding ▓▓▓ and regarding ▓▓▓. | 2.50 | 605.00 | 1,512.50 |
| 09/18/15 | E. M. Sweeney | Review updated ▓▓▓; provide comments regarding same. | 1.75 | 580.00 | 1,015.00 |
| 09/18/15 | N. Wamsley * | Write ▓▓▓ agreement. | 4.50 | 330.00 | 1,485.00 |
| 09/21/15 | A. G. Provenzano | Prepare ▓▓▓; review ▓▓▓; review ▓▓▓. | 4.25 | 605.00 | 2,571.25 |
| 09/22/15 | A. G. Provenzano | Prepare ▓▓▓ agreement; review ▓▓▓ and ▓▓▓ comments. | 2.75 | 605.00 | 1,663.75 |
| 09/23/15 | A. G. Provenzano | Draft ▓▓▓ agreement; review ▓▓▓ issues. | 4.25 | 605.00 | 2,571.25 |
| 09/25/15 | A. G. Provenzano | Prepare ▓▓▓ agreement; outline ▓▓▓ regarding ▓▓▓. | 1.50 | 605.00 | 907.50 |
| 09/27/15 | A. G. Provenzano | Call regarding ▓▓▓; prepare emails regarding same; prepare ▓▓▓ language. | 3.50 | 605.00 | 2,117.50 |
| 09/27/15 | E. M. Sweeney | Review prior versions of ▓▓▓ and issue list; review and revise ▓▓▓; attend conference calls with ▓▓▓ and A. Provanzano regarding ▓▓▓; prepare issue list; review and revise updated ▓▓▓. | 7.00 | 580.00 | 4,060.00 |
| 09/28/15 | A. G. Provenzano | Prepare ▓▓▓ agreement; prepare emails regarding same. | 3.50 | 605.00 | 2,117.50 |

Energy Future Holdings
Page 7

Invoice No.337817
Client/Matter No. 869938.000018
October 23, 2015

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/28/15 | E. M. Sweeney | Attend conference call with ▮▮▮; attend ▮▮▮ regarding next steps; revise ▮▮▮. | 3.25 | 580.00 | 1,885.00 |
| 09/29/15 | A. G. Provenzano | Call regarding ▮▮▮ agreement; prepare comments regarding same. | 2.75 | 605.00 | 1,663.75 |
| 09/29/15 | E. M. Sweeney | Develop redline of ▮▮▮ reflecting latest ▮▮▮. | 3.25 | 580.00 | 1,885.00 |
| Total Fees | | | | | **$ 142,463.75** |

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| C. F. Oliphant III | 0.50 | 775.00 | $ 387.50 |
| G. Quintiere | 5.05 | 775.00 | 3,913.75 |
| T. S. Gee | 0.25 | 690.00 | 172.50 |
| A. G. Provenzano | 113.00 | 605.00 | 68,365.00 |
| E. M. Sweeney | 101.50 | 580.00 | 58,870.00 |
| J. Dayan | 2.50 | 575.00 | 1,437.50 |
| M. Khalil | 2.50 | 535.00 | 1,337.50 |
| A. B. Rogers | 10.00 | 435.00 | 4,350.00 |
| N. Wamsley * | 11.00 | 330.00 | 3,630.00 |
| Total Fees | | | $ 142,463.75 |

\* Not admitted in the District of Columbia. Practicing under the supervision of a member of the D.C. Bar while admission is pending.



655 Fifteenth Street, N.W., Suite 900
Washington, D.C. 20005-5701
(202) 626-5800  FAX: (202) 626-5801
E.I.N. 52-1212890

## REMITTANCE PAGE

### For Professional Services Rendered

Jeffrey J. Walker
Vice President, Associate General Counsel & Secretary
Energy Future Holdings
1601 Bryan Street, 43rd Floor
Dallas, TX  75201

PLEASE INDICATE INVOICE NUMBER ON REMITTANCE
Invoice No: 337817
Client/Matter No: 869938.000018
October 23, 2015

| | |
|---|---:|
| Balance Due From Previous Statement | $ 74,686.25 |
| Total Fees and Expenses - Current Period | 142,463.75 |
| **Total Amount Due** | **$ 217,150.00** |

