# **EXHIBIT A**

**Statement of Fees and Expenses By Subject Matter**

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---:|---|---:|---:|
| 4 | [ALL] Bond Issues | 1.00 | $818.50 |
| 6 | [ALL] Case Administration | 27.40 | $12,290.50 |
| 8 | [ALL] Claims Administration & Objections | 269.10 | $185,425.50 |
| 9 | [ALL] Contested Matters & Adv. Proceed. | 95.30 | $68,542.00 |
| 10 | [ALL] Corp. Governance and Sec. Issues | 181.00 | $161,553.00 |
| 11 | [ALL] Exec. Contracts & Unexpired Leases | 70.60 | $37,861.50 |
| 12 | [ALL] Hearings | 186.80 | $163,020.00 |
| 14 | [ALL] K&E Retention and Fee Applications | 158.50 | $95,368.50 |
| 16 | [ALL] Non-Debtor Affiliates | 0.30 | $219.00 |
| 17 | [ALL] Non-K&E Retentions & Fee Apps | 8.00 | $5,372.00 |
| 18 | [ALL] Non-Working Travel | 40.40 | $33,767.00 |
| 21 | [ALL] Plan and Disclosure Statements | 496.30 | $469,689.50 |
| 26 | [ALL] Retiree and Employee Issues/OPEB | 96.40 | $76,048.50 |
| 29 | [ALL] Tax Issues | 183.90 | $208,554.00 |
| 33 | [ALL] Vendor and Other Creditor Issues | 22.30 | $14,848.50 |
| 34 | [TCEH] Asset Dispositions and Purchases | 7.10 | $5,189.50 |
| 38 | [TCEH] Cash Collateral and DIP Financing | 13.00 | $12,828.50 |
| 39 | [TCEH] Claims Administration & Objection | 79.60 | $37,975.00 |
| 40 | [TCEH] Contested Matters & Advers. Proc. | 19.20 | $12,139.50 |
| 42 | [TCEH] Environmental Issues | 20.00 | $16,422.00 |
| 57 | [TCEH] Trading and Hedging Contracts | 19.20 | $14,383.50 |
| 66 | [EFIH] Cash Collat./DIP Finan./Makewhole | 56.40 | $63,075.50 |
| 68 | [EFIH] Contested Matters & Advers. Pro. | 52.90 | $45,470.50 |
| 108 | [TCEH] Exec. Contracts & Unexpired Lease | 34.00 | $19,341.00 |
| 113 | [ALL] Enforcement of TTI Rights | 516.40 | $310,404.50 |
| 115 | [TCEH] Exit Financing | 78.80 | $82,749.00 |
| **Totals:** | | **2,733.90** | **$2,153,356.50** |

| Service Description | Amount |
|---|---:|
| Third Party Telephone Charges | $3,615.85 |
| Standard Copies or Prints | $1,178.30 |
| Color Copies or Prints | $1,405.80 |
| Scanned Images | $1.30 |
| Overnight Delivery | $430.43 |
| Outside Messenger Services | $1,039.00 |
| Local Transportation | $507.59 |
| Travel Expense | $24,008.35 |
| Airfare | $12,236.74 |
| Transportation to/from airport | $9,479.47 |
| Travel Meals | $996.63 |
| Other Travel Expenses | $489.00 |
| Court Reporter Fee/Deposition | $7,414.75 |
| Other Court Costs and Fees | $200.00 |
| Trial Exhibits | $64,598.80 |
| Outside Contract Attorneys | $26,725.00 |
| Outside Copy/Binding Services | $60,448.50 |
| Catering Expenses | $11,160.00 |
| Computer Database Research | $1,180.00 |
| Westlaw Research | $3,460.51 |
| Overtime Transportation | $622.32 |
| Overtime Meals - Attorney | $607.64 |
| Rental Expenses | -$1,583.34 |
| Leased Equipment | $11,889.75 |
| **Total:** | **$242,112.39** |