# **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The K&E attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| James Barolo | Associate | 2014 | Litigation - General | 555.00 | 27.50 | $15,262.50 |
| Rebecca Blake Chaikin | Associate | 2015 | Restructuring | 570.00 | 14.30 | $8,151.00 |
| Kevin Chang | Associate | 2014 | Litigation - General | 555.00 | 15.60 | $8,658.00 |
| Ryan Copeland | Associate | 2012 | Corporate - Debt Finance | 730.00 | 15.60 | $11,388.00 |
| Emily Geier | Associate | 2012 | Restructuring | 795.00 | 131.70 | $104,701.50 |
| Jason Gott | Associate | 2012 | Restructuring | 730.00 | 10.40 | $7,592.00 |
| Shayne Henry | Associate | 2014 | Litigation - General | 555.00 | 16.80 | $9,324.00 |
| Sam Hong | Associate | 2008 | Intellectual Property - Transactional | 795.00 | 0.30 | $238.50 |
| Natasha Hwangpo | Associate | 2014 | Restructuring | 665.00 | 122.60 | $81,529.00 |
| Cyril V Jones | Associate | 2014 | Corporate - M&A/Private Equity | 795.00 | 1.40 | $1,113.00 |
| Lina Kaisey | Associate | 2015 | Restructuring | 570.00 | 107.40 | $61,218.00 |
| Howard Kaplan | Associate | 2011 | Litigation - General | 755.00 | 29.70 | $22,423.50 |
| Austin Klar | Associate | 2013 | Litigation - General | 635.00 | 68.50 | $43,497.50 |
| Nick Laird | Associate | 2013 | Litigation - General | 635.00 | 7.20 | $4,572.00 |
| Jeffery Lula | Associate | 2010 | Litigation - General | 795.00 | 10.10 | $8,029.50 |
| Timothy Mohan | Associate | 2014 | Restructuring | 665.00 | 42.90 | $28,528.50 |
| Jennie Morawetz | Associate | 2013 | Environment - Transactional | 570.00 | 0.60 | $342.00 |
| Veronica Nunn | Associate | 2010 | Corporate - M&A/Private Equity | 845.00 | 78.80 | $66,586.00 |
| Carleigh T Rodriguez | Associate | 2013 | Environment - Transactional | 665.00 | 2.20 | $1,463.00 |
| Daniel Rudewicz | Associate | Pending | Restructuring | 480.00 | 75.00 | $36,000.00 |
| Anthony Sexton | Associate | 2011 | Taxation | 845.00 | 55.10 | $46,559.50 |
| Justin Sowa | Associate | 2013 | Litigation - General | 710.00 | 137.70 | $97,767.00 |
| Adam Stern | Associate | 2013 | Litigation - General | 710.00 | 38.60 | $27,406.00 |
| Anna Terteryan | Associate | 2014 | Litigation - General | 555.00 | 75.90 | $42,124.50 |
| McClain Thompson | Associate | 2014 | Restructuring | 570.00 | 55.20 | $31,464.00 |
| Holly R Trogdon | Associate | 2014 | Litigation - General | 555.00 | 8.20 | $4,551.00 |
| Nicolas Wenker | Associate | 2015 | Corporate - General | 480.00 | 1.00 | $480.00 |
| Spencer A Winters | Associate | 2013 | Restructuring | 665.00 | 76.80 | $51,072.00 |
| Aparna Yenamandra | Associate | 2013 | Restructuring | 730.00 | 113.50 | $82,855.00 |
| Mike Beinus | Partner | 1999 | Taxation | 1,220.00 | 0.50 | $610.00 |
| Jeanne T Cohn-Connor | Partner | 1985 | Environment - Transactional | 955.00 | 11.40 | $10,887.00 |
| Cormac T Connor | Partner | 2002 | Litigation - Gov/Reg/Internal Investgn | 845.00 | 1.30 | $1,098.50 |
| Michael Esser | Partner | 2009 | Litigation - General | 825.00 | 10.90 | $8,992.50 |
| Gregory W Gallagher, P.C. | Partner | 1997 | Taxation | 1,275.00 | 51.80 | $66,045.00 |
| Jonathan F Ganter | Partner | 2010 | Litigation - General | 825.00 | 62.10 | $51,232.50 |
| Jeffrey M Gould | Partner | 2006 | Litigation - General | 880.00 | 4.40 | $3,872.00 |
| Warren Haskel | Partner | 2009 | Litigation - General | 825.00 | 80.90 | $66,742.50 |

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Richard U S Howell | Partner | 2006 | Litigation - General | 880.00 | 12.10 | $10,648.00 |
| Chad J Husnick | Partner | 2004 | Restructuring | 975.00 | 97.10 | $94,672.50 |
| Ellen M Jakovic | Partner | 1985 | Litigation - Antitrust/Competition | 1,040.00 | 21.30 | $22,152.00 |
| Christopher Keegan | Partner | 2002 | Litigation - General | 855.00 | 9.30 | $7,951.50 |
| Marc Kieselstein, P.C. | Partner | 1988 | Restructuring | 1,235.00 | 53.70 | $66,319.50 |
| Michelle Kilkenney | Partner | 2002 | Corporate - Debt Finance | 1,060.00 | 18.80 | $19,928.00 |
| Michael Kim | Partner | 2003 | Corporate - Capital Markets | 1,025.00 | 8.00 | $8,200.00 |
