# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

## ALL - Expense Summary

| Service Description | Amount |
|---|---|
| Third Party Telephone Charges | $3,615.85 |
| Standard Copies or Prints | $1,131.00 |
| Binding | $0.00 |
| Tabs/Indexes/Dividers | $0.00 |
| Color Copies or Prints | $1,228.50 |
| Scanned Images | $1.30 |
| Production Blowbacks | $0.00 |
| Postage | $0.00 |
| Overnight Delivery | $430.43 |
| Outside Messenger Services | $1,039.00 |
| Local Transportation | $507.59 |
| Travel Expense | $24,008.35 |
| Airfare | $12,236.74 |
| Transportation to/from airport | $9,479.47 |
| Travel Meals | $996.63 |
| Other Travel Expenses | $489.00 |
| Court Reporter Fee/Deposition | $7,414.75 |
| Other Court Costs and Fees | $200.00 |
| Trial Exhibits | $64,598.80 |
| Outside Contract Attorneys | $26,725.00 |
| Outside Copy/Binding Services | $60,448.50 |
| Working Meals/K&E and Others | $0.00 |
| Catering Expenses | $11,160.00 |
| Computer Database Research | $1,180.00 |
| Westlaw Research | $3,460.51 |
| Overtime Transportation | $622.32 |
| Overtime Meals - Attorney | $607.64 |
| Secretarial Overtime | $0.00 |
| Rental Expenses | -$1,583.34 |
| Leased Equipment | $11,889.75 |
| **Total:** | **$241,887.79** |

## **TCEH - Expense Summary**

| Service Description | Amount |
|---|---:|
| Standard Copies or Prints | $24.20 |
| Color Copies or Prints | $177.30 |
| **Total:** | **$201.50** |

## **EFIH - Expense Summary**

| Service Description | Amount |
|---|---:|
| Standard Copies or Prints | $23.10 |
| **Total:** | **$23.10** |