## **EXHIBIT A**

## **Hours Expended by SOLIC Professionals**

| NAME | TITLE | HOURS<br>12/01 – 12/31/2015 |
|---|---|---|
| Neil Luria | Sr. Managing Director | 13.5 |
| Raoul Nowitz | Managing Director | 54.5 |
| Paul Hogan | Director | 2.5 |
| Matthew Cumbee | Sr. Associate | 43.5 |
| TOTALS | | 114.0 |