## **EXHIBIT C**

**Expenses by Category**

|  | December 2015 |
|---|---|
| EXPENSE TOTAL | $0.00 |