## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: D.I. 7549** |
| | ) | |

**CERTIFICATION OF NO OBJECTION REGARDING "MOTION OF ENERGY
FUTURE HOLDINGS CORP., *ET AL.*, FOR ENTRY OF AN ORDER APPROVING THE
ASSUMPTION OF ALL EXECUTORY CONTRACTS BY AND AMONG LUMINANT
GENERATION COMPANY LLC, LUMINANT MINING COMPANY LLC, SANDOW
POWER COMPANY LLC, TEXAS COMPETITIVE ELECTRIC HOLDINGS
COMPANY LLC, AND ALCOA INC. AND APPROVING THE SETTLEMENT
AGREEMENT AND MUTUAL RELEASE IN CONNECTION THEREWITH" [D.I. 7549]**

The undersigned hereby certifies that, as of the date hereof, he has received no answer,

objection or any other responsive pleading to the *Motion of Energy Future Holdings Corp., et*

*al., for Entry of an Order Approving the Assumption of All Executory Contracts By and Among*

*Luminant Generation Company LLC, Luminant Mining Company LLC, Sandow Power Company*

*LLC, Texas Competitive Electric Holdings Company LLC, and Alcoa Inc. and Approving the*

*Settlement Agreement and Mutual Release in Connection Therewith* [D.I. 7549] (the "Motion")

filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors"), with

the United States Bankruptcy Court for the District of Delaware (the "Court") on January 4,

2016.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon.  Pursuant to the *Notice of "Motion of Energy Future Holdings Corp., et al., for Entry of an Order Approving the Assumption of All Executory Contracts By and Among Luminant Generation Company LLC, Luminant Mining Company LLC, Sandow Power Company LLC, Texas Competitive Electric Holdings Company LLC, and Alcoa Inc. and Approving the Settlement Agreement and Mutual Release in Connection Therewith" and Hearing Thereon* filed contemporaneously with the Motion, responses to the Motion were to be filed and served no later than **4:00 p.m. (Eastern Standard Time) on January 19, 2016**.

The Debtors therefore respectfully request that the proposed form of order attached hereto as **<u>Exhibit A</u>**, which is materially in the same form filed with the Motion, be entered at the earliest convenience of the Court.

*[Remainder of page intentionally left blank.]*

2

Dated: January 21, 2016
Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:     (302) 651-7700
Facsimile:     (302) 651-7701
Email:          collins@rlf.com
                defranceschi@rlf.com
                madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900
Email:          edward.sassower@kirkland.com
                stephen.hessler@kirkland.com
                brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200
Email:          james.sprayregen@kirkland.com
                marc.kieselstein@kirkland.com
                chad.husnick@kirkland.com
                steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*