## EXHIBIT A

**Statement of Fees and Expenses by Subject Matter**

## COMPENSATION BY PROJECT CATEGORY
## DECEMBER 1, 2015 THROUGH DECEMBER 31, 2015

| Matter Number | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| Applicable to All Debtors[1] | | | |
| 12 | Tax Analysis | N/A | N/A |
| 25 | Public Policy Advice | N/A | N/A |
| 30 | Case Administration, Employment and Fee Applications | 12.0 | $5,430.00 |
| 46 | Budget-Related Work | 0.6 | $375.00 |
| Total for All-Debtor Matters | | 12.6 | $5,805.00 |
| Applicable to TCEH Debtors | | | |
| 4 | Litigation:  Disputes and Potential Litigation with Aurelius | N/A | N/A |
| 8 | Litigation:  FPL v. TXU (Texas Supreme Court) | N/A | N/A |
| 13 | Litigation:  FOIA Disputes and EPA Matters | N/A | N/A |
| 16 | Litigation:  Sierra Club – Eastern District of Texas | N/A | N/A |
| 17 | Litigation:  Sierra Club – Western District of Texas | N/A | N/A |
| 18 | Litigation:  NSR Case | 6.9 | $5,398.50 |
| 22 | Litigation:  2004 FPL Lawsuit | N/A | N/A |
| 23 | Litigation:  2011 FPL Lawsuit | N/A | N/A |
| 24 | Litigation:  FPL Offer Curves Dispute | N/A | N/A |
| 36 | TCEH Case Administration | N/A | N/A |
| 41 | SEC Matters | N/A | N/A |
| 43 | Corporate Matters | N/A | N/A |
| 44 | Non-Working Travel | N/A | N/A |
| 48 | TCEH Going Public Transactions | 66.5 | $42,159.00 |
| 49 | TCEH Notes Offering | 0.9 | $751.50 |
| 50 | Project Longhorn | 260.0 | $145,249.10 |
| Total for TCEH Matters | | 334.3 | $193,558.10 |

---

[1]   Matter categories applicable to all Debtors are allocated to each Debtor in the same proportion as the amount incurred by each Debtor to its direct benefit on a monthly basis.  In this Monthly Fee Statement, 93.1% of the fees ($5,405.89) shall be allocated to the TCEH estate, 0.0% of the fees ($0.00) shall be allocated to the EFIH estate, and 6.9% of the fees ($399.11) shall be allocated to the EFH estate.

| Applicable to EFIH Debtors | | | |
|---|---|---|---|
| 27 | First Lien DIP Exchange Offer | N/A | N/A |
| 28 | Second Lien DIP Tender Offer | N/A | N/A |
| 29 | Second Lien DIP Notes Offering | N/A | N/A |
| 34 | SEC Matters | N/A | N/A |
| 35 | Corporate Matters | N/A | N/A |
| 40 | Non-Working Travel | N/A | N/A |
| Total for EFIH Matters | | N/A | N/A |
| Applicable to EFH Debtors | | | |
| 31 | SEC Matters | 22.6 | $14,290.00 |
| 32 | Corporate Matters | N/A | N/A |
| 38 | Non-Working Travel | N/A | N/A |
| Total for EFH Matters | | 22.6 | $14,290.00 |
| **Total** | | **369.5** | **$213,653.10** |

2

**EXPENSE SUMMARY**
**DECEMBER 1, 2015 THROUGH DECEMBER 31, 2015**

| Expenses Category | Total Expenses |
|---|---|
| In House Duplication | $1.40 |
| Outside Services/Consultants | $15,706.50 |
| Travel – Air & Rail | $1,632.62 |
| **Total:** | **$17,340.52** |