# EXHIBIT B

**Attorneys and Paraprofessionals' Information**

The Gibson Dunn professionals and paraprofessionals who rendered professional services in these cases during the Fee Period are:

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Joseph Kattan | Partner. Became a Partner in 1997. Member of DC Bar since 1980. | $1,100.00 | 46.0 | $50,600.00 |
| Brian J. Lane | Partner. Joined firm as a Partner in 2000. Member of MD Bar since 1983, and DC Bar since 2000. | $1,125.00 | 0.7 | $787.50 |
| Robert B. Little | Partner. Joined firm as a Partner in 2011. Member of TX Bar since 1998. | $835.00 | 15.8 | $13,193.00 |
| Michael L. Raiff | Partner. Joined firm as a Partner in 2011. Member of TX Bar since 1992. | $885.00 | 4.5 | $3,982.50 |
| David L. Sinak | Partner. Joined firm as a Partner in 2002. Member of TX Bar since 1979. | $1,065.00 | 1.1 | $1,171.50 |
| Robert C. Walters | Partner. Joined firm as a Partner in 2011. Member of TX Bar since 1983. | $975.00 | 0.7 | $682.50 |
| Robyn E. Zolman | Partner. Joined firm as an Associate in 2002. Member of CO Bar since 2002. | $920.00 | 0.6 | $552.00 |
| Andrew Cline | Of Counsel. Joined firm as an associate in 1999. Member of D.C. Bar since 2000. | $650.00 | 26.6 | $17,290.00 |
| Matthew G. Bouslog | Associate. Joined firm as an associate in 2012. Member of CA Bar since 2011. | $625.00 | 3.6 | $2,250.00 |
| Michael Q. Cannon | Associate. Joined firm as an Associate in 2014. Member of TX Bar since 2012. | $575.00 | 4.6 | $2,300.00 |

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Russell H. Falconer | Associate. Joined firm as an Associate in 2011. Member of TX Bar since 2009. | $610.00 | 2.2 | $1,342.00 |
| Timothy P. Fisher | Associate. Joined firm as an associate in 2013. Member of TX Bar since 2013. | $450.00 | 14.0 | $6,300.00 |
| Krista P. Hanvey | Associate. Joined firm as an associate in 2009. Member of TX Bar since 2009. | $725.00 | 0.8 | $580.00 |
| Robert Nichols | Associate. Joined firm as an Associate in 2015. Member of CA Bar since 2012, and DC Bar since 2014. | $520.00 | 48.5 | $25,220.00 |
| Lauren A. Traina | Associate. Joined firm as an Associate in 2014. Member of CA Bar since 2014. | $460.00 | 0.6 | $276.00 |
| Needhi N. Vasavada | Associate. Joined firm as an associate in 2014. Member of TX Bar since 2014. | $410.00 | 4.3 | $1,763.00 |
| Jonathan M. Whalen | Associate. Joined firm as an Associate in 2009. Member of TX Bar since 2009. | $630.00 | 73.0 | $45,990.00 |
| Duke K. Amponsah | Paralegal. Joined firm as a Paralegal in 2012. | $395.00 | 9.0 | $3,555.00 |
| Rani Biswas | Paralegal. Joined firm as a Paralegal in 2007. | $212.00 | 22.8 | $4,833.60 |
| Susan M. Dale | Paralegal. Joined firm as a Paralegal in 1998. | $315.00 | 13.5 | $4,252.50 |
| Gaya K. Holman | Paralegal. Joined firm as a Paralegal in 2013. | $370.00 | 0.2 | $74.00 |

RLF1 13715361v.1

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Corey E. Green | EDiscovery Senior Analyst. Research and Information Management. Joined Firm in 2015. | $325.00 | 30.2 | $9,815.00 |
| Christopher Karnes | EDiscovery Specialist. Research and Information Management. Joined Firm in 2012. | $365.00 | 0.2 | $73.00 |
| Stephen S. Neal | EDiscovery Specialist. Research and Information Management. Joined Firm in 2015. | $365.00 | 44.6 | $16,279.00 |
| Christopher A. Sasso | EDiscovery Specialist. Research and Information Management. Joined Firm in 2012. | $365.00 | 0.9 | $328.50 |
| Daniel Y. Shin | EDiscovery Analyst. Research and Information Management. Joined Firm in 2015. | $325.00 | 0.5 | $162.50 |
| **TOTAL** | | | 369.5 | $213,653.10 |
| **Blended Rate** | | **$578.22** | | |

RLF1 13715361v.1