# EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

**EXPENSE SUMMARY**
**DECEMBER 1, 2015 THROUGH DECEMBER 31, 2015**

**Applicable to TCEH Debtors**

| Expenses Category | Total Expenses |
|---|---|
| In House Duplication | $1.40 |
| Outside Services/Consultants | $15,706.50 |
| Travel – Air & Rail | $1,632.62 |
| **Total:** | **$17,340.52** |

**TOTAL EXPENSES:**                                    $17,340.52