# **EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

| Invoice Number | Matter Name | Date | Name Of Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 2016012105 | TCEH | 20151215 | Russell H. Falconer | In House Duplication | $0.10 | 14 | $1.40 | In House Duplication Charge via Equitrac |
| 2016012105 | TCEH | 20151211 | Joseph, Kattan | Outside Services/Consultants | | | $15,706.50 | Outside Services/Consultants/P/E 11/30/15 Economist consulting services |
| 2016012105 | TCEH | 20151112 | Russell H. Falconer | Travel - Air & Rail | | | $693.21 | Travel Invoice#/Date: 146716 11/12/2015 Ticket No: 2158838970 Travel Dates: 11/17/2015 - 11/20/2015 Passenger: Falconer/Russell H Itinerary: DAL/STL/DAL |
| 2016012105 | TCEH | 20151117 | Russell H. Falconer | Travel - Air & Rail | | | $345.21 | Travel Invoice#/Date: 146890 11/17/2015 Ticket No: 2159932850 Travel Dates: 02/25/2016 - 02/26/2016 Passenger: Falconer/Russell H Itinerary: DAL/AUS/DAL |
| 2016012105 | TCEH | 20151123 | Jonathan Whalen | Travel - Air & Rail | | | $49.25 | Travel Invoice#/Date: 147132 11/23/2015 Ticket No: 0669404377 Charge Date: 11/23/2015 Passenger: Whalen/Jonathan |
| 2016012105 | TCEH | 20151124 | Jonathan Whalen | Travel - Air & Rail | | | $329.60 | Travel Invoice#/Date: 147220 11/24/2015 Ticket No: 7698149291 Travel Dates: 11/25/2015 - 11/26/2015 Passenger: Whalen/Jonathan Itinerary: PBI/ATL/DFW |

| 2016012105 | TCEH | 20151125 | Robert B. Little | Travel - Air & Rail | | | $215.35 | Travel Invoice#/Date: 147254 11/25/2015 Ticket No: 7698149317 Travel Dates: 11/25/2015 - 11/26/2015 Passenger: Little/Robert B Itinerary: PBI/LGA |