# EXHIBIT A

## Statement of Fees and Expenses By Subject Matter

| Matter Number | Matter Description | Total Hours Billed | Total Fees Requested |
|---|---|---|---|
| 3 | Sales and Use Tax Examination Consulting Services | 17.6 | $ 6,352.40 |
| 21 | Transaction Cost Analysis | 294.9 | $ 106,588.00 |
| 29 | SOX Compliance | 249.3 | $ 55,670.00 |
| 30 | Earnings and Profit Study | 48.1 | $ 26,254.50 |
| 32 | Tax Accounting Support (Restructuring) | 171.7 | $ 89,191.40 |
| 33 | Fresh Start | 641.1 | $ 197,637.00 |
| 35 | Fee Statement and Fee Application Preparation | 70.5 | $ 19,825.40 |
| | **Total** | **1,493.2** | **$ 501,518.70**[1] |

| Service Description | Service Provider | Amount |
|---|---|---|
| Airfare | N/A | $ 2,012.56 |
| Lodging | N/A | $ 1,772.24 |
| Travel Meals | N/A | $ 447.29 |
| Ground Transportation | N/A | $ 960.87 |
| Miscellaneous | N/A | $ 2,500.00 |
| **Total** | | **$ 7,692.96** |

---

[1] KPMG bills for services at discounted billing rates as specified in the Retention Application dated May 29, 2014. During the Fee Period, KPMG's standard rates for services rendered totaled $951,271.50. KPMG's services at the agreed upon discounted rates result in a voluntary discount of fees in the amount of $449,752.80 thus benefitting the Chapter 11 estate by same amount.