**EXHIBIT B**

**Professionals' Information**
The KPMG professionals who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position & Department | | Total Billed Hours | | Hourly Billing Rate | | Total Compensation |
|---|---|---|---|---|---|---|---|
| Johnson, Brent | Partner - Tax | | 5.0 | | $ 805 | | $ 4,025.00 |
| Carpenter, John | Partner - Tax | | 2.0 | | $ 720 | | $ 1,440.00 |
| Burdett, Brian R | Principal - Tax | | 2.0 | | $ 682 | | $ 1,364.00 |
| Nesta, Michael G | Partner - Advisory | * | 20.8 | | $ 610 | | $ 12,688.00 |
| Lyons, Stacy L | Partner - Tax | | 45.0 | | $ 575 | | $ 25,875.00 |
| Cargile, David | Managing Director - Advisory | | 7.0 | | $ 325 | | $ 2,275.00 |
| Fulmer, Brandon T | Senior Manager - Tax | * | 3.2 | | $ 625 | | $ 2,000.00 |
| Booe, Amanda | Senior Manager - Tax | | 121.3 | | $ 500 | | $ 60,650.00 |
| Gibson, Rhonda | Senior Manager - Tax | | 5.1 | | $ 500 | | $ 2,550.00 |
| Jandera, Judy | Director - Advisory | | 77.4 | | $ 500 | | $ 38,700.00 |
| Lancy, Bradley | Director - Advisory | | 103.6 | | $ 500 | | $ 51,800.00 |
| Seeman, Nick | Director - Advisory | | 26.0 | | $ 290 | | $ 7,540.00 |
| Plangman, Monica | Associate Director - Bankruptcy | | 2.7 | | $ 325 | | $ 877.50 |
| Doyle, Matthew | Manager - Tax | | 4.0 | | $ 560 | | $ 2,240.00 |
| Laukhuff, Brittny | Manager - Tax | | 39.9 | | $ 560 | ** | $ 22,344.00 |
| Laukhuff, Brittny | Manager - Tax | | 8.0 | | $ 545 | ** | $ 4,360.00 |
| Wigmore, Andrew | Manager - Tax | * | 21.1 | | $ 545 | | $ 11,499.50 |
| Marchand, Elizabeth | Manager - Tax | | 0.3 | | $ 388 | | $ 116.40 |
| Campbell, Celeste | Manager - Bankruptcy | | 53.7 | | $ 298 | | $ 16,002.60 |
| Myrick, Cristina | Manager - Advisory | | 79.3 | | $ 250 | | $ 19,825.00 |
| Payne, Lani | Senior Associate - Tax | | 14.0 | | $ 455 | ** | $ 6,370.00 |
| Payne, Lani | Senior Associate - Tax | | 73.8 | | $ 420 | ** | $ 30,996.00 |
| Ruzicka, Emily | Senior Associate - Tax | | 25.1 | | $ 420 | | $ 10,542.00 |
| Berryman, Ben | Senior Associate - Advisory | | 129.2 | | $ 275 | | $ 35,530.00 |
| Shaffer, Wendy | Senior Associate - Bankruptcy | | 6.4 | | $ 228 | | $ 1,459.20 |
| Ravishanker, Venkatesh | Senior Associate - Advisory | | 137.0 | | $ 190 | | $ 26,030.00 |
| Arce, Erika | Associate - Tax | | 28.2 | | $ 260 | | $ 7,332.00 |
| Benage, Meredith Levine | Associate - Tax | | 33.0 | | $ 260 | | $ 8,580.00 |
| Freeman, Katherine | Associate - Tax | | 38.0 | | $ 260 | | $ 9,880.00 |
| Klaudt, David | Associate - Tax | | 25.4 | | $ 260 | | $ 6,604.00 |
| Klein, Allie | Associate - Tax | | 25.5 | | $ 260 | | $ 6,630.00 |
| Jones, Virginia | Associate - Tax | | 12.4 | | $ 241 | | $ 2,988.40 |
| Garza, Juanita | Associate - Bankruptcy | | 7.7 | | $ 193 | | $ 1,486.10 |
| Bozon, Brianna | Associate - Advisory | | 147.1 | | $ 190 | | $ 27,949.00 |
| Fritsche, Philip | Associate - Advisory | | 163.0 | | $ 190 | | $ 30,970.00 |
| **Total Hours and Fees** | | | **1,493.2** | | | | **$ 501,518.70** |

\* Promoted effective 10/1/15

\*\* Rates differ due to services provided under multiple Statements of Work