## **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

### **ALL - Expense Summary**

| Service Description | Service Provider | Amount | |
|---|---|---|---:|
| Airfare | N/A | $ | 2,012.56 |
| Lodging | N/A | $ | 1,772.24 |
| Travel Meals | N/A | $ | 447.29 |
| Ground Transportation | N/A | $ | 960.87 |
| Miscellaneous | N/A | $ | 2,500.00 |
| **Total** | | **$** | **7,692.96** |

### **EFH - Expense Summary**

| Service Description | Service Provider | Amount | |
|---|---|---|---:|
| Airfare | N/A | $ | 2,012.56 |
| Lodging | N/A | $ | 1,772.24 |
| Travel Meals | N/A | $ | 447.29 |
| Ground Transportation | N/A | $ | 960.87 |
| Miscellaneous | N/A | $ | 2,500.00 |
| **Total** | | **$** | **7,692.96** |