**<u>EXHIBIT D</u>**

**Detailed Description of Expenses and Disbursements**

**KPMG LLP**
**EFH Expense Detail**
**November 1, 2015 through November 30, 2015**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 11424868 | Fresh Start | 20151105 | Lancy, Bradley | air | | | $ 512.20 | Roundtrip coach class airfare from Chicago, IL to Dallas, TX. Departure Date:11/2/15 Return Date:11/5/15. Business Purpose: To travel to EFH, Energy Future Holdings (EFH). |
| 11424868 | Fresh Start | 20151113 | Lancy, Bradley | air | | | $ 347.96 | Roundtrip coach class airfare from Chicago, IL to Dallas, TX. Departure Date:11/10/15 Return Date:11/13/15. Business Purpose: To travel to EFH, Energy Future Holdings (EFH). |
| 11424868 | Fresh Start | 20151119 | Lancy, Bradley | air | | | $ 481.90 | Roundtrip coach class airfare from Chicago, IL to Dallas, TX. Departure Date:11/16/15 Return Date:11/19/15. Business Purpose: To travel to EFH, Energy Future Holdings (EFH). |
| 11424868 | Transaction Cost Analysis | 20151130 | Laukhuff, Brittny | air | | | $ 670.50 | Roundtrip coach airfare from Lafayette, LA to Dallas, TX From Date:11/17/2015 To Date:11/30/2015 |
| | | | | **Total Air** | | | $ 2,012.56 | |

**KPMG LLP**
**EFH Expense Detail**
**November 1, 2015 through November 30, 2015**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 11424868 | Earnings and Profit Study | 20151014 | Johnson, Brent | lodging | | | $ 205.85 | Lodging in Dallas while traveling for EFH  for 1 night from 10/13/15 thru 10/14/15. |
| 11424868 | Fresh Start | 20151105 | Lancy, Bradley | lodging | | | $ 491.01 | Hotel fees incurred in Dallas, TX for 3 nights (11/2-11/5) while performing work for Energy Future Holdings. |
| 11424868 | Fresh Start | 20151113 | Lancy, Bradley | lodging | | | $ 491.01 | Hotel fees incurred in Dallas, TX for 3 nights (11/10-11/13) while performing work for Energy Future Holdings. |
| 11424868 | Fresh Start | 20151119 | Lancy, Bradley | lodging | | | $ 584.37 | Hotel fees incurred in Dallas, TX for 3 nights (11/16-11/19) while performing work for Energy Future Holdings. |
| Total Lodging | | | | | | | $ 1,772.24 | |

**KPMG LLP**
**EFH Expense Detail**
**November 1, 2015 through November 30, 2015**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 11424868 | Fresh Start | 20151021 | Kielkucki, Cynthia | travel meals | | | $ 22.49 | Dinner while traveling to Dallas, TX. Attendees: C. Kielkucki (KPMG).  Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 11424868 | Fresh Start | 20151022 | Kielkucki, Cynthia | travel meals | | | $ 23.78 | Dinner while traveling to Dallas, TX. Attendees: C. Kielkucki (KPMG).  Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 11424868 | Fresh Start | 20151026 | Lancy, Bradley | travel meals | | | $ 8.39 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG).  Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 11424868 | Fresh Start | 20151026 | Lancy, Bradley | travel meals | | | $ 5.95 | Dinner while traveling to Dallas, TX. Attendees: B. Lancy (KPMG).  Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 11424868 | Fresh Start | 20151027 | Lancy, Bradley | travel meals | | | $ 7.57 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG).  Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 11424868 | Fresh Start | 20151027 | Lancy, Bradley | travel meals | | | $ 13.89 | Dinner while traveling to Dallas, TX. Attendees: B. Lancy (KPMG).  Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 11424868 | Fresh Start | 20151028 | Lancy, Bradley | travel meals | | | $ 7.57 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG).  Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 11424868 | Fresh Start | 20151028 | Lancy, Bradley | travel meals | | | $ 8.66 | Dinner while traveling to Dallas, TX. Attendees: B. Lancy (KPMG).  Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 11424868 | Fresh Start | 20151029 | Lancy, Bradley | travel meals | | | $ 8.93 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG).  Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 11424868 | Fresh Start | 20151029 | Lancy, Bradley | travel meals | | | $ 23.69 | Dinner while traveling to Dallas, TX. Attendees: B. Lancy (KPMG).  Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 11424868 | Fresh Start | 20151102 | Lancy, Bradley | travel meals | | | $ 6.43 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG).  Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 11424868 | Fresh Start | 20151102 | Lancy, Bradley | travel meals | | | $ 13.13 | Dinner while traveling to Dallas, TX. Attendees: B. Lancy (KPMG).  Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 11424868 | Fresh Start | 20151103 | Lancy, Bradley | travel meals | | | $ 7.57 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG).  Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 11424868 | Fresh Start | 20151103 | Lancy, Bradley | travel meals | | | $ 11.73 | Dinner while traveling to Dallas, TX. Attendees: B. Lancy (KPMG).  Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 11424868 | Fresh Start | 20151104 | Lancy, Bradley | travel meals | | | $ 11.16 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG).  Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 11424868 | Fresh Start | 20151104 | Lancy, Bradley | travel meals | | | $ 39.31 | Dinner while traveling to Dallas, TX. Attendees: B. Lancy (KPMG).  Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 11424868 | Fresh Start | 20151105 | Lancy, Bradley | travel meals | | | $ 7.50 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG).  Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 11424868 | Fresh Start | 20151105 | Lancy, Bradley | travel meals | | | $ 9.85 | Dinner while traveling. Attendees: B. Lancy (KPMG).  Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 11424868 | Fresh Start | 20151110 | Lancy, Bradley | travel meals | | | $ 11.00 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG).  Business Purpose: Meal expense incurred while out of town conducting EFH related business. |

