# EXHIBIT A

**Statement of Fees and Expenses By Subject Matter**

**COMPENSATION BY SUBJECT MATTER[1]**
**DECEMBER 1, 2015 THROUGH DECEMBER 31, 2015**

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 4 | General Environmental Matters | 29.30 | $12,538.50 |
| 7 | EPA NSR Litigation | 53.10 | $22,334.50 |
| 8 | EGU MACT | 63.20 | $24,179.00 |
| 9 | Texas PM2.5 Interstate Transport Rule | 59.10 | $18,141.50 |
| 11 | EPA Regional Haze Rulemaking | 74.90 | $29,368.50 |
| 18 | EPA Affirmative Defense Litigation | 2.10 | $950.50 |
| 19 | EPA GHG Rules | 96.20 | $36,319.00 |
| 21 | Bankruptcy Application and Retention | 18.30 | $4,511.50 |
| **Totals:** | | **396.20** | **$148,343.00** |

---

[1] The work performed and expenses incurred by Balch during the compensation period were entirely on behalf of Texas Competitive Electric Holdings Company, LLC and its debtor subsidiaries.

RLF1 13717810v.1

# EXPENSE SUMMARY
## DECEMBER 1, 2015 THROUGH DECEMBER 31, 2015

| Expense Category | Amount |
|---|---|
| Airfare | $2,132.84 |
| Color Copies or Prints | $152.00 |
| Standard Copies or Prints | $31.00 |
| Court Fees | $500.00 |
| Telephone Charges | $28.83 |
| Transportation to/from airport | $70.36 |
| Transportation | $21.00 |
| Travel Expenses – Lodging | $1,723.72 |
| Travel Meals | $355.22 |
| Other Travel Expenses | $156.85 |
| Working Meals | $40.00 |
| **Total Expenses Sought:** | **$5,211.82** |