## **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The Balch attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Thomas L. Casey III | Partner | 2003 | Environmental | $385.00 | 51.90 | $19,981.50 |
| Thomas DeLawrence | Partner | 2006 | Environmental | $320.00 | 3.10 | $992.00 |
| P. Stephen Gidiere | Partner | 1996 | Environmental | $505.00 | 152.20 | $76,861.00 |
| Leo E. Manuel | Partner | 2005 | Energy | $345.00 | 1.30 | $448.50 |
| C. Grady Moore | Partner | 1992 | Environmental | $505.00 | 2.60 | $1,313.00 |
| Mary F. Samuels | Partner | 2007 | Environmental | $320.00 | 0.10 | $32.00 |
| Jeff Wood | Partner | 2003 | Environmental | $430.00 | 1.00 | $430.00 |
| Julia Barber | Associate | 2014 | Environmental | $240.00 | 42.40 | $10,176.00 |
| S. Ellen Burgin | Associate | 2014 | Environmental | $235.00 | 7.90 | $1,856.50 |
| Melanie Jablonski | Associate | 2006 | Environmental | $315.00 | 0.20 | $63.00 |
| Michael Malenfant | Associate | 2013 | Energy | $235.00 | 6.20 | $1,457.00 |
| David W. Mitchell | Associate | 2009 | Environmental | $285.00 | 80.10 | $22,828.50 |
| J. Patrick Runge | Associate | 2008 | Environmental | $270.00 | 26.20 | $7,074.00 |
| Amy Benschoter | Staff Attorney | 2005 | Environmental | $230.00 | 21.00 | $4,830.00 |
| | | | **Total Fees Requested** | | | **$148,343.00** |