## **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

RLF1 13717810v.1

# EXPENSE SUMMARY
## DECEMBER 1, 2015 THROUGH DECEMBER 31, 2015

| Expense Category | Amount |
| --- | --- |
| Airfare | $2,132.84 |
| Color Copies or Prints | $152.00 |
| Standard Copies or Prints | $31.00 |
| Court Fees | $500.00 |
| Telephone Charges | $28.83 |
| Transportation to/from airport | $70.36 |
| Transportation | $21.00 |
| Travel Expenses – Lodging | $1,723.72 |
| Travel Meals | $355.22 |
| Other Travel Expenses | $156.85 |
| Working Meals | $40.00 |
| **Total Expenses Sought:** | **$5,211.82** |