# EXHIBIT D

**Detailed Description of Expenses and Disbursements**

**DETAILED EXPENSE SUMMARY**
**DECEMBER 1, 2015 THROUGH DECEMBER 31, 2015**

| Invoice Number | Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| *591302* | *004* | *11/2/15* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$3.59[1]* | *Long Distance* |
| *591302* | *004* | *11/3/15* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$4.41* | *Long Distance* |
| 591302 | 004 | 11/5/15 | P. Stephen Gidiere | Telephone Charges | | | $0.09 | Conference call |
| 591302 | 004 | 11/5/15 | P. Stephen Gidiere | Telephone Charges | | | $5.93 | Conference call |
| 591302 | 004 | 11/12/15 | P. Stephen Gidiere | Telephone Charges | | | $14.38 | Conference call |
| 591302 | 004 | 11/19/15 | P. Stephen Gidiere | Telephone Charges | | | $2.11 | Conference call |
| 591302 | 004 | 11/19/15 | P. Stephen Gidiere | Telephone Charges | | | $2.62 | Conference call |
| *591302* | *004* | *11/20/15* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$2.72* | *Long Distance* |
| *591302* | *004* | *12/10/15* | *P. Stephen Gidiere* | *N/A* | | | *$7.57[2]* | *Sundries* |
| 591302 | 004 | 12/10/15 | P. Stephen Gidiere | Airfare | | | $364.98 | Travel from Birmingham, AL to Dallas, TX |
| *591302* | *004* | *12/10/15* | *P. Stephen Gidiere* | *Other Travel Expenses* | | | *$2.00[3]* | *Baggage Tip* |
| 591302 | 004 | 12/10/15 | P. Stephen Gidiere | Transportation to/from Airport | | | $28.00 | Cab fare from airport to client's office |
| 591302 | 004 | 12/10/15 | P. Stephen Gidiere | Transportation to/from Airport | | | $2.30 | Transportation to Birmingham airport |
| 591302 | 004 | 12/10/15 | P. Stephen Gidiere | Travel Expenses – Lodging | | | $247.81 | Lodging in Dallas, TX (1 night) |
| 591302 | 004 | 12/10/15 | P. Stephen Gidiere | Travel Meal | | | $102.86 | Dinner |
| 591302 | 004 | 12/10/15 | P. Stephen Gidiere | Travel Meals | | | $10.83 | Breakfast (1 person) |
| 591302 | 004 | 12/10/15 | P. Stephen Gidiere | Travel Meals | | | $8.57 | Breakfast (1 person) |
| 591302 | 004 | 12/10/15 | P. Stephen Gidiere | Working Meals | | | $40.00 | Working lunch (3 people) |
| 591302 | 004 | 12/11/15 | P. Stephen Gidiere | Airfare | | | $442.48 | Travel from Austin, TX to Birmingham, AL |
| 591302 | 004 | 12/11/15 | P. Stephen Gidiere | Other Travel Expenses | | | $38.00 | Airport Parking |

---

[1] Italicized entries for Telephone Charges represent those calls which cannot be classified as multi-party conference calls. A total of $13.42 in telephone charges is not reimbursable.

[2] Items not reimbursable.

[3] Pursuant to the Fee Committee's correspondence, baggage fees and tips are not reimbursable.

RLF1 13717810v.1

| Invoice Number | Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 591302 | 004 | 12/11/15 | P. Stephen Gidiere | Transportation to/from Airport | | | $2.30 | Transportation from Birmingham airport |
| 591302 | 004 | 12/11/15 | P. Stephen Gidiere | Travel Meals | | | $39.31 | Lunch (1 person) |
| 591302 | 004 | 12/11/15 | P. Stephen Gidiere | Travel Meals | | | $11.44 | Breakfast (1 person) |
| 591302 | 004 | 12/11/15 | P. Stephen Gidiere | Travel Meals | | | $2.25 | Breakfast (1 person) |
| 591302 | 004 | 12/11/15 | P. Stephen Gidiere | Travel Meals | | | $15.64 | Lunch (1 person) |
| *591303* | *007* | *12/8/15* | *Thomas Casey* | *Airfare* | | | *$1,255.24[4]* | *Roundtrip airfare between Birmingham, AL and St. Louis, MO* |
| *591303* | *007* | *12/8/15* | *Thomas Casey* | *Airfare* | | | *$10.00[5]* | *Travel agency service fee* |
| 591303 | 007 | 12/15/15 | P. Stephen Gidiere | Airfare | | | $361.98 | Travel from Birmingham, AL to Washington, DC |
| *591303* | *007* | *12/15/15* | *P. Stephen Gidiere* | *Airfare* | | | *$15.00[6]* | *Miscellaneous airline service fee* |
| *591303* | *007* | *12/16/15* | *P. Stephen Gidiere* | *Other Travel Expenses* | | | *$2.00[7]* | *Baggage Tip* |
| 591303 | 007 | 12/16/15 | P. Stephen Gidiere | Transportation | | | $11.00 | Cab fare from hotel to client's office. |
| 591303 | 007 | 12/16/15 | P. Stephen Gidiere | Transportation to/from Airport | | | $2.30 | Transportation to Birmingham airport |
| 591303 | 007 | 12/16/15 | P. Stephen Gidiere | Transportation to/from Airport | | | $10.00 | Cab fare from airport to hotel |
| 591303 | 007 | 12/17/15 | P. Stephen Gidiere | Other Travel Expenses | | | $46.00 | Airport Parking |
| 591303 | 007 | 12/17/15 | P. Stephen Gidiere | Other Travel Expenses | | | $25.95 | Wi-Fi Internet Access |
| 591303 | 007 | 12/17/15 | P. Stephen Gidiere | Transportation to/from Airport | | | $2.30 | Transportation from Birmingham airport |
| 591303 | 007 | 12/17/15 | P. Stephen Gidiere | Transportation to/from Airport | | | $23.16 | Cab fare from hotel to airport. |
| 591303 | 007 | 12/17/15 | P. Stephen Gidiere | Travel Expenses – Lodging | | | $828.98 | Lodging in Washington, DC (2 nights) |
| 591303 | 007 | 12/17/15 | P. Stephen Gidiere | Travel Meals | | | $9.74 | Lunch (1 person) |

---

[4] It was discovered that Balch was mischarged by the firm travel agency. Therefore, $652.04 has been deducted from the requested expenses for this billing period.

