# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Objection Deadline: February 12, 2016 at 4:00 p.m.** |

## FOURTEENTH MONTHLY STATEMENT OF SULLIVAN & CROMWELL LLP AS COUNSEL TO THE EFH OFFICIAL COMMITTEE FOR COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM DECEMBER 1, 2015 THROUGH DECEMBER 31, 2015

| **Name of Applicant** | **Sullivan & Cromwell LLP** |
|---|---|
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc. |
| Date of Retention: | January 13, 2015 *nunc pro tunc* to November 5, 2014 |
| Period for which Compensation and Reimbursement Is Sought: | December 1, 2015 through December 31, 2015 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $113,575.50 |
| 80% of Compensation Sought as Actual, Reasonable and Necessary: | $90,860.40 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary: | $112,751.62 |

This is a(n) _X_ monthly ___ interim ___ final application.  No prior application for compensation or reimbursement of expenses has been filed for this Fee Period.[2]

---

[1]  The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "**Bankruptcy Code**"), rule 2016 of the Federal Rules of Bankruptcy Procedure, the *Order Authorizing the Retention and Employment of Sullivan & Cromwell LLP as Counsel to the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. Nunc Pro Tunc to November 5, 2014*, dated January 13, 2015 [D.I. 3282], the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals*, dated September 16, 2014 [D.I. 2066] (the "**Interim Compensation Order**"), the *Stipulation and Order Appointing a Fee Committee*, dated September 19, 2014 [D.I. 1896] (the "**Fee Committee Order**"), and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, Sullivan & Cromwell LLP ("**S&C**"), counsel to the official committee of unsecured creditors (the "**EFH Committee**") of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc. (collectively, the "**EFH Debtors**"), hereby submits this fourteenth monthly statement (this "**Monthly Fee Statement**") for compensation for professional services rendered and expenses incurred for the period from December 1, 2015 through December 31, 2015 (the "**Fee Period**").

**Relief Requested**

Pursuant to the Interim Compensation Order, S&C seeks payment of $203,612.02 from the EFH Debtors for the Fee Period, comprising (a) $90,860.40, representing 80% of S&C's total fees for reasonable and necessary professional services rendered and

---

[2]    Notice of this Monthly Fee Statement (as defined herein) shall be served in accordance with the Interim Compensation Order and Fee Committee Order (each as defined herein), and objections to the relief requested in this Monthly Fee Statement shall be governed by the Interim Compensation Order and Fee Order.

SC1:4023497.1

(b) $112,751.62 for actual and necessary expenses incurred, and requests that such fees and expenses be paid as administrative expenses of the EFH Debtors' estates. All services for which S&C requests compensation were performed for, or on behalf of, the EFH Committee. The EFH Committee represents the unsecured creditors of the EFH Debtors, and S&C's compensation and reimbursement of S&C's expenses are proposed as joint and several expenses of the EFH Debtors' estates pursuant to section 328 of the Bankruptcy Code. With respect to the allocation of fees and expenses contemplated by Paragraph 2(b) of the Interim Compensation Order, the fees and expenses of S&C have been incurred for the benefit of the EFH Committee and not for the direct benefit of any Debtor. Accordingly, no allocation of such fees and expenses is proposed at this time by S&C.

In support of this Monthly Fee Statement, attached hereto are the following exhibits:

a. **Exhibit A.** A schedule of the number of hours expended and fees incurred (on an aggregate basis) by S&C attorneys and paraprofessionals by project category during the Fee Period.

b. **Exhibit B.** A schedule providing information regarding the S&C attorneys and paraprofessionals who performed work for the EFH Committee during this Fee Period for which compensation is sought pursuant to this Monthly Fee Statement.

c. **Exhibit C.** A summary of disbursements during this Fee Period for which reimbursement is sought pursuant to this Monthly Fee Statement.

d. **Exhibit D.** A detailed description of disbursements during this Fee Period for which reimbursement is sought pursuant to this Monthly Fee Statement.

In addition, attached hereto as **Exhibit E** is a notice and statement of expenses incurred by the members of the EFH Committee during the Fee Period.

## Reservation of Rights and Notice

Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement. S&C therefore reserves the right to make further application to the Court for allowance of fees and expenses not included herein.

Dated:   January 22, 2016

**SULLIVAN & CROMWELL LLP**

/s/ Andrew G. Dietderich

Andrew G. Dietderich
Brian D. Glueckstein
John L. Hardiman
Alexa J. Kranzley
125 Broad Street
New York, New York  10004
Telephone:     (212) 558-4000
Facsimile:     (212) 558-3588
E-mail:        dietdericha@sullcrom.com
               gluecksteinb@sullcrom.com
               hardimanj@sullcrom.com
               kranzleya@sullcrom.com

*Counsel for The Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc.*

SC1:4023497.1

# EXHIBIT A

## Statement of Fees by Project Category

| Project Number | Project Name | Hours | Fee Amount |
|---|---|---|---|
| 00002 | ASSET ANALYSIS AND RECOVERY | 0.00 | $0.00 |
| 00003 | ASSET DISPOSITION | 0.50 | $392.00 |
| 00004 | ASSUMPTION AND REJECTION OF LEASES AND CONTRACTS | 0.00 | $0.00 |
| 00005 | AVOIDANCE ACTION ANALYSIS | 0.00 | $0.00 |
| 00006 | BUSINESS OPERATIONS | 0.30 | $178.50 |
| 00007 | CASE ADMINISTRATION | 5.30 | $1,765.50 |
| 00008 | CLAIMS ADMINISTRATION AND OBJECTIONS | 5.40 | $6,073.50 |
| 00009 | CORPORATE GOVERNANCE AND BOARD MATTERS | 0.00 | $0.00 |
| 00010 | EMPLOYEE BENEFITS AND PENSIONS | 8.90 | $7,406.50 |
| 00011 | EMPLOYMENT AND FEE APPLICATIONS (S&C) | 17.00 | $7,894.00 |
| 00012 | EMPLOYMENT AND FEE APPLICATIONS (OTHERS) | 0.10 | $86.50 |
| 00013 | FINANCING, CASH COLLATERAL, MAKE WHOLE | 0.00 | $0.00 |
| 00014 | OTHER LITIGATION | 8.20 | $7,660.50 |
| 00015 | MEETINGS AND COMMUNICATIONS WITH CREDITORS | 16.30 | $15,794.50 |
| 00016 | NON-WORKING TRAVEL | 10.80 | $5,471.00 |
| 00017 | PLAN AND DISCLOSURE STATEMENT | 30.10 | $28,436.00 |
| 00018 | RELIEF FROM STAY AND ADEQUATE PROTECTION | 0.00 | $0.00 |
| 00019 | TAX | 5.20 | $6,734.00 |
| 00020 | VALUATION | 0.00 | $0.00 |
| 00021 | DISCOVERY | 1.00 | $512.00 |
| 00022 | HEARINGS | 23.80 | $22,858.50 |
| 00023 | FIRST AND SECOND DAY MOTIONS | 0.00 | $0.00 |
| 00024 | CLAIMS INVESTIGATION | 0.10 | $86.50 |
| 00025 | LIEN INVESTIGATION | 0.00 | $0.00 |
| 00026 | INTERCOMPANY CLAIMS | 0.00 | $0.00 |
| 00027 | OTHER MOTIONS / APPLICATIONS | 4.10 | $1,456.50 |
| 00028 | SCHEDULES AND STATEMENTS | 0.00 | $0.00 |
| 00029 | TIME ENTRY REVIEW | 40.50 | $0.00 |
| 00031 | BUDGETING (CASE) | 0.90 | $769.50 |
| | **TOTAL:** | **178.50** | **$113,575.50** |

