**EXHIBIT A**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**SUMMARY OF HOURS BY PROFESSIONAL**
*FOR THE PERIOD DECEMBER 1, 2015 TO DECEMBER 31, 2015*

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Diaz, Matthew | Senior Managing Director | $ 975 | 9.9 | $9,652.50 |
| Eisenband, Michael | Senior Managing Director | 975 | 2.0 | 1,950.00 |
| Scruton, Andrew | Senior Managing Director | 975 | 5.6 | 5,460.00 |
| Cordasco, Michael | Managing Director | 795 | 7.0 | 5,565.00 |
| Greenberg, Mark | Managing Director | 795 | 1.5 | 1,192.50 |
| Park, Ji Yon | Managing Director | 795 | 0.3 | 238.50 |
| Rauch, Adam | Director | 645 | 8.0 | 5,160.00 |
| Gittelman, Jeremy | Consultant | 355 | 11.6 | 4,118.00 |
| Hellmund-Mora, Marili | Administrative | 250 | 3.4 | 850.00 |
| | **GRAND TOTAL** | | **49.3** | **$34,186.50** |

**EXHIBIT B**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**SUMMARY OF HOURS BY TASK**
*FOR THE PERIOD DECEMBER 1, 2015 TO DECEMBER 31, 2015*

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 9 | Analysis of Employee Compensation Programs | 11.2 | $8,226.00 |
| 11 | Prepare for and Attendance at Court Hearings | 1.8 | 1,629.00 |
| 13 | Analysis of Other Miscellaneous Motions | 1.2 | 954.00 |
| 14 | Analysis of Claims/Liabilities Subject to Compromise | 1.5 | 1,192.50 |
| 16 | POR & DS - Analysis, Negotiation and Formulation | 12.7 | 12,112.50 |
| 21 | General Meetings with Committee & Committee Counsel | 1.0 | 885.00 |
| 24 | Preparation of Fee Application | 17.8 | 7,284.00 |
| 39 | Analysis of Alternative Tax Structure | 2.1 | 1,903.50 |
| | **GRAND TOTAL** | **49.3** | **$34,186.50** |