UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------ X
In re                                                  :    Chapter 11
                                                       :
ENERGY FUTURE HOLDINGS CORP. *et al.*,                 :    Case No. 14-10979 (CSS)
                                                       :
   Debtor-in-Possession.                               :    (Jointly Administered)
                                                       :    (D.I. 1888)
------------------------------------------------------ X

Objection deadline: February 1, 2016 at 4:00 p.m.
Hearing date: February 18, 2016 at 10:00 a.m.

COVER SHEET FOR
THIRD INTERIM APPLICATION OF RICHARD GITLIN, INDIVIDUALLY, AND AS
CHAIRMAN OF GITLIN & COMPANY LLC, AS THE INDEPENDENT MEMBER OF
THE FEE COMMITTEE, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
FROM MAY 1, 2015 THROUGH AUGUST 31, 2015

SUMMARY (LOCAL FORM 101)

| | |
|---|---|
| Name of Applicant: | Richard Gitlin, individually and as Chairman of Gitlin & Company LLC, as the Independent Member of the Fee Committee ("the **Applicant**") |
| Authorized to Provide Services to: | Fee Committee |
| Date of Appointment: | August 21, 2014 |
| Period for which compensation and reimbursement is sought: | May 1, 2015 – August 31, 2015 2014 (the "**Compensation Period**") |
| Amount of Compensation sought as actual, reasonable and necessary: | $200,000.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $1,831.29 |

This is an: _X_ interim    ___ final application.

The total time expended for fee application preparation is 0 hours and the compensation requested is $0.

| | |
|---|---|
| Prior fee applications: | *First Interim Application of Richard Gitlin, Individually, and as Chairman of Gitlin & Company LLC, as the Independent Member of the Fee Committee, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period From August 21, 2014 through December 31, 2014* [D.I. 3900]<br>Approved by order dated June 24, 2015 [D.I. 4843]<br><br>*Second Interim Application of Richard Gitlin, Individually, and as Chairman of Gitlin & Company LLC, as the Independent Member of the Fee Committee, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from May 1, 2015 Through August 31, 2015* [D.I. 5013]<br>Approved by order dated October 26, 2015 [D.I. 6667] |

## ATTACHMENTS TO FEE APPLICATION

### EXHIBIT A: EXPENSE SUMMARY

Attached to this Application as Exhibit A, in compliance with Local Rule 2016-2(c)(ii), is a summary, by category, of the expenses for which the Applicant requests reimbursement.

### EXHIBIT B: DETAILED TIME RECORDS

Detailed records summarizing the services provided by the Applicant are attached to this Application as Exhibit B.