## **CERTIFICATION**

The Chair has reviewed the requirements of Local Rule 2016-2 and certifies that the motion complies with Local Rule 2016-2.

| | |
|---|---|
| GITLIN & COMPANY LLC | GODFREY & KAHN, S.C. |
| */s/ Richard A. Gitlin* | */s/ Katherine Stadler* |
| Richard A. Gitlin | Brady C. Williamson |
| Fee Committee Chair | Katherine Stadler, *Admitted Pro Hac Vice* |
| | |
| | GODFREY & KAHN, S.C. |
| | One East Main Street, Suite 500 |
| | P.O. Box 2719 |
| | Madison, Wisconsin 53701-2719 |
| | Telephone: (608) 257-3911 |
| | Facsimile: (608) 257-0609 |
| | E-mail: bwilliam@gklaw.com |
| |             kstadler@gklaw.com |
| | *Attorneys for the Fee Committee* |

15068670.1