**EXHIBIT A**
Gitlin and Company, LLC
Detailed Expense Records
May 1, 2015 through August 31, 2015

| Receipt | Category | Date | Expense Amount | Description |
|---|---|---|---|---|
| Amtrak | | 6/23/2015 | $124.95 | Train to Delaware |
| USAir | | 6/23/2015 | $300.00 | Airfare PHL to BDL |
| Hotel DuPont | | 6/23/2015 | $300.00 | Hotel for meeting |
| Taxi | | 8/18/2015 | $48.00 | Transport from home to airport |
| USAirways | | 8/18/2015 | $403.00 | Airfare from BDL to Baltimore |
| Taxi | | 8/18/2015 | $65.71 | Transport from airport to court in Wilmington |
| Train | | 8/18/2015 | $124.00 | Train from Wilmington to NYC |
| Taxi | | 8/18/2015 | $12.96 | Transport in NYC |
| Uber taxi | | 8/18/2015 | $14.21 | Transport NYC |
| Waldorf Astoria | | 8/18/2015 | $438.46 | Hotel |

$1,831.29 Application Total