**EXHIBIT B**
Gitlin and Company, LLC
Detailed Time Records
May 1, 2015 through August 31, 2015

| Date | Hours | Description |
|---|---|---|
| 5/1/2015 | 1.0 | Review and analysis regarding Thompson & Knight report and data. |
| | 0.5 | Telephone conference with Godfrey & Kahn regarding reports and schedule. |
| | 0.5 | Review revised Thompson & Knight report. |
| 5/2/2015 | 0.5 | Analysis regarding multiple attendees of Kirkland & Ellis at hearings. |
| 5/3/2015 | 0.5 | Telephone conference with Godfrey & Kahn regarding multiple attendees and court agenda. |
| 5/4/2015 | 1.0 | Review of proposed order and appointment of mediator. |
| | 1.0 | Listen to Court hearing on scheduling. |
| | 0.5 | Review of process for draft reports. |
| | 0.5 | Analysis of impact of Court's decision. |
| | 0.5 | Coordination regarding June Fee Committee meeting. |
| | 0.5 | Analysis regarding daily costs of the EFH chapter 11. |
| | 0.5 | Review of staffing plan for Godfrey & Kahn. |
| 5/5/2015 | 0.5 | Coordination regarding Fee Committee meetings for September and October. |
| 5/7/2015 | 0.5 | Planning for Fee Committee meeting for July and August. |
| 5/8/2015 | 0.5 | Review of staffing plan of Rich Levin as he leaves Cravath to join Jenner & Block. |
| 5/11/2015 | 1.0 | Review and analysis of FTI fee status, including analysis of its staffing. |
| | 1.0 | Analysis of status of budgets required of the professionals. |
| | 0.5 | Telephone conference with Godfrey & Kahn regarding budget process. |
| | 0.5 | Further analysis regarding FTI fee request. |
| 5/12/2015 | 0.5 | Coordination regarding budget process. |
| 5/15/2015 | 2.0 | Review of materials for May 19 Fee Committee meeting. |
| | 0.5 | Review of Proskauer June budget. |
| | 0.5 | Review of Munger Tolles June budget. |

**EXHIBIT B**
Gitlin and Company, LLC
Detailed Time Records
May 1, 2015 through August 31, 2015

| Date | Hours | Description |
|---|---|---|
| 5/16/2015 | 0.5 | Telephone conference with Godfrey & Kahn regarding May 19 meeting, including agenda. |
| 5/18/2015 | 0.5 | Analysis regarding terms of negotiations with Kirkland & Ellis. |
| | 1.0 | Telephone conferences with Godfrey & Kahn on planning for Fee Committee meeting. |
| | 1.0 | Analysis regarding Kirkland & Ellis response to Fee Committee letter. |
| | 1.0 | Preparation for Fee Committee meeting. |
| | 0.5 | Analysis regarding response to Sidley & Austin fee request. |
| 5/19/2015 | 1.0 | Attendance at meeting with Morrison & Foerster regarding status of case. |
| | 1.5 | Review of key issues to be discussed at Fee Committee meeting. |
| | 2.0 | Attendance at Fee Committee meeting. |
| | 1.5 | Review of law on time increments including Judge Gerber's decision in General Motors. |
| | 0.5 | Analysis of Sullivan & Cromwell fee discussions. |
| | 0.5 | Analysis regarding AlixPartners fee discussions. |
| | 1.0 | Post-committee meeting planning including telephone calls with Godfrey & Kahn. |
| | 3.0 | Non-working travel. * |
| 5/20/2015 | 0.5 | Telephone conference with Godfrey & Kahn regarding status of fee negotiations. |
| 5/22/2015 | 1.0 | Review and analysis of UMB request for fees and U.S. Trustee response. |
| 5/23/2015 | 0.5 | Review of status of fee negotiations. |
| 5/24/2015 | 0.5 | Review of Kirkland & Ellis June budget. |
| 5/26/2015 | 0.5 | Review of mediation and scheduling order. |
| | 0.5 | Review of E-Side objections to extension of exclusivity. |
| | 0.5 | Analysis of proposed interim report settlement with Kirkland & Ellis. |
| | 0.5 | Telephone conference with Godfrey & Kahn regarding Kirkland & Ellis and E-Side fees. |
| 5/27/2015 | 1.0 | Telephone conference with Morrison & Foerster regarding status of case. |

