UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- X
In re                                            :      Chapter 11
                                                 :
ENERGY FUTURE HOLDINGS CORP. *et al.*,           :      Case No. 14-10979 (CSS)
                                                 :
Debtor-in-Possession.                            :      (Jointly Administered)
                                                 :      (D.I. 1888)
------------------------------------------------------------- X

Objection deadline: February 11, 2016 at 4:00 p.m.
Hearing date: February 18, 2016 at 10:00 a.m.

## NOTICE OF INTERIM FEE APPLICATION

**PLEASE TAKE NOTICE** that Godfrey & Kahn, S.C. (the "Applicant") has filed the *Third Interim Application of Godfrey & Kahn, S.C., Counsel to the Fee Committee, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from May 1, 2015 through August 31, 2015* (the "Interim Fee Application").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Interim Fee Application must be made in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals,* dated September 16, 2014 [D.I. 2066] (the "Administrative Order"), and must be filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, Wilmington, Delaware 19801, and be served upon and received by (i) the above-captioned debtors and debtors in possession (collectively, the "Debtors"), Energy Future Holdings Corp., *et al.,* 1601 Bryan Street, 43rd Floor, Dallas, TX, 75201, Attn: Andrew M. Wright and Cecily Gooch; (ii) co-counsel to the Debtors, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022, Attn: Brian E. Schartz and Kirkland & Ellis LLP, 300 North LaSalle, Chicago, IL 60654, Attn: Chad Husnick; (iii) co-counsel to the Debtors, Richards, Layton & Finger, P.A., 920 North King Street, Wilmington, DE 19801, Attn: Daniel J. DeFranceschi and Jason M. Madron; (iv) Roberta A.

DeAngelis, the United States Trustee for Region 3, J. Caleb Boggs Federal Building, 844 King Street, Room 2207, Wilmington, DE 19801, Attn: Richard L. Schepacarter and U.S. Department of Justice, Office of the U.S. Trustee, U.S. Federal Building, 201 Varick Street, Room 1006, New York, NY 10014, Attn: Andrea B. Schwartz; (v) counsel for the agent of the EFIH First Lien DIP Financing Facility, Shearman & Sterling LLP, 599 Lexington Avenue, New York, NY 10022, Attn: Ned Schodek and Fredric Sosnick; (vi) counsel for the agent of the TCEH DIP Financing Facility, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, NY 10005, Attn: Evan Fleck and Matthew Brod; (vii) counsel to the Official Committee of TCEH Unsecured Creditors (the "Committee"), Morrison & Foerster LLP, 250 W. 55th Street, New York, NY 10019, Attn: Brett H. Miller and Lorenzo Marinuzzi; (viii) co-counsel to the Committee, Polsinelli PC, 222 Delaware Avenue, Suite 1101, Wilmington, DE 19801, Attn: Christopher A. Ward and (ix) counsel to the fee committee, Godfrey & Kahn, S.C., One East Main Street, Madison, WI 53703, Attn: Katherine Stadler, by no later than **4:00 p.m. (Eastern Time) on February 11, 2016** (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE INTERIM FEE APPLICATION WILL TAKE PLACE BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, U.S. BANKRUPTCY COURT, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM 6, WILMINGTON, DE 19801 ON FEBRUARY 18, 2016 AT 10:00 A.M.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE BY THE OBJECTION DEADLINE, THE RELIEF REQUESTED IN THE INTERIM FEE APPLICATION MAY BE GRANTED WITHOUT FURTHER NOTICE OR HEARING.**

Date:  January 22, 2015             PHILLIPS, GOLDMAN & SPENCE, P.A.


                                    */s/ Stephen W. Spence*
Stephen W. Spence, Esquire (DE#2033)
Stephen A. Spence, Esquire (DE#5392)
1200 North Broom Street
Wilmington, DE 19806
Phone: (302) 655-4200
Fax: (302) 655-4200
Email: sws@pgslaw.com
        sas@pgslaw.com

-and-

Katherine Stadler, Esquire, *(admitted pro hac vice)*
GODFREY & KAHN, S.C.
One East Main Street, Suite 500
Madison, Wisconsin 53703
Phone: (608) 257-3911
Fax: (608) 257-0609
E-mail: kstadler@gklaw.com

*Attorneys for the Fee Committee*