## CERTIFICATION

Godfrey & Kahn, S.C., has reviewed the requirements of Local Rule 2016-2 and certifies that this Fee Application complies with Local Rule 2016-2.

GODFREY & KAHN, S.C.

/s/ Katherine Stadler
Katherine Stadler, Esquire (admitted *pro hac vice*)
Brady C. Williamson, Esquire
GODFREY & KAHN, S.C.
One East Main Street, Suite 500
P.O. Box 2719
Madison, Wisconsin 53701-2719
Telephone: (608) 257-3911
Facsimile: (608) 257-0609
E-mail: bwilliam@gklaw.com
kstadler@gklaw.com

*Attorneys for the Fee Committee*

15067866.1