# EXHIBIT A
Godfrey and Kahn, S.C.
List of Professionals
May 1, 2015 through August 31, 2015

| Name of Godfrey & Kahn Professional | Practice Group, Year of Obtaining License to Practice | | Hourly Billing Rate (before flat fee adjustment) | Number of Rate Increases Since Case Inception | Total Billed Hours | Total Compensation (before flat fee adjustment) |
|---|---|---|---|---|---|---|
| **Shareholders** | | | | | | |
| Brady C. Williamson | Bankruptcy | 1975 | $585 | 0 | 235.4 | $137,709.00 |
| Katherine Stadler | Litigation/Bankruptcy | 1997 WI 2012 NY | $495 | 0 | 397.0 | $196,515.00 |
| Eric Wilson | Litigation | 1994 IL 2003 WI | $515 | 0 | 21.9 | $11,278.50 |
| **Special Counsel** | | | | | | |
| Carla Andres | Bankruptcy | 1989 OH 1993 WI | $410 | 0 | 166.8 | $68,388.00 |
| **Associates** | | | | | | |
| Erin A. West | Litigation/Bankruptcy | 2009 WI 2012 MN | $295 | 0 | 217.3 | $64,103.50 |
| Mark Hancock | Litigation | 2007 IL 2015 WI | $275 | 0 | 337.1 | $92,702.50 |
| **Paraprofessionals** | | | | | | |
| Andy Dalton | Data Analyst | 1996 GA 2003 IL | $495 | 0 | 571.1 | $282,694.50 |
| Leah Viola | Litigation Paralegal | 2011 WI | $295 | 0 | 185.9 | $54,840.50 |
| Kathleen Boucher | Bankruptcy Paralegal | | $225 | 0 | 167.2 | $37,620.00 |
| | | | | Subtotal | 2,299.7 | $945,851.50 |
| | | | | Less 50% reduction for Non-working Travel | | -$23,051.00 |
| | | | | **TOTAL BEFORE FLAT FEE ADJUSTMENT** | **2,299.7** | **$922,800.50** |
| | | | | **FLAT FEES SOUGHT IN APPLICATION** | | **$800,000.00** |

| | |
|---|---|
| Blended rate in this application for all attorneys (before flat fee adjustment): | $414.90 |
| Blended rate in this application for all professionals (before flat fee adjustment): | $411.29 |
| Effective blended rate in this application (after flat fee adjustment): | $347.87 |