# EXHIBIT B

Godfrey Kahn, S.C.
Compensation by Project Category
May 1, 2015 through August 31, 2015

| Matter Number | Project Category | Hours Billed | Fees Billed |
|---|---|---|---|
| 0002 | General case administration, docket monitoring and maintenance, and calendaring | 13.7 | $4,412.50 |
| 0003 | Retention applications and disclosures-Gitlin & Co., LLC and Godfrey & Kahn | 4.5 | $1,902.50 |
| 0005 | Committee administrative documents | 63.5 | $29,092.50 |
| 0006 | Contact/communications with Fee Committee members and U.S. Trustee's office | 58.1 | $31,157.50 |
| 0007 | Contact/communications with retained professionals generally | 11.7 | $6,132.00 |
| 0008 | Drafting documents to be filed with the court | 97.9 | $46,943.50 |
| 0009 | Legal research and drafting research memoranda | 27.2 | $11,259.00 |
| 0010 | Reviewing filed documents | 55.8 | $27,512.00 |
| 0011 | Prepare for and attend Fee Committee meetings | 177.0 | $65,438.00 |
| 0012 | Database establishment and maintenance | 50.0 | $24,650.00 |
| 0013 | Non-working travel | 92.8 | $23,051.00 |
| 0014 | Prepare for and attend hearings and court communications | 79.6 | $29,423.00 |
| 0015 | Team meetings | 62.9 | $20,693.00 |
| 0016 | Media Inquiries and Management | 1.4 | $819.00 |
| 0017 | Fee Applications- Godfrey & Kahn and Gitlin & Company LLC | 96.9 | $47,085.00 |
| 020A | Alvarez & Marsal North America, LLC | 81.8 | $35,151.00 |
| 020B | Deloitte & Touche LLP | 37.0 | $16,311.00 |
| 020C | EPIQ Bankruptcy Solutions, LLC | 3.9 | $1,666.50 |
| 020E | Evercore Group LLC | 33.6 | $14,466.00 |
| 020F | Filsinger Energy Partners | 23.8 | $9,217.00 |
| 020G | FTI Consulting, Inc. | 77.0 | $26,881.00 |
| 020H | Gibson, Dunn & Crutcher LLP | 35.3 | $15,062.50 |
| 020I | Kirkland & Ellis LLP | 252.4 | $100,899.00 |
| 020J | KPMG LLP | 59.2 | $26,020.50 |
| 020K | Lazard Freres & Co. LLC | 21.5 | $7,632.50 |
| 020L | McDermott Will & Emery LLP | 23.4 | $10,174.00 |
| 020M | Morrison & Foerster LLP | 77.4 | $27,934.00 |
| 020N | Polsinelli PC | 23.4 | $9,254.00 |
| 020P | Richards, Layton & Finger, PA | 78.3 | $26,769.50 |
| 020Q | Sidley Austin LLP | 23.0 | $11,424.00 |
| 020R | Thompson & Knight LLP | 28.7 | $12,334.50 |
| 020S | Balch & Bingham | 55.0 | $21,787.00 |
| 020T | Phillips, Goldman & Spence | 1.4 | $605.50 |
| 020U | Sullivan & Cromwell LLP | 35.0 | $14,058.00 |
| 020V | Montgomery, McCracken, Walker & Rhoads, LLP | 31.7 | $11,085.50 |
| 020W | Cravath, Swaine & Moore LLP | 51.9 | $19,337.50 |
| 020Y | Proskauer Rose LLP | 79.6 | $30,911.00 |
| 020Z | OKelly Ernst & Bielli | 13.9 | $5,709.50 |
| 20AA | Munger Tolles & Olson | 54.7 | $19,883.50 |
| 20BB | Charles River Associates | 0.6 | $297.00 |
| 20CC | Greenhill & Co., LLC | 42.3 | $17,049.00 |
| 20DD | Alix Partners | 43.9 | $16,756.50 |
| 20EE | Guggenheim Securities | 25.8 | $9,002.00 |
| 20GG | Stevens & Lee | 22.6 | $8,286.00 |
| 20HH | Goldin & Associates | 22.3 | $9,296.00 |
| 20II | SOLIC Capital Advisors, LLC | 23.4 | $9,814.50 |
| 20JJ | McElroy, Deutsch, Mulvaney & Carpenter, LLP | 17.2 | $5,834.00 |
| 20KK | Enoch Kever PLLC | 2.0 | $868.00 |
| 20MM | Jenner Block | 3.7 | $1,452.50 |
| Total | | 2,299.7 | $922,800.50 |