## EXHIBIT C

Godfrey and Kahn, S.C.
Expense Summary
May 1, 2015 through August 31, 2015

| Expense Category | Amount |
| --- | --- |
| Conference and Court Calls | $1,653.43 |
| Copies | $885.00 |
| Delivery Services/Couriers/FedEx | $2,203.29 |
| Noticing Agent | $12,758.02 |
| Online Research | $191.40 |
| Outside Copies | $16,354.51 |
| Postage | $18.55 |
| Travel - Airfare | $6,124.28 |
| Travel - Hotel | $3,777.05 |
| Travel - In-Air Wireless | $121.55 |
| Travel - Meals | $187.20 |
| Travel - Parking | $91.00 |
| Travel - Taxi | $993.49 |
| Vendor Fees - Database Maintenance | $5,000.00 |
| **Total** | **$50,358.77** |