**Exhibit D**
Godfrey Kahn, S.C.
List of Professionals by Matter
May 1, 2015 through August 31, 2015

| # | Project Category | ANDRES, CARLA Hours | Fees | BOUCHER, KATHLEEN Hours | Fees | DALTON, ANDY Hours | Fees | HANCOCK, MARK Hours | Fees | STADLER, KATHERINE Hours | Fees | VIOLA, LEAH Hours | Fees | WEST, ERIN Hours | Fees | WILLIAMSON, BRADY C. Hours | Fees | WILSON, ERIC Hours | Fees | Total Hours | Total Fees |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0002 | General case administration, docket monitoring and maintenance, and calendaring | | | 9.2 | $2,070.00 | 0.2 | $99.00 | | | 2.6 | $1,287.00 | | | 1.5 | $877.50 | 0.1 | $51.50 | | | 13.7 | $4,412.50 |
| 0003 | Retention applications and disclosures-Gitlin & Co., LLC and Godfrey & Kahn | 1.6 | $656.00 | 0.7 | $157.50 | | | 0.3 | $82.50 | 0.7 | $346.50 | | | 0.6 | $351.00 | 0.6 | $309.00 | | | 4.5 | $1,902.50 |
| 0005 | Committee administrative documents | | | 1.1 | $247.50 | 26.2 | $12,969.00 | 14.4 | $3,960.00 | 9.3 | $4,603.50 | | | 12.5 | $7,312.50 | | | | | 63.5 | $29,092.50 |
| 0006 | Contact/communications with Fee Committee members and U.S. Trustee's office | 0.2 | $82.00 | 2.1 | $472.50 | 0.6 | $297.00 | 1.7 | $467.50 | 15.9 | $7,870.50 | | | 37.2 | $21,762.00 | 0.4 | $206.00 | | | 58.1 | $31,157.50 |
| 0007 | Contact/communications with retained professionals generally | 0.3 | $123.00 | | | 0.2 | $99.00 | 0.3 | $82.50 | 6.1 | $3,019.50 | | | 4.8 | $2,808.00 | | | | | 11.7 | $6,132.00 |
| 0008 | Drafting documents to be filed with the court | 1.4 | $574.00 | 6.0 | $1,350.00 | 10.8 | $5,346.00 | 1.6 | $440.00 | 67.9 | $33,610.50 | 0.8 | $236.00 | 7.8 | $4,563.00 | 1.6 | $824.00 | | | 97.9 | $46,943.50 |
| 0009 | Legal research and drafting research memoranda | | | 1.7 | $382.50 | 4.3 | $2,128.50 | 10.5 | $2,887.50 | 2.5 | $1,237.50 | 0.6 | $177.00 | 7.6 | $4,446.00 | | | | | 27.2 | $11,259.00 |
| 0010 | Reviewing filed documents | | | 0.8 | $180.00 | 12.8 | $6,336.00 | 7.3 | $2,007.50 | 14.4 | $7,128.00 | | | 18.9 | $11,056.50 | 0.6 | $309.00 | | | 55.8 | $27,512.00 |
| 0011 | Prepare for and attend Fee Committee meetings | | | 76.8 | $17,280.00 | 13.9 | $6,880.50 | 11.4 | $3,135.00 | 44.2 | $21,879.00 | | | 22.5 | $13,162.50 | 3.1 | $1,596.50 | | | 172.0 | $65,438.00 |
| 0012 | Database establishment and maintenance | | | | | 49.5 | $24,502.50 | | | 0.5 | $247.50 | | | | | | | | | 50.0 | $24,650.00 |
| 0013 | Non-working travel | | | | | | | 14.3 | $3,932.50 | 41.7 | $10,320.75 | | | 36.8 | $10,764.00 | | | | | 92.8 | $23,051.00 |
| 0014 | Prepare for and attend hearings and court communications | | | 4.8 | $5,782.50 | 0.2 | $99.00 | 18.9 | $5,197.50 | 9.4 | $4,653.00 | 2.6 | $767.00 | 18.2 | $10,647.00 | 1.6 | $824.00 | | | 79.6 | $29,423.00 |
| 0015 | Team meetings | 5.9 | $2,419.00 | 21.7 | $4,882.50 | 6.9 | $3,415.50 | 7.0 | $1,925.00 | 4.4 | $2,178.00 | 6.9 | $2,035.50 | 6.2 | $1,829.00 | 3.9 | $2,008.50 | | | 62.9 | $20,693.00 |
