# EXHIBIT G

Godfrey and Kahn, S.C.
Customary and Comparable Hourly Rate Disclosure
May 1, 2015 through August 31, 2015

| Category of Timekeeper | Blended Hourly Rate | |
|---|---|---|
| | Billed for Preceding Year, Excluding Bankruptcy | Billed in this Fee Application (Before Flat Fee Adjustment) |
| Shareholder | $497.68 | $528.05 |
| Counsel/Data Analyst | $411.42 | $475.79 |
| Associate | $284.93 | $282.84 |
| Paralegal | $205.12 | $261.85 |
| All Timekeepers Aggregated | $419.59 | $411.29 |