# EXHIBIT H
Godfrey and Kahn, S.C.
Budget and Staffing Plan
May 1, 2015 through August 31, 2015

| BUDGET-JANUARY 1, 2015 THROUGH APRIL 30, 2015 | | | | | |
|---|---|---|---|---|---|
| Matter | Project Category | Hours Budgeted | Fees Budgeted | Hours Billed | Fees Sought |
| 0002 | General Case Administration | 50 | $17,560 | 13.7 | $4,412.50 |
| 0003 | Retention applications & disclosures-Applicants | 10 | $3,500 | 4.5 | $1,902.50 |
| 0005 | Committee administrative documents | 50 | $19,750 | 63.5 | $29,092.50 |
| 0006 | Contact/communications with Fee Committee | 75 | $37,500 | 58.1 | $31,157.50 |
| 0007 | Contact/communications with retained professionals generally | 20 | $7,000 | 11.7 | $6,132.00 |
| 0008 | Drafting documents to be filed with the Court | 100 | $45,000 | 97.9 | $46,943.50 |
| 0009 | Legal research and drafting | 15 | $5,250 | 27.2 | $11,259.00 |
| 0010 | Reviewing filed documents | 40 | $14,000 | 55.8 | $27,512.00 |
| 0011 | Prepare for and attend Fee Committee meetings | 200 | $80,000 | 177.0 | $65,438.00 |
| 0012 | Database establishment & maintenance | 85 | $41,650 | 50.0 | $24,650.00 |
| 0013 | Non-working travel | 100 | $27,500 | 92.8 | $23,051.00 |
| 0014 | Prepare for and attend hearings and court communications | 85 | $40,375 | 79.6 | $29,423.00 |
| 0015 | Team meetings | 100 | $40,000 | 62.9 | $20,693.00 |
| 0016 | Media Inquiries and Management | 0 | $0 | 1.4 | $819.00 |
| 0017 | Fee Applications-Applicants | 100 | $45,000 | 96.9 | $47,085.00 |
| 020A-20LL | Retained Professionals-application review and reporting | 1,700 | $637,500 | 1,406.7 | $553,230.00 |
| TOTAL | | 2,730 | $1,061,585 | 2,299.7 | $922,800.50 |

| STAFFING PLAN | | |
|---|---|---|
| Category of Timekeeper | Number expected to work on the matter During the Budget Period | Average hourly rate |
| Shareholder | 3 | $532 |
| Special Counsel/Data Specialist | 2 | $452 |
| Associates (5-7 years) | 2 | $285 |
| Paralegal | 2 | $260 |