## **Exhibit A**

## **Hours Expended by Goldin Professional**

| | | |
|---|---|---|
| David Prager | Managing Director | 1.5 |
| Deborah Praga | Analyst | 9.7 |
| **Total** | | **11.2** |