## **<u>Exhibit C</u>**

## **Expenses by Category**

| | |
|---|---:|
| Photocopies | 23.52 |
| Research | 86.47 |
| **Total** | **$109.99** |