## Exhibit D

**Expense Detail**

**GoldinAssociates, LLC**

350 Fifth Avenue
The Empire State Building
New York, New York 10118

Tel.: 212 593 2255
Fax: 212 888 2841
www.goldinassociates.com

### Detailed Expenses by Category:   EFIH

For Expenses Through 12/31/2015

| Expense | Start Date | End Date | Invoice Date | | Description | Charges |
|---|---|---|---|---|---|---|
| : Office Supplies/Miscellaneous | | | | | | |
| | 12/1/2015 | 12/31/2015 | 12/31/15 | AJD | Photocopies for the period of December 1 through December 31, 2015 (336 pages at $0.07 per page) | $23.52 |
| Total: Office Supplies/Miscellaneous | | | | | | $23.52 |
| : Research | | | | | | |
| | 12/1/2015 | 12/31/2015 | 12/1/15 | RCD | Capital IQ - research for the period 12/1 - 12/31 - Cap IQ Discounted Rate - Retail rate per click would equal $164.48 | $86.47 |
| Total: Research | | | | | | $86.47 |
| **Grand Total** | | | | | | $109.99 |