# **EXHIBIT A**

**[Statement of Fees by Subject Matter]**

| Description | Total Hours Billed | Total Fees |
|---|---|---|
| [ALL] BK Retention and Fee Applications | 6.8 | $1,322.50 |
| [ALL] Case Administration | 2.7 | $774.50 |
| [ALL] Claims Administration & Objections | 1.4 | $355.00 |
| [ALL] Contested Matters & Adv. Proceed. | 0.9 | $315.00 |
| [ALL] Hearings | 17.6 | $5,841.00 |
| [ALL] Non-BK Fee/Employment Applications | 3.3 | $727.50 |
| [ALL] Plan and Disclosure Statement | 3.7 | $1,280.50 |
| **Total** | **36.4** | **$10,616.00** |