# EXHIBIT C

**[Summary of Actual and Necessary Expenses for the Fee Period]**

| Expense Category | Total Expenses |
|---|---:|
| Filing/Court Fees | $9.30 |
| In-House Reproduction | $12.40 |
| **Total** | **$21.70** |