## EXHIBIT D

**[Detailed Description of Expenses and Disbursements]**

| Date | Category | Description | Total Expenses |
|---|---|---|---|
| 12/01/2015 | Filing/Court Fees | PACER | $3.00 |
| 12/01/2015 | Filing/Court Fees | PACER | $4.00 |
| 12/02/2016 | In-House Reproduction | Photocopies (45 pages) | $4.50 |
| 12/08/2015 | Filing/Court Fees | PACER | $1.10 |
| 12/16/2015 | In-House Reproduction | Photocopies (29 pages) | $2.90 |
| 12/17/2015 | Filing/Court Fees | PACER | $1.20 |
| 12/18/2015 | In-House Reproduction | Photocopies (50 pages) | $5.00 |
| **Total** | | | **$21.70** |