**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., et al., | Case No. 14-10979 (CSS)<br>(Jointly Administered) |
| Debtor. | Objection Deadline: February 5, 2016, at 4:00 p.m.<br>Hearing Date: February 18, 2016, at 11:00 a.m. |

**NOTICE OF MOTION**
**(RE: D.I. 7603)**

TO:    THE UNITED STATES TRUSTEE, THE DEBTORS, RULE 2002 PARTIES, ALL CREDITORS AND PARTIES IN INTEREST, PLEASE TAKE NOTICE THAT:

Gellert Scali Busenkell & Brown LLC ("Counsel"), filed the Motion to Withdraw as Counsel to Kuk J. Stewart (the "Motion").

You are required to file a response to the Motion on or before **February 5, 2016, at 4:00 p.m.**

At the same time, you must also serve a copy of the response upon the Debtor's attorney:

Gary F. Seitz, Esquire
GELLERT SCALI BUSENKELL & BROWN LLC
1201 N. Orange Street, Suite 300
Wilmington, DE 19801
Phone: 215-238-0011
Fax: 215-238-0016
gseitz@gsbblaw.com

HEARING ON THE MOTION WILL BE HELD ON **February 18, 2016, at 11:00 a.m.** (Eastern Standard Time) before the Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Wilmington, DE 19801 in Courtroom Number 6.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

**GELLERT SCALI BUSENKELL & BROWN LLC**

Date:  January 22, 2016

*/s/ Gary F. Seitz*
Gary F. Seitz (No. 4457)
1201 N. Orange Street, Suite 300
Wilmington, DE  19801
Phone: 215-238-0011
Fax: 215-238-0013
gseitz@gsbblaw.com