# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| **ENERGY FUTURE HOLDINGS CORP.,** | ) | |
| et al., | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## CERTIFICATE OF SERVICE

    I, Gary F. Seitz, hereby certify that on January 22, 2016, I caused a copy of the following document(s) to be served on the individual(s) on the attached service list(s), in the manner indicated thereon:

    NOTICE OF MOTION (RE: D.I. 7603)

    /s/ Gary F. Seitz
    Gary F. Seitz (DE Bar No. 4457)

Energy Future Holdings Corp. 2002 EMAIL/ECF Service List Case No. 14-10979 (CSS)

**Email**
richard.schepacarter@usdoj.gov
(United States Trustee)
Richard Schepacarter, Esquire
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19801

**Email**
defranceschi@rlf.com
madron@rlf.com
collins@rlf.com
(Counsel to the Debtors)
Daniel J. DeFranceschi, Esquire
Jason M. Madron, Esquire
Mark Collins, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551

Wilmington, DE 19899

**Email**
aparna.yenamandra@kirkland.com
Aparna Yenamandra
Kirkland & Ellis LLP
601 Lexington Avenue    New York, NY 10022
Tel +1 212-446-4903  Cell +1 908-930-7722
(Counsel to the Debtors)


**Email**
**Kenneth Stewart [kenstew721@gmail.com](mailto:kenstew721@gmail.com)**

**Email**
Charles Montemayor [charles_montemayor@sbcglobal.net](mailto:charles_montemayor@sbcglobal.net)
Charles Montemayor
5353 Maple Ave., Ste. 100
Dallas, Texas 75235
Phone: 214-634-0771
Fax: 214-634-0465

**Overnight**
KUK JA STEWART
2028 SANDY LN
IRVING, TX 75060-5639