# **Exhibit A**

[Statement of Fees by Subject Matter]

| MATTER NUMBER | MATTER DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 001 | Case Administration | 1.5 | $1,505.00 |
| 003 | EFH Business Operations | 3.3 | $3,330.00 |
| 004 | EFH Contested Matters and Adversary Proceedings | 4.3 | $4,340.00 |
| 005 | EFH Corporate Governance and Board Matters | 5.1 | $5,610.00 |
| 008 | Fee Applications and Objections | 14.4 | $13,307.50 |
| 009 | Financing and Cash Collateral | 2.9 | $2,900.00 |
| 010 | Hearings | 32.5 | $34,565.00 |
| 011 | Claims Investigations, Analyses and Objections | 5.8 | $5,460.00 |
| 014 | Non-Working Travel | 23.7 | $13,100.00 |
| 015 | Plan and Disclosure Statement | 41.6 | $43,877.50 |
| 016 | Tax | 5.0 | $5,258.50 |
| **TOTAL FOR ALL MATTER NOS.** | | **140.1** | **$133,253.50** |