## **Exhibit B**

[Attorneys' and Paraprofessionals' Information]

Proskauer attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Julie M. Allen | Partner | 1984 | Corporate | $1,350 | 1.8 | $2,430.00 |
| Richard M. Corn | Partner | 2005 | Tax | $925 | 3.1 | $2,867.50 |
| Michael A. Firestein | Partner | 1983 | Litigation | $1,025 | 24.4 | $25,010.00 |
| Jeff J. Marwil | Partner | 1986 | Corporate | $1,200 | 0.2 | $240.00 |
| Paul Possinger | Partner | 1993 | Corporate | $1,025 | 1.7 | $1,742.50 |
| Lary Alan Rappaport | Partner | 1979 | Litigation | $950 | 3.9 | $3,705.00 |
| Stuart L. Rosow | Partner | 1976 | Tax | $1,350 | 1.6 | $2,160.00 |
| Mark K. Thomas | Partner | 1981 | Corporate | $1,200 | 19.6 | $23,520.00 |
|  |  |  |  | $600 | 12.5 | $7,500[1] |
| Peter J. Young | Partner | 2002 | Corporate | $1,000 | 50.9 | $50,900.00 |
|  |  |  |  | $500 | 11.2 | $5,600[1] |
| Jennifer L. Roche | Associate | 2007 | Litigation | $850 | 0.2 | $170.00 |
| Gary Silber | Associate | 2011 | Tax | $770 | 0.3 | $231.00 |
| Jared D. Zajac | Associate | 2009 | Corporate | $825 | 8.7 | $7,177.50 |
| **Total** |  |  |  |  | **140.1** | **$133,253.50** |

---

[1] Represents a fifty percent (50%) reduction for non-working travel time.