## Exhibit C

[Summary of Actual and Necessary Expenses for the Fee Period]

| EXPENSE CATEGORY | AMOUNT |
|---|---:|
| Reproduction Costs (at $0.10 per page) | $13.80 |
| Telecommunications | $0.00[1] |
| Research (Lexis/Westlaw/Other Database Search Services) | $94.00 |
| Litigation and Corporate Support Services[2] | $328.00 |
| Travel Out-of-Town – Transportation | $3,889.48[3] |
| Taxi, Carfare, Mileage, Parking | $1,030.57[4] |
| Messenger/Delivery/Postage | $7.80 |
| Business Meals | $263.09[5] |
| Out-of-Town Lodging | $2,025.90[6] |
| Other Disbursements | $0.00[7] |
| **Total** | **$7,652.64** |

---

[1] Reflects a reduction of $45.55 for telecommunication expenses incurred that are not reimbursable pursuant to the fee committee guidelines.

[2] Consists of CourtCall, PACER and transcript (hearing and deposition) expenses.

[3] Includes non-refundable first-class airfare reduced by 50% to approximate the cost differential between non-refundable first-class airfare and refundable coach-class fare, addressing the reimbursable cap imposed by the fee committee.

[4] Includes a reduction of $14.00 for cab and carfare expenses incurred going to and from airports in excess of the reimbursable cap imposed by the fee committee.

[5] Includes a reduction of $90.56 for business meal expenses in excess of the reimbursable cap imposed by the fee committee.

[6] Includes a reduction of $896.75 for lodging expenses in excess of the reimbursable cap imposed by the fee committee.

[7] Reflects a reduction of $585.00 for certain overtime expenses that are not reimbursable pursuant to the fee committee guidelines.