## **Exhibit D**

[Detailed Description of Expenses and Disbursements]

**Disbursements and Other Charges**

| Date | Name | Description | Amount |
|---|---|---|---|
| 10/07/2015 | Jeff J. Marwil | Data Base Search Serv.- Pacer | 94.00 |
| 11/16/2015 | Mark K. Thomas | Auto Rental-Tucson to Phoenix Airport | 152.94 |
| 11/18/2015 | Mark K. Thomas | Out Of Town Meals | 40.00 |
| 11/18/2015 | Mark K. Thomas | Out Of Town Meals | 18.40 |
| 11/19/2015 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking- Cab from Philadelphia Airport to Hotel | 40.00 |
| 11/19/2015 | Mark K. Thomas | Lodging-1 Night Philadelphia | 300.00 |
| 11/19/2015 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking- A-1 Airport Limo from O'Hare to Home | 75.00 |
| 11/19/2015 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking- Uber car from Wilmington to Philadelphia Airport | 98.49 |
| 11/19/2015 | Mark K. Thomas | Lodging-1 Night Wilmington | 300.00 |
| 11/19/2015 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking- Carey Limo Service from Philadelphia Hotel to Wilmington | 112.25 |
| 11/19/2015 | Michael A. Firestein | Out Of Town Meals-M. Firestein and M. Thomas | 63.31 |
| 11/19/2015 | Michael A. Firestein | Out Of Town Meals-M. Firestein and M. Thomas | 54.00 |
| 11/19/2015 | Michael A. Firestein | Airplane-Los Angeles to Philadelphia on 11/18 to 11/20/15 | 824.97 |
| 11/19/2015 | Michael A. Firestein | Taxi, Carfare, Mileage and Parking- Cab from LAX on 11/20/15 | 42.00 |
| 11/19/2015 | Michael A. Firestein | Lodging-1 Night Wilmington | 261.40 |
| 11/19/2015 | Michael A. Firestein | Airplane-GoGo Air Internet on 11/18/15 | 29.95 |
| 11/19/2015 | Michael A. Firestein | Airplane-GoGo Air Internet | 29.95 |
| 11/19/2015 | Michael A. Firestein | Taxi, Carfare, Mileage and Parking- Carey Limo Service from Philadelphia Airport to Hotel | 121.25 |
| 11/19/2015 | Mark K. Thomas | Out Of Town Meals | 37.68 |
| 11/22/2015 | Mark K. Thomas | Airplane-Phoenix to Philadelphia to Chicago to Tucson on 11/16 to 11/19/15 | 1,441.65 |
| 11/24/2015 | Mark K. Thomas | Airplane-Cancellation Fee | 35.00 |
| 11/25/2015 | Jeff J. Marwil | Messenger/delivery | 7.32 |
| 12/01/2015 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking- Cab from Philadelphia Airport to Hotel | 40.00 |
| 12/01/2015 | Peter J. Young | Taxi, Carfare, Mileage and Parking- Uber car from office to O'Hare | 80.08 |

| Date | Name | Description | Amount |
|---|---|---|---|
| 12/01/2015 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Cab from Philadelphia Airport to Center City | 35.00 |
| 12/02/2015 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Carey Limo Service from Hotel to Court in Wilmington | 112.25 |
| 12/02/2015 | Mark K. Thomas | Out Of Town Meals | 38.00 |
| 12/02/2015 | Michael A. Firestein | Filing and Court Costs-CourtCall | 184.00 |
| 12/02/2015 | Mark K. Thomas | Lodging-1 Night Philadelphia | 300.00 |
| 12/03/2015 | Michael A. Firestein | Postage | 0.48 |
| 12/03/2015 | Mark K. Thomas | Airplane-Chicago to Philadelphia on 12/1 to 12/3/15 | 853.42 |
| 12/03/2015 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-A-1 Airport Limo from O'Hare to Home | 75.00 |
| 12/03/2015 | Michael A. Firestein | Filing and Court Costs-CourtCall | 86.00 |
| 12/03/2015 | Mark K. Thomas | Lodging-1 Night Wilmington | 300.00 |
| 12/03/2015 | Peter J. Young | Out Of Town Meals | 11.70 |
| 12/03/2015 | Peter J. Young | Airplane-Chicago to Philadelphia 12/1 to 12/3/15 | 521.60 |
| 12/03/2015 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Cab from O'Hare to Home | 50.00 |
| 12/03/2015 | Peter J. Young | Lodging-1 Night Philadelphia | 264.50 |
| 12/03/2015 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Carey Limo Service from Wilmington to Philadelphia Airport | 117.25 |
| 12/03/2015 | Peter J. Young | Other Disbursements-Gratuities | 32.00 |
| 12/03/2015 | Peter J. Young | Lodging-1 Night Wilmington | 300.00 |
| 12/11/2015 | Kimberly White | Reproduction | 11.40 |
| 12/18/2015 | Jared Zajac | Reproduction | 0.10 |
| 12/18/2015 | Jared Zajac | Reproduction | 1.70 |
| 12/18/2015 | Jared Zajac | Reproduction | 0.20 |
| 12/18/2015 | Jared Zajac | Reproduction | 0.40 |
| 12/18/2015 | Michael A. Firestein | Filing and Court Costs-CourtCall | 58.00 |

**Disbursements and Other Charges** $ **7,652.64**