## EXHIBIT A

### Statement of Fees by Subject Matter

| Description | Total Billed Hours | Total Fees |
|---|---|---|
| PROFESSIONAL RETENTIONS | 0.1 | $16.50 |
| FEE APPLICATIONS – OTHERS | 7.7 | $2,786.50 |
| FEE APPLICATIONS – S&L | 9.8 | $3,482.00 |
| HEARINGS | 11.7 | $8,131.50 |
| LEGAL & FACTUAL RESEARCH | 0.6 | $417.00 |
| PLEADINGS, MOTIONS & BRIEFS | 1.2 | $834.00 |
| **TOTAL** | **31.1** | **$15,667.50** |