**EXHIBIT B**

**Attorney and Paraprofessionals Information**

| Name of Professional | Title | Year Admitted | Practicing Group | 2015 Hourly Billing Rate[1] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Joseph H. Huston, Jr. | Practice Leader | 1975 (PA) 2001 (DE) | Bankruptcy and Financial Restructuring | $695.00 | 15.1 | $10,494.50 |
| Camille C. Bent | Associate | 2010 (NY) | Bankruptcy and Financial Restructuring | $335.00 | 14.9 | $4,991.50 |
| Stephanie L. Foster | Legal Assistant | N/A | Bankruptcy Support | $165.00 | 1.1 | $181.50 |
| | | | **TOTAL (at 2015 Rates):** | | **31.1** | **$15,667.50** |

| Name of Professional | Title | Year Admitted | Practicing Group | 2014 Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Joseph H. Huston, Jr. | Practice Leader | 1975 (PA) 2001 (DE) | Bankruptcy and Financial Restructuring | $680.00 | 15.1 | $10,268.00 |
| Camille C. Bent | Associate | 2010 (NY) | Bankruptcy and Financial Restructuring | $310.00 | 14.9 | $4,619.00 |
| Stephanie L. Foster | Legal Assistant | N/A | Bankruptcy Support | $160.00 | 1.1 | $176.00 |
| | | | **TOTAL (at 2014 Rates):** | | **31.1** | **$15,063.00** |

---

[1] These hourly rates represent in the aggregate an increase of approximately 4% over S&L's rates for 2014 and are in accordance with S&L's policy of reviewing and increasing its rates annually to reflect its attorneys' increased seniority and experience. The anticipated occurrence of these increases was expressly stated in S&L's engagement letter (at page 3) and agreed to by EFIH.

SL1 1400554v1 109285.00006