## **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

| Service Description | Amount |
|---|---|
| COMPUTER RESEARCH (PACER) | $    8.70 |
| DOCUMENT REPRODUCTION | $  38.60 |
| COURTCALL APPEARANCE | $ 270.00 |
| **TOTAL** | **$ 317.30** |