## EXHIBIT D

## Detailed Description of Expenses and Disbursements

| Matter | Date | Description | Amount |
|---|---|---|---|
| 109285-00002 | 12/1/15 | Document Reproduction | $7.40 |
| 109285-00002 | 12/1/15 | Document Reproduction | $0.10 |
| 109285-00002 | 12/1/15 | Document Reproduction | $0.20 |
| 109285-00002 | 12/2/15 | Document Reproduction | $1.20 |
| 109285-00002 | 12/2/15 | Color Document Reproduction | $11.50 |
| 109285-00002 | 12/4/15 | Document Reproduction | $2.60 |
| 109285-00002 | 12/4/15 | Document Reproduction | $1.20 |
| 109285-00002 | 12/4/15 | Document Reproduction | $0.10 |
| 109285-00002 | 12/7/15 | Document Reproduction | $0.10 |
| 109285-00002 | 12/9/15 | Document Reproduction | $0.20 |
| 109285-00002 | 12/10/15 | Document Reproduction | $0.10 |
| 109285-00002 | 12/10/15 | Document Reproduction | $0.10 |
| 109285-00002 | 12/11/15 | Computer Research | $8.70 |
| 109285-00002 | 12/3/15 | Courtcall Appearance on 12/3/15 (Philip A Gelston) | $86.00 |
| 109285-00002 | 12/11/15 | Document Reproduction | $1.00 |
| 109285-00002 | 12/11/15 | Document Reproduction | $0.20 |
| 109285-00002 | 12/11/15 | Document Reproduction | $0.10 |
| 109285-00002 | 12/11/15 | Document Reproduction | $0.40 |
| 109285-00002 | 12/11/15 | Document Reproduction | $2.50 |
| 109285-00002 | 12/14/15 | Document Reproduction | $0.10 |
| 109285-00002 | 12/14/15 | Document Reproduction | $0.10 |
| 109285-00002 | 12/14/15 | Document Reproduction | $0.10 |
| 109285-00002 | 12/14/15 | Document Reproduction | $0.10 |
| 109285-00002 | 12/14/15 | Document Reproduction | $0.10 |
| 109285-00002 | 12/22/15 | Document Reproduction | $1.30 |
| 109285-00002 | 12/22/15 | Document Reproduction | $1.00 |
| 109285-00002 | 12/22/15 | Document Reproduction | $0.30 |
| 109285-00002 | 12/22/15 | Document Reproduction | $0.20 |
| 109285-00002 | 12/22/15 | Document Reproduction | $1.50 |
| 109285-00002 | 12/22/15 | Document Reproduction | $0.30 |
| 109285-00002 | 12/22/15 | Document Reproduction | $1.80 |
| 109285-00002 | 12/24/15 | Document Reproduction | $0.10 |
| 109285-00002 | 12/28/15 | Document Reproduction | $0.10 |
| 109285-00002 | 12/2/15 | Courtcall Appearance on 12/2/15 (Philip A Gelston) | $184.00 |
| 109285-00006 | 12/15/15 | Document Reproduction | $0.00 |
| 109285-00006 | 12/15/15 | Document Reproduction | $2.50 |

| Matter | Date | Description | Amount |
|---|---|---|---|
| | | TOTAL | $317.30 |

SL1 1400554v1 109285.00006