## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et. al.*, | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors.[1] | ) (Jointly Administered) |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Adv. Pro. No. 15-51386 (CSS) |
| | ) |
| TEXAS TRANSMISSION INVESTMENT LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| OVATION ACQUISITION I, L.L.C. and | ) |
| OVATION ACQUISITION II, L.L.C., | ) |
| | ) |
| Intervenor Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| TEXAS TRANSMISSION INVESTMENT LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF FILING OF STATUS REPORT

Pursuant to the *Chambers Procedures for Honorable Christopher S. Sontchi*, the above-

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at www.efbcaseinfo.com.

captioned plaintiff, Energy Futures Holdings Corp., hereby submits the attached *Status Report*, setting forth the current status of the above-captioned adversary proceeding.

*[Remainder of page intentionally left blank.]*

Dated: January 25, 2016
     Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
          defranceschi@rlf.com
          madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    edward.sassower@kirkland.com
          stephen.hessler@kirkland.com
          brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini  (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    james.sprayregen@kirkland.com
          chad.husnick@kirkland.com
          steven.serajeddini@kirkland.com

*Attorneys for Plaintiff Energy Future Holdings Corp.*

# Exhibit A

Energy Future Holdings Corp. v. Texas Transmission Investment LLC
Status A - Cases In Which Service Has Not Been Completed

| Name | Adv. Case No. | Status | Comments |
|------|---------------|--------|----------|
| None | | | |

13762020_1

# Exhibit B

Energy Future Holdings Corp. v. Texas Transmission Investment LLC
Status B - Cases In Which Service Is Complete, But Answers Are Still Due

| Name | Adv. Case No. | Status | Comments |
|------|---------------|--------|----------|
| None | | | |

13762020_1

# **Exhibit C**

Energy Future Holdings Corp. v. Texas Transmission Investment LLC

Status C - Cases In Which Service is Complete, No Answer Has Been Filed, and A Motion is Being Made for Default Judgment

| Name | Adv. Case No. | Status | Comments |
|------|---------------|--------|----------|
| None | | | |

13762020_1

# Exhibit D

Energy Future Holdings Corp. v. Texas Transmission Investment LLC
Status D - Cases In Which a Settlement Agreement Has Been Filed With the Court

| Name | Adv. Case No. | Status | Comments |
|------|---------------|--------|----------|
| None | | | |

13762020_1

# **Exhibit E**

Energy Future Holdings Corp. v. Texas Transmission Investment LLC

Status E - Cases That Have Been Resolved/Settled, But In Which Notice of Dismissal Cannot Yet Be Filed

| Name | Adv. Case No. | Status | Comments |
|------|---------------|--------|----------|
| None | | | |

13762020_1

# **Exhibit F**

Energy Future Holdings Corp. v. Texas Transmission Investment LLC

Status F - Cases In Which Service is Complete, Answer Has Been Filed, and Discovery/Disclosures Are Underway

| Name | Adv. Case No. | Status | Comments |
|------|---------------|--------|----------|
| Energy Futures Holding Corp., et. al. v. Texas Transmission Investment LLC | 15-51386 (CSS) | F | Pursuant the *Scheduling Order* [Docket No. 37], dated December 10, 2015, the parties are engaged in discovery. Fact discovery closes on February 5, 2016. The deadline for expert deposition is March 1, 2016. |

13762020_1

# **Exhibit G**

Energy Future Holdings Corp. v. Texas Transmission Investment LLC
Status G - Cases In Which a Mediator Has Been Selected or Appointed

| Name | Adv. Case No. | Status | Comments |
|------|---------------|--------|----------|
| Energy Futures Holding Corp., et. al. v. Texas Transmission Investment LLC | 15-51386 (CSS) | G | On January 12, 2016, Judge Kevin Gross was selected as the mediator in this matter. The parties have scheduled an in-person mediation session for February 22, 2016. |

# Exhibit H

Energy Future Holdings Corp. v. Texas Transmission Investment LLC
Status H - Cases That Are Ready For Trial

| Name | Adv. Case No. | Status | Comments |
|------|---------------|--------|----------|
| None |               |        |          |

13762020_1

# Exhibit I

Energy Future Holdings Corp. v. Texas Transmission Investment LLC
Status I - Cases In Which There Are Dispositive Motions Pending

| Name | Adv. Case No. | Status | Comments |
|------|---------------|--------|----------|
| None | | | |

13762020_1

# **Exhibit J**

Energy Future Holdings Corp. v. Texas Transmission Investment LLC
Status J - Cases Which Are Stayed By The Filing of Another Bankruptcy Action

| Name | Adv. Case No. | Status | Comments |
|------|---------------|--------|----------|
| None |               |        |          |

13762020_1

# **Exhibit K**

Energy Future Holdings Corp. v. Texas Transmission Investment LLC
Status K - Cases In Which an Appeal is Pending

| Name | Adv. Case No. | Status | Comments |
|------|---------------|--------|----------|

None

13762020_1