# **EXHIBIT A**

Invoice Date: 1/25/16
Invoice Number: 728425
Client Matter Number: 66471.00002
I.D.# 01051

## SUMMARY FOR FEE SERVICES RENDERED BY TASK

| Code | Description | Hours | Amount |
|------|-------------|-------|--------|
| 001 | Asset Analysis | 0.20 | $118.00 |
| 006 | Case Administration | 10.40 | $5,678.00 |
| 010 | Employment and Fee Applications (MMWR) | 9.60 | $3,504.00 |
| 011 | Employment and Fee Applications (Others) | 6.60 | $2,046.50 |
| 014 | Meetings and Communications with Creditors | 1.20 | $708.00 |
| 015 | Non-Working Travel | 0.80 | $116.00 |
| 016 | Plan and Disclosure Statement | 5.50 | $3,415.00 |
| 021 | Hearings | 18.90 | $11,346.50 |
| 023 | Claims Investigation | 0.50 | $145.00 |
| 030 | Asbestos-Related Matters | 3.40 | $2,057.00 |
| 031 | Derivative Litigation Investigation | 0.20 | $118.00 |
|  | Matter Total | 57.30 | $29,252.00 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**