# **<u>EXHIBIT B</u>**

The MMWR attorneys and paralegals that rendered professional services in these cases during the Fee Period are:

| Name of Professional Individual | Position of the Applicant and Year of Obtaining License to Practice | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **PARTNERS AND OF COUNSEL** | | | | |
| Natalie D. Ramsey | Partner; Joined Firm in 1985; Member of DE Bar since 2009 | $675.00 | 6.50 | $4,387.50 |
| Mark A. Fink | Partner; Joined Firm in 2012; Member of DE Bar since 2000 | $590.00 | 37.90 | $22,361.00 |
| Mark B. Sheppard | Partner; Joined Firm in 2009; Member of PA Bar since 1987 | $585.00 | 0.10 | $58.50 |
| Davis Lee Wright | Of Counsel; Joined Firm in 2011; First admitted to DE bar in 2002 | $550.00 | 1.40 | $770.00 |
| **TOTAL PARTNERS AND OF COUNSEL** | | | **45.90** | **$27,577.00** |
| **ASSOCIATES** | | | | |
| Katherine M. Fix | Associate; Joined Firm in 2012; Member of PA Bar since 2012 | $290.00 | 0.50 | $145.00 |
| Katherine M. Fix | Non-working Travel | $145.00 | 0.80 | $116.00 |
| **TOTAL ASSOCIATES** | | | **1.30** | **$261.00** |
| **PARALEGALS & ADDITIONAL PROFESSIONALS** | | | | |
| Keith Mangan | Paralegal | $140.00 | 10.10 | $1,414.00 |
| **TOTAL PARALEGALS AND ADDITIONAL PROFESSIONALS** | | | 10.10 | $1,414.00 |
| **TOTAL ALL PROFESSIONALS** | | | **57.30** | **$29,252.00** |