# **EXHIBIT C**

**EXPENSE SUMMARY**

| Expense Category | Total Expenses |
|---|---|
| Miscellaneous Expense | $2,381.57 |
| Postage | $0.48 |
| Transportation - Local while on business | $152.75 |
| Printing - Internal | $0.00 |
| Delivery Service | $2,526.90 |
| Lunch/Dinner Conference | $10,603.81 |
| Meals - Overtime | $658.75 |
| Overtime - Clerical | $4,848.05 |
| Travel - Lodging | $2,802.06 |
| Travel - Meals, Etc | $13.56 |
| Travel - Mileage | $469.13 |
| Travel - Rail Fare | $264.00 |
| Out of Town Travel | $316.06 |
| Parking & Tolls | $298.40 |
| Telephone | $20.61 |
| Overtime Meals on Expense Report | $160.83 |
| Outside Copying | $3,330.07 |
| Research | $930.00 |
| Pacer | $255.80 |
| Local Transportation - Cabs | $49.90 |
| **Total:** | **$30,082.73** |