# **EXHIBIT D**

|  |  |
|---|---|
| Invoice Date: | 1/25/16 |
| Invoice Number: | 728425 |
| Client Matter Number: | 66471.00002 |
| I.D.# | 01051 |

## Disbursements and Other Related Charges Incurred On Your Behalf

| Date | Description | Amount |
|---|---|---|
| 12/31/15 | Postage | $ 0.48 |
| 12/31/15 | Printing & Duplicating - Internal | $ 0.00 |
| 12/31/15 | Pacer | $ 255.80 |
| 11/14/15 | Travel - Mileage - PAID TO: Mark B. Sheppard 11/14/15 Round trip mileage 67.22 @ $.575 from Wayne PA to Wilmington DE - Preparing for and attending trial | $ 38.65 |
| 11/14/15 | Parking & Tolls - PAID TO: Mark B. Sheppard 11/14/15 Parking in Wilmington DE - Preparing for and attending trial | $ 11.00 |
| 11/16/15 | Transportation - Local while on business - PAID TO: Lathrop B. Nelson, III 11/16/15 Cab service to 30th St Amtrak train station - For hearing preparations in Wilmington DE | $ 8.26 |
| 11/16/15 | Mileage, Parking and Tolls - Overtime - L. Schmidt | $ 45.50 |
| 11/16/15 | Mileage, Parking and Tolls - Overtime - J. McGill | $ 36.30 |
| 11/16/15 | Overtime - Clerical - J. McGill | $ 363.56 |
| 11/16/15 | Overtime - Clerical - L. Schmidt | $ 200.58 |
| 11/16/15 | Travel - Meals, Etc - PAID TO: Lathrop B. Nelson, III 11/16/15 Meal in Wilmington DE - For hearing preparations | $ 13.56 |
| 11/16/15 | Travel - Rail Fare - PAID TO: Lathrop B. Nelson, III 11/16/15 Amtrak rail from Phila PA to Wilmington DE - For hearing preparations | $ 51.00 |
| 11/16/15 | Out of Town Travel - PAID TO: Lathrop B. Nelson, III 11/16/15 Cab service from Wilmington DE train station to MMWR office - For hearing preparations | $ 9.00 |
| 11/16/15 | Preparations Out of Town Travel - PAID TO: Lathrop B. Nelson, III 11/16/15 Cab service from Wilmington DE to Phila PA - For hearing | $ 54.55 |
| 11/17/15 | Transportation - Local while on business - PAID TO: Lathrop B. Nelson, III 11/17/15 Cab service from 30th St Amtrak train station to Phila MMWR office - For hearing preparations | $ 5.49 |
| 11/17/15 | Transportation - Local while on business - PAID TO: Lathrop B. Nelson, III 11/17/15 Cab service from residence to 30th St Amtrak train station - For hearing preparations in Wilmington DE | $ 18.53 |
| 11/17/15 | Mileage, Parking and Tolls - Overtime - J. McGill | $ 36.30 |
| 11/17/15 | Mileage, Parking and Tolls - Overtime - L. Schmidt | $ 45.50 |
| 11/17/15 | Overtime - Clerical - R, Bamonti | $ 225.12 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

| | |
|---|---|
| Invoice Date: | 1/25/16 |
| Invoice Number: | 728425 |
| Client Matter Number: | 66471.00002 |
| I.D.# | 01051 |

