IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) ) | Jointly Administered |

### AFFIDAVIT OF SERVICE

STATE OF FLORIDA    )
                    ) ss
COUNTY OF ORANGE    )

I, Marcia Uhrig, being duly sworn, depose and state:

1. I am an Assistant Director with Garden City Group, LLC,[2] the noticing agent for the Fee Committee in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2. On January 22, 2016, at the direction of Phillips, Goldman & Spence, P.A., as Delaware Counsel to the Fee Committee, I caused true and correct copies of the following documents to be served by first class mail on the parties identified on Exhibit A annexed hereto (Master Service List and Notice of Appearance Parties):

- **Third Interim Application of Richard Gitlin, Individually, and as Chairman of Gitlin & Company LLC, as the Independent Member of the Fee Committee, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from May 1, 2015 through August 31, 2015** [Docket No. 7714]; and

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these Chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Please note that The Garden City Group, Inc. is now Garden City Group, LLC.

- Third Interim Application of Godfrey & Kahn, S.C., Counsel to the Fee Committee, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from May 1, 2015 through August 31, 2015 [Docket No. 7715].

_____
Marcia Uhrig

Sworn to before me this 25th day of January, 2016

_____
Notary Public, State of Florida

AURORA Q. TUFTS
MY COMMISSION # FF 014088
EXPIRES: May 2, 2017
Bonded Thru Notary Public Underwriters

# EXHIBIT A

| | |
|---|---|
| ABRAMS & BAYLISS LLP<br>ATTN: JOHN M. SEAMAN<br>20 MONTCHANIN ROAD, SUITE 200<br>WILMINGTON, DE 19807 | ABRAMS & BAYLISS LLP<br>ATTN: KEVIN G. ABRAMS<br>20 MONTCHANIN ROAD, SUITE 200<br>WILMINGTON, DE 19807 |
| AKERMAN LLP<br>ATTN: SUNDEEP S. SIDHU<br>420 S. ORANGE AVENUE, SUITE 1200<br>ORLANDO, FL 32801-4904 | AKIN GUMP STRAUSS HAUER & FELD LLP<br>ATTN: ABID QURESHI<br>ONE BRYANT PARK, BANK OF AMERICA TOWER<br>NEW YORK, NY 10036-6745 |
| AKIN GUMP STRAUSS HAUER & FELD LLP<br>ATTN: CHRISTOPHER CARTY<br>ONE BRYANT PARK, BANK OF AMERICA TOWER<br>NEW YORK, NY 10036-6745 | AKIN GUMP STRAUSS HAUER & FELD LLP<br>ATTN: IRA DIZENGOFF<br>ONE BRYANT PARK, BANK OF AMERICA TOWER<br>NEW YORK, NY 10036-6745 |
| AKIN GUMP STRAUSS HAUER & FELD LLP<br>ATTN: JOANNA NEWDECK<br>ROBERT S. STRAUSS BUILDING<br>1333 NEW HAMPSHIRE AVENUE, NW<br>WASHINGTON, DC 20036-1564 | AKIN GUMP STRAUSS HAUER & FELD LLP<br>ATTN: LINDSAY ZAHRADKA<br>ONE BRYANT PARK, BANK OF AMERICA TOWER<br>NEW YORK, NY 10036-6745 |
| AKIN GUMP STRAUSS HAUER & FELD LLP<br>ATTN: MEREDITH LAHAIE<br>ONE BRYANT PARK, BANK OF AMERICA TOWER<br>NEW YORK, NY 10036-6745 | AKIN GUMP STRAUSS HAUER & FELD LLP<br>ATTN: ROBERT BOLLER<br>ONE BRYANT PARK, BANK OF AMERICA TOWER<br>NEW YORK, NY 10036-6745 |
| AKIN GUMP STRAUSS HAUER & FELD LLP<br>ATTN: SCOTT ALBERINO<br>ROBERT S. STRAUSS BUILDING<br>1333 NEW HAMPSHIRE AVENUE, NW<br>WASHINGTON, DC 20036-1564 | AKIN GUMP STRAUSS HAUER & FELD LLP<br>ATTN: STEPHEN BALDINI<br>ONE BRYANT PARK, BANK OF AMERICA TOWER<br>NEW YORK, NY 10036-6745 |
| ALDINE INDEPENDENT SCHOOL DISTRICT<br>ATTN: COURTENEY F HARRIS, ESQ<br>14910 ALDINE WESTFIELD RD<br>HOUSTON, TX 77032 | ALVAREZ & MARSAL<br>ATTN: PAUL KINEALY<br>55 WEST MONROE, SUITE 4000<br>CHICAGO, IL 60603 |
| AMERICAN STOCK TRANSFER & TRUST CO, LLC<br>GENERAL COUNSEL<br>6201 15TH AVENUE<br>BROOKLYN, NY 11219 | AMERICAN STOCK TRANSFER & TRUST COMPANY LLC<br>ATTN: PAUL KIM<br>6201 15TH AVENUE<br>BROOKLYN, NY 11219 |
| ANDREWS KURTH LLP<br>ATTN: LINO MENDIOLA<br>111 CONGRESS AVENUE SUITE 1700<br>AUSTIN, TX 78701 | ASHBY & GEDDES, P.A.<br>ATTN: GREGORY TAYLOR ESQ<br>PO BOX 1150<br>WILMINGTON, DE 19899 |
| ASHBY & GEDDES, P.A.<br>ATTN: WILLIAM BOWDEN ESQ<br>PO BOX 1150<br>WILMINGTON, DE 19899 | BAILEY BRAUER PLLC<br>ATTN: BENJAMIN L. STEWART<br>CAMPBELL CENTRE I<br>8350 N. CENTRAL EXPY, SUITE 206<br>DALLAS, TX 75206-1607 |

