## **EXHIBIT A**

**Statement of Fees and Expenses By Subject Matter**

| Description | Total Billed Hours | Total Fees |
|---|---:|---:|
| Plan and Disclosure | 16.80 | 20,128.00 |
| Tax Issues | 16.20 | 16,892.00 |
| Employment and Fee Application | 1.30 | 1,534.00 |
| | | |
| **TOTAL** | **34.30** | **$38,554.00** |