## **EXHIBIT B**

### **Attorney and Paraprofessionals Information**

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Philip Gelston | Partner | 1979 | Corporate | 1200 | 16.60 | 19,920.00 |
| Andrew Needham | Partner | 1995 | Tax | 1200 | 9.60 | 11,520.00 |
| Michael Paskin | Partner | 1996 | Litigation | 1180 | 2.90 | 3,422.00 |
| Antje Hagena | Associate | 2015 | Tax | 710 | 5.20 | 3,692.00 |
| | | | | **TOTAL** | **34.30** | **$38,554.00** |