**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: D.I. 2344, 2563, 3344** |
| | ) | |

**SECOND SUPPLEMENTAL DECLARATION OF
P. STEPHEN GIDIERE III IN SUPPORT
OF THE APPLICATION OF THE DEBTORS
FOR AN ORDER AUTHORIZING THE DEBTORS
TO RETAIN AND EMPLOY BALCH & BINGHAM LLP
AS SPECIAL COUNSEL FOR CERTAIN ENVIRONMENTAL
MATTERS, EFFECTIVE *NUNC PRO TUNC* TO OCTOBER 1, 2014**

I, P. Stephen Gidiere, being duly sworn, state the following under penalty of perjury:

1. I am a partner in the law firm of BALCH & BINGHAM LLP ("Balch")[2], located at 1901 Sixth Avenue N, Suite 1500, Birmingham, AL 35203. I am a member in good standing of the bars of the states of Texas and Alabama. There are no disciplinary proceedings pending against me.

2. I submit this second supplemental declaration on behalf of Balch in further support of the *Application of Energy Future Holdings Corp., et al. for an Order Authorizing the Debtors to Retain and Employ Balch & Bingham LLP as Special Counsel for Certain*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms not otherwise defined in this Declaration shall have the meanings ascribed to them in the Application.

*Environmental Matters, Effective Nunc Pro Tunc to October 1, 2014* [D.I. 2344] (the "Application") of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for an order pursuant to sections 327(e), 328 and 330 of title 11 of the United States Code, rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure, and rules 2014-1 and 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware.

3. Except as otherwise noted, I have personal knowledge of the matters set forth herein.

4. On October 7, 2014, the Debtors filed the Application. In support of the Application, the Debtors filed the *Declaration of P. Stephen Gidiere III in Support of the Application of the Debtors for an Order Authorizing the Debtors to Retain and Employ Balch & Bingham LLP as Special Counsel For Certain Environmental Matters, Effective Nunc Pro Tunc To October 1, 2014* (the "Original Gidiere Declaration"), which was filed as Exhibit B to the Application.

5. On October 27, 2014, the United States Bankruptcy Court for the District of Delaware entered the *Order Authorizing the Debtors to Retain and Employ Balch & Bingham LLP as Special Counsel for Certain Environmental Matters, Effective Nunc Pro Tunc to October 1, 2014* [D.I. 2563] (the "Retention Order").

6. In the Original Gidiere Declaration, I disclosed Balch's billing rates in effect at the time for services rendered on behalf of the Debtors. I also disclosed that Balch's billing rates are subject to periodic adjustments to reflect economic and other conditions. Pursuant to the Retention Order, Balch must provide notice of changes to its billing rates during these chapter 11

cases. This second supplemental declaration serves as notice, pursuant to paragraph 10 of the Retention Order, of increases in rates as set forth in the Application.

7. In accordance with ordinary practice, Balch has consulted with the Debtors as to appropriate billing rates for 2016, and, pursuant to agreement between Balch and the Debtors, billing rates for individual partners and associates will change effective as of January 1, 2016. The rates will change due to promotion and/or rate increases. Balch's billing rates that will take effect on January 1, 2016, for services rendered on behalf of the Debtors range as follows for the individuals that are expected to perform work on the matters for which Balch has been retained:

| **Billing Category** | **Range** |
|---|---|
| Partners | $330 - $525 |
| Associates | $230 - $295 |

8. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 26, 2016

          Respectfully submitted,

          */s/ P. Stephen Gidiere III*
          P. Stephen Gidiere III
          as Partner of BALCH & BINGHAM LLP