IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] <br><br> Debtors. | ) <br> ) Chapter 11 <br> ) Case No. 14-10979 (CSS) <br> ) <br> ) Jointly Administered <br> ) <br> ) **Objection Deadline: 2/17/2016** <br> ) **Hearing Date: To be Determined** |

**FOURTH INTERIM APPLICATION OF
PHILLIPS, GOLDMAN & SPENCE, P.A. FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES AS DELAWARE
COUNSEL TO THE FEE COMMITTEE FOR THE PERIOD
SEPTEMBER 1, 2015 THROUGH DECEMBER 31, 2015**

Phillips, Goldman & Spence, P.A. ("PG&S") hereby files its *Fourth Interim Fee Application of Phillips, Goldman & Spence, P.A. for Compensation and Reimbursement of Expenses as Delaware Counsel to the Fee Committee for the Period September 1, 2015 Through December 31, 2015*, (the "Fourth Interim Fee Application"). In support of this Fourth Interim Fee Application, PG&S states the following:

**Jurisdiction**

1. The Court has jurisdiction over this matter under 28 U.S.C. § 157 and 1334. This is a core proceeding within the meaning of 28 U.S.C. §§ 157(b)(2). Venue of this chapter 11 case in this district is proper under 28 U.S.C. §§ 1408 and 1409.

2. Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code, (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the Debtors' service address is 1601 Bryan Street, Dallas, TX 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efocaseinfo.com.

"Bankruptcy Rules"), the *Order Authorizing the Employment and Retention of Phillips, Goldman & Spence, P.A. as Delaware Counsel to the Fee Committee,* dated January 9, 2015 [Docket No. 3216] (the "Retention Order"), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals,* dated September 16, 2014 [Docket No. 2066] (the "Interim Compensation Order"), the *Stipulation and Order Appointing a Fee Committee* [Docket No. 1896] (the "Fee Committee Order"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Bankruptcy Rules"), PG&S Delaware counsel to the Fee Committee (the "Fee Committee") hereby files its Fourth Interim Fee Application for: (i) compensation in the amount of $1,872.00 which is for the reasonable and necessary legal services PG&S rendered to the Fee Committee from September 1, 2015 Through December 31, 2015 (the "Fourth Interim Period") and $45.30 in expenses it incurred during this same period for a total due of $1,917.30.

### Itemization of Services Rendered and Disbursements Incurred

3.  The Cover Sheet for this Fourth Interim Fee Application provides a breakdown of the professionals that worked on this case, their hourly rate, the total hours each worked and the blended rate of all professionals. It also provides a breakdown by category of the work done. The Cover Sheet also provides a breakdown of costs incurred for the services rendered. Expenses incurred, but not yet billed to the firm will be included in future Interim Fee Applications.

4.  Invoices evidencing the services provided by PG&S and the costs incurred during the Fourth Interim Period are attached as Exhibits A and B to the *Affidavit of Stephen W. Spence* filed contemporaneously with this Fourth Interim Fee Application.

**Monthly Fee Statements Covered Herein**

5. Pursuant to the procedures set forth in the Administrative Order, professionals may apply for monthly compensation and reimbursement (each such statement, a "Monthly Fee Statement"), and the notice parties listed in the Administrative Order may object to such request. If no notice party objects to a professional's Monthly Fee Statement within twenty-one (21) days after the date of service of the Monthly Fee Statement, the professional may submit to the Court a certification of no objections whereupon the Debtors are authorized to pay interim compensation and reimbursement of 80% of the fees and 100% of the expenses requested.

6. Pursuant to the Administrative Order, within forty-five (45) days of the end of the quarter, professionals are to file and serve upon the notice parties a request (an "Interim Fee Application") for interim Court approval and allowance of the Monthly Fee Statements filed during the period covered by the Interim Fee Application. If the Court grants the relief requested by the Interim Fee Application, the Debtors are authorized and directed to pay the professional 100% of the fees and expenses covered by that Interim Fee Application less any amounts previously paid in connection with Monthly Fee Statements. Any payment made pursuant to the Monthly Fee Statements or any Interim Fee Application is subject to final approval of all fees and expenses at a hearing on the professional's final fee application.

7. This Fourth Interim Fee Application, which is submitted in accordance with the Administrative Order, is the Fourth Interim Fee Application for compensation for services rendered that PG&S has filed with the Bankruptcy Court in connection with these Chapter 11 Cases, and covers the Fourth Interim Period.

