EXHIBIT "A"

Phillips, Goldman & Spence, P.A.

Page   2

January 11, 2016

File   EFH-FEE/SWS
Invoice number   119080

Re:  In re: Energy Future Holdings Corp., et al.
     Fee Committee

| | EMP | SERVICES | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/08/15 | CAH | FEE/EMPLOYMENT APPLICATIONS | 5.8 | 1,272.00 |
| 09/09/15 | CAH | CASE ADMINISTRATION | 0.4 | 60.00 |
| 09/09/15 | CAH | PG&S FEE RETENTION APPLICATIONS | 3.2 | 540.00 |
| | | Subtotal for FEES only: 12/31/15 | 9.4 | $1,872.00 |

| RATE | SUMM | | HOURS | | | |
|---|---|---|---|---|---|---|
| 450.00 | SWS | 0.50 | 0.50 | 225.00 | 0.00 | 0.00 |
| 270.00 | SAS | 2.60 | 2.60 | 702.00 | 0.00 | 0.00 |
| 150.00 | CAH | 6.30 | 6.30 | 945.00 | 0.00 | 0.00 |
| Totals | | 9.40 | 9.40 | 1,872.00 | 0.00 | 0.00 |

Fee App

LEGALMASTER MIRC for Transactions
-Fees-

1/26/2016   Pg 1

Sorts:   Grouping code
         Actual employee code

| Grouping code description (Paginate) (Subtotal) | Act Emp | Trans Date | Transaction description | (5) Billable Hours | (6) Billable Dollars | (7) F Gp Ca |
|---|---|---|---|---|---|---|
| CASE ADMINISTRATION | CAH | 09/09/15 | Update docket to system and review pleadings filed. | 0.10 | 15.00 | |
| CASE ADMINISTRATION | CAH | 10/16/15 | E-mail to K. Boucher re: concerning filings and service of documents while Celeste A. Hartman out of office. | 0.20 | 30.00 | |
| CASE ADMINISTRATION | CAH | 10/26/15 | Update docket to system; review of pleadings filed. | 0.10 | 15.00 | |
| | | | | ---- | ------ | |
| | | | | 0.40 | 60.00 | |
| | | | | ---- | ------ | |
| | | | | 0.40 | 60.00 | |
| | | | | ---- | ------ | |

Total records this group:  3

LEGALMASTER MIRC for Transactions
-Fees-

| (1) Grouping code description | (2) Act Emp | (3) Trans Date | (4) Transaction description | (5) Billable Hours | (6) Billable Dollars | (7) F Gp |
|---|---|---|---|---|---|---|
| PG&S FEE RETENTION APPLICATIONS | CAH | 09/09/15 | Draft Certificate of No Objection for Phillips, Goldman & Spence second fee application and forward to Spence for review. | 0.20 | 30.00 | Pf |
| PG&S FEE RETENTION APPLICATIONS | CAH | 09/24/15 | Draft Phillips, Goldman & Spence fee application for the period 5/1/2015 to 8/31/15 (.6) forward to Stephen W. Spence for review (.1). | 0.70 | 105.00 | |
| PG&S FEE RETENTION APPLICATIONS | CAH | 09/28/15 | Review of and revise fee application. | 0.30 | 45.00 | |
| PG&S FEE RETENTION APPLICATIONS | CAH | 10/26/15 | Teleconference R. Werkheiser concerning monthly review of fee applications for Phillips, Goldman & Spence. | 0.20 | 30.00 | |
| PG&S FEE RETENTION APPLICATIONS | CAH | 10/26/15 | Follow up on process for payment of Court approved fees and expenses. | 0.20 | 30.00 | |
| PG&S FEE RETENTION APPLICATIONS | CAH | 10/28/15 | E-mail to C. Andres (2x) about changes to Phillips, Goldman & Spence fee application (third); review of and revise same. | 0.50 | 75.00 | |
| PG&S FEE RETENTION APPLICATIONS | CAH | 11/02/15 | After review by Stephen W. Spence, file Phillips, Goldman & Spence third fee application; send to GCG for service. | 0.30 | 45.00 | |
| PG&S FEE RETENTION APPLICATIONS | CAH | 12/31/15 | Update docket and verify no objections to Phillips, Goldman & Spence third fee application were filed; draft Certificate of No Objection for same. | 0.40 | 60.00 | |
| PG&S FEE RETENTION APPLICATIONS | CAH | 12/31/15 | E-mail to Godfrey & Kahn about Phillips, Goldman & Spence Certificate of No Objection and request permission to file. | 0.20 | 30.00 | |
| PG&S FEE RETENTION APPLICATIONS | SWS | 11/02/15 | Review of and execute third interim fee applications. | 3.00 | 450.00 | |
| | | | | ----- | ------ | |
| | | | | 0.20 | 90.00 | |
| | | | | 0.20 | 90.00 | |
| | | | | 3.20 | 540.00 | |
| | | | | ----- | ------ | |

