# EXHIBIT "B"

Phillips, Goldman & Spence, P.A.

Page   2

January 11, 2016

File   EFH-FEE/SWS
Invoice number   119080

Re:   In re: Energy Future Holdings Corp., et al.
      Fee Committee

           COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 09/23/15 | Photocopies | 6.40 |
| 11/01/15 | On-line docket research | 8.90 |
| 11/06/15 | Check No.: 58845 - Parcel's Inc. - Document services. | 5.00 |
| 11/09/15 | Check No.: 58863 - Parcel's Inc. - Document services. | 15.00 |
| 11/16/15 | Check No.: 58929 - Parcels, Inc. - Document services. | 10.00 |

           Subtotal for COSTS only: 12/31/15        $45.30