## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered)<br><br>**Obj. Deadline: February 17, 2016** |

**SEVENTH MONTHLY FEE STATEMENT JENNER & BLOCK LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM DECEMBER 1, 2015 THROUGH DECEMBER 31, 2015**

| Name of Applicant | Jenner & Block LLP |
|---|---|
| Authorized to Provide Professional Services to: | **Energy Future Intermediate Holding Company LLC**, Debtor and Debtor in Possession |
| Date of Retention: | Retention Order Entered July 8, 2015 (effective as of May 18, 2015) |
| **Fee Period** for which compensation and reimbursement is sought: | December 1, 2015 through December 31, 2015 |
| Amount of Compensation sought as actual, reasonable and necessary: | $5,360.00 (80% of $6,700.00) |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $1,305.78 |

This is a **X** monthly interim final application. No prior application filed for this Fee Period.[2]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Notice of this Monthly Fee Statement is being served in accordance with the Interim Compensation Order and Fee Committee Order. Objections to the relief requested in this Monthly Fee Statement must be addressed in accordance with the Interim Compensation Order and Fee Committee Order.

The law firm of Jenner & Block LLP ("**Jenner**"), independent counsel for Energy Future Intermediate Holding Company LLC, debtor and debtor in possession ("**EFIH**"), files this Monthly Fee Statement under:

(a) Sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code,

(b) Rule 2016 of the Federal Rules of Bankruptcy Procedure,

(c) the *Order Approving the Employment of Jenner & Block LLP as Counsel Energy Future Intermediate Holding Company LLC Under Sections 327(a) and 1107(b) of the Bankruptcy Code, Effective* Nunc Pro Tunc *to November 16, 2014* [D.I. 3321],

(d) the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals, dated September 16, 2014* [D.I. 2066] (the "**Interim Compensation Order**"),

(e) the *Stipulation and Order Appointing a Fee Committee* [D.I. 1896] (the "**Fee Committee Order**"), and

(f) the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware,

for: (i) compensation in the amount of $5,360.00 for the reasonable and necessary legal services Jenner rendered to the Debtors December 1, 2015 through December 31, 2015 (the "**Fee Period**") (80% of $6,700.00); and (ii) reimbursement for the actual and necessary expenses that Jenner incurred, in the amount of $1,305.78 during the Fee Period.

### Itemization of Services Rendered and Disbursements Incurred

1.      In support of this Monthly Fee Statement, attached are the following exhibits:

- **Exhibit A** is a schedule of the number of hours expended and fees incurred (on an aggregate basis) by Jenner partners, associates, and paraprofessionals during the Fee Period with respect to each of the subject matter categories Jenner established in accordance with its internal billing procedures. As reflected in **Exhibit A**, Jenner incurred $6,700.00 in fees during the Fee

Period. Jenner seeks payment of 80% of such fees ($5,360.00) under this Monthly Fee Statement.

- **Exhibit B** is a schedule of Jenner attorneys and paraprofessionals for whose work on this chapter 11 case Jenner seeks compensation in this Monthly Fee Statement, listing their positions, years of experience, hourly billing rates, and hours charged during the Fee Period. Jenner is charging for a total of 110.10 hours of attorneys and paraprofessionals time in connection with this chapter 11 case during the Fee Period.

- **Exhibit C** is a schedule of the expenses, by kind of expense, for which Jenner seeks reimbursement for the Fee Period.

- **Exhibit D** is a detailed listing of expenses, by subject matter category, that Jenner incurred during the Fee Period in rendering professional services to EFIH and for which it seeks reimbursement.

## Proposed Payment Allocation

2.      In accordance with paragraph 5 of the Interim Compensation Order, all Jenner's fees and expenses sought in this Application are allocated to EFIH.

## Representation

3.      Although Jenner has made reasonable efforts to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period. Jenner reserves the right to make further application to this Court for allowance of such fees and expenses not included in this Monthly Fee Statement.

WHEREFORE, Jenner requests allowance of its fees and expenses incurred during the Fee Period in the total amount of $6,700.00 consisting of (a) $5,360.00, which is 80% of the fees incurred by EFIH for reasonable and necessary professional services rendered by Jenner in this case; and (b) $1,305.78 for actual and necessary costs and expenses incurred by Jenner in this case, and that such fees and expenses be paid as administrative expenses of EFIH in accordance with the Interim Compensation Order.

Date:  January 27, 2016

*/s/ Richard Levin*
Richard Levin (rlevin@jenner.com)
JENNER & BLOCK LLP
919 Third Avenue
New York, NY 10022
+1 (212) 891-1600

*Independent Counsel for Energy Future*
*Intermediate Holding Company LLC*

SL1 1400933v2 109285.00002

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered) |

**VERIFICATION OF RICHARD LEVIN**

1.      I am a partner in the law firm of Jenner & Block LLP, located at 919 Third Ave., New York, New York 10022 ("**Jenner**"). I am the lead attorney from Jenner working on this chapter 11 case. I am a member in good standing of the Bar of the State of New York, and I have been admitted to practice in the United States Bankruptcy Court for the Southern District of New York and the United States Bankruptcy Court for the Eastern District of New York. There are no disciplinary proceedings pending against me.

2.      I have personally performed many of the legal services rendered by Jenner as independent counsel to Energy Future Intermediate Holding Company LLC ("**EFIH**") and am familiar with all other work performed on EFIH's behalf by the lawyers and other persons in the firm.

3.      The facts set forth in the foregoing Monthly Fee Statement are true and correct to the best of my knowledge, information, and belief.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

4.      I have reviewed Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedures of the United States Bankruptcy Court for the District of Delaware and believe that the Monthly Fee Statement for Jenner & Block LLP complies with Rule 2016-2.

5.      I declare under penalty of perjury under 28 U.S.C. § 1746 that the foregoing is true and correct.

Respectfully submitted,

*/s/ Richard Levin*

Date:  January 27, 2016                    Richard Levin
                                           Partner, Jenner & Block LLP

NYCorp 3534423v.1
SL1 1400933v2 109285.00002