## **EXHIBIT A**

### **Statement of Fees and Expenses By Subject Matter**

| Description | Total Billed Hours | Total Fees |
|---|---:|---:|
| Plan and Disclosure | 6.40 | $6,700.00 |
| TOTAL | **6.40** | **$6,700.00** |