## **EXHIBIT B**

### **Attorney and Paraprofessionals Information**

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Richard Levin | Partner | 1976 | Bankruptcy | 1150 | 3.10 | 3,565.00 |
| Vince Lazar | Partner | 1990 | Bankruptcy | 950 | 3.30 | 3,135.00 |
|  |  |  |  | **TOTAL** | **6.40** | **6,700.00** |