## **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

| Service Description | Amount |
|---|---|
| TRAVEL | $ 1,206.63 |
| CAR SERVICE | $    99.15 |
| TOTAL | $ 1,305.78 |