## **EXHIBIT D**

### Detailed Description of Expenses and Disbursements

| Matter | Date | Name | Title | Description | Amount | Narrative |
|---|---|---|---|---|---|---|
| 55152-10034 | 12/03/2015 | LAZAR, V. | PARTNER | Travel | 1,206.63 | Travel, 11/18 -19, 2015 to Philadelphia, PA/Wilmington, DE for hearing. |
| 55152-10034 | 12/23/2015 | LAZAR, V. | PARTNER | Car Service Expense | 99.15 | Travel, Crown Cars & Limousine; 12/01/2015; Car Service from Hinsdale II to MDW on 11/18/2015 |