Case 14-10979-CSS    Doc 7744    Filed 01/27/16    Page 1 of 1

Filed: USBC - District of Delaware
Energy Future Holdings Corp. (COR)
14-10979(CSS)

0000001530

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 14-10979 |
|    ENERGY FUTURE HOLDINGS | § | |
|    CORP | § | CHAPTER 11 |
| | § | (Jointly Administered) |
| DEBTOR(S) | § | |

**RECEIVED**
JAN 2 2 2016
LEGAL SERVICES

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 2560 FOR CAMERON ISD

PLEASE TAKE NOTICE that Cameron Independent School District hereby withdraws its Proof of Claim No. 2560 in the amount of $79,149.20 filed on June 25, 2014 for Ad Valorem taxes on property situated in Milam County, Texas. We've been advised that Oncor Electric Delivery Company is not a debtor in this proceeding.

Respectfully submitted,

PERDUE, BRANDON, FIELDER,
COLLINS & MOTT, L.L.P.

By: _____
John T. Banks
Bar No. 01684250
Attorney for Claimant
3301 Northland Drive, Ste. 505
Austin, Texas 78731
Phone: (512) 302-0190
Fax:    (512) 302-1802
jbanks@pbfcm.com

## CERTIFICATE OF SERVICE

I, John T. Banks, do hereby certify that a true and correct copy of the foregoing Notice of Withdrawal of Proof of Claim has been served on the parties listed on the Court's ECF transmission list in this case via ECF e-notice, fax or U.S. Mail on this 18th day of January, 2016.

Energy Future Holdings Corp., Energy Plaza, 1601 Bryan Street, Dallas, Texas 75201

Edward O. Sassower, P.C., Esq., et al., KIRKLAND & ELLIS LLP, 601 Lexington Avenue, New York, New York 10022

James H.M. Sprayregen, P.C., Esq, et al., KIRKLAND & ELLIS LLP, 300 North LaSalle, Chicago, Illinois 60654

Mark D. Collins, Esq., et al., RICHARDS, LAYTON & FINGER, 920 North King Street, Wilmington, Delaware 19801

Richard L. Schepacarter, Office of the U.S. Trustee for the District of Delaware, 844 King St., Suite 2207, Lockbox #35, Wilmington, Delaware 19801

_____
John T. Banks

COPY
Document Control



PerdueBrandonFielderCollins&Mott LLP
ATTORNEYS AT LAW

3301 Northland Drive Suite 505
Austin Texas  78731

Energy Future Holdings Corp. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
P.O. Box 44421
Beaverton, OR 97076-4421

**RECEIVED**

JAN 2 2 2016

LEGAL S..\,ICES