**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS | ) | Case No. 14-10979 (CSS) |
| CORP., et al.[1], | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **RE: Docket Nos. 3517, 3835 and 4811** |

**SECOND SUPPLEMENTAL DECLARATION OF**
**DAVID P. PRIMACK IN SUPPORT OF APPLICATION FOR ENTRY OF AN**
**ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF McELROY,**
**DEUTSCH, MULVANEY & CARPENTER LLP AS DELAWARE COUNSEL TO**
**DEBTORS AND DEBTORS IN POSSESSION ENERGY FUTURE COMPETITIVE**
**HOLDINGS COMPANY LLC AND TEXAS COMPETITIVE ELECTRIC HOLDINGS**
**COMPANY LLC EFFECTIVE NUNC PRO TUNC TO JANUARY 12, 2015**

I, David P. Primack, state the following under penalty of perjury:

1.      I am over eighteen years of age and have personal knowledge of the facts set forth herein and, if called as a witness, would testify competently with respect thereto from my own personal knowledge except as otherwise stated.

2.      I am a partner at McElroy, Deutsch, Mulvaney & Carpenter, LLP ("MDMC"), located at 300 Delaware Ave., Suite 770, Wilmington, Delaware 19801, and have been duly admitted to practice law in the State of Delaware, the Commonwealth of Pennsylvania; the United States District Courts for the District of Delaware and the Commonwealth of Pennsylvania.

3.      I submit this second supplemental declaration (the "Second Supplemental Declaration") in further support of the *Application For Entry of an Order Authorizing the Retention and Employment of McElroy, Deutsch, Mulvaney & Carpenter, LLP As Delaware*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

*Counsel to Debtors and Debtors in Possession Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC Effective Nunc Pro Tunc to January 12, 2015* [Docket No. 3517] (the "Application").[2]

4.      Except as otherwise noted, I have personal knowledge of the matters set forth herein.

## **Background**

5.      On February 11, 2015, the TCEH Debtors filed the Application.  In support of the Application, the TCEH Debtors filed the *Declaration of David Primack In Support of Application For Entry of an Order Authorizing the Retention and Employment of McElroy, Deutsch, Mulvaney & Carpenter, LLP As Delaware Counsel to Debtors and Debtors in Possession Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC Effective Nunc Pro Tunc to January 12, 2015* (the "Original Declaration") as Exhibit B to the Application.

6.      On June 19, 2015, the TCEH Debtors filed the *Supplemental Declaration of David P. Primack in Support of the Debtors Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC's Application for Entry of an Order Authorizing the Retention and Employment of McElroy, Deutsch, Mulvaney & Carpenter, LLP as Delaware Counsel to Debtors and Debtors In Possession Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC Effective Nunc Pro Tunc to January 12, 2015* [Docket no. 4811] (the "Supplemental Declaration").

7.      On March 9, 2015, this court entered an order [Docket no. 3835] approving the retention of MDMC *nunc pro tunc* to January 12, 2015 (the "Retention Order").

---

[2] Capitalized terms not defined in this Fourth Supplemental Declaration have the meaning ascribed to them in the Application.

## Supplemental Disclosure

8.      In the Original Declaration, I disclosed MDMC's 2015 billing rates for matters related to these chapter 11 cases.  Original Decl., ¶ 10.  I also disclosed that the billing rates are subject to periodic change in the ordinary course of business to reflect economic and other conditions.  *Id.*, ¶ 10 & n.3.  Pursuant to the Retention Order, MDMC must provide notice of changes to its billing rates during these chapter 11 cases.  Retention Order, ¶ 8.

9.      In accordance with ordinary practice, hourly billing rates for MDMC timekeepers will change effective as of January 1, 2016.  Those hourly rates that will have taken effect on January 1, 2016 for matters related to these chapter 11 cases range as follows:

| Billing Category | Range |
|---|---|
| Partners | $475 to $625 |
| Associates | $250 to $400 |
| Paralegals | $175 to $240 |
| Case Administrator | $150 |

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  January 27, 2016                    */s/ David Primack*
                                                      David P. Primack