Case 14-10979-CSS   Doc 7747   Filed 01/27/16   Page 1 of 3

Filed: USBC - District of Delaware
Energy Future Holdings Corp. (COR)
14-10979(CSS)

0000001532

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 14-10989 |
| TXU ELECTRIC COMPANY, INC. | § | |
| | § | CHAPTER 11 |
| | § | (Jointly Administered) |
| DEBTOR(S) | § | |

**RECEIVED**

JAN 22 2016

LEGAL SERVICES

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 2561 FOR CAMERON ISD

PLEASE TAKE NOTICE that Cameron Independent School District hereby withdraws its Proof of Claim No. 2561 in the amount of $119.99 filed on June 25, 2014 for Ad Valorem taxes on property situated in Milam County, Texas. The taxes to which this claim pertains have been paid.

Respectfully submitted,

PERDUE, BRANDON, FIELDER,
COLLINS & MOTT, L.L.P.

By: _____
John T. Banks
Bar No. 00684250
Attorney for Claimant
3301 Northland Drive, Ste. 505
Austin, Texas 78731
Phone: (512) 302-0190
Fax:    (512) 302-1802
jbanks@pbfcm.com

## CERTIFICATE OF SERVICE

I, John T. Banks, do hereby certify that a true and correct copy of the foregoing Notice of Withdrawal of Proof of Claim has been served on the parties listed on the Court's ECF transmission list in this case via ECF e-notice, fax or U.S. Mail on this 18th day of January, 2016.

Energy Future Holdings Corp., Energy Plaza, 1601 Bryan Street, Dallas, Texas 75201

Edward O. Sassower, P.C., Esq., et al., KIRKLAND & ELLIS LLP, 601 Lexington Avenue, New York, New York 10022

James H.M. Sprayregen, P.C., Esq, et al., KIRKLAND & ELLIS LLP, 300 North LaSalle, Chicago, Illinois 60654

Mark D. Collins, Esq., et al., RICHARDS, LAYTON & FINGER, 920 North King Street, Wilmington, Delaware 19801

Richard L. Schepacarter, Office of the U.S. Trustee for the District of Delaware, 844 King St., Suite 2207, Lockbox #35, Wilmington, Delaware 19801

John T. Banks

**COPY**
Document Control



```
02 1P                    $ 001.86⁰
0000823689          JAN 19 2016
MAILED FROM ZIP CODE 78731
```

PerdueBrandonFielderCollins&Mott LLP 
ATTORNEYS AT LAW

3301 Northland Drive Suite 505
Austin Texas   78731

Energy Future Holdings Corp. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
P.O. Box 44421
Beaverton, OR 97076-4421

**RECEIVED**

JAN 2 2 2016

LEGAL SERVICES