# **EXHIBIT A**

**Statement of Fees and Expenses by Subject Matter**

| Project Category Number | Matter Description | Total Hours Billed | Total Fees Requested |
|---|---|---|---|
| 007 | Case Administration | 29.10 | $18,727.00 |
| 008 | Claims Administration and Objections | 6.20 | $5,775.50 |
| 010 | Employee Benefits and Pensions | 3.90 | $3,997.50 |
| 011 | Employment and Fee Applications | 1.60 | $744.50 |
| 013 | Financing and Cash Collateral | 3.30 | $2,821.50 |
| 014 | Other Litigation | 5.10 | $5,052.00 |
| 015 | Meetings and Communications with Creditors | 36.60 | $34,031.50 |
| 016 | Non-Working Travel | 35.10 | $34,038.50 |
| 017 | Plan and Disclosure Statement | 301.20 | $283,467.50 |
| 021 | Tax | 30.40 | $35,348.50 |
| 023 | Discovery | 37.40 | $29,990.50 |
| 024 | Hearings | 266.00 | $262,528.00 |
| 032 | Time Entry Review | 8.40 | $6,982.50 |
| 034 | Mediation | 3.40 | $3,655.00 |
| **Total Incurred** | | **767.70** | **$727,160.00** |
| **Less Client Accommodation for Non-Working Travel (50% of fees incurred)** | | | **$(17,019.25)** |
| **Less Client Accommodation for Time Entry Review (100% of fees incurred)** | | | **$(6,982.50)** |
| **Total Requested** | | | **$703,158.25** |

| Service Description | Amount |
|---|---:|
| Government Fees | $135.00 |
| Travel | $9,658.44 |
| Online Research – Lexis | $1,417.50 |
| Online Research – Westlaw | $2,272.90 |
| Online Research – Other Databases | $1,179.06 |
| EDiscovery Fees | $31,571.90 |
| Court Filing Service | $1,176.00 |
| Business Meals | $602.75 |
| Travel Meals | $233.99 |
| Miscellaneous Disbursement | $30.00 |
| Meals | $65.93 |
| Transportation | $290.08 |
| **Total Requested** | **$48,633.55** |

ny-1220551

# **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The Morrison & Foerster attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Goren, Todd M. | Partner | 2003 | Business Restructuring & Insolvency | $925.00 | 174.20 | $161,135.00 |
| Humphreys, Thomas A. | Partner | 1977 | Tax | $1,300.00 | 21.00 | $27,300.00 |
| Kerr, Charles L. | Partner | 1984 | Litigation | $1,100.00 | 121.40 | $133,540.00 |
| Lawrence, J. Alexander | Partner | 1996 | Litigation | $950.00 | 11.80 | $11,210.00 |
| Marinuzzi, Lorenzo | Partner | 1996 | Business Restructuring & Insolvency | $1,025.00 | 3.00 | $3,075.00 |
| Miller, Brett H. | Partner | 1992 | Business Restructuring & Insolvency | $1,075.00 | 205.80 | $221,235.00 |
| Reigersman, Remmelt A. | Partner | 2007 | Tax | $895.00 | 10.90 | $9,755.50 |
| Birkenfeld, Alexander | Associate | 2014 | Tax | $495.00 | 0.70 | $346.50 |
| Harris, Daniel J. | Associate | 2008 | Business Restructuring & Insolvency | $750.00 | 10.20 | $7,650.00 |
| Martin, Samantha | Associate | 2008 | Business Restructuring & Insolvency | $760.00 | 26.40 | $20,064.00 |
| Richards, Erica J. | Associate | 2007 | Business Restructuring & Insolvency | $760.00 | 113.30 | $86,108.00 |
| Peck, James Michael | Senior Of Counsel | 1971 | Business Restructuring & Insolvency | $1,095.00 | 17.40 | $19,053.00 |
| Hildbold, William M. | Attorney | 2009 | Business Restructuring & Insolvency | $680.00 | 28.60 | $19,448.00 |

