## EXHIBIT A

**Statement of Fees and Expenses by Subject Matter**

| Project Category Number | Matter Description | Total Hours Billed | Total Fees Requested |
|---|---|---|---|
| 006 | Business Operations | 1.30 | $1,202.50 |
| 007 | Case Administration | 11.20 | $5,098.00 |
| 008 | Claims Administration and Objections | 7.30 | $7,082.50 |
| 010 | Employee Benefits and Pensions | 2.20 | $1,790.00 |
| 011 | Employment and Fee Applications | 4.70 | $2,899.00 |
| 014 | Other Litigation | 14.20 | $13,160.50 |
| 015 | Meetings and Communications with Creditors | 14.80 | $13,752.00 |
| 016 | Non-Working Travel | 26.60 | $22,344.50 |
| 017 | Plan and Disclosure Statement | 88.20 | $83,972.50 |
| 018 | Real Estate | 2.80 | $3,010.00 |
| 021 | Tax | 31.10 | $28,110.00 |
| 023 | Discovery | 1.40 | $1,410.00 |
| 024 | Hearings | 55.80 | $53,116.00 |
| 029 | Other Motions/Applications | 0.70 | $647.50 |
| 032 | Time Entry Review | 4.60 | $3,450.00 |
| **Total Incurred** | | **266.9** | **$241,045.00** |
| **Less Client Accommodation for Non-Working Travel (50% of fees incurred)** | | | **$(11,172.25)** |
| **Less Client Accommodation for Time Entry Review (100% of fees incurred)** | | | **$(3,450.00)** |
| **Total Requested** | | | **$226,422.75** |

| Service Description | Amount |
|---|---:|
| Filing Fees | $58.00 |
| Travel | $3,401.27 |
| Online Research – Other Database | $360.20 |
| Court Filing Service | $86.00 |
| Business Meals | $152.21 |
| Travel Meals | $9.61 |
| Miscellaneous Disbursement | $146.00 |
| Transportation | $49.73 |
| **Total Requested** | **$4,263.02** |

## <u>EXHIBIT B</u>

**Attorneys and Paraprofessionals' Information**

The Morrison & Foerster attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Goren, Todd M. | Partner | 2003 | Business Restructuring & Insolvency | $925.00 | 104.10 | $96,292.50 |
| Humphreys, Thomas A. | Partner | 1977 | Tax | $1,300.00 | 8.50 | $11,050.00 |
| Kerr, Charles L. | Partner | 1984 | Litigation | $1,100.00 | 4.60 | $5,060.00 |
| Lawrence, J. Alexander | Partner | 1996 | Litigation | $950.00 | 0.40 | $380.00 |
| Miller, Brett H. | Partner | 1992 | Business Restructuring & Insolvency | $1,075.00 | 64.70 | $69,552.50 |
| Reigersman, Remmelt A. | Partner | 2007 | Tax | $895.00 | 6.50 | $5,817.50 |
| Birkenfeld, Alexander | Associate | 2014 | Tax | $495.00 | 9.50 | $4,702.50 |
| Harris, Daniel J. | Associate | 2008 | Business Restructuring & Insolvency | $750.00 | 8.40 | $6,300.00 |
| Richards, Erica J. | Associate | 2007 | Business Restructuring & Insolvency | $760.00 | 47.30 | $35,948.00 |
| Peck, James Michael | Senior Of Counsel | 1971 | Business Restructuring & Insolvency | $1,095.00 | 2.40 | $2,628.00 |

The paraprofessionals of Morrison & Foerster who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Guido, Laura | Senior Paralegal | 8 years | Business Restructuring & Insolvency | $320.00 | 8.20 | $2,624.00 |
| Braun, Danielle Eileen | Paralegal | 2.5 years | Business Restructuring & Insolvency | $300.00 | 2.30 | $690.00 |
| **Total Incurred:** | | | | | | **$241,045.00** |
| **Less Client Accommodation for Non-Working Travel (50% of fees incurred)** | | | | | | **$(11,172.25)** |
| **Less Client Accommodation for Time Entry Review (100% of fees incurred)** | | | | | | **$(3,450.00)** |
| **Total Requested** | | | | | | **$226,422.75** |

**<u>EXHIBIT C</u>**

**Summary of Actual and Necessary Expenses for the Fee Period**

## ALL - Expense Summary

| Service Description | Amount |
|---|---|
| Filing Fees | $58.00 |
| Travel | $3,401.27 |
| Online Research – Other Database | $360.20 |
| Court Filing Service | $86.00 |
| Business Meals | $152.21 |
| Travel Meals | $9.61 |
| Miscellaneous Disbursement | $146.00 |
| Transportation | $49.73 |
| **Total Requested** | **$4,263.02** |

## **EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

# MORRISON | FOERSTER

P.O. BOX 742335
LOS ANGELES
CALIFORNIA 90074-2335

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON D.C.,
DENVER, NORTHERN VIRGINIA,
SACRAMENTO

TOKYO, BEIJING, SHANGHAI,
HONG KONG, SINGAPORE

LONDON, BRUSSELS, BERLIN

Paul Keglevic
Energy Future Holdings Corp.
1601 Bryan Street
Dallas, Texas  75201

