# Exhibit A

**Fee Summary by Professional for the Period
September 1, 2015 through September 30, 2015**

# EFH Corp

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

## September 01, 2015 - September 30, 2015

*Bankruptcy Related Research Consultation and Transaction*

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Bradfield, Derek | Partner/Principal | $720.00 | 3.6 | $2,592.00 |
| Carr, Vickie | Partner/Principal | $720.00 | 0.5 | $360.00 |
| Halfacre, Dean | Partner/Principal | $720.00 | 7.4 | $5,328.00 |
| Hoffman, David | Partner/Principal | $720.00 | 3.7 | $2,664.00 |
| Kilkenny, Tom | Partner/Principal | $720.00 | 1.2 | $864.00 |
| Kushner, Jonathan | Partner/Principal | $720.00 | 19.4 | $13,968.00 |
| Mitrovich, Lisa | Partner/Principal | $720.00 | 3.1 | $2,232.00 |
| Parker, Matt | Partner/Principal | $720.00 | 30.0 | $21,600.00 |
| Poindexter, Heath | Partner/Principal | $720.00 | 2.4 | $1,728.00 |
| Stokx, Randy | Partner/Principal | $720.00 | 67.0 | $48,240.00 |
| Wegener, Steve | Partner/Principal | $720.00 | 1.0 | $720.00 |
| Favor, Rick | Director | $720.00 | 6.5 | $4,680.00 |
| Handler, Benjamin | Senior Manager | $620.00 | 12.4 | $7,688.00 |
| Hickl, Jeff | Senior Manager | $620.00 | 4.0 | $2,480.00 |
| Dolan, Kaycee | Manager | $540.00 | 0.7 | $378.00 |
| Furry, Margaret | Manager | $540.00 | 10.2 | $5,508.00 |
| Heath, John | Manager | $540.00 | 1.5 | $810.00 |
| Butler, Mike | Senior Consultant | $425.00 | 4.8 | $2,040.00 |
| **Professional Subtotal:** | | | **179.4** | **$123,880.00** |

# EFH Corp
# Deloitte & Touche LLP
# Fees Sorted by Category for the Fee Period
# September 01, 2015 - September 30, 2015

*Financial Statement Audit and Related Services*

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Barton, Doug | Partner/Principal | $365.00 | 0.8 | $292.00 |
| Becker, Paul | Partner/Principal | $365.00 | 1.1 | $401.50 |
| Benesh, Kay | Partner/Principal | $365.00 | 1.1 | $401.50 |
| Carr, Vickie | Partner/Principal | $365.00 | 4.5 | $1,642.50 |
| Clark, Brian | Partner/Principal | $365.00 | 1.1 | $401.50 |
| Kilkenny, Tom | Partner/Principal | $365.00 | 5.8 | $2,117.00 |
| Mano, Patrice | Partner/Principal | $365.00 | 1.0 | $365.00 |
| Odom, Dan | Partner/Principal | $365.00 | 1.1 | $401.50 |
| Parker, Matt | Partner/Principal | $365.00 | 56.5 | $20,622.50 |
| Poindexter, Heath | Partner/Principal | $365.00 | 5.0 | $1,825.00 |
| Stokx, Randy | Partner/Principal | $365.00 | 39.7 | $14,490.50 |
| Wahrman, Julie | Partner/Principal | $365.00 | 50.8 | $18,542.00 |
| Wiltsie, Karen | Partner/Principal | $365.00 | 0.4 | $146.00 |
| Winger, Julie | Partner/Principal | $365.00 | 0.4 | $146.00 |
| Biltz, Meredith | Director | $365.00 | 0.5 | $182.50 |
| Craig, Valerie | Director | $365.00 | 114.2 | $41,683.00 |
| Favor, Rick | Director | $365.00 | 19.4 | $7,081.00 |
| Sasso, Anthony | Director | $365.00 | 1.5 | $547.50 |
| Becker, Christina | Senior Manager | $290.00 | 1.8 | $522.00 |
| Bowers, Rachel | Senior Manager | $290.00 | 77.8 | $22,562.00 |
| Groves, Amy | Senior Manager | $290.00 | 0.6 | $174.00 |
| Hickl, Jeff | Senior Manager | $290.00 | 28.2 | $8,178.00 |
| Stafford, Ted | Senior Manager | $290.00 | 1.5 | $435.00 |
| Freeman, Mike | Manager | $265.00 | 123.6 | $32,754.00 |
| Harold, Matt | Manager | $265.00 | 1.0 | $265.00 |
| Kidd, Erin | Manager | $265.00 | 57.9 | $15,343.50 |
| Morehead, David | Manager | $265.00 | 130.3 | $34,529.50 |
| Murawski, Bryan | Manager | $265.00 | 61.1 | $16,191.50 |
| Powell, Clayton | Manager | $265.00 | 1.7 | $450.50 |
| Salch, Ryan | Manager | $265.00 | 10.0 | $2,650.00 |
| Babanova, Maria | Senior Consultant | $215.00 | 101.3 | $21,779.50 |
| Brunson, Steve | Senior Consultant | $215.00 | 152.0 | $32,680.00 |
| Casey, Chris | Senior Consultant | $215.00 | 139.2 | $29,928.00 |
| Coetzee, Rachelle | Senior Consultant | $215.00 | 24.0 | $5,160.00 |
| Evetts, Erin | Senior Consultant | $215.00 | 41.8 | $8,987.00 |
| Henry, Diane | Senior Consultant | $215.00 | 151.6 | $32,594.00 |
| Reynolds, Matt | Senior Consultant | $215.00 | 99.7 | $21,435.50 |

