UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,<br><br>Debtors. | Chapter 11<br>Case No. 14-10979-CSS<br>(Jointly Administered) |
| DELAWARE TRUST COMPANY, as TCEH First Lien Indenture Trustee,<br><br>Plaintiff,<br><br>-against-<br><br>WILMINGTON TRUST, N.A., as First Lien Collateral Agent and First Lien Administrative Agent, *et al.*,<br><br>Defendants. | Adversary Proceeding<br>No. 15-51239-CSS |

**ORDER APPROVING STIPULATION POSTPONING REFERRAL TO MEDIATION AND APPOINTMENT OF MEDIATOR**

**AND NOW** upon consideration of the Stipulation Postponing Referral to Mediation and Appointment of Mediator (the "Stipulation")[1], a copy of which is attached hereto as Exhibit 1; Defendants Titan, J. Aron, and Morgan Stanley each having agreed to the provisions of the Stipulation and the Plaintiff, Defendant Wilmington Trust, N.A, as First Lien Collateral Agent, and Defendant Wilmington Trust, N.A., as First Lien Administrative Agent having been provided a copy, and having taken no position; and the Court having determined that good and adequate cause exists for approval of the Stipulation; it is hereby

---

[1] Capitalized terms not otherwise defined in this Order shall have the meanings provided in the Stipulation.

**ORDERED** that the Stipulation is **APPROVED**, and that any applicable deadline for the referral of this Adversary Proceeding to any mediation and/or for the parties to stipulate to the appointment of a mediator is hereby postponed without date pending the Court's adjudication of the Dispositive Motions, and pending further order of the Court.

Dated: _____1/28_____, 2016

BY THE COURT:

The Honorable Christopher S. Sontchi,
United States Bankruptcy Judge