# EXHIBIT 1

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,<br><br>Debtors. | Chapter 11<br>Case No. 14-10979-CSS<br>(Jointly Administered) |
| DELAWARE TRUST COMPANY, as TCEH First Lien Indenture Trustee,<br><br>Plaintiff,<br><br>-against-<br><br>WILMINGTON TRUST, N.A., as First Lien Collateral Agent and First Lien Administrative Agent, *et al.*,<br><br>Defendants. | Adversary Proceeding<br>No. 15-51239-CSS |

**STIPULATION POSTPONING REFERRAL TO MEDIATION
AND APPOINTMENT OF MEDIATOR**

This Stipulation (the "Stipulation") is entered into by and between Titan Investment Holdings LP ("Titan"), Morgan Stanley Capital Group Inc. ("Morgan Stanley"), and J. Aron & Company ("J. Aron"), three of the defendants (the "Defendants") in the above-captioned adversary proceeding (the "Adversary Proceeding"), with reference to the following facts and recitals:

1. On September 1, 2015, the United States District Court for the District of Delaware referred this Adversary Proceeding to the United States Bankruptcy Court for the District of Delaware (the "Court").

2. On September 22, 2015, the Court entered an order approving a certain Stipulation to Establish Pleading and Briefing Deadlines entered into by all of the parties to the Adversary Proceeding, (the "Parties"), pursuant to which the Court approved a schedule to which

the Parties had agreed setting out deadlines for the filing of a first amended complaint, answers to that complaint, and dispositive motions and related pleadings. The Court's order stated that oral argument on the dispositive motions would "take place on a date to be determined after the submission of a certification of completion of briefing."

3. On September 22, 2015, the Plaintiff filed a First Amended Complaint (the "First Amended Complaint").

4. On September 30, 2015, the Defendants each filed answers to the First Amended Complaint.

5. On October 9, 2015, Morgan Stanley and J. Aron filed a Joint Motion for Judgment on the Pleadings; Titan filed a Motion for Judgment on the Pleadings; and the Plaintiff filed a Motion for Partial Judgment on the Pleadings or, in the Alternative, Partial Summary Judgment (together, along with all supporting and/or accompanying documents, the "Dispositive Motions"). The Dispositive Motions are fully briefed and pending before the Court.

6. On November 4, 2015, Titan, J. Aron, and Morgan Stanley filed a letter with the Court requesting that the Court schedule a hearing date as soon as possible on the Dispositive Motions.

7. On November 11, 2015, the Plaintiff filed a Notice of Completion of Briefing regarding the Dispositive Motions. The Court has not yet ruled, or set a date for oral argument, on the Dispositive Motions.

8. A deadline of January 28, 2016 was entered by the Clerk of the Court for the appointment of a mediator and/or the referral of this Adversary Proceeding to mediation ("Mediation") when the Defendants filed their respective answers on September 30, 2015.

9. Titan, J. Aron, and Morgan Stanley have conferred and agree that because their respective Dispositive Motions are still pending, Mediation would not be appropriate at this time. Accordingly, they believe that any Mediation should be postponed without date, pending the Court's adjudication of the Dispositive Motions.

10. The Dispositive Motions seek a determination of the proper allocation method for distributions under the Sixth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 6123] (the "Plan") and adequate protection payments pursuant to the Order (Final) (a) Authorizing Use of Cash Collateral for Texas Competitive Electric Holdings Company LLC and Certain of its Debtor Affiliates, (b) Granting Adequate Protection, and (c) Modifying the Automatic Stay [D.I. 855] (the "Cash Collateral Order") among Holders of TCEH First Lien Claims.[1] The Plan provides that if this dispute has not been resolved by the Effective Date of the Plan, any disputed amounts must be held in a reserve established by the TCEH Debtors. Establishment of this reserve, which requires the agreement of several parties with respect to the amount of the reserve, may unduly delay final distributions under the Plan. It is therefore desirable and most efficient to obtain an expeditious resolution to the claims and to avoid the need for the TCEH Debtors to establish a reserve for disputed Plan distributions.

**NOW, THEREFORE**, Titan, J. Aron, and Morgan Stanley intending to be legally bound subject to Court approval, and for good and valuable consideration the receipt of which is hereby acknowledged, agree as follows:

1. The recitals set forth above are incorporated herein by reference.

2. Titan, J. Aron, and Morgan Stanley agree to the postponement without date of any

---

[1] Terms used but not defined herein have the meaning given to them in the Plan.

Mediation in this Adversary Proceeding, pending the Court's adjudication of the Dispositive Motions.

Dated: January 27, 2016                COZEN O'CONNOR

By: /s/ Simon E. Fraser
Mark E. Felger (No. 3919)
Simon E. Fraser (No. 5335)
1201 North Market Street, Suite 1001
Wilmington, DE 19801
Telephone: (302) 295-2011
Fascimile: (215) 701-2260
Email: mfelger@cozen.com
Email: sfraser@cozen.com

-AND-

CLEARY GOTTLIEB STEEN & HAMILTON LLP
Thomas J. Moloney (admitted *pro hac vice*)
Sean A. O'Neal (admitted *pro hac vice*)
Humayun Khalid (admitted *pro hac vice*)
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Fascimile: (212) 225-3999
Email: tmoloney@cgsh.com
Email: soneal@cgsh.com
Email: hkhalid@cgsh.com

*Counsel for J. Aron & Company*

Dated: January 27, 2016                DLA PIPER LLP (US)


By: /s/ *Ashley R. Altschuler*
Ashley R. Altschuler (No. 3803)
R. Craig Martin (No. 5032)
Scott Czerwonka (No. 4844)
1201 North Market Street, Suite 2100
Wilmington, DE 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
ashley.altschuler@dlapiper.com
craig.martin@dlapiper.com
scott.czerwonka@dlapiper.com

-AND-

CADWALADER, WICKERSHAM & TAFT LLP
Howard R Hawkins, Jr. (admitted *pro hac vice*)
Ellen M. Halstead (admitted *pro hac vice*)
Michele Maman (admitted *pro hac vice*)
Thomas J. Curtin (admitted *pro hac vice*)
One World Financial Center
New York, New York 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666
howard.hawkins@cwt.com
ellen.halstead@cwt.com
michele.maman@cwt.com
thomas.curtin@cwt.com

Mark C. Ellenberg (admitted *pro hac vice*)
700 Sixth Street, NW
Washington, DC 20001
Telephone: (202) 862-2200
Facsimile: (202) 862-2400
mark.ellenberg@cwt.com

*Counsel for Morgan Stanley Capital Group Inc.*

Dated: January 27, 2016

ROSS ARONSTAM & MORITZ LLP

By: */s/ Bradley R. Aronstam*
Bradley R. Aronstam (No. 5129)
Benjamin J. Schladweiler (No. 4601)
100 S. West Street
Suite 400
Wilmington, DE 19801
Telephone: (302) 576-1600
baronstam@ramllp.com
bschladweiler@ramllp.com

-AND-

WEIL, GOTSHAL & MANGES LLP
Ronit J. Berkovich
Salvatore Romanello
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Salvatore.romanello@weil.com

*Attorneys for Titan Investment Holding LP
and Titan Indemnity Company*