## Exhibit A

**Stroz Friedberg Invoices**

# STROZ FRIEDBERG

**Bill To:**

Dan Kelly
Energy Future Holdings
1601 Bryan Street
43rd Floor
Dallas, TX 75201

| | |
|---|---|
| **Invoice Date:** | May 31, 2015 |
| **Invoice No.:** | 88384 |
| **Client/Matter No.:** | 0894:0007 |
| **Matter Name:** | ▉ |
| **Engagement Mgr:** | Erin Nealy Cox |
| **Terms:** | Due Upon Receipt |

### *Overview of Account*

**\*\*Charges for the period ending May 31, 2015\*\***

| | | |
|---|---|---:|
| Hourly Fees: | $ | 116,531.25 |
| Other Fees: | | 8,080.00 |
| Expenses: | | 31.26 |
| Sales Tax: | | 0.00 |
| Retainer and Payments Applied: | | - 0.00 |
| **Total charges for the period ending May 31, 2015 (in U.S. Dollars)** | **$** | **124,642.51** |

**Please Remit Wire Payments To:**

JP Morgan Chase
ABA/Routing No. 021-000021
Account No. 441613064165
SWIFT Code CHASUS33
The Chase Manhattan Bank
214 Broadway
New York, NY 10038
212.935.9935

**Please Remit Check Payments To:**

Stroz Friedberg, LLC
PO Box 975348
Dallas, TX 75397-5348

*Please make checks payable to Stroz Friedberg, LLC

Stroz Friedberg, LLC. 32 Avenue of the Americas, 4th Floor, New York, NY 10013
EIN: 13-4103664
Accounting Contact: Tel: 212.981.6540 Fax: 212.624.0251 Email: ar@strozfriedberg.com

# STROZ FRIEDBERG

*--Summary of Services Rendered—*

| Hourly Fees Summary by Timekeeper | | |
|---|---|---|
| **Timekeeper** | **Hours** | **Amount** |
| Work performed by Christina Lee | 0.25 | $51.25 |
| Work performed by Christine Casey | 15.00 | 6,525.00 |
| Work performed by Daniel Spicer | 9.25 | 2,475.00 |
| Work performed by Hope Swancy-Haslam | 15.50 | 4,200.00 |
| Work performed by Imran Khan | 8.00 | 2,475.00 |
| Work performed by Jessica Smith | 19.75 | 9,025.00 |
| Work performed by Joshua Spiler | 2.00 | 900.00 |
| Work performed by Julie Trausch | 0.75 | 153.75 |
| Work performed by Lance Nudd | 0.50 | 237.50 |
| Work performed by Marissa Desposati | 0.25 | 51.25 |
| Work performed by Michael Gurney | 26.50 | 8,225.00 |
| Work performed by Rachel Ratcliff | 15.00 | 7,875.00 |
| Work performed by Ryan Benson | 53.00 | 25,175.00 |
| Work performed by Shayla Milliner | 103.50 | 49,162.50 |
| **Subtotal of Hours and Fees:** | **269.25** | **$116,531.25** |

| Other Fees Summary | | |
|---|---|---|
| **Narrative** | **Quantity** | **Amount** |
| Thumb Drive(s) <32 GBs | 1.00 | $50.00 |
| Forensic Hard Drives: 2 @ 1 TBs or less; 2 @ 3 TBs & 3 @ 4 TBs | 7.00 | 1,945.00 |
| Forensic Computer Machine Time | 43.00 | 4,085.00 |
| Archive360 - Work on Mimosa matter on 5/12 | | 2,000.00 |
| **Subtotal of Other Fees:** | | **$8,080.00** |

| Expenses Summary | |
|---|---|
| **Description** | **Amount** |
| Postage and Delivery | $31.26 |
| **Subtotal of Expenses:** | **$31.26** |

# STROZ FRIEDBERG

*--Detail of services rendered for the period ending May 31, 2015--*

### Hourly Fee Details

| Date | Timekeeper | Narrative | Hours | Amount |
|------|-----------|-----------|-------|--------|
| 05/01/15 | D. Spicer | ███████████████████ | 1.25 | $562.50 |
| 05/01/15 | D. Spicer | Travel to and from client site to ████████ (comp'd per EM). | 1.50 | 0.00 |
| 05/01/15 | J. Smith | Supervise and assist with ████████ and analysis requested by client (comp'd per EM). | 0.75 | 0.00 |
| 05/01/15 | R. Ratcliff | Calls, correspondence and planning with internal team re: project status and follow-ups; correspondence with client re: ████ next steps; analysis and planning re: same. | 1.50 | 787.50 |
| 05/01/15 | S. Milliner | Internal discussion re: new tasks and review of client provided material. Participate in teleconference with client. ████████ ████████ Analyze data | 5.25 | 2,493.75 |
| 05/02/15 | D. Spicer | ████████████████████ | 0.25 | 112.50 |
| 05/02/15 | D. Spicer | Travel to and from client site to ████████ (comp'd per EM). | 1.25 | 0.00 |
| 05/04/15 | C. Lee | Update ████████████████ | 0.25 | 51.25 |
| 05/04/15 | D. Spicer | Verified ████████;  Began ████████ | 1.00 | 450.00 |
| 05/04/15 | D. Spicer | Travel to and from client site to support ████████ | 1.50 | 675.00 |
| 05/04/15 | J. Smith | Supervise and assist with ████████ and analysis requested by client. | 1.75 | 831.25 |
| 05/04/15 | M. Gurney | Set up ████████████████. | 4.00 | 1,400.00 |
| 05/04/15 | R. Ratcliff | Calls and correspondence with internal team, client re: case status and next steps; review hard copy documents provided by ████████ (1 hour comp'd per EM). | 1.00 | 525.00 |
| 05/04/15 | S. Milliner | Internal discussion re: new tasks and review of client provided material. Continue to review client provided material and data from ████ | 2.75 | 1,306.25 |

