**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| **ENERGY FUTURE HOLDINGS CORP.** *et al.*[1], | : | Case No. 14-10979 (CSS) |
| Debtors. | : | (Jointly Administered) |
| | : | D.I. 1888 |

## NOTICE OF HEARING ON UNCONTESTED FEE APPLICATIONS

PLEASE TAKE NOTICE that this Court has scheduled a hearing regarding uncontested fee applications (the "Fee Applications") on February 18, 2016, beginning at 10:00 a.m., before the Honorable Christopher S. Sontchi, Courtroom 6, 5th Floor, U.S. Bankruptcy Court, 824 North Market Street, Wilmington, DE 19801.

PLEASE TAKE FURTHER NOTICE that the Fee Committee will file a summary report, prior to the filing of the Agenda, with a final list of all uncontested Fee Applications to be heard on February 18, 2016 that are or become subject to this Notice. These applications may include:

**FIRST INTERIM FEE APPLICATION FOR WORK PERFORMED DURING THE FIRST INTERIM FEE PERIOD: APRIL 29, 2014 THROUGH AUGUST 31, 2014**

1. *First Interim Fee Application of Richards, Layton & Finger, P.A., Co-Attorneys for the Debtors and Debtors in Possession, for the period from April 29, 2014 through and including August 31, 2014.* [D.I. 4648].

**FIRST INTERIM FEE APPLICATION FOR WORK PERFORMED DURING THE SECOND INTERIM FEE PERIOD: SEPTEMBER 1, 2014 THROUGH DECEMBER 31, 2014**

2. *First Interim Application of Charles River Associates as Natural Gas and Energy Consultant for the Official Committee of Unsecured Creditors for Compensation and Reimbursement of Expenses incurred for the Period from August 4, 2014 through December 31, 2014.* [D.I. 3823].

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the Debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of Debtors in these Chapter 11 cases, which are being jointly administered on a final basis, a complete list of the Debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://www.efhcaseinfo.com.

**SECOND INTERIM FEE APPLICATIONS FOR WORK PERFORMED DURING THE SECOND INTERIM FEE PERIOD: SEPTEMBER 1, 2014 THROUGH DECEMBER 31, 2014**

3. *Second Interim Fee Application of EPIQ Bankruptcy Solutions, LLC and EPIQ eDiscovery Solutions for Allowance of An Administrative Claim for Compensation and Reimbursement of Expenses incurred from September 1, 2014 through December 31, 2014 [D.I. 4421];*

4. *Second Interim Fee Application of Richards, Layton & Finger, P.A., Co-Attorneys for the Debtors and Debtors in Possession, for the Period from September 1, 2014 Through and including December 31, 2014 [D.I. 6331];*

5. *Second Interim Quarterly Fee Application of Sidley Austin LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Debtors and Debtors in Possession for the Period of September 1, 2014 Through December 31, 2014 [D.I. 5163].*

**THIRD INTERIM FEE APPLICATIONS FOR WORK PERFORMED DURING THE THIRD INTERIM FEE PERIOD: JANUARY 1, 2015 THROUGH APRIL 30, 2015**

6. *Third Interim Fee Application of EPIQ Bankruptcy Solutions, LLC and EPIQ eDiscovery Solutions for Allowance of an Administrative Claim for Compensation and Reimbursement of Expenses incurred from January 1, 2015 Through April 30, 205 [D.I. 5708];*

7. *Third Interim Quarterly Fee Application of Sidley Austin LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Debtors and Debtors in Possession for the Period of January 1, 2015 Through April 30, 2015 [D.I. 5168];*

8. *Third Interim Fee Application of Richards, Layton & Finger, P.A., Co-Attorneys for the Debtors and Debtors in Possession, for the Period from January 1, 2015 Through and Including April 30, 2015 [D.I. 7565].*

**FIRST AND FINAL INTERIM FEE APPLICATION FOR WORK PERFORMED DURING THE THIRD AND FOURTH INTERIM FEE PERIODS: JANUARY 1, 2015 THROUGH AUGUST 31, 2015**

9. *First and Final Interim Fee Statement of Kinsella Media, LLC for Compensation for Services Rendered as Asbestos Noticing Expert to the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. for the Period from March 27, 2015 Through July 30, 2015 [D.I. 6456].*

**FIRST INTERIM FEE APPLICATION FOR WORK PERFORMED DURING THE FOURTH INTERIM FEE PERIOD: MAY 1, 2015 THROUGH AUGUST 31, 2015**

10. *First Interim Fee Application of Jenner & Block LLP, Independent Counsel for Energy Future Intermediate Holding Company LLC, for the Period May 18, 2015 Through August 31, 2015 [D.I. 6567]*.

