# **EXHIBIT A**

**Statement of Fees By Subject Matter**

*Exhibit A*

**Combined - All Entities**
**Summary of Time Detail by Task**
**November 1, 2015 through November 30, 2015**

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Accounting/Cut-off | 32.6 | $16,357.50 |
| Bankruptcy Support | 60.6 | $29,525.00 |
| Business Plan | 90.3 | $34,072.50 |
| Cash Management | 1.6 | $560.00 |
| Claims | 428.3 | $192,315.00 |
| Communication | 3.2 | $1,120.00 |
| Contracts | 309.0 | $167,907.50 |
| Coordination & Communication with other Creditor Constituents | 1.3 | $1,080.00 |
| Coordination & Communication with UCC | 30.2 | $20,242.50 |
| Court | 27.3 | $22,187.50 |
| Fee Applications | 30.4 | $11,612.50 |
| POR / Disclosure Statement | 17.5 | $13,020.00 |
| Status Meetings | 6.6 | $5,230.00 |
| Travel Time | 63.8 | $35,632.50 |
| UST Reporting Requirements | 11.9 | $6,247.50 |
| Vendor Management | 39.6 | $23,402.50 |
| **Total** | **1,154.2** | **$580,512.50** |

*Travel time billed at 50% of time incurred*

*Exhibit A*

**TCEH**
*Summary of Time Detail by Task*
*November 1, 2015 through November 30, 2015*

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Accounting/Cut-off | 24.3 | $12,163.12 |
| Bankruptcy Support | 41.4 | $19,595.38 |
| Business Plan | 39.8 | $14,825.68 |
| Cash Management | 1.1 | $381.81 |
| Claims | 279.4 | $123,942.23 |
| Communication | 2.2 | $763.62 |
| Contracts | 235.7 | $128,562.44 |
| Coordination & Communication with other Creditor Constituents | 1.3 | $1,080.00 |
| Coordination & Communication with UCC | 22.2 | $15,236.93 |
| Court | 18.6 | $15,127.46 |
| Fee Applications | 20.7 | $7,917.41 |
| POR / Disclosure Statement | 14.0 | $10,401.03 |
| Status Meetings | 4.5 | $3,565.82 |
| Travel Time | 43.5 | $24,294.27 |
| UST Reporting Requirements | 8.1 | $4,259.55 |
| Vendor Management | 30.2 | $17,908.13 |
| **Total** | **786.9** | **$400,024.87** |

*Travel time billed at 50% of time incurred*

*Exhibit A*

**EFH**
*Summary of Time Detail by Task*
*November 1, 2015 through November 30, 2015*

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Accounting/Cut-off | 8.3 | $4,194.38 |
| Bankruptcy Support | 16.1 | $7,945.12 |
| Business Plan | 29.1 | $10,878.58 |
| Cash Management | 0.4 | $154.68 |
| Claims | 131.8 | $60,792.12 |
| Communication | 0.9 | $309.35 |
| Contracts | 73.3 | $39,326.17 |
| Coordination & Communication with UCC | 8.0 | $4,996.75 |
| Court | 7.5 | $6,128.38 |
| Fee Applications | 8.4 | $3,207.47 |
| POR / Disclosure Statement | 2.8 | $2,090.04 |
| Status Meetings | 1.8 | $1,444.57 |
| Travel Time | 17.6 | $9,842.00 |
| UST Reporting Requirements | 3.3 | $1,725.61 |
| Vendor Management | 9.4 | $5,494.37 |
| **Total** | **318.8** | **$158,529.60** |

*Travel time billed at 50% of time incurred*

*Exhibit A*

**EFIH**
*Summary of Time Detail by Task*
*November 1, 2015 through November 30, 2015*

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Bankruptcy Support | 3.1 | $1,984.50 |
| Business Plan | 21.4 | $8,368.23 |
| Cash Management | 0.1 | $23.51 |
| Claims | 17.1 | $7,580.65 |
| Communication | 0.1 | $47.03 |
| Contracts | 0.0 | $18.90 |
| Coordination & Communication with UCC | 0.0 | $8.82 |
| Court | 1.1 | $931.66 |
| Fee Applications | 1.3 | $487.61 |
| POR / Disclosure Statement | 0.7 | $528.93 |
| Status Meetings | 0.3 | $219.61 |
| Travel Time | 2.7 | $1,496.23 |
| UST Reporting Requirements | 0.5 | $262.34 |
| **Total** | **48.5** | **$21,958.03** |

*Travel time billed at 50% of time incurred*