## EXHIBIT B

**Professionals' Information**

The A&M professionals who rendered services in these cases during the Fee Period are:

*Exhibit B*

### Combined - All Entities
### Summary of Time Detail by Professional
### November 1, 2015 through November 30, 2015

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Brian Cumberland | Managing Director | $925.00 | 1.0 | $925.00 |
| JD Ivy | Managing Director | $925.00 | 2.0 | $1,850.00 |
| Jeff Stegenga | Managing Director | $925.00 | 24.0 | $22,200.00 |
| Emmett Bergman | Managing Director | $750.00 | 116.0 | $87,000.00 |
| John Stuart | Managing Director | $750.00 | 41.3 | $30,975.00 |
| Jodi Ehrenhofer | Senior Director | $600.00 | 76.3 | $45,780.00 |
| Matt Frank | Director | $600.00 | 160.2 | $96,120.00 |
| Kevin Sullivan | Director | $525.00 | 11.9 | $6,247.50 |
| Paul Kinealy | Director | $525.00 | 100.3 | $52,657.50 |
| Jeff Dwyer | Senior Associate | $475.00 | 42.3 | $20,092.50 |
| Taylor Atwood | Senior Associate | $475.00 | 20.6 | $9,785.00 |
| Richard Carter | Consultant | $425.00 | 137.5 | $58,437.50 |
| Jon Rafpor | Analyst | $375.00 | 93.6 | $35,100.00 |
| Michael Williams | Analyst | $350.00 | 152.6 | $53,410.00 |
| Peyton Heath | Analyst | $350.00 | 20.6 | $7,210.00 |
| Sarah Pittman | Analyst | $350.00 | 138.3 | $48,405.00 |
| Mary Napoliello | Paraprofessional | $275.00 | 15.7 | $4,317.50 |
| | | *Total* | 1,154.2 | $580,512.50 |

*Exhibit B*

### TCEH
### *Summary of Time Detail by Professional*
### *November 1, 2015 through November 30, 2015*

| *Professional* | *Position* | *Billing Rate* | *Sum of Hours* | *Sum of Fees* |
|---|---|---|---|---|
| Brian Cumberland | Managing Director | $925.00 | 0.7 | $630.67 |
| JD Ivy | Managing Director | $925.00 | 1.4 | $1,261.33 |
| Jeff Stegenga | Managing Director | $925.00 | 16.7 | $15,438.75 |
| Emmett Bergman | Managing Director | $750.00 | 90.6 | $67,920.82 |
| John Stuart | Managing Director | $750.00 | 28.2 | $21,173.50 |
| Jodi Ehrenhofer | Senior Director | $600.00 | 40.1 | $24,037.60 |
| Matt Frank | Director | $600.00 | 120.8 | $72,505.82 |
| Kevin Sullivan | Director | $525.00 | 8.1 | $4,259.55 |
| Paul Kinealy | Director | $525.00 | 68.4 | $35,901.93 |
| Jeff Dwyer | Senior Associate | $475.00 | 31.2 | $14,819.94 |
| Taylor Atwood | Senior Associate | $475.00 | 7.8 | $3,722.22 |
| Richard Carter | Consultant | $425.00 | 91.5 | $38,886.52 |
| Jon Rafpor | Analyst | $375.00 | 70.2 | $26,325.00 |
| Michael Williams | Analyst | $350.00 | 104.0 | $36,414.99 |
| Peyton Heath | Analyst | $350.00 | 14.0 | $4,915.78 |
| Sarah Pittman | Analyst | $350.00 | 82.5 | $28,866.78 |
| Mary Napoliello | Paraprofessional | $275.00 | 10.7 | $2,943.68 |
| | | *Total* | 786.9 | $400,024.87 |

*Exhibit B*

### EFH
### Summary of Time Detail by Professional
### November 1, 2015 through November 30, 2015

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Brian Cumberland | Managing Director | $925.00 | 0.3 | $255.49 |
| JD Ivy | Managing Director | $925.00 | 0.6 | $510.99 |
| Jeff Stegenga | Managing Director | $925.00 | 6.4 | $5,930.05 |
| Emmett Bergman | Managing Director | $750.00 | 24.8 | $18,587.89 |
| John Stuart | Managing Director | $750.00 | 9.7 | $7,253.96 |
| Jodi Ehrenhofer | Senior Director | $600.00 | 33.9 | $20,334.03 |
| Matt Frank | Director | $600.00 | 39.0 | $23,389.95 |
| Kevin Sullivan | Director | $525.00 | 3.3 | $1,725.61 |
| Paul Kinealy | Director | $525.00 | 27.7 | $14,544.45 |
| Jeff Dwyer | Senior Associate | $475.00 | 10.8 | $5,118.98 |
| Taylor Atwood | Senior Associate | $475.00 | 5.8 | $2,768.40 |
| Richard Carter | Consultant | $425.00 | 40.4 | $17,156.05 |
| Jon Rafpor | Analyst | $375.00 | 23.4 | $8,775.00 |
| Michael Williams | Analyst | $350.00 | 42.1 | $14,752.30 |
| Peyton Heath | Analyst | $350.00 | 5.7 | $1,991.46 |
| Sarah Pittman | Analyst | $350.00 | 40.7 | $14,242.44 |
| Mary Napoliello | Paraprofessional | $275.00 | 4.3 | $1,192.53 |
| | | *Total* | 318.8 | $158,529.60 |

*Exhibit B*

## EFIH
### Summary of Time Detail by Professional
### November 1, 2015 through November 30, 2015

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Brian Cumberland | Managing Director | $925.00 | 0.0 | $38.84 |
| JD Ivy | Managing Director | $925.00 | 0.1 | $77.68 |
| Jeff Stegenga | Managing Director | $925.00 | 0.9 | $831.20 |
| Emmett Bergman | Managing Director | $750.00 | 0.7 | $491.29 |
| John Stuart | Managing Director | $750.00 | 3.4 | $2,547.55 |
| Jodi Ehrenhofer | Senior Director | $600.00 | 2.3 | $1,408.36 |
| Matt Frank | Director | $600.00 | 0.4 | $224.23 |
| Kevin Sullivan | Director | $525.00 | 0.5 | $262.34 |
| Paul Kinealy | Director | $525.00 | 4.2 | $2,211.12 |
| Jeff Dwyer | Senior Associate | $475.00 | 0.3 | $153.58 |
| Taylor Atwood | Senior Associate | $475.00 | 6.9 | $3,294.38 |
| Richard Carter | Consultant | $425.00 | 5.6 | $2,394.93 |
| Michael Williams | Analyst | $350.00 | 6.4 | $2,242.71 |
| Peyton Heath | Analyst | $350.00 | 0.9 | $302.75 |
| Sarah Pittman | Analyst | $350.00 | 15.1 | $5,295.78 |
| Mary Napoliello | Paraprofessional | $275.00 | 0.7 | $181.29 |
| | | *Total* | 48.5 | $21,958.03 |