# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

*Exhibit C*

**Combined**
**Energy Future Holdings Corp., et al.,**
**Summary of Expense Detail by Category**
**November 1, 2015 through November 30, 2015**

| *Expense Category* | *Sum of Expenses* |
|---|---|
| Airfare | $15,667.42 |
| Lodging | $13,323.99 |
| Meals | $1,865.54 |
| Miscellaneous | $279.53 |
| Transportation | $4,898.09 |
| *Total* | **$36,034.57** |

*Exhibit C*

### TCEH
### Summary of Expense Detail by Category
### November 1, 2015 through November 30, 2015

| Expense Category | Sum of Expenses |
|---|---|
| Airfare | $10,682.02 |
| Lodging | $9,084.35 |
| Meals | $1,271.95 |
| Miscellaneous | $190.59 |
| Transportation | $3,339.65 |
| **Total** | **$24,568.56** |

*Exhibit C*

## EFH
### Summary of Expense Detail by Category
### November 1, 2015 through November 30, 2015

| Expense Category | Sum of Expenses |
|---|---|
| Airfare | $4,327.39 |
| Lodging | $3,680.05 |
| Meals | $515.29 |
| Miscellaneous | $77.20 |
| Transportation | $1,352.77 |
| *Total* | **$9,952.70** |

*Exhibit C*

## *EFIH*
## *Summary of Expense Detail by Category*
## *November 1, 2015 through November 30, 2015*

| *Expense Category* | *Sum of Expenses* |
|---|---|
| Airfare | $658.01 |
| Lodging | $559.59 |
| Meals | $78.30 |
| Miscellaneous | $11.74 |
| Transportation | $205.67 |
| *Total* | **$1,513.31** |