# **EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

*Exhibit D*

**Combined - All Entities**
**Expense Detail by Category**
**November 1, 2015 through November 30, 2015**

## *Airfare*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Emmett Bergman | 10/8/2015 | $516.10 | Airfare one-way coach Dallas/San Francisco. |
| Emmett Bergman | 10/12/2015 | $418.10 | Airfare one-way coach Dallas/San Francisco. |
| Emmett Bergman | 10/15/2015 | $418.10 | Airfare one-way coach Dallas/San Francisco. |
| Emmett Bergman | 10/21/2015 | $571.20 | Airfare one-way coach Dallas/New York. |
| Emmett Bergman | 10/21/2015 | $242.10 | Airfare one-way coach Dallas/New York. |
| Emmett Bergman | 10/26/2015 | $418.10 | Airfare one-way coach Dallas/San Francisco. |
| Emmett Bergman | 10/28/2015 | $418.10 | Airfare one-way coach Dallas/San Francisco. |
| Jeff Dwyer | 11/2/2015 | $378.20 | Airfare roundtrip coach San Francisco/Dallas. |
| Jodi Ehrenhofer | 11/2/2015 | $350.60 | Airfare one-way coach Chicago/Dallas. |
| Jodi Ehrenhofer | 11/4/2015 | $350.60 | Airfare one-way coach Dallas/Chicago. |
| Jodi Ehrenhofer | 11/9/2015 | $231.69 | Airfare one-way coach Chicago/Dallas. |
| Jodi Ehrenhofer | 11/12/2015 | $143.62 | Airfare one-way coach Dallas/Chicago. |
| Jodi Ehrenhofer | 11/17/2015 | $115.70 | Airfare one-way coach Chicago/Dallas. |
| Jodi Ehrenhofer | 11/19/2015 | $115.70 | Airfare one-way coach Dallas/Chicago. |
| John Stuart | 11/5/2015 | $639.10 | Airfare one-way coach Dallas/Philadelphia. |
| John Stuart | 11/6/2015 | $551.98 | Airfare one-way coach Philadelphia/Dallas. |
| Matt Frank | 11/2/2015 | $542.10 | Airfare one-way coach Chicago/Dallas. |
| Matt Frank | 11/5/2015 | $542.10 | Airfare one-way coach Dallas/Chicago. |
| Matt Frank | 11/16/2015 | $542.10 | Airfare one-way coach Chicago/Dallas. |
| Matt Frank | 11/18/2015 | $148.10 | Airfare one-way coach Dallas/Chicago. |
| Matt Frank | 11/30/2015 | $722.10 | Airfare one-way coach Chicago/Dallas. |
| Michael Williams | 11/2/2015 | $870.44 | Airfare roundtrip coach Chicago/Dallas. |
| Michael Williams | 11/8/2015 | $889.24 | Airfare roundtrip coach Chicago/Dallas. |
| Michael Williams | 11/16/2015 | $785.84 | Airfare roundtrip coach Chicago/Dallas. |
| Michael Williams | 11/30/2015 | $805.83 | Airfare roundtrip coach Chicago/Dallas. |
| Paul Kinealy | 11/4/2015 | $693.99 | Airfare roundtrip coach Chicago/Dallas. |
| Paul Kinealy | 11/9/2015 | $693.99 | Airfare roundtrip coach Chicago/Dallas. |
| Richard Carter | 11/3/2015 | $864.20 | Airfare roundtrip coach Chicago/Dallas. |
| Richard Carter | 11/10/2015 | $834.20 | Airfare roundtrip coach Chicago/Dallas. |

*Exhibit D*

## Combined - All Entities
## Expense Detail by Category
## November 1, 2015 through November 30, 2015

### Airfare

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Richard Carter | 11/19/2015 | $854.20 | Airfare roundtrip coach Chicago/Dallas. |
| **Expense Category Total** | | **$15,667.42** | |

