# EXHIBIT B

## Attorneys and Paraprofessionals' Information

The RL&F attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Daniel J. DeFranceschi | Director | 1989 | Bankruptcy | $750 | 25.7 | $19,275.00 |
| Russell C. Silberglied | Director | 1996 | Bankruptcy | $725 | 0.1 | $72.50 |
| Marcos A. Ramos | Director | 2003 | Bankruptcy | $585 | 6.5 | $3,802.50 |
| Jason M. Madron | Counsel | 2003 | Bankruptcy | $525 | 136.6 | $71,715.00 |
| Alexander G. Najemy | Associate | 2015 | Bankruptcy | $260 | 0.6 | $156.00 |
| Joseph C. Barsalona, II | Associate | 2014 | Bankruptcy | $260 | 58.8 | $15,288.00 |
| Andrew M. Dean | Associate | 2015 | Bankruptcy | $260 | 13.4 | $3,484.00 |
| Rachel L. Biblo | Associate | 2014 | Bankruptcy | $260 | 1.4 | $364.00 |
| **Total** | | | | | **243.1** | **$114,157.00** |

The paraprofessionals of RL&F who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Barbara J. Witters | Paralegal | 15 | Bankruptcy | $235 | 68.1 | $16,003.50 |
| Ann Jerominski | Paralegal | 15 | Bankruptcy | $235 | 20.1 | $4,723.50 |
| Rebecca V. Speaker | Paralegal | 13 | Bankruptcy | $235 | 6.3 | $1,480.50 |
| Caroline E. Dougherty | Paralegal | 1 | Bankruptcy | $235 | 3.9 | $916.50 |
| Daniel D. White | Technical/ Trial Support | 11 | Litigation/ MIS | $250 | 2.6 | $650.00 |
| Carlos B. Terreforte | Technical/ Trial Support | 1 | Litigation/ MIS | $235 | 11.0 | $2,585.00 |
| **Total** | | | | | **112.0** | **$26,359.00** |

**Total Fees**     **$140,516.00**