# EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

## ALL - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $1.93 |
| Business Meals | $2,702.23 |
| Conference Calling | $1,068.76 |
| Court Reporter Services | $0.00 |
| Document Retrieval | $888.04 |
| Electronic Legal Research | $224.84 |
| Equipment Rental | $3,031.71 |
| Filing Fees/Court Cost | $0.00 |
| Long distance Telephone Charges | $33.18 |
| Messenger and Delivery Service | $1,340.22 |
| Overtime | $1,241.24 |
| Photocopying/Printing - Outside Vendor | $931.85 |
| Photocopying/Printing | $3,382.61 |
| Postage | $0.00 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Record Retrieval | $0.00 |
| Travel Expense | $68.99 |
| **Total:** | **$14,915.60** |

## TCEH - Expense Summary

| Service Description | Amount |
|---|---:|
| Binding | $0.03 |
| Business Meals | $35.09 |
| Conference Calling | $13.88 |
| Court Reporter Services | $0.00 |
| Document Retrieval | $11.53 |
| Electronic Legal Research | $2.92 |
| Equipment Rental | $39.37 |
| Filing Fees/Court Costs | $0.00 |
| Long distance Telephone Charges | $0.43 |
| Messenger and Delivery Service | $17.41 |
| Overtime | $16.12 |
| Photocopying/Printing - Outside Vendor | $12.10 |
| Photocopying/Printing | $43.93 |
| Postage | $0.00 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Record Retrieval | $0.00 |
| Travel Expense | $0.90 |
| **Total:** | **$193.71** |

## EFIH - Expense Summary

| Service Description | Amount |
|---|---:|
| Binding | $0.20 |
| Business Meals | $280.75 |
| Conference Calling | $111.04 |
| Court Reporter Services | $0.00 |
| Document Retrieval | $92.26 |
| Electronic Legal Research | $23.36 |
| Equipment Rental | $314.98 |
| Filing Fees/Court Costs | $0.00 |
| Long distance Telephone Charges | $3.45 |
| Messenger and Delivery Service | $139.24 |
| Overtime | $128.96 |
| Photocopying/Printing - Outside Vendor | $96.82 |
| Photocopying/Printing | $351.44 |
| Postage | $0.00 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Record Retrieval | $0.00 |
| Travel Expense | $7.17 |
| **Total:** | **$1,549.67** |

## EFH - Expense Summary

| Service Description | Amount |
|---|---:|
| Binding | $0.35 |
| Business Meals | $491.31 |
| Conference Calling | $194.32 |
| Court Reporter Services | $0.00 |
| Document Retrieval | $161.46 |
| Electronic Legal Research | $40.88 |
| Equipment Rental | $551.22 |
| Filing Fees/Court Costs | $0.00 |
| Long distance Telephone Charges | $6.03 |
| Messenger and Delivery Service | $243.68 |
| Overtime | $225.68 |
| Photocopying/Printing - Outside Vendor | $169.43 |
| Photocopying/Printing | $615.02 |
| Postage | $0.00 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Record Retrieval | $0.00 |
| Travel Expense | $12.54 |
| **Total:** | **$2,711.93** |