## EXHIBIT E

## Detailed Description of Meal Expenses

| Date | Restaurant/ Provider | Meal | Number of People | Description | Average Amount Per Person | Amount |
|---|---|---|---|---|---|---|
| 11/3/2015[1] | Toscana to Go | Dinner | 20 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with confirmation trial | $28.10 | $562.00 |
| 12/1/2015 | Rodney Grille & Manhattan Bagel Co. | Breakfast | 20 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with confirmation trial | $9.55 | $190.85 |
| 12/1/2015 | Cosi | Lunch | 20 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with confirmation trial | $15.06 | $301.10 |
| 12/2/2015 | Rodney Grille & Manhattan Bagel Co. | Breakfast | 20 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with confirmation trial | $18.08 | $361.50 |
| 12/2/2015 | Panera Bread | Lunch | 20 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with confirmation trial | $12.24 | $244.78 |
| 12/2/2015 | Food for Thought | Dinner | 20 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with confirmation trial | $20.90 | $418.00 |
| 12/3/2015 | Rodney Grille & Manhattan Bagel Co. | Breakfast | 20 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with confirmation trial | $18.08 | $361.50 |
| 12/3/2015 | Mikimoto's | Dinner | 1 | Working meal for RL&F team member in connection with afterhours filing of brief in Texas Transmission adversary proceeding | $23.99 | $23.99 |

---

[1] Charge was inadvertently not billed in a prior fee period.

RLF1 13816085v.1

| Date | Vendor | Meal | # | Description | Cost per Person | Total |
|---|---|---|---|---|---|---|
| 12/4/2015 | Rodney Grille & Manhattan Bagel Co. | Breakfast | 20 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with confirmation trial | $18.08 | $361.50 |
| 12/9/2015 | Grotto's Pizza | Dinner | 1 | Working meal for RL&F team member in connection with afterhours filing of scheduling order in Texas Transmission Investment adversary proceeding | $10.00 | $10.00 |
| 12/11/2015 | Washington Street Ale | Dinner | 1 | Working meal for RL&F team member in connection with afterhours filing of certification of counsel re: EFIH PIK settlement order and preparation of 12/16/15 hearing binders | $17.82 | $17.82 |
| 12/15/2015 | Chelsea Tavern | Dinner | 1 | Working meal for RL&F team member in connection with afterhours filing of certification of counsel re: order approving additional settlement with EFH notes and revise 12/16/15 amended agenda | $12.67 | $12.67 |
| 12/16/2015 | Manhattan Bagel Co. | Breakfast | 15 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with omnibus hearing and Texas Transmission Investment pre-trial conference | $14.80 | $222.00 |
| 12/16/2015 | Sugarfoot | Lunch | 15 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with omnibus hearing and Texas Transmission Investment pre-trial conference | $27.46 | $411.79 |
| 12/18/2015 | Grotto's Pizza | Dinner | 1 | Working meal for RL&F team member in connection with afterhours filing of K&E supplemental retention declaration and docket distribution | $9.89 | $9.89 |
| **TOTALS** | | | | | | $3,509.39 |

2