# EXHIBIT A

## Statement of Fees By Subject Matter

| Matter Number | Matter Description | Total Billed Hours [1] | Total Fees Requested |
|---|---|---|---|
| 1 | Long-Range Forecast | 53.40 | $29,572.50 |
| 2 | Metric Analysis | 25.50 | $18,150.00 |
| 3 | Generation Analysis | 254.25 | $135,430.00 |
| 4 | Retail Analysis | 0.50 | $230.00 |
| 5 | Commodity Analysis | 26.50 | $17,370.00 |
| 6 | Competitor Analysis | 64.50 | $35,667.50 |
| 7 | EBITDA Projection | 14.00 | $6,475.00 |
| 8 | Environmental Analysis | 24.00 | $13,605.00 |
| 9 | Short-Range Forecast | 0.00 | $0.00 |
| 10 | Capital Projects | 3.00 | $1,365.00 |
| 11 | Wholesale Operations | 30.50 | $18,320.00 |
| 12 | Retail Operations | 6.50 | $3,985.00 |
| 13 | T&D Operations | 2.00 | $1,130.00 |
| 14 | Data Collection and Diligence | 58.50 | $27,430.00 |
| 15 | Reports | 109.00 | $55,175.00 |
| 16 | Hearings | 8.00 | $5,790.00 |
| 17 | On-Site Diligence | 49.00 | $28,777.50 |
| 18 | Project Management | 2.50 | $1,830.00 |
| 19 | Project Administration | 0.00 | $0.00 |
| 20 | T&D Forecast | 0.00 | $0.00 |
| 21 | Fee Objection Discussion and Litigation | 0.00 | $0.00 |
| 22 | Fee Application | 7.20 | $2,811.00 |
| | *Continued on next page* | | |

---

[1.] Non-working travel time has been billed at 50% of actual time incurred.

RLF1 13820375v.1

## EXHIBIT A (cont'd)

## Statement of Fees By Subject Matter

| Matter Number | Matter Description | Total Billed Hours [1] | Total Fees Requested |
|---|---|---|---|
| 23 | Business Services Analysis | 1.50 | $1,080.00 |
| 24 | Retail Margins | 0.00 | $0.00 |
| 25 | T&D Market Research | 0.00 | $0.00 |
| 26 | Wholesale Market Research | 22.00 | $11,800.00 |
| 27 | Retail Market Research | 0.00 | $0.00 |
| 28 | Performance Analysis | 0.00 | $0.00 |
| 29 | Sales, General & Administrative Analysis | 15.00 | $8,175.00 |
| 30 | Portfolio Analysis | 2.50 | $1,327.50 |
| 31 | Oncor Revenue Analysis | 0.00 | $0.00 |
| 32 | Oncor Capital Structure | 0.00 | $0.00 |
| 33 | Regulatory Analysis | 62.50 | $37,512.50 |
| 34 | Claims & Settlement Issues | 2.00 | $1,440.00 |
| 35 | Property Tax Analysis | 71.10 | $43,380.00 |
|  |  |  |  |
|  | **Totals:** | **915.45** | **$507,828.50** |

---

[1.] Non-working travel time has been billed at 50% of actual time incurred.

RLF1 13820375v.1