**EXHIBIT B**

**Consultants' Information**

The FEP consultants who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Todd W. Filsinger | Senior Managing Director | $750 | 144.00 | $108,000.00 |
| Jean Agras | Managing Director | $720 | 51.50 | $37,080.00 |
| Gary Germeroth | Managing Director | $720 | 88.00 | $63,360.00 |
| Dave Andrus | Director | $645 | 44.00 | $28,380.00 |
| Scott Davis | Director | $545 | 55.00 | $29,975.00 |
| Michael Green | Director | $550 | 61.75 | $33,962.50 |
| Paul Harmon | Director | $575 | 21.00 | $12,075.00 |
| Kimberly Eckert | Managing Consultant | $495 | 2.00 | $990.00 |
| Michael Gadsden | Managing Consultant | $460 | 33.50 | $15,410.00 |
| Jill Kawakami | Managing Consultant | $430 | 34.50 | $14,835.00 |
| Michael Perry | Managing Consultant | $410 | 97.50 | $39,975.00 |
| Nathan Pollak | Managing Consultant | $460 | 28.00 | $12,880.00 |
| Samuel Schreiber | Managing Consultant | $455 | 179.00 | $81,445.00 |
| Laura Hatanaka | Consultant | $390 | 69.50 | $27,105.00 |
| Pamela Morin | Consultant | $380 | 6.20 | $2,356.00 |
| | | **Totals:** | **915.45** | **$507,828.50** |