# **EXHIBIT C**

## Summary of Actual and Necessary Expenses for the Fee Period

### ALL - Expense Summary

| Service Description | Amount |
|---|---:|
| Lodging | $5,159.20 |
| Airfare | $7,145.52 |
| Taxi | $1,486.34 |
| Travel Meals | $1,223.96 |
| Other Travel Expenses | $625.70 |
| Vehicle Rental Expenses | $43.78 |
| Market Data | $7,800.00 |
| **Total:** | **$23,484.50** |

### TCEH - Expense Summary

| Service Description | Amount |
|---|---:|
| Lodging | $4,681.88 |
| Airfare | $6,484.43 |
| Taxi | $1,348.83 |
| Travel Meals | $1,110.72 |
| Other Travel Expenses | $567.81 |
| Vehicle Rental Expenses | $39.73 |
| Market Data | $7,078.36 |
| **Total:** | **$21,311.76** |

### EFIH - Expense Summary

| Service Description | Amount |
|---|---:|
| Lodging | $384.62 |
| Airfare | $532.70 |
| Taxi | $110.81 |
| Travel Meals | $91.25 |

| Service Description | Amount |
|---|---|
| Other Travel Expenses | $46.65 |
| Vehicle Rental Expenses | $3.26 |
| Market Data | $581.49 |
| **Total:** | **$1,750.78** |

**EFH - Expense Summary**

| Service Description | Amount |
|---|---|
| Lodging | $92.70 |
| Airfare | $128.39 |
| Taxi | $26.70 |
| Travel Meals | $21.99 |
| Other Travel Expenses | $11.24 |
| Vehicle Rental Expenses | $0.79 |
| Market Data | $140.15 |
| **Total:** | **$421.96** |