| INVOICE NUMBER | MATTER | DATE | NAME OF TIMEKEEPER WHO INCURRED EXPENSE | EXPENSE CATEGORY | UNIT COST | # OF UNITS | TOTAL | EXPENSE DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| EFCH/TCH-CS-039 | On site Diligence | 20151201 | A. Scott Davis | Hotel | | | $194.35 | Marriott - Irving |
| EFCH/TCH-CS-039 | On site Diligence | 20151201 | A. Scott Davis | Lunch | | | $6.00 | El Chico \| self |
| EFCH/TCH-CS-039 | On site Diligence | 20151201 | A. Scott Davis | Dinner | | | $58.72 | The Ranch \| Nathan, self |
| EFCH/TCH-CS-039 | On site Diligence | 20151201 | Nathan Pollak | Hotel | | | $194.35 | Dallas Marriott Las Colinas |
| EFCH/TCH-CS-039 | On site Diligence | 20151201 | Nathan Pollak | Lunch | | | $7.50 | El Chico \| N. Pollak |
| EFCH/TCH-CS-039 | On site Diligence | 20151201 | Nathan Pollak | Dinner | | | $40.00 | FT33 \| N. Pollak |
| EFCH/TCH-CS-039 | On site Diligence | 20151201 | Todd Filsinger | Airfare | | | $341.98 | Airfare from Dallas to Denver |
| EFCH/TCH-CS-039 | On site Diligence | 20151201 | Todd Filsinger | Taxi | | | $70.00 | to home |
| EFCH/TCH-CS-039 | On site Diligence | 20151201 | Todd Filsinger | Taxi | | | $24.81 | to office |
| EFCH/TCH-CS-039 | On site Diligence | 20151201 | Todd Filsinger | Breakfast | | | $24.07 | The knife \| self |
| EFCH/TCH-CS-039 | On site Diligence | 20151201 | Todd Filsinger | Lunch | | | $7.84 | Poblanos \| self |
| EFCH/TCH-CS-039 | On site Diligence | 20151201 | Todd Filsinger | Taxi | | | $11.67 | Taxi for meeting |
| EFCH/TCH-CS-039 | On site Diligence | 20151202 | A. Scott Davis | Hotel | | | $194.35 | Marriott - Irving |
| EFCH/TCH-CS-039 | On site Diligence | 20151202 | A. Scott Davis | Breakfast | | | $16.92 | Jamba Juice \| Nathan, self |
| EFCH/TCH-CS-039 | On site Diligence | 20151202 | A. Scott Davis | Lunch | | | $28.08 | Fast Furious \| Nathan, self |
| EFCH/TCH-CS-039 | On site Diligence | 20151202 | A. Scott Davis | Dinner | | | $40.00 | The Blue Fish \| self |
| EFCH/TCH-CS-039 | On site Diligence | 20151202 | Nathan Pollak | Hotel | | | $194.35 | Dallas Marriott Las Colinas |
| EFCH/TCH-CS-039 | On site Diligence | 20151202 | Nathan Pollak | Taxi | | | $65.00 | Dinner (FT33) |
| EFCH/TCH-CS-039 | On site Diligence | 20151202 | Nathan Pollak | Taxi | | | $65.00 | Hotel (Marriott) |
| EFCH/TCH-CS-039 | On site Diligence | 20151202 | Nathan Pollak | Dinner | | | $7.57 | McDonald's \| N. Pollak |
| EFCH/TCH-CS-039 | On site Diligence | 20151203 | A. Scott Davis | Airfare | | | $217.98 | Airfare from Dallas to Houston |
| EFCH/TCH-CS-039 | On site Diligence | 20151203 | A. Scott Davis | Personal Vehicle | $0.58 | 30 miles | $17.25 | r.t. Hobby |
| EFCH/TCH-CS-039 | On site Diligence | 20151203 | A. Scott Davis | Rental Car | | | $5.80 | Shell |
| EFCH/TCH-CS-039 | On site Diligence | 20151203 | Nathan Pollak | Airfare | | | $172.10 | Airfare from Dallas, TX to Denver, CO |
| EFCH/TCH-CS-039 | On site Diligence | 20151203 | Nathan Pollak | Taxi | | | $50.00 | DFW |
| EFCH/TCH-CS-039 | On site Diligence | 20151203 | Nathan Pollak | Parking | | | $96.00 | DIA |
