# Exhibit A

**Ordinary Course Professional Quarterly Statement of Payments**

| OCP | Service Description | For the Postpetition Period of October 01, 2015 to December 31, 2015 | | | Aggregate Postpetition Payments Through December 31, 2015 | |
|---|---|---|---|---|---|---|
| | | Compensation for Services / Expense Reimbursement [1] | Average Monthly Compensation | Total Payments | Compensation for Services / Expense Reimbursement [1] | Total Payments |
| **Tier 1 OCP's (3-Month Rolling Average Cap of $450,000)** | | | | | | |
| Bracewell & Giuliani LLP | Environmental Advice / Political Consultant | 100,816 | 33,605 | 100,816 | 736,757 | 736,757 |
| Duff & Phelps LLC [2] | Valuation - Impairment; Property Tax | 1,300 | 433 | 1,300 | 830,381 | 830,381 |
| Hawkins Parnell Thackston & Young LLP | Litigation - Asbestos | 346 | 115 | 346 | 12,619 | 12,619 |
| Hunton & Williams LLP | Benefits-Immigration, Political Consultant | 271,185 | 90,395 | 271,185 | 1,642,129 | 1,642,129 |
| K&L Gates [3] | Transaction Advice; Non-Income Tax Litigation | 459,008 | 153,003 | 459,008 | 830,342 | 830,342 |
| Morgan Lewis & Bockius LLP | Regulatory (NRC) and Labor | 67,326 | 22,442 | 67,326 | 1,466,504 | 1,489,215 |
| Vinson & Elkins LLP | Regulatory, Real Estate Advice | 385,531 | 128,510 | 385,531 | 1,614,872 | 1,614,872 |
| **Tier 2 OCP's (3-Month Rolling Average Cap of $195,000)** | | | | | | |
| Alliance Consulting Group | Depreciation Study | - | - | - | - | - |
| Allison McCombe Small | Political Consultant | 9,000 | 3,000 | 9,000 | 54,000 | 54,000 |
| American Appraisal | Property Tax Expert for Litigation | - | - | - | - | - |
| Armstrong & Associates LLP | Litigation - Asbestos | 1,080 | 360 | 1,080 | 1,353 | 1,353 |
| Arnold & Porter LLP | Consulting Services | 105,000 | 35,000 | 105,000 | 525,000 | 525,000 |
| AYCO Company LP | Financial Executive counseling | - | - | - | 176,738 | 176,738 |
| Baker Botts LLP | IP, Transactional, and Contract Restructure | 31,286 | 10,429 | 31,286 | 703,824 | 704,279 |
| Beirne Maynard & Parsons LLP | Litigation - Asbestos | - | - | - | 281 | 281 |
| Beveridge and Diamond PC | Litigation - Water | 16,706 | 5,569 | 16,706 | 162,603 | 162,603 |
| Bluewater Strategies LLC | Consulting Services | 45,000 | 15,000 | 45,000 | 225,000 | 225,000 |
| Boulette Golden & Marin L.L.P. | Legal Advice -Labor and Employment | 18,403 | 6,134 | 18,403 | 18,403 | 18,403 |
| Bradley Arant Boult Cummings LLP | Adv- Asbestos Exposure | - | - | - | - | - |
| Brady & Peavey, P.C. | Public affairs and political consulting services | 30,000 | 10,000 | 30,000 | 112,500 | 112,500 |
| Burford & Ryburn LLP | Litigation - Asbestos | - | - | - | 10,817 | 10,817 |
| Carl S. Richie, Jr. Attorney At Law | Political Consultant | 40,000 | 13,333 | 40,000 | 203,641 | 203,641 |
| DCI Group LLC | Consulting Services | 101,468 | 33,823 | 101,468 | 405,429 | 405,429 |
| Deloitte Tax LLP | FIRPTA Advisory Services | 25,261 | 8,420 | 25,261 | 25,261 | 25,261 |
| Diane Yanaway | Political Consultant | - | - | - | 78,438 | 78,438 |
| Dykema Gossett | Counsel for TXU Chyba case | - | - | - | - | - |
| Eddie Cavazos | Political Consultant | 18,329 | 6,110 | 18,329 | 123,019 | 123,019 |
| Edward M. Shack | Political Activities Law Advice | 960 | 320 | 960 | 4,000 | 4,000 |
| Estes Okon Thorne & Carr PLLC | Litigation - General | 35,636 | 11,879 | 35,636 | 197,977 | 197,977 |
| Fish & Richardson PC | Litigation - General | - | - | - | - | - |
| Goldberg Godles Wiener & Wright | Regulatory Advice | 1,878 | 626 | 1,878 | 20,332 | 20,332 |
| Goodmans LLP | Canadian Counsel for Ebasco Services of | - | - | - | - | - |
| Gruber Hurst Johansen Hail | Litigation - General | 1,547 | 516 | 1,547 | 41,218 | 41,218 |
| Haley Olson | Environmental Litigation | - | - | - | 2,703 | 2,703 |
| Harris & Dickey LLC | Tax Consulting | - | - | - | - | - |
| HMWK LLC | Political Consultant | 22,500 | 7,500 | 22,500 | 142,500 | 142,500 |
| Husch Blackwell Sanders LLP | Employment Litigation/Political Consultant | - | - | - | 25,949 | 25,949 |
| Imperium Public Affairs | Political Consultant | 37,113 | 12,371 | 37,113 | 228,676 | 228,676 |
| Ireland Carroll & Kelley PC | Environmental Litigation | - | - | - | 18 | 18 |
| Jack Roberts | Political Consultant | 24,000 | 8,000 | 24,000 | 144,000 | 144,000 |

