UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,<br><br>Debtors. | Chapter 11<br>Case No. 14-10979-CSS<br>(Jointly Administered) |
| DELAWARE TRUST COMPANY, as TCEH First Lien Indenture Trustee,<br><br>Plaintiff,<br><br>-against-<br><br>WILMINGTON TRUST, N.A., as First Lien Collateral Agent and First Lien Administrative Agent, *et al.*,<br><br>Defendants. | Adversary Proceeding<br>No. 15-51239-CSS<br><br>Re Adv. D.I. 56, 60, 62, 67, 68, 69, 74, 75, 76, 80 |

## NOTICE OF SCHEDULING OF ORAL ARGUMENT

PLEASE TAKE NOTICE that on October 9, 2015, Defendants Morgan Stanley Capital Group Inc. ("Morgan Stanley") and J. Aron & Company ("J. Aron") filed a Joint Motion for Judgment on the Pleadings [Adv. D.I. 56]; Defendant Titan Investment Holdings LP ("Titan") filed a Motion for Judgment on the Pleadings [Adv. D.I. 60]; and the Plaintiff filed a Motion for Partial Judgment on the Pleadings or, in the Alternative, Partial Summary Judgment [Adv. D.I. 62] (together, along with all supporting or accompanying documents, the "Dispositive Motions").

PLEASE TAKE FURTHER NOTICE THAT on October 20, 2015, Titan filed a Memorandum of Law in Opposition to Plaintiff's Motion for Partial Judgment on the Pleadings, or in the Alternative, Partial Summary Judgment [Adv. D.I. 67]; the Plaintiff filed an Answering Brief in Opposition to the (I) Motion of Titan Investment Holdings LP for Judgment on the Pleadings and

(II) Motion of Morgan Stanley Capital Group Inc. and J. Aron & Company for Judgment on the Pleadings [Adv. D.I. 68]; and Morgan Stanley and J. Aron filed an Answering Brief in Opposition to Motion of Plaintiff Delaware Trust Company for Partial Judgment on the Pleadings or, in the Alternative, Partial Summary Judgment [Adv. D.I. 69].

PLEASE TAKE FURTHER NOTICE THAT, on October 28, 2015, Titan filed a Reply Brief in Support of its Motion for Judgment on the Pleadings [Adv. D.I. 74]; Morgan Stanley and J. Aron filed a Reply Brief in Further Support of their Joint Motion for Judgment on the Pleadings [Adv. D.I. 75]; and the Plaintiff filed a Reply Brief in Further Support of its Motion for Partial Judgment on the Pleadings or, in the Alternative, Partial Summary Judgment [Adv. D.I. 76].

PLEASE TAKE FURTHER NOTICE THAT, on November 11, 2015, the Plaintiff filed a Notice of Completion of Briefing regarding the Dispositive Motions [Adv. D.I. 80].

PLEASE TAKE FURTHER NOTICE THAT, at the direction of the Bankruptcy Court, oral argument on the Dispositive Motions will take place before The Honorable Christopher S. Sontchi at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on **March 4, 2016 at 10:00 a.m. (Eastern Time)**.

PLEASE TAKE FURTHER NOTICE THAT argument will be limited to four (4) hours in total at the direction of the Bankruptcy Court.

Dated: February 1, 2016

        COZEN O'CONNOR

        By: /s/ Simon E. Fraser
        Mark E. Felger (No. 3919)
        Simon E. Fraser (No. 5335)
        1201 North Market Street, Suite 1001
        Wilmington, DE 19801
        Telephone: (302) 295-2011
        Fascimile: (215) 701-2260
        Email: mfelger@cozen.com
        Email: sfraser@cozen.com

        -AND-

        CLEARY GOTTLIEB STEEN & HAMILTON LLP
        Thomas J. Moloney (admitted *pro hac vice*)
        Sean A. O'Neal (admitted *pro hac vice*)
        Humayun Khalid (admitted *pro hac vice*)
        One Liberty Plaza
        New York, New York 10006
        Telephone: (212) 225-2000
        Fascimile: (212) 225-3999
        Email: tmoloney@cgsh.com
        Email: soneal@cgsh.com
        Email: hkhalid@cgsh.com

        *Counsel for J. Aron & Company*