IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| Energy Future Holdings Corp., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
| | ) **Re: Docket No. 7569** |

*NO ORDER REQUIRED* **CERTIFICATE OF NO OBJECTION REGARDING EIGHTEENTH MONTHLY FEE STATEMENT OF POLSINELLI PC AS DELAWARE COUNSEL FOR THE OFFICIAL COMMITTEE OF TCEH UNSECURED CREDITORS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM THE PERIOD OF OCTOBER 1, 2015 THROUGH OCTOBER 31, 2015**

The undersigned hereby certifies that, as of the date hereof, he has received no written answer, objection or other responsive pleading (i) with respect to the *Eighteenth Monthly Fee Statement of Polsinelli PC as Delaware Counsel for the Official Committee of TCEH Unsecured Creditors for Compensation and Reimbursement of Expenses Incurred from the Period of October 1, 2015 through October 31, 2015*, filed on January 6, 2016 [Docket No. 7569] (the "**Fee Statement**") or (ii) with respect to the notice and records of expenses of members of the Official Committee of TCEH Unsecured Creditors (the "**TCEH Committee**," and the members thereof, the "**TCEH Committee Member**") set forth in Exhibit E to the Fee Statement. The undersigned further certifies that after reviewing the Court's docket in this case, no answer, objection or other responsive pleading to the Fee Statement appears thereon. Pursuant to the Notice of Fee Statement, responses to the Fee Statement were to be filed and served no later than

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://efhcaseinfo.com.

52297330.1

January 27, 2016 at 4:00 p.m. (ET).  The Fee Statement was filed and served in accordance with the *Stipulation and Order Appointing a Fee Committee*, dated August 21, 2014 [Docket No. 1896] and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals*, dated September 16, 2014 [Docket No. 2066] (the "**Administrative Order**").

Consequently, pursuant to the Administrative Order, the above-captioned debtors and debtors in possession are authorized: (i) to pay Polsinelli PC 80% of its fees and 100% of its expenses requested in the Fee Statement and (ii) to pay the TCEH Committee Member 100% of the expenses requested in the Fee Statement, each upon filing of this certificate without the need for further order of the Court.  A summary of the fees and expenses sought by Polsinelli PC is annexed hereto as Exhibit A, and a summary of the expenses sought by the TCEH Committee Member is annexed hereto as Exhibit B.

*[Remainder of page intentionally left blank]*

Dated: Wilmington, Delaware
      February 2, 2016

**MORRISON & FOERSTER LLP**
James M. Peck
Brett H. Miller
Lorenzo Marinuzzi
Todd M. Goren
250 West 55th Street
New York, New York 10019-9601
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
E-mail:  jpeck@mofo.com
      brettmiller@mofo.com
      lmarinuzzi@mofo.com
      tgoren@mofo.com

-and-

*/s/ Christopher A. Ward*
Christopher A. Ward (Del. Bar No. 3877)
Justin K. Edelson (Del. Bar No. 5002)
Shanti M. Katona (Del. Bar No. 5352)
Jarrett Vine (Del. Bar No. 5400)
**POLSINELLI PC**
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
E-mail:  cward@polsinelli.com
      jedelson@polsinelli.com
      skatona@polsinelli.com
      jvine@polsinelli.com

*Attorneys for the Official Committee of TCEH Unsecured Creditors*

# EXHIBIT A

## Professional Fees and Expenses
## Monthly Fee Statement

| Applicant | Fee Statement Period, Filing Date, Docket No. | Total Fees Requested[2] | Total Expenses Requested[3] | Objection Deadline | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| Polsinelli PC<br>222 Delaware Avenue<br>Suite 1101<br>Wilmington, Delaware 19801<br><br>Delaware Counsel to the Official Committee of TCEH Unsecured Creditors | Eighteenth Monthly Fee Statement<br><br>10/1/2015 through 10/31/2015<br><br>Filed 1/6/2016<br><br>Docket No. 7569 | $151,305.50 | $5,421.18 | 1/27/2016 | $121,044.40 | $5,421.18 | $30,261.10 |

---

[2] Consistent with the terms of the Administrative Order, the requested fees in the Monthly Fee Statement shall be allocated solely to TCEH.
[3] Consistent with the terms of the Administrative Order, the requested expenses in the Monthly Fee Statement shall be allocated solely to TCEH.

52297330.1

**EXHIBIT B**

**TCEH Committee Member Expenses**

**Eighteenth Monthly Fee Statement**

**Filed 1/6/2016**

**Docket No. 7569**

**Objection Deadline: 1/27/2016**

| Applicant | Total Expenses Requested |
|---|---|
| Holt Texas LTD d/b/a Holt Cat | $16,329.40 |
| Total Amount of Expenses Authorized to be Paid at 100% | $16,329.40 |

52297330.1