# **EXHIBIT A**

52302700.1

## SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY

(See Guidelines C.8. for project category information.)

| Project Category | Hours Budgeted | Fees Budgeted | Hours Billed | Fees Sought |
|---|---|---|---|---|
| Administration | | | - | $ - |
| Asset Disposition | | | 2.10 | $ 1,174.00 |
| Assumption/Rejection of Leases & Contracts | | | 1.60 | $ 891.50 |
| Bankruptcy-Related Advice | | | 26.80 | $ 12,150.00 |
| Business Operations | | | 3.70 | $ 2,129.50 |
| Case Administration | | | 10.90 | $ 5,326.00 |
| Claims Administration & Objections | | | 6.30 | $ 3,339.50 |
| Corporate Governance & Board Matters | | | 0.10 | $ 67.50 |
| Employment/Fee Applications | | | 19.20 | $ 8,462.50 |
| Financing & Cash Collateral | | | 0.10 | $ 67.50 |
| General Bankruptcy Advice/Opinions | | | 0.80 | $ 320.00 |
| Litigation Contested Matters(excl assump/rejection motions | | | 33.90 | $ 18,932.50 |
| Meetings of & Communications with Creditors or the Comm | | | 11.60 | $ 6,369.50 |
| Operations | | | 3.30 | $ 1,852.50 |
| Plan & Disclosure Statement (including business plan) | | | 121.30 | $ 58,896.50 |
| | | | 241.70 | $ 119,979.00 |

# **EXHIBIT B**

## SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FEE APPLICATION

| Name | Title | Section | Date of First Admission | Fees Billed | Hours Billed | Hourly Rate Billed in This Application | Hourly Rate Billed in First Interim Application | Number of Rate Increases Since Case Inception |
|---|---|---|---|---|---|---|---|---|
| Bird, James E. | Shareholder | FR Bankruptcy and Restructuring | 10/15/1980 | $ 1,045.50 | 1.70 | 615.00 | - | 0 |
| Callenbach, Anne E. | Shareholder | BU Energy | 05/01/1998 | $ 672.00 | 1.40 | 480.00 | - | 0 |
| Edelson, Justin K. | Shareholder | FR Bankruptcy and Restructuring | 05/01/2007 | $ - | - | - | - | 0 |
| Edelson, Justin K. | Shareholder | FR Bankruptcy and Restructuring | 05/01/2007 | $ 42,186.00 | 94.80 | 445.00 | - | 0 |
| Katona, Shanti M. | Shareholder | FR Bankruptcy and Restructuring | 05/01/2007 | $ 3,515.50 | 7.90 | 445.00 | - | 0 |
| Ward, Chris A. | Shareholder | FR Bankruptcy and Restructuring | 12/15/1999 | $ 49,950.00 | 74.00 | 675.00 | - | 0 |
| Vine, Jarrett K. | Associate | FR Bankruptcy and Restructuring | 01/01/2009 | $ 17,880.00 | 44.70 | 400.00 | - | 0 |
| Suprum, Lindsey M. | Paralegal | FR Bankruptcy and Restructuring | | $ 4,730.00 | 17.20 | 275.00 | - | 0 |
| | | | | $ 119,979.00 | 241.70 | 496.40 | | |

## CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES WITH FEE APPLICATIONS

(See Guidelines C.3. for definitions of terms used in this Exhibit.)

| Category of Timekeeper (using categories already maintained by the firm) | BLENDED HOURLY RATE | |
|---|---|---|
| | BILLED OR COLLECTED<br>Firm or offices for preceding year, excluding bankruptcy | BILLED<br>In this fee application |
| Shareholder | $ 412.55 | $ 541.54 |
| Associate | $ 272.51 | $ 400.00 |
| Paralegal | $ 156.84 | $ 275.00 |
| All timekeepers averaged | $ 424.05 | $ 496.40 |

# **EXHIBIT C**

52302700.1

## SUMMARY OF EXPENSE REIMBURSEMENT REQUESTED BY CATEGORY

(See Guidelines C.8. for project category information.)

| Category | Amount |
| --- | --- |
| Client Advance | $ 6,165.43 |
| Deliveries | $ 137.50 |
| On-Line Searches | $ - |
| Meals | $ 1,109.10 |
| Miscellaneous | $ 88.00 |
| Transcript of Proceedings | $ 2,049.60 |
| Westlaw Computer Research | $ 836.00 |
| | $ 10,385.63 |

