# **<u>EXHIBIT A</u>**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

**FOURTEENTH MONTHLY EXPENSE STATEMENT OF ALIXPARTNERS, LLP FOR REIMBURSEMENT FOR EXPENSES INCURRED AS RESTRUCTURING ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ENERGY FUTURE HOLDINGS CORPORATION, ENERGY FUTURE INTERMEDIATE HOLDING COMPANY, LLC, EFIH FINANCE INC., AND EECI, INC. FOR THE PERIOD FROM DECEMBER 1, 2015 THROUGH DECEMBER 31, 2015**

| Name of Applicant | AlixPartners LLP |
|---|---|
| Date of Appointment: | January 12, 2015, *nunc pro tunc* to November 20, 2014 |
| Period for which reimbursement is sought: | December 1, 2015 through December 31, 2015 |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $47,781.09 |

---

[1] The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

## Itemization of Disbursements Incurred

| INVOICE NUMBER | MATTER NAME | DATE | NAME OF TIMEKEEPER | EXPENSE CATEGORY | TOTAL | EXPENSE DESCRIPTION |
|---|---|---|---|---|---|---|
| 2075231 | 9021.002 | 20151001 | Rule, Mark F | Meals & Tips | $ 26.00 | Meals & Tips Mark Rule - Dinner |
| 2075231 | 9021.002 | 20151001 | Rule, Mark F | Cab Fare/Ground Transpor | $ 15.00 | Cab Fare/Ground Transportation Mark Rule Office to Home |
| 2075231 | 9021.002 | 20151002 | Rule, Mark F | Meals & Tips | $ 34.00 | Meals & Tips Mark Rule - Dinner |
| 2075231 | 9021.002 | 20151002 | Rule, Mark F | Cab Fare/Ground Transpor | $ 16.00 | Cab Fare/Ground Transportation Mark Rule Office to Home |
| 2075231 | 9021.002 | 20151003 | Rule, Mark F | Cab Fare/Ground Transpor | $ 15.00 | Cab Fare/Ground Transportation Mark Rule Office to Home |
| 2075231 | 9021.002 | 20151004 | Rule, Mark F | Cab Fare/Ground Transpor | $ 15.00 | Cab Fare/Ground Transportation Mark Rule Office to Home |
| 2075231 | 9021.002 | 20151005 | Rule, Mark F | Meals & Tips | $ 43.00 | Meals & Tips Mark Rule - Dinner |
| 2075231 | 9021.002 | 20151005 | Rule, Mark F | Cab Fare/Ground Transpor | $ 15.00 | Cab Fare/Ground Transportation Mark Rule Office to Home |
| 2075231 | 9021.002 | 20151006 | Rule, Mark F | Meals & Tips | $ 29.00 | Meals & Tips Mark Rule - Dinner |
| 2075231 | 9021.002 | 20151006 | Rule, Mark F | Cab Fare/Ground Transpor | $ 15.00 | Cab Fare/Ground Transportation Mark Rule Office to Home |
| 2075231 | 9021.002 | 20151010 | Rule, Mark F | Cab Fare/Ground Transpor | $ 15.00 | Cab Fare/Ground Transportation Mark Rule Office to Home |
| 2075231 | 9021.002 | 20151011 | Rule, Mark F | Cab Fare/Ground Transpor | $ 15.00 | Cab Fare/Ground Transportation Mark Rule Office to Home |
| 2075231 | 9021.002 | 20151012 | Rule, Mark F | Meals & Tips | $ 28.00 | Meals & Tips Mark Rule - Dinner |
| 2075231 | 9021.002 | 20151012 | Rule, Mark F | Cab Fare/Ground Transpor | $ 16.00 | Cab Fare/Ground Transportation Mark Rule Office to Home |
| 2075231 | 9021.002 | 20151017 | Rule, Mark F | Cab Fare/Ground Transpor | $ 15.00 | Cab Fare/Ground Transportation Mark Rule Office to Home |
| 2075231 | 9021.002 | 20151018 | Rule, Mark F | Cab Fare/Ground Transpor | $ 15.00 | Cab Fare/Ground Transportation Mark Rule Office to Home |
| 2075231 | 9021.002 | 20151029 | Rule, Mark F | Meals & Tips | $ 18.00 | Meals & Tips Mark Rule - Dinner |
| 2075231 | 9021.002 | 20151029 | Rule, Mark F | Cab Fare/Ground Transpor | $ 8.00 | Cab Fare/Ground Transportation Mark Rule Office to Home |
| 2075231 | 9021.002 | 20151102 | Rule, Mark F | Meals & Tips | $ 12.50 | Meals & Tips Mark Rule - Dinner |
| 2075231 | 9021.002 | 20151102 | Rule, Mark F | Cab Fare/Ground Transpor | $ 7.50 | Cab Fare/Ground Transportation Mark Rule Office to Home |
