IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Energy Future Holdings Corp., et al., | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) |
| | ) |
| | ) |

### NOTICE OF WITHDRAWAL OF APPEARANCE AND
### REQUEST TO BE REMOVED FROM THE MASTER SERVICE LIST

PLEASE TAKE NOTICE that, in accordance with Rule 9010-2(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, Steven K. Kortanek, Esq. of the law firm of Womble Carlyle Sandridge & Rice LLP hereby withdraws his appearance as counsel to the CenterPoint Energy Houston Electric, LLC and CenterPoint Energy Resources Corp. in the above-captioned cases.

Dated: February 3, 2016

Respectfully submitted,

_____
Steven K. Kortanek (Del. Bar No. 3106)
Womble Carlyle Sandridge & Rice, LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
Telephone: (302) 252-4368
Facsimile: (302) 252-4330
Email: skortanek@wcsr.com

Counsel to Centerpoint Energy Houston Electric, LLC and Centerpoint Energy Resources Corp.

WCSR 35647397v1