# EXHIBIT A

## Statement of Fees and Expenses By Subject Matter

| Matter Number | Matter Description | Total Hours Billed | Total Fees Requested |
|---|---|---:|---:|
| 13 | CAO Financial Reporting Support[1] | - | $ - |
| 21 | Transaction Cost Analysis | 263.9 | $ 94,332.00 |
| 27 | Repairs & Maintenance Review[2] | - | $ - |
| 28 | Tax Accounting Support (Current Quarter) | 7.4 | $ 4,255.00 |
| 29 | SOX Compliance | 214.7 | $ 45,625.00 |
| 30 | Earnings and Profit Study | 1.5 | $ 772.50 |
| 32 | Tax Accounting Support (Restructuring) | 86.9 | $ 45,782.50 |
| 33 | Fresh Start | 502.9 | $ 159,323.50 |
| 34 | 2015 Bankruptcy Cost Analysis[3] | - | $ - |
| 35 | Fee Statement and Fee Application Preparation | 61.9 | $ 17,464.10 |
| 36 | Retention Services | 1.2 | $ 371.10 |
| | **Total** | **1,140.4** | **$ 367,925.70**[4] |

| Service Description | Service Provider | Amount |
|---|---|---:|
| Airfare | N/A | $ 1,821.53 |
| Lodging | N/A | $ 2,142.69 |
| Travel Meals | N/A | $ 289.26 |
| Ground Transportation | N/A | $ 383.74 |
| Miscellaneous | N/A | $ - |
| **Total** | | **$ 4,637.22** |

---

[1] Fees of $98,568 (approximate) related to these services have been deferred pending approval of these services.

[2] Fees of $87,180 (approximate) related to these services have been deferred pending approval of these services.

[3] Fees of $207,266 (approximate) related to these services have been deferred pending approval of these services.

[4] KPMG bills for services at discounted billing rates as specified in the Retention Application dated May 29, 2014. During the Fee Period, KPMG's standard rates for services rendered totaled $699,171.50. KPMG's services at the agreed upon discounted rates result in a voluntary discount of fees in the amount of $331,245.80 thus benefitting the Chapter 11 estate by same amount.