## EXHIBIT B

### Professionals' Information

The KPMG professionals who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position & Department | | Total Billed Hours | Hourly Billing Rate | | Total Compensation |
|---|---|---|---|---|---|---|
| Carpenter, John | Partner - Tax | | 1.0 | $ 720 | | $ 720.00 |
| Barton, Alan | Partner - Tax | | 1.0 | $ 610 | | $ 610.00 |
| Nesta, Michael G | Partner - Advisory | * | 5.6 | $ 610 | | $ 3,416.00 |
| Crockett, Clifford M | Partner - Tax | | 1.0 | $ 575 | | $ 575.00 |
| Lyons, Stacy L | Partner - Tax | | 37.5 | $ 575 | | $ 21,562.50 |
| Cargile, David | Managing Director - Advisory | | 6.0 | $ 325 | | $ 1,950.00 |
| Booe, Amanda | Senior Manager- Tax | | 54.4 | $ 500 | | $ 27,200.00 |
| DeMyer, Bruce | Director - Tax | | 2.0 | $ 500 | | $ 1,000.00 |
| Gibson, Rhonda | Senior Manager - Tax | | 0.4 | $ 500 | | $ 200.00 |
| Jandera, Judy | Director - Advisory | | 75.0 | $ 500 | | $ 37,500.00 |
| Lancy, Bradley | Director - Advisory | | 98.3 | $ 500 | | $ 49,150.00 |
| Lee, Catherine | Director - Advisory | | 0.5 | $ 500 | | $ 250.00 |
| Seeman, Nick | Director - Advisory | | 8.0 | $ 290 | | $ 2,320.00 |
| Brannon, Andrew | Senior Manager - Tax | * | 1.0 | $ 500 | | $ 500.00 |
| Plangman, Monica | Associate Director - Bankruptcy | | 4.7 | $ 325 | | $ 1,527.50 |
| Doyle, Matthew | Manager - Tax | | 14.5 | $ 560 | | $ 8,120.00 |
| Laukhuff, Brittny | Manager - Tax | | 15.4 | $ 560 | ** | $ 8,624.00 |
| Laukhuff, Brittny | Manager - Tax | | 0.5 | $ 545 | ** | $ 272.50 |
| Wigmore, Andrew | Manager - Tax | * | 0.5 | $ 545 | | $ 272.50 |
| Campbell, Celeste | Manager - Bankruptcy | | 45.5 | $ 298 | | $ 13,559.00 |
| Myrick, Cristina | Manager - Advisory | | 53.7 | $ 250 | | $ 13,425.00 |
| Payne, Lani | Senior Associate - Tax | | 0.5 | $ 455 | ** | $ 227.50 |
| Johnson, Audra | Senior Associate - Tax | | 20.0 | $ 420 | | $ 8,400.00 |
| Payne, Lani | Senior Associate - Tax | | 33.5 | $ 420 | ** | $ 14,070.00 |
| Ruzicka, Emily | Senior Associate - Tax | | 30.5 | $ 420 | | $ 12,810.00 |
| Wyatt, Darrin | Senior Associate - Tax | | 17.8 | $ 420 | | $ 7,476.00 |
| Berryman, Ben | Senior Associate - Advisory | | 76.5 | $ 275 | | $ 21,037.50 |
| Shaffer, Wendy | Senior Associate - Bankruptcy | | 7.4 | $ 228 | | $ 1,687.20 |
| Ravishanker, Venkatesh | Senior Associate - Advisory | | 147.0 | $ 190 | | $ 27,930.00 |
| Arce, Erika | Associate - Tax | | 22.2 | $ 260 | | $ 5,772.00 |
| Benage, Meredith Levine | Associate - Tax | | 28.5 | $ 260 | | $ 7,410.00 |
| Freeman, Katherine | Associate - Tax | | 28.0 | $ 260 | | $ 7,280.00 |
| Klaudt, David | Associate - Tax | | 24.5 | $ 260 | | $ 6,370.00 |
| Klein, Allie | Associate - Tax | | 28.0 | $ 260 | | $ 7,280.00 |
| Garza, Juanita | Associate - Bankruptcy | | 5.5 | $ 193 | | $ 1,061.50 |
| Bozon, Brianna | Associate - Advisory | | 115.5 | $ 190 | | $ 21,945.00 |
| Fritsche, Philip | Associate - Advisory | | 128.5 | $ 190 | | $ 24,415.00 |
| **Total Hours and Fees** | | | **1,140.4** | | | **$ 367,925.70** |

\* Promoted effective 10/1/15
\*\* Rates differ due to services provided under multiple Statements of Work