# EXHIBIT C

## Summary of Actual and Necessary Expenses for the Fee Period

### ALL - Expense Summary

| Service Description | Service Provider | Amount |
|---|---|---|
| Airfare | N/A | $ 1,821.53 |
| Lodging | N/A | $ 2,142.69 |
| Travel Meals | N/A | $ 289.26 |
| Ground Transportation | N/A | $ 383.74 |
| Miscellaneous | N/A | $ - |
| **Total** | | **$ 4,637.22** |

### EFH - Expense Summary

| Service Description | Service Provider | Amount |
|---|---|---|
| Airfare | N/A | $ 1,821.53 |
| Lodging | N/A | $ 2,142.69 |
| Travel Meals | N/A | $ 289.26 |
| Ground Transportation | N/A | $ 383.74 |
| Miscellaneous | N/A | $ - |
| **Total** | | **$ 4,637.22** |