**EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

**KPMG LLP**
**EFH Expense Detail**
**December 1, 2015 through December 31, 2015**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 12061235 | Fresh Start | 20151203 | Lancy, Bradley | air | | | $ 625.13 | Roundtrip coach class airfare from Chicago, IL to Dallas, TX. Departure Date:11/29/15 Return Date:12/3/15. Business Purpose: To travel to client, Energy Future Holdings (EFH). |
| 12061235 | Fresh Start | 20151210 | Lancy, Bradley | air | | | $ 558.12 | Roundtrip coach class airfare from Chicago, IL to Dallas, TX. Departure Date:12/7/15 Return Date:12/10/15. Business Purpose: To travel to client, Energy Future Holdings (EFH). |
| 12061235 | Fresh Start | 20151218 | Lancy, Bradley | air | | | $ 638.28 | Roundtrip coach class airfare from Chicago, IL to Dallas, TX. Departure Date:12/14/15 Return Date:12/18/15. Business Purpose: To travel to client, Energy Future Holdings (EFH). |
| **Total Air** | | | | | | | **$ 1,821.53** | |

**KPMG LLP**
**EFH Expense Detail**
**December 1, 2015 through December 31, 2015**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 12061235 | Fresh Start | 20151203 | Lancy, Bradley | lodging | | | $ 779.16 | Lodging in Dallas, TX for 4 nights from 11/29/15 thru 12/3/15 while performing work for Energy Future Holdings. |
| 12061235 | Fresh Start | 20151210 | Lancy, Bradley | lodging | | | $ 584.37 | Lodging in Dallas, TX for 3 nights from 12/07/15 thru 12/10/15 while performing work for Energy Future Holdings. |
| 12061235 | Fresh Start | 20151218 | Lancy, Bradley | lodging | | | $ 779.16 | Lodging in Dallas, TX for 4 nights from 12/14/15 thru 12/18/15 while performing work for Energy Future Holdings. |
| **Total Lodging** | | | | | | | **$ 2,142.69** | |

**KPMG LLP**
**EFH Expense Detail**
**December 1, 2015 through December 31, 2015**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 12061235 | Fresh Start | 20151130 | Lancy, Bradley | travel meals | | | $ 8.87 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG).  Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 12061235 | Fresh Start | 20151130 | Lancy, Bradley | travel meals | | | $ 7.31 | Dinner while traveling to Dallas, TX. Attendees: B. Lancy (KPMG).  Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 12061235 | Fresh Start | 20151201 | Lancy, Bradley | travel meals | | | $ 8.66 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG).  Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 12061235 | Fresh Start | 20151201 | Lancy, Bradley | travel meals | | | $ 5.95 | Dinner while traveling to Dallas, TX. Attendees: B. Lancy (KPMG).  Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 12061235 | Fresh Start | 20151202 | Lancy, Bradley | travel meals | | | $ 11.00 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG).  Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 12061235 | Fresh Start | 20151202 | Lancy, Bradley | travel meals | | | $ 28.82 | Dinner while traveling to Dallas, TX. Attendees: B. Lancy (KPMG).  Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 12061235 | Fresh Start | 20151203 | Lancy, Bradley | travel meals | | | $ 11.00 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG).  Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 12061235 | Fresh Start | 20151203 | Lancy, Bradley | travel meals | | | $ 11.53 | Dinner while traveling in Dallas, TX. Attendees: B. Lancy (KPMG).  Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 12061235 | Fresh Start | 20151207 | Lancy, Bradley | travel meals | | | $ 14.97 | Dinner while traveling to Dallas, TX. Attendees: B. Lancy (KPMG).  Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 12061235 | Fresh Start | 20151208 | Lancy, Bradley | travel meals | | | $ 9.72 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG).  Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 12061235 | Fresh Start | 20151208 | Lancy, Bradley | travel meals | | | $ 9.74 | Dinner while traveling to Dallas, TX. Attendees: B. Lancy (KPMG).  Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 12061235 | Fresh Start | 20151209 | Lancy, Bradley | travel meals | | | $ 11.00 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG).  Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 12061235 | Fresh Start | 20151210 | Lancy, Bradley | travel meals | | | $ 13.07 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG).  Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 12061235 | Fresh Start | 20151214 | Lancy, Bradley | travel meals | | | $ 11.00 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG).  Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 12061235 | Fresh Start | 20151214 | Lancy, Bradley | travel meals | | | $ 38.24 | Dinner while traveling to Dallas, TX. Attendees: B. Lancy (KPMG).  Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 12061235 | Fresh Start | 20151215 | Lancy, Bradley | travel meals | | | $ 7.50 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG).  Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 12061235 | Fresh Start | 20151215 | Lancy, Bradley | travel meals | | | $ 7.31 | Dinner while traveling to Dallas, TX. Attendees: B. Lancy (KPMG).  Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 12061235 | Fresh Start | 20151216 | Lancy, Bradley | travel meals | | | $ 7.57 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG).  Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 12061235 | Fresh Start | 20151216 | Lancy, Bradley | travel meals | | | $ 34.24 | Dinner while traveling to Dallas, TX. Attendees: B. Lancy (KPMG).  Business Purpose: Meal expense incurred while out of town conducting client related business. |

