IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| ENERGY FUTURE HOLDINGS CORP., | : | Bankruptcy Case No. 14-10979 (CSS) |
| et al., | : | BAP Nos. 15-51 |
| Debtor. | : | |
| | | |
| THE BANK OF NEW YORK MELLON, | : | |
| et al., | : | |
| | : | |
| Appellants, | : | |
| | : | |
| v. | : | Civil Action No. 15-885-RGA, |
| | : | |
| ENERGY FUTURE HOLDINGS CORP., | : | |
| | : | |
| Appellees. | : | |

## ORDER

WHEREAS, the above-captioned case was stayed on December 14, 2015, due to proceedings that are presently pending before the United States Bankruptcy Court for the District of Delaware (D.I. 19);

NOW THEREFORE, IT IS HEREBY ORDERED that, the above-captioned case is **ADMINISTRATIVELY CLOSED**. The parties shall promptly notify the Court when the Bankruptcy proceedings have been resolved so that this case may be reopened and other appropriate action may be taken.

February 5, 2016
DATE

_____
UNITED STATES DISTRICT JUDGE