IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| ENERGY FUTURE HOLDINGS CORP., et al., | : | Bankruptcy Case No. 14-10979 (CSS) |
| | : | BAP Nos. 15-72, 15-73 |
| Debtor. | : | |
| | : | |
| UMB BANK, N.A., | : | |
| | : | |
| Appellant, | : | |
| | : | |
| v. | : | Civil Action Nos. 15-1098-RGA, |
| | : | 15-1099-RGA |
| ENERGY FUTURE HOLDINGS CORP., | : | |
| | : | |
| Appellees. | : | |

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| ENERGY FUTURE HOLDINGS CORP., et al., | : | Bankruptcy Case No. 14-10979 (CSS) |
| | : | BAP Nos. 15-75, 15-76 |
| Debtor. | : | |
| | : | |
| SUBSEQUENT SETTLING EFIH PIK NOTEHOLDERS, | : | |
| | : | |
| Appellant, | : | |
| | : | |
| v. | : | Civil Action Nos. 15-1117-RGA, |
| | : | 15-1118-RGA |
| ENERGY FUTURE HOLDINGS CORP., | : | |
| | : | |
| Appellees. | : | |

## ORDER

WHEREAS, the above-captioned cases were stayed on February 5, 2016, due to proceedings that are presently pending before the United States Bankruptcy Court for the District of Delaware (D.I. 14 in C.A. 15-1098-RGA, 14 in C.A. 15-1099-RGA, 10 in C.A. 15-1117-

RGA, 10 in C.A. 15-1118);

NOW THEREFORE, IT IS HEREBY ORDERED that, the above-captioned cases are **ADMINISTRATIVELY CLOSED**. The parties shall promptly notify the Court when the Bankruptcy proceedings have been resolved so that these cases may be reopened and other appropriate action may be taken.

February 5, 2016
DATE

_____
UNITED STATES DISTRICT JUDGE