# Court Conference

**Calendar Date:** 02/08/2016
**Calendar Time:** 03:00 PM ET

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Christopher S. Sontchi
### #6

Amended Calendar 02/08/2016 11:17 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7413446 | ~~Von Beckwith~~ Tim O'Brien | 214-953-6505 | Baker Botts LLP | Intervenor, Ovation Acquisition I & II, L.L.C. (Hunt Utility Services) / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7426204 | Peg A. Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Dow Jones & Co. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7424351 | Kent Collier | (212) 588-8890 | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7411473 | Daniel DeFranceschi | (302) 651-7700 | Richards, Layton & Finger, P.A. | Debtor, Energy Future Holdings Corp. / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7426254 | David M. Dunn | (212) 584-5946 | Arrowgrass Capital Partners U.S. LP | Interested Party, Arrowgrass Capital Partners / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7425182 | Warren Haskel | (212) 446-4800 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings, Corp. / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7411467 | Jason M. Madron | (302) 651-7793 | Richards, Layton & Finger, P.A. | Debtor, Energy Future Holdings Corp. / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7426448 | Marc B. Roitman | (212) 408-5100 | Chadbourne & Parke LLP | Interested Party, Nextera Energy / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7422718 | Thomas Walper | (213) 593-5393 | Munger, Tolles & Olson LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7426569 | Mark A. Cody | (312) 269-4392 | Jones Day | Creditor, Oncor Electric Delivery Holdings / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 (15-5138 6) | Hearing | 7413480 | Jason Liberi | (302) 651-3239 | Skadden, Arps, Slate, Meagher & Flom, LLP | Defendant(s), Texas Transmission Investment LLC / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 (15-5138 6) | Hearing | 7411516 | Jonathan D. Marshall | (617) 856-8326 | Brown Rudnick LLP | Interested Party, Wilmington Savings Fund Society, FSB / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 (15-5138) | Hearing | 7411629 | R. Stephen McNeill | (302) 984-6171 | Potter Anderson & Corroon LLP | Interested Party, Deutsche Bank / LIVE |
| Energy Future Holdings Corp. | 14-10979 (15-5138) | Hearing | 7426384 | Pauline K. Morgan | (302) 571-6707 | Young, Conaway Stargatt & Taylor, LLP | Representing, Ad Hoc Committee of TCEH First Lien Creditors / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (15-5138) | Hearing | 7426708 | Erica Richards | (212) 468-8000 | Morrison & Foerster | Creditor, Official Committee Of Unsecured Creditors / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (15-5138) | Hearing | 7423513 | Jeffrey M. Schlerf | (302) 622-4212 | Fox Rothschild LLP | Intervenor, Ovation Acquisition I, LLC and Ovation Acquisition II, LLC / LIVE |
| Energy Future Holdings Corp. | 14-10979 (15-5138) | Hearing | 7413296 | J. Christopher Shore | 212-819-8394 | White & Case LLP | Interested Party, Ad Hoc Group of TCEH Unsecured Noteholders / LIVE |
| Energy Future Holdings Corp. | 14-10979 (15-5138) | Hearing | 7412954 | Erin Smith | (212) 819-2595 | White & Case LLP | Creditor, Ad Hoc Group of TCEH Unsecured Note Holders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (15-5138) | Hearing | 7424045 | Foteini Teloni | (212) 848-4579 | Shearman & Sterling LLP | Creditor, Deutsche Bank National Trust Co. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (15-5138) | Hearing | 7413498 | Carl Tullson | (312) 407-0379 | Skadden Arps Slate Meagher & Flom (Chicago) | Defendant(s), Texas Transmission Investment LLC / LIVE |
| Energy Future Holdings Corp. | 14-10979 (15-5138) | Hearing | 7413485 | Jason C. Vigna | (212) 735-3000 | Skadden Arps Slate Meagher & Flom (New York) | Defendant(s), Texas Transmission Investment LLC / LIVE |