## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) |  |
|  | ) |  |

## SUMMARY OF FIFTH INTERIM APPLICATION OF MORRISON & FOERSTER LLP AS COUNSEL FOR THE OFFICIAL COMMITTEE OF TCEH UNSECURED CREDITORS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD SEPTEMBER 1, 2015 THROUGH DECEMBER 31, 2015

| Name of Applicant | Morrison & Foerster LLP |
|---|---|
| Authorized to Provide Professional Services to: | Official Committee of TCEH Unsecured Creditors |
| Date of Retention: | September 16, 2014 *nunc pro tunc* to May 12, 2014 |
| Period for which compensation and reimbursement is sought: | September 1, 2015 through December 31, 2015 |
| Amount of Compensation sought as actual, reasonable, and necessary: | $2,696,076.75[2] |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $86,106.20 |

---

[1]    The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]    Amount of compensation requested reflects voluntary reductions totaling $85,324.25 in fees as client accommodations for non-working travel, time entry review, transient timekeepers, and communications with the Fee Committee.

This is a(n):  ___ Monthly  _**X**_ Interim ___ Final Fee Application.

Fees for the time expended for preparation of this Fifth Interim Fee Application are not sought herein.  Morrison & Foerster intends to seek those fees in the next fee application.

This is the Fifth Interim Fee Application for Morrison & Foerster.

## SUMMARY OF FEES AND EXPENSES
## REQUESTED DURING COMPENSATION PERIOD

| Date and Docket No. | Compensation Period | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses | 20% Holdback |
|---|---|---|---|---|---|---|
| 11/17/15 <br><br>[Docket No. 7018] | 9/01/2015 – 9/30/2015 | $757,987.75 | $24,565.75 | $606,390.20 | $24,565.75 | $151,597.55 |
| 12/02/15 <br><br>[Docket No. 7207] | 10/1/2015 – 10/31/2015 | $1,020,092.00 | $8,643.88 | $816,073.60 | $8,643.88 | $204,018.40 |
| 01/27/16 <br><br>[Docket No. 7748] | 11/1/2015 – 11/30/2015 | $703,158.25 | $48,633.55 | -- | -- | -- |
| 01/27/16 <br><br>[Docket No. 7749] | 12/1/2015 – 12/31/2015 | $226,422.75 | $4,263.02 | -- | -- | -- |

**SUMMARY OF PROFESSIONAL SERVICES RENDERED BY
PROJECT CATEGORY BY MORRISON & FOERSTER ON
BEHALF OF THE COMMITTEE FOR THE COMPENSATION PERIOD**

| PROJECT CATEGORY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 3 | Assumption and Rejection of Leases and | 1.20 | $912.00 |
| 6 | Business Operations | 2.30 | $2,094.50 |
| 7 | Case Administration | 86.70 | $48,560.50 |
| 8 | Claims Administration and Objections | 52.00 | $43,973.50 |
| 10 | Employee Benefits and Pensions | 6.10 | $5,787.50 |
| 11 | Employment and Fee Applications | 45.10 | $24,573.00 |
| 12 | Employment and Fee Application Objections | 0.60 | $555.00 |
| 13 | Financing and Cash Collateral | 10.60 | $9,625.00 |
| 14 | Other Litigation | 53.90 | $46,418.00 |
| 15 | Meetings and Communications with Creditors | 86.00 | $78,352.00 |
| 16 | Non-Working Travel | 106.20 | $95,755.50 |
| 17 | Plan and Disclosure Statement | 1,146.60 | $1,030,172.50 |
| 18 | Real Estate | 2.80 | $3,010.00 |
| 21 | Tax | 179.70 | $167,443.50 |
| 23 | Discovery | 1,988.30 | $709,814.00 |
| 24 | Hearings | 662.70 | $447,922.00 |
| 29 | Other Motions/Applications | 17.30 | $16,857.50 |
| 32 | Time Entry Review | 31.30 | $25,862.50 |
| 33 | Fee Objection Discussion and Litigation | 1.30 | $1,332.50 |
| 34 | Mediation | 21.60 | $22,380.00 |
| **Total Incurred:** | | **4,502.30** | **$2,781,401.00** |
| **Less Client-Accommodation for Non-Working Travel (50% of Fees Incurred):** | | | **($47,877.75)** |
| **Less Client-Accommodation for Time Entry Review (100% of Fees Incurred):** | | | **($25,862.50)** |
| **Less Client-Accommodation for Transient Timekeepers:** | | | **($10,251.50)** |
| **Less Billing Adjustment for Task Code 33 (Fee Objection Discussion and Litigation) (100% of fees incurred):** | | | **($1,332.50)** |
| **Total Requested:** | | | **$2,696,076.75** |

iv

### SUMMARY OF PROFESSIONAL SERVICES RENDERED BY MORRISON & FOERSTER ON BEHALF OF THE COMMITTEE FOR THE COMPENSATION PERIOD

