# **EXHIBIT 2**

## **SUMMARY OF PROFESSIONALS**

The Morrison & Foerster attorneys who rendered professional services in these cases during the Compensation Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Kerr, Charles L. | Partner | 1982 | Litigation | $1100 | 241.8 | $265,980.00 |
| Lawrence, J. Alexander | Partner | 1996 | Litigation | $950 | 83.9 | $79,705.00 |
| Humphreys, Thomas A. | Partner | 1977 | Tax | $1300 | 68.6 | $89,180.00 |
| Reigersman, Remmelt A. | Partner | 2004 | Tax | $895 | 54.3 | $48,598.50 |
| Marinuzzi, Lorenzo | Partner | 1996 | Business Restructuring & Insolvency | $1025 | 24.4 | $25,010.00 |
| Miller, Brett H. | Partner | 1991 | Business Restructuring & Insolvency | $1075 | 534.7 | $574,802.50 |
| Goren, Todd M. | Partner | 2002 | Business Restructuring & Insolvency | $925 | 588.1 | $543,992.50 |
| Bell, Jeffery | Partner | 2000 | Corporate | $875 | 3.1 | $2,712.50 |
| Peck, James Michael | Senior Of Counsel | 1971 | Business Restructuring & Insolvency | $1095 | 23.1 | $25,294.50 |
| Richards, Erica J. | Associate | 2007 | Business Restructuring & Insolvency | $760 | 352.3 | $267,748.00 |
| Dort, Malcolm K. | Associate | 2010 | Litigation | $680 | 6.1 | $4,148.00 |
| Sigmon, Kirk | Associate | 2013 | Litigation | $495 | 133.4 | $66,033.00 |
| Lim, Clara | Associate | 2010 | Tax | $635 | 4.9 | $3,111.50 |
| Harris, Daniel J. | Associate | 2008 | Business Restructuring & Insolvency | $750 | 81.0 | $60,750.00 |
| Birkenfeld, Alexander | Associate | 2014 | Tax | $495 | 47.1 | $23,314.50 |
| Young, Brennan W. | Associate | 2015 | Tax | $440 | 3.4 | $1,496.00 |
| Butterfield, Benjamin | Associate | 2013 | Business Restructuring & Insolvency | $495 | 49.7 | $24,601.50 |
| Martin, Samantha | Associate | 2007 | Business Restructuring & Insolvency | $760 | 218.1 | $165,756.00 |
| Hildbold, William M. | Attorney | 2010 | Business Restructuring & Insolvency | $680 | 106.6 | $72,488.00 |
| Cusa, Thomas C. | Temp Attorney | 1982 | Litigation | $225 | 365.1 | $82,147.50 |
| Hou, Timothy | Temp Attorney | 1996 | Litigation | $225 | 351.9 | $79,177.50 |
| Lee, Yumi | Temp Attorney | 1977 | Litigation | $225 | 363.4 | $81,765.00 |
| Ofosu-Antwi, Elsie J. | Temp Attorney | 2004 | Litigation | $225 | 295.0 | $66,375.00 |
| Thomas, Philip T. | Temp Attorney | 1996 | Litigation | $225 | 347.4 | $78,165.00 |

The paraprofessionals of Morrison & Foerster who rendered professionals services in these cases during the Compensation Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Curtis, Michael E. | Senior Paralegal | 15 years | Litigation | $345 | 12.6 | $4,347.00 |
| Kline, John T. | Senior Paralegal | 9.5 years | Business Restructuring & Insolvency | $340 | 4.4 | $1,496.00 |
| Guido, Laura | Senior Paralegal | 8 years | Business Restructuring & Insolvency | $320 | 68.7 | $21,984.00 |
| Braun, Danielle Eileen | Paralegal | 2.5 years | Business Restructuring & Insolvency | $300 | 15.8 | $4,740.00 |
| eDiscovery Services[1] | eDiscovery | | Litigation | $310-280 | 53.4 | $16,482.00 |
| **Total Incurred:** | | | | | 4,502.30 | $2,781,401.00 |
| **Less Client-Accommodation for Non-Working Travel (50% of Fees Incurred):** | | | | | | ($47,877.75) |
| **Less Client-Accommodation for Time Entry Review (100% of Fees Incurred):** | | | | | | ($25,862.50) |
| **Less Client-Accommodation for Transient Timekeepers:** | | | | | | ($10,251.50) |
| **Less Billing Adjustment for Task Code 33 (Fee Objection Discussion and Litigation) (100% of fees incurred):** | | | | | | ($1,332.50) |
| **Total Requested:** | | | | | | $2,696,076.75 |

---

[1] The eDiscovery team leverages our expertise across offices to meet tight/urgent client deadlines in a timely and cost effective manner. To enable this collaborative workflow, time billed by this group is consolidated into a single line-item.