## **EXHIBIT 3**

## **SUMMARY OF EXPENSES**

| Expense Category | Total Expenses |
|---|---:|
| Filing Fees | $116.00 |
| Travel | $16,996.43 |
| On-line Research - LEXIS | $3,313.83 |
| On-line Research - WESTLAW | $5,770.80 |
| On-line Research - OTHER DATABASES | $3,633.28 |
| EDiscovery Fees | $50,814.44 |
| Court Filing Service | $1,262.00 |
| Meals | $3,212.14 |
| CourtCall Fees | $457.00 |
| Transportation | $530.28 |
| **Total:** | **$86,106.20** |

ny-1220217