**EXHIBIT 3-A**

**EXPENSE DETAIL**

ny-1220217

# **September 2015**

# MORRISON | FOERSTER

P.O. BOX 742335  
LOS ANGELES  
CALIFORNIA 90074-2335  

TELEPHONE: 415.268.7000  
FACSIMILE: 415.268.7522  

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON D.C.,
DENVER, NORTHERN VIRGINIA,
SACRAMENTO

TOKYO, BEIJING, SHANGHAI,
HONG KONG, SINGAPORE

LONDON, BRUSSELS, BERLIN

Paul Keglevic  
Energy Future Holdings Corp.  
1601 Bryan Street  
Dallas, Texas  75201

**Taxpayer ID #** ▮▮▮▮▮▮  
Invoice Number:  5478624  
Invoice Date:  November 13, 2015  

Client/Matter Number:  073697-0000001  

Matter Name:   BANKRUPTCY OF ENERGY FUTURE HOLDINGS

RE:   BANKRUPTCY OF ENERGY FUTURE HOLDINGS

*For Disbursements Incurred through September 30, 2015*

|  | U.S.Dollars |
|---|---:|
| Current Disbursements | 24,565.75 |
| **Total This Invoice** | **24,565.75** |

**Payment may be made by Electronic Funds transfer to the firm's account**

# MORRISON | FOERSTER

Matter Number: 073697-0000001  
Matter Name: BANKRUPTCY OF ENERGY FUTURE HOLDINGS  
Invoice Number: 5478624  
Invoice Date: November 13, 2015

## Disbursement Detail

| Date | Description | Value |
|---|---|---:|
| 30-Sep-15 | On-line Research – LEXIS (SEPT 1 - SEPT 30) | 183.23 |
| 30-Sep-15 | On-line Research – WESTLAW (SEPT 1 - SEPT 30) | 103.60 |
| 30-Sep-15 | On-line Research - OTHER DATABASE (SEPT 1 - SEPT 30) | 2,058.40 |
| 22-Sep-15 | Miscellaneous disbursement, A. Lawrence, CourtCall, 9/22/15 | 58.00 |
| 16-Sep-15 | Travel, train, E. Richards, travel to/from Delaware for EFH meetings, 9/17/15 | 303.00 |
| 17-Sep-15 | Travel, train, T. Goren, travel to Delaware for EFH meetings, 9/17/15 | 179.00 |
| 17-Sep-15 | Travel, train, T. Goren, return travel from Delaware for EFH meetings, 9/17/15 | 106.00 |
| 17-Sep-15 | Travel, exchange fee, T. Goren, travel to Delaware for EFH meetings, 9/17/15 | 18.00 |
| 17-Sep-15 | Travel, parking, T. Goren, parking at train station for Delaware trip, 9/17/15 | 21.00 |
| 18-Sep-15 | Travel, train, B. Miller, travel to/from Delaware for EFH meetings, 9/21/15 | 248.00 |
| 21-Sep-15 | Travel, taxi/car service, T. Goren, ground travel home from train station, 9/21/15 | 147.00 |
| 21-Sep-15 | Travel, taxi/car service, T. Goren, ground travel to train station, 9/21/15 | 81.69 |
| 21-Sep-15 | Travel, train, T. Goren, travel to/from Delaware for EFH meetings, 9/21/15 | 303.00 |
| 21-Sep-15 | Travel, train, E. Richards, travel to/from Delaware for EFH meetings, 9/21/15 | 285.00 |
| 22-Sep-15 | Miscellaneous disbursement, T. Goren, CourtCall, 9/16/15 | 58.00 |
| 25-Sep-15 | Miscellaneous disbursement, T. Goren, CourtCall, 9/18/15 | 44.00 |
| 08-Sep-15 | EDiscovery Fees, EPIQ, review user monthly fee | 595.00 |
| 14-Oct-15 | EDiscovery Fees, IRIS Data Services, eDiscovery support, data hosting and processing for September | 18,122.54 |
| 18-Aug-15 | Business meals, 10 attendees, EFH meeting, 8/18/15 | 119.64 |
| 26-Aug-15 | Business meals, 8 attendees, EFH meeting, 8/26/15 | 138.95 |
| 28-Aug-15 | Business meals, 10 attendees, EFH meeting, 8/28/15 | 119.64 |
| 28-Aug-15 | Business meals, 10 attendees, EFH meeting, 8/28/15 | 109.13 |
| 01-Sep-15 | Business meals, 3 attendees, EFH meeting, 9/1/15 | 60.00 |
| 02-Sep-15 | Business meals, 10 attendees, EFH meeting, 9/2/15 | 200.00 |
| 04-Sep-15 | Business meals, 10 attendees, EFH meeting, 9/4/15 | 200.00 |
| 09-Sep-15 | Business meals, 10 attendees, EFH meeting, 9/9/15 | 112.49 |
| 10-Sep-15 | Business meals, 10 attendees, EFH meeting, 9/10/15 | 91.06 |
| 10-Sep-15 | Business meals, 10 attendees, EFH meeting, 9/10/15 | 200.00 |
| 11-Sep-15 | Business meals, 10 attendees, EFH meeting, 9/11/15 | 151.14 |
| 21-Sep-15 | Business meals, 10 attendees, EFH meeting, 9/21/15 | 120.67 |
| 17-Sep-15 | Travel meals, T. Goren, lunch while in Delaware for EFH meeting, 9/17/15 | 11.01 |
| 30-Sep-15 | On-line Research - OTHER DATABASE 6375 IN RE: ENERGY FUTURE HOLDINGS 21 | 8.78 |
| 30-Sep-15 | On-line Research - OTHER DATABASE 6400 CSC TRUST CO. OF DELAWARE V. ENERGY FUTURE HOLDI 21 | 8.78 |
| | **Current Disbursements** | **24,565.75** |

