## EXHIBIT 4

## SUMMARY OF TIME BY CATEGORY

ny-1220217

| PROJECT CATEGORY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 3 | Assumption and Rejection of Leases and | 1.20 | $912.00 |
| 6 | Business Operations | 2.30 | $2,094.50 |
| 7 | Case Administration | 86.70 | $48,560.50 |
| 8 | Claims Administration and Objections | 52.00 | $43,973.50 |
| 10 | Employee Benefits and Pensions | 6.10 | $5,787.50 |
| 11 | Employment and Fee Applications | 45.10 | $24,573.00 |
| 12 | Employment and Fee Application Objections | 0.60 | $555.00 |
| 13 | Financing and Cash Collateral | 10.60 | $9,625.00 |
| 14 | Other Litigation | 53.90 | $46,418.00 |
| 15 | Meetings and Communications with Creditors | 86.00 | $78,352.00 |
| 16 | Non-Working Travel | 106.20 | $95,755.50 |
| 17 | Plan and Disclosure Statement | 1,146.60 | $1,030,172.50 |
| 18 | Real Estate | 2.80 | $3,010.00 |
| 21 | Tax | 179.70 | $167,443.50 |
| 23 | Discovery | 1,988.30 | $709,814.00 |
| 24 | Hearings | 662.70 | $447,922.00 |
| 29 | Other Motions/Applications | 17.30 | $16,857.50 |
| 32 | Time Entry Review | 31.30 | $25,862.50 |
| 33 | Fee Objection Discussion and Litigation | 1.30 | $1,332.50 |
| 34 | Mediation | 21.60 | $22,380.00 |
| **Total Incurred:** | | **4,502.30** | **$2,781,401.00** |
| **Less Client-Accommodation for Non-Working Travel (50% of Fees Incurred):** | | | **($47,877.75)** |
| **Less Client-Accommodation for Time Entry Review (100% of Fees Incurred):** | | | **($25,862.50)** |
| **Less Client-Accommodation for Transient Timekeepers:** | | | **($10,251.50)** |
| **Less Billing Adjustment for Task Code 33 (Fee Objection Discussion and Litigation) (100% of fees incurred):** | | | **($1,332.50)** |
| **Total Requested:** | | | **$2,696,076.75** |

ny-1220217