# **EXHIBIT 6**

**BUDGET AND STAFFING PLANS FOR COMPENSATION PERIOD**

*In re Energy Future Holdings, Corp., et al.*
*Case No. 14-10979 (CSS)*   **EXHIBIT C-1 - September 2015**

| Task Code | Project Category | Estimated Hours | Estimated Fees |
|---|---|---|---|
| 1 | Asset Analysis and Recovery | 5.00 | $ 3,000.00 |
| 2 | Asset Disposition | 10.00 | $ 8,000.00 |
| 3 | Assumption and Rejection of Leases and Contracts | 5.00 | $ 600.00 |
| 4 | Avoidance Action Analysis | 5.00 | $ 4,000.00 |
| 5 | Budgeting (Case) | 3.00 | $ 2,400.00 |
| 6 | Business Operations | 10.00 | $ 8,000.00 |
| 7 | Case Administration | 100.00 | $ 60,000.00 |
| 8 | Claims Administration and Objections | 25.00 | $ 18,000.00 |
| 9 | Corporate Governance and Board Matters | 5.00 | $ 4,000.00 |
| 10 | Employee Benefits and Pensions | 5.00 | $ 4,000.00 |
| 11 | Employment and Fee Applications | 40.00 | $ 25,000.00 |
| 12 | Employment and Fee Application Objections | 5.00 | $ 4,000.00 |
| 13 | Financing and Cash Collateral | 5.00 | $ 4,000.00 |
| 14 | Other Litigation | 40.00 | $ 32,000.00 |
| 15 | Meetings and Communications with Creditors | 50.00 | $ 40,000.00 |
| 16 | Non-Working Travel | 5.00 | $ 4,000.00 |
| 17 | Plan and Disclosure Statement | 250.00 | $ 200,000.00 |
| 18 | Real Estate | 0.00 | $ - |
| 19 | Relief from Stay and Adequate Protecction | 5.00 | $ 4,000.00 |
| 21 | Tax | 100.00 | $ 80,000.00 |
| 22 | Valuation | 5.00 | $ 4,000.00 |
| 23 | Discovery | 1000.00 | $ 750,000.00 |
| 24 | Hearings | 25.00 | $ 20,000.00 |
| 26 | Claims Investigation | 10.00 | $ 6,000.00 |
| 27 | First Lien Investigation | 5.00 | $ 4,000.00 |
| 28 | Intercompany Claims | 10.00 | $ 6,000.00 |
| 29 | Other Motions/Applications | 10.00 | $ 6,000.00 |
| 30 | Schedules and Statements | 5.00 | $ 3,000.00 |
| 31 | Insurance | 0.00 | $ - |
| 33 | Fee Objection Discussion and Litigation | 0.00 | $ - |
| 34 | Mediation | 20.00 | $ 16,000.00 |
| | **Totals:** | **1743.00** | **$ 1,304,000.00** |

*In re Energy Future Holdings, Corp., et al.*
*Case No. 14-10979 (CSS)*              **EXHIBIT C-2 - September 2015**

| CATEGORY OF TIMEKEEPER | NUMBER OF TIMEKEEPERS EXPECTED TO WORK ON THE MATTER DURING THE BUDGET PERIOD | AVERAGE HOURLY RATE |
|---|---|---|
| Sr./Equity Partner/Shareholder | 7 | $ 1,038.00 |
| Of Counsel | 1 | $ 1,095.00 |
| Sr. Associate (7 or more years since first admission) | 3 | $ 756.00 |
| Associate (4-6 years since first admission) | 2 | $ 680.00 |
| Jr. Associate (1- 3 years since first admission) | 2 | $ 495.00 |
| Staff Attorney | 1 | $ 680.00 |
| Paralegal | 2 | $ 310.00 |
| eDiscovery Project Manager | 1 | $ 310.00 |

