# Exhibit E

## Summary of Total Fees Incurred and Hours Billed During the Fee Period

| Attorney/Paraprofessional Name | Position | Department | Date of Admission | Fees Billed in this Application | Number of Rate Increases During Fee Period | Hours Billed in this Application | Hourly Rate Billed | Fees Billed in this Application at First Interim Application Billing Rate |
|---|---|---|---|---|---|---|---|---|
| Daniel J. DeFranceschi | Director | Bankruptcy | 1989 | $75,600.00 | 0 | 100.8 | $750 | $75,600.00 |
| Jason M. Madron | Counsel | Bankruptcy | 2003 | $254,887.50 | 0 | 485.5 | $525 | $254,887.50 |
| Zachary I. Shapiro | Associate | Bankruptcy | 2008 | $1,666.00 | 0 | 3.4 | $490 | $1,666.00 |
| Marisa A. Terranova Fissel | Associate | Bankruptcy | 2009 | $1,395.00 | 0 | 3.1 | $450 | $1,395.00 |
| Tyler D. Semmelman | Associate | Bankruptcy | 2009 | $10,035.00 | 0 | 22.3 | $450 | $10,035.00 |
| Amanda R. Steele | Associate | Bankruptcy | 2010 | $85.00 | 0 | 0.2 | $425 | $85.00 |
| Joseph C. Barsalona, II | Associate | Bankruptcy | 2014 | $31,148.00 | 0 | 119.8 | $260 | $31,148.00 |
| Arun J. Mohan | Associate | Bankruptcy | 2014 | $156.00 | 0 | 0.6 | $260 | $156.00 |
| Barbara J. Witters | Paralegal | Bankruptcy | 15 | $69,842.00 | 0 | 297.2 | $235 | $69,842.00 |
| Lindsey A. Edinger | Paralegal | Bankruptcy | 2 | $775.50 | 0 | 3.3 | $235 | $775.50 |
| Rebecca V. Speaker | Paralegal | Bankruptcy | 13 | $3,149.00 | 0 | 13.4 | $235 | $3,149.00 |
| Ann Jerominski | Paralegal | Bankruptcy | 15 | $10,152.00 | 0 | 43.2 | $235 | $10,152.00 |
| Caroline E. Dougherty | Paralegal | Bankruptcy | 1 | $3,548.50 | 0 | 15.1 | $235 | $3,548.50 |
| Cynthia M McMenamin | Paralegal | Bankruptcy | 1 | $23.50 | 0 | 0.1 | $235 | $23.50 |
| Lesley Morris | CMA | Bankruptcy | 1 | $687.50 | 0 | 5.5 | $125 | $687.50 |
| Daniel D. White | Technical/Trial Support | Litigation | 11 | $4,400.00 | 0 | 17.6 | $250 | $4,400.00 |
| Total | | | | | | 1131.1 | | $467,550.50 |

**TOTAL FEES**        $467,550.50

RLF1 13652481.1