**Exhibit F**

**Summary of Actual and Necessary Expenses for the Fee Period**

Case 14-10979-CSS    Doc 7808-6    Filed 02/08/16    Page 2 of 2

## Summary of Actual and Necessary Expenses for the Fee Period

| Expense | Vendor (if any)[1] | Unit Cost (if applicable) | Amount |
|---|---|---|---|
| Binding | | | $12.50 |
| Business Meals | | | $5,821.18 |
| Conference Calling | | | $1,150.00 |
| Court Reporter | | | $42.00 |
| Document Retrieval | | $.10/pg. | $5,140.70 |
| Electronic Legal Research | | | $3,713.60 |
| Equipment Rental | | | $0.00 |
| Filing/Court Fee | | | $100.00 |
| Long distance telephone charges | | | $638.60 |
| Messenger and delivery service | | | $1,453.53 |
| Overtime | | | $5,123.20 |
| Photocopying/Printing - outside vendor | | | $0.00 |
| Photocopying/Printing | | $.10/pg. | $6,362.10 |
| Postage | | | $76.15 |
| Travel Expense | | | $259.20 |
| **TOTAL** | | | **$29,892.76** |

---

[1] RL&F may use one or more service providers. The service providers identified herein are the primary service providers for the categories described.

RLF1 13665248v.1