## Exhibit G

**Summary of Fees and Expenses by Matter for the Fee Period**

| Matter Code | Project Category Description | Hours Billed | Hours Budgeted | Total Compensation Billed | Fees Budgeted |
|---|---|---|---|---|---|
| 180326A | [ALL] Case Administration | 77.9 | 85.7 | $28,855.00 | $31,740.50 |
| 180326B | [ALL] Creditor Inquiries | 4.4 | 4.9 | $1,700.00 | $1,870.50 |
| 180326C | [ALL] Meetings | 37.0 | 40.7 | $22,170.00 | $24,387.00 |
| 180326D | [ALL] Executory Contracts/Unexpired Leases | 3.5 | 3.9 | $1,257.50 | $1,383.30 |
| 180326E | [ALL] Automatic Stay/Adequate Protection | 3.4 | 3.7 | $1,292.00 | $1,421.50 |
| 180326F | [ALL] Plan of Reorganization/Disclosure Statement | 174.0 | 191.4 | $76,047.50 | $83,652.30 |
| 180326G | [ALL] Use, Sale of Assets | 13.4 | 14.7 | $5,954.00 | $6,549.40 |
| 180326H | [ALL] Cash Collateral/DIP Financing | 0.0 | 0.00 | $0.00 | $0.00 |
| 180326I | [ALL] Claims Administration | 144.7 | 159.2 | $59,996.50 | $65,996.20 |
| 180326J | [ALL] Court Hearings | 283.9 | 312.3 | $105,871.00 | $116,458.10 |
| 180326K | [ALL] General Corporate/Real Estate | 0.3 | 1.0 | $180.00 | $450.00 |
| 180326L | [ALL] Schedules/SOFA/U.S. Trustee Reports | 7.0 | 7.7 | $2,619.00 | $2,880.90 |
| 180326M | [ALL] Employee Issues | 8.6 | 9.5 | $3,464.50 | $3,811.00 |
| 180326N | [ALL] Environmental | 0.0 | 0.00 | $0.00 | $0.00 |
| 180326O | [ALL] Tax Issues | 3.3 | 3.6 | $1,268.50 | $1,395.40 |
| 180326P | [ALL] Litigation/Adversary Proceedings | 18.9 | 20.8 | $7,090.50 | $7,799.60 |
| 180326Q-1 | [ALL] RLF Retention | 4.1 | 4.5 | $1,041.00 | $1,145.10 |
| 180326Q-2 | [ALL] Retention of Others | 15.8 | 17.4 | $5,717.50 | $6,289.30 |
| 180326R-1 | [ALL] RLF Fee Applications | 52.2 | 57.4 | $22,651.00 | $24,916.10 |
| 180326R-2 | [ALL] Fee Applications of Others | 124.7 | 136.8 | $46,832.00 | $51,515.20 |
| 180326S | [ALL] Vendors/Suppliers | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326T | [ALL] Non-Working Travel | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326U | [ALL] Utilities | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326V | [ALL] Insurance | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326A | [TCEH] Case Administration | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326B | [TCEH] Creditor Inquiries | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326C | [TCEH] Meetings | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326D | [TCEH] Executory Contracts/Unexpired Leases | 28.2 | 31.0 | $11,067.50 | $12,174.50 |
| 180326E | [TCEH] Automatic Stay/Adequate Protection | 0.0 | 0.0 | $0.00 | $0.00 |

