# EXHIBIT A

## SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY

### (See Guidelines C.8. for project category information.)

| Project Category | Hours Budgeted | Fees Budgeted | Hours Billed | Fees Sought |
|---|---|---|---|---|
| Administration | | | - | $ - |
| Asset Disposition | | | 0.40 | $ 196.50 |
| Assumption/Rejection of Leases & Contracts | | | 0.40 | $ 201.00 |
| Bankruptcy-Related Advice | | | 26.00 | $ 10,652.50 |
| Business Operations | | | 2.50 | $ 1,462.50 |
| Case Administration | | | 7.80 | $ 4,851.00 |
| Claims Administration & Objections | | | 3.20 | $ 1,618.50 |
| Employee Benefits/Pensions | | | 1.00 | $ 400.00 |
| Employment/Fee Applications | | | 32.30 | $ 14,371.50 |
| Financing & Cash Collateral | | | 0.20 | $ 135.00 |
| General Bankruptcy Advice/Opinions | | | 2.80 | $ 1,042.00 |
| Litigation Contested Matters(excl assump/rejection motions | | | 16.20 | $ 8,715.00 |
| Meetings of & Communications with Creditors or the Comm | | | 3.80 | $ 2,197.00 |
| Operations | | | 271.70 | $ 145,100.50 |
| Plan & Disclosure Statement (including business plan) | | | 30.90 | $ 14,166.00 |
| Restructurings | | | 11.70 | $ 6,669.00 |
| Tax Issues | | | 0.20 | $ 135.00 |
| | | | 411.10 | $ 211,913.00 |

# EXHIBIT B

SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FEE APPLICATION

| Name | Title | Section | Date of First Admission | Fees Billed | Hours Billed | Hourly Rate Billed in This Application | Hourly Rate Billed in First Interim Application | Number of Rate Increases Since Case Inception |
|---|---|---|---|---|---|---|---|---|
| Bird, James E. | Shareholder | FR Bankruptcy and Restructuring | 10/15/1980 | $ 10,701.00 | 17.40 | 615.00 | - | 0 |
| Callenbach, Anne E. | Shareholder | BU Energy | 05/01/1998 | $ 54,768.00 | 114.10 | 480.00 | - | 0 |
| Caro, Jr., Frank A. | Shareholder | BU Energy | 05/01/1983 | $ 13,800.00 | 23.00 | 600.00 | - | 0 |
| Church, Jr., William H. | Shareholder | LI Commercial Litigation | 11/01/1988 | $ 9,720.00 | 16.20 | 600.00 | - | 0 |
| Edelson, Justin K. | Shareholder | FR Bankruptcy and Restructuring | 05/01/2007 | $ - | - | - | - | 0 |
| Edelson, Justin K. | Shareholder | FR Bankruptcy and Restructuring | 05/01/2007 | $ 26,744.50 | 60.10 | 445.00 | - | 0 |
| Katona, Shanti M. | Shareholder | FR Bankruptcy and Restructuring | 05/01/2007 | $ 4,361.00 | 9.80 | 445.00 | - | 0 |
| Ward, Chris A. | Shareholder | FR Bankruptcy and Restructuring | 12/15/1999 | $ - | - | - | - | 0 |
| Ward, Chris A. | Shareholder | FR Bankruptcy and Restructuring | 12/15/1999 | $ 23,760.00 | 35.20 | 675.00 | - | 0 |
| Ross, Matthew E. | Of Counsel | BU Energy | 01/01/1999 | $ 54,492.00 | 95.60 | 570.00 | - | 0 |
| Hagedorn, Luke A. | Associate | BU Energy | 05/01/2009 | $ 962.00 | 2.60 | 370.00 | - | 0 |
| Munch, Steven J. | Associate | BU Corporate and Transactional | 09/01/2015 | $ 522.00 | 1.80 | 290.00 | - | 0 |
| Vine, Jarrett K. | Associate | FR Bankruptcy and Restructuring | 01/01/2009 | $ 7,600.00 | 19.00 | 400.00 | - | 0 |
| Suprum, Lindsey M. | Paralegal | FR Bankruptcy and Restructuring | | $ 4,482.50 | 16.30 | 275.00 | - | 0 |
| | | | | $ 211,913.00 | 411.10 | 515.48 | | |

CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES WITH FEE APPLICATIONS

( See Guidelines C.3. for definitions of terms used in this Exhibit.)

| Category of Timekeeper (using categories already maintained by the firm) | BLENDED HOURLY RATE | |
|---|---|---|
| | BILLED OR COLLECTED | BILLED |
| | Firm or offices for preceding year, excluding bankruptcy | In this fee application |
| Shareholder | $ 412.56 | $ 521.59 |
| Of Counsel | $ 357.10 | $ 570.00 |
| Associate | $ 272.64 | $ 388.21 |
| Paralegal | $ 156.85 | $ 275.00 |
| | | |
| All timekeepers averaged | $ 424.16 | $ 515.48 |

