## EXHIBIT A

**Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

## ORDER SUSTAINING DEBTORS'
## THIRTY-SEVENTH OMNIBUS (SUBSTANTIVE) OBJECTION
## TO CERTAIN IMPROPERLY ASSERTED CLAIMS PURSUANT
## TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY
## RULES 3001, 3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1

Upon the objection (the "<u>Objection</u>")[2] of the above-captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>"), for entry of an order (this "<u>Order</u>"), modifying the Disputed Claims set forth on **Exhibit 1**, **Exhibit 2**, **Exhibit 3**, **Exhibit 4**, **Exhibit 5**, **Exhibit 6**, **Exhibit 7**, **Exhibit 8**, and **Exhibit 9**, attached hereto, all as set forth in the Objection and the Kotarba Declaration; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of these cases and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Objection is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Court having found that the Debtors provided appropriate notice of the Objection and the opportunity for a hearing on the Objection (the "<u>Hearing</u>") under

---

[1]     The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]     Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.

the circumstances; and the Court having reviewed the Objection and having heard the statements

in support of the relief requested therein at the Hearing, if any; and the Court having determined

that the legal and factual bases set forth in the Objection and at the Hearing establish just cause

for the relief granted herein; and upon all of the proceedings had before the Court; and after due

deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The Objection is sustained as set forth herein.

2.      The Wrong Debtor and Modify Amount Claims set forth on the attached **Exhibit 1** are hereby modified as provided on the attached **Exhibit 1**.

3.      The Wrong Debtor and Modify Priority Claims set forth on the attached **Exhibit 2** are hereby modified as provided on the attached **Exhibit 2**.

4.      The Wrong Debtor and Modify Classification Claims set forth on the attached **Exhibit 3** are hereby modified as provided on the attached **Exhibit 3**.

5.      The Wrong Debtor, Modify Amount, and Modify Priority Claims set forth on the attached **Exhibit 4** are hereby modified as provided on the attached **Exhibit 4**.

6.      The Modify Amount Claims set forth on the attached **Exhibit 5** are hereby modified as provided on the attached **Exhibit 5**.

7.      The Modify Amount and Modify Priority Claims set forth on the attached **Exhibit 6** are hereby modified as provided on the attached **Exhibit 6**.

8.      The Modify Amount and Modify Classification Claims set forth on the attached **Exhibit 7** are hereby modified as provided on the attached **Exhibit 7**.

9.      The Modify Priority Claims set forth on the attached **Exhibit 8** are hereby modified as provided on the attached **Exhibit 8**.

10. The Modify Classification Claims set forth on the attached **Exhibit 9** are hereby modified as provided on the attached **Exhibit 9**.

11. The Claims Agent is authorized to modify the Claims Register to comport with the entry of this Order.

12. Nothing set forth herein shall affect the parties' rights with respect to the Disputed Claims, as modified, and the parties' rights with respect to such claims are reserved, including, for the avoidance of doubt, the Debtors' right to object in the future to the Disputed Claims on any grounds permitted by bankruptcy or nonbankruptcy law, subject to any limitations set forth in the Local Bankruptcy Rules.

13. Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed:  (a) an admission as to the validity of any particular claim (including the Proofs of Claim) against a Debtor entity; (b) a waiver of the Debtors' rights to dispute any particular claim (including the Proofs of Claim) on any grounds; (c) a promise or requirement to pay any particular claim (including the Proofs of Claim); (d) an implication or admission that any particular claim is of a type specified or defined in this Objection (except as set forth herein); (e) an admission by the Debtors that any contract or lease is executory or unexpired, as applicable; (f) a waiver or limitation of the Debtors' rights under the Bankruptcy Code or any other applicable law; (g) a request or authorization to assume or reject any agreements under section 365 of the Bankruptcy Code; (h) a waiver of any party's rights to assert that any other party is in breach or default of any agreement; or (i) an admission that any contract or lease is integrated with any other contract or lease.

14.     Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

15.     The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Objection.

16.     This Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to this Order.

Dated: _____, 2016
      Wilmington, Delaware      _____
                                   THE HONORABLE CHRISTOPHER S. SONTCHI
                                   UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT 1** to **EXHIBIT A**

**Wrong Debtor and Modify Amount Claims**

# ENERGY FUTURE HOLDINGS CORP., et al.

## THIRTY-SEVENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Wrong Debtor and Modify Amount Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | ARAMARK UNIFORM & CAREER APPAREL, LLC D/B/A ARAMARK UNIFORM SERVICES ATTN: SHEILA R. SCHWAGER P.O. BOX 1617 BOISE, ID 83701 | 5865 | Luminant Mining Company LLC | Administrative | $26,997.23 | Luminant Generation Company LLC | Administrative | $3,078.50 |
| | | | Luminant Mining Company LLC | Unsecured | $82,644.98 | Luminant Mining Company LLC | Administrative | $16,178.46 |
| | | | | | | Luminant Generation Company LLC | Unsecured | $13,651.97 |
| | | | | | | Luminant Mining Company LLC | Unsecured | $45,937.65 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | $18,222.98 |
| | | | | | | Sandow Power Company LLC | Unsecured | $2,933.41 |
| | | | | Subtotal | $109,642.21 | | Subtotal | $100,002.97 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects adjustment (1) for amount the Debtors are not liable for, the Debtors believe that the liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC; (2) for which the Debtors' are not liable, according to their books and records (liability, if any, is owed by a non-Debtor third-party); and (3) per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.

