# EXHIBIT A

## Statement of Fees By Subject Matter

*Exhibit A*

**Combined - All Entities**
**Summary of Time Detail by Task**
**December 1, 2015 through December 31, 2015**

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Accounting/Cut-off | 21.2 | $10,492.50 |
| Bankruptcy Support | 56.7 | $30,995.00 |
| Business Plan | 96.9 | $33,915.00 |
| Claims | 419.9 | $181,230.00 |
| Contracts | 145.5 | $81,767.50 |
| Coordination & Communication with UCC | 21.4 | $14,622.50 |
| Court | 14.8 | $11,290.00 |
| DIP Financing | 13.2 | $4,620.00 |
| Fee Applications | 30.6 | $11,997.50 |
| POR / Disclosure Statement | 6.5 | $3,315.00 |
| Status Meetings | 1.4 | $1,132.50 |
| Travel Time | 34.9 | $18,427.50 |
| UST Reporting Requirements | 6.0 | $3,150.00 |
| Vendor Management | 17.3 | $10,345.00 |
| **Total** | **886.3** | **$417,300.00** |

*Travel time billed at 50% of time incurred*

*Exhibit A*

**TCEH**
*Summary of Time Detail by Task*
*December 1, 2015 through December 31, 2015*

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Accounting/Cut-off | 15.6 | $7,674.37 |
| Bankruptcy Support | 42.9 | $23,810.85 |
| Business Plan | 69.3 | $24,251.78 |
| Claims | 305.0 | $131,685.90 |
| Contracts | 107.0 | $60,142.43 |
| Coordination & Communication with UCC | 20.2 | $13,816.88 |
| Court | 10.9 | $8,344.85 |
| DIP Financing | 0.9 | $315.00 |
| Fee Applications | 22.2 | $8,705.99 |
| POR / Disclosure Statement | 4.9 | $2,542.50 |
| Status Meetings | 1.2 | $948.69 |
| Travel Time | 25.3 | $13,371.91 |
| UST Reporting Requirements | 4.4 | $2,285.80 |
| Vendor Management | 13.3 | $7,991.25 |
| **Total** | **643.1** | **$305,888.19** |

*Travel time billed at 50% of time incurred*

*Exhibit A*

**EFH**
*Summary of Time Detail by Task*
*December 1, 2015 through December 31, 2015*

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Accounting/Cut-off | 5.6 | $2,818.13 |
| Bankruptcy Support | 12.3 | $6,314.90 |
| Business Plan | 21.6 | $7,575.05 |
| Claims | 94.4 | $40,784.21 |
| Contracts | 38.4 | $21,543.51 |
| Coordination & Communication with UCC | 1.2 | $805.63 |
| Court | 3.2 | $2,404.66 |
| Fee Applications | 6.9 | $2,687.47 |
| POR / Disclosure Statement | 1.5 | $772.50 |
| Status Meetings | 0.2 | $150.08 |
| Travel Time | 7.8 | $4,127.80 |
| UST Reporting Requirements | 1.3 | $705.61 |
| Vendor Management | 4.0 | $2,353.75 |
| **Total** | **198.5** | **$93,043.28** |

*Travel time billed at 50% of time incurred*

*Exhibit A*

*EFIH*
*Summary of Time Detail by Task*
*December 1, 2015 through December 31, 2015*

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Bankruptcy Support | 1.4 | $869.26 |
| Business Plan | 6.0 | $2,088.17 |
| Claims | 20.4 | $8,759.90 |
| Contracts | 0.1 | $81.56 |
| Court | 0.7 | $540.48 |
| DIP Financing | 12.3 | $4,305.00 |
| Fee Applications | 1.5 | $604.05 |
| Status Meetings | 0.0 | $33.73 |
| Travel Time | 1.8 | $927.79 |
| UST Reporting Requirements | 0.3 | $158.60 |
| **Total** | **44.6** | **$18,368.53** |

*Travel time billed at 50% of time incurred*