**EXHIBIT B**

**Professionals' Information**

The A&M professionals who rendered services in these cases during the Fee Period are:

*Exhibit B*

*Combined - All Entities*
*Summary of Time Detail by Professional*
*December 1, 2015 through December 31, 2015*

| *Professional* | *Position* | *Billing Rate* | *Sum of Hours* | *Sum of Fees* |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $925.00 | 11.0 | $10,175.00 |
| Emmett Bergman | Managing Director | $750.00 | 59.1 | $44,325.00 |
| Steve Kotarba | Managing Director | $675.00 | 21.2 | $14,310.00 |
| Jodi Ehrenhofer | Senior Director | $600.00 | 10.6 | $6,360.00 |
| Matt Frank | Director | $600.00 | 135.5 | $81,300.00 |
| Kevin Sullivan | Director | $525.00 | 6.0 | $3,150.00 |
| Mark Zeiss | Director | $525.00 | 1.3 | $682.50 |
| Paul Kinealy | Director | $525.00 | 110.7 | $58,117.50 |
| Jeff Dwyer | Senior Associate | $475.00 | 11.5 | $5,462.50 |
| Richard Carter | Consultant | $425.00 | 143.2 | $60,860.00 |
| Jon Rafpor | Analyst | $375.00 | 79.0 | $29,625.00 |
| Michael Williams | Analyst | $350.00 | 165.8 | $58,030.00 |
| Sarah Pittman | Analyst | $350.00 | 116.9 | $40,915.00 |
| Mary Napoliello | Paraprofessional | $275.00 | 14.5 | $3,987.50 |
| | | *Total* | 886.3 | $417,300.00 |

*Exhibit B*

### TCEH
### Summary of Time Detail by Professional
### October 1, 2015 through October 31, 2015

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $925.00 | 9.4 | $8,677.73 |
| Emmett Bergman | Managing Director | $750.00 | 47.5 | $35,612.83 |
| Steve Kotarba | Managing Director | $675.00 | 15.4 | $10,405.42 |
| Jodi Ehrenhofer | Senior Director | $600.00 | 7.7 | $4,615.13 |
| Matt Frank | Director | $600.00 | 99.6 | $59,755.14 |
| Kevin Sullivan | Director | $525.00 | 4.4 | $2,285.80 |
| Mark Zeiss | Director | $525.00 | 0.9 | $495.26 |
| Paul Kinealy | Director | $525.00 | 80.4 | $42,203.64 |
| Jeff Dwyer | Senior Associate | $475.00 | 8.6 | $4,096.87 |
| Richard Carter | Consultant | $425.00 | 104.1 | $44,223.08 |
| Jon Rafpor | Analyst | $375.00 | 59.2 | $22,218.75 |
| Michael Williams | Analyst | $350.00 | 120.3 | $42,109.47 |
| Sarah Pittman | Analyst | $350.00 | 75.1 | $26,295.53 |
| Mary Napoliello | Paraprofessional | $275.00 | 10.5 | $2,893.53 |
| | | *Total* | **643.1** | **$305,888.19** |

*Exhibit B*

### EFH
### Summary of Time Detail by Professional
### December 1, 2015 through December 31, 2015

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $925.00 | 1.3 | $1,222.49 |
| Emmett Bergman | Managing Director | $750.00 | 11.3 | $8,493.16 |
| Steve Kotarba | Managing Director | $675.00 | 4.8 | $3,228.28 |
| Jodi Ehrenhofer | Senior Director | $600.00 | 2.4 | $1,424.65 |
| Matt Frank | Director | $600.00 | 33.8 | $20,294.21 |
| Kevin Sullivan | Director | $525.00 | 1.3 | $705.61 |
| Mark Zeiss | Director | $525.00 | 0.3 | $152.88 |
| Paul Kinealy | Director | $525.00 | 24.9 | $13,051.20 |
| Jeff Dwyer | Senior Associate | $475.00 | 2.9 | $1,365.63 |
| Richard Carter | Consultant | $425.00 | 32.2 | $13,696.86 |
| Jon Rafpor | Analyst | $375.00 | 19.8 | $7,406.25 |
| Michael Williams | Analyst | $350.00 | 37.1 | $12,998.85 |
| Sarah Pittman | Analyst | $350.00 | 23.2 | $8,109.99 |
| Mary Napoliello | Paraprofessional | $275.00 | 3.2 | $893.21 |
| | | *Total* | **198.5** | **$93,043.28** |

*Exhibit B*

### EFIH
### Summary of Time Detail by Professional
### December 1, 2015 through December 31, 2015

| *Professional* | *Position* | *Billing Rate* | *Sum of Hours* | *Sum of Fees* |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $925.00 | 0.3 | $274.77 |
| Emmett Bergman | Managing Director | $750.00 | 0.3 | $219.01 |
| Steve Kotarba | Managing Director | $675.00 | 1.0 | $676.30 |
| Jodi Ehrenhofer | Senior Director | $600.00 | 0.5 | $320.21 |
| Matt Frank | Director | $600.00 | 2.1 | $1,250.64 |
| Kevin Sullivan | Director | $525.00 | 0.3 | $158.60 |
| Mark Zeiss | Director | $525.00 | 0.1 | $34.36 |
| Paul Kinealy | Director | $525.00 | 5.5 | $2,862.65 |
| Richard Carter | Consultant | $425.00 | 6.9 | $2,940.06 |
| Michael Williams | Analyst | $350.00 | 8.3 | $2,921.69 |
| Sarah Pittman | Analyst | $350.00 | 18.6 | $6,509.47 |
| Mary Napoliello | Paraprofessional | $275.00 | 0.7 | $200.76 |
| | | *Total* | **44.6** | **$18,368.53** |