# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

*Exhibit C*

*Combined*
*Energy Future Holdings Corp., et al.,*
*Summary of Expense Detail by Category*
*December 1, 2015 through December 31, 2015*

| *Expense Category* | *Sum of Expenses* |
|---|---:|
| Airfare | $5,357.56 |
| Lodging | $6,146.12 |
| Meals | $1,035.97 |
| Miscellaneous | $137.28 |
| Transportation | $2,454.55 |
| **Total** | **$15,131.48** |

*Exhibit C*

### TCEH
### Summary of Expense Detail by Category
### December 1, 2015 through December 31, 2015

| *Expense Category* | *Sum of Expenses* |
|---|---:|
| Airfare | $3,887.45 |
| Lodging | $4,459.61 |
| Meals | $751.73 |
| Miscellaneous | $99.60 |
| Transportation | $1,780.90 |
| *Total* | **$10,979.29** |

*Exhibit C*

### EFH
### Summary of Expense Detail by Category
### December 1, 2015 through December 31, 2015

| Expense Category | Sum of Expenses |
|---|---|
| Airfare | $1,200.10 |
| Lodging | $1,376.71 |
| Meals | $232.08 |
| Miscellaneous | $30.75 |
| Transportation | $549.81 |
| *Total* | **$3,389.45** |

*Exhibit C*

## EFIH
### Summary of Expense Detail by Category
### December 1, 2015 through December 31, 2015

| Expense Category | Sum of Expenses |
|---|---|
| Airfare | $270.01 |
| Lodging | $309.80 |
| Meals | $52.16 |
| Miscellaneous | $6.93 |
| Transportation | $123.84 |
| *Total* | **$762.74** |