
# EXHIBIT D

**Detailed Description of Expenses and Disbursements**

*Exhibit D*

*Combined - All Entities*
*Expense Detail by Category*
*December 1, 2015 through December 31, 2015*

### Airfare

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Michael Williams | 10/5/2015 | $973.85 | Airfare coach roundtrip Chicago/Dallas. |
| Matt Frank | 12/2/2015 | $317.10 | Airfare one-way coach Dallas/Chicago. |
| Richard Carter | 12/6/2015 | $744.20 | Airfare roundtrip coach Chicago/Dallas. |
| Matt Frank | 12/7/2015 | $291.10 | Airfare one-way coach Chicago/Dallas. |
| Michael Williams | 12/7/2015 | $372.10 | Airfare coach one-way Chicago/Dallas. |
| Richard Carter | 12/8/2015 | $748.20 | Airfare roundtrip coach Chicago/Dallas. |
| Matt Frank | 12/9/2015 | $201.10 | Airfare one-way coach Dallas/Chicago. |
| Michael Williams | 12/11/2015 | $418.51 | Airfare coach one-way Chicago/Dallas. |
| Matt Frank | 12/14/2015 | $372.10 | Airfare one-way coach Chicago/Dallas. |
| Michael Williams | 12/14/2015 | $701.20 | Airfare coach roundtrip Chicago/Dallas. |
| Matt Frank | 12/16/2015 | $218.10 | Airfare one-way coach Dallas/Chicago. |
| **Expense Category Total** | | **$5,357.56** | |

### Lodging

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Michael Williams | 10/7/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Matt Frank | 12/2/2015 | $260.88 | Hotel in Dallas - 1 night. |
| Michael Williams | 12/2/2015 | $511.76 | Hotel in Dallas - 2 nights. |
| Richard Carter | 12/2/2015 | $511.76 | Hotel in Dallas - 2 nights. |
| Matt Frank | 12/8/2015 | $511.76 | Hotel in Dallas - 2 nights. |
| Michael Williams | 12/9/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Richard Carter | 12/9/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Matt Frank | 12/15/2015 | $511.76 | Hotel in Dallas - 2 nights. |
| Michael Williams | 12/16/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Richard Carter | 12/17/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| **Expense Category Total** | | **$6,146.12** | |

*Exhibit D*

## Combined - All Entities
## Expense Detail by Category
## December 1, 2015 through December 31, 2015

### *Meals*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Michael Williams | 10/5/2015 | $13.11 | Out of town dinner - M. Williams. |
| Michael Williams | 10/6/2015 | $37.58 | Out of town dinner - M. Williams. |
| Michael Williams | 10/7/2015 | $37.58 | Out of town dinner - M. Williams. |
| Matt Frank | 12/1/2015 | $13.32 | Out of town breakfast - M. Frank. |
| Richard Carter | 12/1/2015 | $10.03 | Out of town breakfast - R.Carter, P.Kinealy - 2. |
| Richard Carter | 12/1/2015 | $38.94 | Out of town dinner - R. Carter. |
| Matt Frank | 12/2/2015 | $14.40 | Out of town breakfast - M. Frank. |
| Michael Williams | 12/2/2015 | $26.58 | Out of town dinner - M. Williams. |
| Richard Carter | 12/2/2015 | $32.11 | Out of town dinner - R. Carter. |
| Richard Carter | 12/3/2015 | $6.38 | Out of town dinner - R. Carter. |
| Matt Frank | 12/7/2015 | $6.08 | Out of town breakfast - M. Frank. |
| Matt Frank | 12/7/2015 | $80.00 | Out of town dinner - M. Frank, M. Williams - 2. |
| Richard Carter | 12/7/2015 | $32.15 | Out of town dinner - R. Carter. |
| Matt Frank | 12/8/2015 | $24.32 | Out of town breakfast - M. Frank. |
| Matt Frank | 12/8/2015 | $80.00 | Out of town dinner - M. Frank, E. Bergman - 2. |
| Richard Carter | 12/8/2015 | $80.00 | Out of town dinner - R. Carter, M. Williams - 2. |
| Matt Frank | 12/9/2015 | $14.32 | Out of town breakfast - M. Frank. |
| Michael Williams | 12/9/2015 | $12.15 | Out of town dinner - M. Williams. |
| Richard Carter | 12/9/2015 | $10.21 | Out of town dinner - R. Carter. |
| Richard Carter | 12/10/2015 | $8.32 | Out of town dinner - R. Carter. |
| Richard Carter | 12/10/2015 | $5.93 | Out of town breakfast - R. Carter. |
| Matt Frank | 12/14/2015 | $36.97 | Out of town dinner - M. Frank. |
| Matt Frank | 12/14/2015 | $11.16 | Out of town breakfast - M. Frank. |
| Michael Williams | 12/14/2015 | $37.58 | Out of town dinner - M. Williams. |
| Richard Carter | 12/14/2015 | $11.19 | Out of town breakfast - R. Carter. |
| Matt Frank | 12/15/2015 | $14.32 | Out of town breakfast - M. Frank. |
| Richard Carter | 12/15/2015 | $160.00 | Out of town dinner - M. Frank, P. Kinealy, M. Williams, R. Carter - 4. |
| Matt Frank | 12/16/2015 | $30.40 | Out of town dinner - M. Frank. |

