IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] ) | Case No. 14-10979 (CSS) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |
| ) | **Re: D.I. 506, 765, 1103, 7698** |
| ) | |
| ) | **Objection Deadline: February 25, 2016 at 4:00 p.m.** |

### *AMENDED*[2] NOTICE OF EXCESS FEES FOR MILLER & CHEVALIER CHARTERED

**PLEASE TAKE NOTICE** that, on May 17, 2014, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed the *Motion of Energy Future Holdings Corp., et al., for an Order Authorizing the Retention and Compensation of Certain Professionals Utilized in the Ordinary Course of Business* [D.I. 506] (the "OCP Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that, on June 3, 2014, the Court entered an order [D.I. 765] (the "OCP Order") granting the relief requested in the OCP Motion. Pursuant to paragraph 2(f) of the OCP Order, to the extent an Ordinary Course Professional[3] seeks monthly compensation in excess of the applicable OCP Cap, such Ordinary Course Professional shall file a notice of fees in excess of the OCP Cap (a "Notice of Excess Fees") and an invoice

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] This document amends D.I. 7698.

[3] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the OCP Motion or the OCP Order, as applicable.

-1-

setting forth, in reasonable detail, the nature of the services rendered and disbursements actually incurred. Following service of the Notice of Excess Fees, interested parties shall have fifteen (15) days to object to the Notice of Excess Fees. If, after fifteen (15) days, no objection is filed, the Excess Fees shall be deemed approved, and the Ordinary Course Professional may be paid 100% of its fees and 100% of its expenses without the need to file a fee application.

**PLEASE TAKE FURTHER NOTICE** that Ordinary Course Professional Miller & Chevalier Chartered ("Miller & Chevalier") exceeded the Tier 2 OCP Cap for the three month period ending November, 2015 (the "Excess Fee Period") for which Miller & Chevalier seeks a total of approximately $195,387.50 in excess fees (the "Excess Fees"). In accordance with the procedures set forth above, Miller & Chevalier's invoices for the Excess Fee Period are attached hereto as **Exhibit A**. These invoices, redacted for attorney-client and attorney work-product privileges, detail the nature of the services rendered and the fees and expenses incurred by Miller & Chevalier during the Excess Fee Period.

**PLEASE TAKE FURTHER NOTICE** that if no objections to this Notice of Excess Fees are received prior to **February 25, 2016 at 4:00 p.m. (EST)**, the Excess Fees shall be deemed approved and Miller & Chevalier may be paid 100% of its fees and 100% of its expenses for the Excess Fee Period without the need to file a formal fee application.

*[Remainder of page intentionally left blank.]*

Dated: February 10, 2016
Wilmington, Delaware

/s/ *[signature]*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:     (302) 651-7701
Email:            collins@rlf.com
                      defranceschi@rlf.com
                      madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:     (212) 446-4900
Email:            edward.sassower@kirkland.com
                      stephen.hessler@kirkland.com
                      brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:     (312) 862-2200
Email:            james.sprayregen@kirkland.com
                      marc.kieselstein@kirkland.com
                      chad.husnick@kirkland.com
                      steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession