## Exhibit A

**Miller & Chevalier Invoices**



MILLER
CHEVALIER

*Miller & Chevalier Chartered*

655 Fifteenth Street, N.W., Suite 900
Washington, D.C.  20005-5701
(202) 626-5800  FAX:  (202) 626-5801
E.I.N. 52-1212890

LEGAL SERVICES FOR:    Jeffrey J. Walker
Vice President, Associate General Counsel & Secretary
Energy Future Holdings
1601 Bryan Street, 43rd Floor
Dallas, TX  75201

PERIOD:  September 2015

INVOICE NO:           337817
CLIENT/MATTER NO.:    869938.000018
DATE:                 October 23, 2015

FOR PROFESSIONAL SERVICES RENDERED
for the period ending September 30, 2015, in connection with:

████████████

E-Bill: Serengeti

Fees                                                  $    142,463.75

**Total Amount Due**                                  **$    142,463.75**

Energy Future Holdings
Page 2

Invoice  No.337817
Client/Matter No. 869938.000018
October 23, 2015

## TIME DETAIL

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 09/01/15 | A. G. Provenzano | Calls regarding ████████; review ████ regarding ████. | 3.75 | 605.00 | $ 2,268.75 |
| 09/01/15 | E. M. Sweeney | Coordinate with A. Provenzano regarding ████; review guidance regarding same; coordinate with ████ regarding ████ agreement. | 1.50 | 580.00 | 870.00 |
| 09/02/15 | A. G. Provenzano | Calls regarding ████; review ████ materials; prepare response to ████. | 4.75 | 605.00 | 2,873.75 |
| 09/02/15 | E. M. Sweeney | Coordinate with ████ regarding ████ issues; review ████ analysis for ████ and ████ plans; attend conference call; review ████ document; coordinate with ████ regarding ████ issues; coordinate with A. Rogers regarding research regarding ████. | 8.00 | 580.00 | 4,640.00 |
| 09/02/15 | A. B. Rogers | Research guidance that clarifies the ████ of a ████ under ████. | 3.75 | 435.00 | 1,631.25 |
| 09/03/15 | A. G. Provenzano | Prepare comments to ████; prepare ████; call with ████; prepare emails to ████. | 8.00 | 605.00 | 4,840.00 |
| 09/03/15 | E. M. Sweeney | Review and provide comments to ████ and attachments; review and provide comments to ████; coordinate with ████ regarding ████ issues. | 3.50 | 580.00 | 2,030.00 |
| 09/03/15 | N. Wamsley * | Discuss requirements for ████ with A. Provenzano; complete ████. | 2.00 | 330.00 | 660.00 |
| 09/04/15 | A. G. Provenzano | Prepare ████ materials; call regarding ████ issues; review email regarding ████ and ████. | 5.25 | 605.00 | 3,176.25 |

Energy Future Holdings
Page 3

Invoice No.337817
Client/Matter No. 869938.000018
October 23, 2015

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 09/04/15 | E. M. Sweeney | Prepare ███████ email; coordinate with ██████████ regarding same; review revised ████████ and attachments; coordinate with A. Provenzano and ██████ regarding same. | 4.75 | 580.00 | 2,755.00 |
| 09/06/15 | A. G. Provenzano | Call with █████ regarding █████. | 0.50 | 605.00 | 302.50 |
| 09/07/15 | A. G. Provenzano | Review ████████ regarding changes; review ███████████ materials in agreements. | 2.25 | 605.00 | 1,361.25 |
| 09/08/15 | C. F. Oliphant III | Telephone conference with A. Provenzano regarding ████████████ ████████. | 0.50 | 775.00 | 387.50 |
| 09/08/15 | A. G. Provenzano | ████████ preparation and revisions regarding calls with client; review ███████ guidance regarding filing requirements; review ████████ information regarding plan. | 8.50 | 605.00 | 5,142.50 |
| 09/08/15 | E. M. Sweeney | Review ████████████; review ████████ ████████████████ documents, review ███████████; coordinate with and A. Provenzano regarding same. | 5.00 | 580.00 | 2,900.00 |
| 09/09/15 | G. Quintiere | Review certain issue regarding ████████████████████ from ██████████. | 0.80 | 775.00 | 620.00 |
| 09/09/15 | A. G. Provenzano | Emails reading ████████████████; review ████████████ research regarding ████████; review materials regarding same; prepare ███ documents; review materials regarding █ ███████████. | 9.25 | 605.00 | 5,596.25 |
| 09/09/15 | E. M. Sweeney | Prepare for and attend conference call with the █████; coordinate with ██████████ and A. Provenzano regarding ████████████ issues; evaluate ████████ issues; review ██████████████. | 4.50 | 580.00 | 2,610.00 |
| 09/09/15 | M. Khalil | Telephone call with A. Provenzano to discuss ███████████ and ██████ response thereto. | 0.50 | 535.00 | 267.50 |
| 09/10/15 | G. Quintiere | Review ███████████ issue. | 1.00 | 775.00 | 775.00 |

