# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors.[1] | ) ) | (Jointly Administered) |
|  | ) ) ) | **Re: D.I. 652, 968, 1969, 1971, 2038, 3048, 3641, 3847** |

### SUPPLEMENTAL DECLARATION OF MICHAEL HARLING
### IN CONNECTION WITH THE RETENTION AND EMPLOYMENT
### OF KPMG LLP AS BANKRUPTCY ACCOUNTING AND TAX ADVISORS
### BY THE DEBTORS AND DEBTORS IN POSSESSION

I, Michael Harling, being duly sworn, state the following under penalty of perjury:

1. I am a Partner of KPMG LLP ("KPMG"), which has a place of business at 811 Main Street, Houston, Texas 77002-3633. KPMG is the United States member firm of KPMG International, a Swiss cooperative.

2. I submit this declaration, pursuant to Bankruptcy Rules 2014(a) and 2016(b), on behalf of KPMG (the "Supplemental Harling Declaration") in support of the *Application of Energy Future Holdings Corp. et al., for Entry of an Order Authorizing the Debtors to Retain and Employ KPMG LLP as Bankruptcy Accounting and Tax Advisors Effective Nunc Pro Tunc to the Petition Date* [D.I. 652] (the "Original Application"). Except as otherwise noted herein, I have personal knowledge of the matters set forth herein.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

**Background**

3. On April 29, 2014, each of the Debtors[2] filed a voluntary petition with the Court under the Bankruptcy Code. The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. The Court has entered a final order for joint administration of these chapter 11 cases [D.I. 849]. The Court has not appointed a trustee. The Office of the United States Trustee for the District of Delaware formed an official committee of unsecured creditors of EFCH, TCEH, the direct and indirect Debtor subsidiaries of EFCH and TCEH, and EFH Corporate Services Company on May 13, 2014 [D.I. 420] and an official committee of unsecured creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EEC, Inc. on October 27, 2014 [D.I. 2570]. Further information regarding the Debtors' business operations and capital structure is set forth in the declaration of Paul Keglevic in support of the Debtors' first day motions [D.I. 98].

4. On May 29, 2014, the Debtors filed the Original Application and the *Declaration of Thomas D. Bibby in Support of the Application of Energy Future Ho/dings Corp., et at., for Entry of an Order Authorizing the Debtors to Retain and Employ KPMG LLP as Bankruptcy Accounting and Tax Advisors Effective Nunc Pro Tunc to the Petition Date* (the "Bibby Declaration") [D.I. 652].

5. On June 11, 2014, the Debtors filed a *Notice of Debtors' Entry into Additional Statement of Work with KPMG LLP* [D.I. 910] (the "Notice") to supplement the Original Application with respect to an additional statement of work entered into between the KPMG Debtors and KPMG on June 3, 2014.

6. On September 5, 2014, the Debtors filed a *Supplement to the Application of*

---

[2] Capitalized terms used, but not otherwise defined, herein shall be given the same meanings ascribed to them in the Original Application.

*Energy Future Holdings Corp. et al., for Entry of an Order Authorizing the Debtors to Retain and Employ KPMG LLP as Bankruptcy Accounting and Tax Advisors Effective Nunc Pro Tunc to the Petition Date* [D.I. 968] and a *Supplemental Declaration of Thomas D. Bibby in Support of the Application of Energy Future Holdings Corp, et al., for Entry of an Order Authorizing the Debtors to Retain and Employ KPMG LLP as Bankruptcy Accounting and Tax Advisors Effective Nunc Pro Tunc to the Petition Date* [D.I. 1969] (the "First Supplemental Bibby Declaration") to address additional statements of work and provide additional services in connection with these chapter 11 cases.

7. Also on September 5, 2014, the Debtors filed a *Declaration of Nancy Braun for Entry of an Order Authorizing the Debtors to Retain and Employ as Bankruptcy Accounting Advisor Effective Nunc Pro Tunc to June 17, 2014* [D.I. 1971] (the "Thavron Declaration") to address additional disclosures regarding KPMG's use of Thavron Solutions LLC ("Thavron") to provide technical assistance related to cost modeling in connection with Apptio services. The Thavron Declaration also established Thavron's disinterestedness.

8. On September 16, 2014, KPMG filed a *Second Supplemental Declaration of Thomas D. Bibby in Support of the Application of Energy Future Holdings Corp., et al., for Entry of an Order Authorizing the Debtors to Retain and Employ KPMG LLP as Bankruptcy Accounting and Tax Advisors Effective Nunc Pro Tunc to the Petition Date* [D.I. 2038] (the "Second Supplemental Bibby Declaration") to address additional disclosures regarding the specific delineation of services between the various retained professionals in these chapter 11 cases and retainer payments made by the KPMG Debtors to KPMG.

