# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re : | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP. *et al.,* : | Case No. 14-10979 (CSS) |
| Debtor-in-Possession. : | (Jointly Administered) |
|  | Ref. docket No. 7714 |

## CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 7714

The undersigned hereby certifies that, as of the date hereof, he/she has received no answer, objection or other responsive pleading to the *Third Interim Application of Richard Gitlin, Individually, and as Chairman of Gitlin & Company, LLC, as the Independent Member of the Fee Committee, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from May 1, 2015 through August 31, 2015* (the "Application"), filed with the Court on January 22, 2016, and entered on the Court's docket as Docket No. 7714. The undersigned further certifies that he has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Application, objections to the Application were to be filed no later than February 11, 2016.

Notwithstanding the absence of objection, the applicant will not seek the entry of any order related to the Application until the Court has considered this matter at the hearing now scheduled for February 18, 2016.

Date:  February 12, 2016        PHILLIPS, GOLDMAN & SPENCE, P.A.

  */s/ Stephen A. Spence*
Stephen W. Spence, Esquire (DE#2033)
Stephen A. Spence, Esquire (DE#5392)
1200 North Broom Street
Wilmington, DE 19806
Phone: (302) 655-4200
Fax: (302) 655-4200
Email: sws@pgslaw.com
           sas@pgslaw.com
  -and-

Katherine Stadler
GODFREY & KAHN, S.C.
One East Main Street, Suite 500
Madison, Wisconsin 53703
Phone: (608) 257-3911
Fax: (608) 257-0609
E-mail: kstadler@gklaw.com

*Attorneys for the Fee Committee*

14134349.1