**EXHIBIT A**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**SUMMARY OF HOURS BY PROFESSIONAL**
*FOR THE PERIOD SEPTEMBER 1, 2015 TO DECEMBER 31, 2015*

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Davido, Scott | Senior Managing Director | $ 875 | 2.8 | $ 2,450.00 |
| Diaz, Matthew | Senior Managing Director | 975 | 67.3 | 65,617.50 |
| Eisenband, Michael | Senior Managing Director | 975 | 15.0 | 14,625.00 |
| Joffe, Steven | Senior Managing Director | 975 | 0.9 | 877.50 |
| Scruton, Andrew | Senior Managing Director | 975 | 77.1 | 75,172.50 |
| Simms, Steven | Senior Managing Director | 975 | 10.3 | 10,042.50 |
| Cordasco, Michael | Managing Director | 795 | 71.0 | 56,445.00 |
| Greenberg, Mark | Managing Director | 795 | 27.7 | 22,021.50 |
| Park, Ji Yon | Managing Director | 795 | 2.3 | 1,828.50 |
| Arsenault, Ronald | Senior Director | 535 | 13.4 | 7,169.00 |
| Rauch, Adam | Director | 645 | 19.1 | 12,319.50 |
| Eimer, Sean | Senior Consultant | 495 | 40.5 | 20,047.50 |
| Gittelman, Jeremy | Consultant | 355 | 44.9 | 15,939.50 |
| Hellmund-Mora, Marili | Administrative | 250 | 16.0 | 4,000.00 |
| Moore, Teresa | Administrative | 225 | 1.0 | 225.00 |
| | **GRAND TOTAL** | | **409.3** | **$308,780.50** |
| | Less: Voluntary Reduction[1] | | | (25,000.00) |
| | **GRAND TOTAL** | | **409.3** | **$283,780.50** |

(1) The voluntary reduction of $25,000 represents estimated fees incurred to review time entries in connection with billing activities.

**EXHIBIT B**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**SUMMARY OF HOURS BY TASK**
*FOR THE PERIOD SEPTEMBER 1, 2015 TO DECEMBER 31, 2015*

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---:|---:|
| 1 | Current Operating Results & Events | 0.4 | $ 318.00 |
| 9 | Analysis of Employee Compensation Programs | 25.3 | 18,940.50 |
| 11 | Prepare for and Attendance at Court Hearings | 28.3 | 24,316.50 |
| 13 | Analysis of Other Miscellaneous Motions | 42.2 | 32,634.00 |
| 14 | Analysis of Claims/Liabilities Subject to Compromise | 46.9 | 40,093.50 |
| 16 | POR & DS - Analysis, Negotiation and Formulation | 110.5 | 107,187.50 |
| 18.A | Investigations of Select Legacy Transactions- Historical Transactions | 2.6 | 1,677.00 |
| 21 | General Meetings with Committee & Committee Counsel | 11.6 | 10,176.00 |
| 24 | Preparation of Fee Application | 120.5 | 55,606.50 |
| 38 | Analysis of Tax Impact on Restructuring Scenarios | 1.8 | 1,431.00 |
| 39 | Analysis of Alternative Tax Structure | 19.2 | 16,400.00 |
| | **GRAND TOTAL** | **409.3** | **$308,780.50** |
| | Less: Voluntary Reduction[1] | | (25,000.00) |
| | **GRAND TOTAL** | **409.3** | **$283,780.50** |

(1) The voluntary reduction of $25,000 represents estimated fees incurred to review time entries in connection with billing activities.

**EXHIBIT C**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**DETAIL OF TIME ENTRIES**
*FOR THE PERIOD SEPTEMBER 1, 2015 TO DECEMBER 31, 2015*

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 09/30/15 | Cordasco, Michael | 0.4 | Analyze budget to actual results for August to assess market trends impacting Debtors' business. |
| **1 Total** | | | **0.4** | |
| 9 | 10/23/15 | Diaz, Matthew | 0.5 | Analyze incentive plan term sheet to assess terms and overall cost. |
| 9 | 11/11/15 | Diaz, Matthew | 1.1 | Perform analysis of the 2016 employee compensation plan to determine reasonableness. |
| 9 | 11/12/15 | Diaz, Matthew | 1.8 | Analyze the proposed 2016 employee compensation plan to assess in comparison to prior year. |
| 9 | 11/12/15 | Diaz, Matthew | 0.6 | Analyze the proposed 2016 employee compensation plan to assess in comparison to prior year. |
| 9 | 11/12/15 | Park, Ji Yon | 0.3 | Update proposed 2016 incentive plan diligence request list. |
| 9 | 11/12/15 | Park, Ji Yon | 0.9 | Analyze Debtors' presentation on proposed 2016 incentive plans to assess reasonableness. |
| 9 | 11/12/15 | Rauch, Adam | 0.2 | Participate on call with Counsel regarding 2016 incentive compensation plans. |
| 9 | 11/12/15 | Rauch, Adam | 2.7 | Assess Debtors' presentation re: proposed 2016 incentive compensation. |
| 9 | 11/12/15 | Rauch, Adam | 0.5 | Draft diligence request list to be sent to the Debtors with regards to 2016 incentive plan. |
| 9 | 11/12/15 | Rauch, Adam | 2.3 | Analyze 2016 scorecards in comparison with prior years performance metrics with regards to 2016 incentive plans. |
| 9 | 11/13/15 | Park, Ji Yon | 0.4 | Follow up with A&M re: outstanding diligence requests for proposed 2016 incentive plans. |
| 9 | 11/16/15 | Rauch, Adam | 2.2 | Prepare presentation materials to Counsel regarding 2016 incentive plans. |
| 9 | 11/17/15 | Park, Ji Yon | 0.4 | Prepare update for counsel re: status of compensation diligence request. |
| 9 | 11/17/15 | Rauch, Adam | 0.2 | Correspond with Counsel regarding reasonableness of incentive comp plans. |
| 9 | 12/01/15 | Rauch, Adam | 0.4 | Analyze support documentation provided by the Debtors regarding the 2016 incentive compensation programs. |
| 9 | 12/01/15 | Rauch, Adam | 2.1 | Update presentation materials to Counsel regarding the 2016 incentive compensation programs to incorporate support documentation provided by the Debtors. |
| 9 | 12/01/15 | Rauch, Adam | 1.4 | Assess the motion and declaration regarding 2016 incentive compensation programs filed by the Debtors. |
| 9 | 12/02/15 | Diaz, Matthew | 0.9 | Examine the incentive plan report to assess reasonableness of proposal. |
| 9 | 12/02/15 | Rauch, Adam | 0.6 | Revise presentation regarding 2016 incentive compensation programs. |
| 9 | 12/03/15 | Diaz, Matthew | 1.3 | Provide comments to the 2016 incentive plan report to the Committee. |
| 9 | 12/03/15 | Park, Ji Yon | 0.3 | Provide comments to draft presentation on proposed 2016 compensation programs. |
| 9 | 12/03/15 | Rauch, Adam | 2.7 | Update presentation regarding 2016 incentive compensation programs. |
| 9 | 12/07/15 | Diaz, Matthew | 0.7 | Prepare for UCC call regarding the incentive programs. |
| 9 | 12/07/15 | Rauch, Adam | 0.3 | Prepare for Committee call to review of 2016 incentive compensation presentation. |
| 9 | 12/07/15 | Rauch, Adam | 0.5 | Participate in Committee call to present 2016 incentive compensation presentation. |
| **9 Total** | | | **25.3** | |
| 11 | 11/02/15 | Greenberg, Mark | 0.2 | Perform analysis of the PCRB objection to the plan. |
| 11 | 11/04/15 | Greenberg, Mark | 5.3 | Participate in Court hearing regarding solvency and POR feasibility. |
| 11 | 11/05/15 | Greenberg, Mark | 4.2 | Participate in Court hearing regarding sponsor services and fees, shared services and TCEH intercompany notes. |
| 11 | 11/05/15 | Scruton, Andrew | 2.4 | Participate telephonically in Confirmation hearing: testimony on Plan process/REIT issues (partial). |
| 11 | 11/06/15 | Scruton, Andrew | 2.1 | Participate telephonically in Confirmation hearing: testimony re: Tax issues. |
| 11 | 11/06/15 | Scruton, Andrew | 2.2 | Participate telephonically in Confirmation hearing: testimony re: Solvency issues. |
| 11 | 11/06/15 | Greenberg, Mark | 0.2 | Correspond with Counsel on Confirmation hearing and settlement negotiations. |
| 11 | 11/12/15 | Greenberg, Mark | 4.0 | Participate in Court hearing regarding POR testimony provided by general counsel / co-CRO. |
| 11 | 11/12/15 | Scruton, Andrew | 0.8 | Participate telephonically in Confirmation hearing: testimony re: Plan process (partial). |

