# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: GingerM | Date Created: 2/12/2016 |
| Case: 14−10979−CSS | Form ID: ntcBK | Total: 60 |

**Recipients of Notice of Electronic Filing:**
```
ust    United States Trustee         USTPREGION03.WL.ECF@USDOJ.GOV
aty    Andrea Beth Schwartz          andrea.b.schwartz@usdoj.gov
aty    Brian Schartz                 bschartz@kirkland.com
aty    Chad J. Husnick               chusnick@kirkland.com
aty    Daniel J. DeFranceschi        defranceschi@rlf.com
aty    David M. Klauder              dklauder@bk−legal.com
aty    Edward O. Sassower            esassower@kirkland.com
aty    Jason M. Madron               madron@rlf.com
aty    Jason M. Madron               madron@rlf.com
aty    Jason M. Madron               madron@rlf.com
aty    Jason M. Madron               madron@rlf.com
aty    Joseph Charles Barsalona II   barsalona@rlf.com
aty    Mark D. Collins               collins@RLF.com
aty    Michael A. Rosenthal          mrosenthal@gibsondunn.com
aty    Peter Jonathon Young          pyoung@proskauer.com
aty    Richard L. Schepacarter       richard.schepacarter@usdoj.gov
aty    Thomas F. Driscoll, III       tdriscoll@bifferato.com
aty    Tyler D. Semmelman            semmelman@rlf.com
aty    Tyler D. Semmelman            semmelman@rlf.com
aty    Tyler D. Semmelman            semmelman@rlf.com
aty    William A. Romanowicz         rbgroup@rlf.com
```

                                                                                                TOTAL: 21

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
```
db     Energy Future Holdings Corp.     Energy Plaza     1601 Bryan Street     Dallas, TX 75201
aty    Andrew McGaan          Kirkland & Ellis LLP    300 North LaSalle    Chicago, IL 60654
aty    Anna Terteryan         Kirkland & Ellis LLP    555 California Street    San Francisco, CA 94104
aty    Anthony V. Sexton      Kirkland & Ellis LLP    300 North LaSalle    Chicago, IL 60654
aty    Aparna Yenamandra      Kirkland & Ellis LLP    601 Lexington Avenue    New York, NY 10022
aty    Brenton Rogers         Kirkland & Ellis LLP    300 North LaSalle    Chicago, IL 60654
aty    Bridget K. O'Connor    Kirkland & Ellis LLP    655 Fifteenth Street, N.W.    Washington, DC 20005
aty    Bryan M. Stephany      Kirkland & Ellis LLP    655 Fifteenth Street, N.W.    Washington, DC 20005
aty    Christopher W. Keegan  Kirkland & Ellis LLP    555 California Street    San Francisco, CA 94104
aty    Cormac T. Connor       Kirkland & Ellis LLP    655 Fifteenth Street, N.W.    Washington, DC 20005
aty    Emily E. Geier         Kirkland & Ellis LLP    300 N. LaSalle    Chicago, IL 60654
aty    Iskender H. Catto      McDermott Will & Emery LLP    340 Madison Avenue    New York, NY 10173
aty    James H.M. Sprayregen  Kirkland & Ellis LLP    601 Lexington Avenue    New York, NY 10022
aty    Jeff J. Marwil    Proskauer Rose LLP    Three First National Plaza    70 W. Madison Street    Suite 3800    Chicago, IL 60602
aty    Jeremy L. Graves    GIBSON DUNN & CRUTCHER LLP    1801 California Street    Suite 4200    Denver, CO 80202−2642
aty    Jeremy L. Retherford    Balch & Bingham LLP    1901 Sixth Avenue North    Suite 1500    Birmingham, AL 35203−4602
aty    Jonathan F. Ganter     Kirkland & Ellis LLP    655 Fifteenth Street, N.W.    Washington, DC 20005
aty    Justin Sowa            Kirkland & Ellis LLP    555 California Street    San Francisco, CA 94104
aty    Kevin Chang            Kirkland & Ellis LLP    555 California Street    San Francisco, CA 94104
aty    Lary Alan Rappaport    Proskauer Rose LLP    2049 Century Park East    Los Angeles, CA 90067−3206
aty    Marc Kieselstein       Kirkland & Ellis LLP    300 North LaSalle    Chicago, IL 60654
aty    Mark E. McKane, Esq.   Kirkland & Ellis LLP    555 California Street    San Francisco, CA 94104
aty    Mark K. Thomas    Proskauer Rose LLP    Three First National Plaza    70 W. Madison Street    Suite 3800    Chicago, IL 60602
aty    Matthew E. Papez       Kirkland & Ellis LLP    655 Fifteenth Street, N.W.    Washington, DC 20005
aty    Michael A. Firestein   Proskauer Rose LLP    2049 Century Park East    Los Angeles, CA 90067−3206
aty    Michael A. Petrino     Kirkland & Ellis LLP    655 Fifteenth Street, N.W.    Washington, DC 20005
aty    Michael B. Slade       Kirkland & Ellis LLP    300 North LaSalle    Chicago, IL 60654
aty    Michael L. Raiff       Gibson Dunn & Crutcher LLP    2100 McKinney Avenue    Dallas, TX 75201
aty    Michael P. Esser       Kirkland & Ellis LP    555 California Street    San Francisco, CA 94104
aty    Natalie Hoyer Keller   Kirkland & Ellis LLP    300 North LaSalle    Chicago, IL 60654
aty    P. Stephen Gidiere, III    Balch & Bingham LLP    1901 Sixth Avenue North    Suite 1500    Birmingham, AL 35203−4642
aty    Richard M. Cieri       Kirkland & Ellis LLP    601 Lexington Avenue    New York, NY 10022−4611
aty    Richard U.S. Howell    Kirkland & Ellis LLP    300 North LaSalle    Chicago, IL 60654
aty    Stephen E. Hessler     Kirkland & Ellis LLP    601 Lexington Avenue    New York, NY 10022
aty    Steven N. Serajeddini  Kirkland & Ellis LLP    300 North LaSalle    Chicago, IL 60654
aty    Todd F. Maynes         Kirkland & Ellis LLP    300 North LaSalle    Chicago, IL 60654
aty    W. Clark Watson    Balch & Bingham LLP    1901 Sixth Avenue North    Suite 1500    Birmingham, AL 35203−4642
```

| | | | | |
|---|---|---|---|---|
| aty | William Guerrieri | Kirkland & Ellis LLP | 300 North LaSalle | Chicago, IL 60654 |
| aty | William T. Pruitt | Kirkland & Ellis LLP | 300 North LaSalle | Chicago, IL 60654 |

TOTAL: 39