# Exhibit A

**Declaration of Robert B. Little**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**DECLARATION OF ROBERT B. LITTLE IN SUPPORT OF THE
FIFTH INTERIM FEE APPLICATION OF GIBSON, DUNN & CRUTCHER LLP
SPECIAL COUNSEL TO THE DEBTORS AND DEBTORS
IN POSSESSION, FOR THE PERIOD FROM SEPTEMBER 1, 2015
THROUGH AND INCLUDING DECEMBER 31, 2015**

I, Robert B. Little, being duly sworn, state the following under penalty of perjury:

1. I am a partner with the applicant firm, Gibson, Dunn & Crutcher LLP, and have been admitted to appear before this Court.

2. I am familiar with the work performed on behalf of the Debtors by the lawyers in the firm.

3. I have reviewed the foregoing Fee Application and the facts set forth therein are true and correct to the best of my knowledge, information, and belief. Moreover, I have reviewed Local Bankruptcy Rule 2016-2, and submit that the Fee Application substantially complies with such rule.

4. In connection therewith, I hereby certify that:

   a) to the best of my knowledge, information, and belief, formed after reasonable inquiry, the fees and disbursements sought in the Fee

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 13899852v.1

|     | Application are permissible under the relevant rules, court orders, and Bankruptcy Code provisions, except as specifically set forth herein; |
| --- | --- |
| b)  | except to the extent disclosed in the Fee Application, the fees and disbursements sought in the Fee Application are billed at or below rates customarily employed by Gibson Dunn and generally accepted by Gibson Dunn's clients. In addition, none of the professionals seeking compensation varied their hourly rate based on the geographic location of the Debtors' case; |
| c)  | the Debtors agreed to accept all reasonable future rate increases; |
| d)  | Gibson Dunn is seeking compensation with respect to the approximately 6.1 hours and $3,408.50 in fees spent reviewing and, where necessary, redacting invoices to protect attorney-client privilege, and attorney work product; |
| e)  | in providing a reimbursable expense, Gibson Dunn does not make a profit on that expense, whether the service is performed by Gibson Dunn in-house or through a third party; |
| f)  | in accordance with Rule 2016(a) of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. § 504, no agreement or understanding exists between Gibson Dunn and any other person for the sharing of compensation to be received in connection with the above cases except as authorized pursuant to the Bankruptcy Code, Bankruptcy Rules, and Local Bankruptcy Rules; and |
| g)  | all services for which compensation is sought were professional services on behalf of the Debtors and not on behalf of any other person. |

Executed on February 12, 2016

*/s/ Robert B. Little*
Robert B. Little
Partner, Gibson, Dunn & Crutcher LLP