**Exhibit B**

**Budget and Staffing Plan**

**Exhibit B-1**

**September Budget and Staffing Plan**

RLF1 13899852v.1

## Budget and Staffing Plan

### (For Matter Categories for the Period Beginning on September 1, 2015 and Ending on September 30, 2015)

**Budget**

| Matter Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted[1] |
|---|---|---|---|
| Applicable to All Debtors | | | |
| 12 | Tax Analysis | 10 | $7,000.00 |
| 25 | Public Policy Advice | 2 | $1,500.00 |
| 30 | Employment and Fee Applications | 55 | $40,000.00 |
| 46 | Budgeting | 3 | $2,000.00 |
| Applicable to TCEH Debtors | | | |
| 4 | Litigation: Disputes and Potential Litigation with Aurelius | 0 | $0.00 |
| 8 | Litigation: FPL v. TXU (Texas Supreme Court) | 140 | $100,000.00 |
| 13 | Litigation: FOIA Disputes and EPA Matters | 0 | $0.00 |
| 18 | Litigation: NSR Case | 110 | $85,000.00 |
| 22 | Litigation: 2004 FPL Lawsuit | 0 | $0.00 |
| 23 | Litigation: 2011 FPL Lawsuit | 0 | $0.00 |
| 24 | Litigation: FPL Offer Curves Dispute | 0 | $0.00 |
| 41 | SEC Matters | 70 | $50,000.00 |
| 43 | Corporate Matters | 40 | $30,000.00 |
| Applicable to EFIH Debtors | | | |
| 34 | SEC Matters | 5 | $4,000.00 |
| 35 | Corporate Matters | 10 | $8,000.00 |
| Applicable to EFH Debtors | | | |
| 31 | SEC Matters | 30 | $24,000.00 |
| 32 | Corporate Matters | 40 | $30,000.00 |
| **Total** | | | **$381,500.00** |

---

[1] Budgeted numbers do not necessarily amount to a 1:1 ratio because they reflect a blended hourly rate and a variable allocation of timekeepers and hours, depending on the needs for each matter number.

RLF1 13899852v.1

**Staffing Plan**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter Categories During the Budget Period | Average Hourly Rate[2] |
|---|---|---|
| Partner | 14 | $920 |
| Of Counsel | 3 | $850 |
| Associate (4+ years since first admission) | 10 | $680 |
| Jr. Associate (1-3 years since first admission) | 8 | $610 |
| Paralegal | 2 | $380 |
| **Total Attorney** | 35 | **$690** |
| **Total Non-Attorney** | 2 | **$380** |
| **Total** | 37 | **$680** |

---

[2] The Average Hourly Rate is a weighted average based on the individual hourly rate of, matters worked on, and projected number of hours worked by, each timekeeper over the course of the Chapter 11 Cases.

**Exhibit B-2**

**October Budget and Staffing Plan**

## Budget and Staffing Plan

### (For Matter Categories for the Period Beginning on October 1, 2015 and Ending on October 31, 2015)

**Budget**

| Matter Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted[1] |
|---|---|---|---|
| Applicable to All Debtors | | | |
| 12 | Tax Analysis | 10 | $7,000.00 |
| 25 | Public Policy Advice | 2 | $1,500.00 |
| 30 | Employment and Fee Applications | 20 | $13,000.00 |
| 46 | Budgeting | 3 | $2,000.00 |
| Applicable to TCEH Debtors | | | |
| 4 | Litigation: Disputes and Potential Litigation with Aurelius | 0 | $0.00 |
| 8 | Litigation: FPL v. TXU (Texas Supreme Court) | 140 | $100,000.00 |
| 13 | Litigation: FOIA Disputes and EPA Matters | 0 | $0.00 |
| 18 | Litigation: NSR Case | 95 | $70,000.00 |
| 22 | Litigation: 2004 FPL Lawsuit | 0 | $0.00 |
| 23 | Litigation: 2011 FPL Lawsuit | 0 | $0.00 |
| 24 | Litigation: FPL Offer Curves Dispute | 0 | $0.00 |
| 41 | SEC Matters | 20 | $10,000.00 |
| 43 | Corporate Matters | 20 | $10,000.00 |
| 48 | TCEH Going Public Transactions | 300 | $200,000.00 |
| 49 | TCEH Notes Offering | 25 | $15,000.00 |
| 50 | Project Longhorn | 321 | $219,845.00 |
| Applicable to EFIH Debtors | | | |
| 34 | SEC Matters | 20 | $10,000.00 |
| 35 | Corporate Matters | 20 | $10,000.00 |
| Applicable to EFH Debtors | | | |
| 31 | SEC Matters | 20 | $10,000.00 |
| 32 | Corporate Matters | 20 | $10,000.00 |
| **Total** | | | **$688,345.00** |

---

[1] Budgeted numbers do not necessarily amount to a 1:1 ratio because they reflect a blended hourly rate and a variable allocation of timekeepers and hours, depending on the needs for each matter number.

RLF1 13899852v.1

**Staffing Plan**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter Categories During the Budget Period | Average Hourly Rate[2] |
|---|---|---|
| Partner | 14 | $920 |
| Of Counsel | 3 | $850 |
| Associate (4+ years since first admission) | 10 | $680 |
| Jr. Associate (1-3 years since first admission) | 8 | $610 |
| Paralegal | 2 | $380 |
| **Total Attorney** | 35 | **$690** |
| **Total Non-Attorney** | 2 | **$380** |
| **Total** | 37 | **$680** |

---

[2] The Average Hourly Rate is a weighted average based on the individual hourly rate of, matters worked on, and projected number of hours worked by, each timekeeper over the course of the Chapter 11 Cases.

