# Exhibit D

**Summary of Total Fees Incurred and Hours Billed During the Fee Period**

**Attorneys and Paraprofessionals' Information**

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Fee Application | Hours Billed In this Fee Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Fee Application at First Interim Fee Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Fee Application | In the First Interim Fee Application | |
| Aaron Adams | Partner | Corporate | NY – 2001 | $17,853.00 | 18.4 | N/A | $1,045.00 | N/A | $18,308.00 |
| Linda K. Curtis | Partner | Corporate | CA – 1989 | $10,756.50 | 10.1 | N/A | $1,065.00 | N/A | $10,302.00 |
| William B. Dawson | Partner | Litigation | TX – 1975 | $8,092.50 | 8.3 | 0 | $975.00 | $925.00 | $7,677.50 |
| Andrew L. Fabens | Partner | Corporate | NY – 2001 | $5,610.00 | 6.0 | N/A | $935.00 | N/A | $5,970.00 |
| James C. Ho | Partner | Litigation | DC – 2001 / TX – 2006 | $95,023.00 | 113.8 | 0 | $835.00 | $885.00 | $100,713.00 |
| William R. Hollaway | Partner | Corporate | DC – 2000 | $10,761.00 | 10.2 | N/A | $1,055.00 | N/A | $10,200.00 |
| Elizabeth A. Ising | Partner | Corporate | NC – 2000 / DC – 2001 | $805.00 | 1.0 | N/A | $805.00 | N/A | $760.00 |
| Robert B. Little | Partner | Corporate | TX – 1998 | $232,965.00 | 279.0 | 0 | $835.00 | $790.00 | $220,410.00 |
| Joseph Kattan | Partner | Litigation | DC – 1980 | $68,420.00 | 62.2 | N/A | $1,000.00 | N/A | $65,932.00 |
| Brian J. Lane | Partner | Corporate | MD – 1983 / DC – 2000 | $1,800.00 | 1.6 | N/A | $1,125.00 | N/A | $1,736.00 |
| Thomas J. McHenry | Partner | Litigation | NY – 1985 / DC – 1987 | $37,807.50 | 35.5 | N/A | $1,065.00 | N/A | $36,210.00 |
| Stephen Nordhal | Partner | Corporate | NY – 1995 | $8,036.00 | 8.2 | N/A | $980.00 | N/A | $8,487.00 |
| Michael L. Raiff* | Partner | Litigation | TX – 1992 | $61,596.00 | 69.6 | 0 | $885.00 | $840.00 | $48,762.00 |
| Michael A. Rosenthal | Partner | Corporate | DC – 1998 | $1,762.50 | 1.5 | 0 | $1,175.00 | $1,140.00 | $1,710.00 |
| M.S. Royall** | Partner | Litigation | TX – 1991 / DC – 1997 | $108.00 | 0.1 | N/A | $1,080.00 | N/A | $104.00 |
| Saptak Santra | Partner | Corporate | UK – 1999 / Singapore – 2010 | $91,385.00 | 94.7 | N/A | $965.00 | N/A | $88,544.50 |
| David L. Sinak | Partner | Tax | TX – 1979 | $9,904.50 | 9.3 | N/A | $1,065.00 | N/A | $9,486.00 |

