## Exhibit E

## Summary of Actual and Necessary Expenses for the Fee Period

**Summary of Actual and Necessary Expenses for the Fee Period**

| Expense | Amount |
|---|---:|
| Filing Fees | $10.29 |
| In House Duplication | $139.50 |
| Lodging | $1,295.78 |
| Meals | $236.16 |
| Messenger and Courier Expense | $174.31 |
| Outside Duplication and Binding | $1,059.39 |
| Outside Services/Consultants | $15,706.50 |
| Telephone Charges | $11.42 |
| Travel – Air Rail | $2,335.82 |
| Travel - Parking | $92.50 |
| Travel – Taxi | $294.68 |
| **Total** | **$21,356.35** |