# Exhibit F

## Summary of Fees and Expenses by Matter for the Fee Period

## Summary of Fees and Expenses by Matter for the Fee Period

| Matter Number | Project Category Description | Hours | | Total Compensation | | Expenses | Total |
|---|---|---|---|---|---|---|---|
| | | Budgeted | Billed | Budgeted | Billed | | |
| Applicable to All Debtors | | | | | | | |
| 12 | Tax Analysis | 40.0 | 0.0 | $28,000.00 | $0.00 | | |
| 25 | Public Policy Advice | 8.0 | 0.0 | $6,000.00 | $0.00 | | |
| 30 | Case Administration, Employment and Fee Applications | 105.0 | 101.9 | $75,000.00 | $46,062.50 | | |
| 46 | Budget-Related Work | 12.0 | 3.4 | $8,000.00 | $2,167.00 | | |
| Applicable to TCEH Debtors | | | | | | | |
| 8 | Litigation: FPL v. TXU (Texas Supreme Court) | 363.0 | 286.2 | $255,000.00 | $189,601.50 | | |
| 18 | Litigation: NSR Case | 328.0 | 108.3 | $245,000.00 | $81,569.50 | | |
| 36 | TCEH Case Administration[1] | N/A | 0.7 | N/A | $441.00 | | |
| 41 | SEC Matters | 130.0 | 0.0 | $80,000.00 | $0.00 | | |
| 42 | Expenses and Disbursements | | 0.0 | | 0.00 | $21,356.35 | |
| 43 | Corporate Matters | 100.0 | 8.7 | $60,000.00 | $5,821.00 | | |
| 48 | TCEH Going Public Transactions | 900.0 | 257.8 | $600,000.00 | $157,373.00 | | |
| 49 | TCEH Notes Offering | 175.0 | 29.6 | $115,000.00 | $27,805.00 | | |
| 50 | Project Longhorn | 921.0 | 1,333.5 | $619,845.00 | $877,999.60 | | |
| Applicable to EFIH Debtors | | | | | | | |
| 34 | SEC Matters | 65.0 | 0.0 | $34,000.00 | $0.00 | | |
| 35 | Corporate Matters | 70.0 | 0.0 | $38,000.00 | $0.00 | | |
| 39 | Expenses and Disbursements | | | | | $0.00 | |
| Applicable to EFH Debtors | | | | | | | |
| 31 | SEC Matters | 90.0 | 62.5 | $54,000.00 | $41,389.50 | | |
| 32 | Corporate Matters | 100.0 | 31.0 | $60,000.00 | $24,722.00 | | |
| 37 | Expenses and Disbursements | | | | | $0.00 | |
| **Voluntary Reduction** | | | | | ($10,295.00) | | |
| **Totals** | | 3,407.0 | 2,223.6 | $2,277,845.00 | $1,444,656.60 | $21,356.35 | $1,466,012.95 |

---

[1] This category includes a small amount of work attributable to matter number 48 that was inadvertently recorded under this matter.