**<u>Exhibit G</u>**

**Detailed Description of Services Provided**

## Exhibit G-1

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**October 9, 2015**

**Invoice No. 2015103021**

Energy Future Holdings
Attn:  Stacey H. Dore
1601 Bryan Street, 6th Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through September 30, 2015**

| | | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00008 | FPL v. TXU (Texas Supreme Court) | $  42,805.00 | $  0.00 | $  42,805.00 |
| | **Totals** | $  42,805.00 | $  0.00 | $  42,805.00 |
| | **Current Balance Due** | | | $  42,805.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00008 | 02/27/15 | 2015023289 | $  3,283.60 | $  0.00 | $  3,283.60 |
| 92772-00008 | 03/26/15 | 2015033300 | 7,451.70 | 0.00 | 7,451.70 |
| 92772-00008 | 04/30/15 | 2015051616 | 22,446.40 | 0.00 | 22,446.40 |
| 92772-00008 | 05/11/15 | 2015051944 | 74.80 | 0.00 | 74.80 |
| 92772-00008 | 06/30/15 | 2015063939 | 3,248.10 | 0.00 | 3,248.10 |
| 92772-00008 | 07/20/15 | 2015080989 | 73,783.00 | 0.00 | 73,783.00 |
| 92772-00008 | 08/31/15 | 2015083794 | 16,082.50 | 0.00 | 16,082.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|--------------|-------------|----------|-------|-------------|
| 92772-00008 | 09/11/15 | 2015093286 | 15,327.00 | 0.00 | 15,327.00 |

**PREVIOUS BALANCE DUE**                                          $ 141,697.10

**TOTAL OUTSTANDING BALANCE DUE**                          $ 184,502.10

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**October 9, 2015**

**Invoice No. 2015103021**

<u>**REMITTANCE COPY**</u>

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Attn:  Stacey H. Dore
1601 Bryan Street, 6th Floor
Dallas, TX  75201

---

**For Services Rendered and Costs/Charges Advanced Through September 30, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00008 | FPL v. TXU (Texas Supreme Court) | $   42,805.00 | $     0.00 | $  42,805.00 |
|  | **Totals** | $   42,805.00 | $     0.00 | $  42,805.00 |
|  | **Current Balance Due** |  |  | $  42,805.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00008 | 02/27/15 | 2015023289 | $  3,283.60 | $   0.00 | $  3,283.60 |
| 92772-00008 | 03/26/15 | 2015033300 | 7,451.70 | 0.00 | 7,451.70 |
| 92772-00008 | 04/30/15 | 2015051616 | 22,446.40 | 0.00 | 22,446.40 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00008 | 05/11/15 | 2015051944 | 74.80 | 0.00 | 74.80 |
| 92772-00008 | 06/30/15 | 2015063939 | 3,248.10 | 0.00 | 3,248.10 |
| 92772-00008 | 07/20/15 | 2015080989 | 73,783.00 | 0.00 | 73,783.00 |
| 92772-00008 | 08/31/15 | 2015083794 | 16,082.50 | 0.00 | 16,082.50 |
| 92772-00008 | 09/11/15 | 2015093286 | 15,327.00 | 0.00 | 15,327.00 |

**PREVIOUS BALANCE DUE**                                    $ 141,697.10

**TOTAL OUTSTANDING BALANCE DUE**                   $ 184,502.10

Energy Future Holdings
Attn:  Stacey H. Dore
1601 Bryan Street, 6th Floor
Dallas, TX  75201


FPL V. TXU (TEXAS SUPREME COURT)
92772-00008

---

For Services Rendered Through September 30, 2015

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| MICHAEL L. RAIFF | 5.40 | $ 885.00 | $   4,779.00 |
| JAMES C. HO | 36.40 | 835.00 | 30,394.00 |
| ASHLEY E. JOHNSON | 3.30 | 690.00 | 2,277.00 |
| WILLIAM T. THOMPSON | 12.60 | 425.00 | 5,355.00 |

**Total Services**                                          $   42,805.00


**Total Services, Costs/Charges**                               42,805.00

**BALANCE DUE**                                             $   42,805.00

FPL V. TXU (TEXAS SUPREME COURT)
92772-00008

---

Detail Services:

**09/03/15**

| | | | | |
|---|---|---|---|---|
| 2.80 | HO, JAMES C | $835.00 | $2,338.00 | REVIEW AND EDIT DRAFT BRIEF IN RESPONSE TO SECOND SUPPLEMENTAL BRIEF (1.6); REVIEW CASE LAW AND OTHER MATERIALS IN PREPARATION FOR SAME (0.9); CONFER WITH A. JOHNSON REGARDING SAME (0.3). |
| 0.40 | JOHNSON, ASHLEY E | $690.00 | $276.00 | CONFERENCE WITH J. HO REGARDING INTRODUCTION TO SUPPLEMENTAL BRIEF. |

**09/04/15**

| | | | | |
|---|---|---|---|---|
| 0.50 | RAIFF, MICHAEL L | $885.00 | $442.50 | ATTENTION TO AND COMMUNICATIONS REGARDING RESPONSE TO FPL'S SECOND SUPPLEMENT. |
| 0.10 | HO, JAMES C | $835.00 | $83.50 | REVIEW EDITS AND COMMENTS FROM S. SOESBE. |
| 0.40 | JOHNSON, ASHLEY E | $690.00 | $276.00 | REVIEW COMMENTS TO BRIEF FROM J. HO AND S. SOESBE. |
| 1.10 | THOMPSON, WILLIAM T | $425.00 | $467.50 | ANALYZE PROPOSED EDITS TO BRIEF (0.9); COMMUNICATE ████████ (0.2). |

**09/06/15**

| | | | | |
|---|---|---|---|---|
| 1.20 | RAIFF, MICHAEL L | $885.00 | $1,062.00 | REVIEW FPL'S SECOND SUPPLEMENTAL BRIEF (0.6); WORK ON DRAFT OF OUR RESPONSE BRIEF (0.4); COMMUNICATIONS REGARDING EDITS (0.2). |

**09/07/15**

| | | | | |
|---|---|---|---|---|
| 0.40 | RAIFF, MICHAEL L | $885.00 | $354.00 | ATTENTION TO AND COMMUNICATIONS REGARDING BRIEF, CLIENT EDITS, AND NEW DRAFT. |

| 0.30 | HO, JAMES C | $835.00 | $250.50 | CORRESPONDENCE REGARDING FURTHER EDITS TO DRAFT BRIEF AND MOTION FOR LEAVE TO FILE. |
| 2.30 | THOMPSON, WILLIAM T | $425.00 | $977.50 | REVISE AND MODIFY BRIEF. |

**09/08/15**

| 0.80 | RAIFF, MICHAEL L | $885.00 | $708.00 | ATTENTION TO AND COMMUNICATIONS REGARDING OUR RESPONSE BRIEF AND OUR OPPOSED MOTION FOR LEAVE AND EDITS. |
| 1.90 | HO, JAMES C | $835.00 | $1,586.50 | FINALIZE BRIEF IN RESPONSE TO SECOND SUPPLEMENTAL BRIEF AND CORRESPONDENCE ██████████. REGARDING SAME (1.2); REVIEW AND EDIT DRAFT MOTION FOR LEAVE AND OUTREACH TO OPPOSING COUNSEL REGARDING SAME, AND REVIEW RELEVANT TRAP PROVISIONS (0.7). |
| 0.20 | JOHNSON, ASHLEY E | $690.00 | $138.00 | CONFERENCE WITH W. THOMPSON REGARDING STATUS OF BRIEF FOR FILING. |
| 4.10 | THOMPSON, WILLIAM T | $425.00 | $1,742.50 | REVISE AND FILE BRIEF (2.8); WRITE AND REVISE MOTION FOR LEAVE TO FILE (1.3). |

**09/09/15**

| 0.20 | RAIFF, MICHAEL L | $885.00 | $177.00 | ATTENTION TO AND COMMUNICATIONS REGARDING BRIEF AND FPL'S OPPOSITION TO OUR LEAVE MOTION. |
| 0.10 | HO, JAMES C | $835.00 | $83.50 | REVIEW FPL OPPOSITION TO MOTION FOR LEAVE AND CORRESPONDENCE REGARDING SAME. |
| 0.40 | THOMPSON, WILLIAM T | $425.00 | $170.00 | REVIEW FPL OPPOSITION TO MOTION FOR LEAVE AND CORRESPONDENCE REGARDING SAME. |

| 09/21/15 0.10 | THOMPSON, WILLIAM T | $425.00 | $42.50 | COMMUNICATE WITH J. HO REGARDING ORAL ARGUMENT. |
|---|---|---|---|---|
| 09/22/15 0.30 | HO, JAMES C | $835.00 | $250.50 | PREPARE FOR ORAL ARGUMENT AND CORRESPONDENCE REGARDING SAME. |
| 09/23/15 0.10 | HO, JAMES C | $835.00 | $83.50 | PREPARE FOR ORAL ARGUMENT AND CORRESPONDENCE REGARDING SAME. |
| 09/24/15 2.00 | HO, JAMES C | $835.00 | $1,670.00 | PREPARE FOR ORAL ARGUMENT (0.5); REVIEW ███████ (1.2); PREPARE ███████ FOR ORAL ARGUMENT (0.3). |
| 09/25/15 6.20 | HO, JAMES C | $835.00 | $5,177.00 | PREPARE ORAL ARGUMENT OUTLINE (0.7); FINISH REVIEW OF ███████ RULINGS (0.8); REVIEW SUPPLEMENTAL BRIEFS AND CASE LAW ███████ (2.7); ANALYZE POTENTIAL ORAL ARGUMENT ███████, AND REVIEW BRIEFING REGARDING SAME (2.0). |
| 09/27/15 7.50 | HO, JAMES C | $835.00 | $6,262.50 | CONTINUE REVIEW OF SUPPLEMENTAL BRIEFING AND REVISE ORAL ARGUMENT OUTLINE (3.0); REVIEW ███████ CASE LAW ███████ (3.9); CONFER WITH W. THOMPSON REGARDING SAME (0.6). |

| | | | | |
|---|---|---|---|---|
| 0.60 | THOMPSON, WILLIAM T | $425.00 | $255.00 | CONFER WITH J. HO REGARDING ORAL ARGUMENT. |

09/28/15

| | | | | |
|---|---|---|---|---|
| 6.60 | HO, JAMES C | $835.00 | $5,511.00 | REORGANIZE ORAL ARGUMENT OUTLINE PRESENTATION ON ███████████████ (1.3); DRAFT ██████████ OF ORAL ARGUMENT OUTLINE (0.7); FINISH REVIEW OF SUPPLEMENTAL BRIEFS ███████████████████ AND REVISE ORAL ARGUMENT OUTLINE  (2.4); CONFER WITH W. THOMPSON REGARDING SAME (0.5); REVIEW FPL'S ████████████████████ (1.4); REVIEW RECORD MATERIALS REGARDING ████████ (0.3). |
| 0.50 | THOMPSON, WILLIAM T | $425.00 | $212.50 | CONFER WITH J. HO REGARDING ORAL ARGUMENT. |

09/29/15

| | | | | |
|---|---|---|---|---|
| 3.30 | HO, JAMES C | $835.00 | $2,755.50 | FURTHER REVISIONS TO ORAL ARGUMENT OUTLINE IN LIGHT OF FURTHER REVIEW OF ██████████████████████████████████████████████████████ (0.9); REVISE ORAL ARGUMENT ████████████ (0.6); ANALYZE AND REVIEW ORAL ARGUMENT OUTLINE AND POSSIBLE EDITS WITH A. JOHNSON AND W. THOMPSON (1.8). |
| 2.30 | JOHNSON, ASHLEY E | $690.00 | $1,587.00 | WORK ON OUTLINE FOR ARGUMENT WITH J. HO AND W. THOMPSON. |
| 2.60 | THOMPSON, WILLIAM T | $425.00 | $1,105.00 | COMMUNICATE WITH J. HO REGARDING ORAL ARGUMENT (0.8); ANALYZE AND REVIEW ORAL ARGUMENT OUTLINE AND POSSIBLE EDITS WITH J. HO AND A. JOHNSON (1.8). |

09/30/15

| | | | | |
|---|---|---|---|---|
| 2.30 | RAIFF, MICHAEL L | $885.00 | $2,035.50 | ATTENTION TO UPCOMING ORAL ARGUMENT AND PRIOR BRIEFING (1.6); CONFER WITH CLIENTS AND J. HO (0.4); FOLLOW-UP ON OUTLINE OF ARGUMENT (0.3). |
| 5.20 | HO, JAMES C | $835.00 | $4,342.00 | FURTHER REVISIONS TO ORAL ARGUMENT OUTLINE (1.3); CONFER WITH CLIENTS AND M. RAIFF REGARDING SAME (0.4); CONFER WITH W. THOMPSON REGARDING SAME (0.9); REVIEW SUPPLEMENTAL BRIEFS (0.7); CONFERENCE REGARDING ORAL ARGUMENT STRATEGY ██████████ ██ AND FOLLOW-UP CORRESPONDENCE REGARDING SAME (1.3); DEVELOP TASK LIST AND CORRESPONDENCE REGARDING SAME (0.2); FURTHER ANALYZE ████ ██████████████ ██████████████ TALKING POINTS REGARDING SAME (0.4). |
| 0.90 | THOMPSON, WILLIAM T | $425.00 | $382.50 | COMMUNICATE WITH J. HO REGARDING ORAL ARGUMENT. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**October 9, 2015**

**Invoice No. 2015103687**

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through September 30, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00018 | NSR Case 201300257 | $  35,910.50 | $     0.00 | $  35,910.50 |
|  | **Totals** | $  35,910.50 | $     0.00 | $  35,910.50 |
|  | **Current Balance Due** |  |  | $  35,910.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00018 | 02/10/15 | 2015021965 | $  15,840.10 | $     0.00 | $  15,840.10 |
| 92772-00018 | 03/16/15 | 2015032314 | 14,748.30 | 0.00 | 14,748.30 |
| 92772-00018 | 04/30/15 | 2015050362 | 28,175.70 | 0.00 | 28,175.70 |
| 92772-00018 | 05/11/15 | 2015053089 | 9,377.30 | 0.00 | 9,377.30 |
| 92772-00018 | 06/30/15 | 2015061449 | 9,008.30 | 0.00 | 9,008.30 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00018 | 07/13/15 | 2015071601 | 53,799.00 | 0.00 | 53,799.00 |
| 92772-00018 | 08/05/15 | 2015080671 | 70,147.50 | 0.00 | 70,147.50 |
| 92772-00018 | 09/04/15 | 2015091505 | 40,242.50 | 0.00 | 40,242.50 |

**PREVIOUS BALANCE DUE** $ 241,338.70

**TOTAL OUTSTANDING BALANCE DUE** $ 277,249.20

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**October 9, 2015**

**Invoice No. 2015103687**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through September 30, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00018 | NSR Case 201300257 | $  35,910.50 | $      0.00 | $  35,910.50 |
|  | **Totals** | $  35,910.50 | $    0.00 | $  35,910.50 |
|  | **Current Balance Due** |  |  | $  35,910.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00018 | 02/10/15 | 2015021965 | $  15,840.10 | $    0.00 | $  15,840.10 |

Remit By Wire To:
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

Remit By Mail To:
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|-------------|-------------|----------|-------|-------------|
| 92772-00018 | 03/16/15 | 2015032314 | 14,748.30 | 0.00 | 14,748.30 |
| 92772-00018 | 04/30/15 | 2015050362 | 28,175.70 | 0.00 | 28,175.70 |
| 92772-00018 | 05/11/15 | 2015053089 | 9,377.30 | 0.00 | 9,377.30 |
| 92772-00018 | 06/30/15 | 2015061449 | 9,008.30 | 0.00 | 9,008.30 |
| 92772-00018 | 07/13/15 | 2015071601 | 53,799.00 | 0.00 | 53,799.00 |
| 92772-00018 | 08/05/15 | 2015080671 | 70,147.50 | 0.00 | 70,147.50 |
| 92772-00018 | 09/04/15 | 2015091505 | 40,242.50 | 0.00 | 40,242.50 |

**PREVIOUS BALANCE DUE**  $  241,338.70

**TOTAL OUTSTANDING BALANCE DUE**  $  277,249.20

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

NSR CASE
92772-00018

_____

For Services Rendered Through September 30, 2015

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| WILLIAM B. DAWSON | 3.90 | $ 975.00 | $  3,802.50 |
| MICHAEL A. ROSENTHAL | 1.50 | 1,175.00 | 1,762.50 |
| MICHAEL L. RAIFF | 27.30 | 885.00 | 24,160.50 |
| RUSSELL H. FALCONER | 4.00 | 610.00 | 2,440.00 |
| MATTHEW G. BOUSLOG | 0.70 | 625.00 | 437.50 |
| ELIZABETH M. VINEY | 6.30 | 525.00 | 3,307.50 |

**Total Services**                           $  35,910.50

**Total Services, Costs/Charges**                    35,910.50

**BALANCE DUE**                              $  35,910.50

**Due and Payable Upon Receipt**

NSR CASE
92772-00018

---

Detail Services:

09/02/15

| | | | | |
|---|---|---|---|---|
| 3.90 | RAIFF, MICHAEL L | $885.00 | $3,451.50 | WORK ON ANSWER DEFENSES AND PRODUCTION (3.5); ATTENTION TO BANKRUPTCY PLAN ISSUES AND COMMUNICATIONS REGARDING SAME (0.4). |
| 1.50 | FALCONER, RUSSELL H | $610.00 | $915.00 | REVIEW AND EDIT PLEADINGS AND CORRESPOND REGARDING SAME (0.9); ANALYSIS OF PROPOSED PLAN LANGUAGE (0.6). |
| 0.30 | BOUSLOG, MATTHEW G | $625.00 | $187.50 | ANALYSIS OF PLAN LANGUAGE (0.2); EMAILS REGARDING SAME (0.1). |
| 0.40 | VINEY, ELIZABETH M | $525.00 | $210.00 | REVIEW PLEADINGS. |

09/03/15

| | | | | |
|---|---|---|---|---|
| 0.80 | ROSENTHAL, MICHAEL A | $1,175.00 | $940.00 | ANALYSIS OF PLAN LANGUAGE (0.6); EMAILS REGARDING SAME (0.2). |
| 2.80 | RAIFF, MICHAEL L | $885.00 | $2,478.00 | ANALYSIS OF PLAN ISSUES (1.0); CONFERENCE CALL WITH CLIENT (0.5); CONFERENCE CALL WITH DOJ AND OTHER COUNSEL (1.0); ATTENTION TO AND COMMUNICATIONS REGARDING ORDERS AND SCHEDULING (0.3). |
| 0.10 | FALCONER, RUSSELL H | $610.00 | $61.00 | ANALYZE PLAN LANGUAGE. |
| 0.10 | BOUSLOG, MATTHEW G | $625.00 | $62.50 | REVIEW EMAILS REGARDING PLAN LANGUAGE. |

**Invoice Date: October 9, 2015**

**Due and Payable Upon Receipt**

**Invoice No. 2015103687**

| | | | | |
|---|---|---|---|---|
| 09/04/15 3.00 | RAIFF, MICHAEL L | $885.00 | $2,655.00 | WORK ON DISCOVERY ISSUES (0.5); PARTICIPATE IN CALL WITH CLIENTS AND CALL WITH OTHER COUNSEL (0.3); WORK ON ANSWER, DEFENSES AND RELATED COMMUNICATIONS (1.5); WORK ON PLAN LANGUAGE (0.5); COMMUNICATIONS REGARDING THE COURT'S RECENT ORDERS (0.2). |
| 0.90 | FALCONER, RUSSELL H | $610.00 | $549.00 | ANALYZE PROPOSED PLAN LANGUAGE (0.6); PARTICIPATE IN WEEKLY CALL (0.3). |
| 09/08/15 0.30 | ROSENTHAL, MICHAEL A | $1,175.00 | $352.50 | REVIEW PROPOSED DISCLOSURE STATEMENT LANGUAGE (0.2); EMAILS REGARDING SAME (0.1). |
| 2.00 | RAIFF, MICHAEL L | $885.00 | $1,770.00 | PARTICIPATE IN CALL WITH CLIENTS (0.2); REVIEW, REVISE, FINALIZE AND FILE ANSWER (1.0); ATTENTION TO PROPOSED NEW DISCLOSURE LANGUAGE AND ANALYSIS OF ███████████ AND COMMUNICATIONS REGARDING SAME (0.8). |
| 0.60 | FALCONER, RUSSELL H | $610.00 | $366.00 | PARTICIPATE IN WEEKLY CASE CONFERENCE CALL (0.3); WORK RE DOJ PLAN LANGUAGE (0.3). |
| 0.20 | BOUSLOG, MATTHEW G | $625.00 | $125.00 | REVIEW AND REVISE DISCLOSURE STATEMENT (0.1); EMAILS REGARDING SAME (0.1). |
| 09/09/15 0.40 | ROSENTHAL, MICHAEL A | $1,175.00 | $470.00 | EMAILS REGARDING DISCLOSURE STATEMENT LANGUAGE (0.3); EMAILS REGARDING RESPONSE OF EPA TO PROPOSED DISCLOSURE STATEMENT LANGUAGE (0.1). |

| 2.20 | RAIFF, MICHAEL L | $885.00 | $1,947.00 | WORK ON DISCLOSURE AND PLAN LANGUAGE PROPOSED BY DOJ AND MULTIPLE COMMUNICATIONS REGARDING SAME (1.2); PARTICIPATE IN CALLS WITH DOJ AND FOLLOW-UP CALLS AND EMAILS (1.0). |
| 0.10 | BOUSLOG, MATTHEW G | $625.00 | $62.50 | EMAILS REGARDING PLAN AND DISCLOSURE STATEMENT. |

09/10/15

| 4.40 | RAIFF, MICHAEL L | $885.00 | $3,894.00 | WORK ON BANKRUPTCY DISPUTE WITH DOJ REGARDING PLAN LANGUAGE AND DISCLOSURES AND SUMMARY AND COMMUNICATIONS REGARDING SAME (1.0); CONFERENCE CALL WITH CO-COUNSEL AND CLIENTS ON DISCOVERY (2.0); CONFERENCE CALL WITH DOJ (0.6); FOLLOW-UP COMMUNICATIONS AND ATTENTION TO NEXT STEPS AND NEW LANGUAGE (0.8). |

09/11/15

| 1.30 | DAWSON, WILLIAM B | $975.00 | $1,267.50 | ANALYZE PLEADING ISSUES AND CALLS REGARDING SAME. |
| 3.00 | RAIFF, MICHAEL L | $885.00 | $2,655.00 | WORK ON BANKRUPTCY ISSUES REGARDING GOVERNMENT'S PROPOSED CARVE-OUT (0.5); CONFERENCE CALL WITH CLIENTS AND OTHER COUNSEL (0.7); CONFERENCE CALL WITH DOJ REGARDING BANKRUPTCY LANGUAGE AND DISCLOSURES (0.3); ATTENTION TO ███████ ███████ (0.5); ATTENTION TO AND COMMUNICATIONS REGARDING PARTIES JOINDER (0.5); CONFERENCE CALL WITH CLIENTS AND CO-COUNSEL (0.5). |

| | | | | |
|---|---|---|---|---|
| 0.50 | FALCONER, RUSSELL H | $610.00 | $305.00 | PARTICIPATE IN CONFERENCE CALL REGARDING DISCOVERY MATTERS (0.4); REVIEW ▮▮▮▮▮▮▮ (0.1). |

**09/13/15**

| | | | | |
|---|---|---|---|---|
| 0.60 | RAIFF, MICHAEL L | $885.00 | $531.00 | ATTENTION TO AND COMMUNICATIONS REGARDING GOVERNMENT'S ENVIRONMENTAL OBJECTION TO BANKRUPTCY PLAN AND DISCLOSURE STATEMENT (0.4); ATTENTION TO PLEADING MATTERS AND EMAILS REGARDING SAME (0.2). |
| 0.40 | VINEY, ELIZABETH M | $525.00 | $210.00 | RESEARCH REGARDING ▮▮▮ ▮▮▮▮▮▮▮▮▮▮ |

**09/14/15**

| | | | | |
|---|---|---|---|---|
| 1.30 | DAWSON, WILLIAM B | $975.00 | $1,267.50 | REVIEW PROPOSED PLEADINGS BY OTHERS. |
| 1.00 | RAIFF, MICHAEL L | $885.00 | $885.00 | ATTENTION TO AND COMMUNICATION REGARDING PROPOSED PLEADINGS (0.5); ATTENTION TO AND COMMUNICATION REGARDING ▮▮▮▮▮ IN BANKRUPTCY (0.5). |
| 3.10 | VINEY, ELIZABETH M | $525.00 | $1,627.50 | RESEARCH REGARDING ▮▮▮▮▮▮▮▮▮▮▮ (2.4); EMAIL CORRESPONDENCE REGARDING SAME (0.2); DISCUSSION REGARDING ▮▮▮ (0.5). |

**09/15/15**

| | | | | |
|---|---|---|---|---|
| 0.50 | DAWSON, WILLIAM B | $975.00 | $487.50 | REVIEW PROPOSED MOTION. |
| 2.50 | RAIFF, MICHAEL L | $885.00 | $2,212.50 | ATTENTION TO AND COMMUNICATIONS REGARDING PROPOSED MOTION (0.5); CONFERENCE CALL WITH CLIENTS AND CO-COUNSEL (1.0); ATTENTION TO AND COMMUNICATIONS ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (0.5); ATTENTION TO AND COMMUNICATIONS REGARDING BANKRUPTCY DISCLOSURE ISSUES (0.5). |

| | | | | |
|---|---|---|---|---|
| 2.10 | VINEY, ELIZABETH M | $525.00 | $1,102.50 | PARTICIPATE IN TEAM CALL ███████ (1.0); DRAFT PLEADINGS (0.5); REVISE SAME (0.6). |
| **09/16/15** | | | | |
| 0.50 | RAIFF, MICHAEL L | $885.00 | $442.50 | ATTENTION TO AND COMMUNICATIONS REGARDING ███████ (0.3); COMMUNICATIONS REGARDING BANKRUPTCY MATTERS (0.2). |
| 0.20 | FALCONER, RUSSELL H | $610.00 | $122.00 | CORRESPONDENCE REGARDING ███████. |
| 0.30 | VINEY, ELIZABETH M | $525.00 | $157.50 | REVISE ELECTRONIC FILING. |
| **09/17/15** | | | | |
| 0.80 | DAWSON, WILLIAM B | $975.00 | $780.00 | WORK ON PLEADING AND CASE STATUS MATTER. |
| 0.50 | RAIFF, MICHAEL L | $885.00 | $442.50 | WORK ON ███████ (0.3); CONFER REGARDING SAME (0.2). |
| 0.20 | FALCONER, RUSSELL H | $610.00 | $122.00 | CONFER REGARDING ███████. |
| **09/23/15** | | | | |
| 0.20 | RAIFF, MICHAEL L | $885.00 | $177.00 | ATTENTION TO DISCOVERY FOLLOW-UP. |
| **09/24/15** | | | | |
| 0.20 | RAIFF, MICHAEL L | $885.00 | $177.00 | ATTENTION TO AND COMMUNICATIONS REGARDING COURT'S ORDER. |
| **09/28/15** | | | | |
| 0.50 | RAIFF, MICHAEL L | $885.00 | $442.50 | CONFERENCE CALL WITH CLIENTS AND OTHER COUNSEL. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**October 9, 2015**

**Invoice No. 2015100998**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through September 30, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00030 | Retention/Fee Applications | $ 24,424.00 | $ 0.00 | $ 24,424.00 |
|  | **Totals** | $ 24,424.00 | $ 0.00 | $ 24,424.00 |
|  | **Current Balance Due** |  |  | $ 24,424.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00030 | 02/10/15 | 2015021882 | $ 5,169.10 | $ 0.00 | $ 5,169.10 |
| 92772-00030 | 03/16/15 | 2015032310 | 3,258.10 | 0.00 | 3,258.10 |
| 92772-00030 | 04/30/15 | 2015050274 | 1,712.00 | 0.00 | 1,712.00 |
| 92772-00030 | 05/11/15 | 2015051946 | 1,739.20 | 0.00 | 1,739.20 |
| 92772-00030 | 06/30/15 | 2015061442 | 2,926.00 | 0.00 | 2,926.00 |
| 92772-00030 | 07/20/15 | 2015072807 | 20,446.50 | 0.00 | 20,446.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: October 9, 2015**                                      **Invoice No. 2015100998**
**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|--------------|-------------|----------|-------|-------------|
| 92772-00030 | 08/11/15 | 2015081583 | 7,801.00 | 0.00 | 7,801.00 |
| 92772-00030 | 09/12/15 | 2015093338 | 6,678.00 | 0.00 | 6,678.00 |

**PREVIOUS BALANCE DUE**                                    $  49,729.90

**TOTAL OUTSTANDING BALANCE DUE**                          $  74,153.90

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**October 9, 2015**

**Invoice No. 2015100998**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through September 30, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00030 | Retention/Fee Applications | $  24,424.00 | $        0.00 | $  24,424.00 |
|  | **Totals** | $   24,424.00 | $      0.00 | $   24,424.00 |
|  | **Current Balance Due** |  |  | $   24,424.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00030 | 02/10/15 | 2015021882 | $   5,169.10 | $      0.00 | $   5,169.10 |
| 92772-00030 | 03/16/15 | 2015032310 | 3,258.10 | 0.00 | 3,258.10 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: October 9, 2015**                                                    **Invoice No. 2015100998**

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00030 | 04/30/15 | 2015050274 | 1,712.00 | 0.00 | 1,712.00 |
| 92772-00030 | 05/11/15 | 2015051946 | 1,739.20 | 0.00 | 1,739.20 |
| 92772-00030 | 06/30/15 | 2015061442 | 2,926.00 | 0.00 | 2,926.00 |
| 92772-00030 | 07/20/15 | 2015072807 | 20,446.50 | 0.00 | 20,446.50 |
| 92772-00030 | 08/11/15 | 2015081583 | 7,801.00 | 0.00 | 7,801.00 |
| 92772-00030 | 09/12/15 | 2015093338 | 6,678.00 | 0.00 | 6,678.00 |

**PREVIOUS BALANCE DUE**                                      $   49,729.90

**TOTAL OUTSTANDING BALANCE DUE**                            $   74,153.90

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201


RETENTION/FEE APPLICATIONS
92772-00030

_____

For Services Rendered Through September 30, 2015

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| MICHAEL L. RAIFF | 1.60 | $ 885.00 | $  1,416.00 |
| ROBERT B. LITTLE | 0.40 | 835.00 | 334.00 |
| JONATHAN M. WHALEN | 1.20 | 630.00 | 756.00 |
| RUSSELL H. FALCONER | 0.60 | 610.00 | 366.00 |
| MATTHEW G. BOUSLOG | 9.00 | 625.00 | 5,625.00 |
| WILLIAM T. THOMPSON | 1.60 | 425.00 | 680.00 |
| DUKE K. AMPONSAH | 38.60 | 395.00 | 15,247.00 |

**Total Services**                                           $  24,424.00



**Total Services, Costs/Charges**                              24,424.00

**BALANCE DUE**                                            $   24,424.00

RETENTION/FEE APPLICATIONS
92772-00030

---

Detail Services:

**09/01/15**

| | | | | |
|---|---|---|---|---|
| 0.10 | BOUSLOG, MATTHEW G | $625.00 | $62.50 | EMAILS WITH J. MADRON AND D. AMPONSAH REGARDING FEE STATEMENT. |
| 2.90 | AMPONSAH, DUKE K | $395.00 | $1,145.50 | WORK ON DRAFT OF JULY 2015 MONTHLY FEE STATEMENT (2.1); REVIEW AUGUST 2015 PREBILLS FOR COMPLIANCE WITH UST GUIDELINES (0.8). |

**09/02/15**

| | | | | |
|---|---|---|---|---|
| 0.80 | AMPONSAH, DUKE K | $395.00 | $316.00 | REVIEW AND REVISE JULY 2015 MONTHLY FEE STATEMENT. |

**09/03/15**

| | | | | |
|---|---|---|---|---|
| 0.70 | BOUSLOG, MATTHEW G | $625.00 | $437.50 | ANALYZE FEE COMMITTEE REPORT (0.5); EMAILS WITH M. RAIFF REGARDING SAME (0.2). |

**09/04/15**

| | | | | |
|---|---|---|---|---|
| 0.30 | BOUSLOG, MATTHEW G | $625.00 | $187.50 | EMAILS WITH C. GOOCH REGARDING FEE COMMITTEE REPORT (0.1); CALL WITH C. GOOCH REGARDING SAME (0.2). |
| 0.60 | AMPONSAH, DUKE K | $395.00 | $237.00 | REVIEW AUGUST 2015 PREBILLS FOR COMPLIANCE WITH UST GUIDELINES. |
| 0.80 | AMPONSAH, DUKE K | $395.00 | $316.00 | REVIEW AUGUST 2015 PREBILLS FOR COMPLIANCE WITH UST GUIDELINES. |

**09/08/15**

| | | | | |
|---|---|---|---|---|
| 0.50 | BOUSLOG, MATTHEW G | $625.00 | $312.50 | EMAILS WITH C. GOOCH AND M. RAIFF REGARDING FEE COMMITTEE REPORT. |
| 0.60 | AMPONSAH, DUKE K | $395.00 | $237.00 | REVIEW AUGUST 2015 PREBILLS FOR COMPLIANCE WITH UST GUIDELINES. |

**09/09/15**

| | | | | |
|---|---|---|---|---|
| 0.20 | BOUSLOG, MATTHEW G | $625.00 | $125.00 | EMAILS WITH K. STADLER AND C. GOOCH REGARDING FEE COMMITTEE REPORT. |

| | | | | |
|---|---|---|---|---|
| 0.50 | AMPONSAH, DUKE K | $395.00 | $197.50 | REVIEW AUGUST 2015 PREBILLS FOR COMPLIANCE WITH UST GUIDELINES. |
| 1.00 | AMPONSAH, DUKE K | $395.00 | $395.00 | REVISE DRAFT OF JULY 2015 MONTHLY FEE STATEMENT. |

09/10/15

| | | | | |
|---|---|---|---|---|
| 0.30 | BOUSLOG, MATTHEW G | $625.00 | $187.50 | REVIEW AND REVISE FEE STATEMENT (0.2); EMAILS WITH R. LITTLE, J. MADRON AND D. AMPONSAH REGARDING SAME (0.1). |
| 0.80 | AMPONSAH, DUKE K | $395.00 | $316.00 | REVIEW AND REVISE JULY 2015 MONTHLY FEE STATEMENT. |

09/14/15

| | | | | |
|---|---|---|---|---|
| 2.10 | AMPONSAH, DUKE K | $395.00 | $829.50 | PREPARE DRAFT OF AUGUST 2015 MONTHLY FEE STATEMENT. |

09/15/15

| | | | | |
|---|---|---|---|---|
| 1.00 | BOUSLOG, MATTHEW G | $625.00 | $625.00 | DRAFT FEE APPLICATION (0.5); CALL WITH K. STADLER AND C. GOOCH REGARDING FEE COMMITTEE REPORT (0.5). |
| 4.20 | AMPONSAH, DUKE K | $395.00 | $1,659.00 | WORK ON DRAFT OF AUGUST 2015 MONTHLY FEE STATEMENT (2.4); UPLOAD JULY 2015 MONTHLY FEE STATEMENT AND EXHIBITS TO SHAREFILE WEBSITE (0.4); PREPARE DRAFTS OF EXHIBITS FOR FOURTH INTERIM FEE APPLICATION (1.4). |

09/16/15

| | | | | |
|---|---|---|---|---|
| 1.50 | AMPONSAH, DUKE K | $395.00 | $592.50 | PREPARE DRAFT OF FOURTH INTERIM FEE APPLICATION. |

09/17/15

| | | | | |
|---|---|---|---|---|
| 0.70 | BOUSLOG, MATTHEW G | $625.00 | $437.50 | CALLS WITH A. DALTON AND M. RAIFF REGARDING FEE COMMITTEE REPORT (0.2); EMAILS WITH K. STADLER, A. DALTON AND C. GOOCH REGARDING SAME (0.3); REVIEW AND REVISE FEE STATEMENT (0.1); EMAILS WITH R. LITTLE REGARDING SAME (0.1). |

| 09/18/15 | | | | |
|---|---|---|---|---|
| 0.40 | LITTLE, ROBERT B | $835.00 | $334.00 | REVIEW BILLS TO DETERMINE WHETHER REDACTIONS ARE APPROPRIATE. |
| 0.30 | BOUSLOG, MATTHEW G | $625.00 | $187.50 | EMAILS WITH J. MADRON REGARDING FEE STATEMENT (0.1); EMAILS WITH R. LITTLE AND M. RAIFF REGARDING FEE APPLICATION (0.2). |
| 1.60 | AMPONSAH, DUKE K | $395.00 | $632.00 | PREPARE DRAFT OF FOURTH INTERIM FEE APPLICATION (1.3); CONFER WITH M. BOUSLOG REGARDING SAME (0.3). |
| 09/21/15 | | | | |
| 2.60 | AMPONSAH, DUKE K | $395.00 | $1,027.00 | CONTINUE WORK ON DRAFT OF FOURTH INTERIM FEE APPLICATION (2.3); CONFER WITH W. KAO AND R. ST. JOHN REGARDING SAME (0.3). |
| 09/22/15 | | | | |
| 2.00 | BOUSLOG, MATTHEW G | $625.00 | $1,250.00 | DRAFT FEE APPLICATION (1.4); CALLS WITH W. THOMPSON AND D. AMPONSAH REGARDING SAME (0.4); EMAILS WITH M. RAIFF, D. AMPONSAH, A. JOHNSON, R. FALCONER AND J. WHALEN REGARDING SAME (0.2). |
| 1.30 | THOMPSON, WILLIAM T | $425.00 | $552.50 | REDACT BILLS FOR PRIVILEGE AND CONFIDENTIALITY. |
| 3.20 | AMPONSAH, DUKE K | $395.00 | $1,264.00 | CONTINUE WORK ON DRAFT OF FOURTH INTERIM FEE APPLICATION (2.5); CONFER WITH M. BOUSLOG REGARDING SAME (0.3); UPLOAD AUGUST 2015 MONTHLY FEE STATEMENT AND EXHIBITS TO SHAREFILE WEBSITE (0.4). |
| 09/23/15 | | | | |
| 1.10 | RAIFF, MICHAEL L | $885.00 | $973.50 | WORK ON BANKRUPTCY BILLING PROCESS AND BILLING REDACTIONS. |
| 0.10 | BOUSLOG, MATTHEW G | $625.00 | $62.50 | EMAILS WITH M. RAIFF AND W. THOMPSON REGARDING FEE APPLICATION. |

| | | | | |
|---|---|---|---|---|
| 3.00 | AMPONSAH, DUKE K | $395.00 | $1,185.00 | CONTINUE WORK ON DRAFT OF FOURTH INTERIM FEE APPLICATION (2.7); CONFER WITH M. BOUSLOG REGARDING SAME (0.3). |
| **09/24/15** | | | | |
| 0.50 | RAIFF, MICHAEL L | $885.00 | $442.50 | WORK ON FEE SUBMISSION ISSUES AND NECESSARY REDACTIONS FOR LITIGATION MATTERS. |
| 1.20 | AMPONSAH, DUKE K | $395.00 | $474.00 | CONTINUE WORK ON DRAFT OF FOURTH INTERIM FEE APPLICATION. |
| **09/25/15** | | | | |
| 0.30 | THOMPSON, WILLIAM T | $425.00 | $127.50 | WRITE MATTER SUMMARIES FOR FEE APPLICATION. |
| 2.70 | AMPONSAH, DUKE K | $395.00 | $1,066.50 | CONTINUE WORK ON DRAFT OF FOURTH INTERIM FEE APPLICATION (1.3); REDACT INVOICES FOR PRIVILEGE MATERIAL (1.4). |
| **09/28/15** | | | | |
| 1.20 | WHALEN, JONATHAN M | $630.00 | $756.00 | PREPARE FEE APPLICATION SUMMARIES. |
| 1.80 | BOUSLOG, MATTHEW G | $625.00 | $1,125.00 | REVIEW AND REVISE FEE APPLICATION (1.4); EMAILS WITH R. LITTLE, J. WHALEN, R. FALCONER AND D. AMPONSAH REGARDING SAME (0.3); CALL WITH D. AMPONSAH REGARDING SAME (0.1). |
| 3.50 | AMPONSAH, DUKE K | $395.00 | $1,382.50 | CONTINUE WORK ON DRAFT OF FOURTH INTERIM FEE APPLICATION (2.1); REDACT INVOICES FOR PRIVILEGE MATERIAL (1.4). |
| **09/29/15** | | | | |
| 0.60 | FALCONER, RUSSELL H | $610.00 | $366.00 | PREPARE MATTER ACTIVITY SUMMARIES FOR FEE COMMITTEE. |

| | | | | |
|---|---|---|---|---|
| 0.80 | BOUSLOG, MATTHEW G | $625.00 | $500.00 | EMAILS WITH R. LITTLE AND D. AMPONSAH REGARDING FEE APPLICATION (0.3); CALL WITH D. AMPONSAH REGARDING SAME (0.2); REVIEW AND REVISE FEE STATEMENT CNO (0.2); EMAILS WITH D. AMPONSAH REGARDING SAME (0.1). |
| 2.80 | AMPONSAH, DUKE K | $395.00 | $1,106.00 | CONTINUE WORK ON DRAFT OF FOURTH INTERIM FEE APPLICATION (2.4); CONFER WITH M. BOUSLOG REGARDING SAME (0.4). |

09/30/15

| | | | | |
|---|---|---|---|---|
| 0.20 | BOUSLOG, MATTHEW G | $625.00 | $125.00 | CALL AND EMAILS WITH D. AMPONSAH REGARDING FEE APPLICATION. |
| 2.20 | AMPONSAH, DUKE K | $395.00 | $869.00 | CONTINUE WORK ON DRAFT OF FOURTH INTERIM FEE APPLICATION (1.8); CONFER WITH M. BOUSLOG REGARDING SAME (0.4). |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**October 9, 2015**

**Invoice No. 2015100999**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through September 30, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00031 | EFH SEC Matters | $   12,584.50 | $     0.00 | $  12,584.50 |
|  | **Totals** | $   12,584.50 | $     0.00 | $  12,584.50 |
|  | **Current Balance Due** |  |  | $   12,584.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00031 | 02/10/15 | 2015021883 | $   1,932.20 | $   0.00 | $   1,932.20 |
| 92772-00031 | 03/16/15 | 2015032311 | 3,859.40 | 0.00 | 3,859.40 |
| 92772-00031 | 04/30/15 | 2015050275 | 3,116.70 | 0.00 | 3,116.70 |
| 92772-00031 | 05/11/15 | 2015051947 | 3,443.00 | 0.00 | 3,443.00 |
| 92772-00031 | 06/30/15 | 2015061443 | 233.80 | 0.00 | 233.80 |
| 92772-00031 | 07/20/15 | 2015072808 | 3,423.50 | 0.00 | 3,423.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

Invoice Date: October 9, 2015                                                      Invoice No. 2015100999

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|-------------|-------------|----------|-------|-------------|
| 92772-00031 | 08/11/15 | 2015081584 | 12,481.50 | 0.00 | 12,481.50 |
| 92772-00031 | 09/12/15 | 2015093339 | 16,115.50 | 0.00 | 16,115.50 |

**PREVIOUS BALANCE DUE**      $  44,605.60

**TOTAL OUTSTANDING BALANCE DUE**      $  57,190.10

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**October 9, 2015**

**Invoice No. 2015100999**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through September 30, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00031 | EFH SEC Matters | $  12,584.50 | $      0.00 | $  12,584.50 |
|  | **Totals** | $  12,584.50 | $     0.00 | $  12,584.50 |
|  | **Current Balance Due** |  |  | $  12,584.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00031 | 02/10/15 | 2015021883 | $  1,932.20 | $   0.00 | $  1,932.20 |
| 92772-00031 | 03/16/15 | 2015032311 | 3,859.40 | 0.00 | 3,859.40 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: October 9, 2015**                                      **Invoice No. 2015100999**

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|--------------|-------------|----------|-------|-------------|
| 92772-00031 | 04/30/15 | 2015050275 | 3,116.70 | 0.00 | 3,116.70 |
| 92772-00031 | 05/11/15 | 2015051947 | 3,443.00 | 0.00 | 3,443.00 |
| 92772-00031 | 06/30/15 | 2015061443 | 233.80 | 0.00 | 233.80 |
| 92772-00031 | 07/20/15 | 2015072808 | 3,423.50 | 0.00 | 3,423.50 |
| 92772-00031 | 08/11/15 | 2015081584 | 12,481.50 | 0.00 | 12,481.50 |
| 92772-00031 | 09/12/15 | 2015093339 | 16,115.50 | 0.00 | 16,115.50 |

**PREVIOUS BALANCE DUE**  $  44,605.60

**TOTAL OUTSTANDING BALANCE DUE**  $   57,190.10

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

EFH SEC MATTERS
92772-00031

_____

For Services Rendered Through September 30, 2015

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| ROBERT B. LITTLE | 7.30 | $ 835.00 | $ 6,095.50 |
| JONATHAN M. WHALEN | 10.30 | 630.00 | 6,489.00 |
| **Total Services** | | | $ 12,584.50 |

| | |
|---|---|
| **Total Services, Costs/Charges** | 12,584.50 |
| **BALANCE DUE** | $ 12,584.50 |

**Due and Payable Upon Receipt**

EFH SEC MATTERS
92772-00031

---

Detail Services:

| 09/11/15 | | | | |
|---|---|---|---|---|
| 0.40 | LITTLE, ROBERT B | $835.00 | $334.00 | ATTENTION TO FORM 8-K. |

| 09/12/15 | | | | |
|---|---|---|---|---|
| 0.60 | LITTLE, ROBERT B | $835.00 | $501.00 | REVIEW AND REVISE FORM 8-K. |
| 2.10 | WHALEN, JONATHAN M | $630.00 | $1,323.00 | DRAFT 8-K FOR AMENDED PLAN AND DISCLOSURE STATEMENT. |
| 0.60 | WHALEN, JONATHAN M | $630.00 | $378.00 | REVISE 8-K FOR AMENDED PLAN AND DISCLOSURE STATEMENT AND SEND TO COMPANY FOR REVIEW. |

| 09/13/15 | | | | |
|---|---|---|---|---|
| 0.60 | WHALEN, JONATHAN M | $630.00 | $378.00 | REVISE PLAN AND DISCLOSURE STATEMENT 8-K. |

| 09/14/15 | | | | |
|---|---|---|---|---|
| 0.80 | WHALEN, JONATHAN M | $630.00 | $504.00 | COORDINATE PROCESSING OF PLAN AND DISCLOSURE STATEMENT 8-K WITH FINANCIAL PRINTER. |

| 09/16/15 | | | | |
|---|---|---|---|---|
| 0.40 | LITTLE, ROBERT B | $835.00 | $334.00 | REVIEW AND REVISE FORM 8-KS. |
| 1.80 | WHALEN, JONATHAN M | $630.00 | $1,134.00 | BIFURCATE 8-K FOR PLAN SUPPORT AGREEMENT AND SETTLEMENT AGREEMENT (1.5); CIRCULATE 8-K TO WORKING GROUP FOR REVIEW (0.3). |

| 09/17/15 | | | | |
|---|---|---|---|---|
| 1.20 | WHALEN, JONATHAN M | $630.00 | $756.00 | COORDINATE PROCESSING OF PLAN AND DISCLOSURE STATEMENT 8-K WITH FINANCIAL PRINTER. |

| Date / Hours | Name | Rate | Amount | Description |
|---|---|---|---|---|
| 09/21/15<br>1.80 | WHALEN, JONATHAN M | $630.00 | $1,134.00 | DRAFT 8-K FOR DISCLOSURE STATEMENT AND AMENDED PLAN (1.1); DRAFT EMAILS REGARDING 8-K FILING (0.3); COORDINATE PROCESSING OF 8-K EXHIBITS WITH FINANCIAL PRINTER (0.4). |
| 09/22/15<br>1.40 | WHALEN, JONATHAN M | $630.00 | $882.00 | REVISE 8-K REGARDING AMENDED PLAN (0.4); DRAFT EMAILS REGARDING 8-K FILING (0.3); COORDINATE FILING OF 8-K WITH FINANCIAL PRINTER (0.7). |
| 09/23/15<br>2.10 | LITTLE, ROBERT B | $835.00 | $1,753.50 | EXAMINE FORM 8-K DISCLOSURE ISSUE (1.6); REVIEW AND REVISE DRAFT OF FORM 8-K (0.5). |
| 09/24/15<br>0.70 | LITTLE, ROBERT B | $835.00 | $584.50 | REVIEW AND REVISE FORM 10-Q. |
| 09/25/15<br>2.90 | LITTLE, ROBERT B | $835.00 | $2,421.50 | REVIEW AND REVISE FORM 10-Q. |
| 09/28/15<br>0.20 | LITTLE, ROBERT B | $835.00 | $167.00 | REVIEW REVISIONS TO FORM 8-K. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**October 9, 2015**

**Invoice No. 2015101000**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through September 30, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00032 | EFH Corporate Matters | $    584.50 | $    0.00 | $    584.50 |
|  | **Totals** | $    584.50 | $    0.00 | $    584.50 |
|  | **Current Balance Due** |  |  | $    584.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00032 | 02/10/15 | 2015021884 | $  8,447.90 | $    0.00 | $  8,447.90 |
| 92772-00032 | 03/16/15 | 2015032313 | 4,683.80 | 0.00 | 4,683.80 |
| 92772-00032 | 04/30/15 | 2015050276 | 1,106.40 | 0.00 | 1,106.40 |
| 92772-00032 | 05/11/15 | 2015051948 | 1,737.40 | 0.00 | 1,737.40 |
| 92772-00032 | 08/11/15 | 2015081585 | 1,252.50 | 0.00 | 1,252.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this
invoice with your payment in the enclosed
Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**         $  17,228.00

**TOTAL OUTSTANDING BALANCE DUE**     $  17,812.50

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**October 9, 2015**

**Invoice No. 2015101000**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through September 30, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00032 | EFH Corporate Matters | $    584.50 | $    0.00 | $    584.50 |
|  | **Totals** | $    584.50 | $    0.00 | $    584.50 |
|  | **Current Balance Due** |  |  | $    584.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00032 | 02/10/15 | 2015021884 | $ 8,447.90 | $    0.00 | $ 8,447.90 |
| 92772-00032 | 03/16/15 | 2015032313 | 4,683.80 | 0.00 | 4,683.80 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this
invoice with your payment in the enclosed
Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|--------------|-------------|----------|-------|-------------|
| 92772-00032 | 04/30/15 | 2015050276 | 1,106.40 | 0.00 | 1,106.40 |
| 92772-00032 | 05/11/15 | 2015051948 | 1,737.40 | 0.00 | 1,737.40 |
| 92772-00032 | 08/11/15 | 2015081585 | 1,252.50 | 0.00 | 1,252.50 |

**PREVIOUS BALANCE DUE**                                          $   17,228.00

**TOTAL OUTSTANDING BALANCE DUE**                     $   17,812.50

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

EFH CORPORATE MATTERS
92772-00032

---

For Services Rendered Through September 30, 2015

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| ROBERT B. LITTLE | 0.70 | $ 835.00 | $    584.50 |
| **Total Services** | | | $    584.50 |

| | |
|---|---|
| **Total Services, Costs/Charges** | 584.50 |
| **BALANCE DUE** | $    584.50 |

EFH CORPORATE MATTERS
92772-00032

_____

Detail Services:

09/02/15

| 0.70 | LITTLE, ROBERT B | $835.00 | $584.50 | E-MAILS WITH J. WALKER REGARDING PBGC ISSUE RELATING TO WHETHER EFH IS SUBJECT TO EXCHANGE ACT REPORTING REQUIREMENTS (0.3); ANALYZE ISSUES REGARDING SAME (0.4). |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**October 9, 2015**

**Invoice No. 2015101002**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through September 30, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00043 | TCEH Corporate Matters | $ 1,753.50 | $ 0.00 | $ 1,753.50 |
|  | **Totals** | $ 1,753.50 | $ 0.00 | $ 1,753.50 |
|  | **Current Balance Due** |  |  | $ 1,753.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00043 | 02/10/15 | 2015021885 | $ 92.00 | $ 0.00 | $ 92.00 |
| 92772-00043 | 06/30/15 | 2015061444 | 6,002.80 | 0.00 | 6,002.80 |
| 92772-00043 | 07/20/15 | 2015072809 | 32,884.50 | 0.00 | 32,884.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

Invoice Date: October 9, 2015                                                                Invoice No. 2015101002

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                                    $   38,979.30

**TOTAL OUTSTANDING BALANCE DUE**                           $   40,732.80

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**October 9, 2015**

**Invoice No. 2015101002**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through September 30, 2015**

| | | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00043 | TCEH Corporate Matters | $   1,753.50 | $      0.00 | $   1,753.50 |
| | **Totals** | $   1,753.50 | $     0.00 | $   1,753.50 |
| | **Current Balance Due** | | | $   1,753.50 |

**<u>PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING</u>:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00043 | 02/10/15 | 2015021885 | $     92.00 | $   0.00 | $     92.00 |
| 92772-00043 | 06/30/15 | 2015061444 | 6,002.80 | 0.00 | 6,002.80 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|-------------|-------------|----------|-------|-------------|
| 92772-00043 | 07/20/15 | 2015072809 | 32,884.50 | 0.00 | 32,884.50 |

**PREVIOUS BALANCE DUE**                                            $   38,979.30

**TOTAL OUTSTANDING BALANCE DUE**                          $   40,732.80

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

TCEH CORPORATE MATTERS
92772-00043

_____

For Services Rendered Through September 30, 2015

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| ROBERT B. LITTLE | 2.10 | $ 835.00 | $ 1,753.50 |
| **Total Services** | | | $ 1,753.50 |

| | | |
|---|---|---|
| **Total Services, Costs/Charges** | | 1,753.50 |
| **BALANCE DUE** | | $ 1,753.50 |

TCEH CORPORATE MATTERS
92772-00043

_____

Detail Services:

09/05/15

| 2.10 | LITTLE, ROBERT B | $835.00 | $1,753.50 | REVIEW ISSUES PRESENTED BY POTENTIAL SERVICE BY AN EMPLOYEE ON THE BOARD OF A PUBLICLY TRADED POWER COMPANY (1.3); PREPARE E-MAIL TO J. WALKER REGARDING SAME (0.8). |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**October 9, 2015**

**Invoice No. 2015101004**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through September 30, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00046 | Budgeting-Related Work | $    729.50 | $    0.00 | $    729.50 |
|  | **Totals** | $    729.50 | $    0.00 | $    729.50 |
|  | **Current Balance Due** |  |  | $    729.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00046 | 02/10/15 | 2015021886 | $    187.00 | $    0.00 | $    187.00 |
| 92772-00046 | 04/30/15 | 2015050283 | 170.90 | 0.00 | 170.90 |
| 92772-00046 | 05/11/15 | 2015051951 | 100.00 | 0.00 | 100.00 |
| 92772-00046 | 06/30/15 | 2015061445 | 87.50 | 0.00 | 87.50 |
| 92772-00046 | 07/20/15 | 2015072810 | 562.50 | 0.00 | 562.50 |
| 92772-00046 | 08/11/15 | 2015081587 | 250.00 | 0.00 | 250.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

Invoice Date: October 9, 2015                                                                          Invoice No. 2015101004

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|--------------|-------------|----------|-------|-------------|
| 92772-00046 | 09/12/15 | 2015093340 | 312.50 | 0.00 | 312.50 |

**PREVIOUS BALANCE DUE** $ 1,670.40

**TOTAL OUTSTANDING BALANCE DUE** $ 2,399.90

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**October 9, 2015**

**Invoice No. 2015101004**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through September 30, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00046 | Budgeting-Related Work | $ 729.50 | $ 0.00 | $ 729.50 |
|  | **Totals** | $ 729.50 | $ 0.00 | $ 729.50 |
|  | **Current Balance Due** |  |  | $ 729.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00046 | 02/10/15 | 2015021886 | $ 187.00 | $ 0.00 | $ 187.00 |
| 92772-00046 | 04/30/15 | 2015050283 | 170.90 | 0.00 | 170.90 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.
Invoice Date: October 9, 2015                                                                 Invoice No. 2015101004
**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00046 | 05/11/15 | 2015051951 | 100.00 | 0.00 | 100.00 |
| 92772-00046 | 06/30/15 | 2015061445 | 87.50 | 0.00 | 87.50 |
| 92772-00046 | 07/20/15 | 2015072810 | 562.50 | 0.00 | 562.50 |
| 92772-00046 | 08/11/15 | 2015081587 | 250.00 | 0.00 | 250.00 |
| 92772-00046 | 09/12/15 | 2015093340 | 312.50 | 0.00 | 312.50 |

**PREVIOUS BALANCE DUE**                    $   1,670.40

**TOTAL OUTSTANDING BALANCE DUE**           $   2,399.90

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201


BUDGETING-RELATED WORK
92772-00046

---

For Services Rendered Through September 30, 2015

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| ROBERT B. LITTLE | 0.20 | $ 835.00 | $   167.00 |
| MATTHEW G. BOUSLOG | 0.90 | 625.00 | 562.50 |
| **Total Services** | | | $   729.50 |



| | |
|---|---|
| **Total Services, Costs/Charges** | 729.50 |
| **BALANCE DUE** | $   729.50 |

BUDGETING-RELATED WORK
92772-00046

_____

Detail Services:

09/09/15
| 0.20 | LITTLE, ROBERT B | $835.00 | $167.00 | WORK ON OCTOBER BUDGET. |
| 0.20 | BOUSLOG, MATTHEW G | $625.00 | $125.00 | EMAILS WITH R. LITTLE, B. DAWSON, M. RAIFF AND J. HO REGARDING BUDGET. |

09/10/15
| 0.10 | BOUSLOG, MATTHEW G | $625.00 | $62.50 | EMAILS WITH J. HO REGARDING BUDGET. |

09/14/15
| 0.30 | BOUSLOG, MATTHEW G | $625.00 | $187.50 | DRAFT BUDGET (0.2); EMAILS WITH R. LITTLE, B. DAWSON AND M. RAIFF REGARDING SAME (0.1). |

09/15/15
| 0.20 | BOUSLOG, MATTHEW G | $625.00 | $125.00 | WORK ON BUDGET (0.1); EMAILS WITH G. MOOR REGARDING SAME (0.1). |

09/29/15
| 0.10 | BOUSLOG, MATTHEW G | $625.00 | $62.50 | EMAILS WITH R. LITTLE REGARDING BUDGET. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**October 9, 2015**

**Invoice No. 2015101009**

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through September 30, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00048 | TCEH Going Public Transactions | $  45,527.50 | $    0.00 | $  45,527.50 |
|  | **Totals** | $  45,527.50 | $    0.00 | $  45,527.50 |
|  | **Current Balance Due** |  |  | $  45,527.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00048 | 09/12/15 | 2015093341 | $  50,664.50 | $    0.00 | $  50,664.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                                        $  50,664.50

**TOTAL OUTSTANDING BALANCE DUE**                              $  96,192.00

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**October 9, 2015**

**Invoice No. 2015101009**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through September 30, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00048 | TCEH Going Public Transactions | $  45,527.50 | $      0.00 | $  45,527.50 |
|  | **Totals** | $  45,527.50 | $      0.00 | $  45,527.50 |
|  | **Current Balance Due** |  |  | $  45,527.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00048 | 09/12/15 | 2015093341 | $  50,664.50 | $      0.00 | $  50,664.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**PREVIOUS BALANCE DUE**                                    $   50,664.50

**TOTAL OUTSTANDING BALANCE DUE**                          $   96,192.00

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201


TCEH GOING PUBLIC TRANSACTIONS
92772-00048

_____

For Services Rendered Through September 30, 2015

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| ROBERT B. LITTLE | 28.50 | $ 835.00 | $ 23,797.50 |
| ELIZABETH A. ISING | 1.00 | 805.00 | 805.00 |
| TIMOTHY P. FISHER | 10.00 | 450.00 | 4,500.00 |
| NEEDHI N. VASAVADA | 39.50 | 410.00 | 16,195.00 |
| ROBERT KING | 1.00 | 230.00 | 230.00 |
| **Total Services** | | | $ 45,527.50 |

**Total Services, Costs/Charges**          45,527.50

**BALANCE DUE**                   $  45,527.50

**Due and Payable Upon Receipt**

TCEH GOING PUBLIC TRANSACTIONS
92772-00048

_____

Detail Services:

09/01/15

| 4.20 | LITTLE, ROBERT B | $835.00 | $3,507.00 | EXAMINE CORPORATE GOVERNANCE ISSUES AND REVISE CHART REGARDING SAME (1.9); REVIEW EXAMPLES OF COMBINED SEC REPORTS FOR MULTIPLE REGISTRANTS (0.4); TELEPHONE CALL WITH T. NUTT, G. SANTOS AND AUDITORS REGARDING ACCOUNTING IMPLICATIONS OF VARIOUS STRUCTURES (0.7); REVIEW REG. S-X REGARDING SAME (0.6); REVIEW AND REVISE STRUCTURE CHARTS (0.6). |
| --- | --- | --- | --- | --- |
| 0.30 | FISHER, TIMOTHY P | $450.00 | $135.00 | REVISE REORGANIZATION DECK. |
| 3.20 | VASAVADA, NEEDHI N | $410.00 | $1,312.00 | REVIEW COMMENTS FOR CORPORATE GOVERNANCE CHART (0.2); RESEARCH STATE OF INCORPORATION OF PEER COMPANIES (0.2); RESEARCH TYPICAL SUPERMAJORITY VOTING PROVISIONS FOR AMENDING BYLAWS AND CERTIFICATES OF INCORPORATION IN DELAWARE AND TEXAS (1.6); SUMMARIZE SUPERMAJORITY VOTING PROVISIONS IN CHART (0.5); REVISE CHART TO REFLECT OTHER GENERAL COMMENTS AND SEND TO R. LITTLE FOR REVIEW (0.7). |

09/02/15

| 2.20 | LITTLE, ROBERT B | $835.00 | $1,837.00 | E-MAILS REGARDING STRUCTURE CHART REVISIONS (0.3); REVIEW AND REVISE SAME (1.1); WORK ON GOVERNANCE CHART (0.8). |
| --- | --- | --- | --- | --- |

| | | | | |
|---|---|---|---|---|
| 0.80 | FISHER, TIMOTHY P | $450.00 | $360.00 | REVISE REORGANIZATION SLIDES (0.3); REVISE S-1 REGISTRATION STATEMENT (0.5). |
| 0.90 | VASAVADA, NEEDHI N | $410.00 | $369.00 | REVIEW EXCLUSIVE FORUM STATUTE IN DELAWARE AND SUMMARIZE ENFORCEABILITY IN MEMO (0.3); RESEARCH EXCLUSIVE FORUM PROVISIONS IN TEXAS TO DETERMINE ENFORCEABILITY (0.4); SUMMARIZE FINDINGS IN CORPORATE GOVERNANCE CHART (0.2). |

**09/03/15**

| | | | | |
|---|---|---|---|---|
| 2.20 | LITTLE, ROBERT B | $835.00 | $1,837.00 | REVIEW AND REVISE CHECKLIST AND SLIDE DECKS. |
| 1.00 | ISING, ELIZABETH A | $805.00 | $805.00 | REVIEW GOVERNANCE CHART (0.7); TELEPHONE CONFERENCE WITH R. LITTLE REGARDING SAME (0.3). |
| 0.30 | FISHER, TIMOTHY P | $450.00 | $135.00 | REVISE CLOSING CHECKLIST. |
| 2.80 | VASAVADA, NEEDHI N | $410.00 | $1,148.00 | ATTEND CALL WITH R. LITTLE AND B. ISING TO DISCUSS CHANGES TO CORPORATE GOVERNANCE CHART (0.2); REVIEW DELAWARE AND TEXAS STATUTES ON REMOVAL OF DIRECTORS WITH AND WITHOUT CAUSE(0.5); RESEARCH ISS POLICY SURVEY AND ARTICLES ABOUT POLICY (0.5); REVISE CORPORATE GOVERNANCE CHART TO REFLECT OTHER CHANGES (0.8); REVIEW COMMENTS FROM R. LITTLE AND INCORPORATE CHANGES INTO NEW DRAFT (0.8). |

**09/04/15**

| | | | | |
|---|---|---|---|---|
| 1.20 | LITTLE, ROBERT B | $835.00 | $1,002.00 | REVIEW MATERIALS REGARDING PLR SUBMISSION AND TAX RECEIVABLES AGREEMENT. |

**09/10/15**

| | | | | |
|---|---|---|---|---|
| 1.20 | FISHER, TIMOTHY P | $450.00 | $540.00 | REVISE S-1 REGISTRATION STATEMENT. |

09/11/15

| | | | | |
|---|---|---|---|---|
| 1.20 | LITTLE, ROBERT B | $835.00 | $1,002.00 | TELEPHONE CALLS WITH A. WRIGHT AND G. SANTOS REGARDING STRUCTURE STEPS, CORPORATE GOVERNANCE CHART AND RELATED MATTERS (0.6); PREPARE MATERIALS REGARDING NEW CORP. POLICIES AND SEC FILINGS (0.6). |
| 2.30 | VASAVADA, NEEDHI N | $410.00 | $943.00 | PHONE CORRESPONDENCE WITH R. LITTLE REGARDING COMMENTS TO GOVERNANCE CHART (0.1); PHONE AND EMAIL CORRESPONDENCE WITH R. NELSON REGARDING DATA FOR CORPORATE GOVERNANCE CHART (0.5); REVIEW DATA FROM R. NELSON AND UPDATE CHART FOR NEW PEER COMPANIES (1.1); RESEARCH USE OF FEE-SHIFTING BYLAW PROVISIONS AND PUBLIC CORPORATIONS AND SUMMARIZE FINDINGS (0.6). |

09/12/15

| | | | | |
|---|---|---|---|---|
| 1.00 | LITTLE, ROBERT B | $835.00 | $835.00 | PREPARE SLIDES REGARDING SEC FILINGS AND PUBLIC COMPANY POLICIES (0.6); REVIEW MATERIALS REGARDING ADVANCE NOTICE BYLAWS (0.4). |

| | | | | |
|---|---|---|---|---|
| 4.40 | VASAVADA, NEEDHI N | $410.00 | $1,804.00 | RESEARCH GENERAL TRENDS WITH RESPECT TO PREEMPTIVE RIGHTS AND PUBLIC COMPANIES, BOARD VACANCIES, AND FEE-SHIFTING BYLAWS (1.6); RESEARCH DELAWARE AND TEXAS LAW WITH RESPECT BOARD VACANCIES, ADVANCE NOTICE PROVISIONS, FEE SHIFTING BYLAWS, AND PREEMPTIVE RIGHTS (1.4); REVIEW ADVANCE NOTICE BYLAW CLIENT ALERT AND SUMMARIZE FINDINGS IN CHART (0.3); REVIEW AND SUMMARIZE ISS VOTING GUIDELINES FOR BOARD VACANCIES, ADVANCE NOTICE AND FEE SHIFTING BYLAWS (0.6); RESEARCH FIRM CLIENT ALERTS REGARDING SHAREHOLDER PROPOSALS (0.5). |

09/13/15

| | | | | |
|---|---|---|---|---|
| 1.20 | VASAVADA, NEEDHI N | $410.00 | $492.00 | REVIEW COMMENTS FROM A. WRIGHT AND MAKE CORRESPONDING CHANGES (0.7); EMAIL CORRESPONDENCE WITH R. LITTLE REGARDING PEER COMPANIES (0.2); REVIEW CHANGES AND DRAFT SUMMARY EMAIL FOR RESEARCH LIBRARY REGARDING MISSING DATA (0.3). |

09/14/15

| | | | | |
|---|---|---|---|---|
| 2.80 | LITTLE, ROBERT B | $835.00 | $2,338.00 | TELEPHONE CALL WITH WORKING GROUP REGARDING ACTION ITEMS (1.0); WORK ON CORPORATE GOVERNANCE CHART (0.7); WORK ON SLIDE DECK FOR EMERGENCE AS A PUBLIC COMPANY (0.8); TELEPHONE CALL WITH A. WRIGHT REGARDING ACTION ITEMS (0.3). |
| 2.30 | FISHER, TIMOTHY P | $450.00 | $1,035.00 | REVISE RESTRUCTURING DECK. |

| | | | | |
|---|---|---|---|---|
| 5.20 | VASAVADA, NEEDHI N | $410.00 | $2,132.00 | REVIEW CERTIFICATES OF INCORPORATION OF PEER COMPANIES (1.2); PHONE CORRESPONDENCE WITH B. KING (0.4); ANALYZE, REVIEW AND INPUT NEW DATA FOR BOARD VACANCIES, EXCLUSIVE FORUM, AND ADVANCE NOTICE PROVISIONS (1.8); RESEARCH LIST OF S&P 500 AND S&P 1,500 AND COMPARE WITH LIST OF COMPANIES WITH EXCLUSIVE FORUM PROVISIONS (1.1); REVIEW SHAREHOLDER PROPOSAL DATA FROM 2015 TO DETERMINE IF CERTAIN PROPOSALS WERE SUBMITTED IN 2015 (0.5); REVIEW COMMENTS FROM R. LITTLE AND MAKE CHANGES TO CHART BASED ON COMMENTS (0.2). |
| 1.00 | KING, ROBERT | $230.00 | $230.00 | RESEARCH FOR N. VASAVADA TO COMPILE GOVERNANCE INFORMATION. |

09/15/15

| | | | | |
|---|---|---|---|---|
| 0.80 | LITTLE, ROBERT B | $835.00 | $668.00 | TELEPHONE CALL WITH B. BLOOM REGARDING TAX STRUCTURING ISSUES (0.3); ANALYZE SAME (0.3); REVISE SLIDE DECK REGARDING SAME (0.2). |

09/16/15

| | | | | |
|---|---|---|---|---|
| 1.10 | LITTLE, ROBERT B | $835.00 | $918.50 | PREPARE FOR TELEPHONE CALL WITH PAUL WEISS (0.2); PARTICIPATE IN CALL WITH PAUL WEISS (0.7); TELEPHONE CALL WITH A. WRIGHT (0.2). |
| 0.60 | FISHER, TIMOTHY P | $450.00 | $270.00 | CONFERENCE WITH WORKING GROUP REGARDING RESTRUCTURING. |
| 0.50 | VASAVADA, NEEDHI N | $410.00 | $205.00 | ATTEND FOLLOW UP CALL REGARDING CORPORATE GOVERNANCE AND GOING PUBLIC SLIDE DECKS. |

| Date | Hours | Name | Rate | Amount | Description |
|---|---|---|---|---|---|
| 09/18/15 | 5.50 | LITTLE, ROBERT B | $835.00 | $4,592.50 | REVIEW EXECUTION CHECKLIST (0.2); TELEPHONE CALL WITH WORKING GROUP REGARDING EXECUTION MATTERS (0.8); WORK ON CHARTER AND BYLAWS (2.7); EXAMINE ISSUES REGARDING TAX RECEIVABLES AGREEMENT, INCLUDING TRANSFERABILITY AND DISCLOSURE ISSUES (1.8). |
| | 0.20 | VASAVADA, NEEDHI N | $410.00 | $82.00 | MEET WITH R. LITTLE TO DISCUSS TAX ARRANGEMENT AND FOLLOW UP WITH BYLAWS AND CERTIFICATE OF INCORPORATION. |
| 09/19/15 | 6.80 | VASAVADA, NEEDHI N | $410.00 | $2,788.00 | REVIEW MODEL DELAWARE CHARTER AND BYLAWS (0.5); DRAFT BYLAWS FOR NEW TCEH ENTITY (3.1); DRAFT CERTIFICATE OF INCORPORATION FOR NEW TCEH ENTITY (3.2). |
| 09/20/15 | 3.40 | VASAVADA, NEEDHI N | $410.00 | $1,394.00 | REVIEW DRAFT OF CERTIFICATE OF INCORPORATION AND INSERT PENDING QUESTIONS (1.2); REVIEW DRAFT OF BYLAWS AND INSERT PENDING QUESTIONS (1.7); REVIEW BYLAWS OF PEER COMPANIES FOR BENCHMARK ON CERTAIN PROVISIONS OF BYLAWS (0.5). |
| 09/21/15 | 2.80 | LITTLE, ROBERT B | $835.00 | $2,338.00 | REVIEW AND REVISE CHARTER AND BYLAWS (2.4); ATTENTION TO TAX RECEIVABLES AGREEMENT ISSUES (0.4). |

| | | | | |
|---|---|---|---|---|
| 4.50 | VASAVADA, NEEDHI N | $410.00 | $1,845.00 | REVIEW TAX RECEIVABLES AGREEMENTS OF PRECEDENT TRANSACTIONS (2.1); REVIEW AND SEND DRAFT OF CHARTER AND BYLAWS (0.9); REVIEW COMMENTS FROM R. LITTLE AND FINALIZE CHARTER AND BYLAWS (0.8); RESEARCH CONTINGENT VALUE RIGHTS AGREEMENTS AND SUMMARIZE FINDINGS (0.7). |

09/22/15

| | | | | |
|---|---|---|---|---|
| 0.70 | LITTLE, ROBERT B | $835.00 | $584.50 | WORK ON SUBSIDIARY GOVERNING DOCUMENTS. |
| 2.10 | VASAVADA, NEEDHI N | $410.00 | $861.00 | REVIEW AND MAKE CHANGES TO FORM LLC AGREEMENT (0.9); RESEARCH APPOINTMENT OF BOARD OF MANAGERS UNDER DELAWARE LAW (1.2). |

09/23/15

| | | | | |
|---|---|---|---|---|
| 0.90 | LITTLE, ROBERT B | $835.00 | $751.50 | REVIEW AND REVISE LLC AGREEMENT FOR SUBSIDIARIES. |
| 4.40 | FISHER, TIMOTHY P | $450.00 | $1,980.00 | REVIEW DISCLOSURE REQUIREMENTS AND PRECEDENT REGARDING EXTENSION OF DEBTOR-IN-POSSESSION FINANCING (2.3); PREPARE 8-K REGARDING SAME (2.1). |
| 0.50 | VASAVADA, NEEDHI N | $410.00 | $205.00 | REVIEW FORM CORPORATE GOVERNANCE GUIDELINES, AUDIT COMMITTEE GUIDELINES AND COMPENSATION COMMITTEE GUIDELINES AND COMPARE WITH EFH GUIDELINES. |

09/24/15

| | | | | |
|---|---|---|---|---|
| 0.60 | LITTLE, ROBERT B | $835.00 | $501.00 | REVIEW AND REVISE SUBSIDIARY LLC AGREEMENT. |
| 0.20 | VASAVADA, NEEDHI N | $410.00 | $82.00 | EMAIL CORRESPONDENCE WITH R. LITTLE REGARDING FINDINGS ON UPDATES TO EFH CORPORATE GOVERNANCE DOCUMENTS. |

| Date | Hours | Name | Rate | Amount | Description |
|---|---|---|---|---|---|
| 09/28/15 | 0.10 | FISHER, TIMOTHY P | $450.00 | $45.00 | REVISE DIP EXTENSION 8-K. |
| 09/30/15 | 1.30 | LITTLE, ROBERT B | $835.00 | $1,085.50 | TELEPHONE CALL WITH PAUL WEISS REGARDING GOVERNANCE MATTERS (0.6); CONFER WITH A. WRIGHT AND E-MAIL REGARDING SAME (0.3); REVIEW DOCUMENTS REGARDING SAME (0.4). |
| | 1.30 | VASAVADA, NEEDHI N | $410.00 | $533.00 | REVIEW COMMENTS FROM GDC FORM REGARDING PROPOSED CHANGES TO CHARTER AND BYLAWS (0.3) MAKE CHANGES TO CHARTER AND BYLAWS TO REFLECT REQUESTS FROM CREDITORS (1). |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**October 9, 2015**

**Invoice No. 2015101010**

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through September 30, 2015**

| | | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00049 | TCEH Notes Offering | $   8,169.50 | $      0.00 | $  8,169.50 |
| | **Totals** | $   8,169.50 | $      0.00 | $  8,169.50 |
| | **Current Balance Due** | | | $  8,169.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00049 | 09/12/15 | 2015093342 | $   1,149.50 | $     0.00 | $   1,149.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                                    $   1,149.50

**TOTAL OUTSTANDING BALANCE DUE**                           $   9,319.00

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**October 9, 2015**

**Invoice No. 2015101010**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through September 30, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00049 | TCEH Notes Offering | $   8,169.50 | $      0.00 | $   8,169.50 |
|  | **Totals** | $   8,169.50 | $      0.00 | $   8,169.50 |
|  | **Current Balance Due** |  |  | $   8,169.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00049 | 09/12/15 | 2015093342 | $  1,149.50 | $     0.00 | $   1,149.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**PREVIOUS BALANCE DUE** $\underline{\$\quad 1,149.50}$

**TOTAL OUTSTANDING BALANCE DUE** $\underline{\$\quad 9,319.00}$

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201

TCEH NOTES OFFERING
92772-00049

_____

For Services Rendered Through September 30, 2015

| NAME | HOURS | RATE | | TOTAL |
|------|-------|------|---|-------|
| AARON ADAMS | 5.90 | $1,045.00 | $ | 6,165.50 |
| ROBERT B. LITTLE | 2.40 | 835.00 | | 2,004.00 |
| **Total Services** | | | $ | 8,169.50 |

| | |
|---|---|
| **Total Services, Costs/Charges** | 8,169.50 |
| **BALANCE DUE** | $   8,169.50 |

TCEH NOTES OFFERING
92772-00049

_____

Detail Services:

| 09/16/15 | | | | |
|---|---|---|---|---|
| 1.00 | ADAMS, AARON | $1,045.00 | $1,045.00 | TELEPHONE CONFERENCE WITH ADVISORS AND COMPANY REGARDING EXIT FINANCING AND PREPARATION FOR SAME. |
| 0.90 | LITTLE, ROBERT B | $835.00 | $751.50 | TELEPHONE CALLS REGARDING FINANCING ISSUES. |
| 09/18/15 | | | | |
| 2.50 | ADAMS, AARON | $1,045.00 | $2,612.50 | REVIEW INDENTURE PRECEDENTS FOR ELECTRIC UTILITY COMPARABLES. |
| 0.30 | LITTLE, ROBERT B | $835.00 | $250.50 | REVIEW PG&E DISCLOSURE STATEMENT PRECEDENT FOR FINANCING (0.2); E-MAILS REGARDING FINANCING TERM SHEET (0.1). |
| 09/20/15 | | | | |
| 1.50 | ADAMS, AARON | $1,045.00 | $1,567.50 | PREPARE DRAFT TERM SHEET FOR HY NOTES. |
| 09/21/15 | | | | |
| 0.20 | ADAMS, AARON | $1,045.00 | $209.00 | ATTENTION TO FINANCING TERM SHEET REVISIONS. |
| 0.70 | LITTLE, ROBERT B | $835.00 | $584.50 | REVIEW AND REVISE FINANCING TERM SHEETS. |
| 09/22/15 | | | | |
| 0.20 | ADAMS, AARON | $1,045.00 | $209.00 | REVIEW REVISED FINANCING DISCUSSION MATERIALS. |
| 09/23/15 | | | | |
| 0.50 | ADAMS, AARON | $1,045.00 | $522.50 | REVIEW COMMENTS ON FINANCING TERM SHEETS (0.1); TELEPHONE CONFERENCE WITH K&E REGARDING SAME (0.1); TELEPHONE CONFERENCE WITH A. WRIGHT REGARDING SAME (0.3). |

| 0.50 | LITTLE, ROBERT B | $835.00 | $417.50 | TELEPHONE CALLS WITH A. WRIGHT AND A. ADAMS REGARDING NOTES OFFERING TERM SHEET. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**October 9, 2015**

**Invoice No. 2015103414**

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through September 30, 2015**

| | | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00050 | Acquisition of La Frontera Generation Portfolio | $  49,903.00 | $      0.00 | $  49,903.00 |
| | **Totals** | $  49,903.00 | $      0.00 | $  49,903.00 |
| | **TOTAL OUTSTANDING BALANCE DUE** | | | $  49,903.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**October 9, 2015**

**Invoice No. 2015103414**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through September 30, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00050 | Acquisition of La Frontera Generation Portfolio | $   49,903.00 | $        0.00 | $   49,903.00 |
|  | **Totals** | $   49,903.00 | $     0.00 | $   49,903.00 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $   49,903.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201

ACQUISITION OF LA FRONTERA GENERATION PO
92772-00050

_____

For Services Rendered Through September 30, 2015

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| DAVID L. SINAK | 0.80 | $1,065.00 | $    852.00 |
| THOMAS J. MCHENRY | 6.20 | 1,065.00 | 6,603.00 |
| ROBERT B. LITTLE | 11.00 | 835.00 | 9,185.00 |
| SAPTAK SANTRA | 0.70 | 965.00 | 675.50 |
| JESSICA I. BASIL | 1.80 | 825.00 | 1,485.00 |
| DOUGLAS M. CHAMPION | 1.50 | 770.00 | 1,155.00 |
| KRISTA P. HANVEY | 0.40 | 725.00 | 290.00 |
| JONATHAN M. WHALEN | 5.60 | 630.00 | 3,528.00 |
| CAITLIN A. CALLOWAY | 6.00 | 500.00 | 3,000.00 |
| TIMOTHY P. FISHER | 2.50 | 450.00 | 1,125.00 |
| ALIYA J. SANDERS | 0.60 | 650.00 | 390.00 |
| MARK H. DRESCHLER | 10.00 | 460.00 | 4,600.00 |
| LAUREN A. TRAINA | 12.30 | 460.00 | 5,658.00 |
| JANINE DURAND | 2.00 | 800.00 | 1,600.00 |
| GLEN D. MIDDLETON | 13.10 | 415.00 | 5,436.50 |
| DANIEL QUEVEDO | 9.00 | 480.00 | 4,320.00 |

**Total Services**                                    $  49,903.00

**Total Services, Costs/Charges**                        49,903.00

**BALANCE DUE**                                       $  49,903.00

**Due and Payable Upon Receipt**

ACQUISITION OF LA FRONTERA GENERATION PO
92772-00050

---

Detail Services:

| 09/17/15 | | | | |
|---|---|---|---|---|
| 2.20 | LITTLE, ROBERT B | $835.00 | $1,837.00 | REVIEW AND REVISE INDICATION OF INTEREST LETTER (1.2); CONFER WITH A. WRIGHT (0.3); REVIEW OFFERING MATERIALS (0.7). |
| 09/18/15 | | | | |
| 0.40 | LITTLE, ROBERT B | $835.00 | $334.00 | REVIEW REVISED BID LETTER (0.2); CONFER WITH J. WHALEN REGARDING TRANSACTION (0.2). |
| 09/21/15 | | | | |
| 0.40 | LITTLE, ROBERT B | $835.00 | $334.00 | REVIEW AND REVISE INDICATION OF INTEREST LETTER. |
| 09/24/15 | | | | |
| 0.40 | LITTLE, ROBERT B | $835.00 | $334.00 | REVIEW PURCHASE AGREEMENT PRECEDENT. |
| 0.60 | CALLOWAY, CAITLIN A | $500.00 | $300.00 | EMAILS REGARDING DILIGENCE REQUEST LIST (0.3); PREPARE DILIGENCE REQUEST LIST (0.3). |
| 09/25/15 | | | | |
| 0.60 | LITTLE, ROBERT B | $835.00 | $501.00 | REVIEW AND REVISE DUE DILIGENCE REQUEST LIST. |
| 0.70 | SANTRA, SAPTAK | $965.00 | $675.50 | RESPOND TO DOCUMENT INFORMATION REQUEST FROM CAITLIN CALLOWAY (0.2); SCRUB PRECEDENT GAS DILIGENCE REQUEST LIST AND TRANSMIT TO CAITLIN CALLOWAY (0.3); RESEARCH/ LOOK FOR OTHER POWER PLANT RELATED DILIGENCE MATERIAL FOR CAITLIN CALLOWAY (0.2). |
| 0.80 | BASIL, JESSICA I | $825.00 | $660.00 | REVIEW DILIGENCE CHECKLIST (0.6); EMAILS TO/FROM R. LITTLE AND C. CALLOWAY REGARDING SAME (0.2). |

| | | | | |
|---|---|---|---|---|
| 2.10 | CALLOWAY, CAITLIN A | $500.00 | $1,050.00 | PREPARE DILIGENCE REQUEST LISTS (1.7); EMAILS REGARDING PRECEDENT PURCHASE AGREEMENTS (0.4). |

**09/26/15**

| | | | | |
|---|---|---|---|---|
| 0.40 | LITTLE, ROBERT B | $835.00 | $334.00 | REVIEW AND REVISE DUE DILIGENCE REQUEST LIST. |
| 0.40 | CALLOWAY, CAITLIN A | $500.00 | $200.00 | PREPARE DILIGENCE REQUEST LIST. |

**09/27/15**

| | | | | |
|---|---|---|---|---|
| 0.50 | LITTLE, ROBERT B | $835.00 | $417.50 | E-MAILS REGARDING DUE DILIGENCE (0.3); REVIEW SLIDES REGARDING BANKRUPTCY PROCESS (0.2). |
| 1.40 | CALLOWAY, CAITLIN A | $500.00 | $700.00 | PREPARE WORKING GROUP LIST (0.6); EMAILS WITH SPECIALISTS REGARDING DEAL (0.8). |

**09/28/15**

| | | | | |
|---|---|---|---|---|
| 1.40 | LITTLE, ROBERT B | $835.00 | $1,169.00 | REVIEW MATERIALS REGARDING BANKRUPTCY PROCESS (0.4); PARTICIPATE IN CALL WITH SELLER AND SELLER'S ADVISERS REGARDING SAME (1.0). |
| 0.40 | HANVEY, KRISTA P | $725.00 | $290.00 | REVIEW CONFIDENTIAL INFORMATION MEMORANDUM AND PREPARE SUMMARY OF POTENTIAL COMP AND BENEFITS ISSUES. |

**09/29/15**

| | | | | |
|---|---|---|---|---|
| 2.70 | MCHENRY, THOMAS J | $1,065.00 | $2,875.50 | REVIEW DATA SITE CIM AND TEASER (1.9); DRAFT NOTES REGARDING POTENTIAL ENVIRONMENTAL ISSUES (0.4); REVIEW DOCUMENTS REGARDING SAME (0.4). |
| 0.60 | LITTLE, ROBERT B | $835.00 | $501.00 | REVIEW MATERIALS IN DATA ROOM. |

| | | | | |
|---|---|---|---|---|
| 1.00 | CHAMPION, DOUGLAS M | $770.00 | $770.00 | CALLS WITH G. MIDDLETON, D. QUEVEDO REGARDING TITLE/SURVEY REVIEW (0.3); CALL WITH L. TRAINA, M. DRESCHLER REGARDING SCOPE OF DILIGENCE (0.3); OVERVIEW OF DATA ROOM MATERIALS (0.4). |
| 2.30 | WHALEN, JONATHAN M | $630.00 | $1,449.00 | COORDINATE DILIGENCE MATTERS. |
| 0.40 | CALLOWAY, CAITLIN A | $500.00 | $200.00 | ANALYZE DATA ROOM MATERIALS. |
| 0.40 | FISHER, TIMOTHY P | $450.00 | $180.00 | CONFERENCE WITH WORKING GROUP REGARDING DUE DILIGENCE. |
| 4.00 | DRESCHLER, MARK H | $460.00 | $1,840.00 | REVIEW AND ANALYZE EASEMENTS, FEE INTERESTS, AND OTHER REAL ESTATE DILIGENCE MATERIALS FOR PROPOSED TRANSACTION. |
| 6.20 | TRAINA, LAUREN A | $460.00 | $2,852.00 | REVIEW, ANALYZE, AND SUMMARIZE VESTING DEEDS AND EASEMENTS RELATING TO THE LAMAR PROJECT FOR REAL ESTATE DILIGENCE REVIEW. |
| 0.50 | DURAND, JANINE | $800.00 | $400.00 | REVIEW DUE DILIGENCE MATERIALS (0.3); CONFER WITH TEAM ON SAME (0.2). |
| 5.00 | MIDDLETON, GLEN D | $415.00 | $2,075.00 | REVIEW TITLE AND SURVEY. |
| 3.50 | QUEVEDO, DANIEL | $480.00 | $1,680.00 | ORGANIZE AND DOWNLOADED ALL TITLE, ZONING, AND SURVEY DOCUMENTS AND BEGAN REVIEW OF FORNEY, TEXAS PROPERTY. |

09/30/15

| | | | | |
|---|---|---|---|---|
| 0.80 | SINAK, DAVID L | $1,065.00 | $852.00 | PARTICIPATE IN TAX DILIGENCE ORGANIZATION CALL WITH EFH (0.3); PRELIMINARY REVIEW OF DEAL OFFERING AND DATA ROOM TAX ITEMS (0.5). |

| | | | | |
|---|---|---|---|---|
| 3.50 | MCHENRY, THOMAS J | $1,065.00 | $3,727.50 | E-MAIL T. FISHER, C. CALLOWAY (0.2); REVISE DILIGENCE REQUEST REGARDING SAME (2.2); REVIEW DATA SITE REGARDING SAME (1.1). |
| 4.10 | LITTLE, ROBERT B | $835.00 | $3,423.50 | PARTICIPATE IN MANAGEMENT PRESENTATION CALL  (3.0); CONFER WITH A. WRIGHT REGARDING SAME (0.2); ATTENTION TO DILIGENCE MATTERS (0.9). |
| 1.00 | BASIL, JESSICA I | $825.00 | $825.00 | REVIEW CIM AND MANAGEMENT PRESENTATION (0.5); REVIEW DATA ROOM (0.5). |
| 0.50 | CHAMPION, DOUGLAS M | $770.00 | $385.00 | CALL WITH L. TRAINA TO REVIEW REAL ESTATE DUE DILIGENCE FINDINGS (0.2); REVIEW OF E-MAILS (0.3). |
| 3.30 | WHALEN, JONATHAN M | $630.00 | $2,079.00 | PARTICIPATE IN MANAGEMENT PRESENTATION CALL (2.2); COORDINATE DILIGENCE MATTERS (1.1). |
| 1.10 | CALLOWAY, CAITLIN A | $500.00 | $550.00 | PREPARE DILIGENCE REQUEST LIST AND COMMUNICATE WITH WORKING GROUP REGARDING SAME. |
| 2.10 | FISHER, TIMOTHY P | $450.00 | $945.00 | INITIAL DUE DILIGENCE REVIEW (1.4); PREPARE DUE DILIGENCE REQUEST LIST (0.4); CONFERENCE WITH WORKING GROUP REGARDING DUE DILIGENCE ACTION ITEMS (0.3). |
| 0.60 | SANDERS, ALIYA J | $650.00 | $390.00 | REVIEW IP DOCUMENTS IN DATA ROOM. |
| 6.00 | DRESCHLER, MARK H | $460.00 | $2,760.00 | REVIEW AND ANALYZE EASEMENTS, FEE INTERESTS, AND OTHER REAL ESTATE DILIGENCE MATERIALS FOR PROPOSED TRANSACTION. |

| | | | | |
|---|---|---|---|---|
| 6.10 | TRAINA, LAUREN A | $460.00 | $2,806.00 | REVIEW, ANALYZE, AND SUMMARIZE VESTING DEEDS AND EASEMENTS RELATING TO THE LAMAR PROJECT FOR REAL ESTATE DILIGENCE REVIEW. |
| 1.50 | DURAND, JANINE | $800.00 | $1,200.00 | REVIEW DUE DILIGENCE LIST (0.5); CORRESPOND WITH TEAM (0.5); REVIEW MATERIALS IN DATA ROOM (0.5). |
| 8.10 | MIDDLETON, GLEN D | $415.00 | $3,361.50 | REVIEW TITLE AND SURVEY. |
| 5.50 | QUEVEDO, DANIEL | $480.00 | $2,640.00 | REVIEW SURVEY AND TITLE OF DOCUMENTS AND DRAFT TITLE AND SURVEY MEMO. |

**<u>Exhibit G-2</u>**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**November 6, 2015**

**Invoice No. 2015112270**

Energy Future Holdings
Attn:  Stacey H. Dore
1601 Bryan Street, 6th Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through October 31, 2015**

| | | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00008 | FPL v. TXU (Texas Supreme Court) | $  139,949.00 | $      0.00 | $  139,949.00 |
| | **Totals** | $  139,949.00 | $      0.00 | $  139,949.00 |
| | **Current Balance Due** | | | $  139,949.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00008 | 06/30/15 | 2015063939 | $   3,248.10 | $    0.00 | $   3,248.10 |
| 92772-00008 | 07/20/15 | 2015080989 | 14,756.60 | 0.00 | 14,756.60 |
| 92772-00008 | 08/31/15 | 2015083794 | 3,216.50 | 0.00 | 3,216.50 |
| 92772-00008 | 09/11/15 | 2015093286 | 3,065.40 | 0.00 | 3,065.40 |
| 92772-00008 | 10/09/15 | 2015103021 | 42,805.00 | 0.00 | 42,805.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: November 6, 2015**                                                    **Invoice No. 2015112270**

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                                  $   67,091.60

**TOTAL OUTSTANDING BALANCE DUE**                         $  207,040.60

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**November 6, 2015**

**Invoice No. 2015112270**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Attn:  Stacey H. Dore
1601 Bryan Street, 6th Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through October 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00008 | FPL v. TXU (Texas Supreme Court) | $  139,949.00 | $      0.00 | $  139,949.00 |
|  | **Totals** | $  139,949.00 | $      0.00 | $  139,949.00 |
|  | **Current Balance Due** |  |  | $  139,949.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00008 | 06/30/15 | 2015063939 | $   3,248.10 | $    0.00 | $   3,248.10 |
| 92772-00008 | 07/20/15 | 2015080989 | 14,756.60 | 0.00 | 14,756.60 |

<u>Remit By Wire To:</u>
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

<u>Remit By Mail To:</u>
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: November 6, 2015**                                                 **Invoice No. 2015112270**

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|-------------|-------------|----------|-------|-------------|
| 92772-00008 | 08/31/15 | 2015083794 | 3,216.50 | 0.00 | 3,216.50 |
| 92772-00008 | 09/11/15 | 2015093286 | 3,065.40 | 0.00 | 3,065.40 |
| 92772-00008 | 10/09/15 | 2015103021 | 42,805.00 | 0.00 | 42,805.00 |

**PREVIOUS BALANCE DUE**                                    $  67,091.60

**TOTAL OUTSTANDING BALANCE DUE**                  $  207,040.60

Energy Future Holdings
Attn:  Stacey H. Dore
1601 Bryan Street, 6th Floor
Dallas, TX  75201


FPL V. TXU (TEXAS SUPREME COURT)
92772-00008

---

For Services Rendered Through October 31, 2015

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| MICHAEL L. RAIFF | 15.90 | $ 885.00 | $  14,071.50 |
| JAMES C. HO | 72.60 | 835.00 | 60,621.00 |
| ASHLEY E. JOHNSON | 29.60 | 690.00 | 20,424.00 |
| PRERAK G. SHAH | 10.10 | 675.00 | 6,817.50 |
| WILLIAM T. THOMPSON | 84.80 | 425.00 | 36,040.00 |
| CHELSEA G. THOMPSON-GLOVER | 5.00 | 395.00 | 1,975.00 |

**Total Services**                                        $  139,949.00


**Total Services, Costs/Charges**                              139,949.00

**BALANCE DUE**                                            $  139,949.00

FPL V. TXU (TEXAS SUPREME COURT)
92772-00008
_____

Detail Services:

**10/01/15**

| | | | | |
|---|---|---|---|---|
| 3.00 | HO, JAMES C | $835.00 | $2,505.00 | REVISE ORAL ARGUMENT OUTLINE (1.4); CONFER WITH W. THOMPSON RE SAME (.6); ANALYZE POTENTIAL ARGUMENTS REGARDING ███████████████ (0.4); REVIEW CASE LAW AND ASSIGN ADDITIONAL RESEARCH TASKS ██████ (0.6). |
| 6.40 | THOMPSON, WILLIAM T | $425.00 | $2,720.00 | COMMUNICATE WITH J. HO REGARDING ORAL ARGUMENT (.6); PREPARE AND FILE ORAL ARGUMENT LETTER (1.1); PREPARE FOR ORAL ARGUMENT (4.7). |

**10/02/15**

| | | | | |
|---|---|---|---|---|
| 4.30 | HO, JAMES C | $835.00 | $3,590.50 | REVIEW ████████████ AND REVISE ORAL ARGUMENT OUTLINE IN LIGHT OF SAME (2.0); ANALYZE POTENTIAL ARGUMENTS REGARDING ████████ (0.3); ANALYZE POTENTIAL ARGUMENTS REGARDING ██████ AND REVIEW BRIEFS AND MATERIALS REGARDING SAME, AND DEVELOP POTENTIAL TALKING POINTS FOR OUTLINE REGARDING SAME (2.0). |
| 8.30 | THOMPSON, WILLIAM T | $425.00 | $3,527.50 | PREPARE FOR ORAL ARGUMENT (6.7); COMMUNICATE WITH J. HO REGARDING ORAL ARGUMENT (1.6). |
| 2.00 | THOMPSON-GLOVER, CHELSEA | $395.00 | $790.00 | ██████████████. |

**Due and Payable Upon Receipt**

| Date | Hours | Timekeeper | Rate | Amount | Description |
|---|---|---|---|---|---|
| 10/03/15 | 2.90 | THOMPSON, WILLIAM T | $425.00 | $1,232.50 | PREPARE FOR ORAL ARGUMENT. |
| 10/04/15 | 4.20 | HO, JAMES C | $835.00 | $3,507.00 | ANALYZE POTENTIAL ARGUMENTS REGARDING ███████████ , AND DEVELOP POTENTIAL TALKING POINTS FOR OUTLINE IN LIGHT OF SAME (1.0); REVIEW ███ ████████ , AND DEVELOP POTENTIAL TALKING POINTS FOR OUTLINE IN LIGHT OF SAME (1.0); REVIEW AND REVISE ORAL ARGUMENT OUTLINE (0.5); ████████ A. JOHNSON AND W. THOMPSON (1.7). |
| | 1.80 | JOHNSON, ASHLEY E | $690.00 | $1,242.00 | ████ ANALYSIS OF OUTLINE WITH J. HO AND W. THOMPSON. |
| | 3.70 | THOMPSON, WILLIAM T | $425.00 | $1,572.50 | WORK ON POST-ARGUMENT BRIEFING AND STRATEGIES (1.0); CONFERENCE CALL WITH CLIENTS (0.7); FOLLOW-UP DISCUSSIONS AND EMAIL (0.3). |
| | 3.00 | THOMPSON-GLOVER, CHELSEA | $395.00 | $1,185.00 | CONDUCT ███████ . |
| 10/05/15 | 2.80 | RAIFF, MICHAEL L | $885.00 | $2,478.00 | STUDY ORAL ARGUMENT MATERIALS (.7); ███████ (1.4); MEET WITH CLIENTS AND FOLLOW-UP MEETING WITH GDC TEAM (.5); FOLLOW-UP ███████ ISSUE (0.2). |

| | | | | |
|---|---|---|---|---|
| 5.30 | HO, JAMES C | $835.00 | $4,425.50 | FURTHER REVISIONS TO ORAL ARGUMENT OUTLINE AND OTHER PREPARATIONS █████ (1.4); REVISE ████ (0.6); PREPARE ████ (0.5); REVIEW RESEARCH ON ████ (0.1); ████ DISCUSSION (2.7). |
| 3.00 | JOHNSON, ASHLEY E | $690.00 | $2,070.00 | ████ (2.7); WORK ON OUTLINE FOR ORAL ARGUMENT (0.3). |
| 4.50 | SHAH, PRERAK G | $675.00 | $3,037.50 | REVIEW BRIEFS AND PREPARE ████. |
| 6.00 | THOMPSON, WILLIAM T | $425.00 | $2,550.00 | ████ ORAL ARGUMENT (2.1); COMMUNICATE WITH P. SHAH REGARDING ORAL ARGUMENT (0.3); ANALYZE ████ ORAL ARGUMENT (0.4); PREPARE FOR ORAL ARGUMENT (3.2). |

**10/06/15**

| | | | | |
|---|---|---|---|---|
| 0.80 | RAIFF, MICHAEL L | $885.00 | $708.00 | ATTENTION TO AND COMMUNICATIONS REGARDING STRATEGIES FOR ████. |
| 5.80 | HO, JAMES C | $835.00 | $4,843.00 | DISCUSS REFLECTIONS ON CASE WITH P. SHAH AND W. THOMPSON (2.0); DRAFT CORRESPONDENCE ████ REGARDING FOLLOW-UP ITEMS (0.3); REVIEW RECORD MATERIALS ████, AND REVISE ORAL ARGUMENT OUTLINE (2.2); REVISE INTRODUCTION (1.0); REVISE CLOSING (0.3). |

| 4.70 | SHAH, PRERAK G | $675.00 | $3,172.50 | REVIEW BRIEFS AND ███ ████████ PREPARE FOR ORAL ARGUMENT (2.2); MEET WITH J. HO AND W. THOMPSON TO DISCUSS ORAL ARGUMENT STRATEGY (2.0); ANALYZE ORAL ARGUMENT OUTLINE (0.5). |
| 4.90 | THOMPSON, WILLIAM T | $425.00 | $2,082.50 | COMMUNICATE WITH J. HO AND P. SHAH REGARDING ORAL ARGUMENT (2.5); PREPARE FOR ORAL ARGUMENT (2.4). |

10/07/15

| 0.50 | RAIFF, MICHAEL L | $885.00 | $442.50 | ATTENTION TO ORAL ARGUMENT ISSUES, STRATEGIES AND OUTLINE. |
| 8.50 | HO, JAMES C | $835.00 | $7,097.50 | ANALYZE POTENTIAL ISSUES REGARDING ████████ ████████ (0.3); ANALYZE POTENTIAL ARGUMENTS AND REVISE ORAL ARGUMENT OUTLINE IN LIGHT OF SAME (1.0); REVIEW ████ AND OTHER MATERIALS AND REVISE ORAL ARGUMENT OUTLINE (2.2); REVIEW, REHEARSE, AND FURTHER REVISE ORAL ARGUMENT OUTLINE (2.0); REVIEW BRIEFS AND FINAL REVIEW AND EDITS TO ORAL ARGUMENT OUTLINE (3.0). |
| 1.50 | JOHNSON, ASHLEY E | $690.00 | $1,035.00 | WORK WITH J. HO ON PREPARATION FOR FPL ORAL ARGUMENT. |
| 7.80 | THOMPSON, WILLIAM T | $425.00 | $3,315.00 | PREPARE FOR ORAL ARGUMENT. |

10/08/15

| | | | | |
|---|---|---|---|---|
| 3.00 | RAIFF, MICHAEL L | $885.00 | $2,655.00 | REVIEW ORAL ARGUMENT OUTLINE AND RELATED COMMUNICATIONS (0.5); ATTEND ORAL ARGUMENT AND FOLLOW-UP MEETINGS AND CONFERENCES (0.2); ATTENTION TO ▮▮▮▮ ▮▮▮▮▮▮ (0.5). |
| 10.10 | HO, JAMES C | $835.00 | $8,433.50 | PREPARE FOR ORAL ARGUMENT (1.3); ATTEND AND DELIVER ORAL ARGUMENT (1.8); CONFER ▮▮▮▮ ▮ POST-ARGUMENT DISCUSSION (.4); ANALYZE ▮▮▮▮▮▮ (1.5);DRAFT AND REVISE OUTLINE FOR POST-SUBMISSION LETTER (2.9);REVIEW CASE LAW RESEARCH REGARDING SAME (2.2). |
| 5.00 | JOHNSON, ASHLEY E | $690.00 | $3,450.00 | ATTEND FPL ORAL ARGUMENT (1.8); WORK ON POST-ARGUMENT LETTER (3.2). |
| 0.90 | SHAH, PRERAK G | $675.00 | $607.50 | ANALYZE ORAL ARGUMENT (0.4); ANALYZE ISSUES FOR POST-ARGUMENT BRIEFING (0.5). |
| 9.70 | THOMPSON, WILLIAM T | $425.00 | $4,122.50 | PREPARE FOR ORAL ARGUMENT (2.2); ATTEND ORAL ARGUMENT (0.8); STRATEGIZE AND ANALYZE LAW REGARDING LETTER BRIEF (4.8); RESEARCH FOR LETTER BRIEF (1.9). |

10/09/15

| | | | | |
|---|---|---|---|---|
| 0.50 | RAIFF, MICHAEL L | $885.00 | $442.50 | ATTENTION TO AND COMMUNICATIONS REGARDING ▮▮▮▮▮▮ |

| | | | | |
|---|---|---|---|---|
| 3.30 | HO, JAMES C | $835.00 | $2,755.50 | FURTHER EDITS TO DRAFT OUTLINE FOR POST-SUBMISSION LETTER(1.5); CORRESPONDENCE ████ ████ REGARDING DRAFT OUTLINE FOR POST-SUBMISSION LETTER (0.4); REVIEW AND COMMENT ON DRAFT POST-SUBMISSION LETTER(1.4). |
| 5.40 | THOMPSON, WILLIAM T | $425.00 | $2,295.00 | WRITE LETTER BRIEF. |

10/10/15

| | | | | |
|---|---|---|---|---|
| 3.10 | HO, JAMES C | $835.00 | $2,588.50 | RESTRUCTURE AND EDIT DRAFT POST-SUBMISSION LETTER AND CORRESPONDENCE REGARDING SAME. |
| 2.00 | THOMPSON, WILLIAM T | $425.00 | $850.00 | REVISE AND MODIFY LETTER BRIEF AND CORRESPONDENCE REGARDING SAME. |

10/11/15

| | | | | |
|---|---|---|---|---|
| 4.10 | HO, JAMES C | $835.00 | $3,423.50 | RESTRUCTURE AND EDIT DRAFT POST-SUBMISSION LETTER (3.3); CONFER WITH W. THOMPSON REGARDING SAME (.8). |
| 2.60 | THOMPSON, WILLIAM T | $425.00 | $1,105.00 | COMMUNICATE WITH J. HO REGARDING LETTER BRIEF (0.8); RESEARCH FOR LETTER BRIEF (1.8). |

10/12/15

| | | | | |
|---|---|---|---|---|
| 1.00 | RAIFF, MICHAEL L | $885.00 | $885.00 | WORK ON SUPPLEMENTAL BRIEFING AND MULTIPLE COMMUNICATIONS REGARDING SAME. |
| 3.70 | HO, JAMES C | $835.00 | $3,089.50 | REVIEW COMMENTS AND MAKE FURTHER EDITS TO DRAFT POST-SUBMISSION LETTER BRIEF. |
| 3.00 | JOHNSON, ASHLEY E | $690.00 | $2,070.00 | REVISE POST-ARGUMENT LETTER (2.4); CONFER WITH W. THOMPSON RE SAME (.6). |

| | | | | |
|---|---|---|---|---|
| 2.60 | THOMPSON, WILLIAM T | $425.00 | $1,105.00 | COMMUNICATE WITH J. HO REGARDING LETTER BRIEF (0.2); REVIEW AND ANALYZE EDITS TO LETTER BRIEF (1.0); COMMUNICATE WITH A. JOHNSON AND M. RAIFF REGARDING LETTER BRIEF (0.2); PARTICIPATE IN CALL REGARDING LETTER BRIEF (1.0). |

**10/13/15**

| | | | | |
|---|---|---|---|---|
| 1.20 | RAIFF, MICHAEL L | $885.00 | $1,062.00 | ATTENTION TO POST-ARGUMENT BRIEFING, EDITS, STRATEGIES AND LEGAL RESEARCH. |
| 1.10 | HO, JAMES C | $835.00 | $918.50 | REVIEW EDITS TO DRAFT POST-SUBMISSION LETTER ███████████ |
| 0.90 | JOHNSON, ASHLEY E | $690.00 | $621.00 | REVISE POST-HEARING LETTER. |
| 1.20 | THOMPSON, WILLIAM T | $425.00 | $510.00 | REVIEW AND ANALYZE EDITS TO LETTER BRIEF. |

**10/14/15**

| | | | | |
|---|---|---|---|---|
| 1.20 | RAIFF, MICHAEL L | $885.00 | $1,062.00 | ATTENTION TO AND MEETINGS REGARDING POST-ARGUMENT BRIEFING, EDITS, RESEARCH, AND STRATEGIES. |
| 5.30 | HO, JAMES C | $835.00 | $4,425.50 | ANALYZE POTENTIAL ARGUMENTS REGARDING ███████████ (1.1); REVIEW COMMENTS ██████ AND ANALYZE POTENTIAL NEXT STEPS, AND CONFER ████ REGARDING SAME (1.1); EDIT DRAFT POST-SUBMISSION LETTER, AND REVIEW FPL BRIEFING (2.6); CONFER WITH W. THOMPSON RE SAME (.5). |
| 3.10 | JOHNSON, ASHLEY E | $690.00 | $2,139.00 | REVISE POST-HEARING LETTER. |

| | | | | |
|---|---|---|---|---|
| 0.50 | THOMPSON, WILLIAM T | $425.00 | $212.50 | CONFER WITH J. HO REGARDING POST-SUBMISSION BRIEFING. |
| 7.40 | THOMPSON, WILLIAM T | $425.00 | $3,145.00 | RESEARCH AND ANALYZE LETTER BRIEF OPTIONS. |

10/15/15

| | | | | |
|---|---|---|---|---|
| 2.00 | RAIFF, MICHAEL L | $885.00 | $1,770.00 | WORK ON POST-ARGUMENT BRIEFING AND STRATEGIES AND MULTIPLE INTERNAL COMMUNICATIONS REGARDING SAME (1.0); CONFERENCE CALL WITH CLIENTS (0.7); FOLLOW-UP DISCUSSIONS AND EMAIL (0.3). |
| 2.70 | HO, JAMES C | $835.00 | $2,254.50 | MAKE FURTHER EDITS TO DRAFT POST-SUBMISSION LETTER BRIEF (1.3); CONFERENCE CALL ███ REGARDING DRAFT POST-SUBMISSION LETTER BRIEF (0.7); REVIEW AND EDIT DRAFT BRIEF AND CORRESPONDENCE REGARDING SAME (0.7). |
| 2.60 | JOHNSON, ASHLEY E | $690.00 | $1,794.00 | TELEPHONE CONFERENCE REGARDING POST-HEARING LETTER (0.4); REVISE POST-HEARING LETTER (2.0); DISCUSS SAME WITH M. RAIFF AND J. HO (0.2). |
| 2.40 | THOMPSON, WILLIAM T | $425.00 | $1,020.00 | COMMUNICATE WITH J. HO REGARDING LETTER BRIEF (0.4); REVIEW AND ANALYZE EDITS TO LETTER BRIEF (0.6); COMMUNICATE WITH A. JOHNSON AND M. RAIFF REGARDING LETTER BRIEF (0.4); CALL REGARDING LETTER BRIEF (1.0). |

10/16/15

| | | | | |
|---|---|---|---|---|
| 1.00 | RAIFF, MICHAEL L | $885.00 | $885.00 | ATTENTION TO AND COMMUNICATIONS REGARDING LETTER BRIEF. |
| 1.50 | HO, JAMES C | $835.00 | $1,252.50 | REVIEW REVISED DRAFT POST-SUBMISSION LETTER (.4); CONFER WITH W. THOMPSON AND A. JOHNSON RE SAME (.9). |

| | | | | |
|---|---|---|---|---|
| 0.80 | JOHNSON, ASHLEY E | $690.00 | $552.00 | CONFER WITH W. THOMPSON AND J. HO REGARDING LETTER BRIEF. |
| 3.20 | THOMPSON, WILLIAM T | $425.00 | $1,360.00 | COMMUNICATE WITH A. JOHNSON AND J. HO REGARDING LETTER BRIEF (0.9); REVISE AND MODIFY LETTER BRIEF (2.3). |
| **10/18/15** | | | | |
| 0.10 | JOHNSON, ASHLEY E | $690.00 | $69.00 | REVIEW CORRESPONDENCE RELATING TO POST-HEARING LETTER. |
| **10/19/15** | | | | |
| 0.30 | RAIFF, MICHAEL L | $885.00 | $265.50 | ATTENTION TO AND COMMUNICATIONS REGARDING POST-ARGUMENT BRIEF AND EDITS. |
| 1.80 | HO, JAMES C | $835.00 | $1,503.00 | REVIEW AND ANALYZE LATEST COMMENTS TO DRAFT POST-SUBMISSION LETTER BRIEF AND PREPARE CORRESPONDENCE REGARDING SAME. |
| 2.30 | JOHNSON, ASHLEY E | $690.00 | $1,587.00 | WORK ON POST-HEARING LETTER. |
| 3.10 | THOMPSON, WILLIAM T | $425.00 | $1,317.50 | REVIEW AND ANALYZE LETTER BRIEF. |
| **10/20/15** | | | | |
| 0.20 | RAIFF, MICHAEL L | $885.00 | $177.00 | CONFERENCE WITH A. JOHNSON REGARDING POST-HEARING LETTER. |
| 0.20 | HO, JAMES C | $835.00 | $167.00 | CORRESPONDENCE REGARDING DRAFT POST-SUBMISSION LETTER BRIEF. |
| 0.20 | JOHNSON, ASHLEY E | $690.00 | $138.00 | CONFERENCE WITH M. RAIFF REGARDING POST-HEARING LETTER. |
| **10/21/15** | | | | |
| 0.20 | JOHNSON, ASHLEY E | $690.00 | $138.00 | CONFERENCE WITH M. RAIFF REGARDING POST-HEARING LETTER. |

| | | | | |
|---|---|---|---|---|
| 0.20 | THOMPSON, WILLIAM T | $425.00 | $85.00 | COMMUNICATE WITH J. HO AND A. JOHNSON REGARDING LETTER BRIEF. |

**10/22/15**

| | | | | |
|---|---|---|---|---|
| 0.30 | RAIFF, MICHAEL L | $885.00 | $265.50 | ATTENTION TO AND COMMUNICATIONS REGARDING POST-ARGUMENT BRIEFING. |
| 0.50 | HO, JAMES C | $835.00 | $417.50 | REVIEW LATEST DRAFT OF POST-SUBMISSION LETTER AND CORRESPONDENCE REGARDING SAME. |
| 2.50 | JOHNSON, ASHLEY E | $690.00 | $1,725.00 | CONFERENCE ████████ REGARDING POST-HEARING LETTER (0.3); CONFER WITH W. THOMPSON REGARDING LETTER BRIEF (.8); REVISE POST-HEARING LETTER  (1.2); EMAIL CORRESPONDENCE WITH J. HO AND M. RAIFF REGARDING SAME (0.2). |
| 0.80 | THOMPSON, WILLIAM T | $425.00 | $340.00 | COMMUNICATE WITH A. JOHNSON REGARDING LETTER BRIEF. |

**10/23/15**

| | | | | |
|---|---|---|---|---|
| 0.30 | RAIFF, MICHAEL L | $885.00 | $265.50 | ATTENTION TO AND COMMUNICATIONS REGARDING POST-ARGUMENT BRIEFING. |
| 0.30 | HO, JAMES C | $835.00 | $250.50 | REVIEW FINAL EDITS TO POST-SUBMISSION LETTER AND CORRESPONDENCE REGARDING SAME. |
| 0.60 | JOHNSON, ASHLEY E | $690.00 | $414.00 | REVISE AND FINALIZE FOR FILING POST-HEARING LETTER. |
| 1.30 | THOMPSON, WILLIAM T | $425.00 | $552.50 | COMMUNICATE WITH J. HO AND A. JOHNSON REGARDING LETTER BRIEF (0.3); REVISE AND FILE LETTER BRIEF (1.0). |

**10/29/15**

| | | | | |
|---|---|---|---|---|
| 0.80 | RAIFF, MICHAEL L | $885.00 | $708.00 | ATTENTION TO AND COMMUNICATIONS REGARDING FPL'S POST-ARGUMENT LETTER BRIEF AND OUR REPLY. |

| 3.80 | HO, JAMES C | $835.00 | $3,173.00 | REVIEW AND ANALYZE FPL LETTER BRIEF AND PREPARE DRAFT RESPONSE REGARDING SAME. |
| 2.00 | JOHNSON, ASHLEY E | $690.00 | $1,380.00 | WORK ON REPLY LETTER FOR TEXAS COURT OF APPEALS. |
| 2.40 | THOMPSON, WILLIAM T | $425.00 | $1,020.00 | REVIEW AND ANALYZE FPL'S POST-SUBMISSION BRIEF (1.9); WRITE POST-SUBMISSION REPLY BRIEF (0.5). |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**November 3, 2015**

**Invoice No. 2015111604**

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through October 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00018 | NSR Case 201300257 | $  16,354.50 | $      0.00 | $  16,354.50 |
|  | **Totals** | $   16,354.50 | $      0.00 | $   16,354.50 |
|  | **Current Balance Due** |  |  | $   16,354.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00018 | 06/30/15 | 2015061449 | $   9,008.30 | $      0.00 | $   9,008.30 |
| 92772-00018 | 07/13/15 | 2015071601 | 10,759.80 | 0.00 | 10,759.80 |
| 92772-00018 | 08/05/15 | 2015080671 | 14,029.50 | 0.00 | 14,029.50 |
| 92772-00018 | 09/04/15 | 2015091505 | 8,048.50 | 0.00 | 8,048.50 |
| 92772-00018 | 10/09/15 | 2015103687 | 35,910.50 | 0.00 | 35,910.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.
Invoice Date: November 3, 2015                                Invoice No. 2015111604
**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE** <u>$   77,756.60</u>

**TOTAL OUTSTANDING BALANCE DUE** <u>$   94,111.10</u>

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**November 3, 2015**

**Invoice No. 2015111604**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through October 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00018 | NSR Case 201300257 | $  16,354.50 | $       0.00 | $  16,354.50 |
|  | **Totals** | $   16,354.50 | $    0.00 | $   16,354.50 |
|  | **Current Balance Due** |  |  | $   16,354.50 |

**<u>PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING</u>:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00018 | 06/30/15 | 2015061449 | $  9,008.30 | $   0.00 | $  9,008.30 |

Remit By Wire To:
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

Remit By Mail To:
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|--------------|-------------|----------|-------|-------------|
| 92772-00018 | 07/13/15 | 2015071601 | 10,759.80 | 0.00 | 10,759.80 |
| 92772-00018 | 08/05/15 | 2015080671 | 14,029.50 | 0.00 | 14,029.50 |
| 92772-00018 | 09/04/15 | 2015091505 | 8,048.50 | 0.00 | 8,048.50 |
| 92772-00018 | 10/09/15 | 2015103687 | 35,910.50 | 0.00 | 35,910.50 |

**PREVIOUS BALANCE DUE**                                      $  77,756.60

**TOTAL OUTSTANDING BALANCE DUE**                            $  94,111.10

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

NSR CASE
92772-00018

_____

For Services Rendered Through October 31, 2015

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| WILLIAM B. DAWSON | 3.90 | $ 975.00 | $  3,802.50 |
| MICHAEL L. RAIFF | 9.50 | 885.00 | 8,407.50 |
| RUSSELL H. FALCONER | 4.40 | 610.00 | 2,684.00 |
| ELIZABETH M. VINEY | 2.50 | 525.00 | 1,312.50 |
| GAYA K. HOLMAN | 0.40 | 370.00 | 148.00 |

**Total Services**                                                   $   16,354.50

**Total Services, Costs/Charges**                           16,354.50

**BALANCE DUE**                                              $   16,354.50

**Due and Payable Upon Receipt**

NSR CASE
92772-00018

---

Detail Services:

**10/02/15**

| | | | | |
|---|---|---|---|---|
| 0.30 | RAIFF, MICHAEL L | $885.00 | $265.50 | ATTENTION TO AND COMMUNICATIONS REGARDING DOCUMENT PRODUCTION ISSUES ███ DOCUMENTS. |
| 2.50 | FALCONER, RUSSELL H | $610.00 | $1,525.00 | ATTEND ███ MEETING AT LUMINANT OFFICES. |

**10/06/15**

| | | | | |
|---|---|---|---|---|
| 2.30 | DAWSON, WILLIAM B | $975.00 | $2,242.50 | PREPARE FOR CALL WITH CLIENT AND CO-COUNSEL (1.1); ANALYSIS OF ISSUES DISCUSSED (1.2). |
| 1.50 | RAIFF, MICHAEL L | $885.00 | $1,327.50 | WORK ON DISCOVERY DISPUTES AND LETTER (0.4); PARTICIPATE IN CALL WITH CLIENTS (0.6); REVIEW ███ ███ (0.5). |
| 0.60 | FALCONER, RUSSELL H | $610.00 | $366.00 | PARTICIPATE IN WEEKLY CASE CONFERENCE CALL. |
| 0.50 | VINEY, ELIZABETH M | $525.00 | $262.50 | PARTICIPATE IN WEEKLY TEAM CONFERENCE CALL. |

**10/07/15**

| | | | | |
|---|---|---|---|---|
| 1.00 | RAIFF, MICHAEL L | $885.00 | $885.00 | WORK ON DISCOVERY DISPUTES AND MEET AND CONFER LETTER. |

**10/08/15**

| | | | | |
|---|---|---|---|---|
| 1.80 | RAIFF, MICHAEL L | $885.00 | $1,593.00 | WORK ON MEET AND CONFER LETTER (1.0); WORK ON ███ ███ (0.5); ATTENTION TO AND COMMUNICATIONS REGARDING SUPPLEMENTAL PRODUCTION (0.3). |
| 1.40 | VINEY, ELIZABETH M | $525.00 | $735.00 | RESEARCH REGARDING ███ (1.1); EMAIL CORRESPONDENCE REGARDING SAME (0.3). |

| 10/09/15 1.80 | RAIFF, MICHAEL L | $885.00 | $1,593.00 | WORK ON ███████████, DOJ'S MOTION TO SET DEADLINE, AND ORDER, INCLUDING REVIEW RESEARCH (1.3); NUMEROUS COMMUNICATIONS WITH CLIENTS AND DOJ (0.5). |
| 0.30 | VINEY, ELIZABETH M | $525.00 | $157.50 | PHONE DISCUSSION REGARDING ██████████████████. |
| 10/12/15 0.50 | RAIFF, MICHAEL L | $885.00 | $442.50 | WORK ON DOCUMENT PRODUCTION ISSUES AND MEET AND CONFER LETTER. |
| 10/13/15 0.80 | DAWSON, WILLIAM B | $975.00 | $780.00 | CALLS AND COMMUNICATIONS WITH CO-COUNSEL. |
| 1.00 | RAIFF, MICHAEL L | $885.00 | $885.00 | CONFERENCE CALL WITH CLIENTS (0.2); WORK ON REVISING DISCOVERY LETTER AND COMMUNICATIONS REGARDING SAME (0.8). |
| 0.40 | FALCONER, RUSSELL H | $610.00 | $244.00 | PARTICIPATE IN WEEKLY CASE CONFERENCE CALL (0.2); MEET-AND-CONFER CORRESPONDENCE (0.2). |
| 10/14/15 0.50 | RAIFF, MICHAEL L | $885.00 | $442.50 | REVISE, FINALIZE, AND SEND LETTER AND CD TO DOJ (0.3); FOLLOW-UP AND COMMUNICATIONS REGARDING SAME (0.2). |
| 10/19/15 0.20 | RAIFF, MICHAEL L | $885.00 | $177.00 | ATTENTION TO AND COMMUNICATIONS WITH SIERRA CLUB AND CLIENTS REGARDING PROTECTIVE ORDER. |
| 10/20/15 0.50 | FALCONER, RUSSELL H | $610.00 | $305.00 | REVIEW ████████████████████ |

| | | | | |
|---|---|---|---|---|
| 0.20 | HOLMAN, GAYA K | $370.00 | $74.00 | COORDINATE ███████ ████████ (0.1); MULTIPLE EMAIL EXCHANGE ██████ REGARDING SAME (0.1). |

10/21/15
| 0.40 | RAIFF, MICHAEL L | $885.00 | $354.00 | WORK ON PROTECTIVE ORDER ISSUES (0.3); EMAILS REGARDING SAME (0.1). |

10/22/15
| 0.20 | HOLMAN, GAYA K | $370.00 | $74.00 | FORWARD ██████████ TO BALCH BINGHAM. |

10/23/15
| 0.20 | RAIFF, MICHAEL L | $885.00 | $177.00 | ATTENTION TO PROTECTIVE ORDER AND COMMUNICATIONS REGARDING SAME. |

10/27/15
| 0.80 | DAWSON, WILLIAM B | $975.00 | $780.00 | PREPARE FOR AND PARTICIPATE INWEEKLY CALL. |

| 0.30 | RAIFF, MICHAEL L | $885.00 | $265.50 | PARTICIPATE IN CONFERENCE CALL WITH CLIENTS. |

| 0.40 | FALCONER, RUSSELL H | $610.00 | $244.00 | PARTICIPATE IN WEEKLY CASE CONFERENCE CALL (0.3); CORRESPONDENCE REGARDING ██████████ (0.1). |

| 0.30 | VINEY, ELIZABETH M | $525.00 | $157.50 | PARTICIPATE IN WEEKLY TEAM CONFERENCE CALL. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**November 7, 2015**

**Invoice No. 2015112641**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through October 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00030 | Retention/Fee Applications | $  9,704.50 | $  0.00 | $  9,704.50 |
|  | **Totals** | $  9,704.50 | $  0.00 | $  9,704.50 |
|  | **Current Balance Due** |  |  | $  9,704.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00030 | 06/30/15 | 2015061442 | $  2,926.00 | $  0.00 | $  2,926.00 |
| 92772-00030 | 07/20/15 | 2015072807 | 4,089.30 | 0.00 | 4,089.30 |
| 92772-00030 | 08/11/15 | 2015081583 | 1,560.20 | 0.00 | 1,560.20 |
| 92772-00030 | 09/12/15 | 2015093338 | 1,335.60 | 0.00 | 1,335.60 |
| 92772-00030 | 10/09/15 | 2015100998 | 24,424.00 | 0.00 | 24,424.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this
invoice with your payment in the enclosed
Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: November 7, 2015**                                    **Invoice No. 2015112641**

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                                  $   34,335.10

**TOTAL OUTSTANDING BALANCE DUE**                         $   44,039.60

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**November 7, 2015**

**Invoice No. 2015112641**

<u>**REMITTANCE COPY**</u>

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through October 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00030 | Retention/Fee Applications | $   9,704.50 | $      0.00 | $   9,704.50 |
|  | **Totals** | $   9,704.50 | $      0.00 | $   9,704.50 |
|  | **Current Balance Due** |  |  | $   9,704.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00030 | 06/30/15 | 2015061442 | $  2,926.00 | $    0.00 | $  2,926.00 |
| 92772-00030 | 07/20/15 | 2015072807 | 4,089.30 | 0.00 | 4,089.30 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.
Invoice Date: November 7, 2015                                                    Invoice No. 2015112641
**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00030 | 08/11/15 | 2015081583 | 1,560.20 | 0.00 | 1,560.20 |
| 92772-00030 | 09/12/15 | 2015093338 | 1,335.60 | 0.00 | 1,335.60 |
| 92772-00030 | 10/09/15 | 2015100998 | 24,424.00 | 0.00 | 24,424.00 |

**PREVIOUS BALANCE DUE**                                     $  34,335.10

**TOTAL OUTSTANDING BALANCE DUE**                     $  44,039.60

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

RETENTION/FEE APPLICATIONS
92772-00030

_____

For Services Rendered Through October 31, 2015

| NAME | HOURS | RATE | TOTAL |
|------|------:|-----:|------:|
| MATTHEW G. BOUSLOG | 6.30 | $ 625.00 | $  3,937.50 |
| DUKE K. AMPONSAH | 14.60 | 395.00 | 5,767.00 |
| **Total Services** | | | $  9,704.50 |

| | |
|---|---:|
| **Total Services, Costs/Charges** | 9,704.50 |
| **BALANCE DUE** | $   9,704.50 |

**Due and Payable Upon Receipt**

RETENTION/FEE APPLICATIONS
92772-00030

---

Detail Services:

**10/01/15**

| 2.10 | BOUSLOG, MATTHEW G | $625.00 | $1,312.50 | DRAFT FEE APPLICATION (1.8); CALLS WITH D. AMPONSAH REGARDING SAME (0.2); EMAILS WITH D. AMPONSAH REGARDING SAME (0.1). |
|---|---|---|---|---|
| 1.50 | AMPONSAH, DUKE K | $395.00 | $592.50 | CONTINUE WORK ON DRAFT OF FOURTH INTERIM FEE APPLICATION (1.1); CONFER WITH M. BOUSLOG REGARDING SAME (0.4). |

**10/02/15**

| 0.40 | BOUSLOG, MATTHEW G | $625.00 | $250.00 | REVISE FEE APPLICATION (0.2); EMAILS WITH D. KELLY, D. AMPONSAH REGARDING SAME (0.2). |
|---|---|---|---|---|

**10/05/15**

| 1.00 | AMPONSAH, DUKE K | $395.00 | $395.00 | REVIEW SEPTEMBER 2015 PREBILLS FOR COMPLIANCE WITH UST GUIDELINES (0.6); REVISE DRAFT OF FOURTH INTERIM FEE APPLICATION (0.4). |
|---|---|---|---|---|

**10/06/15**

| 0.60 | BOUSLOG, MATTHEW G | $625.00 | $375.00 | REVISE CNO AND MONTHLY FEE INVOICE STATEMENTS (0.2); EMAILS WITH J. MADRON AND G. MOOR REGARDING SAME (0.3); REVISE FEE APPLICATION (0.1). |
|---|---|---|---|---|

**10/07/15**

| 0.40 | AMPONSAH, DUKE K | $395.00 | $158.00 | REVIEW SEPTEMBER 2015 PREBILLS FOR COMPLIANCE WITH UST GUIDELINES. |
|---|---|---|---|---|

**10/08/15**

| 0.50 | AMPONSAH, DUKE K | $395.00 | $197.50 | REVIEW SEPTEMBER 2015 PREBILLS FOR COMPLIANCE WITH UST GUIDELINES. |
|---|---|---|---|---|

| Date/Hours | Name | Rate | Amount | Description |
|---|---|---|---|---|
| 10/09/15<br>0.50 | AMPONSAH, DUKE K | $395.00 | $197.50 | REVIEW SEPTEMBER 2015 PREBILLS FOR COMPLIANCE WITH UST GUIDELINES. |
| 10/12/15<br>0.30 | BOUSLOG, MATTHEW G | $625.00 | $187.50 | REVIEW FEE STATEMENT CNO EXHIBIT (0.1); EMAILS WITH D. AMPONSAH AND G. MOOR REGARDING FEE STATEMENT AND FEE APPLICATION (0.2). |
| 1.50 | AMPONSAH, DUKE K | $395.00 | $592.50 | PREPARE DRAFT OF GDC AUGUST 2015 CNO AND AUG 2015 MFIS (1.0); REVIEW SEPTEMBER 2015 PREBILLS FOR COMPLIANCE WITH UST GUIDELINES (0.5). |
| 10/13/15<br>0.10 | BOUSLOG, MATTHEW G | $625.00 | $62.50 | EMAIL D. KELLY REGARDING FEE APPLICATION. |
| 10/15/15<br>0.70 | BOUSLOG, MATTHEW G | $625.00 | $437.50 | DRAFT FEE APPLICATION (0.2); CONFER WITH D. AMPONSAH REGARDING SAME (0.2); EMAILS WITH D. AMPONSAH, J. MADRON, D. KELLY AND R. LITTLE REGARDING SAME (0.3). |
| 0.60 | AMPONSAH, DUKE K | $395.00 | $237.00 | CONFER WITH M. BOUSLOG AND R. ST. JOHN REGARDING INTERIM FEE APPLICATION. |
| 10/16/15<br>0.20 | BOUSLOG, MATTHEW G | $625.00 | $125.00 | EMAILS WITH J. MADRON, R. LITTLE AND D. AMPONSAH REGARDING FEE APPLICATION. |
| 3.40 | AMPONSAH, DUKE K | $395.00 | $1,343.00 | PREPARE DRAFT OF SEPTEMBER 2015 MONTHLY FEE STATEMENT. |
| 10/19/15<br>1.40 | AMPONSAH, DUKE K | $395.00 | $553.00 | PREPARE DRAFT OF SEPTEMBER 2015 MONTHLY FEE STATEMENT. |
| 10/20/15<br>0.30 | BOUSLOG, MATTHEW G | $625.00 | $187.50 | REVISE MONTHLY FEE INVOICE STATEMENT (0.1); EMAILS WITH J. MADRON AND G. MOOR REGARDING SAME (0.2). |

| | | | | |
|---|---|---|---|---|
| 1.30 | AMPONSAH, DUKE K | $395.00 | $513.50 | REVISE DRAFT OF SEPTEMBER 2015 MONTHLY FEE STATEMENT. |
| 10/21/15 0.30 | BOUSLOG, MATTHEW G | $625.00 | $187.50 | REVIEW AND REVISE FEE STATEMENT (0.2); EMAILS WITH R. LITTLE, D. AMPONSAH AND J. MADRON REGARDING SAME (0.1). |
| 10/22/15 0.30 | BOUSLOG, MATTHEW G | $625.00 | $187.50 | REVIEW AND REVISE INTERIM FEE INVOICE STATEMENT (0.1); EMAILS WITH J. MADRON AND D. AMPONSAH REGARDING FEE APPLICATION (0.2). |
| 1.10 | AMPONSAH, DUKE K | $395.00 | $434.50 | PREPARE DRAFT OF THIRD INTERIM INVOICE IFIS. |
| 10/23/15 1.40 | AMPONSAH, DUKE K | $395.00 | $553.00 | UPDATE DRAFT OF SEPTEMBER 2015 MONTHLY FEE STATEMENT (1.0); UPLOAD RECENTLY FILED FEE STATEMENT TO SHARED DRIVE (0.4). |
| 10/26/15 1.00 | BOUSLOG, MATTHEW G | $625.00 | $625.00 | PARTICIPATE IN TELEPHONIC HEARING REGARDING FEE APPLICATIONS (0.7); UPDATE INTERIM FEE INVOICE STATEMENT (0.1); EMAILS WITH G. MOOR AND R. LITTLE REGARDING SAME (0.2). |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**November 7, 2015**

**Invoice No. 2015112642**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through October 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00031 | EFH SEC Matters | $    6,633.50 | $       0.00 | $   6,633.50 |
|  | **Totals** | $    6,633.50 | $       0.00 | $   6,633.50 |
|  | **Current Balance Due** |  |  | $   6,633.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00031 | 06/30/15 | 2015061443 | $     233.80 | $    0.00 | $     233.80 |
| 92772-00031 | 07/20/15 | 2015072808 | 684.70 | 0.00 | 684.70 |
| 92772-00031 | 08/11/15 | 2015081584 | 2,496.30 | 0.00 | 2,496.30 |
| 92772-00031 | 09/12/15 | 2015093339 | 3,223.10 | 0.00 | 3,223.10 |
| 92772-00031 | 10/09/15 | 2015100999 | 12,584.50 | 0.00 | 12,584.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: November 7, 2015**                                                              **Invoice No. 2015112642**

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                          $   19,222.40

**TOTAL OUTSTANDING BALANCE DUE**                 $   25,855.90

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**November 7, 2015**

**Invoice No. 2015112642**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through October 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00031 | EFH SEC Matters | $    6,633.50 | $     0.00 | $   6,633.50 |
|  | **Totals** | $    6,633.50 | $     0.00 | $   6,633.50 |
|  | **Current Balance Due** |  |  | $   6,633.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00031 | 06/30/15 | 2015061443 | $    233.80 | $    0.00 | $    233.80 |
| 92772-00031 | 07/20/15 | 2015072808 | 684.70 | 0.00 | 684.70 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00031 | 08/11/15 | 2015081584 | 2,496.30 | 0.00 | 2,496.30 |
| 92772-00031 | 09/12/15 | 2015093339 | 3,223.10 | 0.00 | 3,223.10 |
| 92772-00031 | 10/09/15 | 2015100999 | 12,584.50 | 0.00 | 12,584.50 |

**PREVIOUS BALANCE DUE**                                    $   19,222.40

**TOTAL OUTSTANDING BALANCE DUE**                 $   25,855.90

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201


EFH SEC MATTERS
92772-00031

_____

For Services Rendered Through October 31, 2015

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| ROBERT B. LITTLE | 4.70 | $ 835.00 | $ 3,924.50 |
| JONATHAN M. WHALEN | 4.30 | 630.00 | 2,709.00 |
| **Total Services** | | | $ 6,633.50 |

| | |
|---|---|
| **Total Services, Costs/Charges** | 6,633.50 |
| **BALANCE DUE** | $  6,633.50 |

EFH SEC MATTERS
92772-00031

---

Detail Services:

| Date | Hours | Timekeeper | Rate | Amount | Description |
|---|---|---|---|---|---|
| 10/03/15 | 0.20 | LITTLE, ROBERT B | $835.00 | $167.00 | REVIEW COMMENTS TO FORM 10-Q. |
| 10/07/15 | 0.80 | LITTLE, ROBERT B | $835.00 | $668.00 | PREPARE FORM 8-K FOR DISCLOSURE OF PROJECTIONS. |
| 10/09/15 | 0.30 | LITTLE, ROBERT B | $835.00 | $250.50 | REVIEW AND REVISE FORM 8-K FOR PROJECTIONS DISCLOSURE (0.2); E-MAILS REGARDING SAME (0.1). |
| 10/13/15 | 0.80 | WHALEN, JONATHAN M | $630.00 | $504.00 | COORDINATE FILING OF DIP EXTENSION 8-K. |
| 10/19/15 | 1.60 | LITTLE, ROBERT B | $835.00 | $1,336.00 | REVIEW AND REVISE FORM 10-Q. |
| 10/23/15 | 1.30 | LITTLE, ROBERT B | $835.00 | $1,085.50 | REVIEW AND REVISE FORM 10-Q. |
| 10/26/15 | 0.30 | LITTLE, ROBERT B | $835.00 | $250.50 | REVIEW AND REVISE FORM 8-K. |
|  | 2.10 | WHALEN, JONATHAN M | $630.00 | $1,323.00 | DRAFT 8-K FOR AMENDED AND RESTATED PLAN SUPPORT AGREEMENT. |
| 10/27/15 | 0.80 | WHALEN, JONATHAN M | $630.00 | $504.00 | REVISE AMENDED PSA 8-K. |
| 10/28/15 | 0.20 | LITTLE, ROBERT B | $835.00 | $167.00 | CONFER WITH J. WHALEN REGARDING 10-Q EXHIBITS. |
|  | 0.60 | WHALEN, JONATHAN M | $630.00 | $378.00 | ANALYSIS RE 10-Q EXHIBIT LIST. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**November 7, 2015**

**Invoice No. 2015112643**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through October 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00032 | EFH Corporate Matters | $  4,205.50 | $  0.00 | $  4,205.50 |
|  | **Totals** | $  4,205.50 | $  0.00 | $  4,205.50 |
|  | **Current Balance Due** |  |  | $  4,205.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00032 | 08/11/15 | 2015081585 | $  250.50 | $  0.00 | $  250.50 |
| 92772-00032 | 10/09/15 | 2015101000 | 584.50 | 0.00 | 584.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                                    $      835.00

**TOTAL OUTSTANDING BALANCE DUE**                          $    5,040.50

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**November 7, 2015**

**Invoice No. 2015112643**

<u>**REMITTANCE COPY**</u>

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through October 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00032 | EFH Corporate Matters | $    4,205.50 | $    0.00 | $    4,205.50 |
| | **Totals** | $    4,205.50 | $    0.00 | $    4,205.50 |
| | **Current Balance Due** | | | $    4,205.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00032 | 08/11/15 | 2015081585 | $    250.50 | $    0.00 | $    250.50 |
| 92772-00032 | 10/09/15 | 2015101000 | 584.50 | 0.00 | 584.50 |

<u>Remit By Wire To:</u>
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

<u>Remit By Mail To:</u>
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: November 7, 2015**                                              **Invoice No. 2015112643**

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                                  $     835.00

**TOTAL OUTSTANDING BALANCE DUE**                   $   5,040.50

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

EFH CORPORATE MATTERS
92772-00032

_____

For Services Rendered Through October 31, 2015

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| LINDA L. CURTIS | 3.40 | $1,065.00 | $ 3,621.00 |
| ROBERT B. LITTLE | 0.70 | 835.00 | 584.50 |
| **Total Services** | | | $ 4,205.50 |

| | | |
|---|---|---|
| **Total Services, Costs/Charges** | | 4,205.50 |
| **BALANCE DUE** | | $  4,205.50 |

**Due and Payable Upon Receipt**

EFH CORPORATE MATTERS
92772-00032

---

Detail Services:

**10/23/15**

| | | | | |
|---|---|---|---|---|
| 2.70 | CURTIS, LINDA L | $1,065.00 | $2,875.50 | WORK ON SURETYSHIP AND SUBORDINATION ISSUES AND MATERIALS/LANGUAGE FOR R. LITTLE MATTER REGARDING TCEH (2.0); CONFERENCE CALL WITH CLIENT, CO-COUNSEL AND R. LITTLE REGARDING SAME (0.5); FOLLOW UP EMAIL CORRESPONDENCE AND SEND SURETYSHIP MATERIALS (0.2). |
| 0.70 | LITTLE, ROBERT B | $835.00 | $584.50 | TELEPHONE CALL REGARDING PBGC SURETYSHIP AND SUBORDINATION PROVISION. |

**10/26/15**

| | | | | |
|---|---|---|---|---|
| 0.70 | CURTIS, LINDA L | $1,065.00 | $745.50 | TELEPHONE CONFERENCE ON TCEH MATTER REGARDING SURETYSHIP AND SUBORDINATION WITH WORKING GROUP, INCLUDING COUNSEL TO PBGC. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**November 7, 2015**

**Invoice No. 2015112644**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through October 31, 2015**

| | | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00036 | TCEH Case Administration | $    441.00 | $    0.00 | $    441.00 |
| | **Totals** | $    441.00 | $    0.00 | $    441.00 |
| | **TOTAL OUTSTANDING BALANCE DUE** | | | $    441.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**November 7, 2015**

**Invoice No. 2015112644**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through October 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00036 | TCEH Case Administration | $    441.00 | $    0.00 | $    441.00 |
|  | **Totals** | $    441.00 | $    0.00 | $    441.00 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $    441.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: November 7, 2015**                                    **Invoice No. 2015112644**

**Due and Payable Upon Receipt**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

TCEH CASE ADMINISTRATION
92772-00036

_____

For Services Rendered Through October 31, 2015

| NAME | HOURS | RATE | | TOTAL |
|------|-------|------|---|-------|
| JONATHAN M. WHALEN | 0.70 | $ 630.00 | $ | 441.00 |
| **Total Services** | | | $ | 441.00 |

| | | |
|---|---|---|
| **Total Services, Costs/Charges** | | 441.00 |
| **BALANCE DUE** | $ | 441.00 |

**Due and Payable Upon Receipt**

TCEH CASE ADMINISTRATION
92772-00036

_____

Detail Services:

10/05/15
| 0.70 | WHALEN, JONATHAN M | $630.00 | $441.00 | PARTICIPATE IN WEEKLY EXECUTION CALL. |

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**November 7, 2015**

**Invoice No. 2015112645**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through October 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00043 | TCEH Corporate Matters | $    4,067.50 | $      0.00 | $    4,067.50 |
|  | **Totals** | $    4,067.50 | $      0.00 | $    4,067.50 |
|  | **Current Balance Due** |  |  | $    4,067.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00043 | 06/30/15 | 2015061444 | $    6,002.80 | $      0.00 | $    6,002.80 |
| 92772-00043 | 07/20/15 | 2015072809 | 6,576.90 | 0.00 | 6,576.90 |
| 92772-00043 | 10/09/15 | 2015101002 | 1,753.50 | 0.00 | 1,753.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                    $   14,333.20

**TOTAL OUTSTANDING BALANCE DUE**           $   18,400.70

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**November 7, 2015**

**Invoice No. 2015112645**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through October 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00043 | TCEH Corporate Matters | $    4,067.50 | $      0.00 | $    4,067.50 |
|  | **Totals** | $    4,067.50 | $      0.00 | $    4,067.50 |
|  | **Current Balance Due** |  |  | $    4,067.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00043 | 06/30/15 | 2015061444 | $  6,002.80 | $   0.00 | $  6,002.80 |
| 92772-00043 | 07/20/15 | 2015072809 | 6,576.90 | 0.00 | 6,576.90 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this
invoice with your payment in the enclosed
Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.
**Invoice Date: November 7, 2015**                                                                 **Invoice No. 2015112645**
**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|-------------|-------------|----------|-------|-------------|
| 92772-00043 | 10/09/15 | 2015101002 | 1,753.50 | 0.00 | 1,753.50 |

**PREVIOUS BALANCE DUE**                                      $  14,333.20

**TOTAL OUTSTANDING BALANCE DUE**                            $  18,400.70

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201


TCEH CORPORATE MATTERS
92772-00043

_____

For Services Rendered Through October 31, 2015

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| BRIAN J. LANE | 0.20 | $1,125.00 | $   225.00 |
| ROBERT B. LITTLE | 2.50 | 835.00 | 2,087.50 |
| TIMOTHY P. FISHER | 3.90 | 450.00 | 1,755.00 |

**Total Services**                                    $   4,067.50




**Total Services, Costs/Charges**                         4,067.50

**BALANCE DUE**                                     $   4,067.50

TCEH CORPORATE MATTERS
92772-00043

---

Detail Services:

| Date / Hours | Name | Rate | Amount | Description |
|---|---|---|---|---|
| 10/09/15 0.30 | FISHER, TIMOTHY P | $450.00 | $135.00 | REVISE 8-K. |
| 10/13/15 0.10 | FISHER, TIMOTHY P | $450.00 | $45.00 | CONFERENCE WITH PRINTER AND WORKING GROUP REGARDING 8-K. |
| 10/14/15 1.60 | FISHER, TIMOTHY P | $450.00 | $720.00 | REVISE DIP EXTENSION 8-K (1.2); CONFERENCE WITH WORKING GROUP REGARDING SAME (0.5). |
| 10/15/15 0.50 | LITTLE, ROBERT B | $835.00 | $417.50 | REVIEW BROOKFIELD NON-DISCLOSURE AGREEMENT-DISCLOSURE AGREEMENT (0.3); CONFER WITH A. WRIGHT REGARDING SAME (0.1); REVIEW E-MAIL REGARDING SAME (0.1). |
| 10/16/15 1.40 | LITTLE, ROBERT B | $835.00 | $1,169.00 | TELEPHONE CALLS WITH WORKING GROUP REGARDING DELIVERABLES FOR PLAN SUPPLEMENT. |
| 10/19/15 0.20 | LANE, BRIAN J | $1,125.00 | $225.00 | CONFER WITH R. LITTLE REGARDING DISCLOSURE ISSUE. |
| 0.60 | LITTLE, ROBERT B | $835.00 | $501.00 | TELEPHONE CALL WITH A. WRIGHT REGARDING DISCLOSURE ISSUES (0.2); TELEPHONE CALL WITH B. LANE REGARDING SAME (0.2); E-MAIL TO A. WRIGHT REGARDING SAME (0.2). |
| 10/27/15 0.60 | FISHER, TIMOTHY P | $450.00 | $270.00 | REVIEW 10-Q PRECEDENT. |

| Date/Hours | Name | | | Description |
|---|---|---|---|---|
| 10/28/15 1.30 | FISHER, TIMOTHY P | $450.00 | $585.00 | REVIEW 10-Q PRECEDENT REGARDING FILING OF BANKRUPTCY PLANS (0.8); REVISE 10-Q (0.5). |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**November 7, 2015**

**Invoice No. 2015112646**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through October 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00046 | Budgeting-Related Work | $    812.50 | $    0.00 | $    812.50 |
|  | **Totals** | $    812.50 | $    0.00 | $    812.50 |
|  | **Current Balance Due** |  |  | $    812.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00046 | 06/30/15 | 2015061445 | $    87.50 | $    0.00 | $    87.50 |
| 92772-00046 | 07/20/15 | 2015072810 | 112.50 | 0.00 | 112.50 |
| 92772-00046 | 08/11/15 | 2015081587 | 50.00 | 0.00 | 50.00 |
| 92772-00046 | 09/12/15 | 2015093340 | 62.50 | 0.00 | 62.50 |
| 92772-00046 | 10/09/15 | 2015101004 | 729.50 | 0.00 | 729.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                    $    1,042.00

**TOTAL OUTSTANDING BALANCE DUE**           $    1,854.50

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**November 7, 2015**

**Invoice No. 2015112646**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through October 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00046 | Budgeting-Related Work | $    812.50 | $    0.00 | $    812.50 |
|  | **Totals** | $    812.50 | $    0.00 | $    812.50 |
|  | **Current Balance Due** |  |  | $    812.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00046 | 06/30/15 | 2015061445 | $    87.50 | $    0.00 | $    87.50 |
| 92772-00046 | 07/20/15 | 2015072810 | 112.50 | 0.00 | 112.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.
Invoice Date: November 7, 2015                                                                                          Invoice No. 2015112646

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|--------------|-------------|----------|-------|-------------|
| 92772-00046 | 08/11/15 | 2015081587 | 50.00 | 0.00 | 50.00 |
| 92772-00046 | 09/12/15 | 2015093340 | 62.50 | 0.00 | 62.50 |
| 92772-00046 | 10/09/15 | 2015101004 | 729.50 | 0.00 | 729.50 |

**PREVIOUS BALANCE DUE** $ 1,042.00

**TOTAL OUTSTANDING BALANCE DUE** $ 1,854.50

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

BUDGETING-RELATED WORK
92772-00046

---

For Services Rendered Through October 31, 2015

| NAME | HOURS | RATE | | TOTAL |
|------|-------|------|------|-------|
| MATTHEW G. BOUSLOG | 1.30 | $ 625.00 | $ | 812.50 |
| **Total Services** | | | $ | 812.50 |

| | | |
|--|--|--|
| **Total Services, Costs/Charges** | | 812.50 |
| **BALANCE DUE** | $ | 812.50 |

**Due and Payable Upon Receipt**

BUDGETING-RELATED WORK
92772-00046

_____

Detail Services:

| Date | Hours | Name | Rate | Amount | Description |
|---|---|---|---|---|---|
| 10/01/15 | 0.60 | BOUSLOG, MATTHEW G | $625.00 | $375.00 | REVISE BUDGET (0.4); EMAILS WITH C. GOOCH, G. MOOR, D. KELLY, R. LITTLE AND J. WHALEN REGARDING SAME (0.2). |
| 10/12/15 | 0.30 | BOUSLOG, MATTHEW G | $625.00 | $187.50 | DRAFT BUDGET (0.2); EMAILS WITH R. LITTLE, B. DAWSON, M. RAIFF, AND J. HO REGARDING SAME (0.1). |
| 10/13/15 | 0.10 | BOUSLOG, MATTHEW G | $625.00 | $62.50 | EMAILS WITH B. DAWSON AND M. RAIFF REGARDING BUDGET. |
| 10/14/15 | 0.30 | BOUSLOG, MATTHEW G | $625.00 | $187.50 | DRAFT BUDGET (0.1); EMAILS WITH M. RAIFF, B. DAWSON, G. MOOR, D. KELLY AND C. GOOCH REGARDING SAME (0.2). |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**November 7, 2015**

**Invoice No. 2015112647**

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through October 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00048 | TCEH Going Public Transactions | $  47,919.50 | $      0.00 | $  47,919.50 |
|  | **Totals** | $  47,919.50 | $     0.00 | $  47,919.50 |
|  | **Current Balance Due** |  |  | $  47,919.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00048 | 09/12/15 | 2015093341 | $  10,132.90 | $     0.00 | $  10,132.90 |
| 92772-00048 | 10/09/15 | 2015101009 | 45,527.50 | 0.00 | 45,527.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this
invoice with your payment in the enclosed
Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                                 $   55,660.40

**TOTAL OUTSTANDING BALANCE DUE**                        $  103,579.90

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**November 7, 2015**

**Invoice No. 2015112647**

<u>**REMITTANCE COPY**</u>

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through October 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00048 | TCEH Going Public Transactions | $  47,919.50 | $      0.00 | $  47,919.50 |
|  | **Totals** | $  47,919.50 | $      0.00 | $  47,919.50 |
|  | **Current Balance Due** |  |  | $  47,919.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00048 | 09/12/15 | 2015093341 | $  10,132.90 | $      0.00 | $  10,132.90 |
| 92772-00048 | 10/09/15 | 2015101009 | 45,527.50 | 0.00 | 45,527.50 |

<u>**Remit By Wire To:**</u>
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

<u>**Remit By Mail To:**</u>
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: November 7, 2015**                                                      **Invoice No. 2015112647**
**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                              $   55,660.40

**TOTAL OUTSTANDING BALANCE DUE**                    $  103,579.90

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201


TCEH GOING PUBLIC TRANSACTIONS
92772-00048

_____

For Services Rendered Through October 31, 2015

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| BRIAN J. LANE | 0.70 | $1,125.00 | $      787.50 |
| ROBERT B. LITTLE | 40.40 | 835.00 | 33,734.00 |
| GILLIAN MCPHEE | 0.50 | 820.00 | 410.00 |
| JONATHAN M. WHALEN | 6.10 | 630.00 | 3,843.00 |
| TIMOTHY P. FISHER | 2.10 | 450.00 | 945.00 |
| NEEDHI N. VASAVADA | 20.00 | 410.00 | 8,200.00 |

    **Total Services**          $  47,919.50


    **Total Services, Costs/Charges**      47,919.50

    **BALANCE DUE**         $  47,919.50

TCEH GOING PUBLIC TRANSACTIONS
92772-00048

_____

Detail Services:

| 10/01/15 | | | | |
|---|---|---|---|---|
| 2.20 | LITTLE, ROBERT B | $835.00 | $1,837.00 | PARTICIPATE IN TELEPHONE CALLS WITH WORKING GROUP (1.6); REVIEW AND REVISE CHARTER AND BYLAWS (0.6). |
| 1.10 | VASAVADA, NEEDHI N | $410.00 | $451.00 | REVIEW, REVISE, AND FINALIZE BYLAWS AND CERTIFICATE OF INCORPORATION TO REFLECT REQUESTED CHANGES FROM CREDITOR. |
| 10/02/15 | | | | |
| 3.60 | LITTLE, ROBERT B | $835.00 | $3,006.00 | REVIEW AND REVISE CHECKLIST (0.6); E-MAILS TO PAUL WEISS REGARDING SAME (0.2); REVIEW AND REVISE FORM S-1 (2.8). |
| 10/05/15 | | | | |
| 2.10 | LITTLE, ROBERT B | $835.00 | $1,753.50 | REVIEW AND REVISE FORM S-1 (1.6); PARTICIPATE IN CONFERENCE CALL WITH WORKING GROUP (0.5). |
| 10/06/15 | | | | |
| 0.60 | LITTLE, ROBERT B | $835.00 | $501.00 | WORK ON GOVERNANCE DOCUMENTS. |
| 10/07/15 | | | | |
| 0.50 | LITTLE, ROBERT B | $835.00 | $417.50 | REVIEW AND REVISE SLIDES FOR STRUCTURE ALTERNATIVES. |
| 0.20 | FISHER, TIMOTHY P | $450.00 | $90.00 | REVISE DIP EXTENSION 8-K. |

10/08/15

| | | | | |
|---|---|---|---|---|
| 2.00 | LITTLE, ROBERT B | $835.00 | $1,670.00 | TELEPHONE CALL WITH A. WRIGHT, G. SANTOS, T. NUTT AND OTHERS REGARDING FINANCIAL STATEMENT REQUIREMENTS (0.5); TELEPHONE CALL WITH WORKING GROUP REGARDING STRUCTURE ISSUES (0.8); REVIEW AND REVISE STRUCTURE ALTERNATIVES (0.4); REVIEW CHANGES TO GOVERNANCE DOCUMENTS (0.3). |
| 2.80 | VASAVADA, NEEDHI N | $410.00 | $1,148.00 | REVIEW, REVISE BYLAWS AND LLC AGREEMENT (1.2); REVIEW PROVISIONS OF BYLAWS FOR PEER COMPANIES TO DETERMINE WHAT IS TYPICAL FOR CERTAIN PROVISIONS (1.3); RESEARCH DIRECTOR VOTING BY PROXY (0.3). |

10/09/15

| | | | | |
|---|---|---|---|---|
| 2.10 | LITTLE, ROBERT B | $835.00 | $1,753.50 | TELEPHONE CALL WITH A. WRIGHT AND G. SANTOS (0.3); REVIEW AND REVISE SLIDES FOR STRUCTURE ALTERNATIVES (0.8); REVIEW AND REVISE ORGANIZATIONAL DOCUMENTS (0.7); TELEPHONE CALL REGARDING SAME (0.3). |
| 0.30 | VASAVADA, NEEDHI N | $410.00 | $123.00 | DISCUSS CHANGES TO LLC AGREEMENT, BYLAWS, AND CHARTER WITH R. LITTLE (0.2); FINALIZE AND SEND DOCUMENTS TO R. LITTLE (0.1). |

10/12/15

| | | | | |
|---|---|---|---|---|
| 3.90 | LITTLE, ROBERT B | $835.00 | $3,256.50 | PREPARE DESCRIPTION OF HISTORICAL AND PRO FORMA FINANCIAL STATEMENTS FOR FORM S-1 (0.9); REVISE SLIDES SHOWING ALTERNATIVE CORPORATE STRUCTURES (0.6); REVIEW AND REVISE REGISTRATION RIGHTS AGREEMENT TERM SHEET (0.8); EXAMINE ISSUES IN SAME (1.1); REVIEW OTHER PLAN SUPPLEMENT TERM SHEETS (0.5). |

| | | | | |
|---|---|---|---|---|
| 0.70 | WHALEN, JONATHAN M | $630.00 | $441.00 | REVIEW REGISTRATION RIGHTS AGREEMENT TERM SHEET (0.4); DRAFT EMAILS WITH RESPECT TO THE SAME (0.3). |

**10/13/15**

| | | | | |
|---|---|---|---|---|
| 0.70 | LANE, BRIAN J | $1,125.00 | $787.50 | CONFER WITH R. LITTLE REGARDING TAX VALUE RIGHTS (0.5); FOLLOW UP CALL (0.2). |
| 6.10 | LITTLE, ROBERT B | $835.00 | $5,093.50 | REVIEW AND REVISE FORM S-1 (1.4); REVIEW AND REVISE TERM SHEET FOR REGISTRATION RIGHTS AGREEMENT (0.6); CONFER WITH A. FABENS REGARDING SAME (0.3); REVIEW TAX RECEIVABLES AGREEMENT AND ANALYZE SECURITIES ISSUES REGARDING SAME (1.9); CONFER WITH PAUL WEISS AND B. LANE REGARDING SAME (0.5); E-MAIL TO A. WRIGHT REGARDING SAME (0.4); REVISE STRUCTURE ALTERNATIVE SLIDES (1.0). |
| 1.50 | WHALEN, JONATHAN M | $630.00 | $945.00 | REVISE REGISTRATION RIGHTS AGREEMENT TERM SHEET (1.0); PARTICIPATE IN DISCUSSIONS RELATING TO THE SAME (0.6). |
| 2.10 | VASAVADA, NEEDHI N | $410.00 | $861.00 | DRAFT COMMITTEE CHARTERS FOR AUDIT COMMITTEE, NOMINATING AND GOVERNANCE COMMITTEE, AND COMPENSATION COMMITTEE. |

**10/14/15**

| | | | | |
|---|---|---|---|---|
| 0.30 | LITTLE, ROBERT B | $835.00 | $250.50 | WORK ON STRUCTURE ALTERNATIVES SLIDES. |
| 2.30 | WHALEN, JONATHAN M | $630.00 | $1,449.00 | PARTICIPATE IN PHONE CALL TO DISCUSS EMERGENCE STRUCTURE PRESENTATION (1.1); REVISE EMERGENCE STRUCTURE PRESENTATION (1.2). |

| | | | | |
|---|---|---|---|---|
| 1.60 | FISHER, TIMOTHY P | $450.00 | $720.00 | REVISE STRUCTURE DECK AND S-1 (1.3); CONFERENCE WITH WORKING GROUP REGARDING SAME (0.4). |
| 2.90 | VASAVADA, NEEDHI N | $410.00 | $1,189.00 | DRAFT AUDIT POLICY, WHISTLEBLOWER POLICY, AND CODES OF CONDUCT (2.4); RESEARCH NYSE LISTING REQUIREMENTS WITH RESPECT TO CODES OF CONDUCT (0.5). |

10/15/15

| | | | | |
|---|---|---|---|---|
| 2.50 | LITTLE, ROBERT B | $835.00 | $2,087.50 | REVIEW AND REVISE STRUCTURE CHART FOR REORGANIZED TCEH (0.9); ANALYZE TAX RECEIVABLE AGREEMENT DISCLOSURE ISSUES (1.2); CONFER WITH A. FABENS REGARDING SAME (0.2); REVIEW STOCKHOLDERS AGREEMENT TERM SHEET (0.2). |
| 0.30 | MCPHEE, GILLIAN | $820.00 | $246.00 | CALLS WITH N. VASAVADA ABOUT CODE OF CONDUCT. |
| 0.50 | WHALEN, JONATHAN M | $630.00 | $315.00 | WORK ON EMERGENCE STRUCTURE PRESENTATION. |
| 0.20 | FISHER, TIMOTHY P | $450.00 | $90.00 | CONFERENCE WITH WORKING GROUP REGARDING EMERGENCE STRUCTURE. |

10/16/15

| | | | | |
|---|---|---|---|---|
| 1.30 | LITTLE, ROBERT B | $835.00 | $1,085.50 | TELEPHONE CALLS WITH CLIENT AND PAUL WEISS REGARDING TAX RECEIVABLE AGREEMENT DISCLOSURE ISSUES (1.1); E-MAILS REGARDING SAME (0.2). |

10/17/15

| | | | | |
|---|---|---|---|---|
| 1.50 | LITTLE, ROBERT B | $835.00 | $1,252.50 | REVIEW AND RESPOND TO COMMENTS FROM J. WALKER ON GOVERNANCE DOCUMENTS (1.4); REVISE SAME (0.1). |

10/18/15

| | | | | |
|---|---|---|---|---|
| 0.10 | LITTLE, ROBERT B | $835.00 | $83.50 | REVIEW REVISED TRA TERM SHEET. |

| | | | | |
|---|---|---|---|---|
| 1.10 | VASAVADA, NEEDHI N | $410.00 | $451.00 | REVIEW CORPORATE GOVERNANCE GUIDELINES, AUDIT COMMITTEE CHARTER AND COMPENSATION COMMITTEE CHARTER (0.7); DRAFT RELATED PARTY TRANSACTIONS POLICY (0.4). |

**10/19/15**

| | | | | |
|---|---|---|---|---|
| 2.70 | LITTLE, ROBERT B | $835.00 | $2,254.50 | REVIEW REVISED DOCUMENTS FROM PAUL WEISS (1.1); E-MAIL TO WORKING GROUP REGARDING ISSUES IN SAME (0.3); TELEPHONE CALLS WITH PAUL WEISS REGARDING SAME (0.4); REVISE SAME (0.7); REVIEW UPDATED STRUCTURE CHART (0.2). |
| 0.10 | FISHER, TIMOTHY P | $450.00 | $45.00 | CONFERENCE WITH WORKING GROUP REGARDING EFH AND TCEH ORGANIZATIONAL DOCUMENTS. |
| 4.30 | VASAVADA, NEEDHI N | $410.00 | $1,763.00 | REVISE BYLAWS, CHARTER AND LLC AGREEMENT (2.1); PHONE CORRESPONDENCE WITH R. LITTLE REGARDING ADDITIONAL CHANGES (0.2); COMPARE CORPORATE OPPORTUNITY PROVISIONS AND DRAFT SUMMARY (0.7); MAKE CHANGES TO GOVERNANCE DOCUMENTS AND SEND TO R. LITTLE (1.3). |

**10/20/15**

| | | | | |
|---|---|---|---|---|
| 3.80 | LITTLE, ROBERT B | $835.00 | $3,173.00 | REVIEW AND REVISE ORGANIZATIONAL DOCUMENTS FOR TCEH (1.1); E-MAILS AND TELEPHONE CALLS REGARDING SAME (0.8); MEET WITH J. YOUNG, S. DORE, C. HOWARD, J. WALKER, M. CARTER, T. HORTON AND B. BLOOM REGARDING CORPORATE STRUCTURE MATTERS (1.6); PREPARE FOR SAME (0.3). |

| | | | | |
|---|---|---|---|---|
| 0.90 | VASAVADA, NEEDHI N | $410.00 | $369.00 | REVISE AND FINALIZE BYLAWS, CHARTER, AND LLC AGREEMENT (0.7); SEND FINALIZED VERSIONS OF BYLAWS AND CHARTER TO TEAM (0.2). |

**10/21/15**

| | | | | |
|---|---|---|---|---|
| 0.60 | LITTLE, ROBERT B | $835.00 | $501.00 | TELEPHONE CALL WITH A. WRIGHT (0.2); REVIEW AND REVISE STRUCTURE ALTERNATIVES SLIDES (0.4). |
| 1.10 | WHALEN, JONATHAN M | $630.00 | $693.00 | REVISE PRESENTATION RELATING TO EMERGENCE STRUCTURE (0.8); DRAFT EMAILS WITH RESPECT TO THE SAME (0.3). |

**10/23/15**

| | | | | |
|---|---|---|---|---|
| 1.40 | LITTLE, ROBERT B | $835.00 | $1,169.00 | TELEPHONE CALLS WITH CLIENT AND PAUL WEISS REGARDING ACTION ITEMS. |

**10/25/15**

| | | | | |
|---|---|---|---|---|
| 2.00 | LITTLE, ROBERT B | $835.00 | $1,670.00 | WORK ON COMMITTEE CHARTERS AND GOVERNANCE POLICIES. |

**10/28/15**

| | | | | |
|---|---|---|---|---|
| 0.30 | LITTLE, ROBERT B | $835.00 | $250.50 | REVIEW REVISIONS TO STRUCTURE SLIDES AND E-MAIL REGARDING SAME. |
| 0.20 | MCPHEE, GILLIAN | $820.00 | $164.00 | CALL WITH N. VASAVADA ABOUT GOVERNANCE DOCUMENTS. |
| 3.70 | VASAVADA, NEEDHI N | $410.00 | $1,517.00 | REVIEW COMMENTS FROM R. LITTLE AND REVISE CORPORATE GOVERNANCE DOCUMENTS (3.1); PHONE CORRESPONDENCE WITH G. MCPHEE REGARDING GOVERNANCE QUESTIONS IN GOVERNANCE GUIDELINES (0.1); DRAFT INSIDER TRADING POLICY (0.5). |

**10/29/15**

| | | | | |
|---|---|---|---|---|
| 0.80 | VASAVADA, NEEDHI N | $410.00 | $328.00 | FINALIZE GOVERNANCE DOCUMENTS AND SEND DRAFTS TO R. LITTLE. |

| 10/30/15 | | | | |
|---|---|---|---|---|
| 0.80 | LITTLE, ROBERT B | $835.00 | $668.00 | REVIEW AND REVISE CORPORATE GOVERNANCE DOCUMENTS. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**November 7, 2015**

**Invoice No. 2015112649**

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through October 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00049 | TCEH Notes Offering | $   18,884.00 | $      0.00 | $   18,884.00 |
|  | **Totals** | $   18,884.00 | $      0.00 | $   18,884.00 |
|  | **Current Balance Due** |  |  | $   18,884.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00049 | 09/12/15 | 2015093342 | $    229.90 | $   0.00 | $    229.90 |
| 92772-00049 | 10/09/15 | 2015101010 | 8,169.50 | 0.00 | 8,169.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this
invoice with your payment in the enclosed
Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                                    $    8,399.40

**TOTAL OUTSTANDING BALANCE DUE**                           $   27,283.40

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**November 7, 2015**

**Invoice No. 2015112649**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through October 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00049 | TCEH Notes Offering | $  18,884.00 | $      0.00 | $  18,884.00 |
|  | **Totals** | $  18,884.00 | $      0.00 | $  18,884.00 |
|  | **Current Balance Due** |  |  | $  18,884.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00049 | 09/12/15 | 2015093342 | $    229.90 | $   0.00 | $    229.90 |
| 92772-00049 | 10/09/15 | 2015101010 | 8,169.50 | 0.00 | 8,169.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.
Invoice Date: November 7, 2015                                                        Invoice No. 2015112649
**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                                $    8,399.40

**TOTAL OUTSTANDING BALANCE DUE**                       $   27,283.40

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201


TCEH NOTES OFFERING
92772-00049

_____

For Services Rendered Through October 31, 2015

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| ANDREW L. FABENS | 6.00 | $ 935.00 | $   5,610.00 |
| AARON ADAMS | 12.50 | 935.00 | 11,687.50 |
| ROBERT B. LITTLE | 1.90 | 835.00 | 1,586.50 |
| **Total Services** | | | $  18,884.00 |

| | |
|---|---|
| **Total Services, Costs/Charges** | 18,884.00 |
| **BALANCE DUE** | $  18,884.00 |

**Due and Payable Upon Receipt**

TCEH NOTES OFFERING
92772-00049

---

Detail Services:

10/06/15

| 1.00 | FABENS, ANDREW L | $935.00 | $935.00 | REVIEW EXIT FINANCING PRESENTATION MATERIALS. |
|------|------------------|---------|---------|-----------------------------------------------|
| 3.50 | ADAMS, AARON | $935.00 | $3,272.50 | ATTEND BANKER MEETINGS REGARDING EXIT FINANCING (3.0); REVIEW MATERIALS REGARDING SAME (0.5). |

10/07/15

| 1.00 | FABENS, ANDREW L | $935.00 | $935.00 | REVIEW EXIT FINANCING PRESENTATION MATERIALS (0.5); TELEPHONE CALLS AND CORRESPONDENCE REGARDING DEBT FINANCING ALTERNATIVES (0.5). |
|------|------------------|---------|---------|-----------------------------------------------|
| 3.50 | ADAMS, AARON | $935.00 | $3,272.50 | ATTEND BANKER MEETINGS REGARDING EXIT FINANCING (3.0); REVIEW MATERIALS REGARDING SAME (0.5). |
| 1.70 | LITTLE, ROBERT B | $835.00 | $1,419.50 | REVIEW FINANCING PRESENTATIONS FROM BANKS (1.3); CONFER WITH A. WRIGHT REGARDING SAME (0.2); CONFER WITH A. ADAMS REGARDING SAME (0.2). |

10/08/15

| 1.10 | FABENS, ANDREW L | $935.00 | $1,028.50 | REVIEW AND DISCUSS STRUCTURE AND DISCLOSURE REQUIREMENTS OF NOTES OFFERING. |
|------|------------------|---------|---------|-----------------------------------------------|

10/09/15

| 1.20 | ADAMS, AARON | $935.00 | $1,122.00 | ATTENTION TO EXIT FINANCING TERM SHEET (1.0); REVIEW BANKER PROPOSALS REGARDING BOND TERMS (0.2). |
|------|--------------|---------|---------|-----------------------------------------------|
| 0.20 | LITTLE, ROBERT B | $835.00 | $167.00 | REVIEW COMMENTS TO FINANCING TERM SHEET. |

| Date / Hours | Name | Rate | Amount | Description |
|---|---|---|---|---|
| 10/12/15 0.90 | FABENS, ANDREW L | $935.00 | $841.50 | REVIEW AND COMMENT ON REGISTRATION RIGHTS TERM SHEET (0.6); TELEPHONE CALLS AND CORRESPONDENCE REGARDING COMMENTS (0.3). |
| 1.10 | ADAMS, AARON | $935.00 | $1,028.50 | ATTENTION TO EXIT FINANCING TERM SHEET (0.9); REVIEW COMPANY COMMENTS TO SAME (0.2). |
| 10/14/15 0.50 | FABENS, ANDREW L | $935.00 | $467.50 | REVIEW AND COMMENT ON REVISED STRUCTURE SLIDES. |
| 0.80 | ADAMS, AARON | $935.00 | $748.00 | TELEPHONE CONFERENCE WITH POST-EXIT CORPORATE STRUCTURE AND FINANCING CONSIDERATIONS. |
| 10/16/15 0.30 | ADAMS, AARON | $935.00 | $280.50 | ATTENTION TO POST-EXIT CORPORATE STRUCTURE SLIDES. |
| 10/19/15 0.60 | ADAMS, AARON | $935.00 | $561.00 | REVIEW PW COMMENTS ON DEBT TERM SHEET (0.2); TELEPHONE CONFERENCE WITH PW AND K&E REGARDING SAME (0.4). |
| 10/27/15 1.50 | FABENS, ANDREW L | $935.00 | $1,402.50 | PREPARE FOR AND ATTEND CONFERENCE CALLS TO DISCUSS NOTES FINANCING (1.2); REVIEW STRUCTURE CHARTS AND RELATED MATERIALS (0.3). |
| 1.50 | ADAMS, AARON | $935.00 | $1,402.50 | TELEPHONE CONFERENCE WITH PAUL WEISS REGARDING EXIT FINANCING. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**November 7, 2015**

**Invoice No. 2015112650**

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through October 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00050 | Project Longhorn | $ 318,254.00 | $      0.00 | $ 318,254.00 |
|  | **Totals** | $ 318,254.00 | $      0.00 | $ 318,254.00 |
|  | **Current Balance Due** |  |  | $ 318,254.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00050 | 10/09/15 | 2015103414 | $ 49,903.00 | $    0.00 | $  49,903.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE** $ 49,903.00

**TOTAL OUTSTANDING BALANCE DUE** $ 368,157.00

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**November 7, 2015**

**Invoice No. 2015112650**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through October 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00050 | Project Longhorn | $ 318,254.00 | $ 0.00 | $ 318,254.00 |
|  | **Totals** | $ 318,254.00 | $ 0.00 | $ 318,254.00 |
|  | **Current Balance Due** |  |  | $ 318,254.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00050 | 10/09/15 | 2015103414 | $ 49,903.00 | $ 0.00 | $ 49,903.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: November 7, 2015**                                   **Invoice No. 2015112650**

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                                   $   49,903.00

**TOTAL OUTSTANDING BALANCE DUE**                          $  368,157.00

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201


PROJECT LONGHORN
92772-00050

_____

For Services Rendered Through October 31, 2015

| NAME | HOURS | RATE | TOTAL |
|------|------|------|------|
| JOSEPH KATTAN | 0.10 | $1,100.00 | $    110.00 |
| DAVID L. SINAK | 4.50 | 1,065.00 | 4,792.50 |
| THOMAS J. MCHENRY | 29.00 | 1,065.00 | 30,885.00 |
| M. S. ROYALL | 0.10 | 1,080.00 | 108.00 |
| JANET M. WEISS | 1.80 | 1,125.00 | 2,025.00 |
| WILLIAM R. HOLLAWAY | 2.60 | 1,055.00 | 2,743.00 |
| ROBERT B. LITTLE | 27.50 | 835.00 | 22,962.50 |
| SAPTAK SANTRA | 55.70 | 965.00 | 53,750.50 |
| DANIEL ANGEL | 0.30 | 855.00 | 256.50 |
| DOUGLAS M. CHAMPION | 16.70 | 770.00 | 12,859.00 |
| U-SHAUN LIM | 12.40 | 825.00 | 10,230.00 |
| KRISTA P. HANVEY | 4.40 | 725.00 | 3,190.00 |
| JONATHAN M. WHALEN | 19.70 | 630.00 | 12,411.00 |
| MELISSA L. PERSONS | 42.30 | 805.00 | 34,051.50 |
| MICHAEL Q. CANNON | 5.80 | 575.00 | 3,335.00 |
| TIMOTHY P. FISHER | 59.30 | 450.00 | 26,685.00 |
| ALIYA J. SANDERS | 1.10 | 650.00 | 715.00 |
| MARK H. DRESCHLER | 49.70 | 460.00 | 22,862.00 |
| LAUREN A. TRAINA | 53.20 | 460.00 | 24,472.00 |
| JEAN Y. PARK | 0.70 | 460.00 | 322.00 |
| EUN-SUNG LIM | 20.60 | 395.00 | 8,137.00 |
| JANINE DURAND | 30.10 | 800.00 | 24,080.00 |
| STEPHANIE S. KANN | 5.70 | 420.00 | 2,394.00 |
| ERIN E. KURINSKY | 0.50 | 210.00 | 105.00 |
| GLEN D. MIDDLETON | 27.50 | 415.00 | 11,412.50 |
| DANIEL QUEVEDO | 7.00 | 480.00 | 3,360.00 |

**Total Services**                                                 $  318,254.00

**Invoice Date: November 7, 2015**                                                **Invoice No. 2015112650**

**Due and Payable Upon Receipt**

**Total Services, Costs/Charges**                                     318,254.00

**BALANCE DUE**                                                    $  318,254.00

**Due and Payable Upon Receipt**

PROJECT LONGHORN
92772-00050

_____

Detail Services:

09/30/15

| | | | | |
|---|---|---|---|---|
| 1.00 | CANNON, MICHAEL Q | $575.00 | $575.00 | REVIEW DATA ROOM TAX MATERIALS FOR PROJECT LONGHORN (0.7); TAX CALL WITH THE CLIENT TO DISCUSS DUE DILIGENCE PROCESS (0.3). |

10/01/15

| | | | | |
|---|---|---|---|---|
| 3.60 | MCHENRY, THOMAS J | $1,065.00 | $3,834.00 | REVIEW ENVIRONMENTAL DOCUMENTS ON BOTH NATURAL GAS FACILITIES (2.2); ATTEND OFFICE CONFERENCE WITH E. LIM REGARDING SCOPE OF DILIGENCE, AIR, WATER AND GREENHOUSE GAS ISSUES (0.7); REVIEW DILIGENCE ISSUES, PHASE I ASSESSMENTS (0.7). |
| 2.10 | LITTLE, ROBERT B | $835.00 | $1,753.50 | PREPARE TIMELINE (1.6); ATTENTION TO DILIGENCE MATTERS (0.5). |
| 1.30 | FISHER, TIMOTHY P | $450.00 | $585.00 | PERFORM DUE DILIGENCE REVIEW OF CORPORATE DOCUMENTS. |
| 6.50 | DRESCHLER, MARK H | $460.00 | $2,990.00 | REVIEW AND ANALYZE EASEMENTS, FEE INTERESTS, AND OTHER REAL ESTATE DILIGENCE MATERIALS FOR PROPOSED TRANSACTION. |
| 5.90 | TRAINA, LAUREN A | $460.00 | $2,714.00 | REVIEW, ANALYZE, AND SUMMARIZE VESTING DEEDS AND EASEMENTS RELATING TO THE LAMAR PROJECT FOR REAL ESTATE DILIGENCE REVIEW. |

| | | | | |
|---|---|---|---|---|
| 3.50 | LIM, EUN-SUNG | $395.00 | $1,382.50 | REVIEW DOCUMENTS FOR ENVIRONMENTAL DUE DILIGENCE (1.8); DRAFT DUE DILIGENCE MEMO (1.0); ATTEND OFFICE CONFERENCE WITH T. MCHENRY REGARDING SCOPE OF DILIGENCE, AIR, WATER AND GREENHOUSE GAS ISSUES (0.7). |
| 3.00 | QUEVEDO, DANIEL | $480.00 | $1,440.00 | FINALIZE PRELIMINARY REVIEW OF TITLE, ZONING, AND SURVEY FOR FORNEY, TX ENERGY SITE. |

10/02/15

| | | | | |
|---|---|---|---|---|
| 3.20 | MCHENRY, THOMAS J | $1,065.00 | $3,408.00 | REVIEW MARKUP OF ENVIRONMENTAL PROVISIONS (0.5); E-MAIL Q. FARRAR REGARDING SAME (0.3); ATTEND OFFICE CONFERENCE WITH E. LIM REGARDING REVIEW OF AIR AND WATER ISSUES (0.4); REVIEW DOCUMENTS REGARDING SAME (2.0). |
| 2.80 | LITTLE, ROBERT B | $835.00 | $2,338.00 | TELEPHONE CALL WITH A. WRIGHT (0.2); REVIEW AND REVISE MOTION FOR AUTHORITY TO SUBMIT BID IN AUCTION FOR POWER PLANTS (2.6). |
| 0.60 | SANTRA, SAPTAK | $965.00 | $579.00 | TELECONFERENCE WITH J. WHALEN REGARDING PROJECT DOCUMENT DILIGENCE. |
| 0.50 | CHAMPION, DOUGLAS M | $770.00 | $385.00 | REVIEW OF E-MAILS FROM REAL ESTATE DUE DILIGENCE TEAM. |
| 1.60 | WHALEN, JONATHAN M | $630.00 | $1,008.00 | DRAFT EMAILS REGARDING DILIGENCE MATTERS (1.0); TELECONFERENCE WITH S. SANTRA REGARDING PROJECT DOCUMENT DILIGENCE (0.6). |
| 1.00 | FISHER, TIMOTHY P | $450.00 | $450.00 | CONFERENCE WITH WORKING GROUPS REGARDING DUE DILIGENCE REVIEW. |
| 0.40 | SANDERS, ALIYA J | $650.00 | $260.00 | REVIEW IP DOCUMENTS IN DATA ROOM. |

| | | | | |
|---|---|---|---|---|
| 7.50 | DRESCHLER, MARK H | $460.00 | $3,450.00 | REVIEW AND ANALYZE EASEMENTS, FEE INTERESTS, AND OTHER REAL ESTATE DILIGENCE MATERIALS FOR PROPOSED TRANSACTION (4.0); DRAFT DILIGENCE MEMORANDUM REGARDING SAME (3.5). |
| 7.00 | TRAINA, LAUREN A | $460.00 | $3,220.00 | REVIEW AND ANALYZE TITLE COMMITMENT EXCEPTIONS FOR LAMAR POWER PLANT FOR REAL ESTATE DUE DILIGENCE REVIEW (1.0); DRAFT REAL ESTATE SITE CONTROL DUE DILIGENCE MEMO (6.1). |
| 4.60 | LIM, EUN-SUNG | $395.00 | $1,817.00 | CONDUCT ENVIRONMENTAL DILIGENCE AND DRAFT MEMORANDUM (4.2); ATTEND OFFICE CONFERENCE WITH T. MCHENRY REGARDING REVIEW OF AIR AND WATER ISSUES (0.4). |
| 4.40 | DURAND, JANINE | $800.00 | $3,520.00 | REVIEW INFORMATION IN DATA ROOM FOR FERC REGULATORY MATTERS (1.3); REVIEW INTERCONNECTION AGREEMENT FOR LAMAR PROJECT (2.1); SUMMARIZE IA FOR LAMAR PROJECT (0.80); SUMMARIZE IA FOR FORNEY PROJECT (2.0). |
| 2.70 | KANN, STEPHANIE S | $420.00 | $1,134.00 | PERFORM INTELLECTUAL PROPERTY DUE DILIGENCE. |
| 3.20 | MIDDLETON, GLEN D | $415.00 | $1,328.00 | REVIEW SURVEY AND TITLE DOCUMENTS. |
| 2.00 | QUEVEDO, DANIEL | $480.00 | $960.00 | REVIEW SURVEY AND TITLE DOCUMENTS. |

10/03/15

| | | | | |
|---|---|---|---|---|
| 0.90 | LITTLE, ROBERT B | $835.00 | $751.50 | REVIEW COMMENTS FROM A. WRIGHT ON MOTION (0.2); TELEPHONE CALL WITH WORKING GROUP REGARDING SAME (0.7). |

| | | | | |
|---|---|---|---|---|
| 7.40 | DRESCHLER, MARK H | $460.00 | $3,404.00 | DRAFT DILIGENCE MEMORANDUM REGARDING EASEMENTS, FEE INTERESTS, AND OTHER REAL ESTATE DILIGENCE MATERIALS FOR PROPOSED TRANSACTION. |
| 7.30 | TRAINA, LAUREN A | $460.00 | $3,358.00 | REVIEW AND ANALYZE TITLE COMMITMENT EXCEPTIONS FOR LAMAR POWER PLANT FOR REAL ESTATE DUE DILIGENCE REVIEW (1.0); DRAFT REAL ESTATE SITE CONTROL DUE DILIGENCE MEMO (6.4). |
| 4.20 | MIDDLETON, GLEN D | $415.00 | $1,743.00 | REVIEW SURVEY AND TITLE DOCUMENTS. |

10/04/15

| | | | | |
|---|---|---|---|---|
| 1.60 | MCHENRY, THOMAS J | $1,065.00 | $1,704.00 | REVIEW ENVIRONMENTAL DOCUMENTS (1.2); DRAFT NOTES REGARDING SAME (0.4). |
| 0.70 | LITTLE, ROBERT B | $835.00 | $584.50 | REVIEW AND REVISE MOTION TO PARTICIPATE IN COMPETITIVE BIDDING PROCESS. |
| 3.00 | CHAMPION, DOUGLAS M | $770.00 | $2,310.00 | REVIEW AND PROVIDE COMMENTS TO DRAFT REAL ESTATE DUE DILIGENCE MEMORANDUM. |
| 6.40 | DRESCHLER, MARK H | $460.00 | $2,944.00 | DRAFT DILIGENCE MEMORANDUM REGARDING EASEMENTS, FEE INTERESTS, AND OTHER REAL ESTATE DILIGENCE MATERIALS FOR PROPOSED TRANSACTION. |
| 4.60 | TRAINA, LAUREN A | $460.00 | $2,116.00 | DRAFT AND REVISE REAL ESTATE DUE DILIGENCE MEMORANDUM FOR LAMAR AND FORNEY POWER PLANTS (3.9); COMPILE LIST OF ISSUES FOR DILIGENCE INFORMATION REQUEST FORM (0.7). |

| | | | | |
|---|---|---|---|---|
| 3.00 | KANN, STEPHANIE S | $420.00 | $1,260.00 | PERFORM INTELLECTUAL PROPERTY DUE DILIGENCE (1.3); PREPARE SUMMARY CHART AND ISSUES LIST (1.3); COMMUNICATE WITH A. SANDERS (0.4). |
| 4.50 | MIDDLETON, GLEN D | $415.00 | $1,867.50 | REVIEW SURVEY AND TITLE DOCUMENTS. |

**10/05/15**

| | | | | |
|---|---|---|---|---|
| 0.30 | SINAK, DAVID L | $1,065.00 | $319.50 | REVIEW AND REVISE TAX DUE DILIGENCE REQUESTS. |
| 6.10 | MCHENRY, THOMAS J | $1,065.00 | $6,496.50 | REVIEW AIR AND WATER QUALITY DOCUMENTS ON DATA SITE (1.5); DRAFT SUMMARIES REGARDING SAME (1.0); ATTEND OFFICE CONFERENCE WITH E. LIM REGARDING DILIGENCE REVIEW (0.7); REVIEW AND REVISE OUTLINE FOR SUMMARY MEMORANDUM (1.9); REVIEW DOCUMENTS REGARDING SAME (1.0). |
| 1.40 | LITTLE, ROBERT B | $835.00 | $1,169.00 | REVIEW AND REVISE MOTION (1.2); CONFER WITH A. WRIGHT REGARDING SAME (0.2). |
| 7.80 | SANTRA, SAPTAK | $965.00 | $7,527.00 | DETAILED REVIEW OF PROJECT CONFIDENTIAL INFORMATION MEMORANDUM SO AS TO DETERMINE SCOPE OF DILIGENCE EXERCISE (4.1); CORRESPONDENCE WITH E. KHALIL AND E. CHAO REGARDING STAFFING FOR PROJECT DILIGENCE EXERCISE (0.6); PRELIMINARY (NON-DILIGENCE) REVIEW OF HEDGING AGREEMENTS (3.1). |
| 2.50 | CHAMPION, DOUGLAS M | $770.00 | $1,925.00 | REVIEW AND PROVIDE COMMENTS TO DRAFT REAL ESTATE DUE DILIGENCE MEMORANDUM. |
| 0.80 | CANNON, MICHAEL Q | $575.00 | $460.00 | ATTENTION TO LONGHORN TAX DUE DILIGENCE RELATED TO CHECK THE BOX ELECTIONS. |

| | | | | |
|---|---|---|---|---|
| 0.60 | FISHER, TIMOTHY P | $450.00 | $270.00 | CONFERENCE WITH WORKING GROUP REGARDING DILIGENCE MATTERS (0.5); REVISE DUE DILIGENCE REQUEST LIST (0.2). |
| 7.50 | DRESCHLER, MARK H | $460.00 | $3,450.00 | DRAFT DILIGENCE MEMORANDUM REGARDING EASEMENTS, FEE INTERESTS, AND OTHER REAL ESTATE DILIGENCE MATERIALS FOR PROPOSED TRANSACTION. |
| 7.60 | TRAINA, LAUREN A | $460.00 | $3,496.00 | DRAFT, REVIEW, AND REVISE REAL ESTATE DUE DILIGENCE MEMO FOR FORNEY AND LAMAR POWER PLANTS. |
| 6.30 | LIM, EUN-SUNG | $395.00 | $2,488.50 | CONDUCT ENVIRONMENTAL DUE DILIGENCE AND DRAFT MEMORANDUM (5.6); ATTEND OFFICE CONFERENCE WITH T. MCHENRY REGARDING DILIGENCE REVIEW (0.7). |
| 7.20 | DURAND, JANINE | $800.00 | $5,760.00 | REVIEW INFORMATION IN DATA ROOM FOR FERC REGULATORY MATTERS (1.5); REVIEW INTERCONNECTION AGREEMENT FOR LAMAR PROJECT (1.0); SUMMARIZE IA FOR LAMAR PROJECT (2.6); SUMMARIZE IA FOR FORNEY PROJECT (2.1). |
| 6.30 | MIDDLETON, GLEN D | $415.00 | $2,614.50 | REVIEW SURVEY AND TITLE DOCUMENTS. |
| 1.00 | QUEVEDO, DANIEL | $480.00 | $480.00 | REVIEW SURVEY AND TITLE DOCUMENTS. |

10/06/15

| | | | | |
|---|---|---|---|---|
| 3.70 | MCHENRY, THOMAS J | $1,065.00 | $3,940.50 | REVIEW ENVIRONMENTAL DOCUMENTS (2.0); ATTEND OFFICE CONFERENCE WITH E. LIM REGARDING SAME (0.5); DRAFT NOTES REGARDING SAME (1.2). |
| 2.60 | LITTLE, ROBERT B | $835.00 | $2,171.00 | REVIEW AND REVISE CREDIT SUISSE ENGAGEMENT LETTER (1.7); REVIEW AND REVISE MOTION (0.8); E-MAILS REGARDING SAME (0.1). |

| | | | | |
|---|---|---|---|---|
| 8.10 | SANTRA, SAPTAK | $965.00 | $7,816.50 | DILIGENCE REVIEW OF PORTFOLIO AGREEMENT (0.8); PRELIMINARY (NON-DILIGENCE) REVIEW OF COMMERCIAL ASPECTS OF FORNEY INTERCONNECTION AGREEMENTS (1.9); PRELIMINARY (NON-DILIGENCE) REVIEW OF COMMERCIAL ASPECTS OF LAMAR INTERCONNECTION AGREEMENTS (2.1); ASSIST U. LIM IN THE DILIGENCE REVIEW OF LAMAR WATER SUPPLY AGREEMENT (1.2), ADDENDUM 1 TO WATER SUPPLY AGREEMENT (0.3), LAMAR DAISY FARMS WATER AGREEMENT (0.7), ANCILLARY CORRESPONDENCE AND NOTICES TO LAMAR WATER SUPPLY ARRANGEMENTS (1.1). |
| 3.50 | CHAMPION, DOUGLAS M | $770.00 | $2,695.00 | MARK-UP OF DUE DILIGENCE MEMORANDUM (0.9); TRANSMITTAL OF SAME TO L. TRAINA AND M. DRESCHLER (0.1); ATTENTION TO E-MAILS REGARDING REAL ESTATE DUE DILIGENCE QUESTIONS (1.2); REVIEW OF TITLE/SURVEY SUMMARIES PREPARED BY G. MIDDLETON AND D. QUEVADO (1.3). |
| 0.10 | HANVEY, KRISTA P | $725.00 | $72.50 | REVIEW SUPPLEMENTAL REQUEST LIST AND DATA SITE DOCUMENTS REGARDING HR MATTERS. |
| 3.50 | FISHER, TIMOTHY P | $450.00 | $1,575.00 | REVIEW CREDIT SUISSE ENGAGEMENT LETTER PRECEDENT (1.4); REVISE ENGAGEMENT LETTER (2.1). |
| 0.70 | SANDERS, ALIYA J | $650.00 | $455.00 | DRAFT IP DILIGENCE REPORT. |
| 5.90 | DRESCHLER, MARK H | $460.00 | $2,714.00 | DRAFT DILIGENCE MEMORANDUM REGARDING EASEMENTS, FEE INTERESTS, AND OTHER REAL ESTATE DILIGENCE MATERIALS FOR PROPOSED TRANSACTION. |

| | | | | |
|---|---|---|---|---|
| 8.00 | TRAINA, LAUREN A | $460.00 | $3,680.00 | DRAFT, REVIEW AND REVISE REAL ESTATE DUE DILIGENCE MEMO FOR FORNEY AND LAMAR POWER PLANTS REGARDING SURVEY ANALYSIS OF LAMAR POWER PLANT AND RELATED FACILITIES (7.1); DRAFT LIST OF INFORMATION REQUESTS AND QUESTIONS FOR CITI (1.0). |
| 4.10 | LIM, EUN-SUNG | $395.00 | $1,619.50 | DRAFT DUE DILIGENCE DRAFT MEMORANDUM (3.6); ATTEND OFFICE CONFERENCE WITH T. MCHENRY REGARDING SAME (0.5). |
| 4.20 | DURAND, JANINE | $800.00 | $3,360.00 | REVIEW INFORMATION IN DATA ROOM FOR FERC REGULATORY MATTERS (0.2); REVIEW INTERCONNECTION AGREEMENT FOR LAMAR PROJECT (1.0); DRAFT QUESTIONS FOR FOLLOW UP ON DATA ROOM INFORMATION (2.5); SUMMARIZE IA FOR FORNEY PROJECT (0.5). |
| 0.50 | KURINSKY, ERIN E | $210.00 | $105.00 | CONDUCT INTELLECTUAL PROPERTY LITIGATION SEARCHES ON NEXTERA ENERGY RESOURCES, LLC; NEXTERA ENERGY, INC.; NEXTERA ENERGY OPERATING SERVICES, LLC; ONCOR ELECTRIC DELIVERY CO.; LA FRONTERA HOLDINGS, LLC; LA FRONTERA GENERATION, LLC; FPLE FORNEY, LLC; FPLE FORNEY PIPELINE, LLC; FORNEY ENERGY CENTER; LAMAR POWER PARTNERS, LLC; NEXTERA ENERGY POWER MARKETING, LLC FOR S. KANN. |
| 4.30 | MIDDLETON, GLEN D | $415.00 | $1,784.50 | REVIEW SURVEY AND TITLE DOCUMENTS. |

10/07/15

| | | | | |
|---|---|---|---|---|
| 3.80 | MCHENRY, THOMAS J | $1,065.00 | $4,047.00 | REVIEW ENVIRONMENTAL DOCUMENTS, AIR PERMITS, INDEPENDENT ENGINEER REPORT REGARDING SAME (1.3); DRAFT SUMMARY (2.5). |
| 0.70 | LITTLE, ROBERT B | $835.00 | $584.50 | DRAFT LANGUAGE FOR MOTION (0.3); REVIEW AND REVISE SAME (0.4). |
| 4.90 | SANTRA, SAPTAK | $965.00 | $4,728.50 | ASSIST U. LIM IN THE DILIGENCE REVIEW OF FORNEY RECLAIMED WATER-WASTEWATER RETURN AGREEMENT (1.2); FORNEY RECLAIMED WATER SERVICE AGREEMENT AMENDMENT (0.4); FORNEY RECLAIMED WATER-WASTEWATER RETURN AGREEMENT (1.6); ANCILLARY CORRESPONDENCE AND NOTICES TO FORNEY WATER SUPPLY ARRANGEMENTS (0.9); LAMAR EXCESS RAW WATER SUPPLY AGREEMENT (0.8). |
| 3.30 | CHAMPION, DOUGLAS M | $770.00 | $2,541.00 | CALL WITH L. TRAINA, M. DRESCHLER REGARDING REAL ESTATE DUE DILIGENCE QUESTIONS (0.4); REVISION AND TRANSMITTAL OF REAL ESTATE DUE DILIGENCE MEMORANDUM (2.7). |
| 1.20 | LIM, U-SHAUN | $825.00 | $990.00 | REVIEW OF INSTRUCTIONS AND CIM. |
| 5.70 | FISHER, TIMOTHY P | $450.00 | $2,565.00 | PREPARE SUPPLEMENTAL DUE DILIGENCE REQUESTS (0.6); PREPARE DUE DILIGENCE MEMORANDUM (3.8); CONFERENCE WITH WORKING GROUP REGARDING SAME (1.3). |

| | | | | |
|---|---|---|---|---|
| 4.50 | DRESCHLER, MARK H | $460.00 | $2,070.00 | DRAFT DILIGENCE MEMORANDUM REGARDING EASEMENTS, FEE INTERESTS, AND OTHER REAL ESTATE DILIGENCE MATERIALS FOR PROPOSED TRANSACTION (4.1); CALL WITH L. TRAINA, D. CHAMPION REGARDING REAL ESTATE DUE DILIGENCE QUESTIONS (0.4). |
| 4.30 | TRAINA, LAUREN A | $460.00 | $1,978.00 | DRAFT, REVIEW, AND REVISE REAL ESTATE DUE DILIGENCE MEMORANDUM FOR FORNEY AND LAMAR POWER PLANTS (3.9); CALL WITH M. DRESCHLER, D. CHAMPION REGARDING REAL ESTATE DUE DILIGENCE QUESTIONS (0.4). |
| 0.10 | PARK, JEAN Y | $460.00 | $46.00 | COMMUNICATE WITH T. DIEHL REGARDING LATEST LIST OF DILIGENCE QUESTIONS. |
| 0.50 | LIM, EUN-SUNG | $395.00 | $197.50 | REVISE ENVIRONMENTAL DILIGENCE MEMO. |
| 5.00 | DURAND, JANINE | $800.00 | $4,000.00 | EDIT SUMMARY CHART OF KEY PROVISIONS FOR LAMAR IA (2.4); EMAIL CORRESPONDENCE WITH TEAM ON IA RELATED MATTERS (0.3); REVIEW DATA ROOM ENTRIES (0.5); EDIT SUMMARY CHART OF LAMAR IA (1.8). |
| 1.00 | QUEVEDO, DANIEL | $480.00 | $480.00 | TITLE DUE DILIGENCE AND DOCUMENT ORGANIZATION. |
| 10/08/15 2.30 | MCHENRY, THOMAS J | $1,065.00 | $2,449.50 | REVIEW CLEAN POWER PLAN AND OTHER ENVIRONMENTAL REQUIREMENTS (0.5); DRAFT SUMMARIES REGARDING SAME (1.5); TELEPHONE CALL WITH E. LIM REGARDING SAME (0.3). |
| 0.90 | LITTLE, ROBERT B | $835.00 | $751.50 | REVIEW AND REVISE DUE DILIGENCE MEMO. |

| | | | | |
|---|---|---|---|---|
| 5.20 | SANTRA, SAPTAK | $965.00 | $5,018.00 | REVIEW CURRENT DRAFT OF DUE DILIGENCE MEMORANDUM CIRCULATED BY TIMOTHY FISHER (0.6); ASSIST M PERSONS IN DILIGENCE REVIEW OF FORNEY KINDER MORGAN INTERRUPTIBLE GAS TRANSPORTATION AGREEMENT (1.3); INTERRUPTIBLE GAS TRANS AGREEMENT (FERC REGS) (1.4); CONSTRUCTION FACILITY AGREEMENT BETWEEN CROSSTEX NORTH TEXAS PIPELINE, L.P. AND FPLE FORNEY, L.P. (1.4); ATMOS (PMI-FORNEY) AGENCY AGREEMENT (0.3); FORNEY BASE CONTRACT FOR THE SALE OF NATURAL GAS (0.2). |
| 6.00 | LIM, U-SHAUN | $825.00 | $4,950.00 | DUE DILIGENCE OF FORNEY WATER SUPPLY DOCUMENTS. |
| 5.20 | LIM, U-SHAUN | $825.00 | $4,290.00 | DUE DILIGENCE OF LAMAS WATER SUPPLY DOCUMENTS. |
| 5.20 | PERSONS, MELISSA L | $805.00 | $4,186.00 | CONDUCT DUE DILIGENCE REVIEW OF GAS SALES AGREEMENTS. |
| 8.20 | FISHER, TIMOTHY P | $450.00 | $3,690.00 | PREPARE DUE DILIGENCE MEMORANDUM. |
| 1.30 | LIM, EUN-SUNG | $395.00 | $513.50 | REVISE ENVIRONMENTAL DILIGENCE MEMO (1.0); TELEPHONE CALL WITH T. MCHENRY REGARDING SAME (0.3). |
| 2.30 | DURAND, JANINE | $800.00 | $1,840.00 | EDIT SUMMARY CHART OF KEY PROVISIONS FOR LAMAR IA (1.0); EMAIL CORRESPONDENCE WITH TEAM ON IA RELATED MATTERS (0.3); EDIT SUMMARY CHART OF LAMAR IA (1.0). |
| 3.00 | DURAND, JANINE | $800.00 | $2,400.00 | DRAFT LIST OF FOLLOW UP DUE DILIGENCE QUESTIONS (2.7); EMAIL CORRESPONDENCE WITH TEAM (0.3). |

**Due and Payable Upon Receipt**

| Date | Hours | Name | Rate | Amount | Description |
|---|---|---|---|---|---|
| 10/09/15 | 0.60 | LITTLE, ROBERT B | $835.00 | $501.00 | REVIEW AND REVISE DUE DILIGENCE MEMO. |
| | 4.70 | SANTRA, SAPTAK | $965.00 | $4,535.50 | RE-DRAFT DILIGENCE REPORT RIDERS FOR LAMAR WATER SUPPLY AGREEMENTS (1.8); RE-DRAFT DILIGENCE REPORT RIDERS FOR FORNEY WATER SUPPLY AGREEMENTS (1.5); DRAFT DILIGENCE MEMORANDUM INTRODUCTORY PARAGRAPHS FOR WATER SUPPLY AGREEMENTS (0.8); CORRESPONDENCE WITH M. PERSONS REGARDING ISSUES UNDER GAS SUPPLY AGREEMENTS (0.6). |
| | 5.80 | PERSONS, MELISSA L | $805.00 | $4,669.00 | REVIEW GAS SALES AND INTERCONNECTION AGREEMENTS (3.2); PREPARE DUE DILIGENCE SUMMARY OF GAS SALES AND INTERCONNECTION AGREEMENTS (2.0); CORRESPONDENCE WITH S. SANTRA REGARDING ISSUES UNDER GAS SUPPLY AGREEMENTS (0.6). |
| | 5.70 | FISHER, TIMOTHY P | $450.00 | $2,565.00 | PREPARE LEGAL DUE DILIGENCE MEMORANDUM. |
| 10/10/15 | 0.20 | LITTLE, ROBERT B | $835.00 | $167.00 | E-MAIL TO A. WRIGHT REGARDING TRANSACTION TERMS. |
| | 1.10 | PERSONS, MELISSA L | $805.00 | $885.50 | PREPARE DUE DILIGENCE REVIEW SUMMARY OF INTERRUPTIBLE GAS TRANSPORTATION AGREEMENT. |
| 10/11/15 | 1.20 | MCHENRY, THOMAS J | $1,065.00 | $1,278.00 | REVIEW REVISIONS TO MEMORANDUM. |
| 10/12/15 | 0.30 | SINAK, DAVID L | $1,065.00 | $319.50 | UPDATE TAX DILIGENCE QUESTIONS. |

| | | | | |
|---|---|---|---|---|
| 1.90 | MCHENRY, THOMAS J | $1,065.00 | $2,023.50 | REVIEW REVISIONS TO MEMORANDUM (1.2); E-MAILS REGARDING SAME (0.7). |
| 0.20 | HANVEY, KRISTA P | $725.00 | $145.00 | REVIEW RESPONSES TO SUPPLEMENTAL DILIGENCE REQUESTS PROVIDED TO DATE. |
| 0.50 | CANNON, MICHAEL Q | $575.00 | $287.50 | REVIEW OF MATERIALS IN THE PROJECT LONGHORN DATA ROOM. |
| 2.10 | FISHER, TIMOTHY P | $450.00 | $945.00 | REVISE DUE DILIGENCE LIST (1.5); REVIEW DUE DILIGENCE LOG (0.6). |
| 1.20 | TRAINA, LAUREN A | $460.00 | $552.00 | REVIEW SELLER'S ANSWERS TO INFORMATION REQUESTS REGARDING REAL PROPERTY ISSUES AND NEWLY POSTED REAL PROPERTY DOCUMENTS (0.5); DRAFT AND REVISE REAL ESTATE DUE DILIGENCE MEMORANDUM REGARDING SAME (0.7). |
| 0.20 | PARK, JEAN Y | $460.00 | $92.00 | COMMUNICATE WITH T. DIEHL AND M. CARTER REGARDING DUE DILIGENCE. |

10/13/15

| | | | | |
|---|---|---|---|---|
| 0.90 | SANTRA, SAPTAK | $965.00 | $868.50 | REVIEW SELLER RESPONSES TO DUE DILIGENCE REQUESTS AS SET OUT IN REVISED DILIGENCE LOG. |
| 0.80 | FISHER, TIMOTHY P | $450.00 | $360.00 | REVIEW AGREEMENT SUMMARIES REGARDING CREDIT SUPPORT OBLIGATIONS (0.5); CONFERENCE WITH WORKING GROUP REGARDING SAME (0.4). |
| 0.40 | TRAINA, LAUREN A | $460.00 | $184.00 | REVIEW NEW DOCUMENTS POSTED TO DATA ROOM (0.2); UPDATE REAL ESTATE DUE DILIGENCE MEMORANDUM REGARDING SAME (0.2). |

| | | | | |
|---|---|---|---|---|
| 10/14/15 2.30 | SANTRA, SAPTAK | $965.00 | $2,219.50 | REVIEW CREDIT SUPPORT SUMMARY CHART CIRCULATED BY T. FISHER (0.6); REVIEW, ANALYZE AND RESPOND TO REQUEST FOR A SUMMARY OF ANY CREDIT SUPPORT OBLIGATIONS UNDER THE DILIGENCE MATERIALS PREVIOUSLY REVIEWED (1.7). |
| 0.50 | CHAMPION, DOUGLAS M | $770.00 | $385.00 | REVIEW OF REVISED TITLE/SURVEY MEMO FROM G. MIDDLETON. |
| 0.60 | TRAINA, LAUREN A | $460.00 | $276.00 | REVIEW AND REVISE REAL ESTATE DUE DILIGENCE MEMORANDUM REGARDING ADDITIONAL ANALYSIS ON NEW SURVEYS POSTED TO THE DATA ROOM. |
| 5.00 | MIDDLETON, GLEN D | $415.00 | $2,075.00 | REVIEW REVISED SURVEY SET (3.7); UPDATE TITLE REVIEW MEMO (1.3). |
| 10/15/15 0.70 | LITTLE, ROBERT B | $835.00 | $584.50 | CONFER WITH A. WRIGHT REGARDING COMMON INTEREST PRIVILEGE (0.2); CONFER WITH M. RAIFF REGARDING SAME (0.2); PREPARE LANGUAGE REGARDING SAME (0.3). |
| 0.40 | FISHER, TIMOTHY P | $450.00 | $180.00 | REVISE DUE DILIGENCE LOG AND DUE DILIGENCE MEMORANDUM. |
| 1.30 | TRAINA, LAUREN A | $460.00 | $598.00 | DRAFT, REVIEW, AND REVISE REAL ESTATE DUE DILIGENCE MEMORANDUM REGARDING UPDATED SURVEY ANALYSIS. |
| 0.20 | PARK, JEAN Y | $460.00 | $92.00 | COMMUNICATE WITH T. DIEHL REGARDING NEW RESPONSES TO DILIGENCE QUESTIONS (0.1); REVIEW RESPONSES FOR BENEFITS INFORMATION (0.1). |
| 10/16/15 0.60 | MCHENRY, THOMAS J | $1,065.00 | $639.00 | REVIEW ENVIRONMENTAL PROVISIONS (0.4); E-MAIL REGARDING SAME (0.2). |

| | | | | |
|---|---|---|---|---|
| 0.40 | LITTLE, ROBERT B | $835.00 | $334.00 | E-MAILS REGARDING SHARING DUE DILIGENCE INFORMATION WITH FIRST LIEN CREDITORS AND THEIR COUNSEL (0.2); CONFER WITH A. WRIGHT REGARDING NON-CONSOLIDATION OPINION (0.1); E-MAILS REGARDING SAME (0.1). |
| 0.70 | TRAINA, LAUREN A | $460.00 | $322.00 | REVIEW AND REVISE REAL ESTATE DUE DILIGENCE MEMORANDUM REGARDING SELLER'S RESPONSES TO OUTSTANDING DILIGENCE QUESTIONS. |
| 1.00 | DURAND, JANINE | $800.00 | $800.00 | REVIEW RESPONSES TO DUE DILIGENCE INFORMATION REQUESTS. |

**10/17/15**

| | | | | |
|---|---|---|---|---|
| 0.70 | WEISS, JANET M | $1,125.00 | $787.50 | TELEPHONE CONFERENCE WITH R. LITTLE REGARDING NON-CONSOLIDATION ISSUES FOR FRONTERA ACQUISITION (0.2); REVIEW EMAIL SUMMARY OF FACTORS SENT BY R. LITTLE (0.3); RESPOND TO QUESTIONS REGARDING STRUCTURE RAISED BY M. CARTER OF EFH (0.2). |
| 0.60 | LITTLE, ROBERT B | $835.00 | $501.00 | TELEPHONE CALL WITH J. WEISS REGARDING NON-CONSOLIDATION OPINION (0.3); E-MAILS REGARDING SAME (0.3). |

**10/18/15**

| | | | | |
|---|---|---|---|---|
| 0.30 | LITTLE, ROBERT B | $835.00 | $250.50 | E-MAILS REGARDING NON-CONSOLIDATION OPINION. |
| 0.80 | TRAINA, LAUREN A | $460.00 | $368.00 | REVIEW AND REVISE REAL ESTATE DUE DILIGENCE MEMORANDUM BASED ON SELLER'S ANSWERS IN DUE DILIGENCE LOG. |

10/19/15

| | | | | |
|---|---|---|---|---|
| 1.80 | SINAK, DAVID L | $1,065.00 | $1,917.00 | DILIGENCE AND E-MAILS REGARDING PROPERTY TAX ISSUES (1.3); REVIEW AND COMMENT ON TAX DILIGENCE SUMMARY SLIDES (0.5). |
| 0.40 | MCHENRY, THOMAS J | $1,065.00 | $426.00 | REVIEW Q&A SHEET. |
| 0.90 | WEISS, JANET M | $1,125.00 | $1,012.50 | CONFERENCE CALL WITH M. CARTER (0.7); EMAIL R. LITTLE REGARDING NON-CONSOLIDATION OPINION (0.2). |
| 1.60 | LITTLE, ROBERT B | $835.00 | $1,336.00 | TELEPHONE CALLS REGARDING NON-CONSOLIDATION OPINION ISSUES (1.2); TELEPHONE CALL WITH WORKING GROUP REGARDING ACTION ITEMS (0.4). |
| 0.50 | CHAMPION, DOUGLAS M | $770.00 | $385.00 | REVIEW OF UPDATED REAL ESTATE DUE DILIGENCE MEMO (0.4); E-MAIL TO T. FISHER REGARDING SAME (0.1). |
| 0.30 | HANVEY, KRISTA P | $725.00 | $217.50 | REVIEW ADDITIONAL DILIGENCE RESPONSES AND EMAIL WORKING GROUP REGARDING SAME. |
| 0.70 | WHALEN, JONATHAN M | $630.00 | $441.00 | PARTICIPATE IN PHONE CALL TO DISCUSS TRANSACTION STATUS. |
| 1.40 | CANNON, MICHAEL Q | $575.00 | $805.00 | ATTENTION TO PROJECT LONGHORN TAX DUE DILIGENCE (0.8); PREPARE DUE DILIGENCE SUMMARY SLIDES (0.3); ANALYSIS OF POST-CLOSING RESTRUCTURING QUESTION (0.3). |
| 1.90 | FISHER, TIMOTHY P | $450.00 | $855.00 | REVIEW DUE DILIGENCE LOG (0.5); CONFERENCE WITH WORKING GROUP REGARDING SAME (0.4); REVISE DUE DILIGENCE MEMORANDUM (0.3); CONFERENCE WITH WORKING GROUP REGARDING TRANSACTION AND DILIGENCE (0.7). |

| | | | | |
|---|---|---|---|---|
| 2.00 | DRESCHLER, MARK H | $460.00 | $920.00 | UPDATE DILIGENCE MEMORANDUM FOR NEWLY RECEIVED REAL ESTATE DILIGENCE MATERIALS. |
| 1.00 | TRAINA, LAUREN A | $460.00 | $460.00 | REVIEW AND REVISE REAL ESTATE DUE DILIGENCE MEMORANDUM REGARDING NEW DOCUMENTS POSTED BY SELLER. |
| 0.30 | LIM, EUN-SUNG | $395.00 | $118.50 | REVIEW DILIGENCE MEMORANDUM. |

10/20/15

| | | | | |
|---|---|---|---|---|
| 0.80 | WHALEN, JONATHAN M | $630.00 | $504.00 | COORDINATE DILIGENCE MATTERS. |
| 5.40 | FISHER, TIMOTHY P | $450.00 | $2,430.00 | CONFERENCE WITH WORKING GROUP REGARDING DUE DILIGENCE (1.6); REVIEW ADDITIONAL DUE DILIGENCE MATERIALS (1.4); REVISE DUE DILIGENCE MEMORANDUM (2.4). |
| 1.50 | DRESCHLER, MARK H | $460.00 | $690.00 | UPDATE DILIGENCE MEMORANDUM FOR NEWLY RECEIVED REAL ESTATE DILIGENCE MATERIALS. |
| 0.10 | PARK, JEAN Y | $460.00 | $46.00 | COMMUNICATE WITH T. DIEHL REGARDING NEW RESPONSES TO QUESTIONS AND REVIEW BENEFITS PORTION. |

10/21/15

| | | | | |
|---|---|---|---|---|
| 0.80 | HOLLAWAY, WILLIAM R | $1,055.00 | $844.00 | REVIEW NATURAL GAS PIPELINE AGREEMENTS FOR ENERGY PROJECTS. |

| | | | | |
|---|---|---|---|---|
| 4.40 | SANTRA, SAPTAK | $965.00 | $4,246.00 | CONFIRM CREDIT SECURITY REQUIREMENTS IN PROJECT DILIGENCE DOCUMENTS (1.2); ATTENTION TO/RESPOND TO CORRESPONDENCE RELATING TO INTERCONNECTION-RELATED ISSUES AND FERC ISSUES IN THE GAS SUPPLY AGREEMENTS (0.8); REVIEW ATMOS FT-IT INTEGRATION AGREEMENT, FORNEY INTERRUPTIBLE GAS TRANSPORTATION AGREEMENT AND FORNEY GAS TRANSPORTATION SERVICE AGREEMENT (2.4). |
| 1.20 | WHALEN, JONATHAN M | $630.00 | $756.00 | REVISE DILIGENCE MEMO. |
| 3.10 | PERSONS, MELISSA L | $805.00 | $2,495.50 | CORRESPONDENCE WITH T. FISHER REGARDING FERC REVIEW OF INTERSTATE TRANSPORT AGREEMENTS AND RELATED RATE AGREEMENTS (0.3); PROVIDE UPDATE ON SECURITY REQUIREMENTS CONTAINED IN GAS TRANSPORT AGREEMENTS PREVIOUSLY REVIEWED (0.4); CONDUCT DUE DILIGENCE REVIEW OF ADDITIONAL GAS TRANSPORTATION AND SALES AGREEMENTS ADDED TO DATA ROOM (2.4). |
| 6.20 | FISHER, TIMOTHY P | $450.00 | $2,790.00 | REVISE DUE DILIGENCE MEMORANDUM AND CONFERENCE WITH WORKING GROUP REGARDING SAME. |
| 0.50 | DRESCHLER, MARK H | $460.00 | $230.00 | UPDATE DILIGENCE MEMORANDUM REGARDING PROPOSED TRANSACTION. |
| 0.10 | PARK, JEAN Y | $460.00 | $46.00 | COMMUNICATE WITH T. DIEHL REGARDING NEW RESPONSES TO QUESTIONS AND REVIEW BENEFITS PORTION. |

| 10/22/15 | | | | |
|---|---|---|---|---|
| 0.40 | HOLLAWAY, WILLIAM R | $1,055.00 | $422.00 | RESPOND TO QUESTIONS REGARDING REGULATORY ISSUES FOR GAS SUPPLY CONTRACTS. |
| 3.00 | PERSONS, MELISSA L | $805.00 | $2,415.00 | CONDUCT DUE DILIGENCE REVIEW OF KINDER MORGAN FIRM GAS TRANSPORT AGREEMENT, REMARKETING AGREEMENT AND CAPACITY UTILIZATION AGREEMENT (2.5); REVIEW CENTERPOINT OPERATION AND MAINTENANCE AGREEMENT (0.5). |
| 2.20 | FISHER, TIMOTHY P | $450.00 | $990.00 | REVIEW DILIGENCE MATERIALS (0.3); CONFERENCE WITH WORKING GROUPS REGARDING DILIGENCE (0.8); REVISE DUE DILIGENCE MEMORANDUM (0.3); PREPARE SUMMARY OF DILIGENCE ISSUES (0.8). |
| 10/23/15 | | | | |
| 1.10 | HOLLAWAY, WILLIAM R | $1,055.00 | $1,160.50 | REVIEW FERC-SPECIFIC INTERSTATE PIPELINE ISSUES AND DETERMINE SCOPE OF RENEWAL (0.6); OUTLINE RESEARCH ON GAS PIPELINE CONTRACTS AND FERC REQUIREMENTS (0.5). |

| | | | | |
|---|---|---|---|---|
| 6.40 | SANTRA, SAPTAK | $965.00 | $6,176.00 | REVIEW LAMAR GAS INTERCONNECTION O&M AGREEMENT, FPLE FORNEY-ATMOS LENDING AGREEMENT. KINDER MORGAN CAPACITY UTILIZATION & REVENUE SHARING AGREEMENT, KINDER MORGAN PERFORMANCE GUARANTY, KINDER MORGAN JOINT MARKETING AGREEMENT, FPL ENERGY PAYMENT GUARANTY AND LETTER AGREEMENT REGARDING GAS TRANSPORTATION SERVICE ON NATURAL GAS PIPELINE COMPANY OF AMERICA (3.2); FOLLOW-UP WITH M. PERSONS REGARDING UPDATE OF DISCUSSIONS WITH BILL HOLLOWAY REGARDING INTERSTATE TRANSPORT AGREEMENTS AND RELATED RATE AGREEMENTS THAT RAISE FERC ISSUES (0.8); REVIEW OF TWO ADDITIONAL GAS AGREEMENTS UPLOADED BY SELLER - NGPL AND LAMAR LETTER AGREEMENT AND LAMAR CENTERPOINT GAS PIPELINE O&M AGREEMENT (2.4). |
| 0.90 | WHALEN, JONATHAN M | $630.00 | $567.00 | PREPARE SUMMARY OF DILIGENCE FINDINGS. |

| | | | | |
|---|---|---|---|---|
| 8.00 | PERSONS, MELISSA L | $805.00 | $6,440.00 | CONDUCT DUE DILIGENCE REVIEW OF TXU OPERATION AND MAINTENANCE AGREEMENT AND FIRM AND INTERRUPTIBLE TRANSPORTATION SERVICES AGREEMENTS (1.8); REVIEW TRANSPORTATION INTEGRATION AGREEMENT AND GAS LENDING AGREEMENT (2.1); REVIEW INTERSTATE TRANSPORT AGREEMENTS WITH NATURAL (1.7); FOLLOW-UP WITH S. SANTRA REGARDING UPDATE OF DISCUSSIONS WITH BILL HOLLOWAY REGARDING INTERSTATE TRANSPORT AGREEMENTS AND RELATED RATE AGREEMENTS THAT RAISE FERC ISSUES (0.8)CONFERENCE WITH B. HOLLOWAY REGARDING REVIEW OF FERC-ISSUES IN INTERSTATE TRANSPORT AGREEMENTS (0.3); PREPARE EMAIL MEMO TO B. HOLLOWAY CONTAINING AGREEMENTS TO BE REVIEWED AND QUERIES AND EXPLANATIONS OF THE ISSUES RAISED IN THE AGREEMENTS (0.8); DRAFT UPDATE EMAIL TO T. FISHER REGARDING ISSUES CONTAINED IN AGREEMENTS REVIEWED (0.5). |
| 2.00 | FISHER, TIMOTHY P | $450.00 | $900.00 | REVIEW DUE DILIGENCE FINDINGS AND PREPARE SUMMARY OF SAME (1.3); CONFERENCE WITH WORKING GROUP REGARDING GAS SUPPLY AGREEMENTS (0.7). |
| 10/24/15 2.10 | PERSONS, MELISSA L | $805.00 | $1,690.50 | COORDINATE WITH T. FISHER REGARDING DILIGENCE REQUEST (0.3); PREPARE DUE DILIGENCE SUMMARY CHART OF TRANSPORT AGREEMENTS (1.8). |

| 10/25/15 | | | | |
|---|---|---|---|---|
| 3.10 | PERSONS, MELISSA L | $805.00 | $2,495.50 | DUE DILIGENCE REVIEW AND SYNTHESIS OF GAS TRANSPORTATION AGREEMENTS (1.1); PREPARE SUMMARY OF INTERPLAY OF GAS TRANSPORTATION AGREEMENTS FOR DUE DILIGENCE MEMORANDUM (2.0). |
| 10/26/15 | | | | |
| 0.70 | FISHER, TIMOTHY P | $450.00 | $315.00 | PREPARE DUE DILIGENCE REQUEST AND REVIEW DATA ROOM MATERIALS (0.4); REVIEW WRITTEN CONSENTS AND PREPARE REQUEST REGARDING SAME (0.8). |
| 1.50 | TRAINA, LAUREN A | $460.00 | $690.00 | REVIEW ANSWERS TO REAL ESTATE DUE DILIGENCE QUESTIONS (0.3); REVIEW AND REVISE REAL ESTATE DUE DILIGENCE MEMORANDUM REGARDING SAME (1.2). |
| 10/27/15 | | | | |
| 0.60 | MCHENRY, THOMAS J | $1,065.00 | $639.00 | REVIEW PURCHASE AGREEMENT ENVIRONMENTAL PROVISIONS. |
| 0.20 | WEISS, JANET M | $1,125.00 | $225.00 | RESPOND TO QUESTIONS REGARDING BANKRUPTCY REMOTE STRUCTURE. |
| 0.30 | HOLLAWAY, WILLIAM R | $1,055.00 | $316.50 | REVIEW TRANSACTION DOCUMENTS AND GAS SUPPLY CONTRACT ISSUES. |
| 4.30 | LITTLE, ROBERT B | $835.00 | $3,590.50 | REVIEW AND REVISE PURCHASE AGREEMENT (3.2); E-MAILS REGARDING NON-CONSOLIDATION ISSUES (0.2); TELEPHONE CALL WITH CITI, NEXTERA AND TCEH WORKING GROUP REGARDING FINANCIAL ISSUES (0.9). |
| 2.90 | SANTRA, SAPTAK | $965.00 | $2,798.50 | REVIEW PURCHASE AND SALE AGREEMENT AND ANALYZE/ CONSIDER POTENTIAL CHANGES ARISING AS A RESULT OF PROJECT DILIGENCE. |

| | | | | |
|---|---|---|---|---|
| 2.90 | CHAMPION, DOUGLAS M | $770.00 | $2,233.00 | REAL ESTATE MARK-UP OF DRAFT PSA FROM SELLER (1.9); REVIEW OF SUMMARY OF UPDATES TO REAL ESTATE DUE DILIGENCE MEMO (1.0). |
| 3.80 | HANVEY, KRISTA P | $725.00 | $2,755.00 | REVIEW DRAFT PURCHASE AGREEMENT (1.0); MARK-UP DRAFT PURCHASE AGREEMENT (1.1); PREPARE ISSUES LIST REGARDING BENEFITS AND LABOR MATTERS (0.5); EMAIL CORRESPONDENCE WITH WORKING GROUP REGARDING SAME (0.2). |
| 0.60 | WHALEN, JONATHAN M | $630.00 | $378.00 | COORDINATE DILIGENCE MATTERS. |
| 1.50 | CANNON, MICHAEL Q | $575.00 | $862.50 | TAX REVIEW OF PROJECT LONGHORN PSA DRAFT AND PREPARATION OF ISSUES LIST. |
| 0.90 | FISHER, TIMOTHY P | $450.00 | $405.00 | REVIEW DUE DILIGENCE LOG (0.3); CONFERENCE WITH WORKING GROUP REGARDING PSA (0.7). |
| 1.00 | TRAINA, LAUREN A | $460.00 | $460.00 | REVIEW NEW DILIGENCE ANSWERS POSTED BY SELLER (0.3); UPDATE REAL ESTATE DUE DILIGENCE MEMORANDUM REGARDING SAME (0.7). |
| 3.00 | DURAND, JANINE | $800.00 | $2,400.00 | REVIEW PSA (0.8); PREPARE LIST OF ISSUES (0.7); DRAFT SUMMARY OF PSA ITEMS (0.8); DRAFT RECOMMENDED PSA LANGUAGE (0.7). |

10/28/15

| | | | | |
|---|---|---|---|---|
| 1.80 | SINAK, DAVID L | $1,065.00 | $1,917.00 | REVIEW SPA DRAFT AND PREPARE TAX ISSUES LIST. |
| 2.60 | LITTLE, ROBERT B | $835.00 | $2,171.00 | REVIEW AND REVISE ISSUES LIST. |

| | | | | |
|---|---|---|---|---|
| 3.60 | SANTRA, SAPTAK | $965.00 | $3,474.00 | REVIEW POTENTIAL PURCHASE AND SALE AGREEMENT PROVISIONS REQUIRING SPECIAL WARRANTY PROTECTION AND ANY POTENTIAL RISKS/ ISSUES WITH RESPECT TO THE NEER GUARANTY PROVISIONS IN SECTION 6.5(E) AND (F) OF THE PURCHASE AND SALE AGREEMENT (2.4); REVIEW OF SCOPE OF THE NEER GUARANTY AND THE FIRM TRANSPORTATION AGREEMENT TO WHICH IT RELATES (1.2). |
| 0.30 | ANGEL, DANIEL | $855.00 | $256.50 | REVIEW IP REPS IN PURCHASE AGREEMENT AND SUMMARIZE ISSUES WITH RESPECT TO SAME. |
| 8.30 | WHALEN, JONATHAN M | $630.00 | $5,229.00 | REVIEW BID FORM DRAFT OF LONGHORN PURCHASE AGREEMENT (1.5); PREPARE ISSUES LIST WITH RESPECT TO THE SAME (6.8). |
| 1.60 | PERSONS, MELISSA L | $805.00 | $1,288.00 | REVIEW WARRANTIES IN AUCTION DRAFT SALE AND PURCHASE AGREEMENT TO DETERMINE WHETHER ADDITIONAL WARRANTIES REGARDING GAS TRANSPORT AND SALES AGREEMENTS ARE REQUIRED (1.1); REVIEW NEER GUARANTY AND UNDERLYING FIRM TRANSPORTATION AGREEMENT IN CONNECTION WITH NEER GUARANTY REPLACEMENT PROVISIONS IN SPA (0.3); PROVIDE UPDATE EMAIL TO S. SAPTAK AND UPDATE EMAIL AND GUARANTY-RELATED DOCUMENTS TO T. FISHER (0.2). |
| 0.60 | CANNON, MICHAEL Q | $575.00 | $345.00 | ATTENTION TO PROJECT LONGHORN TAX ISSUES LIST. |
| 0.20 | FISHER, TIMOTHY P | $450.00 | $90.00 | CONFERENCE WITH WORKING GROUP REGARDING LIST. |

| | | | | |
|---|---|---|---|---|
| 0.30 | FISHER, TIMOTHY P | $450.00 | $135.00 | CONFERENCE WITH WORKING GROUP REGARDING DILIGENCE AND ISSUES LIST MATTERS (0.2); REVIEW DUE DILIGENCE LOG (0.2). |

10/29/15

| | | | | |
|---|---|---|---|---|
| 0.10 | KATTAN, JOSEPH | $1,100.00 | $110.00 | RESPOND TO QUESTIONS REGARDING ANTITRUST CLEARANCE OF POWER PLANT ACQUISITION. |
| 0.10 | ROYALL, M. S | $1,080.00 | $108.00 | EMAIL EXCHANGES REGARDING POTENTIAL POWER GENERATION TRANSACTION AND RELATED ANTITRUST QUESTIONS. |
| 2.70 | LITTLE, ROBERT B | $835.00 | $2,254.50 | TELEPHONE CALL REGARDING ISSUES IN PURCHASE AGREEMENT (1.3); PREPARE FOR SAME (0.3); REVIEW AND REVISE ISSUES LIST (0.5); EXAMINE PURCHASE AGREEMENT ISSUES (0.6). |
| 3.90 | SANTRA, SAPTAK | $965.00 | $3,763.50 | DRAFT REVISIONS TO THE DUE DILIGENCE MEMORANDUM AND A REVISED DRAFT OF THE EXHIBITS INCORPORATING THE SUMMARIES OF THE GAS AGREEMENTS RECENTLY POSTED TO THE DATA ROOM. |
| 4.40 | WHALEN, JONATHAN M | $630.00 | $2,772.00 | PARTICIPATE IN CALL TO DISCUSS ISSUES LIST (1.5); REVISE ISSUES LIST AND SEND TO INTERNAL WORKING GROUP FOR REVIEW (2.9). |
| 5.10 | PERSONS, MELISSA L | $805.00 | $4,105.50 | PREPARE DUE DILIGENCE SUMMARY CHARTS OF KINDER MORGAN TRANSPORTATION AGREEMENTS AND CAPACITY AND REVENUE SHARING AGREEMENTS (3.3); PREPARE DUE DILIGENCE SUMMARY CHARTS OF ATMOS/TXU TRANSPORTATION AGREEMENTS (1.8). |

| | | | | |
|---|---|---|---|---|
| 4.80 | FISHER, TIMOTHY P | $450.00 | $2,160.00 | CONFERENCE WITH WORKING GROUP REGARDING PSA ISSUES (4); REVIEW NEER CREDIT RATINGS INFORMATION (0.8). |

**10/30/15**

| | | | | |
|---|---|---|---|---|
| 0.30 | SINAK, DAVID L | $1,065.00 | $319.50 | E-MAILS WITH CLIENT REGARDING TAX ISSUES LIST. |
| 1.40 | LITTLE, ROBERT B | $835.00 | $1,169.00 | PREPARE FOR TELEPHONE CALL WITH A. WRIGHT, M. CARTER, N. SPENCE AND G. SANTOS REGARDING PURCHASE AGREEMENT (0.4); PARTICIPATE IN SAME (1.0). |
| 1.20 | WHALEN, JONATHAN M | $630.00 | $756.00 | PARTICIPATE IN PHONE CALL TO DISCUSS PSA ISSUES LIST. |
| 4.20 | PERSONS, MELISSA L | $805.00 | $3,381.00 | PREPARE DUE DILIGENCE SUMMARY CHARTS OF NATURAL TRANSPORTATION AGREEMENTS (1.8); PREPARE SUMMARIES OF GAS TRANSPORTATION AGREEMENTS, OPERATION AND MAINTENANCE AGREEMENTS AND GAS PURCHASE AGREEMENTS TO BE INCLUDED IN THE BODY OF THE DUE DILIGENCE MEMO (2.4). |
| 5.40 | FISHER, TIMOTHY P | $450.00 | $2,430.00 | CONFERENCE WITH WORKING GROUP REGARDING PSA ISSUES (1.4); REVISE PSA (4). |

**Exhibit G-3**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**December 9, 2015**

**Invoice No. 2015123254**

Energy Future Holdings
Attn:  Stacey H. Dore
1601 Bryan Street, 6th Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through November 30, 2015**

| | | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00008 | FPL v. TXU (Texas Supreme Court) | $  6,847.50 | $    0.00 | $  6,847.50 |
| | **Totals** | $   6,847.50 | $    0.00 | $   6,847.50 |
| | **Current Balance Due** | | | $   6,847.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00008 | 06/30/15 | 2015063939 | $  3,248.10 | $    0.00 | $  3,248.10 |
| 92772-00008 | 07/20/15 | 2015080989 | 14,756.60 | 0.00 | 14,756.60 |
| 92772-00008 | 08/31/15 | 2015083794 | 3,216.50 | 0.00 | 3,216.50 |
| 92772-00008 | 09/11/15 | 2015093286 | 3,065.40 | 0.00 | 3,065.40 |
| 92772-00008 | 10/09/15 | 2015103021 | 8,561.00 | 0.00 | 8,561.00 |
| 92772-00008 | 11/06/15 | 2015112270 | 139,949.00 | 0.00 | 139,949.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                                    $  172,796.60

**TOTAL OUTSTANDING BALANCE DUE**                          $  179,644.10

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**December 9, 2015**

**Invoice No. 2015123254**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Attn:  Stacey H. Dore
1601 Bryan Street, 6th Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through November 30, 2015**

| | | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00008 | FPL v. TXU (Texas Supreme Court) | $   6,847.50 | $     0.00 | $   6,847.50 |
| | **Totals** | $   6,847.50 | $     0.00 | $   6,847.50 |
| | **Current Balance Due** | | | $   6,847.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00008 | 06/30/15 | 2015063939 | $   3,248.10 | $     0.00 | $   3,248.10 |
| 92772-00008 | 07/20/15 | 2015080989 | 14,756.60 | 0.00 | 14,756.60 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: December 9, 2015**                                              **Invoice No. 2015123254**

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00008 | 08/31/15 | 2015083794 | 3,216.50 | 0.00 | 3,216.50 |
| 92772-00008 | 09/11/15 | 2015093286 | 3,065.40 | 0.00 | 3,065.40 |
| 92772-00008 | 10/09/15 | 2015103021 | 8,561.00 | 0.00 | 8,561.00 |
| 92772-00008 | 11/06/15 | 2015112270 | 139,949.00 | 0.00 | 139,949.00 |

**PREVIOUS BALANCE DUE**                    $  172,796.60

**TOTAL OUTSTANDING BALANCE DUE**           $  179,644.10

Energy Future Holdings
Attn:  Stacey H. Dore
1601 Bryan Street, 6th Floor
Dallas, TX  75201


FPL V. TXU (TEXAS SUPREME COURT)
92772-00008

---

For Services Rendered Through November 30, 2015

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| MICHAEL L. RAIFF | 0.50 | $ 885.00 | $    442.50 |
| JAMES C. HO | 4.80 | 835.00 | 4,008.00 |
| ASHLEY E. JOHNSON | 1.00 | 690.00 | 690.00 |
| WILLIAM T. THOMPSON | 3.80 | 425.00 | 1,615.00 |
| REED T. NELSON | 0.40 | 230.00 | 92.00 |

**Total Services**                                                $   6,847.50


**Total Services, Costs/Charges**                                    6,847.50

**BALANCE DUE**                                                   $   6,847.50

**Due and Payable Upon Receipt**

FPL V. TXU (TEXAS SUPREME COURT)
92772-00008

_____

Detail Services:

**11/02/15**

| | | | | |
|---|---|---|---|---|
| 1.10 | HO, JAMES C | $835.00 | $918.50 | REVIEW AND ANALYZE COMMENTS TO DRAFT REPLY ██████ 0.2); CONFER WITH W. THOMPSON RE SAME (.5); REVIEW AND ANALYZE ██████ (0.4). |
| 1.70 | THOMPSON, WILLIAM T | $425.00 | $722.50 | CONFER WITH J. HO RE POST-SUBMISSION REPLY BRIEF (0.5); RESEARCH FOR POST-SUBMISSION REPLY BRIEF (1.2). |

**11/03/15**

| | | | | |
|---|---|---|---|---|
| 0.20 | RAIFF, MICHAEL L | $885.00 | $177.00 | ATTENTION TO AND COMMUNICATIONS REGARDING POST-ARGUMENT REPLY LETTER. |
| 1.40 | HO, JAMES C | $835.00 | $1,169.00 | FURTHER EDITS TO DRAFT REPLY LETTER IN RESPONSE TO COMMENTS (.6); REVIEW MATERIALS REGARDING SAME (.2); CORRESPONDENCE WITH W. THOMPSON REGARDING SAME (.6). |
| 0.50 | JOHNSON, ASHLEY E | $690.00 | $345.00 | REVISE REPLY LETTER. |
| 0.70 | THOMPSON, WILLIAM T | $425.00 | $297.50 | COMMUNICATE WITH J. HO RE POST-SUBMISSION REPLY BRIEF. |

**11/04/15**

| | | | | |
|---|---|---|---|---|
| 0.30 | RAIFF, MICHAEL L | $885.00 | $265.50 | ATTENTION TO AND COMMUNICATIONS REGARDING DRAFT LETTER. |
| 1.50 | HO, JAMES C | $835.00 | $1,252.50 | FINALIZE DRAFT REPLY LETTER BRIEF (1.1); CONFER WITH W. THOMPSON RE SAME (.4). |

| 0.50 | JOHNSON, ASHLEY E | $690.00 | $345.00 | REVISE REPLY LETTER. |
|------|-------------------|---------|---------|----------------------|
| 0.40 | THOMPSON, WILLIAM T | $425.00 | $170.00 | COMMUNICATE WITH J. HO RE POST-SUBMISSION REPLY BRIEF. |

**11/05/15**

| 0.40 | HO, JAMES C | $835.00 | $334.00 | FINAL EDITS TO DRAFT REPLY LETTER AND CORRESPONDENCE REGARDING SAME. |
|------|-------------|---------|---------|---------------------|
| 0.50 | THOMPSON, WILLIAM T | $425.00 | $212.50 | EMAILS RE POST-SUBMISSION REPLY BRIEF (0.2); REVIEW AND FILE POST-SUBMISSION REPLY BRIEF (0.3). |

**11/06/15**

| 0.10 | THOMPSON, WILLIAM T | $425.00 | $42.50 | CIRCULATE POST-SUBMISSION REPLY BRIEF. |
|------|---------------------|---------|--------|----------------------------------------|

**11/09/15**

| 0.40 | HO, JAMES C | $835.00 | $334.00 | REVIEW FPL LETTER AND CORRESPONDENCE REGARDING SAME. |
|------|-------------|---------|---------|------------------------------------------------------|
| 0.20 | THOMPSON, WILLIAM T | $425.00 | $85.00 | REVIEW AND ANALYZE FPL FILING. |

**11/10/15**

| 0.20 | THOMPSON, WILLIAM T | $425.00 | $85.00 | EMAILS RE FPL FILING. |
|------|---------------------|---------|--------|-----------------------|
| 0.40 | NELSON, REED T | $230.00 | $92.00 | RESEARCH AND OBTAIN |

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas 75201**

**Federal Taxpayer ID #95-1611234**

**December 9, 2015**

**Invoice No. 2015123248**

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through November 30, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00018 | NSR Case 201300257 | $ 23,906.50 | $ 0.00 | $ 23,906.50 |
|  | **Totals** | $ 23,906.50 | $ 0.00 | $ 23,906.50 |
|  | **Current Balance Due** |  |  | $ 23,906.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00018 | 06/30/15 | 2015061449 | $ 9,008.30 | $ 0.00 | $ 9,008.30 |
| 92772-00018 | 07/13/15 | 2015071601 | 10,759.80 | 0.00 | 10,759.80 |
| 92772-00018 | 08/05/15 | 2015080671 | 14,029.50 | 0.00 | 14,029.50 |
| 92772-00018 | 09/04/15 | 2015091505 | 8,048.50 | 0.00 | 8,048.50 |
| 92772-00018 | 10/09/15 | 2015103687 | 7,182.10 | 0.00 | 7,182.10 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA 90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No: 4600-146039
ABA No: 121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA 90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

Invoice Date: December 9, 2015                                                                                Invoice No. 2015123248

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|--------------|-------------|----------|-------|-------------|
| 92772-00018 | 11/03/15 | 2015111604 | 16,354.50 | 0.00 | 16,354.50 |

**PREVIOUS BALANCE DUE** $ 65,382.70

**TOTAL OUTSTANDING BALANCE DUE** $ 89,289.20

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**December 9, 2015**

**Invoice No. 2015123248**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through November 30, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00018 | NSR Case 201300257 | $  23,906.50 | $       0.00 | $  23,906.50 |
|  | **Totals** | $  23,906.50 | $    0.00 | $  23,906.50 |
|  | **Current Balance Due** |  |  | $  23,906.50 |

**<u>PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING</u>:**

| <u>Matter</u> | <u>Invoice Date</u> | <u>Invoice No.</u> | <u>Services</u> | <u>Costs</u> | <u>Balance Due</u> |
|---|---|---|---|---|---|
| 92772-00018 | 06/30/15 | 2015061449 | $  9,008.30 | $    0.00 | $  9,008.30 |

<u>Remit By Wire To:</u>
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

<u>Remit By Mail To:</u>
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: December 9, 2015**                                                                                   **Invoice No. 2015123248**

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|-------------|-------------|----------|-------|-------------|
| 92772-00018 | 07/13/15 | 2015071601 | 10,759.80 | 0.00 | 10,759.80 |
| 92772-00018 | 08/05/15 | 2015080671 | 14,029.50 | 0.00 | 14,029.50 |
| 92772-00018 | 09/04/15 | 2015091505 | 8,048.50 | 0.00 | 8,048.50 |
| 92772-00018 | 10/09/15 | 2015103687 | 7,182.10 | 0.00 | 7,182.10 |
| 92772-00018 | 11/03/15 | 2015111604 | 16,354.50 | 0.00 | 16,354.50 |

**PREVIOUS BALANCE DUE**                                    $  65,382.70

**TOTAL OUTSTANDING BALANCE DUE**                          $  89,289.20

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

NSR CASE
92772-00018

_____

For Services Rendered Through November 30, 2015

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| WILLIAM B. DAWSON | 0.50 | $ 975.00 | $     487.50 |
| MICHAEL L. RAIFF | 4.90 | 885.00 | 4,336.50 |
| RUSSELL H. FALCONER | 30.60 | 610.00 | 18,666.00 |
| ELIZABETH M. VINEY | 0.30 | 525.00 | 157.50 |
| GAYA K. HOLMAN | 0.70 | 370.00 | 259.00 |
| **Total Services** | | | $  23,906.50 |
| **Total Services, Costs/Charges** | | | 23,906.50 |
| **BALANCE DUE** | | | $  23,906.50 |

NSR CASE
92772-00018

_____

Detail Services:

| 11/03/15 | | | | |
|---|---|---|---|---|
| 0.20 | RAIFF, MICHAEL L | $885.00 | $177.00 | ATTENTION TO AND COMMUNICATIONS REGARDING ORDER AND ████████. |
| 0.20 | FALCONER, RUSSELL H | $610.00 | $122.00 | CORRESPONDENCE REGARDING WEEKLY CALL AND MATTER HOUSEKEEPING. |
| 0.10 | HOLMAN, GAYA K | $370.00 | $37.00 | REVIEW AND PREPARE CASE FILINGS FOR ATTORNEY REFERENCE. |
| 11/06/15 | | | | |
| 0.60 | RAIFF, MICHAEL L | $885.00 | $531.00 | ATTENTION TO AND COMMUNICATIONS REGARDING ████████ (0.3); CALL WITH CLIENT (0.3). |
| 0.30 | FALCONER, RUSSELL H | $610.00 | $183.00 | PARTICIPATE IN WEEKLY CASE CONFERENCE CALL. |
| 11/09/15 | | | | |
| 0.30 | HOLMAN, GAYA K | $370.00 | $111.00 | COORDINATE DUPLICATION AND DELIVERY OF PRODUCTION CD. |
| 11/10/15 | | | | |
| 0.90 | FALCONER, RUSSELL H | $610.00 | $549.00 | REVIEW CORRESPONDENCE (0.2); PARTICIPATE IN WEEKLY CASE CONFERENCE CALL (0.3); COORDINATE PREPARATIONS ████████ (0.4). |
| 0.30 | VINEY, ELIZABETH M | $525.00 | $157.50 | PARTICIPATE IN WEEKLY TEAM CONFERENCE CALL. |
| 11/11/15 | | | | |
| 0.60 | FALCONER, RUSSELL H | $610.00 | $366.00 | COORDINATE PREPARATIONS ████████. |

| | | | | |
|---|---|---|---|---|
| 11/12/15<br>3.20 | FALCONER, RUSSELL H | $610.00 | $1,952.00 | CONFER BY PHONE AND CORRESPOND WITH T. CASEY (0.4); FINISH COORDINATING ███████████ (2.8). |
| 11/13/15<br>1.10 | FALCONER, RUSSELL H | $610.00 | $671.00 | BEGIN REVIEWING MATERIALS RELATED TO WORK PROJECT. |
| 11/16/15<br>0.50 | RAIFF, MICHAEL L | $885.00 | $442.50 | ATTENTION TO DISCOVERY ISSUES AND ███████ AND COMMUNICATIONS REGARDING SAME. |
| 0.50 | FALCONER, RUSSELL H | $610.00 | $305.00 | BEGIN PREPARING FOR WORK PROJECT. |
| 11/17/15<br>0.50 | RAIFF, MICHAEL L | $885.00 | $442.50 | WORK ON DISCOVERY LETTER AND RELATED COMMUNICATIONS. |
| 4.80 | FALCONER, RUSSELL H | $610.00 | $2,928.00 | MARK UP ████████ AND CORRESPOND WITH M. RAIFF REGARDING SAME (0.5); ATTEND MEETING ON WORK PROJECT (1.5); STUDY PLEADINGS RELATED TO ████████ (2.8). |
| 11/18/15<br>0.20 | RAIFF, MICHAEL L | $885.00 | $177.00 | COMMUNICATIONS AND FOLLOW-UP RE ███████. |
| 9.50 | FALCONER, RUSSELL H | $610.00 | $5,795.00 | ATTEND MEETINGS ███████ (8.0); DRAFT █████████ (0.7); BEGIN REVIEWING DOCUMENTS ████████ (0.8). |

| Date | Hours | Name | Rate | Amount | Description |
|---|---|---|---|---|---|
| 11/19/15 | 0.70 | RAIFF, MICHAEL L | $885.00 | $619.50 | ATTENTION TO DOJ'S PROPOSED 54(B) MOTION, RELATED COMMUNICATIONS ███████ (0.5); COMMUNICATIONS REGARDING WORK PROJECT (0.2). |
| | 8.70 | FALCONER, RUSSELL H | $610.00 | $5,307.00 | CONTINUE REVIEWING DOCUMENTS TO ███████ ███████ (1.1); ATTEND MEETING (7.0); PREPARE SUMMARY (0.6). |
| 11/20/15 | 0.50 | DAWSON, WILLIAM B | $975.00 | $487.50 | CONFER WITH DOJ RE RULE 54. |
| | 0.90 | RAIFF, MICHAEL L | $885.00 | $796.50 | WORK ON AND ATTENTION TO 54(B) ISSUES ON DOJ'S PROPOSED MOTION (0.5); COMMUNICATIONS REGARDING PROTECTIVE ORDER (0.2); CONFERENCE CALL WITH CLIENTS (0.2). |
| 11/23/15 | 0.50 | RAIFF, MICHAEL L | $885.00 | $442.50 | ATTENTION TO AND COMMUNICATIONS REGARDING RULE 54(B) FILINGS AND BRIEFING SCHEDULE. |
| | 0.10 | HOLMAN, GAYA K | $370.00 | $37.00 | REVIEW AND PREPARE CASE FILINGS FOR ATTORNEY REFERENCE. |
| 11/24/15 | 0.60 | FALCONER, RUSSELL H | $610.00 | $366.00 | PARTICIPATE IN WEEKLY CASE CONFERENCE CALL. |
| 11/29/15 | 0.50 | RAIFF, MICHAEL L | $885.00 | $442.50 | WORK ON REVISING MOTION FOR EXTENSION OF BRIEFING DEADLINES AND EMAILS REGARDING SAME. |
| 11/30/15 | 0.30 | RAIFF, MICHAEL L | $885.00 | $265.50 | WORK ON BRIEFING EXTENSION MOTION AND RELATED CORRESPONDENCE. |

| 0.20 | FALCONER, RUSSELL H | $610.00 | $122.00 | CORRESPONDENCE REGARDING EXTENSION MOTION ON 54(B) RESPONSE. |
| 0.20 | HOLMAN, GAYA K | $370.00 | $74.00 | UPDATE CASE COMMUNICATIONS REGARDING DOJ'S RESPONSES TO DISCOVERY FOR ATTORNEY REFERENCE. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**December 9, 2015**

**Invoice No. 2015123262**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through November 30, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00030 | Retention/Fee Applications | $  6,504.00 | $    0.00 | $  6,504.00 |
|  | **Totals** | $  6,504.00 | $    0.00 | $  6,504.00 |
|  | **Current Balance Due** |  |  | $  6,504.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00030 | 06/30/15 | 2015061442 | $  2,926.00 | $    0.00 | $  2,926.00 |
| 92772-00030 | 07/20/15 | 2015072807 | 4,089.30 | 0.00 | 4,089.30 |
| 92772-00030 | 08/11/15 | 2015081583 | 1,560.20 | 0.00 | 1,560.20 |
| 92772-00030 | 09/12/15 | 2015093338 | 1,335.60 | 0.00 | 1,335.60 |
| 92772-00030 | 10/09/15 | 2015100998 | 4,884.80 | 0.00 | 4,884.80 |
| 92772-00030 | 11/07/15 | 2015112641 | 9,704.50 | 0.00 | 9,704.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                     $   24,500.40

**TOTAL OUTSTANDING BALANCE DUE**            $   31,004.40

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**December 9, 2015**

**Invoice No. 2015123262**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through November 30, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00030 | Retention/Fee Applications | $    6,504.00 | $    0.00 | $    6,504.00 |
|  | **Totals** | $    6,504.00 | $    0.00 | $    6,504.00 |
|  | **Current Balance Due** |  |  | $    6,504.00 |

**<u>PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING</u>:**

| <u>Matter</u> | <u>Invoice Date</u> | <u>Invoice No.</u> | <u>Services</u> | <u>Costs</u> | <u>Balance Due</u> |
|---|---|---|---|---|---|
| 92772-00030 | 06/30/15 | 2015061442 | $    2,926.00 | $    0.00 | $    2,926.00 |
| 92772-00030 | 07/20/15 | 2015072807 | 4,089.30 | 0.00 | 4,089.30 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: December 9, 2015**                                                                 **Invoice No. 2015123262**

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00030 | 08/11/15 | 2015081583 | 1,560.20 | 0.00 | 1,560.20 |
| 92772-00030 | 09/12/15 | 2015093338 | 1,335.60 | 0.00 | 1,335.60 |
| 92772-00030 | 10/09/15 | 2015100998 | 4,884.80 | 0.00 | 4,884.80 |
| 92772-00030 | 11/07/15 | 2015112641 | 9,704.50 | 0.00 | 9,704.50 |

**PREVIOUS BALANCE DUE**                                    $  24,500.40

**TOTAL OUTSTANDING BALANCE DUE**                           $  31,004.40

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201


RETENTION/FEE APPLICATIONS
92772-00030

---

For Services Rendered Through November 30, 2015

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| MATTHEW G. BOUSLOG | 0.80 | $ 625.00 | $    500.00 |
| DUKE K. AMPONSAH | 15.20 | 395.00 | 6,004.00 |
| **Total Services** | | | $  6,504.00 |

| | |
|---|---|
| **Total Services, Costs/Charges** | 6,504.00 |
| **BALANCE DUE** | $   6,504.00 |

RETENTION/FEE APPLICATIONS
92772-00030

_____

Detail Services:

11/05/15

| 1.00 | AMPONSAH, DUKE K | $395.00 | $395.00 | REVIEW OCTOBER2015 PREBILLS FOR COMPLIANCE WITH UST GUIDELINES. |
| 0.60 | AMPONSAH, DUKE K | $395.00 | $237.00 | REVIEW OCTOBER2015 PREBILLS FOR COMPLIANCE WITH UST GUIDELINES. |

11/06/15

| 1.30 | AMPONSAH, DUKE K | $395.00 | $513.50 | REVIEW OCTOBER2015 PREBILLS FOR COMPLIANCE WITH UST GUIDELINES (1.0); CONFER WITH R. ST. JOHN RE SAME (0.3). |

11/09/15

| 2.20 | AMPONSAH, DUKE K | $395.00 | $869.00 | PREPARE DRAFT OF CHARTS FOR OCTOBER 2015 MONTHLY FEE STATEMENT. |

11/11/15

| 2.70 | AMPONSAH, DUKE K | $395.00 | $1,066.50 | PREPARE DRAFT OF OCTOBER 2015 MONTHLY FEE STATEMENT. |

11/12/15

| 0.20 | BOUSLOG, MATTHEW G | $625.00 | $125.00 | REVIEW FEE STATEMENT CNO. |
| 1.10 | AMPONSAH, DUKE K | $395.00 | $434.50 | PREPARE DRAFT OF EX A TO SEPTEMBER CNO AND SEPTEMBER 2015 INVOICE MFIS. |

11/13/15

| 2.70 | AMPONSAH, DUKE K | $395.00 | $1,066.50 | UPDATE DRAFT OF OCTOBER 2015 MONTHLY FEE STATEMENT. |
| 1.80 | AMPONSAH, DUKE K | $395.00 | $711.00 | UPDATE AND REVISE DRAFT OF OCTOBER 2015 MONTHLY FEE STATEMENT. |

11/16/15

| 0.10 | BOUSLOG, MATTHEW G | $625.00 | $62.50 | EMAILS WITH J. MADRON RE FEE STATEMENT. |

| Date / Hours | Name | Rate | Amount | Description |
|---|---|---|---|---|
| 11/17/15<br>0.20 | BOUSLOG, MATTHEW G | $625.00 | $125.00 | REVISE MONTHLY FEE INVOICE STATEMENT (0.1); EMAIL G. MOOR RE SAME (0.1). |
| 11/20/15<br>0.30 | BOUSLOG, MATTHEW G | $625.00 | $187.50 | REVIEW AND REVISE FEE STATEMENT (0.2); EMAILS WITH J. MADRON, R. LITTLE AND D. AMPONSAH RE SAME (0.1). |
| 1.40 | AMPONSAH, DUKE K | $395.00 | $553.00 | REVISE DRAFT OF OCTOBER 2015 MONTHLY FEE STATEMENT. |
| 11/24/15<br>0.40 | AMPONSAH, DUKE K | $395.00 | $158.00 | UPLOAD OCTOBER 2015 MONTHLY FEE STATEMENT TO SHARED WEBSITE. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**December 9, 2015**

**Invoice No. 2015123263**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through November 30, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00031 | EFH SEC Matters | $  7,881.50 | $     0.00 | $  7,881.50 |
|  | **Totals** | $  7,881.50 | $  0.00 | $  7,881.50 |
|  | **Current Balance Due** |  |  | $  7,881.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00031 | 06/30/15 | 2015061443 | $    233.80 | $   0.00 | $    233.80 |
| 92772-00031 | 07/20/15 | 2015072808 | 684.70 | 0.00 | 684.70 |
| 92772-00031 | 08/11/15 | 2015081584 | 2,496.30 | 0.00 | 2,496.30 |
| 92772-00031 | 09/12/15 | 2015093339 | 3,223.10 | 0.00 | 3,223.10 |
| 92772-00031 | 10/09/15 | 2015100999 | 2,516.90 | 0.00 | 2,516.90 |
| 92772-00031 | 11/07/15 | 2015112642 | 6,633.50 | 0.00 | 6,633.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

Invoice Date: December 9, 2015                                                                 Invoice No. 2015123263

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                                    $   15,788.30

**TOTAL OUTSTANDING BALANCE DUE**                           $   23,669.80

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**December 9, 2015**

**Invoice No. 2015123263**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through November 30, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00031 | EFH SEC Matters | $   7,881.50 | $       0.00 | $   7,881.50 |
|  | **Totals** | $   7,881.50 | $      0.00 | $   7,881.50 |
|  | **Current Balance Due** |  |  | $   7,881.50 |

**<u>PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING</u>:**

| <u>Matter</u> | <u>Invoice Date</u> | <u>Invoice No.</u> | <u>Services</u> | <u>Costs</u> | <u>Balance Due</u> |
|---|---|---|---|---|---|
| 92772-00031 | 06/30/15 | 2015061443 | $     233.80 | $    0.00 | $     233.80 |
| 92772-00031 | 07/20/15 | 2015072808 | 684.70 | 0.00 | 684.70 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: December 9, 2015**                                        **Invoice No. 2015123263**

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00031 | 08/11/15 | 2015081584 | 2,496.30 | 0.00 | 2,496.30 |
| 92772-00031 | 09/12/15 | 2015093339 | 3,223.10 | 0.00 | 3,223.10 |
| 92772-00031 | 10/09/15 | 2015100999 | 2,516.90 | 0.00 | 2,516.90 |
| 92772-00031 | 11/07/15 | 2015112642 | 6,633.50 | 0.00 | 6,633.50 |

**PREVIOUS BALANCE DUE** $ 15,788.30

**TOTAL OUTSTANDING BALANCE DUE** $ 23,669.80

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201


EFH SEC MATTERS
92772-00031

_____

For Services Rendered Through November 30, 2015

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| ROBERT B. LITTLE | 1.10 | $ 835.00 | $    918.50 |
| JONATHAN M. WHALEN | 7.10 | 630.00 | 4,473.00 |
| CAITLIN A. CALLOWAY | 3.90 | 500.00 | 1,950.00 |
| JOSEPH A. ORIEN | 1.20 | 450.00 | 540.00 |
| **Total Services** | | | $   7,881.50 |

**Total Services, Costs/Charges**                                        7,881.50

**BALANCE DUE**                                              $   7,881.50

**Due and Payable Upon Receipt**

EFH SEC MATTERS
92772-00031

_____

Detail Services:

| Date | | | | | |
|------|------|------|------|------|------|
| 11/13/15 | | | | | |
| 0.40 | WHALEN, JONATHAN M | $630.00 | $252.00 | ANALYSIS RE PLAN SUPPORT AMENDMENT 8-K. |
| 11/15/15 | | | | | |
| 1.60 | WHALEN, JONATHAN M | $630.00 | $1,008.00 | DRAFT 8-K FOR PSA AMENDMENT. |
| 11/17/15 | | | | | |
| 0.80 | WHALEN, JONATHAN M | $630.00 | $504.00 | WORK ON FIDELITY SETTLEMENT 8-K. |
| 11/18/15 | | | | | |
| 2.20 | WHALEN, JONATHAN M | $630.00 | $1,386.00 | WORK ON 8-K FOR FIDELITY SETTLEMENT. |
| 11/19/15 | | | | | |
| 0.90 | WHALEN, JONATHAN M | $630.00 | $567.00 | DRAFT EMAILS REGARDING PSA AMENDMENT 8-K (0.3); WORK ON DIP AMENDMENT 8-K (0.6). |
| 11/20/15 | | | | | |
| 1.20 | WHALEN, JONATHAN M | $630.00 | $756.00 | REVISE 8-K REGARDING DIP AMENDMENT (0.9); DRAFT EMAILS WITH RESPECT TO THE SAME (0.3). |
| 11/25/15 | | | | | |
| 0.50 | LITTLE, ROBERT B | $835.00 | $417.50 | REVIEW AND REVISE FORM 8-K. |
| 3.90 | CALLOWAY, CAITLIN A | $500.00 | $1,950.00 | PREPARE FORM 8-K. |
| 1.20 | ORIEN, JOSEPH A | $450.00 | $540.00 | DRAFT 8-K ANNOUNCING ENTRY INTO THE PURCHASE AGREEMENT. |
| 11/26/15 | | | | | |
| 0.60 | LITTLE, ROBERT B | $835.00 | $501.00 | REVIEW AND REVISE FORM 8-K. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**December 9, 2015**

**Invoice No. 2015123264**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through November 30, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00032 | EFH Corporate Matters | $  19,932.00 | $     0.00 | $  19,932.00 |
|  | **Totals** | $  19,932.00 | $     0.00 | $  19,932.00 |
|  | **Current Balance Due** |  |  | $  19,932.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00032 | 08/11/15 | 2015081585 | $   250.50 | $   0.00 | $   250.50 |
| 92772-00032 | 10/09/15 | 2015101000 | 116.90 | 0.00 | 116.90 |
| 92772-00032 | 11/07/15 | 2015112643 | 4,205.50 | 0.00 | 4,205.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                     $    4,572.90

**TOTAL OUTSTANDING BALANCE DUE**            $   24,504.90

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**December 9, 2015**

**Invoice No. 2015123264**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through November 30, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00032 | EFH Corporate Matters | $  19,932.00 | $     0.00 | $  19,932.00 |
|  | **Totals** | $   19,932.00 | $     0.00 | $   19,932.00 |
|  | **Current Balance Due** |  |  | $   19,932.00 |

**<u>PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING</u>:**

| <u>Matter</u> | <u>Invoice Date</u> | <u>Invoice No.</u> | <u>Services</u> | <u>Costs</u> | <u>Balance Due</u> |
|---|---|---|---|---|---|
| 92772-00032 | 08/11/15 | 2015081585 | $     250.50 | $    0.00 | $     250.50 |
| 92772-00032 | 10/09/15 | 2015101000 | 116.90 | 0.00 | 116.90 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: December 9, 2015**                                                    **Invoice No. 2015123264**

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00032 | 11/07/15 | 2015112643 | 4,205.50 | 0.00 | 4,205.50 |

**PREVIOUS BALANCE DUE** $  4,572.90

**TOTAL OUTSTANDING BALANCE DUE** $  24,504.90

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201


EFH CORPORATE MATTERS
92772-00032

_____


For Services Rendered Through November 30, 2015

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| LINDA L. CURTIS | 6.70 | $1,065.00 | $  7,135.50 |
| ROBERT B. LITTLE | 2.90 | 835.00 | 2,421.50 |
| CHRISTOPHER J. BABCOCK | 16.60 | 625.00 | 10,375.00 |
| **Total Services** | | | $  19,932.00 |

**Total Services, Costs/Charges**                    19,932.00

**BALANCE DUE**                    $  19,932.00

EFH CORPORATE MATTERS
92772-00032

_____

Detail Services:

11/03/15

| | | | | |
|---|---|---|---|---|
| 2.80 | CURTIS, LINDA L | $1,065.00 | $2,982.00 | CONFERENCE WITH J. WALKER RE SURETYSHIP ISSUES RELATIVE TO PBGC BACKSTOP AGREEMENT (0.9); REVIEW REVISIONS TO PROPOSED AGREEMENT (0.5); CONFERENCE WITH J. WALKER, MILLER & CHEVALIER RE SURETYSHIP ISSUES (0.8); CONFERENCE WITH R. LITTLE RE SURETYSHIP ISSUES AND NEXT STEPS (0.2); REVIEW TEXAS SURETYSHIP LAW CASES (0.4). |
| 0.90 | LITTLE, ROBERT B | $835.00 | $751.50 | WORK ON PBGC AGREEMENT ISSUES (0.7); CONFER WITH L. CURTIS REGARDING SAME (0.2). |
| 0.80 | BABCOCK, CHRISTOPHER J | $625.00 | $500.00 | RESEARCH TEXAS LAW ON PARTIAL WAIVER OF SURETYSHIP DEFENSES CONCERNING AMENDMENTS TO UNDERLYING OBLIGATION (0.6); DISCUSS SAME WITH L. CURTIS (0.2). |

11/05/15

| | | | | |
|---|---|---|---|---|
| 0.40 | CURTIS, LINDA L | $1,065.00 | $426.00 | REVIEW REVISIONS TO PBGC BACKSTOP AGREEMENT AND CONFER WITH J. WALKER, MILLER & CHEVALIER RE SAME. |
| 1.10 | LITTLE, ROBERT B | $835.00 | $918.50 | REVIEW PENSION BACKSTOP AGREEMENT ISSUES. |

11/09/15

| | | | | |
|---|---|---|---|---|
| 0.70 | CURTIS, LINDA L | $1,065.00 | $745.50 | CONFERENCE WITH R. LITTLE AND C. BABCOCK RE PENSION BACK-STOP AGREEMENT |

**Due and Payable Upon Receipt**

| | | | | |
|---|---|---|---|---|
| 0.90 | LITTLE, ROBERT B | $835.00 | $751.50 | TELEPHONE CALLS WITH L. CURTIS AND C. BABCOCK REGARDING PENSION BACK-STOP AGREEMENT (0.6); DRAFT SUGGESTED LANGUAGE FOR SAME (0.3). |
| 1.30 | BABCOCK, CHRISTOPHER J | $625.00 | $812.50 | REVISE PENSION BACKSTOP AGREEMENT TO ACCOUNT FOR TEXAS SURETYSHIP LAW. |
| 11/10/15 | | | | |
| 1.00 | CURTIS, LINDA L | $1,065.00 | $1,065.00 | CONFERENCE WITH MILLER CHEVALIER, C. BABCOCK RE TEXAS LAW SURETYSHIP ISSUES WITH RESPECT TO BACKSTOP AGREEMENT (0.6); WORK ON LANGUAGE WITH C. BABCOCK (0.4). |
| 1.70 | BABCOCK, CHRISTOPHER J | $625.00 | $1,062.50 | CALL WITH MILLER CHEVALIER AND L. CURTIS RE PENSION BACKSTOP AGREEMENT (0.7); REVISE PENSION BACKSTOP AGREEMENT WITH L. CURTIS (1.0). |
| 11/12/15 | | | | |
| 0.70 | CURTIS, LINDA L | $1,065.00 | $745.50 | REVIEW REVISED PENSION BACKSTOP AGREEMENT (0.3); FOLLOW UP CALL C. BABCOCK RE THIRD PARTY WAIVER OF CONTRIBUTION, ETC. RIGHTS (0.4). |
| 2.50 | BABCOCK, CHRISTOPHER J | $625.00 | $1,562.50 | REVISE PENSION BACKSTOP AGREEMENT (1.6); CALL WITH L. CURTIS, KIRKLAND ELLIS AND MILLER CHAVALIER RE SAME (0.9). |
| 11/13/15 | | | | |
| 0.70 | CURTIS, LINDA L | $1,065.00 | $745.50 | TCEH CALL AND RELATED EMAIL CORRESPONDENCE (0.5); FOLLOW UP CALL (0.2). |
| 2.20 | BABCOCK, CHRISTOPHER J | $625.00 | $1,375.00 | REVISE PENSION BACKSTOP AGREEMENT (0.8); CALL WITH BAKER BOTTS RE SAME (1.3). |
| 11/17/15 | | | | |
| 0.40 | CURTIS, LINDA L | $1,065.00 | $426.00 | REVIEW REVISED AGREEMENT. |

| | | | | |
|---|---|---|---|---|
| 0.50 | BABCOCK, CHRISTOPHER J | $625.00 | $312.50 | REVIEW COMMENTS TO PENSION BACKSTOP AGREEMENT. |
| 11/18/15 2.50 | BABCOCK, CHRISTOPHER J | $625.00 | $1,562.50 | ANALYSIS AND DISCUSSION CONCERNING PENSION BACKSTOP AGREEMENT. |
| 11/19/15 1.40 | BABCOCK, CHRISTOPHER J | $625.00 | $875.00 | ANALYSIS AND DISCUSSION CONCERNING PENSION BACKSTOP AGREEMENT. |
| 11/25/15 1.90 | BABCOCK, CHRISTOPHER J | $625.00 | $1,187.50 | REVISE PENSION BACKSTOP AGREEMENT. |
| 11/27/15 1.80 | BABCOCK, CHRISTOPHER J | $625.00 | $1,125.00 | CALLS CONCERNING PENSION BACKSTOP AGREEMENT (1.3); REVISE PENSION BACKSTOP AGREEMENT (0.5). |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**December 9, 2015**

**Invoice No. 2015123265**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through November 30, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00046 | Budgeting-Related Work | $    250.00 | $    0.00 | $    250.00 |
|  | **Totals** | $   250.00 | $   0.00 | $   250.00 |
|  | **Current Balance Due** |  |  | $   250.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00046 | 06/30/15 | 2015061445 | $    87.50 | $    0.00 | $    87.50 |
| 92772-00046 | 07/20/15 | 2015072810 | 112.50 | 0.00 | 112.50 |
| 92772-00046 | 08/11/15 | 2015081587 | 50.00 | 0.00 | 50.00 |
| 92772-00046 | 09/12/15 | 2015093340 | 62.50 | 0.00 | 62.50 |
| 92772-00046 | 10/09/15 | 2015101004 | 145.90 | 0.00 | 145.90 |
| 92772-00046 | 11/07/15 | 2015112646 | 812.50 | 0.00 | 812.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: December 9, 2015**                                    **Invoice No. 2015123265**

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                                          $    1,270.90

**TOTAL OUTSTANDING BALANCE DUE**                                 $    1,520.90

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**December 9, 2015**

**Invoice No. 2015123265**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through November 30, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00046 | Budgeting-Related Work | $    250.00 | $    0.00 | $    250.00 |
|  | **Totals** | $    250.00 | $    0.00 | $    250.00 |
|  | **Current Balance Due** |  |  | $    250.00 |

**<u>PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING</u>**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00046 | 06/30/15 | 2015061445 | $    87.50 | $    0.00 | $    87.50 |
| 92772-00046 | 07/20/15 | 2015072810 | 112.50 | 0.00 | 112.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|-------------|-------------|----------|-------|-------------|
| 92772-00046 | 08/11/15 | 2015081587 | 50.00 | 0.00 | 50.00 |
| 92772-00046 | 09/12/15 | 2015093340 | 62.50 | 0.00 | 62.50 |
| 92772-00046 | 10/09/15 | 2015101004 | 145.90 | 0.00 | 145.90 |
| 92772-00046 | 11/07/15 | 2015112646 | 812.50 | 0.00 | 812.50 |

**PREVIOUS BALANCE DUE**                                    $   1,270.90

**TOTAL OUTSTANDING BALANCE DUE**                          $   1,520.90

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

BUDGETING-RELATED WORK
92772-00046

_____

For Services Rendered Through November 30, 2015

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| MATTHEW G. BOUSLOG | 0.40 | $ 625.00 | $   250.00 |
| **Total Services** | | | $   250.00 |

| | |
|---|---|
| **Total Services, Costs/Charges** | 250.00 |
| **BALANCE DUE** | $   250.00 |

BUDGETING-RELATED WORK
92772-00046

_____

Detail Services:

11/09/15
  0.10      BOUSLOG, MATTHEW G        $625.00        $62.50    EMAILS WITH R. LITTLE, B.
                                                              DAWSON, M. RAIFF AND J. HO
                                                              RE BUDGET.

11/12/15
  0.30      BOUSLOG, MATTHEW G        $625.00       $187.50    DRAFT BUDGET (0.2); EMAILS
                                                              WITH D. KELLY, G. MOOR AND
                                                              C. GOOCH RE BUDGET (0.1).

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**December 9, 2015**

**Invoice No. 2015123266**

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through November 30, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00048 | TCEH Going Public Transactions | $  21,767.00 | $       0.00 | $  21,767.00 |
|  | **Totals** | $  21,767.00 | $     0.00 | $  21,767.00 |
|  | **Current Balance Due** |  |  | $  21,767.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00048 | 09/12/15 | 2015093341 | $  10,132.90 | $    0.00 | $  10,132.90 |
| 92772-00048 | 10/09/15 | 2015101009 | 9,105.50 | 0.00 | 9,105.50 |
| 92772-00048 | 11/07/15 | 2015112647 | 47,919.50 | 0.00 | 47,919.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this
invoice with your payment in the enclosed
Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: December 9, 2015**                                                                      **Invoice No. 2015123266**
**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                          $   67,157.90

**TOTAL OUTSTANDING BALANCE DUE**                 $   88,924.90

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**December 9, 2015**

**Invoice No. 2015123266**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through November 30, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00048 | TCEH Going Public Transactions | $  21,767.00 | $      0.00 | $  21,767.00 |
|  | **Totals** | $  21,767.00 | $      0.00 | $  21,767.00 |
|  | **Current Balance Due** |  |  | $  21,767.00 |

**<u>PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING</u>:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00048 | 09/12/15 | 2015093341 | $  10,132.90 | $    0.00 | $  10,132.90 |
| 92772-00048 | 10/09/15 | 2015101009 | 9,105.50 | 0.00 | 9,105.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: December 9, 2015**                                **Invoice No. 2015123266**

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00048 | 11/07/15 | 2015112647 | 47,919.50 | 0.00 | 47,919.50 |

**PREVIOUS BALANCE DUE**  $  67,157.90

**TOTAL OUTSTANDING BALANCE DUE**  $   88,924.90

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201

TCEH GOING PUBLIC TRANSACTIONS
92772-00048

_____

For Services Rendered Through November 30, 2015

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| ROBERT B. LITTLE | 6.40 | $ 835.00 | $   5,344.00 |
| JONATHAN M. WHALEN | 6.00 | 630.00 | 3,780.00 |
| TIMOTHY P. FISHER | 17.80 | 450.00 | 8,010.00 |
| NEEDHI N. VASAVADA | 11.30 | 410.00 | 4,633.00 |
| **Total Services** | | | $  21,767.00 |

| | |
|---|---|
| **Total Services, Costs/Charges** | 21,767.00 |
| **BALANCE DUE** | $  21,767.00 |

TCEH GOING PUBLIC TRANSACTIONS
92772-00048

---

Detail Services:

| Date | Hours | Name | Rate | Amount | Description |
|---|---|---|---|---|---|
| 11/02/15 | 2.10 | VASAVADA, NEEDHI N | $410.00 | $861.00 | REVISE GOVERNANCE DOCUMENTS (0.7); DRAFT REG FD DISCLOSURE POLICY (0.8); REVIEW AND FINALIZE DRAFTS (0.6). |
| 11/03/15 | 0.40 | LITTLE, ROBERT B | $835.00 | $334.00 | REVIEW AND REVISE STRUCTURE SLIDES. |
| 11/04/15 | 2.20 | LITTLE, ROBERT B | $835.00 | $1,837.00 | REVIEW AND REVISE FORM S-1 (1.6); REVIEW AND REVISE CORPORATE GOVERNANCE DOCUMENTS (0.6). |
| 11/05/15 | 0.80 | WHALEN, JONATHAN M | $630.00 | $504.00 | WORK ON SECTIONS FOR S-1. |
|  | 0.20 | FISHER, TIMOTHY P | $450.00 | $90.00 | CONFERENCE WITH WORKING GROUP REGARDING S-1. |
| 11/06/15 | 1.60 | WHALEN, JONATHAN M | $630.00 | $1,008.00 | WORK ON SECTIONS FOR S-1. |
|  | 5.90 | FISHER, TIMOTHY P | $450.00 | $2,655.00 | REVISE S-1. |
|  | 1.00 | VASAVADA, NEEDHI N | $410.00 | $410.00 | REVIEW ORGANIZATIONAL AND BOARD RELATED DOCUMENTS IN PLAN SUPPLEMENT. |
| 11/07/15 | 1.20 | VASAVADA, NEEDHI N | $410.00 | $492.00 | REVISE AND UPDATE S-1 TO CORRESPOND WITH DOCUMENTS FILED IN PLAN SUPPLEMENT. |
| 11/09/15 | 0.90 | LITTLE, ROBERT B | $835.00 | $751.50 | REVIEW AND REVISE FORM S-1. |
|  | 2.60 | FISHER, TIMOTHY P | $450.00 | $1,170.00 | REVISE S-1. |

| | | | | |
|---|---|---|---|---|
| 2.10 | VASAVADA, NEEDHI N | $410.00 | $861.00 | REVIEW PRECEDENT S-1 AND MAKE CHANGES TO COMMENTS TO BYLAWS AND ARTICLES OF INCORPORATION IN ACCORDANCE WITH PRECEDENT (1.2); INPUT COMMENTS TO MAIN DRAFT OF S-1 (0.9). |

**11/10/15**

| | | | | |
|---|---|---|---|---|
| 0.60 | LITTLE, ROBERT B | $835.00 | $501.00 | REVIEW AND REVISE FORM S-1. |
| 4.00 | FISHER, TIMOTHY P | $450.00 | $1,800.00 | REVISE S-1. |
| 1.00 | VASAVADA, NEEDHI N | $410.00 | $410.00 | REVIEW COMMENTS TO S-1 AND RELEVANT REG S-K RULES (0.5); MAKE CONFORMING CHANGES TO S-1 (0.5). |

**11/12/15**

| | | | | |
|---|---|---|---|---|
| 1.10 | VASAVADA, NEEDHI N | $410.00 | $451.00 | COMPARE D&O QUESTIONNAIRES WITH GDC FORM AND DRAFT SUMMARY EMAIL OF ANY SIGNIFICANT CHANGES. |

**11/13/15**

| | | | | |
|---|---|---|---|---|
| 1.50 | FISHER, TIMOTHY P | $450.00 | $675.00 | PREPARE 8-K REGARDING AMENDMENT TO PLAN SUPPORT AGREEMENT. |

**11/16/15**

| | | | | |
|---|---|---|---|---|
| 0.30 | LITTLE, ROBERT B | $835.00 | $250.50 | TELEPHONE CALL WITH A. WRIGHT REGARDING FORM S-1 (0.2); CONFER WITH J. WHALEN REGARDING SAME (0.1). |
| 2.90 | FISHER, TIMOTHY P | $450.00 | $1,305.00 | PREPARE S-1 CHECKLIST. |

**11/17/15**

| | | | | |
|---|---|---|---|---|
| 0.40 | LITTLE, ROBERT B | $835.00 | $334.00 | REVIEW AND REVISE TIMELINE AND CHECKLIST. |
| 1.40 | WHALEN, JONATHAN M | $630.00 | $882.00 | WORK ON CHECKLIST FOR EMERGENCE MATTERS. |
| 0.50 | FISHER, TIMOTHY P | $450.00 | $225.00 | REVISE S-1 CHECKLIST (0.3); CONFERENCE WITH WORKING GROUP REGARDING SAME (0.2). |

| 11/18/15 | | | | |
|---|---|---|---|---|
| 0.40 | WHALEN, JONATHAN M | $630.00 | $252.00 | REVISE EMERGENCE TIMELINE SLIDE. |
| 0.20 | FISHER, TIMOTHY P | $450.00 | $90.00 | CONFERENCE WITH WORKING GROUP REGARDING 8-K (0.1); REVIEW AND REVISE SAME (0.1). |
| 2.80 | VASAVADA, NEEDHI N | $410.00 | $1,148.00 | DRAFT ORIGINAL NYSE LISTING APPLICATION AND SEND TO J. WHALEN. |
| 11/20/15 | | | | |
| 1.60 | LITTLE, ROBERT B | $835.00 | $1,336.00 | PREPARE FOR AND ATTEND MEETING AT COMPANY REGARDING FORM S-1 PROCESS. |
| 1.80 | WHALEN, JONATHAN M | $630.00 | $1,134.00 | PARTICIPATE IN S-1 PLANNING SESSION. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**December 9, 2015**

**Invoice No. 2015123535**

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through November 30, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00050 | Project Longhorn | $ 364,593.50 | $ 0.00 | $ 364,593.50 |
|  | **Totals** | $ 364,593.50 | $ 0.00 | $ 364,593.50 |
|  | **Current Balance Due** |  |  | $ 364,593.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00050 | 10/09/15 | 2015103414 | $ 9,980.60 | $ 0.00 | $ 9,980.60 |
| 92772-00050 | 11/07/15 | 2015112650 | 318,254.00 | 0.00 | 318,254.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                    $  328,234.60

**TOTAL OUTSTANDING BALANCE DUE**           $  692,828.10

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**December 9, 2015**

**Invoice No. 2015123535**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through November 30, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00050 | Project Longhorn | $ 364,593.50 | $ 0.00 | $ 364,593.50 |
|  | **Totals** | $ 364,593.50 | $ 0.00 | $ 364,593.50 |
|  | **Current Balance Due** |  |  | $ 364,593.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00050 | 10/09/15 | 2015103414 | $ 9,980.60 | $ 0.00 | $ 9,980.60 |
| 92772-00050 | 11/07/15 | 2015112650 | 318,254.00 | 0.00 | 318,254.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: December 9, 2015**                                              **Invoice No. 2015123535**

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE** $ 328,234.60

**TOTAL OUTSTANDING BALANCE DUE** $ 692,828.10

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201


PROJECT LONGHORN
92772-00050

_____

For Services Rendered Through November 30, 2015

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| JOSEPH KATTAN | 16.10 | $1,100.00 | $  17,710.00 |
| DAVID L. SINAK | 2.90 | 1,065.00 | 3,088.50 |
| THOMAS J. MCHENRY | 0.30 | 1,065.00 | 319.50 |
| WILLIAM R. HOLLAWAY | 7.60 | 1,055.00 | 8,018.00 |
| STEPHEN D. NORDAHL | 8.20 | 980.00 | 8,036.00 |
| ROBERT B. LITTLE | 122.50 | 835.00 | 102,287.50 |
| SAPTAK SANTRA | 38.30 | 965.00 | 36,959.50 |
| ANDREW A. CLINE | 4.10 | 650.00 | 2,665.00 |
| DANIEL ANGEL | 3.30 | 855.00 | 2,821.50 |
| DOUGLAS M. CHAMPION | 1.50 | 770.00 | 1,155.00 |
| KRISTA P. HANVEY | 13.60 | 725.00 | 9,860.00 |
| JONATHAN M. WHALEN | 142.90 | 630.00 | 90,027.00 |
| MELISSA L. PERSONS | 25.50 | 805.00 | 20,527.50 |
| EMILY LIEBERMAN | 7.50 | 695.00 | 5,212.50 |
| MICHAEL Q. CANNON | 8.80 | 575.00 | 5,060.00 |
| ROBERT M. NICHOLS | 4.50 | 520.00 | 2,340.00 |
| TIMOTHY P. FISHER | 83.90 | 450.00 | 37,755.00 |
| JOSEPH A. ORIEN | 0.60 | 450.00 | 270.00 |
| MARK H. DRESCHLER | 7.50 | 460.00 | 3,450.00 |
| LAUREN A. TRAINA | 5.00 | 460.00 | 2,300.00 |
| JEAN Y. PARK | 0.10 | 460.00 | 46.00 |
| SIDHANT KUMAR | 3.00 | 495.00 | 1,485.00 |
| JANINE DURAND | 4.00 | 800.00 | 3,200.00 |

**Total Services**                                                          $  364,593.50




**Total Services, Costs/Charges**                                           364,593.50

**BALANCE DUE**                                                             $  364,593.50

**Invoice Date: December 9, 2015**                              **Invoice No. 2015123535**

**Due and Payable Upon Receipt**

PROJECT LONGHORN
92772-00050

_____

Detail Services:

11/01/15

| 3.50 | CANNON, MICHAEL Q | $575.00 | $2,012.50 | REVIEW MARK-UP OF PROJECT LONGHORN. |
|---|---|---|---|---|
| 1.00 | FISHER, TIMOTHY P | $450.00 | $450.00 | REVISE PURCHASE AND SALE AGREEMENT AND CONFERENCE WITH WORKING GROUP REGARDING SAME. |

11/02/15

| 1.20 | SINAK, DAVID L | $1,065.00 | $1,278.00 | TELEPHONE CONFERENCES AND REVIEW PROPOSED TAX CHANGES TO PURCHASE AND SALE AGREEMENT DRAFT. |
|---|---|---|---|---|
| 1.70 | LITTLE, ROBERT B | $835.00 | $1,419.50 | WORK ON DEBT SUMMARY SLIDES (1.1); TELEPHONE CALL WITH A. WRIGHT REGARDING SAME (0.3); TELEPHONE CALL WITH KIRKLAND REGARDING SAME (0.3). |
| 1.10 | ANGEL, DANIEL | $855.00 | $940.50 | REVISE PURCHASE AGREEMENT IP REPS. |
| 5.10 | WHALEN, JONATHAN M | $630.00 | $3,213.00 | REVISE PURCHASE AND SALE AGREEMENT (3.2); DRAFT SLIDES REGARDING PURCHASE AGREEMENT ISSUES (1.9). |
| 8.50 | FISHER, TIMOTHY P | $450.00 | $3,825.00 | REVISE PURCHASE AND SALE AGREEMENT AND CONFERENCE WITH WORKING GROUP REGARDING SAME. |
| 3.20 | DRESCHLER, MARK H | $460.00 | $1,472.00 | UPDATE DILIGENCE MEMORANDUM FOR NEWLY RECEIVED REAL ESTATE DILIGENCE MATERIALS. |
| 0.50 | TRAINA, LAUREN A | $460.00 | $230.00 | UPDATE REAL ESTATE DUE DILIGENCE MEMORANDUM REGARDING NEW ANSWERS POSTED BY SELLER TO DUE DILIGENCE LOG. |

| | | | | |
|---|---|---|---|---|
| 2.00 | DURAND, JANINE | $800.00 | $1,600.00 | RESEARCH FERC DATABASE ON FORNEY PIPELINE (0.8); RESEARCH BACKGROUND ON FORNEY PIPELINE (0.5); RESPOND TO DILIGENCE QUESTIONS ON PURCHASE AND SALE AGREEMENT (0.4); REVIEW PURCHASE AND SALE AGREEMENT LANGUAGE (0.3). |

11/03/15

| | | | | |
|---|---|---|---|---|
| 4.80 | LITTLE, ROBERT B | $835.00 | $4,008.00 | REVIEW AND REVISE PURCHASE AGREEMENT (3.4); REVIEW AND REVISE SLIDES REGARDING DEBT ISSUES (1.1); CONFER WITH A. WRIGHT AND G. SANTOS REGARDING SAME (0.3). |
| 4.40 | WHALEN, JONATHAN M | $630.00 | $2,772.00 | WORK ON PURCHASE AND SALE AGREEMENT ISSUES LIST SLIDE DECK (1.7); REVISE TCEH RESOLUTIONS APPROVING BINDING BID (0.8); REVISE PURCHASE AND SALE AGREEMENT (1.9). |
| 2.80 | FISHER, TIMOTHY P | $450.00 | $1,260.00 | REVISE PURCHASE AND SALE AGREEMENT. |
| 2.00 | DURAND, JANINE | $800.00 | $1,600.00 | REVIEW FERC FILING FOR FORNEY PIPELINE (0.4); REVIEW FERC FILINGS FOR LAMAR PROJECT (0.4); REVIEW DETAILS OF GAS CONTRACTS (0.6); REVIEW LITIGATION INFORMATION (0.2); CORRESPONDENCE WITH TEAM (0.2). |

11/04/15

| | | | | |
|---|---|---|---|---|
| 5.20 | LITTLE, ROBERT B | $835.00 | $4,342.00 | CONFER WITH J. WHALEN AND T. FISHER REGARDING PURCHASE AGREEMENT (0.5); REVIEW AND REVISE PURCHASE AGREEMENT (3.8); REVIEW AND REVISE SLIDE PRESENTATION (0.4); E-MAILS REGARDING SAME (0.2); REVIEW BID INSTRUCTION LETTER (0.3). |

| 0.50 | CHAMPION, DOUGLAS M | $770.00 | $385.00 | E-MAIL TO J. WHALEN REGARDING REAL ESTATE QUESTIONS FOR PSA MARK-UP. |
| 4.60 | WHALEN, JONATHAN M | $630.00 | $2,898.00 | REVISE PURCHASE AND SALE AGREEMENT (2.9); PARTICIPATE IN PHONE CALL WITH R. LITTLE AND T. FISHER REGARDING ANCILLARY AGREEMENTS (0.6); DRAFT EMAILS REGARDING TRANSACTION MATTERS (1.1). |
| 4.60 | FISHER, TIMOTHY P | $450.00 | $2,070.00 | REVISE PURCHASE AND SALE AGREEMENT (4.0); CONFER WITH R. LITTLE AND J. WHALEN REGARDING ANCILLARY AGREEMENTS (0.6). |

11/05/15

| 2.60 | LITTLE, ROBERT B | $835.00 | $2,171.00 | REVIEW AND REVISE PURCHASE AGREEMENT. |
| 2.00 | WHALEN, JONATHAN M | $630.00 | $1,260.00 | REVISE PURCHASE AND SALE AGREEMENT (0.8); REVIEW ANCILLARY AGREEMENTS (1.2). |
| 1.80 | FISHER, TIMOTHY P | $450.00 | $810.00 | REVIEW AND REVISE PURCHASE AND SALE AGREEMENT. |
| 0.10 | TRAINA, LAUREN A | $460.00 | $46.00 | REVIEW UPDATED DUE DILIGENCE LOG WITH NEW ANSWERS FROM SELLER. |
| 0.10 | PARK, JEAN Y | $460.00 | $46.00 | REVIEW LATEST RESPONSES FROM SELLER. |

11/06/15

| 0.30 | LITTLE, ROBERT B | $835.00 | $250.50 | TELEPHONE CALL WITH A. WRIGHT REGARDING TRANSACTION ACTION ITEMS. |
| 2.90 | SANTRA, SAPTAK | $965.00 | $2,798.50 | REVIEW OPERATION AND MAINTENANCE AGREEMENT IN CONJUNCTION WITH M. PERSONS. |
| 1.70 | ANGEL, DANIEL | $855.00 | $1,453.50 | REVIEW AND REVISE TERM SHEET FOR TSA |

| | | | | |
|---|---|---|---|---|
| 0.50 | HANVEY, KRISTA P | $725.00 | $362.50 | REVISE DRAFT PURCHASE AGREEMENT EMPLOYEE MATTERS PROVISIONS (0.4); EMAIL WORKING GROUP REGARDING SAME (0.1). |
| 2.80 | WHALEN, JONATHAN M | $630.00 | $1,764.00 | COORDINATE REVIEW OF OPERATION & MAINTENANCE AGREEMENT (0.6); ANALYSIS AND DISCUSSION REGARDING EMPLOYEE MATTERS COVENANT (1.2); COORDINATE REVISIONS OF TSA TERM SHEET (0.4); REVIEW AND CIRCULATE DRAFT DISCLOSURE SCHEDULES (0.6). |
| 0.60 | CANNON, MICHAEL Q | $575.00 | $345.00 | ATTENTION TO PROJECT LONGHORN TAX ISSUES. |
| 1.00 | FISHER, TIMOTHY P | $450.00 | $450.00 | REVISE PURCHASE AND SALE AGREEMENT AND CONFERENCE WITH WORKING GROUP REGARDING SAME. |

11/07/15

| | | | | |
|---|---|---|---|---|
| 0.80 | LITTLE, ROBERT B | $835.00 | $668.00 | REVIEW REVISIONS FROM G. SANTOS TO PURCHASE AND SALE AGREEMENT (0.4); E-MAILS REGARDING SAME (0.2); CONFER WITH A. WRIGHT REGARDING SAME (0.2). |
| 1.40 | WHALEN, JONATHAN M | $630.00 | $882.00 | DRAFT EMAILS REGARDING PURCHASE AGREEMENT AND DISCLOSURE SCHEDULES. |
| 1.40 | PERSONS, MELISSA L | $805.00 | $1,127.00 | REVIEW DRAFT OF OPERATION & MAINTENANCE AGREEMENT. |
| 3.80 | FISHER, TIMOTHY P | $450.00 | $1,710.00 | REVISE STOCK PURCHASE AGREEMENT. |

11/08/15

| | | | | |
|---|---|---|---|---|
| 5.70 | LITTLE, ROBERT B | $835.00 | $4,759.50 | REVIEW AND REVISE PURCHASE AND SALE AGREEMENT (3.7); CONFER WITH A. WRIGHT REGARDING SAME (0.4); TELEPHONE CALL WITH WORKING GROUP REGARDING SAME (1.6). |
| 0.60 | HANVEY, KRISTA P | $725.00 | $435.00 | CONTINUE TO REVISE ASSET PURCHASE AGREEMENT. |

| | | | | |
|---|---|---|---|---|
| 4.30 | WHALEN, JONATHAN M | $630.00 | $2,709.00 | REVISE PSA (2.9); PARTICIPATE ON PHONE CALLS REGARDING PSA (1.1); DRAFT EMAILS REGARDING ANTITRUST MATTERS (0.3). |
| 4.70 | FISHER, TIMOTHY P | $450.00 | $2,115.00 | REVISE STOCK PURCHASE AGREEMENT. |

**11/09/15**

| | | | | |
|---|---|---|---|---|
| 0.60 | KATTAN, JOSEPH | $1,100.00 | $660.00 | REVIEW BACKGROUND INFORMATION ON ENERGY FUTURE AND TARGET'S GENERATION RESOURCES (0.3); DISCUSS INFORMATION REQUIREMENTS WITH BILL HOLLOWAY (0.3). |
| 0.30 | HOLLAWAY, WILLIAM R | $1,055.00 | $316.50 | RESPOND TO QUESTIONS REGARDING ANTITRUST MATTERS TO TEXAS PROJECTS ACQUISITION. |
| 3.00 | LITTLE, ROBERT B | $835.00 | $2,505.00 | TELEPHONE CALLS REGARDING TRANSACTION ISSUES (0.6); REVIEW AND REVISE PURCHASE AGREEMENT (1.9); E-MAILS REGARDING TRANSACTION ISSUES (0.5). |
| 3.40 | SANTRA, SAPTAK | $965.00 | $3,281.00 | REVIEW AND COMMENT ON M. PERSONS' COMMENTS ON OPERATION AND MAINTENANCE AGREEMENT AND SUGGEST REVISIONS (1.6); REVIEW DISCLOSURE SCHEDULES AS CIRCULATED BY J. WHALEN AND TRANSMIT COMMENTS BASED ON DILIGENCE REVIEWS (1.8). |
| 1.00 | CHAMPION, DOUGLAS M | $770.00 | $770.00 | REVIEW OF PURCHASE AND SALE AGREEMENT SCHEDULES. |
| 1.20 | HANVEY, KRISTA P | $725.00 | $870.00 | REVISE MARK-UP OF EMPLOYEE MATTERS PROVISIONS IN PURCHASE AGREEMENT (1.1); EMAIL CORRESPONDENCE WITH WORKING GROUP REGARDING SAME (0.1). |

| | | | | |
|---|---|---|---|---|
| 6.50 | WHALEN, JONATHAN M | $630.00 | $4,095.00 | WORK ON ISSUES LIST MARKUP (4.1); PREPARE REVISED ISSUES LIST TO REFLECT RESPONSE TO ISSUES IN PURCHASE AND SALE AGREEMENT (1.1); PARTICIPATE IN PHONE CALLS TO DISCUSS PURCHASE AND SALE AGREEMENT MARKUP (1.3). |
| 3.10 | PERSONS, MELISSA L | $805.00 | $2,495.50 | REVIEW DRAFT OF OPERATION & MAINTENANCE AGREEMENT AND PROVIDE INITIAL SET OF COMMENTS TO S. SAPTAK (2.0); REVISE ISSUES LIST IN RESPONSE TO COMMENTS RECEIVED FROM S. SAPTAK (0.6); REVIEW GAS TRANSPORTATION AND PURCHASE AGREEMENT DISCLOSURES IN SCHEDULES AND PROVIDE COMMENTS TO J. WHALEN AND T. FISHER (0.5). |
| 1.60 | FISHER, TIMOTHY P | $450.00 | $720.00 | REVISE SCHEDULES (0.4); CONFERENCE WITH WORKING GROUP REGARDING PSA (0.8); REVISE DUE DILIGENCE REQUEST LOG (0.2). |
| 3.30 | DRESCHLER, MARK H | $460.00 | $1,518.00 | UPDATE DILIGENCE MEMORANDUM FOR NEWLY RECEIVED REAL ESTATE DILIGENCE MATERIALS. |
| 0.30 | TRAINA, LAUREN A | $460.00 | $138.00 | REVIEW REAL ESTATE ANNEX TO PURCHASE AND SALE AGREEMENT. |
| 11/10/15 | | | | |
| 1.60 | KATTAN, JOSEPH | $1,100.00 | $1,760.00 | REVIEW PUBLIC REPORTS REGARDING ERCOT GENERATION RESOURCES AND TRANSMISSION CONSTRAINTS (0.9); TELEPHONE CONFERENCES WITH BILL HOLLAWAY REGARDING PARTIES' GENERATION RESOURCES (0.7). |

| | | | | |
|---|---|---|---|---|
| 2.10 | HOLLAWAY, WILLIAM R | $1,055.00 | $2,215.50 | RESEARCH COMPETITION ISSUES FOR LAMAR AND FARNEY ACQUISITION (0.7); REVIEW LUMINANT ASSETS, NEW ASSETS, CONGESTION AND ERCOT ISSUES (0.7); SUMMARIZE FINDINGS (0.7). |
| 5.40 | LITTLE, ROBERT B | $835.00 | $4,509.00 | REVIEW AND REVISE PURCHASE AGREEMENT (2.6); TELEPHONE CALLS AND E-MAILS WITH WORKING GROUP REGARDING SAME (1.2); REVISE SLIDES FOR PURCHASE AGREEMENT ISSUES (0.6); REVIEW AND REVISE BID LETTER (1.0). |
| 2.00 | HANVEY, KRISTA P | $725.00 | $1,450.00 | REVISE PURCHASE AGREEMENT EMPLOYEE MATTERS COVENANT (1.7) AND EMAIL WORKING GROUP REGARDING SAME (0.3). |
| 8.90 | WHALEN, JONATHAN M | $630.00 | $5,607.00 | DISCUSSIONS AND ANALYSIS REGARDING TREATMENT OF LA FRONTERA PROJECT DEBT (2.2); DISCUSSIONS REGARDING ANTITRUST MATTERS (0.4); REVISE AND DISTRIBUTE PURCHASE AND SALE AGREEMENT (5.2); WORK ON PURCHASE AND SALE AGREEMENT ISSUES LIST SLIDES (1.1). |
| 2.70 | FISHER, TIMOTHY P | $450.00 | $1,215.00 | REVISE PURCHASE AND SALE AGREEMENT AND DISCLOSURE SCHEDULES. |
| 11/11/15 | | | | |
| 8.60 | LITTLE, ROBERT B | $835.00 | $7,181.00 | REVIEW AND REVISE PURCHASE AGREEMENT, BID LETTER AND SLIDES (5.2); TELEPHONE CALLS WITH WORKING GROUP (3.4). |
| 1.20 | SANTRA, SAPTAK | $965.00 | $1,158.00 | CORRESPONDENCE WITH M. PERSONS AND T. FISHER REGARDING MISSING DOCUMENTS REFERENCED IN DISCLOSURE SCHEDULES. |

| 0.70 | HANVEY, KRISTA P | $725.00 | $507.50 | REVISE PURCHASE AGREEMENT (0.5); CONFERENCE WITH T. FISHER REGARDING SAME (0.2). |
| 7.60 | WHALEN, JONATHAN M | $630.00 | $4,788.00 | WORK ON LONGHORN PURCHASE AND SALE AGREEMENT (4.5); PARTICIPATE IN PHONE CALLS REGARDING BID PREPARATIONS (2.4); WORK ON SLIDE DECK OUTLINING PURCHASE AND SALE AGREEMENT ISSUES (0.7). |
| 2.50 | FISHER, TIMOTHY P | $450.00 | $1,125.00 | REVISE PURCHASE AND SALE AGREEMENT (1.3); CONFERENCE S. SANTRA AND M. PERSONS REGARDING SAME (1.2). |

11/12/15

| 6.40 | LITTLE, ROBERT B | $835.00 | $5,344.00 | REVIEW AND REVISE PURCHASE AGREEMENT AND ANCILLARY DOCUMENTS (2.8); TELEPHONE CALLS AND EMAILS REGARDING SAME (3.6). |
| 0.40 | HANVEY, KRISTA P | $725.00 | $290.00 | REVIEW REVISIONS TO PURCHASE AGREEMENT (0.2) AND EMAIL WORKING GROUP REGARDING SAME (0.2). |
| 7.40 | WHALEN, JONATHAN M | $630.00 | $4,662.00 | REVIEW AND REVISE PURCHASE AND SALE AGREEMENT (4.5); PARTICIPATE IN PHONE CALLS TO DISCUSS BID PROCESS (1.8); DRAFT EMAILS REGARDING BID PROCESS (1.1). |
| 0.30 | PERSONS, MELISSA L | $805.00 | $241.50 | REVIEW DOCUMENTATION PROVIDED IN RESPONSES TO INQUIRIES. |
| 0.20 | CANNON, MICHAEL Q | $575.00 | $115.00 | ATTENTION TO TAX QUESTIONS RELATED TO PROJECT LONGHORN ACQUISITION. |

| | | | | |
|---|---|---|---|---|
| 7.80 | FISHER, TIMOTHY P | $450.00 | $3,510.00 | REVIEW AND REVISE PURCHASE AND SALE AGREEMENTS AND OTHER PARTS OF BID PACKAGE. |

11/13/15

| | | | | |
|---|---|---|---|---|
| 0.30 | LITTLE, ROBERT B | $835.00 | $250.50 | E-MAILS REGARDING BID SUBMISSION. |
| 1.80 | WHALEN, JONATHAN M | $630.00 | $1,134.00 | PHONE CALLS REGARDING PURCHASE AGREEMENT (0.7); COORDINATE FINALIZATION OF BID-FORM PURCHASE AGREEMENT MARKUP (1.1). |
| 2.00 | FISHER, TIMOTHY P | $450.00 | $900.00 | REVISE PURCHASE AND SALE AGREEMENT (0.5); PREPARE FINAL BID PACKAGE (1.5). |

11/16/15

| | | | | |
|---|---|---|---|---|
| 1.20 | LITTLE, ROBERT B | $835.00 | $1,002.00 | REVIEW LIST OF ISSUES ON PURCHASE AGREEMENT (0.1); PREPARE CHART REGARDING SAME (1.1). |
| 1.20 | WHALEN, JONATHAN M | $630.00 | $756.00 | COORDINATE DILIGENCE MATTERS. |
| 0.20 | FISHER, TIMOTHY P | $450.00 | $90.00 | CONFERENCE WITH WORKING GROUP REGARDING DILIGENCE MATTERS. |
| 1.00 | DRESCHLER, MARK H | $460.00 | $460.00 | UPDATE DILIGENCE MEMORANDUM FOR NEWLY RECEIVED REAL ESTATE DILIGENCE MATERIALS. |
| 0.40 | TRAINA, LAUREN A | $460.00 | $184.00 | REVIEW AND REVISE REAL ESTATE DUE DILIGENCE MEMORANDUM. |

11/17/15

| | | | | |
|---|---|---|---|---|
| 0.20 | HOLLAWAY, WILLIAM R | $1,055.00 | $211.00 | RESPOND TO QUESTIONS REGARDING GAS AGREEMENTS. |

| | | | | |
|---|---|---|---|---|
| 2.30 | LITTLE, ROBERT B | $835.00 | $1,920.50 | WORK ON RESPONSE TO CITI REGARDING PURCHASE AND SALE AGREEMENT ISSUES (1.6); TELEPHONE CALL WITH WORKING GROUP REGARDING OPERATION & MAINTENANCE AGREEMENT AND DISCLOSURE SCHEDULES (0.4); CONFER WITH PAUL WEISS REGARDING TRANSACTION ISSUES (0.3). |
| 1.20 | WHALEN, JONATHAN M | $630.00 | $756.00 | DRAFT EMAILS REGARDING TRANSACTION MATTERS (1.2); DISCUSSIONS REGARDING DISCLOSURE SCHEDULES (0.8). |
| 4.80 | PERSONS, MELISSA L | $805.00 | $3,864.00 | REVIEW ADDITIONAL GAS SALES CONTRACTS PROVIDED BY SELLER AND RELATED SECURITY AGREEMENT AND AMENDMENTS (2.6); PREPARE ISSUES CHART SUMMARIZING ISSUES RAISED BY NEW AGREEMENTS WITH RESPECT TO THE CONTEMPLATED TRANSACTION (2.2). |
| 2.50 | FISHER, TIMOTHY P | $450.00 | $1,125.00 | REVISE DUE DILIGENCE MEMORANDUM (1.6); CONFERENCE WITH WORKING GROUP REGARDING DILIGENCE ISSUES (0.9). |

11/18/15

| | | | | |
|---|---|---|---|---|
| 0.30 | SINAK, DAVID L | $1,065.00 | $319.50 | TELEPHONE CONFERENCES REGARDING TAX ISSUES. |
| 3.90 | LITTLE, ROBERT B | $835.00 | $3,256.50 | REVIEW AND REVISE DISCLOSURE SCHEDULES (0.9); TELEPHONE CALLS AND E-MAILS WITH A. WRIGHT REGARDING TRANSACTION ISSUES (0.4); PREPARE MEMO REGARDING TRANSACTION ISSUES FOR A. WRIGHT (2.6). |

| | | | | |
|---|---|---|---|---|
| 3.70 | SANTRA, SAPTAK | $965.00 | $3,570.50 | CORRESPONDENCE WITH J. WHALEN REGARDING OPERATION & MAINTENANCE AGREEMENT (0.7); REVIEW AND ANALYSE BID DRAFT OF OPERATION AND MAINTENANCE AGREEMENT (1.6); REVIEW VARIOUS TRANSMISSIONS OF EFH COMMENTS ON OPERATION & MAINTENANCE AGREEMENT (1.4). |
| 1.50 | HANVEY, KRISTA P | $725.00 | $1,087.50 | PREPARE PROPOSED MARK-UP OF EMPLOYEE AND BENEFITS PROVISIONS OF OPERATION & MAINTENANCE AGREEMENT. |
| 5.10 | WHALEN, JONATHAN M | $630.00 | $3,213.00 | CORRESPONDENCE WITH S. SANTRA REGARDING OPERATION & MAINTENANCE AGREEMENT (0.7); REVIEW AND REVISE DISCLOSURE SCHEDULES (1.8); ANALYSIS REGARDING GAS SUPPLY AGREEMENTS (1.1); PARTICIPATE IN PHONE CALL REGARDING REAL ESTATE ISSUES (0.6); ANALYSIS REGARDING ANTITRUST MATTERS (0.9). |
| 0.40 | CANNON, MICHAEL Q | $575.00 | $230.00 | ANALYZE TAX QUESTION REGARDING PURCHASE AGREEMENT FROM CLIENT. |
| 5.30 | FISHER, TIMOTHY P | $450.00 | $2,385.00 | REVISE DISCLOSURE SCHEDULES (2.4); CONFERENCE WITH WORKING GROUP REGARDING REAL ESTATE DILIGENCE ISSUES (1.4); CONFERENCE WITH WORKING GROUP REGARDING GAS ARRANGEMENT ISSUES (1.5). |
| 0.50 | TRAINA, LAUREN A | $460.00 | $230.00 | PARTICIPATE IN CONFERENCE CALL WITH CLIENT'S LENDERS TO DISCUSS OUTSTANDING REAL ESTATE DILIGENCE ISSUES. |

11/19/15

| | | | | |
|---|---|---|---|---|
| 2.20 | KATTAN, JOSEPH | $1,100.00 | $2,420.00 | REVIEW MATERIALS REGARDING ERCOT GENERATION AND TRANSMISSION RESOURCES (0.6); TELEPHONE CONFERENCES WITH BILL HOLLAWAY REGARDING ISSUES FOR CALL WITH LUMINANT(0.5); PARTICIPATE IN CALL WITH LUMINANT TEAM REGARDING LONGHORN ANTITRUST ANALYSIS (1.0). |
| 1.50 | HOLLAWAY, WILLIAM R | $1,055.00 | $1,582.50 | REVIEW ERCOT MARKET ISSUES (0.5); PARTICIPATE IN TEAM CALL WITH LUMINANT REGARDING ERCOT MARKET AND CONGESTION ISSUES FOR ANTITRUST ANALYSIS (1.0). |
| 4.10 | LITTLE, ROBERT B | $835.00 | $3,423.50 | REVIEW AND REVISE OPERATION & MAINTENANCE AGREEMENT (2.8); CONFER WITH J. WHALEN REGARDING SAME (0.4); TELEPHONE CALL REGARDING PURCHASE AND SALE AGREEMENT ISSUES (0.6); REVIEW REVISED ISSUES LIST (0.3). |
| 3.40 | SANTRA, SAPTAK | $965.00 | $3,281.00 | REVIEW AND COMMENT ON PRELIMINARY BID DRAFT MARK-UP OF OPERATION & MAINTENANCE AGREEMENT. |
| 1.90 | HANVEY, KRISTA P | $725.00 | $1,377.50 | CONFERENCE CALL WITH WORKING GROUP REGARDING REVISIONS TO OPERATION & MAINTENANCE AGREEMENT. |
| 7.10 | WHALEN, JONATHAN M | $630.00 | $4,473.00 | PARTICIPATE IN CALLS REGARDING OPERATION & MAINTENANCE AGREEMENT (1.9); PREPARE ISSUES LIST FOR PURCHASE AND SALE AGREEMENT (1.4); WORK ON OPERATION & MAINTENANCE AGREEMENT (2.1); PARTICIPATE IN PHONE CALLS REGARDING PURCHASE AND SALE AGREEMENT (1.7). |

| | | | | |
|---|---|---|---|---|
| 6.20 | PERSONS, MELISSA L | $805.00 | $4,991.00 | PREPARE MARK-UP OF OPERATION & MAINTENANCE AGREEMENT ATTACHED TO PURCHASE AND SALE AGREEMENT. |
| 6.00 | FISHER, TIMOTHY P | $450.00 | $2,700.00 | REVIEW INSURANCE DOCUMENTS (0.4); REVIEW AND REVISE DISCLOSURE SCHEDULES (2.4); REVISE ISSUES LIST AND CONFERENCE WITH WORKING GROUP REGARDING SAME (1.2); CONFERENCE WITH WORKING GROUP REGARDING OPERATION & MAINTENANCE AGREEMENT (2). |

11/20/15

| | | | | |
|---|---|---|---|---|
| 0.70 | SINAK, DAVID L | $1,065.00 | $745.50 | REVIEW AND COMMENT ON TAX PROVISIONS IN REVISED DRAFT. |
| 0.30 | MCHENRY, THOMAS J | $1,065.00 | $319.50 | E-MAIL J. WHALEN REGARDING HAZARDOUS MATERIAL DEFINITION (0.1); DRAFT NOTES REGARDING SAME (0.2). |
| 0.50 | HOLLAWAY, WILLIAM R | $1,055.00 | $527.50 | REVIEW REVISIONS TO PURCHASE AND SALE AGREEMENT REGARDING REGULATORY ISSUES. |
| 5.80 | LITTLE, ROBERT B | $835.00 | $4,843.00 | REVIEW REVISED PURCHASE AGREEMENT (1.8); COMPILE ISSUES LIST FOR SAME (3.4); CONFER WITH A. WRIGHT REGARDING SAME (0.6). |

| | | | | |
|---|---|---|---|---|
| 5.10 | SANTRA, SAPTAK | $965.00 | $4,921.50 | REVIEW AND ANALYZE VARIOUS CORRESPONDENCE FROM EFH ATTACHING COMMENTS ON DRAFT OPERATION AND MAINTENANCE AGREEMENT AND REVISIONS TO IT (2.7); ATTEND PART OF TELECONFERENCE TO DISCUSS COMMENTS ON OPERATION AND MAINTENANCE AGREEMENT (0.9); TELECONFERENCE WITH M. PERSONS REGARDING INSTRUCTIONS ON CERTAIN ISSUES UNDER OPERATION AND MAINTENANCE AGREEMENT AND RELATED DRAFTING SUGGESTIONS (1.5). |
| 2.40 | HANVEY, KRISTA P | $725.00 | $1,740.00 | REVISE OPERATION & MAINTENANCE AGREEMENT LABOR PROVISIONS (0.4); REVISE PURCHASE AGREEMENT (1.5); PREPARE ISSUES LIST (0.5). |
| 6.50 | WHALEN, JONATHAN M | $630.00 | $4,095.00 | WORK ON OPERATION & MAINTENANCE AGREEMENT (3.8); EMAILS AND DISCUSSIONS REGARDING OPERATION & MAINTENANCE AGREEMENT (2.1); REVIEW REVISED NEXTEAR DRAFT PURCHASE AND SALE AGREEMENT (0.6). |

| | | | | |
|---|---|---|---|---|
| 9.70 | PERSONS, MELISSA L | $805.00 | $7,808.50 | REVIEW COMMENTS RECEIVED FROM EFH ON DRAFT OPERATION & MAINTENANCE AGREEMENT (0.5); LEAD CONFERENCE CALL REGARDING DRAFT OF OPERATION & MAINTENANCE AGREEMENT (2.0); PREPARE AND CIRCULATE REVISED DRAFT OF OPERATION & MAINTENANCE AGREEMENT (3.0); RESPOND TO CLIENT COMMENTS REGARDING OPERATION & MAINTENANCE AGREEMENT AND COORDINATE WITH J. WHALEN REGARDING BULLET POINT LIST (2.7); TELECONFERENCE WITH S. SANTRA REGARDING INSTRUCTIONS ON CERTAIN ISSUES UNDER OPERATION AND MAINTENANCE AGREEMENT AND RELATED DRAFTING SUGGESTIONS (1.5). |
| 1.20 | CANNON, MICHAEL Q | $575.00 | $690.00 | TAX ATTENTION TO PROJECT LONGHORN. |
| 1.70 | FISHER, TIMOTHY P | $450.00 | $765.00 | REVISE OPERATION & MAINTENANCE AGREEMENT (0.5); CONFERENCE WITH WORKING GROUP REGARDING PURCHASE AND SALE AGREEMENT AND REVISE SAME (1.3). |
| 0.80 | TRAINA, LAUREN A | $460.00 | $368.00 | REVIEW REVISED DRAFT OF PURCHASE AND SALE AGREEMENT. |
| 3.00 | KUMAR, SIDHANT | $495.00 | $1,485.00 | REVIEW AND MARK UP OF PROPOSED OPERATION & MAINTENANCE AGREEMENT WITH NEXTRA. |
| 11/21/15 1.00 | HOLLAWAY, WILLIAM R | $1,055.00 | $1,055.00 | RESPOND TO QUESTIONS REGARDING ERCOT ANALYSIS (0.6); REVIEW REVISIONS TO TRANSACTION DOCUMENTS (0.4). |

| 13.30 | LITTLE, ROBERT B | $835.00 | $11,105.50 | WORK ON ISSUES LIST (3.5); TELEPHONE CALLS REGARDING SAME (3.4); REVISE PURCHASE AGREEMENT (6.4). |
| 4.60 | SANTRA, SAPTAK | $965.00 | $4,439.00 | REVIEW AND COMMENT ON REVISED DRAFT OF THE OPERATION & MAINTENANCE AGREEMENT PREPARED BY M. PERSONS PRIOR TO ONWARD TRANSMISSION TO CLIENT (1.7); ASSIST M. PERSONS IN PREPARING LIST OF MAJOR ISSUES RELATING TO OPERATION AND MAINTENANCE AGREEMENT (1.2); REVIEW AND ANALYZE VARIOUS CORRESPONDENCE FROM EFH ATTACHING COMMENTS ON DRAFT OPERATION AND MAINTENANCE AGREEMENT AND SUGGESTED REVISIONS (1.3); REVIEW SUGGESTED RESPONSES TO PAUL WEISS COMMENTS ON OPERATION AND MAINTENANCE AGREEMENT PREPARED BY J. WHALEN (0.4). |
| 0.20 | ANGEL, DANIEL | $855.00 | $171.00 | REVIEW COMMENTS TO IP REPS AND SUMMARIZE SAME. |
| 1.10 | WHALEN, JONATHAN M | $630.00 | $693.00 | DRAFT EMAILS REGARDING ANTITRUST EFFORTS STANDARD (0.6); DRAFT EMAILS REGARDING MECHANICS FOR CONTRIBUTION OF ADDITIONAL ASSETS (0.5). |
| 10.70 | FISHER, TIMOTHY P | $450.00 | $4,815.00 | CONFERENCE WITH WORKING GROUP REGARDING PURCHASE AND SALE AGREEMENT (1.9); REVISE PSA (8.8). |

11/22/15

| | | | | |
|---|---|---|---|---|
| 2.20 | KATTAN, JOSEPH | $1,100.00 | $2,420.00 | TELEPHONE CONFERENCES, EMAILS WITH R. LITTLE AND J. WHALEN REGARDING ANTITRUST ANALYSIS OF POTENTIAL TRANSACTION (0.4); PARTICIPATE IN CONFERENCE CALL WITH CLIENT AND INVESTORS REGARDING TRANSACTION ANALYSIS (0.6); PARTICIPATE IN CALL WITH ICF ECONOMICS TEAM REGARDING TRANSACTION ANALYSIS (0.3); TELEPHONE CONFERENCE WITH T. FILSINGER REGARDING ECONOMIC ANALYSIS (0.3); TELEPHONE CONFERENCE WITH M. DANG REGARDING FURTHER ANALYSIS (0.6). |
| 4.80 | LITTLE, ROBERT B | $835.00 | $4,008.00 | REVIEW AND REVISE PURCHASE AND SALE AGREEMENT (2.2); TELEPHONE CALLS REGARDING SAME (2.3); REVIEW ISSUES LIST (0.3). |
| 1.20 | SANTRA, SAPTAK | $965.00 | $1,158.00 | REVIEW SELLER'S REVISED DRAFT OF THE PURCHASE AND SALE AGREEMENT AND REVISIONS TO BID DRAFT. |
| 0.40 | HANVEY, KRISTA P | $725.00 | $290.00 | REVIEW REVISED PURCHASE AGREEMENT (0.3); EMAIL CORRESPONDENCE REGARDING SAME (0.1). |
| 10.10 | WHALEN, JONATHAN M | $630.00 | $6,363.00 | REVISE PURCHASE AND SALE AGREEMENT (2.4); PARTICIPATE IN PHONE CALLS TO DISCUSS PURCHASE AND SALE AGREEMENT REVISIONS (1.7); PARTICIPATE IN PHONE CALLS TO DISCUSS ANTITRUST EFFORTS STANDARD (0.8); PREPARE SIGNING CHECKLIST (1.8); REVIEW NEXTERA REVISED PURCHASE AND SALE AGREEMENT (0.9); PREPARE ISSUES LIST FOR REVISED PURCHASE AND SALE AGREEMENT (2.5). |

| | | | | |
|---|---|---|---|---|
| 4.00 | FISHER, TIMOTHY P | $450.00 | $1,800.00 | REVISE ISSUES LIST (2.3); REVISE PURCHASE AND SALE AGREEMENT AND CONFERENCE WITH WORKING GROUP REGARDING SAME (1.5); REVISE TCEH 1L CONSENT LETTER (0.3). |

**11/23/15**

| | | | | |
|---|---|---|---|---|
| 4.80 | KATTAN, JOSEPH | $1,100.00 | $5,280.00 | REVIEW MITIGATION PLAN, ADDITIONAL MATERIALS REGARDING ERCOT COMPETITION (0.6); TELEPHONE CONFERENCES WITH J. MORRIS REGARDING ECONOMIC ANALYSIS (0.6); TELEPHONE CONFERENCE WITH B. HOLLAWAY REGARDING MITIGATION PLAN (0.6); TELEPHONE CONFERENCE WITH S. SIEGEL, H. MORENO, AND J. MORRIS REGARDING DATA (0.4); EXTENSIVE EMAILS WITH LEGAL AND CONSULTING TEAMS (0.4); TELEPHONE CONFERENCE WITH J. KRAUSS (NEXTERA ANTITRUST COUNSEL) REGARDING COMPETITIVE ASSESSMENT (0.4); TELEPHONE CONFERENCES WITH R. LITTLE REGARDING COMPETITIVE ANALYSIS (0.3); TELEPHONE CONFERENCE WITH MAC MCFARLAND REGARDING ECONOMIC ANALYSIS (0.4); PARTICIPATE IN CONFERENCE CALL WITH J. MORRIS AND EFH TEAM REGARDING COMPETITION ANALYSIS (1.1). |
| 1.20 | HOLLAWAY, WILLIAM R | $1,055.00 | $1,266.00 | RESPOND TO QUESTIONS REGARDING ERCOT COMPETITION ANALYSIS (0.6); REVIEW PURCHASE AND SALE AGREEMENT REVISIONS REGARDING FERC AND ERCOT (0.2); REVIEW LUMINANT VOLUNTARY MITIGATION PLAN (0.4). |

| | | | | |
|---|---|---|---|---|
| 3.20 | NORDAHL, STEPHEN D | $980.00 | $3,136.00 | REVIEW TSA AND TERM SHEET (0.7); TELEPHONE CONFERENCE WITH J. WHALEN REGARDING SAME (0.3); REVISE AND EDIT TSA (1.5); TELEPHONE CONFERENCE WITH E. LIEBERMAN REGARDING ADDITIONAL EDITS (0.5); REVIEW SCOPE EMAIL (0.2). |
| 15.60 | LITTLE, ROBERT B | $835.00 | $13,026.00 | REVIEW AND REVISE PURCHASE AGREEMENT AND ANCILLARY DOCUMENTS (5.2); MEETINGS REGARDING SAME (10.4). |
| 2.20 | SANTRA, SAPTAK | $965.00 | $2,123.00 | REVIEW REVISED DRAFT OF THE LONGHORN PURCHASE AND SALE AGREEMENT RECEIVED FROM NEXTERA (1.6); CORRESPONDENCE WITH J. WHALEN REGARDING STRATEGY AND PROCESS FOR NEGOTIATING OPERATION AND MAINTENANCE AGREEMENT (0.3); INTERNAL MEETING WITH M. PERSONS TO DISCUSS REVISIONS TO OPERATION AND MAINTENANCE AGREEMENT (0.3). |
| 0.30 | ANGEL, DANIEL | $855.00 | $256.50 | REVIEW SELLER COMMENTS TO IP REPS IN PURCHASE AGREEMENT AND SUMMARIZE SAME. |
| 0.50 | HANVEY, KRISTA P | $725.00 | $362.50 | ANALYZE REVISED OPERATION & MAINTENANCE AGREEMENT (0.4); EMAIL J. WHALEN REGARDING SAME (0.1). |
| 15.20 | WHALEN, JONATHAN M | $630.00 | $9,576.00 | NEGOTIATE AND REVISE PURCHASE AND SALE AGREEMENT (4.9); NEGOTIATE AND REVISE ANCILLARY AGREEMENTS (6.8); COORDINATE PREPARATION OF BOARD CONSENTS AUTHORIZING TRANSACTION (1.8); REVISE ISSUES LIST FOR PURCHASE AND SALE AGREEMENT (1.7). |

| | | | | |
|---|---|---|---|---|
| 3.00 | LIEBERMAN, EMILY | $695.00 | $2,085.00 | REVIEW TSA AND TERM SHEET (0.5); CALL WITH S. NORDAHL REGARDING MARK-UP (0.3); REVISE TSA AND COMPARE TO PRIOR DRAFT (2.2). |
| 0.50 | CANNON, MICHAEL Q | $575.00 | $287.50 | REVIEW LONGHORN PURCHASE AND SALE AGREEMENT. |
| 4.80 | FISHER, TIMOTHY P | $450.00 | $2,160.00 | REVISE BUYER PARENT GUARANTY AND CONFERENCE WITH WORKING GROUP REGARDING SAME (1.8); PREPARE BUYER UNANIMOUS WRITTEN CONSENT (1.3); CONFERENCE WITH E. KEVER AND WORKING GROUP REGARDING COMPLIANCE ISSUES (0.7); REVISE PURCHASE AND SALE AGREEMENT ISSUES LIST (0.7); CONFERENCE WITH WORKING GROUP REGARDING PRECEDENT FOR PURCHASE AND SALE AGREEMENT (0.3). |
| 0.30 | TRAINA, LAUREN A | $460.00 | $138.00 | REVIEW UPDATED PURCHASE AND SALE AGREEMENT. |

| | | | | |
|---|---|---|---|---|
| 11/24/15 | | | | |
| 2.60 | KATTAN, JOSEPH | $1,100.00 | $2,860.00 | PARTICIPATE IN CALL WITH J. MORRIS AND EFH TEAM REGARDING MODELING (0.4); REVIEW PURCHASE AND SALE AGREEMENT FOR ANTITRUST ISSUES (0.4); TELEPHONE CONFERENCE WITH J. WHALEN REGARDING PURCHASE AND SALE AGREEMENT (0.2); REVIEW MODELING REQUEST MEMO FROM EI (0.2); EMAIL LUMINANT TEAM REGARDING MODELING (0.2); TELEPHONE CONFERENCES WITH R. LITTLE AND EFH TEAM REGARDING NEXTERA REQUEST, PURCHASE AND SALE AGREEMENT TERMS (0.4); PARTICIPATE IN CALLS WITH J. MORRIS REGARDING TRANSACTION ANALYSIS (0.4); TELEPHONE CONFERENCE WITH B. NICHOLS REGARDING TRANSACTION (0.4); TELEPHONE CONFERENCE WITH FILSINGER TEAM (0.2). |
| 0.50 | SINAK, DAVID L | $1,065.00 | $532.50 | REVIEW AND COMMENT ON PROPOSED FINAL CHANGES TO PURCHASE AND SALE AGREEMENT TAX PROVISIONS AND SCHEDULES. |
| 0.60 | HOLLAWAY, WILLIAM R | $1,055.00 | $633.00 | REVIEW REVISIONS TO PURCHASE AND SALE AGREEMENT (0.2); REVIEW REGULATORY PROVISIONS (0.1); REVIEW PURCHASE AND SALE AGREEMENT SCHEDULES (0.3). |

| | | | | |
|---|---|---|---|---|
| 5.00 | NORDAHL, STEPHEN D | $980.00 | $4,900.00 | READ AND RESPOND TO CORRESPONDENCE (0.4); TELEPHONE CONFERENCE WITH CLIENT (0.5); TELEPHONE CONFERENCES WITH E. LIEBERMAN REGARDING REVISIONS (0.6); REVIEW REVISED DRAFT AND EDITS REGARDING SAME (0.9); REVIEW FURTHER REVISION TO TSAS (0.8); TELEPHONE CONFERENCES WITH E. LIEBERMAN REGARDING SAME (0.7); READ AND RESPOND TO CORRESPONDENCE REGARDING FINAL TSA CHANGES FROM NEXT ERA (0.6); REVIEW FURTHER REVISED TSA AND TELEPHONE CONFERENCE WITH E. LIEBERMAN REGARDING SAME (0.5). |
| 20.20 | LITTLE, ROBERT B | $835.00 | $16,867.00 | REVIEW AND REVISE TRANSACTION DOCUMENTS (6.2); MEETINGS REGARDING SAME (5.4); ATTENTION TO ISSUES IN SAME (8.6). |
| 6.70 | SANTRA, SAPTAK | $965.00 | $6,465.50 | REVIEW REVISED NEER DRAFT OF OPERATION AND MAINTENANCE AGREEMENT AND RELAY COMMENTS TO M. PERSONS (1.6); ATTEND PART OF TELECONFERENCE ON OPERATION AND MAINTENANCE AGREEMENT WITH EFH (0.9); ATTEND ALL PARTIES TELECONFERENCE ON TRANSACTION DOCUMENTS WITH NEER, EFH AND M. PERSONS (1.4); ASSIST AND SUPERVISE M. PERSONS IN REDRAFTING OF OPERATION AND MAINTENANCE AGREEMENT (2.8). |
| 1.50 | HANVEY, KRISTA P | $725.00 | $1,087.50 | REVIEW AND REVISE OPERATION & MAINTENANCE AGREEMENT (1.1); EMAIL CORRESPONDENCE REGARDING REVISED PURCHASE AGREEMENT (0.5). |

| | | | | |
|---|---|---|---|---|
| 20.40 | WHALEN, JONATHAN M | $630.00 | $12,852.00 | NEGOTIATE AND REVISE PURCHASE AND SALE AGREEMENT (5.7); NEGOTIATE AND REVISE ANCILLARY DOCUMENTS AND DISCLOSURE SCHEDULES (11.9); DRAFT EMAILS REGARDING TRANSACTION DOCUMENTS (2.8). |
| 4.50 | LIEBERMAN, EMILY | $695.00 | $3,127.50 | LONGHORN: CALL TO DISCUSS COMMENTS TO TSA (0.9); REVISE DRAFT TSA PER COMMENTS (3.2); CALL WITH S. NORDAHL TO DISCUSS COMMENTS TO TSA (0.4). |
| 0.40 | CANNON, MICHAEL Q | $575.00 | $230.00 | ATTENTION TO LONGHORN TAX ISSUES. |
| 0.60 | FISHER, TIMOTHY P | $450.00 | $270.00 | REVISE DUE DILIGENCE MEMORANDUM. |
| 0.60 | ORIEN, JOSEPH A | $450.00 | $270.00 | DRAFT 8-K ANNOUNCING ENTRY INTO THE PURCHASE AGREEMENT. |
| 1.30 | TRAINA, LAUREN A | $460.00 | $598.00 | REVIEW UPDATED DRAFT OF PURCHASE AND SALE AGREEMENT (0.5); REVIEW UPDATED DRAFT OF SCHEDULES TO PURCHASE AND SALE AGREEMENT (0.5); DRAFT UPDATED PROVISION TO AGREEMENT (0.3). |
| 11/25/15 0.80 | KATTAN, JOSEPH | $1,100.00 | $880.00 | REVIEW ADDITIONAL REVISIONS TO PURCHASE AND SALE AGREEMENT (0.2); REVIEW OUTPUT OF INITIAL MODELING EXERCISE (0.2); EMAILS WITH TEAM REGARDING SPA, 4(C) DOCUMENTS (0.1); TELEPHONE CONFERENCE WITH J. MORRIS REGARDING MODELING (0.2). |
| 0.20 | HOLLAWAY, WILLIAM R | $1,055.00 | $211.00 | REVIEW REVISED PURCHASE AND SALE AGREEMENT. |

| | | | | |
|---|---|---|---|---|
| 6.50 | LITTLE, ROBERT B | $835.00 | $5,427.50 | WORK ON TRANSACTION DOCUMENTS (5.6); CONFERENCES REGARDING SAME (0.9). |
| 3.90 | SANTRA, SAPTAK | $965.00 | $3,763.50 | REVIEW NEXTERA DRAFT OF THE PROJECT LONGHORN PURCHASE AND SALE AGREEMENT (1.6); REVIEW AND COMMENT ON REVISED DRAFTS OF DISCLOSURE SCHEDULES (1.4); REVIEW REVISED GDC DRAFT OF THE PURCHASE AND SALE AGREEMENT TRANSMITTED TO NEXTERA (0.9). |
| 0.50 | CLINE, ANDREW A | $650.00 | $325.00 | DRAFT HSR FILING DOCUMENT REQUEST (0.2); EMAIL EXCHANGES WITH J. KATTAN AND OTHERS REGARDING SAME (0.2); REVIEW PURCHASE AND SALE AGREEMENT FOR HSR ACT RELATED ISSUES (0.1). |
| 8.90 | WHALEN, JONATHAN M | $630.00 | $5,607.00 | NEGOTIATIONS REGARDING ANCILLARY DOCUMENTS (3.5); FINALIZE DISCLOSURE SCHEDULES AND ANCILLARY DOCUMENTS (2.3); COORDINATE FINALIZATION OF PURCHASE AND SALE AGREEMENT (1.8); PREPARE EXECUTION VERSIONS OF TRANSACTION DOCUMENTS (1.6). |
| 0.80 | TRAINA, LAUREN A | $460.00 | $368.00 | REVIEW REVISED DRAFTS OF PURCHASE AND SALE AGREEMENT. |

11/26/15

| | | | | |
|---|---|---|---|---|
| 3.00 | WHALEN, JONATHAN M | $630.00 | $1,890.00 | REVISE LONGHORN CLOSING 8-K (0.7); PREPARE EXHIBITS TO 8-K (1.2); COORDINATE FILING OF 8-K WITH FINANCIAL PRINTER (1.1). |

| Date/Hours | Name | Rate | Amount | Description |
|---|---|---|---|---|
| 11/27/15<br>0.90 | CLINE, ANDREW A | $650.00 | $585.00 | CALL WITH CLIENT TEAM REGARDING DOCUMENTS AND INFORMATION NEEDED FOR HSR ACT FILING AND HSR PROCESS. |
| 2.30 | WHALEN, JONATHAN M | $630.00 | $1,449.00 | PARTICIPATE IN CALL REGARDING HSR FILING (0.8); DRAFT EMAILS REGARDING HSR MATTERS (0.7); COORDINATE FILING OF 8-K (0.8). |
| 11/28/15<br>0.20 | CLINE, ANDREW A | $650.00 | $130.00 | E-MAIL EXCHANGE WITH J. WHALEN REGARDING TCEH STRUCTURE (0.1); REVIEW ORGANIZATION SLIDES FOR HSR ACT FILING (0.1). |
| 0.40 | WHALEN, JONATHAN M | $630.00 | $252.00 | DRAFT EMAILS REGARDING HSR MATTERS. |
| 11/30/15<br>1.30 | KATTAN, JOSEPH | $1,100.00 | $1,430.00 | PARTICIPATE IN CALL WITH J. MORRIS REGARDING ECONOMIC ANALYSIS (0.2); ADDITIONAL REVIEW OF MODELING DATA (0.1); CONFERENCE WITH B. NICHOLS REGARDING TRANSACTION ANALYSIS (0.1); DISCUSS 4(C) COLLECTION WITH A. CLINE (0.2); TELEPHONE CONFERENCE WITH J. WHALEN REGARDING INFORMATION NEEDS (0.1); EMAILS WITH CLIENT REGARDING BUSINESS DOCUMENTS (0.1); REVIEW ECONOMISTS' DATA REQUESTS (0.2); EMAILS WITH CLIENT, J. MORRIS, J. KRAUSS REGARDING INFORMATION NEEDS (0.4). |
| 0.20 | SINAK, DAVID L | $1,065.00 | $213.00 | REVIEW AND EDIT LIST OF CLOSING AND POST-CLOSING DELIVERABLES REGARDING TAX ITEMS. |

| | | | | |
|---|---|---|---|---|
| 2.50 | CLINE, ANDREW A | $650.00 | $1,625.00 | LEGAL RESEARCH REGARDING HSR ACT FILING ISSUES (0.4); EMAIL EXCHANGE WITH FTC REGARDING SAME (0.2); DRAFT HSR ACT FILING FORM (1.2); EMAIL EXCHANGES WITH COUNSEL FOR SELLER REGARDING SAME (0.3); CALL AND EMAIL EXCHANGE WITH J. WHALEN REGARDING HSR ACT FILING (0.4). |
| 3.60 | WHALEN, JONATHAN M | $630.00 | $2,268.00 | DISCUSSIONS AND PHONE CALLS REGARDING HSR AND PUCT FILINGS (1.8); REVISE INFORMATION REQUESTS AND TRANSACTION DESCRIPTION REGARDING HSR FILING (1.1); PHONE CALLS REGARDING CLOSING LOGISTIC MATTERS (0.7). |
| 2.00 | CANNON, MICHAEL Q | $575.00 | $1,150.00 | PREPARE TAX CHECKLIST AT B. BLOOM'S REQUEST. |
| 4.50 | NICHOLS, ROBERT M | $520.00 | $2,340.00 | REVIEW REPORTS ON ERCOT AND OTHER BACKGROUND DOCUMENTS (4.1); CONFER WITH J. MORRIS REGARDING ECONOMIC ANALYSIS (0.2); CONFER WITH J. KATTAN REGARDING PRESENTATION (0.2). |
| 3.30 | FISHER, TIMOTHY P | $450.00 | $1,485.00 | PREPARE CLOSING CHECKLIST (2.5); CONFERENCE WITH WORKING GROUP REGARDING PUCT ISSUES (0.3); CONFERENCE WITH WORKING GROUP REGARDING NEXT STEPS (0.5). |

**Exhibit G-4**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**January 7, 2016**

**Invoice No. 2016011206**

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through December 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00018 | NSR Case 201300257 | $   5,398.50 | $   0.00 | $   5,398.50 |
|  | **Totals** | $   5,398.50 | $   0.00 | $   5,398.50 |
|  | **Current Balance Due** |  |  | $   5,398.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00018 | 06/30/15 | 2015061449 | $   9,008.30 | $   0.00 | $   9,008.30 |
| 92772-00018 | 07/13/15 | 2015071601 | 10,759.80 | 0.00 | 10,759.80 |
| 92772-00018 | 08/05/15 | 2015080671 | 14,029.50 | 0.00 | 14,029.50 |
| 92772-00018 | 09/04/15 | 2015091505 | 8,048.50 | 0.00 | 8,048.50 |
| 92772-00018 | 10/09/15 | 2015103687 | 7,182.10 | 0.00 | 7,182.10 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00018 | 11/03/15 | 2015111604 | 3,270.90 | 0.00 | 3,270.90 |
| 92772-00018 | 12/09/15 | 2015123248 | 23,906.50 | 0.00 | 23,906.50 |

**PREVIOUS BALANCE DUE** $ 76,205.60

**TOTAL OUTSTANDING BALANCE DUE** $ 81,604.10

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**January 7, 2016**

**Invoice No. 2016011206**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through December 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00018 | NSR Case 201300257 | $   5,398.50 | $       0.00 | $   5,398.50 |
|  | **Totals** | $   5,398.50 | $   0.00 | $   5,398.50 |
|  | **Current Balance Due** |  |  | $   5,398.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00018 | 06/30/15 | 2015061449 | $   9,008.30 | $   0.00 | $   9,008.30 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.
**Invoice Date: January 7, 2016**                                    **Invoice No. 2016011206**

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|--------------|-------------|----------|-------|-------------|
| 92772-00018 | 07/13/15 | 2015071601 | 10,759.80 | 0.00 | 10,759.80 |
| 92772-00018 | 08/05/15 | 2015080671 | 14,029.50 | 0.00 | 14,029.50 |
| 92772-00018 | 09/04/15 | 2015091505 | 8,048.50 | 0.00 | 8,048.50 |
| 92772-00018 | 10/09/15 | 2015103687 | 7,182.10 | 0.00 | 7,182.10 |
| 92772-00018 | 11/03/15 | 2015111604 | 3,270.90 | 0.00 | 3,270.90 |
| 92772-00018 | 12/09/15 | 2015123248 | 23,906.50 | 0.00 | 23,906.50 |

**PREVIOUS BALANCE DUE**  $  76,205.60

**TOTAL OUTSTANDING BALANCE DUE**  $  81,604.10

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

NSR CASE
92772-00018

_____

For Services Rendered Through December 31, 2015

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| MICHAEL L. RAIFF | 4.50 | $ 885.00 | $ 3,982.50 |
| RUSSELL H. FALCONER | 2.20 | 610.00 | 1,342.00 |
| GAYA K. HOLMAN | 0.20 | 370.00 | 74.00 |
| **Total Services** | | | $ 5,398.50 |
| **Total Services, Costs/Charges** | | | 5,398.50 |
| **BALANCE DUE** | | | $ 5,398.50 |

NSR CASE
92772-00018

_____

Detail Services:

| | | | | |
|---|---|---|---|---|
| 12/01/15<br>0.20 | RAIFF, MICHAEL L | $885.00 | $177.00 | FOLLOW-UP ON EXTENSION MOTION (0.1); COMMUNICATIONS REGARDING PLAN (0.1). |
| 12/02/15<br>0.20 | RAIFF, MICHAEL L | $885.00 | $177.00 | ATTENTION TO CASE ISSUES AND AGREEMENT REGARDING BRIEFING, AND COMMUNICATIONS REGARDING SAME. |
| 12/04/15<br>0.40 | RAIFF, MICHAEL L | $885.00 | $354.00 | WORK ON MOTION, REVISIONS, AND MULTIPLE EMAILS REGARDING SAME. |
| 12/07/15<br>0.50 | RAIFF, MICHAEL L | $885.00 | $442.50 | WORK ON MOTION, PROPOSED ORDER, FILING AND RELATED COMMUNICATIONS. |
| 12/08/15<br>0.30 | RAIFF, MICHAEL L | $885.00 | $265.50 | TELEPHONE CALL WITH TEAM (0.2); COMMUNICATIONS REGARDING COURT ORDER (0.1). |
| 0.20 | FALCONER, RUSSELL H | $610.00 | $122.00 | PARTICIPATE IN WEEKLY CASE CONFERENCE CALL. |
| 12/09/15<br>0.20 | HOLMAN, GAYA K | $370.00 | $74.00 | REVIEW AND ORGANIZE JOINT MOTION TO EXTEND TIME AND ORDER GRANTING SAME FOR ATTORNEY REFERENCE (0.1); DOCKET DEADLINES OUTLINED IN SAME (0.1). |
| 12/16/15<br>2.00 | RAIFF, MICHAEL L | $885.00 | $1,770.00 | PARTICIPATE IN WEEKLY CASE CONFERENCE CALL. |

| | | | | |
|---|---|---|---|---|
| 1.70 | FALCONER, RUSSELL H | $610.00 | $1,037.00 | PARTICIPATE IN WEEKLY CASE CONFERENCE CALL (1.1); REVISE NOTES, AND CORRESPOND WITH TEAM REGARDING SAME (0.6). |

12/18/15

| | | | | |
|---|---|---|---|---|
| 0.60 | RAIFF, MICHAEL L | $885.00 | $531.00 | CONFERENCE CALL WITH CLIENTS (0.3); ATTENTION TO RULE 54(B) BRIEFING (0.3). |
| 0.30 | FALCONER, RUSSELL H | $610.00 | $183.00 | PARTICIPATE IN WEEKLY CASE CONFERENCE CALL. |

12/21/15

| | | | | |
|---|---|---|---|---|
| 0.30 | RAIFF, MICHAEL L | $885.00 | $265.50 | ATTENTION TO BRIEFING AND COMMUNICATION REGARDING SAME (0.2); ATTENTION TO OUR BRIEFING (0.1). |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**January 11, 2016**

**Invoice No. 2016011849**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through December 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00030 | Retention/Fee Applications | $    5,430.00 | $      0.00 | $   5,430.00 |
|  | **Totals** | $   5,430.00 | $    0.00 | $   5,430.00 |
|  | **Current Balance Due** |  |  | $   5,430.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00030 | 06/30/15 | 2015061442 | $   2,926.00 | $    0.00 | $   2,926.00 |
| 92772-00030 | 07/20/15 | 2015072807 | 4,089.30 | 0.00 | 4,089.30 |
| 92772-00030 | 08/11/15 | 2015081583 | 1,560.20 | 0.00 | 1,560.20 |
| 92772-00030 | 09/12/15 | 2015093338 | 1,335.60 | 0.00 | 1,335.60 |
| 92772-00030 | 10/09/15 | 2015100998 | 4,884.80 | 0.00 | 4,884.80 |
| 92772-00030 | 11/07/15 | 2015112641 | 1,940.90 | 0.00 | 1,940.90 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this
invoice with your payment in the enclosed
Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00030 | 12/09/15 | 2015123262 | 6,504.00 | 0.00 | 6,504.00 |

**PREVIOUS BALANCE DUE**      $ 23,240.80

**TOTAL OUTSTANDING BALANCE DUE**      $ 28,670.80

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**January 11, 2016**

**Invoice No. 2016011849**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through December 31, 2015**

| | | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00030 | Retention/Fee Applications | $    5,430.00 | $       0.00 | $    5,430.00 |
| | **Totals** | $    5,430.00 | $       0.00 | $    5,430.00 |
| | **Current Balance Due** | | | $    5,430.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00030 | 06/30/15 | 2015061442 | $  2,926.00 | $    0.00 | $  2,926.00 |
| 92772-00030 | 07/20/15 | 2015072807 | 4,089.30 | 0.00 | 4,089.30 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|-------------|-------------|----------|-------|-------------|
| 92772-00030 | 08/11/15 | 2015081583 | 1,560.20 | 0.00 | 1,560.20 |
| 92772-00030 | 09/12/15 | 2015093338 | 1,335.60 | 0.00 | 1,335.60 |
| 92772-00030 | 10/09/15 | 2015100998 | 4,884.80 | 0.00 | 4,884.80 |
| 92772-00030 | 11/07/15 | 2015112641 | 1,940.90 | 0.00 | 1,940.90 |
| 92772-00030 | 12/09/15 | 2015123262 | 6,504.00 | 0.00 | 6,504.00 |

**PREVIOUS BALANCE DUE**                                   $  23,240.80

**TOTAL OUTSTANDING BALANCE DUE**                          $  28,670.80

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201


RETENTION/FEE APPLICATIONS
92772-00030

_____

For Services Rendered Through December 31, 2015

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| MATTHEW G. BOUSLOG | 3.00 | $ 625.00 | $ 1,875.00 |
| DUKE K. AMPONSAH | 9.00 | 395.00 | 3,555.00 |
| **Total Services** | | | $ 5,430.00 |

**Total Services, Costs/Charges**                                5,430.00

**BALANCE DUE**                                            $   5,430.00

**Due and Payable Upon Receipt**

RETENTION/FEE APPLICATIONS
92772-00030

_____

Detail Services:

| | | | | |
|---|---|---|---|---|
| 12/02/15 | | | | |
| 0.10 | BOUSLOG, MATTHEW G | $625.00 | $62.50 | EMAILS WITH R. LITTLE AND M. RAIFF REGARDING FEE APPLICATIONS. |
| 12/07/15 | | | | |
| 0.60 | BOUSLOG, MATTHEW G | $625.00 | $375.00 | EMAILS WITH C. GOOCH, R. LITTLE, M. RAIFF REGARDING FEE APPLICATIONS. |
| 12/09/15 | | | | |
| 1.10 | AMPONSAH, DUKE K | $395.00 | $434.50 | REVIEW NOVEMBER 2015 PREBILLS FOR COMPLIANCE WITH UST GUIDELINES. |
| 12/10/15 | | | | |
| 0.60 | BOUSLOG, MATTHEW G | $625.00 | $375.00 | ANALYZE FEE COMMITTEE LETTER. |
| 12/11/15 | | | | |
| 0.10 | BOUSLOG, MATTHEW G | $625.00 | $62.50 | EMAILS WITH D. AMPONSAH REGARDING FEE APPLICATION. |
| 12/14/15 | | | | |
| 1.60 | AMPONSAH, DUKE K | $395.00 | $632.00 | PREPARE INITIAL DRAFT OF NOVEMBER 2015 FEE STATEMENT. |
| 12/16/15 | | | | |
| 0.70 | AMPONSAH, DUKE K | $395.00 | $276.50 | REVIEW NOVEMBER 2015 PREBILLS FOR COMPLIANCE WITH UST GUIDELINES. |
| 3.30 | AMPONSAH, DUKE K | $395.00 | $1,303.50 | PREPARE DRAFT OF OCTOBER2015 EXH A TO CERTIFICATE OF NO OBJECTION AND OCTOBER 2015 MFIS (0.9); PREPARE DRAFT OF NOVEMBER 2015 MONTHLY FEE STATEMENT (2.4). |

| Date / Hours | Name | Rate | Amount | Description |
|---|---|---|---|---|
| 12/17/15<br>0.40 | BOUSLOG, MATTHEW G | $625.00 | $250.00 | REVIEW CNO REGARDING FEE STATEMENT (0.1); REVIEW AND REVISE FEE STATEMENT (0.2); EMAILS WITH J. MADRON, G. MOOR AND D. AMPONSAH REGARDING SAME (0.1). |
| 2.30 | AMPONSAH, DUKE K | $395.00 | $908.50 | REVIEW AND REVISE DRAFT OF NOVEMBER 2015 MONTHLY FEE STATEMENT (2.0); CONFER WITH M. BOUSLOG REGARDING SAME (0.3). |
| 12/18/15<br>0.10 | BOUSLOG, MATTHEW G | $625.00 | $62.50 | EMAILS WITH J. MADRON REGARDING FEE STATEMENT. |
| 12/21/15<br>0.10 | BOUSLOG, MATTHEW G | $625.00 | $62.50 | EMAILS WITH J. MADRON REGARDING FEE STATEMENT. |
| 12/29/15<br>1.00 | BOUSLOG, MATTHEW G | $625.00 | $625.00 | DRAFT DECLARATION REGARDING RATE INCREASE. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**January 11, 2016**

**Invoice No. 2016011850**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through December 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00031 | EFH SEC Matters | $  14,290.00 | $      0.00 | $  14,290.00 |
|  | **Totals** | $   14,290.00 | $    0.00 | $   14,290.00 |
|  | **Current Balance Due** |  |  | $   14,290.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00031 | 06/30/15 | 2015061443 | $    233.80 | $    0.00 | $    233.80 |
| 92772-00031 | 07/20/15 | 2015072808 | 684.70 | 0.00 | 684.70 |
| 92772-00031 | 08/11/15 | 2015081584 | 2,496.30 | 0.00 | 2,496.30 |
| 92772-00031 | 09/12/15 | 2015093339 | 3,223.10 | 0.00 | 3,223.10 |
| 92772-00031 | 10/09/15 | 2015100999 | 2,516.90 | 0.00 | 2,516.90 |
| 92772-00031 | 11/07/15 | 2015112642 | 1,326.70 | 0.00 | 1,326.70 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: January 11, 2016**                                                                  **Invoice No. 2016011850**

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00031 | 12/09/15 | 2015123263 | 7,881.50 | 0.00 | 7,881.50 |

**PREVIOUS BALANCE DUE**                                    $   18,363.00

**TOTAL OUTSTANDING BALANCE DUE**                          $   32,653.00

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**January 11, 2016**

**Invoice No. 2016011850**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through December 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00031 | EFH SEC Matters | $  14,290.00 | $    0.00 | $  14,290.00 |
|  | **Totals** | $  14,290.00 | $    0.00 | $  14,290.00 |
|  | **Current Balance Due** |  |  | $  14,290.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| <u>Matter</u> | <u>Invoice Date</u> | <u>Invoice No.</u> | <u>Services</u> | <u>Costs</u> | <u>Balance Due</u> |
|---|---|---|---|---|---|
| 92772-00031 | 06/30/15 | 2015061443 | $    233.80 | $   0.00 | $    233.80 |
| 92772-00031 | 07/20/15 | 2015072808 | 684.70 | 0.00 | 684.70 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.
**Invoice Date: January 11, 2016**                    **Invoice No. 2016011850**
**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|--------------|-------------|----------|-------|-------------|
| 92772-00031 | 08/11/15 | 2015081584 | 2,496.30 | 0.00 | 2,496.30 |
| 92772-00031 | 09/12/15 | 2015093339 | 3,223.10 | 0.00 | 3,223.10 |
| 92772-00031 | 10/09/15 | 2015100999 | 2,516.90 | 0.00 | 2,516.90 |
| 92772-00031 | 11/07/15 | 2015112642 | 1,326.70 | 0.00 | 1,326.70 |
| 92772-00031 | 12/09/15 | 2015123263 | 7,881.50 | 0.00 | 7,881.50 |

**PREVIOUS BALANCE DUE** $ 18,363.00

**TOTAL OUTSTANDING BALANCE DUE** $ 32,653.00

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

EFH SEC MATTERS
92772-00031

_____

For Services Rendered Through December 31, 2015

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| ROBERT B. LITTLE | 1.20 | $ 835.00 | $   1,002.00 |
| KRISTA P. HANVEY | 0.80 | 725.00 | 580.00 |
| JONATHAN M. WHALEN | 19.10 | 630.00 | 12,033.00 |
| TIMOTHY P. FISHER | 1.50 | 450.00 | 675.00 |
| **Total Services** | | | $  14,290.00 |

**Total Services, Costs/Charges**                                      14,290.00

**BALANCE DUE**                                                    $   14,290.00

**Due and Payable Upon Receipt**

EFH SEC MATTERS
92772-00031

_____

Detail Services:

| 12/02/15 | | | | |
|---|---|---|---|---|
| 0.50 | LITTLE, ROBERT B | $835.00 | $417.50 | REVIEW RULES REGARDING ACQUIRED BUSINESS FINANCIAL STATEMENTS (0.3); E-MAIL TO A. WRIGHT REGARDING SAME (0.2). |
| 1.20 | WHALEN, JONATHAN M | $630.00 | $756.00 | PREPARE 8-K REGARDING SIXTH AMENDED PLAN. |
| **12/03/15** | | | | |
| 1.70 | WHALEN, JONATHAN M | $630.00 | $1,071.00 | REVISE PLAN AMENDMENT 8-K (0.4); ANALYSIS REGARDING PLAN CONFIRMATION 8-K (1.3). |
| **12/04/15** | | | | |
| 3.70 | WHALEN, JONATHAN M | $630.00 | $2,331.00 | WORK ON PLAN CONFIRMATION 8-K (3.3); EMAILS AND DISCUSSIONS REGARDING THE SAME (0.4). |
| 1.50 | FISHER, TIMOTHY P | $450.00 | $675.00 | PREPARE PLAN CONFIRMATION 8-K. |
| **12/05/15** | | | | |
| 0.70 | LITTLE, ROBERT B | $835.00 | $584.50 | REVIEW AND REVISE FORM 8-K REGARDING PLAN CONFIRMATION. |
| 3.10 | WHALEN, JONATHAN M | $630.00 | $1,953.00 | WORK ON PLAN CONFIRMATION 8-K (2.7); DRAFT EMAILS WITH RESPECT TO THE SAME (0.4). |
| **12/06/15** | | | | |
| 0.30 | WHALEN, JONATHAN M | $630.00 | $189.00 | DRAFT EMAILS REGARDING DISCLOSURE OF SETTLEMENT AGREEMENT TERMS IN PLAN CONFIRMATION 8-K. |
| **12/07/15** | | | | |
| 3.00 | WHALEN, JONATHAN M | $630.00 | $1,890.00 | REVISE PLAN CONFIRMATION 8-K (2.6); DRAFT EMAILS REGARDING THE SAME (0.4). |

| Date / Hours | Name | Rate | Amount | Description |
|---|---|---|---|---|
| 12/08/15 2.10 | WHALEN, JONATHAN M | $630.00 | $1,323.00 | REVISE PLAN CONFIRMATION 8-K (1.6); DISCUSSIONS AND EMAILS WITH RESPECT TO THE SAME (0.5). |
| 12/09/15 1.30 | WHALEN, JONATHAN M | $630.00 | $819.00 | REVISE PLAN CONFIRMATION 8-K (0.8); COORDINATE PROCESSING OF EXHIBITS WITH FINANCIAL PRINTER (0.5). |
| 12/10/15 1.90 | WHALEN, JONATHAN M | $630.00 | $1,197.00 | REVISE PLAN CONFIRMATION 8-K (0.7); COORDINATE PROCESSING OF 8-K WITH FINANCIAL PRINTER (1.2). |
| 12/11/15 0.80 | WHALEN, JONATHAN M | $630.00 | $504.00 | COORDINATE FILING OF PLAN CONFIRMATION 8-K. |
| 12/16/15 0.60 | HANVEY, KRISTA P | $725.00 | $435.00 | ANALYZE COMPENSATION DISCLOSURE QUESTIONS POSED BY A. BURTON (0.3); EMAIL CORRESPONDENCE WITH A. BURTON REGARDING SAME (0.2); PHONE CORRESPONDENCE WITH J. WHALEN REGARDING SAME (0.1). |
| 12/17/15 0.20 | HANVEY, KRISTA P | $725.00 | $145.00 | PHONE CORRESPONDENCE WITH A. BURTON REGARDING DISCLOSURE REQUIREMENTS. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**January 11, 2016**

**Invoice No. 2016011851**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through December 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00046 | Budgeting-Related Work | $    375.00 | $    0.00 | $    375.00 |
|  | **Totals** | $    375.00 | $    0.00 | $    375.00 |
|  | **Current Balance Due** |  |  | $    375.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00046 | 06/30/15 | 2015061445 | $    87.50 | $    0.00 | $    87.50 |
| 92772-00046 | 07/20/15 | 2015072810 | 112.50 | 0.00 | 112.50 |
| 92772-00046 | 08/11/15 | 2015081587 | 50.00 | 0.00 | 50.00 |
| 92772-00046 | 09/12/15 | 2015093340 | 62.50 | 0.00 | 62.50 |
| 92772-00046 | 10/09/15 | 2015101004 | 145.90 | 0.00 | 145.90 |
| 92772-00046 | 11/07/15 | 2015112646 | 162.50 | 0.00 | 162.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|--------------|-------------|----------|-------|-------------|
| 92772-00046 | 12/09/15 | 2015123265 | 250.00 | 0.00 | 250.00 |

**PREVIOUS BALANCE DUE** $    870.90

**TOTAL OUTSTANDING BALANCE DUE** $   1,245.90

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**January 11, 2016**

**Invoice No. 2016011851**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through December 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00046 | Budgeting-Related Work | $    375.00 | $    0.00 | $    375.00 |
|  | **Totals** | $    375.00 | $    0.00 | $    375.00 |
|  | **Current Balance Due** |  |  | $    375.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00046 | 06/30/15 | 2015061445 | $    87.50 | $    0.00 | $    87.50 |
| 92772-00046 | 07/20/15 | 2015072810 | 112.50 | 0.00 | 112.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.
**Invoice Date: January 11, 2016**                                    **Invoice No. 2016011851**
**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|-------------|-------------|----------|-------|-------------|
| 92772-00046 | 08/11/15 | 2015081587 | 50.00 | 0.00 | 50.00 |
| 92772-00046 | 09/12/15 | 2015093340 | 62.50 | 0.00 | 62.50 |
| 92772-00046 | 10/09/15 | 2015101004 | 145.90 | 0.00 | 145.90 |
| 92772-00046 | 11/07/15 | 2015112646 | 162.50 | 0.00 | 162.50 |
| 92772-00046 | 12/09/15 | 2015123265 | 250.00 | 0.00 | 250.00 |

**PREVIOUS BALANCE DUE**                                                $    870.90

**TOTAL OUTSTANDING BALANCE DUE**                              $   1,245.90

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201


BUDGETING-RELATED WORK
92772-00046

_____

For Services Rendered Through December 31, 2015

| NAME | HOURS | RATE | | TOTAL |
|------|-------|------|---|-------|
| MATTHEW G. BOUSLOG | 0.60 | $ 625.00 | $ | 375.00 |
| **Total Services** | | | $ | 375.00 |

| | | |
|---|---|---|
| **Total Services, Costs/Charges** | | 375.00 |
| **BALANCE DUE** | $ | 375.00 |

**Due and Payable Upon Receipt**

BUDGETING-RELATED WORK
92772-00046

---

Detail Services:

| 12/10/15 | | | | |
|---|---|---|---|---|
| 0.20 | BOUSLOG, MATTHEW G | $625.00 | $125.00 | EMAILS WITH R. LITTLE AND J. HO REGARDING BUDGET. |

| 12/11/15 | | | | |
|---|---|---|---|---|
| 0.20 | BOUSLOG, MATTHEW G | $625.00 | $125.00 | DRAFT BUDGET. |

| 12/14/15 | | | | |
|---|---|---|---|---|
| 0.20 | BOUSLOG, MATTHEW G | $625.00 | $125.00 | DRAFT BUDGET (0.1); EMAILS WITH M. RAIFF, G. MOOR AND C. GOOCH REGARDING SAME (0.1). |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**January 11, 2016**

**Invoice No. 2016011852**

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through December 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00048 | TCEH Going Public Transactions | $ 42,159.00 | $ 0.00 | $ 42,159.00 |
| | **Totals** | $ 42,159.00 | $ 0.00 | $ 42,159.00 |
| | **Current Balance Due** | | | $ 42,159.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00048 | 09/12/15 | 2015093341 | $ 10,132.90 | $ 0.00 | $ 10,132.90 |
| 92772-00048 | 10/09/15 | 2015101009 | 9,105.50 | 0.00 | 9,105.50 |
| 92772-00048 | 11/07/15 | 2015112647 | 9,583.90 | 0.00 | 9,583.90 |
| 92772-00048 | 12/09/15 | 2015123266 | 21,767.00 | 0.00 | 21,767.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this
invoice with your payment in the enclosed
Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                                    $   50,589.30

**TOTAL OUTSTANDING BALANCE DUE**                          $   92,748.30

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**January 11, 2016**

**Invoice No. 2016011852**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through December 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00048 | TCEH Going Public Transactions | $  42,159.00 | $      0.00 | $  42,159.00 |
|  | **Totals** | $  42,159.00 | $     0.00 | $  42,159.00 |
|  | **Current Balance Due** |  |  | $  42,159.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00048 | 09/12/15 | 2015093341 | $  10,132.90 | $     0.00 | $  10,132.90 |
| 92772-00048 | 10/09/15 | 2015101009 | 9,105.50 | 0.00 | 9,105.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00048 | 11/07/15 | 2015112647 | 9,583.90 | 0.00 | 9,583.90 |
| 92772-00048 | 12/09/15 | 2015123266 | 21,767.00 | 0.00 | 21,767.00 |

**PREVIOUS BALANCE DUE** $   50,589.30

**TOTAL OUTSTANDING BALANCE DUE** $   92,748.30

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201


TCEH GOING PUBLIC TRANSACTIONS
92772-00048

_____

For Services Rendered Through December 31, 2015

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| DAVID L. SINAK | 0.50 | $1,065.00 | $     532.50 |
| BRIAN J. LANE | 0.70 | 1,125.00 | 787.50 |
| ROBERT B. LITTLE | 10.20 | 835.00 | 8,517.00 |
| ROBYN E. ZOLMAN | 0.60 | 920.00 | 552.00 |
| JONATHAN M. WHALEN | 40.40 | 630.00 | 25,452.00 |
| MICHAEL Q. CANNON | 2.90 | 500.00 | 1,450.00 |
| TIMOTHY P. FISHER | 6.90 | 450.00 | 3,105.00 |
| NEEDHI N. VASAVADA | 4.30 | 410.00 | 1,763.00 |

**Total Services**                                          $   42,159.00



**Total Services, Costs/Charges**                              42,159.00

**BALANCE DUE**                                             $   42,159.00

TCEH GOING PUBLIC TRANSACTIONS
92772-00048

_____

Detail Services:

12/03/15

| 3.10 | VASAVADA, NEEDHI N | $410.00 | $1,271.00 | RESEARCH 10-KS AND OFFERING DOCUMENTS FOR PEER COMPANIES (2.9); COMPRESS AND COMPILE DOCUMENTS AND SEND TO J. WHALEN (0.2). |

12/07/15

| 1.10 | LITTLE, ROBERT B | $835.00 | $918.50 | TELEPHONE CALL WITH A. WRIGHT REGARDING GOING PUBLIC ISSUES (0.2); EXAMINE GOING PUBLIC ISSUES (0.6); CONFER WITH J. WHALEN REGARDING SAME (0.3). |

12/08/15

| 0.70 | LITTLE, ROBERT B | $835.00 | $584.50 | ANALYZE ISSUES RELATED TO SEC REGISTRATION POST-EMERGENCE. |
| 0.30 | ZOLMAN, ROBYN E | $920.00 | $276.00 | CONFER WITH J. WHALEN REGARDING SECURITIES LAW AND SEC RELATED QUESTIONS REGARDING SUCCESSOR ENTITIES AND SEC FILINGS. |
| 2.90 | WHALEN, JONATHAN M | $630.00 | $1,827.00 | ANALYSIS REGARDING SUCCESSOR ISSUER STATUS (1.6); WORK ON S-1 (1.3). |

12/09/15

| 0.50 | LANE, BRIAN J | $1,125.00 | $562.50 | CONFER WITH J. WHALEN REGARDING EMERGENCE ISSUES. |
| 1.00 | LITTLE, ROBERT B | $835.00 | $835.00 | REVIEW AND REVISE SLIDES REGARDING EMERGENCE ISSUES (0.4); ANALYZE ISSUES REGARDING SAME (0.6). |

| | | | | |
|---|---|---|---|---|
| 7.50 | WHALEN, JONATHAN M | $630.00 | $4,725.00 | CONDUCT ANALYSIS REGARDING SEC REPORTING OBLIGATIONS UPON EMERGENCE AND TCEH SUCCESSOR REGISTRANT STATUS (1.6); CONFER WITH B. LANE REGARDING SAME (0.5); ANALYSIS REGARDING COMPENSATION DISCLOSURE REQUIREMENTS (0.8); PREPARE SLIDE DECK SUMMARIZING TCEH REPORTING OBLIGATIONS UPON EMERGENCE (1.3); REVISE S-1 (3.3). |
| 3.00 | FISHER, TIMOTHY P | $450.00 | $1,350.00 | REVISE S-1. |
| **12/10/15** | | | | |
| 0.20 | LANE, BRIAN J | $1,125.00 | $225.00 | FOLLOW UP WITH J. WHALEN REGARDING FORM S-3. |
| 0.50 | LITTLE, ROBERT B | $835.00 | $417.50 | CONFER WITH A. WRIGHT AND J. WHALEN REGARDING S-1 ISSUES. |
| 6.60 | WHALEN, JONATHAN M | $630.00 | $4,158.00 | REVISE FINANCIAL DISCLOSURE IN S-1 (1.6); CONFER WITH A. WRIGHT AND R. LITTLE REGARDING SAME (0.5); DRAFT ADDITIONAL DISCLOSURE FOR S-1 (2.8); ANALYSIS REGARDING SEC REPORTING OBLIGATIONS UPON EMERGENCE (1.7). |
| 0.80 | FISHER, TIMOTHY P | $450.00 | $360.00 | REVISE S-1. |
| 1.20 | VASAVADA, NEEDHI N | $410.00 | $492.00 | REVIEW PRECEDENT AND REG S-K FOR DISCUSSION OF DIRECTOR INDEPENDENCE IN S-1S (0.5); DRAFT PARAGRAPH REGARDING DIRECTOR INDEPENDENCE FOR REORGANIZED TCEH (0.7). |
| **12/11/15** | | | | |
| 0.50 | SINAK, DAVID L | $1,065.00 | $532.50 | CONFERENCES REGARDING TAX DISCLOSURE IN DRAFT S-1. |
| 1.80 | LITTLE, ROBERT B | $835.00 | $1,503.00 | REVIEW AND REVISE FORM S-1. |

| | | | | |
|---|---|---|---|---|
| 8.60 | WHALEN, JONATHAN M | $630.00 | $5,418.00 | DRAFT S-1 REGISTRATION STATEMENT (5.3); CONDUCT ANALYSIS REGARDING PRECEDENT S-1 DISCLOSURE (1.2); REVISE TAX DISCLOSURE IN S-1 (0.8); DRAFT EMAILS REGARDING S-1 MATTERS (1.3). |
| 2.90 | CANNON, MICHAEL Q | $500.00 | $1,450.00 | TAX REVIEW AND MARK-UP OF EFH S-1. |
| 3.10 | FISHER, TIMOTHY P | $450.00 | $1,395.00 | REVISE S-1 (2.7); CONFERENCE WITH WORKING GROUP REGARDING SAME (0.4). |

**12/12/15**

| | | | | |
|---|---|---|---|---|
| 0.30 | WHALEN, JONATHAN M | $630.00 | $189.00 | DRAFT EMAILS REGARDING S-1. |

**12/14/15**

| | | | | |
|---|---|---|---|---|
| 1.20 | LITTLE, ROBERT B | $835.00 | $1,002.00 | TELEPHONE CALLS WITH A. WRIGHT AND J. KENNEDY REGARDING TIMING AND NEXT STEPS FOR S-1 FILING (0.6); E-MAILS REGARDING SAME (0.2); EXAMINE ISSUES RELATING TO TIMING OF COMPENSATION DISCLOSURE IN S-1 (0.4). |
| 0.30 | ZOLMAN, ROBYN E | $920.00 | $276.00 | DISCUSS COMPENSATION DISCLOSURE REQUIREMENTS IN REGISTRATION STATEMENTS AND RECENT SEC STAFF EXPERIENCE WITH J. WHALEN. |
| 2.10 | WHALEN, JONATHAN M | $630.00 | $1,323.00 | CONDUCT ANALYSIS REGARDING COMPENSATION DISCLOSURE REQUIREMENTS IN REGISTRATION STATEMENTS (1.8); EMAILS AND PHONE CALLS WITH RESPECT TO THE SAME (0.3). |

**12/15/15**

| | | | | |
|---|---|---|---|---|
| 0.60 | LITTLE, ROBERT B | $835.00 | $501.00 | CONFER WITH A. WRIGHT AND J. WHALEN REGARDING FORM S-1 AND RELATED MATTERS. |
| 0.60 | WHALEN, JONATHAN M | $630.00 | $378.00 | CONFER WITH A. WRIGHT AND R. LITTLE REGARDING FORM S-1 AND RELATED MATTERS. |

| 12/16/15 | | | | |
|---|---|---|---|---|
| 0.40 | LITTLE, ROBERT B | $835.00 | $334.00 | REVIEW AND REVISE FORM S-1 TIMELINE. |
| 2.50 | WHALEN, JONATHAN M | $630.00 | $1,575.00 | DRAFT TIMELINE FOR S-1 FILING (1.7); REVIEW COMMENTS TO S-1 (0.4); DISCUSSION REGARDING CD&A MATTERS (0.4). |
| 12/17/15 | | | | |
| 0.70 | LITTLE, ROBERT B | $835.00 | $584.50 | TELEPHONE CALL WITH A. WRIGHT REGARDING ORGANIZATIONAL MEETING (0.2); REVIEW AND REVISE AGENDA AND TIMELINE FOR SAME (0.3); CONFER WITH J. WHALEN REGARDING SAME (0.2). |
| 1.80 | WHALEN, JONATHAN M | $630.00 | $1,134.00 | ANALYSIS REGARDING S-1 FILING TIMELINE (1.2); REVISE AND CIRCULATE FILING TIMELINE (0.6). |
| 12/18/15 | | | | |
| 2.00 | WHALEN, JONATHAN M | $630.00 | $1,260.00 | ANALYSIS REGARDING S-1 FILING TIMELINE (1.2); REVISE AND CIRCULATE TIMELINE TO INTERNAL WORKING GROUP (0.5); REVIEW COMMENTS TO S-1 (0.3). |
| 12/21/15 | | | | |
| 0.90 | LITTLE, ROBERT B | $835.00 | $751.50 | PARTICIPATE IN TELEPHONE CALL REGARDING FORM S-1. |
| 1.40 | WHALEN, JONATHAN M | $630.00 | $882.00 | PARTICIPATE IN ORG CALL FOR S-1 (0.7); REVISE S-1 FILING TIMELINE (0.7). |
| 12/22/15 | | | | |
| 0.30 | LITTLE, ROBERT B | $835.00 | $250.50 | REVIEW AND REVISE TIMELINE. |
| 2.50 | WHALEN, JONATHAN M | $630.00 | $1,575.00 | REVISE TIMELINE FOR S-1 FILING (1.8); DRAFT EMAILS REGARDING THE SAME (0.7). |
| 12/23/15 | | | | |
| 1.60 | WHALEN, JONATHAN M | $630.00 | $1,008.00 | DISCUSSIONS AND EMAILS REGARDING S-1 FILING (0.6); REVISE S-1 FILING TIMELINE (1.0). |

12/26/15

| 1.00 | LITTLE, ROBERT B | $835.00 | $835.00 | WORK ON EMERGENCE STEPS CHECKLIST. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**January 11, 2016**

**Invoice No. 2016011853**

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through December 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00049 | TCEH Notes Offering | $    751.50 | $    0.00 | $    751.50 |
|  | **Totals** | $    751.50 | $    0.00 | $    751.50 |
|  | **Current Balance Due** |  |  | $    751.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00049 | 09/12/15 | 2015093342 | $    229.90 | $    0.00 | $    229.90 |
| 92772-00049 | 10/09/15 | 2015101010 | 1,633.90 | 0.00 | 1,633.90 |
| 92772-00049 | 11/07/15 | 2015112649 | 3,776.80 | 0.00 | 3,776.80 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                                        $   5,640.60

**TOTAL OUTSTANDING BALANCE DUE**                              $   6,392.10

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**January 11, 2016**

**Invoice No. 2016011853**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through December 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00049 | TCEH Notes Offering | $    751.50 | $    0.00 | $    751.50 |
|  | **Totals** | $    751.50 | $    0.00 | $    751.50 |
|  | **Current Balance Due** |  |  | $    751.50 |

**<u>PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING</u>:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00049 | 09/12/15 | 2015093342 | $    229.90 | $    0.00 | $    229.90 |
| 92772-00049 | 10/09/15 | 2015101010 | 1,633.90 | 0.00 | 1,633.90 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00049 | 11/07/15 | 2015112649 | 3,776.80 | 0.00 | 3,776.80 |

**PREVIOUS BALANCE DUE** $ 5,640.60

**TOTAL OUTSTANDING BALANCE DUE** $ 6,392.10

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201

TCEH NOTES OFFERING
92772-00049

_____

For Services Rendered Through December 31, 2015

| NAME | HOURS | RATE | | TOTAL |
|------|-------|------|---|-------|
| ROBERT B. LITTLE | 0.90 | $ 835.00 | $ | 751.50 |
| **Total Services** | | | $ | 751.50 |

| | |
|---|---|
| **Total Services, Costs/Charges** | 751.50 |
| **BALANCE DUE** | $   751.50 |

**Invoice Date: January 11, 2016**

**Due and Payable Upon Receipt**

**Invoice No. 2016011853**

TCEH NOTES OFFERING
92772-00049

---

Detail Services:

12/21/15
| 0.90 | LITTLE, ROBERT B | $835.00 | $751.50 | PARTICIPATE IN TELEPHONE CALL REGARDING EMERGENCE FINANCING. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**January 11, 2016**

**Invoice No. 2016012102**

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through December 31, 2015**

| | | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00050 | Project Longhorn | $ 145,249.10 | $ 0.00 | $ 145,249.10 |
| | **Totals** | $ 145,249.10 | $ 0.00 | $ 145,249.10 |
| | **Current Balance Due** | | | $ 145,249.10 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00050 | 10/09/15 | 2015103414 | $ 9,980.60 | $ 0.00 | $ 9,980.60 |
| 92772-00050 | 11/07/15 | 2015112650 | 63,650.80 | 0.00 | 63,650.80 |
| 92772-00050 | 12/09/15 | 2015123535 | 364,593.50 | 0.00 | 364,593.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: January 11, 2016**                                    **Invoice No. 2016012102**

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**              $ 438,224.90

**TOTAL OUTSTANDING BALANCE DUE**       $ 583,474.00

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**January 11, 2016**

**Invoice No. 2016012102**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through December 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00050 | Project Longhorn | $  145,249.10 | $      0.00 | $  145,249.10 |
|  | **Totals** | $  145,249.10 | $      0.00 | $  145,249.10 |
|  | **Current Balance Due** |  |  | $  145,249.10 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00050 | 10/09/15 | 2015103414 | $  9,980.60 | $  0.00 | $  9,980.60 |
| 92772-00050 | 11/07/15 | 2015112650 | 63,650.80 | 0.00 | 63,650.80 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00050 | 12/09/15 | 2015123535 | 364,593.50 | 0.00 | 364,593.50 |

**PREVIOUS BALANCE DUE**      $ 438,224.90

**TOTAL OUTSTANDING BALANCE DUE**      $ 583,474.00

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201

PROJECT LONGHORN
92772-00050

---

For Services Rendered Through December 31, 2015

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| JOSEPH KATTAN | 46.00 | $1,100.00 | $  50,600.00 |
| DAVID L. SINAK | 0.60 | 1,065.00 | 639.00 |
| ROBERT C. WALTERS | 0.70 | 975.00 | 682.50 |
| ROBERT B. LITTLE | 3.50 | 835.00 | 2,922.50 |
| ANDREW A. CLINE | 26.60 | 650.00 | 17,290.00 |
| JONATHAN M. WHALEN | 13.50 | 630.00 | 8,505.00 |
| MICHAEL Q. CANNON | 1.70 | 500.00 | 850.00 |
| ROBERT M. NICHOLS | 48.50 | 520.00 | 25,220.00 |
| TIMOTHY P. FISHER | 5.60 | 450.00 | 2,520.00 |
| LAUREN A. TRAINA | 0.60 | 460.00 | 276.00 |
| RANI BISWAS | 22.80 | 212.00 | 4,833.60 |
| SUSAN M. DALE | 13.50 | 315.00 | 4,252.50 |
| COREY E. GREEN | 30.20 | 325.00 | 9,815.00 |
| CHRISTOPHER KARNES | 0.20 | 365.00 | 73.00 |
| STEPHEN S. NEAL | 44.60 | 365.00 | 16,279.00 |
| CHRISTOPHER A. SASSO | 0.90 | 365.00 | 328.50 |
| DANIEL Y. SHIN | 0.50 | 325.00 | 162.50 |

**Total Services**                                             $ 145,249.10

**Total Services, Costs/Charges**                              145,249.10

**BALANCE DUE**                                               $  145,249.10

PROJECT LONGHORN
92772-00050

_____

Detail Services:

12/01/15

| | | | | |
|---|---|---|---|---|
| 3.30 | KATTAN, JOSEPH | $1,100.00 | $3,630.00 | REVIEW ADDITIONAL MATERIALS REGARDING ERCOT (1.0); REVIEW DATA ANALYSIS SUMMARIES FROM J. MORRIS (0.2); TELEPHONE CONFERENCES WITH J. MORRIS REGARDING ECONOMIC ANALYSIS (0.6); PARTICIPATE IN CALL WITH EFH TEAM REGARDING DOJ PROCESS AND PRESENTATION (1.0); CONFERENCE WITH B. NICHOLS REGARDING DOJ PRESENTATION (0.3); TELEPHONE CONFERENCE WITH A. WRIGHT REGARDING COORDINATION (0.2). |
| 2.40 | LITTLE, ROBERT B | $835.00 | $2,004.00 | REVIEW AND REVISE CLOSING CHECKLIST (0.6); PARTICIPATE IN TELEPHONE CALL REGARDING SAME (0.9); TELEPHONE CALL REGARDING ANTITRUST MATTERS (0.9). |
| 3.00 | CLINE, ANDREW A | $650.00 | $1,950.00 | CALL WITH J. KATTAN AND EFH REGARDING HSR PROCESS (0.2); CALL WITH EFH REGARDING DATA AND DOCUMENTS NEEDED FOR HSR FILING (0.5); EMAIL EXCHANGES WITH A. WRIGHT REGARDING SAME (0.2); EMAIL EXCHANGES WITH COUNSEL FOR SELLER REGARDING HSR STATUS (0.2); FORWARD DRAFT EMAIL TO OFFICERS REGARDING HSR FILING (0.2); DRAFT HSR FILING (1.7). |

| | | | | |
|---|---|---|---|---|
| 7.10 | WHALEN, JONATHAN M | $630.00 | $4,473.00 | PARTICIPATE IN PHONE CALL REGARDING ANTITRUST ADVOCACY WORK (1.2); REVIEW AND REVISE CLOSING CHECKLIST (1.6); PARTICIPATE IN PHONE CALL TO DISCUS HSR FILING (0.8); PARTICIPATE IN CALL TO DISCUSS CLOSING MATTERS (0.7); ANALYSIS REGARDING REQUIREMENT TO DISCLOSE PRO FORMA FINANCIALS FOR ACQUIRED COMPANY (1.7); PREPARE SUMMARY OF APPLICABLE COVENANTS UNDER PURCHASE AGREEMENT (1.1). |
| 3.70 | NICHOLS, ROBERT M | $520.00 | $1,924.00 | REVISE ANTITRUST JDA (0.8); CONFER WITH J. KATTAN REGARDING DOJ PRESENTATION (0.3); DRAFT DOJ PRESENTATION (2.3); CONFER WITH J. KATTAN, B. FRENZEL, ET AL. REGARDING PROCESS AND STRATEGY OF DOJ ENGAGEMENT (0.3). |
| 2.90 | FISHER, TIMOTHY P | $450.00 | $1,305.00 | REVISE CLOSING CHECKLIST (1); REVIEW S-X 3-05 AND CONFERENCE WITH WORKING GROUP REGARDING SAME (1.9). |
| 12/02/15 1.60 | KATTAN, JOSEPH | $1,100.00 | $1,760.00 | REVIEW, EDIT DRAFT JOINT DEFENSE AGREEMENT (0.4); REVIEW PRESENTATIONS, SPREADSHEETS (0.2); TELEPHONE CONFERENCE WITH A. SYNNOTT REGARDING TRANSACTION BACKGROUND (0.2); TELEPHONE CONFERENCE WITH A. WRIGHT REGARDING BUSINESS PLANS (0.3); TELEPHONE CONFERENCE WITH J. MORRIS REGARDING ECONOMIC ANALYSIS (0.3); EMAILS WITH CLIENT, ECONOMISTS (0.2). |

| | | | | |
|---|---|---|---|---|
| 2.30 | CLINE, ANDREW A | $650.00 | $1,495.00 | CALL WITH G. SANTOS AND K. LAMBERTH REGARDING HSR ACT FILING DOCUMENT COLLECTION PROCESS (0.2); REVIEW CLIENT DOCUMENTS FOR HSR ACT FILING (1.2); UPDATE HSR ACT FILING FORM (0.9). |
| 2.10 | WHALEN, JONATHAN M | $630.00 | $1,323.00 | REVIEW JOINT DEFENSE CONFIDENTIALITY AGREEMENT (0.3); PARTICIPATE IN CALL TO DISCUSS HSR FILING (0.6); ANALYSIS REGARDING CLOSING MATTERS (1.2). |
| 2.00 | NICHOLS, ROBERT M | $520.00 | $1,040.00 | REVISE DOJ PRESENTATION. |
| 0.10 | FISHER, TIMOTHY P | $450.00 | $45.00 | CONFERENCE WITH WORKING GROUP REGARDING 8-K EXHIBITS. |
| 0.60 | DALE, SUSAN M | $315.00 | $189.00 | PREPARE DATA FOR EXPERT REVIEW. |

12/03/15

| | | | | |
|---|---|---|---|---|
| 2.50 | KATTAN, JOSEPH | $1,100.00 | $2,750.00 | PARTICIPATE IN CALL WITH G. FRANZEN ET AL. REGARDING BUSINESS PLANS (0.7); EDIT DRAFT DOJ PRESENTATION (0.7); REVIEW REVISIONS TO DRAFT JDA (0.2); REVIEW ADDITIONAL INFORMATION REQUEST FROM EI (0.2); EMAILS WITH LEGAL TEAM REGARDING JDA, INFORMATION REQUESTS (0.3); TELEPHONE CONFERENCE WITH B. NICHOLS REGARDING PRESENTATION (0.2); REVIEW DATA ANALYSIS (0.1); REVIEW LUMINANT PRESENTATIONS, LRPS (0.1). |
| 1.30 | CLINE, ANDREW A | $650.00 | $845.00 | EMAIL EXCHANGES AND MEETING WITH S. DALE REGARDING DOCUMENT COLLECTION FOR HSR FILING (0.2); REVIEW CLIENT DATA FOR HSR ACT FILING FORM (0.8); UPDATE SAME (0.2); EMAIL EXCHANGES WITH G. SANTOS REGARDING SAME (0.1). |

| | | | | |
|---|---|---|---|---|
| 0.60 | DALE, SUSAN M | $315.00 | $189.00 | PREPARE MATERIALS FOR ATTORNEY REVIEW FOR POSSIBLE INCLUSION WITH HART SCOTT RODINO FILING. |
| 0.50 | SHIN, DANIEL Y | $325.00 | $162.50 | CREATE SFTP SITE WITH SECURITY CREDENTIALS AND EMAIL FOR S. DALE. |

12/04/15

| | | | | |
|---|---|---|---|---|
| 3.20 | KATTAN, JOSEPH | $1,100.00 | $3,520.00 | WORK ON DOJ PRESENTATION (1.3); EMAILS WITH LEGAL TEAM (0.3); PARTICIPATE IN CALLS WITH LUMINANT AND TXU REGARDING FORWARD SALES AND RETAIL SALES (0.3); REVIEW ADDITIONAL COMPANY DOCUMENTS AND INFORMATION (0.8); TELEPHONE CALL WITH J. MORRIS REGARDING ECONOMICS (0.5). |
| 0.80 | CLINE, ANDREW A | $650.00 | $520.00 | EMAIL EXCHANGES WITH S. DALE AND C. SASSO REGARDING DOCUMENT DOWNLOADING AND PROCESSING (0.3); EMAIL EXCHANGE WITH A. WRIGHT REGARDING HSR FILING (0.2); UPDATE HSR FILING FORM (0.2); REVIEW CLIENT DOCUMENTS FOR SAME (0.1). |
| 2.50 | NICHOLS, ROBERT M | $520.00 | $1,300.00 | REVISE DOJ PRESENTATION (1.9); CONFER WITH  B. FRENZEL, ET AL. REGARDING WHOLESALE AND RETAIL BUSINESSES (0.6). |
| 1.70 | DALE, SUSAN M | $315.00 | $535.50 | PREPARE MATERIALS FOR ATTORNEY REVIEW FOR POSSIBLE INCLUSION WITH HART SCOTT RODINO FILING. |
| 2.00 | GREEN, COREY E | $325.00 | $650.00 | COORDINATE WITH CASE TEAM AND DC GPS (C. SASSO AND S. NEAL) ON PROCESSING AND LOADING 34 GB OF PST FILES IN LAW (1.0); CREATE NEW LAW CASE (1.0). |

| | | | | |
|---|---|---|---|---|
| 3.10 | NEAL, STEPHEN S | $365.00 | $1,131.50 | CREATE RELATIVITY DATABASE SETUP FOR HSR 4C REVIEW (1.0); PROCESS CUSTODIAN ELECTRONIC FILES FOR LOADING TO RELATIVITY (2.1). |

**12/05/15**

| | | | | |
|---|---|---|---|---|
| 0.40 | KATTAN, JOSEPH | $1,100.00 | $440.00 | TELEPHONE CALL WITH R. WALTERS REGARDING COMPETITIVE ANALYSIS. |
| 0.70 | WALTERS, ROBERT C | $975.00 | $682.50 | CALLS WITH M. MCFARLAND (0.3); CALL TO J. KATTAN ON DOJ REVIEW (0.4). |
| 1.50 | DALE, SUSAN M | $315.00 | $472.50 | PREPARE MATERIALS FOR ATTORNEY REVIEW FOR POSSIBLE INCLUSION WITH HART SCOTT RODINO FILING. |
| 0.20 | KARNES, CHRISTOPHER | $365.00 | $73.00 | EMAIL EXCHANGES WITH A. CLINE, C. SASSO, S. NEAL AND C. GREEN REGARDING PROCESSING OF DATA FOR RELATIVITY REVIEW. |
| 10.30 | NEAL, STEPHEN S | $365.00 | $3,759.50 | PREPARE CLIENT DOCUMENTS FOR ESI DATA PROCESSING AND ATTORNEY REVIEW REGARDING HSR 4C FILING (9.0); PREPARE STATISTICAL REPORT FOR A. CLINE (1.3). |

**12/06/15**

| | | | | |
|---|---|---|---|---|
| 3.50 | CLINE, ANDREW A | $650.00 | $2,275.00 | REVIEW CLIENT DOCUMENTS FOR HSR FILING (3.1); EMAIL EXCHANGES AND CALLS WITH R. BISWAS REGARDING SAME (0.2); EMAIL EXCHANGES WITH S. NEAL AND C. GREEN REGARDING DATA PROCESSING (0.2). |
| 1.50 | NICHOLS, ROBERT M | $520.00 | $780.00 | REVIEW AND ANALYZE PLANT LIST (0.3); REVIEW AND ANALYZE HEDGING STRATEGY DOCUMENTS (1.0); CORRESPOND WITH J. KATTAN REGARDING PLANT DETAILS (0.2). |

| | | | | |
|---|---|---|---|---|
| 4.40 | BISWAS, RANI | $212.00 | $932.80 | REVIEW, PREPARE CLIENT DOCUMENTS FOR HSR ACT FILING (4.1); CALL, EMAIL EXCHANGES WITH A. CLINE REGARDING REVIEW AND PREPARATION OF CLIENT DOCUMENTS (0.3). |
| 6.50 | GREEN, COREY E | $325.00 | $2,112.50 | PROCESS 50 GIGABYTES OF EMAIL STORES (PST FILES) IN LAW (3.5); ORGANIZE, FILTER, SEARCH AND MANIPULATE DATA IN THE LAW APPLICATION AND EXPORT CUSTODIAL DATA TO THE NETWORK ON A ROLLING BASIS (2.5); LOAD DATA INTO THE RELATIVITY DATABASE AND RUN THE DT SEARCH INDEX (0.5). |
| 7.30 | NEAL, STEPHEN S | $365.00 | $2,664.50 | PREPARE CLIENT DOCUMENTS FOR ESI DATA PROCESSING AND ATTORNEY REVIEW REGARDING HSR 4C FILING (6.5); PREPARE STATISTICAL REPORT PER REQUEST OF A. CLINE (0.8). |
| 0.40 | SASSO, CHRISTOPHER A | $365.00 | $146.00 | PROVIDE SECURE ACCESS TO RELATIVITY DOCUMENT REVIEW DATABASE PER A. CLINE (0.1); UPDATE REVIEW ATTORNEY DATABASE PERMISSIONS PER A. CLINE (0.1); UPDATE DOCUMENT CODING FORM IN RELATIVITY DATABASE PER R. BISWAS (0.2). |

12/07/15

| | | | | |
|---|---|---|---|---|
| 2.00 | KATTAN, JOSEPH | $1,100.00 | $2,200.00 | REVIEW ADDITIONAL DOCUMENTS FROM CLIENT (0.7); TELEPHONE CONFERENCES WITH A. CLINE AND B. NICHOLS REGARDING DOCUMENTS (0.1); TELEPHONE CONFERENCE WITH A. WRIGHT REGARDING 4(C), DOJ PRESENTATION (0.4); REVIEW DOJ MATERIALS (0.5); EMAILS WITH CLIENT J. MORRIS REGARDING DATA REQUESTS, DOJ (0.1); REVIEW NEXTERA'S MARKUP OF JDA (0.2). |

| | | | | |
|---|---|---|---|---|
| 3.30 | CLINE, ANDREW A | $650.00 | $2,145.00 | REVIEW CLIENT DOCUMENTS FOR HSR ACT FILING (1.9); EMAIL EXCHANGES AND CALLS WITH R. BISWAS REGARDING SAME (0.5); EMAIL EXCHANGES WITH J. KATTAN REGARDING CLIENT DOCUMENTS (0.2); EMAIL EXCHANGE WITH G. SANTOS REGARDING INFORMATION NEEDED FOR HSR ACT FILING (0.2); EMAIL EXCHANGES WITH PRACTICE SYSTEMS REGARDING PROCESSING CLIENT DOCUMENTS (0.2); CALL WITH EFH REGARDING STATUS OF HSR FILING (0.3). |
| 6.30 | BISWAS, RANI | $212.00 | $1,335.60 | REVIEW CLIENT DOCUMENTS FOR HSR ACT FILING (5.8); CALL, EMAIL EXCHANGES WITH A. CLINE REGARDING REVIEW OF CLIENT DOCUMENTS (0.5). |
| 2.30 | DALE, SUSAN M | $315.00 | $724.50 | PREPARE MATERIALS FOR ATTORNEY REVIEW FOR POSSIBLE INCLUSION WITH HART SCOTT RODINO FILING. |
| 11.00 | GREEN, COREY E | $325.00 | $3,575.00 | PROCESS 50 GIGABYTES OF EMAIL STORES (PST FILES) IN LAW (8.0); ORGANIZE, FILTER, SEARCH AND MANIPULATE DATA IN THE LAW APPLICATION AND EXPORT CUSTODIAL DATA TO THE NETWORK ON A ROLLING BASIS (2.0); LOAD DATA INTO THE RELATIVITY DATABASE AND RUN THE DT SEARCH INDEX (1.0). |
| 19.00 | NEAL, STEPHEN S | $365.00 | $6,935.00 | PREPARE CLIENT DOCUMENTS FOR ESI DATA PROCESSING AND ATTORNEY REVIEW REGARDING HSR 4C FILING (16.7); PREPARE STATISTICAL REPORT PER REQUEST OF A. CLINE (2.3). |

| | | | | |
|---|---|---|---|---|
| 0.50 | SASSO, CHRISTOPHER A | $365.00 | $182.50 | ADVISE A. CLINE REGARDING PROPAGATION OF CODING IN RELATIVITY DATABASE (0.3); SETUP PROPAGATION AND CONFER WITH C. GREEN REGARDING SAME (0.2). |

12/08/15

| | | | | |
|---|---|---|---|---|
| 4.40 | KATTAN, JOSEPH | $1,100.00 | $4,840.00 | REVIEW EI'S DRAFT INSERTS FOR DOJ PRESENTATION (0.2); CONFERENCES WITH A. CLINE REGARDING DOCUMENT REVIEW (0.2); EMAILS WITH J. KRAUSS REGARDING DATA ISSUES, JDA (0.2); EMAIL EXCHANGES WITH A. SYNNOTT REGARDING COORDINATION, JDA (0.4); TELEPHONE CONFERENCES WITH J. MORRIS REGARDING DOJ PRESENTATION, DATA ANALYSIS (0.8); PARTICIPATE IN CALLS WITH EFH / LUMINANT REGARDING CONSTRAINTS, COAL PLANTS (1.3); EDIT DOJ PRESENTATION (0.8); TELEPHONE CONFERENCE WITH A. WRIGHT REGARDING DOJ, 4(C) DOCUMENTS (0.4); TELEPHONE CONFERENCE WITH J. KRAUSS REGARDING JDA (0.1). |
| 0.40 | LITTLE, ROBERT B | $835.00 | $334.00 | REVIEW REVISIONS TO CLOSING CHECKLIST (0.3); E-MAILS REGARDING SAME (0.1). |

| | | | | |
|---|---|---|---|---|
| 4.10 | CLINE, ANDREW A | $650.00 | $2,665.00 | REVIEW CLIENT DOCUMENTS FOR HSR ACT FILING AND SUBSTANTIVE ANTITRUST ISSUES (2.0); EMAIL EXCHANGES AND CALLS WITH R. BISWAS REGARDING SAME (0.2); EMAIL EXCHANGES WITH J. KATTAN REGARDING CLIENT DOCUMENTS (0.2); EMAIL EXCHANGE WITH G. SANTOS REGARDING INFORMATION NEEDED FOR HSR ACT FILING (0.2); EMAIL EXCHANGES WITH PRACTICE SYSTEMS REGARDING PROCESSING CLIENT DOCUMENTS (0.1); CALL WITH EFH REGARDING STATUS OF HSR FILING (0.3); CALL WITH G. MOOR REGARDING HSR ACT FILING FEE ISSUES (0.1); FINALIZE HSR ACT FILING FORM (0.8); EMAIL EXCHANGE WITH COUNSEL FOR SELLER REGARDING STATUS OF HSR ACT FILINGS (0.2). |
| 0.80 | WHALEN, JONATHAN M | $630.00 | $504.00 | REVISE CLOSING CHECKLIST (0.4); DRAFT EMAILS REGARDING CLOSING CHECKLIST CALLS (0.4). |
| 1.50 | NICHOLS, ROBERT M | $520.00 | $780.00 | CONFER WITH J MORRIS AND BUSINESS TEAM REGARDING TRANSMISSION CONSTRAINTS (0.6) REGARDING RELEVANT DOCUMENTS (0.9). |
| 4.60 | BISWAS, RANI | $212.00 | $975.20 | REVIEW CLIENT DOCUMENTS FOR HSR ACT FILING (4.3); CALL, EMAIL EXCHANGES WITH A. CLINE REGARDING REVIEW OF CLIENT DOCUMENTS (0.3). |
| 0.80 | DALE, SUSAN M | $315.00 | $252.00 | PREPARE MATERIALS FOR ATTORNEY REVIEW FOR POSSIBLE INCLUSION WITH HART SCOTT RODINO FILING. |

| | | | | |
|---|---|---|---|---|
| 2.20 | GREEN, COREY E | $325.00 | $715.00 | RELATIVITY DATABASE MAINTENANCE (0.2); CONVERT PROCESSED EMAIL FILES IN ORDER TO EXTRACT OCR TEXT FOR DOCUMENTS WITHOUT EXTRACTED TEXT (0.5); RECEIVE DOCID'S FROM A. CLINE VIA EMAIL AND EXPORT REQUESTED NATIVE FILES FROM THE RELATIVITY DATABASE AND SEND TO A. CLINE VIA EMAIL (1.5). |
| 12/09/15 3.20 | KATTAN, JOSEPH | $1,100.00 | $3,520.00 | TELEPHONE CONFERENCE WITH A. SYNNOTT REGARDING DOJ (0.1); EMAILS WITH EFH, EI REGARDING DATA ISSUES (0.1); TELEPHONE CONFERENCE WITH B. NICHOLS REGARDING DOJ, JDA (0.1); REVIEW COMPLETE 4(C) DOCUMENT SET, ADDITIONAL DOCUMENTS RELEVANT TO DOJ (0.8); CONFERENCES WITH A. CLINE REGARDING 4(C), DOJ ISSUES, ADDITIONAL DOCUMENT REVIEWS (0.3); TELEPHONE CONFERENCE WITH A. SYNNOTT REGARDING DOJ PRESENTATION, JDA (0.1); TELEPHONE CONFERENCE WITH J. MORRIS REGARDING ECONOMIC ANALYSIS (0.4); TELEPHONE CONFERENCE WITH J. EATON REGARDING TRANSACTION, MEETING (0.2); TELEPHONE CONFERENCE WITH R. LITTLE REGARDING DOJ (0.2); REVIEW ARTICLES ON HEDGING AND FIRM VALUE (0.7); TELEPHONE CONFERENCE WITH A. WRIGHT REGARDING DOJ (0.3). |

| 4.30 | CLINE, ANDREW A | $650.00 | $2,795.00 | EMAIL EXCHANGES WITH A. WRIGHT AND G. SANTOS REGARDING HSR ACT FILING STATUS (0.3); REVIEW CLIENT DOCUMENTS FOR HSR FILING AND SUBSTANTIVE ANALYSIS (2.2); CALLS WITH R. BISWAS REGARDING SAME (0.2); PREPARE FINAL HSR FILING FORM AND COVER LETTER (1.4); EMAIL EXCHANGES WITH COUNSEL FOR NEWTON REGARDING STATUS OF HSR FILING (0.2). |
| 0.40 | WHALEN, JONATHAN M | $630.00 | $252.00 | DRAFT EMAILS REGARDING CLOSING MATTERS. |
| 0.20 | CANNON, MICHAEL Q | $500.00 | $100.00 | ATTENTION TO PROJECT LONGHORN 338(H)(10) CHECKLIST REQUESTED BY B. BLOOM. |
| 4.30 | NICHOLS, ROBERT M | $520.00 | $2,236.00 | REVIEW 4C AND D DOCUMENTS (1.3); CONFER WITH J. KATTAN AND A. SYNOTT (0.3); REVISE INITIAL PRESENTATION TO DOJ (1.1); CORRESPOND WITH J. MORRIS REGARDING COAL PLANTS (0.2); DRAFT NOTES OF TUESDAY CALL ON COAL PLANTS (0.2); REVIEW ACADEMIC ARTICLES ON FORWARD SALES (1.2). |
| 0.60 | TRAINA, LAUREN A | $460.00 | $276.00 | CORRESPOND WITH TEXAS LOCAL COUNSEL REGARDING EXISTING TITLE POLICIES AND SURVEYS. |
| 6.40 | BISWAS, RANI | $212.00 | $1,356.80 | REVIEW CLIENT DOCUMENTS FOR HSR ACT FILING AND FOR SUBSTANTIVE MATERIAL RELATING TO COAL PLANT RETIREMENTS (6.1); CALL, EMAIL EXCHANGES WITH A. CLINE REGARDING REVIEW OF CLIENT DOCUMENTS (0.3). |
| 3.90 | DALE, SUSAN M | $315.00 | $1,228.50 | PREPARE HART SCOTT RODINO FILING FOR SUBMISSION TO THE FEDERAL TRADE COMMISSION AND THE DEPARTMENT OF JUSTICE. |

| | | | | |
|---|---|---|---|---|
| 1.50 | GREEN, COREY E | $325.00 | $487.50 | CREATE SEARCHES IN RELATIVITY FOR DOCUMENTS WITH MISSING TEXT (0.5); CREATE FILTERS IN LAW AND BEGIN CONVERTING NATIVE FILES TO TIFF IMAGES IN ORDER TO EXTRACT OCR TEXT (1.0). |
| 2.10 | NEAL, STEPHEN S | $365.00 | $766.50 | ASSIST WITH REVIEW OF CLIENT EMAIL DATA (0.9); ASSIST WITH EXPORT FROM DATABASE FOR TRANSMITTAL (1.2). |

12/10/15

| | | | | |
|---|---|---|---|---|
| 3.00 | KATTAN, JOSEPH | $1,100.00 | $3,300.00 | REVIEW DOCUMENTS RELEVANT TO COAL RETIREMENT ISSUE (0.9); CONFERENCE WITH A. CLINE REGARDING RETIREMENT ISSUE (0.1); TELEPHONE CONFERENCE WITH J. MORRIS REGARDING SAME (0.3); EMAILS WITH LEGAL AND ECONOMIC TEAMS REGARDING RETIREMENT, MODELING, DOJ PRESENTATION (0.2); FURTHER WORK ON PRESENTATION (0.7); EMAILS WITH NEE COUNSEL REGARDING JDA (0.1); TELEPHONE CONFERENCE WITH J. WHALEN REGARDING ADVOCACY (0.1); TELEPHONE CONFERENCE WITH S. CARAWAY REGARDING MODELING (0.2); TELEPHONE CONFERENCE WITH A. WRIGHT REGARDING JDA (0.1); TELEPHONE CONFERENCE WITH A. SYNNOTT REGARDING JDA, DOJ MEETING (0.1); REVIEW UPDATED DATA ANALYSIS FROM EI (0.2). |
| 0.60 | SINAK, DAVID L | $1,065.00 | $639.00 | REVIEW AND COMMENT ON DRAFT TAX CHECKLIST FOR CLOSING AND POST-CLOSING. |

| | | | | |
|---|---|---|---|---|
| 3.10 | CLINE, ANDREW A | $650.00 | $2,015.00 | REVIEW CLIENT DOCUMENTS FOR HSR ACT FILING AND SUBSTANTIVE ANTITRUST ISSUES (2.1); EMAIL EXCHANGES AND CALLS WITH R. BISWAS REGARDING SAME (0.3); EMAIL EXCHANGES WITH J. KATTAN REGARDING CLIENT DOCUMENTS (0.2); REVIEW FINAL HSR SUBMISSION AND DRAFT COVER LETTER (0.4); EMAIL EXCHANGE WITH H. TARRANT REGARDING HSR FILING FEE (0.1). |
| 2.40 | WHALEN, JONATHAN M | $630.00 | $1,512.00 | REVISE CLOSING CHECKLIST (0.6); PARTICIPATE IN PHONE CALLS REGARDING CLOSING MATTERS (1.8). |
| 1.50 | CANNON, MICHAEL Q | $500.00 | $750.00 | PREPARE 338(H)(10) AND PURCHASE PRICE ALLOCATION CHECKLIST AT B. BLOOM'S REQUEST. |
| 1.00 | FISHER, TIMOTHY P | $450.00 | $450.00 | CONFERENCE WITH WORKING GROUP REGARDING CLOSING MATTERS (0.7); REVISE CLOSING CHECKLIST (0.3). |
| 1.10 | BISWAS, RANI | $212.00 | $233.20 | REVIEW CLIENT DOCUMENTS FOR MATERIAL RELATING TO COAL PLANT RETIREMENTS AND ROLE OF BANK OF AMERICA IN RELATED TRANSACTION. |

12/11/15

| | | | | |
|---|---|---|---|---|
| 2.50 | KATTAN, JOSEPH | $1,100.00 | $2,750.00 | TELEPHONE CONFERENCE, EMAILS WITH J. KRAUSS REGARDING JDA (0.1); REVIEW COMMENTS ON DOJ PRESENTATION (0.2); TELEPHONE CONFERENCE WITH J. MORRIS AND B. NICHOLS REGARDING DOJ PRESENTATION (1.5); PARTICIPATE IN CALL WITH EFH, LUMINANT TEAMS REGARDING DOJ PRESENTATION (0.5); FOLLOW-UP CALL WITH A. WRIGHT (0.2). |

| | | | | |
|---|---|---|---|---|
| 3.70 | NICHOLS, ROBERT M | $520.00 | $1,924.00 | REVISE DOJ PRESENTATION (2.0); CONFER WITH B. FRENZEL, A. WRIGHT, J. KATTAN, ET AL. REGARDING DOJ PRESENTATION (1.7). |
| 0.50 | FISHER, TIMOTHY P | $450.00 | $225.00 | REVISE CLOSING CHECKLIST. |
| 1.00 | GREEN, COREY E | $325.00 | $325.00 | CONVERT DOCUMENTS TO TIFF IMAGES IN LAW (0.4); EXTRACT OCR TEXT AND EXPORT DATA TO NETWORK (0.4); UPDATE AND OVERLAY TEXT IN THE INTERNAL RELATIVITY DATABASE FOR DOCUMENTS WITH MISSING TEXT (0.1); QC UPDATES (0.1). |

**12/12/15**

| | | | | |
|---|---|---|---|---|
| 0.60 | KATTAN, JOSEPH | $1,100.00 | $660.00 | REVIEW DOCUMENTS REGARDING MOTHBALLING, RETIREMENTS (0.5); REVIEW REVISIONS TO DOJ PRESENTATION (0.1). |
| 2.30 | NICHOLS, ROBERT M | $520.00 | $1,196.00 | REVISE LONGHORN PRESENTATION (2.0); CORRESPOND WITH TEAM AND A. SYNOTT REGARDING PRESENTATION (0.3). |

**12/13/15**

| | | | | |
|---|---|---|---|---|
| 1.50 | KATTAN, JOSEPH | $1,100.00 | $1,650.00 | REVIEW CLIENT COMMENTS ON DOJ PRESENTATION (0.2); PARTICIPATE IN CALL WITH CLIENT REGARDING DOJ PRESENTATION (1.3). |
| 0.20 | LITTLE, ROBERT B | $835.00 | $167.00 | REVIEW ANTITRUST PRESENTATION. |
| 2.70 | NICHOLS, ROBERT M | $520.00 | $1,404.00 | PARTICIPATE IN CALL WITH CLIENT REGARDING DOJ PRESENTATION (0.8); REVISE PRESENTATION (1.5); CORRESPOND WITH J. MORRIS REGARDING SAME (0.4). |

12/14/15

| | | | | |
|---|---|---|---|---|
| 2.50 | KATTAN, JOSEPH | $1,100.00 | $2,750.00 | REVIEW ADDITIONAL COMMENTS ON DRAFT DOJ PRESENTATION (0.1); REVIEW ADDITIONAL DATA (0.1); REVISE PRESENTATION (0.2); PARTICIPATE IN CALL WITH CLIENT REGARDING DOJ PRESENTATION (0.3); TELEPHONE CONFERENCE WITH J. MORRIS REGARDING ECONOMIC ANALYSIS (0.5); EMAILS WITH LEGAL AND ECONOMIC TEAMS REGARDING DOJ (0.1); REVIEW MATERIALS REGARDING MOTHBALLING, RETIREMENTS (0.2); PARTICIPATE IN CALL WITH CLIENT, EI REGARDING DOJ PRESENTATION (1.0). |
| 2.80 | NICHOLS, ROBERT M | $520.00 | $1,456.00 | REVISE DOJ PRESENTATION (1.6); CONFER WITH A. WRIGHT, ET AL. REGARDING DOJ PRESENTATION AND OTHER COMPETITIVE QUESTIONS (1.2). |
| 4.50 | GREEN, COREY E | $325.00 | $1,462.50 | FINALIZE OVERLAYING AND UPDATING THE MISSING TEXT FOR THE 14 CUSTODIAL EMAILS THAT WERE PREVIOUS PROCESSED AND LOADED INTO RELATIVITY DATABASE (1.5); RUN QUALITY CONTROL ON THE OVERLAY UPDATES (0.5); CONTINUE TO COVERT EMAILS AND ELECTRONIC FILES IN LAW (1.5); EXTRACT OCR TEXT FROM CONVERTED FILES AND EXPORT TO NETWORK (0.5); OVERLAY AND UPDATE TEXT FOR DOCUMENTS IN THE INTERNAL RELATIVITY DATABASE WITH MISSING TEXT (0.5). |

| 12/15/15 | | | | |
|---|---|---|---|---|
| 1.40 | KATTAN, JOSEPH | $1,100.00 | $1,540.00 | REVIEW ANALYST REPORTS (0.3); REVIEW REGULATORY ADDITIONS (0.2); REVIEW ADDITIONAL PROPOSED REVISIONS TO DOJ PRESENTATION FROM EI AND CREDITORS (0.1); TELEPHONE CONFERENCES WITH B. NICHOLS REGARDING PRESENTATION (0.1); PARTICIPATE IN CALL WITH EFH REGARDING ISSUES FOR DOJ PRESENTATION (0.7). |
| 3.00 | NICHOLS, ROBERT M | $520.00 | $1,560.00 | CONFER WITH A. WRIGHT ET AL REGARDING PRESENTATION (0.5); CORRESPOND WITH A. WRIGHT REGARDING REGULATION IN ERCOT (0.2); CONFER WITH B. MOORE REGARDING REGULATION IN ERCOT (0.4); CORRESPOND WITH J. MORRIS REGARDING PRESENTATION (0.2); REVISE PRESENTATION (0.7); CONFER WITH B. FRENZEL, A. WRIGHT, ET AL. REGARDING RETIREMENTS (1.0). |
| 12/16/15 | | | | |
| 7.00 | KATTAN, JOSEPH | $1,100.00 | $7,700.00 | REVIEW, MAKE FINAL REVISIONS TO DOJ PRESENTATION (0.4); MEETING WITH A. WRIGHT REGARDING DOJ (0.5); PARTICIPATE IN DOJ MEETING AND PRE-DOJ PREP MEETING (5.5); TELEPHONE CONFERENCE WITH J. MORRIS REGARDING DOJ INFORMATION REQUEST (0.4); DISCUSS DOJ REQUESTS WITH B. NICHOLS (0.2). |

| | | | | |
|---|---|---|---|---|
| 7.50 | NICHOLS, ROBERT M | $520.00 | $3,900.00 | PARTICIPATE IN DOJ MEETING AND PRE-DOJ PREP MEETING (4.5); REVISE PRESENTATION TO DOJ (1.0); CONFER WITH DOJ REGARDING COMPETITIVE EFFECTS (1.5); CORRESPOND WITH A. WRIGHT, J. KATTAN, ET AL. REGARDING DOJ FOLLOW-UP (0.3); CORRESPOND WITH B. MOORE REGARDING DOJ FOLLOW-UP (0.2). |

12/17/15

| | | | | |
|---|---|---|---|---|
| 1.40 | KATTAN, JOSEPH | $1,100.00 | $1,540.00 | REVIEW AND COMMENT ON DAY-AHEAD ANALYSIS (0.2); PARTICIPATE IN CALL WITH LUMINANT AND EI REGARDING TRANSMISSION DATA (0.8); FOLLOW-UP CALL WITH J. MORRIS (0.2); EMAILS WITH EI, DOJ, AND JOINT DEFENSE COUNSEL (0.2). |
| 0.50 | LITTLE, ROBERT B | $835.00 | $417.50 | PARTICIPATE IN CALL WITH WORKING GROUP REGARDING ACTION ITEMS. |
| 0.20 | CLINE, ANDREW A | $650.00 | $130.00 | CALL WITH FTC REGARDING STATUS OF FILING (0.1); EMAIL EXCHANGE WITH J. KATTAN REGARDING SAME (0.1). |
| 0.70 | WHALEN, JONATHAN M | $630.00 | $441.00 | PREPARE FOR AND PARTICIPATE IN TRANSACTION UPDATE CALL. |
| 2.20 | NICHOLS, ROBERT M | $520.00 | $1,144.00 | CONFER WITH J. KATTAN, A. WRIGHT, ET AL. REGARDING TRANSMISSION DATA (0.8); DRAFT LETTER TO DOJ ON TRANSMISSION DATA (1.1); CORRESPOND WITH ECONOMISTS INC. REGARDING WORK PAPERS (0.3). |
| 0.70 | FISHER, TIMOTHY P | $450.00 | $315.00 | CONFERENCE WITH WORKING GROUP REGARDING TRANSACTION SLIDES AND PREPARE SAME. |

| Date/Hours | Name | Rate | Amount | Description |
|---|---|---|---|---|
| 12/18/15 | | | | |
| 0.70 | KATTAN, JOSEPH | $1,100.00 | $770.00 | TELEPHONE CONFERENCE, EMAILS WITH B. NICHOLS REGARDING OUTSTANDING DOJ REQUESTS (0.1); FOLLOW-UP EMAILS WITH LUMINANT REGARDING DOJ DATA REQUESTS (0.1); PARTICIPATE IN CALL WITH LUMINANT TEAM REGARDING DOJ REQUEST (0.5). |
| 2.20 | NICHOLS, ROBERT M | $520.00 | $1,144.00 | REVIEW AND ANALYZE HEDGE POSITIONS (1.0); CORRESPOND WITH A. WRIGHT REGARDING HEDGE POSITIONS (0.3); CORRESPOND WITH J. MORRIS REGARDING SAME (0.3); CORRESPOND WITH J. HO REGARDING SAME (0.4); CORRESPOND WITH B. MOORE REGARDING REGULATION (0.2). |
| 0.40 | FISHER, TIMOTHY P | $450.00 | $180.00 | PREPARE TRANSACTION SLIDES. |
| 12/19/15 | | | | |
| 0.40 | KATTAN, JOSEPH | $1,100.00 | $440.00 | EMAILS WITH BOB NICHOLS REGARDING ERCOT RULES (0.1); REVIEW MATERIALS REGARDING RELIABILITY UNIT COMMITMENT PROCESS (0.3). |
| 2.20 | NICHOLS, ROBERT M | $520.00 | $1,144.00 | RESEARCH REGULATION IN ERCOT (1.9); CORRESPOND WITH B. MOORE REGARDING SAME (0.2); CORRESPOND WITH J. KATTAN REGARDING SAME (0.1). |

| 12/21/15 | | | | | |
|---|---|---|---|---|---|
| 2.80 | KATTAN, JOSEPH | $1,100.00 | $3,080.00 | TELEPHONE CONFERENCES WITH B. NICHOLS REGARDING RELIABILITY UNIT COMMITMENT PROCESS, DOJ DATA REQUESTS (0.1); REVIEW ADDITIONAL MATERIALS REGARDING RUC COMMITMENTS (0.6); TELEPHONE CONFERENCE WITH J. MORRIS REGARDING DEGREE DAY ANALYSIS (0.3); EMAILS WITH LUMINANT, LEGAL TEAM, AND EI REGARDING DATA ISSUES AND EI DATA ANALYSIS (0.2); TELEPHONE CONFERENCE WITH J. MORRIS REGARDING DEGREE DAY ANALYSIS (0.2); EDIT CORRESPONDENCE TO DOJ (0.2); PARTICIPATE IN CALLS WITH CLIENT REGARDING DOJ QUESTIONS (1.2). | |
| 4.10 | NICHOLS, ROBERT M | $520.00 | $2,132.00 | REVIEW AND ANALYZE TEMPERATURE ANALYSIS FROM ECONOMISTS INCORPORATED (1.6); CONFER WITH B. MOORE, AND BUSINESS REGARDING ERCOT REGULATORY AUTHORITY (0.8); DRAFT LETTER TO DOJ ON TEMPERATURE ANALYSIS (0.5); CORRESPOND WITH ECONOMISTS INCORPORATED REGARDING SAME (0.4); CORRESPOND WITH DOJ REGARDING SAME (0.8). | |
| 12/22/15 | | | | | |
| 1.00 | KATTAN, JOSEPH | $1,100.00 | $1,100.00 | REVIEW ADDITIONAL DATA (0.1); ATTENTION TO CORRESPONDENCE WITH DOJ (0.2); EMAILS WITH A. WRIGHT, LUMINANT TEAM REGARDING DOJ REQUESTS (0.2); TELEPHONE CONFERENCE WITH J. EATON REGARDING INVESTIGATION STATUS (0.2); DISCUSS PULL AND REFILE WITH A. WRIGHT, A. CLINE, J. KRAUSS, AND A. SYNNOTT (0.3). | |

| 0.30 | NICHOLS, ROBERT M | $520.00 | $156.00 | CORRESPOND WITH J. KATTAN REGARDING HEDGE ANALYSIS. |
|---|---|---|---|---|
| **12/28/15** | | | | |
| 0.20 | KATTAN, JOSEPH | $1,100.00 | $220.00 | TELEPHONE CONFERENCE WITH A. CLINE REGARDING PULL-AND-REFILE (0.1); EMAILS WITH A. WRIGHT, J. KRAUSS REGARDING SAME (0.1). |
| 0.20 | CLINE, ANDREW A | $650.00 | $130.00 | EMAIL EXCHANGES WITH J. KATTAN AND EFH REGARDING STATUS OF HSR FILING AND PULL AND REFILE OPTIONS. |
| **12/29/15** | | | | |
| 0.30 | KATTAN, JOSEPH | $1,100.00 | $330.00 | TELEPHONE CONFERENCE WITH J. EATON REGARDING PULL-AND-REFILE (0.2); EMAILS WITH CLIENT, JOINT DEFENSE COUNSEL REGARDING DOJ (0.1). |
| 0.50 | CLINE, ANDREW A | $650.00 | $325.00 | EMAIL EXCHANGES WITH EFH REGARDING HSR REFILING ITEM 4C RESPONSE (0.3); EMAIL EXCHANGES WITH S. DALE AND S. NEAL REGARDING SAME (0.2). |
| 0.90 | DALE, SUSAN M | $315.00 | $283.50 | PREPARE SFTP SITE FOR DATA TRANSFER. |
| 2.80 | NEAL, STEPHEN S | $365.00 | $1,022.00 | PERFORM DATABASE SEARCH TO DETERMINE MOST RECENTLY SENT EMAIL MESSAGE IN RELATIVITY DATABASE BELONGING TO SEVERAL CUSTODIANS. |
| **12/30/15** | | | | |
| 0.10 | KATTAN, JOSEPH | $1,100.00 | $110.00 | EMAILS WITH S. DALE AND A. CLINE REGARDING PULL-AND-REFILE. |
| 1.20 | DALE, SUSAN M | $315.00 | $378.00 | PREPARE DATA FOR ATTORNEY REVIEW. |

| | | | | |
|---|---|---|---|---|
| 0.50 | GREEN, COREY E | $325.00 | $162.50 | REVIEW AND ANALYZE CUSTODIAN PST EMAIL STORES RECEIVED AND PREPARE FOR PROCESSING AND LOADING (0.4); COORDINATE WITH CASE TEAM ON GETTING THE EMAILS PROCESSED BY A VENDOR (0.1). |
| 1.00 | GREEN, COREY E | $325.00 | $325.00 | LOAD MOSHANNON VALLEY DOCUMENTS INTO THE RELATIVITY DATABASE (0.5); CREATE NEW DT SEARCH INDEX AND RUN THE SEARCH INDEX (0.5). |