**<u>Exhibit H</u>**

**Detailed Description of Expenses and Disbursements**

**<u>Exhibit H-1</u>**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**October 9, 2015**

**Invoice No. 2015103415**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through September 30, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00042 | TCEH Expenses and Disbursements | $      0.00 | $      85.36 | $      85.36 |
|  | **Totals** | $      0.00 | $      85.36 | $      85.36 |
|  | **Current Balance Due** |  |  | $      85.36 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00042 | 07/24/15 | 2015072763 | $      0.00 | $      489.69 | $      489.69 |
| 92772-00042 | 08/11/15 | 2015081588 |      0.00 | 381.88 | 381.88 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                                   $    871.57

**TOTAL OUTSTANDING BALANCE DUE**                          $    956.93

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**October 9, 2015**

**Invoice No. 2015103415**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through September 30, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00042 | TCEH Expenses and Disbursements | $ 0.00 | $ 85.36 | $ 85.36 |
|  | **Totals** | $ 0.00 | $ 85.36 | $ 85.36 |
|  | **Current Balance Due** |  |  | $ 85.36 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00042 | 07/24/15 | 2015072763 | $ 0.00 | $ 489.69 | $ 489.69 |
| 92772-00042 | 08/11/15 | 2015081588 | 0.00 | 381.88 | 381.88 |

Remit By Wire To:
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

Remit By Mail To:
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

| | |
|---|---|
| **PREVIOUS BALANCE DUE** | $    871.57 |
| **TOTAL OUTSTANDING BALANCE DUE** | $    956.93 |

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

TCEH EXPENSES AND DISBURSEMENTS
92772-00042

| COSTS/CHARGES | | TOTAL | |
|---|---|---|---|
| FILING FEES | $ | 10.29 | |
| IN HOUSE DUPLICATION | | 14.70 | |
| MESSENGER AND COURIER EXPENSE | | 48.95 | |
| TELEPHONE CHARGES | | 11.42 | |
| **Total Costs/Charges** | | | 85.36 |
| **BALANCE DUE** | | $ | 85.36 |

TCEH EXPENSES AND DISBURSEMENTS
92772-00042

_____

Detail Costs/Charges:
Filing Fees

| 09/09/15 | 5.00 | VENDOR: WILLIAM T. THOMPSON INVOICE#: 0970356010011205 DATE: 9/9/2015  FILING FEES/TX EFILE/FILING FEE FOR MOTION/BRIEF. |

| 09/09/15 | 5.00 | VENDOR: WILLIAM T. THOMPSON INVOICE#: 0970356010011205 DATE: 9/9/2015  FILING FEES/TX EFILE/FILING FEE FOR MOTION/BRIEF. |

| 09/09/15 | 0.29 | VENDOR: WILLIAM T. THOMPSON INVOICE#: 0970356010011205 DATE: 9/9/2015  FILING FEES/TX EFILE/FILING FEE FOR MOTION/BRIEF. |

In House Duplication

| 09/09/15 | 4.00 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 09/09/15 |

| 09/10/15 | 3.60 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 09/10/15 |

| 09/16/15 | 5.80 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 09/16/15 |

| 09/24/15 | 1.30 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 09/24/15 |

Messenger and Courier Expense

| 09/29/15 | 48.95 | VENDOR: UNITED PARCEL SERVICE, INC. INVOICE#: UPS-20151003 DATE: 10/3/2015  SHIP DATE 09/29/2015  TRACKING NO: 1Z9937450195316644  FROM: LA COPY CENTER, GIBSON, DUNN & CRUTCHER LLP, LOS ANGELES, CA  TO: DANIEL QUEVEDO, GIBSON DUNN & CRUTCHER LLP, NEW YORK, NY |

Telephone Charges

| 08/24/15 | 11.42 | VENDOR: INTERCALL INVOICE#: 1743052749 DATE: 8/31/2015 CONFERENCING SERVICES BY RUSSELL FALCONER |

**<u>Exhibit H-2</u>**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**November 7, 2015**

**Invoice No. 2015112651**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through October 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00042 | TCEH Expenses and Disbursements | $    0.00 | $   1,158.29 | $   1,158.29 |
|  | **Totals** | $    0.00 | $   1,158.29 | $   1,158.29 |
|  | **Current Balance Due** |  |  | $   1,158.29 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00042 | 10/09/15 | 2015103415 | $    0.00 | $   85.36 | $    85.36 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE** $    85.36

