# EXHIBIT A
## Statement of Fees by Subject Matter

| Task Code | Project Category Description | Hours | Total Fees (Prior to Holdback) | 80% of Total Fees |
|---|---|---|---|---|
| B160 | Employment Applications | 2.2 | $655.00 | $524.00 |
| B161 | Budget/Staffing Plan | 2.4 | $1,384.00 | $1,107.20 |
| B162 | Fee Applications | 5.2 | $1,816.50 | $1,453.20 |
| B240 | Tax Issues | 188.2 | $112,749.50 | $90,199.60 |
| | **Totals** | **198.0** | **$116,605.00** | **$93,284.00** |