**EXHIBIT A**
**Statement of Fees by Subject Matter**

| Task Code | Project Category Description | Hours | Total Fees (Prior to Holdback) | 80% of Total Fees |
|-----------|----------------------------|-------|-------------------------------|-------------------|
| B110 | Case Administration | .8 | $220.00 | $176.00 |
| B160 | Employment Applications | 6.4 | $2,112.00 | $1689.60 |
| B161 | Budget/Staffing Plan | 1.9 | $1,174.50 | $939.60 |
| B162 | Fee Applications | 4.1 | $1,127.50 | $902.00 |
| B240 | Tax Issues | 90.3 | $53,808.00 | $43,046.40 |
| **Totals** | | **103.5** | **$58,442.00** | **$46,753.60** |