## **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

| **Expense** | **Vendor (if any)** | **Amount** |
|---|---|---:|
| Postage | In-House | $14.60 |
| | **Total:** | **$14.60** |