**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) | (Jointly Administered) |

**DECLARATION OF ANTHONY R. HORTON IN SUPPORT OF THE DEBTORS'
MOTION FOR ENTRY OF AN ORDER (A) AUTHORIZING THE TCEH
DEBTORS TO ENTER INTO CERTAIN FINANCING AGREEMENTS
AND PAY FEES AND EXPENSES ASSOCIATED WITH INCURRING
NEW REORGANIZED TCEH DEBT AND (B) GRANTING RELATED RELIEF**

Pursuant to 28 U.S.C. § 1746, I, Anthony R. Horton, being duly sworn, state the following under penalty of perjury:

1.  I am the Senior Vice President, Treasurer, and Assistant Secretary of EFH Corp., the Senior Vice President and Treasurer of EFIH, and the Treasurer of TCEH LLC, each located at 1601 Bryan Street, Dallas, TX 75201. I received a B.B.A. with a concentration in management and economics and a master's degree in accounting and finance from the University of Texas in Arlington. I am a Certified Public Accountant, Certified Management Accountant, Certified Financial Manager and a Chartered Financial Analyst. I am a member in good standing with the Institute of Management Accountants as well as the Association of Investment Management and Research. I have been employed by the Debtors and their predecessors for 30 years. I have served as the Senior Vice President, Treasurer, and Assistant Secretary of EFH Corp. since 2004. In such capacities, I have worked on numerous financing transactions on

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

behalf of the Debtors, including capital markets transactions and credit facility financings, and I am generally familiar with the Debtors' businesses, day-to-day operations, financial matters, results of operations, cash flows, and underlying books and records.

2. I submit this declaration in support of the *Debtors' Motion for Entry of an Order (A) Authorizing the TCEH Debtors to Enter into Certain Financing Agreements and Pay Fees and Expenses Associated with Incurring New Reorganized TCEH Debt and (B) Granting Related Relief* [D.I. 7762] (the "Motion").[2] Except as otherwise noted, I have personal knowledge of the matters set forth herein.

3. As described in the Motion, the TCEH Debtors continue to monitor the markets for, and would seek to capitalize on, an opportunity to obtain the best possible terms for the New Reorganized TCEH Debt. Based on market conditions, the TCEH Debtors may decide to obtain a commitment to fund—or an agreement to exercise reasonable efforts to obtain funding for—the New Reorganized TCEH Debt consistent with the Plan.

4. Although the Debtors believe the Confirmation Order and the Plan already provide the TCEH Debtors with the authorization to enter into Financing Agreements and incur Financing Obligations associated with the New Reorganized TCEH Debt, the Debtors expect that potential lenders will require more specific assurances that any such agreements and obligations are authorized and enforceable with respect to the Debtors. Therefore, the TCEH Debtors are preemptively requesting entry of the Order authorizing them to enter into Financing Agreements and the Financing Obligations on terms that the TCEH Debtors agree to with the arranger and/or new lenders of such exit financing in the TCEH Debtors' reasonable discretion.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Motion.

3

5. I believe that entry of the Order will help the TCEH Debtors secure the best available terms for the New Reorganized TCEH Debt for the benefit of the TCEH Debtors, their estates, and their creditors.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dallas, Texas
Dated: February 14, 2016

/s/ Anthony R. Horton
Anthony R. Horton
Senior Vice President, Treasurer, and Assistant Secretary of EFH Corp. and EFIH
Treasurer of TCEH LLC

KE 39622048.2