**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>ENERGY FUTURE HOLDINGS CORP., et al.,<br><br>                            Debtors. | Chapter 11<br><br>Case No.: 14-10979 (CSS)<br><br>**Objections due by: February 5, 2016**<br>**Hearing Date: Feb. 18, 2016 at 11:00 a.m.**<br><br>**RE DI: 7603** |

**CERTIFICATION OF NO OBJECTION**
**REGARDING DOCKET NO. 7603**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Motion to Withdraw as Counsel to Kuk J. Stewart filed on January 8, 2016. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion to Withdraw as Counsel to Kuk J. Stewart appears thereon. Pursuant to the Notice, objections to the Plan were to be served no later than February 5, 2016.

DATED: February 15, 2016

                                                      By: /s/ *Gary F. Seitz*
                                                            Gary F. Seitz

                                                           **Local Form 107 (Cert. of No Obj.)**