**EXHIBIT D**

**Summary of Stevens & Lee, P.C. Non-Bankruptcy Blended Hourly Rates**
**(Customary and Comparable Compensation Disclosures)**

| Timekeeper Category (Delaware) | Blended Hourly Rate | |
| --- | --- | --- |
| | Worked and Billed in 2015 (excluding bankruptcy lawyers) | Billed in this Fee Application |
| Practice Leader/Shareholders | $330.00[1] | $695.00 |
| Associates | N/A[2] | $335.00 |
| Legal Assistants/Paralegals | $159.00 | $165.00 |
| **Average Rate** | $244.36 | $495.11 |

Case Name:         Energy Future Intermediate Holding Company LLC
Case Number:       14-10979 (CSS)
Applicant's Name:  Stevens & Lee, P.C.
Date of Application: February 15, 2016
Interim or Final:  Interim

---

[1] This includes hours recorded on matters which were contingent and unsuccessful; institutional clients who negotiated volume discounts; work for nonprofits; and negotiated fee engagements.
[2] There are no associates, bankruptcy or otherwise, located in the S&L Delaware office.

SL1 1402813v1 109285.00006