# EXHIBIT E

## Summary of Stevens & Lee, P.C. Hours Worked and Fees Incurred

| Name of Professional | Title | Year Admitted | Practice Concentration | 2015 Hourly Billing Rate[1] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Joseph H. Huston, Jr. | Practice Leader | 1975 (PA) 2001 (DE) | Bankruptcy/ Restructuring | $695.00 | 117.2 | $ 81,454.00 |
| John D. Demmy | Shareholder | 1986 (PA) 1998 (DE) 2015 (NY) | Bankruptcy/ Restructuring | $620.00 | 9.0 | $ 5,580.00 |
| Camille C. Bent | Associate | 2010 (NY) | Bankruptcy/ Restructuring | $335.00 | 54.2 | $ 18,157.00 |
| Stephanie L. Foster | Legal Assistant | N/A | Bankruptcy/ Litigation | $165.00 | 8.8 | $ 1,452.00 |
| | | | | TOTAL | 189.2 | $ $106,643.00 |

| Name of Professional | Title | Year Admitted | Practice Concentration | 2014 Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Joseph H. Huston, Jr. | Practice Leader | 1975 (PA) 2001 (DE) | Bankruptcy/ Restructuring | $680.00 | 117.2 | $ 79,696.00 |
| John D. Demmy | Shareholder | 1986 (PA) 1998 (DE) 2015 (NY) | Bankruptcy/ Restructuring | $595.00 | 9.0 | $ 5,355.00 |
| Camille C. Bent | Associate | 2010 (NY) | Bankruptcy/ Restructuring | $310.00 | 54.2 | $ 16,802.00 |
| Stephanie L. Foster | Legal Assistant | N/A | Bankruptcy/ Litigation | $160.00 | 8.8 | $ 1,408.00 |
| | | | | TOTAL | 189.2 | $ 103,261.00 |

---

[1] For the Fee Period, S&L's current hourly billing rate for each attorney and paraprofessional equals the respective 2015 hourly billing rate as disclosed in the S&L employment application. There have been no rate increases during the Fee Period, or since the inception of the case.

SL1 1402813v1 109285.00006