## **EXHIBIT F**

**Summary of Stevens & Lee, P.C. Expenses**

| Service Description | | Amount |
|---|---|---:|
| Computer Research | $ | 31.90 |
| CourtCall Appearance Fees | $ | 600.00 |
| Document Reproduction | $ | 174.70 |
| Filing Fees | $ | 25.00 |
| **TOTAL** | **$** | **831.60** |