# EXHIBIT G

**Schedule of Hours Worked and Aggregate Fees for Each Matter Category**

| Description | Total Billed Hours | Total Fees |
|---|---|---|
| **(1) Professional Retentions** | 3.6 | $ 2,165.00 |
| **(2) Case Administration-General Matters** | 2.3 | $ 1,312.50 |
| **(3) Chapter 11 Issues** | 0.0 | $ 0.00 |
| **(4) Communications with Professionals** | 4.9 | $ 3,405.50 |
| **(5) Fee Applications – Others** | 36.0 | $ 13,276.00 |
| **(6) Fee Applications – S&L** | 33.3 | $ 12,342.50 |
| **(7) Hearings** | 93.6 | $ 64,125.00 |
| **(8) Legal & Factual Research** | 0.6 | $ 417.00 |
| **(9) Meetings** | 0.0 | $ 0.00 |
| **(10) Plans of Reorganization and Disclosure Statements** | 2.7 | $ 1,876.50 |
| **(11) Pleadings, Motions & Briefs** | 12.2 | $ 7,723.00 |
| TOTAL | **189.2** | **$ 106,643.00** |