# EXHIBIT H

**Detailed Time Records for Stevens & Lee, P.C.**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| <u>Date</u> | <u>Hours</u> | <u>Dollars</u> | <u>Description</u> |

**109285-00001  ENERGY FUTURE/PROFESSIONAL RETENTIONS**

***CCB   Bent, Camille C***

| | | | |
|---|---|---|---|
| 9/18/15 | 0.20 | $67.00 | REVIEW OF AS-FILED SUPPLEMENTAL DECLARATION BY D. PRAGER. |
| ***CCB Total:*** | ***0.20*** | ***$67.00*** | |

***JHH   Huston, Joseph***

| | | | |
|---|---|---|---|
| 9/17/15 | 1.80 | $1,251.00 | EMAILS WITH GOLDIN AND R LEVIN RE ADDITIONAL DISCLOSURE RE PATRIOT COAL CONNECTIONS (.6) - RESEARCH INFORMATION RE PATRIOT COAL CASE AND DRAFT PROPOSED SUPPLEMENTAL DISCL.(1.2) |
| 9/18/15 | 0.80 | $556.00 | READ AND REPLY TO EMAILS RE PROPOSED CHANGES TO SUPPLEMENTAL DECL (.2) - REVIEW AND PREVISE PER SAME (.4) - FILING AND SERVICE OF SAME (.2) |
| 11/24/15 | 0.30 | $208.50 | REVIEW AND FILING/SERVICE OF JENNER 4TH SUPPLEMENTAL DISCLOSURE, EMAILS R LEVIN SAME |
| ***JHH Total:*** | ***2.90*** | ***$2,015.50*** | |

***SLFO   Foster, Stephanie L.***

| | | | |
|---|---|---|---|
| 9/2/15 | 0.10 | $16.50 | EFILE AFFIDAVIT OF SERVICE RE DI 5585 |
| 9/18/15 | 0.20 | $33.00 | EFILE SUPPLEMENTAL DECLARATION OF DAVID W. PRAGER IN SUPPORT OF APPLICATION FOR ORDER APPROVING THE EMPLOYMENT OF GOLDIN ASSOCIATES, LLC AS SPECIAL FINANCIAL ADVISOR TO ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC UNDER SECTION 327(A) OF THE BANKRUPTCY CODE, EFFECTIVE NUNC PRO TUNC TO DECEMBER 11, 2014 - SEND TO EPIQ FOR SERVICE - SEND TO INTERESTED PARTIES VIA EMAIL |
| 9/28/15 | 0.10 | $16.50 | EFILE AFFIDAVIT OF SERVICE RE DI 6098<br>EFILE CERTIFICATE OF NO OBJECTION REGARDING THE EIGHTH MONTHLY FEE STATEMENT OF STEVENS & LEE, P.C. FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM JULY 1, 2015 THROUGH JULY 31, 2015 (NO ORDER REQUIRED) - SEND TO INTERESTED PARTIES VIA EMAIL |
| 12/14/15 | 0.10 | $16.50 | EFILE AFFIDAVIT OF SERVICE RE DI 7122 |
| ***SLFO Total:*** | ***0.50*** | ***$82.50*** | |

| | | | |
|---|---|---|---|
| **109285-00001 Total:** | **3.60** | **$2,165.00** | |

**109285-00002  ENERGY FUTURE/CASE**

***CCB   Bent, Camille C***

| | | | |
|---|---|---|---|
| 10/7/15 | 0.20 | $67.00 | EMAILS WITH SLFO AND JHH RE CONFIRMATION HEARING SCHEDULE. |
| 10/14/15 | 0.20 | $67.00 | EMAILS WITH JHH RE CONFIRMATION HEARING SCHEDULE. |
| 10/28/15 | 0.10 | $33.50 | EMAILS WITH R. LEVIN RE DELAWARE BANKR ECF WEBSITE. |
| ***CCB Total:*** | ***0.50*** | ***$167.50*** | |

***JHH   Huston, Joseph***

| | | | |
|---|---|---|---|
| 10/1/15 | 0.20 | $139.00 | EMAILS CCB RE UPLOADS FOR CRAVATH AND JENNER APPS |
| 10/14/15 | 0.40 | $278.00 | PREP FOR PRE-TRIAL CONFERENCE/OMNIBUS HEARING |

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 10/27/15 | 0.60 | $417.00 | REVIEW AND DISTRIBUTE ORDER ON INTERIM FEES (.4) AND CHECK NUMBERS RE SAME (.2) |
| 11/20/15 | 0.40 | $278.00 | FOLLOW DOCKET RE SETTLEMENTS AND CHANGES IN SCHEDULING (.2) - READ/CIRCULATE REVISED SCHEDULING ORDER (.2) |
| **JHH Total:** | **1.60** | **$1,112.00** | |

**SLFO    Foster, Stephanie L.**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 10/29/15 | 0.10 | $16.50 | EFILE AFFIDAVIT OF SERVICE RE DI 6492 AND 6502 |
| 11/25/15 | 0.10 | $16.50 | EFILE AFFIDAVIT OF SERVICE RE DI 7011 |
| **SLFO Total:** | **0.20** | **$33.00** | |

| **109285-00002 Total:** | **2.30** | **$1,312.50** | |

**109285-00004    ENERGY FUTURE/COMMUNICATIONS WITH**

**JHH    Huston, Joseph**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 9/2/15 | 0.40 | $278.00 | FOLLOW EMAILS RE BONY DISCOVERY AND EMAILS K GWYNNE (BONY) SAME |
| 9/12/15 | 0.50 | $347.50 | TC R LEVIN RE UPDATE ON CASE DEVELOPMENTS AND ISSUES FOR HEARING |
| 9/16/15 | 0.70 | $486.50 | EMAILS AND TCS R LEVIN (.2) V LAZAR (.2) AND T BROAD (.3) RE HEARING AND LOGISTICS SAME |
| 9/17/15 | 0.40 | $278.00 | EMAILS T BROAD RE LOGISTICS FOR HEARINGS AND SEARCH DOCKET RE TIMES |
| 9/21/15 | 0.30 | $208.50 | EMAIL REPORT TO AND TC WITH R LEVIN RE DS HRG |
| 9/22/15 | 0.20 | $139.00 | EMAILS CCB RE APPLICATION OF PAYMENTS |
| 9/28/15 | 0.30 | $208.50 | EMAILS J GOLDIN RE NEED FOR ADDITIONAL DISCLOSURE RE NEW 2D-TIER CONNECTION |
| 11/2/15 | 0.60 | $417.00 | TC AND EMAILS V LAZAR RE LOGISTICS FOR HEARINGS (.4) - EMAILS T BROAD RE SAME (.2) |
| 11/4/15 | 0.30 | $208.50 | EMAILS WITH V LAZAR RE EVENTS OF DAY 2 AND READ REPORT OF SAME |
| 11/25/15 | 1.20 | $834.00 | REPORT TO TEAM ON HEARING AND CONFIRMATION SCHEDULING (.4) - NUMEROUS EMAILS RE COVERAGE AT HEARINGS ON CLOSING ARGUMENTS AND FINDINGS (.8)- |
| **JHH Total:** | **4.90** | **$3,405.50** | |

