## EXHIBIT I

**Aggregate Budget & Comparison with Actual Fees for Stevens & Lee, P.C.**[1]

| **Aggregate Budget for All Matter Categories For the Period September 1, 2015 through December 31, 2015** |
|---|---|---|---|
| **Matter No.** | **Matter Description** | **Hours Budgeted** | **Total Compensation Budgeted** |
| 1 | Professional Retentions | 3.6 | $ 2,165.00 |
| 2 | Case Administration-General Matters | 2.3 | $ 1,312.50 |
| 3 | Chapter 11 Issues | 0.0 | $ 0.00 |
| 4 | Communications with Professionals | 4.9 | $ 3,405.50 |
| 5 | Fee Applications – Others | 36.0 | $ 13,276.00 |
| 6 | Fee Applications – S&L | 33.3 | $ 12,342.50 |
| 7 | Hearings | 93.6 | $ 64,125.00 |
| 8 | Legal & Factual Research | 0.6 | $ 417.00 |
| 9 | Meetings | 0.0 | $ 0.00 |
| 10 | Plans of Reorganization and Disclosure Statements | 2.7 | $ 1,876.50 |
| 11 | Pleadings, Motions & Briefs | 12.2 | $ 7,723.00 |
|  | **Totals** | **189.2** | **$ 106,643.00** |

---

[1] Due to the timing of its preparation, the budget and staffing plan for the Fee Period was prepared with the benefit of actual data for the Fee Period. See paragraph 13 of the Application.

| | MATTER | 1 Prof. Retentions | 2 Case Admin. | 3 Ch. 11 Issues | 4 Comm. w/ Prof. | 5 Fee App. (Others) | 6 Fee App. (S&L) | 7 Hearings | 8 Research | 9 Meetings | 10 Reorg. Plans | 11 Pleadings, Motions, Briefs | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **HOURS** | | | | | | | | | | | | | |
| Sept. | Budget | 3.2 | 0.0 | 0.0 | 2.8 | 9.4 | 3.7 | 8.9 | 0.0 | 0.0 | 0.0 | 4.1 | 32.1 |
| | Actual | 3.2 | 0.0 | 0.0 | 2.8 | 9.4 | 3.7 | 8.9 | 0.0 | 0.0 | 0.0 | 4.1 | 32.1 |
| | Difference | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Oct. | Budget | 0.0 | 1.8 | 0.0 | 0.0 | 11.6 | 12.4 | 7.9 | 0.0 | 0.0 | 2.7 | 3.1 | 39.5 |
| | Actual | 0.0 | 1.8 | 0.0 | 0.0 | 11.6 | 12.4 | 7.9 | 0.0 | 0.0 | 2.7 | 3.1 | 39.5 |
| | Difference | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Nov. | Budget | 0.3 | 0.7 | 0.0 | 2.1 | 7.3 | 9.7[1] | 65.1 | 0.0 | 0.0 | 0.0 | 3.8 | 89.0 |
| | Actual | 0.3 | 0.7 | 0.0 | 2.1 | 7.3 | 9.7 | 65.1 | 0.0 | 0.0 | 0.0 | 3.8 | 89.0 |
| | Difference | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Dec. | Budget | 0.1 | 0.0 | 0.0 | 0.0 | 7.7 | 9.8 | 11.7 | 0.6 | 0.0 | 0.0 | 1.2 | 31.1 |
| | Actual | 0.1 | 0.0 | 0.0 | 0.0 | 7.7 | 9.8 | 11.7 | 0.6 | 0.0 | 0.0 | 1.2 | 31.1 |
| | Difference | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Total | Budget | 3.6 | 2.5 | 0.0 | 4.9 | 36.0 | 35.6 | 93.6 | 0.6 | 0.0 | 2.7 | 12.2 | 191.7 |
| | Actual | 3.6 | 2.5 | 0.0 | 4.9 | 36.0 | 35.6 | 93.6 | 0.6 | 0.0 | 2.7 | 12.2 | 191.7 |
| | Difference | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |

---

[1] Figure includes 2.5 hours that were not billed to the estate per Fee Committee Guidelines.

|  | MATTER | 1 Prof. Ret. | 2 Case Admin. | 3 Ch. 11 Issues | 4 Comm. w/ Prof. | 5 Fee App. (Others) | 6 Fee App. (S&L) | 7 Hearings | 8 Research | 9 Mtgs | 10 Reorg. Plans | 11 Pleadings, Motions, Briefs | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **FEES** Sept. | **Budget** | 1,940.00 | 0.00 | 0.00 | 1,946.00 | 4,122.00 | 1,387.50 | 6,185.50 | 0.00 | 0.00 | 0.00 | 2,849.50 | 18,430.50 |
|  | **Actual** | 1,940.00 | 0.00 | 0.00 | 1,946.00 | 4,122.00 | 1,387.50 | 6,185.50 | 0.00 | 0.00 | 0.00 | 2,849.50 | 18,430.50 |
|  | **Diff.** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Oct. | **Budget** | 0.00 | 1,018.00 | 0.00 | 0.00 | 3,974.00 | 4,681.00 | 5,238.50 | 0.00 | 0.00 | 1,876.50 | 2,154.50 | 18,942.50 |
|  | **Actual** | 0.00 | 1,018.00 | 0.00 | 0.00 | 3,974.00 | 4,681.00 | 5,238.50 | 0.00 | 0.00 | 1,876.50 | 2,154.50 | 18,942.50 |
|  | **Diff.** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Nov. | **Budget** | 208.50 | 294.50 | 0.00 | 1,459.50 | 2,393.50 | 2,792.00 | 44,569.50 | 0.00 | 0.00 | 0.00 | 1,885.00 | 53,602.50 |
|  | **Actual** | 208.50 | 294.50 | 0.00 | 1,459.50 | 2,393.50 | 2,792.00 | 44,569.50 | 0.00 | 0.00 | 0.00 | 1,885.00 | 53,602.50 |
|  | **Diff.** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Dec. | **Budget** | 16.50 | 0.00 | 0.00 | 0.00 | 2,786.50 | 3,482.00 | 8,131.50 | 0.00 | 0.00 | 417.00 | 834.00 | 15,667.50 |
|  | **Actual** | 16.50 | 0.00 | 0.00 | 0.00 | 2,786.50 | 3,482.00 | 8,131.50 | 0.00 | 0.00 | 417.00 | 834.00 | 15,667.50 |
|  | **Diff.** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total** | **Budget** | 2,165.00 | 1,312.50 | 0.00 | 3,405.50 | 13,276.00 | 12,342.50 | 64,125.00 | 0.00 | 0.00 | 2,293.50 | 7,723.00 | 106,643.00 |
|  | **Actual** | 2,165.00 | 1,312.50 | 0.00 | 3,405.50 | 13,276.00 | 12,342.50 | 64,125.00 | 0.00 | 0.00 | 2,293.50 | 7,723.00 | 106,643.00 |
|  | **Diff.** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

SL1 1402813v1 109285.00006