# EXHIBIT J

### Staffing Plan for Stevens & Lee, P.C. for All Matter Categories
### For the Period September 1, 2015 through December 31, 2015

| Aggregate Staffing Plan for All Matter Categories | | |
|---|---|---|
| **Category of Timekeeper** | **# of Timekeepers Expected to Work on the Matter Categories During the Fee Period** | **Average Hourly Rate** |
| Shareholders | 2 | $657.50 |
| Associates | 1 | $335.00 |
| Legal Assistants | 1 | $165.00 |

| Staffing Plan for Matter Category #1, Professional Retentions | | |
|---|---|---|
| **Category of Timekeeper** | **# of Timekeepers Expected to Work on the Matter Categories During the Fee Period** | **Average Hourly Rate** |
| Shareholders | 1 | $695.00 |
| Associates | 1 | $335.00 |
| Legal Assistants | 1 | $165.00 |

| Staffing Plan for Matter Category #2, Case Administration/General Matters | | |
|---|---|---|
| **Category of Timekeeper** | **# of Timekeepers Expected to Work on the Matter Categories During the Fee Period** | **Average Hourly Rate** |
| Shareholders | 1 | $695.00 |
| Associates | 1 | $335.00 |
| Legal Assistants | 1 | $165.00 |

| Staffing Plan for Matter Category #3, Chapter 11 Issues ||||
| --- | --- | --- |
| **Category of Timekeeper** | **# of Timekeepers Expected to Work on the Matter Categories During the Fee Period** | **Average Hourly Rate** |
| Shareholders | 0 | $695.00 |
| Associates | 0 | $335.00 |
| Legal Assistants | 0 | $165.00 |

| Staffing Plan for Matter Category #4, Communications with Professionals ||||
| --- | --- | --- |
| **Category of Timekeeper** | **# of Timekeepers Expected to Work on the Matter Categories During the Fee Period** | **Average Hourly Rate** |
| Shareholders | 1 | $695.00 |
| Associates | 0 | $335.00 |
| Legal Assistants | 0 | $165.00 |

| Staffing Plan for Matter Category #5, Fee Applications, Others ||||
| --- | --- | --- |
| **Category of Timekeeper** | **# of Timekeepers Expected to Work on the Matter Categories During the Fee Period** | **Average Hourly Rate** |
| Shareholders | 1 | $695.00 |
| Associates | 1 | $335.00 |
| Legal Assistants | 1 | $165.00 |

SL1 1402813v1 109285.00006

| Staffing Plan for Matter Category #6, Fee Applications, S&L ||||
|---|---|---|
| **Category of Timekeeper** | **# of Timekeepers Expected to Work on the Matter Categories During the Fee Period** | **Average Hourly Rate** |
| Shareholders | 1 | $695.00 |
| Associates | 1 | $335.00 |
| Legal Assistants | 1 | $165.00 |

| Staffing Plan for Matter Category #7, Hearings ||||
|---|---|---|
| **Category of Timekeeper** | **# of Timekeepers Expected to Work on the Matter Categories During the Fee Period** | **Average Hourly Rate** |
| Shareholders | 2 | $657.50 |
| Associates | 1 | $335.00 |
| Legal Assistants | 0 | $165.00 |

| Staffing Plan for Matter Category #8, Research ||||
|---|---|---|
| **Category of Timekeeper** | **# of Timekeepers Expected to Work on the Matter Categories During the Fee Period** | **Average Hourly Rate** |
| Shareholders | 1 | $695.00 |
| Associates | 0 | $335.00 |
| Legal Assistants | 0 | $165.00 |

SL1 1402813v1 109285.00006

| Staffing Plan for Matter Category #9, Meetings |||
|---|---|---|
| **Category of Timekeeper** | **# of Timekeepers Expected to Work on the Matter Categories During the Fee Period** | **Average Hourly Rate** |
| Shareholders | 0 | $695.00 |
| Associates | 0 | $335.00 |
| Legal Assistants | 0 | $165.00 |

| Staffing Plan for Matter Category #10, Plans of Reorganization/Disclosure Statements |||
|---|---|---|
| **Category of Timekeeper** | **# of Timekeepers Expected to Work on the Matter Categories During the Fee Period** | **Average Hourly Rate** |
| Shareholders | 1 | $695.00 |
| Associates | 0 | $335.00 |
| Legal Assistants | 0 | $165.00 |

| Staffing Plan for Matter Category #11, Pleadings, Motions & Briefs |||
|---|---|---|
| **Category of Timekeeper** | **# of Timekeepers Expected to Work on the Matter Categories During the Fee Period** | **Average Hourly Rate** |
| Shareholders | 1 | $695.00 |
| Associates | 1 | $335.00 |
| Legal Assistants | 0 | $165.00 |

SL1 1402813v1 109285.00006