## <u>EXHIBIT C</u>

**Summary of Bielli & Klauder, LLC Blended Hourly Rates
(Customary and Comparable Compensation Disclosures)**

| Timekeeper Category | Blended Hourly Rate | |
|---|---|---|
| | **Worked and Billed in 2015** (excluding Restructuring lawyers) | **Billed in this Fee Application** |
| Partners | $350.00 | $350.00 |
| Associates | $250.00 | $250.00 |
| Legal Assistants/Paralegals | $125.00 | $125.00 |
| Total | **$181.25** | **$181.25** |

Case Name:           Energy Future Holdings Corp.

Case Number:        14-10979 (CSS)

Applicant's Name:   Bielli & Klauder, LLC

Date of Application: February 15, 2016

Interim or Final:      Interim