## EXHIBIT D

**Summary of Bielli & Klauder, LLC Hours Worked and Fees Incurred**

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Thomas Bielli | Partner | 2006[1] | Bankruptcy | $350.00 | 1.0 | $350.00 |
| David Klauder | Partner | 2012 | Bankruptcy | $350.00 | 150.2 | $52,570.00 |
| Cory Stephenson | Associate | 2015 | Bankruptcy | $205.00 | 17.3 | $3,546.50 |
| Amy Huber | Paralegal | N/A | Bankruptcy | $125.00 | 31.3 | $3,912.50 |
| **TOTAL** | | | | | **199.8** | **$60,379.00** |

---

[1] PA Bar