# EXHIBIT E

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## BUDGET AND STAFFING PLAN FOR BIELLI & KLAUDER, LLC, CO-COUNSEL TO ENERGY FUTURE HOLDINGS CORP., FOR THE PETIOD FROM OCTOBER 1, 2015 THROUGH DECEMBER 31, 2015

### BUDGET

| PROJECT CATEGORY | ESTIMATED HOURS | ESTIMATED FEES (Based on a blended hourly rate of $250) |
|---|---|---|
| [ALL] Automatic Stay | 5 | $1,250.00 |
| [ALL] Case Administration | 20 | $5,000.00 |
| [ALL] Cash Management | 0 | $0 |
| [ALL] Claims Administration & Objections | 40 | $10,000.00 |
| [ALL] Contested Matters & Adv. Proceed. | 5 | $1,250.00 |
| [ALL] Corporate and Securities Issues | 0 | $0 |

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

| | | |
|---|---|---|
| [ALL] Exec. Contracts & Unexpired Leases | 0 | $0 |
| [ALL] Fee/Employment Applications - Retained Professionals | 0 | $0 |
| [ALL] Hearings | 75 | $18,750.00 |
| [ALL] Insurance | 0 | $0 |
| [ALL] Non-BK Retention and Fee Applications | 15 | $3,750.00 |
| [ALL] Non-Working Travel | 0 | $0 |
| [ALL] BK Retention and Fee Applications | 20 | $5,000.00 |
| [ALL] BK/Fee Examiner - Fee/Employment Applications | 5 | $1,250.00 |
| [ALL] Official Committee Issues & Meet. | 0 | $0 |
| [ALL] Plan and Disclosure Statements | 40 | $10,000.00 |
| [ALL] Private Letter Ruling/IRS Matters | 0 | $0 |
| [ALL] Retiree and Employee Issues/OPEB | 0 | $0 |
| [ALL] Schedules, SoFAs | 0 | $0 |
| [ALL] Tax Issues | 0 | $0 |
| [ALL] Valuation | 0 | $0 |
| [EFH] Contested Matters & Advers. Proc. | 0 | $0 |
| [EFH] EFH Properties | 0 | $0 |
| [EFH] Expenses | 0 | $0 |

| | | |
|---|---|---|
| [EFH] Official Committee Issues & Meet. | 0 | $0 |
| TOTAL | 225 | $56,250.00 |

## STAFFING PLAN

| CATEGORY OF TIMEKEEPER | NUMBER OF TIMEKEEPERS EXPECTED TO WORK ON THE MATTER DURING THE BUDGET PERIOD | AVERAGE HOURLY RATE |
|---|---|---|
| Partners/Members | 2 | $350 |
| Associates | 1 | $205 |
| Paralegals | 1 | $125 |