## Exhibit F

[Summary, by Project Category, of Fees Budgeted and Fees Incurred During the Fee Period]

## SUMMARY OF LEGAL SERVICES RENDERED

| Project Category | Hours | | Total Compensation | |
|---|---|---|---|---|
| | **Budgeted** | **Billed** | **Budgeted** | **Billed** |
| [ALL] Automatic Stay | 5 | 0 | $1,250.00 | $0.00 |
| [ALL] Case Administration | 20 | 12.3 | $5,000.00 | $2,814.00 |
| [ALL] Cash Management | 0 | 0 | $0.00 | $0.00 |
| [ALL] Claims Administration & Objections | 40 | 22.3 | $10,000.00 | $5,889.00 |
| [ALL] Contested Matters & Adv. Proceed. | 5 | 1.6 | $1,250.00 | $447.50 |
| [ALL] Corporate and Securities Issues | 0 | 0 | $0.00 | $0.00 |
| [ALL] Exec. Contracts & Unexpired Leases | 0 | 0 | $0.00 | $0.00 |
| [ALL] Fee/Employment Applications - Retained Professionals | 0 | 0 | $0.00 | $0.00 |
| [ALL] Hearings | 75 | 77.8 | $18,750.00 | $26,302.00 |
| [ALL] Insurance | 0 | 0 | $0.00 | $0.00 |
| [ALL] Non-BK Retention and Fee Applications | 15 | 17.1 | $3,750.00 | $4,000.50 |
| [ALL] Non-Working Travel | 0 | 0 | $0 | $0.00 |
| [ALL] BK Retention and Fee Applications | 20 | 20.7 | $5,000.00 | $4,638.00 |
| [ALL] BK/Fee Examiner - Fee/Employment Applications | 5 | 0 | $1,250.00 | $0.00 |
| [ALL] Official Committee Issues & Meet. | 0 | 0 | $0 | $0.00 |
| [ALL] Plan and Disclosure Statements | 40 | 47.8 | $10,000.00 | $16,218.00 |
| [ALL] Private Letter Ruling/IRS Matters | 0 | 0 | $0 | $0.00 |
| [ALL] Retiree and Employee Issues/OPEB | 0 | 0 | $0 | $0.00 |
| [ALL] Schedules, SoFAs | 0 | 0 | $0 | $0.00 |
| [ALL] Tax Issues | 0 | 0 | $0 | $0.00 |

| | | | | |
|---|---|---|---|---|
| [ALL] Valuation | 0 | 0 | $0 | $0.00 |
| [EFH] Contested Matters & Advers. Proc. | 0 | 0.5 | $0 | $70.00 |
| [EFH] EFH Properties | 0 | 0 | $0 | $0.00 |
| [EFH] Expenses | 0 | 0 | $0 | $0.00 |
| [EFH] Official Committee Issues & Meet. | 0 | 0 | $0 | $0.00 |
| TOTAL | 225 | 199.8 | $56,250.00 | $60,379.00 |