# EXHIBIT G

**Schedule of Hours Worked and Aggregate Fees for Each Matter Category**

| Task Code | Total Billed Hours | Total Fees |
|---|---|---|
| [ALL] BK Retention and Fee Applications | 20.7 | $ 4,638.00 |
| [ALL] Case Administration | 12.3 | $ 2,814.00 |
| [ALL] Claims Administration & Objections | 22.3 | $ 5,889.00 |
| [ALL] Contested Matters & Adv. Proceed. | 1.6 | $ 447.50 |
| [ALL] Hearings | 77.8 | $ 26,302.00 |
| [ALL] Non-BK Retention and Fee Applications | 17.1 | $ 4,000.50 |
| [ALL] Plan and Disclosure Statements | 47.8 | $ 16,218.00 |
| [EFH] Contested Matters & Advers. Proc. | 0.2 | $ 70.00 |
|  | 199.8 | $ 60,379.00 |