# **EXHIBIT J**

**Detailed Expenses for Bielli & Klauder, LLC**

| Date | Provider | Expense | Price | Qty | Amount |
|---|---|---|---|---|---|
| 10-12-2015 | PACER | Filing/Court Fees | $ 0.10 | 113 | $ 11.30 |
| 10-14-2015 | PACER | Filing/Court Fees | $ 0.10 | 1 | $ 0.10 |
| 10-15-2015 | PACER | Filing/Court Fees | $ 0.10 | 392 | $ 39.20 |
| 10-16-2015 | PACER | Filing/Court Fees | $ 0.10 | 30 | $ 3.00 |
| 10-16-2015 | PACER | Filing/Court Fees | $ 0.10 | 5 | $ 0.50 |
| 10-22-2015 | PACER | Filing/Court Fees | $ 0.10 | 17 | $ 1.70 |
| 10-26-2015 | PACER | Filing/Court Fees | $ 0.10 | 4 | $ 0.40 |
| 10-28-2015 | Bielli & Klauder, LLC | In-House Reproduction | $ 0.10 | 12 | $ 1.20 |
| 10-29-2015 | Bielli & Klauder, LLC | In-House Reproduction | $ 0.10 | 145 | $ 14.50 |
| 10-30-2015 | Bielli & Klauder, LLC | In-House Reproduction | $ 0.10 | 191 | $ 19.10 |
| 10-30-2015 | Bielli & Klauder, LLC | In-House Reproduction | $ 0.10 | 41 | $ 4.10 |
| 11-02-2015 | Bielli & Klauder, LLC | In-House Reproduction | $ 0.10 | 663 | $ 66.30 |
| 11-03-2015 | Bielli & Klauder, LLC | In-House Reproduction | $ 0.10 | 142 | $ 14.20 |
| 11-04-2015 | Bielli & Klauder, LLC | In-House Reproduction | $ 0.10 | 143 | $ 14.30 |
| 11-04-2015 | Bielli & Klauder, LLC | In-House Reproduction | $ 0.10 | 129 | $ 12.90 |
| 11-11-2015 | Reliable | Outside Reproduction | $ 123.00 | 1 | $ 123.00 |
| 11-11-2015 | PACER | Filing/Court Fees | $ - | 0 | $ 3.00 |
| 11-20-2015 | PACER | Filing/Court Fees | $ - | 0 | $ 2.00 |
| 11-30-2015 | PACER | Filing/Court Fees | $ - | 0 | $ 3.00 |
| 12-01-2015 | PACER | Filing/Court Fees | $ 0.10 | 30 | $ 3.00 |
| 12-01-2015 | PACER | Filing/Court Fees | $ 0.10 | 40 | $ 4.00 |
| 12-02-2015 | Bielli & Klauder, LLC | In-House Reproduction | $ 0.10 | 45 | $ 4.50 |
| 12-08-2015 | PACER | Filing/Court Fees | $ 0.10 | 11 | $ 1.10 |
| 12-16-2015 | Bielli & Klauder, LLC | In-House Reproduction | $ 0.10 | 29 | $ 2.90 |
| 12-17-2015 | PACER | Filing/Court Fees | $ 0.10 | 12 | $ 1.20 |
| 12-18-2015 | Bielli & Klauder, LLC | In-House Reproduction | $ 0.10 | 50 | $ 5.00 |
| | | | | | |
| **Grand Total** | | | | | **$ 355.50** |

| Date | Provider | Expense | Price | Qty | Amount |
|---|---|---|---|---|---|
| 10-12-2015 | PACER | Filing/Court Fees | $ 0.10 | 113 | $ 11.30 |
| 10-14-2015 | PACER | Filing/Court Fees | $ 0.10 | 1 | $ 0.10 |
| 10-15-2015 | PACER | Filing/Court Fees | $ 0.10 | 392 | $ 39.20 |
| 10-16-2015 | PACER | Filing/Court Fees | $ 0.10 | 30 | $ 3.00 |
| 10-16-2015 | PACER | Filing/Court Fees | $ 0.10 | 5 | $ 0.50 |
| 10-22-2015 | PACER | Filing/Court Fees | $ 0.10 | 17 | $ 1.70 |
| 10-26-2015 | PACER | Filing/Court Fees | $ 0.10 | 4 | $ 0.40 |
| 11-11-2015 | PACER | Filing/Court Fees | $ 0.10 | 30 | $ 3.00 |
| 11-20-2015 | PACER | Filing/Court Fees | $ 0.10 | 20 | $ 2.00 |
| 11-30-2015 | PACER | Filing/Court Fees | $ 0.10 | 30 | $ 3.00 |
| 12-01-2015 | PACER | Filing/Court Fees | $ 0.10 | 30 | $ 3.00 |
| 12-01-2015 | PACER | Filing/Court Fees | $ 0.10 | 40 | $ 4.00 |
| 12-08-2015 | PACER | Filing/Court Fees | $ 0.10 | 11 | $ 1.10 |
| 12-17-2015 | PACER | Filing/Court Fees | $ 0.10 | 12 | $ 1.20 |
| **Subtotal** | **PACER** | **Filing/Court Fees** | **$ 0.10** | **735** | **$ 73.50** |
| | | | | | |
| 10-28-2015 | Bielli & Klauder, LLC | In-House Reproduction | $ 0.10 | 12 | $ 1.20 |
| 10-29-2015 | Bielli & Klauder, LLC | In-House Reproduction | $ 0.10 | 145 | $ 14.50 |
| 10-30-2015 | Bielli & Klauder, LLC | In-House Reproduction | $ 0.10 | 191 | $ 19.10 |
| 10-30-2015 | Bielli & Klauder, LLC | In-House Reproduction | $ 0.10 | 41 | $ 4.10 |
| 11-02-2015 | Bielli & Klauder, LLC | In-House Reproduction | $ 0.10 | 663 | $ 66.30 |
| 11-03-2015 | Bielli & Klauder, LLC | In-House Reproduction | $ 0.10 | 142 | $ 14.20 |
| 11-04-2015 | Bielli & Klauder, LLC | In-House Reproduction | $ 0.10 | 143 | $ 14.30 |
| 11-04-2015 | Bielli & Klauder, LLC | In-House Reproduction | $ 0.10 | 129 | $ 12.90 |
| 12-02-2015 | Bielli & Klauder, LLC | In-House Reproduction | $ 0.10 | 45 | $ 4.50 |
| 12-16-2015 | Bielli & Klauder, LLC | In-House Reproduction | $ 0.10 | 29 | $ 2.90 |
| 12-18-2015 | Bielli & Klauder, LLC | In-House Reproduction | $ 0.10 | 50 | $ 5.00 |
| **Subtotal** | **Bielli & Klauder, LLC** | **In-House Reproduction** | **$ 0.10** | **1,590** | **$ 159.00** |
| | | | | | |
| 11-11-2015 | Reliable | Outside Reproduction | $ 123.00 | 1 | $ 123.00 |
| **Subtotal** | **Reliable** | **Outside Reproduction** | **$ 123.00** | **1** | **$ 123.00** |
| | | | | | |
| **Grand Total** | | | | | **$ 355.50** |