## **EXHIBIT K**

**Summary of Bielli & Klauder, LLC Expenses**

| Service Description | Amount |
|---|---|
| **Filing Fee/Court Costs** | $ 73.50 |
| **In-House Reproduction** | $ 159.00 |
| Outside Reproduction | $ 123.00 |
| Total | $ 355.50 |