# EXHIBIT A

**Professional Fees and Expenses
Monthly Fee Statement**

| Applicant | Fee Statement Period, Filing Date, & Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| Cravath, Swaine & Moore LLP Worldwide Plaza 825 Eighth Avenue, New York, NY 10024 | Twelfth Monthly Fee Statement 11/01/2015 through 11/30/2015 Docket No. 7641 | $259,056.50 | $6,445.25 | 02/12/2016 | $207,245.20 | $6,445.25 | $51,811.30 |