**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | x | |
| In re | : | **Chapter 11** |
| | : | |
| ENERGY FUTURE HOLDINGS CORP. *et al.*, | : | **Case No. 14-10979 (CSS)** |
| | : | |
| Debtors-in-Possession. | : | **(Jointly Administered)** |
| | | **(D.I. 1888)** |
| | X | |

**FEE COMMITTEE'S REPORT CONCERNING UNCONTESTED INTERIM FEE
APPLICATIONS FOR HEARING ON FEBRUARY 18, 2016 AT 11:00 A.M.**

TO:    THE HONORABLE CHRISTOPHER S. SONTCHI,
          UNITED STATES BANKRUPTCY JUDGE:

The Fee Committee appointed in the above-captioned chapter 11 cases (the "Fee Committee") respectfully submits this report (the "Report") concerning 35 interim fee applications (each an "Application" and, collectively, the "Applications") and requests that they be approved on an uncontested basis at the hearing scheduled for February 18, 2016. The Report covers the applications for fees and expenses filed by 30 Retained Professionals, largely—but not exclusively—for the Fourth Interim Fee Period (May 1, 2015 through August 31, 2015). It adopts and follows the format of the Fee Committee's previous reports.

Interim applications for work performed during the Fifth Interim Fee Period (September 1, 2015-December 31, 2015) are due on or around February 15, 2016, and the Fee Committee expects to report on uncontested fee applications from that time period at a hearing to be scheduled some time in June. In addition, the Fee Committee has begun to receive time and billing records from professionals designated for review in the Court's confirmation orders.

## EXECUTIVE SUMMARY

Since the issuance of its last report, dated October 21, 2015, the Fee Committee has reviewed and, herein, expresses its recommendation for approval of Applications seeking interim compensation and expenses that aggregate $77,766,117.40 in fees and $3,460,389.89 in expense reimbursements through August 31, 2015.  No objections have been filed.

To arrive at the recommendations in this Report, the Fee Committee, under the leadership of Chairman Richard Gitlin, met on at least a monthly basis since its last report, including three in-person meetings and one telephonic meeting.  At these meetings, the Fee Committee again engaged in extensive discussion concerning the Applications, authorized draft Letter Reports on each interim application to each Retained Professional, and discussed and evaluated the responses from the Retained Professionals to the Letter Reports.[1]

Consistent with the previous three interim fee periods, the Fee Committee has continued to find the Retained Professionals generally responsive to requests for information and cooperative in discussing and resolving areas of concern.  In addition, the Fee Committee has again observed that for many of the professionals that had fees approved for the first two or three interim fee periods, the fourth interim period Applications continued to achieve more consistent compliance with the Local Rules, U.S. Trustee Guidelines, and Fee Committee standards than had prior interim fee period applications, thus requiring fewer recommended adjustments.

As in the three prior interim fee periods, the Fee Committee's review has focused on compliance with the applicable requirements and guidelines established by the Bankruptcy Code, the Executive Office of the U.S. Trustee, and the Fee Committee.  Once again, the Fee Committee has identified and will continue to identify areas of concern, including: excessive

---

[1] Capitalized terms not otherwise defined shall have the meanings ascribed in prior Fee Committee reports.

numbers of attendees at hearings, on phone calls, and at meetings; time billed for invoicing

activities and other administrative tasks that are properly part of a professional's overhead; and

unreasonable amounts of time spent on retention and fee application activities.  Other specific

issues—such as a lack of sufficient detail in time records, block billing, timekeepers who appear

to record time in half- or whole-hour increments (rather than the required tenth-hour increments),

and travel expenses—also have been and will continue to be addressed by the Fee Committee.

As noted, many of these guideline concerns have been significantly reduced or eliminated as of

the Fourth Interim Fee Period.

The Fee Committee continues to calculate and monitor the cumulative impact of all rate

increases, and it has specifically reserved its right with individual Retained Professionals and in

general to object to rate increases in connection with subsequent interim and final fee

applications once the aggregate effect of rate increases has been determined.  That effect will be

substantial, but until the Effective Date, the Fee Committee cannot provide the Court with the

complete analysis necessary to determine meaningfully the reasonableness of any rate increases.

The Fee Committee continues to evaluate the necessity of recommending a holdback of

some portion of fees attributable to rate increases.  Without holdbacks, some professionals may

ultimately be asked to disgorge fees attributable to rate increases ultimately found to be

unreasonable—a result the Fee Committee prefers to avoid.

