# **<u>Exhibit A</u>**

15158103.1

In re: Energy Future Holdings Corp., et al.
Case No. 14-10979(CSS)

as of 2/15/2016

| Applicant | Compensation Period | Interim Fees Requested | Fee Committee's Fee Adjustments | Interim Expenses Requested | Fee Committee's Expense Adjustments | Interim Fees Approved | Interim Expenses Approved |
|---|---|---|---|---|---|---|---|
| Richards Layton & Finger, PA [D.I. 4648] | 4/29/14 - 8/31/14 | $1,118,216.00 | $25,876.38 | $181,389.32 | $14,882.58 | $1,092,339.62 | $166,506.74 |
| Charles River Associates [D.I. 3823] | 8/4/14 - 12/31/14 | $104,983.50 | $10,789.73 | $2,163.17 | $73.54 | $94,193.77 | $2,089.63 |
| EPIQ Bankruptcy Solutions, LLC [D.I. 4421] | 9/1/14 - 12/31/14 | $32,237.40 | $530.50 | $84,670.08 | $0.00 | $31,706.90 | $84,670.08 |
| Richards Layton & Finger, PA [D.I. 6331] | 9/1/14 - 12/31/14 | $810,401.50 | $12,672.76 | $70,485.32 | $6,370.68 | $797,728.74 | $64,114.64 |
| Sidley Austin LLP [D.I. 5163] | 9/1/14 - 12/31/14 | $1,127,602.90 | $308,705.55 | $24,764.69 | $16,294.45 | $818,897.35 | $8,470.24 |
| EPIQ Bankruptcy Solutions, LLC [D.I. 5708] | 1/1/15 - 4/30/15 | $71,639.80 | $2,015.94 | $201,773.40 | $0.00 | $69,623.86 | $201,773.40 |
| Sidley Austin LLP [D.I. 5168] | 1/1/15 - 4/30/15 | $740,003.90 | $0.00 | $7,102.43 | $398.54 | $740,003.90 | $6,703.89 |
| Richards Layton & Finger, PA [D.I. 7565] | 1/1/15 - 4/30/15 | $731,039.50 | $11,012.95 | $40,384.41 | $1,209.87 | $720,026.55 | $39,174.54 |
| FTI Consulting [D.I. 4730] | 1/1/15 - 4/30/15 | $3,478,537.75 | $70,000.00 | $20,775.06 | $0.00 | $3,408,537.75 | $20,775.06 |
| Kinsella Media, LLC [D.I. 6456] | 3/27/15 - 7/30/15 | $300,000.00 | $0.00 | $0.00 | $0.00 | $300,000.00 | $0.00 |
| Jenner & Block LLP [D.I. 6567] | 5/18/15 - 8/31/15 | $425,407.50 | $760.00 | $5,743.56 | $296.87 | $424,647.50 | $5,446.69 |
| McElroy Deutsch M&C [D.I. 6479] | 5/1/15 - 8/31/15 | $51,342.00 | $759.00 | $1,207.80 | $0.00 | $50,583.00 | $1,207.80 |
| SOLIC Capital Advisors [D.I. 6509] | 5/1/15 - 8/31/15 | $800,000.00 | $0.00 | $27,676.85 | $0.00 | $800,000.00 | $27,676.85 |
| AlixPartners LLP [D.I. 6473] | 5/1/15 - 8/31/15 | $423,608.25 | $14,999.00 | $76,329.09 | $47.00 | $408,609.25 | $76,282.09 |
| Balch & Bingham LLP [D.I. 6503] | 5/1/15 - 8/31/15 | $893,109.00 | $7,575.50 | $23,278.39 | $757.38 | $885,533.50 | $22,521.01 |
| Cravath Swaine & Moore LLP [D.I. 6704] | 5/1/15 - 8/31/15 | $937,923.50 | $8,546.50 | $4,535.94 | $0.00 | $929,377.00 | $4,535.94 |
| Goldin & Associates LLP [D.I. 6492] | 5/1/15 - 8/31/15 | $600,000.00 | $0.00 | $14,067.29 | $0.00 | $600,000.00 | $14,067.29 |
| Greenhill & Co LLC [D.I. 6478] | 5/1/15 - 8/31/15 | $1,000,000.00 | $0.00 | $29,036.38 | $4,149.87 | $1,000,000.00 | $24,886.51 |
