IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | )  | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: D.I. 7762 & 7842** |
| | ) | |

---

**CERTIFICATION OF COUNSEL REGARDING
"DEBTORS' MOTION FOR ENTRY OF AN ORDER (A) AUTHORIZING THE
TCEH DEBTORS TO ENTER INTO CERTAIN FINANCING AGREEMENTS
AND PAY FEES AND EXPENSES ASSOCIATED WITH INCURRING NEW
REORGANIZED TCEH DEBT AND (B) GRANTING RELATED RELIEF" [D.I. 7762]**

---

The undersigned hereby certifies as follows:

1. On January 28, 2016, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed with the United States Bankruptcy Court for the District of Delaware (the "Court") the *Debtors' Motion for Entry of an Order (A) Authorizing the TCEH Debtors to Enter into Certain Financing Agreements and Pay Fees and Expenses Associated with Incurring New Reorganized TCEH Debt and (B) Granting Related Relief* [D.I. 7762] (the "Motion").[2] On February 14, 2016, the Debtors filed the *Declaration of Anthony R. Horton in Support of the Debtors' Motion for Entry of an Order (A) Authorizing the TCEH Debtors to Enter into Certain Financing Agreements and Pay Fees and Expenses Associated with Incurring*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

*New Reorganized TCEH Debt and (B) Granting Related Relief* [D.I. 7842] (the "<u>Horton Declaration</u>") in connection with, and in support of the relief requested in, the Motion.

2. Pursuant to the *Notice of "Debtors' Motion for Entry of an Order (A) Authorizing the TCEH Debtors to Enter into Certain Financing Agreements and Pay Fees and Expenses Associated with Incurring New Reorganized TCEH Debt and (B) Granting Related Relief" and Hearing Thereon*, filed and served contemporaneously with the Motion, objections or responses to the Motion were to be filed and served no later than 4:00 p.m. (Eastern Daylight Time) on February 11, 2016 (the "<u>Objection Deadline</u>").  A hearing to consider the relief requested in the Motion is currently scheduled to take place before the Bankruptcy Court on February 18, 2016 starting at 11:00 a.m. (Eastern Daylight Time).

3. Prior to the Objection Deadline, the Office of the United States Trustee for the District of Delaware provided informal comments to the Motion (the "<u>Informal Response</u>"), which were resolved through filing the Horton Declaration.

4. Other than the Informal Response, as of the date hereof, the Debtors have received no other responses or objections in connection with the Motion nor do any other objections thereto appear on the Bankruptcy Court's docket in the Debtors' chapter 11 cases.

5. The Debtors therefore respectfully request that the proposed form of order attached hereto as **<u>Exhibit A</u>**, which is materially in the same form filed with the Motion, be entered at the earliest convenience of the Court.

[*Remainder of page intentionally left blank.*]

| | |
|---|---|
| Wilmington, Delaware<br>Dated:  February 16, 2016 | /s/ Joseph C. Barsalona II |

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
Joseph C. Barsalona II (No. 6102)
920 North King Street
Wilmington, Delaware 19801
Telephone:     (302) 651-7700
Facsimile:      (302) 651-7701
Email:           collins@rlf.com
                     defranceschi@rlf.com
                     madron@rlf.com
                     barsalona@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:     (212) 446-4800
Facsimile:      (212) 446-4900
Email:           edward.sassower@kirkland.com
                     stephen.hessler@kirkland.com
                     brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200
Email:           james.sprayregen@kirkland.com
                     marc.kieselstein@kirkland.com
                     chad.husnick@kirkland.com
                     steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*