**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered)<br><br>**[Re: D.I. 7710]** |

**CERTIFICATION OF NO OBJECTION REGARDING THE
FOURTEENTH MONTHLY FEE STATEMENT OF SULLIVAN & CROMWELL LLP AS
COUNSEL TO THE EFH COMMITTEE FOR COMPENSATION FOR PROFESSIONAL
SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES INCURRED FOR THE PERIOD
DECEMBER 1, 2015 THROUGH DECEMBER 31, 2015 (NO ORDER REQUIRED)**

1. The undersigned hereby certifies that, as of the date hereof, they have received no answer, objection or other responsive pleading (i) with respect to the *Fourteenth Monthly Fee Statement of Sullivan & Cromwell LLP as Counsel to the EFH Committee for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period December 1, 2015 through December 31, 2015*, filed by Sullivan & Cromwell LLP ("**S&C**") on January 22, 2016 [D.I. 7710] (the "**Monthly Fee Statement**"). or (ii) with respect to the notice and records of the expenses of members of the official committee of unsecured creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc. (the "**EFH Committee**," and the members thereof, the "**EFH Committee Members**") set forth in Exhibit E to the Monthly Fee Statement ("**Statement of

---

[1] The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

**Committee Expenses**"), other than requests from the Office of the United States Trustee for the District of Delaware (the "**U.S. Trustee**") for additional information regarding the Statement of Committee Expenses, which has been provided. The undersigned further certifies that they have reviewed the Court's docket in these chapter 11 cases and no answer, objection or other responsive pleading to the Monthly Fee Statement or the Statement of Committee Expenses has been filed. Pursuant to the Notice of Fee Statement filed with the Monthly Fee Statement, objections to the Monthly Fee Statement or the Statement of Committee Expenses were to be filed and served no later than February 12, 2016 at 4:00 p.m. (Eastern Time). The Monthly Fee Statement was filed and served in accordance with the *Stipulation and Order Appointing a Fee Committee*, dated August 21, 2014 [D.I. 1896] and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals*, dated September 16, 2014 [D.I. 2066] (the "**Interim Compensation Order**").

    2. Consequently, pursuant to the Interim Compensation Order, the above-captioned debtors and debtors in possession in these chapter 11 cases are authorized: (i) to pay S&C eighty percent of the fees and one hundred percent of the expenses requested in the Monthly Fee Statement and (ii) to pay the EFH Committee Members one hundred percent of the expenses requested in the Statement of Committee Expenses, each upon the filing of this certification without the need for a further order of the Court. A summary of the fees and expenses sought by S&C is annexed hereto as **Exhibit A**, and a summary of the expenses sought by the EFH Committee Members is annexed hereto as **Exhibit B**.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>February 16, 2016 | **MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**<br><br> */s/ Mark A. Fink*<br>Natalie D. Ramsey (DE Bar No. 5378)<br>Davis Lee Wright (DE Bar No. 4324)<br>Mark A. Fink (DE Bar No. 3946)<br>1105 North Market Street, 15th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 504-7800<br>Facsimile: (302) 504-7820<br>E-mail: nramsey@mmwr.com<br>dwright@mmwr.com<br>mfink@mmwr.com<br><br>– and –<br><br>**SULLIVAN & CROMWELL LLP**<br><br>Andrew G. Dietderich<br>Brian D. Glueckstein<br>John L. Hardiman<br>Alexa J. Kranzley<br>125 Broad Street<br>New York, New York 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>gluecksteinb@sullcrom.com<br>hardimanj@sullcrom.com<br>kranzleya@sullcrom.com<br><br>*Counsel for The Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc.* |

3

**EXHIBIT A**

**Professional Fees and Expenses**
**Monthly Fee Statement**

| Applicant | Fee Statement Period, Filing Date, Docket No. | Total Fees Requested[1] | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| Sullivan & Cromwell LLP 125 Broad Street New York, NY 10004 | Fourteenth Monthly Fee Statement 12/1/2015 through 12/31/2015 Filed 1/22/16 Docket No. 7710 | $113,575.50 | $112,751.62 | February 12, 2016 | $90,860.40 | $112,751.62 | $22,715.10 |

---

[1] All services for which S&C requests compensation were performed for, or on behalf of, the EFH Committee. The EFH Committee represents creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc. and S&C's compensation is proposed as an expense of each of these estates pursuant to section 328 of the Bankruptcy Code, jointly and severally. With respect to the allocation of fees and expenses contemplated by Paragraph 2(b) of the Interim Compensation Order, the fees and expenses of S&C are for the benefit of the EFH Committee and not for the direct benefit of any Debtor and, accordingly, no allocation is proposed at this time by S&C.

SC1:4041700.1

**EXHIBIT B**

**EFH Committee Member Expenses**
**Fourteenth Monthly Expense Statement for**
**12/1/15 through 12/31/15**
**Filed 1/22/16**
**Docket No. 7710**
**Objection Deadline: 2/12/16**

| Applicant | Expenses |
|---|---|
| **Mabel Brown** | $7,972.57 |
| **Peter Tinkham** | $2,450.98 |
| **Total Amount of Expenses Authorized to be Paid at 100%**[1] | $10,423.55 |

---

[1] Paragraph 2(b) of the Interim Compensation Order requires Professionals (as defined in the Interim Compensation Order) to allocate any fees and expenses to the applicable Debtors for whose direct benefit such fees and expenses were incurred. To the extent that Paragraph 2(b) of the Interim Compensation Order applies to reimbursement of EFH Committee Members' expenses, the EFH Committee Members have incurred expenses in performance of the duties of the EFH Committee. Therefore, all of the EFH Committee Members' expenses identified in this Monthly Expense Statement should be paid by the EFH Debtors (as defined in the Monthly Fee Statement).