## EXHIBIT 1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF DELAWARE

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| **ENERGY FUTURE HOLDINGS CORP., et al.,** [1] | ) | Case No. 14-10979 (CSS) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**CERTIFICATION OF ALAN D HOLTZ UNDER GUIDELINES FOR FEES AND DISBURSEMENTS FOR PROFESSIONALS IN RESPECT TO THE FOURTH INTERIM APPLICATION OF ALIXPARTNERS, LLP AS RESTRUCTURING ADVISOR FOR THE EFH OFFICIAL COMMITTEE SEEKING COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD <u>SEPTEMBER 1, 2015 THROUGH DECEMBER 31, 2015</u>**

I, Alan D. Holtz, make this declaration and state as follows:

1.      I am a Managing Director of AlixPartners, LLP ("***AlixPartners***"), which maintains offices at, among other locations, 909 Third Avenue, New York, NY 10022.

2.      This certification is made in respect of the Firm's compliance with Local Rule 2016-2 (c)-(g) of the Local Rules of Bankruptcy Practice and the Procedure for the United States Bankruptcy Court of the District of Delaware (the "***Local Rule***"), the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses filed under 11 U.S.C. § 330, dated January 30, 1996 (the "***UST Guidelines***" and, together with the Local Rule, the "***Guidelines***"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals*, dated September 16, 2014 [Docket No. 2066] for interim compensation and

---

[1]      The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

reimbursement of fees and expenses for the period commencing September 1, 2015 through December 31, 2015 in accordance with the Guidelines.

3.      In respect of Section (g) of the Local Rule, I certify that I have reviewed the requirements of the Local Rule and to the best of my knowledge, information, and belief formed after reasonable inquiry, the Fee Application complies with the Local Rule.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: New York, NY
            February 16, 2016

ALIXPARTNERS, LLP

*/s/ Draft*
Alan D. Holtz
Managing Director
AlixPartners, LLP