**EXHIBIT 2**

**SUMMARY OF PROFESSIONALS**

The AlixPartners professionals who rendered services in these cases during the Fee Period September 1, 2015 through December 31, 2015 are:

| Name of Professional | Description of Function | Hourly Rate 2015 | Total Hours | Total Compensation |
|---|---|---|---|---|
| Alan Holtz* | Managing Director | $1,010 | 88.5 | $89,385.00 |
| Robert D. Albergotti** | Director | 745 | 3.8 | 2,831.00 |
| Matt Rogers | Director | 745 | 137.3 | 102,288.50 |
| Mark J. Brown | Director | 800 | 26.8 | 21,440.00 |
| Mark F. Rule | Director | 745 | 510.5 | 380,322.50 |
| John M. Labovitz | Director | 695 | 6.5 | 4,517.50 |
| Jeffrey W. Kopa** | Director | 695 | 3.5 | 2,432.50 |
| Christopher Rubel | Director | 695 | 31.7 | 22,031.50 |
| Adam Z. Hollerbach | Director | 695 | 482.7 | 335,476.50 |
| Kurt H Wessel | Vice President | 510 | 72.0 | 36,720.00 |
| Kim K. Chisholm | Vice President | 510 | 176.1 | 89,811.00 |
| Tom D. Pesch | Associate | 350 | 126.2 | 44,170.00 |
| | | | 1,665.6 | 1,131,426.00 |
| | | | | (12,590.50) |
| | | | 1,665.6 | $1,118,835.50 |

*Reflects discount to actual 2015 billing rates of $1,045, in accordance with cap arrangement in Engagement Letter

**Although this individual billed less than 5 hours for the 4th Interim period, he/she is not a "transitory timekeeper," based upon total hours billed in prior periods.