# EXHIBIT 3

## SUMMARY OF EXPENSES

Expenses incurred during the Fee Period September 1, 2015 through December 31, 2015

| Expense Categories | September-15 | October-15 | November-15 | December-15 | TOTAL |
|---|---:|---:|---:|---:|---:|
| Coach Airfare | $0.00 | $3,724.14 | $1,370.27 | - | $5,094.41 |
| Cab Fare / Ground Transportation | - | 955.09 | 567.00 | 317.35 | 1,839.44 |
| Lodging | - | 500.00 | 2,168.69 | - | 2,668.69 |
| Meals & Tips | - | 686.26 | 248.36 | 438.74 | 1,373.36 |
| Parking & Tolls | - | 25.00 | - | - | 25.00 |
| Sub-Contractors | 4,653.00 | 43,213.50 | - | 47,025.00 | 94,891.50 |
| Less sub-contractor correction | (4,870.80) | | | | (4,870.80) |
| Total Expenses | (217.80) | $49,103.99 | $4,354.32 | $47,781.09 | $101,021.60 |