**EXHIBIT 4**

**SUMMARY OF TIME BY CATEGORY**

**Hours and Fee Summary by category for the period of September 1, 2015 through December 31, 2015**

| Project Code | Description | Hours | Amount |
|---|---|---|---|
| 9021.00135 | Tax Issues | 7.2 | 5,823.00 |
| 9021.00155 | Claims Analysis | 59.6 | 42,146.50 |
| 9021.00170 | Miscellaneous Motions | 2.6 | 1,887.00 |
| 9021.00175 | Potential Litigation: Other | 602.6 | 423,049.50 |
| 9021.00178 | Potential Litigation: Solvency/Valuation | 891.3 | 579,746.50 |
| 9021.00190 | UCC Meetings | 26.4 | 23,010.00 |
| 9021.00197 | Fee Applications and Retention | 42.1 | 30,582.50 |
| 9021.00198 | Non-Working Travel (Billed at 50%) | 33.8 | 25,181.00 |
| **Total Fees Incurred** | | **1,665.6** | **1,131,426.00** |
| **Less 50% Travel** | | | **(12,590.50)** |
| **Total Fees Requested** | | | **$1,118,835.50** |