# EXHIBIT A

## Declaration of Richard Levin

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,<sup>1</sup><br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered)<br><br>**Objections Due: March 9, 2016** |

**DECLARATION OF RICHARD LEVIN IN SUPPORT OF THE SECOND
INTERIM FEE APPLICATION OF JENNER & BLOCK LLP,
INDEPENDENT COUNSEL FOR ENERGY FUTURE INTERMEDIATE
HOLDING COMPANY LLC FOR SEPTEMBER 1, 2015 THROUGH
DECEMBER 31, 2015**

I, Richard Levin, declare under penalty of perjury as follows:

1. I am a partner in the firm of Jenner & Block LLP ("**Jenner**"), with an office located at 919 Third Avenue, New York, NY 10022 and have been duly admitted to practice law in the State of New York.

2. I am the lead attorney from Jenner working on the EFIH chapter 11 case. I am authorized to submit this Declaration in support of the Second Interim Fee Application of Jenner & Block LLP as Independent Counsel to Energy Future Intermediate Holding Company LLC For The Period September 1, 2015 Through December 3, 2015 (the "**Fee Application**"). Except as otherwise noted, I have personal knowledge of the matters set forth in this Declaration.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 <sup>Bryan</sup> Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

3. I have read the Fee Application. The statements contained in the Fee Application are true and correct according to the best of my knowledge, information and belief. I believe that the Fee Application complies with Local Bankruptcy Rules 2016-1 and 2016-2.

1. I certify:

    (a) To the best of my knowledge, information, and belief, formed after reasonable inquiry, the fees and disbursements sought in the Fee Application are permissible under the relevant rules, court orders, and Bankruptcy Code provisions.

    (b) The fees and disbursements sought in the Fee Application are billed at rates Jenner customarily employs and Jenner clients generally accept.

    (c) None of the professionals seeking compensation varied their hourly rate based on the geographic location of the EFIH case.

    (d) Jenner is not seeking compensation for this Fee Period for time spent reviewing or revising time records or preparing, reviewing, or revising invoices. Jenner regularly revises its time records for privileged and confidential information and accordingly did not spend any additional time reviewing time records to redact such privileged or confidential information.

    (e) Jenner does not make a profit on costs or expenses for which it seeks reimbursement, whether the service is performed by Jenner in-house or through a third party.

    (f) In accordance with Rule 2016(a) of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. § 504, no agreement or understanding exists between Jenner and any other person for the sharing of compensation to be received in connection with the above cases except as authorized by the Bankruptcy Code, Bankruptcy Rules, and Local Bankruptcy Rules.

    (g) All services for which compensation is sought were professional services rendered on behalf of EFIH and not on behalf of any other person.

I declare under penalty of perjury as provided in 28 U.S.C. § 1746 that the foregoing is true and correct according to the best of my knowledge, information and belief.

Dated: February 16, 2016              /s/ Richard Levin
                                          Richard Levin