# EXHIBIT D

## Summary of Jenner & Block LLP Blended Hourly Rates
### (Customary And Comparable Compensation Disclosures)

| Timekeeper Category | | Worked and Billed in 2014 (excluding Restructuring lawyers) | Blended Hourly Rate Billed in this Fee Application |
|---|---|---|---|
| **Partner** | | $685 | $944.87 |
| | Partner - Sr | $760 | $944.87 |
| | Partner - Mid | $639 | N/A |
| | Partner - Jr | $567 | N/A |
| Associate | | $432 | $650 |
| | Associate - Sr | $496 | $650 |
| | Associate - Mid | $456 | N/A |
| | Associate - Jr | $361 | N/A |
| Total (including Staff Attys, Paralegals & Project Assistants) | | $502 | $944.38 |

Case Name:            Energy Future Intermediate Holding Company LLC
Case Number:          14-10979 (CSS)
Applicant's Name:     Jenner & Block LLP
Date of Application:  February 16, 2016
Interim or Final:     Interim