## **EXHIBIT E**

**Summary of Jenner & Block LLP Hours Worked and Fees Incurred**

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Richard Levin | Partner | 1976 | Restructuring | $1,150 | 102.10 | $114,942.50 |
| Vince E. Lazar | Partner | 1990 | Restructuring | $950 | 195.90 | $166,630.00 |
| Carl N. Wedoff | Associate | 2010 | Restructuring | $650 | 0.50 | $325.00 |
| **TOTAL** | | | | | | **$281,897.50** |