## EXHIBIT F

### Summary of Jenner & Block LLP Expenses

| Service Description | Amount |
|---|---:|
| Client Business Transportation | 10,749.37 |
| Telephone Expenses | 56.93 |
| Copies | 31.90 |
| Pacer Charges | 61.10 |
| Other Miscellaneous Expense | 30.00 |
| **TOTAL** | **$10,929.30** |