## EXHIBIT G

**Schedule of Hours Worked and Aggregate Fees for Each Matter Category**

| Description | Total Billed Hours | Total Fees |
|---|---|---|
| Chapter 11 General and Administrative | 3.00 | $3,090.00 |
| Plan and Disclosure | 221.30 | $223,875.00 |
| Employment and Fee Applications | 28.90 | $32,985.00 |
| Non-working Travel | 45.30 | $21,947.50 |
| **TOTAL** | **298.50** | **$281,897.50** |