# EXHIBIT H

## Detailed Time Records for Jenner & Block LLP

**ENERGY FUTURES INTERMEDIATE HOLDING / GENERAL & ADMINISTRATIVE (55152-10010)**

| Date | Name | Hrs | Amt | Narrative |
|---|---|---|---|---|
| 10/08/2015 | RICHARD B. LEVIN | 0.20 | 230.00 | Review draft Board resolution. |
| 10/08/2015 | VINCENT E. LAZAR | 0.30 | 285.00 | Reviewed board deck; email with R. Levin re same, covering meeting. |
| 10/09/2015 | RICHARD B. LEVIN | 0.80 | 920.00 | Attend Board meeting. |
| 10/15/2015 | RICHARD B. LEVIN | 0.20 | 230.00 | Telephone conference with D. Prager re status. |
| 10/23/2015 | VINCENT E. LAZAR | 1.50 | 1,425.00 | Reviewed deck and attended joint board meeting. |
|  |  | 3.00 | 3,090.00 |  |

**ENERGY FUTURES INTERMEDIATE HOLDING / PLAN AND DISCLOSURE (55152-10034)**

| Date | Name | Hrs | Amt | Narrative |
|---|---|---|---|---|
| 09/01/2015 | VINCENT E. LAZAR | 2.90 | 2,755.00 | Telephone conference with R. Levin re DS and PSA hearing, coordination of defense, witnesses, related matters (.7); telephone conference with Cravath, R. Levin re witness preparation, document production, privilege issues and hearing (.8); emails with K&E re same, scheduling (.4); emails with Cravath re addition email production re Oncor side letter approval (.3); conference call with K&E, DDAs re Fidelity, committee proposals, responses to same (.5); skimmed draft privilege log (.2). |
| 09/01/2015 | RICHARD B. LEVIN | 1.90 | 2,185.00 | Emails A. McGann re Cremens testimony at PSA hearing (.3); telephone conference P. Gelston re same (.2); telephone conference V. Lazar re same (.2); conference call M. Paskin, V. Lazar re same (.6); conference call Kirkland, DDA's re response to EFH Committee proposal (.4); emails re discovery (.2). |
| 09/02/2015 | RICHARD B. LEVIN | 0.40 | 460.00 | Miscellaneous emails re plan discovery, make-whole claims objections. |

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 09/02/2015 | VINCENT E. LAZAR | 1.50 | 1,425.00 | Reviewed plan, Disclosure Statement, PSA re preparation for client testimony. |
| 09/03/2015 | VINCENT E. LAZAR | 0.50 | 475.00 | Emails with co-counsel re logistics for depositions, hearing (.2); skimmed preparation materials (.3); office conference with Z. Master and reviewed emails re supplemental production (.5). |
| 09/04/2015 | RICHARD B. LEVIN | 0.30 | 345.00 | Review US Trustee objections to PSA and DS. |
| 09/04/2015 | VINCENT E. LAZAR | 0.80 | 760.00 | Reviewed Paul Weiss proposed changes to plan, PSA (.4); skimmed preparation materials online (.4). |
| 09/07/2015 | VINCENT E. LAZAR | 1.50 | 1,425.00 | Skimmed proposed disclosure statement changes, email with R. Levin re same (.3); skimmed binders re C. Cremens preparation session (.8); reviewed UST objections to DS, PSA (.4). |
| 09/08/2015 | VINCENT E. LAZAR | 2.60 | 2,470.00 | Reviewed proposed changes to disclosure statement (.6); reviewed witness preparation binders (.8); telephone conference with R. Levin re UST objection, status (.2) participated in preliminary preparation call with C. Cremens (1.0). |
| 09/08/2015 | RICHARD B. LEVIN | 0.50 | 575.00 | Review materials to prepare for C. Cremens testimony on PSA. |
| 09/08/2015 | RICHARD B. LEVIN | 0.40 | 460.00 | Review emails for PSA discovery. |
| 09/08/2015 | RICHARD B. LEVIN | 0.80 | 920.00 | Conference call Kirkland, Cravath, C. Cremens re PSA testimony. |
| 09/09/2015 | VINCENT E. LAZAR | 2.40 | 2,280.00 | Participated in Telecon (partial) re privilege logs (.3); reviewed preparation material binders for C. Cremems preparation (1.0); reviewed redline plan, settlement agreement and PSA comments from PW and W&C, email to R. Levin re impact of same on EFIH (.8); skimmed additional board/Goldin materials from Cravath re Cremens preparation (.3). |
| 09/10/2015 | VINCENT E. LAZAR | 2.60 | 2,470.00 | Reviewed discovery hearing transcript (.3); skimmed production (.4); reviewed final proposed versions of plan, PSA, settlement agreement (.4); reviewed Cremens preparation binders (1.5). |
| 09/11/2015 | VINCENT E. LAZAR | 3.70 | 3,515.00 | Participated in C. Cremens deposition preparation (3.5); emails re scheduling issue with Friday hearing (.2). |
| 09/13/2015 | VINCENT E. LAZAR | 0.80 | 760.00 | Emails with Cravath, K&E re Cremens preparation coordination, hearing issues (.2); skimmed draft PSA reply (.3); reviewed proposed DS inserts (.3); reviewed emails, background re Gibbs retention (.2). |
| 09/14/2015 | VINCENT E. LAZAR | 2.20 | 2,090.00 | Reviewed materials re preparation for C. Cremens deposition (.7); conference call with C. Cremens, Cravath, Kirkland, re preparation of witness for potential additional areas of inquiry (.7); reviewed PSA and SA amendments, as filed (.3); reviewed Proskauer, MT comments to PSA reply, updated version of same (.3); emails re witness preparation (.2). |

