# EXHIBIT I

## Detailed Expense Records for Jenner & Block LLP

| Date | Name | Title | Description | Amount | Narrative |
|---|---|---|---|---|---|
| 8/12/2015 | LEVIN, R. | PARTNER | TELEPHONE EXPENSE | 10.82 | Southpath conferencing |
| 8/12/2015 | LEVIN, R. | PARTNER | TELEPHONE EXPESE | 14.92 | Southpath conferencing |
| 8/12/2015 | LEVIN, R. | PARTNER | TELEPHONE EXPENSE | 4.93 | Southpath conferencing |
| 8/31/2015 | LEVIN, R. | PARTNER | TRANSPORTATION | 81.08 | Richard Levin 7/30/2015 travel to LGA |
| 9/3/2015 | LEVIN, R | PARTNER | TELEPHONE EXPENSE | 12.40 | Soundpath conferencing |
| 9/3/2015 | LEVIN, R. | PARTNER | TELEPHONE EXPENSE | 1.35 | Soundpath conferencing |
| 9/8/2015 | LEVIN, R. | PARTNER | B&W COPY | 1.10 | B&W Copies |
| 9/10/2015 | LEVIN, R. | PARTNER | B&W COPY | 7.20 | B&W Copies |
| 9/12/2015 | LEVIN, R. | PARTNER | TELEPHONE EXPENSE | 5.15 | Soundpath conferencing |
| 9/15/2015 | LAZAR, V. | PARTNER | TRANSPORTATION | 467.20 | Vincent Lazar, 9/10/2015-9/11/2015, travel to New York for Hearing, Airfare |
| 9/15/2015 | LAZAR, V. | PARTNER | LODGING | 603.05 | Vincent Lazar, 9/10/2015-9/11/2015, travel to New York for Hearing, Lodging |
| 9/15/2015 | LAZAR, V. | PARTNER | MEALS | 32.85 | Vincent Lazar, 9/10/2015-9/11/2015, travel to New York for Hearing, Meals |
| 9/15/2015 | LAZAR, V. | PARTNER | PARKING | 62.00 | Vincent Lazar, 9/10/2015-9/11/2015, travel to New York for Hearing, Parking |
| 9/15/2015 | LAZAR, V. | PARTNER | TAXI/CAR SERVICE | 43.60 | Vincent Lazar, 9/10/2015-9/11/2015, travel to New York for Hearing, Taxi/Car Service |
| 9/15/2015 | LAZAR, V. | PARTNER | TAXI/CAR SERVICE | 127.00 | Vincent Lazar, 9/10/2015-9/11/2015, travel to New York for Hearing, Taxi/car Service |

| Date | Name | Title | Category | Amount | Description |
|---|---|---|---|---|---|
| 9/17/2015 | LEVIN, R. | PARTNER | B&W COPY | 2.20 | B&W Copies |
| 9/22/2015 | LAZAR, V. | PARTNER | TRANSPORTATION | 2,382.18 | Vincent Lazar, 9/14/2015-9/18/2015, travel to New York Deposition, Airfare |
| 9/29/2015 | LEVIN, R. | PARTNER | B&W COPY | 21.40 | B&W Copies |
| 9/30/2015 | LEVIN, R. | PARTNER | PACER CHARGES | 30.10 | Pacer Chargers July 2015 – September 2015 |
| 10/7/2015 | LEVIN, R.. | PARTNER | PACER CHARGES | 31.00 | Pacer Chargers October 7, 2015 |
| 10/12/2015 | LEVIN, R. | PARTNER | TELEPHONE EXPENSE | 7.36 | Soundpath conferencing |
| 10/13/2015 | LEVIN, R. | PARTNER | OTHER: ELAN CORPORATE PAYMENT | 30.00 | Other; Elan Corporate Payment; 8/27/2015; Docket 8/15 Stmnt; Telephone Appearance for R. Levin |
| 11/10/2015 | LAZAR, V. | PARTNER | TRANSPORTATION | 2,887.57 | Vincent Lazar, Wilmington, DE, 11/2-6/2015 to Wilmington, DE for Confirmation Hearing, Airfare |
| 11/18/2015 | LAZAR, V. | PARTNER | TRANSPORTATION | 1,898.16 | Vincent Lazar, Wilmington, DE, 11/2-6/2015 to Wilmington, DE for Confirmation Hearing, Airfare |
| 11/24/2015 | LEVIN, R. | PARTNER | TRANSPORTATION | 858.90 | Richard Levin, Travel are 11/24/2015 |
| 12/3/2015 | LAZAR, V. | PARTNER | TRANSPORTATION | 1,206.63 | Vincent Lazar, Philadelphia, PA/Wilmington, DE, 11/18-19, 2015 for Hearing, Airfare |
| 12/23/2015 | LAZAR, V. | PARTNER | TAXI/CAR SERVICE | 99.15 | Vincent Lazar, Wilmington, DE, 11/2-6/2015 to Wilmington, DE for Confirmation Hearing, Taxi/car service |
| | | | | $10,929.30 | |