### OUTSTANDING STATEMENTS

| Date | Invoice | Invoice Amount | Payment Received | Balance |
|---|---|---|---|---|
| 09/17/15 | 337357 | $74,686.25 | $0.00 | $74,686.25 |

### AGING

| Current | 31-60 Days | 61-90 Days | 91-120 Days | Over 120 Days |
|---|---|---|---|---|
| $0.00 | $74,686.25 | $0.00 | $0.00 | $0.00 |

**PLEASE RETURN THIS COPY WITH YOUR PAYMENT TO:**
**Miller & Chevalier Chartered, P.O. BOX 758604, Baltimore, MD  21275-8604**

| PAYMENT BY <u>WIRE</u> ONLY: | | PAYMENT BY <u>ACH</u> ONLY: | |
|---|---|---|---|
| BANK: | WELLS FARGO WASHINGTON, D.C. | BANK: | WELLS FARGO WASHINGTON, D.C. |
| ACCOUNT: | 2000002972561 | ACCOUNT: | 2000002972561 |
| ABA: | 121000248 | ABA: | 054001220 |
| SWIFT CODE: | WFBIUS6S | | |



655 Fifteenth Street, N.W., Suite 900
Washington, D.C. 20005-5701
(202) 626-5800  FAX: (202) 626-5801
E.I.N. 52-1212890

| | |
|---|---|
| LEGAL SERVICES FOR: | Jeffrey J. Walker<br>Vice President, Associate General Counsel & Secretary<br>Energy Future Holdings<br>1601 Bryan Street, 43rd Floor<br>Dallas, TX  75201 |

| | | | |
|---|---|---|---|
| PERIOD: | October 2015 | INVOICE NO: | 338242 |
| | | CLIENT/MATTER NO.: | 869938.000018 |
| | | DATE: | November 23, 2015 |

FOR PROFESSIONAL SERVICES RENDERED
for the period ending October 31, 2015, in connection with:

███████████████

E-Bill: Serengeti

| | |
|---|---|
| Fees | $       78,261.25 |
| **Total Amount Due** | **$       78,261.25** |

Energy Future Holdings  
Page 2

Invoice No. 338242  
Client/Matter No. 869938.000018  
November 23, 2015

---

## TIME DETAIL

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/01/15 | E. M. Sweeney | Review revised ▇▇▇▇; coordinate with ▇▇▇ regarding same. | 0.50 | 580.00 | $ 290.00 |
| 10/02/15 | A. G. Provenzano | Prepare emails regarding ▇▇▇ under ▇▇▇; review agreement regarding same; revise ▇▇▇ regarding same. | 3.25 | 605.00 | 1,966.25 |
| 10/02/15 | E. M. Sweeney | Review ▇▇ issue list; coordinate with A. Provenzano and ▇▇ regarding same. | 0.75 | 580.00 | 435.00 |
| 10/05/15 | A. G. Provenzano | Revise ▇ regarding ▇▇ calculations. | 1.50 | 605.00 | 907.50 |
| 10/06/15 | A. G. Provenzano | Call regarding ▇ and ▇▇ issues; revise ▇▇ regarding same. | 2.50 | 605.00 | 1,512.50 |
| 10/06/15 | E. M. Sweeney | Review and revise ▇▇▇ and ▇▇▇ agreement; review ▇▇▇; coordinate with ▇ and A. Provenzano regarding same. | 7.50 | 580.00 | 4,350.00 |
| 10/07/15 | A. G. Provenzano | Review emails regarding ▇▇ comments to transaction and comments on ▇. | 1.50 | 605.00 | 907.50 |
| 10/07/15 | E. M. Sweeney | Attend conference call with ▇▇ regarding ▇▇▇ agreement. | 1.50 | 580.00 | 870.00 |
| 10/08/15 | A. G. Provenzano | Review and revise ▇ and email and ▇▇ items; prepare emails regarding same regarding ▇▇▇. | 5.25 | 605.00 | 3,176.25 |
| 10/08/15 | E. M. Sweeney | Review and revise ▇▇▇ agreement. | 3.50 | 580.00 | 2,030.00 |
| 10/09/15 | A. G. Provenzano | Draft ▇ and call regarding same. | 2.50 | 605.00 | 1,512.50 |
| 10/09/15 | E. M. Sweeney | Review revised ▇▇▇ agreement; revise ▇▇▇ agreement; coordinate with ▇▇ and A. Provenzano regarding same. | 4.50 | 580.00 | 2,610.00 |
| 10/11/15 | A. G. Provenzano | Review ▇ agreement and redlines. | 1.00 | 605.00 | 605.00 |
| 10/12/15 | A. G. Provenzano | Call regarding ▇ and revise documents regarding same. | 3.25 | 605.00 | 1,966.25 |
| 10/13/15 | A. G. Provenzano | Prepare email and ▇; prepare ▇. | 3.75 | 605.00 | 2,268.75 |