| Joshua N Korff, P.C. | Partner | 1994 | Corporate - Capital Markets | 1,245.00 | 2.50 | $3,112.50 |
| William A Levy, P.C. | Partner | 1988 | Taxation | 1,275.00 | 10.10 | $12,877.50 |
| Todd F Maynes, P.C. | Partner | 1988 | Taxation | 1,375.00 | 47.30 | $65,037.50 |
| Andrew R McGaan, P.C. | Partner | 1986 | Litigation - General | 1,090.00 | 37.00 | $40,330.00 |
| Mark E McKane | Partner | 1997 | Litigation - General | 1,025.00 | 45.80 | $46,945.00 |
| Amber J Meek | Partner | 2009 | Corporate - M&A/Private Equity | 930.00 | 57.80 | $53,754.00 |
| Roberto S Miceli | Partner | 2000 | Real Estate | 945.00 | 4.30 | $4,063.50 |
| Linda K Myers, P.C. | Partner | 1990 | Corporate - Debt Finance | 1,325.00 | 62.20 | $82,415.00 |
| Michael A Petrino | Partner | 2008 | Litigation - General | 825.00 | 11.70 | $9,652.50 |
| Scott D Price | Partner | 1998 | Executive Compensation | 1,245.00 | 2.10 | $2,614.50 |
| William T Pruitt | Partner | 2004 | Litigation - General | 895.00 | 0.70 | $626.50 |
| Brenton A Rogers | Partner | 2007 | Litigation - General | 895.00 | 68.10 | $60,949.50 |
| Joshua Samis | Partner | 2005 | Corporate - Debt Finance | 930.00 | 23.10 | $21,483.00 |
| Edward O Sassower, P.C. | Partner | 2000 | Restructuring | 1,235.00 | 91.30 | $112,755.50 |
| Steven Serajeddini | Partner | 2010 | Restructuring | 895.00 | 48.80 | $43,676.00 |
| Joseph Serino, Jr., P.C. | Partner | 1988 | Litigation - General | 1,145.00 | 3.20 | $3,664.00 |
| James H M Sprayregen, P.C. | Partner | 1985 | Restructuring | 1,325.00 | 60.40 | $80,030.00 |
| Bryan M Stephany | Partner | 2007 | Litigation - General | 880.00 | 72.10 | $63,448.00 |
| Wayne E Williams | Partner | 2006 | Corporate - Capital Markets | 955.00 | 10.20 | $9,741.00 |
| Sara B Zablotney | Partner | 2003 | Taxation | 1,165.00 | 3.40 | $3,961.00 |
| **Grand Total** | | | | | **2,446.30** | **$2,065,384.50** |

The paraprofessionals of K&E who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Stephanie Ding | Case Assistant | 1 year | Litigation - General | 210.00 | 18.00 | $3,780.00 |
| Jason Douangsanith | Case Assistant | 6 months | Litigation - General | 195.00 | 6.50 | $1,267.50 |
| Abdulyekinni Fasinro | Case Assistant | 6 months | Restructuring | 200.00 | 7.10 | $1,420.00 |
| Michael S Fellner | Legal Assistant | 9.5 years | Litigation - General | 265.00 | 9.40 | $2,491.00 |
| Beth Friedman | Legal Assistant | 10 years | Restructuring | 380.00 | 7.20 | $2,736.00 |
| Jacob Goldfinger | Legal Assistant | 10 years | Restructuring | 340.00 | 19.20 | $6,528.00 |
| Shavone Green | Legal Assistant | 1.5 years | Restructuring | 280.00 | 1.40 | $392.00 |
| Gabriel King | Legal Assistant | 8 months | Litigation - General | 210.00 | 2.10 | $441.00 |
| Travis J Langenkamp | Legal Assistant | 12 years | Litigation - General | 350.00 | 12.70 | $4,445.00 |
| Maureen McCarthy | Legal Assistant | 12 years | Restructuring | 350.00 | 0.70 | $245.00 |
| Bella More | Legal Assistant | 14 years | Litigation - General | 360.00 | 7.90 | $2,844.00 |
| Robert Orren | Legal Assistant | 6 years | Restructuring | 310.00 | 42.40 | $13,144.00 |
| Nancy Pittman | Legal Assistant | 19 years | Litigation - General | 320.00 | 0.80 | $256.00 |
| Meghan Rishel | Legal Assistant | 1 year | Litigation - General | 265.00 | 16.00 | $4,240.00 |
| Kenneth J Sturek | Legal Assistant | 15 years | Litigation - General | 350.00 | 24.00 | $8,400.00 |
| Colleen C Caamano | Litigation Suppt Cons | 2.5 years | Litigation - General | 310.00 | 1.10 | $341.00 |
| Chad M Papenfuss | Litigation Suppt Cons | 1.5 years | Litigation - General | 315.00 | 96.60 | $30,429.00 |
| Mark Cuevas | Litigation Suppt Spec | 2 years | Litigation - General | 310.00 | 11.20 | $3,472.00 |
| Kurt Wunderlich | Other | 11 years | Litigation - Antitrust/Competition | 535.00 | 1.30 | $695.50 |
| Meg McCarthy | Project Assistant | 1 year | Litigation - General | 195.00 | 1.00 | $195.00 |
| Ned Rooney | Project Assistant | 6 months | Litigation - General | 210.00 | 1.00 | $210.00 |
| **Grand Total** | | | | | 287.60 | $87,972.00 |
| | | | **Total Fees Requested** | | 2,733.90 | $2,153,356.50 |