**KPMG LLP**
**EFH Expense Detail**
**November 1, 2015 through November 30, 2015**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 11424868 | Fresh Start | 20151110 | Lancy, Bradley | travel meals | | | $ 14.53 | Dinner while traveling to Dallas, TX. Attendees: B. Lancy (KPMG).  Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 11424868 | Fresh Start | 20151111 | Lancy, Bradley | travel meals | | | $ 6.43 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG).  Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 11424868 | Fresh Start | 20151111 | Lancy, Bradley | travel meals | | | $ 40.00 | Dinner while traveling to Dallas, TX. Attendees: B. Lancy (KPMG).  Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 11424868 | Fresh Start | 20151112 | Lancy, Bradley | travel meals | | | $ 6.43 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG).  Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 11424868 | Fresh Start | 20151112 | Lancy, Bradley | travel meals | | | $ 24.51 | Dinner while traveling. Attendees: B. Lancy (KPMG).  Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 11424868 | Fresh Start | 20151116 | Lancy, Bradley | travel meals | | | $ 6.43 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG).  Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 11424868 | Fresh Start | 20151116 | Lancy, Bradley | travel meals | | | $ 8.66 | Dinner while traveling to Dallas, TX. Attendees: B. Lancy (KPMG).  Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 11424868 | Fresh Start | 20151117 | Lancy, Bradley | travel meals | | | $ 11.82 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG).  Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 11424868 | Fresh Start | 20151117 | Lancy, Bradley | travel meals | | | $ 40.00 | Dinner while traveling to Dallas, TX. Attendees: B. Lancy (KPMG).  Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 11424868 | Fresh Start | 20151118 | Lancy, Bradley | travel meals | | | $ 11.00 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG).  Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 11424868 | Fresh Start | 20151118 | Lancy, Bradley | travel meals | | | $ 20.78 | Dinner while traveling to Dallas, TX. Attendees: B. Lancy (KPMG).  Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 11424868 | Fresh Start | 20151119 | Lancy, Bradley | travel meals | | | $ 8.10 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG).  Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| | | | | **Total Travel Meals** | | | **$ 447.29** | |