[5] Pursuant to the Fee Committee's Letter Report on the First Interim Application of Balch & Bingham LLP, dated May 20, 2015, service fees are not reimbursable. Therefore, $10.00 is not reimbursable.

[6] Pursuant to the Fee Committee's Letter Report on the First Interim Application of Balch & Bingham LLP, dated May 20, 2015, airline service fees are not reimbursable. Therefore, $15.00 is not reimbursable.

[7] Pursuant to the Fee Committee's correspondence, baggage fees and tips are not reimbursable.

2

| Invoice Number | Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 591303 | 007 | 12/17/15 | P. Stephen Gidiere | Travel Meals | | | $2.87 | Lunch (1 person) |
| 591303 | 007 | 12/17/15 | P. Stephen Gidiere | Travel Meals | | | $2.55 | Breakfast (1 person) |
| 591304 | 008 | 12/3/15 | Thomas Casey | Transportation | | | $10.00 | Subway travel from hotel to courthouse. |
| 591304 | 008 | 12/3/15 | Thomas Casey | Travel Meal | | | $8.46 | Lunch (1 person) |
| *591304* | *008* | *12/3/15* | *Thomas Casey* | *Travel Meal* | | | *$100.00* | *Dinner (1 person)[8]* |
| *591304* | *008* | *12/4/15* | *Thomas Casey* | *Travel Meal* | | | *$46.12[9]* | *Breakfast (1 person)* |
| 591304 | 008 | 12/5/15 | Thomas Casey | Other Travel Expenses | | | $46.90 | Airport Parking |
| 591304 | 008 | 12/5/15 | Thomas Casey | Travel Expenses – Lodging | | | $646.93 | Lodging in Washington, D.C. (2 nights) |
| 591304 | 008 | 12/5/15 | Thomas Casey | Travel Meal | | | $27.54 | Lunch (1 person) |
| 591304 | 008 | 12/5/15 | Thomas Casey | Travel Meal | | | $33.16 | Breakfast (1 person) |
| 591304 | 008 | 12/8/15 | Thomas Casey | Airfare | | | $360.20 | Roundtrip airfare between Birmingham, AL and Washington, D.C. |
| *591304* | *008* | *12/8/15* | *Thomas Casey* | *Airfare* | | | *$10.00[10]* | *Travel agency service fee* |
| *591307* | *018* | *12/2/15* | *Patrick Runge* | *In-house Copying* | 6 | $0.20 | *$1.20[11]* | *Standard Copies* |
| 591307 | 018 | 12/2/15 | P. Stephen Gidiere | Telephone Charges | | | $1.00 | Conference call |
| 591307 | 018 | 12/3/15 | P. Stephen Gidiere | Telephone Charges | | | $0.20 | Conference call |
| *591307* | *018* | *12/4/15* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$0.70* | *Long Distance to Austin, TX* |
| *591307* | *018* | *12/4/15* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$2.00* | *Long Distance to Dallas, TX* |
| 591308 | 019 | 12/1/15 | P. Stephen Gidiere | Telephone Charges | | | $1.20 | Conference call |
| 591308 | 019 | 12/9/15 | P. Stephen Gidiere | Telephone Charges | | | $0.90 | Conference call |
| 591308 | 019 | 12/9/15 | P. Stephen Gidiere | Telephone Charges | | | $0.20 | Conference call |
| 591308 | 019 | 12/15/15 | P. Stephen Gidiere | Telephone Charges | | | $0.20 | Conference call |
| 591308 | 019 | 12/17/15 | Julia Barber | Court Fees | | | $500.00 | Filing fee for Petition for Review |
| 591308 | 019 | 12/21/15 | Julia Barber | In-house Copying | 304 | $0.10 | $30.40 | Standard Copies |

---

[8] Pursuant to the Fee Committee's initial memorandum, dated October 3, 2014, meals are capped at $40.00 per person, per meal. Therefore, $60.00 is not reimbursable.

[9] Pursuant to the Fee Committee's initial memorandum, dated October 3, 2014, meals are capped at $40.00 per person, per meal. Therefore, $6.12 is not reimbursable.

[10] Pursuant to the Fee Committee's Letter Report on the First Interim Application of Balch & Bingham LLP, dated May 20, 2015, service fees are not reimbursable. Therefore, $10.00 is not reimbursable.

[11] Standard black & white copies should be charged at $0.10 per page. The initial amount charged was due to a billing error. Therefore, $0.60 is being deducted from the requested expenses.

3

| Invoice Number | Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 591308 | 019 | 12/21/15 | Julia Barber | In-house Copying | 304 | $0.50 | $152.00 | Color Copies |
| Total Expenses: | | | | | | | $5,990.57 | |
| *Less: Expense Adjustment*[12] | | | | | | | *$778.75* | |
| **Total Expenses Sought:** | | | | | | | **$5,211.82** | |

---

[12] Reflects actual expenses incurred during Fee Period which are not reimbursable pursuant to the Fee Committee's initial memorandum, dated October 3, 2014.

4

RLF1 13717810v.1