SC1:4023497.1

## EXHIBIT B

## Attorneys and Paraprofessionals' Information

| Timekeeper Name | Title | Bar Admission | Rate | | Hours | Amount |
|---|---|---|---|---|---|---|
| Dietderich, Andrew G. | Partner | 1997 | $1,140.00 | | 3.40 | $3,876.00 |
| Glueckstein, Brian D. | Partner | 2004 | $570.00 | * | 5.80 | $3,306.00 |
| Glueckstein, Brian D. | Partner | 2004 | $1,140.00 | | 38.20 | $43,548.00 |
| Hariton, David P. | Partner | 1986 | $1,295.00 | | 4.60 | $5,957.00 |
| Jacobson, Eli D. | Partner | 1981 | $1,295.00 | | 1.60 | $2,072.00 |
| Rosenberg, Mark F. | Partner | 1981 | $1,140.00 | | 0.50 | $570.00 |
| Trevino, Marc R. | Partner | 1995 | $1,295.00 | | 2.90 | $3,755.50 |
| **Partner Total** | | | | | **57.00** | **$63,084.50** |
| Barancik, Tia S. | Special Counsel | 1987 | $1,140.00 | | 2.40 | $2,736.00 |
| Brennan, Matthew J. | Special Counsel | 1986 | $1,050.00 | | 0.50 | $525.00 |
| **Special Counsel Total** | | | | | **2.90** | **$3,261.00** |
| Coleman, Heather L. | Associate | 2007 | $865.00 | | 1.70 | $1,470.50 |
| Goldin, David L. | Associate | 2013 | $830.00 | | 1.30 | $1,079.00 |
| Ha, Alice YN | Associate | 2015 | $605.00 | | 1.40 | $847.00 |
| Ip, Veronica W. | Associate | 2011 | $865.00 | | 1.00 | $865.00 |
| Jensen, Christian P. | Associate | In process | $460.00 | | 2.70 | $1,242.00 |
| Kranzley, Alexa J. | Associate | 2009 | $433.00 | * | 5.00 | $2,165.00 |
| Kranzley, Alexa J. | Associate | 2009 | $865.00 | | 27.70 | $23,960.50 |
| Liolos, John J. | Associate | 2013 | $725.00 | | 0.40 | $290.00 |
| Ma, Chiansan | Associate | 2012 | $855.00 | | 5.00 | $4,275.00 |
| Toy, Amanda K. | Associate | In process | $460.00 | | 3.80 | $1,748.00 |
| Zichawo, William N. | Associate | In process | $460.00 | | 2.10 | $966.00 |
| **Associate Total** | | | | | **52.10** | **$38,908.00** |
| **Lawyer Total** | | | | | **112.00** | **$105,253.50** |
| Drinkwater, Emily C. C. | Legal Assistant | | $0.00 | * | 21.00 | $0.00 |
| Drinkwater, Emily C. C. | Legal Assistant | | $315.00 | | 17.20 | $5,418.00 |
| Minio, Zara E. | Legal Assistant | | $0.00 | * | 19.50 | $0.00 |
| Minio, Zara E. | Legal Assistant | | $355.00 | | 1.60 | $568.00 |
| Son, Grace M. | Legal Assistant | | $275.00 | | 1.50 | $412.50 |
| Watson, Thomas C. | Legal Assistant | | $315.00 | | 2.50 | $787.50 |
| Gilday, Joseph F. | Legal Analyst - Litigation | | $355.00 | | 2.40 | $852.00 |
| Langston, Nicole E. | Electronic Discovery | | $355.00 | | 0.30 | $106.50 |
| Perez, Hazel V. | Electronic Discovery | | $355.00 | | 0.50 | $177.50 |
| **Non-Legal Personnel Total** | | | | | **66.50** | **$8,322.00** |
| **Grand Total** | | | | | **178.50** | **$113,575.50** |

SC1:4023497.1

## EXHIBIT C

## Summary of Actual and Necessary Expenses for the Fee Period

| Disbursement Summary | |
|---|---|
| **Description** | **Amount** |
| Local Transportation | $531.25 |
| Travel and Expenses | $55,021.68 |
| Outside Vendors | $51,705.55 |
| Repro - Copies | $828.70 |
| Trial Materials and Technology | $1,921.43 |
| Repro-Binding | $3.25 |
| Tele-conference | $1,759.51 |
| Delivery - Courier | $47.85 |
| Hearing Transcripts | $932.40 |
| **Total** | **$112,751.62** |

**EXHIBIT D**

**Detailed Description of Expenses**

| Category | Timekeeper Name | Work Date | Quantity | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | Judson O. Littleton | 10/1/2015 | 1.0 | $81.90 | $81.90 | Local Transportation - Transportation Type: Taxi; Starting Point: Home; End Point: DCA; Purpose: Travel to NY for deposition; Pick-up Time: 7:45 |
| Local Transportation | Brian D. Glueckstein | 10/24/2015 | 1.0 | $19.30 | $19.30 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel (weekend); Pick-up Time: 00:42 |
| Local Transportation | Veronica W. Ip | 10/31/2015 | 1.0 | $21.00 | $21.00 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel (weekend); Pick-up Time: 23:33 |
| Local Transportation | Judson O. Littleton | 11/3/2015 | 1.0 | $78.00 | $78.00 | Local Transportation - Transportation Type: Taxi; Starting Point: Home; End Point: Union Station; Purpose: Travel to DE court; Pick-up Time: 6:15 |
| Local Transportation | Brian D. Glueckstein | 11/11/2015 | 1.0 | $9.30 | $9.30 | Local Transportation - Transportation Type: Taxi; Starting Point: Home; End Point: Pennsylvania Station NY, NY; Purpose: Travel to DE court; Pick-up Time: 6:15 |
| Local Transportation | Lee C. Parnes | 11/11/2015 | 1.0 | $26.62 | $26.62 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pick-up Time: 23:04 |

SC1:4023497.1

| Category | Timekeeper Name | Work Date | Quantity | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | Brian D. Glueckstein | 11/13/2015 | 1.0 | $11.80 | $11.80 | Local Transportation - Transportation Type: Taxi; Starting Point: Pennsylvania Station NY, NY; End Point: Home; Purpose: Travel from DE court; Pick-up Time: 21:00 |
| Local Transportation | Veronica W. Ip | 11/13/2015 | 1.0 | $17.00 | $17.00 | Local Transportation - Transportation Type: Taxi; Starting Point: Pennsylvania Station NY, NY; End Point: Home; Purpose: Travel from DE court; Pick-up Time: 21:08 |
| Local Transportation | Veronica W. Ip | 11/16/2015 | 1.0 | $25.66 | $25.66 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pick-up Time: 21:54 |
| Local Transportation | Alice YN Ha | 11/16/2015 | 1.0 | $7.55 | $7.55 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pick-up Time: 21:38 |
| Local Transportation | Nicholas F. Menillo | 11/17/2015 | 1.0 | $60.92 | $60.92 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pick-up Time: 22:11 |
| Local Transportation | Brian D. Glueckstein | 11/17/2015 | 1.0 | $39.99 | $39.99 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pick-up Time: 23:00 |
| Local Transportation | Brian D. Glueckstein | 11/18/2015 | 1.0 | $10.30 | $10.30 | Local Transportation - Transportation Type: Taxi; Starting Point: Home; End Point: Pennsylvania Station NY, NY; Purpose: Travel to DE court; Pick-up Time: 6:14 |