**EXHIBIT B**
Gitlin and Company, LLC
Detailed Time Records
May 1, 2015 through August 31, 2015

| Date | Hours | Description |
|---|---|---|
| 5/29/2015 | 0.5 | Review of proposal of Kirkland & Ellis for settlement of interim report fees. |
| | 0.5 | Analysis regarding report for June 24 hearing including telephone conference with Godfrey & Kahn. |
| | 0.5 | Review of debtors' response to extension of exclusivity. |
| | 1.0 | Planning for June 4 meeting, review of agenda and telephone conference with Godfrey & Kahn. |
| | 0.5 | Analysis regarding fee settlement option for Kirkland & Ellis. |
| | 0.5 | Review of AlixPartners response to Fee Committee letter. |
| 5/30/2015 | 1.0 | Review and comment on draft and summary report to Court for June 24 hearing. |
| 5/31/2015 | 0.5 | Planning for June 4 meeting, including telephone calls with Godfrey & Kahn. |
| | **41.5** | ***May Total*** |
| 6/1/2015 | 2.0 | Participate in Court hearing by phone. |
| | 0.5 | Review of memorandum to professionals regarding expenses. |
| | 0.5 | Review of staffing of Kirkland & Ellis at hearing. |
| | 0.5 | Review comments on Fee Committee Report for June 24 hearing. |
| | 0.5 | Telephone conference with Godfrey & Kahn regarding hearing and impact on case. |
| | 0.5 | Review of revised reports to the Court. |
| 6/2/2015 | 1.0 | Analysis of law on time increments. |
| | 0.5 | Review of Guggenheim June budget. |
| | 0.5 | Telephone conference with Godfrey & Kahn on Sullivan & Cromwell report and draft memorandum to professionals. |
| 6/3/2015 | 0.5 | Preparation for Sullivan & Cromwell telephone call, including Godfrey & Kahn call. |
| | 1.0 | Participate in telephone call with Sullivan & Cromwell regarding status of case. |
| | 2.0 | Review of materials for June 4 Fee Committee meeting. |

**EXHIBIT B**
Gitlin and Company, LLC
Detailed Time Records
May 1, 2015 through August 31, 2015

| Date | Hours | Description |
|---|---|---|
| 6/4/2015 | 1.0 | Planning for June 4 meeting, including telephone calls with Godfrey & Kahn. |
| | 1.5 | Participation in Fee Committee phone meeting. |
| | 0.5 | Review of draft memorandum to professionals. |
| | 0.5 | Review of Sullivan & Cromwell settlement proposal. |
| | 0.5 | Telephone call with Godfrey & Kahn regarding action items from Fee Committee meeting. |
| 6/5/2015 | 0.5 | Telephone conference with Jamie Sprayregan regarding update on case. |
| | 0.5 | Review of revised report to the Court for June 24. |
| | 0.5 | Analysis regarding Kirkland & Ellis settlement structure. |
| | 0.5 | Telephone conference with Cecily Gooch regarding Kirkland & Ellis fees and possible settlement. |
| | 0.5 | Review of comments to report to Court for June 24 hearing and final draft. |
| | 0.5 | Telephone conferences with Godfrey & Kahn regarding Kirkland & Ellis and settlement report. |
| 6/6/2015 | 0.5 | Analysis of open issues and telephone conferences with Godfrey & Kahn. |
| 6/8/2015 | 0.5 | Review of negotiations regarding fees with Sullivan & Cromwell. |
| | 1.0 | Analysis of Kirkland & Ellis response letter and implications to comprehensive settlement. |
| | 0.5 | Analysis of U.S. Trustee position on Kirkland & Ellis proposal and settlement. |
| | 0.5 | Review of memorandum to retained professionals. |
| 6/9/2015 | 0.5 | Review of status of interim fee applications, including telephone conference with Godfrey & Kahn. |
| 6/10/2015 | 0.5 | Analysis of Kirkland's possible settlement. |
| | 0.5 | Telephone conference with Godfrey & Kahn in preparation for Fee Committee call. |
| | 1.0 | Participation in Fee Committee telephone call regarding Kirkland & Ellis. |
| 6/11/2015 | 0.5 | Analysis regarding next steps with Kirkland & Ellis regarding settlement. |
| | 0.5 | Review of possible settlement terms with Kirkland & Ellis. |