| 0016 | Media inquiries and Management | | | | | | | | | | | | | 1.4 | $819.00 | | | | | 1.4 | $819.00 |
| 0017 | Fee Applications- Godfrey & Kahn and Gitlin & Company LLC | 0.3 | $123.00 | 4.9 | $1,102.50 | 40.4 | $19,998.00 | | | 46.1 | $22,819.50 | 8.8 | $2,596.00 | 5.2 | $3,042.00 | | | | | 96.9 | $47,085.00 |
| 020A | Alvarez & Marsal North America, LLC | 43.6 | $17,876.00 | 0.4 | $90.00 | 19.9 | $9,850.50 | 1.6 | $440.00 | 6.5 | $3,217.50 | 2.5 | $737.50 | 2.6 | $1,521.00 | 1.6 | $824.00 | | | 81.8 | $35,151.00 |
| 020B | Deloitte & Touche LLP | 17.8 | $7,298.00 | 0.4 | $90.00 | 12.8 | $6,336.00 | 2.2 | $2,887.50 | 2.2 | $1,089.00 | 1.3 | $737.50 | 1.3 | $760.50 | | | | | 37.0 | $16,311.00 |
| 020C | EPIQ Bankruptcy Solutions, LLC | | | | | 1.5 | $742.50 | | | 0.5 | $247.50 | 1.5 | $442.50 | 0.4 | $234.00 | | | | | 3.9 | $1,666.50 |
| 020E | Evercore Group LLC | 18.8 | $7,708.00 | 0.8 | $180.00 | 8.8 | $4,356.00 | 1.7 | | 2.9 | $1,435.50 | 2.3 | $678.50 | 1.2 | $702.00 | | | | | 33.6 | $14,466.00 |
| 020F | Filsinger Energy Partners | | | 0.7 | $157.50 | 7.6 | $3,762.00 | | | 2.9 | $1,435.50 | 12.1 | $3,569.50 | 0.5 | $292.50 | | | | | 23.8 | $9,217.00 |
| 020G | FTI Consulting, Inc. | | | 0.3 | $67.50 | 15.7 | $7,771.50 | | | 1.9 | $940.50 | 6.3 | $1,858.50 | 2.3 | $1,345.50 | | | | | 77.0 | $26,881.00 |
| 020H | Gibson, Dunn & Crutcher LLP | | | 0.3 | $67.50 | 14.6 | $7,227.00 | 14.3 | $3,613.50 | 7.3 | $3,613.50 | 12.1 | $3,569.50 | 1.0 | $585.00 | | | | | 35.3 | $15,062.50 |
| 020I | Kirkland & Ellis LLP | | | 1.1 | $247.50 | 72.2 | $35,739.00 | 113.7 | $31,267.50 | 26.8 | $13,266.00 | 5.3 | $1,563.50 | 23.8 | $13,923.00 | 9.5 | $4,892.50 | | | 252.4 | $100,899.00 |
| 020J | KPMG LLP | 28.1 | $11,521.00 | 0.7 | $157.50 | 23.1 | $11,434.50 | | | 2.9 | $1,435.50 | 3.8 | $1,121.00 | 0.6 | $351.00 | | | | | 59.2 | $26,020.50 |
| 020K | Lazard Freres & Co. LLC | | | 0.5 | $112.50 | 4.8 | $2,376.00 | | | 1.1 | $544.50 | 1.1 | $324.50 | 13.5 | $3,982.50 | | | | | 21.5 | $7,632.50 |
| 020L | McDermott Will & Emery LLP | | | 0.5 | $112.50 | 9.3 | $4,603.50 | | | 5.2 | $2,574.00 | 7.0 | $2,065.00 | 1.4 | $292.50 | | | | | 23.4 | $10,174.00 |
| 020M | Morrison & Foerster LLP | | | | | 18.9 | $9,355.50 | 0.1 | $27.50 | 2.7 | $1,336.50 | 4.3 | $1,268.50 | 2.7 | $1,579.50 | | | | | 77.4 | $27,934.00 |
| 020N | Polsinelli PC | | | 0.4 | $90.00 | 9.1 | $4,504.50 | | | 1.2 | $594.00 | 0.4 | $118.00 | 11.2 | $3,304.00 | | | | | 23.4 | $9,254.00 |
| 020P | Richards, Layton & Finger, PA | | | 1.5 | $337.50 | 16.0 | $7,920.00 | 51.3 | $14,107.50 | 2.8 | $1,386.00 | 2.5 | $737.50 | 2.0 | $29.50 | 2.1 | $1,081.50 | | | 78.3 | $26,769.50 |
| 020Q | Sidley Austin LLP | | | | | 18.9 | $9,355.50 | | | 2.7 | $1,336.50 | 0.3 | $88.50 | 1.1 | $643.50 | | | | | 23.0 | $11,424.00 |
| 020R | Thompson & Knight LLP | | | 1.4 | $315.00 | 12.1 | $5,989.50 | 0.2 | $55.00 | 6.3 | $3,118.50 | 7.7 | $2,271.50 | 1.0 | $585.00 | | | | | 28.7 | $12,334.50 |