| Date | Description | | Amount |
|---|---|---|---:|
| 11/17/15 | Overtime - Clerical - J. McGill | $ | 465.36 |
| 11/17/15 | Overtime - Clerical - L. Schmidt | $ | 157.60 |
| 11/17/15 | Out of Town Travel - PAID TO: Lathrop B. Nelson, III 11/17/15 Round trip Amtrak rail from Phila PA to Wilmington DE - | $ | 124.00 |
| 11/17/15 | Out of Town Travel - PAID TO: Lathrop B. Nelson, III 11/17/15 Round trip cab services from Wilmington DE train station to MMWR office - For hearing preparations | $ | 15.86 |
| 11/17/15 | Parking & Tolls - PAID TO: Mark B. Sheppard 11/17/15 Parking at office - Preparing for trial | $ | 25.00 |
| 11/18/15 | Transportation - Local while on business - PAID TO: Lathrop B. Nelson, III 11/18/15 Cab service from residence to 30th St Amtrak train station - For hearing preparations in Wilmington DE | $ | 12.02 |
| 11/18/15 | Mileage, Parking and Tolls - Overtime - J. McGill | $ | 36.30 |
| 11/18/15 | Mileage, Parking and Tolls - Overtime - L. Schmidt | $ | 45.50 |
| 11/18/15 | Overtime - Clerical - L. Schmidt | $ | 28.65 |
| 11/18/15 | Overtime - Clerical - R. Bamonti | $ | 267.33 |
| 11/18/15 | Overtime - Clerical - J. McGill | $ | 565.99 |
| 11/18/15 | Travel - Rail Fare - PAID TO: Lathrop B. Nelson, III 11/18/15 Amtrak rail from Phila PA to Wilmington DE - For hearing preparations | $ | 66.00 |
| 11/18/15 | Out of Town Travel - PAID TO: Lathrop B. Nelson, III 11/18/15 Cab service from Wilmington DE train station to MMWR office - For hearing preparations | $ | 9.00 |
| 11/18/15 | Out of Town Travel - PAID TO: Lathrop B. Nelson, III 11/18/15 Cab service from Wilmington DE to Phila PA residence - For hearing preparations | $ | 55.71 |
| 11/19/15 | Transportation - Local while on business - PAID TO: Lathrop B. Nelson, III 11/19/15 Roundtrip cab services from residence to 30th St Amtrak train station - For hearing preparations in Wilmington DE | $ | 20.29 |
| 11/19/15 | Mileage, Parking and Tolls - Overtime - J. McGill | $ | 36.30 |
| 11/19/15 | Mileage, Parking and Tolls - Overtime - L. Schmidt | $ | 45.50 |
| 11/19/15 | Overtime - Clerical - R. Bamonti | $ | 253.26 |
| 11/19/15 | Overtime - Clerical - L Schmidt | $ | 286.54 |
| 11/19/15 | Overtime - Clerical - J. McGill | $ | 478.74 |
| 11/19/15 | Travel - Mileage - PAID TO: Mark B. Sheppard 11/19/15 Round trip mileage 67.22 @ $.575 from Wayne PA to Wilmington DE - Preparing for and attending trial | $ | 38.65 |
| 11/19/15 | Travel - Rail Fare - PAID TO: Lathrop B. Nelson, III 11/19/15 Round trip Amtrak rail from Phila PA to Wilmington DE - For hearing preparations | $ | 88.00 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

|  |  | Invoice Date: | 1/25/16 |
|--|--|--|--|
|  |  | Invoice Number: | 728425 |
|  |  | Client Matter Number: | 66471.00002 |
|  |  | I.D.# | 01051 |