BAKER BOTTS LLP
ATTN: IAN E. ROBERTS
2001 ROSS AVE.
DALLAS, TX 75201-2980

BAKER BOTTS LLP
ATTN: JAMES PRINCE
2001 ROSS AVE.
DALLAS, TX 75201-2980

BAKER BOTTS LLP
ATTN: OMAR J. ALANIZ
2001 ROSS AVE.
DALLAS, TX 75201-2980

BALLARD SPAHR LLP
ATTN: MATTHEW G SUMMERS ESQ
919 N MARKET ST 11TH FL
WILMINGTON, DE 19801

BAYARD PA
ATTN: NEIL GLASSMAN ESQ
222 DELAWARE AVE STE 900
WILMINGTON, DE 19801

BINGHAM MCCUTCHEN LLP
ATTN: CHRISTOPHER L. CARTER ESQ
ONE FEDERAL STREET
BOSTON, MA 02110-1726

BINGHAM MCCUTCHEN LLP
ATTN: JEFFREY S. SABIN ESQ
399 PARK AVENUE
NEW YORK, NY 10022-4689

BINGHAM MCCUTCHEN LLP
ATTN: JULIA FROST-DAVIES ESQ
ONE FEDERAL STREET
BOSTON, MA 02110-1726

BLANK ROME LLP
ATTN: MICHAEL B. SCHAEDLE
ONE LOGAN SQUARE
130 NORTH 18TH STREET
PHILADELPHIA, PA 19103

BLANK ROME LLP
ATTN: MICHAEL DEBAECKE
1201 MARKET STREET, SUITE 800
WILMINGTON, DE 19801

BLANK ROME LLP
ATTN: STANLEY TARR
1201 MARKET STREET, SUITE 800
WILMINGTON, DE 19801

BLUME FAULKNER SKEEN & NORTHAM PLLC
ATTN: BRETTON C. GERARD
111 W. SPRING VALLEY ROAD, SUITE 250
RICHARDSON, TX 75081

BRICKFIELD, BURCHETTE, RITTS & STONE, PC
ATTN: CHRISTINE C. RYAN
1025 THOMAS JEFFERSON STREET, NW
WASHINGTON, DC 20007

BROWN & CONNERY, LLP
ATTN: DONALD K. LUDMAN
6 NORTH BROAD STREET, SUITE 100
WOODBURY, NJ 08096

BROWN RUDNICK LLP
ATTN: ANDREW STREHLE ESQ
JEREMY COFFEY ESQ
ONE FINANCIAL CENTER
BOSTON, MA 02111

BROWN RUDNICK LLP
ATTN: EDWARD WEISFELNER ESQ
SEVEN TIMES SQUARE
NEW YORK, NY 10036

BROWN RUDNICK LLP
ATTN: HOWARD SIEGEL ESQ
185 ASYLUM STREET
HARTFORD, CT 06103

BROWN RUDNICK LLP
ATTN: JEFFREY JONAS ESQ
JEREMY COFFEY ESQ
ONE FINANCIAL CENTER
BOSTON, MA 02111

BROWN RUDNICK LLP
ATTN: JEREMY B. COFFEY
SEVEN TIMES SQUARE
NEW YORK, NY 10036

BRYAN CAVE LLP
ATTN: MICHELLE MCMAHON
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

BRYAN CAVE LLP
ATTN: ROBERT E. PEDERSEN
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104-3300

BRYAN CAVE LLP
ATTN: STEPHANIE WICKOUSKI
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

BUCHALTER NEMER, A PROFESSIONAL CORPORATION
ATTN: SHAWN M. CHRISTIANSON
55 SECOND STREET, 17TH FLOOR
SAN FRANCISCO, CA 94105-3493

BUCHANAN INGERSOLL & ROONEY PC
ATTN: KATHLEEN A. MURPHY
919 NORTH MARKET STREET, SUITE 1500
WILMINGTON, DE 19801

CARMODY MACDONALD P.C.
ATTN: GREGORY D. WILLARD
120 S. CENTRAL AVENUE, SUITE 1800
SAINT LOUIS, MO 63105

CHADBOURNE & PARKE LLP
ATTN: CHRISTY RIVERA
1301 AVE OF THE AMERICAS
NEW YORK, NY 10019-6022

CHADBOURNE & PARKE LLP
ATTN: DAVID M. LEMAY
1301 AVE OF THE AMERICAS
NEW YORK, NY 10019-6022

CHADBOURNE & PARKE LLP
ATTN: HOWARD SEIFE
1301 AVE OF THE AMERICAS
NEW YORK, NY 10019-6022

CIARDI CIARDI & ASTIN
ATTN: DANIEL K ASTIN
1204 N KING STREET
WILMINGTON, DE 19801

CIARDI CIARDI & ASTIN
ATTN: J MCLAUGHLIN JR
1204 N KING STREET
WILMINGTON, DE 19801

CIARDI CIARDI & ASTIN
ATTN: J MCMAHON JR
1204 N KING STREET
WILMINGTON, DE 19801

CITIBANK, N.A.
ATTN: ANNEMARIE E. PAVCO
SECURITIES PROCESSING SENIOR ANALYST
GLOBAL LOANS, 1615 BRETT RD., OPS III
NEW CASTLE, DE 19720

CITIBANK, N.A.
ATTN: ERIC O. LIGAN, VICE PRESIDENT
388 GREENWICH ST 32ND FL
NEW YORK, NY 10013

CITIBANK, N.A.
ATTN: OWEN COYLE
1615 BRETT ROAD, OPS III
NEW CASTLE, DE 19720

CITIBANK, N.A.
ATTN: RYAN FALCONER
388 GREENWICH STREET
NEW YORK, NY 10013

CITIBANK, N.A.
BANK LOAN SYNDICATIONS DEPARTMENT
1615 BRETT ROAD, BUILDING III
NEW CASTLE, DE 19720

CITIBANK, N.A.
ZORI MIGLIORINI,STANDBY LETTER
OF CREDIT DEPT, AS FRONTING BANK
388 GREENWICH ST, 21ST FL
NEW YORK, NY 10013

CITY OF FORT WORTH
ATTN: CHRISTOPHER B. MOSLEY
1000 THROCKMORTON STREET
FORT WORTH, TX 76102

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: HUMAYUN KHALID
ONE LIBERTY PLAZA
NEW YORK, NY 10006

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: SEAN O'NEAL
ONE LIBERTY PLAZA
NEW YORK, NY 10006

| | |
|---|---|
| CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>ATTN: THOMAS MOLONEY<br>ONE LIBERTY PLAZA<br>NEW YORK, NY 10006 | COHEN & GRIGSBY, P.C.<br>ATTN: THOMAS D. MAXSON<br>625 LIBERTY AVENUE<br>PITTSBURGH, PA 15222-3152 |
| COHEN & GRIGSBY, P.C.<br>ATTN: WILLIAM E. KELLEHER, JR.<br>625 LIBERTY AVENUE<br>PITTSBURGH, PA 15222-3152 | COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TX<br>OFFICE OF THE TEXAS ATTORNEY GENERAL<br>BANKRUPTCY & COLLECTIONS DIVISION<br>ATTN: RACHEL OBALDO & JOHN MARK STERN<br>PO BOX 12548<br>AUSTIN, TX 78711-2548 |
| COMPUTERSHARE<br>ATTN: TINA VITALE, BA; LL.B.<br>480 WASHINGTON BLVD<br>JERSEY CITY, NJ 07310 | COMPUTERSHARE TRUST COMPANY OF CANADA<br>ATTN: ALESSANDRA PANSERA<br>1500 UNIVERSITY ST., SUITE 700<br>MONTREAL QC H3A 3S8 CANADA |
| COWLES & THOMPSON<br>ATTN: STEPHEN C. STAPLETON<br>BANK OF AMERICA PLAZA<br>901 MAIN STREET, SUITE 3900<br>DALLAS, TX 75202 | COZEN O'CONNOR<br>ATTN: MARK E. FELGER<br>1201 NORTH MARKET STREET, SUITE 1001<br>WILMINGTON, DE 19801 |
| CRAVATH SWAIN & MOORE LLP<br>ATTN: RICHARD LEVIN ESQ<br>WORLDWIDE PLAZA<br>825 EIGHTH AVE<br>NEW YORK, NY 10019-7475 | CROSS & SIMON, LLC<br>ATTN: MICHAEL J. JOYCE ESQ<br>1105 N MARKET ST STE 901<br>WILMINGTON, DE 19801 |
| CROWE & DUNLEVY, PC<br>ATTN: JUDY HAMILTON MORSE<br>324 N ROBINSON AVE STE 100<br>OKLAHOMA CITY, OK 73102-6417 | CSC TRUST COMPANY OF DELAWARE<br>ATTN: SANDRA E. HORWITZ<br>MANAGING DIRECTOR<br>2711 CENTERVILLE RD STE 400<br>WILMINGTON, DE 19808 |
| DAVIS POLK & WARDWELL LLP<br>ATTN: BENJAMIN KAMINETZKY<br>450 LEXINGTON AVENUE<br>NEW YORK, NY 10017 | DAVIS POLK & WARDWELL LLP<br>ATTN: DAMON MEYER<br>450 LEXINGTON AVENUE<br>NEW YORK, NY 10017 |
| DAVIS POLK & WARDWELL LLP<br>ATTN: ELLIOT MOSKOWITZ<br>450 LEXINGTON AVENUE<br>NEW YORK, NY 10017 | DAVIS POLK & WARDWELL LLP<br>ATTN: MARSHALL HUEBNER<br>450 LEXINGTON AVENUE<br>NEW YORK, NY 10017 |
| DEUTSCHE BANK<br>ATTN: MARCUS M. TARKINGTON<br>60 WALL STREET (NYCC60-0266)<br>NEW YORK, NY 10005-2836 | DORSEY & WHITNEY DELAWARE LLP<br>ATTN: ALESSANDRA GLORIOSO<br>300 DELAWARE AVENUE, SUTIE 1010<br>WILMINGTON, DE 19801 |
| DORSEY & WHITNEY DELAWARE LLP<br>ATTN: ERIC LOPEZ SCHNABEL<br>300 DELAWARE AVENUE, SUTIE 1010<br>WILMINGTON, DE 19801 | DORSEY & WHITNEY DELAWARE LLP<br>ATTN: ROBERT W. MALLARD<br>300 DELAWARE AVENUE, SUTIE 1010<br>WILMINGTON, DE 19801 |