8. PG&S did not file any Monthly Fee Statements for compensation for any months in the Fourth Interim Period.

9. PG&S filed its *Third Interim Fee Application of Phillips, Goldman & Spence, P.A. for Compensation and Reimbursement of Expenses as Delaware Counsel to the Fee Committee for the Period May 1, 2015 Through September 30, 2015* (the "Third Interim Fee Application") on November 2, 2015.

10. The period for objecting to the Third Interim Fee Application was November 23, 2015. No objections were filed and on January 4, 2016, PG&S filed a Certificate of No Objection with the Court. Hearing on the Third Interim Fee Application is scheduled for February 18, 2016.

### Previous Interim Fee Applications

11. PG&S has filed the following Interim Fee Applications:

   a. *First Interim Fee Application of Phillips, Goldman & Spence, P.A. for Compensation and Reimbursement of Expenses as Delaware Counsel to the Fee Committee for the Period September 1, 2014 Through December 31, 2014* [Docket No. 4188], filed on April 16, 2015.

   b. *Second Interim Fee Application of Phillips, Goldman & Spence, P.A. for Compensation and Reimbursement of Expenses as Delaware Counsel to the Fee Committee for the Period January 1, 2015 Through April 30, 2015* [Docket No. 5016], filed on July 15, 2015.

   c. *Third Interim Fee Application of Phillips, Goldman & Spence, P.A. for Compensation and Reimbursement of Expenses as Delaware Counsel to the Fee Committee for the Period May 1, 2015 Through August 31, 2015* [Docket No. 6833], filed on November 2, 2015.

### Proposed Payment Allocation

12. Paragraph 2(b) of the Interim Compensation Order, requires Professionals to allocate the fees and expenses sought in their Interim Fee Applications among (a) Energy Future Holdings Corp., (b) Energy Future Intermediate Holding Company LLC, and (c) Energy Future Competitive Holdings Company LLC and each of its direct and direct subsidiaries that are Debtors in these chapter 11 cases. As Delaware counsel to the Fee Committee the compensation earned and expenses incurred by PG&S should be allocated evenly amongst the Debtors.

## Summary of Legal Services Rendered

13. During the Fourth Interim Period, PG&S:

    a. <u>PG&S Fee/Employment Applications</u>. PG&S drafted and filed its Third Interim Fee Application. It filed the Certification of No Objection for its Second Interim Fee Application. After approval of its Second Interim Fee Application, PG&S submitted its invoice to the Debtors for payment.

    b. <u>Case Administration</u>: PG&S kept the docket updated on its system in order to locate pertinent pleadings. It reviewed agenda letters to ascertain if Court appearances were necessary. It worked with Godfrey & Kahn, S.C. to assure coordination of all Fee Committee filings.

    c. <u>Fee/Employment Applications</u>: PG&S filed Certificates of No Objection to the Second Interim Fee Applications of Godfrey & Kahn and Richard Gitlin and Gitlin & Company. It filed the Notice of Hearing on the Uncontested Fee Applications and reviewed and filed the Fee Committee Reports. It timely prepared the fee binder for the Fee Committee professionals, and delivered it to chambers. It attended hearings on the professionals' Interim Fee Applications.

14. While every effort has been made to include all fees and expenses incurred in the Fourth Interim Period, some fees and expenses might not be included in this Fourth Interim Fee Application due to delays caused by accounting and processing during the Fourth Interim Period. PG&S reserves the right to make further application for allowance of such fees and expenses not included herein. Subsequent Interim Fee Applications will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, Local Bankruptcy Rules, the Fee Committee Order, and the Interim Compensation Order.

WHEREFORE, PG&S requests allowance of its fees incurred during the Fourth Interim Period in the amount of $1,872.00 and expenses in the amount of $45.30 for a total of $1,917.30, and that such fees and expenses be paid as administrative expenses of the Debtors' estates.

Date:   January 27, 2016                    PHILLIPS, GOLDMAN & SPENCE, P.A.

                                                               */s/ Stephen W. Spence*
Stephen W. Spence, Esquire (DE#2033)
1200 North Broom Street
Wilmington, DE 19806
Telephone (302) 655-4200
Facsimile (302) 655-4200
sws@pgslaw.com
*Delaware Counsel to the Fee Committee*