Total records this group:   10

LEGALMASTER MIRC for Transactions
-Fees-

| Fee App | Grouping code description (1) | Act Emp (2) | Trans Date (3) | Transaction description (4) | Billable Hours (5) | Billable Dollars (6) | F Gp (7) |
|---|---|---|---|---|---|---|---|
|  | FEE/EMPLOYMENT APPLICATIONS | CAH | 09/08/15 | Teleconference K. Boucher concerning October fee hearing; need to file Certificate of No Objections for fee applications and compile fee binder. | 0.30 | 45.00 |  |
|  | FEE/EMPLOYMENT APPLICATIONS | CAH | 09/09/15 | Begin to gather information for fee binder. | 0.20 | 30.00 |  |
|  | FEE/EMPLOYMENT APPLICATIONS | CAH | 09/23/15 | Print pleadings for fee binder and create same. | 0.30 | 45.00 |  |
|  | FEE/EMPLOYMENT APPLICATIONS | CAH | 09/23/15 | Draft fee chart and title page index for Court's fee binder. | 0.40 | 60.00 |  |
|  | FEE/EMPLOYMENT APPLICATIONS | CAH | 09/23/15 | Prepare Certificate of No Objections for fee committee professionals and upon approval by Stephen W. Spence (.4), file same (.2). | 0.60 | 90.00 |  |
|  | FEE/EMPLOYMENT APPLICATIONS | CAH | 12/31/15 | E-mail to Godfrey & Kahn counsel about fourth interim fee applications for Fee Examiner and Godfrey & Kahn. | 0.20 | 30.00 |  |
|  | FEE/EMPLOYMENT APPLICATIONS | CAH | 10/26/15 | Download and save pleadings filed; review of various e-mails from co-counsel about hearing and reports. | 0.40 | 60.00 |  |
|  | FEE/EMPLOYMENT APPLICATIONS | CAH | 09/29/15 | E-mail to Stephen A. Spence and Stephen W. Spence concerning upcoming fee Hearing and coverage for same. | 0.20 | 30.00 |  |
|  | FEE/EMPLOYMENT APPLICATIONS | CAH | 09/23/15 | E-mail filed documents to co-counsel and agent for service. | 0.10 | 15.00 |  |
|  | FEE/EMPLOYMENT APPLICATIONS | CAH | 09/23/15 | E-mail response to K. Boucher about timing of filings. | 0.20 | 30.00 |  |
|  |  |  |  |  | ----- 2.90 ----- | ----- 435.00 ----- |  |
|  | FEE/EMPLOYMENT APPLICATIONS | SAS | 10/20/15 | Review final draft of uncontested fee application notice of Hearing; revise; file same and send to GCG for service. | 0.40 | 108.00 |  |
|  | FEE/EMPLOYMENT APPLICATIONS | SAS | 10/21/15 | Review status report (.2); file status report (.2). | 0.60 | 162.00 |  |
|  | FEE/EMPLOYMENT APPLICATIONS | SAS | 10/26/15 | Review agenda (.2); review docket (.2); confer with Katherine Stadler concerning Hearing and any needed documents (.2); attend Hearing on interim fee applications (.9). | 1.50 | 405.00 |  |
|  | EMPLOYMENT APPLICATIONS | SAS | 12/30/15 | Review memorandum from fee committee. | 0.10 | 27.00 |  |
|  |  |  |  |  | ----- 2.60 ----- | ----- 702.00 ----- |  |
|  | EMPLOYMENT APPLICATIONS | SWS | 09/23/15 | Review of and execute certificates of no objection for various fee applications. | 0.20 | 90.00 |  |

Fee App

LEGALMASTER MIRC for Transactions
-Fees-

1/26/2016  Pg 4

| Grouping code description (1) | Act Emp (2) | Trans Date (3) | Transaction description (4) | Billable Hours (5) | Billable Dollars (6) | F Gp (7) |
|---|---|---|---|---|---|---|
| FEE/EMPLOYMENT APPLICATIONS | SWS | 12/31/15 | Review of memorandum on continued fee applications. | 0.10 | 45.00 | fa |
| | | | | 0.30 | 135.00 | |
| | | | | 5.80 | 1,272.00 | |
| | | | | ===== | ======== | |
| | | | | 9.40 | 1,872.00 | |
| | | | | ===== | ======== | |

Total records this group: 16

29 records printed.