The paraprofessionals of Morrison & Foerster who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Guido, Laura | Senior Paralegal | 8 years | Business Restructuring & Insolvency | $320.00 | 18.20 | $5,824.00 |
| Bergelson, Vadim | eDiscovery Project Manager | 6.5 years | Litigation | $310.00 | 2.40 | $744.00 |
| eDiscovery Services[1] | eDiscovery | | Litigation | $280.00 | 2.40 | $672.00 |
| **Total Incurred:** | | | | | | **$727,160.00** |
| **Less Client Accommodation for Non-Working Travel (50% of fees incurred)** | | | | | | **$(17,019.25)** |
| **Less Client Accommodation for Time Entry Review (100% of fees incurred)** | | | | | | **$(6,982.50)** |
| **Total Requested** | | | | | | **$703,158.25** |

---

[1] The eDiscovery** team leverages our expertise across offices to meet tight/urgent client deadlines in a timely and cost effective manner. To enable this collaborative workflow, time billed by this group is consolidated into a single line-item on the Timekeeper Summary section of client bills.

ny-1220551

# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

## ALL - Expense Summary

| Service Description | Amount |
|---|---|
| Government Fees | $135.00 |
| Travel | $9,658.44 |
| Online Research – Lexis | $1,417.50 |
| Online Research – Westlaw | $2,272.90 |
| Online Research – Other Databases | $1,179.06 |
| EDiscovery Fees | $31,571.90 |
| Court Filing Service | $1,176.00 |
| Business Meals | $602.75 |
| Travel Meals | $233.99 |
| Miscellaneous Disbursement | $30.00 |
| Meals | $65.93 |
| Transportation | $290.08 |
| **Total Requested** | **$48,633.55** |

ny-1220551

## EXHIBIT D

**Detailed Description of Expenses and Disbursements**

**MORRISON | FOERSTER**

P.O. BOX 742335
LOS ANGELES
CALIFORNIA 90074-2335

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON D.C.,
DENVER, NORTHERN VIRGINIA,
SACRAMENTO

TOKYO, BEIJING, SHANGHAI,
HONG KONG, SINGAPORE

LONDON, BRUSSELS, BERLIN

Paul Keglevic
Energy Future Holdings Corp.
1601 Bryan Street
Dallas, Texas  75201

**Taxpayer ID #** ▓▓▓▓▓▓
Invoice Number: 5496423
Invoice Date: January 27, 2016

Client/Matter Number: 073697-0000001

Matter Name:   BANKRUPTCY OF ENERGY FUTURE HOLDINGS

RE:    BANKRUPTCY OF ENERGY FUTURE HOLDINGS

*For Disbursements Incurred through November 30, 2015*

|  | U.S.Dollars |
|---|---:|
| Current Disbursements | 48,633.55 |
| **Total This Invoice** | **48,633.55** |

**Payment may be made by Electronic Funds transfer to the firm's account**

**MORRISON | FOERSTER**

Matter Number: 073697-0000001                                          Invoice Number: 5496423
Matter Name: BANKRUPTCY OF ENERGY FUTURE HOLDINGS                      Invoice Date: January 27, 2016