**Taxpayer ID #** ▮▮▮▮▮▮▮
Invoice Number:  5496424
Invoice Date:  January 27, 2016

Client/Matter Number:  073697-0000001

Matter Name:   BANKRUPTCY OF
ENERGY FUTURE
HOLDINGS

RE:              BANKRUPTCY OF ENERGY FUTURE HOLDINGS

*Disbursements Incurred through December 31, 2015*

|                          | U.S.Dollars |
| ------------------------ | ----------- |
| Current Disbursements    | 4,263.02    |
| **Total This Invoice**   | **4,263.02** |

**Payment may be made by Electronic Funds transfer to the firm's account**

MORRISON | FOERSTER

Matter Number:  073697-0000001                                    Invoice Number:  5496424
Matter Name:  BANKRUPTCY OF ENERGY FUTURE HOLDINGS              Invoice Date: January 27, 2016

## Disbursement Detail

| Date | Description | Value |
|---|---|---|
| 31-Dec-15 | On-line Research - OTHER DATABASE (DEC 1-DEC 31) | 360.20 |
| 02-Dec-15 | Court filing service, A. Lawrence, CourtCall, 9/16 hearing | 58.00 |
| 01-Dec-15 | Travel, parking, T. Goren, 12/1/15, 6:20PM | 25.00 |
| 01-Dec-15 | Travel, train, B. Miller, travel to/from Delaware for hearing, 12/2/15 | 372.00 |
| 01-Dec-15 | Travel, train, T. Goren, travel to/from Delaware for hearing, 12/2/15 | 372.00 |
| 01-Dec-15 | Travel, train, T. Goren, Penn Station to Newark Station, 12/3/15 | 5.25 |
| 01-Dec-15 | Travel, train, E. Richards, travel to/from Delaware for hearing, 12/2/15 | 372.00 |
| 02-Dec-15 | Travel, train, E. Richards, travel to/from Delaware for hearing, 12/3/15 | 350.00 |
| 02-Dec-15 | Travel, train, T. Goren, return travel from hearing in Delaware, 12/2/15 | 164.00 |
| 02-Dec-15 | Travel, train, T. Goren, travel to Delaware for hearing, 12/2/15 | 186.00 |
| 02-Dec-15 | Travel, train, B. Miller, travel to/from Delaware for hearing, 12/3/15 | 350.00 |
| 02-Dec-15 | Travel, parking, T. Goren, parking at train station, 12/2/15 | 21.00 |
| 03-Dec-15 | Travel, taxi/car service, T. Goren, ground travel in Delaware for hearing, 12/3/15 | 10.00 |
| 03-Dec-15 | Travel, parking, T. Goren, parking at train station, 12/3/15 | 21.00 |
| 03-Dec-15 | Travel, taxi/car service, E. Richards, ground travel in Delaware for hearing, 12/3/15 | 10.00 |
| 03-Dec-15 | Travel, train, E. Richards, travel to/from Delaware for hearing, 12/4/15 | 271.00 |
| 08-Dec-15 | Travel, taxi/car service, T. Goren, 12/8/15, 11:53PM | 88.02 |
| 15-Dec-15 | Travel, train, T. Goren, travel to Delaware for hearing, 12/16/15 | 186.00 |
| 16-Dec-15 | Travel, train, T. Goren, return travel from Delaware for hearing, 12/16/15 | 268.00 |
| 16-Dec-15 | Travel, parking, T. Goren, parking at train station, 12/16/15 | 21.00 |
| 18-Dec-15 | Travel, train, E. Richards, travel to/from Delaware for hearing, 12/18/15 | 309.00 |
| 02-Dec-15 | Travel, taxi/car service, E. Richards, ground travel home from hearing in Delaware, 12/2/15, 10:07PM | 49.73 |
| 03-Dec-15 | Court Filing Service, T. Goren, CourtCall, 11/25 hearing | 51.00 |
| 10-Dec-15 | Miscellaneous Disbursement COURTCALL, LLC, 12/4/2015 CourtCall Appearance (T. Goren) | 37.00 |
| 28-Dec-15 | Miscellaneous Disbursement, T. Goren, CourtCall 12/18/15 | 58.00 |
| 03-Dec-15 | Court Filing Service, E. Richards, CourtCall, 12/3 hearing | 86.00 |
| 02-Dec-15 | Travel meals, E. Richards, breakfast while traveling for hearing, 12/2/15 | 9.79 |
| 02-Dec-15 | Travel meals, T. Goren, breakfast while traveling for hearing, 12/2/15 | 5.22 |
| 02-Dec-15 | Travel meals, T. Goren, lunch while in Delaware for hearing, 12/2/15 | 9.50 |
| 03-Dec-15 | Travel meals, T. Goren, lunch while in Delaware for hearing, 12/3/15 | 11.27 |
| 03-Dec-15 | Travel meals, T. Goren, breakfast while traveling for hearing, 12/3/15 | 3.83 |
| 03-Dec-15 | Travel meals, E. Richards, breakfast while traveling for hearing, 12/3/15 | 6.30 |
| 04-Dec-15 | Travel meals, E. Richards, breakfast while traveling for hearing, 12/4/15 | 6.30 |
| 04-Dec-15 | Business meals, 5 attendees, EFH meeting, 12/4/15 | 100.00 |
| 04-Dec-15 | Travel meals, E. Richards, lunch while in Delaware for hearing, 12/4/15 | 5.78 |
| 16-Dec-15 | Travel meals, T. Goren, breakfast while traveling for hearing, 12/16/15 | 3.83 |

**Current Disbursements**    **4,263.02**