# EFH Corp

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

## September 01, 2015 - September 30, 2015

*Financial Statement Audit and Related Services*

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Continued | | | | |
| Schneider, Stephen | Senior Consultant | $215.00 | 59.4 | $12,771.00 |
| Twigge, Daniel | Senior Consultant | $215.00 | 115.9 | $24,918.50 |
| Yadav, Devavrata | Senior Consultant | $215.00 | 40.9 | $8,793.50 |
| Arora, Shriya | Consultant | $175.00 | 18.0 | $3,150.00 |
| Baylis, Jessica | Consultant | $175.00 | 106.1 | $18,567.50 |
| Chesser, Taylor | Consultant | $175.00 | 9.6 | $1,680.00 |
| Dhamaniya, Shashank | Consultant | $175.00 | 2.5 | $437.50 |
| Gupta, Malvi | Consultant | $175.00 | 9.0 | $1,575.00 |
| Loharuka, Vijeta | Consultant | $175.00 | 4.5 | $787.50 |
| Nasa, Srishti | Consultant | $175.00 | 1.0 | $175.00 |
| Pansari, Anubhav | Consultant | $175.00 | 94.2 | $16,485.00 |
| Persons, Hillary | Consultant | $175.00 | 100.4 | $17,570.00 |
| Pothoulakis, Tony | Consultant | $175.00 | 138.2 | $24,185.00 |
| Saini, Sonali | Consultant | $175.00 | 7.0 | $1,225.00 |
| Stevenson, Chad | Consultant | $175.00 | 86.1 | $15,067.50 |
| **Professional Subtotal:** | | | **2,302.8** | **$545,295.50** |

# EFH Corp

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

## September 01, 2015 - September 30, 2015

*Non-Working Travel*

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Favor, Rick | Director | $365.00 | 6.0 | $2,190.00 |
| Hickl, Jeff | Senior Manager | $290.00 | 15.5 | $4,495.00 |
| **Professional Subtotal:** | | | **21.5** | **$6,685.00** |

| Adjustment | | | | |
|---|---|---|---|---:|
| Less 50% Non-Working Travel Deduction | | | | ($3,342.50) |
| **Total** | | | | **$3,342.50** |

# EFH Corp

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

## September 01, 2015 - September 30, 2015

*Preparation of Fee Applications*

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| Murawski, Bryan | Manager | $265.00 | 8.3 | $2,199.50 |
| Gutierrez, Dalia | Project Controller | $175.00 | 44.1 | $7,717.50 |
| **Professional Subtotal:** | | | **52.4** | **$9,917.00** |