# STROZ FRIEDBERG

| Date | Timekeeper | Narrative | Hours | Amount |
|------|-----------|-----------|-------|--------|
| 05/05/15 | D. Spicer | Verified ███████████████; Began ███████████████████████ | 0.50 | 225.00 |
| 05/05/15 | M. Gurney | Become familiar with ████████████ ████████████ | 3.00 | 1,050.00 |
| 05/05/15 | R. Ratcliff | Calls and correspondence with client, internal team re███████████████, and ██████████████ review emails ███████████ | 1.25 | 656.25 |
| 05/05/15 | S. Milliner | Logistical tasks in support of ██████ meeting. Internal discussions re: status update. Continue to review client provided material ████████████ (1 hour comp'd per EM). | 4.00 | 1,900.00 |
| 05/06/15 | J. Smith | Supervise and assist with ███████████ and analysis requested by client. | 1.00 | 475.00 |
| 05/06/15 | M. Gurney | Become familiar with ███████████████ (comp'd per EM). | 3.00 | 0.00 |
| 05/06/15 | R. Ratcliff | Correspondence with client, internal team re: ████████████████ | 0.25 | 131.25 |
| 05/06/15 | S. Milliner | Internal discussions re: status update. Continue to review client provided material and data from ██████ █. Review and respond to emails re: ██████ meeting.  Telcall with client re: ██████ meeting. Continue to work with ████████████ and analyze results. | 5.00 | 2,375.00 |
| 05/07/15 | D. Spicer | Kicked off █████████████ (comp'd per EM). | 1.00 | 0.00 |
| 05/07/15 | J. Smith | Supervise and assist with ███████████ and analysis requested by client. Telcall with client. | 2.00 | 950.00 |
| 05/07/15 | M. Gurney | Become familiar with ████████████████████. | 3.00 | 1,050.00 |
| 05/07/15 | S. Milliner | Internal discussions re: status update. Prepare and participate in teleconference with client re: ██████. Review emails re: ████████████████. Continue to review client provided material. | 3.00 | 1,425.00 |
| 05/08/15 | D. Spicer | Continued ██████████████ | 1.00 | 450.00 |
| 05/08/15 | H. Swancy-Haslam | Prepare for internal planning call in advance of EFH call with ████████ Participate in weekly update call with ████████ (comp'd per EM). | 3.00 | 0.00 |

# STROZ FRIEDBERG

| Date | Timekeeper | Narrative | Hours | Amount |
|------|-----------|-----------|-------|--------|
| 05/08/15 | J. Smith | Supervise and assist with ▮▮▮▮▮▮▮▮ and analysis requested by client. Telcall with client. | 4.75 | 2,256.25 |
| 05/08/15 | J. Spiler | Construct ▮▮▮▮▮▮▮ | 2.00 | 900.00 |
| 05/08/15 | M. Gurney | Become familiar with ▮▮▮▮▮▮▮▮▮▮ (2 hours comp'd per EM). | 1.00 | 350.00 |
| 05/08/15 | R. Ratcliff | Calls and correspondence with client, internal team re: ▮▮▮▮▮▮▮▮ and review, ▮▮▮▮▮▮▮, and next steps (1 hour comp'd per EM). | 1.50 | 787.50 |
| 05/08/15 | S. Milliner | Internal discussions re: status update. Continue to review client provided material and update ▮▮▮▮ Review and respond to emails re: ▮▮▮ meeting. | 5.75 | 2,731.25 |
| 05/09/15 | H. Swancy-Haslam | Review update emails received from Kevin Lamberth (comp'd per EM). | 0.50 | 262.50 |
| 05/11/15 | H. Swancy-Haslam | Review updates from Kevin Lamberth relating to ▮▮▮▮▮▮▮▮▮▮ Held call with ▮▮▮▮▮▮ to discuss consulting options for ▮▮▮▮ Prepare summary of call for EFH SF Team, including SW. Quick huddle via email with internal team, et al on Kevin Lamberth's update regarding ▮▮▮▮▮ | 3.00 | 1,575.00 |
| 05/11/15 | I. Khan | Worked on creating ▮▮▮▮▮▮▮▮▮▮ | 1.50 | 675.00 |
| 05/11/15 | J. Smith | Supervise and assist with ▮▮▮▮▮▮ and analysis requested by client (1 hour comp'd per EM). | 0.50 | 237.50 |
| 05/11/15 | J. Trausch | ▮▮▮▮▮▮▮▮▮▮ | 0.25 | 51.25 |
| 05/11/15 | L. Nudd | Coordinate staffing for matter. | 0.25 | 118.75 |
| 05/11/15 | M. Gurney | Become familiar with ▮▮▮▮▮▮▮▮ | 3.00 | 1,050.00 |
| 05/11/15 | R. Ratcliff | call to ▮▮▮▮ re: interview; correspondence with client, internal team ▮▮▮▮▮▮; analysis and planning re: same | 0.75 | 393.75 |