**SECOND INTERIM FEE APPLICATIONS FOR WORK PERFORMED DURING THE FOURTH INTERIM FEE PERIOD: MAY 1, 2015 THROUGH AUGUST 31, 2015**

11. *Second Interim Fee Application of McElroy, Deutsch, Mulvaney & Carpenter, LLP for Allowance of Compensation and for Reimbursement of Expenses incurred during the Period May 1, 2015 Through August 31, 2015 [D.I. 6479];*

12. *Second Interim Application of SOLIC Capital Advisors, LLC, Financial Advisor for Debtor Energy Future Holdings Corp., for Compensation for Services Rendered and Reimbursement of Expenses incurred from May 1, 2015 Through August 31, 2015 [D.I. 6509]*.

**THIRD INTERIM FEE APPLICATIONS FOR WORK PERFORMED DURING THE FOURTH INTERIM FEE PERIOD: MAY 1, 2015 THROUGH AUGUST 31, 2015**

13. *Third Interim Fee Application of AlixPartners, LLP seeking Compensation for Services Rendered and Reimbursement of Expenses incurred as Restructuring Advisor to the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance Inc., and EECI, Inc. for the Period from May 1, 2015 Through August 31, 2015 [D.I. 6743];*

14. *Third Interim Fee Application of Balch & Bingham LLP, Special Counsel to the Debtor and Debtors in Possession, for the Period from May 1, 2015 Through and Including August 31, 2015 [D.I. 6503];*

15. *Third Interim Fee Application of Cravath, Swaine & Moore LLP Independent Counsel for Energy Future Intermediate Holding Company LLC, for the Period May 1, 2015 Through August 31, 2015 [D.I. 6704];*

16. *Third Interim Fee Statement of Goldin Associates, LLC for Allowance and Reimbursement of Expenses incurred from May 1, 2015 Through August 31, 2015 [D.I. 6492];*

17. *Third Interim Application of Greenhill & Co., LLC, as Financial Advisor to Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC for Allowance of Compensation and Reimbursement of Expenses for the Period May 1, 2015 Through August 31, 2015 [D.I. 6478];*

18. *Third Interim Fee Application of Guggenheim Securities, LLC, Investment Banker to the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. for Allowance of Compensation and Reimbursement of Expenses incurred for the Period May 1, 2015 Through August 31, 2015 [D.I. 6495];*

19. *Third Interim Application of Montgomery, McCracken, Walker & Rhoads, LLP as Delaware Bankruptcy Counsel and Conflicts Counsel to the EFH Official Committee for Compensation and Reimbursement of Expenses for the Period of May 1, 2015 Through August 31, 2015 [D.I. 6843];*

20. *Third Interim Fee Application of Munger, Tolles & Olson LLP, Counsel to Debtors and Debtors in Possession Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC, for the Period from May 1, 2015 Through and including August 31, 2015 [D.I. 6477];*

21. *Third Interim Application of Proskauer Rose LLP, Counsel for Debtor Energy Future Holdings Corp., for Compensation for Services Rendered and Reimbursement of Expenses incurred from May 1, 2015 Through August 31, 2015 [D.I. 6497];*

22. *Third Interim Fee Application of Stevens & Lee, P.C., Special Counsel for Energy Future Intermediate Holding Company LLC, for the Period of May 1, 2015 Through August 31, 2015 [D.I. 6502];*

23. *Third Interim Application of Sullivan & Cromwell LLP as Counsel to the EFH Committee for Interim Approval and Allowance of Compensation for Services Rendered and Reimbursement of Expenses incurred for the Period from May 1, 2015 Though and Including August 31, 2015 [D.I. 6507]*.