### Lodging

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Emmett Bergman | 10/8/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Emmett Bergman | 10/14/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Emmett Bergman | 10/20/2015 | $768.40 | Hotel in Dallas - 3 nights. |
| Emmett Bergman | 10/27/2015 | $511.76 | Hotel in Dallas - 2 nights. |
| Jeff Dwyer | 11/5/2015 | $772.64 | Hotel in Dallas - 3 nights. |
| Jodi Ehrenhofer | 11/3/2015 | $511.76 | Hotel in Dallas - 2 nights. |
| Jodi Ehrenhofer | 11/9/2015 | $255.88 | Hotel in Dallas - 1 night. |
| Jodi Ehrenhofer | 11/18/2015 | $168.88 | Hotel in Dallas - 2 nights. |
| John Stuart | 11/5/2015 | $345.35 | Hotel in Philadelphia - 1 night. |
| Matt Frank | 11/5/2015 | $772.64 | Hotel in Dallas - 3 nights. |
| Matt Frank | 11/18/2015 | $516.76 | Hotel in Dallas - 2 nights. |
| Matt Frank | 11/30/2015 | $255.88 | Hotel in Dallas - 1 night. |
| Michael Williams | 11/4/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Michael Williams | 11/11/2015 | $1,023.52 | Hotel in Dallas - 4 nights. |
| Michael Williams | 11/18/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Michael Williams | 11/30/2015 | $255.88 | Hotel in Dallas - 1 night. |
| Paul Kinealy | 11/11/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Paul Kinealy | 11/18/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Richard Carter | 11/4/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Richard Carter | 11/11/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Richard Carter | 11/18/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Richard Carter | 11/30/2015 | $255.88 | Hotel in Dallas - 1 night. |

*Exhibit D*

> *Combined - All Entities*
> *Expense Detail by Category*
> *November 1, 2015 through November 30, 2015*

## Lodging

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| **Expense Category Total** | | **$13,323.99** | |

## Meals

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Emmett Bergman | 10/4/2015 | $11.86 | Out of town breakfast - E. Bergman. |
| Emmett Bergman | 10/7/2015 | $8.29 | Out of town breakfast - E. Bergman. |
| Emmett Bergman | 10/19/2015 | $18.83 | Out of town breakfast - E. Bergman. |
| Emmett Bergman | 10/19/2015 | $16.67 | Out of town dinner - E. Bergman. |
| Jeff Dwyer | 11/2/2015 | $5.14 | Out of town breakfast - J. Dwyer. |
| Jeff Dwyer | 11/2/2015 | $120.00 | Out of town dinner - J. Dwyer, M. Frank, E. Bergman -3. |
| Jodi Ehrenhofer | 11/2/2015 | $5.48 | Out of town breakfast - J. Ehrenhofer. |
| Jodi Ehrenhofer | 11/2/2015 | $80.00 | Out of town dinner - J. Ehrenhofer, R. Carter - 2. |
| Jodi Ehrenhofer | 11/3/2015 | $6.14 | Out of town breakfast - J. Ehrenhofer. |
| Jodi Ehrenhofer | 11/4/2015 | $3.98 | Out of town breakfast - J. Ehrenhofer. |
| Jodi Ehrenhofer | 11/9/2015 | $1.68 | Out of town breakfast - J. Ehrenhofer. |
| Jodi Ehrenhofer | 11/18/2015 | $3.98 | Out of town breakfast - J. Ehrenhofer. |
| John Stuart | 11/5/2015 | $40.00 | Out of town dinner - J. Stuart. |
| John Stuart | 11/6/2015 | $40.00 | Out of town dinner - J. Stuart. |
| Matt Frank | 11/3/2015 | $23.32 | Out of town breakfast - M. Frank. |
| Matt Frank | 11/3/2015 | $440.00 | Out of town dinner - M. Frank, J. Stegenga, E. Bergman, J. Dwyer, J. Ehrenhofer, D. Smith, B. Frenzel, C. Carrell, P. Seidler, M. Chen and S. Kim. |
| Matt Frank | 11/4/2015 | $15.49 | Out of town breakfast - M. Frank. |
| Matt Frank | 11/5/2015 | $25.00 | Out of town breakfast - M. Frank. |
| Matt Frank | 11/16/2015 | $10.16 | Out of town breakfast - M. Frank. |
| Matt Frank | 11/17/2015 | $160.00 | Out of town dinner - M. Frank, E. Bergman, P. Kinealy, R. Carter - 4. |
| Matt Frank | 11/17/2015 | $13.32 | Out of town breakfast - M. Frank. |
| Matt Frank | 11/18/2015 | $10.07 | Out of town breakfast - M. Frank. |
| Matt Frank | 11/30/2015 | $4.96 | Out of town breakfast - M. Frank. |