| EFCH/TCH-CS-039 | On site Diligence | 20151203 | Nathan Pollak | Personal Vehicle | $0.58 | 26 miles | $14.95 | |
| EFCH/TCH-CS-039 | On site Diligence | 20151204 | Gary Germeroth | Airfare | | | $435.96 | Airfare from Houston to Dallas (ROUND TRIP, LOW COST FARE) |
| EFCH/TCH-CS-039 | On site Diligence | 20151204 | Gary Germeroth | Taxi | | | $11.86 | Love Field to EFH Office |
| EFCH/TCH-CS-039 | On site Diligence | 20151204 | Gary Germeroth | Taxi | | | $9.87 | EFH Office to Love Field |
| EFCH/TCH-CS-039 | On site Diligence | 20151204 | Gary Germeroth | Parking | | | $20.00 | Airport |
| EFCH/TCH-CS-039 | On site Diligence | 20151204 | Gary Germeroth | Personal Vehicle | $0.58 | 38 miles | $21.85 | Round trip - Home to Airport |
| EFCH/TCH-CS-039 | On site Diligence | 20151204 | Gary Germeroth | Lunch | | | $13.71 | Campisi's \| Self |
| EFCH/TCH-CS-039 | On site Diligence | 20151207 | Todd Filsinger | Airfare | | | $341.98 | Airfare from Denver to Dallas |
| EFCH/TCH-CS-039 | On site Diligence | 20151207 | Todd Filsinger | Hotel | | | $287.00 | The Curio - Dallas, TX |
| EFCH/TCH-CS-039 | On site Diligence | 20151207 | Todd Filsinger | Taxi | | | $70.00 | To DIA from home |
| EFCH/TCH-CS-039 | On site Diligence | 20151207 | Todd Filsinger | Taxi | | | $26.74 | To client |
| EFCH/TCH-CS-039 | On site Diligence | 20151207 | Gary Germeroth | Airfare | | | $217.98 | Airfare from Houston to Dallas |
| EFCH/TCH-CS-039 | On site Diligence | 20151207 | Gary Germeroth | Hotel | | | $205.85 | Hilton Garden Inn  Dallas, TX |
| EFCH/TCH-CS-039 | On site Diligence | 20151207 | Gary Germeroth | Taxi | | | $11.85 | Love Field to EFH offices |
| EFCH/TCH-CS-039 | On site Diligence | 20151207 | Gary Germeroth | Parking | | | $20.00 | Airport |
| EFCH/TCH-CS-039 | On site Diligence | 20151207 | Gary Germeroth | Personal Vehicle | $0.58 | 19 miles | $10.93 | Home to Airport |
| EFCH/TCH-CS-039 | On site Diligence | 20151207 | Gary Germeroth | Lunch | | | $5.16 | Taco Bell \| Self, Todd Filsinger |
| EFCH/TCH-CS-039 | On site Diligence | 20151207 | Gary Germeroth | Dinner | | | $80.00 | Nick and Sam's \| Self, Todd Filsinger |
| EFCH/TCH-CS-039 | On site Diligence | 20151208 | Todd Filsinger | Hotel | | | $287.00 | The Curio - Dallas, TX |
| EFCH/TCH-CS-039 | On site Diligence | 20151208 | Todd Filsinger | Taxi | | | $17.88 | To dinner |
| EFCH/TCH-CS-039 | On site Diligence | 20151208 | Todd Filsinger | Breakfast | | | $3.95 | Starbucks \| self |
| EFCH/TCH-CS-039 | On site Diligence | 20151208 | Todd Filsinger | Lunch | | | $6.48 | poblanos \| self |
| EFCH/TCH-CS-039 | On site Diligence | 20151208 | Todd Filsinger | Dinner | | | $35.23 | The knife \| self |
| EFCH/TCH-CS-039 | On site Diligence | 20151208 | Gary Germeroth | Taxi | | | $11.18 | Hotel to Love Field |
| EFCH/TCH-CS-039 | On site Diligence | 20151209 | Todd Filsinger | Airfare | | | $341.98 | Airfare from Dallas to Denver |
| EFCH/TCH-CS-039 | On site Diligence | 20151209 | Todd Filsinger | Taxi | | | $70.00 | To home from DIA |