**Ordinary Course Professional Quarterly Statement of Payments**

| | | For the Postpetition Period of October 01, 2015 to December 31, 2015 | | | Aggregate Postpetition Payments Through December 31, 2015 | |
|---|---|---|---|---|---|---|
| OCP | Service Description | Compensation for Services / Expense Reimbursement [1] | Average Monthly Compensation | Total Payments | Compensation for Services / Expense Reimbursement [1] | Total Payments |
| Jack W Gullahorn PC | Political Consultant | 60,000 | 20,000 | 60,000 | 561,566 | 561,566 |
| Jackson Gilmour & Dobbs, PC | Regulatory - Environmental | 90,024 | 30,008 | 90,024 | 165,039 | 165,039 |
| Jackson Kelly PLLC | Regulatory - MSHA/OSHA | 36,131 | 12,044 | 36,131 | 106,017 | 106,017 |
| Jackson Lewis, P.C. | Legal Advice - Labor and Employment | - | - | - | 19,563 | 19,563 |
| Jackson Sjoberg Mccarthy | Real Estate Mining | 63,832 | 21,277 | 63,832 | 265,173 | 265,173 |
| John Hildreth | Political Consultant | 30,000 | 10,000 | 30,000 | 190,000 | 190,000 |
| John Sherwood | Collections for TXU | - | - | - | 6,000 | 6,000 |
| Kelly Hart & Hallman | Litigation - Environmental and General | - | - | - | - | - |
| Kyle Bibb | Federal Income Tax Advice | 69,100 | 23,033 | 69,100 | 170,125 | 170,125 |
| Lam Lyn & Philip PC | Collections for TXU | 1,079 | 360 | 1,079 | 2,007 | 2,007 |
| Laurie Fenstemaker Pair | Ethics Consultant | 15,750 | 5,250 | 15,750 | 102,283 | 102,283 |
| Law Offices Of Dan Gus | Litigation - General | - | - | - | 8,025 | 8,025 |
| LeClairRyan | Retail Advice | 2,425 | 808 | 2,425 | 16,132 | 16,132 |
| Lillard Wise Szygenda PLLC | Litigation - General | - | - | - | 3,792 | 3,792 |
| Lisa Garcia | Political Consultant | 30,000 | 10,000 | 30,000 | 145,081 | 145,081 |
| Littler Mendelson PC | Employment Litigation | 158,420 | 52,807 | 158,420 | 257,455 | 257,455 |
| Locke Lord Bissell & Liddel | Benefits Advice | 137,408 | 45,803 | 137,408 | 219,051 | 219,051 |
| LPI Consulting Inc | Consulting Services | 40,000 | 13,333 | 40,000 | 200,000 | 200,000 |
| Madison Group LLC | Consulting Services | 56,250 | 18,750 | 56,250 | 361,405 | 361,405 |
| McConnell & Jones LLP | Employee Benefits Auditor | 42,000 | 14,000 | 42,000 | 119,146 | 119,146 |
| McGivney & Kluger P.C | Litigation - Asbestos | - | - | - | 216 | 216 |
| McGlinchey Stafford PLLC | Bankruptcy for TXU | 18,414 | 6,138 | 18,414 | 117,773 | 117,773 |
| Mcguirewoods LLP | Federal Political Consultant | 100,302 | 33,434 | 100,302 | 400,143 | 400,143 |
| Mehlman Vogel Castagnetti Inc | Consulting Services | - | - | - | 240,000 | 240,000 |
| Mercer Global | 401k Consulting | 16,375 | 5,458 | 16,375 | 51,674 | 51,674 |
| Mgroup Strategies | Political Consultant | 44,064 | 14,688 | 44,064 | 252,505 | 252,505 |
| Mignon McGarry | Political Consultant | 38,000 | 12,667 | 38,000 | 171,000 | 171,000 |
| Mike Kelly | Political Consultant | - | - | - | 93,636 | 93,636 |
| Miller & Chevalier Chartered [4] | Federal Income Tax and Benefits Legal Advice | 354,830 | 118,277 | 354,830 | 401,324 | 401,324 |
| Norton Rose Fulbright | Legal Counsel for Gross Receipts Tax Matters | - | - | - | 5,092 | 5,092 |
| O'Neill, Athy & Casey PC | Consulting Services | 22,500 | 7,500 | 22,500 | 150,000 | 150,000 |
| Perry Street Communications LLC | Financial communications | 69,984 | 23,328 | 69,984 | 316,870 | 316,870 |
| Phenix & Crump, PLLC | Local Counsel in Partition Actions | - | - | - | 4,407 | 4,407 |
| Phil Gamble | Political Consultant | 30,000 | 10,000 | 30,000 | 180,566 | 180,566 |
| Philips & Meachum Public Affairs | Political Consultant | 43,500 | 14,500 | 43,500 | 261,000 | 261,000 |
| Pillsbury Winthrop Shaw Pittman | Litigation - General | - | - | - | 12,214 | 12,214 |
| Polan Culley Advocacy Group | Political Consultant | 36,393 | 12,131 | 36,393 | 232,665 | 232,665 |
| Prickett Jones & Elliott PA | Delaware Corp. Law Advice | - | - | - | - | - |
| Public Strategies Inc | Consulting Services | - | - | - | - | - |
| R. H. Sweeney Associates | Leadership Development & Recruiting | - | - | - | - | - |
| Reed Smith | Litigation - General | - | - | - | - | - |
| Rissing Strategic | External Federal Lobbyist | - | - | - | 30,000 | 30,000 |
| Robert Half Finance & Accounting | Tax Consulting | - | - | - | 31,720 | 31,720 |