# **EXHIBIT D**

52302700.1
52302700.1



# Invoice Detail

For Professional Services Through 11/30/15
File No. 078582-475724
**Re: Energy Future Holdings Bankruptcy**

Page 78
January 29, 2016
Invoice No: 1250771

## Disbursements

| Date | Description | Amount |
|---|---|---|
|  | Westlaw Computer Research | $836.00 |
| 11/02/15 | Meals Meal 1 | 7.00 |
| 11/02/15 | Meals Meal 1 | 41.33 |
| 11/04/15 | Transcript of Proceedings Veritext New York Reporting Co. Certified Transcript | 51.60 |
| 11/04/15 | Transcript of Proceedings Veritext New York Reporting Co. CERTIFIED TRANSCRIPT | 27.60 |
| 11/05/15 | Transcript of Proceedings Veritext New York Reporting Co. certified transcript | 309.60 |
| 11/05/15 | Transcript of Proceedings Veritext New York Reporting Co. certified transcript | 380.40 |



# Invoice Detail

For Professional Services Through 11/30/15  
File No. 078582-475724  
**Re: Energy Future Holdings Bankruptcy**

Page 79  
January 29, 2016  
Invoice No: 1250771

| Date | Description | Amount |
|---|---|---:|
| 11/05/15 | Client Advance Reliable Wilmington Document Production Preparation of hearing binders Delivery of boxes to the court for EFH confirmation hearing | 6,165.43 |
| 11/05/15 | Deliveries Reliable Wilmington 2 separate courier deliveries (one to Judge Sontchi and on to the U.S. Trustee) | 15.00 |
| 11/06/15 | Meals Reliable Wilmington lunch and pickup charges for EFH Confirmation Hearing on 11/3/15 | 179.72 |
| 11/06/15 | Meals Reliable Wilmington Lunch and pickup charges for EFH Confirmation Hearing on 11/4/15 | 110.91 |
| 11/09/15 | Transcript of Proceedings Veritext New York Reporting Co. certified transcript | 302.40 |
| 11/09/15 | Meals Meal 76404688 | 11.25 |
| 11/10/15 | Miscellaneous Telephonic Appearance for Justin Edelson A7244600 | 44.00 |
| 11/10/15 | Miscellaneous Telephonic Appearance for Chris Ward A7244756 | 44.00 |
| 11/12/15 | Deliveries Reliable Wilmington Hand Delivery/Courier service of Boxes from United States Bankruptcy Court from the EFH Confirmation Hearing held on 11/6/15 | 60.00 |
| 11/17/15 | Deliveries Reliable Wilmington courier service to Judge Sontchi along with delivery of 4 boxes and a case of water to the courtroom for EFH Confirmation Hearing on 11/13/15 | 7.50 |
| 11/17/15 | Transcript of Proceedings Veritext New York Reporting Co. certified transcript | 372.00 |
| 11/18/15 | Transcript of Proceedings Veritext New York Reporting Co. Certified Transcript | 321.60 |
| 11/18/15 | Meals Reliable Wilmington Lunch and pickup charges for EFH Confirmation Hearing on 11/12/15 | 241.63 |
| 11/18/15 | Meals Reliable Wilmington lunch and pickup charges for EFH Confirmation Hearing on 11/13/2015 | 221.34 |
| 11/18/15 | Meals Reliable Wilmington Lunch and pickup charges for EFH Confirmation Hearing on 11/6/15 | 96.55 |
| 11/23/15 | Transcript of Proceedings Veritext New York Reporting Co. Certified Transcript | 189.60 |
| 11/23/15 | Deliveries Reliable Wilmington courier service- boxes to court for Confirmation Hearing on 11/19 | 30.00 |
| 11/23/15 | Meals Reliable Wilmington Pickup and delivery of lunch for EFH confirmation hearing on 11/19 | 105.61 |
| 11/30/15 | Meals Reliable Wilmington Lunch pickup/delivery for EFH Confirmation Hearing on 11.25 | 93.76 |
| 11/30/15 | Deliveries Reliable Wilmington delivery of boxes from Judge Sontchi | 25.00 |
| 11/30/15 | Transcript of Proceedings Veritext New York Reporting Co. Certified Transcript | 94.80 |
| | **Total Disbursements** | **$10,385.63** |

Total Disbursements     10,385.63

**Total Current Charges Due**     **$130,364.63**