| 2075231 | 9021.002 | 20151103 | Rule, Mark F | Meals & Tips | $ 30.00 | Meals & Tips Mark Rule - Dinner |
| 2075231 | 9021.002 | 20151103 | Rule, Mark F | Cab Fare/Ground Transpor | $ 15.00 | Cab Fare/Ground Transportation Mark Rule Office to Home |
| 2075231 | 9021.002 | 20151104 | Rule, Mark F | Meals & Tips | $ 17.00 | Meals & Tips Mark Rule - Dinner |
| 2075231 | 9021.002 | 20151104 | Rule, Mark F | Cab Fare/Ground Transpor | $ 7.50 | Cab Fare/Ground Transportation Mark Rule Office to Home |
| 2075231 | 9021.002 | 20151106 | Rule, Mark F | Meals & Tips | $ 6.00 | Meals & Tips Mark Rule - Dinner |
| 2075231 | 9021.002 | 20151106 | Rule, Mark F | Cab Fare/Ground Transpor | $ 4.00 | Cab Fare/Ground Transportation Mark Rule Office to Home |
| 2075231 | 9021.002 | 20151109 | Rule, Mark F | Meals & Tips | $ 9.34 | Meals & Tips Mark Rule - Dinner |
| 2075231 | 9021.002 | 20151109 | Rule, Mark F | Cab Fare/Ground Transpor | $ 5.00 | Cab Fare/Ground Transportation Mark Rule Office to Home |
| 2075231 | 9021.002 | 20151110 | Rule, Mark F | Meals & Tips | $ 7.75 | Meals & Tips Mark Rule - Dinner |
| 2075231 | 9021.002 | 20151110 | Rule, Mark F | Cab Fare/Ground Transpor | $ 3.75 | Cab Fare/Ground Transportation Mark Rule Office to Home |
| 2075231 | 9021.002 | 20151111 | Rule, Mark F | Meals & Tips | $ 6.75 | Meals & Tips Mark Rule - Dinner |
| 2075231 | 9021.002 | 20151111 | Rule, Mark F | Cab Fare/Ground Transpor | $ 3.75 | Cab Fare/Ground Transportation Mark Rule Office to Home |
| 2075231 | 9021.002 | 20151112 | Rule, Mark F | Meals & Tips | $ 18.50 | Meals & Tips Mark Rule - Dinner |
| 2075231 | 9021.002 | 20151112 | Rule, Mark F | Cab Fare/Ground Transpor | $ 8.00 | Cab Fare/Ground Transportation Mark Rule Office to Home |
| 2075231 | 9021.002 | 20151113 | Rule, Mark F | Meals & Tips | $ 41.25 | Meals & Tips Mark Rule - Dinner |
| 2075231 | 9021.002 | 20151113 | Rule, Mark F | Cab Fare/Ground Transpor | $ 12.00 | Cab Fare/Ground Transportation Mark Rule Office to Home |
| 2075231 | 9021.002 | 20151116 | Holtz, Alan | Sub-Contractors | $ 47,025.00 | Sub-Contractors - - VENDOR: Kenneth J. Malek 10/16/15 - 11/15/15 |
| 2075231 | 9021.002 | 20151116 | Rule, Mark F | Meals & Tips | $ 26.25 | Meals & Tips Mark Rule - Dinner |
| 2075231 | 9021.002 | 20151116 | Rule, Mark F | Cab Fare/Ground Transpor | $ 11.25 | Cab Fare/Ground Transportation Mark Rule Office to Home |
| 2075231 | 9021.002 | 20151117 | Rule, Mark F | Meals & Tips | $ 31.20 | Meals & Tips Mark Rule - Dinner |
| 2075231 | 9021.002 | 20151117 | Rule, Mark F | Cab Fare/Ground Transpor | $ 9.00 | Cab Fare/Ground Transportation Mark Rule Office to Home |
| 2075231 | 9021.002 | 20151118 | Rule, Mark F | Meals & Tips | $ 19.20 | Meals & Tips Mark Rule - Dinner |
| 2075231 | 9021.002 | 20151118 | Rule, Mark F | Cab Fare/Ground Transpor | $ 9.60 | Cab Fare/Ground Transportation Mark Rule Office to Home |
| 2075231 | 9021.002 | 20151120 | Rule, Mark F | Meals & Tips | $ 35.00 | Meals & Tips Mark Rule - Dinner |
| 2075231 | 9021.002 | 20151120 | Rule, Mark F | Cab Fare/Ground Transpor | $ 16.00 | Cab Fare/Ground Transportation Mark Rule Office to Home |
| 2075231 | 9021.002 | 20151121 | Rule, Mark F | Cab Fare/Ground Transpor | $ 15.00 | Cab Fare/Ground Transportation Mark Rule Office to Home |
| 2075231 | 9021.002 | 20151122 | Rule, Mark F | Cab Fare/Ground Transpor | $ 15.00 | Cab Fare/Ground Transportation Mark Rule Office to Home |
| | | | | TOTAL | $ 47,781.09 | |