**KPMG LLP**
**EFH Expense Detail**
**December 1, 2015 through December 31, 2015**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 12061235 | Fresh Start | 20151217 | Lancy, Bradley | travel meals | | | $ 6.43 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG).  Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 12061235 | Fresh Start | 20151217 | Lancy, Bradley | travel meals | | | $ 13.34 | Dinner while traveling to Dallas, TX. Attendees: B. Lancy (KPMG).  Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 12061235 | Fresh Start | 20151218 | Lancy, Bradley | travel meals | | | $ 11.99 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG).  Business Purpose: Meal expense incurred while out of town conducting client related business. |
| **Total Travel Meals** | | | | | | | **$ 289.26** | |

**KPMG LLP**
**EFH Expense Detail**
**December 1, 2015 through December 31, 2015**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 12061235 | Fresh Start | 20151129 | Lancy, Bradley | ground | | | $ 27.64 | Taxi ground transportation from home to airport in Chicago, IL related to Energy Future Holdings work travel. |
| 12061235 | Fresh Start | 20151129 | Lancy, Bradley | ground | | | $ 38.40 | Taxi ground transportation from airport to hotel in Dallas, TX related to Energy Future Holdings work travel. |
| 12061235 | Fresh Start | 20151203 | Lancy, Bradley | ground | | | $ 25.20 | Taxi ground transportation from client offices to airport in Dallas, TX related to Energy Future Holdings work travel. |
| 12061235 | Fresh Start | 20151203 | Lancy, Bradley | ground | | | $ 34.14 | Taxi ground transportation from airport to home in Chicago, IL related to Energy Future Holdings work travel. |
| 12061235 | Fresh Start | 20151207 | Lancy, Bradley | ground | | | $ 34.14 | Taxi ground transportation from home to airport in Chicago, IL related to Energy Future Holdings work travel. |
| 12061235 | Fresh Start | 20151207 | Lancy, Bradley | ground | | | $ 27.60 | Taxi ground transportation from airport to hotel in Dallas, TX related to Energy Future Holdings work travel. |
| 12061235 | Fresh Start | 20151210 | Lancy, Bradley | ground | | | $ 26.00 | Taxi ground transportation from client offices to airport in Dallas, TX related to Energy Future Holdings work travel. |
| 12061235 | Fresh Start | 20151210 | Lancy, Bradley | ground | | | $ 34.38 | Taxi ground transportation from airport to home in Chicago, IL related to Energy Future Holdings work travel. |
| 12061235 | Fresh Start | 20151214 | Lancy, Bradley | ground | | | $ 35.34 | Taxi ground transportation from home to airport in Chicago, IL related to Energy Future Holdings work travel. |
| 12061235 | Fresh Start | 20151214 | Lancy, Bradley | ground | | | $ 37.20 | Taxi ground transportation from airport to hotel in Dallas, TX related to Energy Future Holdings work travel. |
| 12061235 | Fresh Start | 20151218 | Lancy, Bradley | ground | | | $ 25.00 | Taxi ground transportation from client offices to airport in Dallas, TX related to Energy Future Holdings work travel. |
| 12061235 | Fresh Start | 20151218 | Lancy, Bradley | ground | | | $ 38.70 | Taxi ground transportation from airport to home in Chicago, IL related to Energy Future Holdings work travel. |
| **Total Ground** | | | | | | | **$ 383.74** | |