The Morrison & Foerster attorneys who rendered professional services in these cases

during the Compensation Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Kerr, Charles L. | Partner | 1982 | Litigation | $1100 | 241.8 | $265,980.00 |
| Lawrence, J. Alexander | Partner | 1996 | Litigation | $950 | 83.9 | $79,705.00 |
| Humphreys, Thomas A. | Partner | 1977 | Tax | $1300 | 68.6 | $89,180.00 |
| Reigersman, Remmelt A. | Partner | 2004 | Tax | $895 | 54.3 | $48,598.50 |
| Marinuzzi, Lorenzo | Partner | 1996 | Business Restructuring & Insolvency | $1025 | 24.4 | $25,010.00 |
| Miller, Brett H. | Partner | 1991 | Business Restructuring & Insolvency | $1075 | 534.7 | $574,802.50 |
| Goren, Todd M. | Partner | 2002 | Business Restructuring & Insolvency | $925 | 588.1 | $543,992.50 |
| Bell, Jeffery | Partner | 2000 | Corporate | $875 | 3.1 | $2,712.50 |
| Peck, James Michael | Senior Of Counsel | 1971 | Business Restructuring & Insolvency | $1095 | 23.1 | $25,294.50 |
| Richards, Erica J. | Associate | 2007 | Business Restructuring & Insolvency | $760 | 352.3 | $267,748.00 |
| Dort, Malcolm K. | Associate | 2010 | Litigation | $680 | 6.1 | $4,148.00 |
| Sigmon, Kirk | Associate | 2013 | Litigation | $495 | 133.4 | $66,033.00 |
| Lim, Clara | Associate | 2010 | Tax | $635 | 4.9 | $3,111.50 |
| Harris, Daniel J. | Associate | 2008 | Business Restructuring & Insolvency | $750 | 81.0 | $60,750.00 |
| Birkenfeld, Alexander | Associate | 2014 | Tax | $495 | 47.1 | $23,314.50 |
| Young, Brennan W. | Associate | 2015 | Tax | $440 | 3.4 | $1,496.00 |
| Butterfield, Benjamin | Associate | 2013 | Business Restructuring & Insolvency | $495 | 49.7 | $24,601.50 |
| Martin, Samantha | Associate | 2007 | Business Restructuring & Insolvency | $760 | 218.1 | $165,756.00 |
| Hildbold, William M. | Attorney | 2010 | Business Restructuring & Insolvency | $680 | 106.6 | $72,488.00 |
| Cusa, Thomas C. | Temp Attorney | 1982 | Litigation | $225 | 365.1 | $82,147.50 |
| Hou, Timothy | Temp Attorney | 1996 | Litigation | $225 | 351.9 | $79,177.50 |

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Lee, Yumi | Temp Attorney | 1977 | Litigation | $225 | 363.4 | $81,765.00 |
| Ofosu-Antwi, Elsie J. | Temp Attorney | 2004 | Litigation | $225 | 295.0 | $66,375.00 |
| Thomas, Philip T. | Temp Attorney | 1996 | Litigation | $225 | 347.4 | $78,165.00 |

The paraprofessionals of Morrison & Foerster who rendered professionals services in these cases during the Compensation Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Curtis, Michael E. | Senior Paralegal | 15 years | Litigation | $345 | 12.6 | $4,347.00 |
| Kline, John T. | Senior Paralegal | 9.5 years | Business Restructuring & Insolvency | $340 | 4.4 | $1,496.00 |
| Guido, Laura | Senior Paralegal | 8 years | Business Restructuring & Insolvency | $320 | 68.7 | $21,984.00 |
| Braun, Danielle Eileen | Paralegal | 2.5 years | Business Restructuring & Insolvency | $300 | 15.8 | $4,740.00 |
| eDiscovery Services[3] | eDiscovery | | Litigation | $310-280 | 53.4 | $16,482.00 |
| **Total Incurred:** | | | | | **4,502.30** | **$2,781,401.00** |
| **Less Client-Accommodation for Non-Working Travel (50% of Fees Incurred):** | | | | | | **($47,877.75)** |
| **Less Client-Accommodation for Time Entry Review (100% of Fees Incurred):** | | | | | | **($25,862.50)** |
| **Less Client-Accommodation for Transient Timekeepers:** | | | | | | **($10,251.50)** |
| **Less Billing Adjustment for Task Code 33 (Fee Objection Discussion and Litigation) (100% of fees incurred):** | | | | | | **($1,332.50)** |
| **Total Requested:** | | | | | | **$2,696,076.75** |

---

[3]    The eDiscovery team leverages our expertise across offices to meet tight/urgent client deadlines in a timely and cost effective manner.  To enable this collaborative workflow, time billed by this group is consolidated into a single line-item.