# **<u>October 2015</u>**

# MORRISON | FOERSTER

P.O. BOX 742335
LOS ANGELES
CALIFORNIA 90074-2335

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON D.C.,
DENVER, NORTHERN VIRGINIA,
SACRAMENTO

TOKYO, BEIJING, SHANGHAI,
HONG KONG, SINGAPORE

LONDON, BRUSSELS, BERLIN

Paul Keglevic
Energy Future Holdings Corp.
1601 Bryan Street
Dallas, Texas  75201

**Taxpayer ID #** ▮▮▮▮▮▮
Invoice Number:  5482820
Invoice Date:  November 30, 2015

Client/Matter Number:  073697-0000001

Matter Name:  BANKRUPTCY OF ENERGY FUTURE HOLDINGS

RE:        BANKRUPTCY OF ENERGY FUTURE HOLDINGS

*Disbursements Incurred through October 31, 2015*

|  | U.S.Dollars |
|---|---:|
| Current Disbursements | 8,643.88 |
| **Total This Invoice** | **8,643.88** |

**Payment may be made by Electronic Funds transfer to the firm's account**

# MORRISON | FOERSTER

Matter Number: 073697-0000001                Invoice Number: 5482820
Matter Name: BANKRUPTCY OF ENERGY FUTURE HOLDINGS      Invoice Date: November 30, 2015