*In re Energy Future Holdings, Corp., et al.*
*Case No. 14-10979 (CSS)*  **EXHIBIT D-1 - September 2015**

| Task Code | Project Category | Hours Budgeted | Fees Budgeted | Hours Billed | Fees Sought |
|---|---|---|---|---|---|
| 1 | Asset Analysis and Recovery | 5.00 | $ 3,000.00 | 0.00 | $ - |
| 2 | Asset Disposition | 10.00 | $ 8,000.00 | 0.00 | $ - |
| 3 | Assumption and Rejection of Leases and Contracts | 5.00 | $ 600.00 | 0.00 | $ - |
| 4 | Avoidance Action Analysis | 5.00 | $ 4,000.00 | 0.00 | $ - |
| 5 | Budgeting (Case) | 3.00 | $ 2,400.00 | 0.00 | $ - |
| 6 | Business Operations | 10.00 | $ 8,000.00 | 0.00 | $ - |
| 7 | Case Administration | 100.00 | $ 60,000.00 | 23.90 | $ 11,825.50 |
| 8 | Claims Administration and Objections | 25.00 | $ 18,000.00 | 28.00 | $ 21,860.00 |
| 9 | Corporate Governance and Board Matters | 5.00 | $ 4,000.00 | 0.00 | $ - |
| 10 | Employee Benefits and Pensions | 5.00 | $ 4,000.00 | 0.00 | $ - |
| 11 | Employment and Fee Applications | 40.00 | $ 25,000.00 | 10.40 | $ 3,386.00 |
| 12 | Employment and Fee Application Objections | 5.00 | $ 4,000.00 | 0.00 | $ - |
| 13 | Financing and Cash Collateral | 5.00 | $ 4,000.00 | 7.30 | $ 6,803.50 |
| 14 | Other Litigation | 40.00 | $ 32,000.00 | 19.10 | $ 14,024.00 |
| 15 | Meetings and Communications with Creditors | 50.00 | $ 40,000.00 | 21.30 | $ 18,963.00 |
| 16 | Non-Working Travel | 5.00 | $ 4,000.00 | 19.10 | $ 16,017.50 |
| 17 | Plan and Disclosure Statement | 250.00 | $ 200,000.00 | 172.70 | $ 163,317.50 |
| 18 | Real Estate | 0.00 | $ - | 0.00 | $ - |
| 19 | Relief from Stay and Adequate Protecction | 5.00 | $ 4,000.00 | 0.00 | $ - |
| 21 | Tax | 100.00 | $ 80,000.00 | 45.80 | $ 42,228.50 |
| 22 | Valuation | 5.00 | $ 4,000.00 | 0.00 | $ - |
| 23 | Discovery | 1000.00 | $ 750,000.00 | 1258.80 | $ 437,890.50 |
| 24 | Hearings | 25.00 | $ 20,000.00 | 29.30 | $ 28,293.00 |
| 26 | Claims Investigation | 10.00 | $ 6,000.00 | 0.00 | $ - |
| 27 | First Lien Investigation | 5.00 | $ 4,000.00 | 0.00 | $ - |
| 28 | Intercompany Claims | 10.00 | $ 6,000.00 | 0.00 | $ - |
| 29 | Other Motions/Applications | 10.00 | $ 6,000.00 | 1.50 | $ 1,387.50 |
| 30 | Schedules and Statements | 5.00 | $ 3,000.00 | 0.00 | $ - |
| 31 | Insurance | 0.00 | $ - | 0.00 | $ - |
| 32 | Time Entry Review | N/A | N/A | 11.60 | $ 10,405.00 |
| 33 | Fee Objection Discussion and Litigation | 0.00 | $ - | 0.00 | $ - |
| 34 | Mediation | 20.00 | $ 16,000.00 | 0.00 | $ - |
| | **Totals:** | **1743.00** | **$ 1,304,000.00** | **1,648.80** | **$ 776,401.50** |

*In re Energy Future Holdings, Corp., et al.*
*Case No. 14-10979 (CSS)*                                **EXHIBIT C-1 - October 2015**