| Matter Code | Project Category Description | Hours Billed | Hours Budgeted | Total Compensation Billed | Fees Budgeted |
|---|---|---|---|---|---|
| 180326F | [TCEH] Plan of Reorganization/Disclosure Statement | 1.2 | 1.3 | $369.00 | $406.00 |
| 180326G | [TCEH] Use, Sale of Assets | 8.0 | 8.8 | $3,193.50 | $3,512.85 |
| 180326H | [TCEH] Cash Collateral/DIP Financing | 4.9 | 5.4 | $2,157.50 | $2,373.30 |
| 180326I | [TCEH] Claims Administration | 18.9 | 20.8 | $8,433.50 | $9,276.90 |
| 180326J | [TCEH] Court Hearings | 0.2 | 1.0 | $105.00 | $525.00 |
| 180326K | [TCEH] General Corporate/Real Estate | 0.0 | 0.00 | $0.00 | $0.00 |
| 180326L | [TCEH] Schedules/SOFA/U.S. Trustee Reports | 0.0 | 0.00 | $0.00 | $0.00 |
| 180326M | [TCEH] Employee Issues | 0.0 | 0.00 | $0.00 | $0.00 |
| 180326N | [TCEH] Environmental | 0.0 | 0.00 | $0.00 | $0.00 |
| 180326O | [TCEH] Tax Issues | 3.6 | 4.0 | $1,960.50 | $2,156.60 |
| 180326P | [TCEH] Litigation/Adversary Proceedings | 0.8 | 1.00 | $600.00 | $600.00 |
| 180326Q-1 | [TCEH] RLF Retention | 0.0 | 0.00 | $0.00 | $0.00 |
| 180326Q-2 | [TCEH] Retention of Others | 0.3 | 1.00 | $157.50 | $525.00 |
| 180326R-1 | [TCEH] RLF Fee Applications | 0.0 | 0.00 | $0.00 | $0.00 |
| 180326R-2 | [TCEH] Fee Applications of Others | 1.5 | 1.7 | $694.00 | $786.50 |
| 180326S | [TCEH] Vendors/Suppliers | 0.0 | 0.00 | $0.00 | $0.00 |
| 180326T | [TCEH] Non-Working Travel | 0.0 | 0.00 | $0.00 | $0.00 |
| 180326U | [TCEH] Utilities | 0.0 | 0.00 | $0.00 | $0.00 |
| 180326V | [TCEH] Insurance | 0.0 | 0.00 | $0.00 | $0.00 |
| 180326A | [EFIH] Case Administration | 0.0 | 0.00 | $0.00 | $0.00 |
| 180326B | [EFIH] Creditor Inquiries | 0.0 | 0.00 | $0.00 | $0.00 |
| 180326C | [EFIH] Meetings | 0.0 | 0.00 | $0.00 | $0.00 |
| 180326D | [EFIH] Executory Contracts/Unexpired Leases | 0.0 | 0.00 | $0.00 | $0.00 |
| 180326E | [EFIH] Automatic Stay/Adequate Protection | 0.0 | 0.00 | $0.00 | $0.00 |
| 180326F | [EFIH] Plan of Reorganization/Disclosure Statement | 0.0 | 0.00 | $0.00 | $0.00 |
| 180326G | [EFIH] Use, Sale of Assets | 3.1 | 3.4 | $1,672.50 | $1,839.75 |