# EXHIBIT C

## SUMMARY OF EXPENSE REIMBURSEMENT REQUESTED BY CATEGORY

(See Guidelines C.8. for project category information.)

| Category | Amount |
|---|---|
| Airfare | $ 3,456.08 |
| Document Reproduction | $ 30.60 |
| Document Reproduction | $ 330.70 |
| Express Delivery | $ 65.24 |
| Filing Fees | $ 511.76 |
| Meals | $ 431.34 |
| Transcript of Proceedings | $ 1,017.60 |
| | $ 5,843.32 |

# **EXHIBIT D**


# POLSINELLI

# Invoice Detail

For Professional Services Through 12/31/15
File No. 078582-475724
**Re: Energy Future Holdings Bankruptcy**

Page 78
February 8, 2016
Invoice No: 1252517

| | | | |
|---|---|---:|---:|
| **Total Professional Charges** | | 419.20 | **$211,913.00** |

## Disbursements

| Date | Description | Amount |
|---|---|---:|
| | Document Reproduction | $30.60 |
| | Express Delivery | 65.24 |
| 12/02/15 | Meals Reliable Wilmington Lunch for EFH Confirmation Hearing | 162.17 |
| 12/03/15 | Meals Reliable Wilmington lunch for EFH bench ruling | 55.00 |
| 12/03/15 | Transcript of Proceedings Veritext New York Reporting Co. electronic copy of transcript | 288.00 |
| 12/04/15 | Meals Reliable Wilmington delivery/pick-up of lunch for Pre-trial conference | 33.63 |
| 12/04/15 | Transcript of Proceedings Veritext New York Reporting Co. certified transcript | 139.20 |
| 12/07/15 | Transcript of Proceedings Veritext New York Reporting Co. certified transcript | 57.60 |
| 12/15/15 | Document Reproduction Reliable Wilmington document reproduction (binders) for hearing on 12/18 | 165.15 |
| 12/15/15 | Filing Fees Anne E. Callenbach Texas Board of Law Examiners Payment for Pro Hac Vice admission to case for Anne Callenbach | 255.88 |
| 12/15/15 | Filing Fees Anne E. Callenbach Texas Board of Law Examiners Payment for Pro Hac Vice admission to case for Matt Ross | 255.88 |
| 12/15/15 | Meals Meal 82474862 | 12.50 |
| 12/16/15 | Meals Reliable Wilmington lunch for omnibus hearing | 66.25 |
| 12/17/15 | Document Reproduction Reliable Wilmington Document production for hearing | 165.55 |
| 12/18/15 | Meals Reliable Wilmington meal delivery/pickup | 32.50 |
| 12/18/15 | Transcript of Proceedings Veritext New York Reporting Co. Certified transcript | 192.00 |
| 12/21/15 | Meals Reliable Wilmington meal (pickup/delivery) | 40.09 |
| 12/23/15 | Transcript of Proceedings Veritext New York Reporting Co. certified transcript | 85.20 |
| 12/29/15 | Meals Matthew E. Ross Bruedo - Working Dinner at office | 29.20 |
| 12/29/15 | Airfare ROSS/MATTHEW EVAN 12/29/15 Travel agent fee | 34.00 |
| 12/29/15 | Airfare ROSS/MATTHEW EVAN 12/29/15 Travel agent fee | 34.00 |
| 12/29/15 | Airfare ROSS/MATTHEW EVAN 12/29/15 Travel agent fee | 34.00 |
| 12/29/15 | Airfare ROSS/MATTHEW EVAN 12/29/15 Travel agent fee | 34.00 |
| 12/29/15 | Airfare ROSS/MATTHEW EVAN 01/20/16 AUS.CLT DCA | 447.10 |
| 12/29/15 | Airfare ROSS/MATTHEW EVAN 01/15/16 AUS.CLT DCA | 447.10 |
| 12/29/15 | Airfare ROSS/MATTHEW EVAN 01/18/16 DCA AUS | 608.98 |
| 12/29/15 | Airfare ROSS/MATTHEW EVAN 01/10/16 DCA AUS | 363.98 |
| 12/29/15 | Airfare ROSS/MATTHEW EVAN 12/29/15 early bird check in | 12.50 |
| 12/30/15 | Airfare Anne E. Callenbach Austin Texas Round trip airfare to Austin Texas for hearing | 633.46 |
| 12/30/15 | Airfare Anne E. Callenbach Austin Texas Round trip airfare to Austin Texas for hearing | 806.96 |



**Invoice Detail**

For Professional Services Through 12/31/15                                    Page 79
File No. 078582-475724                                              February 8, 2016
**Re: Energy Future Holdings Bankruptcy**                    Invoice No: 1252517

| | | |
|---|---|---|
| 12/31/15 | Transcript of Proceedings Veritext New York Reporting Co. certified transcript | 255.60 |
| | **Total Disbursements** | **$5,843.32** |

Total Disbursements                                                              5,843.32

**Total Current Charges Due**                                          **$217,756.32**