# ENERGY FUTURE HOLDINGS CORP., et al.

## THIRTY-SEVENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Wrong Debtor and Modify Amount Claims

| | | | | ASSERTED | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 2 | CUMMINS SOUTHERN PLAINS LLC PO BOX 910509 DALLAS, TX 75391-0509 | 7671 | Luminant Mining Company LLC | Unsecured | $492,663.91 | Luminant Generation Company LLC | Unsecured | $2,481.61 |
| | | | | | | Luminant Mining Company LLC | Unsecured | $417,294.42 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | $62,574.17 |
| | | | | | | Subtotal | | $482,350.20 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects (1) adjustment for amount paid via ACH numbers 8000891169, 8000927935, 8000938566, 8000939681, and 8000940364 on 5/6/2013, 1/24/2014, 4/14/2014, 4/21/2014, and 4/25/2014, respectively and (2) adjustment for work performed in excess of Purchase Order issued by the Debtors.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 3 | PURVIS INDUSTRIES TRIAD INDUSTRIAL AUTOMATION 10500 N STEMMONS FREEWAY DALLAS, TX 75220 | 9859 | Oak Grove Management Company LLC | Unsecured | $10,452.12 | Luminant Generation Company LLC | Unsecured | $9,663.00 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects adjustment for sales tax asserted (Debtor pays sales tax through a Texas Direct Pay Exemption Certificate).

* - Indicates claim contains unliquidated and/or undetermined amounts

# ENERGY FUTURE HOLDINGS CORP., et al.

## THIRTY-SEVENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Wrong Debtor and Modify Amount Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | DEBTOR | MODIFIED PRIORITY STATUS | AMOUNT |
|---|------|---------|--------|------------------|--------|--------|------------------|--------|
| 4 | RED BALL OXYGEN COMPANY | 7677 | Luminant Big Brown Mining Company LLC | 503(b)(9) | $724.11 | Luminant Mining Company LLC | 503(b)(9) | $724.11 |
| | C/O MCCATHERN PLLC ATTN: JONATHAN L HOWELL | | Luminant Big Brown Mining Company LLC | Unsecured | $17,101.57 | Luminant Mining Company LLC | Unsecured | $17,092.57 |
| | 3710 RAWLINS STREET, SUITE 1600 DALLAS, TX 75219 | | | Subtotal | $17,825.68 | | Subtotal | $17,816.68 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects adjustment for amount paid via ACH number 8000926113 on 1/9/2014.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | DEBTOR | MODIFIED PRIORITY STATUS | AMOUNT |
|---|------|---------|--------|------------------|--------|--------|------------------|--------|
| 5 | RED RIVER PUMP SPECIALISTS LLC | 7590 | Luminant Mining Company LLC | Unsecured | $2,709.56* | Luminant Generation Company LLC | Unsecured | $2,443.59 |
| | 1555 WELLS ISLAND ROAD SHREVEPORT, LA 71107 | | | | | Oak Grove Management Company LLC | Unsecured | $265.97 |
| | | | | | | | Subtotal | $2,709.56 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects liquidation of claim to reflect the amount owed according to Debtors' books and records and the documentation filed with the proof of claim.

| | | | | TOTAL | $633,293.48* | | TOTAL | $612,542.41 |
|---|---|---|---|-------|--------------|---|-------|-------------|

**EXHIBIT 2** to **EXHIBIT A**

**Wrong Debtor and Modify Priority Claims**

# ENERGY FUTURE HOLDINGS CORP., et al.

## THIRTY-SEVENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – Wrong Debtor and Modify Priority Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | EMERSON PROCESS MANAGEMENT POWER & WATER SOLUTIONS INC. ATTN: JOSEPH MIKSCHE 8000 NORMAN CENTER DR. SUITE 1200 BLOOMINGTON, MN 55437 | 43 | Luminant Generation Company LLC | 503(b)(9) | $48,238.25 | Luminant Generation Company LLC | Unsecured | $45,813.00 |
| | | | Luminant Generation Company LLC | Unsecured | $14,100.00 | Sandow Power Company LLC | Unsecured | $16,525.25 |
| | | | | Subtotal | $62,338.25 | | Subtotal | $62,338.25 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified priority reflects that, according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | NALCO CO ATTN: CHAD PECHMAN 1601 W. DIEHL RD NAPERVILLE, IL 60563 | 3016 | Luminant Generation Company LLC | 503(b)(9) | $102,073.76 | Luminant Generation Company LLC | 503(b)(9) | $48,258.00 |
| | | | Luminant Generation Company LLC | Unsecured | $247.53 | Sandow Power Company LLC | 503(b)(9) | $53,695.76 |
| | | | | | | Luminant Generation Company LLC | Unsecured | $247.53 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | $120.00 |
| | | | | Subtotal | $102,321.29 | | Subtotal | $102,321.29 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified priority reflects that, according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority.