*Exhibit D*

*Combined - All Entities*
*Expense Detail by Category*
*December 1, 2015 through December 31, 2015*

## *Meals*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Matt Frank | 12/16/2015 | $14.32 | Out of town breakfast - M. Frank. |
| Richard Carter | 12/16/2015 | $80.00 | Out of town dinner - R. Carter, M. Williams - 2. |
| Richard Carter | 12/17/2015 | $23.20 | Out of town dinner - R. Carter. |
| Richard Carter | 12/17/2015 | $6.59 | Out of town breakfast - R. Carter, M. Williams - 2. |
| Richard Carter | 12/18/2015 | $26.73 | Out of town dinner - R. Carter. |
| **Expense Category Total** | | **$1,035.97** | |

## *Miscellaneous*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Jeff Dwyer | 12/2/2015 | $1.60 | Verizon conference call charges. |
| Matt Frank | 12/2/2015 | $38.31 | Verizon conference call charges. |
| Sarah Pittman | 12/10/2015 | $32.42 | Internet online in-flight charge. |
| Matt Frank | 12/13/2015 | $49.95 | In flight internet charge 12/13/2015 to 1/12/2016. |
| Sarah Pittman | 12/13/2015 | $7.50 | Internet online in-flight charge. |
| Sarah Pittman | 12/14/2015 | $7.50 | Internet online in-flight charge. |
| **Expense Category Total** | | **$137.28** | |

## *Transportation*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Michael Williams | 10/5/2015 | $44.06 | Taxi from home to Chicago O'Hare. |
| Michael Williams | 10/5/2015 | $60.00 | Taxi from DFW Airport to Energy. |
| Michael Williams | 10/6/2015 | $15.62 | Taxi from Energy to hotel. |
| Michael Williams | 10/7/2015 | $25.00 | Taxi from hotel to Energy. |
| Michael Williams | 10/7/2015 | $15.00 | Taxi from Energy to hotel. |
| Michael Williams | 10/8/2015 | $50.00 | Taxi from O'Hare Airport to home. |
| Michael Williams | 10/8/2015 | $60.00 | Taxi from Energy to DFW Airport. |
| Matt Frank | 12/1/2015 | $15.00 | Taxi from hotel to dinner. |

*Exhibit D*

**Combined - All Entities**
**Expense Detail by Category**
**December 1, 2015 through December 31, 2015**

## Transportation

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Matt Frank | 12/1/2015 | $15.00 | Taxi from dinner to hotel. |
| Matt Frank | 12/1/2015 | $15.00 | Taxi from Energy to hotel. |
| Michael Williams | 12/1/2015 | $15.00 | Taxi from Energy to hotel. |
| Michael Williams | 12/1/2015 | $25.00 | Taxi from hotel to Energy. |
| Matt Frank | 12/2/2015 | $65.00 | Taxi from Energy to DFW Airport. |
| Matt Frank | 12/2/2015 | $15.00 | Taxi from hotel to Energy. |
| Matt Frank | 12/2/2015 | $65.00 | Taxi from Chicago O'Hare to home. |
| Michael Williams | 12/2/2015 | $15.00 | Taxi from Energy to hotel. |
| Michael Williams | 12/2/2015 | $15.00 | Taxi from hotel to Energy. |
| Richard Carter | 12/2/2015 | $6.45 | Taxi from Energy to hotel. |
| Michael Williams | 12/3/2015 | $15.00 | Taxi from hotel to Energy. |
| Michael Williams | 12/3/2015 | $50.00 | Taxi from O'Hare Airport to home. |
| Richard Carter | 12/3/2015 | $21.54 | Taxi from dinner to hotel. |
| Richard Carter | 12/3/2015 | $4.20 | Taxi from hotel to Energy. |
| Richard Carter | 12/3/2015 | $140.00 | Parking at Chicago O'Hare. |
| Richard Carter | 12/3/2015 | $66.00 | Taxi from Energy to DFW. |
| Matt Frank | 12/7/2015 | $65.00 | Taxi from home to Chicago O'Hare. |
| Matt Frank | 12/7/2015 | $25.00 | Taxi from dinner to hotel. |
| Matt Frank | 12/7/2015 | $25.00 | Taxi from hotel to dinner. |
| Matt Frank | 12/7/2015 | $65.00 | Taxi from DFW Airport to Energy. |
| Matt Frank | 12/7/2015 | $15.00 | Taxi from Energy to hotel. |
| Michael Williams | 12/7/2015 | $60.00 | Taxi from DFW Airport to Energy. |
| Michael Williams | 12/7/2015 | $43.58 | Taxi from home to Chicago O'Hare. |
| Matt Frank | 12/8/2015 | $20.00 | Taxi from dinner to hotel. |
| Matt Frank | 12/8/2015 | $15.00 | Taxi from Energy to dinner. |
| Matt Frank | 12/8/2015 | $15.00 | Taxi from hotel to Energy. |
| Michael Williams | 12/8/2015 | $25.00 | Taxi from hotel to Energy. |
| Michael Williams | 12/8/2015 | $25.00 | Taxi from Energy to hotel. |
| Richard Carter | 12/8/2015 | $56.40 | Taxi from DFW Airport to hotel. |