Energy Future Holdings
Page 4

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 09/10/15 | A. G. Provenzano | Review and revise ███████████████; review ██████████████; review ████████████████; review ████████████████ issues. | 8.75 | 605.00 | 5,293.75 |
| 09/10/15 | E. M. Sweeney | Review ████████████████; coordinate with N. Wamsley regarding same; review and revise response to ████████; ███████████; review ██████ comments; review research regarding ███████████ ██████. | 6.00 | 580.00 | 3,480.00 |
| 09/10/15 | M. Khalil | Review and comment on draft response to ███████████████. | 1.75 | 535.00 | 936.25 |
| 09/10/15 | N. Wamsley * | Research rules ████████████████ ████████████; summarize rules for review by A. Provenzano; discuss factors considered in evaluating ██████████ ███████████ and research same. | 4.50 | 330.00 | 1,485.00 |
| 09/11/15 | G. Quintiere | Review ████████████████ issue. | 0.50 | 775.00 | 387.50 |
| 09/11/15 | A. G. Provenzano | Review ███████ and prepare comment; call regarding ████████; later call with ███████ regarding same agreement and ██████████████; review █████████ and prepare comments regarding same. | 10.50 | 605.00 | 6,352.50 |
| 09/11/15 | E. M. Sweeney | Review and revise response to █████████; review ███████████████; review first draft of █████; review ████████. | 8.00 | 580.00 | 4,640.00 |
| 09/11/15 | M. Khalil | Review final draft response to ██████. | 0.25 | 535.00 | 133.75 |
| 09/12/15 | A. G. Provenzano | Revise ████████; calls regarding same. | 4.25 | 605.00 | 2,571.25 |
| 09/12/15 | E. M. Sweeney | Review ████████████ letter; review █ ████; attend conference calls regarding ████████; provide revisions to ██████; review ███████████████ review revised response to ██████████. | 5.75 | 580.00 | 3,335.00 |
| 09/13/15 | A. G. Provenzano | Review █████████ revisions; review ████ ████████████████. | 3.75 | 605.00 | 2,268.75 |

Energy Future Holdings
Page 5

Invoice No.337817
Client/Matter No. 869938.000018
October 23, 2015

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 09/13/15 | E. M. Sweeney | Review latest drafts of response to █████ █████ and ███; create issues list for ███; attend conference calls regarding ████████ issues. | 10.50 | 580.00 | 6,090.00 |
| 09/14/15 | G. Quintiere | Review various issues regarding ████████ ███████ and company's ██. | 1.00 | 775.00 | 775.00 |
| 09/14/15 | A. G. Provenzano | Call and revised █████████; prepare comments regarding same; review ████████; review ████████. | 3.50 | 605.00 | 2,117.50 |
| 09/14/15 | E. M. Sweeney | Review revised ███ document; attend conference calls regarding same; review revised ████; provide comments regarding same. | 12.50 | 580.00 | 7,250.00 |
| 09/15/15 | G. Quintiere | Review certain documents and email to A. Provenzano. | 0.50 | 775.00 | 387.50 |
| 09/15/15 | A. G. Provenzano | Review █████ issues; review ██████ ████ issues; review agreements regarding same; review and revise ██; prepare ████████ agreement. | 5.25 | 605.00 | 3,176.25 |
| 09/15/15 | E. M. Sweeney | Review ████████; revise response to ████████; revise ██; meeting with A. Rogers regarding ████. | 5.50 | 580.00 | 3,190.00 |
| 09/15/15 | J. Dayan | Research regarding ███████ plans; e-mail to A. Provenzano on same. | 2.25 | 575.00 | 1,293.75 |
| 09/15/15 | A. B. Rogers | Research ████████ ███████ in favor of the ██. | 3.50 | 435.00 | 1,522.50 |
| 09/16/15 | G. Quintiere | Review ████████; email to A. Provenzano. | 0.50 | 775.00 | 387.50 |
| 09/16/15 | A. G. Provenzano | Call regarding █████████; prepare comments regarding same; review terms of agreement with ███. | 4.00 | 605.00 | 2,420.00 |
| 09/16/15 | E. M. Sweeney | Meeting with A. Rogers regarding ████; provide revisions to ███; provide revisions to response to █████. | 9.25 | 580.00 | 5,365.00 |
| 09/16/15 | J. Dayan | Research regarding ███████ plans; e-mail to A. Provenzano on same. | 0.25 | 575.00 | 143.75 |

Energy Future Holdings
Page 6

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 09/16/15 | A. B. Rogers | Research ███ ███ agreements for the ███ █. | 2.75 | 435.00 | 1,196.25 |
| 09/17/15 | G. Quintiere | Review certain ███ agreement and revise same; email to A. Provenzano. | 0.75 | 775.00 | 581.25 |
| 09/17/15 | T. S. Gee | Review ███ issue. | 0.25 | 690.00 | 172.50 |
| 09/17/15 | A. G. Provenzano | Review and prepare ███ document; review comments to ███; review ███. | 5.75 | 605.00 | 3,478.75 |
| 09/17/15 | E. M. Sweeney | Review ███. | 1.50 | 580.00 | 870.00 |
| 09/18/15 | A. G. Provenzano | Review and revise ███; prepare agreement ███; call with ███ regarding ███ and regarding ███. | 2.50 | 605.00 | 1,512.50 |
| 09/18/15 | E. M. Sweeney | Review updated ███; provide comments regarding same. | 1.75 | 580.00 | 1,015.00 |
| 09/18/15 | N. Wamsley * | Write ███ agreement. | 4.50 | 330.00 | 1,485.00 |
| 09/21/15 | A. G. Provenzano | Prepare ███; review ███; review ███ | 4.25 | 605.00 | 2,571.25 |
| 09/22/15 | A. G. Provenzano | Prepare ███ agreement; review ███ and ███ comments. | 2.75 | 605.00 | 1,663.75 |
| 09/23/15 | A. G. Provenzano | Draft ███ agreement; review ███ issues. | 4.25 | 605.00 | 2,571.25 |
| 09/25/15 | A. G. Provenzano | Prepare ███ agreement; outline ███ regarding ███. | 1.50 | 605.00 | 907.50 |
| 09/27/15 | A. G. Provenzano | Call regarding ███; prepare emails regarding same; prepare ███ language. | 3.50 | 605.00 | 2,117.50 |
| 09/27/15 | E. M. Sweeney | Review prior versions of ███ and issue list; review and revise ███; attend conference calls with ███ and A. Provanzano regarding ███; prepare issue list; review and revise updated ███ ███. | 7.00 | 580.00 | 4,060.00 |
| 09/28/15 | A. G. Provenzano | Prepare ███ agreement; prepare emails regarding same. | 3.50 | 605.00 | 2,117.50 |