9. On December 17, 2014, the Court entered an *Order Granting the Motion of Energy Future Holdings Corp., et al., Authorizing the KPMG Debtors and KPMG Debtors in Possession to Expand the Retention and Employment of KPMG LLP as Bankruptcy Accounting*

*and Tax Advisors Effective Nunc Pro Tunc to August 1, 2014* [D.I. 3048] to address additional statements of work and provide additional services in connection with these chapter 11 cases.

10. On February 24, 2015, the Court entered an *Order Granting the Motion of Energy Future Holdings Corp., et al., for Entry of an Order Authorizing the KPMG Debtors and KPMG Debtors in Possession to Submit Additional Agreements the Expand the Retention and Employment of KPMG LLP as Bankruptcy Accounting, Tax, and 1T Advisors* [D.I. 3641] (the "Procedures Order") to address the approval of additional agreements between KPMG and the Debtors related to KPMG's existing retention under expedited procedures.

11. On March 9, 2015, KPMG filed a *Third Supplemental Declaration of Thomas D. Bibby in Support of the Application of Energy Future Holdings Corp., et al., for Entry of an Order Authorizing the Debtors to Retain and Employ KPMG LLP as Bankruptcy Accounting and Tax Advisors Effective Nunc Pro Tunc to the Petition Date* [D.I. 3847] (the "Third Supplemental Bibby Declaration" and together with the Bibby Declaration, the First Supplemental Bibby Declaration and Second Supplemental Bibby Declaration, the "Bibby Declarations") to address any relationships that KPMG had with additional interested parties.

12. Additional Agreements have been filed by the Debtors under the Procedures Order referenced in paragraph 10. The Notice is titled "Notice of KPMG Debtors' Entry into Additional Agreements with KPMG LLP". There have been eight notices filed by the KPMG Debtors [D.I. 3801, D.I. 4019, D.I. 4646, D.I. 5088, D.I. 5879, D.I. 6146, D.I. 6461, and D.I. 7587].

**Additional Disclosures**

13. As discussed in paragraph 27 of the Bibby Declaration, KPMG stated if and when additional information becomes available with respect to any other relationships which may exist between KPMG, foreign member firms of KPMG International, or their partners and

professionals and the Debtors, creditors, or any other parties in interest which may affect these cases, supplemental declarations describing such information would be filed with this Court. The disclosures set forth below are subject to the statements and qualifications made in the Bibby Declarations, which are incorporated herein by reference.

14. On August 9, 2015, EFH Corp. and EFIH entered into a Purchase Agreement and Agreement and Plan of Merger (the "Merger Agreement"), with Ovation Acquisition I, L.L.C. and Ovation Acquisition II, L.L.C. (collectively, the "Purchasers"). In connection with the Merger Agreement, the Purchasers will acquire the Debtors' interest in Oncor Holdings LLC ("Oncor"). On December 9, 2015, the Bankruptcy Court filed an amended order confirming the *Sixth Amended Joint Plan of Reorganization of Energy Future Holdings Corp. et al., Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 7285]. KPMG understands that the transfer of the Debtors' interest in Oncor is subject to regulatory approval, as described in section IX.B.2 of the reorganization plan, and accordingly the transaction has not yet closed.

15. Pursuant to Section 6.3(a)(1) of the Merger Agreement, the parties agreed to cooperate with each other to take all actions reasonably necessary to consummate the contemplated transactions, including negotiating, preparing and filing and promptly as reasonably practicable all documentation to effect all necessary notices, reports and other filings. KPMG has been approached by the Purchasers to assist in certain procedures in advance of such a closing in order to allow Purchasers (i) to update the existing SEC Form S-11 filing, and (ii) to be prepared for post-closing requirements with respect to public company periodic reporting, Sarbanes Oxley and business integration. Such requirements include consulting with Purchasers on technical accounting considerations related to the planned transaction, assisting them to plan activities and resources associated with applying ASC 805, *Business Combinations* and the related fair value exercise, and assisting them to plan activities

and resources necessary to integrate the prospective acquisition. KPMG's services will have no impact on the transaction between the Debtors and the Purchasers, or on the regulatory approvals necessary for the closing of the transaction. The estimated fee that KPMG will receive for these procedures is anticipated to be $415,000.

16.     The Debtors are aware of the Purchasers' request and were consulted regarding these matters. Moreover, I understand that, as a result of these consultations, the Debtors do not object to KPMG performing these services for the Purchasers. I believe that providing the service noted above for the Purchasers does not adversely impact my firm's ability to continue providing the bankruptcy accounting and tax advisory services currently provided to the Debtors. However, out of an abundance of caution, the client services teams for the Debtors and for the Purchasers will be separated. No KPMG professional providing services for the Debtors will provide services to the Purchasers, and no KPMG professional providing services to the Purchasers will provide services to the Debtors.

[*Remainder of page intentionally left blank.*]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on
Dated: February 10, 2016

_____
Michael Harling, Partner, KPMG LLP