**EXHIBIT C**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**DETAIL OF TIME ENTRIES**
*FOR THE PERIOD SEPTEMBER 1, 2015 TO DECEMBER 31, 2015*

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 11 | 11/13/15 | Greenberg, Mark | 3.4 | Participate in Court hearing regarding POR testimony provided by EFH director. |
| 11 | 11/17/15 | Greenberg, Mark | 0.2 | Correspond with Counsel on Confirmation hearing and settlement negotiations. |
| 11 | 11/19/15 | Scruton, Andrew | 1.5 | Participate telephonically in Confirmation hearing: testimony re: Plan process. |
| 11 | 12/03/15 | Diaz, Matthew | 1.1 | Attend in part the court hearing regarding the confirmation ruling. |
| 11 | 12/03/15 | Greenberg, Mark | 0.7 | Participate in EFH confirmation hearing (partial). |
| **11 Total** | | | **28.3** | |
| 13 | 09/01/15 | Cordasco, Michael | 0.6 | Analyze motion to approve stipulation with significant creditor to determine potential exposure to claims pool. |
| 13 | 09/29/15 | Cordasco, Michael | 0.5 | Analyze motion re: rejection of Dallas water contract to estimate potential rejection claim. |
| 13 | 10/06/15 | Scruton, Andrew | 1.2 | Participate in discussion with Counsel re: auction of generation assets. |
| 13 | 10/06/15 | Cordasco, Michael | 0.4 | Analyze terms of proposed motion to participate in auction of plant assets. |
| 13 | 10/07/15 | Diaz, Matthew | 0.3 | Assess confidentiality agreement relating to a possible purchase of generation assets. |
| 13 | 10/07/15 | Scruton, Andrew | 1.3 | Assess motion for authority to bid on generation assets. |
| 13 | 10/07/15 | Scruton, Andrew | 1.2 | Assess issues regarding potential acquisition of gas generation assets. |
| 13 | 10/07/15 | Hellmund-Mora, Marili | 0.6 | Submit supplemental party in interest for conflict check re: bid on generation assets. |
| 13 | 10/08/15 | Cordasco, Michael | 0.5 | Analyze Debtors' motion to participate in auction of plant assets to determine reasonableness. |
| 13 | 10/13/15 | Arsenault, Ronald | 1.1 | Analyze impact on recoveries re: a potential acquisition of Project Longhorn. |
| 13 | 10/13/15 | Arsenault, Ronald | 2.7 | Analyze motion allowing EFH to bid on Project Longhorn assets for strategic fit and financial impact. |
| 13 | 10/13/15 | Cordasco, Michael | 0.7 | Analyze proposed motion permitting Debtors to participate in auction of generation assets to assess reasonableness. |
| 13 | 10/13/15 | Cordasco, Michael | 0.5 | Analyze comparative transactions to assess Debtors' proposed bid to acquire generation assets. |
| 13 | 10/13/15 | Cordasco, Michael | 0.4 | Participate in call with Counsel to discuss diligence required for generation asset purchase motion. |
| 13 | 10/13/15 | Cordasco, Michael | 0.4 | Prepare diligence question list to debtors re: motion to acquire generation assets. |
| 13 | 10/14/15 | Scruton, Andrew | 1.1 | Examine unredacted motion for authority to bid on auction of generation assets. |
| 13 | 10/14/15 | Cordasco, Michael | 0.5 | Assess proposed motion to submit a bid for generation assets. |
| 13 | 10/14/15 | Cordasco, Michael | 0.5 | Analyze seller's financial model to assess reasonableness of bid for generation assets. |
| 13 | 10/14/15 | Cordasco, Michael | 0.7 | Analyze confidential information memorandum prepared by sellers to assess reasonableness of Debtors' proposed bid. |
| 13 | 10/14/15 | Cordasco, Michael | 0.6 | Assess reasonableness of initial bid proposal for generation assets. |
| 13 | 10/14/15 | Cordasco, Michael | 0.5 | Prepare draft sensitivity analysis re: proposed bid for generation assets. |
| 13 | 10/15/15 | Scruton, Andrew | 2.1 | Analyze financial model to assess potential acquisition. |
| 13 | 10/15/15 | Arsenault, Ronald | 1.0 | Participate in discussion with Debtors re: Project Longhorn bid motion and process. |
| 13 | 10/15/15 | Arsenault, Ronald | 1.0 | Perform analysis of potential acquisition of Project Longhorn for any regulatory issues and adverse financial impact. |
| 13 | 10/15/15 | Cordasco, Michael | 0.7 | Prepare for call with Debtors to discuss merits of bid for generation assets. |
| 13 | 10/15/15 | Cordasco, Michael | 1.1 | Participate in call with Debtors to discuss rationale for bid for generation assets. |
| 13 | 10/15/15 | Cordasco, Michael | 0.6 | Prepare list of diligence questions in advance of call with Debtors to discuss bid for generation assets. |
| 13 | 10/15/15 | Cordasco, Michael | 0.7 | Analyze valuation metrics of comparable transactions to assess reasonableness of bid for generation assets. |
| 13 | 10/16/15 | Arsenault, Ronald | 2.5 | Analyze Project Longhorn bid regarding financial impact of transaction. |
| 13 | 10/16/15 | Scruton, Andrew | 1.2 | Evaluate potential tax issues in connection with possible generation asset acquisition. |
| 13 | 10/16/15 | Scruton, Andrew | 1.3 | Participate in discussion with Counsel re: motion for authority to bid on generation assets. |

**EXHIBIT C**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**DETAIL OF TIME ENTRIES**
*FOR THE PERIOD SEPTEMBER 1, 2015 TO DECEMBER 31, 2015*