## Exhibit B-3

## November Budget and Staffing Plan

## Budget and Staffing Plan

### (For Matter Categories for the Period Beginning on November 1, 2015 and Ending on November 30, 2015)

**Budget**

| Matter Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted[1] |
|---|---|---|---|
| Applicable to All Debtors | | | |
| 12 | Tax Analysis | 10 | $7,000.00 |
| 25 | Public Policy Advice | 2 | $1,500.00 |
| 30 | Employment and Fee Applications | 15 | $11,000.00 |
| 46 | Budgeting | 3 | $2,000.00 |
| Applicable to TCEH Debtors | | | |
| 4 | Litigation: Disputes and Potential Litigation with Aurelius | 0 | $0.00 |
| 8 | Litigation: FPL v. TXU (Texas Supreme Court) | 75 | $50,000.00 |
| 13 | Litigation: FOIA Disputes and EPA Matters | 0 | $0.00 |
| 18 | Litigation: NSR Case | 68 | $50,000.00 |
| 22 | Litigation: 2004 FPL Lawsuit | 0 | $0.00 |
| 23 | Litigation: 2011 FPL Lawsuit | 0 | $0.00 |
| 24 | Litigation: FPL Offer Curves Dispute | 0 | $0.00 |
| 41 | SEC Matters | 20 | $10,000.00 |
| 43 | Corporate Matters | 20 | $10,000.00 |
| 48 | TCEH Going Public Transactions | 300 | $200,000.00 |
| 49 | TCEH Notes Offering | 75 | $50,000.00 |
| 50 | Project Longhorn | 300 | $200,000.00 |
| Applicable to EFIH Debtors | | | |
| 34 | SEC Matters | 20 | $10,000.00 |
| 35 | Corporate Matters | 20 | $10,000.00 |
| Applicable to EFH Debtors | | | |
| 31 | SEC Matters | 20 | $10,000.00 |
| 32 | Corporate Matters | 20 | $10,000.00 |
| **Total** | | | **$631,500.00** |

---

[1]  Budgeted numbers do not necessarily amount to a 1:1 ratio because they reflect a blended hourly rate and a variable allocation of timekeepers and hours, depending on the needs for each matter number.

RLF1 13899852v.1

**Staffing Plan**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter Categories During the Budget Period | Average Hourly Rate[2] |
|---|---|---|
| Partner | 14 | $920 |
| Of Counsel | 3 | $850 |
| Associate (4+ years since first admission) | 10 | $680 |
| Jr. Associate (1-3 years since first admission) | 8 | $610 |
| Paralegal | 2 | $380 |
| **Total Attorney** | 35 | **$690** |
| **Total Non-Attorney** | 2 | **$380** |
| **Total** | 37 | **$680** |

---

[2] The Average Hourly Rate is a weighted average based on the individual hourly rate of, matters worked on, and projected number of hours worked by, each timekeeper over the course of the Chapter 11 Cases.

# Exhibit B-4

## December Budget and Staffing Plan

# Budget and Staffing Plan

**(For Matter Categories for the Period Beginning on December 1, 2015 and Ending on December 31, 2015)**

## Budget

| Matter Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted[1] |
|---|---|---|---|
| Applicable to All Debtors | | | |
| 12 | Tax Analysis | 10 | $7,000.00 |
| 25 | Public Policy Advice | 2 | $1,500.00 |
| 30 | Employment and Fee Applications | 15 | $11,000.00 |
| 46 | Budgeting | 3 | $2,000.00 |
| Applicable to TCEH Debtors | | | |
| 4 | Litigation: Disputes and Potential Litigation with Aurelius | 0 | $0.00 |
| 8 | Litigation: FPL v. TXU (Texas Supreme Court) | 8 | $5,000.00 |
| 13 | Litigation: FOIA Disputes and EPA Matters | 0 | $0.00 |
| 18 | Litigation: NSR Case | 55 | $40,000.00 |
| 22 | Litigation: 2004 FPL Lawsuit | 0 | $0.00 |
| 23 | Litigation: 2011 FPL Lawsuit | 0 | $0.00 |
| 24 | Litigation: FPL Offer Curves Dispute | 0 | $0.00 |
| 41 | SEC Matters | 20 | $10,000.00 |
| 43 | Corporate Matters | 20 | $10,000.00 |
| 48 | TCEH Going Public Transactions | 300 | $200,000.00 |
| 49 | TCEH Notes Offering | 75 | $50,000.00 |
| 50 | Project Longhorn | 300 | $200,000.00 |
| Applicable to EFIH Debtors | | | |
| 34 | SEC Matters | 20 | $10,000.00 |
| 35 | Corporate Matters | 20 | $10,000.00 |
| Applicable to EFH Debtors | | | |
| 31 | SEC Matters | 20 | $10,000.00 |
| 32 | Corporate Matters | 20 | $10,000.00 |
| **Total** | | | **$576,500.00** |

---

[1] Budgeted numbers do not necessarily amount to a 1:1 ratio because they reflect a blended hourly rate and a variable allocation of timekeepers and hours, depending on the needs for each matter number.

**Staffing Plan**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter Categories During the Budget Period | Average Hourly Rate[2] |
|---|---|---|
| Partner | 14 | $920 |
| Of Counsel | 3 | $850 |
| Associate (4+ years since first admission) | 10 | $680 |
| Jr. Associate (1-3 years since first admission) | 8 | $610 |
| Paralegal | 2 | $380 |
| **Total Attorney** | 35 | **$690** |
| **Total Non-Attorney** | 2 | **$380** |
| **Total** | 37 | **$680** |

---

[2]  The Average Hourly Rate is a weighted average based on the individual hourly rate of, matters worked on, and projected number of hours worked by, each timekeeper over the course of the Chapter 11 Cases.