RLF1 13899852v.1

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Fee Application | Hours Billed In this Fee Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Fee Application at First Interim Fee Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Fee Application | In the First Interim Fee Application | |
| Robert C. Walters** | Partner | Litigation | TX – 1983 | $682.50 | 0.7 | N/A | $975.00 | N/A | $647.50 |
| Robyn E. Zolman** | Partner | Corporate | CO – 2002 | $552.00 | 0.6 | N/A | $920.00 | N/A | $516.00 |
| Janet M. Weiss | Partner | Corporate | NY - 1990 | $2,025.00 | 1.8 | N/A | $1,125.00 | N/A | $1,980.00 |
| Jessica I. Basil | Of Counsel | Corporate | NY - 2000 | $1,485.00 | 1.8 | N/A | $825.00 | N/A | $1,431.00 |
| Andrew Cline | Of Counsel | Litigation | DC – 2000 | $19,955.00 | 30.7 | N/A | $650.00 | N/A | $21,183.00 |
| Janine Durand | Senior Counsel | Corporate | NJ – 1998 DC – 1999 | $28,880.00 | 36.1 | N/A | $800.00 | N/A | $27,797.00 |
| Ashley E. Johnson | Of Counsel | Litigation | NC – 2007 TX – 2009 | $23,391.00 | 33.9 | 0 | $690.00 | $740.00 | $25,086.00 |
| Gillian McPhee** | Of Counsel | Corporate | MD – 1997 DC – 1998 | $410.00 | 0.5 | N/A | $820.00 | N/A | $395.00 |
| Daniel Angel | Associate | Corporate | NY – 2004 | $3,078.00 | 3.6 | N/A | $855.00 | N/A | $3,294.00 |
| Christopher J. Babcock | Associate | Corporate | TX – 2009 | $10,375.00 | 16.6 | N/A | $625.00 | N/A | $9,213.00 |
| Matthew G. Bouslog | Associate | Bankruptcy | CA – 2011 | $14,375.00 | 23.0 | 0 | $625.00 | $555.00 | $12,817.50 |
| Caitlin A. Calloway | Associate | Corporate | TX – 2012 | $4,950.00 | 9.9 | 0 | $500.00 | $435.00 | $4,306.50 |
| Michael Q. Cannon | Associate | Tax | TX – 2012 | $10,695.00 | 19.2 | 0 | $575.00 | N/A | $9,312.00 |
| Douglas M. Champion | Associate | Real Estate | CA – 2006 | $15,169.00 | 19.7 | N/A | $770.00 | N/A | $14,282.50 |
| Mark H. Dreschler | Associate | Unassigned | CA – 2014 | $30,912.00 | 67.2 | N/A | $460.00 | N/A | $26,544.00 |
| Russell H. Falconer* | Associate | Litigation | TX – 2009 | $25,498.00 | 41.8 | 0 | $610.00 | $535.00 | $26,277.00 |
| Timothy P. Fisher | Associate | Unassigned | TX – 2013 | $87,075.00 | 193.5 | 0 | $450.00 | N/A | $85,140.00 |
| Krista P. Hanvey | Associate | Corporate | TX – 2009 | $13,920.00 | 19.2 | N/A | $725.00 | N/A | $12,480.00 |
| Sidhant Kumar | Associate | Corporate | India – 2015 Singapore – 2015 | $1,485.00 | 3.0 | N/A | $495.00 | N/A | $1,455.00 |
| Emily Lieberman | Associate | Corporate | NY – 2013 CA – 2014 | $5,212.50 | 7.5 | N/A | $695.00 | N/A | $4,687.50 |

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Fee Application | Hours Billed In this Fee Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Fee Application at First Interim Fee Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Fee Application | In the First Interim Fee Application | |
| Eun-Sung Lim | Associate | Unassigned | CA – 2015 | $8,137.00 | 20.6 | N/A | $395.00 | N/A | $8,137.00 |
| U-Shaun Lim | Associate | Corporate | UK – 2008 Singapore – 2015 | $10,230.00 | 12.4 | N/A | $825.00 | N/A | $9,734.00 |
| Robert Nichols | Associate | Litigation | CA – 2012 DC – 2014 | $27,560.00 | 53.0 | N/A | $520.00 | N/A | $25,705.00 |
| Joseph A. Orien | Associate | Corporate | TX – 2013 | $810.00 | 1.8 | 0 | $450.00 | N/A | $792.00 |
| Jean Y. Park** | Associate | Unassigned | CA – 2014 | $368.00 | 0.8 | N/A | $460.00 | N/A | $316.00 |
| Melissa L. Persons | Associate | Corporate | TX – 2009 Singapore – 2015 | $54,579.00 | 67.8 | N/A | $805.00 | N/A | $38,985.00 |
| Aliya J. Sanders** | Associate | Corporate | NY – 2014 | $1,105.00 | 1.7 | N/A | $650.00 | N/A | $926.50 |
| Prerak G. Shah*** | Associate | Litigation | TX – 2010 | $6,817.50 | 10.1 | N/A | $675.00 | N/A | $6,060.00 |
| Chelsea G. Thompson-Glover*** | Associate | Unassigned | TX – 2015 | $1,975.00 | 5.0 | N/A | $395.00 | N/A | $1,975.00 |
| William T. Thompson | Associate | Litigation | TX – 2013 | $43,690.00 | 102.8 | 0 | $425.00 | N/A | $45,232.00 |
| Lauren A. Traina | Associate | Unassigned | CA – 2014 | $32,706.00 | 71.1 | N/A | $460.00 | N/A | $28,084.50 |
| Needhi N. Vasavada | Associate | Unassigned | TX – 2014 | $30,791.00 | 75.1 | 0 | $410.00 | N/A | $29,664.50 |
| Elizabeth M. Viney | Associate | Litigation | LA – 2011 TX – 2011 | $4,777.50 | 9.1 | 0 | $525.00 | $485.00 | $5,733.00 |
| Jonathan M. Whalen | Associate | Corporate | TX – 2009 | $174,447.00 | 276.9 | 0 | $630.00 | $575.00 | $159,217.50 |
| Duke K. Amponsah | Paralegal. Joined firm as a Paralegal in 2012. | Bankruptcy | N/A | $30,573.00 | 77.4 | 0 | $395.00 | $380.00 | $29,412.00 |
| Rani Biswas | Paralegal. Joined firm as a Paralegal in 2007. | Unassigned | N/A | $4,833.60 | 22.8 | N/A | $212.00 | N/A | $5,130.00 |