**TOTAL OUTSTANDING BALANCE DUE** $   1,243.65

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**November 7, 2015**

**Invoice No. 2015112651**

<u>**REMITTANCE COPY**</u>

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through October 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00042 | TCEH Expenses and Disbursements | $    0.00 | $    1,158.29 | $    1,158.29 |
|  | **Totals** | $    0.00 | $    1,158.29 | $    1,158.29 |
|  | **Current Balance Due** |  |  | $    1,158.29 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00042 | 10/09/15 | 2015103415 | $    0.00 | $    85.36 | $    85.36 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**PREVIOUS BALANCE DUE**                                    $      85.36

**TOTAL OUTSTANDING BALANCE DUE**                   $   1,243.65

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201


TCEH EXPENSES AND DISBURSEMENTS
92772-00042

---

| COSTS/CHARGES | | TOTAL |
|---|---|---|
| IN HOUSE DUPLICATION | $ | 33.90 |
| MESSENGER AND COURIER EXPENSE | | 22.45 |
| OUTSIDE DUPLICATION AND BINDING | | 1,059.39 |
| TRAVEL - PARKING | | 32.50 |
| TRAVEL - TAXI & OTHER MODES/MILES | | 10.05 |
| **Total Costs/Charges** | | 1,158.29 |
| | | |
| **BALANCE DUE** | | $   1,158.29 |

TCEH EXPENSES AND DISBURSEMENTS
92772-00042

---

Detail Costs/Charges:
In House Duplication

| | | |
|---|---|---|
| 10/05/15 | 32.00 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 10/05/15 |
| 10/06/15 | 0.20 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 10/06/15 |
| 10/20/15 | 1.70 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 10/20/15 |

Messenger and Courier Expense

| | | |
|---|---|---|
| 10/22/15 | 22.45 | VENDOR: UNITED PARCEL SERVICE, INC. INVOICE#: UPS-20151024 DATE: 10/24/2015  SHIP DATE 10/22/2015  TRACKING NO: 1ZE330W90194954056  FROM: MICHAEL CLERKLEY, GIBSON, DUNN & CRUTCHER LLP, DALLAS, TX  TO: AMY E. BENSCHOTER, BALCH & BINGHAM LLP, BIRMINGHAM, AL |

Outside Duplication and Binding

| | | |
|---|---|---|
| 09/29/15 | 400.50 | VENDOR: DOCUMENT SERVICES UNLIMITED DBA DSU DISC INVOICE#: 15SF93686 DATE: 9/29/2015  OUTSIDE DUPLICATION AND BINDING/372 OVERSIZE B&W (SQ/FT) |
| 10/13/15 | 658.89 | VENDOR: DOCUMENT SERVICES UNLIMITED DBA DSU DISC INVOICE#: 15SF93817 DATE: 10/13/2015  OUTSIDE DUPLICATION AND BINDING/612 OVERSIZE B&W (SQ/FT) |

Travel - Parking

| | | |
|---|---|---|
| 10/08/15 | 10.00 | VENDOR: MICHAEL L. RAIFF INVOICE#: 0984997310141203 DATE: 10/8/2015  PARKING/DALLAS, TX/PARKING AT COURTHOUSE TO ATTEND ORAL ARGUMENT. |
| 10/08/15 | 10.00 | VENDOR: JAMES C. HO INVOICE#: 0992704710201907 DATE: 10/8/2015  PARKING/GEORGE L. ALLEN GARAGE/PARKING AT THE COURTHOUSE REGARDING EFH/FPL |
| 10/20/15 | 12.50 | VENDOR: ROBERT B. LITTLE INVOICE#: 1001422310271902 DATE: 10/20/2015  PARKING/DALLAS, TX/PARKING FOR MEETING AT CLIENT'S OFFICE |

Travel - Taxi & Other Modes/Miles

| | | |
|---|---|---|
| 10/08/15 | 10.05 | VENDOR: ASHLEY E. JOHNSON INVOICE#: 0979797610081902 DATE: 10/8/2015 CAB FARE/DALLAS, TX/TRAVEL TO COURT FOR ORAL ARGUMENT. |