| **109285-00004 Total:** | **4.90** | **$3,405.50** | |

**109285-00005    ENERGY FUTURE/FEE APPLICATIONS- OTHERS**

**CCB    Bent, Camille C**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 9/1/15 | 0.40 | $134.00 | EMAILS WITH JHH RE CRAVATH MONTHLY FEE STATEMENT AND REVIEW OF SAME. |
| 9/4/15 | 0.20 | $67.00 | EMAILS RE LETTER FROM FEE COMMITTEE TO INCORPORATE INTO CNO RE LATEST MONTHLY FEE STATEMENT. |
| 9/14/15 | 0.10 | $33.50 | EMAILS WITH SLFO RE JENNER'S FIRST MONTHLY FEE APP. |
| 9/14/15 | 0.20 | $67.00 | EMAILS WITH SLFO, JHH AND D. PRAGER RE GOLDIN'S UPCOMING CNO RE FEE APP. |
| 9/14/15 | 0.30 | $100.50 | DRAFTED CNO RE CRAVATH'S EIGHTH MONTHLY FEE APPLICATION; REVIEW OF FEE COMMITTEE LETTER RE JULY CRAVATH FEE STATEMENT. |

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 9/14/15 | 0.30 | $100.50 | DRAFTED CERTIFICATE OF NO OBJECTION RE GOLDIN FEE APP; EMAILS WITH JHH AND SLFO RE SAME. |
| 9/14/15 | 0.40 | $134.00 | DRAFTED CNO RE SECOND JENNER FEE STATEMENT; EMAILS WITH JHH AND SLFO RE SAME. |
| 9/15/15 | 0.20 | $67.00 | EMAILS WITH D. PRAGER RE INFO TO INCLUDE IN CNO. |
| 9/16/15 | 0.20 | $67.00 | EMAILS WITH SLFO RE GOLDIN'S CNO RE FEE APP. |
| 9/25/15 | 0.20 | $67.00 | EMAILS WITH D. PRAGER RE GOLDN'S FEE APPLICATION. |
| 9/25/15 | 0.20 | $67.00 | EMAILS RE JENNER'S CURRENT FEE STATEMENT. |
| 9/25/15 | 0.20 | $67.00 | FINALIZED CNO RE CRAVATH'S MONTHLY AND FINALIZED; EMAILED SAME TO SLFO. |
| 9/25/15 | 0.30 | $100.50 | FINALIZED GOLDIN FEE APP FOR FILING; EMAILED SAME TO SLFO & JHH. |
| 9/28/15 | 0.20 | $67.00 | EMAILS RE ISSUE WITH GOLDIN'S MONTHLY FEE STATEMENT. |
| 9/29/15 | 0.20 | $67.00 | EMAILS WITH JHH RE JENNER MONTHLY FEE APPLICATION. |
| 9/29/15 | 0.10 | $33.50 | EMAILS WITH D. PRAGER RE GOLDIN'S FEE APPLICATION. |
| 9/30/15 | 0.20 | $67.00 | EMAILS WITH SLFO RE FILING OF JENNER APPLICATION. |
| 10/1/15 | 0.20 | $67.00 | EMAILS WITH JHH RE CRAVATH'S MONTHLY FEE STATEMENT. |
| 10/1/15 | 0.40 | $134.00 | FINALIZED AND FILED CRAVATH MONTHLY FEE STATEMENT; EMAILS RE SAME. |
| 10/2/15 | 0.20 | $67.00 | EMAILS WITH JHH RE CRAVATH FEE STATEMENT. |
| 10/2/15 | 0.20 | $67.00 | DRAFTED AMENDED CNO FOR CRAVATH'S SIXTH MONTHLY FEE STATEMENT. |
| 10/6/15 | 0.40 | $134.00 | FINALIZED AMENDED CNO FOR FILING; FILED DOCUMENT AND EMAILED TO RELEVANT PARTIES. |
| 10/13/15 | 0.20 | $67.00 | EMAILS WITH SLFO RE CNOS FOR SECOND AND THIRD INTERIM FEE APPS. |
| 10/15/15 | 0.30 | $100.50 | REVIEW OF GOLDIN'S THIRD INTERIM FEE APP; COORDINATED FILING OF SAME. |
| 10/15/15 | 0.30 | $100.50 | EMAILS WITH D. PRAGER RE UPCOMING CNO RE GOLDIN'S MONTHLY FEE STATEMENT.   EDITS TO GOLDIN'S CNO. |
| 10/16/15 | 0.20 | $67.00 | EMAILS WITH SLFO RE AUGUST FEE APP FILED FOR GOLDIN. |
| 10/20/15 | 0.50 | $167.50 | EMAILS WITH D. PRAGER RE FEE APPLICATION TO BE FILED (.2). REVIEW OF FEE APP (.3). |
| 10/20/15 | 0.30 | $100.50 | EMAILS WITH SLFO RE GOLDIN'S MONTHLY FEE APP.   FINAL REVIEW OF APP TO BE FILED. |
| 10/20/15 | 0.20 | $67.00 | EMAILS WITH JHH RE JENNER'S FIRST MONTHLY FEE APPLICATION. |
| 10/21/15 | 0.20 | $67.00 | EMAILS WITH JHH RE CNOS RE ENERGY FUTURE FEE APPS FOR GOLDIN, CRAVATH, JENNER. |
| 10/21/15 | 0.20 | $67.00 | EMAILS WITH JHH RE CNOS TO BE FILED. |
| 10/22/15 | 0.40 | $134.00 | EMAILS WITH SLFO RE JENNER'S FIRST INTERIM APP; PREPPED APP FOR FILING. |
| 10/22/15 | 0.30 | $100.50 | PHONE CALL WITH M. HANCOCK RE FEE APPLICATION DEADLINE. |
| 10/23/15 | 1.40 | $469.00 | DRAFTED TENTH MONTHLY FEE STATEMENT. |
| 10/23/15 | 0.30 | $100.50 | EMAILS WITH SLFO RE FILING OF CNOS FOR JENNER, GOLDIN.   FINAL REVIEW OF CNOS. |
| 10/23/15 | 0.20 | $67.00 | EMAILS WITH SLFO RE CNOS TO BE FILED. |
| 10/23/15 | 0.20 | $67.00 | EMAILS WITH JHH RE FILING OF CRAVATH'S CNO. |
| 10/26/15 | 0.30 | $100.50 | FINALIZED CNO FOR FILING (.1).   EMAILS WITH SLFO RE CNO RE CRAVATH'S FEE APP AND FILING OF SAME (.2). |