The total fees requested on an interim basis and approved or recommended for approval

by the Fee Committee to date are set forth below:[2]

---

[2] A complete schedule of interim fee applications scheduled for hearing on February 18, 2016, along with the Fee Committee's recommended deductions, is attached as **Exhibit A**.

| CUMULATIVE TOTAL OF INTERIM FEES AND EXPENSE REIMBURSEMENTS REQUESTED[3] | | | | | |
|---|---|---|---|---|---|
| NUMBER OF APPLICANTS | HEARING DATE | APPROVED BY THE COURT | | RECOMMENDED BY FEE COMMITTEE FOR APPROVAL ON 2/18/16 | |
| | | FEES | EXPENSES | FEES | EXPENSES |
| FIRST INTERIM FEE PERIOD: APRIL 29, 2014 THROUGH AUGUST 31, 2014 | | | | | |
| 4 | December 29, 2014 | $12,862,747.75 | $353,843.86 | | |
| 1 | January 26, 2015 | $24,511,927.32 | $1,122,860.04 | | |
| 5 | February 18, 2015 | $16,517,565.76 | $820,543.45 | | |
| 6 | June 24, 2015 | $7,660,577.80 | $197,488.77 | | |
| 1 | February 18, 2016 | | | $1,092,339.62 | $166,506.74 |
| SECOND INTERIM FEE PERIOD: SEPTEMBER 1, 2014 THROUGH DECEMBER 31, 2014 | | | | | |
| 12 (professionals' 1st applications) | June 24, 2015 | $7,542,288.16 | $211,020.11 | | |
| 12 (professionals' 2d applications) | June 24, 2015 | $50,892,491.94 | $2,852,293.26 | | |
| 1 (professional's 2d application) | October 26, 2015 | $3,134,247.50 | $199,105.35 | | |
| 1 (professional's 1st application) | February 18, 2016 | | | $94,193.77 | $2,089.63 |
| 3 (professionals' 2d applications) | February 18, 2016 | | | $1,648,332.99 | $157,254.96 |
| THIRD INTERIM FEE PERIOD: JANUARY 1, 2015 THROUGH APRIL 30, 2015 | | | | | |
| 2 (professionals' 1st applications) | October 26, 2015 | $987,931.08 | $42,344.81 | | |
| 12 (professionals' 2nd applications) | October 26, 2015 | $21,696,829.99 | $731,858.25 | | |
| 12 (professionals' 3rd applications) | October 26, 2015 | $60,299,188.35 | $3,817,467.39 | | |
| 4 professionals' 3d applications) | February 18, 2016 | | | $4,938,192.06 | $268,426.89 |
| FOURTH INTERIM FEE PERIOD: MAY 1, 2015 THROUGH AUGUST 31, 2015 | | | | | |
| 1 (professional's 1st application) | February 18, 2016 | | | $424,647.50 | $5,446.69 |
| 2 (professionals' 2d applications) | February 18, 2016 | | | $850,583.00 | $28,884.65 |
| 11 (professionals' 3d applications) | February 18, 2016 | | | $19,074,204.14 | $283,355.34 |
| 11 (professionals' 4th applications) | February 18, 2016 | | | $49,343,624.32 | $2,548,324.99 |
| FINAL FEE APPLICATION | | | | | |
| 1 (professional's first and final application) | February 18, 2016 | | | $300,000 | $0.00 |

## APPLICATIONS FOR INTERIM COMPENSATION
## SCHEDULED FOR HEARING ON FEBRUARY 18, 2016

The Applications scheduled to be heard on February 18, 2016, which are the subject of this Report, correspond to work performed during all four interim fee periods, but most are for work performed during the Fourth Interim Fee Period (May 1, 2015-August 31, 2015).

---

[3] This table does not include the fees and expenses incurred by the Fee Committee Chair or Fee Committee counsel for the Fourth Interim Fee Period, which aggregate $1,003,759.00 in fees and $52,258.26 in expense reimbursement requests. They, too, will be heard on February 18, 2016.

**ISSUES IDENTIFIED**

The Fee Committee's review continues to focus on each applicant's compliance with the Local Rules, the U.S. Trustee Guidelines, the Bankruptcy Code and rules, and other applicable authorities (collectively, the "Fee Committee Standards").  The Fee Committee has focused on several issues with particular attention to staffing levels and multiple attendance on calls and in meetings and hearings.  These proceedings have been described as among the most complex and technical in the Chapter 11 system, and the Court has noted that.  Yet, despite the length and complexity of the proceedings and plan confirmation, some limits on professionals' participation remain warranted.

With respect to expenses, the Fee Committee has continued to identify charges in excess of case-specific caps, inadequately or wholly undocumented, or expenses that the Fee Committee has expressly identified as non-compensable but for which Retained Professionals continue to seek reimbursement.  To improve the efficiency of the fee review process, the Fee Committee again reminds professionals that they should not include non-compensable activities (such as editing bills) or expenses (such as in-house printer use or travel agency fees) in their fee applications.

On the continuing and troubling issue of case staffing, the Fee Committee has engaged in detailed discussions with many professionals regarding their staffing practices, team structures, and substantive roles to ensure that all timekeepers are contributing meaningfully to the specific meeting or hearing at issue.  All of the applicants discussed in this Report have agreed to adjustments, some significant, consistent with the Fee Committee's recommendations.

## THE APPLICATIONS

Currently, 39 uncontested interim fee applications are scheduled to be heard by the Court on February 18, 2016.[4]  The issues identified in each Application are summarized, one by one, below.

### FIRST INTERIM FEE APPLICATION FOR WORK PERFORMED DURING THE FIRST INTERIM FEE PERIOD: APRIL 29, 2014 THROUGH AUGUST 31, 2014

1.  *First Interim Fee Application of Richards, Layton & Finger, P.A., Co-Attorneys for the Debtors and Debtors in Possession, for the Period From April 29, 2014 Through and Including August 31, 2014* [D.I. 4648].