| Guggenheim Securities LLC [D.I. 6495] | 5/1/15 - 8/31/15 | $1,000,000.00 | $0.00 | $19,428.65 | $687.96 | $1,000,000.00 | $18,740.69 |
| Montgomery McCracken Walker & Rhoads LLP [D.I. 6843] | 5/1/15 - 8/31/15 | $1,272,393.50 | $18,532.00 | $9,422.64 | $60.54 | $1,253,861.50 | $9,362.10 |
| Munger Tolles & Olson LLP [D.I. 6477] | 5/1/15 - 8/31/15 | $4,265,994.90 | $806.50 | $41,577.06 | $1,324.28 | $4,265,188.40 | $40,252.78 |
| Proskauer Rose LLP [D.I. 6497] | 5/1/15 - 8/31/15 | $4,419,020.25 | $204,492.88 | $54,797.27 | $13,612.29 | $4,214,527.37 | $41,184.98 |
| Stevens & Lee PC [D.I. 6502] | 5/1/15 - 8/31/15 | $57,185.50 | $3,212.50 | $825.09 | $23.19 | $53,973.00 | $801.90 |
| Sullivan & Cromwell LLP [D.I. 6507] | 5/1/15 - 8/31/15 | $4,490,012.50 | $26,878.38 | $30,803.78 | $83.73 | $4,463,134.12 | $30,720.05 |
| Alvarez & Marsal North America, LLC [D.I. 6553] | 5/1/15 - 8/31/15 | $5,271,137.00 | $11,560.00 | $230,364.67 | $0.00 | $5,259,577.00 | $230,364.67 |
| Deloitte & Touche LLP [D.I. 7047] | 5/1/15 - 8/31/15 | $2,189,877.50 | $12,952.50 | $0.00 | $0.00 | $2,176,925.00 | $0.00 |
| Evercore Group L.L.C. [D.I. 6763] | 5/1/15 - 8/31/15 | $2,100,000.00 | $0.00 | $157,357.49 | $193.28 | $2,100,000.00 | $157,164.21 |
| Filsinger Energy Partners [D.I. 6493] | 5/1/15 - 8/31/15 | $4,747,724.00 | $2,869.00 | $212,781.66 | $0.00 | $4,744,855.00 | $212,781.66 |
| Gibson, Dunn & Crutcher LLP [D.I. 6504] | 5/1/15 - 8/31/15 | $596,743.00 | $2,518.50 | $1,574.37 | $0.00 | $594,224.50 | $1,574.37 |
| KPMG LLP [D.I. 6939] | 5/1/15 - 8/31/15 | $2,187,894.20 | $9,933.50 | $51,600.16 | $26.00 | $2,177,960.70 | $51,574.16 |
| Kirkland & Ellis [D.I. 6484] | 5/1/15 - 8/31/15 | $25,374,478.00 | $253,637.25 | $1,829,505.70 | $101,074.39 | $25,120,840.75 | $1,728,431.31 |
| Morrison & Foerster [D.I. 6474] | 5/1/15 - 8/31/15 | $5,954,164.00 | $61,915.00 | $160,657.75 | $3,576.83 | $5,892,249.00 | $157,080.92 |
| Polsinelli PC [D.I. 6491] | 5/1/15 - 8/31/15 | $354,785.50 | $30,019.13 | $5,409.07 | $1,152.10 | $324,766.37 | $4,256.97 |
| Thompson & Knight LLP [D.I. 6995] | 5/1/15 - 8/31/15 | $780,000.50 | $1,187.00 | $776.99 | $0.00 | $778,813.50 | $776.99 |
| Sidley Austin LLP [D.I. 7475] | 5/1/15 - 8/31/15 | $186,396.10 | $12,983.60 | $4,435.88 | $116.15 | $173,412.50 | $4,319.73 |
| Gitlin & Co. LLC & Richard Gitlin [D.I. 7714] | 5/1/15 - 8/31/15 | $200,000.00 | | $1,831.29 | | $200,000.00 | $1,831.29 |
| Godfrey & Kahn SC [D.I. 7715] | 5/1/15 - 8/31/15 | $800,000.00 | | $50,358.77 | | $800,000.00 | $50,358.77 |
| Phillips Goldman & Spence PA [D.I. 6833] | 5/1/15 - 8/31/15 | $3,759.00 | | $68.20 | | $3,759.00 | $68.20 |

15221058.1