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 09/15/2015 | VINCENT E. LAZAR | 5.20 | 4,940.00 | Meeting with co-counsel re preparation for C. Cremens deposition (1.0); attended C. Cremens deposition (4.0); reviewed proposed disclosure statement inserts re UST objection (.2). |
| 09/16/2015 | VINCENT E. LAZAR | 2.10 | 1,995.00 | Emails, telephone conferences with K&E, Cravath teams re C. Cremens testimony, potential resolution on factual issues (.7); reviewed revised DS inserts (.3); reviewed fee committee updated insert (.2); reviewed 4th amended plan redline (.4); office conference with J. Huston re case status, hearing (.2); reviewed updated PSA approval order (.2). |
| 09/17/2015 | RICHARD B. LEVIN | 0.30 | 345.00 | Miscellaneous emails re PSA hearing, DS hearing. |
| 09/17/2015 | VINCENT E. LAZAR | 0.20 | 190.00 | Emails with in-house counsel re board meeting, EFIH participation. |
| 09/17/2015 | VINCENT E. LAZAR | 3.90 | 3,705.00 | Pre-hearing preparation meeting with Kirkland (1.0); attended PSA approval hearing (2.0); reviewed revised plan and DS redlines (.3); emails with R. Levin re C. Crenin deposition logistics (.2); reviewed confirmation schedule (.2); reviewed further revisions to plan (.2). |
| 09/18/2015 | VINCENT E. LAZAR | 1.30 | 1,235.00 | Attended board call re update on EFIH restructuring. |
| 09/18/2015 | VINCENT E. LAZAR | 0.50 | 475.00 | Reviewed revised DS (.3); reviewed and responded to emails re deposition coordination, related issues (.2). |
| 09/21/2015 | RICHARD B. LEVIN | 0.30 | 345.00 | Telephone conference J. Huston re Disclosure Statement hearing. |
| 09/21/2015 | VINCENT E. LAZAR | 0.50 | 475.00 | Reviewed revised plan (redlined against 9/18) (.3); emails with Cravath, K&E re deposition coordination, open issues (.2). |
| 09/22/2015 | RICHARD B. LEVIN | 0.20 | 230.00 | Telephone conference P. Gelston re plan amendment for EFH notes. |
| 09/22/2015 | VINCENT E. LAZAR | 1.20 | 1,140.00 | Reviewed correspondence re plan changes, different treatment, and reviewed plan re same (.4); email with T. Broad re explanation (.2); reviewed draft 5th amended plan, disclosure statement (.4); reviewed, responded to emails re confirmation depositions, dates (.2). |
| 09/23/2015 | VINCENT E. LAZAR | 0.90 | 855.00 | Telephone conference with S. Seajeddini re plan changes, background for C. Cremens preparation, and prepared email explaining same (.6); reviewed deposition and trial calendars, email with R. Levin re same and coordination of coverage (.3). |
| 09/24/2015 | RICHARD B. LEVIN | 0.20 | 230.00 | Telephone conference V. Lazar re confirmation hearing. |
| 09/24/2015 | VINCENT E. LAZAR | 0.30 | 285.00 | Reviewed board deck; emails with R. Levin re Fidelity update. |