Energy Future Holdings
Page 3

Invoice No. 338242
Client/Matter No. 869938.000018
November 23, 2015

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/13/15 | E. M. Sweeney | Draft, review and revise ▮▮▮ agreement; coordinate with ▮▮▮ and A. Provenzano regarding same. | 14.75 | 580.00 | 8,555.00 |
| 10/14/15 | A. G. Provenzano | Review and revise ▮▮▮; call regarding same; review ▮▮▮ issues regarding ▮▮▮. | 3.25 | 605.00 | 1,966.25 |
| 10/14/15 | E. M. Sweeney | Review, draft and revise ▮▮▮ agreement; coordinate with ▮▮▮ and A. Provenzano regarding same. | 11.50 | 580.00 | 6,670.00 |
| 10/14/15 | A. B. Rogers | Research ▮▮▮ resources on ▮▮▮ as to ▮▮▮. | 0.50 | 435.00 | 217.50 |
| 10/15/15 | A. G. Provenzano | Review ▮▮▮ drafts of ▮▮▮. | 2.75 | 605.00 | 1,663.75 |
| 10/15/15 | E. M. Sweeney | Revise ▮▮▮ agreement to incorporate latest round of changes; review updated ▮▮▮ agreement. | 4.00 | 580.00 | 2,320.00 |
| 10/16/15 | A. G. Provenzano | Prepare comments to ▮; call regarding same. | 2.75 | 605.00 | 1,663.75 |
| 10/16/15 | E. M. Sweeney | Review updated ▮▮▮ agreement and ▮▮▮ agreement; coordinate with ▮▮▮ and A. Provenzano regarding same. | 1.50 | 580.00 | 870.00 |
| 10/20/15 | A. G. Provenzano | Prepare ▮ and comments per ▮ comments; call regarding same. | 2.25 | 605.00 | 1,361.25 |
| 10/20/15 | E. M. Sweeney | Review ▮▮▮ agreement and ▮▮▮ agreement; provide comments regarding same. | 2.50 | 580.00 | 1,450.00 |
| 10/21/15 | E. M. Sweeney | Review updated ▮▮▮ agreement; coordinate with ▮▮▮ regarding same. | 0.50 | 580.00 | 290.00 |
| 10/22/15 | A. G. Provenzano | Call with ▮; revise documents regarding same; calls with ▮. | 4.00 | 605.00 | 2,420.00 |
| 10/22/15 | E. M. Sweeney | Coordinate with ▮ and A. Provenzano regarding ▮▮▮ agreement; revise document to reflect conversations. | 10.50 | 580.00 | 6,090.00 |