**KPMG LLP**
**EFH Expense Detail**
**November 1, 2015 through November 30, 2015**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 11424868 | Fresh Start | 20150907 | Kielkucki, Cynthia | ground transportation | | | $ 58.06 | Taxi ground transportation from airport to hotel in Dallas, TX related to Energy Future Holdings work travel. |
| 11424868 | Fresh Start | 20150908 | Kielkucki, Cynthia | ground transportation | | | $ 52.03 | Taxi ground transportation from EFH offices to airport in Dallas, TX related to Energy Future Holdings work travel. |
| 11424868 | Fresh Start | 20150918 | Kielkucki, Cynthia | ground transportation | | | $ 40.21 | Taxi ground transportation from airport to EFH offices in Dallas, TX related to Energy Future Holdings work travel. |
| 11424868 | Fresh Start | 20150918 | Kielkucki, Cynthia | ground transportation | | | $ 57.65 | Taxi ground transportation from EFH offices to airport in Dallas, TX related to Energy Future Holdings work travel. |
| 11424868 | 2000337774 | 20151014 | Johnson, Brent | ground transportation | | | $ 48.00 | Parking - Atlanta, GA airport for 2 days |
| 11424868 | Fresh Start | 20151020 | Kielkucki, Cynthia | ground transportation | | | $ 40.00 | Taxi ground transportation from home to airport in Chicago, IL related to Energy Future Holdings work travel. |
| 11424868 | Fresh Start | 20151020 | Kielkucki, Cynthia | ground transportation | | | $ 56.00 | Taxi ground transportation from airport to EFH offices in Dallas, TX related to Energy Future Holdings work travel. |
| 11424868 | Fresh Start | 20151023 | Kielkucki, Cynthia | ground transportation | | | $ 63.70 | Taxi ground transportation from EFH offices to airport in Dallas, TX related to Energy Future Holdings work travel. |
| 11424868 | Fresh Start | 20151023 | Kielkucki, Cynthia | ground transportation | | | $ 40.00 | Taxi ground transportation from airport to home in Chicago, IL related to Energy Future Holdings work travel. |
| 11424868 | Fresh Start | 20151026 | Lancy, Bradley | ground transportation | | | $ 34.62 | Taxi ground transportation from home to airport in Chicago, IL related to Energy Future Holdings work travel. |
| 11424868 | Fresh Start | 20151026 | Lancy, Bradley | ground transportation | | | $ 25.80 | Taxi ground transportation from airport to hotel in Dallas, TX related to Energy Future Holdings work travel. |
| 11424868 | Fresh Start | 20151029 | Lancy, Bradley | ground transportation | | | $ 26.00 | Taxi ground transportation from EFH offices to airport in Dallas, TX related to Energy Future Holdings work travel. |
| 11424868 | Fresh Start | 20151029 | Lancy, Bradley | ground transportation | | | $ 38.70 | Taxi ground transportation from airport to home in Chicago, IL related to Energy Future Holdings work travel. |
| 11424868 | Fresh Start | 20151102 | Lancy, Bradley | ground transportation | | | $ 34.62 | Taxi ground transportation from home to airport in Chicago, IL related to Energy Future Holdings work travel. |
| 11424868 | Fresh Start | 20151102 | Lancy, Bradley | ground transportation | | | $ 30.00 | Taxi ground transportation from airport to hotel in Dallas, TX related to Energy Future Holdings work travel. |
| 11424868 | Fresh Start | 20151105 | Lancy, Bradley | ground transportation | | | $ 25.20 | Taxi ground transportation from EFH offices to airport in Dallas, TX related to Energy Future Holdings work travel. |
| 11424868 | Fresh Start | 20151105 | Lancy, Bradley | ground transportation | | | $ 34.38 | Taxi ground transportation from airport to home in Chicago, IL related to Energy Future Holdings work travel. |
| 11424868 | Fresh Start | 20151110 | Lancy, Bradley | ground transportation | | | $ 18.68 | Taxi ground transportation from home to airport in Chicago, IL related to Energy Future Holdings work travel. |
| 11424868 | Fresh Start | 20151110 | Lancy, Bradley | ground transportation | | | $ 27.60 | Taxi ground transportation from airport to client office in Dallas, TX related to Energy Future Holdings work travel. |
| 11424868 | Fresh Start | 20151110 | Lancy, Bradley | ground transportation | | | $ 25.00 | Taxi ground transportation to client office to dinner while in Dallas, TX related to Energy Future Holdings work travel. |
| 11424868 | Fresh Start | 20151110 | Lancy, Bradley | ground transportation | | | $ 6.33 | Taxi ground transportation from dinner to hotel while in Dallas, TX related to Energy Future Holdings work travel. |
| 11424868 | Fresh Start | 20151113 | Lancy, Bradley | ground transportation | | | $ 26.40 | Taxi ground transportation from EFH offices to airport in Dallas, TX related to Energy Future Holdings work travel. |
| 11424868 | Fresh Start | 20151113 | Lancy, Bradley | ground transportation | | | $ 35.10 | Taxi ground transportation from airport to home in Chicago, IL related to Energy Future Holdings work travel. |
| 11424868 | Fresh Start | 20151116 | Lancy, Bradley | ground transportation | | | $ 34.85 | Taxi ground transportation from home to airport in Chicago, IL related to Energy Future Holdings work travel. |
| 11424868 | Fresh Start | 20151116 | Lancy, Bradley | ground transportation | | | $ 25.00 | Taxi ground transportation from airport to hotel in Dallas, TX related to Energy Future Holdings work travel. |
| 11424868 | Fresh Start | 20151119 | Lancy, Bradley | ground transportation | | | $ 24.00 | Taxi ground transportation from EFH offices to airport in Dallas, TX related to Energy Future Holdings work travel. |

**KPMG LLP**
**EFH Expense Detail**
**November 1, 2015 through November 30, 2015**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 11424868 | Fresh Start | 20151119 | Lancy, Bradley | ground transportation | | | $    32.94 | Taxi ground transportation from airport to home in Chicago, IL related to Energy Future Holdings work travel. |
| Total Ground | | | | | | | $    960.87 | |

**KPMG LLP**
**EFH Expense Detail**
**November 1, 2015 through November 30, 2015**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 11424868 | Tax Accounting Support - Restructuring | 20151012 | Gibson, Rhonda | miscellaneous | | | $        2,500.00 | Software netting license required for EFH's specific tax identification number to allow the software to net interest rates during concurrent periods of overpayment and underpayment interest |
| Total Miscellaneous | | | | | | | $     2,500.00 | |