| Category | Timekeeper Name | Work Date | Quantity | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | Nicholas F. Menillo | 11/18/2015 | 1.0 | $27.41 | $27.41 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Pennsylvania Station NY, NY; Purpose: Travel to DE court; Pick-up Time: 19:19 |
| Local Transportation | Brian D. Glueckstein | 11/25/2015 | 1.0 | $8.80 | $8.80 | Local Transportation - Transportation Type: Taxi; Starting Point: Home; End Point: Pennsylvania Station NY, NY; Purpose: Travel to DE court; Pick-up Time: 6:11 |
| Local Transportation | Brian D. Glueckstein | 12/1/2015 | 1.0 | $19.80 | $19.80 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pick-up Time: 21:15 |
| Local Transportation | Brian D. Glueckstein | 12/2/2015 | 1.0 | $10.30 | $10.30 | Local Transportation - Transportation Type: Taxi; Starting Point: Home; End Point: Pennsylvania Station NY, NY; Purpose: Travel to DE court; Pick-up Time: 6:24 |
| Local Transportation | Brian D. Glueckstein | 12/3/2015 | 1.0 | $20.80 | $20.80 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pick-up Time: 22:16 |
| Local Transportation | Brian D. Glueckstein | 12/3/2015 | 1.0 | $9.80 | $9.80 | Local Transportation - Transportation Type: Taxi; Starting Point: Home; End Point: Pennsylvania Station NY, NY; Purpose: Travel to DE court; Pick-up Time: 6:21 |
| **Local Transportation Total** | | | | | **$531.25** | |
| Travel and Expenses | John J. Liolos | 11/5/2015 | 1.0 | ($97.20) | ($97.20) | AMTRAK Train Fare Credit |
| Travel and Expenses | John J. Liolos | 11/5/2015 | 1.0 | $163.00 | $163.00 | AMTRAK Train Fare between Wilmington, DE - New York, NY  on 11/5/2015 |
| Travel and Expenses | Philip L. Graham Jr. | 11/6/2015 | 1.0 | $326.00 | $326.00 | AMTRAK Train Fare between New York, NY - Wilmington, DE on 11/6/2015 |

SC1:4023497.1

| Category | Timekeeper Name | Work Date | Quantity | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Travel and Expenses | Ken Nakamura | 11/6/2015 | 1.0 | $183.00 | $183.00 | AMTRAK Train Fare between Wilmington, DE - New York, NY on 11/6/2015 |
| Travel and Expenses | Judson O. Littleton | 11/6/2015 | 1.0 | $19.00 | $19.00 | AMTRAK Additional Train Fare between Wilmington, DE - Washington, DC |
| Travel and Expenses | Adam R. Brebner | 11/9/2015 | 1.0 | $271.00 | $271.00 | AMTRAK Train Fare between New York, NY - Wilmington, DE on 11/9/2015 |
| Travel and Expenses | Veronica W. Ip | 11/9/2015 | 1.0 | $108.00 | $108.00 | AMTRAK Train Fare between Wilmington, DE - New York, NY on 11/9/2015 |
| Travel and Expenses | Nicholas F. Menillo | 11/9/2015 | 1.0 | $271.00 | $271.00 | AMTRAK Train Fare between New York, NY - Wilmington, DE on 11/9/2015 |
| Travel and Expenses | John J. Liolos | 11/9/2015 | 1.0 | $163.00 | $163.00 | AMTRAK Train Fare between New York, NY - Wilmington, DE on 11/9/2015 |
| Travel and Expenses | Veronica W. Ip | 11/9/2015 | 1.0 | $163.00 | $163.00 | AMTRAK Train Fare between New York, NY - Wilmington, DE on 11/9/2015 |
| Travel and Expenses | Grace M. Son | 11/9/2015 | 1.0 | $294.00 | $294.00 | AMTRAK Train Fare between New York, NY - Wilmington, DE on 11/9/2015 |
| Travel and Expenses | Alexa J. Kranzley | 11/9/2015 | 1.0 | $312.00 | $312.00 | AMTRAK Train Fare between New York, NY - Wilmington, DE on 11/9/2015 |
| Travel and Expenses | Brian D. Glueckstein | 11/10/2015 | 1.0 | $271.00 | $271.00 | AMTRAK Train Fare between New York, NY - Wilmington, DE on 11/10/2015 |
| Travel and Expenses | Nicholas F. Menillo | 11/11/2015 | 1.0 | $37.01 | $37.01 | Local transportation in Wilmington, DE on 11/11/2015 ($12.00) and 11/13/2015 ($25.01) |
| Travel and Expenses | Veronica W. Ip | 11/13/2015 | 1.0 | $18.00 | $18.00 | AMTRAK Additional Train Fare between Wilmington, DE - New York, NY |
| Travel and Expenses | John J. Liolos | 11/13/2015 | 1.0 | ($38.00) | ($38.00) | AMTRAK Train Fare Credit |
| Travel and Expenses | Adam R. Brebner | 11/13/2015 | 1.0 | $18.00 | $18.00 | AMTRAK Additional Train Fare between Wilmington, DE - New York, NY |
| Travel and Expenses | Nicholas F. Menillo | 11/13/2015 | 1.0 | $37.00 | $37.00 | AMTRAK Revised Train Fare between Wilmington, DE - New York, NY |
| Travel and Expenses | April C. Yang | 11/16/2015 | 1.0 | $349.00 | $349.00 | AMTRAK Train Fare between New York, NY - Wilmington, DE on 11/16/2015 |

SC1:4023497.1

| Category | Timekeeper Name | Work Date | Quantity | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Travel and Expenses | Alexa J. Kranzley | 11/16/2015 | 1.0 | $372.00 | $372.00 | AMTRAK Train Fare between New York, NY - Wilmington, DE on 11/16/2015 |
| Travel and Expenses | John J. Liolos | 11/16/2015 | 1.0 | $294.00 | $294.00 | AMTRAK Train Fare between New York, NY - Wilmington, DE on 11/16/2015 |
| Travel and Expenses | Brian D. Glueckstein | 11/16/2015 | 1.0 | $271.00 | $271.00 | AMTRAK Train Fare between New York, NY - Wilmington, DE on 11/16/2015 |
| Travel and Expenses | Andrew G. Dietderich | 11/16/2015 | 1.0 | $372.00 | $372.00 | AMTRAK Train Fare between New York, NY - Wilmington, DE on 11/16/2015 |
| Travel and Expenses | Veronica W. Ip | 11/16/2015 | 1.0 | $294.00 | $294.00 | AMTRAK Train Fare between New York, NY - Wilmington, DE on 11/16/2015 |
| Travel and Expenses | Alexa J. Kranzley | 11/17/2015 | 1.0 | ($4.00) | ($4.00) | AMTRAK Train Fare Credit |
| Travel and Expenses | Adam R. Brebner | 11/17/2015 | 1.0 | $271.00 | $271.00 | AMTRAK Train Fare between New York, NY - Wilmington, DE on 11/17/2015 |
| Travel and Expenses | Nicholas F. Menillo | 11/17/2015 | 1.0 | $294.00 | $294.00 | AMTRAK Train Fare between New York, NY - Wilmington, DE on 1/17/2015 |
| Travel and Expenses | Andrew G. Dietderich | 11/17/2015 | 1.0 | ($119.00) | ($119.00) | AMTRAK Train Fare Credit |
| Travel and Expenses | Andrew G. Dietderich | 11/18/2015 | 1.0 | $186.00 | $186.00 | AMTRAK Train Fare between New York, NY - Wilmington, DE on 11/18/2015 |
| Travel and Expenses | Alexa J. Kranzley | 11/18/2015 | 1.0 | ($74.00) | ($74.00) | AMTRAK Train Fare Refund |
| Travel and Expenses | Alexa J. Kranzley | 11/18/2015 | 1.0 | ($331.00) | ($331.00) | AMTRAK Train Fare Credit |
| Travel and Expenses | Andrew W. Williams | 11/18/2015 | 1.0 | $461.46 | $461.46 | Mileage ($356.51) and tolls ($104.95) to Wilmington, DE on 11/18/2015-11/30/2015 |
| Travel and Expenses | Veronica W. Ip | 11/18/2015 | 1.0 | $18.00 | $18.00 | Local Transportation in Wilmington, DE on 11/20/2015 |
| Travel and Expenses | Andrew G. Dietderich | 11/18/2015 | 1.0 | ($242.20) | ($242.20) | AMTRAK Train Fare Credit |
| Travel and Expenses | Alexa J. Kranzley | 11/18/2015 | 1.0 | $37.00 | $37.00 | AMTRAK Additional Train Fare between Wilmington, DE - New York, NY |
| Travel and Expenses | John L. Hardiman | 11/18/2015 | 1.0 | $308.00 | $308.00 | AMTRAK Train Fare between New York, NY - Wilmington, DE on 11/18/2015 |