**EXHIBIT B**
Gitlin and Company, LLC
Detailed Time Records
May 1, 2015 through August 31, 2015

| Date | Hours | Description |
|---|---|---|
| 6/12/2015 | 0.5 | Review of update regarding Kirkland's possible settlement. |
| 6/13/2015 | 1.0 | Consideration of Kirkland's settlement and filing of supplemental report with the Court. Review of details of proposed Kirkland settlement, principles of settlement and telephone conference with Godfrey & Kahn. |
| 6/14/2015 | 1.0 | |
| | 0.5 | Review of Kirkland & Ellis July budget. |
| 6/15/2015 | 1.0 | Review of U.S. Trustee comments on proposed Kirkland & Ellis settlement and the final draft. |
| | 1.0 | Review of budgets for July for Proskauer, Munger and Filsinger. |
| | 0.5 | Review of Fee Committee report for June 24 hearing. |
| 6/16/2015 | 0.5 | Review of further comments of U.S. Trustee to Kirkland & Ellis settlement and final draft of report. |
| | 0.5 | Planning for next Fee Committee meeting. |
| 6/17/2015 | 0.5 | Analysis regarding presentations of proposed Kirkland & Ellis settlement. |
| | 1.5 | sharing report with Kirkland & Ellis. [Fee Committee telephone call regarding proposed Kirkland & Ellis settlement, supplemental report and sharing report with Kirkland & Ellis.] |
| | 0.5 | Telephone conference with Godfrey & Kahn regarding follow up on Kirkland & Ellis settlement. |
| 6/19/2015 | 0.5 | Telephone conference with Godfrey & Kahn in preparation for June 24 hearing. |
| | 1.5 | Preparation of comments for June 24 hearing. |
| 6/20/2015 | 1.0 | Review format for Fee Committee reports to professionals for third interim and proposed time schedule. |
| | 1.0 | Further preparation for June 24 hearing, including telephone conferences with Godfrey & Kahn. |
| 6/21/2015 | 1.0 | Review of reports to the Court for the June 24 hearing and any questions the Court may have. |
| 6/22/2015 | 1.0 | Review of status of Debtors' plan, including telephone conference with Mr. Sprayregan. |
| | 0.5 | Telephone conference with Godfrey & Kahn regarding current status of Debtors' plan. |
| | 0.5 | Telephone conference with Godfrey & Kahn in preparation for June 24 hearing. |

**EXHIBIT B**
Gitlin and Company, LLC
Detailed Time Records
May 1, 2015 through August 31, 2015

| Date | Hours | Description |
|---|---|---|
| 6/23/2015 | 1.5 | Preparation for Court hearing on June 24. |
| | 2.0 | Review materials for June 24 Fee Committee meeting. |
| | 0.5 | Telephone conferences with Godfrey & Kahn regarding preparation for Fee Committee meeting. |
| | 0.5 | Review of presentation regarding Kirkland & Ellis settlement. |
| | 3.0 | Non-working travel to Wilmington from Hartford. * |
| 6/24/2015 | 1.0 | Planning meeting with Godfrey & Kahn in preparation for Fee Committee meeting. |
| | 1.5 | Attendance at Fee Committee meeting. |
| | 1.5 | Attendance at Court hearing on fees. |
| | 1.0 | Post-hearing meeting with Godfrey & Kahn, Ms. Gooch and Mr. Husnick regarding case status. |
| | 0.5 | Analysis regarding payment of indenture trustee fees. |
| | 0.5 | Telephone conference with Godfrey & Kahn regarding Fee Committee meeting follow-up issues. |
| | 3.0 | Non-working travel to Hartford. * |
| 6/25/2015 | 1.5 | Participation in Court hearing by telephone. |
| | 0.5 | Telephone conference with Mr. Williamson regarding Court hearing. |
| | 0.5 | Review of SOLIC budget for July. |
| | | Review of status of Fee Committee review process, including telephone conference with Godfrey & |
| 6/27/2015 | 1.0 | Kahn. |
| | **59.5** | ***June Total*** |
| 7/2/2015 | 1.0 | Review and analysis of FTI response to Fee Committee letter. |
| 7/3/2015 | 1.0 | Review status of Fee Committee work on third interim applications. |
| 7/7/2015 | 1.0 | Review of Plan treatment for fees of EFIH Indenture Trustee for second lien holders and other creditors. |
| | 0.5 | Analysis regarding treatment of expense reimbursement. |