| 020S | Balch & Bingham | | | 1.8 | $405.00 | 13.9 | $6,880.50 | | | 2.9 | $1,435.50 | 25.3 | $7,463.50 | 1.2 | $702.00 | | | | | 55.0 | $21,787.00 |
| 020T | Phillips, Goldman & Spence | | | 0.3 | $67.50 | 0.4 | $198.00 | | | 0.2 | $99.00 | | | 0.1 | $58.50 | | | | | 1.4 | $605.50 |
| 020U | Sullivan & Cromwell LLP | 0.5 | $205.00 | 0.2 | $45.00 | 11.3 | $5,593.50 | | | 3.7 | $1,831.50 | 2.8 | $826.00 | 2.6 | $1,521.00 | | | | | 35.0 | $14,658.00 |
| 020W | Montgomery, McCracken, Walker & Rhoads, LLP | | | 0.3 | $67.50 | 7.1 | $3,514.50 | 28.2 | $7,755.00 | 0.9 | $445.50 | 2.0 | $590.00 | 21.3 | $6,283.50 | | | | | 31.7 | $11,085.50 |
| 020V | Cravath, Swaine & Moore LLP | | | | | 18.1 | $8,959.50 | 1.8 | $495.00 | 1.6 | $11,335.50 | 1.6 | $472.00 | 2.8 | $1,638.00 | 0.6 | $351.00 | | | 51.9 | $19,337.50 |
| 020Y | Proskauer Rose LLP | | | | | 10.8 | $5,346.00 | | | 0.3 | $148.50 | 41.6 | $12,272.00 | 2.5 | $1,462.50 | | | | | 79.6 | $30,911.00 |
| 020Z | OKelly Ernst & Bielli | | | 0.3 | $67.50 | 4.5 | $2,227.50 | 11.6 | $3,190.00 | 2.2 | $1,089.00 | 5.9 | $1,740.50 | 1.0 | $585.00 | | | | | 13.9 | $5,709.50 |
| 20AA | Munger Tolles & Olson | | | 0.3 | $67.50 | 19.5 | $9,652.50 | 31.2 | $8,580.00 | 1.3 | $643.50 | 1.6 | $472.00 | 0.8 | $468.00 | | | | | 54.7 | $19,883.50 |
| 20BB | Charles River Associates | | | | | 0.5 | $247.50 | | | 0.1 | $49.50 | | | | | | | | | 0.6 | $297.00 |
| 20CC | Greenhill & Co., LLC | 22.3 | $9,143.00 | 1.7 | $382.50 | 7.0 | $3,465.00 | | | 2.9 | $1,435.50 | 7.9 | $2,330.50 | 0.5 | $292.50 | | | | | 42.3 | $17,049.00 |
| 20DD | Alix Partners | | | | | 10.4 | $5,148.00 | | | 6.6 | $3,267.00 | 1.5 | $442.50 | 1.4 | $819.00 | | | | | 43.9 | $16,756.50 |
| 20EE | Guggenheim Securities | | | | | 5.6 | $2,772.00 | | | 0.3 | $148.50 | 0.4 | $118.00 | 18.4 | $5,428.00 | | | | | 25.8 | $9,059,00 |
| 20GG | Stevens & Lee | | | 0.3 | $67.50 | 7.7 | $3,811.50 | | | 0.5 | $247.50 | 1.7 | $501.50 | 24.0 | $7,080.00 | | | | | 22.6 | $8,286.00 |
| 20HH | Goldin & Associates | 13.5 | $5,535.00 | 4.4 | $2,178.00 | 0.7 | $346.50 | | | 0.7 | $346.50 | 3.2 | $944.00 | 0.5 | $292.50 | | | | | 22.3 | $9,296.00 |
| 20II | SOLIC Capital Advisors, LLC | 12.5 | $5,125.00 | 6.6 | $270.00 | | | | | 0.9 | $148.50 | 2.0 | $590.00 | 0.2 | $117.00 | | | | | 22.6 | $9,814.50 |
| 20JJ | McElroy, Deutsch, Mulvaney & Carpenter, LLP | | | 0.6 | $135.00 | 3.8 | $1,881.00 | 9.6 | $2,640.00 | 0.3 | $148.50 | 2.3 | $678.50 | 0.6 | $351.00 | | | | | 17.2 | $5,834.00 |
| 20KK | Enoch Kever PLLC | | | | | 1.0 | $495.00 | | | | | 0.7 | $206.50 | 0.2 | $175.50 | | | | | 2.0 | $877.00 |
| 20MM | Jenner Block | | | 0.2 | $45.00 | 1.6 | $792.00 | | | 0.1 | $49.50 | | | 0.3 | $175.50 | | | | | 3.7 | $1,452.50 |
| | **Totals:** | **166.8** | **$68,388.00** | **167.2** | **$37,620.00** | **571.1** | **$282,694.50** | **337.1** | **$92,702.50** | **397.0** | **$196,535.00** | **185.9** | **$54,840.50** | **217.3** | **$64,103.50** | **235.4** | **$137,709.00** | **21.9** | **$11,278.50** | **2,299.7** | **$922,800.50** |