| Date | Description | | Amount |
|---|---|---|---:|
| 11/19/15 | Out of Town Travel - PAID TO: Lathrop B. Nelson, III 11/19/15 Round trip cab services from Wilmington DE train station to MMWR office - For hearing preparations | $ | 14.75 |
| 11/19/15 | Parking & Tolls - PAID TO: Mark B. Sheppard 11/19/15 Parking in Wilmington DE - Preparing for and attending trial | $ | 11.00 |
| 11/20/15 | Mileage, Parking and Tolls - Overtime - L. Schmidt | $ | 45.50 |
| 11/20/15 | Mileage, Parking and Tolls - Overtime - J. McGill | $ | 36.30 |
| 11/20/15 | Overtime - Clerical - L. Schmidt | $ | 229.23 |
| 11/20/15 | Overtime - Clerical - J. McGill | $ | 290.85 |
| 11/20/15 | Overtime - Clerical - R. Bamonti | $ | 168.84 |
| 11/20/15 | Travel - Mileage - PAID TO: Mark B. Sheppard 11/20/15 Round trip mileage 67.22 @ $.575 from Wayne PA to Wilmington DE - Preparing for and attending trial | $ | 38.65 |
| 11/20/15 | Parking & Tolls - PAID TO: Mark B. Sheppard 11/20/15 Parking in Wilmington DE - Preparing for and attending trial | $ | 11.00 |
| 11/23/15 | Transportation - Local while on business - PAID TO: Lathrop B. Nelson, III 11/23/15 Cab service from residence to 30th St Amtrak train station - For hearing preparations in Wilmington DE | $ | 17.17 |
| 11/23/15 | Mileage, Parking and Tolls - Overtime - L. Schmidt | $ | 45.50 |
| 11/23/15 | Mileage, Parking and Tolls - Overtime - J. McGill | $ | 36.30 |
| 11/23/15 | Overtime - Clerical - J. McGill | $ | 305.40 |
| 11/23/15 | Overtime - Clerical - R. Bamonti | $ | 112.56 |
| 11/23/15 | Overtime - Clerical - L. Schmidt | $ | 157.60 |
| 11/23/15 | Travel - Rail Fare - PAID TO: Lathrop B. Nelson, III 11/23/15 Amtrak rail from Phila PA to Wilmington DE - For hearing preparations | $ | 59.00 |
| 11/23/15 | Out of Town Travel - PAID TO: Lathrop B. Nelson, III 11/23/15 Cab service from Wilmington DE train station to MMWR office - For hearing preparations | $ | 8.00 |
| 11/23/15 | Parking & Tolls - PAID TO: Mark B. Sheppard 11/23/15 Parking at office - Preparing for trial | $ | 12.00 |
| 11/24/15 | Mileage, Parking and Tolls - Overtime - J. McGill | $ | 36.30 |
| 11/24/15 | Overtime - Clerical - J. McGill | $ | 247.22 |
| 11/25/15 | Mileage, Parking and Tolls - Overtime - L. Schmidt | $ | 95.35 |
| 11/25/15 | Mileage, Parking and Tolls - Overtime - J. McGill | $ | 36.30 |
| 11/25/15 | Overtime - Clerical - J. McGill | $ | 43.62 |
| 11/25/15 | Travel - Mileage - PAID TO: Mark B. Sheppard 11/25/15 Round trip mileage 67.22 @ $.575 from Wayne PA to Wilmington DE - Preparing for and attending trial | $ | 38.65 |
| 11/25/15 | Parking & Tolls - PAID TO: Mark B. Sheppard 11/25/15 Parking in Wilmington DE - Preparing for and attending trial | $ | 11.00 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

|  |  | Invoice Date: | 1/25/16 |
|--|--|--|--|
|  |  | Invoice Number: | 728425 |
|  |  | Client Matter Number: | 66471.00002 |
|  |  | I.D.# | 01051 |

| Date | Description | | Amount |
|---|---|---|---:|
| 12/03/15 | Outside Copying - PAID TO: MCS Group, Inc - Job#C125312, 2 Copies of 16 binders & tabs | $ | 2,485.30 |
| 12/07/15 | Research - PAID TO: File & ServeXpress Holdings LLC - November 2015 research charge for DE Court of Chancery Civil Action | $ | 30.00 |
| 12/07/15 | Research - PAID TO: File & ServeXpress Holdings LLC - November 2015 research charge for DE Court of Chancery Civil Action | $ | 10.00 |
| 12/07/15 | Research - PAID TO: File & ServeXpress Holdings LLC - November 2015 research charge for DE Court of Chancery Civil Action | $ | 10.00 |
| 12/07/15 | Research - PAID TO: File & ServeXpress Holdings LLC - November 2015 research charge for DE Court of Chancery Civil Action (Trial Transcript, Volume 1, 9/9/08) | $ | 880.00 |
| 12/09/15 | Delivery Service - PAID TO: Parcels Inc - 11/19/15, Delivery Fr: MMWR Wilmington Office To: U.S. Bankruptcy Ct, Judge Sontchi, Wilmington, DE | $ | 7.50 |
| 12/09/15 | Delivery Service - PAID TO: Parcels Inc - 11/23/15, Delivery Fr: Parcels, Inc., Wilmington, DE To:MMWR Wilmington Office | $ | 150.00 |
| 12/09/15 | Delivery Service - PAID TO: Parcels Inc - 11/25/15, Delivery Fr: MMWR Wilmington Office To: Parcels Production Center, Wilmington, DE | $ | 147.50 |
| 12/09/15 | Travel - Lodging - PAID TO: Cora A. Dayon 2 overnight stays at the Sheraton Hotel & Resorts in Wilmington, DE- 11/18-20/15- trial | $ | 379.86 |
| 12/09/15 | Travel - Mileage - PAID TO: Cora A. Dayon RT- travel- Cherry Hill/ Delaware Office- 3 days @ 76m= 228m @ $.575- trial- 11/17, 18, 23/15 | $ | 131.10 |
| 12/09/15 | Out of Town Travel - PAID TO: Keith Mangan 11/18/15 Cab service from Wilmington DE train station to Wilmington DE office - For EFH trial | $ | 5.82 |
| 12/09/15 | Out of Town Travel - PAID TO: Keith Mangan 11/20/15 Cab service from Wilmington DE office to Wilmington DE train station - For EFH trial | $ | 6.48 |
| 12/09/15 | Out of Town Travel - PAID TO: Keith Mangan 11/23/15 Round trip cab services from Wilmington DE train station to Wilmington DE office - For EFH trial | $ | 12.89 |
| 12/09/15 | Parking & Tolls - PAID TO: Cora A. Dayon Parking in DE- 5 days @ $11.- trial- 11/17-23/15 | $ | 55.00 |
| 12/09/15 | Parking & Tolls - PAID TO: Cora A. Dayon NJTP tolls- 6 trips @ $2.90 ($17.40) and Delaware Memorial Bridge- 3 days @ $5.00 ($15.)- trial in Delaware- 11/17, 18, 23/15 | $ | 32.40 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