DRINKER BIDDLE & REATH LLP
ATTN: HOWARD A. COHEN
222 DELAWARE AVE., STE. 1410
WILMINGTON, DE 19801-1621

DRINKER BIDDLE & REATH LLP
ATTN: ROBERT K. MALONE
222 DELAWARE AVE., STE. 1410
WILMINGTON, DE 19801-1621

DYKEMA GOSSETT PLLC
ATTN: JEFFREY R. FINE
1717 MAIN ST, SUITE 4230
DALLAS, TX 75201-7308

EMC CORPORATION
C/O RECEIVABLE MANAGEMENT SERVICES (RMS)
ATTN: RONALD L ROWLAND, AGENT
307 INTERNATIONAL CIRCLE STE 270
COCKEYSVILLE, MD 21030

ENERGY FUTURE HOLDINGS CORP ET AL
ATTN: ANDREW M WRIGHT
1601 BRYAN ST 43RD FL
DALLAS, TX 75201

ENERGY FUTURE HOLDINGS CORP ET AL
ATTN: CECILY GOOCH
1601 BRYAN STREET, 43RD FLR.
DALLAS, TX 75201

EPIQ BANKRUPTY SOLUTIONS, LLC
ATTN: JAMES KATCHADURIAN, E.V.P.
757 THIRD AVENUE, 3RD FLOOR
NEW YORK, NY 10017

FOLEY & LARDNER LLP
ATTN: HAROLD KAPLAN ESQ
321 N CLARK ST STE 2800
CHICAGO, IL 60654-5313

FOLEY & LARDNER LLP
ATTN: LARS PETERSON ESQ
321 N CLARK ST STE 2800
CHICAGO, IL 60654-5313

FOLEY & LARDNER LLP
ATTN: MARK HEBBELN ESQ
321 N CLARK ST STE 2800
CHICAGO, IL 60654-5313

FOX ROTHSCHILD LLP
ATTN: JEFFREY SCHLERF
919 NORTH MARKET STREET, SUITE 300
WILMINGTON, DE 19801

FOX ROTHSCHILD LLP
ATTN: JOHN STROCK
919 NORTH MARKET STREET, SUITE 300
WILMINGTON, DE 19801

FOX ROTHSCHILD LLP
ATTN: L. JOHN BIRD
919 NORTH MARKET STREET, SUITE 300
WILMINGTON, DE 19801

FRANKGECKER LLP
ATTN REED HEILIGMAN ESQ
325 N LASALLE ST STE 625
CHICAGO, IL 60654

FRANKGECKER LLP
ATTN: FRANCES GECKER ESQ
325 N LASALLE ST STE 625
CHICAGO, IL 60654

FRANKGECKER LLP
ATTN: JOSEPH D FRANK ESQ
325 N LASALLE ST STE 625
CHICAGO, IL 60654

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
ATTN: BRAD E. SCHELER
ONE NEW YORK PLAZA
NEW YORK, NY 10004

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
ATTN: GARY L. KAPLAN
ONE NEW YORK PLAZA
NEW YORK, NY 10004

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
ATTN: MATTHEW M. ROOSE
ONE NEW YORK PLAZA
NEW YORK, NY 10004

GARDERE WYNNE SEWELL LLP
ATTN: JOHN P. MELKO
1000 LOUISIANA, STE. 3400
HOUSTON, TX 77002

| | |
|---|---|
| GARDERE WYNNE SEWELL LLP<br>ATTN: MICHAEL K. RIORDAN<br>1000 LOUISIANA, STE. 3400<br>HOUSTON, TX 77002 | GAY MCCALL ISAACKS GORDON & ROBERTS PC<br>ATTN: DUSTIN L BANKS ESQ<br>1919 S SHILOH RD STE 310 LB 40<br>GARLAND, TX 75042 |
| GAY, MCCALL, ISAACKS, GORDON & ROBERTS, P.C.<br>ATTN: DAVID MCCALL<br>777 E. 15TH ST.<br>PLANO, TX 75074 | GELLERT SCALI BUSENKELL & BROWN, LLC<br>ATTN: MICHAEL G. BUSENKELL<br>913 N. MARKET STREET, 10TH FLOOR<br>WILMINGTON, DE 19801 |
| GIBBONS PC<br>ATTN: DALE E BARNEY ESQ<br>ONE GATEWAY CENTER<br>NEWARK, NJ 07102-5310 | GIBBONS PC<br>ATTN: NATASHA M SONGONUGA ESQ<br>1000 N WEST ST STE 1200<br>WILMINGTON, DE 19801-1058 |
| GODFREY & KAHN, S.C.<br>ATTN: KATHERIN STADLER<br>ONE EAST MAIN STREET<br>MADISON, WI 53703 | GOODWIN PROCTER LLP<br>ATTN: KIZZY L. JARASHOW<br>THE NEW YORK TIMES BUILDING<br>620 EIGHTH AVENUE<br>NEW YORK, NY 10018 |
| GOODWIN PROCTER LLP<br>ATTN: WILLIAM P. WEINTRAUB<br>THE NEW YORK TIMES BUILDING<br>620 EIGHTH AVENUE<br>NEW YORK, NY 10018 | HAYNES AND BOONE LLP<br>ATTN: JONATHAN HOOK<br>30 ROCKEFELLER CENTER, 26TH FLOOR<br>NEW YORK, NY 10112 |
| HAYNES AND BOONE LLP<br>ATTN: PATRICK L. HUGHES<br>1221 MCKINNEY ST STE 2100<br>HOUSTON, TX 77010 | HAYNES AND BOONE, LLP<br>ATTN: IAN T. PECK<br>301 COMMERCE ST STE 2600<br>FORT WORTH, TX 76102-4160 |
| HINCKLEY ALLEN<br>ATTN: JENNIFER V. DORAN<br>28 STATE STREET<br>BOSTON, MA 02109 | HOLLAND & KNIGHT LLP<br>ATTN: CHRISTINE C RYAN ESQ<br>800 17TH ST NW STE 1100<br>WASHINGTON, DC 20006 |
| INTERNAL REVENUE SERVICE<br>DEPARTMENT OF THE TREASURY<br>OGDEN, UT 84201 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| JACKSON WALKER, LLP<br>ATTN: J. SCOTT ROSE<br>WESTON CENTRE<br>112 E. PECAN STREET, SUITE 2400<br>SAN ANTONIO, TX 78205 | JACKSON WALKER, LLP<br>ATTN: MONICA S. BLACKER<br>901 MAIN STREET, SUITE 6000<br>DALLAS, TX 75202 |
| JONES DAY<br>ATTN: MICHAEL L. DAVITT<br>2727 NORTH HARWOOD STREET<br>DALLAS, TX 75201 | JONES DAY<br>ATTN: PATRICIA VILLAREAL<br>2727 NORTH HARWOOD STREET<br>DALLAS, TX 75201 |