## Disbursement Detail

| Date | Description | Value |
|---|---|---:|
| 30-Nov-15 | On-line Research – LEXIS (NOV 1 - NOV 30) | 1,417.50 |
| 30-Nov-15 | On-line Research – WESTLAW (NOV 1 - NOV 30) | 2,272.90 |
| 30-Nov-15 | On-line Research - OTHER DATABASE (NOV 1 - NOV 30) | 1,163.60 |
| 06-Nov-15 | Miscellaneous disbursement, CourtCall, A. Lawrence, 10/28 hearing | 135.00 |
| 30-Oct-15 | Travel, train, C. Kerr, travel to hearing in Delaware, 11/2/15 | 108.00 |
| 01-Nov-15 | Travel, train, E. Richards, travel to/from Delaware for hearing, 11/2/15 | 356.00 |
| 02-Nov-15 | Travel, taxi/car service, T. Goren, ground travel home from office, 11/2/15 | 139.77 |
| 02-Nov-15 | Travel, train, T. Goren, travel to/from Delaware for hearing, 11/2/15 | 366.00 |
| 02-Nov-15 | Travel, hotel, C. Kerr, four-night stay at Hotel Dupont in Delaware, 11/2-11/5 | 1,747.60 |
| 02-Nov-15 | Travel, taxi/car service, C. Kerr, ground travel in Delaware for hearing, 11/2/15 | 10.00 |
| 02-Nov-15 | Travel, train, B. Miller, travel to Delaware for hearing, 11/3/15 | 183.00 |
| 03-Nov-15 | Travel, hotel, B. Miller, one-night stay at Hotel Dupont in Delaware, 11/3/15 | 350.00 |
| 03-Nov-15 | Travel, hotel, T. Goren, one-night stay at Hotel Dupont in Delaware, 11/3/15 | 350.00 |
| 03-Nov-15 | Travel, parking, T. Goren, parking at train station, 11/3/15 | 42.00 |
| 04-Nov-15 | Travel, taxi/car service, T. Goren, ground travel in Delaware for hearing, 11/4/15 | 9.00 |
| 04-Nov-15 | Travel, train, T. Goren, travel to/from Delaware for hearing, 11/5 - 11/6/15 | 271.00 |
| 04-Nov-15 | Travel, exchange fee, T. Goren, travel to/from Delaware for hearing, 11/6/15 | 57.00 |
| 04-Nov-15 | Travel, train, B. Miller, return travel from Delaware for hearing, 11/4/15 | 163.00 |
| 04-Nov-15 | Travel, train, B. Miller, travel to Delaware for hearing, 11/5/15 | 145.00 |
| 05-Nov-15 | Travel, hotel, B. Miller, one-night stay at Hotel Dupont in Delaware, 11/5/15 | 350.00 |
| 05-Nov-15 | Travel, hotel, T. Goren, one-night stay at Hotel Dupont in Delaware, 11/5/15 | 350.00 |
| 05-Nov-15 | Travel, parking, T. Goren, parking at train station, 11/5/15 | 42.00 |
| 06-Nov-15 | Travel, train, C. Kerr, return travel from hearing in Delaware, 11/6/15 | 183.00 |
| 06-Nov-15 | Travel, taxi/car service, C. Kerr, ground travel home from train station after hearing in Delaware, 11/6/15 | 175.30 |
| 10-Nov-15 | Travel, train, T. Goren, travel to/from Delaware for hearing, 11/12 - 11/13/15 | 308.00 |
| 10-Nov-15 | Travel, train, B. Miller, travel to/from Delaware for hearing, 11/12 - 11/13/15 | 308.00 |
| 12-Nov-15 | Travel, hotel, B. Miller, one-night stay at Hotel Dupont in Delaware, 11/12/15 | 350.00 |
| 12-Nov-15 | Travel, hotel, C. Kerr, one-night stay at Hilton in Delaware for hearing, 11/12/15 | 185.90 |
| 12-Nov-15 | Travel, train, C. Kerr, travel to/from Delaware for hearing, 11/12 - 11/13/15 | 315.00 |
| 12-Nov-15 | Travel, parking, T. Goren, parking at train station, 11/12/15 | 42.00 |
| 12-Nov-15 | Travel, hotel, T. Goren, one-night stay at Hotel Dupont in Delaware, 11/12/15 | 350.00 |
| 12-Nov-15 | Travel, taxi/car service, C. Kerr, ground travel to train station for hearing in Delaware, 11/12/15 | 172.88 |
| 13-Nov-15 | Travel, taxi/car service, C. Kerr, ground travel home from train station after hearing in Delaware, 11/13/15 | 207.96 |
| 16-Nov-15 | Travel, train, T. Goren, travel to/from Delaware for hearing, 11/19 - 11/20/15 | 327.00 |
| 17-Nov-15 | Travel, train, B. Miller, travel to/from hearing in Delaware, 11/19 - 11/20/15 | 327.00 |
| 19-Nov-15 | Travel, taxi/car service, T. Goren, ground travel in Delaware for hearing, 11/19/15 | 9.00 |
| 19-Nov-15 | Travel, parking, T. Goren, parking at train station, 11/19/15 | 21.00 |
| 19-Nov-15 | Travel, hotel, T. Goren, one-night stay at Hotel Dupont in Delaware, 11/19/15 | 350.00 |
| 19-Nov-15 | Travel, taxi/car service, B. Miller, ground travel to train station, 11/19/15 | 12.80 |
| 19-Nov-15 | Travel, taxi/car service, C. Kerr, ground travel to train station for hearing in Delaware, 11/19/15 | 172.88 |
| 19-Nov-15 | Travel, train, C. Kerr, travel to hearing in Delaware, 11/19/15 | 133.00 |
| 19-Nov-15 | Travel, train, C. Kerr, return travel from hearing in Delaware, 11/19/15 | 124.00 |
| 23-Nov-15 | Travel, train, B. Miller, travel to/from hearing in Delaware, 11/25/15 | 271.00 |
| 24-Nov-15 | Travel, train, E. Richards, travel to/from hearing in Delaware, 11/25/15 | 258.00 |