# STROZ FRIEDBERG

| Date | Timekeeper | Narrative | Hours | Amount |
|------|-----------|-----------|-------|--------|
| 05/11/15 | S. Milliner | Continue to work with ▮▮▮ and analyze results. Continue to review client provided material and update ▮▮▮. Attend teleconference re: ▮▮▮ | 6.00 | 2,850.00 |
| 05/12/15 | C. Casey | Participate in call to discuss ▮▮▮ ▮▮▮ (comp'd per EM). | 0.50 | 0.00 |
| 05/12/15 | H. Swancy-Haslam | Prepare for and participate in internal call regarding ▮▮▮. Prepare for and participate in call with EFH team (Matt Murphy) to get an update on ▮▮▮ and get a summary of conclusions ▮▮▮. Review of ▮▮▮ Review consulting quote from ▮▮▮ (comp'd per EM). | 3.50 | 0.00 |
| 05/12/15 | I. Khan | ▮▮▮ (comp'd per EM). | 2.00 | 0.00 |
| 05/12/15 | J. Smith | Supervise and assist with ▮▮▮ and analysis requested by client. | 1.25 | 593.75 |
| 05/12/15 | L. Nudd | Coordinate assistance for DC office. | 0.25 | 118.75 |
| 05/12/15 | M. Gurney | Become familiar with ▮▮▮ ▮▮▮ | 3.50 | 1,225.00 |
| 05/12/15 | R. Ratcliff | Calls and correspondence with client and internal team re: call with ▮▮▮; planning re: ▮▮▮ | 2.00 | 1,050.00 |
| 05/12/15 | R. Benson | Initial sync call and background research on ▮▮▮ | 2.00 | 950.00 |
| 05/12/15 | S. Milliner | Internal discussions re: status update. Prepare for and participate in telcall with client re: ▮▮▮ ▮▮▮ Continue to review client provided material and ▮▮▮. (2 hours comp'd per EM). | 6.00 | 2,850.00 |
| 05/13/15 | C. Casey | Participate in call with ▮▮▮ ▮▮▮ | 0.50 | 225.00 |
| 05/13/15 | I. Khan | ▮▮▮ | 0.50 | 0.00 |
| 05/13/15 | M. Gurney | Give a overview of ▮▮▮ to fellow associates, ▮▮▮ (2 hours comp'd per EM). | 1.00 | 350.00 |

# STROZ FRIEDBERG

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 05/13/15 | R. Ratcliff | Call to ▮▮▮, planning re: same; correspondence with client re: ▮▮▮ | 0.50 | 262.50 |
| 05/13/15 | R. Benson | Meeting with Michael to go over his findings on ▮▮▮ | 6.00 | 2,850.00 |
| 05/13/15 | S. Milliner | Prepare for telcall with ▮▮▮. Continue to work with ▮▮▮ and analyze results. Continue to review client provided material ▮▮▮ | 6.50 | 3,087.50 |
| 05/14/15 | J. Smith | Manage ▮▮▮ | 0.50 | 237.50 |
| 05/14/15 | M. Gurney | Load ▮▮▮ | 3.00 | 1,050.00 |
| 05/14/15 | R. Ratcliff | Planning with internal team re: ▮▮▮ correspondence re: same. | 0.50 | 262.50 |
| 05/14/15 | R. Benson | Investigating ▮▮▮ | 6.00 | 2,850.00 |
| 05/14/15 | S. Milliner | Continue to work with ▮▮▮ and analyze results. Continue to review client provided material ▮▮▮ (2 hours comp'd per EM). | 5.00 | 2,375.00 |
| 05/15/15 | H. Swancy-Haslam | Participated in internal SF team  call to prepare for weekly EFH management call. Participated in weekly EFH management call to update on ▮▮▮ (1 hour comp'd per EM). | 1.00 | 525.00 |
| 05/15/15 | M. Desposati | Input ▮▮▮. Update ▮▮▮ | 0.25 | 51.25 |
| 05/15/15 | M. Gurney | Run ▮▮▮ | 1.00 | 350.00 |
| 05/15/15 | R. Ratcliff | Interview call with ▮▮▮; planning with internal team re: same; calls and correspondence with internal team, client re: project status and next steps; analysis and planning re: same. | 1.75 | 918.75 |
| 05/15/15 | R. Benson | Building ▮▮▮; administrative tasks. | 1.50 | 712.50 |