**FOURTH INTERIM FEE APPLICATIONS FOR WORK PERFORMED DURING THE FOURTH INTERIM FEE PERIOD: MAY 1, 2015 THROUGH AUGUST 31, 2015**

24. *Fourth Interim Fee Application of Alvarez & Marsal North America, LLC, in their Capacity as Restructuring Advisors for the Debtors and Debtors in Possession, for the Period from May 1, 2015 Through and Including August 31, 2015 [D.I. 6553];*

25. *Fourth Interim Fee Application for Compensation for Services Rendered and Reimbursement of Expenses of Deloitte & Touche LLP as Independent Auditor to the Debtors and Debtors in Possession for the Period of May 1, 2015 Through August 31, 2015 [D.I. 7047];*

26. *Fourth Interim Fee Application of Evercore Group L.L.C., Debtors' Investment Banker and Financial Advisor for Allowance of an Administrative Claim for Compensation and Reimbursement of Expenses incurred from May 1, 2015 Through August 31, 2015 [D.I. 6763];*

27. *Fourth Interim Fee Application of Filsinger Energy Partners, Energy Consultant for the Debtors and Debtors in Possession, for the Period from May 1, 2015 Through and Including August 31, 2015 [D.I. 6493];*

28. *Fourth Interim Fee Application of Gibson, Dunn & Crutcher LLP, Special Counsel to the Debtors and Debtors in Possession, for the Period from May 1, 2015 Through and Including August 31, 2015 [D.I. 6504];*

29. *Fourth Interim Fee Application of KPMG LLP for Compensation for Services Rendered and Reimbursement of Expenses as Bankruptcy Accounting and Tax Advisors to the Debtors and Debtors in Possession for the Period from May 1, 2015 Through August 31, 2015 [D.I. 6939];*

30. *Fourth Interim Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the Period from May 1, 2015 Through and Including August 31, 2015 [D.I. 6484];*

31. *Fourth Interim Fee Application of McDermott Will & Emery LLP, Special Counsel for the Debtors and Debtors in Possession, for the Period from May 1, 2015 Though and Including August 31, 2015 [D.I. 6800];*

32. *Fourth Interim Application of Morrison & Foerster LLP as Counsel for the Official Committee of TCEH Unsecured Creditors for Compensation and Reimbursement of Expenses incurred for the Period May 1, 2015 Through August 31, 2015 [D.I. 6474];*

33. *Fourth Interim Application of Polsinelli PC as Delaware Counsel and Conflicts Counsel for the Official Committee of TCEH Unsecured Creditors for Compensation and Reimbursement of Expenses incurred for the Period May 1, 2015 Through August 31, 2015 [D.I. 6494];*

34. *Fourth Interim Fee Application of Thompson & Knight LLP, Special Tax Counsel for the Debtors and Debtors in Possession, for the Period from May 1 Through and Including August 31, 2015 [D.I. 6995];*

35. *Fourth Interim Quarterly Fee Application of Sidley Austin LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Debtors and Debtors in Possession for the Period of May 1, 2015 Through August 31, 2015 [D.I. 7475]*.

**FEE COMMITTEE CHAIRMAN AND COUNSEL**
**THIRD INTERIM FEE APPLICATIONS FOR WORK PERFORMED DURING THE FOURTH INTERIM FEE PERIOD: MAY 1, 2015 THROUGH AUGUST 31, 2015**

36. *Third Interim Application of Richard Gitlin, Individually, and as Chairman of Gitlin & Company LLC, as the Independent Member of the Fee Committee, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from May 1, 2015 Through August 31, 2015 [D.I. 7714];*

37. *Third Interim Application of Godfrey & Kahn, S.C., Counsel to the Fee Committee, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from May 1, 2015 Through August 31, 2015 [D.I. 7715]; and*

38. *Third Interim Application of Phillips, Goldman & Spence, P.A. for Compensation and Reimbursement of Expenses as Delaware Counsel to the Fee Committee for the Period from May 1, 2015 Through August 31, 2015 [D.I. 6833].*

Dated: January 28, 2016

By:        */s/ Stephen A. Spence*
Stephen A. Spence, Esquire (DE#5392)
**PHILLIPS, GOLDMAN & SPENCE, P.A.**
1200 N. Broom Street
Wilmington, DE 19806
(302) 655-4200
sas@pgslaw.com

-and-

Katherine Stadler (*admitted pro hac vice*)
**GODFREY & KAHN, S.C.**
One East Main Street, Suite 500
Madison, Wisconsin 53703
(608) 257-3911
kstadler@gklaw.com

15125613.3