*Exhibit D*

**Combined - All Entities**
**Expense Detail by Category**
**November 1, 2015 through November 30, 2015**

*Meals*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Michael Williams | 11/2/2015 | $13.11 | Out of town dinner - M. Williams. |
| Michael Williams | 11/3/2015 | $36.26 | Out of town dinner - M. Williams. |
| Michael Williams | 11/4/2015 | $37.58 | Out of town dinner - M. Williams. |
| Michael Williams | 11/9/2015 | $57.46 | Out of town dinner - M. Williams, R. Carter - 2. |
| Michael Williams | 11/11/2015 | $37.58 | Out of town dinner - M. Williams. |
| Michael Williams | 11/17/2015 | $36.26 | Out of town dinner - M. Williams. |
| Paul Kinealy | 11/9/2015 | $7.40 | Out of town breakfast - P. Kinealy. |
| Paul Kinealy | 11/9/2015 | $13.11 | Out of town dinner - P. Kinealy. |
| Paul Kinealy | 11/10/2015 | $5.93 | Out of town breakfast - P. Kinealy. |
| Paul Kinealy | 11/10/2015 | $53.89 | Out of town dinner - P. Kinealy, M. Williams - 2. |
| Paul Kinealy | 11/11/2015 | $11.39 | Out of town dinner - P. Kinealy. |
| Paul Kinealy | 11/11/2015 | $5.60 | Out of town breakfast - P. Kinealy. |
| Paul Kinealy | 11/12/2015 | $8.84 | Out of town dinner - P. Kinealy. |
| Paul Kinealy | 11/12/2015 | $5.93 | Out of town breakfast - P. Kinealy. |
| Paul Kinealy | 11/16/2015 | $7.40 | Out of town breakfast - P. Kinealy. |
| Paul Kinealy | 11/16/2015 | $200.00 | Out of town dinner - P. Kinealy, E. Bergman, M. Frank, R. Carter, M. Williams - 5. |
| Paul Kinealy | 11/18/2015 | $5.93 | Out of town breakfast - P. Kinealy. |
| Paul Kinealy | 11/18/2015 | $69.46 | Out of town dinner - P. Kinealy, E. Bergman, R. Carter - 3. |
| Paul Kinealy | 11/19/2015 | $5.93 | Out of town breakfast - P. Kinealy. |
| Richard Carter | 11/2/2015 | $7.68 | Out of town breakfast - R. Carter. |
| Richard Carter | 11/4/2015 | $40.00 | Out of town dinner - R. Carter. |
| Richard Carter | 11/5/2015 | $4.10 | Out of town breakfast - R. Carter. |
| Richard Carter | 11/5/2015 | $7.85 | Out of town dinner - R. Carter. |
| Richard Carter | 11/6/2015 | $38.62 | Out of town dinner - R. Carter. |
| Richard Carter | 11/9/2015 | $5.93 | Out of town breakfast - R. Carter. |
| Richard Carter | 11/11/2015 | $27.73 | Out of town dinner - R. Carter. |
| Richard Carter | 11/12/2015 | $5.93 | Out of town breakfast - R. Carter. |
| Richard Carter | 11/12/2015 | $11.91 | Out of town dinner - R. Carter. |

*Exhibit D*

**Combined - All Entities**
**Expense Detail by Category**
**November 1, 2015 through November 30, 2015**

### Meals

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Richard Carter | 11/16/2015 | $7.68 | Out of town breakfast - R. Carter. |
| Richard Carter | 11/19/2015 | $4.25 | Out of town breakfast - R. Carter. |
| Richard Carter | 11/19/2015 | $9.11 | Out of town dinner - R. Carter. |
| Richard Carter | 11/30/2015 | $11.32 | Out of town breakfast - R. Carter. |
| **Expense Category Total** | | **$1,865.54** | |

### Miscellaneous

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Emmett Bergman | 11/3/2015 | $17.17 | Wireless usage charges. |
| Jeff Dwyer | 11/2/2015 | $3.99 | Internet online in-flight charge. |
| Jeff Dwyer | 11/10/2015 | $59.95 | Internet online - In-Flight WiFI charge for the month. |
| Jodi Ehrenhofer | 11/3/2015 | $25.74 | Verizon conference call charges. |
| Matt Frank | 11/3/2015 | $17.20 | Verizon conference call charges. |
| Matt Frank | 11/3/2015 | $76.55 | Verizon conference call charges. |
| Matt Frank | 11/13/2015 | $49.95 | Gogo wireless internet 11/13/15 to 12/12/15. |
| Paul Kinealy | 11/3/2015 | $28.98 | Verizon conference call charges. |
| **Expense Category Total** | | **$279.53** | |