| EFCH/TCH-CS-039 | On site Diligence | 20151209 | Todd Filsinger | Taxi | | | $32.76 | to Airport |
| EFCH/TCH-CS-039 | On site Diligence | 20151209 | Todd Filsinger | Breakfast | | | $9.35 | starbucks \| self |
| EFCH/TCH-CS-039 | On site Diligence | 20151214 | Todd Filsinger | Airfare | | | $351.00 | Airfare from Denver to Dallas (Less costs to upgrade to business select) |
| EFCH/TCH-CS-039 | On site Diligence | 20151214 | Todd Filsinger | Hotel | | | $287.00 | The Curio - Dallas, TX |
| EFCH/TCH-CS-039 | On site Diligence | 20151214 | Todd Filsinger | Taxi | | | $70.00 | To DIA from home |
| EFCH/TCH-CS-039 | On site Diligence | 20151214 | Todd Filsinger | Taxi | | | $33.39 | To office |
| EFCH/TCH-CS-039 | On site Diligence | 20151214 | Todd Filsinger | Dinner | | | $27.70 | Olivellas \| self |
| EFCH/TCH-CS-039 | On site Diligence | 20151214 | Todd Filsinger | Lunch | | | $80.00 | The knife \| self & Gary Germeroth |
| EFCH/TCH-CS-039 | On site Diligence | 20151214 | Todd Filsinger | Taxi | | | $9.17 | to lunch |
| EFCH/TCH-CS-039 | On site Diligence | 20151214 | Gary Germeroth | Airfare | | | $217.98 | Airfare from Houston to Dallas |
| EFCH/TCH-CS-039 | On site Diligence | 20151214 | Gary Germeroth | Hotel | | | $217.35 | Hilton Garden Inn  Dallas, TX |
| EFCH/TCH-CS-039 | On site Diligence | 20151214 | Gary Germeroth | Taxi | | | $12.38 | Love Field to EFH Offices |
| EFCH/TCH-CS-039 | On site Diligence | 20151214 | Gary Germeroth | Parking | | | $20.00 | Airport |
| EFCH/TCH-CS-039 | On site Diligence | 20151214 | Gary Germeroth | Personal Vehicle | $0.58 | 19 miles | $10.93 | Home to Airport |
| EFCH/TCH-CS-039 | On site Diligence | 20151214 | Gary Germeroth | Dinner | | | $13.18 | Wingbucket \| Self |
| EFCH/TCH-CS-039 | On site Diligence | 20151214 | Jean Agras | Airfare | | | $112.60 | Airfare from Denver to Dallas |
| EFCH/TCH-CS-039 | On site Diligence | 20151214 | Jean Agras | Hotel | | | $159.25 | Fairmont - Dallas, TX |
| EFCH/TCH-CS-039 | On site Diligence | 20151214 | Jean Agras | Taxi | | | $55.00 | Energy Plaza |
| EFCH/TCH-CS-039 | On site Diligence | 20151214 | Jean Agras | Parking | | | $24.00 | DIA |
| EFCH/TCH-CS-039 | On site Diligence | 20151214 | Jean Agras | Personal Vehicle | $0.58 | 45 miles | $25.88 | to DIA |
| EFCH/TCH-CS-039 | On site Diligence | 20151214 | Jean Agras | Lunch | | | $12.00 | Energy Plaza \| Jean |
| EFCH/TCH-CS-039 | On site Diligence | 20151214 | Jean Agras | Dinner | | | $25.00 | Fairmont \| Jean |
| EFCH/TCH-CS-039 | On site Diligence | 20151214 | Jean Agras | Personal Vehicle | | | $8.50 | Tolls |
| EFCH/TCH-CS-039 | On site Diligence | 20151214 | Mike Green | Airfare | | | $790.20 | Airfare from Montgomery, AL to Dallas, TX (round trip) |
| EFCH/TCH-CS-039 | On site Diligence | 20151214 | Mike Green | Hotel | | | $228.95 | Hilton Garden Inn - Dallas, TX |
| EFCH/TCH-CS-039 | On site Diligence | 20151214 | Mike Green | Taxi | | | $27.62 | EFH |
| EFCH/TCH-CS-039 | On site Diligence | 20151214 | Mike Green | Lunch | | | $9.18 | Sunrise Café \| Self |