**Ordinary Course Professional Quarterly Statement of Payments**

| | | For the Postpetition Period of October 01, 2015 to December 31, 2015 | | | Aggregate Postpetition Payments Through December 31, 2015 | |
|---|---|---|---|---|---|---|
| OCP | Service Description | Compensation for Services / Expense Reimbursement [1] | Average Monthly Compensation | Total Payments | Compensation for Services / Expense Reimbursement [1] | Total Payments |
| Ryan LLC | Tax abatement/reduction strategies for new build | - | - | - | - | - |
| Ryan Mackinnon Vasapoli & Berzok | Consulting Services | 61,204 | 20,401 | 61,204 | 305,732 | 305,732 |
| SAK Consulting, LLC | Tax Consulting | - | - | - | 36,419 | 36,419 |
| San Jacinto Consulting Group, LLC | Consulting Services | 49,500 | 16,500 | 49,500 | 156,750 | 156,750 |
| Scheef & Stone LLP | Bankruptcy Advice | 65,978 | 21,993 | 65,978 | 157,079 | 157,079 |
| SHL US Inc. | Recruiting | - | - | - | 14,415 | 14,415 |
| Simpson Thacher & Bartlett LLP | Corporate and Financing Advice | - | - | - | 90,559 | 90,559 |
| Slover & Loftus | Transportation Advice | 4,050 | 1,350 | 4,050 | 26,613 | 26,613 |
| Stroz Friedberg LLC [5] | IT and Data Security Advisor | 40,062 | 13,354 | 40,062 | 220,589 | 220,589 |
| Susman Godfrey LLP | Litigation - General | 200 | 67 | 200 | 8,124 | 8,124 |
| Sutherland Asbill & Brennan LLP | Regulatory Advice | 9,000 | 3,000 | 9,000 | 163,035 | 163,035 |
| Swetman Baxter Massenburg LLC | Litigation - Asbestos | - | - | - | - | - |
| Talley & Associates | Consulting Services | 22,500 | 7,500 | 22,500 | 150,000 | 150,000 |
| The Beshear Group, Inc. | Public Relations and Community Affairs | - | - | - | 95,236 | 95,236 |
| The EOP Group | Consulting Services | 45,000 | 15,000 | 45,000 | 285,000 | 285,000 |
| The Schlueter Group | Political Consultant | 33,000 | 11,000 | 33,000 | 195,500 | 195,500 |
| The Willis Law Group, PLLC | Litigation - General | 3,510 | 1,170 | 3,510 | 3,510 | 3,510 |
| Thomas Long Niesen & Kennard | Regulatory Advice | 300 | 100 | 300 | 1,793 | 1,793 |
| TLG Services, Inc. | Nuclear Decommissioning Study | - | - | - | - | - |
| Towers Watson Pennsylvania, Inc. [3] | Compensation Advisor | 277,191 | 92,397 | 277,191 | 599,839 | 599,839 |
| Travis Eugene Jernigan | Political Consultant | 36,797 | 12,266 | 36,797 | 273,098 | 273,098 |
| Weber Shandwick | Media relations, visual comm | 4,300 | 1,433 | 4,300 | 56,404 | 56,404 |
| Webfilings LLC | XBRL coding, application hosting | - | - | - | 73,814 | 73,814 |
| Winston & Strawn LLP | Regulatory Advice | 187,308 | 62,436 | 187,308 | 350,646 | 350,646 |
| Zolfo Cooper, LLC | Conflicts Matter Advisor | - | - | - | - | - |

1. For purposes of this report, includes aggregate amounts paid as compensation for services rendered and reimbursement of expenses incurred unless otherwise noted.
2. Total Payments for Duff & Phelps include $200,000 worth of payments for services rendered in the second quarter of 2015. Excluding this payment, Duff & Phelps' average monthly compensation for the fourth quarter of 2015 was $433.35.
3. Based on service dates, the cap was not exceeded.
4. Notice of excess fees filed on 1/20/2016 related to three month service period ending November 30, 2015.
5. Notice of excess fees filed on 1/28/2016 related to three month service period ending in July 31, 2015.