### TOTAL PARTNERS, OF COUNSEL, ASSOCIATES AND PARAPROFESSIONALS

| PROFESSIONALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Attorneys (without Paraprofessionals) | $628.50 | 4,347.4 | $2,732,352.00 |
| Attorneys and Paraprofessionals | $617.77 | 4,502.3 | $2,781,401.00 |
| **Total Incurred:** | | | **$2,781,401.00** |
| **Less Client-Accommodation for Non-Working Travel (50% of Fees Incurred):** | | | **($47,877.75)** |
| **Less Client-Accommodation for Time Entry Review (100% of Fees Incurred):** | | | **($25,862.50)** |
| **Less Client-Accommodation for Transient Timekeepers:** | | | **($10,251.50)** |
| **Less Billing Adjustment for Task Code 33 (Fee Objection Discussion and Litigation) (100% of fees incurred):** | | | **($1,332.50)** |
| **Total Requested:** | | | **$2,696,076.75** |

## CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES

| CATEGORY OF TIMEKEEPER | BLENDED HOURLY RATE | |
|---|---|---|
| | **Billing Rate for New York Office, Excluding Bankruptcy, during Compensation Period** | **Billed During the Compensation Period** |
| Equity Partner/Shareholder | $987 | $1,018 |
| Senior Of Counsel | $898 | $1,095 |
| Senior Associate (7 or more years since first admission) | $740 | $757 |
| Associate (4-6 years since first admission) | $645 | $665 |
| Junior Associate (1-3 years since first admission) | $470 | $481 |
| Staff Attorney | $600 | $680 |
| Contract Attorney | $225 | $225 |
| Paralegal/Senior Paralegal | $290 | $326 |
| **All timekeepers aggregated:** | **$668** | **$615** |

**SUMMARY OF ACTUAL AND NECESSARY EXPENSES
INCURRED BY MORRISON & FOERSTER ON BEHALF
OF THE COMMITTEE FOR THE COMPENSATION PERIOD**

| Expense Category | Total Expenses |
|---|---|
| Filing Fees | $116.00 |
| Travel | $16,996.43 |
| On-line Research - LEXIS | $3,313.83 |
| On-line Research - WESTLAW | $5,770.80 |
| On-line Research - OTHER DATABASES | $3,633.28 |
| EDiscovery Fees | $50,814.44 |
| Court Filing Service | $1,262.00 |
| Meals | $3,212.14 |
| CourtCall Fees | $457.00 |
| Transportation | $530.28 |
| **Total:** | **$86,106.20** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) |  |
|  | ) |  |

**FIFTH INTERIM APPLICATION OF MORRISON & FOERSTER LLP AS COUNSEL**
**FOR THE OFFICIAL COMMITTEE OF TCEH UNSECURED CREDITORS**
**FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED**
**FOR THE PERIOD SEPTEMBER 1, 2015 THROUGH DECEMBER 31, 2015**

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, entered on September 16, 2014 [Docket No. 2066] (the "**Interim Compensation Order**"), and the *Stipulation and Order Appointing a Fee Committee* [Docket No. 1896] (the "**Fee Committee Order**"), Morrison & Foerster LLP ("**Morrison & Foerster**" or the "**Firm**") hereby submits this Fifth Interim Application (the "**Application**") as Counsel to the Official Committee of Unsecured Creditors (the "**TCEH Committee**") of Energy Future Competitive Holdings Company LLC ("**EFCH**"), EFCH's direct subsidiary, Texas Competitive Electric Holdings Company LLC ("**TCEH**"), and their direct and indirect subsidiaries, and EFH

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Corporate Services Company (collectively with EFCH and TCEH, the "**TCEH Debtors**")[2] for allowance of compensation and reimbursement of expenses incurred for the period September 1, 2015 through December 31, 2015 (the "**Compensation Period**").  In support of the Application, Morrison & Foerster respectfully represents as follows:

## BACKGROUND

1.      On April 29, 2014 (the "**Petition Date**"), the Debtors filed voluntary petitions for reorganization under chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court, District of Delaware (the "**Chapter 11 Cases**").  On May 12, 2014, the United States Trustee for the District of Delaware appointed the seven (7) member TCEH Committee pursuant to section 1102(a)(1) of the Bankruptcy Code [Docket No. 420].  The TCEH Committee selected Morrison & Foerster to serve as its lead counsel.

2.      On July 25, 2014, Morrison & Foerster filed the *Application of the Official Committee of Unsecured Creditors of Energy Future Holdings Corp., et al. for Entry of an Order Pursuant to Sections 328(a) and 1103(a) of the Bankruptcy Code and Fed. R. Bankr. P. 2014 for Authority to Retain and Employ Morrison & Foerster LLP Effective as of May 12, 2014* [Docket No. 1696].  On September 16, 2014, the Court entered the *Order Authorizing the Official Committee of Unsecured Creditors to Retain and Employ Morrison & Foerster LLP Effective as of May 12, 2014* [Docket No. 2064].