## Disbursement Detail

| Date | Description | Value |
|---|---|---:|
| 31-Oct-15 | On-line Research – LEXIS (October 1-31) | 1,713.10 |
| 31-Oct-15 | On-line Research – WESTLAW (October 1-31) | 3,394.30 |
| 14-Oct-15 | Travel, train, A. Lawrence, travel to Delaware for hearing, 10/15/15 | 108.00 |
| 15-Oct-15 | Travel, train, A. Lawrence, return travel from hearing in Delaware, 10/15/15 | 190.00 |
| 15-Oct-15 | Travel, parking, T. Goren, train station, 10/15/15 | 21.00 |
| 15-Oct-15 | Travel, exchange fee, T. Goren, travel from hearing in Delaware, 10/15/15 | 75.00 |
| 15-Oct-15 | Travel, train, T. Goren, return travel from hearing in Delaware, 10/15/15 | 108.00 |
| 15-Oct-15 | Travel, train, T. Goren, travel to Delaware for hearing, 10/15/15 | 183.00 |
| 15-Oct-15 | Travel, taxi/car service, A. Lawrence, ground travel in Delaware, 10/15/15 | 8.00 |
| 19-Oct-15 | Travel, train, T. Goren, travel to/from Delaware for hearing, 10/20/15 | 291.00 |
| 20-Oct-15 | Travel, parking, T. Goren, train station, 10/20/15 | 21.00 |
| 22-Oct-15 | Travel, train, T. Goren, travel to/from Delaware for hearing, 10/26/15 | 216.00 |
| 26-Oct-15 | Travel, taxi/car service, T. Goren, ground travel in Delaware, 10/26/15 | 18.00 |
| 26-Oct-15 | Travel, parking, T. Goren, train station, 10/26/15 | 21.00 |
| 26-Oct-15 | Travel, taxi/car service, T. Goren, ground travel from office to train station, 10/26/15 | 101.15 |
| 28-Oct-15 | Travel, parking, T. Goren, train station, 10/28/15 | 21.00 |
| 28-Oct-15 | Travel, taxi/car service, T. Goren, ground travel in Delaware, 10/28/15 | 8.00 |
| 28-Oct-15 | Travel, train, T. Goren, travel to/from Delaware for hearing, 10/28/15 | 366.00 |
| 28-Oct-15 | Travel, train, C. Kerr, travel to Delaware for hearing, 10/28/15 | 183.00 |
| 28-Oct-15 | Travel, agent fee, C. Kerr, travel to Delaware for hearing, 10/28/15 | 7.00 |
| 28-Oct-15 | Travel, train, C. Kerr, return travel from hearing in Delaware, 10/28/15 | 126.00 |
| 28-Oct-15 | Travel, C. Kerr, ground travel to train station for hearing in Delaware, 10/28/15 | 172.88 |
| 24-Oct-15 | Local meals, S. Martin, 10/24/15, 1:17PM (weekend) | 15.54 |
| 25-Oct-15 | Local meals, S. Martin, 10/25/15, 12:59PM (weekend) | 20.00 |
| 25-Oct-15 | Local meals, W. Hildbold, 10/25/15, 5:22PM (weekend) | 20.00 |
| 27-Oct-15 | Local meals, A. Birkenfeld, 10/27/15, 7:58PM | 12.74 |
| 05-Oct-15 | Local travel, taxi/car service, S. Martin, 10/5/15, 10:38PM | 17.75 |
| 13-Oct-15 | Local travel, taxi/car service, S. Martin, 10/13/15, 10:15PM | 27.92 |
| 14-Oct-15 | Local travel, taxi/car service, S. Martin, 10/14/15, 10:35PM | 29.66 |
| 19-Oct-15 | Local travel, taxi/car service, S. Martin, 10/19/15, 10:37PM | 19.60 |
| 20-Oct-15 | Local travel, taxi/car service, S. Martin, 10/20/15, 11:47PM | 21.57 |
| 21-Oct-15 | Local travel, taxi/car service, S. Martin, 10/21/15, 10:13PM | 15.95 |
| 25-Oct-15 | Local travel, taxi/car service, W. Hildbold, 10/25/15, 6:11PM (weekend) | 32.00 |
| 26-Oct-15 | Local travel, taxi/car service, B. Butterfield, 10/26/15, 10:55PM | 17.72 |
| 27-Oct-15 | Local travel, taxi/car service, A. Birkenfeld, 10/27/15, 9:44PM | 8.30 |
| 01-Oct-15 | Miscellaneous disbursement, CourtCall, T. Goren telephonic hearing appearance 9/28/15 | 44.00 |
| 08-May-15 | EDiscovery fees EPIQ, review user monthly fee | 525.00 |
| 05-Oct-15 | Business meals, 10 attendees, EFH meeting, 10/5/15 | 73.30 |
| 09-Oct-15 | Business meals, 10 attendees, EFH meeting, 10/9/15 | 119.12 |
| 09-Oct-15 | Business meals, 10 attendees, EFH meeting, 10/9/15 | 66.53 |
| 16-Oct-15 | Business meals, 10 attendees, EFH meeting, 10/16/15 | 119.64 |
| 16-Oct-15 | Business meals, 10 attendees, EFH meeting, 10/16/15 | 67.05 |
| 30-Oct-15 | On-line Research - OTHER DATABASE 6375 IN RE: ENERGY FUTURE HOLDINGS 22 | 9.03 |
| 30-Oct-15 | On-line Research - OTHER DATABASE 6400 CSC TRUST CO. OF DELAWARE V. ENERGY FUTURE HOLDI 22 | 9.03 |