| Task Code | Project Category | Estimated Hours | Estimated Fees |
|---|---|---|---|
| 1 | Asset Analysis and Recovery | 5.00 | $ 3,000.00 |
| 2 | Asset Disposition | 10.00 | $ 8,000.00 |
| 3 | Assumption and Rejection of Leases and Contracts | 5.00 | $ 600.00 |
| 4 | Avoidance Action Analysis | 5.00 | $ 4,000.00 |
| 5 | Budgeting (Case) | 3.00 | $ 2,400.00 |
| 6 | Business Operations | 10.00 | $ 8,000.00 |
| 7 | Case Administration | 100.00 | $ 60,000.00 |
| 8 | Claims Administration and Objections | 25.00 | $ 18,000.00 |
| 9 | Corporate Governance and Board Matters | 5.00 | $ 4,000.00 |
| 10 | Employee Benefits and Pensions | 5.00 | $ 4,000.00 |
| 11 | Employment and Fee Applications | 40.00 | $ 25,000.00 |
| 12 | Employment and Fee Application Objections | 5.00 | $ 4,000.00 |
| 13 | Financing and Cash Collateral | 5.00 | $ 4,000.00 |
| 14 | Other Litigation | 40.00 | $ 32,000.00 |
| 15 | Meetings and Communications with Creditors | 50.00 | $ 40,000.00 |
| 16 | Non-Working Travel | 5.00 | $ 4,000.00 |
| 17 | Plan and Disclosure Statement | 300.00 | $ 240,000.00 |
| 18 | Real Estate | 0.00 | $ - |
| 19 | Relief from Stay and Adequate Protecction | 5.00 | $ 4,000.00 |
| 21 | Tax | 100.00 | $ 80,000.00 |
| 22 | Valuation | 5.00 | $ 4,000.00 |
| 23 | Discovery | 1250.00 | $ 925,000.00 |
| 24 | Hearings | 25.00 | $ 20,000.00 |
| 26 | Claims Investigation | 10.00 | $ 6,000.00 |
| 27 | First Lien Investigation | 5.00 | $ 4,000.00 |
| 28 | Intercompany Claims | 10.00 | $ 6,000.00 |
| 29 | Other Motions/Applications | 10.00 | $ 6,000.00 |
| 30 | Schedules and Statements | 5.00 | $ 3,000.00 |
| 31 | Insurance | 5.00 | $ 3,000.00 |
| 32 | Time Entry Review | N/A | N/A |
| 33 | Fee Objection Discussion and Litigation | 0.00 | $ - |
| 34 | Mediation | 20.00 | $ 16,000.00 |
| | **Totals:** | **2048.00** | **$ 1,522,000.00** |

*In re Energy Future Holdings, Corp., et al.*
*Case No. 14-10979 (CSS)*     **EXHIBIT C-2 - October 2015**

| CATEGORY OF TIMEKEEPER | NUMBER OF TIMEKEEPERS EXPECTED TO WORK ON THE MATTER DURING THE BUDGET PERIOD | AVERAGE HOURLY RATE |
|---|---|---|
| Sr./Equity Partner/Shareholder | 7 | $ 1,038.00 |
| Of Counsel | 1 | $ 1,095.00 |
| Sr. Associate (7 or more years since first admission) | 3 | $ 756.00 |
| Associate (4-6 years since first admission) | 2 | $ 680.00 |
| Jr. Associate (1- 3 years since first admission) | 2 | $ 495.00 |
| Staff Attorney | 1 | $ 680.00 |
| Paralegal | 2 | $ 310.00 |
| eDiscovery Project Manager | 1 | $ 310.00 |