2

| Matter Code | Project Category Description | Hours Billed | Hours Budgeted | Total Compensation Billed | Fees Budgeted |
|---|---|---|---|---|---|
| 180326H | [EFIH] Cash Collateral/DIP Financing | 0.0 | 0.00 | $0.00 | $0.00 |
| 180326I | [EFIH] Claims Administration | 10.0 | 11.0 | $4,669.00 | $5,173.25 |
| 180326J | [EFIH] Court Hearings | 0.3 | 1.00 | $37.50 | $249.60 |
| 180326K | [EFIH] General Corporate/Real Estate | 0.7 | 1.00 | $367.50 | $525.00 |
| 180326L | [EFIH] Schedules/SOFA/U.S. Trustee Reports | 0.0 | 0.00 | $0.00 | $0.00 |
| 180326M | [EFIH] Employee Issues | 0.0 | 0.00 | $0.00 | $0.00 |
| 180326N | [EFIH] Environmental | 0.0 | 0.00 | $0.00 | $0.00 |
| 180326O | [EFIH] Tax Issues | 0.0 | 0.00 | $0.00 | $0.00 |
| 180326P | [EFIH] Litigation/Adversary Proceedings | 68.8 | 75.7 | $36,323.50 | $39,955.90 |
| 180326Q-1 | [EFIH] RLF Retention | 0.0 | | $0.00 | $0.00 |
| 180326Q-2 | [EFIH] Retention of Others | 0.0 | 0.00 | $0.00 | $0.00 |
| 180326R-1 | [EFIH] RLF Fee Applications | 0.0 | | $0.00 | $0.00 |
| 180326R-2 | [EFIH] Fee Applications of Others | 0.5 | 1.00 | $249.50 | $525.00 |
| 180326S | [EFIH] Vendors/Suppliers | 0.0 | 0.00 | $0.00 | $0.00 |
| 180326T | [EFIH] Non-Working Travel | 0.0 | 0.00 | $0.00 | $0.00 |
| 180326U | [EFIH] Utilities | 0.0 | 0.00 | $0.00 | $0.00 |
| 180326V | [EFIH] Insurance | 0.0 | 0.00 | $0.00 | $0.00 |
| 180326A | [EFH] Case Administration | 0.0 | 0.00 | $0.00 | $0.00 |
| 180326B | [EFH] Creditor Inquiries | 0.0 | 0.00 | $0.00 | $0.00 |
| 180326C | [EFH] Meetings | 0.0 | 0.00 | $0.00 | $0.00 |
| 180326D | [EFH] Executory Contracts/Unexpired Leases | 0.8 | 1.0 | $208.00 | $260.00 |
| 180326E | [EFH] Automatic Stay/Adequate Protection | 0.0 | 0.00 | $0.00 | $0.00 |
| 180326F | [EFH] Plan of Reorganization/Disclosure Statement | 0.0 | 0.00 | $0.00 | $0.00 |
| 180326G | [EFH] Use, Sale of Assets | 0.0 | 0.00 | $0.00 | $0.00 |
| 180326H | [EFH] Cash Collateral/DIP Financing | 0.0 | 0.00 | $0.00 | $0.00 |
| 180326I | [EFH] Claims Administration | 0.0 | 0.00 | $0.00 | $0.00 |
| 180326J | [EFH] Court Hearings | 0.0 | 0.00 | $0.00 | $0.00 |

3

| Matter Code | Project Category Description | Hours Billed | Hours Budgeted | Total Compensation Billed | Fees Budgeted |
|---|---|---|---|---|---|
| 180326K | [EFH] General Corporate/Real Estate | 0.0 | 0.00 | $0.00 | $0.00 |
| 180326L | [EFH] Schedules/SOFA/U.S. Trustee Reports | 0.0 | 0.00 | $0.00 | $0.00 |
| 180326M | [EFH] Employee Issues | 0.0 | 0.00 | $0.00 | $0.00 |
| 180326N | [EFH] Environmental | 0.0 | 0.00 | $0.00 | $0.00 |
| 180326O | [EFH] Tax Issues | 0.0 | 0.00 | $0.00 | $0.00 |
| 180326P | [EFH] Litigation/Adversary Proceedings | 0.6 | 1.0 | $450.00 | $750.00 |
| 180326Q-1 | [EFH] RLF Retention | 0.0 | 0.00 | $0.00 | $0.00 |
| 180326Q-2 | [EFH] Retention of Others | 0.2 | 1.0 | $105.00 | $525.00 |
| 180326R-1 | [EFH] RLF Fee Applications | 1.4 | 1.5 | $722.00 | $794.20 |
| 180326R-2 | [EFH] Fee Applications of Others | 0.0 | 0.00 | $0.00 | $0.00 |
| 180326S | [EFH] Vendors/Suppliers | 0.0 | 0.00 | $0.00 | $0.00 |
| 180326T | [EFH] Non-Working Travel | 0.0 | 0.00 | $0.00 | $0.00 |
| 180326U | [EFH] Utilities | 0.0 | 0.00 | $0.00 | $0.00 |
| 180326V | [EFH] Insurance | 0.0 | 0.00 | $0.00 | $0.00 |
| **TOTALS** | | **1131.1** | | **$467,550.00** | |

4