**ENERGY FUTURE HOLDINGS CORP., et al.**

**THIRTY-SEVENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – Wrong Debtor and Modify Priority Claims**

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 3 | RED BALL OXYGEN COMPANY | 7676 | Oak Grove Management Company LLC | 503(b)(9) | $10,203.60 | Luminant Generation Company LLC | 503(b)(9) | $475.20 |
| | C/O MCCATHERN PLLC ATTN: JONATHAN L HOWELL 3710 RAWLINS STREET, SUITE 1600 | | Oak Grove Management Company LLC | Unsecured | $14,142.69 | Oak Grove Management Company LLC | 503(b)(9) | $6,483.43 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | $17,387.66 |
| | DALLAS, TX 75219 | | | Subtotal | $24,346.29 | | Subtotal | $24,346.29 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified priority reflects goods that were received by the Debtor more than 20 days before the petition date, claims for which are ineligible for 503(b)(9) priority status.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 4 | RED BALL OXYGEN COMPANY | 7679 | Luminant Mining Company LLC | 503(b)(9) | $21,509.54 | Luminant Mining Company LLC | 503(b)(9) | $15,357.43 |
| | C/O MCCATHERN PLLC ATTN: JONATHAN L HOWELL 3710 RAWLINS STREET, SUITE 1600 DALLAS, TX 75219 | | Luminant Mining Company LLC | Unsecured | $48,506.39 | Oak Grove Management Company LLC | 503(b)(9) | $4,301.19 |
| | | | | | | Luminant Mining Company LLC | Unsecured | $40,098.77 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | $10,258.54 |
| | | | | Subtotal | $70,015.93 | | Subtotal | $70,015.93 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified priority reflects (1) goods that were received by the Debtor more than 20 days before the petition date, claims for which are ineligible for 503(b)(9) priority status; and (2) the portion of the claim which is, according to Debtors' books and records and/or documentation filed with the proof of claim, for services or other non-goods, which do not qualify for 503(b)(9) priority.

**ENERGY FUTURE HOLDINGS CORP., et al.**

**THIRTY-SEVENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – Wrong Debtor and Modify Priority Claims**

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | | **ASSERTED** | | | **MODIFIED** | |
| 5 | TELEDYNE MONITOR LABS | 7598 | Luminant Generation Company LLC | 503(b)(9) | $1,278.00 | Luminant Generation Company LLC | 503(b)(9) | $1,253.00 |
| | C/O TARA J. SCHLEICHER | | Luminant Generation Company LLC | Unsecured | $5,273.90 | Luminant Generation Company LLC | Unsecured | $4,955.90 |
| | 121 SW MORRISON, STE 600 | | | | | Sandow Power Company LLC | Unsecured | $343.00 |
| | PORTLAND, OR 97204 | | | | | | | |
| | | | | Subtotal | $6,551.90 | | Subtotal | $6,551.90 |

**REASON FOR MODIFICATION:** Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified priority reflects that, according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority.

| | | | | TOTAL | $265,573.66 | | TOTAL | $265,573.66 |
|---|---|---|---|---|---|---|---|---|

**EXHIBIT 3** to **EXHIBIT A**

**Wrong Debtor and Modify Classification Claims**

**ENERGY FUTURE HOLDINGS CORP., et al.**

**THIRTY-SEVENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A – Wrong Debtor and Modify Classification**

| | NAME | CLAIM # | DEBTOR | ASSERTED CLASSIFICATION | AMOUNT | DEBTOR | MODIFIED CLASSIFICATION | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | TNT CRANE & RIGGING, INC. C/O ANDREWS MYERS, P.C. ATTN: LISA M. NORMAN 3900 ESSEX LANE, SUITE 800 HOUSTON, TX 77027 | 4942 | Martin Lake 4 Power Company LLC | Secured | $12,596.50 | Luminant Generation Company LLC | Unsecured | $12,596.50 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified classification reflects amounts for liens that were not properly perfected as the underlying liabilities do not fall within the scope of Chapter 53 of the Texas Property Code.

| | | | | TOTAL | $12,596.50 | | TOTAL | $12,596.50 |

**EXHIBIT 4** to **EXHIBIT A**

**Wrong Debtor, Modify Amount, and Modify Priority Claims**

**ENERGY FUTURE HOLDINGS CORP., et al.**

**THIRTY-SEVENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 4 TO EXHIBIT A – Wrong Debtor, Modify Amount and Modify Priority Claims**