*Exhibit D*

## Combined - All Entities
## Expense Detail by Category
## December 1, 2015 through December 31, 2015

### Transportation

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Matt Frank | 12/9/2015 | $15.00 | Taxi from hotel to Energy. |
| Matt Frank | 12/9/2015 | $65.00 | Taxi from Energy to DFW Airport. |
| Matt Frank | 12/9/2015 | $65.00 | Taxi from Chicago O'Hare to home. |
| Michael Williams | 12/9/2015 | $15.00 | Taxi from hotel to Energy. |
| Michael Williams | 12/9/2015 | $15.00 | Taxi from Energy to hotel. |
| Richard Carter | 12/10/2015 | $109.00 | Parking at Chicago O'Hare. |
| Richard Carter | 12/10/2015 | $4.45 | Taxi from hotel to Energy. |
| Matt Frank | 12/14/2015 | $65.00 | Taxi from home to Chicago O'Hare. |
| Matt Frank | 12/14/2015 | $65.00 | Taxi from DFW Airport to Energy. |
| Matt Frank | 12/14/2015 | $15.00 | Taxi from Energy to hotel. |
| Michael Williams | 12/14/2015 | $60.00 | Taxi from DFW Airport to Energy. |
| Michael Williams | 12/14/2015 | $44.54 | Taxi from home to Chicago O'Hare. |
| Michael Williams | 12/14/2015 | $25.00 | Taxi from Energy to hotel. |
| Richard Carter | 12/14/2015 | $56.40 | Taxi from DFW Airport to Energy. |
| Matt Frank | 12/15/2015 | $20.00 | Taxi from dinner to hotel. |
| Matt Frank | 12/15/2015 | $20.00 | Taxi from Energy to dinner. |
| Matt Frank | 12/15/2015 | $15.00 | Taxi from hotel to Energy. |
| Michael Williams | 12/15/2015 | $8.82 | Taxi from Energy to dinner. |
| Matt Frank | 12/16/2015 | $15.00 | Taxi from hotel to Energy. |
| Matt Frank | 12/16/2015 | $65.00 | Taxi from Chicago O'Hare to home. |
| Matt Frank | 12/16/2015 | $65.00 | Taxi from Energy to DFW Airport. |
| Michael Williams | 12/16/2015 | $15.00 | Taxi from Energy to hotel. |
| Richard Carter | 12/16/2015 | $6.49 | Taxi from hotel to Energy. |
| Michael Williams | 12/17/2015 | $50.00 | Taxi from Chicago O'Hare to home. |
| Michael Williams | 12/17/2015 | $15.00 | Taxi from hotel to Energy. |
| Richard Carter | 12/17/2015 | $140.00 | Parking at Chicago O'Hare. |
| Richard Carter | 12/19/2015 | $52.00 | Taxi from Energy to DFW. |
| Richard Carter | 12/22/2015 | $60.00 | Taxi from Energy to DFW. |

*Exhibit D*

**Combined - All Entities**
**Expense Detail by Category**
**December 1, 2015 through December 31, 2015**

## Transportation

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| **Expense Category Total** | | **$2,454.55** | |
| *Grand Total* | | **$15,131.48** | |