Energy Future Holdings
Page 7

Invoice No.337817
Client/Matter No. 869938.000018
October 23, 2015

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 09/28/15 | E. M. Sweeney | Attend conference call with ███; attend ██████████ regarding next steps; revise ████████ █. | 3.25 | 580.00 | 1,885.00 |
| 09/29/15 | A. G. Provenzano | Call regarding ██████████ ███ agreement; prepare comments regarding same. | 2.75 | 605.00 | 1,663.75 |
| 09/29/15 | E. M. Sweeney | Develop redline of ████ reflecting latest ██████████. | 3.25 | 580.00 | 1,885.00 |

**Total Fees**                                                        **$ 142,463.75**

### TIME SUMMARY

| Name | Hours | Rate | | Amount |
|------|-------|------|---|--------|
| C. F. Oliphant III | 0.50 | 775.00 | $ | 387.50 |
| G. Quintiere | 5.05 | 775.00 | | 3,913.75 |
| T. S. Gee | 0.25 | 690.00 | | 172.50 |
| A. G. Provenzano | 113.00 | 605.00 | | 68,365.00 |
| E. M. Sweeney | 101.50 | 580.00 | | 58,870.00 |
| J. Dayan | 2.50 | 575.00 | | 1,437.50 |
| M. Khalil | 2.50 | 535.00 | | 1,337.50 |
| A. B. Rogers | 10.00 | 435.00 | | 4,350.00 |
| N. Wamsley * | 11.00 | 330.00 | | 3,630.00 |
| Total Fees | | | $ | 142,463.75 |

\*  Not admitted in the District of Columbia.  Practicing under the supervision of a member of the D.C. Bar while admission is pending.



MILLER & Chevalier Chartered

655 Fifteenth Street, N.W., Suite 900
Washington, D.C. 20005-5701
(202) 626-5800 FAX: (202) 626-5801
E.I.N. 52-1212890

---

## REMITTANCE PAGE

### For Professional Services Rendered

Jeffrey J. Walker
Vice President, Associate General Counsel & Secretary
Energy Future Holdings
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice No: 337817
Client/Matter No: 869938.000018
October 23, 2015

---

| | |
|---|---:|
| Balance Due From Previous Statement | $ 74,686.25 |
| Total Fees and Expenses - Current Period | 142,463.75 |
| **Total Amount Due** | **$ 217,150.00** |

### OUTSTANDING STATEMENTS

| Date | Invoice | Invoice Amount | Payment Received | Balance |
|---|---|---|---|---|
| 09/17/15 | 337357 | $74,686.25 | $0.00 | $74,686.25 |

### AGING

| Current | 31-60 Days | 61-90 Days | 91-120 Days | Over 120 Days |
|---|---|---|---|---|
| $0.00 | $74,686.25 | $0.00 | $0.00 | $0.00 |

**PLEASE RETURN THIS COPY WITH YOUR PAYMENT TO:**
**Miller & Chevalier Chartered, P.O. BOX 758604, Baltimore, MD 21275-8604**

| PAYMENT BY <u>WIRE</u> ONLY: | | PAYMENT BY <u>ACH</u> ONLY: | |
|---|---|---|---|
| BANK: | WELLS FARGO WASHINGTON, D.C. | BANK: | WELLS FARGO WASHINGTON, D.C. |
| ACCOUNT: | 2000002972561 | ACCOUNT: | 2000002972561 |
| ABA: | 121000248 | ABA: | 054001220 |
| SWIFT CODE: | WFBIUS6S | | |



MILLER
CHEVALIER

Miller & Chevalier Chartered

655 Fifteenth Street, N.W., Suite 900
Washington, D.C. 20005-5701
(202) 626-5800  FAX: (202) 626-5801
E.I.N. 52-1212890

LEGAL SERVICES FOR:    Jeffrey J. Walker
Vice President, Associate General Counsel & Secretary
Energy Future Holdings
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

PERIOD: October 2015

INVOICE NO:              338242
CLIENT/MATTER NO.:       869938.000018
DATE:                    November 23, 2015

FOR PROFESSIONAL SERVICES RENDERED
for the period ending October 31, 2015, in connection with:

████████████

E-Bill: Serengeti

| | | |
|---|---|---|
| Fees | $ | 78,261.25 |
| **Total Amount Due** | **$** | **78,261.25** |