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 13 | 10/16/15 | Arsenault, Ronald | 1.1 | Participate in discussion with Counsel re: the terms of the proposed Project Longhorn bid. |
| 13 | 10/16/15 | Cordasco, Michael | 0.7 | Participate in call with Counsel to discuss draft motion to bid on generation assets. |
| 13 | 10/16/15 | Cordasco, Michael | 1.0 | Provide comments to draft valuation analysis of potential bid for generation assets. |
| 13 | 10/16/15 | Cordasco, Michael | 1.2 | Prepare talking points document re: bid for generation assets in advance of call with UCC. |
| 13 | 10/16/15 | Cordasco, Michael | 0.3 | Respond to inquiries from Debtors re: confidentiality of proposed generation asset bid. |
| 13 | 10/16/15 | Cordasco, Michael | 0.5 | Analyze filed redacted motion to assess non-confidential information re: proposed bid for generation assets. |
| 13 | 10/19/15 | Cordasco, Michael | 0.8 | Analyze market transaction multiples to assess proposed bid for generation assets. |
| 13 | 10/19/15 | Cordasco, Michael | 0.8 | Prepare summary of talking points and valuation metrics in connection with report to UCC re: bid for generation assets. |
| 13 | 10/19/15 | Arsenault, Ronald | 1.1 | Participate in call with UCC and Counsel to review Project Longhorn motion. |
| 13 | 10/20/15 | Scruton, Andrew | 1.7 | Examine financial model analysis in regards to a potential acquisition. |
| 13 | 10/20/15 | Scruton, Andrew | 0.5 | Participate in discussion with Counsel on questions raised by UCC member re: potential acquisition. |
| 13 | 10/20/15 | Cordasco, Michael | 1.3 | Analyze filed omnibus claims objections filed by debtors to assess impact on claims pool. |
| 13 | 10/21/15 | Cordasco, Michael | 0.4 | Analyze plan supplement in advance of call with A&M. |
| 13 | 11/12/15 | Cordasco, Michael | 0.7 | Analyze business plan metrics included in draft compensation motion to assess reasonableness. |
| 13 | 11/19/15 | Cordasco, Michael | 0.4 | Analyze hedging analysis to assess compliance with hedging limitation order. |
| 13 | 12/01/15 | Cordasco, Michael | 1.2 | Analyze business plan metrics as compared to targets contained in employee incentive plan motion. |
| **13 Total** | | | **42.2** | |
| 14 | 09/02/15 | Diaz, Matthew | 1.6 | Analyze open claim questions resulting from the claim objection motion filed by the Debtors ahead of call. |
| 14 | 09/03/15 | Cordasco, Michael | 0.5 | Participate in call with Counsel to discuss proposed claim objection motion filed by Debtors. |
| 14 | 09/03/15 | Cordasco, Michael | 0.5 | Analyze claim objection summary prepared by Counsel re: claims proposed to reclass from EFH to T-side entities. |
| 14 | 09/04/15 | Cordasco, Michael | 0.7 | Draft diligence questions on claim transfers to TCEH debtor entities to evaluate rational and quantify potential upcoming transfers. |
| 14 | 09/09/15 | Cordasco, Michael | 0.5 | Participate in call with Counsel re: proposed contract assumptions and related claims. |
| 14 | 09/09/15 | Cordasco, Michael | 0.7 | Participate in call with Debtors to discuss proposed contract assumptions and related impact on claims pool. |
| 14 | 09/09/15 | Cordasco, Michael | 0.7 | Analyze revised claims waterfall prepared by Debtors to assess changes to claims pool sizing. |
| 14 | 09/09/15 | Diaz, Matthew | 0.6 | Analyze updated claims to determine impact on total value of claims pool. |
| 14 | 09/10/15 | Cordasco, Michael | 0.6 | Participate in meeting to discuss Debtors' status re: claims reconciliation process. |
| 14 | 09/10/15 | Diaz, Matthew | 1.2 | Analyze claim sample to determine impact on total claims pool. |
| 14 | 09/14/15 | Cordasco, Michael | 0.8 | Analyze filed notice of contract assumptions to assess variances from Debtors analysis of claims ranges. |
| 14 | 09/16/15 | Cordasco, Michael | 0.5 | Analyze Debtor's presentation re: proposed contract assumption to determine impact on claims pool. |
| 14 | 09/16/15 | Cordasco, Michael | 0.6 | Participate in call with A&M to discuss proposed contract assumptions and potential claims impact. |
| 14 | 09/17/15 | Diaz, Matthew | 1.6 | Perform assessment of the unsecured claims analysis. |
| 14 | 09/23/15 | Cordasco, Michael | 0.6 | Participate in call with A&M to discuss status of claims reconciliation efforts. |

**EXHIBIT C**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**DETAIL OF TIME ENTRIES**
*FOR THE PERIOD SEPTEMBER 1, 2015 TO DECEMBER 31, 2015*

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 14 | 09/24/15 | Cordasco, Michael | 0.5 | Analyze claims reconciliation summary prepared by A&M to revise claims pool estimates. |
| 14 | 09/28/15 | Cordasco, Michael | 0.5 | Analyze potential rejection claims associated with recently filed rejection motions. |
| 14 | 09/28/15 | Cordasco, Michael | 0.7 | Quantify total cure claims associated with list of proposed contract assumptions. |
| 14 | 09/30/15 | Cordasco, Michael | 0.5 | Participate in weekly call with A&M to discuss status of claims reconciliation. |
| 14 | 09/30/15 | Cordasco, Michael | 0.6 | Analyze claims reconciliation prepared by Debtors to assess contracts to be included in plan supplement. |
| 14 | 10/01/15 | Diaz, Matthew | 1.7 | Assess open claim issues to determine ranges for claims pool. |
| 14 | 10/05/15 | Cordasco, Michael | 0.5 | Analyze motion to reject Dallas water contract to assess rejection claim damages. |
| 14 | 10/05/15 | Cordasco, Michael | 0.7 | Prepare rejection claim analysis to counsel re: Dallas water contract rejection motion. |
| 14 | 10/19/15 | Cordasco, Michael | 0.9 | Analyze proposed Plan supplement exhibits to assess contract rejections for claims pool sizing analysis. |
| 14 | 10/19/15 | Cordasco, Michael | 0.6 | Prepare due diligence questions based on analysis of plan supplement exhibits. |
| 14 | 10/20/15 | Cordasco, Michael | 0.6 | Analyze claims subject to compromise resulting from proposed contract rejections. |
| 14 | 10/21/15 | Cordasco, Michael | 1.4 | Analyze exhibits to plan supplement to assess completeness of documentation. |
| 14 | 10/21/15 | Cordasco, Michael | 0.5 | Participate in call with A&M to discuss status of claims reconciliation process. |
| 14 | 10/21/15 | Cordasco, Michael | 0.7 | Analyze updated claims waterfall analysis prepared by A&M in advance of claims call. |
| 14 | 10/22/15 | Cordasco, Michael | 0.7 | Analyze documents related to Plan settlement with PIK notes to determine potential impact on plan timing. |
| 14 | 10/23/15 | Cordasco, Michael | 0.7 | Analyze debtor's latest claims waterfall estimates re: claims pool ranges. |
| 14 | 10/23/15 | Cordasco, Michael | 0.5 | Prepare diligence list to debtors based on review of latest claims range estimates. |
| 14 | 10/23/15 | Cordasco, Michael | 0.3 | Participate in call with MoFo to discuss debtors' latest claims range estimates. |
| 14 | 10/23/15 | Diaz, Matthew | 1.3 | Examine rejection claims and its potential impact on claims pool. |
| 14 | 10/24/15 | Diaz, Matthew | 1.5 | Analyze Debtors' updated claim estimates and comparison to what was previously provided to the Committee. |
| 14 | 10/26/15 | Cordasco, Michael | 0.6 | Prepare outline for report to UCC re: claims pool sizing. |
| 14 | 10/29/15 | Cordasco, Michael | 0.6 | Analyze proposed settlement offer and evaluate impact on recoveries to creditors. |
| 14 | 11/02/15 | Diaz, Matthew | 1.2 | Provide comments on the updated claims analysis provided by Debtors. |
| 14 | 11/04/15 | Cordasco, Michael | 0.5 | Participate in meeting to discuss claims in the context of ongoing hearing. |
| 14 | 11/12/15 | Cordasco, Michael | 0.5 | Analyze updated claims waterfall to assess changes from prior versions. |
| 14 | 11/12/15 | Cordasco, Michael | 0.8 | Prepare claims waterfall analysis for inclusion in presentation to UCC. |
| 14 | 11/13/15 | Cordasco, Michael | 0.6 | Prepare information request re: latest updated claims waterfall analysis to assess size of claims pool. |
| 14 | 11/13/15 | Scruton, Andrew | 0.5 | Correspond with Counsel re: sizing of Environmental claims and potential settlement. |
| 14 | 11/16/15 | Cordasco, Michael | 1.2 | Prepare recovery scenario analysis based on ranges of settlement ranges for various large unliquidated claims. |
| 14 | 11/16/15 | Cordasco, Michael | 0.4 | Prepare memo to Counsel summarizing results of claims recovery analysis. |
| 14 | 11/19/15 | Cordasco, Michael | 1.1 | Prepare claims sensitivities based on settlement negotiations re: EPA claim. |
| 14 | 11/19/15 | Cordasco, Michael | 0.5 | Participate in call with UCC member to discuss potential settlement of EPA claim. |
| 14 | 11/19/15 | Diaz, Matthew | 0.7 | Perform analysis of the EPA claim and the impact of the proposed settlement on general unsecured creditor recoveries. |
| 14 | 11/19/15 | Scruton, Andrew | 1.2 | Correspond with Counsel on EPA claim and EFH UCC settlement negotiations. |
| 14 | 11/20/15 | Cordasco, Michael | 0.3 | Participate in call with Counsel to discuss claims reconciliation update. |
| 14 | 11/20/15 | Scruton, Andrew | 1.2 | Provide comments to settlement analysis of EPA claim. |
| 14 | 11/23/15 | Cordasco, Michael | 0.5 | Provide comments to draft claim stipulation with EPA. |
| 14 | 11/23/15 | Cordasco, Michael | 0.6 | Analyze Debtors' updated claims waterfall to assess updated claims ranges. |