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Fee Application | Hours Billed In this Fee Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Fee Application at First Interim Fee Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Fee Application | In the First Interim Fee Application | |
| Susan M. Dale | Paralegal. Joined firm as a Paralegal in 1998. | Litigation | N/A | $4,252.50 | 13.5 | N/A | $315.00 | N/A | $4,522.50 |
| Gaya K. Holman | Paralegal. Joined firm as a Paralegal in 2013. | Litigation | N/A | $481.00 | 1.3 | 0 | $370.00 | $355.00 | $461.50 |
| Stephanie S. Kann | Paralegal. Joined firm as a Paralegal in 2002. | Corporate | N/A | $2,394.00 | 5.7 | N/A | $420.00 | N/A | $2,308.50 |
| Robert King | Paralegal. Joined firm as a Paralegal in 2000. | Research and Information Management | N/A | $230.00 | 1.0 | N/A | $230.00 | N/A | $220.00 |
| Glen D. Middleton | Paralegal. Joined firm as a Paralegal in 2011. | Research and Information Management | N/A | $16,849.00 | 40.6 | N/A | $415.00 | N/A | $16,240.00 |
| Daniel Quevedo | Paralegal. Joined firm as a Paralegal in 2015. | Research and Information Management | N/A | $7,680.00 | 16.0 | N/A | $480.00 | N/A | $7,360.00 |
| Corey E. Green | eDiscovery Senior Analyst | Research and Information Management | N/A | $9,815.00 | 30.2 | N/A | $325.00 | N/A | $10,419.00 |
| Christopher Karnes | eDiscovery Specialist | Research and Information Management | N/A | $73.00 | 0.2 | 0 | $365.00 | N/A | $81.00 |
| Erin E. Kurinsky | Research Analyst | Research and Information Management | N/A | $105.00 | 0.5 | N/A | $210.00 | N/A | $100.00 |
| Stephen S. Neal | eDiscovery Specialist | Research and Information Management | N/A | $16,279.00 | 44.6 | N/A | $365.00 | N/A | $18,063.00 |
| Reed Nelson** | Research Manager | Research and Information Management | N/A | $92.00 | 0.4 | N/A | $230.00 | N/A | $88.00 |

| Attorney Name | Position | Department | Date of Admission | Fees Billed  In this Fee Application | Hours Billed  In this Fee Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed  In this Fee Application at First Interim Fee Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Fee Application | In the First Interim Fee Application | |
| Christopher A. Sasso** | eDiscovery Specialist | Research and Information Management | N/A | $328.50 | 0.9 | N/A | $365.00 | N/A | $364.50 |
| Daniel Y. Shin** | eDiscovery Analyst | Research and Information Management | N/A | $162.50 | 0.5 | N/A | $325.00 | N/A | $172.50 |
| **Voluntary Reduction** | | | | **($10,295.00)** | | | | | **($10,295.00)** |
| **TOTAL (professionals and paraprofessionals)** | | | | **$1,444,656.60** | **2223.6** | | | | **$1,369,366.00** |
| **TOTAL (professionals)** | | | | **$1,355,298.50** | **1968.0** | | | | **$1,279,035.50** |
| **TOTAL (paraprofessionals)** | | | | **$89,358.10** | **255.6** | | | | **$90,330.50** |
| **Blended Rate (including paraprofessionals)** | | | | | | | **$650.12** | **$615.83** | |
| **Blended Rate (excluding paraprofessionals)** | | | | | | | **$688.67** | **$649.92** | |

\*  In 2014, the Debtors and Gibson Dunn agreed to a blended hourly rate of $630.00 for Mr. Raiff and all litigation associates for work performed on matter numbers 13, 16-18, and 22-24.  For all other matters, this attorney billed at the hourly rate specified herein.

\*\*  A large number of timekeepers billed relatively few hours during the Fee Period.  Gibson Dunn is sensitive to the concerns raised in the Guidelines with respect to transitory timekeepers, and Gibson Dunn has ensured that each timekeeper billing to the Debtors' matters is necessary and appropriate.  With respect to the senior attorneys billing few hours, each attorney advised on discreet issues that required his or her specialized knowledge and expertise.  With respect to junior attorneys and other paraprofessionals billing few hours, each timekeeper was utilized to assist in a cost-effective manner with discreet research, discovery, or drafting issues that did not require substantial familiarity with the facts of the respective matter.  Additionally, while certain timekeepers did not bill a large number of hours in this Fee Period, many of those timekeepers have billed a substantial number of hours prior to or subsequent to the Fee Period.  Nevertheless, while Gibson Dunn submits that it should be compensated for the work performed by each of its timekeepers, Gibson Dunn has agreed to voluntarily reduce its fees by $3,808.50 attributable to the specific timekeepers indicated above.

\*\*\* Prerak Shah's time was originally billed at $675 per hour and was subsequently reduced to $600 per hour.  Chelsea Thompson-Glover's time was originally billed at $395 per hour and was subsequently reduced to $355 per hour.  Based on the reductions in hourly rates, Gibson Dunn voluntarily reduced its fees proportionally in the amount of $957.50.