**Exhibit H-3**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**December 9, 2015**

**Invoice No. 2015123570**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through November 30, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00042 | TCEH Expenses and Disbursements | $    0.00 | $   2,772.18 | $   2,772.18 |
|  | **Totals** | $    0.00 | $   2,772.18 | $   2,772.18 |
|  | **Current Balance Due** |  |  | $   2,772.18 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00042 | 11/07/15 | 2015112651 | $    0.00 | $   1,158.29 | $   1,158.29 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                          $   1,158.29

**TOTAL OUTSTANDING BALANCE DUE**                 $   3,930.47

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**December 9, 2015**

**Invoice No. 2015123570**

<u>**REMITTANCE COPY**</u>

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through November 30, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00042 | TCEH Expenses and Disbursements | $    0.00 | $   2,772.18 | $   2,772.18 |
|  | **Totals** | $    0.00 | $   2,772.18 | $   2,772.18 |
|  | **Current Balance Due** |  |  | $   2,772.18 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00042 | 11/07/15 | 2015112651 | $    0.00 | $   1,158.29 | $   1,158.29 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.
**Invoice Date: December 9, 2015**                                                                 **Invoice No. 2015123570**
**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                                         $   1,158.29

**TOTAL OUTSTANDING BALANCE DUE**                               $   3,930.47

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201


TCEH EXPENSES AND DISBURSEMENTS
92772-00042

---

| COSTS/CHARGES | TOTAL | |
|---|---|---|
| IN HOUSE DUPLICATION | 89.50 | |
| LODGING | 1,295.78 | |
| MEALS | 236.16 | |
| MESSENGER AND COURIER EXPENSE | 102.91 | |
| TRAVEL - AIR & RAIL | 703.20 | |
| TRAVEL - PARKING | 60.00 | |
| TRAVEL - TAXI & OTHER MODES/MILES | 284.63 | |
| **Total Costs/Charges** | | 2,772.18 |
| **BALANCE DUE** | | $ 2,772.18 |

TCEH EXPENSES AND DISBURSEMENTS
92772-00042

_____

Detail Costs/Charges:
In House Duplication

| | | |
|---|---|---|
| 11/12/15 | 2.20 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 11/12/15 |
| 11/13/15 | 50.20 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 11/13/15 |
| 11/16/15 | 37.10 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 11/16/15 |

Lodging

| | | |
|---|---|---|
| 11/19/15 | 897.06 | VENDOR: RUSSELL FALCONER INVOICE#: 1031336111211357 DATE: 11/19/2015  RUSSELL FALCONER/LODGING/SAINT LOUIS, MO/WESTIN HOTELS & RESORTS 11/17/2015 - 11/19/2015 TRAVEL TO ST. LOUIS TO ATTEND AMEREN HEARING. |
| 11/25/15 | 199.36 | VENDOR: JONATHAN WHALEN INVOICE#: 1041301512011304 DATE: 11/25/2015  JONATHAN WHALEN/LODGING/PALM BEACH, FL/DOUBLETREE PALM BEACH GARDENS 11/23/2015 - 11/25/2015 HOTEL FOR MEETINGS IN PALM BEACH TO FINALIZE TRANSACTION DOCUMENTS |
| 11/25/15 | 199.36 | VENDOR: ROBERT B. LITTLE INVOICE#: 1041215212011304 DATE: 11/28/2015  ROBERT B. LITTLE/LODGING/WEST PALM BEACH, FL/DOUBLETREE PALM BEACH GARDENS 11/23/2015 - 11/25/2015 HOTEL IN WEST PALM BEACH FOR MEETINGS TO FINALIZE TRANSACTION DOCUMENTS. |