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 10/27/15 | 0.90 | $301.50 | EMAILS WITH JHH RE CRAVATH'S THIRD INTERIM FEE APP (.1). REVIEW OF FEE APP AND EDITS TO SAME (.3). EMAILS WITH JHH RE FILING OF SAME (.1). FILED AND SERVED INTERIM FEE APP (.4). |
| 10/27/15 | 0.40 | $134.00 | EMAILS WITH JHH RE JENNER'S FOURTH MONTHLY FEE APP (.2); REVIEW OF FEE APP (.2). |
| 10/28/15 | 0.60 | $201.00 | EMAILS WITH JFE RE JENNER FEE APPLICATION (.1); FINAL REVIEW OF JENNER'S MONTHLY FEE APP (.1). FILED AND SERVED JENNER MONTHLY FEE APP (.4). |
| 10/28/15 | 0.20 | $67.00 | EMAILS WITH M. HANCOCK AND JHH RE ERROR CONTAINED IN FEE APP ORDER. |
| 11/6/15 | 0.30 | $100.50 | REVIEW OF CASE FILE. EMAILS WITH SLFO AND ROXANA RE CRAVATH'S TENTH MONTHLY FEE APP. |
| 11/9/15 | 0.20 | $67.00 | EMAILS WITH SLFO AND JHH RE CRAVATH'S TENTH FEE APP. |
| 11/10/15 | 0.10 | $33.50 | EMAILS WITH D. PRAGER RE CNO FOR GOLDIN'S FEE STATEMENT. |
| 11/10/15 | 0.20 | $67.00 | EMAILS WITH D. STREANY RE AFFIDAVITS OF SERVICE RE FEE APPLICATIONS. REVIEW OF AFFIDAVITS. |
| 11/11/15 | 0.60 | $201.00 | EMAILS WITH R. GONZALEZ RE CRAVATH'S 10TH MONTHLY FEE STATEMENT (.2); REVIEW OF FEE STATEMENT AND SMALL EDITS TO SAME (.3); EMAILS TO SLFO FOR FILING (.1). |
| 11/13/15 | 0.50 | $167.50 | DRAFTED GOLDIN'S CNO; EMAILED SAME TO SLFO FOR FILING. |
| 11/19/15 | 0.20 | $67.00 | EMAILS WITH D. PRAGER RE MONTHLY FEE APPLICATION. |
| 11/23/15 | 0.50 | $167.50 | REVIEW OF GOLDIN'S MONTHLY FEE APPLICATION (.3); EMAILS WITH SLFO AND JHH RE SAME (.2). |
| 11/23/15 | 0.50 | $167.50 | REVIEW OF JENNER'S FIFTH MONTHLY FEE STMT (.3); EMAILS WITH JHH AND SLFO RE SAME (.2). |
| 11/23/15 | 0.20 | $67.00 | EMAILS WITH JHH, R. LEVIN AND J. MITCHELL RE JENNER'S CNO RE SEPT. MONTHLY FEE STMT. |
| 11/23/15 | 0.50 | $167.50 | REVIEW AND EDITS TO CRAVATH'S ELEVENTH MONTHLY FEE STATEMENT (.3); EMAILS WITH JHH, SLFO, AND OTHERS RE SAME (.2). |
| 11/24/15 | 0.30 | $100.50 | DRAFTED JENNER CNO; EMAILED SAME TO SLFO FOR FILING. |
| 11/24/15 | 0.20 | $67.00 | EMAILS WITH SLFO RE CRAVATH'S ELEVENTH MONTHLY FEE STATEMENT (.2). |
| 11/24/15 | 0.20 | $67.00 | EMAILS WITH JHH AND SLFO RE CRAVATH'S CNO. |
| 12/4/15 | 0.40 | $134.00 | PREPPED CNO RE CRAVATH'S FEE STATEMENT (.3); EMAILS RE SAME (.1); |
| 12/9/15 | 0.20 | $67.00 | EMAILS WITH JHH RE REVIEW AND FILING OF JENNER FEE APPLICATION. |
| 12/14/15 | 0.10 | $33.50 | EMAILS WITH D. PRAGER RE UPCOMING CNO TO BE FILED. |
| 12/15/15 | 0.30 | $100.50 | EDITS TO JENNER FEE APPLICATION. |
| 12/16/15 | 0.60 | $201.00 | DRAFTED CNOS FOR GOLDIN AND JENNER AND COORDINATED FILING OF SAME. |
| 12/16/15 | 0.90 | $301.50 | DRAFTED GOLDIN & JENNER CNOS (.4). EMAILS WITH R. ZERBE RE FILING OF CNOS (GOLDIN & JENNER) (.2). REVIEW OF AS FILED CNOS (.1); EMAILED CNOS TO RELEVANT PARTIES (.2). |
| 12/17/15 | 0.40 | $134.00 | EMAILS WITH R. GONZALEZ RE SEPTEMBER AND OCTOBER CNOS. |
| 12/18/15 | 0.70 | $234.50 | DRAFTED CRAVATH'S CNO RE LATEST FEE APP (.3); EMAILS WITH R. ZERBE RE CHECKING DOCKET AND FILING CNO (.2); REVIEW OF AS FILED CNO AND EMAILED SAME TO PARTIES (.2). |
| 12/22/15 | 0.60 | $201.00 | EMAILS WITH JHH RE FILING OF JENNER MONTHLY FEE STATEMENT (.2); EDITS TO JENNER MONTHLY FEE STATEMENT (.3); COORDINATED FILING OF SAME (.1). |
| 12/22/15 | 0.50 | $167.50 | EMAILS WITH D. PRAGER & M. PASKIN RE NOVEMBER FEE STATEMENTS (.2); EDITS TO GOLDIN'S NOV. FEE STATEMENT (.3). |

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 12/24/15 | 0.30 | $100.50 | COORDINATED SERVICE OF S&L'S FEE APP. |
| 12/30/15 | 0.80 | $268.00 | BEGAN DRAFTING CNOS RE CRAVATH'S, GOLDIN'S AND JENNER'S FEE STATEMENTS. |
| **CCB Total:** | **23.20** | **$7,772.00** | |