On October 24, 2014, the Court authorized the Debtors to retain Richards, Layton & Finger, P.A. ("RLF") as Co-Counsel Effective Nunc Pro Tunc to the Petition Date [D.I. 2539]. On June 2, 2015, Richards, Layton & Finger, P.A. filed its first fee application seeking $1,118,216.00 in fees and $181,389.32 in expense reimbursements.  In its Letter Report to RLF, the Fee Committee identified a number of issues, including per person meal charges exceeding case caps and charges for time professionals spent waiting for late filings to arrive for local processing.  RLF subsequently either provided adequate explanation for these issues or agreed to certain adjustments set forth on **Exhibit A**.  The Fee Committee recommends that the Court approve this Application as adjusted.

---

[4] This number includes the 36 Applications recommended for Court approval in this Report along with the applications of the Fee Committee Chair and Fee Committee counsel, all of which will be heard on February 18, 2016.  *See Third Interim Application of Richard Gitlin, Individually, and as Chairman of Gitlin & Company LLC, as the Independent Member of the Fee Committee, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period From May 1, 2015 Through August 31, 2015* [D.I. 7714]; *Third Interim Application of Godfrey & Kahn, S.C., Counsel to the Fee Committee, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period From May 1, 2015 Through August 31, 2015* [D.I. 7715]; and *Third Interim Fee Application of Phillips, Goldman & Spence, P.A. for Compensation and Reimbursement of Expenses as Delaware Counsel to the Fee Committee for the Period May 1, 2015 Through August 31, 2015* [D.I. 6833].

**FIRST INTERIM FEE APPLICATION FOR WORK PERFORMED DURING THE
SECOND INTERIM FEE PERIOD: SEPTEMBER 1, 2014 THROUGH DECEMBER 31, 2014**

>   2.   *First Interim Application of Charles River Associates as Natural Gas and
>        Energy Consultant for the Official Committee of Unsecured Creditors for
>        Compensation and Reimbursement of Expenses incurred for the Period From
>        August 4, 2014 Through December 31, 2014 [D.I. 3823].*

On December 17, 2014, the Court authorized the TCEH Committee to retain and Employ

Charles River Associates ("CRA") as Natural Gas and Energy Consultant Effective as of

August 4, 2014 [D.I. 3049].  On March 6, 2015, CRA filed its first fee application seeking

$104,983.50 in fees and $2,163.17 in expense reimbursements.  Some delay in processing this

application occurred as a result of CRA's late submission of data in the format requested by the

Fee Committee.  In its Letter Report to CRA, the Fee Committee identified a number of issues,

including inadequately described time entries and expenses lacking proper documentation.  CRA

subsequently either provided adequate explanation for these issues or agreed to certain

adjustments set forth on **Exhibit A**.  The Fee Committee recommends that the Court approve this

Application as adjusted.

**SECOND INTERIM FEE APPLICATIONS FOR WORK PERFORMED DURING THE
SECOND INTERIM FEE PERIOD: SEPTEMBER 1, 2014 THROUGH DECEMBER 31, 2014**

>   3.   *Second Interim Fee Application of EPIQ Bankruptcy Solutions, LLC
>        and EPIQ eDiscovery Solutions for Allowance of An Administrative
>        Claim for Compensation and Reimbursement of Expenses Incurred
>        From September 1, 2014 Through December 31, 2014* [D.I. 4421].

On May 7, 2015, EPIQ Bankruptcy Solutions, LLC and EPIQ eDiscovery Solutions

("Epiq") filed its Second Fee Application seeking $32,237.40 in fees and $84,670.08 in expense

reimbursements.  In its Letter Report to Epiq, the Fee Committee identified certain issues of

concern, including the absence of access to the eDiscovery fee schedule and minor calculation

errors.  Epiq subsequently provided the appropriate fee schedule and agreed to the adjustments

set forth on **Exhibit A**.  The Fee Committee recommends that the Court approve this Application

as adjusted.

> 4. *Second Interim Fee Application of Richards, Layton & Finger, P.A.,*
> *Co-Attorneys for the Debtors and Debtors in Possession, for the*
> *Period From September 1, 2014 Through and Including December 31,*
> *2014* [D.I. 6331].

On October 5, 2015, RLF filed its Second Fee Application seeking $810,401.50 in fees

and $70,485.32 in expense reimbursements.  In its Letter Report to RLF, the Fee Committee

identified issues of concern, including inadequately documented expenses and charges for

"standby time."  RLF subsequently provided supplemental information and agreed to certain

adjustments set forth on **Exhibit A**.  The Fee Committee recommends that the Court approve this

Application as adjusted.

> 5. *Second Interim Quarterly Fee Application of Sidley Austin LLP for*
> *Compensation for Services Rendered and Reimbursement of Expenses*
> *as Special Counsel to the Debtors and Debtors in Possession for the*
> *Period of September 1, 2014 Through December 31, 2014* [D.I. 5163].