3

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 09/25/2015 | VINCENT E. LAZAR | 0.60 | 570.00 | Reviewed discovery correspondence, pleadings re request for continuance of confirmation hearing (.3) reviewed board deck, emails with R. Levin re Fidelity status (.3). |
| 09/25/2015 | RICHARD B. LEVIN | 0.80 | 920.00 | Weekly Board meeting. |
| 09/28/2015 | VINCENT E. LAZAR | 0.70 | 665.00 | Reviewed discovery correspondence (.2); meeting with H. Kaplan re EFIH indenture trustee issues, request for negotiations (.5). |
| 09/29/2015 | RICHARD B. LEVIN | 1.10 | 1,265.00 | Review materials to prepare for C. Cremens deposition (.4); conference call M. Paskin, T. Broad re same (.7). |
| 09/29/2015 | RICHARD B. LEVIN | 1.30 | 1,495.00 | Review Evans deposition. |
| 09/29/2015 | VINCENT E. LAZAR | 0.70 | 665.00 | Skimmed revised plan materials for creditor distribution (.3); reviewed emails re discovery (.2); emails re confirmation hearing scheduling, coordination (.2). |
| 09/30/2015 | RICHARD B. LEVIN | 5.80 | 6,670.00 | Review S. Dore deposition (1.0); attend C. Cremens deposition (4.8). |
| 09/30/2015 | VINCENT E. LAZAR | 0.20 | 190.00 | Reviewed privilege log correspondence. |
| 10/01/2015 | RICHARD B. LEVIN | 5.90 | 6,785.00 | Attend C. Cremens deposition. |
| 10/02/2015 | VINCENT E. LAZAR | 0.90 | 855.00 | Reviewed Cremens deposition transcript (.7); emails, telephone conference with M. Thomas re hearing logistics (.2). |
| 10/05/2015 | VINCENT E. LAZAR | 0.80 | 760.00 | Skimmed deposition transcripts re confirmation hearing preparation. |
| 10/06/2015 | RICHARD B. LEVIN | 0.60 | 690.00 | Conference call with Kirkland, DDAs re confirmation hearing strategy. |
| 10/06/2015 | VINCENT E. LAZAR | 1.10 | 1,045.00 | Reviewed W&C proposal, email with S. Winters re same (.3); conference call with K&E, DDAs re update on plan negotiations, Fidelity, reinstatement issue, follow-up re same (.6); email with R. Levin re analysis of impact on EFIH (.2). |
| 10/07/2015 | RICHARD B. LEVIN | 0.20 | 230.00 | Telephone conference with V. Lazar re confirmation issues. |
| 10/07/2015 | VINCENT E. LAZAR | 0.30 | 285.00 | Telephone conference with R. Levin re plan proposed changes, confirmation hearing, related matters. |
| 10/08/2015 | VINCENT E. LAZAR | 0.50 | 475.00 | Reviewed PSA amendments re Fidelity and EFIH PIK proposal (.3); communications re meet and confer conference, pre-trial hearing (.2). |
| 10/09/2015 | VINCENT E. LAZAR | 0.40 | 380.00 | Emails re meet and confer conference (.2); emails with team re rescheduling pre-trial hearing, covering same (.2). |
| 10/12/2015 | VINCENT E. LAZAR | 0.30 | 285.00 | Skimmed rights offering drafts. |