Energy Future Holdings
Page 4

Invoice No. 338242
Client/Matter No. 869938.000018
November 23, 2015

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/23/15 | A. G. Provenzano | Call regarding ▮; revise same. | 2.50 | 605.00 | 1,512.50 |
| 10/23/15 | E. M. Sweeney | Draft and revise updated ▮ agreement; coordinate with ▮ and A Provenzano regarding same; coordinate with ▮ regarding ▮ issues; review updated ▮ agreement. | 12.75 | 580.00 | 7,395.00 |
| 10/26/15 | A. G. Provenzano | Review revised ▮; calls regarding same. | 2.25 | 605.00 | 1,361.25 |
| 10/26/15 | E. M. Sweeney | Prepare for and attend conference call regarding ▮ agreement. | 2.00 | 580.00 | 1,160.00 |
| 10/29/15 | A. G. Provenzano | Review latest draft; review ▮ agreement regarding same. | 1.00 | 605.00 | 605.00 |
| 10/29/15 | E. M. Sweeney | Review revised ▮ agreement. | 1.00 | 580.00 | 580.00 |
| 10/30/15 | A. G. Provenzano | Review drafts and calls regarding ▮ and comments regarding same. | 1.75 | 605.00 | 1,058.75 |
| 10/30/15 | E. M. Sweeney | Review revised ▮ agreement; coordinate with ▮ and A. Provenzano; revise ▮ agreement; attend conference call regarding ▮. | 5.50 | 580.00 | 3,190.00 |
| 10/31/15 | A. G. Provenzano | Review ▮. | 0.75 | 605.00 | 453.75 |
| Total Fees | | | | | $ 78,261.25 |

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| A. G. Provenzano | 47.75 | 605.00 | $ 28,888.75 |
| E. M. Sweeney | 84.75 | 580.00 | 49,155.00 |
| A. B. Rogers | 0.50 | 435.00 | 217.50 |
| Total Fees | | | $ 78,261.25 |



655 Fifteenth Street, N.W., Suite 900
Washington, D.C.  20005-5701
(202) 626-5800  FAX:  (202) 626-5801
E.I.N. 52-1212890

## REMITTANCE PAGE

### For Professional Services Rendered

Jeffrey J. Walker
Vice President, Associate General Counsel & Secretary
Energy Future Holdings
1601 Bryan Street, 43rd Floor
Dallas, TX  75201

PLEASE INDICATE INVOICE NUMBER ON REMITTANCE
Invoice  No: 338242
Client/Matter No: 869938.000018
November 23, 2015

| | |
|---|---:|
| Balance Due From Previous Statement | $  217,150.00 |
| Total Fees and Expenses - Current Period | 78,261.25 |
| **Total Amount Due** | **$  295,411.25** |

### OUTSTANDING STATEMENTS

| Date | Invoice | Invoice Amount | Payment Received | Balance |
|---|---|---|---|---|
| 09/17/15 | 337357 | $74,686.25 | $0.00 | $74,686.25 |
| 10/23/15 | 337817 | $142,463.75 | $0.00 | $142,463.75 |

### AGING

| Current | 31-60 Days | 61-90 Days | 91-120 Days | Over 120 Days |
|---|---|---|---|---|
| $0.00 | $142,463.75 | $74,686.25 | $0.00 | $0.00 |

**PLEASE RETURN THIS COPY WITH YOUR PAYMENT TO:**
**Miller & Chevalier Chartered, P.O. BOX 758604, Baltimore, MD  21275-8604**

| PAYMENT BY <u>WIRE</u> ONLY: | | PAYMENT BY <u>ACH</u> ONLY: | |
|---|---|---|---|
| BANK: | WELLS FARGO WASHINGTON, D.C. | BANK: | WELLS FARGO WASHINGTON, D.C. |
| ACCOUNT: | 2000002972561 | ACCOUNT: | 2000002972561 |
| ABA: | 121000248 | ABA: | 054001220 |
| SWIFT CODE: | WFBIUS6S | | |



655 Fifteenth Street, N.W., Suite 900
Washington, D.C. 20005-5701
(202) 626-5800  FAX: (202) 626-5801
E.I.N. 52-1212890

| | |
|---|---|
| LEGAL SERVICES FOR: | Jeffrey J. Walker<br>Vice President, Associate General Counsel & Secretary<br>Energy Future Holdings<br>1601 Bryan Street, 43rd Floor<br>Dallas, TX  75201 |

| | | | |
|---|---|---|---|
| PERIOD: | November 2015 | INVOICE NO: | 338682 |
| | | CLIENT/MATTER NO.: | 869938.000018 |
| | | DATE: | December 21, 2015 |