SC1:4023497.1

| Category | Timekeeper Name | Work Date | Quantity | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Travel and Expenses | April C. Yang | 11/18/2015 | 1.0 | $253.00 | $253.00 | AMTRAK Train Fare between Wilmington, DE - New York, NY on 11/18/2015 |
| Travel and Expenses | John J. Liolos | 11/19/2015 | 1.0 | $18.00 | $18.00 | AMTRAK Additional Train Fare between Wilmington, DE - New York, NY |
| Travel and Expenses | John L. Hardiman | 11/19/2015 | 1.0 | ($56.00) | ($56.00) | AMTRAK Train Fare Credit |
| Travel and Expenses | Adam R. Brebner | 11/19/2015 | 1.0 | $18.00 | $18.00 | AMTRAK Additional Train Fare between Wilmington, DE - New York, NY |
| Travel and Expenses | Veronica W. Ip | 11/19/2015 | 1.0 | $290.00 | $290.00 | AMTRAK Train Fare between Wilmington, DE - New York, NY on 11/19/2015 |
| Travel and Expenses | April C. Yang | 11/19/2015 | 1.0 | ($19.00) | ($19.00) | AMTRAK Train Fare Credit |
| Travel and Expenses | Veronica W. Ip | 11/19/2015 | 1.0 | $25.00 | $25.00 | Local Transportation in Wilmington, DE on 11/20/2015 |
| Travel and Expenses | Veronica W. Ip | 11/19/2015 | 1.0 | $18.00 | $18.00 | AMTRAK Additional Train Fare between Wilmington, DE - New York, NY |
| Travel and Expenses | Nicholas F. Menillo | 11/19/2015 | 1.0 | $18.00 | $18.00 | AMTRAK Train Fare between Wilmington, DE - New York, NY on 11/19/2015 |
| Travel and Expenses | Brian D. Glueckstein | 11/20/2015 | 1.0 | ($159.00) | ($159.00) | AMTRAK Train Fare Refund |
| Travel and Expenses | Veronica W. Ip | 11/20/2015 | 1.0 | $18.00 | $18.00 | AMTRAK Additional Train Fare between New York, NY - Wilmington, DE |
| Travel and Expenses | April C. Yang | 11/20/2015 | 1.0 | $37.00 | $37.00 | AMTRAK Additional Train Fare between New York, NY - Wilmington, DE |
| Travel and Expenses | Brian D. Glueckstein | 11/20/2015 | 1.0 | $37.00 | $37.00 | AMTRAK Additional Train Fare between Wilmington, DE - New York, NY |
| Travel and Expenses | Andrew G. Dietderich | 11/20/2015 | 1.0 | $289.00 | $289.00 | AMTRAK Train Fare between New York, NY - Wilmington, DE on 11/20/2015 |
| Travel and Expenses | Brian D. Glueckstein | 11/20/2015 | 1.0 | $159.00 | $159.00 | AMTRAK Train Fare between New York, NY - Wilmington, DE on 11/20/2015 |
| Travel and Expenses | John L. Hardiman | 11/20/2015 | 1.0 | ($145.00) | ($145.00) | AMTRAK Train Fare Credit |
| Travel and Expenses | John J. Liolos | 11/20/2015 | 1.0 | $326.00 | $326.00 | AMTRAK Train Fare between New York, NY - Wilmington, DE on 11/20/2015 |

| Category | Timekeeper Name | Work Date | Quantity | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Travel and Expenses | John J. Liolos | 11/20/2015 | 1.0 | ($18.00) | ($18.00) | AMTRAK Train Fare Credit |
| Travel and Expenses | John L. Hardiman | 11/20/2015 | 1.0 | $145.00 | $145.00 | AMTRAK Train Fare between New York, NY - Wilmington, DE on 11/20/2015 |
| Travel and Expenses | Veronica W. Ip | 11/22/2015 | 1.0 | ($293.50) | ($293.50) | AMTRAK Train Fare Credit |
| Travel and Expenses | Nicholas F. Menillo | 11/22/2015 | 1.0 | $308.00 | $308.00 | AMTRAK Train Fare between New York, NY - Wilmington, DE on 11/22/2015 |
| Travel and Expenses | Andrew G. Dietderich | 11/23/2015 | 1.0 | ($163.00) | ($163.00) | AMTRAK Train Fare Refund |
| Travel and Expenses | John J. Liolos | 11/23/2015 | 1.0 | ($293.50) | ($293.50) | AMTRAK Train Fare Credit |
| Travel and Expenses | April C. Yang | 11/23/2015 | 1.0 | ($163.00) | ($163.00) | AMTRAK Train Fare Credit |
| Travel and Expenses | Nicholas F. Menillo | 11/23/2015 | 1.0 | ($293.50) | ($293.50) | AMTRAK Train Fare Credit |
| Travel and Expenses | Alexa J. Kranzley | 11/24/2015 | 1.0 | $108.00 | $108.00 | AMTRAK Train Fare between New York, NY - Wilmington, DE on 11/24/2015 |
| Travel and Expenses | Brian D. Glueckstein | 11/24/2015 | 1.0 | $253.00 | $253.00 | AMTRAK Train Fare between New York, NY - Wilmington, DE on 11/24/2015 |
| Travel and Expenses | Andrew G. Dietderich | 11/24/2015 | 1.0 | $234.00 | $234.00 | AMTRAK Train Fare between New York, NY - Wilmington, DE on 11/24/2015 |
| Travel and Expenses | April C. Yang | 11/24/2015 | 1.0 | $145.00 | $145.00 | AMTRAK Train Fare between New York, NY - Wilmington, DE on 11/24/2015 |
| Travel and Expenses | Andrew G. Dietderich | 11/25/2015 | 1.0 | $37.00 | $37.00 | AMTRAK Additional Train Fare between Wilmington, DE - New York, NY |
| Travel and Expenses | April C. Yang | 11/25/2015 | 1.0 | $372.00 | $372.00 | AMTRAK Train Fare between New York, NY - Wilmington, DE on 11/25/2015 |
| Travel and Expenses | Alexa J. Kranzley | 11/30/2015 | 1.0 | $164.00 | $164.00 | AMTRAK Train Fare between New York, NY - Wilmington, DE on 11/30/2015 |
| Travel and Expenses | April C. Yang | 11/30/2015 | 1.0 | ($60.00) | ($60.00) | AMTRAK Train Fare Credit |
| Travel and Expenses | Alexa J. Kranzley | 12/1/2015 | 1.0 | ($147.60) | ($147.60) | AMTRAK Train Fare Credit |
| Travel and Expenses | Brian D. Glueckstein | 12/1/2015 | 1.0 | $350.00 | $350.00 | AMTRAK Train Fare between New York, NY - Wilmington, DE on 12/1/2015 |