**EXHIBIT B**
Gitlin and Company, LLC
Detailed Time Records
May 1, 2015 through August 31, 2015

| Date | Hours | Description |
|---|---|---|
| 7/8/2015 | 1.5 | Analysis regarding best way to respond to media reports regarding Cravath summer interns. |
| 7/9/2015 | 1.0 | Further assessment of actions to correct incorrect media comments. |
| | 1.0 | Analysis of approach on rate increases and telephone conference with Godfrey & Kahn regarding increases. |
| 7/10/2015 | 1.0 | |
| 7/13/2015 | 0.5 | Review of Filsinger August budget. |
| 7/14/2015 | 0.5 | Review of Proskauer August budget. |
| | 1.0 | Further analysis regarding action to correct media reports. |
| | 0.5 | Planning for next uncontested hearing for third interim. |
| 7/15/2015 | 0.5 | Review Munger August budget. |
| | 2.0 | Review draft letters to Richards Layton, Cravath, Munger, Stevens & Lee and McElroy. |
| | 0.5 | Review draft agenda for July 20 meeting. |
| 7/18/2015 | 1.5 | Review of materials in preparation for Fee Committee meeting for July 20. |
| 7/19/2015 | 0.5 | Telephone conferences with Godfrey & Kahn to prepare for July 20 meeting. |
| | 0.5 | Telephone conference with Mr. Sprayregen regarding update on Debtors' plan. |
| 7/20/2015 | 1.5 | Preparation for Fee Committee meeting. |
| | 1.5 | Emails with Godfrey & Kahn to plan for meeting. |
| | 2.0 | Attendance at Fee Committee meeting. |
| | 1.0 | Conference with Mr. Husnick, Kirkland, and Godfrey & Kahn regarding status of plan. |
| | 0.5 | Telephone conference with Godfrey & Kahn regarding post-meeting actions. |
| | 4.0 | Non-working travel. * |
| 7/21/2015 | 1.5 | Analysis of Plan provisions relating to professional fees. |
| | 0.5 | Consideration of question regarding attitude of Fee Committee regarding plan provisions. |
| | 0.5 | Telephone conference with Godfrey & Kahn regarding rate increases and other issues. |

**EXHIBIT B**
Gitlin and Company, LLC
Detailed Time Records
May 1, 2015 through August 31, 2015

| Date | Hours | Description |
|---|---|---|
| 7/22/2015 | 0.5 | Telephone conferences with Godfrey & Kahn regarding media and other issues. |
| 7/23/2015 | 1.0 | Review of amended plan. |
| | 0.5 | Analysis of Fee Committee letters regarding rate increases. |
| | 1.0 | Review of Amended Disclosure Statement. |
| | 0.5 | Review of Debtors' report on pre-plan negotiations. |
| | 0.5 | Analysis of appropriate language in Fee Committee letters. |
| 7/24/2015 | 0.5 | Telephone conferences with Godfrey & Kahn on rate increases and Amended Plan. |
| 7/25/2015 | 0.5 | Further analysis on rate increase language in letters. |
| | 0.5 | Review of plan development and telephone conference with Godfrey & Kahn. |
| 7/27/2015 | 2.0 | Agreement with respect to fee review. |
| | 0.5 | Review of status of third interim applications. |
| 7/28/2015 | 0.5 | Telephone conferences with Godfrey & Kahn on third interim applications. |
| 7/29/2015 | 0.5 | Telephone conference with Godfrey & Kahn on current status of third interim applications. |
| | 0.5 | Review of credentials of potential expert on rates/fees. |
| | 1.0 | Analysis of law on rate increases. |
| | | Analysis of law, including Judge Sullivan's decision related to ability of Debtors' Plan and Settlement Agreement with respect to fee review. |
| 7/30/2015 | 1.0 | Agreement. |
| | 0.5 | Telephone conferences with Godfrey & Kahn on 503(b) scope. |
| | | Analysis of applications of section 503(b) to potentially be paid under the Plan and Settlement |
| **40.0 July Total** | | |
| 8/3/2015 | 1.0 | Analysis of professional budgets versus actual billings. |
| | 1.5 | Analysis of legal standards for non-retained professionals. |
| | 0.5 | Review of Debtors' statements regarding Amended Plan. |