|  |  |  |
|---|---|---:|
| Invoice Date: | | 1/25/16 |
| Invoice Number: | | 728425 |
| Client Matter Number: | | 66471.00002 |
| I.D.# | | 01051 |

| Date | Description | Amount |
|---|---|---:|
| 12/09/15 | Outside Copying - PAID TO: Parcels Inc - 11/18/15, 4,047 Printed Copies, Tabs & binding (E-side Exhibits) | $ 844.77 |
| 12/15/15 | Miscellaneous Expense - PAID TO: Robert Half Legal - Temp-Anastasia E. Graham hours for week ending 11/6/15 (29.79 hours @ $37.93) | $ 1,129.93 |
| 12/15/15 | Miscellaneous Expense - PAID TO: Robert Half Legal - Temp Worker-Anastasia E. Graham hours for week ending 11/13/15 (8.74 hours @ $37.93) | $ 331.51 |
| 12/15/15 | Miscellaneous Expense - PAID TO: Robert Half Legal - Temp Worker-Anastasia E. Graham hours for week ending 11/20/15 (7.99 hours @ $37.93) | $ 303.06 |
| 12/16/15 | Miscellaneous Expense - PAID TO: Mark A. Fink - 11/12/15, Courtcall Expense for hearing via Court Conference | $ 163.00 |
| 12/16/15 | Miscellaneous Expense - PAID TO: Mark A. Fink - 11/13/15, Courtcall Expense for hearing via Court Conference | $ 212.00 |
| 12/16/15 | Transportation - Local while on business - PAID TO: Mark A. Fink - 11/18/15, Cabfare from MMWR, Wilmington Office to residence re: late work | $ 6.11 |
| 12/16/15 | Transportation - Local while on business - PAID TO: Mark A. Fink - 11/19/15, Cabfare from MMWR Wilmington Office to residence re: late work | $ 6.63 |
| 12/16/15 | Transportation - Local while on business - PAID TO: Mark A. Fink - 11/20/15, Cabfare from MMWR Wilmington Office to residence re: late work | $ 6.64 |
| 12/16/15 | Transportation - Local while on business - PAID TO: Mark A. Fink - 11/24/15, Cabfare from MMWR Wilmington Office to residence re: late work | $ 6.50 |
| 12/16/15 | Travel - Mileage - PAID TO: David Dormont - 11/23/15, Round trip mileage from Bala Cynwyd, PA to Wilmington, DE to attend EFH hearing (71@$.575) | $ 40.83 |
| 12/16/15 | Travel - Mileage - PAID TO: David Dormont - 11/18/15, Round trip mileage from Bala Cynwyd to Wilmington, DE to attend EFH trial (58@$.575) | $ 33.35 |
| 12/16/15 | Travel - Mileage - PAID TO: David Dormont - 11/19/15, Round trip mileage from Bala Cynwyd to Wilmington. DE to attend EFH trial | $ 33.35 |
| 12/16/15 | Parking & Tolls - PAID TO: David Dormont - 11/23/15, Parking in Wilmington, DE and Phila., PA For EFH Hearing | $ 39.00 |
| 12/16/15 | Parking & Tolls - PAID TO: David Dormont - 11/19/15, Parking at Colonial parking in Wilmington, DE to attend EFH trial | $ 11.00 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