KASOWITZ BENSON TORRES & FRIEDMAN LLP
ATTN: ANDREW GLENN
1633 BROADWAY
NEW YORK, NY 10019

KASOWITZ BENSON TORRES & FRIEDMAN LLP
ATTN: DANIEL FLIMAN
1633 BROADWAY
NEW YORK, NY 10019

KASOWITZ BENSON TORRES & FRIEDMAN LLP
ATTN: DAVID ROSNER
1633 BROADWAY
NEW YORK, NY 10019

KELLEY DRYE & WARREN LLP
ATTN: GILBERT R. SAYDAH
101 PARK AVENUE
NEW YORK, NY 10178

KELLEY DRYE & WARREN LLP
ATTN: GILBERT R. SAYDAH
101 PARK AVENUE
NEW YORK, NY 10178

KELLEY DRYE & WARREN LLP
ATTN: JAMES S. CARR
101 PARK AVENUE
NEW YORK, NY 10178

KELLY HART & HALLMAN LLP
ATTN: CLAY TAYLOR ESQ
201 MAIN ST STE 2500
FORT WORTH, TX 76102

KELLY HART & HALLMAN LLP
ATTN: KATHERINE THOMAS ESQ
201 MAIN ST STE 2500
FORT WORTH, TX 76102

KELLY HART & HALLMAN LLP
ATTN: MICHAEL MCCONNELL ESQ
201 MAIN ST STE 2500
FORT WORTH, TX 76102

KIRKLAND & ELLIS LLP
ATTN: BRIAN E SCHARTZ ESQ
601 LEXINGTON AVE
NEW YORK, NY 10022

KIRKLAND & ELLIS LLP
ATTN: CHAD HUSNICK ESQ
300 N LASALLE
CHICAGO, IL 60654

KIRKLAND & ELLIS LLP
ATTN: EDWARD SASSOWER PC
601 LEXINGTON AVE
NEW YORK, NY 10022

KIRKLAND & ELLIS LLP
ATTN: JAMES H.M. SPRAYREGEN, P.C.
300 N LASALLE
CHICAGO, IL 60654

KIRKLAND & ELLIS LLP
ATTN: RICHARD CIERI ESQ
601 LEXINGTON AVE
NEW YORK, NY 10022

KIRKLAND & ELLIS LLP
ATTN: STEPHEN HESSLER ESQ
601 LEXINGTON AVE
NEW YORK, NY 10022

KIRKLAND & ELLIS LLP
ATTN: STEVEN SERAJEDDINI ESQ
300 N LASALLE
CHICAGO, IL 60654

KLEHR HARRISON HARVEY BRANZBURG LLP
ATTN: RAYMOND H. LEMISCH
919 MARKET STREET, SUITE 1000
WILMINGTON, DE 19801

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTN: GREGORY HOROWITZ
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTN: JOSHUA BRODY
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTN: PHILIP BENTLEY
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

| | |
|---|---|
| KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>ATTN: THOMAS MOERS MAYER<br>1177 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036 | LACKEY HERSHMAN, LLP<br>ATTN: JAMIE R WELTON ESQ<br>3102 OAK LAWN AVE STE 777<br>DALLAS, TX 75219 |
| LANDIS RATH & COBB LLP<br>ATTN: ADAM G. LANDIS<br>919 MARKET ST STE 1800<br>WILMINGTON, DE 19801 | LANDIS RATH & COBB LLP<br>ATTN: MATTHEW B. MCGUIRE<br>919 MARKET ST STE 1800<br>WILMINGTON, DE 19801 |
| LAW DEBENTURE TRUST COMPANY OF NEW YORK<br>ATTN: FRANK GODINO, VP<br>400 MADISON AVE STE 4D<br>NEW YORK, NY 10017 | LAW OFFICE OF PATRICIA WILLIAMS PREWITT<br>ATTN: PATRICIA WILLIAMS PREWITT<br>10953 VISTA LAKE COURT<br>NAVASOTA, TX 77868 |
| LAW OFFICES OF ROBERT E LUNA PC<br>ATTN: DANIEL K BEARDEN ESQ<br>4411 N CENTRAL EXPRESSWAY<br>DALLAS, TX 75205 | LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>ATTN: ELIZABETH WELLER ESQ<br>2777 N STEMMONS FREEWAY, SUITE 1000<br>DALLAS, TX 75207 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>ATTN: DIANE WADE SANDERS<br>P.O. BOX 17428<br>AUSTIN, TX 78760 | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>ATTN: JOHN P DILLMAN ESQ<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 |
| LLOYD GOSSELINK ROCHELLE & TOWNSEND PC<br>ATTN: GEOFFREY GAY ESQ<br>816 CONGRESS AVE STE 1900<br>AUSTIN, TX 78701 | LOCKE LORD LLP<br>ATTN: C. DAVIN BOLDISSAR ESQ<br>601 POYDRAS ST STE 2660<br>NEW ORLEANS, LA 70130-6036 |
| LOCKE LORD LLP<br>ATTN: PHILIP EISENBERG ESQ<br>2800 JPMORGAN CHASE TOWER<br>600 TRAVIS<br>HOUSTON, TX 77002 | LOWER COLORADO RIVER AUTHORITY<br>ATTN: PHIL WILSON<br>TRANSMISSION SERVICES CORP<br>3700 LAKE AUSTIN BLVD.<br>AUSTIN, TX 78703 |
| LOWER COLORADO RIVER AUTHORITY<br>LOWER COLORADO RIVER AUTHORITY TRANSMISSION<br>SERVICES CORPORATION (LCRA TSC)<br>LEGAL SERVICES, ATTN: WILLIAM T. MEDAILLE<br>PO BOX 220<br>AUSTIN, TX 78767 | MANION GAYNOR & MANNING LLP<br>ATTN: MARC PHILLIPS ESQ<br>THE NEMOURS BUILDING<br>1007 N ORANGE ST 10TH FL<br>WILMINGTON, DE 19801 |
| MARGOLIS EDELSTEIN<br>ATTN: AMY D. BROWN<br>300 DELAWARE AVENUE, SUITE 800<br>WILMINGTON, DE 19801 | MARGOLIS EDELSTEIN<br>ATTN: JAMES E. HUGGETT<br>300 DELAWARE AVENUE, SUITE 800<br>WILMINGTON, DE 19801 |
| MASLON EDELMAN BORMAN & BRAND, LLP<br>ATTN: ANA CHILINGARISHVILI<br>90 SOUTH SEVENTH STREET, SUITE 3300<br>MINNEAPOLIS, MN 55402 | MASLON EDELMAN BORMAN & BRAND, LLP<br>ATTN: CLARK T. WHITMORE<br>90 SOUTH SEVENTH STREET, SUITE 3300<br>MINNEAPOLIS, MN 55402 |