# MORRISON | FOERSTER

Matter Number: 073697-0000001  
Matter Name: BANKRUPTCY OF ENERGY FUTURE HOLDINGS

Invoice Number: 5496423  
Invoice Date: January 27, 2016

| Date | Description | Value |
|---|---|---:|
| 25-Nov-15 | Travel, taxi/car service, B. Miller, ground travel to train station, 11/25/15 | 15.35 |
| 26-Oct-15 | Local meals, S. Martin, 10/26/15, 8:01PM | 20.00 |
| 26-Oct-15 | Local meals, B. Butterfield, 10/26/15, 8:13PM | 18.92 |
| 30-Oct-15 | Local meals, S. Martin, 10/30/15, 8:46PM | 9.69 |
| 20-Nov-15 | Local meals, S. Martin, 11/20/15, 8:42PM | 17.32 |
| 09-Sep-15 | Transportation, parking, C. Kerr, 9/9/15, 9:05PM | 26.50 |
| 26-Oct-15 | Local travel, taxi/car service, S. Martin, 10/26/15, 1:08AM | 18.46 |
| 27-Oct-15 | Local travel, taxi/car service, S. Martin, 10/27/15, 1:17AM | 16.96 |
| 28-Oct-15 | Local travel, taxi/car service, S. Martin, 10/28/15, 11:27PM | 36.29 |
| 28-Oct-15 | Travel, taxi/car service, ground travel to train station, 10/28/15 | 58.64 |
| 28-Oct-15 | Local travel, taxi/car service, S. Martin, 10/28/15, 6:43AM | 24.34 |
| 29-Oct-15 | Local travel, taxi/car service, S. Martin, 10/29/15, 10:20PM | 38.87 |
| 01-Nov-15 | Transportation, parking, C. Kerr, 11/1/15, 3:29PM | 26.50 |
| 16-Nov-15 | Local travel, taxi/car service, S. Martin, 11/16/15, 9:28PM | 24.80 |
| 29-Nov-15 | Local travel, taxi/car service, S. Martin, 11/29/15, 9:00PM | 18.72 |
| 09-Nov-15 | Miscellaneous disbursement, CourtCall, T. Goren, 10/30 hearing | 30.00 |
| 31-Oct-15 | EDiscovery fees, IRIS, eDiscovery processing, Relativity support and project management for October 2015 | 16,937.47 |
| 30-Nov-15 | EDiscovery fees, IRIS, eDiscovery processing, Relativity support and project management for November 2015 | 14,634.43 |
| 03-Nov-15 | Miscellaneous disbursement, E. Richards, CourtCall, 11/3 hearing | 170.00 |
| 04-Nov-15 | Miscellaneous disbursement, E. Richards, CourtCall, 11/4 hearing | 163.00 |
| 05-Nov-15 | Miscellaneous disbursement, E. Richards, CourtCall, 11/5 hearing | 170.00 |
| 06-Nov-15 | Miscellaneous disbursement, E. Richards, CourtCall, 11/6 hearing | 177.00 |
| 12-Nov-15 | Miscellaneous disbursement, E. Richards, CourtCall, 11/12 hearing | 163.00 |
| 13-Nov-15 | Miscellaneous disbursement, E. Richards, CourtCall, 11/13 hearing | 212.00 |