# STROZ FRIEDBERG

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 05/15/15 | S. Milliner | Continue to update and review ████. Review client provided documentation. Prepare for and participate in telcall with ████. Internal discussions re: status update. Continue to work with<br><br>Prepare for and participate in telcall with client. | 8.75 | 4,156.25 |
| 05/18/15 | H. Swancy-Haslam | Prepared for call with ████ ████ to plan for review of ████ | 1.00 | 525.00 |
| 05/18/15 | I. Khan | ████ | 0.50 | 225.00 |
| 05/18/15 | J. Trausch | ████ | 0.50 | 102.50 |
| 05/18/15 | M. Gurney | Assist with transition ████ | 1.00 | 350.00 |
| 05/18/15 | R. Ratcliff | Correspondence with client, planning with internal team re: ████ | 0.50 | 262.50 |
| 05/18/15 | R. Benson | Call with other ████ | 1.50 | 712.50 |
| 05/18/15 | S. Milliner | Continue to analyze ████<br>Prepare for call with ████.<br>Confer with I. Khan re: | 4.00 | 1,900.00 |
| 05/19/15 | C. Casey | Export out ████<br>Participate in call with M. Chapman to discuss ████ | 2.25 | 1,012.50 |
| 05/19/15 | H. Swancy-Haslam | Prepare for and kick-off consulting call with ████ ████ Shayla, and other SF DC team members. | 1.50 | 787.50 |
| 05/19/15 | I. Khan | ████ | 1.50 | 675.00 |
| 05/19/15 | R. Benson | ████<br>(2 hours comp'd per EM). | 6.00 | 2,850.00 |

# STROZ FRIEDBERG

| Date | Timekeeper | Narrative | Hours | Amount |
|------|-----------|-----------|-------|--------|
| 05/19/15 | S. Milliner | Prepare for and participate in call with M. Chapman re: ▮▮▮▮ Internal discussions re: status update. Continue to analyze ▮▮▮▮ and results. Work with I. Khan re: ▮▮▮▮ (1 hour comp'd per EM). | 6.25 | 2,968.75 |
| 05/20/15 | H. Swancy-Haslam | Participated in an internal SF team call to discuss prior day's call with ▮▮▮▮ | 1.00 | 525.00 |
| 05/20/15 | H. Swancy-Haslam | Review email exchanges between SF and EFH teams in preparation for weekly EFH call (comp'd per EM). | 1.00 | 0.00 |
| 05/20/15 | I. Khan | Ran ▮▮▮▮ | 1.00 | 450.00 |
| 05/20/15 | J. Smith | Supervise ▮▮▮▮. Assist with counsel requests. | 1.00 | 475.00 |
| 05/20/15 | R. Ratcliff | Review ▮▮▮▮; concall with internal team re: ▮▮▮▮ | 1.00 | 525.00 |
| 05/20/15 | R. Benson | ▮▮▮▮ | 6.00 | 2,850.00 |
| 05/20/15 | S. Milliner | Continue to analyze ▮▮▮▮ and results. Internal call re: status update.  Preliminary review of ▮▮▮▮ | 6.25 | 2,968.75 |
| 05/21/15 | C. Casey | Read over client provided materials ▮▮▮▮ | 2.25 | 1,012.50 |
| 05/21/15 | I. Khan | ▮▮▮▮ | 1.00 | 450.00 |
| 05/21/15 | R. Ratcliff | Preparation for and participation in concall with client and counsel re: ▮▮▮▮. | 1.00 | 525.00 |
| 05/21/15 | R. Benson | Analyzing ▮▮▮▮; working on ▮▮▮▮ | 6.00 | 2,850.00 |
| 05/21/15 | S. Milliner | Prepare for and participate in call with client. (2 hours comp'd per EM) | 2.50 | 1,187.50 |
| 05/22/15 | C. Casey | Run ▮▮▮▮ | 1.50 | 675.00 |

# STROZ FRIEDBERG

| Date | Timekeeper | Narrative | Hours | Amount |
|------|-----------|-----------|-------|--------|
| 05/22/15 | R. Benson | Working on ███████, giving feedback on ████████. | 4.00 | 1,900.00 |
| 05/22/15 | S. Milliner | Continue to analyze ████████. Internal call re: status update. Continue to work on collecting client provided materials. | 3.00 | 1,425.00 |
| 05/26/15 | C. Casey | Run ████████████. | 0.50 | 225.00 |
| 05/26/15 | J. Smith | Supervise █████████. Assist with counsel requests (1 hour comp'd per EM). | 1.00 | 475.00 |
| 05/26/15 | R. Ratcliff | Correspondence with counsel, internal team re: ████████; planning re: same. | 0.50 | 262.50 |
| 05/26/15 | R. Benson | Finishing timeline of Capax actions. | 4.00 | 1,900.00 |
| 05/26/15 | S. Milliner | Continue to analyze ████████ and results. Internal call re: status update. Continue to work on collecting client provided materials. | 3.50 | 1,662.50 |
| 05/27/15 | C. Casey | Set up ████████. Review and ████████. | 2.50 | 1,125.00 |
| 05/27/15 | J. Smith | Supervise ████████. Assist with counsel requests. | 1.75 | 831.25 |
| 05/27/15 | R. Benson | Emails, ████████. | 1.00 | 475.00 |
| 05/27/15 | S. Milliner | Continue to analyze ████████ and results. Internal calls re: status update and ████████ | 4.50 | 2,137.50 |
| 05/28/15 | C. Casey | Revise ████████ S. Milliner and R. Benson.  Review ████████. | 4.00 | 1,800.00 |
| 05/28/15 | J. Smith | Supervise ████████. Assist with counsel requests. | 1.00 | 475.00 |
| 05/28/15 | R. Ratcliff | Calls and correspondence with internal team re: | 0.50 | 262.50 |
| 05/28/15 | R. Benson | Creating ████████. | 6.00 | 2,850.00 |
| 05/28/15 | S. Milliner | Continue to analyze ████████ and results. Internal call re: status update. | 6.50 | 3,087.50 |
| 05/29/15 | C. Casey | Discuss ████████ with S. Milliner. ████████. | 1.00 | 450.00 |