### Transportation

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Emmett Bergman | 10/4/2015 | $100.00 | Taxi from home to San Francisco airport. |
| Emmett Bergman | 10/6/2015 | $55.00 | Taxi from Dallas Airport to hotel. |
| Emmett Bergman | 10/7/2015 | $6.31 | Taxi from Energy to hotel. |
| Emmett Bergman | 10/8/2015 | $55.00 | Taxi from Energy to DFW Airport. |
| Emmett Bergman | 10/8/2015 | $100.00 | Taxi from San Francisco Airport to home. |
| Emmett Bergman | 10/12/2015 | $26.00 | Taxi from DFW Airport to Energy. |
| Emmett Bergman | 10/12/2015 | $69.47 | Taxi from home to San Francisco airport. |

*Exhibit D*

| Combined - All Entities |
| :---: |
| *Expense Detail by Category* |
| *November 1, 2015 through November 30, 2015* |

### *Transportation*

| Professional/Service | Date | Expense | Expense Description |
| --- | --- | --- | --- |
| Emmett Bergman | 10/15/2015 | $25.00 | Taxi from Energy to DFW Airport. |
| Emmett Bergman | 10/15/2015 | $69.82 | Taxi from San Francisco Airport to home. |
| Emmett Bergman | 10/18/2015 | $55.00 | Taxi from DFW Airport to hotel. |
| Emmett Bergman | 10/18/2015 | $100.00 | Taxi from home to San Francisco airport. |
| Emmett Bergman | 10/21/2015 | $25.00 | Taxi from Energy to DFW Airport. |
| Emmett Bergman | 10/21/2015 | $71.00 | Taxi to New York City from airport. |
| Emmett Bergman | 10/26/2015 | $55.00 | Taxi from DFW Airport to hotel. |
| Emmett Bergman | 10/26/2015 | $100.00 | Taxi from home to San Francisco airport. |
| Emmett Bergman | 10/28/2015 | $82.29 | Taxi from San Francisco Airport to home. |
| Emmett Bergman | 10/28/2015 | $55.00 | Taxi from Energy to DFW Airport. |
| Jeff Dwyer | 11/2/2015 | $25.00 | Taxi from Energy to hotel. |
| Jeff Dwyer | 11/2/2015 | $60.00 | Taxi from DFW Airport to Energy. |
| Jeff Dwyer | 11/3/2015 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 11/3/2015 | $18.77 | Taxi from dinner to hotel. |
| Jeff Dwyer | 11/4/2015 | $10.37 | Taxi from dinner to hotel. |
| Jeff Dwyer | 11/4/2015 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 11/4/2015 | $9.20 | Taxi from Energy to hotel. |
| Jeff Dwyer | 11/4/2015 | $30.60 | Taxi from hotel to Energy. |
| Jeff Dwyer | 11/5/2015 | $70.00 | Taxi from home to San Francisco Airport. |
| Jeff Dwyer | 11/5/2015 | $60.00 | Taxi from hotel to DFW Airport. |
| Jodi Ehrenhofer | 11/2/2015 | $41.66 | Taxi from home to O'Hare Airport. |
| Jodi Ehrenhofer | 11/4/2015 | $40.00 | Taxi from O'Hare Airport to home. |
| Jodi Ehrenhofer | 11/4/2015 | $60.00 | Taxi from Energy to DFW Airport. |
| Jodi Ehrenhofer | 11/9/2015 | $27.00 | Parking at hotel in Dallas - 3 nights. |
| Jodi Ehrenhofer | 11/9/2015 | $14.38 | Taxi from home to O'Hare Airport. |
| Jodi Ehrenhofer | 11/10/2015 | $12.50 | Parking at Energy. |
| Jodi Ehrenhofer | 11/12/2015 | $81.37 | Rental car in Dallas - 4 days. |
| Jodi Ehrenhofer | 11/12/2015 | $13.20 | Taxi from O'Hare Airport to home. |
| Jodi Ehrenhofer | 11/12/2015 | $4.88 | Fuel for rental car. |