| EFCH/TCH-CS-039 | On site Diligence | 20151214 | Mike Green | Dinner | | | $18.16 | Campisi's \| Self |
| EFCH/TCH-CS-039 | On site Diligence | 20151214 | Sam Schreiber | Airfare | | | $502.10 | Airfare from New York to Dallas |
| EFCH/TCH-CS-039 | On site Diligence | 20151214 | Sam Schreiber | Hotel | | | $194.35 | Marriott - Irving, TX |
| EFCH/TCH-CS-039 | On site Diligence | 20151214 | Sam Schreiber | Taxi | | | $39.85 | Uber - NYC - to LGA |
| EFCH/TCH-CS-039 | On site Diligence | 20151214 | Sam Schreiber | Taxi | | | $27.07 | Uber - Dallas - from DFW |
| EFCH/TCH-CS-039 | On site Diligence | 20151214 | Sam Schreiber | Breakfast | | | $5.99 | LGA \| Self |
| EFCH/TCH-CS-039 | On site Diligence | 20151214 | Sam Schreiber | Lunch | | | $7.52 | Sunrise Café \| Self |
| EFCH/TCH-CS-039 | On site Diligence | 20151214 | Sam Schreiber | Dinner | | | $18.19 | Marriott \| Self |
| EFCH/TCH-CS-039 | On site Diligence | 20151214 | Sam Schreiber | Taxi | | | $14.46 | Uber - Dallas - to Hotel |
| EFCH/TCH-CS-039 | On site Diligence | 20151214 | Laura Hatanaka | Airfare | | | $341.98 | Airfare from Denver to Dallas |
| EFCH/TCH-CS-039 | On site Diligence | 20151214 | Laura Hatanaka | Hotel | | | $159.25 | Fairmont - Dallas, TX |
| EFCH/TCH-CS-039 | On site Diligence | 20151214 | Laura Hatanaka | Parking | | | $24.00 | DIA |
| EFCH/TCH-CS-039 | On site Diligence | 20151214 | Laura Hatanaka | Personal Vehicle | $0.58 | 24 miles | $13.80 | To DIA |
| EFCH/TCH-CS-039 | On site Diligence | 20151214 | Laura Hatanaka | Breakfast | | | $11.00 | Root Down \| Laura |

| INVOICE NUMBER | MATTER | DATE | NAME OF TIMEKEEPER WHO INCURRED EXPENSE | EXPENSE CATEGORY | UNIT COST | # OF UNITS | TOTAL | EXPENSE DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| EFCH/TCH-CS-039 | On site Diligence | 20151214 | Laura Hatanaka | Lunch | | | $8.91 | Sunrise Café | Laura |
| EFCH/TCH-CS-039 | On site Diligence | 20151214 | Laura Hatanaka | Dinner | | | $39.16 | Fairmont | Laura |
| EFCH/TCH-CS-039 | On site Diligence | 20151214 | Michael Gadsden | Airfare | | | $341.98 | Airfare from Denver to Dallas |
| EFCH/TCH-CS-039 | On site Diligence | 20151214 | Michael Gadsden | Hotel | | | $148.68 | Hotel Indigo (Dallas, TX) |
| EFCH/TCH-CS-039 | On site Diligence | 20151214 | Michael Gadsden | Taxi | | | $38.39 | Denver Airport |
| EFCH/TCH-CS-039 | On site Diligence | 20151214 | Michael Gadsden | Taxi | | | $33.00 | EFH |
| EFCH/TCH-CS-039 | On site Diligence | 20151214 | Michael Gadsden | Dinner | | | $9.62 | Pho Colonial | Michael |
| EFCH/TCH-CS-039 | On site Diligence | 20151215 | Todd Filsinger | Hotel | | | $287.00 | The Curio - Dallas, TX |
| EFCH/TCH-CS-039 | On site Diligence | 20151215 | Todd Filsinger | Taxi | | | $24.76 | to office |
| EFCH/TCH-CS-039 | On site Diligence | 20151215 | Todd Filsinger | Taxi | | | $7.47 | to hotel |
| EFCH/TCH-CS-039 | On site Diligence | 20151215 | Gary Germeroth | Hotel | | | $217.35 | Hilton Garden Inn Dallas, TX |
| EFCH/TCH-CS-039 | On site Diligence | 20151215 | Gary Germeroth | Parking | | | $20.00 | Airport |