3.      Pursuant to the Interim Compensation Order, each professional may file on or after the 21st day of each calendar month a Monthly Fee Application (as defined in the Interim Compensation Order) seeking interim approval and allowance of compensation for services rendered and reimbursement of expenses incurred during the immediately preceding month.  If

---

[2]      Although EFH Corporate Services Company is not a subsidiary of TCEH, for ease of reference EFH Corporate Services Company is included in the definition "TCEH Debtors".

no objections are raised prior to the expiration of the applicable Objection Deadline (as defined in the Interim Compensation Order), the Debtors are authorized to pay each professional an amount equal to the lesser of (i) 80% of the fees and 100% of the expenses requested in the Monthly Fee Application or (ii) 80% of the fees and 100% of the expenses not subject to an objection.  (Interim Compensation Order ¶ 2.)  Each Professional (as defined in the Interim Compensation Order) may file with the Court an interim fee application for compensation and reimbursement of expenses sought in the Monthly Fee Statements (as defined in the Interim Compensation Order) served during such period.  (*Id.*)  This Application covers the period from September 1, 2015 through December 31, 2015.

4.     On December 9, 2015, the Bankruptcy Court entered the *Amended Order Confirming the Sixth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 7285].

### SUMMARY OF PROFESSIONAL COMPENSATION AND REIMBURSEMENT OF EXPENSES REQUESTED

5.     This Application has been prepared in accordance with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Interim Compensation Order, the Fee Committee Order, Rule 2016-2 (c)–(g) of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court of the District of Delaware (the "**Local Rule**"), and the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 for Attorneys in Larger Chapter 11 Cases, effective June 11, 2013 (the "**UST Guidelines**" and, together with the Local Rule, the "**Guidelines**").  Pursuant to the Guidelines, a certification of Todd M. Goren regarding compliance with the Local Rule is attached hereto as **Exhibit 1**.

6.      By this Application, Morrison & Foerster seeks allowance pursuant to the Interim Compensation Order with respect to the sum of $2,696,076.75 as compensation and $86,106.20 for reimbursement of actual and necessary expenses for a total of $2,782,182.95 for the Compensation Period.

7.      All services for which compensation is requested by Morrison & Foerster in this Application were performed for or on behalf of the TCEH Committee.  Morrison & Foerster has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between Morrison & Foerster and any other person (other than the partners of Morrison & Foerster) for the sharing of compensation to be received for services rendered in these Chapter 11 Cases.

8.      During the course of these Chapter 11 Cases, Morrison & Foerster exercised its billing discretion and, as discussed in more detail below, voluntarily wrote-off certain fees and expenses in connection with the Monthly Fee Statements (defined below) and this Application. Morrison & Foerster voluntarily reduced its requested compensation by $85,324.25 in the aggregate as accommodations for non-working travel, time entry review, transient timekeepers, and communications with the Fee Committee.  Morrison & Foerster believes the foregoing rates are the market rates that the majority of comparable law firms charges clients for services they have been asked to provide.  In addition, Morrison & Foerster believes that these charges are in accordance with the American Bar Association's ("**ABA**") guidelines, as set forth in the ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other charges.

4

9.      Pursuant to the Guidelines, annexed hereto as **Exhibit 2** is a schedule setting forth all Morrison & Foerster professionals and paraprofessionals who performed services in these Chapter 11 Cases during the Compensation Period, the capacities in which such individuals are employed by Morrison & Foerster, the hourly billing rates charged by Morrison & Foerster for services performed by such individuals, and the aggregate number of hours expended and fees billed.

10.     Annexed hereto as **Exhibit 3** is a schedule specifying the categories of expenses for which Morrison & Foerster is seeking reimbursement and the total amount for each expense category.  Annexed hereto as **Exhibit 3-A** is a schedule of all of the expenses incurred during the Compensation Period.  Regarding providers of online legal research (e.g., LEXIS, WESTLAW, and PACER), Morrison & Foerster charges the standard usage rates these providers charge, which, due to contractual flat fees, may not always equal Morrison & Foerster's actual cost. Morrison & Foerster pays these providers a flat fee every month.  Charging its clients the online providers' standard usage rates allows Morrison & Foerster to cover adequately the monthly flat fees it must pay to these types of providers.

11.     Annexed hereto as **Exhibit 4** is a summary of Morrison & Foerster's time billed during the Compensation Period, broken down by project categories, as hereinafter described.

12.     Annexed hereto as **Exhibit 5** is Morrison & Foerster's time detail for the Compensation Period.

13.     Annexed hereto as **Exhibit 6** is Morrison & Foerster's budget and staffing plan for the Compensation Period and a comparison of hours and fees budgeted for each matter category to which Morrison & Foerster professionals and paraprofessionals billed time during

ny-1220217

the Compensation Period against the hours and fees for which Morrison & Foerster seeks

compensation in the Application.