MORRISON | FOERSTER

Matter Number: 073697-0000001      Invoice Number: 5482820
Matter Name: BANKRUPTCY OF ENERGY FUTURE HOLDINGS      Invoice Date: November 30, 2015

| Date | Description | Value |
|---|---|---|
| | **Current Disbursements** | **8,643.88** |

# **November 2015**

# MORRISON | FOERSTER

P.O. BOX 742335
LOS ANGELES
CALIFORNIA 90074-2335

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON D.C.,
DENVER, NORTHERN VIRGINIA,
SACRAMENTO

TOKYO, BEIJING, SHANGHAI,
HONG KONG, SINGAPORE

LONDON, BRUSSELS, BERLIN

Paul Keglevic
Energy Future Holdings Corp.
1601 Bryan Street
Dallas, Texas  75201

**Taxpayer ID #** ▮▮▮▮▮▮▮
Invoice Number: 5496423
Invoice Date:  January 27, 2016

Client/Matter Number: 073697-0000001

Matter Name:  BANKRUPTCY OF ENERGY FUTURE HOLDINGS

RE:   BANKRUPTCY OF ENERGY FUTURE HOLDINGS

*For Disbursements Incurred through November 30, 2015*

|  | U.S.Dollars |
|---|---:|
| Current Disbursements | 48,633.55 |
| **Total This Invoice** | **48,633.55** |

**Payment may be made by Electronic Funds transfer to the firm's account**

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

# MORRISON | FOERSTER

Matter Number: 073697-0000001  
Matter Name: BANKRUPTCY OF ENERGY FUTURE HOLDINGS