| Task Code | Project Category | Hours Budgeted | Fees Budgeted | Hours Billed | Fees Sought |
|---|---|---|---|---|---|
| 1 | Asset Analysis and Recovery | 5.00 | $ 3,000.00 | 0.00 | $ - |
| 2 | Asset Disposition | 10.00 | $ 8,000.00 | 0.00 | $ - |
| 3 | Assumption and Rejection of Leases and Contracts | 5.00 | $ 600.00 | 1.20 | $ 912.00 |
| 4 | Avoidance Action Analysis | 5.00 | $ 4,000.00 | 0.00 | $ - |
| 5 | Budgeting (Case) | 3.00 | $ 2,400.00 | 0.00 | $ - |
| 6 | Business Operations | 10.00 | $ 8,000.00 | 1.00 | $ 892.00 |
| 7 | Case Administration | 100.00 | $ 60,000.00 | 22.50 | $ 12,910.00 |
| 8 | Claims Administration and Objections | 25.00 | $ 18,000.00 | 10.50 | $ 9,255.50 |
| 9 | Corporate Governance and Board Matters | 5.00 | $ 4,000.00 | 0.00 | $ - |
| 10 | Employee Benefits and Pensions | 5.00 | $ 4,000.00 | 0.00 | $ - |
| 11 | Employment and Fee Applications | 40.00 | $ 25,000.00 | 28.40 | $ 17,543.50 |
| 12 | Employment and Fee Application Objections | 5.00 | $ 4,000.00 | 0.60 | $ 555.00 |
| 13 | Financing and Cash Collateral | 5.00 | $ 4,000.00 | 0.00 | $ - |
| 14 | Other Litigation | 40.00 | $ 32,000.00 | 15.50 | $ 14,181.50 |
| 15 | Meetings and Communications with Creditors | 50.00 | $ 40,000.00 | 13.30 | $ 11,605.50 |
| 16 | Non-Working Travel | 5.00 | $ 4,000.00 | 25.40 | $ 23,355.00 |
| 17 | Plan and Disclosure Statement | 300.00 | $ 240,000.00 | 584.50 | $ 499,415.00 |
| 18 | Real Estate | 0.00 | $ - | 0.00 | $ - |
| 19 | Relief from Stay and Adequate Protecction | 5.00 | $ 4,000.00 | 0.00 | $ - |
| 21 | Tax | 100.00 | $ 80,000.00 | 72.40 | $ 61,756.50 |
| 22 | Valuation | 5.00 | $ 4,000.00 | 0.00 | $ - |
| 23 | Discovery | 1250.00 | $ 925,000.00 | 690.70 | $ 240,523.00 |
| 24 | Hearings | 25.00 | $ 20,000.00 | 311.60 | $ 103,985.00 |
| 26 | Claims Investigation | 10.00 | $ 6,000.00 | 0.00 | $ - |
| 27 | First Lien Investigation | 5.00 | $ 4,000.00 | 0.00 | $ - |
| 28 | Intercompany Claims | 10.00 | $ 6,000.00 | 0.00 | $ - |
| 29 | Other Motions/Applications | 10.00 | $ 6,000.00 | 15.10 | $ 14,822.50 |
| 30 | Schedules and Statements | 5.00 | $ 3,000.00 | 0.00 | $ - |
| 31 | Insurance | 5.00 | $ 3,000.00 | 0.00 | $ - |
| 32 | Time Entry Review | N/A | N/A | 6.70 | $ 5,025.00 |
| 33 | Fee Objection Discussion and Litigation | 0.00 | $ - | 1.30 | $ 1,332.50 |
| 34 | Mediation | 20.00 | $ 16,000.00 | 18.20 | $ 18,725.00 |
| | **Totals:** | **2048.00** | **$ 1,522,000.00** | **1,818.90** | **$ 1,036,794.50** |

*In re Energy Future Holdings, Corp., et al.*
*Case No. 14-10979 (CSS)*    **EXHIBIT C-1 - November 2015**

| Task Code | Project Category | Estimated Hours | Estimated Fees |
|---|---|---|---|
| 1 | Asset Analysis and Recovery | 5.00 | $ 3,000.00 |
| 2 | Asset Disposition | 10.00 | $ 8,000.00 |
| 3 | Assumption and Rejection of Leases and Contracts | 5.00 | $ 600.00 |
| 4 | Avoidance Action Analysis | 5.00 | $ 4,000.00 |
| 5 | Budgeting (Case) | 3.00 | $ 2,400.00 |
| 6 | Business Operations | 10.00 | $ 8,000.00 |
| 7 | Case Administration | 50.00 | $ 30,000.00 |
| 8 | Claims Administration and Objections | 25.00 | $ 18,000.00 |
| 9 | Corporate Governance and Board Matters | 5.00 | $ 4,000.00 |
| 10 | Employee Benefits and Pensions | 5.00 | $ 4,000.00 |
| 11 | Employment and Fee Applications | 40.00 | $ 25,000.00 |
| 12 | Employment and Fee Application Objections | 5.00 | $ 4,000.00 |
| 13 | Financing and Cash Collateral | 5.00 | $ 4,000.00 |
| 14 | Other Litigation | 40.00 | $ 32,000.00 |
| 15 | Meetings and Communications with Creditors | 50.00 | $ 40,000.00 |
| 16 | Non-Working Travel | 5.00 | $ 4,000.00 |
| 17 | Plan and Disclosure Statement | 500.00 | $ 400,000.00 |
| 18 | Real Estate | 0.00 | $ - |
| 19 | Relief from Stay and Adequate Protecction | 5.00 | $ 4,000.00 |
| 21 | Tax | 100.00 | $ 80,000.00 |
| 22 | Valuation | 5.00 | $ 4,000.00 |
| 23 | Discovery | 50.00 | $ 40,000.00 |
| 24 | Hearings | 250.00 | $ 200,000.00 |
| 26 | Claims Investigation | 10.00 | $ 6,000.00 |
| 27 | First Lien Investigation | 5.00 | $ 4,000.00 |
| 28 | Intercompany Claims | 10.00 | $ 6,000.00 |
| 29 | Other Motions/Applications | 10.00 | $ 6,000.00 |
| 30 | Schedules and Statements | 5.00 | $ 3,000.00 |
| 31 | Insurance | 5.00 | $ 3,000.00 |
| 32 | Time Entry Review | N/A | N/A |
| 33 | Fee Objection Discussion and Litigation | 0.00 | $ - |
| 34 | Mediation | 10.00 | $ 8,000.00 |
| | **Totals:** | **1223.00** | **$ 947,000.00** |