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | NALCO CO ATTN: CHAD PECHMAN 1601 W. DIEHL RD NAPERVILLE, IL 60563 | 3015 | Luminant Mining Company LLC | 503(b)(9) | $16,368.43 | Luminant Generation Company LLC | 503(b)(9) | $59.97 |
| | | | Luminant Mining Company LLC | Unsecured | $532.61 | Luminant Mining Company LLC | 503(b)(9) | $4,275.23 |
| | | | | | | Luminant Generation Company LLC | Unsecured | $125.15 |
| | | | | | | Luminant Mining Company LLC | Unsecured | $11,908.11 |
| | | | | Subtotal | $16,901.04 | | Subtotal | $16,368.46 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects adjustment per a review of the claimant's Proof of Claim, the documents attached thereto, a reasonable review of the Debtors' books and records, and further discussion with claimant. Modified priority reflects (1) goods that were received by the Debtor more than 20 days before the petition date, claims for which are ineligible for 503(b)(9) priority status; and (2) the portion of the claim which is, according to Debtors' books and records and/or documentation filed with the proof of claim, for services or other non-goods, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | RED BALL OXYGEN COMPANY C/O MCCATHERN PLLC ATTN: JONATHAN L HOWELL 3710 RAWLINS STREET, SUITE 1600 DALLAS, TX 75219 | 7675 | Sandow Power Company LLC | 503(b)(9) | $11,058.64 | Luminant Generation Company LLC | 503(b)(9) | $3,626.81 |
| | | | Sandow Power Company LLC | Unsecured | $23,998.50 | Sandow Power Company LLC | 503(b)(9) | $6,774.75 |
| | | | | | | Luminant Generation Company LLC | Unsecured | $19,006.45 |
| | | | | | | Sandow Power Company LLC | Unsecured | $583.33 |
| | | | | Subtotal | $35,057.14 | | Subtotal | $29,991.34 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects (1) reduction due to work performed in excess of Purchase Order issued by the Debtors; and (2)  review of the claimant's Proof of Claim, the documents attached thereto, a reasonable review of the Debtors' books and records, and further discussion with Claimant.  Modified priority reflects (1) goods that were received by the Debtor more than 20 days before the petition date, claims for which are ineligible for 503(b)(9) priority status; and (2) the portion of the claim which is, according to Debtors' books and records and/or documentation filed with the proof of claim, for services or other non-goods, which do not qualify for 503(b)(9) priority.

**ENERGY FUTURE HOLDINGS CORP., et al.**

## THIRTY-SEVENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 4 TO EXHIBIT A – Wrong Debtor, Modify Amount and Modify Priority Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 3 | RED BALL OXYGEN COMPANY | 7678 | Luminant Generation Company LLC | 503(b)(9) | $139,900.60 | Luminant Generation Company LLC | 503(b)(9) | $120,196.14 |
| | C/O MCCATHERN PLLC ATTN: JONATHAN L HOWELL | | Luminant Generation Company LLC | Unsecured | $121,224.58 | Luminant Generation Company LLC | Unsecured | $139,131.66 |
| | 3710 RAWLINS STREET, SUITE 1600 | | | | | Luminant Mining Company LLC | Unsecured | $54.60 |
| | DALLAS, TX 75219 | | | Subtotal | $261,125.18 | | Subtotal | $259,382.40 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects review of the claimant's Proof of Claim, the documents attached thereto, a reasonable review of the Debtors' books and records, and further discussion with Claimant.  Modified priority reflects (1) goods that were received by the Debtor more than 20 days before the petition date, claims for which are ineligible for 503(b)(9) priority status; and (2) the portion of the claim which is, according to Debtors' books and records and/or documentation filed with the proof of claim, for services or other non-goods, which do not qualify for 503(b)(9) priority.

| | | | | TOTAL | $313,083.36 | | TOTAL | $305,742.20 |

**EXHIBIT 5** to **EXHIBIT A**

**Modify Amount Claims**

**ENERGY FUTURE HOLDINGS CORP., et al.**

**THIRTY-SEVENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 5 TO EXHIBIT A – Modify Amount Claims**

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | ADVANCED ANALYTICAL LABORATORIES, LLC P.O. BOX 760 WHITEHOUSE, TX 75791 | 5779 | Luminant Generation Company LLC | Unsecured | Undetermined* | Luminant Generation Company LLC | Unsecured | $5,170.55 |

REASON FOR MODIFICATION: Modified amount reflects liquidation of claim to reflect the amount owed according to Debtors' books and records and the documentation filed with the proof of claim.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | ADVANCED ANALYTICAL LABORATORIES, LLC P.O. BOX 760 WHITEHOUSE, TX 75791 | 5780 | Sandow Power Company LLC | Unsecured | Undetermined* | Sandow Power Company LLC | Unsecured | $420.00 |

REASON FOR MODIFICATION: Modified amount reflects liquidation of claim to reflect the amount owed according to Debtors' books and records and the documentation filed with the proof of claim.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 3 | ADVANCED ANALYTICAL LABORATORIES, LLC P.O. BOX 760 WHITEHOUSE, TX 75791 | 5781 | Luminant Mining Company LLC | Unsecured | Undetermined* | Luminant Mining Company LLC | Unsecured | $9,711.97 |

REASON FOR MODIFICATION: Modified amount reflects liquidation of claim to reflect the amount owed according to Debtors' books and records and the documentation filed with the proof of claim.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 4 | ADVANCED ANALYTICAL LABORATORIES, LLC P.O. BOX 760 WHITEHOUSE, TX 75791 | 5782 | Oak Grove Management Company LLC | Unsecured | Undetermined* | Oak Grove Management Company LLC | Unsecured | $37,630.23 |

REASON FOR MODIFICATION: Modified amount reflects liquidation of claim to reflect the amount owed according to Debtors' books and records and the documentation filed with the proof of claim.