Energy Future Holdings
Page 2

Invoice No. 338242
Client/Matter No. 869938.000018
November 23, 2015

## TIME DETAIL

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 10/01/15 | E. M. Sweeney | Review revised █████; coordinate with ████ regarding same. | 0.50 | 580.00 | $ 290.00 |
| 10/02/15 | A. G. Provenzano | Prepare emails regarding ████ under █████████; review agreement regarding same; revise ██ regarding same. | 3.25 | 605.00 | 1,966.25 |
| 10/02/15 | E. M. Sweeney | Review ████ issue list; coordinate with A. Provenzano and ████ regarding same. | 0.75 | 580.00 | 435.00 |
| 10/05/15 | A. G. Provenzano | Revise ██ regarding ████ calculations. | 1.50 | 605.00 | 907.50 |
| 10/06/15 | A. G. Provenzano | Call regarding ████ and ████ issues; revise ████ regarding same. | 2.50 | 605.00 | 1,512.50 |
| 10/06/15 | E. M. Sweeney | Review and revise █████ and ████ agreement; review █████; coordinate with ████ and A. Provenzano regarding same. | 7.50 | 580.00 | 4,350.00 |
| 10/07/15 | A. G. Provenzano | Review emails regarding █████ comments to transaction and ████ comments on ███. | 1.50 | 605.00 | 907.50 |
| 10/07/15 | E. M. Sweeney | Attend conference call with ████ regarding ████ agreement. | 1.50 | 580.00 | 870.00 |
| 10/08/15 | A. G. Provenzano | Review and revise ████ and email and ████ items; prepare emails regarding same regarding █████. | 5.25 | 605.00 | 3,176.25 |
| 10/08/15 | E. M. Sweeney | Review and revise █████ agreement. | 3.50 | 580.00 | 2,030.00 |
| 10/09/15 | A. G. Provenzano | Draft ███ and call regarding same. | 2.50 | 605.00 | 1,512.50 |
| 10/09/15 | E. M. Sweeney | Review revised █████ agreement; revise ████ agreement; coordinate with █████ and A. Provenzano regarding same. | 4.50 | 580.00 | 2,610.00 |
| 10/11/15 | A. G. Provenzano | Review ███ agreement and redlines. | 1.00 | 605.00 | 605.00 |
| 10/12/15 | A. G. Provenzano | Call regarding ████ and revise documents regarding same. | 3.25 | 605.00 | 1,966.25 |
| 10/13/15 | A. G. Provenzano | Prepare email and ███; prepare ███. | 3.75 | 605.00 | 2,268.75 |

Energy Future Holdings
Page 3

Invoice  No.338242
Client/Matter No. 869938.000018
November 23, 2015

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 10/13/15 | E. M. Sweeney | Draft, review and revise ███████ agreement; coordinate with ███████ ███████ and A. Provenzano regarding same. | 14.75 | 580.00 | 8,555.00 |
| 10/14/15 | A. G. Provenzano | Review and revise ███████; call regarding same; review ███████ issues regarding ███████. | 3.25 | 605.00 | 1,966.25 |
| 10/14/15 | E. M. Sweeney | Review, draft and revise ███████ ███████ agreement; coordinate with ███████ and A. Provenzano regarding same. | 11.50 | 580.00 | 6,670.00 |
| 10/14/15 | A. B. Rogers | Research ███████ resources on ███████ as to ███████. | 0.50 | 435.00 | 217.50 |
| 10/15/15 | A. G. Provenzano | Review ███████ drafts of ███████. | 2.75 | 605.00 | 1,663.75 |
| 10/15/15 | E. M. Sweeney | Revise ███████ agreement to incorporate latest round of changes; review updated ███████ agreement. | 4.00 | 580.00 | 2,320.00 |
| 10/16/15 | A. G. Provenzano | Prepare comments to ███; call regarding same. | 2.75 | 605.00 | 1,663.75 |
| 10/16/15 | E. M. Sweeney | Review updated ███████ agreement and ███████ agreement; coordinate with ███████ and A. Provenzano regarding same. | 1.50 | 580.00 | 870.00 |
| 10/20/15 | A. G. Provenzano | Prepare ███ and comments per ███████ comments; call regarding same. | 2.25 | 605.00 | 1,361.25 |
| 10/20/15 | E. M. Sweeney | Review ███████ agreement and ███████ agreement; provide comments regarding same. | 2.50 | 580.00 | 1,450.00 |
| 10/21/15 | E. M. Sweeney | Review updated ███████ agreement; coordinate with ███████ regarding same. | 0.50 | 580.00 | 290.00 |
| 10/22/15 | A. G. Provenzano | Call with ███; revise documents regarding same; calls with ██. | 4.00 | 605.00 | 2,420.00 |
| 10/22/15 | E. M. Sweeney | Coordinate with ███████ and A. Provenzano regarding ███████ agreement; revise document to reflect conversations. | 10.50 | 580.00 | 6,090.00 |