**EXHIBIT C**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**DETAIL OF TIME ENTRIES**
*FOR THE PERIOD SEPTEMBER 1, 2015 TO DECEMBER 31, 2015*

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 14 | 11/23/15 | Cordasco, Michael | 0.8 | Participate in call with A&M to discuss claims waterfall and criteria for equity allocation analysis. |
| 14 | 11/23/15 | Cordasco, Michael | 0.7 | Participate in call with Counsel to discuss latest analysis re: cash vs equity allocations for distribution purposes. |
| 14 | 11/23/15 | Cordasco, Michael | 0.5 | Prepare schedule which summarizes claims variances from Debtor's previous waterfall. |
| 14 | 11/23/15 | Scruton, Andrew | 0.5 | Participate in call with Counsel to discuss potential equity allocations for distribution purposes. |
| 14 | 11/24/15 | Cordasco, Michael | 0.4 | Prepare EPA claim funding sensitivity analysis in advance of settlement. |
| 14 | 11/24/15 | Cordasco, Michael | 0.6 | Participate in call with Counsel and A&M to discuss cash vs equity election results. |
| 14 | 11/24/15 | Cordasco, Michael | 0.5 | Analyze claims voting metrics in advance of call with debtors. |
| 14 | 11/30/15 | Cordasco, Michael | 0.5 | Analyze EPA settlement and the impact on the claims pool. |
| 14 | 11/30/15 | Diaz, Matthew | 0.8 | Participate in meeting to discuss status of EPA claim and related impact on creditor recoveries. |
| 14 | 12/01/15 | Cordasco, Michael | 0.7 | Provide comments to draft stipulation with EPA re: claim settlement. |
| 14 | 12/01/15 | Cordasco, Michael | 0.4 | Participate in call with counsel to discuss status of Debtors' claims reconciliation process. |
| 14 | 12/09/15 | Cordasco, Michael | 0.4 | Prepare due diligence list re: claims reconciliation analysis. |
| **14 Total** | | | **46.9** | |
| 16 | 09/01/15 | Eisenband, Michael | 0.7 | Participate in call with Counsel to discuss open items regarding the Disclosure Statement. |
| 16 | 09/02/15 | Scruton, Andrew | 0.9 | Analyze open issues re: the Disclosure Statement prior to hearing. |
| 16 | 09/03/15 | Diaz, Matthew | 1.9 | Analyze updated plan documents to determine any open issues and UCC concerns. |
| 16 | 09/03/15 | Eisenband, Michael | 1.1 | Provide comments to revised Plan support documentation. |
| 16 | 09/03/15 | Scruton, Andrew | 1.0 | Participate in call with Counsel to analyze open Plan issues. |
| 16 | 09/03/15 | Simms, Steven | 0.3 | Analyze plan issues and the required analyses to determine impact on case. |
| 16 | 09/09/15 | Diaz, Matthew | 2.5 | Analyze the revised Plan documents to determine impact on case. |
| 16 | 09/09/15 | Eisenband, Michael | 1.6 | Analyze revisions to the current plan documents to assess potential confirmation issues. |
| 16 | 09/09/15 | Scruton, Andrew | 0.8 | Analyze open issues re: the Disclosure Statement prior to hearing. |
| 16 | 09/09/15 | Simms, Steven | 0.4 | Provide comments to revised draft plan documents. |
| 16 | 09/10/15 | Diaz, Matthew | 1.6 | Analyze Plan revisions including related black lines. |
| 16 | 09/10/15 | Diaz, Matthew | 0.4 | Provide comments to draft committee Plan support agreement. |
| 16 | 09/11/15 | Eisenband, Michael | 0.5 | Assess changes to draft UCC plan support agreement. |
| 16 | 09/11/15 | Simms, Steven | 0.2 | Participate in call with Counsel re: UCC plan support agreement. |
| 16 | 09/11/15 | Diaz, Matthew | 0.4 | Analyze recent plan documents to understand impact on the case ahead of a Committee call. |
| 16 | 09/15/15 | Diaz, Matthew | 1.9 | Analyze certain Disclosure Statement objections to determine a list of open questions. |
| 16 | 09/16/15 | Diaz, Matthew | 1.3 | Analyze Disclosure Statement documents to understand impact on case. |
| 16 | 09/16/15 | Eisenband, Michael | 1.1 | Assess changes to the plan to determine open case items. |
| 16 | 09/16/15 | Scruton, Andrew | 1.1 | Analyze Disclosure Statement documents to understand impact on case. |
| 16 | 09/21/15 | Simms, Steven | 0.3 | Analyze confirmation issues re: recent plan disclosure documents. |
| 16 | 09/22/15 | Diaz, Matthew | 1.5 | Analyze revised documents associated with the Disclosure Statement. |
| 16 | 09/22/15 | Eisenband, Michael | 1.0 | Analyze revised documents associated with the Disclosure Statement. |
| 16 | 09/23/15 | Scruton, Andrew | 2.1 | Examine PLR request in response to IRS procedural ruling. |
| 16 | 09/24/15 | Scruton, Andrew | 0.4 | Participate in call with Counsel to review open Plan issues. |
| 16 | 09/28/15 | Eisenband, Michael | 1.0 | Participate in call with Counsel to discuss creditory recovery estimates and timing of confirmation. |
| 16 | 09/29/15 | Scruton, Andrew | 1.9 | Examine revised projections and announcement by IRS re: PLR rulings. |
| 16 | 10/01/15 | Simms, Steven | 0.4 | Analyze summary of Plan objections to assess potential confirmation issues. |
| 16 | 10/05/15 | Simms, Steven | 0.3 | Participate in call with Creditor on potential confirmation issues. |
| 16 | 10/07/15 | Eisenband, Michael | 1.0 | Analyze creditor recovery ranges based on terms of recent settlement proposal. |

**EXHIBIT C**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**DETAIL OF TIME ENTRIES**
*FOR THE PERIOD SEPTEMBER 1, 2015 TO DECEMBER 31, 2015*