Meals

| | | |
|---|---|---|
| 11/18/15 | 12.44 | VENDOR: RUSSELL FALCONER INVOICE#: 1031336111211357 DATE: 11/19/2015  MEALS/ST. LOUIS, MO/IMO'S PIZZA/RUSSELL FALCONER/TRAVEL TO ST. LOUIS TO ATTEND AMEREN HEARING. |
| 11/18/15 | 16.93 | VENDOR: RUSSELL FALCONER INVOICE#: 1031336111211357 DATE: 11/19/2015  MEALS/ST. LOUIS, MO/MAYA, 999 N. SECOND STREET/RUSSELL FALCONER/TRAVEL TO ST. LOUIS TO ATTEND AMEREN HEARING. |
| 11/19/15 | 166.14 | VENDOR: RUSSELL FALCONER INVOICE#: 1031336111211357 DATE: 11/19/2015  RUSSELL FALCONER/MEALS/SAINT LOUIS, MO/WESTIN HOTELS & RESORTS 11/17/2015 - 11/19/2015 RUSSELL FALCONER/TRAVEL TO ST. LOUIS TO ATTEND AMEREN HEARING. |

| | | |
|---|---|---|
| 11/19/15 | 24.19 | VENDOR: RUSSELL FALCONER INVOICE#: 1031336111211357 DATE: 11/19/2015  MEALS/ST. LOUIS, MO/MIKE SHANNON'S STEAKS AND SEAFOOD/RUSSELL FALCONER/TRAVEL TO ST. LOUIS TO ATTEND AMEREN HEARING. |
| 11/19/15 | 16.46 | VENDOR: RUSSELL FALCONER INVOICE#: 1031336111211357 DATE: 11/19/2015  MEALS/ST. LOUIS, MO/HMSHOST, LAMBERT INT'L AIRPORT/RUSSELL FALCONER/TRAVEL TO ST. LOUIS TO ATTEND AMEREN HEARING. |

Messenger and Courier Expense

| | | |
|---|---|---|
| 09/30/15 | 5.39 | VENDOR: MPC EXCEL LIMITED INVOICE#: 233654 DATE: 9/30/2015 170035/MESSENGER AND COURIER EXPENSE/COURIER TO W1 REQUESTED BY MICHAEL CLERKLEY |
| 11/09/15 | 19.25 | VENDOR: UNITED PARCEL SERVICE, INC. INVOICE#: UPS-20151114 DATE: 11/14/2015  SHIP DATE 11/09/2015  TRACKING NO: 1ZE330W91393982200 FROM: DERRICK SIRLS, GIBSON, DUNN & CRUTCHER LLP, DALLAS, TX  TO: AMY E. BENSCHOTER, BALCH & BINGHAM LLP, BIRMINGHAM, AL |
| 11/17/15 | 15.20 | VENDOR: UNITED PARCEL SERVICE, INC. INVOICE#: UPS-20151121 DATE: 11/21/2015  SHIP DATE 11/17/2015  TRACKING NO: 1ZE330W91592659308 SERVICE CHG: SHIP CHARGE CORR FROM: GIBSON,DUNN & CRUTCHER, DALLAS, TX  TO: GUEST--RUSS FALCONER, WESTIN ST. LOUIS HOTEL, SAINT LOUIS, MO |
| 11/17/15 | 63.07 | VENDOR: UNITED PARCEL SERVICE, INC. INVOICE#: UPS-20151121 DATE: 11/21/2015  SHIP DATE 11/17/2015  TRACKING NO: 1ZE330W91592659308 FROM: DIANA THORN, GIBSON, DUNN & CRUTCHER LLP, DALLAS, TX  TO: GUEST--RUSS FALCONER, WESTIN ST. LOUIS HOTEL, SAINT LOUIS, MO |

Travel - Air & Rail

| | | |
|---|---|---|
| 11/22/15 | 446.60 | VENDOR: AMERICAN EXPRESS ACCT.#XXXX-XXXXXX-71000 INVOICE#: AXF20151201-4 DATE: 11/22/2015  TRAVEL INVOICE#/DATE: 147121 11/22/2015 TICKET NO: 7696044223 TRAVEL DATES: 11/23/2015 - 11/24/2015 PASSENGER: LITTLE/ROBERT B ITINERARY: DFW/ATL/PBI |
| 11/22/15 | 191.60 | VENDOR: AMERICAN EXPRESS ACCT.#XXXX-XXXXXX-71000 INVOICE#: AXF20151201-4 DATE: 11/22/2015  TRAVEL INVOICE#/DATE: 147120 11/22/2015 TICKET NO: 7696044222 TRAVEL DATES: 11/23/2015 - 11/24/2015 PASSENGER: WHALEN/JONATHAN ITINERARY: DFW/ATL/PBI |

11/25/15    65.00    VENDOR: ROBERT B. LITTLE INVOICE#: 1041215212011304 DATE: 11/28/2015  ROBERT B. L ITTLE/AIRFARE/0060162101664/ONE WAY TICKET 11/25/2015 PBI TO LGA/ADDITIONAL DELTA AIRLINE CHARGE FOR SEAT ASSIGNMENT.