**JHH    Huston, Joseph**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 9/4/15 | 0.30 | $208.50 | EMAILS R LEVIN AND CCB RE CNOS FOR CRAVATH AND JENNER - REVIEW FEE COMMITTEE LETTERS |
| 9/9/15 | 0.80 | $556.00 | PREP, REVISE AND EFILE JENNER AND CRAVATH CNOS TO MONTHLY APPS (.6) EMAILS R LEVIN SAME(.2) |
| 9/11/15 | 1.00 | $695.00 | WITHDRAW, REVISE AND REFILING OF CRAVATH CNO (.4) - REVISE AND FILING OF CNO JENNER FIRST MONTHLY APP AND EMAILS R LEVIN SAME(.6) |
| 9/14/15 | 0.30 | $208.50 | EMAILS INTERNALLY AND REVIEW CNO RE GOLDIN MONTHLY APP |
| 9/24/15 | 0.50 | $347.50 | REVIEW CNO RE CRAVATH 8TH MONTHLY, FILNG AND SERVICE OF SAME (.3) - EMAILS JENNER RE 3RD MONTHLY(.2) |
| 9/29/15 | 0.30 | $208.50 | FOLLOW UP WITH CBB RE COMPLETION OF JENNER AND GOLDIN APPS |
| 9/30/15 | 0.40 | $278.00 | REVIEW JENNER FEE APP AND EMAILS CCB AND GOLDIN SAME |
| 10/16/15 | 0.30 | $208.50 | REVIEW GOLDIN THIRD INTERIM AND NOTICE RE SAME |
| 10/20/15 | 0.30 | $208.50 | REVIEW AND APPROVE GOLDIN SEPT FEE STATMT AND EMAILS CCB SAME |
| 10/22/15 | 0.20 | $139.00 | FOLLOW EMAILS RE CHANGES TO JENNER MONTHLY APP |
| 10/23/15 | 0.20 | $139.00 | REVIEW AND APPROVE CNOS FOR JENNER 3RD AND GOLDIN 9TH |
| 11/20/15 | 0.40 | $278.00 | REVIEW GOLDIN 11TH MONTHLY AND EMAILS D PRAGER RE SAME AND STATUS OF CONFIRMATION SETTLEMENTS |
| 11/23/15 | 0.40 | $278.00 | REVIEW APPS AND NOTICES FOR JENNER, CRAVATH AND GOLDIN MONTHLY APPS |
| 12/4/15 | 0.20 | $139.00 | REVIEW CNO FOR CRAVATH 10TH MONTHLY - EMAILS CCB SAME |
| 12/11/15 | 0.20 | $139.00 | EMAILS R LEVIN RE CNOS TO JENNER AND CRAVATH OCTOBER FEE STMTS |
| 12/22/15 | 0.60 | $417.00 | REVIEW JENNER AND GOLDIN MONTHLY APPS AND REVISE NOTICES SAME (.4) - EMAILS CCB AND COCOUNSEL RE TIMING FOR FILING (.2) |
| **JHH Total:** | **6.40** | **$4,448.00** | |

**SLFO    Foster, Stephanie L.**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 9/2/15 | 0.10 | $16.50 | EFILE AFFIDAVIT OF SERVICE RE DI 5616 AND 5617 |
| 9/2/15 | 0.10 | $16.50 | EFILE AFFIDAVIT OF SERVICE RE DI 5799 |
| 9/10/15 | 0.20 | $33.00 | EFILE CERTIFICATE OF NO OBJECTION REGARDING THE FIRST MONTHLY FEE STATEMENT OF JENNER& BLOCK LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM MAY 18, 2015 THROUGH JUNE 30, 2015 (NO ORDER REQUIRED) - SEND TO INTERESTED PARTIES VIA EMAIL |
| 9/10/15 | 0.10 | $16.50 | EFILE CNO RE CRAVATH'S SEVENTH MONTHLY FEE APP |
| 9/11/15 | 0.10 | $16.50 | DRAFT NOTICE OF WITHDRAWAL RE CNO RE CRAVATH'S SEVENTH MONTHLY FEE APP (DI 5904) |
| 9/11/15 | 0.10 | $16.50 | EFILE NOTICE OF WITHDRAWAL OF DOCUMENT RE: DI 5904 |

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 9/16/15 | 0.20 | $33.00 | EFILE CERTIFICATE OF NO OBJECTION REGARDING THE SECOND MONTHLY FEE STATEMENT OF JENNER & BLOCK LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM JULY 1, 2015 THROUGH JULY 31, 2015 (NO ORDER REQUIRED) - SEND TO INTERESTED PARTIES VIA EMAIL |
| 9/16/15 | 0.20 | $33.00 | EFILE CERTIFICATE OF NO OBJECTION REGARDING THE EIGHTH MONTHLY FEE STATEMENT OF GOLDIN ASSOCIATES, LLC FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM JULY 1, 2015 THROUGH JULY 31, 2015 (NO ORDER REQUIRED) - SEND TO INTERESTED PARTIES VIA EMAIL |
| 9/28/15 | 0.20 | $33.00 | EFILE CERTIFICATE OF NO OBJECTION REGARDING THE "EIGHTH MONTHLY FEE STATEMENT OF CRAVATH, SWAINE & MOORE LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM JULY 1, 2015 THROUGH JULY 31, 2015" (NO ORDER REQUIRED) - SEND TO CO-COUNSEL VIA EMAIL |
| 9/30/15 | 0.30 | $49.50 | EFILE NINTH MONTHLY FEE STATEMENT OF GOLDIN ASSOCIATES, LLC FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM AUGUST 1, 2015 THROUGH AUGUST 31, 2015 - SEND TO EPIQ FOR SERVICE - SEND TO CO-COUNSEL VIA EMAIL |
| 9/30/15 | 0.30 | $49.50 | EFILE THIRD MONTHLY FEE STATEMENT OF JENNER & BLOCK LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM AUGUST 1, 2015 THROUGH AUGUST 31, 2015 = SEND TO EPIQ FOR SERVICE - SEND TO INTERESTED PARTIES VIA EMAIL |
| 10/8/15 | 0.10 | $16.50 | EFILE AFFIDAVIT OF SERVICE RE DI 6254 |
| 10/8/15 | 0.10 | $16.50 | EFILE AFFIDAVIT OF SERVICE RE DI 6234, 6239 AND 6241 |
| 10/16/15 | 0.20 | $33.00 | EFILE THIRD INTERIM FEE STATEMENT OF GOLDIN ASSOCIATES, LLC FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM MAY 1, 2015 THROUGH AUGUST 31, 2015 - SEND TO CO-COUNSEL VIA EMAIL - SEND TO EPIQ FOR SERVICE |
| 10/20/15 | 0.30 | $49.50 | EFILE TENTH MONTHLY FEE STATEMENT OF GOLDIN ASSOCIATES, LLC FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM SEPTEMBER 1, 2015 THROUGH SEPTEMBER 30, 2015 - SEND TO EPIQ FOR SERVICE - SEND TO CO-COUNSEL VIA EMAIL |
| 10/22/15 | 0.30 | $49.50 | EFILE FIRST INTERIM FEE APPLICATION OF JENNER & BLOCK LLP INDEPENDENT COUNSEL FOR ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC, FOR THE PERIOD MAY 18, 2015 THROUGH AUGUST 31, 2015 - SEND TO EPIQ FOR SERVICE - SEND TO CO-COUNSEL VIA EMAIL |
| 10/23/15 | 0.20 | $33.00 | EFILE CERTIFICATE OF NO OBJECTION REGARDING THE NINTH MONTHLY FEE STATEMENT OF GOLDIN ASSOCIATES, LLC FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM AUGUST 1, 2015 THROUGH AUGUST 31, 2015 (NO ORDER REQUIRED) - SEND TO INTERESTED PARTIES VIA EMAIL |
| 10/23/15 | 0.20 | $33.00 | EFILE CERTIFICATE OF NO OBJECTION REGARDING THE THIRD MONTHLY FEE STATEMENT OF JENNER & BLOCK LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM AUGUST 1, 2015 THROUGH AUGUST 31, 2015 (NO ORDER REQUIRED) - SEND TO INTERESTED PARTIES VIA EMAIL |