On July 29, 2015,  Sidley Austin LLP ("Sidley") filed its Second Fee Application seeking

$1,127,602.90 in fees and $24,764.69 in expense reimbursements.  In its Letter Report to Sidley,

the Fee Committee identified issues of concern, including disproportionate time spent on

retention and fee applications and work apparently beyond the scope of Sidley's retention.

Sidley subsequently provided supplemental information and agreed to certain adjustments set

forth on **Exhibit A**.  The Fee Committee recommends that the Court approve this Application as

adjusted.

**THIRD INTERIM FEE APPLICATIONS FOR WORK PERFORMED DURING THE
THIRD INTERIM FEE PERIOD: JANUARY 1, 2015 THROUGH APRIL 30, 2015**

> 6.  *Third Interim Fee Application of EPIQ Bankruptcy Solutions, LLC and
>     EPIQ eDiscovery Solutions for Allowance of an Administrative Claim
>     for Compensation and Reimbursement of Expenses Incurred From
>     January 1, 2015 Through April 30, 2015* [D.I. 5708].

On August 24, 2015, Epiq filed its Third Fee Application seeking $71,639.80 in fees and

$201,773.40 in expense reimbursements.  In its Letter Report to Epiq, the Fee Committee

identified issues of concern, including the absence of access to the eDiscovery fee schedule and

minor calculation errors.  Epiq subsequently provided the appropriate fee schedule and agreed to

certain adjustments set forth on **Exhibit A**.  The Fee Committee recommends that the Court

approve this Application as adjusted.

> 7.  *Third Interim Quarterly Fee Application of Sidley Austin LLP for
>     Compensation for Services Rendered and Reimbursement of Expenses
>     as Special Counsel to the Debtors and Debtors in Possession for the
>     Period of January 1, 2015 Through April 30, 2015* [D.I. 5168].

On July 29, 2015, Sidley filed its Third Fee Application seeking $740,003.90 in fees and

$7,102.43 in expense reimbursements.  In its Letter Report to Sidley, the Fee Committee noted

significant improvement with compliance and recommended no deduction to fees and a very

minor adjustment to expenses.  Sidley agreed to the minor adjustment set forth on **Exhibit A**.

The Fee Committee recommends that the Court approve this Application as adjusted.

> 8.  *Third Interim Fee Application of Richards, Layton & Finger, P.A.,
>     Co-Attorneys for the Debtors and Debtors in Possession, for the
>     Period From January 1, 2015 Through and Including April 30, 2015*
>     [D.I. 7565].

On January 5, 2016, RLF filed its Third Fee Application seeking $731,039.50 in fees and

$40,384.41 in expense reimbursements.  In its Letter Report to RLF, the Fee Committee

identified issues of concern, including inadequately documented expenses and charges for

"standby time." RLF subsequently provided supplemental information and agreed to certain adjustments set forth on **Exhibit A**. The Fee Committee recommends that the Court approve this Application as adjusted.

> 9. *Third Interim Fee Application of FTI Consulting, Inc., Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred For the Period January 1, 2015 Through April 30, 2015* [D.I. 4730].

On June 11, 2015, FTI Consulting, Inc. ("FTI") filed its Third Fee Application seeking $3,487,537.75 in fees and $20,775.03 in expense reimbursements. In its Letter Report to FTI, the Committee identified issues of concern, including potential overstaffing or excessive management oversight and supervision and the amount of time spent on fee application activities. FTI subsequently either provided adequate explanation for these issues or agreed to the adjustments set forth on **Exhibit A**. The Fee Committee recommends that the Court approve this Application as adjusted.

### FIRST AND FINAL FEE APPLICATION FOR WORK PERFORMED DURING THE THIRD AND FOURTH INTERIM FEE PERIODS: JANUARY 1, 2015 THROUGH AUGUST 31, 2015

> 10. *First and Final Interim Fee Statement of Kinsella Media, LLC for Compensation for Services Rendered as Asbestos Noticing Expert to the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. for the Period From March 27, 2015 Through July 30, 2015* [D.I. 6456].

On April 14, 2015, the Court authorized the Debtors to retain Kinsella Media, LLC ("Kinsella") as Asbestos Noticing Expert to the EFH Official Committee Nunc Pro Tunc to March 27, 2015 [D.I. 4159]. On October 14, 2015, Kinsella filed its First and Final Fee Application seeking $300,000.00 in fees and no expense reimbursements. In its Letter Report to Kinsella, the Fee Committee identified no concerns about the requested flat fee payment. The Fee Committee recommends that the Court approve this Application as itemized on **Exhibit A**.

**FIRST INTERIM FEE APPLICATION FOR WORK PERFORMED DURING THE
FOURTH INTERIM FEE PERIOD: MAY 1, 2015 THROUGH AUGUST 31, 2015**

> 11. *First Interim Fee Application of Jenner & Block LLP, Independent
> Counsel for Energy Future Intermediate Holding Company LLC, for
> the Period May 18, 2015 Through August 31, 2015* [D.I. 6567].