4

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 10/13/2015 | VINCENT E. LAZAR | 1.50 | 1,425.00 | Monitored meet-and-confer conference (partial) and reviewed emails re proposal (.4); skimmed expert reports (.3); skimmed TSA, separation agreement, rights documents (.4); skimmed management description (.2); skimmed severance letters, exit facility term sheet, debt term sheet, MIP, D&O riders (.4). |
| 10/14/2015 | RICHARD B. LEVIN | 0.30 | 345.00 | Miscellaneous e-mails re confirmation hearing, board meetings. |
| 10/14/2015 | VINCENT E. LAZAR | 0.90 | 855.00 | Reviewed draft letter re plan hearing proposal from K&E (.2); skimmed Ovation proposed bylaws (.2); reviewed Fidelity comments, PSA (.3); emails with Cravath re Cremens preparation (.2). |
| 10/15/2015 | RICHARD B. LEVIN | 0.10 | 115.00 | Telephone conference with V. Lazar re expert report. |
| 10/15/2015 | VINCENT E. LAZAR | 3.10 | 2,945.00 | Emails re anticipated hearing schedule, testimony (.2); reviewed plan expert reports in preparation for Cremens testimony, confirmation hearing, telephone conference with R. Levin re same (1.3); reviewed Cremens deposition transcript (1.2); reviewed 4/14 pleading (.4). |
| 10/16/2015 | VINCENT E. LAZAR | 0.20 | 190.00 | Emails with co-counsel re results of pre-trial conference, trial preparation. |
| 10/18/2015 | VINCENT E. LAZAR | 0.60 | 570.00 | Attended conference call with K&E, co-counsel re strategy for Cremens testimony, preparation. |
| 10/19/2015 | VINCENT E. LAZAR | 1.10 | 1,045.00 | Reviewed plan supplement materials (.4); emails with team re scheduling trial; skimmed transcripts (.5); preparation, strategy (.2). |
| 10/20/2015 | VINCENT E. LAZAR | 1.90 | 1,805.00 | Reviewed PSA amendments for GSO/Avenue proposed comments (.3); reviewed proposed PIK stipulation, settlement order, notes direction letter (.4); reviewed re-drafted separation agreement, transition services agreement (.3); skimmed PCRB mediation statement (.2); reviewed plan supplement package (.3); revised amended plan confirmation protocol, new dates (.2); reviewed retained cause of action documents (.2). |
| 10/21/2015 | VINCENT E. LAZAR | 1.90 | 1,805.00 | Conference call with K&E, Cravath teams re preparation for C. Cremens testimony, direct outline (1.0); reviewed email re potential PIK settlement terms, open issues, and emails with R. Levin re same (.3); conference call with K&E, DDAs, re potential EFH PIK note settlement (.6). |
| 10/22/2015 | RICHARD B. LEVIN | 0.50 | 575.00 | Emails and review of Board presentation PIK settlement. |

5

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 10/22/2015 | VINCENT E. LAZAR | 3.30 | 3,135.00 | Reviewed PSA, settlement document mark-up from K&E and open issues list (EFH PIKs) (.3); call with C. Cremens et al re preparation for trial (1.0); reviewed, commented on debtor confirmation brief (.7); reviewed MTO comments to confirmation brief (.3); emails with J. Huston re brief, edits (.2); attended call re update on negotiations with PIKs, evaluation of proposal (.6); reviewed draft board deck re settlement (.2). |
| 10/23/2015 | RICHARD B. LEVIN | 0.20 | 230.00 | Emails re PIK settlement. |
| 10/23/2015 | VINCENT E. LAZAR | 2.60 | 2,470.00 | Emails with C. Cremens and team re PIK note settlement terms, proposal (.4); reviewed, commented on confirmation brief (.7); reviewed comments, inserts to brief (.3); email with J. Huston re legal issue in brief (.2); reviewed proposed exhibits to brief affecting EFIH estate, emails and approved use of same (.4); reviewed and signed-off on revised confirmation brief (.6). |
| 10/24/2015 | VINCENT E. LAZAR | 0.70 | 665.00 | Reviewed PSA, settlement, stipulation with PIK holders, and emails with K&E re confirmation of trustee and related terms (.5); skimmed proposed Carter direct (.2). |
| 10/25/2015 | VINCENT E. LAZAR | 0.80 | 760.00 | Skimmed proposed Keglavic, Horton directs (.4); skimmed plan objections (.4). |
| 10/27/2015 | VINCENT E. LAZAR | 1.20 | 1,140.00 | Reviewed MTO comments to Keglavic, Horton, Carter directs (.4); reviewed proposed join pre-trial order, emails and correspondence re changes to same (.4); emails, reviewed draft re directs (.4). |
| 10/28/2015 | VINCENT E. LAZAR | 4.20 | 3,990.00 | Attended telephonic EFH pre-trial conference call, hearing on PPI (3.5); reviewed Ashby draft direct (.4); skimmed additional directs (.3). |
| 10/29/2015 | VINCENT E. LAZAR | 0.80 | 760.00 | Reviewed proposed direct examinations, motions. |
| 10/30/2015 | VINCENT E. LAZAR | 1.00 | 950.00 | Attended board call re PSA amendments, confirmation hearing. |
| 10/30/2015 | VINCENT E. LAZAR | 4.20 | 3,990.00 | Emails with client, R. Levin re update on PPI dispute, questions from board meeting (.4); emails with DDA re board meeting re PSA (.2); attended hearing (telephonic) re PPI, PIK settlement (.6); prepared client report email (.2); skimmed numerous proposed exhibits, pleadings, motions in limine (1.0); reviewed PPI opinion, circulated same (.4); skimmed make-whole opinion (.2); reviewed, commented and signed off on plan reply brief (.7); reviewed and signed off on settlement reply brief (.5). |