FOR PROFESSIONAL SERVICES RENDERED
for the period ending November 30, 2015, in connection with:

▬▬▬▬▬▬▬▬

E-Bill: Serengeti

| | | |
|---|---|---|
| Fees | $ | 118,696.25 |
| Expenses | | 25.85 |
| **Total Amount Due** | **$** | **118,722.10** |

Energy Future Holdings  
Page 2

Invoice No. 338682  
Client/Matter No. 869938.000018  
December 21, 2015

## TIME DETAIL

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/01/15 | A. G. Provenzano | Review ▓. | 0.75 | 605.00 | $ 453.75 |
| 11/01/15 | E. M. Sweeney | Coordinate with team; telephone conference with ▓ regarding revised ▓; incorporate revisions and circulate agreement. | 8.50 | 580.00 | 4,930.00 |
| 11/02/15 | A. G. Provenzano | Calls regarding ▓ and ▓ issues. | 1.25 | 605.00 | 756.25 |
| 11/02/15 | E. M. Sweeney | Review and revise ▓ regarding ▓ issues; attend conference calls regarding same. | 5.25 | 580.00 | 3,045.00 |
| 11/03/15 | A. G. Provenzano | Call regarding ▓ and prepare revision regarding same; review ▓ issues. | 3.75 | 605.00 | 2,268.75 |
| 11/03/15 | E. M. Sweeney | Coordinate with team regarding ▓ provisions; review background regarding same; review revised draft ▓. | 5.00 | 580.00 | 2,900.00 |
| 11/04/15 | A. G. Provenzano | Review materials regarding ▓ issue; prepare email regarding same. | 5.25 | 605.00 | 3,176.25 |
| 11/04/15 | E. M. Sweeney | Review ▓ research; coordinate with A. Provenzano and ▓ regarding same. | 4.75 | 580.00 | 2,755.00 |
| 11/04/15 | L. E. Briggerman | Telephone conference with A. Provenzano to discuss ▓ research assignment; conduct case law research regarding whether ▓. | 4.50 | 500.00 | 2,250.00 |
| 11/04/15 | A. B. Rogers | Confer with L. Briggerman regarding ▓ research. | 0.25 | 435.00 | 108.75 |
| 11/05/15 | A. G. Provenzano | Prepare emails regarding ▓ issues; call regarding same; revise agreements regarding same. | 2.75 | 605.00 | 1,663.75 |
| 11/05/15 | E. M. Sweeney | Coordinate with ▓ team regarding ▓ issues; review research regarding ▓. | 4.00 | 580.00 | 2,320.00 |
| 11/06/15 | T. S. Gee | Evaluate ▓ issues. | 0.50 | 690.00 | 345.00 |
| 11/06/15 | A. G. Provenzano | Prepare revised drafts. | 1.50 | 605.00 | 907.50 |
| 11/06/15 | E. M. Sweeney | Review revised markup addressing ▓ issues. | 3.25 | 580.00 | 1,885.00 |