SC1:4023497.1

| Category | Timekeeper Name | Work Date | Quantity | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Travel and Expenses | Brian D. Glueckstein | 12/1/2015 | 1.0 | $272.00 | $272.00 | AMTRAK Train Fare between New York, NY - Wilmington, DE on 12/1/2015 |
| Travel and Expenses | Judson O. Littleton | 11/7/2015 | 1.0 | $1,448.70 | $1,448.70 | Lodging in Wilmington, DE on 11/3/2015-11/6/2015 |
| Travel and Expenses | Nicholas F. Menillo | 11/7/2015 | 1.0 | $1,931.60 | $1,931.60 | Lodging in Wilmington, DE on 11/2/2015-11/6/2015 |
| Travel and Expenses | Alexa J. Kranzley | 11/7/2015 | 1.0 | $1,931.60 | $1,931.60 | Lodging in Wilmington, DE on 11/2/2015-11/6/2015 |
| Travel and Expenses | Andrew G. Dietderich | 11/7/2015 | 1.0 | $1,931.60 | $1,931.60 | Lodging in Wilmington, DE on 11/2/2015-11/6/2015 |
| Travel and Expenses | Adam R. Brebner | 11/7/2015 | 1.0 | $1,958.10 | $1,958.10 | Lodging in Wilmington, DE on 11/2/2015-11/6/2015 |
| Travel and Expenses | Veronica W. Ip | 11/7/2015 | 1.0 | $1,931.60 | $1,931.60 | Lodging in Wilmington, DE on 11/2/2015-11/6/2015 |
| Travel and Expenses | Ken Nakamura | 11/7/2015 | 1.0 | $3,863.20 | $3,863.20 | Lodging in Wilmington, DE on 10/29/2015-11/6/2015 |
| Travel and Expenses | Brian D. Glueckstein | 11/7/2015 | 1.0 | $2,414.50 | $2,414.50 | Lodging in Wilmington, DE on 11/1/2015-11/6/2015 - for Ross Baron (Trial Tech) |
| Travel and Expenses | John J. Liolos | 11/7/2015 | 1.0 | $2,414.50 | $2,414.50 | Lodging in Wilmington, DE on 11/1/2015-11/6/2015 |
| Travel and Expenses | John L. Hardiman | 11/7/2015 | 1.0 | $2,414.50 | $2,414.50 | Lodging in Wilmington, DE on 11/1/2015-11/6/2015 |
| Travel and Expenses | Danielle J. Marryshow | 11/7/2015 | 1.0 | $2,911.40 | $2,911.40 | Lodging in Wilmington, DE on 10/31/2015-11/6/2015 |
| Travel and Expenses | Brian D. Glueckstein | 11/7/2015 | 1.0 | $1,931.60 | $1,931.60 | Lodging in Wilmington, DE on 11/2/2015-11/6/2015 |
| Travel and Expenses | Andrew G. Dietderich | 11/10/2015 | 1.0 | $27.00 | $27.00 | Lodging expense in Wilmington, DE on 11/9/2015 - Gratuity |
| Travel and Expenses | Brian D. Glueckstein | 11/14/2015 | 1.0 | $965.80 | $965.80 | Lodging in Wilmington, DE on 11/11/2015-11/13/2015 |
| Travel and Expenses | Adam R. Brebner | 11/14/2015 | 1.0 | $965.80 | $965.80 | Lodging in Wilmington, DE on 11/11/2015-11/13/2015 |
| Travel and Expenses | Alexa J. Kranzley | 11/14/2015 | 1.0 | $965.80 | $965.80 | Lodging in Wilmington, DE on 11/11/2015-11/13/2015 |
| Travel and Expenses | Andrew G. Dietderich | 11/14/2015 | 1.0 | $1,017.80 | $1,017.80 | Lodging in Wilmington, DE on 11/11/2015-11/13/2015 |
| Travel and Expenses | John J. Liolos | 11/14/2015 | 1.0 | $965.80 | $965.80 | Lodging in Wilmington, DE on 11/11/2015-11/13/2015 |
| Travel and Expenses | Veronica W. Ip | 11/14/2015 | 1.0 | $965.80 | $965.80 | Lodging in Wilmington, DE on 11/11/2015-11/13/2015 |
| Travel and Expenses | Brian D. Glueckstein | 11/14/2015 | 1.0 | $459.80 | $459.80 | Lodging in Wilmington, DE on 11/11/2015-11/13/2015 - for Ross Baron (Trial Tech) |
| Travel and Expenses | Nicholas F. Menillo | 11/14/2015 | 1.0 | $965.80 | $965.80 | Lodging in Wilmington, DE on 11/11/2015-11/13/2015 |

SC1:4023497.1

| Category | Timekeeper Name | Work Date | Quantity | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Travel and Expenses | Grace M. Son | 11/14/2015 | 1.0 | $965.80 | $965.80 | Lodging in Wilmington, DE on 11/11/2015-11/13/2015 |
| Travel and Expenses | Brian D. Glueckstein | 11/14/2015 | 1.0 | $965.80 | $965.80 | Lodging in Wilmington, DE on 11/11/2015-11/13/2015 - for Natalie Ramsey (Delaware Co-Counsel) |
| Travel and Expenses | Andrew W. Williams | 11/14/2015 | 1.0 | $623.70 | $623.70 | Lodging in Wilmington, DE on 11/10/2015-11/13/2015 |
| Travel and Expenses | Andrew G. Dietderich | 11/15/2015 | 1.0 | $218.90 | $218.90 | Lodging in Wilmington, DE on 11/13/2015-11/14/2015 |
| Travel and Expenses | Veronica W. Ip | 11/22/2015 | 1.0 | $965.80 | $965.80 | Lodging in Wilmington, DE on 11/18/2015-11/21/2015 |
| Travel and Expenses | John L. Hardiman | 11/22/2015 | 1.0 | $1,091.78 | $1,091.78 | Lodging in Wilmington, DE on 11/18/2015-11/21/2015 |
| Travel and Expenses | Brian D. Glueckstein | 11/22/2015 | 1.0 | $965.80 | $965.80 | Lodging in Wilmington, DE on 11/18/2015-11/21/2015 |
| Travel and Expenses | Brian D. Glueckstein | 11/22/2015 | 1.0 | $1,448.70 | $1,448.70 | Lodging in Wilmington, DE on 11/18/2015-11/21/2015 - for Ross Baron (Trial Tech) |
| Travel and Expenses | Andrew G. Dietderich | 11/22/2015 | 1.0 | $482.90 | $482.90 | Lodging in Wilmington, DE on 11/18/2015-11/21/2015 |
| Travel and Expenses | April C. Yang | 11/22/2015 | 1.0 | $965.80 | $965.80 | Lodging in Wilmington, DE on 11/18/2015-11/21/2015 |
| Travel and Expenses | John J. Liolos | 11/22/2015 | 1.0 | $965.80 | $965.80 | Lodging in Wilmington, DE on 11/18/2015-11/21/2015 |
| Travel and Expenses | Adam R. Brebner | 11/22/2015 | 1.0 | $965.80 | $965.80 | Lodging in Wilmington, DE on 11/18/2015-11/21/2015 |
| Travel and Expenses | Andrew W. Williams | 11/22/2015 | 1.0 | $1,009.80 | $1,009.80 | Lodging in Wilmington, DE on 11/18/2015-11/21/2015 |
| Travel and Expenses | Nicholas F. Menillo | 11/22/2015 | 1.0 | $965.80 | $965.80 | Lodging in Wilmington, DE on 11/18/2015-11/21/2015 |
| Travel and Expenses | Ken Nakamura | 11/7/2015 | 1.0 | $37.00 | $37.00 | Meals - Out of Town; Wilmington, DE |
| Travel and Expenses | Andrew G. Dietderich | 11/18/2015 | 1.0 | $12.94 | $12.94 | Meals - Out of Town; dinner at Pennsylvania Station |
| Travel and Expenses | Brian D. Glueckstein | 11/7/2015 | 1.0 | $46.40 | $46.40 | Meals - Out of Town; Wilmington, DE - Meal on 11/4/15 ($23.20); Meal on 11/5/15 ($23.20) |
| Travel and Expenses | Alexa J. Kranzley | 11/7/2015 | 1.0 | $27.00 | $27.00 | Meals - Out of Town; Wilmington, DE - Meal (other) on 11/3/15 ($9.00); Meal (other) on 11/4/15 ($9.00); Meal (other) on 11/4/15 ($9.00) |