**EXHIBIT B**
Gitlin and Company, LLC
Detailed Time Records
May 1, 2015 through August 31, 2015

| Date | Hours | Description |
|---|---|---|
| | 1.0 | Review Amended Plan. |
| | 0.5 | Telephone conferences with Godfrey & Kahn on Amended Plan and negotiations. |
| 8/4/2015 | 1.0 | Analysis to conditions for plan to become effective. |
| | 0.5 | Analysis on expense reimbursements. |
| 8/5/2015 | 0.5 | Review of budget for Guggenheim. |
| | 0.5 | Review of meeting agenda. |
| | 0.5 | Telephone conferences with Godfrey & Kahn on meeting with professionals. |
| | 0.5 | Analysis on Third Circuit law on structured settlements. |
| | 0.5 | Telephone conference with Godfrey & Kahn on Kirkland & Ellis. |
| 8/7/2015 | 0.5 | Analysis of issues relating to Kirkland & Ellis. |
| | 0.5 | Review of Filsinger August budget. |
| | | Analysis of Fee Committee approach to non-retained professionals including Godfrey & Kahn telephone |
| 8/8/2015 | 1.0 | call to discuss. |
| 8/10/2015 | 1.5 | Analysis of terms of settlement proposal and of the Hunt transaction. |
| | 0.5 | Telephone conference with Mr. Sprayregan on terms of the proposed Hunt transaction. |
| | 0.5 | Telephone conference with Godfrey & Kahn on plan documents. |
| | 1.0 | Analysis of newly-filed plan documents regarding review of professional fees. |
| | 0.5 | Telephone conferences with Mr. Husnick and Godfrey & Kahn on new plan. |
| | 2.0 | Participate in Court hearing by phone. |
| 8/11/2015 | 1.5 | Analysis of role of Fee Committee in reviewing fees between Effective Date and Confirmation. |
| | 0.5 | Review of letter to Court by EFH Creditor Committee. |
| | 1.0 | Planning for status conference scheduled for August 18. |
| | 0.5 | Telephone conference with Godfrey & Kahn on results of Court hearing. |

**EXHIBIT B**
Gitlin and Company, LLC
Detailed Time Records
May 1, 2015 through August 31, 2015

| Date | Hours | Description |
|---|---|---|
| 8/12/2015 | 0.5 | Focus on schedule to respond to current plan provisions relating to fees. |
| 8/13/2015 | 1.0 | Review and analyze Kirkland & Ellis fee report. |
|  | 0.5 | Telephone conference with Godfrey & Kahn on fee review process and plan. |
| 8/14/2015 | 0.5 | Review of status of negotiations with FTI. |
|  | 1.0 | Development of Fee Committee position on review of fees in the Debtors' plan and settlement agreement. |
|  | 1.0 | Planning for status conference scheduled on August 18. |
|  | 0.5 | Review of Munger September budget. |
|  | 0.5 | Telephone conferences with Godfrey & Kahn on Kirkland & Ellis letters and rate increase issue. |
| 8/15/2015 | 1.0 | Analysis of law on proposed payment of transactional expenses in the plan. |
|  | 0.5 | Telephone conference with Godfrey & Kahn on proposed payment of fees in plan and settlement agreement. |
|  | 0.5 | Analysis on potential objections to payment of professional fees on plan and settlement agreement |
| 8/17/2015 | 2.0 | without review. |
|  | 0.5 | Review of agenda for Fee Committee meeting on August 19. |
|  | 0.5 | Review of Proskauer September budget. |
|  | 0.5 | Review of Fee Committee response to FTI. |
|  | 0.5 | Analysis of Fee Committee approach to rate increases. |
|  | 0.5 | Review memorandum on treatment of fees on plan and settlement agreement. |
|  | 0.5 | Telephone conference with Godfrey & Kahn on planning for August 18 status conference. |
|  | 0.5 | Review of professionals to be paid under the plan and settlement agreement, including the assessment of Kirkland & Ellis position. |
| 8/18/2015 | 2.0 |  |
|  | 1.5 | Planning for remarks to Court at status conference hearing. |
|  | 1.0 | Review of issues to be discussed at status conference by Debtors and creditors. |