|  |  |
|---|---|
| Invoice Date: | 1/25/16 |
| Invoice Number: | 728425 |
| Client Matter Number: | 66471.00002 |
| I.D.# | 01051 |

| Date | Description | Amount |
|---|---|---|
| 12/16/15 | Parking & Tolls - PAID TO: David Dormont - 11/18/15, Parking at Colonial Parking in Wilmington, DE during EFH trial | $ 11.00 |
| 12/17/15 | Transportation - Local while on business - PAID TO: Katherine M. Fix - 11/19/15, Cabfare from Wilmington, DE courthouse to MMWR Wilmington Office (with boxed documents) during trial | $ 6.20 |
| 12/17/15 | Transportation - Local while on business - PAID TO: Sadd, Tricia - 11/19/15, Cabfare from MMWR to residence re: late work | $ 15.71 |
| 12/17/15 | Transportation - Local while on business - PAID TO: Katherine M. Fix - 11/16/15, Cabfare from MMWR to residence re: late work | $ 23.20 |
| 12/17/15 | Travel - Lodging - PAID TO: Katherine M. Fix - 11/18/19, Lodging at Courtyard Marriott in Wilmington, DE during EFH trial | $ 273.90 |
| 12/17/15 | Travel - Lodging - PAID TO: Katherine M. Fix - 11/19/15, Lodging at Hotel DuPont during EFH trial | $ 504.90 |
| 12/17/15 | Travel - Lodging - PAID TO: Katherine M. Fix - 11/22/15, Lodging at Hotel DuPont during EFH trial | $ 504.90 |
| 12/17/15 | Travel - Mileage - PAID TO: Katherine M. Fix - 11/22/15, Round trip mileage from residence to Wilmington, DE for EFH trial (66@$.575) | $ 37.95 |
| 12/17/15 | Travel - Mileage - PAID TO: Katherine M. Fix - 11/18/15 & 11/20/15, Round trip mileage from residence to Wilmington, DE during EFH trial (2 trips, 33 mi/ea @$.575) | $ 37.95 |
| 12/17/15 | Parking & Tolls - PAID TO: Katherine M. Fix - 11/22/15, Parking expense at Hotel DuPont during EFH trial | $ 22.00 |
| 12/17/15 | Parking & Tolls - PAID TO: Katherine M. Fix - 11/1/15, Parking expense on Sunday while working on trial preparation | $ 47.00 |
| 12/17/15 | Overtime Meals on Expense Report - PAID TO: Katherine M. Fix - 10/23/15, Dinner expense at El Vez for T. Sadd, J. Perkins, M. Malone, K. Mangan, M Lynch & C.Casile while working late on settlement objection and declaration with exhibits | $ 160.83 |
| 12/23/15 | Local Transportation - Cabs - PAID TO: All City Taxi (215GetACab) - 11/10/15, Fr MMWR To Lindenwold for C. Casile re: late work | $ 49.90 |
| 12/24/15 | Delivery Service - PAID TO: Parcels Inc - 11/25/15, Process 28 boxes via Federal Express | $ 1,432.44 |
| 12/24/15 | Delivery Service - PAID TO: Parcels Inc - Process 3 boxes for Federal Express | $ 319.46 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

|  |  | Invoice Date: | 1/25/16 |
|--|--|--|--|
|  |  | Invoice Number: | 728425 |
|  |  | Client Matter Number: | 66471.00002 |
|  |  | I.D.# | 01051 |