MASLON EDELMAN BORMAN & BRAND, LLP
ATTN: KOREY G. KALLSTROM
90 SOUTH SEVENTH STREET, SUITE 3300
MINNEAPOLIS, MN 55402

MCCATHERN, PLLC
ATTN: JONATHAN L. HOWELL
REGENCY PLAZA
3710 RAWLINS, SUITE 1600
DALLAS, TX 75219

MCCREARY, VESELKA, BRAGG & ALLEN, PC
ATTN: LEE GORDON
PO BOX 1269
ROUND ROCK, TX 78680

MCKOOL SMITH
ATTN: MICHAEL R. CARNEY
ONE BRYANT PARK, 47TH FLOOR
NEW YORK, NY 10036

MCKOOL SMITH
ATTN: PAUL D. MOAK, ESQ.
600 TRAVIS STREET, SUITE 7000
HOUSTON, TX 77002

MCKOOL SMITH
ATTN: PETER S. GOODMAN
ONE BRYANT PARK, 47TH FLOOR
NEW YORK, NY 10036

MICHAEL G. SMITH
111 NORTH 6TH STREET
PO BOX 846
CLINTON, OK 73601

MILBANK, TWEED, HADLEY & MCCLOY LLP
ATTN: DENNIS F. DUNNE
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005

MILBANK, TWEED, HADLEY & MCCLOY LLP
ATTN: EVAN R. FLECK
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005

MILBANK, TWEED, HADLEY & MCCLOY LLP
ATTN: JONATHAN BROWN
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005

MILBANK, TWEED, HADLEY & MCCLOY LLP
ATTN: KAREN GARTENBERG
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005

MILBANK, TWEED, HADLEY & MCCLOY LLP
ATTN: MATTHEW BROD
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005

MISSOURI DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
ATTN: STEVEN A. GINTHER
PO BOX 475
JEFFERSON CITY, MO 65105-0475

MONTGOMERY MCCRACKEN WALKER & RHOADS LLP
ATTN: DAVIS LEE WRIGHT ESQ
1105 N MARKET ST STE 1500
WILMINGTON, DE 19801

MONTGOMERY MCCRACKEN WALKER & RHOADS LLP
ATTN: NATALIE D RAMSEY ESQ
1105 N MARKET ST STE 1500
WILMINGTON, DE 19801

MORGAN LEWIS BOCKIUS LLP
ATTN  JULIA FROST-DAVIES
ONE FEDERAL ST
BOSTON, MA 02119

MORGAN LEWIS BOCKIUS LLP
ATTN CHRISTOPHER L CARTER
ONE FEDERAL ST
BOSTON, MA 02119

MORGAN LEWIS BOCKIUS LLP
ATTN PATRICK STRAWBRIDGE
ONE FEDERAL ST
BOSTON, MA 02119

MORRIS JAMES LLP
ATTN: STEPHEN M. MILLER
PO BOX 2306
WILMINGTON, DE 19899-2306

MORRIS NICHOLS ARSHT & TUNNELL LLP
ATTN: ANDREW REMMING
1201 NORTH MARKET STREET, SUITE 1600
WILMINGTON, DE 19801

| | |
|---|---|
| MORRIS NICHOLS ARSHT & TUNNELL LLP<br>ATTN: DERK ABBOTT<br>1201 NORTH MARKET STREET, SUITE 1600<br>WILMINGTON, DE 19801 | MORRIS NICHOLS ARSHT & TUNNELL LLP<br>ATTN: ERIN FAY<br>1201 NORTH MARKET STREET, SUITE 1600<br>WILMINGTON, DE 19801 |
| MORRISON & FOERSTER LLP<br>ATTN: BRETT H MILLER ESQ<br>250 W 55TH ST<br>NEW YORK, NY 10019 | MORRISON & FOERSTER LLP<br>ATTN: JAMES PECK ESQ<br>250 W 55TH ST<br>NEW YORK, NY 10019 |
| MORRISON & FOERSTER LLP<br>ATTN: JENNIFER MARINES<br>250 W. 55TH STREET<br>NEW YORK, NY 10019 | MORRISON & FOERSTER LLP<br>ATTN: LORENZO MARINUZZI ESQ<br>250 W 55TH ST<br>NEW YORK, NY 10019 |
| MUNSCH HARDT KOPF & HARR PC<br>ATTN: KEVIN M LIPPMAN ESQ<br>500 N AKARD ST STE 3800<br>DALLAS, TX 75201-6659 | MUNSCH HARDT KOPF & HARR PC<br>ATTN: RUSSELL L MUNSCH ESQ<br>103 COLORADO ST STE 2600<br>AUSTIN, TX 78701-6021 |
| MYERS HILL<br>ATTN: ROBERT J. MYERS<br>2525 RIDGMAR BLVD., STE. 150<br>FORT WORTH, TX 76116 | NAMAN HOWELL SMITH & LEE PLLC<br>ATTN: KERRY L HALIBURTON ESQ<br>PO BOX 1470<br>WACO, TX 76703-1470 |
| NELSON MULLINS RILEY & SCARBOROUGH LLP<br>ATTN: GEORGE B. CAUTHEN<br>1320 MAIN STREET, 17TH FLOOR<br>PO BOX 11070 (29211)<br>COLUMBIA, SC 29201 | NELSON MULLINS RILEY & SCARBOROUGH LLP<br>ATTN: JODY A. BEDENBAUGH<br>1320 MAIN STREET, 17TH FLOOR<br>PO BOX 11070 (29211)<br>COLUMBIA, SC 29201 |
| NIXON PEABODY<br>ATTN: AMANDA D. DARWIN<br>100 SUMMER STREET<br>BOSTON, MA 02110 | NIXON PEABODY<br>ATTN: RICHARD C. PEDONE<br>100 SUMMER STREET<br>BOSTON, MA 02110 |
| OFFICE OF THE TEXAS ATTORNEY GENERAL<br>ATTN: ASHLEY BARTRAM ESQ<br>BANKRUPTCY REGULATORY SECTION<br>BANKRUPTCY & COLLECTIONS DIVISION<br>PO BOX 12548<br>AUSTIN, TX 78711-2548 | OFFICE OF THE TEXAS ATTORNEY GENERAL<br>ATTN: HAL F. MORRIS ESQ<br>BANKRUPTCY REGULATORY SECTION<br>BANKRUPTCY & COLLECTIONS DIVISION<br>PO BOX 12548<br>AUSTIN, TX 78711-2548 |
| OFFICE OF THE UNITED STATES ATTORNEY<br>ATTN: ELLEN SLIGHTS, ESQ.<br>PO BOX 2046<br>WILMINGTON, DE 19899-2046 | OFFICE OF THE UNITED STATES TRUSTEE<br>ATTN: RICHARD L. SCHEPACARTER<br>J. CALEB BOGGS FEDERAL BUILDING<br>844 KING STREET, SUITE 2207 - LOCKBOX #35<br>WILMINGTON, DE 19801 |
| OFFICE OF THE UNITED STATES TRUSTEE<br>U.S. FEDERAL OFFICE BUILDING<br>ATTN: ANDREA SCHWARTZ<br>201 VARICK STREET, SUITE 1006<br>NEW YORK, NY 10014 | O'KELLY ERNST & BIELLI LLC<br>ATTN SHANNON DOUGHERTY<br>901 N MARKET ST STE 100<br>WILMINGTON, DE 19801 |