| 19-Nov-15 | Miscellaneous disbursement, E. Richards, CourtCall, 11/19 hearing | 121.00 |
| 28-Oct-15 | Business meals, 10 attendees, EFH meeting, 10/28/15 | 119.64 |
| 29-Oct-15 | Business meals, 10 attendees, EFH meeting, 10/29/15 | 99.49 |
| 30-Oct-15 | Business meals, 10 attendees, EFH meeting, 10/30/15 | 119.64 |
| 30-Oct-15 | Business meals, 10 attendees, EFH meeting, 10/30/15 | 109.13 |
| 02-Nov-15 | Travel meals, E. Richards, breakfast in Delaware for hearing, 11/2/15 | 7.50 |
| 02-Nov-15 | Travel meals, E. Richards, lunch in Delaware for hearing, 11/2/15 | 7.28 |
| 06-Nov-15 | Business meals, 10 attendees, EFH meeting, 11/6/15 | 114.07 |
| 13-Nov-15 | Travel meals, T. Goren, lunch in Delaware for hearing, 11/13/15 | 26.00 |
| 02-Nov-15 | Travel meals, C. Kerr, lunch in Delaware for hearing, 11/2/15 | 40.00 |
| 03-Nov-15 | Travel meals, C. Kerr, lunch in Delaware for hearing, 11/3/15 | 20.00 |
| 03-Nov-15 | Travel meals, T. Goren, lunch in Delaware for hearing, 11/4/15 | 26.00 |
| 04-Nov-15 | Travel meals, C. Kerr, dinner in Delaware for hearing, 11/4/15 | 16.00 |
| 04-Nov-15 | Travel meals, C. Kerr, lunch in Delaware for hearing, 11/4/15 | 40.00 |
| 05-Nov-15 | Travel meals, C. Kerr, lunch in Delaware for hearing, 11/6/15 | 15.60 |
| 05-Nov-15 | Travel meals, T. Goren, lunch in Delaware for hearing, 11/5/15 | 9.50 |
| 06-Nov-15 | Travel meals, T. Goren, lunch in Delaware for hearing, 11/6/15 | 26.00 |
| 06-Nov-15 | Travel meals, T. Goren, dinner in Delaware for hearing, 11/6/15 | 12.58 |
| 06-Nov-15 | Travel meals, C. Kerr, breakfast in Delaware for hearing, 11/6/15 | 15.60 |
| 13-Nov-15 | Travel meals, C. Kerr, breakfast in Delaware for hearing, 11/13/15 | 5.00 |
| 25-Nov-15 | Travel meals, E. Richards, breakfast in Delaware for hearing, 11/25/15 | 7.71 |
| 30-Nov-15 | On-line Research - OTHER DATABASE 6375 IN RE: ENERGY FUTURE HOLDINGS 19 | 7.73 |
| 30-Nov-15 | On-line Research - OTHER DATABASE 6400 CSC TRUST CO. OF DELAWARE V. ENERGY FUTURE HOLDI 19 | 7.73 |

# MORRISON | FOERSTER

Matter Number:  073697-0000001

Matter Name:  BANKRUPTCY OF ENERGY FUTURE HOLDINGS

Invoice Number:  5496423

Invoice Date: January 27, 2016

| Date | Description | Value |
|------|-------------|-------|
| | **Current Disbursements** | **48,633.55** |

MORRISON | FOERSTER

4