# STROZ FRIEDBERG

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 05/29/15 | J. Smith | Supervise ███████████. Assist with client requests. Telcall with client. (1 hour comp'd per EM) | 2.50 | 1,187.50 |
| 05/29/15 | R. Ratcliff | concall with client and internal team re: ███████ | 0.50 | 262.50 |
| 05/29/15 | R. Benson | Pulling ████████████; building worksheet of ██████████ | 3.00 | 1,425.00 |
| 05/29/15 | S. Milliner | Continue to analyze ██████ and results. Internal call re: status update. Prepare for and participate in telcall with client. | 6.00 | 2,850.00 |
| 05/31/15 | S. Milliner | Continue to analyze ██████ results. | 3.00 | 1,425.00 |
| | | **Subtotal of Fees:** | | **$116,531.25** |

# STROZ FRIEDBERG

**Bill To:**

Dan  Kelly
Energy Future Holdings
1601 Bryan Street
43rd Floor
Dallas, TX 75201

| | |
|---|---|
| **Invoice Date:** | June 30, 2015 |
| **Invoice No.:** | 89163 |
| **Client/Matter No.:** | 0894:0007 |
| **Matter Name:** | ███████ |
| **Engagement Mgr:** | Erin Nealy Cox |
| **Terms:** | Due Upon Receipt |

### _Overview of Account_

**_**Charges for the period ending June 30, 2015**_**

| | | |
|---|---|---|
| Hourly Fees: | $ | 87,326.25 |
| Other Fees: | | 1,315.00 |
| Expenses: | | 75.73 |
| Sales Tax: | | 0.00 |
| Retainer and Payments Applied: | | - 0.00 |
| **Total charges for the period ending June 30, 2015 (in U.S. Dollars)** | **$** | **88,716.98** |

**Please Remit Wire Payments To:**

JP Morgan Chase
ABA/Routing No. 021-000021
Account No. 441613064165
SWIFT Code CHASUS33
The Chase Manhattan Bank
214 Broadway
New York, NY 10038
212.935.9935

**Please Remit Check Payments To:**

Stroz Friedberg, LLC
PO Box 975348
Dallas, TX 75397-5348

*Please make checks payable to Stroz Friedberg, LLC

Stroz Friedberg, LLC. 32 Avenue of the Americas, 4th Floor, New York, NY 10013
EIN: 13-4103664
Accounting Contact:  Tel: 212.981.6540  Fax: 212.624.0251  Email: ar@strozfriedberg.com

# STROZ FRIEDBERG

*--Summary of Services Rendered—*

| Hourly Fees Summary by Timekeeper | | |
|---|---|---|
| **Timekeeper** | **Hours** | **Amount** |
| Work performed by Christina Lee | 0.25 | $51.25 |
| Work performed by Daniel Spicer | 1.00 | 450.00 |
| Work performed by Hope Swancy-Haslam | 9.50 | 4,987.50 |
| Work performed by Imran Khan | 1.75 | 787.50 |
| Work performed by Jessica Smith | 27.25 | 12,943.75 |
| Work performed by Katherine Massey | 3.25 | 1,137.50 |
| Work performed by Michael Gurney | 12.50 | 4,375.00 |
| Work performed by Peter Weitzman | 1.50 | 712.50 |
| Work performed by Rachel Ratcliff | 5.00 | 2,625.00 |
| Work performed by Ryan Benson | 24.50 | 11,637.50 |
| Work performed by Shayla Milliner | 100.25 | 47,618.75 |
| **Subtotal of Hours and Fees:** | **186.75** | **$87,326.25** |

| Other Fees Summary | | |
|---|---|---|
| **Narrative** | **Quantity** | **Amount** |
| Forensic Hard Drives: 1 @ 2 TBs; 1 @ 3 TBs & 1 @ 4 TBs | 3.00 | 745.00 |
| Forensic Computer Machine Time | 6.00 | 570.00 |
| **Subtotal of Other Fees:** | | **$1,315.00** |

| Expenses Summary | |
|---|---|
| **Description** | **Amount** |
| Postage and Delivery | $75.73 |
| **Subtotal of Expenses:** | **$75.73** |