*Exhibit D*

*Combined - All Entities*
*Expense Detail by Category*
*November 1, 2015 through November 30, 2015*

## *Transportation*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Jodi Ehrenhofer | 11/17/2015 | $8.91 | Parking at hotel in Dallas - 1 night. |
| Jodi Ehrenhofer | 11/17/2015 | $13.20 | Taxi from home to O'Hare Airport. |
| Jodi Ehrenhofer | 11/18/2015 | $15.00 | Parking at Energy. |
| Jodi Ehrenhofer | 11/18/2015 | $8.91 | Parking at hotel in Dallas - 1 night. |
| Jodi Ehrenhofer | 11/19/2015 | $13.20 | Taxi from O'Hare Airport to home. |
| Jodi Ehrenhofer | 11/19/2015 | $45.89 | Rental car in Dallas - 2 days. |
| John Stuart | 11/5/2015 | $7.00 | Parking at DFW Airport. |
| John Stuart | 11/5/2015 | $79.11 | Taxi to Delaware. |
| John Stuart | 11/5/2015 | $64.86 | Taxi in Philadelphia. |
| John Stuart | 11/6/2015 | $70.15 | Taxi in Philadelphia. |
| John Stuart | 11/6/2015 | $58.03 | Parking at DFW Airport. |
| Matt Frank | 11/2/2015 | $65.00 | Taxi from DFW Airport to Energy. |
| Matt Frank | 11/2/2015 | $65.00 | Taxi from home to Chicago Airport. |
| Matt Frank | 11/2/2015 | $21.32 | Taxi from hotel to dinner. |
| Matt Frank | 11/2/2015 | $15.00 | Taxi from Energy to hotel. |
| Matt Frank | 11/3/2015 | $15.00 | Taxi from hotel to Energy. |
| Matt Frank | 11/5/2015 | $70.00 | Taxi from hotel to DFW Aiport. |
| Matt Frank | 11/5/2015 | $65.00 | Taxi from Chicago Airport to home. |
| Matt Frank | 11/16/2015 | $65.00 | Taxi from home to Chicago Airport. |
| Matt Frank | 11/16/2015 | $65.00 | Taxi from DFW Airport to Energy. |
| Matt Frank | 11/17/2015 | $25.00 | Taxi from dinner to hotel. |
| Matt Frank | 11/17/2015 | $20.00 | Taxi from Energy to dinner. |
| Matt Frank | 11/18/2015 | $65.00 | Taxi from Chicago Airport to home. |
| Matt Frank | 11/18/2015 | $65.00 | Taxi from Energy to DFW Airport. |
| Matt Frank | 11/18/2015 | $15.00 | Taxi from hotel to client. |
| Matt Frank | 11/30/2015 | $65.00 | Taxi from DFW Airport to Energy. |
| Matt Frank | 11/30/2015 | $65.00 | Taxi from home to Chicago Airport. |
| Michael Williams | 11/2/2015 | $60.00 | Taxi from Energy to DFW Airport. |
| Michael Williams | 11/2/2015 | $42.86 | Taxi from home to O'Hare Airport. |

*Exhibit D*

| Combined - All Entities |
| :---: |
| *Expense Detail by Category* |
| *November 1, 2015 through November 30, 2015* |