| EFCH/TCH-CS-039 | On site Diligence | 20151215 | Gary Germeroth | Dinner | | | $84.42 | Olivella's Pizza | Self, Todd Filsinger, Michael Gadsden, Sam Schreiber |
| EFCH/TCH-CS-039 | On site Diligence | 20151215 | Jean Agras | Hotel | | | $159.25 | Fairmont - Dallas, TX |
| EFCH/TCH-CS-039 | On site Diligence | 20151215 | Jean Agras | Parking | | | $24.00 | DIA |
| EFCH/TCH-CS-039 | On site Diligence | 20151215 | Jean Agras | Lunch | | | $11.00 | Borracho | Jean |
| EFCH/TCH-CS-039 | On site Diligence | 20151215 | Jean Agras | Dinner | | | $33.98 | Fairmont | Jean |
| EFCH/TCH-CS-039 | On site Diligence | 20151215 | Mike Green | Hotel | | | $228.95 | Hilton Garden Inn - Dallas, TX |
| EFCH/TCH-CS-039 | On site Diligence | 20151215 | Mike Green | Lunch | | | $8.00 | Sunrise Café | Self |
| EFCH/TCH-CS-039 | On site Diligence | 20151215 | Mike Green | Dinner | | | $18.16 | Campisi's | Self |
| EFCH/TCH-CS-039 | On site Diligence | 20151215 | Sam Schreiber | Hotel | | | $194.35 | Marriott - Irving, TX |
| EFCH/TCH-CS-039 | On site Diligence | 20151215 | Sam Schreiber | Taxi | | | $15.12 | Uber - Dallas - to Energy Plaza |
| EFCH/TCH-CS-039 | On site Diligence | 20151215 | Sam Schreiber | Taxi | | | $14.01 | Uber - Dallas - to Hotel |
| EFCH/TCH-CS-039 | On site Diligence | 20151215 | Sam Schreiber | Lunch | | | $11.85 | Taco Borracho | Self |
| EFCH/TCH-CS-039 | On site Diligence | 20151215 | Laura Hatanaka | Hotel | | | $159.25 | Fairmont - Dallas, TX |
| EFCH/TCH-CS-039 | On site Diligence | 20151215 | Laura Hatanaka | Parking | | | $24.00 | DIA |
| EFCH/TCH-CS-039 | On site Diligence | 20151215 | Laura Hatanaka | Breakfast | | | $8.93 | Starbucks | Laura |
| EFCH/TCH-CS-039 | On site Diligence | 20151215 | Laura Hatanaka | Lunch | | | $10.00 | Taco Borracho | Laura |
| EFCH/TCH-CS-039 | On site Diligence | 20151215 | Laura Hatanaka | Dinner | | | $22.04 | Spice in the City | Laura |
| EFCH/TCH-CS-039 | On site Diligence | 20151215 | Michael Gadsden | Hotel | | | $148.68 | Hotel Indigo (Dallas, TX) |
| EFCH/TCH-CS-039 | On site Diligence | 20151215 | Michael Gadsden | Breakfast | | | $4.01 | Coffee @ Corner | Michael |
| EFCH/TCH-CS-039 | On site Diligence | 20151216 | Todd Filsinger | Hotel | | | $287.00 | The Curio - Dallas, TX |
| EFCH/TCH-CS-039 | On site Diligence | 20151216 | Todd Filsinger | Taxi | | | $40.12 | dinner to hotel |
| EFCH/TCH-CS-039 | On site Diligence | 20151216 | Todd Filsinger | Taxi | | | $24.20 | hotel to office |
| EFCH/TCH-CS-039 | On site Diligence | 20151216 | Gary Germeroth | Hotel | | | $217.35 | Hilton Garden Inn  Dallas, TX |
| EFCH/TCH-CS-039 | On site Diligence | 20151216 | Gary Germeroth | Parking | | | $20.00 | Airport |
| EFCH/TCH-CS-039 | On site Diligence | 20151216 | Gary Germeroth | Lunch | | | $10.14 | 7 Eleven | Self |
| EFCH/TCH-CS-039 | On site Diligence | 20151216 | Gary Germeroth | Dinner | | | $80.00 | Shinsei | Self, Todd Filsinger |
| EFCH/TCH-CS-039 | On site Diligence | 20151216 | Jean Agras | Airfare | | | $112.60 | Airfare from Dallas to Denver |