## MORRISON & FOERSTER FEE STATEMENTS

14.     Morrison & Foerster maintains computerized records of time spent by all

Morrison & Foerster attorneys and paraprofessionals in connection with the representation of the

TCEH Committee.  Morrison & Foerster submitted monthly fee statements to the Notice Parties

(as that term is defined in the Interim Compensation Order) in the format specified by the

Guidelines, and as requested by the Fee Committee, allowing each of the Notice Parties an

opportunity to review and object to the Monthly Fee Statements.  During the Compensation

Period, Morrison & Foerster provided the Notice Parties with the following Monthly Fee

Statements:

- For September 1, 2015 through September 31, 2015 – fees of $757,987.75 and expenses of $24,565.75 (the "**September 2015 Statement**");

- For October 1, 2015 through October 31, 2015 – fees of $1,020,092.00 and expenses of $8,643.88 (the "**October 2015 Statement**");

- For November 1, 2015 through November 31, 2015 – fees of $703,158.25 and expenses of $48,633.55 (the "**November 2015 Statement**"); and

- For December 1, 2015 through December 31, 2015 – fees of $226,422.75 and expenses of $4,263.02 (the "**December 2015 Statement**," together with the September 2015 Statement, the October 2015 Statement, and the November 2015 Statement, the "**Monthly Fee Statements**").

15.     In total, Morrison & Foerster submitted Monthly Fee Statements during the

Compensation Period for fees of $2,707,660.75 and expenses of $86,106.20.  Prior to submitting

the Monthly Fee Statements, Morrison & Foerster conducted an internal review of the fees and

expenses incurred during each applicable period and determined to voluntarily write-off fees in

the aggregate amount of $73,740.25.  Following submission of the Monthly Fee Statements,

Morrison & Foerster further reduced its request for fees in the amount of $11,584.00 for transient

6

timekeepers and communications with the Fee Committee.  At the time of this application, Morrison & Foerster has received payment on account of the September 2015 Statement and the October 2015 Statement.

16. In total, therefore, pursuant to this Application, Morrison & Foerster respectfully requests that the Court enter an order awarding Morrison & Foerster on an interim basis fees in an aggregate amount of $2,696,076.75 and the reimbursement of actual and necessary expenses Morrison & Foerster incurred during the Compensation Period in the aggregate amount of $86,106.20.

## **SUMMARY OF LEGAL SERVICES RENDERED**

17.    Morrison & Foerster has advised the TCEH Committee on a regular basis with respect to numerous matters in connection with these Chapter 11 Cases and performed all necessary professional services.  To provide an orderly and meaningful summary of the services rendered by Morrison & Foerster on behalf of the TCEH Committee during the Compensation Period, the Firm has established separate task codes in connection with these Chapter 11 Cases. The following is a summary of the most significant professional services rendered by Morrison & Foerster during the Compensation Period, organized in accordance with the Firm's internal system of task codes.  A more detailed report of the actual services provided is set forth on the attached **Exhibit 5**.

18.    The below summary is divided according to the task codes that Morrison & Foerster created to best reflect the categories of activities that it was required to perform in connection with these Chapter 11 Cases.  Nevertheless, under the circumstances, and given the interconnectedness of the issues in these Chapter 11 Cases, certain of these categories may overlap with one another.

7

A.      Assumption and Rejection of Leases and Contracts – 003

      Fees: $912.00; Total Hours: 1.2

19.      This category includes time spent by Morrison & Foerster reviewing and analyzing the list of contracts and leases to be assumed and rejected pursuant to the Debtors' plan and coordinating the review of such contracts and leases with the TCEH Committee's other advisors.

B.      Business Operations – 006

      Fees: $2,094.50; Total Hours: 2.3

20.      This category includes time spent by Morrison & Foerster reviewing matters involving the Debtors' business operations and evaluating the Debtors' business plans.  During the Compensation Period, Morrison & Foerster analyzed the Debtors' monthly operating reports and budgets and corresponded with the TCEH Committee's financial advisor regarding the Debtors' operating results.

C.      Case Administration – 007

      Fees: $48,560.50; Total Hours: 86.7

21.      This category includes all matters related to the internal administration of the Debtors' cases, including coordinating case matters internally and attending meetings with Debtors' counsel, counsel to other parties-in-interest, and other TCEH Committee advisors regarding general case strategy.  It also involved managing tasks, monitoring the case docket, and tracking deadlines.

22.      Morrison & Foerster professionals also participated in numerous internal meetings and meetings with the other TCEH Committee professionals during the Compensation Period to address and evaluate case status and strategy on behalf of the TCEH Committee. Morrison & Foerster, in accordance with past practice in cases of this size and complexity, hosts

8

a weekly meeting during which the attorneys bearing material responsibility for every active workstream in the Chapter 11 Cases engage in discussions addressing a wide range of topics. Such discussions, which address many interrelated matters, directly assisted Morrison & Foerster's professionals in understanding the impact of issues arising in one workstream on various other workstreams, and are vital to the coordination of overall case planning.