Invoice Number: 5496423  
Invoice Date: January 27, 2016

## Disbursement Detail

| Date | Description | Value |
|---|---|---:|
| 30-Nov-15 | On-line Research – LEXIS (NOV 1 - NOV 30) | 1,417.50 |
| 30-Nov-15 | On-line Research – WESTLAW (NOV 1 - NOV 30) | 2,272.90 |
| 30-Nov-15 | On-line Research - OTHER DATABASE (NOV 1 - NOV 30) | 1,163.60 |
| 06-Nov-15 | Miscellaneous disbursement, CourtCall, A. Lawrence, 10/28 hearing | 135.00 |
| 30-Oct-15 | Travel, train, C. Kerr, travel to hearing in Delaware, 11/2/15 | 108.00 |
| 01-Nov-15 | Travel, train, E. Richards, travel to/from Delaware for hearing, 11/2/15 | 356.00 |
| 02-Nov-15 | Travel, taxi/car service, T. Goren, ground travel home from office, 11/2/15 | 139.77 |
| 02-Nov-15 | Travel, train, T. Goren, travel to/from Delaware for hearing, 11/2/15 | 366.00 |
| 02-Nov-15 | Travel, hotel, C. Kerr, four-night stay at Hotel Dupont in Delaware, 11/2-11/5 | 1,747.60 |
| 02-Nov-15 | Travel, taxi/car service, C. Kerr, ground travel in Delaware for hearing, 11/2/15 | 10.00 |
| 02-Nov-15 | Travel, train, B. Miller, travel to Delaware for hearing, 11/3/15 | 183.00 |
| 03-Nov-15 | Travel, hotel, B. Miller, one-night stay at Hotel Dupont in Delaware, 11/3/15 | 350.00 |
| 03-Nov-15 | Travel, hotel, T. Goren, one-night stay at Hotel Dupont in Delaware, 11/3/15 | 350.00 |
| 03-Nov-15 | Travel, parking, T. Goren, parking at train station, 11/3/15 | 42.00 |
| 04-Nov-15 | Travel, taxi/car service, T. Goren, ground travel in Delaware for hearing, 11/4/15 | 9.00 |
| 04-Nov-15 | Travel, train, T. Goren, travel to/from Delaware for hearing, 11/5 - 11/6/15 | 271.00 |
| 04-Nov-15 | Travel, exchange fee, T. Goren, travel to/from Delaware for hearing, 11/6/15 | 57.00 |
| 04-Nov-15 | Travel, train, B. Miller, return travel from Delaware for hearing, 11/4/15 | 163.00 |
| 04-Nov-15 | Travel, train, B. Miller, travel to Delaware for hearing, 11/5/15 | 145.00 |
| 05-Nov-15 | Travel, hotel, B. Miller, one-night stay at Hotel Dupont in Delaware, 11/5/15 | 350.00 |
| 05-Nov-15 | Travel, hotel, T. Goren, one-night stay at Hotel Dupont in Delaware, 11/5/15 | 350.00 |
| 05-Nov-15 | Travel, parking, T. Goren, parking at train station, 11/5/15 | 42.00 |
| 06-Nov-15 | Travel, train, C. Kerr, return travel from hearing in Delaware, 11/6/15 | 183.00 |
| 06-Nov-15 | Travel, taxi/car service, C. Kerr, ground travel home from train station after hearing in Delaware, 11/6/15 | 175.30 |
| 10-Nov-15 | Travel, train, T. Goren, travel to/from Delaware for hearing, 11/12 - 11/13/15 | 308.00 |
| 10-Nov-15 | Travel, train, B. Miller, travel to/from Delaware for hearing, 11/12 - 11/13/15 | 308.00 |
| 12-Nov-15 | Travel, hotel, B. Miller, one-night stay at Hotel Dupont in Delaware, 11/12/15 | 350.00 |
| 12-Nov-15 | Travel, hotel, C. Kerr, one-night stay at Hilton in Delaware for hearing, 11/12/15 | 185.90 |
| 12-Nov-15 | Travel, train, C. Kerr, travel to/from Delaware for hearing, 11/12 - 11/13/15 | 315.00 |
| 12-Nov-15 | Travel, parking, T. Goren, parking at train station, 11/12/15 | 42.00 |
| 12-Nov-15 | Travel, hotel, T. Goren, one-night stay at Hotel Dupont in Delaware, 11/12/15 | 350.00 |
| 12-Nov-15 | Travel, taxi/car service, C. Kerr, ground travel to train station for hearing in Delaware, 11/12/15 | 172.88 |
| 13-Nov-15 | Travel, taxi/car service, C. Kerr, ground travel home from train station after hearing in Delaware, 11/13/15 | 207.96 |
| 16-Nov-15 | Travel, train, T. Goren, travel to/from Delaware for hearing, 11/19 - 11/20/15 | 327.00 |
| 17-Nov-15 | Travel, train, B. Miller, travel to/from hearing in Delaware, 11/19 - 11/20/15 | 327.00 |
| 19-Nov-15 | Travel, taxi/car service, T. Goren, ground travel in Delaware for hearing, 11/19/15 | 9.00 |
| 19-Nov-15 | Travel, parking, T. Goren, parking at train station, 11/19/15 | 21.00 |
| 19-Nov-15 | Travel, hotel, T. Goren, one-night stay at Hotel Dupont in Delaware, 11/19/15 | 350.00 |
| 19-Nov-15 | Travel, taxi/car service, B. Miller, ground travel to train station, 11/19/15 | 12.80 |
| 19-Nov-15 | Travel, taxi/car service, C. Kerr, ground travel to train station for hearing in Delaware, 11/19/15 | 172.88 |
| 19-Nov-15 | Travel, train, C. Kerr, travel to hearing in Delaware, 11/19/15 | 133.00 |
| 19-Nov-15 | Travel, train, C. Kerr, return travel from hearing in Delaware, 11/19/15 | 124.00 |
| 23-Nov-15 | Travel, train, B. Miller, travel to/from hearing in Delaware, 11/25/15 | 271.00 |
| 24-Nov-15 | Travel, train, E. Richards, travel to/from hearing in Delaware, 11/25/15 | 258.00 |

# MORRISON | FOERSTER

Matter Number: 073697-0000001  
Matter Name: BANKRUPTCY OF ENERGY FUTURE HOLDINGS