*In re Energy Future Holdings, Corp., et al.*
*Case No. 14-10979 (CSS)*                                   **EXHIBIT C-2 - November 2015**

| CATEGORY OF TIMEKEEPER | NUMBER OF TIMEKEEPERS EXPECTED TO WORK ON THE MATTER DURING THE BUDGET PERIOD | AVERAGE HOURLY RATE |
|---|---|---|
| Sr./Equity Partner/Shareholder | 7 | $ 1,038.00 |
| Of Counsel | 1 | $ 1,095.00 |
| Sr. Associate (7 or more years since first admission) | 3 | $ 756.00 |
| Associate (4-6 years since first admission) | 2 | $ 680.00 |
| Jr. Associate (1- 3 years since first admission) | 2 | $ 495.00 |
| Staff Attorney | 1 | $ 680.00 |
| Paralegal | 2 | $ 310.00 |
| eDiscovery Project Manager | 1 | $ 310.00 |

*In re Energy Future Holdings, Corp., et al.*
*Case No. 14-10979 (CSS)*              **EXHIBIT D-1 - November 2015**

| Task Code | Project Category | Hours Budgeted | Fees Budgeted | Hours Billed | Fees Sought |
|---|---|---|---|---|---|
| 1 | Asset Analysis and Recovery | 5.00 | $ 3,000.00 | 0.00 | $ - |
| 2 | Asset Disposition | 10.00 | $ 8,000.00 | 0.00 | $ - |
| 3 | Assumption and Rejection of Leases and Contracts | 5.00 | $ 600.00 | 0.00 | $ - |
| 4 | Avoidance Action Analysis | 5.00 | $ 4,000.00 | 0.00 | $ - |
| 5 | Budgeting (Case) | 3.00 | $ 2,400.00 | 0.00 | $ - |
| 6 | Business Operations | 10.00 | $ 8,000.00 | 0.00 | $ - |
| 7 | Case Administration | 50.00 | $ 30,000.00 | 29.10 | $ 18,727.00 |
| 8 | Claims Administration and Objections | 25.00 | $ 18,000.00 | 6.20 | $ 5,775.50 |
| 9 | Corporate Governance and Board Matters | 5.00 | $ 4,000.00 | 0.00 | $ - |
| 10 | Employee Benefits and Pensions | 5.00 | $ 4,000.00 | 3.90 | $ 3,997.50 |
| 11 | Employment and Fee Applications | 40.00 | $ 25,000.00 | 1.60 | $ 744.50 |
| 12 | Employment and Fee Application Objections | 5.00 | $ 4,000.00 | 0.00 | $ - |
| 13 | Financing and Cash Collateral | 5.00 | $ 4,000.00 | 3.30 | $ 2,821.50 |
| 14 | Other Litigation | 40.00 | $ 32,000.00 | 5.10 | $ 5,052.00 |
| 15 | Meetings and Communications with Creditors | 50.00 | $ 40,000.00 | 36.60 | $ 34,031.50 |
| 16 | Non-Working Travel | 5.00 | $ 4,000.00 | 35.10 | $ 34,038.50 |
| 17 | Plan and Disclosure Statement | 500.00 | $ 400,000.00 | 301.20 | $ 283,467.50 |
| 18 | Real Estate | 0.00 | $ - | 0.00 | $ - |
| 19 | Relief from Stay and Adequate Protecction | 5.00 | $ 4,000.00 | 0.00 | $ - |
| 21 | Tax | 100.00 | $ 80,000.00 | 30.40 | $ 35,348.50 |
| 22 | Valuation | 5.00 | $ 4,000.00 | 0.00 | $ - |
| 23 | Discovery | 50.00 | $ 40,000.00 | 37.40 | $ 29,990.50 |
| 24 | Hearings | 250.00 | $ 200,000.00 | 266.00 | $ 262,528.00 |
| 26 | Claims Investigation | 10.00 | $ 6,000.00 | 0.00 | $ - |
| 27 | First Lien Investigation | 5.00 | $ 4,000.00 | 0.00 | $ - |
| 28 | Intercompany Claims | 10.00 | $ 6,000.00 | 0.00 | $ - |
| 29 | Other Motions/Applications | 10.00 | $ 6,000.00 | 0.00 | $ - |
| 30 | Schedules and Statements | 5.00 | $ 3,000.00 | 0.00 | $ - |
| 31 | Insurance | 5.00 | $ 3,000.00 | 0.00 | $ - |
| 32 | Time Entry Review | N/A | N/A | 8.40 | $ 6,982.50 |
| 33 | Fee Objection Discussion and Litigation | 0.00 | $ - | 0.00 | $ - |
| 34 | Mediation | 10.00 | $ 8,000.00 | 3.40 | $ 3,655.00 |
| | **Totals:** | **1223.00** | **$ 947,000.00** | **767.70** | **$ 727,160.00** |