## ENERGY FUTURE HOLDINGS CORP., et al.

## THIRTY-SEVENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 5 TO EXHIBIT A – Modify Amount Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 5 | AUTOMATIC SYSTEMS, INC. C/O CARMODY MACDONALD P.C. ATTN: GREGORY D. WILLARD, ESQ. 120 SOUTH CENTRAL AVE, STE 1800 SAINT LOUIS, MO 63105-1705 | 4868 | Luminant Mining Company LLC | Secured | $1,638,207.08* | Luminant Mining Company LLC | Secured | $1,628,207.08 |
| | | | Luminant Mining Company LLC | Unsecured | Undetermined* | | | |
| | | | | Subtotal | $1,638,207.08* | | | |

REASON FOR MODIFICATION: Modified amount reflects (1) liquidation of claim to reflect the amount owed according to Debtors' books and records and the documentation filed with the proof of claim; and (2) adjustment per a review of the claimant's Proof of Claim, the documents attached thereto, a reasonable review of the Debtors' books and records, and further discussion with the claimant.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 6 | BRIDGELINE DIGITAL, INC. ATTN: CAROLE TYNER 80 BLANCHARD ROAD BURLINGTON, MA 01803 TRANSFERRED TO: SIERRA LIQUIDITY FUND, LLC TRANSFEROR: BRIDGELINE DIGITAL, INC. 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | 4493 | Energy Future Holdings Corp. | Unsecured | $22,107.05 | Energy Future Holdings Corp. | Unsecured | $21,505.80 |

REASON FOR MODIFICATION: Modified amount reflects adjustment per a review of the claimant's Proof of Claim, the documents attached thereto, a reasonable review of the Debtors' books and records, and further discussion with Claimant.

---

* - Indicates claim contains unliquidated and/or undetermined amounts

# ENERGY FUTURE HOLDINGS CORP., et al.

## THIRTY-SEVENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 5 TO EXHIBIT A – Modify Amount Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 7 | MISTRAS GROUP INC PO BOX 742420 ATLANTA, GA 30374-2420 | 7665 | Luminant Generation Company LLC | Unsecured | $8,261.00 | Luminant Generation Company LLC | Unsecured | $8,029.00 |
| | REASON FOR MODIFICATION: Modified amount reflects adjustment for amount paid via check 1002679229 on 10/08/2013. | | | | | | | |
| 8 | PRINCESS THREE OPERATING, LLC PO BOX 1983 HENDERSON, TX 75653 | 1987 | Oak Grove Management Company LLC | Unsecured | $75,922.95 | Oak Grove Management Company LLC | Unsecured | $53,000.00 |
| | REASON FOR MODIFICATION: Modified amount reflects adjustment for work not authorized by the Debtor. | | | | | | | |
| 9 | RANGER EXCAVATING LP C/O STEPHEN SAKONCHICK II, P.C. ATTN: STEPHEN SAKONCHICK, II 6502 CANON WREN DRIVE AUSTIN, TX 78746 | 2614 | Luminant Mining Company LLC | Secured | $890,333.45* | Luminant Mining Company LLC | Secured | $890,333.45 |
| | REASON FOR MODIFICATION: Modified amount reflects liquidation of claim to reflect the amount owed according to Debtors' books and records. | | | | | | | |
| 10 | RYAN HERCO PRODUCTS CORP 1330 POST & PADDOCK RD GRAND PRAIRIE, TX 75050 | 4602 | Luminant Generation Company LLC | Unsecured | $5,630.53 | Luminant Generation Company LLC | Unsecured | $4,894.37 |
| | REASON FOR MODIFICATION: Modified amount reflects (1) adjustment for amount paid via check numbers 1002617007 and 1002617418 on 5/15/2012 and 5/18/2012, respectively and (2) adjustment for invoice number 7463116 which is a duplicate of invoice number 7430480 and paid via check number 1002637336 on 10/15/2012. | | | | | | | |

# ENERGY FUTURE HOLDINGS CORP., et al.

## THIRTY-SEVENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 5 TO EXHIBIT A – Modify Amount Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 11 | TNT CRANE & RIGGING, INC. C/O ANDREWS MYERS, P.C. ATTN: LISA M. NORMAN 3900 ESSEX LANE, SUITE 800 HOUSTON, TX 77027 | 4944 | Luminant Mining Company LLC | Secured | $356,315.00 | Luminant Mining Company LLC | Secured | $51,808.00 |

REASON FOR MODIFICATION: Modified amount reflects (1) adjustment for the difference of $304,427.50 which is accounted for in claim nos. 4941 and 4942 on the claim register; and (2) per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 12 | TOP LINE RENTAL, LLC ATTN: STANLEY BERRY P.O. BOX 2290 HENDERSON, TX 75653 | 3340 | Luminant Mining Company LLC | Secured | $1,000.00* | Luminant Mining Company LLC | Secured | $1,000.00 |
| | | | Luminant Mining Company LLC | Unsecured | $20,261.24* | Luminant Mining Company LLC | Unsecured | $20,261.24 |
| | | | | Subtotal | $21,261.24* | | Subtotal | $21,261.24 |

REASON FOR MODIFICATION: Modified amount reflects liquidation of claim to reflect the amount owed according to Debtors' books and records.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 13 | WILLIAMS SCOTSMAN INC. ATTN: KRISTIE REYES 901 S. BOND ST. SUITE 600 BALTIMORE, MD 21231 | 1708 | Luminant Generation Company LLC | Unsecured | $43,092.88 | Luminant Generation Company LLC | Unsecured | $42,943.50 |

REASON FOR MODIFICATION: Modified amount reflects adjustment (1) for sales tax asserted (Debtor pays sales tax through a Texas Direct Pay Exemption Certificate), and (2) per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.

| | | | | TOTAL | $3,061,131.18* | | TOTAL | $2,774,915.19 |

**EXHIBIT 6** to **EXHIBIT A**

**Modify Amount and Modify Priority Claims**

**ENERGY FUTURE HOLDINGS CORP., et al.**

**THIRTY-SEVENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 6 TO EXHIBIT A – Modify Amount and Modify Priority Claims**