Energy Future Holdings
Page 4

Invoice  No.338242
Client/Matter No. 869938.000018
November 23, 2015

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 10/23/15 | A. G. Provenzano | Call regarding ███; revise same. | 2.50 | 605.00 | 1,512.50 |
| 10/23/15 | E. M. Sweeney | Draft and revise updated ████████ ██████████ agreement; coordinate with ███████ and A Provenzano regarding same; coordinate with ████████ regarding ████████████████ issues; review updated ███████████ agreement. | 12.75 | 580.00 | 7,395.00 |
| 10/26/15 | A. G. Provenzano | Review revised ████; calls regarding same. | 2.25 | 605.00 | 1,361.25 |
| 10/26/15 | E. M. Sweeney | Prepare for and attend conference call regarding ██████████████ agreement. | 2.00 | 580.00 | 1,160.00 |
| 10/29/15 | A. G. Provenzano | Review latest draft; review ██████████ ██████ agreement regarding same. | 1.00 | 605.00 | 605.00 |
| 10/29/15 | E. M. Sweeney | Review revised ████████████ agreement. | 1.00 | 580.00 | 580.00 |
| 10/30/15 | A. G. Provenzano | Review drafts and calls regarding ██████ and comments regarding same. | 1.75 | 605.00 | 1,058.75 |
| 10/30/15 | E. M. Sweeney | Review revised ████████████ agreement; coordinate with ████████ and A. Provenzano; revise ████████ agreement; attend conference call regarding █████████. | 5.50 | 580.00 | 3,190.00 |
| 10/31/15 | A. G. Provenzano | Review ████. | 0.75 | 605.00 | 453.75 |
| Total Fees | | | | $ | **78,261.25** |

## TIME SUMMARY

| Name | Hours | Rate | | Amount |
|------|-------|------|---|--------|
| A. G. Provenzano | 47.75 | 605.00 | $ | 28,888.75 |
| E. M. Sweeney | 84.75 | 580.00 | | 49,155.00 |
| A. B. Rogers | 0.50 | 435.00 | | 217.50 |
| Total Fees | | | $ | 78,261.25 |



MILLER & Chevalier Chartered

655 Fifteenth Street, N.W., Suite 900
Washington, D.C.  20005-5701
(202) 626-5800  FAX:  (202) 626-5801
E.I.N. 52-1212890

---

## REMITTANCE PAGE

### For Professional Services Rendered

Jeffrey J. Walker
Vice President, Associate General Counsel & Secretary
Energy Future Holdings
1601 Bryan Street, 43rd Floor
Dallas, TX  75201

PLEASE INDICATE  INVOICE
NUMBER ON REMITTANCE
Invoice  No: 338242
Client/Matter No: 869938.000018
November 23, 2015

---

Balance Due From Previous Statement $    217,150.00
Total Fees and Expenses - Current Period            78,261.25

**Total Amount Due** $    <u>295,411.25</u>

### OUTSTANDING STATEMENTS

| Date | Invoice | Invoice Amount | Payment Received | Balance |
|------|---------|----------------|------------------|---------|
| 09/17/15 | 337357 | $74,686.25 | $0.00 | $74,686.25 |
| 10/23/15 | 337817 | $142,463.75 | $0.00 | $142,463.75 |

### AGING

| Current | 31-60 Days | 61-90 Days | 91-120 Days | Over 120 Days |
|---------|-----------|-----------|-------------|---------------|
| $0.00 | $142,463.75 | $74,686.25 | $0.00 | $0.00 |

**PLEASE RETURN THIS COPY WITH YOUR PAYMENT TO:**
**Miller & Chevalier Chartered, P.O. BOX 758604, Baltimore, MD  21275-8604**

| PAYMENT BY <u>WIRE</u> ONLY: | | PAYMENT BY <u>ACH</u> ONLY: | |
|---|---|---|---|
| BANK: | WELLS FARGO<br>WASHINGTON, D.C. | BANK: | WELLS FARGO<br>WASHINGTON, D.C. |
| ACCOUNT: | 2000002972561 | ACCOUNT: | 2000002972561 |
| ABA: | 121000248 | ABA: | 054001220 |
| SWIFT CODE: | WFBIUS6S | | |



## MILLER CHEVALIER

Miller & Chevalier Chartered

655 Fifteenth Street, N.W., Suite 900
Washington, D.C.  20005-5701
(202) 626-5800  FAX:  (202) 626-5801
E.I.N. 52-1212890

LEGAL SERVICES FOR:    Jeffrey J. Walker
Vice President, Associate General Counsel & Secretary
Energy Future Holdings
1601 Bryan Street, 43rd Floor
Dallas, TX  75201

PERIOD:    November 2015

INVOICE NO:    338682
CLIENT/MATTER NO.:    869938.000018
DATE:    December 21, 2015

FOR PROFESSIONAL SERVICES RENDERED
for the period ending November 30, 2015, in connection with:

███████

E-Bill: Serengeti

| | | |
|---|---|---|
| Fees | $ | 118,696.25 |
| Expenses | | 25.85 |
| **Total Amount Due** | **$** | **118,722.10** |