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 16 | 10/08/15 | Scruton, Andrew | 1.0 | Participate in discussion with Counsel on Plan issues subject to dispute/timing of depositions. |
| 16 | 10/08/15 | Simms, Steven | 0.3 | Analyze summary of Plan objections to assess potential confirmation issues. |
| 16 | 10/10/15 | Diaz, Matthew | 0.7 | Prepare follow up correspondence to a Committee member regarding questions on the Plan. |
| 16 | 10/12/15 | Eisenband, Michael | 1.0 | Assess confirmation timeline based on recently filed objections. |
| 16 | 10/13/15 | Davido, Scott | 2.8 | Analyze expert reports relating to confirmation of Plan of Reorganization, to identify any issues relating to financial model and valuation assumptions relating to merchant plants. |
| 16 | 10/15/15 | Scruton, Andrew | 1.5 | Assess potential POR timing implications for potential generation asset acquisition. |
| 16 | 10/19/15 | Scruton, Andrew | 2.3 | Provide comments to Counsel on schedules of potential contract assignments under proposed POR. |
| 16 | 10/21/15 | Diaz, Matthew | 2.1 | Analyze Plan supplement materials to assess completeness of documents. |
| 16 | 10/21/15 | Simms, Steven | 0.4 | Analyze key Plan settlement items to assess impact on recoveries. |
| 16 | 10/21/15 | Simms, Steven | 0.3 | Participate in call with creditor regarding Plan issues. |
| 16 | 10/22/15 | Eisenband, Michael | 1.0 | Evaluate Plan settlement terms to assess impact on recoveries. |
| 16 | 10/23/15 | Scruton, Andrew | 1.3 | Assess settlement terms with E-side PIKs to determine potential impact. |
| 16 | 10/23/15 | Scruton, Andrew | 0.7 | Correspond with Counsel on status of settlement negotiations. |
| 16 | 10/23/15 | Simms, Steven | 0.4 | Participate in discussion with certain creditors re: settlement items. |
| 16 | 10/25/15 | Diaz, Matthew | 1.8 | Analyze certain Plan objections to determine potential confirmation issues. |
| 16 | 10/27/15 | Diaz, Matthew | 2.3 | Examine certain objections to the plan to determine potential confirmation issues. |
| 16 | 10/27/15 | Scruton, Andrew | 0.5 | Participate in discussion with Counsel on questions issues re: PIK settlement. |
| 16 | 10/27/15 | Simms, Steven | 0.6 | Analyze pleadings related to confirmation and impact on Creditors. |
| 16 | 10/27/15 | Simms, Steven | 0.4 | Participate in call with Creditor on settlement impact. |
| 16 | 10/27/15 | Scruton, Andrew | 1.1 | Analyze Debtors' expert rebuttal to assess counter arguments. |
| 16 | 10/28/15 | Diaz, Matthew | 2.2 | Assess e-side objections to the plan to determine potential confirmation issues. |
| 16 | 10/28/15 | Scruton, Andrew | 1.9 | Provide comments on responses to Plan objections. |
| 16 | 10/28/15 | Scruton, Andrew | 0.8 | Correspond with Counsel on draft reply in support of Confirmation. |
| 16 | 10/28/15 | Simms, Steven | 0.6 | Analyze settlement proposals to assess financial impact. |
| 16 | 10/29/15 | Scruton, Andrew | 0.8 | Correspond with Counsel on impact of E-side ruling on PPI and makewhole. |
| 16 | 10/29/15 | Scruton, Andrew | 2.1 | Provide comments to analysis of impact of ruling on EFIH makewhole. |
| 16 | 10/30/15 | Scruton, Andrew | 2.5 | Provide comments on confirmation briefs filed. |
| 16 | 10/30/15 | Scruton, Andrew | 1.7 | Provide comments to report on Oncor Regulatory status update. |
| 16 | 10/30/15 | Scruton, Andrew | 0.9 | Correspond with Counsel on E-side UCC settlement offer. |
| 16 | 10/30/15 | Simms, Steven | 0.6 | Correspond with Counsel on E-side settlement offer. |
| 16 | 11/02/15 | Diaz, Matthew | 1.3 | Analyze Kirkland summary of objections to the plan. |
| 16 | 11/02/15 | Simms, Steven | 0.2 | Participate in Committee call to discuss post-petition interest and PIK settlement. |
| 16 | 11/03/15 | Diaz, Matthew | 0.6 | Assess proposed plan settlements in advance of hearing. |
| 16 | 11/03/15 | Scruton, Andrew | 0.5 | Perform analysis of the PCRB settlement to assess implications on overall plan recoveries. |
| 16 | 11/03/15 | Simms, Steven | 0.4 | Participate in call with Counsel on issues re: Confirmation hearing. |
| 16 | 11/04/15 | Simms, Steven | 1.4 | Participate in confirmation hearing and listen to related testimony (partial). |
| 16 | 11/04/15 | Diaz, Matthew | 2.6 | Correspond with Counsel re: settlements related to confirmation. |
| 16 | 11/04/15 | Scruton, Andrew | 1.2 | Perform analysis of the confirmation hearing and related objection materials. |
| 16 | 11/05/15 | Simms, Steven | 1.3 | Participate in portion of confirmation hearing re: treatment of intercompany balances. |
| 16 | 11/05/15 | Scruton, Andrew | 1.2 | Correspond with Counsel on settlement negotiations. |
| 16 | 11/09/15 | Diaz, Matthew | 1.9 | Correspond with UCC counsel re: Plan hearing testimony. |
| 16 | 11/10/15 | Diaz, Matthew | 1.8 | Perform analysis of the proposed Fidelity settlement. |
| 16 | 11/10/15 | Simms, Steven | 0.7 | Perform analysis of the updated PSA documents to assess settlement. |
| 16 | 11/11/15 | Diaz, Matthew | 0.9 | Evaluate potential creditor settlement and impact on class. |
| 16 | 11/11/15 | Eisenband, Michael | 1.0 | Perform analysis of the updated Fidelity settlement to assess impact on general unsecured creditors. |

**EXHIBIT C**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**DETAIL OF TIME ENTRIES**
*FOR THE PERIOD SEPTEMBER 1, 2015 TO DECEMBER 31, 2015*