Travel - Parking

11/28/15    60.00    VENDOR: ROBERT B. LITTLE INVOICE#: 1041215212011304 DATE: 11/28/2015  PARKING/DALLAS, TX/PARKING AT DFW AIRPORT

Travel - Taxi & Other Modes/Miles

11/17/15    7.10    VENDOR: RUSSELL FALCONER INVOICE#: 1031336111211357 DATE: 11/19/2015  CAB FARE/SAINT LOUIS, MO/TRAVEL TO ST. LOUIS TO ATTEND AMEREN HEARING.

11/17/15    45.62    VENDOR: RUSSELL FALCONER INVOICE#: 1031336111211357 DATE: 11/19/2015  CAB FARE/ST. LOUIS, MO/TRAVEL TO ST. LOUIS TO ATTEND AMEREN HEARING.

11/18/15    2.73    VENDOR: RUSSELL FALCONER INVOICE#: 1031336111211357 DATE: 11/19/2015  CAB FARE/ST. LOUIS, MO/TRAVEL TO ST. LOUIS TO ATTEND AMEREN HEARING.

11/19/15    17.31    VENDOR: RUSSELL FALCONER INVOICE#: 1031336111211357 DATE: 11/19/2015  CAB FARE/ST. LOUIS, MO/TRAVEL TO ST. LOUIS TO ATTEND AMEREN HEARING.

11/19/15    2.60    VENDOR: RUSSELL FALCONER INVOICE#: 1031336111211357 DATE: 11/19/2015  CAB FARE/ST. LOUIS, MO/TRAVEL TO ST. LOUIS TO ATTEND AMEREN HEARING.

11/19/15    22.21    VENDOR: RUSSELL FALCONER INVOICE#: 1031336111211357 DATE: 11/19/2015  CAB FARE/ST. LOUIS, MO/TRAVEL TO ST. LOUIS TO ATTEND AMEREN HEARING.

11/20/15    7.16    VENDOR: SAPTAK SANTRA INVOICE#: 1035703311241302 DATE: 11/20/2015  CAB FARE/SINGAPORE/LATE TAXI BACK HOME ON NOVEMBER 20, 2015 (WORK BEYOND MIDNIGHT ON NOVEMBER 19, 2015)

11/23/15    28.44    VENDOR: JONATHAN WHALEN INVOICE#: 1041301512011304 DATE: 11/25/2015  CAB FARE/DALLAS, TX/UBER TO DFW AIRPORT

11/25/15    30.27    VENDOR: JONATHAN WHALEN INVOICE#: 1041301512011304 DATE: 11/25/2015  CAB FARE/DALLAS, TX/UBER FROM DFW AIRPORT TO HOME.

| 11/25/15 | 16.19 | VENDOR: JONATHAN WHALEN INVOICE#: 1041301512011304 DATE: 11/25/2015  CAB FARE/PALM BEACH, FL/UBER FROM MEETING TO PBI |
| --- | --- | --- |
| 11/25/15 | 45.00 | VENDOR: ROBERT B. LITTLE INVOICE#: 1041215212011304 DATE: 11/28/2015  CAB FARE/WEST PALM BEACH,FL/TAXI TO PBI AIRPORT |
| 11/25/15 | 60.00 | VENDOR: ROBERT B. LITTLE INVOICE#: 1041215212011304 DATE: 11/28/2015  CAB FARE/LAKE WORTH,FL/TAXI |

**<u>Exhibit H-4</u>**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**January 11, 2016**

**Invoice No. 2016012105**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through December 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00042 | TCEH Expenses and Disbursements | $      0.00 | $  17,340.52 | $  17,340.52 |
|  | **Totals** | $     0.00 | $  17,340.52 | $  17,340.52 |
|  | **Current Balance Due** |  |  | $  17,340.52 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00042 | 12/09/15 | 2015123570 | $      0.00 | $  2,772.18 | $   2,772.18 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                                       $   2,772.18