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 10/26/15 | 0.20 | $33.00 | EFILE CERTIFICATE OF NO OBJECTION REGARDING THE "NINTH MONTHLY FEE STATEMENT OF CRAVATH, SWAINE & MOORE LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM AUGUST 1, 2015 THROUGH AUGUST 31, 2015" (NO ORDER REQUIRED) - SEND TO INTERESTED PARTIES VIA EMAIL |
| 11/9/15 | 0.10 | $16.50 | EFILE AFFIDAVIT OF SERVICE RE DI 6540 |
| 11/11/15 | 0.10 | $16.50 | EFILE AFFIDAVIT OF SERVICE RE: DOCKET NOS. 6704 AND 6724 |
| 11/11/15 | 0.30 | $49.50 | EFILE TENTH MONTHLY FEE STATEMENT OF CRAVATH, SWAINE & MOORE LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM SEPTEMBER 1, 2015 THROUGH SEPTEMBER 30, 2015 - SEND TO EPIQ FOR SERVICE - SEND TO CO-COUNSEL VIA EMAIL |
| 11/13/15 | 0.20 | $33.00 | EFILE CERTIFICATE OF NO OBJECTION REGARDING THE TENTH MONTHLY FEE STATEMENT OF GOLDIN ASSOCIATES, LLC FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM SEPTEMBER 1, 2015 THROUGH SEPTEMBER 30, 2015 (NO ORDER REQUIRED) - SEND TO INTERESTED PARTIES VIA EMAIL |
| 11/23/15 | 0.10 | $16.50 | DRAFT NOTICE RE: GOLDIN'S ELEVENTH MONTHLY FEE APP |
| 11/23/15 | 0.30 | $49.50 | EFILE ELEVENTH MONTHLY FEE STATEMENT OF GOLDIN ASSOCIATES, LLC FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM OCTOBER 1, 2015 THROUGH OCTOBER 31, 2015 - SEND TO EPIQ FOR SERVICE - SEND TO CO-COUNSEL VIA EMAIL |
| 11/23/15 | 0.30 | $49.50 | EFILE FIFTH MONTHLY FEE STATEMENT OF JENNER & BLOCK LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM OCTOBER 1, 2015 THROUGH OCTOBER 31, 2015 - SEND TO EPIQ FOR SERVICE - SEND TO CO-COUNSEL VIA EMAIL |
| 11/24/15 | 0.20 | $33.00 | EFILE CERTIFICATE OF NO OBJECTION REGARDING THE FOURTH MONTHLY FEE STATEMENT OF JENNER & BLOCK LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM SEPTEMBER 1, 2015 THROUGH SEPTEMBER 30, 2015 (NO ORDER REQUIRED) - SEND TO INTERESTED PARTIES VIA EMAIL |
| 11/24/15 | 0.20 | $33.00 | EFILE FOURTH SUPPLEMENTAL DECLARATION OF RICHARD LEVIN RELATING TO APPLICATION FOR ORDER APPROVING THE EMPLOYMENT OF JENNER & BLOCK LLP AS COUNSEL TO ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC - SEND TO EPIQ FOR SERVICE - SEND TO INTERESTED PARTIES VIA EMAIL |
| 11/24/15 | 0.20 | $33.00 | EFILE ELEVENTH MONTHLY FEE STATEMENT OF CRAVATH, SWAINE & MOORE LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM OCTOBER 1, 2015 THROUGH OCTOBER 31, 2015 - SEND TO EPIQ FOR SERVICE - SEND TO INTERESTED PARTIES VIA EMAIL |
| 12/14/15 | 0.10 | $16.50 | EFILE AFFIDAVIT OF SERVICE RE DI 6952 |
| 12/14/15 | 0.10 | $16.50 | EFILE AFFIDAVIT OF SERVICE RE DI 7091 AND 7093 |
| 12/14/15 | 0.10 | $16.50 | EFILE AFFIDAVIT OF SERVICE RE DI 7124 |
| 12/22/15 | 0.30 | $49.50 | EFILE SIXTH MONTHLY FEE STATEMENT JENNER & BLOCK LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM NOVEMBER 1, 2015 THROUGH NOVEMBER 30, 2015 - SEND TO INTERESTED PARTIES VIA EMAIL - SEND TO EPIQ FOR SERVICE |

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 12/22/15 | 0.30 | $49.50 | EFILE TWELFTH MONTHLY FEE STATEMENT OF GOLDIN ASSOCIATES, LLC FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM NOVEMBER 1, 2015 THROUGH NOVEMBER 30, 2015 - SEND TO INTERESTED PARTIES VIA EMAIL - SEND TO EPIQ FOR SERVICE |
| **SLFO Total:** | **6.40** | **$1,056.00** | |
| **109285-00005 Total:** | **36.00** | **$13,276.00** | |

**109285-00006     ENERGY FUTURE/FEE APPLICATIONS-S&L**

*CCB     Bent, Camille C*

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 9/14/15 | 0.20 | $67.00 | EMAILS WITH K. RICKETTS RE NINTH FEE STATEMENT. |
| 9/14/15 | 0.30 | $100.50 | DRAFTED CNO RE S&L'S EIGHTH MONTHLY FEE STATEMENT; INCORPORATED COMMENTS FROM LETTER BY FEE COMMITTEE INTO SAME. |
| 9/14/15 | 0.20 | $67.00 | DRAFTED LETTER RE EIGHTH MONTHLY FEE STATEMENT AND PAYMENT OF SAME; EMAILS WITH K. RICKETTS RE SAME. |
| 9/15/15 | 0.20 | $67.00 | EMAILS WITH K. RICKETTS RE UPCOMING S&L FEE APPLICATION. |
| 9/28/15 | 0.20 | $67.00 | EMAILS WITH K. RICKETTS & SLFO RE S&L'S NINTH FEE STATEMENT. |
| 9/28/15 | 1.00 | $335.00 | DRAFTED S&L'S NINTH MONTHLY FEE APPLICATION; EMAILED TO JHH FOR REVIEW. |
| 9/28/15 | 0.20 | $67.00 | EDIT TO S&L CNO RE EIGHTH APPLICATION; EMAILED TO SLFO FOR FILING. |
| 9/29/15 | 0.20 | $67.00 | EMAILS WITH JHH RE S&L NINTH FEE APPLICATION. |
| 9/30/15 | 0.20 | $67.00 | EMAILS WITH JHH RE S&L NINTH MONTHLY FEE STATEMENT. |
| 10/1/15 | 0.20 | $67.00 | EMAILS WITH SLFO RE NINTH S&L FEE STATEMENT. |
| 10/9/15 | 0.40 | $134.00 | EMAILS WITH K. RICKETTS RE S&L MONTHLY FEE APPLICATION AND INTERIM FEE APPLICATION. |
| 10/12/15 | 1.00 | $335.00 | EMAILS WITH K. RICKETTS RE THIRD INTERIM FEE APP (.3).   BEGAN DRAFTING 3RD INTERIM FEE APP (.7). |
| 10/16/15 | 2.10 | $703.50 | DRAFTED THIRD INTERIM FEE APP. |
| 10/16/15 | 1.50 | $502.50 | EMAILS WITH JHH RE THIRD INTERIM FEE APP (.3); EDITS TO FEE APP BASED ON JHH COMMENTS (1.2). |
| 10/19/15 | 0.30 | $100.50 | EMAILS TO ENERGY FUTURE PAYMENT PROCESSORS RE SEVENTH MONTHLY FEE STATEMENT. |
| 10/19/15 | 0.20 | $67.00 | EMAILS WITH K. RICKETTS RE EIGHTH MONTHLY FEE STATEMENT. |
| 10/20/15 | 0.20 | $67.00 | EMAILS WITH K. RICKETTS RE EIGHTH FEE STATEMENT. |
| 10/23/15 | 2.40 | $804.00 | DRAFTED S&L'S TENTH MONTHLY FEE STATEMENT (2.1); EMAILS WITH K. RICKETTS RE CONTENTS OF SAME (.3). |
| 10/23/15 | 0.20 | $67.00 | EMAILS WITH SLFO RE FILING OF CNO FOR S&L; FINAL REVIEW OF CNO FOR S&L. |
| 10/23/15 | 0.30 | $100.50 | EMAILS WITH SLFO RE TENTH MONTHLY FEE APPLICATION (.1); EMAILS WITH SLFO RE INTERIM FEE APP (.1); PHONE CALL WITH M. HANCOCK RE LEDES DATA (.1). |
| 10/23/15 | 0.20 | $67.00 | EMAILS WITH K. RICKETTS RE TENTH MONTHLY FEE APP. |
| 10/26/15 | 0.10 | $33.50 | EMAILS WITH SLFO RE TENTH MONTHLY FEE APP AND INTERIM FEE APP. |
| 10/26/15 | 0.10 | $33.50 | EMAILS WITH K. RICKETTS RE NINTH FEE APP. |
| 10/27/15 | 0.30 | $100.50 | EMAIL TO EFIH RE NINTH FEE APP AND PAYMENT OF SAME; DRAFTED PAYMENT PACKAGE. |