On July 8, 2015 the Court authorized the Debtors to retain Jenner & Block LLP

("Jenner") as Counsel to Energy Future Intermediate Holding Company LLC effective Nunc Pro

Tunc to May 18, 2015 [D.I. 4945].[5]   On October 22, 2015, Jenner filed its First Fee Application

seeking $425,407.50 in fees and $5,743.56 in expense reimbursements.  In its Letter Report to

Jenner, the Fee Committee identified minor errors and expense adjustments.  Jenner agreed to

certain adjustments set forth on **Exhibit A**.  The Fee Committee recommends that the Court

approve this Application as adjusted.

**SECOND INTERIM FEE APPLICATIONS FOR WORK PERFORMED DURING THE
FOURTH INTERIM FEE PERIOD: MAY 1, 2015 THROUGH AUGUST 31, 2015**

> 12. *Second Interim Fee Application of McElroy, Deutsch, Mulvaney &
> Carpenter, LLP for Allowance of Compensation and for
> Reimbursement of Expenses Incurred During the Period May 1, 2015
> Through August 31, 2015* [D.I. 6479].

On October 15, 2015, McElroy, Deutsch, Mulvaney & Carpenter, LLP ("McElroy") filed

its Second Fee Application seeking $51,342.00 in fees and $1,207.80 in expense

reimbursements.  In its Letter Report to McElroy, the Fee Committee identified only minor

concerns, and McElroy agreed to certain adjustments set forth on **Exhibit A**.  The Fee

Committee recommends that the Court approve this Application as adjusted.

---

[5] On June 17, 2015, Jenner & Block LLP filed the *Application for an Order Approving the Employment of Jenner &
Block LLP as Counsel to Energy Future Intermediate Holding Company LLC Under Sections 327(a) and 1107(b) of
the Bankruptcy Code, Effective Nunc Pro Tunc to May 18, 2015* [D.I. 4792], explaining that "[t]he Cravath partner
responsible for the firm's restructuring representation and advice, Richard Levin, left the firm effective May 17,
2015 and joined Jenner on May 18, 2015.  After consultation among EFIH (through [its independent director],
Cravath, and Jenner, EFIH decided to retain Jenner for restructuring representation and advice, so that the same
team of lawyers would continue to advise and represent EFIH…."

> 13. *Second Interim Application of SOLIC Capital Advisors, LLC, Financial Advisor for Debtor Energy Future Holdings Corp., for Compensation for Services Rendered and Reimbursement of Expenses Incurred From May 1, 2015 Through August 31, 2015* [D.I. 6509].

On October 16, 2015, SOLIC Capital Advisors, LLC ("SOLIC") filed its Second Fee Application seeking $800,000.00 in flat fees and $27,676.85 in expense reimbursements. The Fee Committee identified no issues of concern and recommends that the Court approve this Application as itemized on **Exhibit A**.

### THIRD INTERIM FEE APPLICATIONS FOR WORK PERFORMED DURING THE FOURTH INTERIM FEE PERIOD: MAY 1, 2015 THROUGH AUGUST 31, 2015

> 14. *Third Interim Fee Application of AlixPartners, LLP Seeking Compensation for Services Rendered and Reimbursement of Expenses incurred as Restructuring Advisor to the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance Inc., and EECI, Inc. for the Period From May 1, 2015 Through August 31, 2015* [D.I. 6473].

On October 15, 2015, AlixPartners, LLP ("AlixPartners") filed its Third Fee Application seeking $423,608.25 in fees and $76,329.09 in expense reimbursements. In its Letter Report to AlixPartners, the Fee Committee identified minor issues of concern, including questioned staffing and the number of participants at and frequency of meetings. AlixPartners subsequently either provided adequate explanation for these issues or agreed to certain adjustments set forth on **Exhibit A**. The Fee Committee recommends that the Court approve this Application as adjusted.

> 15. *Third Interim Fee Application of Balch & Bingham LLP, Special Counsel to the Debtor and Debtors in Possession, for the Period From May 1, 2015 Through and Including August 31, 2015* [D.I. 6503].

On October 16, 2015, Balch & Bingham LLP ("Balch & Bingham") filed its Third Fee Application seeking $893,109.00 in fees and $23,278.39 in expense reimbursements. In its Letter Report to Balch & Bingham, the Fee Committee identified issues of concern with some

billing errors and minor expense issues particularly noted.  Balch & Bingham subsequently either

provided adequate explanation for these issues or agreed to certain adjustments set forth on

**Exhibit A**.  The Fee Committee recommends that the Court approve this Application as adjusted.

> *16. Third Interim Fee Application of Cravath, Swaine & Moore LLP*
> *Independent Counsel for Energy Future Intermediate Holding*
> *Company LLC, for the Period May 1, 2015 Through August 31, 2015*
> [D.I. 6704].

On October 27, 2015, Cravath, Swaine & Moore LLP ("Cravath") filed its Third Fee

Application seeking $937,923.50 in fees and $4,535.94 in expense reimbursements.  In its Letter

Report to Cravath, the Fee Committee identified several issues of concern, including some

billing errors and time entries that lacked sufficient detail.  Cravath subsequently either provided

adequate explanation for these issues or agreed to certain adjustments set forth on **Exhibit A**.

The Fee Committee recommends that the Court approve this Application as adjusted.