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 10/30/2015 | RICHARD B. LEVIN | 2.20 | 2,530.00 | Telephone conference with C. Cremens re confirmation hearing (.3); board meeting re PIK plan settlement (.5); emails re same (.2) review draft Cremens direct testimony (.3); telephone conference with A. McGaan re same (2); telephone conference with T. Broad re same (.2); telephone conferences with V. Lazar re PIK settlement, court rulings on PIK claims (.5). |
| 10/31/2015 | VINCENT E. LAZAR | 2.50 | 2,375.00 | Reviewed numerous pleadings re plan confirmation hearing, including motions in limine, pre-trial briefs and designations. |
| 11/01/2015 | VINCENT E. LAZAR | 0.20 | 190.00 | Emails with R. Levin re PPI opinion, impact of same on negotiations. |
| 11/01/2015 | RICHARD B. LEVIN | 5.10 | 5,865.00 | Prepare for confirmation hearing including review of briefs and revision of Cremens direct testimony. |
| 11/02/2015 | VINCENT E. LAZAR | 3.10 | 2,945.00 | Reviewed subjective intent ruling (.2); reviewed Oncor value ruling (.1); reviewed pre-trial replies, exhibit lists, demonstratives and directs (2.5); reviewed PPI opinion (.3). |
| 11/03/2015 | VINCENT E. LAZAR | 8.20 | 7,790.00 | Attended trial (7.0); prepared report for client re trial, PIK trustee, PCRB settlement and follow-up emails re same (.4); reviewed Cremens draft testimony (.5); reviewed draft stipulation re DIP terms and interest (.3). |
| 11/03/2015 | RICHARD B. LEVIN | 0.40 | 460.00 | Emails re plan confirmation hearing. |
| 11/04/2015 | VINCENT E. LAZAR | 8.30 | 7,885.00 | Emails with client re results of hearing, proposed PIK settlement (.3); attended plan confirmation hearing and settlement trial and prepared report of same (8.0). |
| 11/04/2015 | RICHARD B. LEVIN | 1.60 | 1,840.00 | Review draft Cremens testimony (.6); conference call with C. Cremens re same (1). |
| 11/05/2015 | VINCENT E. LAZAR | 6.60 | 6,270.00 | Emails with client, R. Levin re plan hearing update, strategy (.3); attended plan confirmation hearing and settlement trial, including PIK settlement arguments and prepared report of same (6.0); reviewed Fidelity comments to PSA/PIK stipulation (.3). |
| 11/05/2015 | RICHARD B. LEVIN | 0.20 | 230.00 | Review emails re trial. |
| 11/06/2015 | VINCENT E. LAZAR | 8.20 | 7,790.00 | Attended plan confirmation hearing and settlement trial and prepared report of same (7.5); reviewed, commented on witness outline for Cremens, emails re same (.7). |
| 11/06/2015 | RICHARD B. LEVIN | 2.70 | 3,105.00 | Review and revise Cremens direct testimony. |
| 11/06/2015 | RICHARD B. LEVIN | 0.90 | 1,035.00 | Attend Board meeting. |
| 11/07/2015 | VINCENT E. LAZAR | 0.30 | 285.00 | Reviewed board report; emails with trial team re settlement positions. |
| 11/08/2015 | RICHARD B. LEVIN | 0.30 | 345.00 | Emails re Cremens direct testimony. |