Energy Future Holdings  
Page 3

Invoice No. 338682  
Client/Matter No. 869938.000018  
December 21, 2015

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/06/15 | Y. Ding | Research whether ███████████; e-mail A. Provenzano regarding this issue. | 4.00 | 330.00 | 1,320.00 |
| 11/07/15 | A. G. Provenzano | ███ issues. | 1.50 | 605.00 | 907.50 |
| 11/07/15 | E. M. Sweeney | Review ███ research. | 2.25 | 580.00 | 1,305.00 |
| 11/09/15 | T. S. Gee | Evaluate ███ and ███; analyze ███ issues; review and revise terms of ███ agreement. | 4.25 | 690.00 | 2,932.50 |
| 11/09/15 | A. G. Provenzano | ███ issues; prepare emails and review agreement regarding same. | 3.50 | 605.00 | 2,117.50 |
| 11/09/15 | E. M. Sweeney | Review ███ research; coordinate with A. Provenzano regarding same. | 4.25 | 580.00 | 2,465.00 |
| 11/09/15 | Y. Ding | Research whether ███████; discuss with A. Provenzano. | 4.00 | 330.00 | 1,320.00 |
| 11/10/15 | T. S. Gee | Review ███ issues; telephone conference with ███ concerning ███ and ███ issues. | 1.00 | 690.00 | 690.00 |
| 11/10/15 | A. G. Provenzano | Revise agreement regarding ███ and other provisions; calls regarding same; research same. | 4.75 | 605.00 | 2,873.75 |
| 11/10/15 | E. M. Sweeney | Attend team calls regarding revised ███; review revised draft; provide comments regarding same. | 4.75 | 580.00 | 2,755.00 |
| 11/10/15 | Y. Ding | Research ███ and ███ issue. | 1.25 | 330.00 | 412.50 |
| 11/11/15 | A. G. Provenzano | Call on outstanding issues; review provisions regarding same. | 2.00 | 605.00 | 1,210.00 |
| 11/11/15 | E. M. Sweeney | Review revised ███ agreement; provide comments regarding same. | 3.50 | 580.00 | 2,030.00 |
| 11/12/15 | A. G. Provenzano | Review agreement changes regarding ███; call regarding same. | 1.50 | 605.00 | 907.50 |
| 11/12/15 | E. M. Sweeney | Review ███ agreement revisions regarding ███ issues. | 4.50 | 580.00 | 2,610.00 |

Energy Future Holdings
Page 4

Invoice No.338682
Client/Matter No. 869938.000018
December 21, 2015

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/13/15 | A. G. Provenzano | Call regarding ■; prepare email regarding same. | 2.75 | 605.00 | 1,663.75 |
| 11/13/15 | E. M. Sweeney | Review revised drafts; attend conference calls with ■ and with ■ regarding ■. | 8.25 | 580.00 | 4,785.00 |
| 11/14/15 | E. M. Sweeney | Review and revise ■ agreement and ■ concerns. | 7.75 | 580.00 | 4,495.00 |
| 11/16/15 | A. G. Provenzano | Emails from ■ and review ■ regarding same. | 1.25 | 605.00 | 756.25 |
| 11/16/15 | E. M. Sweeney | Review ■ language. | 2.25 | 580.00 | 1,305.00 |
| 11/17/15 | E. M. Sweeney | Review revised markup; provide comments to ■. | 2.50 | 580.00 | 1,450.00 |
| 11/18/15 | A. G. Provenzano | Review ■ drafts and call regarding same; call regarding ■. | 3.50 | 605.00 | 2,117.50 |
| 11/18/15 | E. M. Sweeney | Review latest markup; attend conference calls regarding markup; provide updated language. | 10.75 | 580.00 | 6,235.00 |
| 11/19/15 | A. G. Provenzano | Calls regarding ■ and ■ provisions; review ■ draft; review comments regarding same; review ■. | 5.25 | 605.00 | 3,176.25 |
| 11/19/15 | E. M. Sweeney | Review updated ■ agreement; attend conference call regarding ■; incorporate comments into revised draft. | 8.75 | 580.00 | 5,075.00 |
| 11/20/15 | A. G. Provenzano | Prepare email regarding ■; prepare language regarding ■; calls regarding same. | 3.75 | 605.00 | 2,268.75 |
| 11/20/15 | E. M. Sweeney | Review revised language regarding ■ issues; attend ■ conference calls regarding revisions; revise document. | 5.50 | 580.00 | 3,190.00 |
| 11/22/15 | E. M. Sweeney | Review revised markup. | 1.75 | 580.00 | 1,015.00 |
| 11/23/15 | E. M. Sweeney | Review updated ■ agreement draft; provide comments regarding same. | 2.25 | 580.00 | 1,305.00 |