SC1:4023497.1

| Category | Timekeeper Name | Work Date | Quantity | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Travel and Expenses | Brian D. Glueckstein | 11/7/2015 | 1.0 | $14.00 | $14.00 | Meals - Out of Town; Wilmington, DE - for Ross Baron (Trial Tech) - Meal (other) on 11/3/15 ($3.00); Meal (other) on 11/4/15 ($3.00); Meal (other) on 11/5/15 ($3.00); Meal (other) on 11/5/15 ($5.00) |
| Travel and Expenses | Ken Nakamura | 11/7/2015 | 1.0 | $56.10 | $56.10 | Meals - Out of Town; Wilmington, DE - Meal on 10/31/15 ($26.00); Meal on 11/1/15 ($30.10) |
| Travel and Expenses | John L. Hardiman | 11/7/2015 | 1.0 | $120.00 | $120.00 | Meals - Out of Town; Wilmington, DE - Meal on 11/1/15 ($40.00) - capped at $40; Meal on 11/2/15 ($31.00); Meal on 11/3/15 ($40.00) - capped at $40; Meal (other) on 11/3/15 ($6.00); Meal (other) on 11/4/15 ($3.00) |
| Travel and Expenses | John J. Liolos | 11/7/2015 | 1.0 | $47.00 | $47.00 | Meals - Out of Town; Wilmington, DE - Meal on 11/1/15 ($20.80); Meal (other) on 11/1/15 ($3.00); Meal on 11/2/15 ($17.20); Meal (other) on 11/5/15 ($6.00) |
| Travel and Expenses | Nicholas F. Menillo | 11/14/2015 | 1.0 | $22.90 | $22.90 | Meals - Out of Town; Wilmington, DE |
| Travel and Expenses | Brian D. Glueckstein | 11/14/2015 | 1.0 | $46.40 | $46.40 | Meals - Out of Town; Wilmington, DE - Meal on 11/12/15 ($23.20); Meal on 11/13/15 ($23.20) |
| Travel and Expenses | Alexa J. Kranzley | 11/14/2015 | 1.0 | $13.00 | $13.00 | Meals - Out of Town; Wilmington, DE - Meal (other) on 11/12/15 ($9.00); Meal (other) on 11/12/15 ($4.00) |
| Travel and Expenses | Veronica W. Ip | 11/14/2015 | 1.0 | $50.80 | $50.80 | Meals - Out of Town; Wilmington, DE - Meal on 11/12/15 ($26.00); Meal on 11/13/15 ($24.80) |
| Travel and Expenses | Andrew W. Williams | 11/14/2015 | 1.0 | $40.00 | $40.00 | Meals - Out of Town; Wilmington, DE - capped at $40 |
| Travel and Expenses | John J. Liolos | 11/14/2015 | 1.0 | $6.00 | $6.00 | Meals - Out of Town; Wilmington, DE - Meal (other) on 11/11/15 |

| Category | Timekeeper Name | Work Date | Quantity | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Travel and Expenses | Grace M. Son | 11/14/2015 | 1.0 | $12.30 | $12.30 | Meals - Out of Town; Wilmington, DE - Meal (other) on 11/12/15 ($3.50); Meal on 11/13/15 ($8.80) |
| Travel and Expenses | Adam R. Brebner | 11/22/2015 | 1.0 | $3.00 | $3.00 | Meals - Out of Town; Wilmington, DE |
| Travel and Expenses | John J. Liolos | 11/22/2015 | 1.0 | $27.00 | $27.00 | Meals - Out of Town; Wilmington, DE - Meal (other) on 11/19/15 ($6.00); Meal (other) on 11/19/15 ($6.00); Meal (other) on 11/19/15 ($6.00); Meal (other) on 11/19/15 ($6.00); Meal (other) on 11/19/15 ($3.00) |
| Travel and Expenses | Nicholas F. Menillo | 11/22/2015 | 1.0 | $38.20 | $38.20 | Meals - Out of Town; Wilmington, DE - Meal (other) on 11/19/15 ($3.00); Meal (other) on 11/19/15 ($3.00); Meal (other) on 11/19/15 ($3.00); Meal on 11/20/15 ($29.20) |
| Travel and Expenses | John L. Hardiman | 11/22/2015 | 1.0 | $6.00 | $6.00 | Meals - Out of Town; Wilmington, DE - Meal (other) on 11/19/15 |
| Travel and Expenses | Veronica W. Ip | 11/22/2015 | 1.0 | $22.10 | $22.10 | Meals - Out of Town; Wilmington, DE |
| Travel and Expenses | Brian D. Glueckstein | 11/22/2015 | 1.0 | $36.60 | $36.60 | Meals - Out of Town; Wilmington, DE - for Ross Baron (Trial Tech) - Meal (other) on 11/18/15 ($3.00); Meal (other) on 11/19/15 ($4.00); Meal (other) on 11/19/15 ($3.00); Meal on 11/20/15 ($26.60) |
| Travel and Expenses | Alexa J. Kranzley | 11/25/2015 | 1.0 | $18.49 | $18.49 | Meals - Out of Town; Wilmington, DE |
| **Travel and Expenses Total** | | | | | **$55,021.68** | |
| Outside Vendors | Alexa J. Kranzley | 12/8/2015 | 1.0 | $2,498.00 | $2,498.00 | Epiq eDiscovery Solutions |
| Outside Vendors | Brian D. Glueckstein | 10/29/2015 | 1.0 | $49,207.55 | $49,207.55 | Fees for Ross Baron, trial technician, covering 10/29/2015-12/3/2015 |
| **Outside Vendors Total** | | | | | **$51,705.55** | |
| Repro - BW Copies | Emily C. C. Drinkwater | 12/2/2015 | 461.0 | $0.10 | $46.10 | Repro - BW Copies |