**EXHIBIT B**
Gitlin and Company, LLC
Detailed Time Records
May 1, 2015 through August 31, 2015

| Date | Hours | Description |
|---|---|---|
| | 3.0 | Attend status conference hearing. |
| | 1.5 | Post-hearing conference with Godfrey & Kahn on next steps in responding to fee provisions. |
| | 3.0 | Non-working travel from Hartford to Court and Court to New York City. * |
| 8/19/2015 | 1.0 | Conference with Godfrey & Kahn to prepare for Fee Committee meeting. |
| | 1.0 | Conference with Kirkland & Ellis on plan and next steps. |
| | 2.0 | Attend Fee Committee meeting. |
| | 1.0 | Post-meeting review of action items. |
| | 0.5 | Telephone conference with Godfrey & Kahn on next steps. |
| | 3.0 | Non-working travel to Hartford. * |
| 8/20/2015 | 1.0 | Review of open issues with Kirkland & Ellis and Fee Committee. |
| | 1.0 | Analysis of best procedure to address rate increase issue and potential holdbacks. |
| | 0.5 | Telephone conference with Godfrey & Kahn on holdbacks. |
| 8/21/2015 | 1.5 | Review of updated list of professionals potentially to be paid under the plan and settlement agreement and the law that applies. |
| 8/22/2015 | 0.5 | Analysis on steps to take regarding rate issues, including telephone conferences with Godfrey & Kahn. |
| | 0.5 | Review of objections to confirmation by U.S. Department of Justice. |
| | 0.5 | Telephone conference with Godfrey & Kahn on treatment on plan and settlement agreement of non-retained professionals. |
| 8/23/2015 | 1.5 | Analysis of law on non-retained professionals. |
| | 0.5 | Telephone conference with Mr. Sprayregan on Debtors' next steps. |
| | 1.0 | Review of professionals in each category proposed to be paid under the plan. |
| 8/24/2015 | 1.0 | Plan for Court hearing on August 25. |
| | 0.5 | Review transcript from August 18 status conference. |

**EXHIBIT B**
Gitlin and Company, LLC
Detailed Time Records
May 1, 2015 through August 31, 2015

| Date | Hours | Description |
|---|---|---|
| | 0.5 | Review of White & Case pleadings on scheduling and substance. |
| | 2.0 | Analysis on potential settlement solutions to issue of potential payment of fees in plan and settlement agreement. |
| 8/25/2015 | 0.5 | Review of Status of Texas Public Utility Commission process. |
| 8/26/2015 | 0.5 | Telephone conferences with Godfrey & Kahn on results of Court hearing. |
| | 0.5 | Review decision of Judge Sonchi on fees in another case. |
| | 0.5 | Telephone conference with Godfrey & Kahn following up on August 25 Court hearing. |
| 8/27/2015 | 1.0 | Review and analysis of comparison of blended rate charged by professionals. |
| | 0.5 | Review draft agenda for September 1 Fee Committee meeting. |
| | 0.5 | Telephone conference with Godfrey & Kahn on agenda for September 1 meeting and plan for meeting. |
| 8/28/2015 | 0.5 | Review of Debtors' schedule pleadings. |
| 8/29/2015 | 2.0 | Review of materials for September 1 Fee Committee meeting. |
| | 0.5 | Review of revised Proskauer letter report. |
| | 0.5 | Telephone conferences with Godfrey & Kahn on development updates. |
| | 1.5 | Telephone conferences with White & Case and Kirkland & Ellis to explore settlement possibilities for review of Plan for meeting with White & Case and Kirkland & Ellis to explore settlement possibilities for review of non-retained professionals. |
| 8/30/2015 | 1.0 | Analysis of impact of section 1129(a) on review of plan professional fees. |
| 8/31/2015 | 0.5 | Telephone conference with Godfrey & Kahn to prepare for September 1 Fee Committee meeting. |
| | 0.5 | Review agenda for September 1 meeting. |
| **76.0 August Total** | | |

**EXHIBIT B**
Gitlin and Company, LLC
Detailed Time Records
May 1, 2015 through August 31, 2015

| Date | Hours | Description |
|------|-------|-------------|
|      | 217.0 | TOTAL |
|      | -19.0 | Fifty percent of non-working travel hours |
|      | **198.0** | **GRAND TOTAL** |
|      | $922  | Blended Rate |

*Entries noted with an asterisk represent non-working travel. Fifty percent of the time recorded in these entries has been deducted from the hours total.