| Date | Description |  | Amount |
|---|---|---|---|
| 12/24/15 | Delivery Service - PAID TO: Parcels Inc - 12/3/15, Delivery Fr U.S. Bankruptcy Court, Wilmington, DE  To: MMWR re: courtroom clean out | $ | 7.50 |
| 12/24/15 | Delivery Service - PAID TO: Parcels Inc - 12/3/15, Delivery Fr U.S. Bankruptcy Court, Wilmington, DE To MMWR re: courtroom clean out | $ | 420.00 |
| 12/24/15 | Delivery Service - PAID TO: Parcels Inc - 12/8/15, Delivery Fr Epiq Bankruptcy Solutions, Wilmington, DE To MMWR re: returning approx 8 boxes to MMWR | $ | 42.50 |
| 12/29/15 | Telephone - PAID TO: Soundpath Conferencing - Conference Call at 4:25pm on 11/16/15 with 2 participants | $ | 0.69 |
| 12/29/15 | Telephone - PAID TO: Soundpath Conferencing - Conference Call at 12:58pm on 11/16/15 with 3 participants | $ | 6.31 |
| 12/29/15 | Telephone - PAID TO: Soundpath Conferencing - Conference Call at 5:00pm on 11/19/15 with 2 participants | $ | 6.12 |
| 12/29/15 | Telephone - PAID TO: Soundpath Conferencing - Conference Call at 3:27pm on 11/21/15 with 3 participants | $ | 7.49 |
| 12/31/15 | Miscellaneous Expense - PAID TO: American Express - Amazon Marketplace charge on 11/11/2015 for Two books for D. Dormont (Understanding Business Valuation & Valuing a Business) | $ | 242.07 |
| 12/31/15 | Lunch/Dinner Conference - PAID TO: American Express - Urban Cafe Charge on 11/19/2015 for Breakfast for trial team (20-22 people) on 11/20/2015 | $ | 251.90 |
| 12/31/15 | Lunch/Dinner Conference - PAID TO: American Express - Urban Cafe Charge on 11/19/2015 for Box lunches for trial team (20-22 people) at court/office on 11/19/2015 | $ | 349.75 |
| 12/31/15 | Lunch/Dinner Conference - PAID TO: American Express - Urban Cafe Charge on 11/20/2015 for Breakfast for trial team (20-22 people) on 11/20/2015 | $ | 251.90 |
| 12/31/15 | Lunch/Dinner Conference - PAID TO: American Express - Urban Cafe Charge on 11/20/2015 for Lunch trays for trial team (20-22 people) on 11/20/2015 | $ | 225.00 |
| 12/31/15 | Lunch/Dinner Conference - PAID TO: American Express - Dimeos-Wilmington Charge on 11/20/2015 for lunch for trial team (20-22 people) on 11/20/2015 | $ | 57.00 |
| 12/31/15 | Lunch/Dinner Conference - PAID TO: American Express - Urban Cafe Charge on 11/23/2015 for Breakfast for trial team (20-22 people) on 11/23/2015 | $ | 251.90 |
| 12/31/15 | Lunch/Dinner Conference - PAID TO: American Express - Urban Cafe Charge on 11/12/2015 for Breakfast for trial team (20-22 people) on 11/12/2015 | $ | 251.90 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

|  |  | Invoice Date: | 1/25/16 |
|--|--|--|--|
|  |  | Invoice Number: | 728425 |
|  |  | Client Matter Number: | 66471.00002 |
|  |  | I.D.# | 01051 |

| Date | Description |  | Amount |
|---|---|---|---|
| 12/31/15 | Lunch/Dinner Conference - PAID TO: American Express - Urban Cafe Charge on 11/13/2015 for Box lunches for trial team (20-22 people) at court/office on 11/13/2015 | $ | 349.75 |
| 12/31/15 | Lunch/Dinner Conference - PAID TO: American Express - Urban Cafe Charge on 11/13/2015 for Breakfast for trial team (20-22 people) on 11/13/2015 | $ | 251.90 |
| 12/31/15 | Lunch/Dinner Conference - PAID TO: American Express - Primo Hoagies Charge on 11/18/2015 for lunch trays for trial team (20-22 people) on 11/18/2015 | $ | 219.84 |
| 12/31/15 | Lunch/Dinner Conference - PAID TO: American Express - Cocina LoLo Charge on 11/18/2015 for Dinner for trial team (20-22 people) on 11/18/2015 | $ | 683.00 |
| 12/31/15 | Lunch/Dinner Conference - PAID TO: American Express - Urban Cafe Charge on 11/19/2015 for Dinner for trial team (20-22 people) on 11/19/2015 | $ | 674.75 |
| 12/31/15 | Lunch/Dinner Conference - PAID TO: American Express - Urban Cafe Charge on 11/6/2015 for Box lunches for trial team (20-22 people) on 11/6/2015 | $ | 329.75 |
| 12/31/15 | Lunch/Dinner Conference - PAID TO: American Express - Urban Cafe Charge on 11/6/2015 for Breakfast for trial team (20-22 people) on 11/6/2015 | $ | 251.90 |
| 12/31/15 | Lunch/Dinner Conference - PAID TO: American Express - Soprano's Deli & Cafe charge on 11/11/2015 for Dinner for trial team (20-22 people) on 11/11/2015 | $ | 539.05 |
| 12/31/15 | Lunch/Dinner Conference - PAID TO: American Express - Urban Cafe Charge on 11/11/2015 for Breakfast for trial team (20-22 people) on 11/11/2015 | $ | 251.90 |
| 12/31/15 | Lunch/Dinner Conference - PAID TO: American Express - Urban Cafe Charge on 11/11/2015 for Box Lunches for trial team (20-22 people) at court/office on 11/11/2015 | $ | 399.75 |
| 12/31/15 | Lunch/Dinner Conference - PAID TO: American Express - Urban Cafe Charge on 11/12/2015 for Box lunches for trial team (20-22 people) at court/office on 11/12/2015 | $ | 349.75 |
| 12/31/15 | Lunch/Dinner Conference - PAID TO: American Express - PureBread Charge on 11/4/2015 for Breakfast for trial team (20-22 people) on 11/4/2015 | $ | 177.94 |
| 12/31/15 | Lunch/Dinner Conference - PAID TO: American Express - PureBread Charge on 11/4/2015 for Box lunches for trial team (20-22 people) at court/office on 11/4/2015 | $ | 332.70 |
| 12/31/15 | Lunch/Dinner Conference - PAID TO: American Express - Soprano's Deli & Cafe charge on 11/4/2015 for Dinner for trial team (20-22 people) on 11/4/2015 | $ | 586.48 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