| | |
|---|---|
| O'KELLY ERNST & BIELLI LLC<br>ATTN: DAVID M KLAUDER<br>901 N MARKET ST STE 100<br>WILMINGTON, DE 19801 | O'MELVENY & MYERS LLP<br>ATTN: GEORGE A. DAVIS<br>7 TIMES SQUARE<br>NEW YORK, NY 10036 |
| PACHULSKI STANG ZIEHL & JONES LLP<br>ATTN: LAURA DAVIS JONES<br>PO BOX 8705<br>WILMINGTON, DE 19899 | PACHULSKI STANG ZIEHL & JONES LLP<br>ATTN: ROBERT FEINSTEIN<br>PO BOX 8705<br>WILMINGTON, DE 19899 |
| PATTERSON BELKNAP WEBB & TYLER LLP<br>ATTN: CRAIG W. DENT<br>1133 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036-6710 | PATTERSON BELKNAP WEBB & TYLER LLP<br>ATTN: DANIEL A. LOWENTHAL<br>1133 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036-6710 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>ATTN: ALAN KORNBERG<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>ATTN: BRIAN HERMANN<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>ATTN: JACOB ADLERSTEIN<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>ATTN: KELLEY CORNISH<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019 |
| PENSION BENEFIT GUARANTY CORPORATION (PBGC)<br>ATTN: CRAIG YAMAOKA, SENIOR FINANCIAL ANALYST<br>1200 K STREET, NW<br>WASHINGTON, DC 20005 | PENSION BENEFIT GUARANTY CORPORATION (PBGC)<br>ATTN: JON CHATALIAN<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, NW<br>WASHINGTON, DC 20005-4026 |
| PENSION BENEFIT GUARANTY CORPORATION (PBGC)<br>OFFICE OF THE CHIEF COUNSEL<br>ATTN: DESIREE M. AMADOR, ATTY<br>1200 K STREET, N.W.<br>WASHINGTON, DC 20005-4026 | PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>ATTN: ELIZABETH BANDA CALVO ESQ<br>500 E BORDER ST STE 640<br>ARLINGTON, TX 76010-7457 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>ATTN: JOHN T BANKS ESQ<br>3301 NORTHLAND DR STE 505<br>AUSTIN, TX 78731 | PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>ATTN: OWEN M SONIK ESQ<br>1235 N LOOP WEST STE 600<br>HOUSTON, TX 77008 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LP<br>ATTN: JEANMARIE BAER<br>PO BOX 8188<br>WICHITA FALLS, TX 76307 | PERKINS COIE LLP<br>ATTN: TINA N MOSS<br>30 ROCKEFELLER PLAZA 22ND FL<br>NEW YORK, NY 10112-0015 |
| PINCKNEY, WEIDINGER, URBAN & JOYCE LLC<br>ATTN: GREGORY T. DONILON, ESQ.<br>1220 NORTH MARKET STREET, SUITE 950<br>WILMINGTON, DE 19801 | PINCKNEY, WEIDINGER, URBAN & JOYCE LLC<br>ATTN: KEVIN M. CAPUZZI<br>1220 NORTH MARKET STREET, SUITE 950<br>WILMINGTON, DE 19801 |

POLSINELLI PC
ATTN: CHRISTOPHER WARD ESQ
222 DELAWARE AVE STE 1101
WILMINGTON, DE 19801

POLSINELLI PC
ATTN: EDWARD FOX ESQ
900 THIRD AVE 21ST FL
NEW YORK, NY 10022

POLSINELLI PC
ATTN: JUSTIN EDELSON ESQ
222 DELAWARE AVE STE 1101
WILMINGTON, DE 19801

POLSINELLI PC
ATTN: SHANTI KATONA ESQ
222 DELAWARE AVE STE 1101
WILMINGTON, DE 19801

POPE HARDWICKE CHRISTIE SCHELL KELLY & RAY, LLP
ATTN: MATTHEW T. TAPLETT
500 WEST 7TH STREET, SUITE 600
FORT WORTH, TX 76102

POPE HARDWICKE CHRISTIE SCHELL KELLY & RAY, LLP
ATTN: MICHAEL L. ATCHLEY
500 WEST 7TH STREET, SUITE 600
FORT WORTH, TX 76102