# STROZ FRIEDBERG

*--Detail of services rendered for the period ending June 30, 2015--*

**Hourly Fee Details**

| Date | Timekeeper | Narrative | Hours | Amount |
|------|-----------|-----------|-------|--------|
| 06/01/15 | J. Smith | Supervise ███████. Assist with client requests. | 1.50 | $712.50 |
| 06/01/15 | S. Milliner | Continue to analyze ████████ results. Confer with J. Smith re: ██████ Draft email to client re: █████. Internal discussions re: status update. | 8.00 | 3,800.00 |
| 06/02/15 | J. Smith | Supervise ████████. Assist with client requests. | 1.25 | 593.75 |
| 06/02/15 | R. Ratcliff | Calls and correspondence with internal team re: project status | 0.50 | 262.50 |
| 06/02/15 | S. Milliner | Prepare for and participate in meeting with client re: status update and next steps. Internal discussions re: status update and next steps. Continue to analyze ████████ | 5.00 | 2,375.00 |
| 06/03/15 | I. Khan | ████████ | 0.50 | 225.00 |
| 06/03/15 | K. Massey | ████████ | 2.00 | 700.00 |
| 06/03/15 | R. Benson | Creating ███████. | 1.00 | 475.00 |
| 06/03/15 | S. Milliner | Continue to analyze ████████ and results. Confer with D. Spicer and K. Massey re: ████████ | 3.00 | 1,425.00 |
| 06/04/15 | D. Spicer | ████████ | 1.00 | 450.00 |
| 06/04/15 | I. Khan | ████████ | 0.50 | 225.00 |
| 06/04/15 | J. Smith | Supervise ████████. Assist with client requests. | 1.75 | 831.25 |
| 06/04/15 | K. Massey | Installed ████████ and prepared ████████ | 0.75 | 262.50 |

# STROZ FRIEDBERG

| Date | Timekeeper | Narrative | Hours | Amount |
|------|-----------|-----------|-------|--------|
| 06/04/15 | R. Ratcliff | ███ Correspondence and planning with internal team re: case status ███ ██████████ ██████████ | 0.50 | 262.50 |
| 06/04/15 | R. Benson | Creating spreadsheet ████████ calls. | 4.00 | 1,900.00 |
| 06/04/15 | S. Milliner | Continue to analyze ██████ and results. Internal call re: status update. Continue to work the EFH IT to ██████ | 7.75 | 3,681.25 |
| 06/05/15 | I. Khan | ██████████████ | 0.75 | 337.50 |
| 06/05/15 | J. Smith | Supervise ██████. Assist with client requests. Telcall with client. | 4.75 | 2,256.25 |
| 06/05/15 | K. Massey | Loaded ██████ | 0.50 | 175.00 |
| 06/05/15 | R. Ratcliff | Calls, correspondence with client and internal team re: case status and next steps | 1.00 | 525.00 |
| 06/05/15 | R. Benson | Investigating ██████ call with Merv to discuss ██████ | 5.00 | 2,375.00 |
| 06/05/15 | S. Milliner | Continue to analyze ██████ and results. Telcall with J. Smith and K. Lamberth re: ██████ Telcall with M. Chapman re: ██████ Internal call re: status update. Prepare for and participate in telcall with client. Continue to work the EFH IT to ██████ | 8.00 | 3,800.00 |
| 06/08/15 | C. Lee | Update ██████████ | 0.25 | 51.25 |
| 06/08/15 | J. Smith | Supervise ██████. Assist with client requests. | 2.75 | 1,306.25 |

# STROZ FRIEDBERG

| Date | Timekeeper | Narrative | Hours | Amount |
|------|-----------|-----------|-------|--------|
| 06/08/15 | M. Gurney | Attend meetings and discuss next steps. Investigate ▮▮▮▮▮▮▮▮ | 2.00 | 700.00 |
| 06/08/15 | P. Weitzman | Get background and status of project. ▮▮▮▮▮▮▮ | 0.50 | 237.50 |
| 06/08/15 | R. Benson | Sync call; ▮▮▮▮▮▮▮▮ | 5.50 | 2,612.50 |
| 06/08/15 | S. Milliner | Continue to analyze ▮▮▮▮▮▮ and results. Internal calls re: status update. Review client provided materials. | 10.75 | 5,106.25 |
| 06/09/15 | H. Swancy-Haslam | ▮▮▮▮▮▮▮▮▮▮ Quick email exchanges with Rachel on ▮▮▮▮▮▮▮ Quick call with Jessica on ▮▮▮ | 0.75 | 393.75 |
| 06/09/15 | R. Benson | Revising query ▮▮▮▮▮▮▮▮ ▮▮▮▮▮ update call. | 4.00 | 1,900.00 |
| 06/09/15 | S. Milliner | Continue to analyze ▮▮▮▮▮ and results. Internal calls re: status update. Prepare and participate in telcall with M. Chapman. | 8.00 | 3,800.00 |
| 06/10/15 | H. Swancy-Haslam | Confer with Rachel ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮ | 0.75 | 393.75 |
| 06/10/15 | R. Benson | Investigating ▮▮▮▮▮▮▮ Confirming ▮▮▮▮▮▮▮ ▮▮▮ | 4.00 | 1,900.00 |
| 06/10/15 | S. Milliner | Continue to analyze ▮▮▮▮▮ and results. Internal calls re: status update. Continue to update ▮▮▮▮▮▮▮. | 7.75 | 3,681.25 |
| 06/11/15 | H. Swancy-Haslam | ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮ | 1.00 | 525.00 |
| 06/11/15 | J. Smith | Supervise ▮▮▮▮▮. Assist with client requests. | 1.00 | 475.00 |
| 06/11/15 | M. Gurney | Assist with ▮▮▮▮▮▮▮▮ | 1.50 | 525.00 |