### Transportation

| Professional/Service | Date | Expense | Expense Description |
| --- | --- | --- | --- |
| Michael Williams | 11/3/2015 | $25.00 | Taxi from hotel to Energy. |
| Michael Williams | 11/3/2015 | $15.00 | Taxi from Energy to hotel. |
| Michael Williams | 11/4/2015 | $15.00 | Taxi from Energy to hotel. |
| Michael Williams | 11/4/2015 | $15.00 | Taxi from hotel to Energy. |
| Michael Williams | 11/5/2015 | $15.00 | Taxi from hotel to Energy. |
| Michael Williams | 11/5/2015 | $50.00 | Taxi from home to O'Hare Airport. |
| Michael Williams | 11/8/2015 | $43.10 | Taxi from home to O'Hare Airport. |
| Michael Williams | 11/8/2015 | $60.00 | Taxi from hotel to DFW Airport. |
| Michael Williams | 11/9/2015 | $15.00 | Taxi from hotel to Energy. |
| Michael Williams | 11/9/2015 | $15.00 | Taxi from hotel to Energy. |
| Michael Williams | 11/10/2015 | $15.00 | Taxi from hotel to Energy. |
| Michael Williams | 11/10/2015 | $15.00 | Taxi from Energy to hotel. |
| Michael Williams | 11/12/2015 | $50.00 | Taxi from home to O'Hare Airport. |
| Michael Williams | 11/16/2015 | $25.00 | Taxi from Energy to hotel. |
| Michael Williams | 11/16/2015 | $60.00 | Taxi from Energy to DFW Airport. |
| Michael Williams | 11/16/2015 | $43.10 | Taxi from home to O'Hare Airport. |
| Michael Williams | 11/17/2015 | $25.00 | Taxi from hotel to Energy. |
| Michael Williams | 11/17/2015 | $4.20 | Taxi from Energy to hotel. |
| Michael Williams | 11/18/2015 | $15.00 | Taxi from Energy to hotel. |
| Michael Williams | 11/19/2015 | $50.00 | Taxi from home to O'Hare Airport. |
| Michael Williams | 11/30/2015 | $60.00 | Taxi from DFW Airport to Energy. |
| Michael Williams | 11/30/2015 | $25.00 | Taxi from Energy to hotel. |
| Michael Williams | 11/30/2015 | $43.34 | Taxi from home to O'Hare Airport. |
| Paul Kinealy | 11/9/2015 | $26.00 | Taxi from Dallas Airport to Energy. |
| Paul Kinealy | 11/11/2015 | $15.00 | Taxi for A&M team from hotel to Energy. |
| Paul Kinealy | 11/11/2015 | $15.00 | Taxi for A&M team from hotel to Energy. |
| Paul Kinealy | 11/12/2015 | $15.00 | Taxi for A&M team from hotel to Energy. |
| Paul Kinealy | 11/12/2015 | $26.00 | Taxi from Energy to Dallas Airport. |
| Paul Kinealy | 11/12/2015 | $120.00 | Parking at Chicago Airport. |

*Exhibit D*

*Combined - All Entities*
*Expense Detail by Category*
*November 1, 2015 through November 30, 2015*

## Transportation

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Paul Kinealy | 11/16/2015 | $24.00 | Taxi from Dallas Airport to Energy. |
| Paul Kinealy | 11/17/2015 | $38.74 | Taxi for A&M team from dinner to hotel. |
| Paul Kinealy | 11/17/2015 | $34.46 | Taxi for A&M team from Energy to dinner. |
| Paul Kinealy | 11/18/2015 | $15.00 | Taxi for A&M team from Energy to dinner. |
| Paul Kinealy | 11/19/2015 | $24.50 | Taxi from Energy to Dallas Airport. |
| Paul Kinealy | 11/19/2015 | $114.00 | Parking at Chicago Airport. |
| Richard Carter | 11/2/2015 | $57.18 | Taxi from DFW Airport to Energy. |
| Richard Carter | 11/5/2015 | $140.00 | Parking at Chicago Airport. |
| Richard Carter | 11/5/2015 | $61.50 | Taxi from Energy to DFW Airport. |
| Richard Carter | 11/5/2015 | $4.20 | Taxi from hotel to Energy. |
| Richard Carter | 11/9/2015 | $57.78 | Taxi from DFW Airport to Energy. |
| Richard Carter | 11/10/2015 | $4.20 | Taxi from hotel to Energy. |
| Richard Carter | 11/11/2015 | $5.45 | Taxi from hotel to Energy. |
| Richard Carter | 11/12/2015 | $60.00 | Taxi from Energy to DFW Airport. |
| Richard Carter | 11/12/2015 | $140.00 | Parking at Chicago Airport. |
| Richard Carter | 11/16/2015 | $60.55 | Taxi from DFW Airport to Energy. |
| Richard Carter | 11/17/2015 | $6.45 | Taxi from dinner to hotel. |
| Richard Carter | 11/19/2015 | $140.00 | Parking at Chicago Airport. |
| Richard Carter | 11/19/2015 | $9.08 | Taxi from hotel to Energy. |
| Richard Carter | 11/24/2015 | $13.00 | Taxi from hotel to Energy. |
| Richard Carter | 11/24/2015 | $60.00 | Taxi from Energy to DFW Airport. |
| **Expense Category Total** | | **$4,898.09** | |
| *Grand Total* | | $36,034.57 | |