| EFCH/TCH-CS-039 | On site Diligence | 20151216 | Jean Agras | Taxi | | | $55.00 | DFW |
| EFCH/TCH-CS-039 | On site Diligence | 20151216 | Jean Agras | Parking | | | $24.00 | DIA |
| EFCH/TCH-CS-039 | On site Diligence | 20151216 | Jean Agras | Personal Vehicle | $0.58 | 45 miles | $25.88 | to Boulder |
| EFCH/TCH-CS-039 | On site Diligence | 20151216 | Jean Agras | Lunch | | | $27.26 | Borracho | Jean, Todd, Gary |
| EFCH/TCH-CS-039 | On site Diligence | 20151216 | Jean Agras | Personal Vehicle | | | $8.50 | Tolls |
| EFCH/TCH-CS-039 | On site Diligence | 20151216 | Mike Green | Taxi | | | $27.51 | DFW Airport |
| EFCH/TCH-CS-039 | On site Diligence | 20151216 | Mike Green | Parking | | | $24.00 | Montgomery Airport |
| EFCH/TCH-CS-039 | On site Diligence | 20151216 | Mike Green | Lunch | | | $8.00 | Sunrise Café | Self |
| EFCH/TCH-CS-039 | On site Diligence | 20151216 | Sam Schreiber | Airfare | | | $672.10 | Airfare from Dallas to New York |
| EFCH/TCH-CS-039 | On site Diligence | 20151216 | Sam Schreiber | Taxi | | | $56.43 | Uber - Dallas - to Energy Plaza |
| EFCH/TCH-CS-039 | On site Diligence | 20151216 | Sam Schreiber | Taxi | | | $29.48 | Uber - Dallas - to DFW |
| EFCH/TCH-CS-039 | On site Diligence | 20151216 | Sam Schreiber | Dinner | | | $28.80 | DFW | self |
| EFCH/TCH-CS-039 | On site Diligence | 20151216 | Sam Schreiber | Taxi | | | $45.99 | Taxi - NYC - from LGA |
| EFCH/TCH-CS-039 | On site Diligence | 20151216 | Laura Hatanaka | Hotel | | | $159.25 | Fairmont - Dallas, TX |
| EFCH/TCH-CS-039 | On site Diligence | 20151216 | Laura Hatanaka | Parking | | | $24.00 | DIA |
| EFCH/TCH-CS-039 | On site Diligence | 20151216 | Laura Hatanaka | Breakfast | | | $10.14 | Starbucks | Laura |
| EFCH/TCH-CS-039 | On site Diligence | 20151216 | Laura Hatanaka | Lunch | | | $21.11 | Hospitality Sweet | Laura, Sam |
| EFCH/TCH-CS-039 | On site Diligence | 20151216 | Laura Hatanaka | Dinner | | | $38.00 | Fairmont | Laura |
| EFCH/TCH-CS-039 | On site Diligence | 20151216 | Michael Gadsden | Hotel | | | $148.69 | Hotel Indigo (Dallas, TX) |
| EFCH/TCH-CS-039 | On site Diligence | 20151216 | Michael Gadsden | Breakfast | | | $5.51 | Coffee @ Corner | Michael |
| EFCH/TCH-CS-039 | On site Diligence | 20151216 | Michael Gadsden | Lunch | | | $9.00 | Salata | Michael |
| EFCH/TCH-CS-039 | On site Diligence | 20151216 | Michael Gadsden | Dinner | | | $13.75 | Pho Colonial | Michael |
| EFCH/TCH-CS-039 | On site Diligence | 20151217 | Todd Filsinger | Airfare | | | $351.00 | Airfare from Dallas to Denver (busines select fare, less cost to upgrade) |
| EFCH/TCH-CS-039 | On site Diligence | 20151217 | Todd Filsinger | Taxi | | | $70.00 | To home from DIA |
| EFCH/TCH-CS-039 | On site Diligence | 20151217 | Todd Filsinger | Taxi | | | $27.70 | to DFW |
| EFCH/TCH-CS-039 | On site Diligence | 20151217 | A. Scott Davis | Airfare | | | $217.98 | Airfare from Houston to Dallas |
| EFCH/TCH-CS-039 | On site Diligence | 20151217 | A. Scott Davis | Rental Car | | | $36.24 | Hertz |