D.     Claims Administration and Objections – 008

Fees: $43,973.50; Total Hours: 52.00

23.     This category includes all matters relating to claims asserted against the Debtors and the bar date process.  During the Compensation Period, Morrison & Foerster reviewed matters relating to the priority and validity of certain classes of claims, including claims filed by the EFIH unsecured notes indenture trustee and the EFH unsecured notes indenture trustee. Morrison & Foerster also reviewed and analyzed claims filed by the U.S. Environmental Protection Agency and worked with the other case professionals to resolve such claims in connection with confirmation of the Plan (as defined below).  Finally, Morrison & Foerster reviewed and analyzed the proposed settlement of claims filed against the Debtors by Alcoa and the omnibus claims objections filed by the Debtors during the Compensation Period.

E.     Employee Benefits and Pensions – 010

Fees: $5,787.50; Total Hours: 6.1

24.     This category includes time spent by Morrison & Foerster on employee and pension-related matters.  During the Compensation Period, Morrison & Foerster reviewed and analyzed the *Motion of Energy Future Holdings Corp., et al., for Entry of an Order Approving the 2016 Compensation Programs* [Docket No. 7137] and worked with the TCEH Committee's other advisors to assess the proposed relief.  In addition, Morrison & Foerster considered and

9

analyzed a resolution of the claims filed against the Debtor by the Pension Benefit Guaranty Corporation.

      F.      <u>Employment and Fee Applications – 011</u>

           Fees: $24,573.00; Total Hours: 45.1

25.      During the Compensation Period, Morrison & Foerster undertook a number of tasks relating to its retention and the payment of its fees. Specifically, Morrison & Foerster prepared and filed the Monthly Fee Statements and the *Fourth Interim Application of Morrison & Foerster LLP as Counsel for the Official Committee of TCEH Unsecured Creditors for Compensation and Reimbursement of Expenses for the Period May 1, 2015 through August 31, 2015* [Docket No. 6474]. Morrison & Foerster also reviewed and summarized the monthly fee statements filed by certain of the other case professionals.

      G.      <u>Employment and Fee Objections – 012</u>

           Fees: $555.00; Total Hours: 0.6

26.      During the Compensation Period, Morrison & Foerster attorneys reviewed and analyzed the Debtors' objection to the retention of Gibbs & Bruns LLP as special conflicts trial counsel to the EFH committee [Docket No. 6341].

      H.      <u>Financing and Cash Collateral – 013</u>

           Fees: $9,625.00; Total Hours: 10.6

27.      During the Compensation Period, Morrison & Foerster prepared an amendment to the existing cash collateral order and corresponded with other TCEH creditors constituencies regarding execution of the same.

10

I.    Other Litigation – 014

    Fees: $46,418.00; Total Hours: 53.9

28.    This category includes time spent by Morrison & Foerster relating to, among other things, the EFIH first and second lien makewhole litigations and the litigation with the EFIH unsecured noteholders regarding the entitlement to payment of a redemption premium and postpetition interest (together, the "**Makewhole and PPI Litigations**").    During the Compensation Period, Morrison & Foerster considered the implications of the Makewhole and PPI Litigations on the TCEH Debtors and analyzed the arguments set forth by the parties.    In addition, Morrison & Foerster considered the legal arguments made by Debtors and the EFIH first lien, second lien, and unsecured notes trustees, and conducted legal research regarding recent case law developments in this area.

29.    During the Compensation Period, Morrison & Foerster also reviewed and analyzed the complaint and pleadings filed in the adversary case titled *Energy Future Holdings Corp. v. Texas Transmission Investment LLC*, Case No. 15-51386 (CSS).

J.    Meetings and Communications with Creditors – 015

    Fees: $78,352.00; Total Hours: 86.0

30.    This category includes time spent by Morrison & Foerster relating to TCEH Committee matters, in-person meetings, and weekly conference calls with the TCEH Committee as a whole, with individual TCEH Committee members, and with other creditor groups and their representatives.    Morrison & Foerster coordinates with the TCEH Committee's other advisors to address all of the TCEH Committee's activities, including attending to member concerns and setting agendas for TCEH Committee conference calls and meetings.    During the Compensation Period, Morrison & Foerster held numerous regularly scheduled conference calls and meetings with the full TCEH Committee and its advisors related to the various issues permeating the case.

11

Given the level of activity in these Chapter 11 Cases to date, these TCEH Committee meetings and calls often required extensive preparation by Morrison & Foerster.  Morrison & Foerster also had numerous conference calls with individual TCEH Committee members, the TCEH Committee co-chairpersons, as well as conference calls with FTI and Lazard in preparation for TCEH Committee meetings and TCEH Committee calls.