Invoice Number: 5496423  
Invoice Date: January 27, 2016

| Date | Description | Value |
|---|---|---:|
| 25-Nov-15 | Travel, taxi/car service, B. Miller, ground travel to train station, 11/25/15 | 15.35 |
| 26-Oct-15 | Local meals, S. Martin, 10/26/15, 8:01PM | 20.00 |
| 26-Oct-15 | Local meals, B. Butterfield, 10/26/15, 8:13PM | 18.92 |
| 30-Oct-15 | Local meals, S. Martin, 10/30/15, 8:46PM | 9.69 |
| 20-Nov-15 | Local meals, S. Martin, 11/20/15, 8:42PM | 17.32 |
| 09-Sep-15 | Transportation, parking, C. Kerr, 9/9/15, 9:05PM | 26.50 |
| 26-Oct-15 | Local travel, taxi/car service, S. Martin, 10/26/15, 1:08AM | 18.46 |
| 27-Oct-15 | Local travel, taxi/car service, S. Martin, 10/27/15, 1:17AM | 16.96 |
| 28-Oct-15 | Local travel, taxi/car service, S. Martin, 10/28/15, 11:27PM | 36.29 |
| 28-Oct-15 | Travel, taxi/car service, ground travel to train station, 10/28/15 | 58.64 |
| 28-Oct-15 | Local travel, taxi/car service, S. Martin, 10/28/15, 6:43AM | 24.34 |
| 29-Oct-15 | Local travel, taxi/car service, S. Martin, 10/29/15, 10:20PM | 38.87 |
| 01-Nov-15 | Transportation, parking, C. Kerr, 11/1/15, 3:29PM | 26.50 |
| 16-Nov-15 | Local travel, taxi/car service, S. Martin, 11/16/15, 9:28PM | 24.80 |
| 29-Nov-15 | Local travel, taxi/car service, S. Martin, 11/29/15, 9:00PM | 18.72 |
| 09-Nov-15 | Miscellaneous disbursement, CourtCall, T. Goren, 10/30 hearing | 30.00 |
| 31-Oct-15 | EDiscovery fees, IRIS, eDiscovery processing, Relativity support and project management for October 2015 | 16,937.47 |
| 30-Nov-15 | EDiscovery fees, IRIS, eDiscovery processing, Relativity support and project management for November 2015 | 14,634.43 |
| 03-Nov-15 | Miscellaneous disbursement, E. Richards, CourtCall, 11/3 hearing | 170.00 |
| 04-Nov-15 | Miscellaneous disbursement, E. Richards, CourtCall, 11/4 hearing | 163.00 |
| 05-Nov-15 | Miscellaneous disbursement, E. Richards, CourtCall, 11/5 hearing | 170.00 |
| 06-Nov-15 | Miscellaneous disbursement, E. Richards, CourtCall, 11/6 hearing | 177.00 |
| 12-Nov-15 | Miscellaneous disbursement, E. Richards, CourtCall, 11/12 hearing | 163.00 |
| 13-Nov-15 | Miscellaneous disbursement, E. Richards, CourtCall, 11/13 hearing | 212.00 |
| 19-Nov-15 | Miscellaneous disbursement, E. Richards, CourtCall, 11/19 hearing | 121.00 |
| 28-Oct-15 | Business meals, 10 attendees, EFH meeting, 10/28/15 | 119.64 |
| 29-Oct-15 | Business meals, 10 attendees, EFH meeting, 10/29/15 | 99.49 |
| 30-Oct-15 | Business meals, 10 attendees, EFH meeting, 10/30/15 | 119.64 |
| 30-Oct-15 | Business meals, 10 attendees, EFH meeting, 10/30/15 | 109.13 |
| 02-Nov-15 | Travel meals, E. Richards, breakfast in Delaware for hearing, 11/2/15 | 7.50 |
| 02-Nov-15 | Travel meals, E. Richards, lunch in Delaware for hearing, 11/2/15 | 7.28 |
| 06-Nov-15 | Business meals, 10 attendees, EFH meeting, 11/6/15 | 114.07 |
| 13-Nov-15 | Travel meals, T. Goren, lunch in Delaware for hearing, 11/13/15 | 26.00 |
| 02-Nov-15 | Travel meals, C. Kerr, lunch in Delaware for hearing, 11/2/15 | 40.00 |
| 03-Nov-15 | Travel meals, C. Kerr, lunch in Delaware for hearing, 11/3/15 | 20.00 |
| 03-Nov-15 | Travel meals, T. Goren, lunch in Delaware for hearing, 11/4/15 | 26.00 |
| 04-Nov-15 | Travel meals, C. Kerr, dinner in Delaware for hearing, 11/4/15 | 16.00 |
| 04-Nov-15 | Travel meals, C. Kerr, lunch in Delaware for hearing, 11/4/15 | 40.00 |
| 05-Nov-15 | Travel meals, C. Kerr, lunch in Delaware for hearing, 11/6/15 | 15.60 |
| 05-Nov-15 | Travel meals, T. Goren, lunch in Delaware for hearing, 11/5/15 | 9.50 |
| 06-Nov-15 | Travel meals, T. Goren, lunch in Delaware for hearing, 11/6/15 | 26.00 |
| 06-Nov-15 | Travel meals, T. Goren, dinner in Delaware for hearing, 11/6/15 | 12.58 |
| 06-Nov-15 | Travel meals, C. Kerr, breakfast in Delaware for hearing, 11/6/15 | 15.60 |
| 13-Nov-15 | Travel meals, C. Kerr, breakfast in Delaware for hearing, 11/13/15 | 5.00 |
| 25-Nov-15 | Travel meals, E. Richards, breakfast in Delaware for hearing, 11/25/15 | 7.71 |
| 30-Nov-15 | On-line Research - OTHER DATABASE 6375 IN RE: ENERGY FUTURE HOLDINGS 19 | 7.73 |
| 30-Nov-15 | On-line Research - OTHER DATABASE 6400 CSC TRUST CO. OF DELAWARE V. ENERGY FUTURE HOLDI 19 | 7.73 |