*In re Energy Future Holdings, Corp., et al.*
*Case No. 14-10979 (CSS)*     **EXHIBIT C-1 - December 2015**

| Task Code | Project Category | Estimated Hours | Estimated Fees |
|---|---|---|---|
| 1 | Asset Analysis and Recovery | 5.00 | $ 3,000.00 |
| 2 | Asset Disposition | 5.00 | $ 3,000.00 |
| 3 | Assumption and Rejection of Leases and Contracts | 5.00 | $ 600.00 |
| 4 | Avoidance Action Analysis | 5.00 | $ 4,000.00 |
| 5 | Budgeting (Case) | 3.00 | $ 2,400.00 |
| 6 | Business Operations | 5.00 | $ 3,000.00 |
| 7 | Case Administration | 50.00 | $ 30,000.00 |
| 8 | Claims Administration and Objections | 25.00 | $ 18,000.00 |
| 9 | Corporate Governance and Board Matters | 5.00 | $ 4,000.00 |
| 10 | Employee Benefits and Pensions | 5.00 | $ 4,000.00 |
| 11 | Employment and Fee Applications | 5.00 | $ 3,000.00 |
| 12 | Employment and Fee Application Objections | 5.00 | $ 4,000.00 |
| 13 | Financing and Cash Collateral | 5.00 | $ 4,000.00 |
| 14 | Other Litigation | 40.00 | $ 32,000.00 |
| 15 | Meetings and Communications with Creditors | 50.00 | $ 40,000.00 |
| 16 | Non-Working Travel | 5.00 | $ 4,000.00 |
| 17 | Plan and Disclosure Statement | 100.00 | $ 80,000.00 |
| 18 | Real Estate | 0.00 | $ - |
| 19 | Relief from Stay and Adequate Protecction | 5.00 | $ 4,000.00 |
| 21 | Tax | 60.00 | $ 50,000.00 |
| 22 | Valuation | 5.00 | $ 4,000.00 |
| 23 | Discovery | 50.00 | $ 40,000.00 |
| 24 | Hearings | 25.00 | $ 20,000.00 |
| 26 | Claims Investigation | 5.00 | $ 3,000.00 |
| 27 | First Lien Investigation | 5.00 | $ 3,000.00 |
| 28 | Intercompany Claims | 5.00 | $ 3,000.00 |
| 29 | Other Motions/Applications | 5.00 | $ 3,000.00 |
| 30 | Schedules and Statements | 5.00 | $ 3,000.00 |
| 31 | Insurance | 5.00 | $ 3,000.00 |
| 32 | Time Entry Review | N/A | N/A |
| 33 | Fee Objection Discussion and Litigation | 0.00 | $ - |
| 34 | Mediation | 5.00 | $ 3,000.00 |
| | **Totals:** | **498.00** | **$ 375,000.00** |

*In re Energy Future Holdings, Corp., et al.*
*Case No. 14-10979 (CSS)* **EXHIBIT C-2 - December 2015**

| CATEGORY OF TIMEKEEPER | NUMBER OF TIMEKEEPERS EXPECTED TO WORK ON THE MATTER DURING THE BUDGET PERIOD | AVERAGE HOURLY RATE |
|---|---|---|
| Sr./Equity Partner/Shareholder | 7 | $ 1,038.00 |
| Of Counsel | 1 | $ 1,095.00 |
| Sr. Associate (7 or more years since first admission) | 3 | $ 756.00 |
| Associate (4-6 years since first admission) | 2 | $ 680.00 |
| Jr. Associate (1- 3 years since first admission) | 2 | $ 495.00 |
| Staff Attorney | 1 | $ 680.00 |
| Paralegal | 2 | $ 310.00 |
| eDiscovery Project Manager | 1 | $ 310.00 |