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | GE INSPECTION TECHNOLOGIES, LP | 7860 | Luminant Generation Company LLC | Priority | $36,170.25 | Luminant Generation Company LLC | Unsecured | $54,995.09 |
| | C/O REISMAN LAW FIRM LLC | | Luminant Generation Company LLC | Unsecured | $19,428.79 | | | |
| | ATTN: GLENN M. REISMAN, ESQ. 12 OLD HOLLOW ROAD, SUITE B TRUMBULL, CT 06611 | | | Subtotal | $55,599.04 | | | |

REASON FOR MODIFICATION: Modified amount reflects adjustment for sales tax asserted (Debtor pays sales tax through a Texas Direct Pay Exemption Certificate). Modified priority reflects that, though priority asserted under 11 U.S.C. § 507(a), claimant's supporting documentation and Debtors' books and records provide no basis for priority.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | GENERAL ELECTRIC INTERNATIONAL | 7861 | Luminant Generation Company LLC | 503(b)(9) | $1,674.25 | Luminant Generation Company LLC | 503(b)(9) | $361.68 |
| | C/O REISMAN LAW FIRM LLC | | Luminant Generation Company LLC | Priority | $33,843.18 | Luminant Generation Company LLC | Priority | $23,834.45 |
| | ATTN: GLENN M. REISMAN, ESQ. 12 OLD HOLLOW ROAD, SUITE B TRUMBULL, CT 06611 | | Luminant Generation Company LLC | Unsecured | $40,599.01 | Luminant Generation Company LLC | Unsecured | $51,911.49 |
| | | | | Subtotal | $76,116.44 | | Subtotal | $76,107.62 |

REASON FOR MODIFICATION: Modified amount reflects adjustment per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. Modified priority reflects (1) goods that were received by the Debtor more than 20 days before the petition date, claims for which are ineligible for 503(b)(9) priority status, and (2) that, according to claimant's supporting documentation and Debtors' books and records, there is no basis for the priority asserted.

**ENERGY FUTURE HOLDINGS CORP., et al.**

**THIRTY-SEVENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 6 TO EXHIBIT A – Modify Amount and Modify Priority Claims**

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | | ASSERTED | | MODIFIED | | |
| 3 | PROGRESS RAIL SERVICES | 6252 | Luminant Mining Company LLC | 503(b)(9) | $62,882.52* | Luminant Mining Company LLC | 503(b)(9) | $5,390.52 |
| | C/O WINSTEAD PC, ATTN: ELI COLUMBUS 500 WINSTEAD | | Luminant Mining Company LLC | Unsecured | $63,206.82* | Luminant Mining Company LLC | Unsecured | $102,993.82 |
| | BUILDING 2728 N. HARWOOD, SUITE 500 DALLAS, TX 75201 | | | Subtotal | $126,089.34* | | Subtotal | $108,384.34 |

REASON: Modified amount reflects (1) liquidation of claim to reflect the amount owed according to Debtors' books and records and the documentation filed with the proof of claim; and (2) adjustment for work not authorized by the Debtor. Modified priority reflects (1) goods that were received by the Debtor more than 20 days before the petition date, claims for which are ineligible for 503(b)(9) priority status; and (2) the portion of the claim which is, according to Debtors' books and records and/or documentation filed with the proof of claim, for services or other non-goods, which do not qualify for 503(b)(9) priority.

| | | | | TOTAL | $257,804.82* | | TOTAL | $239,487.05 |

**EXHIBIT 7** to **EXHIBIT A**

**Modify Amount and Modify Classification Claims**

**ENERGY FUTURE HOLDINGS CORP., et al.**

**THIRTY-SEVENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 7 TO EXHIBIT A – Modify Amount and Modify Classification Claims**

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED CLASSIFICATION | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASSIFICATION | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | DATA SYSTEMS AND SOLUTIONS LLC C/O ROLLS-ROYCE - NUCLEAR SERVICES ATTN: C. DAVID THOMPSON 5959 SHALLOWFORD ROAD, SUITE 511 CHATTANOOGA, TN 37421 | 7507 | Luminant Generation Company LLC | Secured | $171,276.00* | Luminant Generation Company LLC | Unsecured | $171,276.00 |
| | | | Luminant Generation Company LLC | Unsecured | Undetermined* | | | |
| | | | | Subtotal | $171,276.00* | | | |

REASON FOR MODIFICATION: Modified amount reflects liquidation of claim to reflect the amount owed according to Debtors' books and records and the documentation filed with the proof of claim. Modified classification reflects no evidence of perfected lien or security interest provided.

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED CLASSIFICATION | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASSIFICATION | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | MILLER-STARNES CHEVROLET-BUICK INC 476 W CAMERON AVE ROCKDALE, TX 76567 | 4765 | Luminant Mining Company LLC | Secured | $9,728.88 | Luminant Mining Company LLC | Unsecured | $9,728.88 |
| | | | Luminant Mining Company LLC | Unsecured | $648.00 | | | |
| | | | | Subtotal | $10,376.88 | | | |

REASON FOR MODIFICATION: Modified amount reflects reduction due to disputed amount in the form of interest on outstanding invoices. Modified classification reflects no evidence of perfected lien or security interest provided.