Energy Future Holdings
Page 2

Invoice No.338682
Client/Matter No. 869938.000018
December 21, 2015

## TIME DETAIL

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 11/01/15 | A. G. Provenzano | Review ███. | 0.75 | 605.00 | $ 453.75 |
| 11/01/15 | E. M. Sweeney | Coordinate with team; telephone conference with ███████ regarding revised ████████; incorporate revisions and circulate agreement. | 8.50 | 580.00 | 4,930.00 |
| 11/02/15 | A. G. Provenzano | Calls regarding ███ and ███ issues. | 1.25 | 605.00 | 756.25 |
| 11/02/15 | E. M. Sweeney | Review and revise ████████ regarding ███ issues; attend conference calls regarding same. | 5.25 | 580.00 | 3,045.00 |
| 11/03/15 | A. G. Provenzano | Call regarding ███ and prepare revision regarding same; review ███ issues. | 3.75 | 605.00 | 2,268.75 |
| 11/03/15 | E. M. Sweeney | Coordinate with team regarding ███ provisions; review background regarding same; review revised draft ████████. | 5.00 | 580.00 | 2,900.00 |
| 11/04/15 | A. G. Provenzano | Review materials regarding ███ issue; prepare email regarding same. | 5.25 | 605.00 | 3,176.25 |
| 11/04/15 | E. M. Sweeney | Review ███████ research; coordinate with A. Provenzano and ███ regarding same. | 4.75 | 580.00 | 2,755.00 |
| 11/04/15 | L. E. Briggerman | Telephone conference with A. Provenzano to discuss ████████ research assignment; conduct case law research regarding whether ████████. | 4.50 | 500.00 | 2,250.00 |
| 11/04/15 | A. B. Rogers | Confer with L. Briggerman regarding ███ research. | 0.25 | 435.00 | 108.75 |
| 11/05/15 | A. G. Provenzano | Prepare emails regarding ███ issues; call regarding same; revise agreements regarding same. | 2.75 | 605.00 | 1,663.75 |
| 11/05/15 | E. M. Sweeney | Coordinate with ███ team regarding ███ issues; review research regarding ████████. | 4.00 | 580.00 | 2,320.00 |
| 11/06/15 | T. S. Gee | Evaluate ████████ issues. | 0.50 | 690.00 | 345.00 |
| 11/06/15 | A. G. Provenzano | Prepare revised drafts. | 1.50 | 605.00 | 907.50 |
| 11/06/15 | E. M. Sweeney | Review revised markup addressing ███ issues. | 3.25 | 580.00 | 1,885.00 |

Energy Future Holdings
Page 3

Invoice  No.338682
Client/Matter No. 869938.000018
December 21, 2015

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 11/06/15 | Y. Ding | Research whether █████████; e-mail A. Provenzano regarding this issue. | 4.00 | 330.00 | 1,320.00 |
| 11/07/15 | A. G. Provenzano | ████████ issues. | 1.50 | 605.00 | 907.50 |
| 11/07/15 | E. M. Sweeney | Review ████████ research. | 2.25 | 580.00 | 1,305.00 |
| 11/09/15 | T. S. Gee | Evaluate ████████ and ████████; analyze ████████ issues; review and revise terms of ████████ agreement. | 4.25 | 690.00 | 2,932.50 |
| 11/09/15 | A. G. Provenzano | ████████ issues; prepare emails and review agreement regarding same. | 3.50 | 605.00 | 2,117.50 |
| 11/09/15 | E. M. Sweeney | Review ████████ research; coordinate with A. Provenzano regarding same. | 4.25 | 580.00 | 2,465.00 |
| 11/09/15 | Y. Ding | Research whether ████████; discuss with A. Provenzano. | 4.00 | 330.00 | 1,320.00 |
| 11/10/15 | T. S. Gee | Review ████████ issues; telephone conference with ████████ concerning ████████ and ████████ issues. | 1.00 | 690.00 | 690.00 |
| 11/10/15 | A. G. Provenzano | Revise agreement regarding ████████ and other provisions; calls regarding same; research same. | 4.75 | 605.00 | 2,873.75 |
| 11/10/15 | E. M. Sweeney | Attend team calls regarding revised ████████; review revised draft; provide comments regarding same. | 4.75 | 580.00 | 2,755.00 |
| 11/10/15 | Y. Ding | Research ████████ and ████████ issue. | 1.25 | 330.00 | 412.50 |
| 11/11/15 | A. G. Provenzano | Call on outstanding issues; review provisions regarding same. | 2.00 | 605.00 | 1,210.00 |
| 11/11/15 | E. M. Sweeney | Review revised ████████ agreement; provide comments regarding same. | 3.50 | 580.00 | 2,030.00 |
| 11/12/15 | A. G. Provenzano | Review agreement changes regarding ████████; call regarding same. | 1.50 | 605.00 | 907.50 |
| 11/12/15 | E. M. Sweeney | Review ████████ agreement revisions regarding ████████ issues. | 4.50 | 580.00 | 2,610.00 |

Energy Future Holdings
Page 4

Invoice  No.338682
Client/Matter No. 869938.000018
December 21, 2015

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 11/13/15 | A. G. Provenzano | Call regarding ███; prepare email regarding same. | 2.75 | 605.00 | 1,663.75 |
| 11/13/15 | E. M. Sweeney | Review revised drafts; attend conference calls with ██████████ and with ██████████ regarding ████████. | 8.25 | 580.00 | 4,785.00 |
| 11/14/15 | E. M. Sweeney | Review and revise ████████ agreement and ██████████ concerns. | 7.75 | 580.00 | 4,495.00 |
| 11/16/15 | A. G. Provenzano | Emails from ████ and review ████ regarding same. | 1.25 | 605.00 | 756.25 |
| 11/16/15 | E. M. Sweeney | Review ████████ language. | 2.25 | 580.00 | 1,305.00 |
| 11/17/15 | E. M. Sweeney | Review revised markup; provide comments to ████████████. | 2.50 | 580.00 | 1,450.00 |
| 11/18/15 | A. G. Provenzano | Review ████████ drafts and call regarding same; call regarding ████████. | 3.50 | 605.00 | 2,117.50 |
| 11/18/15 | E. M. Sweeney | Review latest markup; attend conference calls regarding markup; provide updated language. | 10.75 | 580.00 | 6,235.00 |
| 11/19/15 | A. G. Provenzano | Calls regarding ████ and provisions; review ████ draft; review comments regarding same; review ████████. | 5.25 | 605.00 | 3,176.25 |
| 11/19/15 | E. M. Sweeney | Review updated ████████ agreement; attend conference call regarding ████████; incorporate comments into revised draft. | 8.75 | 580.00 | 5,075.00 |
| 11/20/15 | A. G. Provenzano | Prepare email regarding ████████; prepare language regarding ████; calls regarding same. | 3.75 | 605.00 | 2,268.75 |
| 11/20/15 | E. M. Sweeney | Review revised language regarding ████████ issues; attend conference calls regarding revisions; revise document. | 5.50 | 580.00 | 3,190.00 |
| 11/22/15 | E. M. Sweeney | Review revised markup. | 1.75 | 580.00 | 1,015.00 |
| 11/23/15 | E. M. Sweeney | Review updated ████████ agreement draft; provide comments regarding same. | 2.25 | 580.00 | 1,305.00 |