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 16 | 11/11/15 | Scruton, Andrew | 1.1 | Provide comments on the Plan settlement agreement. |
| 16 | 11/12/15 | Scruton, Andrew | 0.8 | Correspond with Counsel on Plan settlement agreement status. |
| 16 | 11/18/15 | Scruton, Andrew | 1.5 | Correspond with UCC counsel re: Fidelity settlement. |
| 16 | 11/20/15 | Diaz, Matthew | 0.9 | Correspond with Counsel on Plan settlement negotiation status. |
| 16 | 11/20/15 | Eisenband, Michael | 1.0 | Perform analysis of the updated term sheet in preparation for the UCC call. |
| 16 | 11/23/15 | Scruton, Andrew | 1.7 | Provide comments on the updated term sheet. |
| 16 | 11/23/15 | Simms, Steven | 0.4 | Analyze final settlement terms with plan objectors. |
| 16 | 11/24/15 | Diaz, Matthew | 1.3 | Provide comments on confirmation statement related items. |
| 16 | 11/24/15 | Eisenband, Michael | 1.0 | Perform analysis of the updated settlement documents. |
| 16 | 11/24/15 | Scruton, Andrew | 2.1 | Provide comments on the updated settlement documents. |
| 16 | 11/25/15 | Diaz, Matthew | 1.2 | Examine final settlement agreement to assess treatment of GUCs. |
| 16 | 11/25/15 | Diaz, Matthew | 1.4 | Examine Fidelity settlement and implications on the broader agreement. |
| 16 | 11/30/15 | Simms, Steven | 0.2 | Evaluate updated claims analysis, which reflects the EPA settlement. |
| 16 | 12/01/15 | Scruton, Andrew | 1.3 | Analyze final plan settlement agreement to assess modified terms. |
| 16 | 12/02/15 | Diaz, Matthew | 1.9 | Perform analysis of the final Plan and settlement materials in connection with confirmation. |
| 16 | 12/02/15 | Eisenband, Michael | 1.0 | Analyze final Plan settlement agreement to determine creditor recoveries. |
| 16 | 12/02/15 | Scruton, Andrew | 1.5 | Correspond with Counsel on final Plan settlement agreements. |
| 16 | 12/03/15 | Cordasco, Michael | 1.5 | Participate in hearing re: judge's ruling on confirmation. |
| 16 | 12/03/15 | Scruton, Andrew | 1.5 | Participate telephonically in Confirmation hearing decision announcement. |
| 16 | 12/04/15 | Diaz, Matthew | 1.9 | Analyze the final Plan confirmation documents to assess modified terms. |
| 16 | 12/08/15 | Eisenband, Michael | 1.0 | Participate in call with Counsel to discuss results and timing re: effective date of plan. |
| 16 | 12/14/15 | Diaz, Matthew | 1.1 | Perform analysis of the litigation against the REIT and regulator correspondence. |
| **16 Total** | | | **110.5** | |
| 18.A | 10/15/15 | Rauch, Adam | 1.4 | Assess expert report of Mark Rule to determine potential response. |
| 18.A | 10/15/15 | Rauch, Adam | 1.2 | Assess expert report of Michael Henkin to determine potential response. |
| **18.A Total** | | | **2.6** | |
| 21 | 09/11/15 | Cordasco, Michael | 0.4 | Participate in call with UCC re: status of plan documents. |
| 21 | 09/11/15 | Diaz, Matthew | 0.5 | Participate in Committee call to discuss case developments regarding the Plan. |
| 21 | 09/11/15 | Scruton, Andrew | 0.4 | Participate in Committee call to analyze revised plan documents. |
| 21 | 09/17/15 | Greenberg, Mark | 0.3 | Correspondence with MoFo re: Plan and Disclosure Statement issues. |
| 21 | 09/22/15 | Greenberg, Mark | 0.2 | Participate in Committee call to discuss Disclosure Statement objections and upcoming depositions. |
| 21 | 09/22/15 | Diaz, Matthew | 0.5 | Participate in call with Committee to discuss the Disclosure Statement hearing. |
| 21 | 09/24/15 | Cordasco, Michael | 0.2 | Participate in call with UCC professionals to discuss results of disclosure statement hearing. |
| 21 | 09/24/15 | Greenberg, Mark | 0.2 | Participate in Committee call to discuss disclosure statement hearing and discovery issues. |
| 21 | 10/05/15 | Diaz, Matthew | 0.2 | Participate in Committee call to discuss confirmation hearing and depositions. |
| 21 | 10/08/15 | Diaz, Matthew | 0.3 | Participate in call with Counsel to discuss the confidentiality agreement re: bid on generation assets. |
| 21 | 10/19/15 | Cordasco, Michael | 0.5 | Prepare for call with UCC re: motion to bid on generation assets. |
| 21 | 10/19/15 | Cordasco, Michael | 0.4 | Participate in status update call with UCC to discuss status of plan negotiations / discussion of motion to bid on generation assets. |
| 21 | 10/19/15 | Scruton, Andrew | 0.4 | Participate in Committee call on Confirmation items. |
| 21 | 10/19/15 | Simms, Steven | 0.2 | Participate in Committee call on Confirmation items (partial). |
| 21 | 10/29/15 | Cordasco, Michael | 0.5 | Participate in status update call with UCC re: proposed settlements and confirmation hearing timeline. |
| 21 | 11/02/15 | Cordasco, Michael | 0.3 | Participate in status update call with UCC re: status of plan negotiations. |
| 21 | 11/02/15 | Diaz, Matthew | 0.3 | Participate in call with the UCC to discuss status of plan negotiations. |
| 21 | 11/02/15 | Scruton, Andrew | 0.5 | Participate in call with the Committee to discuss status of plan negotiations. |
| 21 | 11/09/15 | Diaz, Matthew | 0.6 | Participate in call with Committee to discuss Plan negotiations and outstanding objections. |

**EXHIBIT C**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**DETAIL OF TIME ENTRIES**
*FOR THE PERIOD SEPTEMBER 1, 2015 TO DECEMBER 31, 2015*

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 21 | 11/09/15 | Greenberg, Mark | 0.4 | Participate in call with Committee to discuss Plan negotiations and outstanding objections. |
| 21 | 11/16/15 | Cordasco, Michael | 0.3 | Participate in status update call with UCC to discuss status of plan settlement negotiations. |
| 21 | 11/19/15 | Diaz, Matthew | 0.4 | Participate in professional and co-chair call to discuss trial developments. |
| 21 | 11/19/15 | Greenberg, Mark | 0.2 | Correspond with UCC counsel re: Plan confirmation hearing status. |
| 21 | 11/20/15 | Cordasco, Michael | 0.3 | Prepare for claims portion of status update call with UCC. |
| 21 | 11/20/15 | Cordasco, Michael | 0.7 | Participate in status update call with the UCC to discuss recent resolution of confirmation objections / settlement updates. |
| 21 | 11/20/15 | Greenberg, Mark | 0.6 | Participate in Committee call to discuss Plan confirmation, claims estimates and 2016 employee compensation. |
| 21 | 11/20/15 | Scruton, Andrew | 0.5 | Participate in Committee call to discuss Plan confirmation, claims estimates and 2016 employee compensation. |
| 21 | 11/30/15 | Cordasco, Michael | 0.3 | Participate in status update with UCC to discuss confirmation timeline. |
| 21 | 12/07/15 | Cordasco, Michael | 0.5 | Participate in status update call with UCC to discuss Plan confirmation and emergence timeline. |
| 21 | 12/07/15 | Diaz, Matthew | 0.5 | Participate in Committee call to discuss the confirmation hearing and the 2016 proposed incentive plan. |
| **21 Total** | | | **11.6** | |
| 24 | 09/01/15 | Eimer, Sean | 1.5 | Finalize August fee application to ensure compliance with local regulations. |
| 24 | 09/07/15 | Eimer, Sean | 2.7 | Draft exhibits for the fourth interim fee application for the purposes of finalizing the interim fee application. |
| 24 | 09/07/15 | Eimer, Sean | 1.9 | Summarize exhibits in the fourth interim fee application narrative for the purpose of finalizing the interim fee application. |
| 24 | 09/11/15 | Hellmund-Mora, Marili | 0.5 | Prepare August fee application to ensure compliance with local rules. |
| 24 | 09/14/15 | Hellmund-Mora, Marili | 1.0 | Prepare August fee application to ensure compliance with local rules. |
| 24 | 09/15/15 | Hellmund-Mora, Marili | 0.7 | Prepare exhibits for the August fee application to ensure compliance with local rules. |
| 24 | 09/15/15 | Hellmund-Mora, Marili | 0.9 | Revise the August fee application exhibits to ensure compliance with local rules. |
| 24 | 09/15/15 | Moore, Teresa | 1.0 | Prepare August fee application expenses exhibits to ensure compliance with local rules. |
| 24 | 09/21/15 | Eimer, Sean | 1.0 | Examine fees and expenses for the purpose of finalizing the August EFH Fee Application. |
| 24 | 09/24/15 | Cordasco, Michael | 0.6 | Provide comments to draft August fee application. |
| 24 | 09/24/15 | Cordasco, Michael | 0.3 | Prepare correspondence and exhibit for CNO for local Counsel. |
| 24 | 09/24/15 | Eimer, Sean | 1.5 | Revise exhibits for the purpose of finalizing the EFH August Fee Application. |
| 24 | 09/24/15 | Eimer, Sean | 1.0 | Create CNO for EFH July Fee Application for the purpose of finalizing the fee application. |
| 24 | 09/28/15 | Eimer, Sean | 1.3 | Finalize EFH October fee Budget. |
| 24 | 09/28/15 | Eimer, Sean | 1.1 | Revise October budget for purposes of forecasting estimated fees and hours billed. |
| 24 | 09/29/15 | Cordasco, Michael | 0.6 | Provide comments to draft August fee statement. |
| 24 | 09/29/15 | Cordasco, Michael | 0.2 | Provide comments to draft budget to actual fee analysis for August. |
| 24 | 09/29/15 | Diaz, Matthew | 0.6 | Review the August fee application. |
| 24 | 09/29/15 | Eimer, Sean | 1.5 | Prepare draft of exhibits to the EFH Fourth Interim Fee Application. |
| 24 | 09/29/15 | Eimer, Sean | 1.5 | Finalize budget-to-actual fee analysis by incorporating the EFH August Fee Application and the August budget. |
| 24 | 09/30/15 | Cordasco, Michael | 0.4 | Provide comments to draft fee budget for October. |
| 24 | 09/30/15 | Eimer, Sean | 2.0 | Draft initial exhibits for the FTI Fourth Interim Fee Application. |
| 24 | 09/30/15 | Hellmund-Mora, Marili | 0.7 | Finalize August fee application to ensure compliance with local rules. |
| 24 | 09/30/15 | Rauch, Adam | 0.4 | Draft comments re: descriptions of project code descriptions for Fourth Interim Fee Application. |