**TOTAL OUTSTANDING BALANCE DUE**                    $   20,112.70

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**January 11, 2016**

**Invoice No. 2016012105**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through December 31, 2015**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00042 | TCEH Expenses and Disbursements | $    0.00 | $  17,340.52 | $  17,340.52 |
|  | **Totals** | $    0.00 | $  17,340.52 | $  17,340.52 |
|  | **Current Balance Due** |  |  | $  17,340.52 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00042 | 12/09/15 | 2015123570 | $    0.00 | $  2,772.18 | $   2,772.18 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                              $   2,772.18

**TOTAL OUTSTANDING BALANCE DUE**              $   20,112.70

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

TCEH EXPENSES AND DISBURSEMENTS
92772-00042

---

| COSTS/CHARGES | TOTAL | |
|---|---|---|
| IN HOUSE DUPLICATION | $ | 1.40 |
| OUTSIDE SERVICES/CONSULTANTS | | 15,706.50 |
| TRAVEL - AIR & RAIL | | 1,632.62 |
| **Total Costs/Charges** | | 17,340.52 |
| **BALANCE DUE** | | $ 17,340.52 |

TCEH EXPENSES AND DISBURSEMENTS
92772-00042

---

Detail Costs/Charges:
In House Duplication

| | | |
|---|---|---|
| 12/15/15 | 1.40 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 12/15/15 |

Outside Services/Consultants

| | | |
|---|---|---|
| 12/11/15 | 15,706.50 | VENDOR: ECONOMISTS INCORPORATED INVOICE#: 18135 DATE: 12/11/2015  0356-103/OUTSIDE SERVICES/CONSULTANTS/P/E 11/30/15 ECONOMIST CONSULTING SERVICES |

Travel - Air & Rail

| | | |
|---|---|---|
| 11/12/15 | 693.21 | VENDOR: AMERICAN EXPRESS ACCT.#XXXX-XXXXXX-71000 INVOICE#: AXF20151201-3 DATE: 11/15/2015  TRAVEL INVOICE#/DATE: 146716 11/12/2015 TICKET NO: 2158838970 TRAVEL DATES: 11/17/2015 - 11/20/2015 PASSENGER: FALCONER/RUSSELL H ITINERARY: DAL/STL/DAL |
| 11/17/15 | 345.21 | VENDOR: AMERICAN EXPRESS ACCT.#XXXX-XXXXXX-71000 INVOICE#: AXF20151201-4 DATE: 11/22/2015  TRAVEL INVOICE#/DATE: 146890 11/17/2015 TICKET NO: 2159932850 TRAVEL DATES: 02/25/2016 - 02/26/2016 PASSENGER: FALCONER/RUSSELL H ITINERARY: DAL/AUS/DAL |
| 11/23/15 | 49.25 | VENDOR: AMERICAN EXPRESS ACCT.#XXXX-XXXXXX-71000 INVOICE#: AXF20151201-5 DATE: 11/29/2015  TRAVEL INVOICE#/DATE: 147132 11/23/2015 TICKET NO: 0669404377 CHARGE DATE: 11/23/2015 PASSENGER: WHALEN/JONATHAN |
| 11/24/15 | 329.60 | VENDOR: AMERICAN EXPRESS ACCT.#XXXX-XXXXXX-71000 INVOICE#: AXF20151201-5 DATE: 11/29/2015  TRAVEL INVOICE#/DATE: 147220 11/24/2015 TICKET NO: 7698149291 TRAVEL DATES: 11/25/2015 - 11/26/2015 PASSENGER: WHALEN/JONATHAN ITINERARY: PBI/ATL/DFW |
| 11/25/15 | 215.35 | VENDOR: AMERICAN EXPRESS ACCT.#XXXX-XXXXXX-71000 INVOICE#: AXF20151201-5 DATE: 11/29/2015  TRAVEL INVOICE#/DATE: 147254 11/25/2015 TICKET NO: 7698149317 TRAVEL DATES: 11/25/2015 - 11/26/2015 PASSENGER: LITTLE/ROBERT B ITINERARY: PBI/LGA |