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 10/27/15 | 0.20 | $67.00 | EMAILS WITH M. HANCOCK RE EXPENSES LISTED IN THIRD INTERIM FEE APPLICATION. |
| 10/27/15 | 0.20 | $67.00 | EMAILS WITH JHH AND SLFO RE ORDER GRANTING SECOND/THIRD INTERIM FEE APPS; REVIEW OF ORDER. |
| 10/27/15 | 0.10 | $33.50 | EMAILS WITH M. HANCOCK AND JHH RE SEPT MONTHLY FEE STATEMENT; REVIEW OF LETTER. |
| 10/29/15 | 0.20 | $67.00 | EMAILS WITH M. HANCOCK RE CORRECTION TO ORDER GRANTING INTERIM FEE APPS. |
| 11/11/15 | 0.20 | $67.00 | DRAFTED ELEVENTH REQUEST FOR PAYMENT RE 2ND INTERIM FEE APP; EMAILED SAME TO EFIH. |
| 11/16/15 | 0.20 | $67.00 | EMAILS WITH K. RICKETTS RE ELEVENTH MONTHLY FEE APP. |
| 11/18/15 | 0.50 | $167.50 | DRAFTED CNO RE TENTH MONTHLY FEE APP (.3); EMAILS WITH SLFO AND JHH RE FILING AND SERVICE OF S&L CNO (.2). |
| 11/24/15 | 3.30 | $1,105.50 | DRAFTED S&L'S ELEVENTH MONTHLY FEE STATEMENT (3.1); EMAILS WITH K. RICKETTS, JHH, SLFO RE SAME (.2). |
| 11/24/15 | 0.20 | $67.00 | EMAILS AND PHONE CALL WITH K. RICKETTS RE ELEVENTH MONTHLY FEE STATEMENT. |
| 11/25/15 | 0.30 | $100.50 | EMAILS WITH JHH RE ELEVENTH MONTHLY FEE STATEMENT. |
| 11/25/15 | 0.50 | $167.50 | ADDITIONAL EDITS TO FEE APP (.3); EMAILS WITH JHH AND SLFO RE SAME (.2). |
| 11/25/15 | 0.30 | $100.50 | EMAILS WITH SLFO AND K. RICKETTS RE ELEVENTH MONTHLY FEE APP. |
| 12/2/15 | 1.20 | $402.00 | BEGAN DRAFTING S&L MONTHLY FEE STATEMENT. |
| 12/4/15 | 1.10 | $368.50 | DRAFTED NOVEMBER S&L FEE APPLICATION |
| 12/9/15 | 1.20 | $402.00 | DRAFTED TWELFTH MONTHLY FEE STATEMENT FOR S&L. |
| 12/15/15 | 0.90 | $301.50 | DRAFTED NOVEMBER FEE STATEMENT (.7); EMAILS WITH JHH RE SAME (.2). |
| 12/22/15 | 1.90 | $636.50 | DRAFTED S&L'S TWELFTH MONTHLY FEE STATEMENT & EMAILS WITH K. RICKETTS RE SAME. |
| 12/23/15 | 0.20 | $67.00 | EMAILS WITH JDD RE PREP OF NOV. FEE APP. |
| 12/23/15 | 1.30 | $435.50 | EDITS TO S&L'S NOVEMBER FEE STATEMENT (.5); COORDINATED FILING OF SAME (.5). REVIEW OF PLAN/DS TO CONFIRM CORRECT PARTIES TO INCLUDE ON NOTICE (.3). |
| 12/28/15 | 1.30 | $435.50 | BEGAN DRAFTING S&L'S 13TH MONTHLY FEE STATEMENT. |
| **CCB Total:** | **27.50** | **$9,212.50** | |

**JHH   Huston, Joseph**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 9/3/15 | 0.20 | $139.00 | ADJUSTMENTS TO A/R |
| 9/29/15 | 0.40 | $278.00 | REVIEW AND REVISE S&L 9TH MONTHLY, FILING AND SERVICE |
| 10/16/15 | 1.30 | $903.50 | REVIEW AND REVISE THIRD INTERIM (.4) - DISC AND EMAILS CCB RE STAFFING AND BUDGET NUMBERS (.3) - AFTER HOURS REVISION OF EXHIBITS A(.3) AND E- FILING AND SERVICE OF APP(.3) |
| 10/23/15 | 0.40 | $278.00 | REVIEW AND REVISE 10TH MONTHLY (.3) AND CNO FOR 9TH MONTHLY (.1) |
| 11/4/15 | 0.20 | $139.00 | EMAILS CCB RE INTERIM FEE APP |
| 11/24/15 | 0.30 | $208.50 | REVIEW S&L 11TH MONTHLY AND EMAILS CCB SAME |
| 11/25/15 | 0.70 | $486.50 | DETAILED REVIEW AND REVISION OF AMOUNTS CLAIMED IN 11TH MONTHLY AND EMAILS CCB AND SLF SAME |
| 12/23/15 | 0.60 | $417.00 | REVIEW AND REVISE 12TH MONTHLY APP (.4) - EMAILS CCB RE NOTICE PARTIES POST-CONFIRMATION (.2) |
| **JHH Total:** | **4.10** | **$2,849.50** | |