> *17. Third Interim Fee Statement of Goldin Associates, LLC for Allowance*
> *and Reimbursement of Expenses Incurred From May 1, 2015 Through*
> *August 31, 2015* [D.I. 6492].

On October 16, 2015, Goldin Associates, LLC ("Goldin") filed its Third Fee Application

requesting $600,000.00 in flat fee compensation and $14,067.29 in expense reimbursements.

The Fee Committee identified no issues of concern and recommends that the Court approve this

Application as itemized on **Exhibit A**.

> *18. Third Interim Application of Greenhill & Co., LLC, as Financial*
> *Advisor to Energy Future Competitive Holdings Company LLC and*
> *Texas Competitive Electric Holdings Company LLC for Allowance of*
> *Compensation and Reimbursement of Expenses for the Period May 1,*
> *2015 Through August 31, 2015* [D.I. 6478].

On October 15, 2015, Greenhill & Co., LLC ("Greenhill") filed its Third Fee

Application, seeking $1 million in flat fees and $29,036.38 in expense reimbursements.  In its

Letter Report to Greenhill, the Fee Committee identified only minor expense issues of concern. Greenhill subsequently either provided adequate explanation for these issues or agreed to certain adjustments set forth on **Exhibit A**.  The Fee Committee recommends that the Court approve this Application as adjusted.

> 19. *Third Interim Fee Application of Guggenheim Securities, LLC, Investment Banker to the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period May 1, 2015 Through August 31, 2015* [D.I. 6495].

On October 16, 2015, Guggenheim Securities, LLC ("Guggenheim") filed its Third Fee Application seeking $1 million in flat fees and $19,428.65 in expense reimbursements.  In its Letter Report to Guggenheim, the Fee Committee identified several expense items of concern. Guggenheim subsequently either provided adequate explanation for these issues or agreed to certain adjustments set forth on **Exhibit A**.  The Fee Committee recommends that the Court approve this Application as adjusted.

> 20. *Third Interim Application of Montgomery, McCracken, Walker & Rhoads, LLP as Delaware Bankruptcy Counsel and Conflicts Counsel to the EFH Official Committee for Compensation and Reimbursement of Expenses for the Period of May 1, 2015 Through August 31, 2015* [D.I. 6843].

On November 2, 2015, Montgomery, McCracken, Walker & Rhoads, LLC ("Montgomery") filed its Third Fee Application seeking $1,272,393.50 in fees and $9,422.64 in expenses.  In its Letter Report to Montgomery, the Fee Committee identified several issues of concern, including non-compensable billing activities and expenses that exceeded Fee Committee caps.  Montgomery subsequently either provided adequate explanation for these

issues or agreed to certain adjustments set forth on **Exhibit A**.  The Fee Committee recommends that the Court approve this Application as adjusted.

> 21. *Third Interim Fee Application of Munger, Tolles & Olson LLP, Counsel to Debtors and Debtors in Possession Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC, for the Period From May 1, 2015 Through and Including August 31, 2015* [D.I. 6477].

On October 15, 2015, Munger, Tolles & Olson LLP ("Munger Tolles") filed its Third Fee Application seeking $4,265,994.90 in fees and $41,577.06 in expense reimbursements.  In its Letter Report to Munger Tolles, the Fee Committee identified very minor fee and expense issues. Munger Tolles subsequently either provided adequate explanation for these issues or agreed to certain adjustments set forth on **Exhibit A**.  The Fee Committee recommends that the Court approve this Application as adjusted.

> 22. *Third Interim Application of Proskauer Rose LLP, Counsel for Debtor Energy Future Holdings Corp., for Compensation for Services Rendered and Reimbursement of Expenses Incurred From May 1, 2015 Through August 31, 2015* [D.I. 6497].

On October 16, 2015, Proskauer Rose LLP ("Proskauer") filed its Third Fee Application seeking $4,419,020.25 in fees and $54,797.27 in expense reimbursements.  In its Letter Report to Proskauer, the Fee Committee identified several issues of particular concern, including notably high blended hourly rates, excessive retention and disclosure activities, and questionable staffing. Proskauer subsequently either provided adequate explanation for these issues or agreed to certain adjustments set forth on **Exhibit A**.  The Fee Committee recommends that the Court approve this Application as adjusted.

> 23. *Third Interim Fee Application of Stevens & Lee, P.C., Special Counsel for Energy Future Intermediate Holding Company LLC, for the Period of May 1, 2015 Through August 31, 2015* [D.I. 6502].

On October 16, 2015, Stevens & Lee, P.C. ("Stevens & Lee") filed its Third Fee Application seeking $57,185.50 in fees and $825.09 in expense reimbursements.  In its Letter Report to Stevens & Lee, the Fee Committee identified only minor issues of concern.  Stevens & Lee subsequently either provided adequate explanation for these issues or agreed to certain adjustments set forth on **Exhibit A**.  The Fee Committee recommends that the Court approve this Application as adjusted.

> 24. *Third Interim Application of Sullivan & Cromwell LLP as Counsel to the EFH Committee for Interim Approval and Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period From May 1, 2015 Though and Including August 31, 2015* [D.I. 6507].