7

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 11/09/2015 | VINCENT E. LAZAR | 0.60 | 570.00 | Reviewed Williams declaration (.4); reviewed amended settlement notice (.2). |
| 11/10/2015 | VINCENT E. LAZAR | 0.50 | 475.00 | Skimmed proposed testimony (.3); skimmed objector pleadings (.2). |
| 11/11/2015 | RICHARD B. LEVIN | 0.30 | 345.00 | Confer V. Lazar re Cremens testimony. |
| 11/11/2015 | RICHARD B. LEVIN | 0.60 | 690.00 | Prepare for Cremens prep session. |
| 11/11/2015 | VINCENT E. LAZAR | 1.70 | 1,615.00 | Office conference with R. Levin re C. Cremens deposition preparation (,3); reviewed Fido draft PSA amendment, stipulation and settlement order (.5); reviewed draft board deck, emails re same (3); telephone conference with R. Levin re Fido settlement (.2); reviewed, commented on Cremens outline for prep session (.4). |
| 11/12/2015 | RICHARD B. LEVIN | 3.70 | 4,255.00 | Meeting C. Cremens, Cravath, to prepare testimony. |
| 11/12/2015 | RICHARD B. LEVIN | 2.10 | 2,415.00 | Revise Cremens declaration, including review of underlying documents. |
| 11/12/2015 | RICHARD B. LEVIN | 1.20 | 1,380.00 | Review Fidelity settlement board deck (.2); telephone conference C. Cremens re same (.2); attend board meeting (.8). |
| 11/12/2015 | VINCENT E. LAZAR | 8.60 | 8,170.00 | Reviewed updated board deck, email with R. Levin re recommendation for C. Cremens (.3); attended plan confirmation hearing and settlement trial and prepared report of same (8.0); reviewed potential committee term sheet (.3). |
| 11/13/2015 | RICHARD B. LEVIN | 3.70 | 4,255.00 | Revise Cremens direct testimony (1.2); Emails re same with Cravath litigation team (.5); emails re confirmation hearing (.2); further revisions to C. Cremens direct testimony (1.8). |
| 11/13/2015 | RICHARD B. LEVIN | 0.20 | 230.00 | Review Committee settlement term sheet (.2). |
| 11/13/2015 | VINCENT E. LAZAR | 10.10 | 9,595.00 | Attended plan confirmation hearing and settlement trial and prepared report of same (9.0); reviewed Cremens updated direct, commented on same (.6); reviewed Fido settlement notice (.2); reviewed updated proposed committee term sheet (.3). |
| 11/15/2015 | RICHARD B. LEVIN | 4.20 | 4,830.00 | Emails re Kirkland comments on C. Cremens direct testimony (.4); Revise (2.6); Review B. Williamson direct testimony (.5); Review trial report (.2); telephone conference C. Husnick re mediation status (.3); emails re same and re testimony (.2). |
| 11/16/2015 | RICHARD B. LEVIN | 1.00 | 1,150.00 | Telephone conference M. Paskin re Cremens testimony (.5); Review Judge's interest rate ruling (.2); review Cremens testimony outline (.3). |
| 11/16/2015 | VINCENT E. LAZAR | 1.60 | 1,520.00 | Emails with team re witness preparation, timing (.2); reviewed, commented on outline (.3); reviewed Sawyer direct (.3); reviewed term sheet draft, objections, re preparation for Cremens preparation and trial (.8). |
| 11/17/2015 | RICHARD B. LEVIN | 0.50 | 575.00 | Emails re Cremens testimony preparation. |