Energy Future Holdings  
Page 5

Invoice No. 338682  
Client/Matter No. 869938.000018  
December 21, 2015

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/24/15 | A. G. Provenzano | Calls regarding ▮ and prepare documents regarding same. | 2.25 | 605.00 | 1,361.25 |
| 11/24/15 | E. M. Sweeney | Review ▮ comments to ▮ agreement; review and revise ▮ agreement to conform with the ▮ agreement. | 7.25 | 580.00 | 4,205.00 |
| 11/25/15 | A. G. Provenzano | Call regarding ▮ and ▮ provisions; review materials regarding same. | 2.75 | 605.00 | 1,663.75 |
| 11/25/15 | E. M. Sweeney | Review revised language regarding ▮ issues; attend conference call with ▮ regarding same; revise ▮ provisions. | 8.25 | 580.00 | 4,785.00 |
| 11/27/15 | A. G. Provenzano | Calls regarding ▮; review drafts regarding same. | 3.50 | 605.00 | 2,117.50 |
| 11/27/15 | E. M. Sweeney | Review updated ▮ agreement; attend conference calls regarding same; revise agreement. | 7.50 | 580.00 | 4,350.00 |
| 11/28/15 | A. G. Provenzano | Review drafts regarding ▮. | 2.25 | 605.00 | 1,361.25 |
| 11/28/15 | E. M. Sweeney | Review markup and provide comments. | 5.75 | 580.00 | 3,335.00 |
| 11/30/15 | A. G. Provenzano | Review drafts regarding ▮. | 1.75 | 605.00 | 1,058.75 |
| Total Fees | | | | | $ 118,696.25 |

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| T. S. Gee | 5.75 | 690.00 | $ 3,967.50 |
| A. G. Provenzano | 57.50 | 605.00 | 34,787.50 |
| E. M. Sweeney | 128.50 | 580.00 | 74,530.00 |
| L. E. Briggerman | 4.50 | 500.00 | 2,250.00 |
| A. B. Rogers | 0.25 | 435.00 | 108.75 |
| Y. Ding | 9.25 | 330.00 | 3,052.50 |
| Total Fees | | | $ 118,696.25 |

## EXPENSE SUMMARY

| Description | Amount |
|---|---|
| Lexis/Westlaw | $ 17.05 |
| Telephone | 8.80 |
| Total Expenses | $ 25.85 |



655 Fifteenth Street, N.W., Suite 900
Washington, D.C.  20005-5701
(202) 626-5800  FAX:  (202) 626-5801
E.I.N. 52-1212890

# REMITTANCE PAGE

### For Professional Services Rendered

Jeffrey J. Walker
Vice President, Associate General Counsel & Secretary
Energy Future Holdings
1601 Bryan Street, 43rd Floor
Dallas, TX  75201

PLEASE INDICATE INVOICE NUMBER ON REMITTANCE
Invoice  No: 338682
Client/Matter No: 869938.000018
December 21, 2015

| | |
|---|---:|
| Balance Due From Previous Statement | $ 295,411.25 |
| Total Fees and Expenses - Current Period | 118,722.10 |
| **Total Amount Due** | **$ 414,133.35** |

## OUTSTANDING STATEMENTS

| Date | Invoice | Invoice Amount | Payment Received | Balance |
|---|---|---|---|---|
| 09/17/15 | 337357 | $74,686.25 | $0.00 | $74,686.25 |
| 10/23/15 | 337817 | $142,463.75 | $0.00 | $142,463.75 |
| 11/23/15 | 338242 | $78,261.25 | $0.00 | $78,261.25 |

## AGING

| Current | 31-60 Days | 61-90 Days | 91-120 Days | Over 120 Days |
|---|---|---|---|---|
| $78,261.25 | $142,463.75 | $0.00 | $74,686.25 | $0.00 |

**PLEASE RETURN THIS COPY WITH YOUR PAYMENT TO:**
**Miller & Chevalier Chartered, P.O. BOX 758604, Baltimore, MD  21275-8604**

| PAYMENT BY WIRE ONLY: | | PAYMENT BY ACH ONLY: | |
|---|---|---|---|
| BANK: | WELLS FARGO WASHINGTON, D.C. | BANK: | WELLS FARGO WASHINGTON, D.C. |
| ACCOUNT: | 2000002972561 | ACCOUNT: | 2000002972561 |
| ABA: | 121000248 | ABA: | 054001220 |
| SWIFT CODE: | WFBIUS6S | | |