| Category | Timekeeper Name | Work Date | Quantity | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Repro - BW Copies | Emily C. C. Drinkwater | 12/2/2015 | 7826.0 | $0.10 | $782.60 | Repro - BW Copies |
| **Repro - BW Copies Total** | | | | | **$828.70** | |
| Repro - Binding | Emily C. C. Drinkwater | 12/2/2015 | 1.0 | $3.25 | $3.25 | Repro - Binding |
| **Repro - Binding Total** | | | | | **$3.25** | |
| Trial Materials and Technology | Brian D. Glueckstein | 12/3/2015 | 1.0 | $1,921.43 | $1,921.43 | Trial Materials and Technology |
| **Trial Materials and Technology Total** | | | | | **$1,921.43** | |
| Tele-conference | Chiansan Ma | 11/11/2015 | 1.0 | $205.00 | $205.00 | Tele-conference |
| Tele-conference | Chiansan Ma | 11/11/2015 | 1.0 | $184.00 | $184.00 | Tele-conference |
| Tele-conference | Chiansan Ma | 11/11/2015 | 1.0 | $198.00 | $198.00 | Tele-conference |
| Tele-conference | Chiansan Ma | 11/11/2015 | 1.0 | $198.00 | $198.00 | Tele-conference |
| Tele-conference | Chiansan Ma | 11/12/2015 | 1.0 | $135.00 | $135.00 | Tele-conference |
| Tele-conference | Chiansan Ma | 11/13/2015 | 1.0 | $93.00 | $93.00 | Tele-conference |
| Tele-conference | Alexa J. Kranzley | 11/19/2015 | 1.0 | $30.00 | $30.00 | Tele-conference |
| Tele-conference | Chiansan Ma | 11/20/2015 | 1.0 | $240.00 | $240.00 | Tele-conference |
| Tele-conference | Chiansan Ma | 11/30/2015 | 1.0 | $142.00 | $142.00 | Tele-conference |
| Tele-conference | Chiansan Ma | 12/3/2015 | 1.0 | $51.00 | $51.00 | Tele-conference |
| Tele-conference | David R. Zylberberg | 12/3/2015 | 1.0 | $51.00 | $51.00 | Tele-conference |
| Tele-conference | Alexa J. Kranzley | 12/3/2015 | 1.0 | $44.00 | $44.00 | Tele-conference |
| Tele-conference | Alexa J. Kranzley | 12/9/2015 | 1.0 | $79.00 | $79.00 | Tele-conference |
| Tele-conference | Alexa J. Kranzley | 12/10/2015 | 1.0 | $37.00 | $37.00 | Tele-conference |
| Tele-conference | Alexa J. Kranzley | 12/7/2015 | 1.0 | $49.74 | $49.74 | Tele-conference |
| Tele-conference | Alexa J. Kranzley | 12/21/2015 | 1.0 | $22.77 | $22.77 | Tele-conference |
| **Tele-conference Total** | | | | | **$1,759.51** | |
| Delivery Services/ Messengers | Peter A. Hackett | 11/2/2015 | 1.0 | $39.10 | $39.10 | Delivery Services/Messengers |
| Delivery Services/ Messengers | Ken Nakamura | 12/3/2015 | 1.0 | $8.75 | $8.75 | Delivery Services/Messengers |

SC1:4023497.1

| Category | Timekeeper Name | Work Date | Quantity | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| **Delivery Services/ Messengers Total** | | | | | **$47.85** | |
| Hearing Transcripts | Alexa J. Kranzley | 11/5/2015 | 1.0 | $255.60 | $255.60 | Hearing Transcripts |
| Hearing Transcripts | Alexa J. Kranzley | 12/2/2015 | 1.0 | $288.00 | $288.00 | Hearing Transcripts |
| Hearing Transcripts | Alexa J. Kranzley | 12/3/2015 | 1.0 | $139.20 | $139.20 | Hearing Transcripts |
| Hearing Transcripts | Alexa J. Kranzley | 12/4/2015 | 1.0 | $57.60 | $57.60 | Hearing Transcripts |
| Hearing Transcripts | Alexa J. Kranzley | 12/16/2015 | 1.0 | $192.00 | $192.00 | Hearing Transcripts |
| **Hearing Transcripts Total** | | | | | **$932.40** | |
| **Grand Total** | | | | | **$112,751.62** | |

\* All meals for which reimbursement is requested were ordered by S&C attorneys or paraprofessionals who worked on these chapter 11 cases for more than four hours, and worked on these chapter 11 cases past 8 p.m. (although certain meals may have been ordered before 8 p.m.), on the relevant date.  To the extent any meal expense exceeded the cap of $20 per person per meal, S&C's request for reimbursement of such expense has been limited to $20.

SC1:4023497.1

**EXHIBIT E**

**Notice and Statement of EFH Committee Members' Expenses**

SC1:4023497.1

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[3]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered)<br><br>Objection Deadline:  February 12, 2016 at 4:00 p.m. |

## FOURTEENTH MONTHLY STATEMENT OF MEMBERS OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ENERGY FUTURE HOLDINGS CORP., ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC, EFIH FINANCE INC., AND EECI, INC. FOR EXPENSES INCURRED FOR THE PERIOD FROM NOVEMBER 1, 2015 THROUGH DECEMBER 31, 2015

| Name of Applicant | Members of the Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc.[4] |
|---|---|
| Date of Appointment: | October 27, 2014 |
| Period for which Reimbursement is Sought: | November 1, 2015 through December 31, 2015 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary: | $10,423.55 |

This is a(n) _X_ monthly ___ interim ___ final application.  No prior application for reimbursement of expenses has been filed for this Expense Statement Period.

---

[3]   The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[4]   Pursuant to the Notice of Appointment (as defined below), the members of the EFH Committee (as defined below) are:  Brown & Zhou, LLC; Peter Tinkham; Shirley Fenicle, as successor-in-interest to the Estate of George Fenicle; David William Fahy and American Stock Transfer & Trust Company, LLC (collectively, the "**EFH Committee Members**").

Pursuant to section 503 of title 11 of the United States Code, rule 2016 of the Federal Rules of Bankruptcy Procedure, the *Second Amended Notice of Appointment of Committee of Unsecured Creditors* [D.I. 3403] (the "**Notice of Appointment**") and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, the members of the official committee of unsecured creditors (the "**EFH Committee**") of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc. (collectively, the "**EFH Debtors**") hereby submit this monthly statement (this "**Monthly Expense Statement**") for reimbursement of the actual and necessary expenses incurred in the performance of the duties of the EFH Committee, in the amount of $10,423.55, from November 1, 2015 through December 31, 2015 (the "**Expense Statement Period**").

**Itemization of Disbursements Incurred**

In support of this Monthly Expense Statement, below is a chart detailing the expenses for which the EFH Committee Members seek reimbursement for the Expense Statement Period.

WHEREFORE, the EFH Committee Members hereby request payment in the total amount of $10,423.55 as reimbursement for actual and necessary costs and expenses incurred in the performance of the duties of the EFH Committee during the Expense Statement Period, and request that such expenses be paid as administrative expenses of the EFH Debtors' estates.[5]

---

[5]  Paragraph 2(b) of the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals,* dated September 16, 2014 [D.I. 2066] (the "**Interim Compensation Order**") requires Professionals (as defined in the Interim Compensation Order) to allocate any fees and expenses to the applicable Debtors for whose direct benefit such fees and expenses were incurred.  To the extent that Paragraph 2(b) of the Interim Compensation Order applies to reimbursement of EFH Committee Members' expenses, the EFH Committee Members have incurred expenses in performance of the duties of the EFH Committee.  All expenses identified in this Monthly Expense Statement should therefore be paid by the EFH Debtors.