|  |  |  |
|---|---|---|
| Invoice Date: | | 1/25/16 |
| Invoice Number: | | 728425 |
| Client Matter Number: | | 66471.00002 |
| I.D.# | | 01051 |

| Date | Description | Amount |
|---|---|---|
| 12/31/15 | Lunch/Dinner Conference - PAID TO: American Express - Urban Cafe Charge on 11/5/2015 for Dinner for trial team (20-22 people) on 11/5/2015 | $ 674.75 |
| 12/31/15 | Lunch/Dinner Conference - PAID TO: American Express - Urban Cafe Charge on 11/5/2015 for Breakfast for trial team (20-22 people) on 11/5/2015 | $ 251.90 |
| 12/31/15 | Lunch/Dinner Conference - PAID TO: American Express - Urban Cafe Charge on 11/5/2015 for Box lunches for trial team (20-22 people) at court/office on 11/5/2015 | $ 349.75 |
| 12/31/15 | Lunch/Dinner Conference - PAID TO: American Express - PureBread Charge on 11/2/2015 for Breakfast for trial team (20-22 people) on 11/2/2015 | $ 280.78 |
| 12/31/15 | Lunch/Dinner Conference - PAID TO: American Express - PureBread Charge on 11/2/2015 for Lunch for trial team (20-22 people) on 11/2/2015 | $ 356.91 |
| 12/31/15 | Lunch/Dinner Conference - PAID TO: American Express - Cafe Mezzanotte charge on 11/2/2015 Dinner for trial team (20-22 people) on 11/2/2015 | $ 638.00 |
| 12/31/15 | Lunch/Dinner Conference - PAID TO: American Express - Deep blue Bar & Grill Charge on 11/3/2015 for Dinner for trial team (20-22 people) on 11/3/2015 | $ 425.00 |
| 12/31/15 | Lunch/Dinner Conference - PAID TO: American Express - PureBread Charge on 11/3/2015 for Breakfast for trial team (20-22 people) on 11/3/2015 | $ 256.21 |
| 12/31/15 | Lunch/Dinner Conference - PAID TO: American Express - PureBread Charge on 11/3/2015 for Box lunches for trial team (20-22 people) at court/office on 11/3/2015 | $ 332.70 |
| 12/31/15 | Travel - Lodging - PAID TO: American Express - Westin Wilmington charge on 11/5/2015 for one night stay on November 5, 2015 for Keith Mangan during trial | $ 218.90 |
| 12/31/15 | Travel - Lodging - PAID TO: American Express - Courtyard 1DP Wilmington charge on 11/13/2015 for two night stay from 11/11/15-11/13/15 for Keith Mangan during trial | $ 459.80 |
| 12/31/15 | Travel - Lodging - PAID TO: American Express - Courtyard 1DP Wilmington charge on 11/20/2015 for two night sty from 11/18/2015-11/20/15 for Keith Mangan | $ 459.80 |
| | Total Disbursements | $ 30,082.73 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**