POTTER ANDERSON & CORROON LLP
ATTN: JEREMY RYAN ESQ
PO BOX 951
WILMINGTON, DE 19801

POTTER ANDERSON & CORROON LLP
ATTN: LAURIE SILVERSTEIN ESQ
PO BOX 951
WILMINGTON, DE 19801

PROSKAUER ROSE LLP
ATTN MARK K THOMAS
THREE FIRST NATIONAL PLAZA
70 W MADISON ST STE 3800
CHICAGO, IL 60602

PROSKAUER ROSE LLP
ATTN PETER J YOUNG
THREE FIRST NATIONAL PLAZA
70 W MADISON ST STE 3800
CHICAGO, IL 60602

PROSKAUER ROSE LLP
ATTN: JEFF J MARWIL
THREE FIRST NATIONAL PLAZA
70 W MADISON ST STE 3800
CHICAGO, IL 60602

PURDUE AWSUMB & BAUDLER PA
ATTN: AMY R BAUDLER
4300 MARKETPOINTE DR STE 240
MINNEAPOLIS, MN 55435-5429

QUARLES & BRADY LLP
ATTN: JASON D. CURRY
RENAISSANCE ONE
TWO NORTH CENTRAL AVENUE
PHOENIX, AZ 85004-2391

QUARLES & BRADY LLP
ATTN: JOHN A. HARRIS
RENAISSANCE ONE
TWO NORTH CENTRAL AVENUE
PHOENIX, AZ 85004-2391

REED SMITH LLP
1201 MARKET STREET, SUITE 1500
WILMINGTON, DE 19801

REED SMITH LLP
ATTN: AMY M. TONTI, ESQ.
REED SMITH CENTRE
225 FIFTH AVENUE, SUITE 1200
PITTSBURGH, PA 15222

REED SMITH LLP
ATTN: KIMBERLY E.C. LAWSON
1201 MARKET STREET, SUITE 1500
WILMINGTON, DE 19801

REED SMITH LLP
ATTN: KURT F. GWYNE
1201 MARKET STREET, SUITE 1500
WILMINGTON, DE 19801

REED SMITH LLP
ATTN: RICHARD A. ROBINSON
1201 MARKET STREET, SUITE 1500
WILMINGTON, DE 19801

RICHARDS LAYTON & FINGER
ATTN: DANIEL J DEFRANCESCHI ESQ
920 N KING ST
WILMINGTON, DE 19801

| | |
|---|---|
| RICHARDS LAYTON & FINGER<br>ATTN: JASON M MADRON ESQ<br>920 N KING ST<br>WILMINGTON, DE 19801 | RICHARDS LAYTON & FINGER<br>ATTN: MARK D COLLINS ESQ<br>920 N KING ST<br>WILMINGTON, DE 19801 |
| RIDDELL WILLIAMS P.S.<br>ATTN: HILARY B. MOHR<br>1001 - 4TH AVENUE, SUITE 45OO<br>SEATTLE, WA 98154 | RIDDELL WILLIAMS P.S.<br>ATTN: JOSEPH E. SHICKICH, JR.<br>1001 - 4TH AVENUE, SUITE 45OO<br>SEATTLE, WA 98154 |
| ROPES & GRAY LLP<br>ATTN: MARK R. SOMERSTEIN<br>1211 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036-8704 | SATTERLEE STEPHENS BURKE & BURKE LLP<br>ATTN PAMELA A BOSSWICK<br>230 PARK AVE<br>NEW YORK, NY 10169 |
| SATTERLEE STEPHENS BURKE & BURKE LLP<br>ATTN: CHRISTOPHER R BELMONTE<br>230 PARK AVE<br>NEW YORK, NY 10169 | SAUL EWING LLP<br>ATTN: MARK MINUTI ESQ<br>PO BOX 1266<br>WILMINGTON, DE 19899 |
| SEARCY & SEARCY, P.C.<br>ATTN: CALLAN CLARK SEARCY<br>PO BOX 3929<br>LONGVIEW, TX 75606 | SEARCY & SEARCY, P.C.<br>ATTN: JASON R. SEARCY<br>PO BOX 3929<br>LONGVIEW, TX 75606 |
| SEARCY & SEARCY, P.C.<br>ATTN: JOSHUA P. SEARCY<br>PO BOX 3929<br>LONGVIEW, TX 75606 | SECURITIES AND EXCHANGE COMMISSION<br>100 F STREET, NE<br>WASHINGTON, DC 20549 |
| SEWARD & KISSEL LLP<br>ATTN: ARLENE ALVES<br>ONE BATTERY PARK PLAZA<br>NEW YORK, NY 10014 | SEWARD & KISSEL LLP<br>ATTN: JOHN ASHMEAD<br>ONE BATTERY PARK PLAZA<br>NEW YORK, NY 10014 |
| SEWARD & KISSEL LLP<br>ATTN: KALYAN DAS<br>ONE BATTERY PARK PLAZA<br>NEW YORK, NY 10014 | SHEARMAN & STERLING LLP<br>ATTN: FREDERIC SOSNICK ESQ<br>599 LEXINGTON AVE<br>NEW YORK, NY 10022 |
| SHEARMAN & STERLING LLP<br>ATTN: NED SCHODEK ESQ<br>599 LEXINGTON AVE<br>NEW YORK, NY 10022 | SHEEHY, LOVELACE & MAYFIELD, PC<br>ATTN: STEVEN M. BURTON<br>510 N. VALLEY MILLS DR., SUITE 500<br>WACO, TX 76710 |
| SILLS CUMMIS & GROSS P.C.<br>ATTN: VALERIE A. HAMILTON, ESQ.<br>600 COLLEGE ROAD EAST<br>PRINCETON, NJ 08540 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>ATTN: CARL T. TULLSON<br>155 NORTH WACKER DRIVE, SUITE 2700<br>CHICAGO, IL 60606-1720 |

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>ATTN: GEORGE N. PANAGAKIS<br>155 NORTH WACKER DRIVE, SUITE 2700<br>CHICAGO, IL 60606-1720 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>ATTN: JAY M. GOFFMAN<br>FOUR TIMES SQUARE<br>NEW YORK, NY 10036-6522 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>ATTN: KRISTHY M. PEGUERO<br>PO BOX 636<br>WILMINGTON, DE 19899-0636 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>ATTN: MARK S. CHEHI<br>PO BOX 636<br>WILMINGTON, DE 19899-0636 |
| SMITH, KATZENSTEIN & JENKINS LLP<br>ATTN: KATHLEEN M. MILLER<br>PO BOX 410<br>WILMINGTON, DE 19899 | SNELL & WILMER LLP<br>ATTN: DAVID E. LETA<br>15 WEST SOUTH TEMPLE, SUITE 1200<br>SALT LAKE CITY, UT 84101 |
| SQUIRE SANDERS (US) LLP<br>ATTN: ANDREW M. SIMON<br>221 E. FOURTH ST., SUITE 2900<br>CINCINNATI, OH 45202 | SQUIRE SANDERS (US) LLP<br>ATTN: STEPHEN D. LERNER<br>221 E. FOURTH ST., SUITE 2900<br>CINCINNATI, OH 45202 |
| STEFFES VINGIELLO & MCKENZIE LLC<br>ATTN: NOEL STEFFES MELANCON<br>13702 COURSEY BLVD BLDG 3<br>BATON ROUGE, LA 70817 | STEVENS & LEE PC<br>ATTN: JOSEPH H HUSTON JR<br>919 N MARKET ST STE 1300<br>WILMINGTON, DE 19801-3092 |
| STREUSAND, LANDON & OZBURN, LLP<br>ATTN: SABRINA L. STREUSAND<br>811 BARTON SPRINGS RD, STE. 811<br>AUSTIN, TX 78704 | SULLIVAN & CROMWELL LLP<br>ATTN BRIAN D GLUECKSTEIN<br>125 BROAD ST<br>NEW YORK, NY 10004 |
| SULLIVAN & CROMWELL LLP<br>ATTN MICHAEL H TORKIN<br>125 BROAD ST<br>NEW YORK, NY 10004 | SULLIVAN & CROMWELL LLP<br>ATTN: ANDREW G DIETDERICH<br>125 BROAD ST<br>NEW YORK, NY 10004 |
| SULLIVAN HAZELTINE ALLINSON LLC<br>ATTN: ELIHU E. ALLINSON, III<br>901 N. MARKET STREET, SUITE 1300<br>WILMINGTON, DE 19801 | TAYLOR ENGLISH DUMA LLP<br>ATTN: STEPHEN C. GREENBERG<br>1600 PARKWOOD CIRCLE, SUITE 400<br>ATLANTA, GA 30339 |
| TEXAS OFFICE OF PUBLIC UTILITY COUNSEL (OPUC)<br>BANKRUPTCY & COLLECTIONS DIVISION<br>ATTN: JASON A STARKS, ASST ATTORNEY GENERAL<br>PO BOX 12548<br>AUSTIN, TX 78711-2548 | THE BANK OF NEW YORK MELLON<br>TRUST COMPANY<br>ATTN: DENNIS ROEMLEIN<br>601 TRAVIS ST, 16TH FLOOR<br>HOUSTON, TX 77002 |
| THE BANK OF NEW YORK MELLON<br>TRUST COMPANY<br>ATTN: RAFAEL MARTINEZ,VP - CSM<br>601 TRAVIS STREET, 16TH FL<br>HOUSTON, TX 77002 | THE BANK OF NEW YORK MELLON<br>TRUST COMPANY<br>ATTN: THOMAS VLAHAKIS,VP<br>385 RIFLE CAMP RD, 3RD FL<br>WOODLAND PARK, NJ 07424 |