# STROZ FRIEDBERG

| Date | Timekeeper | Narrative | Hours | Amount |
|------|-----------|-----------|-------|--------|
| 06/11/15 | R. Benson | Verifying information on ██████████ | 1.00 | 475.00 |
| 06/11/15 | S. Milliner | Continue to analyze ██████ and results. Internal calls re: status update. Review client provided materials. Continue to update ████████ | 7.50 | 3,562.50 |
| 06/12/15 | J. Smith | Supervise ███████. Assist with client requests. Telcall with client. | 3.25 | 1,543.75 |
| 06/12/15 | M. Gurney | Run ██████████████████ | 2.00 | 700.00 |
| 06/12/15 | R. Ratcliff | Calls and correspondence with internal team, client, and counsel re: ██████████ | 1.00 | 525.00 |
| 06/12/15 | S. Milliner | Continue to analyze ██████ Internal calls re: status update. Prepare for and participate in telcall with client. Continue to update ████████ | 7.00 | 3,325.00 |
| 06/13/15 | J. Smith | Assist with client requests. | 1.00 | 475.00 |
| 06/13/15 | S. Milliner | Continue to analyze ████████ Continue to update ██████████ | 2.50 | 1,187.50 |
| 06/15/15 | R. Ratcliff | Correspondence with client, internal team re: ██████████ | 0.50 | 262.50 |
| 06/15/15 | S. Milliner | Continue to analyze ████████ Continue to update ██████████ | 2.00 | 950.00 |
| 06/16/15 | J. Smith | Supervise ██████ | 1.25 | 593.75 |
| 06/16/15 | S. Milliner | Continue to analyze ██████ and results. Internal calls re: status update. | 3.00 | 1,425.00 |
| 06/17/15 | M. Gurney | Begin ████████████ | 1.00 | 350.00 |
| 06/17/15 | P. Weitzman | Discuss approach to ██████████. | 1.00 | 475.00 |
| 06/17/15 | S. Milliner | Continue to analyze ████████ results. | 3.50 | 1,662.50 |
| 06/18/15 | J. Smith | Supervise ██████. | 1.00 | 475.00 |
| 06/18/15 | M. Gurney | Investigate ██████████ | 2.00 | 700.00 |
| 06/18/15 | S. Milliner | Continue to analyze ██████ and results. Internal calls re: status update. | 4.00 | 1,900.00 |

# STROZ FRIEDBERG

| Date | Timekeeper | Narrative | Hours | Amount |
|------|-----------|-----------|-------|--------|
| 06/19/15 | H. Swancy-Haslam | Calls and correspondence with internal team; client meeting re: ▮▮▮ | 2.50 | 1,312.50 |
| 06/19/15 | J. Smith | Supervise ▮▮▮. Telcall with client. | 2.00 | 950.00 |
| 06/19/15 | M. Gurney | Meet to discuss ▮▮▮ | 2.50 | 875.00 |
| 06/19/15 | S. Milliner | Continue to analyze ▮▮▮ and results. Internal calls re: status update. Prepare for and participate in telcall with client. | 4.00 | 1,900.00 |
| 06/22/15 | J. Smith | Supervise ▮▮▮. Review client emails and perform follow-up tasks. | 1.25 | 593.75 |
| 06/23/15 | H. Swancy-Haslam | Coordinate with Rachel Ratcliff, Jessica Smith, and Shayla Millner ▮▮▮ | 2.50 | 1,312.50 |
| 06/23/15 | J. Smith | Supervise ▮▮▮. Review and comment on documents provided by client. | 2.75 | 1,306.25 |
| 06/23/15 | R. Ratcliff | Correspondence and planning with internal team re: ▮▮▮ | 0.50 | 262.50 |
| 06/23/15 | S. Milliner | Review email from client re: ▮▮▮. Review ▮▮▮. Confer with J. Smith re: ▮▮▮ | 1.00 | 475.00 |
| 06/24/15 | M. Gurney | Verify ▮▮▮ | 1.50 | 525.00 |
| 06/24/15 | R. Ratcliff | Planning with internal team re: status and next steps | 0.25 | 131.25 |
| 06/24/15 | S. Milliner | Continue to analyze ▮▮▮ ▮▮▮ Internal calls re: status update. | 3.00 | 1,425.00 |
| 06/25/15 | H. Swancy-Haslam | Prepare for and hold pre-call and weekly update call with ▮▮▮ | 2.00 | 1,050.00 |
| 06/25/15 | J. Smith | Supervise ▮▮▮. Telcall with client. | 1.75 | 831.25 |
| 06/25/15 | R. Ratcliff | Calls with client, internal team re: next steps and status; planning re: same | 0.75 | 393.75 |
| 06/25/15 | S. Milliner | Continue to analyze ▮▮▮ and results. Internal calls re: status update. Prepare for and participate in telcall with client. | 1.00 | 475.00 |