| EFCH/TCH-CS-039 | On site Diligence | 20151217 | A. Scott Davis | Personal Vehicle | $0.58 | 30 miles | $17.25 | r.t. Hobby |
| EFCH/TCH-CS-039 | On site Diligence | 20151217 | A. Scott Davis | Lunch | | | $8.00 | Food truck @ Sierra (no receipt) | self |
| EFCH/TCH-CS-039 | On site Diligence | 20151217 | A. Scott Davis | Rental Car | | | $1.74 | Shell |
| EFCH/TCH-CS-039 | On site Diligence | 20151217 | A. Scott Davis | Airfare | | | $217.98 | Airfare from Dallas to Houston |
| EFCH/TCH-CS-039 | On site Diligence | 20151217 | A. Scott Davis | Personal Vehicle | $0.58 | 30 miles | $17.25 | r.t. Hobby |
| EFCH/TCH-CS-039 | On site Diligence | 20151217 | Gary Germeroth | Airfare | | | $217.98 | Airfare from Dallas to Houston |
| EFCH/TCH-CS-039 | On site Diligence | 20151217 | Gary Germeroth | Taxi | | | $10.01 | EFH Offices to Love Field |
| EFCH/TCH-CS-039 | On site Diligence | 20151217 | Gary Germeroth | Parking | | | $20.00 | Airport to Home |
| EFCH/TCH-CS-039 | On site Diligence | 20151217 | Gary Germeroth | Personal Vehicle | $0.58 | 19 miles | $10.93 | Airport to Home |
| EFCH/TCH-CS-039 | On site Diligence | 20151217 | Gary Germeroth | Lunch | | | $7.52 | Sunrise Café | Self |
| EFCH/TCH-CS-039 | On site Diligence | 20151217 | Laura Hatanaka | Airfare | | | $341.98 | Airfare from Dallas to Denver |
| EFCH/TCH-CS-039 | On site Diligence | 20151217 | Laura Hatanaka | Taxi | | | $10.46 | LUV Field |
| EFCH/TCH-CS-039 | On site Diligence | 20151217 | Laura Hatanaka | Parking | | | $24.00 | DIA |
| EFCH/TCH-CS-039 | On site Diligence | 20151217 | Laura Hatanaka | Personal Vehicle | $0.58 | 24 miles | $13.80 | From DIA |
| EFCH/TCH-CS-039 | On site Diligence | 20151217 | Laura Hatanaka | Breakfast | | | $10.14 | Starbucks | Laura |
| EFCH/TCH-CS-039 | On site Diligence | 20151217 | Laura Hatanaka | Lunch | | | $14.00 | Pho | Laura |
| EFCH/TCH-CS-039 | On site Diligence | 20151217 | Laura Hatanaka | Dinner | | | $13.39 | Texpress Gourmet | Laura |
| EFCH/TCH-CS-039 | On site Diligence | 20151217 | Michael Gadsden | Airfare | | | $286.10 | Airfare from Dallas to Philadelphia |
| EFCH/TCH-CS-039 | On site Diligence | 20151217 | Michael Gadsden | Taxi | | | $56.00 | DFW Airport |
| EFCH/TCH-CS-039 | On site Diligence | 20151217 | Michael Gadsden | Taxi | | | $63.13 | Home |
| EFCH/TCH-CS-039 | On site Diligence | 20151217 | Michael Gadsden | Breakfast | | | $4.67 | Coffee @ Corner | Michael |
| EFCH/TCH-CS-039 | On site Diligence | 20151217 | Michael Gadsden | Lunch | | | $14.23 | Hospitality Sweet | Michael |
| EFCH/TCH-CS-039 | On site Diligence | 20151217 | Michael Gadsden | Dinner | | | $11.72 | Qdoba | Michael |
| EFCH/TCH-CS-039 | On site Diligence | 20151230 | n/a | Market Data | | | $7,800.00 | Pointlogic forecasting model; $13,000 (total invoice to PointLogic) cost allocated to clients based on usage, 60% allocated to EFH. |

| INVOICE NUMBER | MATTER | DATE | NAME OF TIMEKEEPER WHO INCURRED EXPENSE | EXPENSE CATEGORY | UNIT COST | # OF UNITS | TOTAL | EXPENSE DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  | $23,484.50 |  |
|  |  |  |  |  |  |  |  |  |