31.    During TCEH Committee calls, Morrison & Foerster discussed key case matters with the full TCEH Committee and its advisors.  Prior to such meetings, Morrison & Foerster attorneys reviewed pending matters requiring the TCEH Committee's attention and underlying documentation in connection therewith and coordinated advice with FTI and Lazard.  Thereafter, Morrison & Foerster discussed each of these matters with the TCEH Committee, as well as individual TCEH Committee members, and assisted the TCEH Committee in formulating a position with respect to each matter.  In addition, during the Compensation Period, Morrison & Foerster provided TCEH Committee members with frequent (and sometimes daily) case update emails to provide TCEH Committee members with up-to-date information regarding the status of case issues and any new pleadings or issues that may arise between TCEH Committee meetings or TCEH Committee calls.

32.    During the Compensation Period, Morrison & Foerster also engaged in frequent conversations and discussions with various parties-in-interest regarding the Plan and all matters relating to the confirmation thereof.

K.    Non-Working Travel – 016

Fees: $95,755.50; Total Hours: 106.2 (billed at one-half of the total time)

33.    This category includes time spent by Morrison & Foerster in non-working travel while representing the TCEH Committee.  During the Compensation Period, Morrison & Foerster attorneys attended 17 hearings in Delaware.

12

L.      Plan and Disclosure Statement – 017

Fees: $1,030,172.50; Total Hours: 1,146.60

34.      This category includes time spent by Morrison & Foerster during the Compensation Period working on all matters surrounding the Debtors' proposed chapter 11 plan of reorganization (as subsequently modified, supplemented, and amended, the "**Plan**"). Specifically, Morrison & Foerster spent significant time during the Compensation Period reviewing and analyzing objections to the *Motion of Energy Future Holdings Corp., et al., to Authorize the Debtors to Enter Into and Perform Under the Plan Support Agreement* [Docket No. 5248] (the "**PSA Motion**") seeking Court authority to perform under a plan support agreement executed among the Debtors, the TCEH Committee, and other creditors constituencies.  In addition, Morrison & Foerster attorneys reviewed and commented on various proposed modifications to the disclosure statement associated with the Plan (as subsequently modified, supplemented, and amended, the "**Disclosure Statement**") and prepared additional analysis regarding potential recoveries for TCEH unsecured creditors under the Plan.   In response to the various objections to the PSA Motion and approval of the Disclosure Statement, Morrison & Foerster prepared and filed a reply in support of the PSA Motion and the Disclosure Statement [Docket No. 5979].

35.      During the Compensation Period, Morrison & Foerster attorneys also spent a significant amount of time reviewing and analyzing the Plan and working closely with the other case professionals regarding confirmation thereof.  To this end, Morrison & Foerster attorneys participated in numerous discussions and meetings with various parties-in-interest regarding confirmation of the Plan in an effort to resolve formal and informal objections to the Plan. Morrison & Foerster also reviewed and analyzed testimony submitted in connection with

13

confirmation and the expert reports submitted in connection with confirmation.    Finally, Morrison & Foerster reviewed and analyzed numerous objections filed to confirmation of the Plan and submitted the *Reply of the TCEH Committee in Support of Confirmation of Joint Plan of Reorganization* [Docket No. 6801] on behalf of the TCEH Committee.

36.     Finally, Morrison & Foerster attorneys attended and actively participated in the confirmation hearing held on various dates in November and December in Delaware (the "**Confirmation Hearing**").    Among other things, Morrison & Foerster reviewed numerous iterations of the Plan, the *Order Granting the Motion of Energy Future Holdings Corp., et al., to Approve a Settlement of Litigation Claims and Authorize the Debtors to Enter Into and Perform Under the Settlement Agreement* [Docket No. 7243], and the *Amended Order Confirming the Sixth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 7285] to reflect the various resolutions reached prior to or during the Confirmation Hearing.

37.     Following confirmation of the Plan, Morrison & Foerster monitored the proceedings pending before the Public Utility Commission of Texas in order to provide the TCEH Committee with updates on the regulatory approval process.

M.     <u>Tax – 021</u>

Fees: $167,443.50; Total Hours: 179.7

38.     As the Court is aware, tax considerations play a central role in these Chapter 11 Cases.    During the Compensation Period, Morrison & Foerster conducted analysis regarding the tax implications related to the potential REIT transaction, reviewed and analyzed the Debtors' IRS submissions, and assessed proposed congressional legislation with respect to REIT spinoffs

14

and its impact on the proposed transaction embodied in the Plan.[3]  In addition, Morrison & Foerster reviewed modifications to the Plan to address tax matters and analyzed the tax-related testimony submitted in connection with confirmation of the Plan.  To assist in these tasks, Morrison & Foerster also participated in regular update calls with the Debtors' tax professionals regarding tax matters.