# MORRISON | FOERSTER

Matter Number:  073697-0000001  Invoice Number:  5496423
Matter Name:  BANKRUPTCY OF ENERGY FUTURE HOLDINGS  Invoice Date: January 27, 2016

| Date | Description | Value |
|------|-------------|-------|
|      | **Current Disbursements** | **48,633.55** |

# December 2015

# MORRISON | FOERSTER

P.O. BOX 742335
LOS ANGELES
CALIFORNIA 90074-2335

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON D.C.,
DENVER, NORTHERN VIRGINIA,
SACRAMENTO

TOKYO, BEIJING, SHANGHAI,
HONG KONG, SINGAPORE

LONDON, BRUSSELS, BERLIN

Paul Keglevic
Energy Future Holdings Corp.
1601 Bryan Street
Dallas, Texas  75201

**Taxpayer ID #** ▮▮▮▮▮
Invoice Number: 5496424
Invoice Date: January 27, 2016

Client/Matter Number: 073697-0000001

Matter Name:  BANKRUPTCY OF ENERGY FUTURE HOLDINGS

RE:   BANKRUPTCY OF ENERGY FUTURE HOLDINGS

*Disbursements Incurred through December 31, 2015*

|  | U.S.Dollars |
|---|---|
| Current Disbursements | 4,263.02 |
| **Total This Invoice** | **4,263.02** |

**Payment may be made by Electronic Funds transfer to the firm's account**

# MORRISON | FOERSTER

Matter Number: 073697-0000001  
Matter Name: BANKRUPTCY OF ENERGY FUTURE HOLDINGS  
Invoice Number: 5496424  
Invoice Date: January 27, 2016