*In re Energy Future Holdings, Corp., et al.*
*Case No. 14-10979 (CSS)* **EXHIBIT D-1 - December 2015**

| Task Code | Project Category | Hours Budgeted | Fees Budgeted | Hours Billed | Fees Sought |
|---|---|---|---|---|---|
| 1 | Asset Analysis and Recovery | 5.00 | $ 3,000.00 | 0.00 | $ - |
| 2 | Asset Disposition | 5.00 | $ 3,000.00 | 0.00 | $ - |
| 3 | Assumption and Rejection of Leases and Contracts | 5.00 | $ 600.00 | 0.00 | $ - |
| 4 | Avoidance Action Analysis | 5.00 | $ 4,000.00 | 0.00 | $ - |
| 5 | Budgeting (Case) | 3.00 | $ 2,400.00 | 0.00 | $ - |
| 6 | Business Operations | 5.00 | $ 3,000.00 | 1.30 | $ 1,202.50 |
| 7 | Case Administration | 50.00 | $ 30,000.00 | 11.20 | $ 5,098.00 |
| 8 | Claims Administration and Objections | 25.00 | $ 18,000.00 | 7.30 | $ 7,082.50 |
| 9 | Corporate Governance and Board Matters | 5.00 | $ 4,000.00 | 0.00 | $ - |
| 10 | Employee Benefits and Pensions | 5.00 | $ 4,000.00 | 2.20 | $ 1,790.00 |
| 11 | Employment and Fee Applications | 5.00 | $ 3,000.00 | 4.70 | $ 2,899.00 |
| 12 | Employment and Fee Application Objections | 5.00 | $ 4,000.00 | 0.00 | $ - |
| 13 | Financing and Cash Collateral | 5.00 | $ 4,000.00 | 0.00 | $ - |
| 14 | Other Litigation | 40.00 | $ 32,000.00 | 14.20 | $ 13,160.50 |
| 15 | Meetings and Communications with Creditors | 50.00 | $ 40,000.00 | 14.80 | $ 13,752.00 |
| 16 | Non-Working Travel | 5.00 | $ 4,000.00 | 26.60 | $ 22,344.50 |
| 17 | Plan and Disclosure Statement | 100.00 | $ 80,000.00 | 88.20 | $ 83,972.50 |
| 18 | Real Estate | 0.00 | $ - | 2.80 | $ 3,010.00 |
| 19 | Relief from Stay and Adequate Protecction | 5.00 | $ 4,000.00 | 0.00 | $ - |
| 21 | Tax | 60.00 | $ 50,000.00 | 31.10 | $ 28,110.00 |
| 22 | Valuation | 5.00 | $ 4,000.00 | 0.00 | $ - |
| 23 | Discovery | 50.00 | $ 40,000.00 | 1.40 | $ 1,410.00 |
| 24 | Hearings | 25.00 | $ 20,000.00 | 55.80 | $ 53,116.00 |
| 26 | Claims Investigation | 5.00 | $ 3,000.00 | 0.00 | $ - |
| 27 | First Lien Investigation | 5.00 | $ 3,000.00 | 0.00 | $ - |
| 28 | Intercompany Claims | 5.00 | $ 3,000.00 | 0.00 | $ - |
| 29 | Other Motions/Applications | 5.00 | $ 3,000.00 | 0.70 | $ 647.50 |
| 30 | Schedules and Statements | 5.00 | $ 3,000.00 | 0.00 | $ - |
| 31 | Insurance | 5.00 | $ 3,000.00 | 0.00 | $ - |
| 32 | Time Entry Review | N/A | N/A | 4.60 | $ 3,450.00 |
| 33 | Fee Objection Discussion and Litigation | 0.00 | $ - | 0.00 | $ - |
| 34 | Mediation | 5.00 | $ 3,000.00 | 0.00 | $ - |
| | **Totals:** | **498.00** | **$ 375,000.00** | **266.90** | **$ 241,045.00** |