**ENERGY FUTURE HOLDINGS CORP., et al.**

**THIRTY-SEVENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 7 TO EXHIBIT A – Modify Amount and Modify Classification Claims**

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED CLASSIFICATION | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASSIFICATION | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 3 | RAILWORKS TRACK SYSTEMS, INC. C/O BECKER GLYNN MUFFLY CHASSIN HOSINSKI ATTN: MICHAEL D. MARGULIES, ESQ. 299 PARK AVENUE NEW YORK, NY 10171 | 6184 | Luminant Mining Company LLC | Secured | $590,771.49* | Luminant Mining Company LLC | Secured | $290,041.69 |
| | | | | | | Luminant Mining Company LLC | Unsecured | $300,729.80 |
| | | | | | | | Subtotal | $590,771.49 |

REASON FOR MODIFICATION: Modified amount reflects liquidation of claim to reflect the amount owed according to Debtors' books and records. Modified classification reflects that, according to Debtors' books and records and/or documentation filed with the proof of claim, the claimant did not comply with Section 56.022 of the Property Code and therefore does not qualify for secured classification.

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED CLASSIFICATION | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASSIFICATION | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 4 | RANGER EXCAVATING LP C/O STEPHEN SAKONCHICK II, P.C. ATTN: STEPHEN SAKONCHICK, II 6502 CANON WREN DRIVE AUSTIN, TX 78746 | 2613 | Sandow Power Company LLC | Secured | $292,598.58* | Sandow Power Company LLC | Unsecured | $292,598.58 |

REASON FOR MODIFICATION: Modified amount reflects liquidation of claim to reflect the amount owed according to Debtors' books and records. Modified classification reflects that, according to Debtors' books and records and/or documentation filed with the proof of claim, the claimant is not entitled to a secured constitutional lien against the Debtor for the construction of the haul road and disposal pit because there can only be a lien upon the buildings and articles made or repaired by them and the roads and pit are not considered buildings or articles.

| | | | | TOTAL | $1,065,022.95* | | TOTAL | $1,064,374.95 |
|---|---|---|---|---|---|---|---|---|

**EXHIBIT 8** to **EXHIBIT A**

**Modify Priority Claims**

**ENERGY FUTURE HOLDINGS CORP., et al.**

**THIRTY-SEVENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 8 TO EXHIBIT A – Modify Priority Claims**

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | NAME | MODIFIED CLAIM # | DEBTOR | PRIORITY STATUS |
|---|---|---|---|---|---|---|---|---|
| 1 | CLARK WELDING SERVICE 369 CALLAHAN AVENUE APPALACHIA, VA 24216 | 2918 | Luminant Mining Company LLC | 503(b)(9) | $139,407.45 | Luminant Mining Company LLC | 503(b)(9) | $120,811.95 |
| | | | | | | Luminant Mining Company LLC | Unsecured | $18,595.50 |
| | | | | | | | Subtotal | $139,407.45 |

REASON: Modified priority reflects that, according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | NAME | MODIFIED CLAIM # | DEBTOR | PRIORITY STATUS |
|---|---|---|---|---|---|---|---|---|
| 2 | CONTROLLED FLUIDS INC 2220 CALDER AVE BEAUMONT, TX 77701 | 4947 | Luminant Generation Company LLC | 503(b)(9) | $11,471.41 | Luminant Generation Company LLC | 503(b)(9) | $9,951.41 |
| | | | Luminant Generation Company LLC | Unsecured | $70,444.20 | Luminant Generation Company LLC | Unsecured | $71,964.20 |
| | | | | Subtotal | $81,915.61 | | Subtotal | $81,915.61 |

REASON: Modified priority reflects goods that were received by the Debtor more than 20 days before the petition date, claims for which are ineligible for 503(b)(9) priority status.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | NAME | MODIFIED CLAIM # | DEBTOR | PRIORITY STATUS |
|---|---|---|---|---|---|---|---|---|
| 3 | LONG INDUSTRIES, INC. ATTN: GEORGE YU-FU KING SUITE 570, FOUNDERS SQUARE 900 JACKSON STREET DALLAS, TX 75202-4425 | 5269 | Luminant Generation Company LLC | 503(b)(9) | $162,043.84 | Luminant Generation Company LLC | 503(b)(9) | $24,019.61 |
| | | | Luminant Generation Company LLC | Unsecured | $33,973.36 | Luminant Generation Company LLC | Unsecured | $171,997.59 |
| | | | | Subtotal | $196,017.20 | | Subtotal | $196,017.20 |

REASON: Modified priority reflects that, according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority.