Invoice  No.338682  
Client/Matter No. 869938.000018  
December 21, 2015

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 11/24/15 | A. G. Provenzano | Calls regarding ███ and prepare documents regarding same. | 2.25 | 605.00 | 1,361.25 |
| 11/24/15 | E. M. Sweeney | Review ███ comments to ███ ███ agreement; review and revise agreement to conform with the ███ agreement. | 7.25 | 580.00 | 4,205.00 |
| 11/25/15 | A. G. Provenzano | Call regarding ███ and ███ provisions; review materials regarding same. | 2.75 | 605.00 | 1,663.75 |
| 11/25/15 | E. M. Sweeney | Review revised language regarding ███ issues; attend conference call with ███ regarding same; revise ███ provisions. | 8.25 | 580.00 | 4,785.00 |
| 11/27/15 | A. G. Provenzano | Calls regarding ███; review drafts regarding same. | 3.50 | 605.00 | 2,117.50 |
| 11/27/15 | E. M. Sweeney | Review updated ███ agreement; attend conference calls regarding same; revise agreement. | 7.50 | 580.00 | 4,350.00 |
| 11/28/15 | A. G. Provenzano | Review drafts regarding ███. | 2.25 | 605.00 | 1,361.25 |
| 11/28/15 | E. M. Sweeney | Review markup and provide comments. | 5.75 | 580.00 | 3,335.00 |
| 11/30/15 | A. G. Provenzano | Review drafts regarding ███. | 1.75 | 605.00 | 1,058.75 |
| Total Fees | | | | | **$  118,696.25** |

## TIME SUMMARY

| Name | Hours | Rate | | Amount |
|------|-------|------|---|--------|
| T. S. Gee | 5.75 | 690.00 | $ | 3,967.50 |
| A. G. Provenzano | 57.50 | 605.00 | | 34,787.50 |
| E. M. Sweeney | 128.50 | 580.00 | | 74,530.00 |
| L. E. Briggerman | 4.50 | 500.00 | | 2,250.00 |
| A. B. Rogers | 0.25 | 435.00 | | 108.75 |
| Y. Ding | 9.25 | 330.00 | | 3,052.50 |
| Total Fees | | | $ | 118,696.25 |

## EXPENSE SUMMARY

| Description | | Amount |
|-------------|---|--------|
| Lexis/Westlaw | $ | 17.05 |
| Telephone | | 8.80 |
| Total Expenses | $ | 25.85 |



# MILLER CHEVALIER

Miller & Chevalier Chartered

655 Fifteenth Street, N.W., Suite 900
Washington, D.C. 20005-5701
(202) 626-5800 FAX: (202) 626-5801
E.I.N. 52-1212890

## REMITTANCE PAGE

### For Professional Services Rendered

Jeffrey J. Walker
Vice President, Associate General Counsel & Secretary
Energy Future Holdings
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice No: 338682
Client/Matter No: 869938.000018
December 21, 2015

| | | |
|---|---|---:|
| Balance Due From Previous Statement | $ | 295,411.25 |
| Total Fees and Expenses - Current Period | | 118,722.10 |
| **Total Amount Due** | $ | 414,133.35 |

## OUTSTANDING STATEMENTS

| Date | Invoice | Invoice Amount | Payment Received | Balance |
|---|---|---:|---:|---:|
| 09/17/15 | 337357 | $74,686.25 | $0.00 | $74,686.25 |
| 10/23/15 | 337817 | $142,463.75 | $0.00 | $142,463.75 |
| 11/23/15 | 338242 | $78,261.25 | $0.00 | $78,261.25 |

## AGING

| Current | 31-60 Days | 61-90 Days | 91-120 Days | Over 120 Days |
|---:|---:|---:|---:|---:|
| $78,261.25 | $142,463.75 | $0.00 | $74,686.25 | $0.00 |

### PLEASE RETURN THIS COPY WITH YOUR PAYMENT TO:
### Miller & Chevalier Chartered, P.O. BOX 758604, Baltimore, MD 21275-8604

| PAYMENT BY WIRE ONLY: | | PAYMENT BY ACH ONLY: | |
|---|---|---|---|
| BANK: | WELLS FARGO WASHINGTON, D.C. | BANK: | WELLS FARGO WASHINGTON, D.C. |
| ACCOUNT: | 2000002972561 | ACCOUNT: | 2000002972561 |
| ABA: | 121000248 | ABA: | 054001220 |
| SWIFT CODE: | WFBIUS6S | | |