**EXHIBIT C**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**DETAIL OF TIME ENTRIES**
*FOR THE PERIOD SEPTEMBER 1, 2015 TO DECEMBER 31, 2015*

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 24 | 10/01/15 | Hellmund-Mora, Marili | 1.9 | Prepare September fee application to comply with local rules and fee committee guidelines. |
| 24 | 10/07/15 | Eimer, Sean | 1.4 | Prepare Fourth Interim Fee Application. |
| 24 | 10/07/15 | Eimer, Sean | 1.1 | Update expense exhibits for the Fourth Interim Fee Application. |
| 24 | 10/07/15 | Eimer, Sean | 1.1 | Draft task code descriptions for the Fourth Interim Fee Application. |
| 24 | 10/08/15 | Cordasco, Michael | 0.5 | Provide comments to 4th interim fee statement exhibit. |
| 24 | 10/08/15 | Hellmund-Mora, Marili | 1.4 | Incorporate updates to the September fee application to ensure compliance with local rules and fee committee guidelines. |
| 24 | 10/08/15 | Hellmund-Mora, Marili | 0.6 | Revise the September fee application to ensure compliance with local rules. |
| 24 | 10/09/15 | Cordasco, Michael | 1.7 | Provide comments to draft 4th interim fee application. |
| 24 | 10/09/15 | Eimer, Sean | 1.4 | Revise exhibits to the fourth interim fee application to ensure compliance with the rules set forth by the Fee Committee. |
| 24 | 10/10/15 | Diaz, Matthew | 0.5 | Provide comments to 4th interim fee application. |
| 24 | 10/12/15 | Cordasco, Michael | 0.8 | Provide comments to draft 4th interim fee application. |
| 24 | 10/12/15 | Diaz, Matthew | 1.5 | Provide comments to revised 4th interim fee application. |
| 24 | 10/13/15 | Cordasco, Michael | 0.3 | Provide comments to draft 4th interim fee application. |
| 24 | 10/13/15 | Eimer, Sean | 1.6 | Incorporate updates to the Fourth Interim Fee Application exhibits. |
| 24 | 10/14/15 | Cordasco, Michael | 0.6 | Provide comments to draft 4th interim fee application. |
| 24 | 10/14/15 | Eimer, Sean | 1.9 | Finalize edits to the Fourth Interim Fee Application. |
| 24 | 10/15/15 | Cordasco, Michael | 0.4 | Prepare responses to inquiries re: billing and collections issues. |
| 24 | 10/15/15 | Eimer, Sean | 1.3 | Finalize September Fee Application. |
| 24 | 10/19/15 | Eimer, Sean | 1.5 | Incorporate updates to the September Fee Application exhibits. |
| 24 | 10/19/15 | Eimer, Sean | 1.4 | Update September Budget to Actual file with data provided for finalizing the EFH September Fee Application. |
| 24 | 10/19/15 | Eimer, Sean | 1.0 | Draft fee detail exhibit for the Fourth Interim Fee Application to ensure compliance with local rules. |
| 24 | 10/19/15 | Eimer, Sean | 2.8 | Update budget to actual and budget files. |
| 24 | 10/20/15 | Cordasco, Michael | 0.4 | Provide comments to draft September fee application. |
| 24 | 10/20/15 | Eimer, Sean | 1.1 | Examine September Fee Application exhibits. |
| 24 | 10/21/15 | Cordasco, Michael | 0.6 | Provide comments to September fee application draft. |
| 24 | 10/21/15 | Eimer, Sean | 0.8 | Incorporate the revised expense exhibits to the fourth interim fee application. |
| 24 | 10/22/15 | Cordasco, Michael | 0.4 | Prepare correspondence to counsel re: interim fee application and recent monthly fee statement. |
| 24 | 10/22/15 | Gittelman, Jeremy | 2.1 | Draft September budget-to-actual exhibits. |
| 24 | 10/23/15 | Diaz, Matthew | 0.5 | Provide comments on the September monthly fee statement. |
| 24 | 10/23/15 | Eimer, Sean | 1.9 | Prepare exhibits for the November budget. |
| 24 | 10/23/15 | Eimer, Sean | 1.1 | Prepare budget-to-actual exhibits for the month of September. |
| 24 | 10/23/15 | Eimer, Sean | 1.5 | Draft templates for the September CNO and the September MFIs for the purpose of finalizing the September Fee Application. |
| 24 | 10/23/15 | Gittelman, Jeremy | 2.4 | Incorporate updates to exhibits for the September fee application. |
| 24 | 10/23/15 | Gittelman, Jeremy | 2.6 | Prepare exhibits for November fee budget. |
| 24 | 10/26/15 | Cordasco, Michael | 0.5 | Provide final comments to draft fee budgets and budget to actual analysis. |
| 24 | 10/26/15 | Gittelman, Jeremy | 2.7 | Finalize exhibits for the September fee application. |
| 24 | 10/26/15 | Gittelman, Jeremy | 2.6 | Finalize exhibits for November fee budget. |
| 24 | 10/27/15 | Gittelman, Jeremy | 1.4 | Prepare CNO for August Fee Application. |
| 24 | 10/28/15 | Hellmund-Mora, Marili | 0.7 | Finalize October fee application. |
| 24 | 11/03/15 | Hellmund-Mora, Marili | 0.9 | Prepare October fee application to ensure compliance with local rules. |
| 24 | 11/10/15 | Hellmund-Mora, Marili | 0.4 | Incorporate updates to the October fee application to ensure compliance with Fee Committee guidelines. |
| 24 | 11/11/15 | Hellmund-Mora, Marili | 1.5 | Prepare October fee application to ensure compliance with local rules. |
| 24 | 11/13/15 | Gittelman, Jeremy | 1.4 | Incorporate updates to the October Fee Application. |

**EXHIBIT C**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**DETAIL OF TIME ENTRIES**
*FOR THE PERIOD SEPTEMBER 1, 2015 TO DECEMBER 31, 2015*