| Date | Hours | Dollars | Description |
|---|---|---|---|
| **SLFO** | **Foster, Stephanie L.** | | |
| 9/2/15 | 0.10 | $16.50 | EFILE AFFIDAVIT OF SERVICE RE DI 5689 |
| 9/30/15 | 0.30 | $49.50 | EFILE NINTH MONTHLY FEE STATEMENT OF STEVENS & LEE, P.C. FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM AUGUST 1, 2015 THROUGH AUGUST 31, 2015 - SEND TO EPIQ FOR SERVICE - SEND TO INTERESTED PARTIES VIA EMAIL |
| 10/23/15 | 0.30 | $49.50 | EFILE TENTH MONTHLY FEE STATEMENT OF STEVENS & LEE, P.C. FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM SEPTEMBER 1, 2015 THROUGH SEPTEMBER 30, 2015 - SEND TO CO-COUNSEL VIA EMAIL - SEND TO EPIQ FOR SERVICE - UPLOAD FILES TO BOX |
| 10/23/15 | 0.20 | $33.00 | EFILE CERTIFICATE OF NO OBJECTION REGARDING THE NINTH MONTHLY FEE STATEMENT OF STEVENS & LEE, P.C. FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM AUGUST 1, 2015 TO AUGUST 31, 2015 (NO ORDER REQUIRED) - SEND TO INTERESTED PARTIES VIA EMAIL |
| 11/9/15 | 0.10 | $16.50 | EFILE AFFIDAVIT OF SERVICE RE DI 6606 |
| 11/18/15 | 0.20 | $33.00 | EFILE CERTIFICATE OF NO OBJECTION REGARDING THE TENTH MONTHLY FEE STATEMENT OF STEVENS & LEE, P.C. FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM SEPTEMBER 1, 2015 TO SEPTEMBER 30, 2015 (NO ORDER REQUIRED) |
| 11/25/15 | 0.40 | $66.00 | EFILE ELEVENTH MONTHLY FEE STATEMENT OF STEVENS & LEE, P.C. FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM OCTOBER 1, 2015 THROUGH OCTOBER 31, 2015 - SEND TO EPIQ FOR SERVICE - SEND TO INTERESTED PARTIES VIA EMAIL - UPLOAD FILES TO BOX |
| 12/14/15 | 0.10 | $16.50 | EFILE AFFIDAVIT OF SERVICE RE DI 7148 |
| ***SLFO Total:*** | ***1.70*** | ***$280.50*** | |
| **109285-00006 Total:** | **33.30** | **$12,342.50** | |

| | | | |
|---|---|---|---|
| **109285-00007** | **ENERGY FUTURE/HEARINGS** | | |
| **CCB** | **Bent, Camille C** | | |
| 10/13/15 | 0.20 | $67.00 | EMAILS WITH JFE RE SCHEDULING FOR UPCOMING HEARING. |
| 10/26/15 | 0.50 | $167.50 | ATTENDED HEARING RE SECOND INTERIM FEE APPLICATION VIA TELEPHONE. |
| ***CCB Total:*** | ***0.70*** | ***$234.50*** | |
| **JDD** | **Demmy, John D.** | | |
| 11/3/15 | 1.50 | $930.00 | PREPPED FOR COVERAGE OF CONFIRMATION TRIAL (BRIEF REVIEW OF PLAN AND RELATED FILINGS) |
| 11/4/15 | 7.50 | $4,650.00 | ATTENDANCE AT CONFIRMATION TRIAL |
| ***JDD Total:*** | ***9.00*** | ***$5,580.00*** | |
| **JHH** | **Huston, Joseph** | | |
| 9/17/15 | 6.60 | $4,587.00 | PREP FOR AND ATTEND HEARING ON PSA AND RECAP WITH V LAZAR SAME |

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 9/21/15 | 2.30 | $1,598.50 | PREP FOR AND ATTEND HEARING ON DISCLOSURE STMT |
| 10/14/15 | 0.60 | $417.00 | READ AGENDA AND EMAILS T BROAD RE ATTENDANCE (.3) - CHECK CONFIRMATION SCHEDULE VERSUS PROPOSED CHANGES AND EMAILS CCB SAME (.3) |
| 10/15/15 | 3.40 | $2,363.00 | ATTEND OMNIBUS HEARING AND CONFIRMATION PRE TRIAL |
| 10/19/15 | 0.30 | $208.50 | EMAILS R LEVIN RE CONFIRMATION HEARING SCHEDULE AND COVERAGE |
| 10/28/15 | 2.90 | $2,015.50 | REVIEW REVISED SCHEDULING ORDERS AND LETTERS TO COURT RE FINAL PTO (.8) - ATTEND FINAL PTO AND HEARING ON OBJECTIONS (2.1) |
| 11/2/15 | 1.70 | $1,181.50 | PREP FOR CONFIRMATION HEARING (.5) - READ MOTIONS IN LIMINE (.2) RE VALUATION (.4) - READ LETTERS TO COURT RE SCHEDULING (.2) - READ AMENDED AGENDA AND DESIGNATIONS OF DIRECT TESTIMONY (.6) |
| 11/3/15 | 8.70 | $6,046.50 | PREP FOR AND ATTEND CONFIRMATION HRG DAY 1 AND RECAP MR LAZAR SAME (8.4) - DISC/EMAILS JDD RE EVENTS, LOGISTICS AND ISSUES FOR DAY 2 (.3) |
| 11/5/15 | 6.60 | $4,587.00 | PREP FOR/ATTEND DAY 3 (5.8) - DISCUSSION AND EMAILS V LAZAR RE PROGRESS OF CASE AND POTENTIAL SETTLEMENTS (.8) |
| 11/6/15 | 7.50 | $5,212.50 | ATTEND DAY 4 (7.2) AND RECAP V LAZAR SAME (.3) |
| 11/10/15 | 0.30 | $208.50 | EMAILS V LAZAR RE LOGISTICS FOR HEARING |
| 11/12/15 | 8.70 | $6,046.50 | PREP FOR ATTEND CONF HRG DAY 5 |
| 11/13/15 | 7.60 | $5,282.00 | PREP FOR/ATTEND CONF HRG DAY 6 |
| 11/16/15 | 0.60 | $417.00 | EMAILS CRAVATH RE MR CREMENS'S TESTIMONY AND BRIEF REVIEW OF SAME (.3) - EMAILS CCB AND SLF RE SERVICE AND NOTICE OF SAME (.3) |
| 11/17/15 | 0.60 | $417.00 | REVISE, FILING AND SERVICE OF NOS CREMENS DIRECT TESTIMONY (.3) - EMAILS R LEVIN RE SAME AND PREP SCHEDULE (.3) |
| 11/18/15 | 2.40 | $1,668.00 | FOLLOW DOCKET RE SCHEDULE FOR HRGS AND NEW FILINGS (.3) - READ EFH TRUSTEE OBJECTION TO SETTLEMENT (.6) - READ DEBTORS' OMNIBUS REPLY TO OBJECTIONS (.8) - READ/SUGGEST REVISIONS TO CREMENS WRITTEN DIRECT TESTIMONY (.8) |
| 11/19/15 | 7.40 | $5,143.00 | PREP FOR/ ATTEND CONTINUED CONFIRMATION TRIAL DAY 7 (6.1) - CREMENS WITNESS PREP SESSION (1.3) - SETTLEMENT DISCUSSIONS (.3) |
| 11/23/15 | 0.60 | $417.00 | READ NEW DOCKETED ITEMS AND CANCELLATION NOTICE (.4) EMAILS RLF RE PROPOSED SCHEDULE FOR FOLLOWING WEEK AND EMAILS TEAM SAME (.2) |
| 11/25/15 | 3.40 | $2,363.00 | PREP FOR AND ATTEND HEARING ON SETTLEMENTS AND CONFIRMATION SCHEDULING   - |
| 12/1/15 | 0.80 | $556.00 | PREP FOR HEARING (.4) - EMAILS R LEVIN, P GELSON, T BROAD   AND M THOMAS RE LOGISTICS (.4) |
| 12/2/15 | 6.80 | $4,726.00 | ATTEND CLOSING ARGUMENTS (6.5) - PREP SUMMARY FOR TEAM (.3) |
| 12/3/15 | 4.10 | $2,849.50 | ATTEND HEARINGS TO RECEIVE RULINGS ON CONFIRMATION (3.8) - FOLLOW UP EMAILS R LEVIN RE SAME (.3) |
| *JHH Total:* | *83.90* | *$58,310.50* | |
| **109285-00007 Total:** | **93.60** | **$64,125.00** | |