On October 16, 2015, Sullivan & Cromwell LLP ("Sullivan") filed its Third Fee Application seeking $4,490,012.50 in fees and $30,803.78 in expense reimbursements.  In its Letter Report to Sullivan, the Fee Committee identified issues of concern, including staffing issues and excessive time spent on fee applications.  Sullivan subsequently either provided adequate explanation for these issues or agreed to certain adjustments set forth on **Exhibit A**. The Fee Committee recommends that the Court approve this Application as adjusted.

### FOURTH INTERIM FEE APPLICATIONS FOR WORK PERFORMED DURING THE FOURTH INTERIM FEE PERIOD: MAY 1, 2015 THROUGH AUGUST 31, 2015

> 25. *Fourth Interim Fee Application of Alvarez & Marsal North America, LLC, in their Capacity as Restructuring Advisors for the Debtors and Debtors in Possession, for the Period From May 1, 2015 Through and Including August 31, 2015* [D.I. 6553].

On October 21, 2015, Alvarez & Marsal North America, LLC ("Alvarez & Marsal") filed its Fourth Fee Application seeking $5,271,137.00 in fees and $230,364.67 in expense

reimbursements.  In its Letter Report to Alvarez & Marsal, the Fee Committee identified only

minor issues of concern.  Alvarez & Marsal subsequently either provided adequate explanation

for these issues or agreed to certain adjustments set forth on **Exhibit A**.  The Fee Committee

recommends that the Court approve this Application as adjusted.

> 26. *Fourth Interim Fee Application for Compensation for Services*
> *Rendered and Reimbursement of Expenses of Deloitte & Touche LLP*
> *as Independent Auditor to the Debtors and Debtors in Possession for*
> *the Period of May 1, 2015 Through August 31, 2015* [D.I. 7047].

On November 18, 2015, Deloitte & Touche LLP ("Deloitte") filed its Fourth Fee

Application seeking $2,189,877.50 in fees and nothing in expense reimbursements.  In its Letter

Report to Deloitte, the Fee Committee identified minor issues of concern, including excessive

time spent on routine billing and invoicing activities and several instances of inadvertent

double-billing.  Deloitte subsequently either provided adequate explanation for these issues or

agreed to certain adjustments set forth on **Exhibit A**.  The Fee Committee recommends that the

Court approve this Application as adjusted.

> 27. *Fourth Interim Fee Application of Evercore Group L.L.C., Debtors'*
> *Investment Banker and Financial Advisor for Allowance of an*
> *Administrative Claim for Compensation and Reimbursement of*
> *Expenses Incurred From May 1, 2015 Through August 31, 2015*
> [D.I. 6763].

On October 29, 2015, Evercore Group L.L.C. ("Evercore") filed its Fourth Fee

Application seeking $2,100,000.00 in flat fees and $157,357.49 in expense reimbursements.  In

its Letter Report to Evercore, the Fee Committee identified issues of concern, including some

expenses that may not be subject to any reimbursement.  Evercore subsequently either provided

adequate explanation for these issues or agreed to certain adjustments set forth on **Exhibit A**.

The Fee Committee recommends that the Court approve this Application as adjusted.

> *28. Fourth Interim Fee Application of Filsinger Energy Partners, Energy Consultants for the Debtors and Debtors in Possession, for the Period From May 1, 2015 Through and Including August 31, 2015* [D.I. 6493].

On October 16, 2015, Filsinger Energy Partners ("Filsinger") filed its Fourth Fee Application seeking $4,747,724.00 in fees and $212,781.66 in expense reimbursements.  In its Letter Report to Filsinger, the Fee Committee identified only very minor issues of concern. Filsinger subsequently either provided adequate explanation for questioned expenses or agreed to certain adjustments set forth on **Exhibit A**.  The Fee Committee recommends that the Court approve this Application as adjusted.

> *29. Fourth Interim Fee Application of Gibson, Dunn & Crutcher LLP, Special Counsel to the Debtors and Debtors in Possession, for the Period From May 1, 2015 Through and Including August 31, 2015* [D.I. 6504].

On October 16, 2015, Gibson, Dunn & Crutcher LLP ("Gibson Dunn") filed its Fourth Fee Application seeking $596,743.00 in fees and $1,574.37 in expense reimbursements.  In its Letter Report to Gibson Dunn, the Fee Committee identified issues of concern, including minor rate calculation errors.  Gibson Dunn subsequently either provided adequate explanation for these issues or agreed to certain adjustments set forth on **Exhibit A**.  The Fee Committee recommends that the Court approve this Application as adjusted.

> *30. Fourth Interim Fee Application of KPMG LLP for Compensation for Services Rendered and Reimbursement of Expenses as Bankruptcy Accounting and Tax Advisors to the Debtors and Debtors in Possession for the Period From May 1, 2015 Through August 31, 2015* [D.I. 6939].

On November 10, 2015, KPMG LLP ("KPMG") filed its Fourth Fee Application seeking $2,187,894.20 in fees and $51,600.16 in expenses.  In its Letter Report to KPMG, the Fee Committee identified several issues of concern, including some data errors and non-compensable

time spent on routine billing and invoicing activities.  KPMG subsequently either provided

adequate explanation for these issues or agreed to certain adjustments set forth on **Exhibit A**.