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 11/17/2015 | VINCENT E. LAZAR | 1.70 | 1,615.00 | Reviewed Ying and MacDougal declarations (.4); emails with client re potential and likely lines of questioning, preparation for same (.6); telephone conference with R. Levin re Day 5-6 testimony, C. Cremens preparation, and reviewed transcript for materials for preparation (.3); reviewed, commented on PIK/Fidelity settlement objection reply, emails with K&E re same (.4). |
| 11/18/2015 | RICHARD B. LEVIN | 5.70 | 6,555.00 | Prepare C. Cremens testimony (1.4); meeting C. Cremens re same (3.5); review materials to prepare for hearing (.8). |
| 11/18/2015 | VINCENT E. LAZAR | 2.90 | 2,755.00 | Reviewed Nextera letter, emails re same (.3); office conference with client re preparation for trial (2.0); reviewed updated reply on objections (.3); office conferences with K&E re Nextera, committee settlement update, strategy for 11/19 hearing (.3). |
| 11/19/2015 | RICHARD B. LEVIN | 5.60 | 6,440.00 | Prepare for and attend confirmation hearing. |
| 11/19/2015 | VINCENT E. LAZAR | 7.40 | 7,030.00 | Reviewed Sawyer declaration (.3); reviewed Ying, MacDougall declarations (.3); prepared for and attended confirmation hearing (Cremens testimony) (6.0); reviewed deck re plan and EPA settlement, commented on same (.3); reviewed updated deck (.2); reviewed Contrarian objection (.2); reviewed revised Ying declaration (.2). |
| 11/20/2015 | RICHARD B. LEVIN | 0.80 | 920.00 | Board meeting re Committee settlement, confirmation hearing. |
| 11/20/2015 | VINCENT E. LAZAR | 0.30 | 285.00 | Emails with trial team re board approval, settlement update and negotiations. |
| 11/24/2015 | VINCENT E. LAZAR | 1.80 | 1,710.00 | Reviewed amended Fidelity settlement, notice (.2); emails re trial schedule, settlements (.2); reviewed scheduling notice, agenda (.2); reviewed updated PIK noteholder settlement notice (.2); skimmed Henkin, Rule declarations (.4); reviewed draft EFH committee, notes trustee settlement agreement, proposed order (.3); skimmed redline of revised plan (.3). |
| 11/25/2015 | VINCENT E. LAZAR | 0.70 | 665.00 | Emails re settlement hearing, ruling date, various trail matters (.3); skimmed redlined settlement agreement, order (.2); reviewed scheduling email (.2). |
| 11/30/2015 | VINCENT E. LAZAR | 0.40 | 380.00 | Skimmed Day 8 transcript. |
| 12/01/2015 | RICHARD B. LEVIN | 0.30 | 345.00 | Conference call DDAs and Kirkland re confirmation hearing closing argument. |
| 12/01/2015 | VINCENT E. LAZAR | 0.90 | 855.00 | Reviewed hearing transcript (.4); reviewed revised litigation claims settlement order (.2); skimmed amended plan (.3). |
| 12/02/2015 | VINCENT E. LAZAR | 0.40 | 380.00 | Reviewed updated summary of plan objection responses (.2); skimmed hearing reports (.2). |
| 12/03/2015 | RICHARD B. LEVIN | 2.30 | 2,645.00 | Attend (by phone) confirmation ruling hearing. |
| 12/03/2015 | VINCENT E. LAZAR | 0.40 | 380.00 | Emails with team re hearing results, confirmation (.2); telephone conference with R. Levin re same (.2). |

9

| Date | Name | Hrs | Amt | Narrative |
|---|---|---|---|---|
| 12/04/2015 | VINCENT E. LAZAR | 0.40 | 380.00 | Reviewed Day 9 transcript. |
| 12/05/2015 | VINCENT E. LAZAR | 0.50 | 475.00 | Reviewed transcript of rulings on settlement motion, plan confirmation. |
| 12/07/2015 | VINCENT E. LAZAR | 0.40 | 380.00 | Reviewed plan confirmation order, settlement order; forwarded same. |
| 12/08/2015 | VINCENT E. LAZAR | 0.30 | 285.00 | Reviewed miscellaneous pleadings; amended plan. |
| 12/14/2015 | RICHARD B. LEVIN | 0.30 | 345.00 | Telephone conferences M. Thomas, P. Gelston re M&A fee allocation. |
| 12/16/2015 | RICHARD B. LEVIN | 0.20 | 230.00 | Emails re M&A fee allocation. |
|  |  | **221.30** | **223,875.00** |  |