SC1:4023497.1

**Expense Chart**

| Date | Committee Member | Type of Expense | Expense Description | Amount |
|------|------------------|-----------------|---------------------|--------|
| 11/2/15 | Mabel Brown | Airfare | American Airlines Roundtrip Airfare (CMH to PHL) | $694.20 |
| 11/2/15 | Mabel Brown | Meal | Starbucks: breakfast (alone, Columbus, OH) | $14.83 |
| 11/2/15 | Mabel Brown | Meal | Ciao Trolley Pizza: lunch (alone, Wilmington, DE) | $13.50 |
| 11/2/15 | Mabel Brown | Meal | Ciao Trolley Pizza: dinner (alone, Wilmington, DE) | $15.50 |
| 11/2/15 | Mabel Brown | Transportation | Uber Ride from Home Airport | $20.14 |
| 11/3/15 | Mabel Brown | Airfare | American Airlines Change Fee | $75.00 |
| 11/3/15 | Mabel Brown | Meal | Starbucks: breakfast (alone, Wilmington, DE) | $7.40 |
| 11/3/15 | Mabel Brown | Transportation | Uber Ride from Court House to Airport | $45.88 |
| 11/4/15 | Mabel Brown | Hotel | Hotel DuPont, Wilmington, DE (11/2/15) | $482.90 |
| 11/4/15 | Mabel Brown | Transportation | Uber Ride from Airport to Home | $22.58 |
| 11/5/15 | Mabel Brown | Airfare | American Airlines Roundtrip Airfare (CMH to PHL | $447.10 |
| 11/5/15 | Mabel Brown | Airfare | American Airlines Fee | $10.05 |
| 11/6/15 | Mabel Brown | Transportation | Amtrak Ticket from Wilmington, DE to New York, NY | $124.00 |
| 11/6/15 | Mabel Brown | Transportation | Uber ride from Court House to Wilmington Train Station | $5.75 |
| 11/6/15 | Mabel Brown | Transportation | Uber ride from Wilmington Train Station to Court House | $5.75 |

| 11/6/15 | Mabel Brown | Transportation | Uber ride from Court House to Wilmington Train Station | $5.75 |
|---------|-------------|----------------|--------------------------------------------------------|-------|
| 11/6/15 | Mabel Brown | Transportation | Uber Ride from Home to Airport | $20.51 |
| 11/6/15 | Mabel Brown | Meal | Sapporro: dinner (alone, New York, NY) | $23.95 |
| 11/6/15 | Mabel Brown | Meal | Amtrak Food: lunch (alone) | $11.50 |
| 11/6/15 | Mabel Brown | Transportation | Uber Ride from PHL Airport to Court House | $92.27 |
| 11/7/15 | Mabel Brown | Airfare | American Airlines Roundtrip Airfare (LGA to CMH) | $353.10 |
| 11/7/15 | Mabel Brown | Transportation | Amex Travel.com (American Airlines Fee) | $6.99 |
| 11/7/15 | Mabel Brown | Meal | Starbucks: breakfast (alone, New York, NY) | $2.99 |
| 11/7/15 | Mabel Brown | Transportation | Uber Ride | $8.36 |
| 11/8/15 | Mabel Brown | Airfare | American Airline Fee | $32.11 |
| 11/8/15 | Mabel Brown | Hotel | The Pearl Hotel, New York NY (11/6-11/8) | $512.02 |
| 11/8/15 | Mabel Brown | Transportation | Uber ride from CMH Airport to Home | $45.50 |
| 11/8/15 | Mabel Brown | Transportation | Uber ride from Hotel to LGA Airport | $36.37 |
| 11/18/15 | Mabel Brown | Airfare | American Airlines Airfare (CMH to LGA) | $353.10 |
| 11/19/15 | Mabel Brown | Transportation | Uber ride from Home to CMH Airport | $36.16 |
| 11/19/15 | Mabel Brown | Transportation | Tolls for Uber ride from Home to CMH Airport | $8.00 |
| 11/19/15 | Mabel Brown | Meal | Starbucks: dinner (alone, Columbus, OH) | $19.17 |
| 11/19/15 | Mabel Brown | Transportation | American Airlines – Seat | $29.94 |
| 11/20/15 | Mabel Brown | Transportation | Uber ride from Hartford to NYC (plane to NYC | $199.27 |

SC1:4023497.1

| | | | was diverted to Hartford due to inclement weather) | |
|---|---|---|---|---|
| 11/20/15 | Mabel Brown | Transportation | Uber ride from JFK to LGA to locate luggage from diverted flight | $51.22 |
| 11/20/15 | Mabel Brown | Transportation | Uber ride from LGA | $36.95 |
| 11/20/15 | Mabel Brown | Meal | Starbucks: breakfast (alone, New York, NY) | $10.70 |
| 11/20/15 | Mabel Brown | Transportation | MTA – Subway Transportation | $20.00 |
| 11/20/15 | Mabel Brown | Meal | GYU: lunch (alone, New York, NY) | $41.13 |
| 11/20/15 | Mabel Brown | Meal | GYU: dinner (alone, New York, NY) | $75.00 |
| 11/21/15 | Mabel Brown | Hotel | Intercontinental Hotel: New York, NY (11/21-11/22) | $346.59 |
| 11/21/15 | Mabel Brown | Airfare | American Airlines Airfare (LGA to CMH) | $353.10 |
| 11/22/15 | Mabel Brown | Transportation | Uber ride from Hotel to Airport | $55.96 |
| 11/22/15 | Mabel Brown | Transportation | Uber ride from CMH Airport to Hotel | $36.09 |
| 11/22/15 | Mabel Brown | Hotel | Intercontinental Hotel: New York, NY (11/19-11/21) | $523.25 |
| 11/22/15 | Mabel Brown | Meal | Charley's Grilled Subs: lunch (alone, Columbus, OH) | $6.39 |
| 11/22/15 | Mabel Brown | Transportation | American Airlines charge | $35.93 |
| 12/2/15 | Mabel Brown | Transportation | Uber ride from Home to CMH Airport | $19.65 |
| 12/2/15 | Mabel Brown | Transportation | Uber from CMH Airport to Home | $9.92 |
| 12/2/15 | Mabel Brown | Meal | Starbucks: breakfast (alone, Columbus, OH) | $11.15 |
| 12/5/15 | Mabel Brown | Airfare | Round trip Airfare (CMH to LGA) | $820.20 |

SC1:4023497.1

| 12/5/15 | Mabel Brown | Transportation | Amex Travel Charge | $6.99 |
|---|---|---|---|---|
| 12/6/15 | Mabel Brown | Transportation | Uber ride from Home to CMH Airport | $19.71 |
| 12/6/15 | Mabel Brown | Transportation | Uber ride from Airport to Hotel | $18.42 |
| 12/8/15 | Mabel Brown | Transportation | Uber ride from Hotel to New Hotel | $8.00 |
| 12/7/15 | Mabel Brown | Meal | Starbucks: breakfast (alone, NYC) | $12.00 |
| 12/8/15 | Mabel Brown | Meal | Le Pain Quotidien: lunch (alone, NYC) | $62.60 |
| 12/8/15 | Mabel Brown | Meal | Eucrest: breakfast (alone, NYC) | $13.13 |
| 12/9/15 | Mabel Brown | Transportation | Uber ride from Hotel to Airport | $73.08 |
| 12/9/15 | Mabel Brown | Transportation | Uber ride from Airport to Home | $36.04 |
| 12/9/15 | Mabel Brown | Hotel | Knickerbocker Hotel, NYC (12/8-12/9) | $467.10 |
| 12/9/15 | Mabel Brown | Meal | Knickerbocker Hotel: dinner (alone, NYC) | $88.81 |
| 12/9/15 | Mabel Brown | Meal | Knickerbocker Hotel: lunch (alone, NYC) | $55.00 |
| 12/9/15 | Mabel Brown | Hotel | Hyatt Hotel Times Square, NYC (12/6-12/8) | $876.82 |
| **Total (Mabel Brown): $7,972.57** | | | | |
| 12/8/15 | Peter Tinkham | Airfare | American Airlines Roundtrip Airfare (Dallas, TX to Newark, NJ) | $1,742.18 |
| 12/8/15 | Peter Tinkham | Transportation | Car from Newark Airport to NYC | $81.60 |
| 12/8/15 | Peter Tinkham | Hotel | Hotel – Grand Hyatt (New York, NY) | $539.50 |
| 12/8/15 | Peter Tinkham | Transportation | Car from NYC to Newark Airport | $87.70 |
| **Total (Peter Tinkham): $2,450.98** | | | | |
| **Total: $10,423.55** | | | | |

SC1:4023497.1