| | |
|---|---|
| THE HOGAN FIRM<br>ATTN: DANIEL K HOGAN ESQ<br>1311 DELAWARE AVENUE<br>WILMINGTON, DE 19806 | THE HOGAN FIRM<br>ATTN: GARVAN F MCDANIEL ESQ<br>1311 DELAWARE AVE<br>WILMINGTON, DE 19806 |
| THE TAUBMAN COMPANY AND THE TAUBMAN LANDLORDS<br>ATTN: ANDREW S CONWAY ESQ<br>200 EAST LONG LAKE RD STE 300<br>BLOOMFIELD HILLS, MI 48304 | THE UNIVERSITY OF TEXAS SYSTEM<br>OFFICE OF GENERAL COUNSEL<br>ATTN: TRACI L COTTON<br>201 W SEVENTH ST<br>AUSTIN, TX 78701 |
| THOMPSON COBURN LLP<br>ATTN: DAVID D. FARRELL<br>ONE US BANK PLAZA, SUITE 3200<br>SAINT LOUIS, MO 63101 | TRAVIS COUNTY<br>ATTN: KAY D. BROCK, ASSISTANT COUNTY ATTORNEY<br>PO BOX 1748<br>AUSTIN, TX 78767 |
| TROUTMAN SANDERS LLP<br>ATTN: BRETT GOODMAN ESQ<br>THE CHRYSLER BUILDING<br>405 LEXINGTON AVE<br>NEW YORK, NY 10174 | TROUTMAN SANDERS LLP<br>ATTN: HUGH MCDONALD ESQ<br>THE CHRYSLER BUILDING<br>405 LEXINGTON AVE<br>NEW YORK, NY 10174 |
| TROUTMAN SANDERS LLP<br>ATTN: LOUIS CURCIO ESQ<br>THE CHRYSLER BUILDING<br>405 LEXINGTON AVE<br>NEW YORK, NY 10174 | TUCKER ARENSBERG, P.C.<br>ATTN: JORDAN S. BLASK<br>1500 ONE PPG PLACE<br>PITTSBURGH, PA 15222 |
| TUCKER ARENSBERG, P.C.<br>ATTN: LARA E. SHIPKOVITZ<br>1500 ONE PPG PLACE<br>PITTSBURGH, PA 15222 | TW TELECOM INC<br>ATTN: LINDA BOYLE<br>10475 PARK MEADOWS DR #400<br>LITTLETON, CO 80124 |
| UMB BANK, N.A.<br>ATTN: LAURA ROBERSON<br>VICE PRESIDENT<br>2 SOUTH BROADWAY, SUITE 600<br>ST. LOUIS, MO 63102 | UNION PACIFIC RAILROAD COMPANY<br>ATTN: JENNIE L. ANDERSON<br>1400 DOUGLAS STREET, STOP 1580<br>OMAHA, NE 68179 |
| UNION PACIFIC RAILROAD COMPANY<br>ATTN: MARY ANN KILGORE<br>1400 DOUGLAS STREET, STOP 1580<br>OMAHA, NE 68179 | UNITED STATES DEPARTMENT OF JUSTICE<br>ATTN: MATTHEW J TROY<br>CIVIL DIVISION<br>PO BOX 875<br>BEN FRANKLIN STATION<br>WASHINGTON, DC 20044-0875 |
| UNITED STATES DEPARTMENT OF JUSTICE<br>ATTN: MATTHEW J TROY, CIVIL DIVISION<br>CIVIL DIVISION<br>P.O. BOX 875<br>BEN FRANKLIN STATION<br>WASHINGTON, DC 20044-0875 | US DEPARTMENT OF JUSTICE<br>ATTN: ARI D KUNOFSKY ESQ<br>PO BOX 227<br>BEN FRANKLIN STATION<br>WASHINGTON, DC 20044 |
| US DEPARTMENT OF JUSTICE<br>ATTN: W BRADLEY RUSSELL ESQ<br>PO BOX 227<br>BEN FRANKLIN STATION<br>WASHINGTON, DC 20044 | VARNUM LLP<br>ATTN: MARY KAY SHAVER ESQ<br>BRIDGEWATER PLACE<br>PO BOX 352<br>GRAND RAPIDS, MI 49501-0352 |

| | |
|---|---|
| VEDDER PRICE PC<br>ATTN: MICHAEL L. SCHEIN, ESQ.<br>1633 BROADWAY, 47TH FLOOR<br>NEW YORK, NY 10019 | VENABLE LLP<br>ATTN: JEFFREY S. SABIN<br>1270 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020 |
| WACHTELL, LIPTON, ROSEN & KATZ<br>ATTN: AUSTIN WITT<br>51 WEST 52ND STREET<br>NEW YORK, NY 10019 | WACHTELL, LIPTON, ROSEN & KATZ<br>ATTN: EMIL KLEINHAUS<br>51 WEST 52ND STREET<br>NEW YORK, NY 10019 |
| WACHTELL, LIPTON, ROSEN & KATZ<br>ATTN: RICHARD MASON<br>51 WEST 52ND STREET<br>NEW YORK, NY 10019 | WEINSTEIN RADCLIFF LLP<br>ATTN: GREGORY M. WEINSTEIN<br>8350 N CENTRAL EXPY #1550<br>DALLAS, TX 75206-1600 |
| WEIR & PARTNERS LLP<br>ATTN: JEFFREY S CIANCIULLI ESQ<br>824 N MARKET ST STE 800<br>WILMINGTON, DE 19801 | WHITE & CASE LLP<br>ATTN: GREGORY STARNER<br>1155 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036 |
| WHITE & CASE LLP<br>ATTN: J. CHRISTOPHER SHORE<br>1155 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036 | WHITE & CASE LLP<br>ATTN: MATTHEW BROWN<br>200 SOUTH BISCAYNE BOULEVARD, SUITE 4900<br>MIAMI, FL 33131 |
| WHITE & CASE LLP<br>ATTN: THOMAS LAURIA<br>200 SOUTH BISCAYNE BOULEVARD, SUITE 4900<br>MIAMI, FL 33131 | WILMER CUTLER PICKERING HALE & DORR LLP<br>ATTN: BENJAMIN LOVELAND ESQ<br>60 STATE ST<br>BOSTON, MA 02109 |
| WILMER CUTLER PICKERING HALE & DORR LLP<br>ATTN: GEORGE SHUSTER ESQ<br>7 WORLD TRADE CENTER, 205 GREENWICH ST<br>NEW YORK, NY 10007 | WILMER CUTLER PICKERING HALE & DORR LLP<br>ATTN: PHILIP ANKER ESQ<br>7 WORLD TRADE CENTER, 205 GREENWICH ST<br>NEW YORK, NY 10007 |
| WILMER CUTLER PICKERING HALE AND DORR LLP<br>ATTN: CHARLES C. PLATT<br>7 WORLD TRADE CENTER<br>250 GREENWICH STREET<br>NEW YORK, NY 10007 | WILMER CUTLER PICKERING HALE AND DORR LLP<br>ATTN: DENNIS L. JENKINS<br>7 WORLD TRADE CENTER<br>250 GREENWICH STREET<br>NEW YORK, NY 10007 |
| WILMER CUTLER PICKERING HALE AND DORR LLP<br>ATTN: GEORGE W. SHUSTER, JR.<br>7 WORLD TRADE CENTER<br>250 GREENWICH STREET<br>NEW YORK, NY 10007 | WILMER CUTLER PICKERING HALE AND DORR LLP<br>ATTN: PHILIP D. ANKER<br>7 WORLD TRADE CENTER<br>250 GREENWICH STREET<br>NEW YORK, NY 10007 |
| WILMINGTON SAVINGS FUND SOCIETY<br>ATTN: PATRICK J. HEALY<br>500 DELAWARE AVENUE<br>WILMINGTON, DE 19801 | WILMINGTON TRUST FSB<br>ATTN: JEFFREY T. ROSE<br>50 SOUTH SIXTH STREET, SUITE 1290<br>MINNEAPOLIS, MN 55402 |

WINSTON & STRAWN LLP
ATTN: DAVID NEIER, ESQ.
200 PARK AVENUE
NEW YORK, NY 10166

WOMAC LAW
ATTN: STACEY L KREMLING
8301 KATY FREEWAY
HOUSTON, TX 77024

WOMBLE CARLYLE SANDRIDGE & RICE, LLP
ATTN: MARK L. DESGROSSEILLIERS ESQ
222 DELAWARE AVE STE 1501
WILMINGTON, DE 19801

WOMBLE CARLYLE SANDRIDGE & RICE, LLP
ATTN: STEVEN K. KORTANEK
222 DELAWARE AVENUE, SUITE 1501
WILMINGTON, DE 19801

YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN: ANDREW MAGAZINER
RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DE 19801

YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN: JOEL WAITE
RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DE 19801

YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN: PAULINE MORGAN
RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DE 19801

YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN: RYAN BARTLEY
RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DE 19801