# STROZ FRIEDBERG

| Date | Timekeeper | Narrative | Hours | Amount |
|------|-----------|-----------|-------|--------|
| 06/26/15 | S. Milliner | Continue to analyze ▮▮▮▮▮▮▮. | 2.00 | 950.00 |
| 06/29/15 | S. Milliner | Continue to analyze ▮▮▮▮▮▮▮ | 0.50 | 237.50 |
| 06/30/15 | S. Milliner | Continue to analyze ▮▮▮▮▮▮▮ | 1.00 | 475.00 |
| | | **Subtotal of Fees:** | | **$87,326.25** |

# STROZ FRIEDBERG

**Bill To:**

Dan  Kelly
Energy Future Holdings
1601 Bryan Street
43rd Floor
Dallas, TX 75201

| | |
|---|---|
| **Invoice Date:** | July 31, 2015 |
| **Invoice No.:** | 89349 |
| **Client/Matter No.:** | 0894:0007 |
| **Matter Name:** | ▮▮▮▮ |
| **Engagement Mgr:** | Erin Nealy Cox |
| **Terms:** | Due Upon Receipt |

## *Overview of Account*

### **Charges for the period ending July 31, 2015**

| | | |
|---|---|---|
| Hourly Fees: | $ | 3,438.75 |
| Expenses: | | 358.15 |
| Sales Tax: | | 0.00 |
| Retainer and Payments Applied: | | - 0.00 |
| **Total charges for the period ending July 31, 2015 (in U.S. Dollars)** | **$** | **3,796.90** |

**Please Remit Wire Payments To:**

JP Morgan Chase
ABA/Routing No. 021-000021
Account No. 441613064165
SWIFT Code CHASUS33
The Chase Manhattan Bank
214 Broadway
New York, NY 10038
212.935.9935

**Please Remit Check Payments To:**

Stroz Friedberg, LLC
PO Box 975348
Dallas, TX 75397-5348

*Please make checks payable to Stroz Friedberg, LLC*

Stroz Friedberg, LLC. 32 Avenue of the Americas, 4th Floor, New York, NY 10013
EIN: 13-4103664
Accounting Contact:  Tel: 212.981.6540  Fax: 212.624.0251  Email: ar@strozfriedberg.com

# STROZ FRIEDBERG

*--Summary of Services Rendered—*

| Hourly Fees Summary by Timekeeper | | |
|---|---|---|
| **Timekeeper** | **Hours** | **Amount** |
| Work performed by Julie Trausch | 0.50 | $120.00 |
| Work performed by Rachel Ratcliff | 1.25 | 825.00 |
| Work performed by Shayla Milliner | 4.75 | 2,493.75 |
| **Subtotal of Hours and Fees:** | **6.50** | **$3,438.75** |

| Expenses Summary | |
|---|---|
| **Description** | **Amount** |
| Meals | $31.12 |
| Postage and Delivery | 75.49 |
| Travel | 251.54 |
| **Subtotal of Expenses:** | **$358.15** |

# STROZ FRIEDBERG

*--Detail of services rendered for the period ending July 31, 2015--*

## Hourly Fee Details

| Date | Timekeeper | Narrative | Hours | Amount |
|------|-----------|-----------|-------|--------|
| 07/01/15 | S. Milliner | Continue to analyze ███████████ | 1.00 | $525.00 |
| 07/07/15 | S. Milliner | Continue to analyze ████████████. (2 hours comp'd per EM.) | 1.00 | 525.00 |
| 07/08/15 | S. Milliner | Continue to analyze ██████████ | 1.00 | 525.00 |
| 07/15/15 | S. Milliner | Continue to analyze ██████████ Confer with consultant regarding results. | 1.50 | 787.50 |
| 07/16/15 | J. Trausch | ██████████████████████ | 0.25 | 60.00 |
| 07/17/15 | R. Ratcliff | Conference call with client regarding project status and next steps. Planning with internal team regarding same. | 0.75 | 495.00 |
| 07/29/15 | R. Ratcliff | Correspondence with client and counsel regarding next steps. | 0.25 | 165.00 |
| 07/30/15 | J. Trausch | ████████████████████ | 0.25 | 60.00 |
| 07/30/15 | R. Ratcliff | ██████████████████ | 0.25 | 165.00 |
| 07/30/15 | S. Milliner | ████████████████ | 0.25 | 131.25 |
| | | **Subtotal of Fees:** | | **$3,438.75** |