      N.     <u>Discovery – 023</u>

      Fees: $709,814.00; Total Hours: 1,988.3

39.     This category includes time spent by Morrison & Foerster engaging in all aspects of the discovery process during the Compensation Period, including coordinating on various discovery matters with the Debtors and other creditor constituencies, and tracking and reviewing the discovery obtained from various parties since the commencement of these Chapter 11 Cases.

40.     In particular, Morrison & Foerster participated in formal discovery during the Compensation Period with respect to confirmation of the Plan.  As part of these efforts, Morrison & Foerster reviewed documents produced by the Debtors and other parties-in-interest and met and conferred with numerous parties during all stages of the discovery process to resolve discovery disputes without Court intervention.

      O.     <u>Hearings – 024</u>

      Fees: $447,922.00; Total Hours: 662.7

41.     During the Compensation Period, the Court held numerous omnibus hearings with respect to a wide variety of issues related to these cases and a Confirmation Hearing that spanned 10 days, in addition to a number of additional hearings and conferences (both in-court and

---

[3]    The December 2015 Fee Statement includes a single time entry in task code 018 (Real Estate) for 2.8 hours ($3,010.00) relating to the proposed congressional legislation regarding REIT spinoffs.  This time entry should have been placed in task code 021 (Tax).

telephonic) on specific issues raised during contested matters.  Morrison & Foerster spent a significant amount of time preparing for and participating in each of the hearings held during the Compensation Period and negotiating with the Debtors and various other parties to resolve the TCEH Committee's concerns in advance of these hearings.

P.      Other Motions – 029

        Fees: $16,857.50; Total Hours: 17.3

42.     This category includes time spent reviewing, analyzing, and summarizing other motions filed by the Debtors and other parties in these cases.  Morrison & Foerster reviewed and provided recommendations to the TCEH Committee with respect to the legal and financial aspects of the motions filed by the Debtors during the Compensation Period.

Q.      Time Entry Review – 032

        Fees: $25,862.50; Total Hours: 31.3

43.     This category includes time spent reviewing and editing attorney and paraprofessional time entries for compliance with the Guidelines.  As set forth above, this time has been written off.

R.      Fee Objection Discussion and Litigation – 033

        Fees: $1,332.50; Total Hours: 1.3

44.     This category includes time spent reviewing and analyzing communications with the Fee Committee regarding the third interim fee period and responding to questions raised in such communication.  As set forth above, this time has been written off.

S.      Mediation  – 034

        Fees: $22,380.00; Total Hours: 21.6

45.     This category includes time spent preparing for and engaging in mediation among TCEH creditors and the Debtors.

ny-1220217

## STATEMENT OF MORRISON & FOERSTER

46.     The foregoing professional services performed by Morrison & Foerster were appropriate and necessary to the effective representation of the TCEH Committee and the administration of these Chapter 11 Cases.  They were in the best interests of creditors, the Debtors' estate, and other parties-in-interest.  Compensation for the foregoing services as requested is commensurate with the complexity, importance and nature of the problems, issues or tasks involved.  The professional services were performed in an appropriately expeditious and efficient manner.  In addition, Morrison & Foerster has made every effort to minimize its disbursements in these cases. The actual expenses incurred in providing professional services were absolutely necessary, reasonable, and justified under the circumstances to serve the needs of the TCEH Committee.

## THE REQUESTED COMPENSATION SHOULD BE ALLOWED

47.     The services for which Morrison & Foerster seeks compensation in this Application were, at the time rendered, necessary for, beneficial to, and in the best interests of, the TCEH Committee and the Debtors' estates.  During the Compensation Period, Morrison & Foerster worked diligently to maximize the value of the Debtors' estates for the benefit of all unsecured creditors.  The services rendered by Morrison & Foerster were consistently performed in a timely manner commensurate with the complexity, importance, and nature of the issues involved.  In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by Morrison & Foerster is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

WHEREFORE, Morrison & Foerster respectfully requests that the Court enter an order (a) awarding Morrison & Foerster the interim allowance of (i) fees in the Compensation Period in the amount of $2,696,076.75, and (ii) reimbursement for actual and necessary expenses in the Compensation Period in the amount of $86,106.20, (b) that such sums be paid to Morrison & Foerster pursuant to the Interim Compensation Order, (c) and for such other and further relief as this Court may deem just and proper.

Dated: February 8, 2016  
       New York, New York

/s/ Todd M. Goren  
**MORRISON & FOERSTER LLP**  
James M. Peck  
Brett H. Miller  
Lorenzo Marinuzzi  
Todd M. Goren  
250 West 55th Street  
New York, New York 10019-9601  
Telephone:  (212) 468-8000  
Facsimile:  (212) 468-7900  
E-mail:       jpeck@mofo.com  
                brettmiller@mofo.com  
                lmarinuzzi@mofo.com  
                tgoren@mofo.com

*Attorneys for The Official Committee of TCEH Unsecured Creditors*

18