## Disbursement Detail

| Date | Description | Value |
|---|---|---:|
| 31-Dec-15 | On-line Research - OTHER DATABASE (DEC 1-DEC 31) | 360.20 |
| 02-Dec-15 | Court filing service, A. Lawrence, CourtCall, 9/16 hearing | 58.00 |
| 01-Dec-15 | Travel, parking, T. Goren, 12/1/15, 6:20PM | 25.00 |
| 01-Dec-15 | Travel, train, B. Miller, travel to/from Delaware for hearing, 12/2/15 | 372.00 |
| 01-Dec-15 | Travel, train, T. Goren, travel to/from Delaware for hearing, 12/2/15 | 372.00 |
| 01-Dec-15 | Travel, train, T. Goren, Penn Station to Newark Station, 12/3/15 | 5.25 |
| 01-Dec-15 | Travel, train, E. Richards, travel to/from Delaware for hearing, 12/2/15 | 372.00 |
| 02-Dec-15 | Travel, train, E. Richards, travel to/from Delaware for hearing, 12/3/15 | 350.00 |
| 02-Dec-15 | Travel, train, T. Goren, return travel from hearing in Delaware, 12/2/15 | 164.00 |
| 02-Dec-15 | Travel, train, T. Goren, travel to Delaware for hearing, 12/2/15 | 186.00 |
| 02-Dec-15 | Travel, train, B. Miller, travel to/from Delaware for hearing, 12/3/15 | 350.00 |
| 02-Dec-15 | Travel, parking, T. Goren, parking at train station, 12/2/15 | 21.00 |
| 03-Dec-15 | Travel, taxi/car service, T. Goren, ground travel in Delaware for hearing, 12/3/15 | 10.00 |
| 03-Dec-15 | Travel, parking, T. Goren, parking at train station, 12/3/15 | 21.00 |
| 03-Dec-15 | Travel, taxi/car service, E. Richards, ground travel in Delaware for hearing, 12/3/15 | 10.00 |
| 03-Dec-15 | Travel, train, E. Richards, travel to/from Delaware for hearing, 12/4/15 | 271.00 |
| 08-Dec-15 | Travel, taxi/car service, T. Goren, 12/8/15, 11:53PM | 88.02 |
| 15-Dec-15 | Travel, train, T. Goren, travel to Delaware for hearing, 12/16/15 | 186.00 |
| 16-Dec-15 | Travel, train, T. Goren, return travel from Delaware for hearing, 12/16/15 | 268.00 |
| 16-Dec-15 | Travel, parking, T. Goren, parking at train station, 12/16/15 | 21.00 |
| 18-Dec-15 | Travel, train, E. Richards, travel to/from Delaware for hearing, 12/18/15 | 309.00 |
| 02-Dec-15 | Travel, taxi/car service, E. Richards, ground travel home from hearing in Delaware, 12/2/15, 10:07PM | 49.73 |
| 03-Dec-15 | Court Filing Service, T. Goren, CourtCall, 11/25 hearing | 51.00 |
| 10-Dec-15 | Miscellaneous Disbursement COURTCALL, LLC, 12/4/2015 CourtCall Appearance (T. Goren) | 37.00 |
| 28-Dec-15 | Miscellaneous Disbursement, T. Goren, CourtCall 12/18/15 | 58.00 |
| 03-Dec-15 | Court Filing Service, E. Richards, CourtCall, 12/3 hearing | 86.00 |
| 02-Dec-15 | Travel meals, E. Richards, breakfast while traveling for hearing, 12/2/15 | 9.79 |
| 02-Dec-15 | Travel meals, T. Goren, breakfast while traveling for hearing, 12/2/15 | 5.22 |
| 02-Dec-15 | Travel meals, T. Goren, lunch while in Delaware for hearing, 12/2/15 | 9.50 |
| 03-Dec-15 | Travel meals, T. Goren, lunch while in Delaware for hearing, 12/3/15 | 11.27 |
| 03-Dec-15 | Travel meals, T. Goren, breakfast while traveling for hearing, 12/3/15 | 3.83 |
| 03-Dec-15 | Travel meals, E. Richards, breakfast while traveling for hearing, 12/3/15 | 6.30 |
| 04-Dec-15 | Travel meals, E. Richards, breakfast while traveling for hearing, 12/4/15 | 6.30 |
| 04-Dec-15 | Business meals, 5 attendees, EFH meeting, 12/4/15 | 100.00 |
| 04-Dec-15 | Travel meals, E. Richards, lunch while in Delaware for hearing, 12/4/15 | 5.78 |
| 16-Dec-15 | Travel meals, T. Goren, breakfast while traveling for hearing, 12/16/15 | 3.83 |
| | **Current Disbursements** | **4,263.02** |