**ENERGY FUTURE HOLDINGS CORP., et al.**

**THIRTY-SEVENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 8 TO EXHIBIT A – Modify Priority Claims**

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | NAME | MODIFIED CLAIM # | DEBTOR | PRIORITY STATUS |
|---|---|---|---|---|---|---|---|---|
| 4 | TERRASOURCE GLOBAL CORPORATION | 4472 | Luminant Generation Company LLC | 503(b)(9) | $32,361.74 | Luminant Generation Company LLC | 503(b)(9) | $28,349.00 |
| | 100 N BROADWAY SUITE 1600 SAINT LOUIS, MO 63102 | | Luminant Generation Company LLC | Unsecured | $36,356.43 | Luminant Generation Company LLC | Unsecured | $40,369.17 |
| | | | | Subtotal | $68,718.17 | | Subtotal | $68,718.17 |

REASON: Modified priority reflects goods that were received by the Debtor more than 20 days before the petition date, claims for which are ineligible for 503(b)(9) priority status.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | NAME | MODIFIED CLAIM # | DEBTOR | PRIORITY STATUS |
|---|---|---|---|---|---|---|---|---|
| 5 | TEXAS BIG SPRING, LP | 8007 | Luminant Energy Company LLC | 503(b)(9) | $406,217.13 | Luminant Energy Company LLC | Unsecured | $406,271.53 |
| | 1095 AVENUE OF THE AMERICAS 25TH FLOOR NEW YORK, NY 10036 | | Luminant Energy Company LLC | Unsecured | $54.40 | | | |
| | | | | Subtotal | $406,271.53 | | | |

REASON: Modified priority reflects that, according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority.

| | | | | TOTAL | $892,329.96 | | TOTAL | $892,329.96 |

**EXHIBIT 9 to EXHIBIT A**


**Modify Classification Claims**

## ENERGY FUTURE HOLDINGS CORP., et al.

### THIRTY-SEVENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 9 TO EXHIBIT A – Modify Classification Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | CLASSIFICATION | AMOUNT | MODIFIED DEBTOR | CLASSIFICATION | AMOUNT |
|---|------|---------|--------|----------------|--------|--------|----------------|--------|
| 1 | LIBERTY FARM LANDSCAPING PO BOX 85 LADONIA, TX 75449 | 4896 | Luminant Generation Company LLC | Secured | $651.17 | Luminant Generation Company LLC | Unsecured | $651.17 |

REASON FOR MODIFICATION: Modified classification reflects no evidence of perfected lien or security interest provided.

| | NAME | CLAIM # | ASSERTED DEBTOR | CLASSIFICATION | AMOUNT | MODIFIED DEBTOR | CLASSIFICATION | AMOUNT |
|---|------|---------|--------|----------------|--------|--------|----------------|--------|
| 2 | STEAG ENERGY SERVICES LLC ATTN: BRIGITTE HARTENSTEIN 304 LINWOOD ROAD, SUITE 102 KINGS MOUNTAIN, NC 28086 | 4794 | Oak Grove Management Company LLC | Secured | $69,550.00 | Oak Grove Management Company LLC | Unsecured | $69,550.00 |

REASON FOR MODIFICATION: Modified classification reflects that, according to Debtors' books and records and/or documentation filed with the proof of claim, the claimant asserts secured classification under artisan's liens; Texas law does not provide liens for entities that fabricate materials, therefore the claimant does not qualify for secured classification.

| | NAME | CLAIM # | ASSERTED DEBTOR | CLASSIFICATION | AMOUNT | MODIFIED DEBTOR | CLASSIFICATION | AMOUNT |
|---|------|---------|--------|----------------|--------|--------|----------------|--------|
| 3 | STEAG ENERGY SERVICES LLC ATTN: BRIGITTE HARTENSTEIN 304 LINWOOD ROAD, SUITE 102 KINGS MOUNTAIN, NC 28086 | 4795 | Luminant Generation Company LLC | Secured | $165,051.50 | Luminant Generation Company LLC | Unsecured | $165,051.50 |

REASON FOR MODIFICATION: Modified classification reflects that, according to Debtors' books and records and/or documentation filed with the proof of claim, the claimant asserts secured classification under artisan's liens; Texas law does not provide liens for entities that fabricate materials, therefore the claimant does not qualify for secured classification.

**ENERGY FUTURE HOLDINGS CORP., et al.**

**THIRTY-SEVENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 9 TO EXHIBIT A – Modify Classification Claims**

| | NAME | CLAIM # | DEBTOR | ASSERTED CLASSIFICATION | AMOUNT | MODIFIED DEBTOR | CLASSIFICATION | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 4 | TNT CRANE & RIGGING, INC. C/O ANDREWS MYERS, P.C. ATTN: LISA M. NORMAN 3900 ESSEX LANE, SUITE 800 HOUSTON, TX 77027 | 4941 | Oak Grove Management Company LLC | Secured | $291,831.00 | Oak Grove Management Company LLC | Secured | $74,226.75 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | $217,604.25 |
| | | | | | | | Subtotal | $291,831.00 |

REASON FOR MODIFICATION: Modified classification reflects amounts for liens that were not properly perfected as the underlying liabilities do not fall within the scope of Chapter 53 of the Texas Property Code.

| | NAME | CLAIM # | DEBTOR | ASSERTED CLASSIFICATION | AMOUNT | MODIFIED DEBTOR | CLASSIFICATION | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 5 | WILLIAMS PRODUCTS INC 1750 MAPLELAWN BLVD TROY, MI 48084-4604 | 3937 | Luminant Generation Company LLC | Secured | $0.00 | Luminant Generation Company LLC | Unsecured | $3,432.00 |
| | | | Luminant Generation Company LLC | Unsecured | $3,432.00 | | | |
| | | | | Subtotal | $3,432.00 | | | |

REASON FOR MODIFICATION: Modified classification reflects no evidence of perfected lien or security interest provided.

| | | | | TOTAL | $530,515.67 | | TOTAL | $530,515.67 |