# MILLER CHEVALIER

Miller & Chevalier Chartered

655 Fifteenth Street, N.W., Suite 900
Washington, D.C. 20005-5701
(202) 626-5800  FAX: (202) 626-5801
E.I.N. 52-1212890

LEGAL SERVICES FOR:   Carla Howard, Esq.
Vice President Tax & General Tax Counsel
Energy Future Holdings
1601 Bryan Street, Suite 4600
Dallas, TX 75201-3411

PERIOD:   November 2015

INVOICE NO:   338594
CLIENT/MATTER NO.:   869938.000016
DATE:   December 15, 2015

FOR PROFESSIONAL SERVICES RENDERED
for the period ending November 30, 2015, in connection with:

████████████

E-Bill: Serengeti

| | | |
|---|---|---|
| Fees | $ | 14,895.00 |
| **Total Amount Due** | $ | **14,895.00** |

2076833.1

Energy Future Holdings
Page 2

Invoice No.338594
Client/Matter No. 869938.000016
December 15, 2015

## TIME DETAIL

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 11/03/15 | S. Morrison * | Continue ▮ | 1.25 | 350.00 | $   437.50 |
| 11/04/15 | S. Morrison * | Review ▮ necessary for ▮ | 4.25 | 350.00 | 1,487.50 |
| 11/05/15 | J. Warren | Meet with ▮ re ▮ | 0.50 | 840.00 | 420.00 |
| 11/05/15 | S. Morrison * | Meet with ▮ to discuss ▮; continue ▮ | 3.75 | 350.00 | 1,312.50 |
| 11/09/15 | G. A. Hani | Email exchange with ▮; review ▮; coordinate with ▮ on ▮ | 0.50 | 855.00 | 427.50 |
| 11/09/15 | S. Morrison * | Send e-mail to ▮ regarding ▮ | 0.50 | 350.00 | 175.00 |
| 11/10/15 | G. A. Hani | Review ▮ | 0.50 | 855.00 | 427.50 |
| 11/11/15 | G. A. Hani | Review ▮; meet with ▮; email to ▮ with ▮ | 1.00 | 855.00 | 855.00 |
| 11/11/15 | J. Warren | Discussion with ▮ re ▮ | 0.25 | 840.00 | 210.00 |
| 11/11/15 | S. Morrison * | Compile and prepare ▮; meet with ▮ to discuss ▮ | 5.50 | 350.00 | 1,925.00 |
| 11/17/15 | S. Morrison * | Produce draft of ▮; send draft to ▮ to review. | 2.50 | 350.00 | 875.00 |
| 11/19/15 | J. Warren | Review and revise ▮. | 4.00 | 840.00 | 3,360.00 |
| 11/20/15 | G. A. Hani | Review draft ▮ | 0.50 | 855.00 | 427.50 |
| 11/20/15 | J. Warren | Review and revise ▮ | 2.00 | 840.00 | 1,680.00 |
| 11/20/15 | S. Morrison * | Finish draft of ▮; send to ▮ | 2.50 | 350.00 | 875.00 |

Total Fees    $   **14,895.00**

2076833.1

Invoice No.338594
Client/Matter No. 869938.000016
December 15, 2015

Energy Future Holdings
Page 3

## TIME SUMMARY

| Name | Hours | Rate | | Amount |
|------|-------|------|---|--------|
| G. A. Hani | 2.50 | 855.00 | $ | 2,137.50 |
| J. Warren | 6.75 | 840.00 | | 5,670.00 |
| S. Morrison * | 20.25 | 350.00 | | 7,087.50 |
| Total Fees | | | $ | 14,895.00 |

\*  Not admitted in the District of Columbia.  Practicing under the supervision of a member of the D.C. Bar while admission is pending.



**MILLER CHEVALIER**

Miller & Chevalier Chartered

655 Fifteenth Street, N.W., Suite 900
Washington, D.C. 20005-5701
(202) 626-5800  FAX: (202) 626-5801
E.I.N. 52-1212890

## REMITTANCE PAGE

### For Professional Services Rendered

Carla Howard, Esq.
Vice President Tax & General Tax Counsel
Energy Future Holdings
1601 Bryan Street, Suite 4600
Dallas, TX 75201-3411

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice No: 338594
Client/Matter No: 869938.000016
December 15, 2015

| | | |
|---|---|---|
| Balance Due From Previous Statement | $ | 4,852.50 |
| Payments Received Since Previous Statement | | (2,665.00) |
| **Previous Balance Due** | | **2,187.50** |
| Total Fees and Expenses - Current Period | | 14,895.00 |
| **Total Amount Due** | $ | **17,082.50** |

### OUTSTANDING STATEMENTS

| Date | Invoice | Invoice Amount | Payment Received | Balance |
|---|---|---|---|---|
| 11/16/15 | 338121 | $2,187.50 | $0.00 | $2,187.50 |

**PLEASE RETURN THIS COPY WITH YOUR PAYMENT TO:**
**Miller & Chevalier Chartered, P.O. BOX 758604, Baltimore, MD 21275-8604**

| PAYMENT BY WIRE ONLY: | | PAYMENT BY ACH ONLY: | |
|---|---|---|---|
| BANK: | WELLS FARGO WASHINGTON, D.C. | BANK: | WELLS FARGO WASHINGTON, D.C. |
| ACCOUNT: | 2000002972561 | ACCOUNT: | 2000002972561 |
| ABA: | 121000248 | ABA: | 054001220 |
| SWIFT CODE: | WFBIUS6S | | |

2076833.1