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 24 | 11/13/15 | Hellmund-Mora, Marili | 0.8 | Prepare the October fee application exhibits to ensure compliance with local rules and Fee Committee guidelines. |
| 24 | 11/16/15 | Gittelman, Jeremy | 2.3 | Draft October fee application exhibits to ensure compliance with local rules. |
| 24 | 11/16/15 | Gittelman, Jeremy | 2.4 | Finalize exhibits for the October fee application. |
| 24 | 11/16/15 | Gittelman, Jeremy | 1.8 | Draft October budget-to-actual exhibits. |
| 24 | 11/17/15 | Gittelman, Jeremy | 1.1 | Finalize October budget-to-actual exhibits. |
| 24 | 11/17/15 | Gittelman, Jeremy | 2.2 | Draft exhibits for December fee budget. |
| 24 | 11/18/15 | Cordasco, Michael | 1.7 | Provide comments to draft October fee statement. |
| 24 | 11/18/15 | Gittelman, Jeremy | 2.6 | Finalize exhibits for December fee budget. |
| 24 | 11/18/15 | Gittelman, Jeremy | 1.2 | Prepare CNO for September Fee Application. |
| 24 | 11/19/15 | Cordasco, Michael | 0.5 | Prepare correspondence to Counsel re: filing of fee applications / timing of CNOs. |
| 24 | 11/19/15 | Diaz, Matthew | 0.5 | Provide comments on October fee statement. |
| 24 | 11/19/15 | Gittelman, Jeremy | 1.7 | Update October fee application to ensure compliance with local rules. |
| 24 | 11/20/15 | Cordasco, Michael | 0.4 | Provide comments to draft December fee budget. |
| 24 | 11/20/15 | Cordasco, Michael | 0.6 | Prepare and edit MFIS statement for first interim fee application. |
| 24 | 11/20/15 | Cordasco, Michael | 0.4 | Prepare and edit MFIS statement for the 2nd interim period. |
| 24 | 11/20/15 | Eimer, Sean | 0.6 | Examine October budget to actual and the December budget for the purpose of ensuring all exhibits meet local regulations. |
| 24 | 11/20/15 | Gittelman, Jeremy | 1.4 | Incorporate updates to the October fee application to ensure compliance with Fee Committee guidelines. |
| 24 | 11/23/15 | Gittelman, Jeremy | 1.4 | Finalize October Fee Application in compliance with Fee Committee guidelines. |
| 24 | 12/04/15 | Hellmund-Mora, Marili | 0.9 | Prepare November fee application to ensure compliance with local rules. |
| 24 | 12/07/15 | Hellmund-Mora, Marili | 0.8 | Revise the November fee application to ensure compliance with local rules. |
| 24 | 12/08/15 | Gittelman, Jeremy | 2.1 | Draft November fee application exhibits. |
| 24 | 12/08/15 | Gittelman, Jeremy | 1.2 | Draft October budget-to-actual exhibits. |
| 24 | 12/08/15 | Hellmund-Mora, Marili | 1.2 | Incorporate updates to the November fee application. |
| 24 | 12/10/15 | Cordasco, Michael | 1.3 | Provide comments to draft of November fee statement. |
| 24 | 12/14/15 | Cordasco, Michael | 0.5 | Provide comments to November fee statement. |
| 24 | 12/14/15 | Cordasco, Michael | 0.2 | Assess CNO / timing for payment of fee statements. |
| 24 | 12/14/15 | Diaz, Matthew | 0.5 | Provide comments on the November fee application. |
| 24 | 12/16/15 | Gittelman, Jeremy | 1.8 | Finalize November fee application exhibits. |
| 24 | 12/16/15 | Gittelman, Jeremy | 0.9 | Finalize November budget-to-actual exhibits. |
| 24 | 12/16/15 | Gittelman, Jeremy | 1.1 | Draft November budget-to-actual exhibits. |
| 24 | 12/16/15 | Gittelman, Jeremy | 1.1 | Prepare monthly fee invoice summary sheet for October Fee Application. |
| 24 | 12/17/15 | Cordasco, Michael | 0.3 | Provide comments to draft January fee budget. |
| 24 | 12/17/15 | Gittelman, Jeremy | 1.1 | Finalize exhibits for January fee budget. |
| 24 | 12/17/15 | Gittelman, Jeremy | 0.5 | Prepare CNO exhibit for October Fee Application. |
| 24 | 12/17/15 | Gittelman, Jeremy | 1.8 | Draft exhibits for January fee budget. |
| 24 | 12/28/15 | Hellmund-Mora, Marili | 0.5 | Finalize November fee application. |
| **24 Total** | | | **120.5** | |
| 38 | 09/09/15 | Greenberg, Mark | 1.8 | Analyze schedules prepared by Debtors related to allocation of tax liabilities and outside tax basis as of 12/31/14. |
| **38 Total** | | | **1.8** | |
| 39 | 09/02/15 | Greenberg, Mark | 2.2 | Analyze supporting documents for Oncor tax projections provided by Debtors to assess changes from prior draft. |
| 39 | 09/24/15 | Greenberg, Mark | 1.0 | Examine Oncor REIT financial projections attached to Disclosure Statement to assess changes from prior draft. |
| 39 | 09/25/15 | Scruton, Andrew | 0.5 | Participate in call with Counsel to review status of PLR requests. |
| 39 | 09/25/15 | Scruton, Andrew | 2.1 | Evaluate Disclosure Statement re: Oncor REIT Projections to assess changes from prior draft. |
| 39 | 09/29/15 | Joffe, Steven | 0.9 | Analyze REIT IRS submission t assess tax impact. |

**EXHIBIT C**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**DETAIL OF TIME ENTRIES**
*FOR THE PERIOD SEPTEMBER 1, 2015 TO DECEMBER 31, 2015*

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 39 | 10/02/15 | Greenberg, Mark | 0.6 | Review July and August Oncor actual v. budget results. |
| 39 | 10/05/15 | Greenberg, Mark | 0.2 | Participate in Committee call to discuss confirmation hearing and depositions. |
| 39 | 10/09/15 | Scruton, Andrew | 0.8 | Participate in discussion with UCC member on status of REIT structuring. |
| 39 | 10/13/15 | Scruton, Andrew | 2.1 | Analyze corporate structure of REIT to address questions of UCC member. |
| 39 | 10/13/15 | Scruton, Andrew | 1.3 | Participate in discussion with Counsel on questions raised by UCC member on REIT and POR status. |
| 39 | 10/14/15 | Arsenault, Ronald | 2.9 | Analyze new REIT capital structure and rights of way interests in OpCo. |
| 39 | 10/14/15 | Greenberg, Mark | 0.5 | Assess Opco capital structure at the request of UCC member. |
| 39 | 10/14/15 | Scruton, Andrew | 1.5 | Participate in call with UCC member re: findings from further research into REIT issues. |
| 39 | 10/19/15 | Greenberg, Mark | 0.3 | Participate in call with Committee to discuss Plan negotiations, make-whole litigation, and prospective asset purchase. |
| 39 | 10/20/15 | Greenberg, Mark | 0.2 | Correspond with UCC counsel re: noteholder group settlement. |
| 39 | 12/07/15 | Greenberg, Mark | 0.4 | Participate in Committee call to discuss Plan confirmation. |
| 39 | 12/08/15 | Greenberg, Mark | 0.2 | Correspond with UCC counsel re: REIT spinoffs in tax free transactions. |
| 39 | 12/10/15 | Scruton, Andrew | 0.8 | Correspond with Counsel on regulatory issues re: REIT transformation. |
| 39 | 12/14/15 | Greenberg, Mark | 0.2 | Review articles related to Oncor PUCT approval. |
| **39 Total** | | | **19.2** | |
| **Grand Total** | | | **409.3** | |