| **109285-00008** | **ENERGY FUTURE/LEGAL AND FACTUAL** |
|---|---|

*JHH      Huston, Joseph*

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 12/2/15 | 0.60 | $417.00 | READ/ANALYZE NEW CAREY TRIBUNE OPINION CITED BY DEBTORS ON RECOVERY OF ATTORNEYS FEES ON UNSECURED CLAIM FOR POST PETITION COUNSEL (.4) - EMAILS R LEVIN SAME (.2) |
| **JHH Total:** | **0.60** | **$417.00** | |
| **109285-00008 Total:** | **0.60** | **$417.00** | |

### 109285-00010    ENERGY FUTURE/PLANS OF REORGANIZATION

**JHH    Huston, Joseph**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 10/22/15 | 0.30 | $208.50 | EMAILS V LAZAR RE TIMING, REVIEW AND APPROVAL OF CONFIRMATION BRIEF |
| 10/28/15 | 0.60 | $417.00 | READ/ANALYZE OPINION ON MAKE WHOLE CLAIMS |
| 10/30/15 | 0.70 | $486.50 | FOLLOW DOCKET RE NEW FILINGS AND BRIEF REVIEW OF SELECT OBJECTIONS |
| 10/31/15 | 1.10 | $764.50 | READ UMB OBJECTIONS(2) TO CONFIRMATION AND SETTLEMENT AGREEMENT (1.1) - READ EFH TRUSTEE OBJECTION AND PRETRIAL BRIEF (.8) |
| **JHH Total:** | **2.70** | **$1,876.50** | |
| **109285-00010 Total:** | **2.70** | **$1,876.50** | |

### 109285-00011    ENERGY FUTURE/PLEADINGS, MOTIONS AND

**CCB    Bent, Camille C**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 11/16/15 | 0.20 | $67.00 | EMAILS WITH JHH RE PREP AND FILING OF NOTICE OF SERVICE. |
| 11/17/15 | 0.20 | $67.00 | ADD'L EMAILS WITH JHH RE PREP AND FILING OF NOTICE OF SERVICE. |
| 11/17/15 | 0.80 | $268.00 | EMAILS WITH JHH RE NOTICE OF SERVICE (.1); DRAFTED NOTICE OF SERVICE AND EDITS TO SAME (.2); EMAILS WITH JHH, T. BROAD AND OTHERS RE SAME (.2). FILED NOTICE OF SERVICE, EMAILED COURTESY COPY TO CO-COUNSEL, AND SERVICE EMAIL TO EPIQ (.3). |
| 11/23/15 | 0.50 | $167.50 | REVIEW OF NOTICE OF COMMITTEE SETTLEMENT AND OF SETTLEMENT AGREEMENT (.4); EMAILS RE SAME (.1). |
| 11/24/15 | 0.20 | $67.00 | REVIEW OF FOURTH SUPPLEMENTAL DECLARATION OF R. LEVIN RE JENNER & BLOCK EMPLOYMENT ORDER. |
| 11/25/15 | 0.20 | $67.00 | EMAILS WITH SLFO RE AFFIDAVITS OF SERVICE RE NOTICE OF SERVICE OF DIRECT TESTIMONY. |
| **CCB Total:** | **2.10** | **$703.50** | |

**JHH    Huston, Joseph**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 9/13/15 | 1.20 | $834.00 | REVIEW DOCKET FOR RECENT FILINGS (.2) AND READ SELECT LETTERS RE DISCOVERY ISSUES (.3) AND OBJECTIONS TO PSA (7) |
| 9/14/15 | 0.30 | $208.50 | BRIEF REVIEW OF DISCOVERY REQUESTS |
| 9/16/15 | 1.10 | $764.50 | READ UST OBJECTION TO PSA (.4) - DEBTORS' OMNIBUS REPLY (.4) - SELECT LETTERS TO COURT ON DISCOVERY ISSUES (.3) |
| 9/20/15 | 0.70 | $486.50 | READ/ANALYZE BLACKLINED PORTIONS OF REVISED DS |
| 9/28/15 | 0.80 | $556.00 | READ LETTER BRIEFS AND JOINDERS FOR AND OPPOSED TO EXTENSION OF CONFIRMATION HEARING |
| 10/6/15 | 0.60 | $417.00 | READ RELEVANT DOCKET ITEMS RE CONFIRMATION AND DISCOVERY ISSUES |

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 10/7/15 | 0.30 | $208.50 | REVIEW FILING OF CONFIRMATION SCHEDULE AND RELATED DOCS- CHECK DATES AND EMAIL SLFO SAME |
| 10/16/15 | 0.30 | $208.50 | READ REVISED CONFIRMATION PROTOCOL DOCUMENT |
| 10/23/15 | 1.90 | $1,320.50 | REVIEW AND SUGGEST REVISIONS TO JOINT BRIEF ON CONFIRMATION (1.7) - EMAILS V LAZAR RE PROPOSED CHANGES (.2) |
| 11/23/15 | 0.60 | $417.00 | READ/ANALYZE FIDELITY SETTLEMENT AGREEMENT AND PROPOSED ORDER |
| 11/24/15 | 1.10 | $764.50 | READ/ANALYZE SUPPLEMENTS AND ADDITIONAL PROPOSED SETTLEMENTS WITH EFH TRUSTEE AND COMMITTEE (.8) - REVIEW AGENDA CANCELLING OMNIBUS AND EMAILS TEAM RE SAME AND ATTENDANCE AT HEARING (.3) |
| 12/1/15 | 0.80 | $556.00 | READ AMENDED SETTLEMENT FILINGS AND RELATED AGREEMENTS |
| 12/2/15 | 0.40 | $278.00 | READ DEBTORS' UPDATED REPLY TO CONFIRMATION OBJECTIONS |
| *JHH Total:* | *10.10* | *$7,019.50* | |
| **109285-00011 Total:** | **12.20** | **$7,723.00** | |
| | | | |
| **Grand Total:** | **189.20** | **$106,643.00** | |