The Fee Committee recommends that the Court approve this Application as adjusted.

> *31. Fourth Interim Fee Application of Kirkland & Ellis LLP and Kirkland*
> *& Ellis International LLP, Attorneys for the Debtors and Debtors in*
> *Possession, for the Period From May 1, 2015 Through and Including*
> *August 31, 2015* [D.I. 6484].

On October 15, 2015, Kirkland & Ellis LLP ("Kirkland") filed its Fourth Fee Application

seeking $25,374,478.00 in fees and $1,829,505.71 in expense reimbursements.  In its Letter

Report to Kirkland, the Fee Committee identified issues of concern, including time spent on

routine billing and invoicing activities, time not properly recorded in tenth-hour increments and

non-compensable or improperly documented expenses.  Kirkland subsequently either provided

adequate explanation for these issues or agreed to certain adjustments set forth on **Exhibit A**.

The Fee Committee recommends that the Court approve this Application as adjusted.

> *32. Fourth Interim Application of Morrison & Foerster LLP as Counsel*
> *for the Official Committee of TCEH Unsecured Creditors for*
> *Compensation and Reimbursement of Expenses Incurred for the*
> *Period May 1, 2015 Through August 31, 2015* [D.I. 6474].

On October 15, 2015, Morrison & Foerster LLP ("Morrison & Foerster") filed its Fourth

Fee Application seeking $5,954,164.00 in fees and $160,657.75 in expense reimbursements.  In

its Letter Report to Morrison & Foerster, the Fee Committee identified issues of concern,

including minor billing errors, time spent by transitory timekeepers, and minor staffing issues.

Morrison & Foerster subsequently either provided adequate explanation for these issues or

agreed to certain adjustments set forth on **Exhibit A**.  The Fee Committee recommends that the

Court approve this Application as adjusted.

> 33. *Fourth Interim Application of Polsinelli PC as Delaware Counsel and Conflicts Counsel for the Official Committee of TCEH Unsecured Creditors for Compensation and Reimbursement of Expenses Incurred for the Period May 1, 2015 Through August 31, 2015* [D.I. 6491].

On October 16, 2015, Polsinelli PC ("Polsinelli") filed its Fourth Fee Application requesting $354,785.50 in fees and $5,409.07 in expense reimbursements.  In its Letter Report to Polsinelli, the Fee Committee identified several issues of concern, including excessive time spent reviewing and monitoring the retention and fee applications of professionals for which Polsinelli did not serve as local counsel, inadequately described tasks, and continuing concerns about staffing and hearing attendance.  Polsinelli subsequently either provided adequate explanation for these issues or agreed to the adjustments set forth on **Exhibit A**.  The Fee Committee recommends that the Court approve this Application as adjusted.

> 34. *Fourth Interim Fee Application of Sidley Austin LLP as Special Counsel to the Debtors and Debtors in Possession for Compensation for Services Rendered and Reimbursement of Expenses for the Period of May 1, 2015 Through August 31, 2015* [D.I. 7475].

On December 30, 2015, Sidley filed its Fourth Fee Application seeking $186,396.10 in fees and $4,435.88 in expense reimbursements.  In its Letter Report to Sidley, the Fee Committee noted continued significant compliance improvement with only minor concerns noted.  Sidley agreed to the minor adjustment set forth on **Exhibit A**.  The Fee Committee recommends that the Court approve this Application as adjusted.

> 35. *Fourth Interim Fee Application of Thompson & Knight LLP, Special Tax Counsel for the Debtors and Debtors in Possession, for the Period From May 1 Through and Including August 31, 2015* [D.I. 6995].

On November 13, 2015, Thompson & Knight LLP ("Thompson & Knight") filed its Fourth Fee Application seeking $780,000.50 in fees and $776.99 in expense reimbursements.  In its Letter Report to Thompson & Knight, the Fee Committee identified only minor issues of

concern. Thompson & Knight subsequently either provided adequate explanation for these issues or agreed to certain adjustments set forth on **Exhibit A**.  The Fee Committee recommends that the Court approve this Application as adjusted.

## CONCLUSION

Based on all of the above, the Fee Committee respectfully requests that the Court enter the order attached as **Exhibit B** approving on an interim basis the Applications outlined in this Report and on the attached **Exhibit A**, subject to the agreed reductions summarized in the exhibit and subject as well to further review and the final fee application process.

Dated:  February 15, 2016.

PHILLIPS, GOLDMAN & SPENCE, P.A.

By:      */s/Stephen A. Spence*
Stephen A. Spence (DE# 5392)
Stephen W. Spence (DE #2033)
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 N. Broom Street
Wilmington, DE 19806
Phone: (302) 655-4200
Fax: (302) 655-4210
E-mail: sas@pgslaw.com
          sws@pgslaw.com

Katherine Stadler
GODFREY & KAHN, S.C.
One East Main Street, Suite 500
Madison, WI 53703
Phone: (608) 257-3911
Fax: (608) 257-0609
E-mail: kstadler@gklaw.com

*Attorneys for the Fee Committee*

15167589.3