**ENERGY FUTURES INTERMEDIATE HOLDING / EMPLOYMENT AND FEE APPLICATIONS (55152-10085)**

| Date | Name | Hrs | Amt | Narrative |
|---|---|---|---|---|
| 09/17/2015 | RICHARD B. LEVIN | 0.20 | 230.00 | Telephone conference D. Prager re Supplemental Declaration for Goldin; review draft. |
| 09/25/2015 | RICHARD B. LEVIN | 0.20 | 230.00 | Review and revise Jenner August Fee Statement. |
| 09/25/2015 | RICHARD B. LEVIN | 0.50 | 575.00 | Begin preparation for October fee applications. |
| 09/29/2015 | RICHARD B. LEVIN | 1.10 | 1,265.00 | Prepare October budget. |
| 10/06/2015 | RICHARD B. LEVIN | 0.20 | 230.00 | Telephone conference with A. Schwartz, R. Shepacarter re scope of employment. |
| 10/07/2015 | RICHARD B. LEVIN | 2.80 | 3,220.00 | Prepare Cravath & Jenner fee applications. |
| 10/08/2015 | RICHARD B. LEVIN | 0.80 | 920.00 | Prepared Jenner fee application. |
| 10/09/2015 | RICHARD B. LEVIN | 1.80 | 2,070.00 | Prepare Jenner application. |
| 10/15/2015 | RICHARD B. LEVIN | 2.80 | 3,220.00 | Prepare for Cravath fee application. |
| 10/16/2015 | RICHARD B. LEVIN | 4.30 | 4,945.00 | Prepare Jenner First Fee Application. |
| 10/19/2015 | RICHARD B. LEVIN | 1.40 | 1,610.00 | Prepare November budgets. |
| 10/20/2015 | RICHARD B. LEVIN | 4.40 | 5,060.00 | Prepare and finalize Jenner first interior fee application (3.6); prepare November budget (.8). |
| 10/21/2015 | RICHARD B. LEVIN | 0.40 | 460.00 | Revise monthly fee statement. |
| 10/25/2015 | RICHARD B. LEVIN | 2.80 | 3,220.00 | Prepare Cravath fee application. |
| 10/27/2015 | RICHARD B. LEVIN | 1.20 | 1,380.00 | Finalize Cravath Third Interim fee application. |
| 10/27/2015 | RICHARD B. LEVIN | 0.30 | 345.00 | Prepare Jenner 4th Monthly Fee Statement. |
| 11/16/2015 | RICHARD B. LEVIN | 0.20 | 230.00 | Emails, telephone conference J. Kenyon re supplemental disclosure. |
| 11/17/2015 | RICHARD B. LEVIN | 0.20 | 230.00 | Emails re supplemental Jenner disclosure. |
| 11/20/2015 | RICHARD B. LEVIN | 0.80 | 920.00 | Review and approve Cravath monthly fee statement (.2); prepare December budgets (.6). |

| 11/23/2015 | RICHARD B. LEVIN | 1.20 | 1,380.00 | Prepare December 2015 budgets (.4); prepare supplemental disclosure (.8). |
|---|---|---|---|---|
| 11/23/2015 | CARL N. WEDOFF | 0.50 | 325.00 | Drafted fourth supplemental declaration in support of retention application (.4); corresponded with R. Levin re same (.1). |
| 11/24/2015 | RICHARD B. LEVIN | 0.40 | 460.00 | Finalize supplemental disclosure. |
| 11/30/2015 | RICHARD B. LEVIN | 0.40 | 460.00 | Revise Cravath Third Interim Fee Application. |
| | | **28.90** | **32,985.00** | |

**ENERGY FUTURES INTERMEDIATE HOLDING / NON-WORKING TRAVEL (55152-10093)**

| Date | Name | Hrs | Amt | Narrative |
|---|---|---|---|---|
| 09/10/2015 | VINCENT E. LAZAR | 3.50 | 3,325.00 | Traveled to NYC for C. Cremens deposition preparation. |
| 09/11/2015 | VINCENT E. LAZAR | 3.50 | 3,325.00 | Traveled from NYC to Chicago. |
| 09/14/2015 | VINCENT E. LAZAR | 3.50 | 3,325.00 | Traveled to Chicago to NYC for C. Cremens deposition preparation. |
| 09/16/2015 | VINCENT E. LAZAR | 2.50 | 2,375.00 | Traveled from NYC to Wilmington for PSA approval hearing. |
| 09/17/2015 | VINCENT E. LAZAR | 7.00 | 6,650.00 | Traveled from Wilmington to Chicago, including extensive airport delay. |
| 11/02/2015 | VINCENT E. LAZAR | 3.00 | 2,850.00 | Traveled to Delaware for confirmation hearing (non-productive). |
| 11/06/2015 | VINCENT E. LAZAR | 3.00 | 2,850.00 | Traveled to Chicago (non-productive). |
| 11/11/2015 | VINCENT E. LAZAR | 3.00 | 2,850.00 | Non productive travel to Delaware. |
| 11/13/2015 | VINCENT E. LAZAR | 4.00 | 3,800.00 | Traveled to Chicago (non-productive). |
| 11/18/2015 | RICHARD B. LEVIN | 1.40 | 1,610.00 | Travel to Wilmington for confirmation hearing (1.4). |
| 11/18/2015 | VINCENT E. LAZAR | 4.00 | 3,800.00 | Traveled to Delaware for witness preparation/trial. |
| 11/19/2015 | RICHARD B. LEVIN | 2.90 | 3,335.00 | Return to New York from confirmation hearing. |
| 11/19/2015 | VINCENT E. LAZAR | 4.00 | 3,800.00 | Traveled to Chicago. |
| | | **45.30** | **43,895.00** | |
| LESS 50% REDUCTION FOR NON-WORKING TRAVEL TIME PER COURT ORDER | | | -21,947.50 | |
| | **TOTAL** | | 21,947.50 | |

11