**EXHIBIT K**

**Comparison of Jenner & Block LLP Budgeted and Actual Fees**
**September through December 2016**

|  |  | 1 | 3 | 4 | 5 | 6 | 8 | 9 |  |
|---|---|---|---|---|---|---|---|---|---|
|  | **Matter** |  |  | **10042** |  | **10069** |  |  |  |
|  |  | **10010 Ch. 11** | **10034 Plan** | **Interco** | **10050 Tax** | **Sale** | **10085 Empl.** | **10093 Travel** | **Total** |
| **Fees** |  |  |  |  |  |  |  |  |  |
| September | Budget | $10,500.00 | $118,000.00 | $10,500.00 | $0.00 | $0.00 | $10,900.00 | $12,875.00 | $162,775.00 |
|  | Actual | $0.00 | $54,255.00 | $0.00 | $0.00 | $0.00 | $2,300.00 | $9,500.00 | $66,055.00 |
|  | Difference | $10,500.00 | $63,745.00 | $10,500.00 | $0.00 | $0.00 | $8,600.00 | $3,375.00 | $96,720.00 |
| October | Budget | $10,500.00 | $57,500.00 | $0.00 | $0.00 | $0.00 | $34,850.00 | $0.00 | $102,850.00 |
|  | Actual | $3,090.00 | $46,460.00 | $0.00 | $0.00 | $0.00 | $26,680.00 | $0.00 | $76,230.00 |
|  | Difference | $7,410.00 | $11,040.00 | $0.00 | $0.00 | $0.00 | $8,170.00 | $0.00 | $26,620.00 |
| November | Budget | $10,500.00 | $123,750.00 | $0.00 | $0.00 | $0.00 | $3,450.00 | $12,950.00 | $150,650.00 |
|  | Actual | $0.00 | $116,460.00 | $0.00 | $0.00 | $0.00 | $4,005.00 | $12,447.50 | $132,912.50 |
|  | Difference | $10,500.00 | $7,290.00 | $0.00 | $0.00 | $0.00 | -$555.00 | $502.50 | $17,737.50 |
| December | Budget | $0.00 | $9,750.00 | $0.00 | $0.00 | $0.00 | $3,450.00 | $0.00 | $13,200.00 |
|  | Actual | $0.00 | $6,700.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $6,700.00 |
|  | Difference | $0.00 | $3,050.00 | $0.00 | $0.00 | $0.00 | $3,450.00 | $0.00 | $6,500.00 |
| **Total** | **Budget** | 31,500.00 | 309,000.00 | 10,500.00 | 0.00 | 0.00 | 52,650.00 | 25,825.00 | 429,475.00 |
|  | **Actual** | 3,090.00 | 223,875.00 | 0.00 | 0.00 | 0.00 | 32,985.00 | 21,947.50 | 281,897.50 |
|  | **Difference** | 28,410.00 | 85,125.00 | 10,500.00 | 0.00 | 0.00 | 19,665.00 | 3,877.50 | 147,577.50 |
|  | **%Budget** | 10% | 72% | 0% |  |  | 63% | 85% | 66% |

|  | Matter | 1 | 3 | 4 | 5 | 6 | 8 | 9 | |
|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  | 10042 |  | 10069 |  |  |  |
|  |  | **10010 Ch. 11** | **10034 Plan** | **Interco** | **10050 Tax** | **Sale** | **10085 Empl.** | **10093 Travel** | **Total** |
|  | **Hours** |  |  |  |  |  |  |  |  |
| September | Budget | 10.00 | 120.00 | 10.00 | 0.00 | 0.00 | 12.00 | 25.00 | 177.00 |
|  | Actual | 0.00 | 54.10 | 0.00 | 0.00 | 0.00 | 2.00 | 20.00 | 76.10 |
|  | Difference | 10.00 | 65.90 | 10.00 | 0.00 | 0.00 | 10.00 | 5.00 | 100.90 |
| October | Budget | 10.00 | 60.00 | 0.00 | 0.00 | 0.00 | 33.00 | 0.00 | 103.00 |
|  | Actual | 3.00 | 46.80 | 0.00 | 0.00 | 0.00 | 23.20 | 0.00 | 73.00 |
|  | Difference | 7.00 | 13.20 | 0.00 | 0.00 | 0.00 | 9.80 | 0.00 | 30.00 |
| November | Budget | 10.00 | 125.00 | 0.00 | 0.00 | 0.00 | 6.00 | 26.00 | 167.00 |
|  | Actual | 0.00 | 114.00 | 0.00 | 0.00 | 0.00 | 3.70 | 25.30 | 143.00 |
|  | Difference | 10.00 | 11.00 | 0.00 | 0.00 | 0.00 | 2.30 | 0.70 | 24.00 |
| December | Budget | 0.00 | 9.00 | 0.00 | 0.00 | 0.00 | 3.00 | 0.00 | 12.00 |
|  | Actual | 0.00 | 6.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.40 |
|  | Difference | 0.00 | 2.60 | 0.00 | 0.00 | 0.00 | 3.00 | 0.00 | 5.60 |
| **Total** | **Budget** | 30.00 | 314.00 | 10.00 | 0.00 | 0.00 | 54.00 | 51.00 | 459.00 |
|  | **Actual** | 3.00 | 221.30 | 0.00 | 0.00 | 0.00 | 28.90 | 45.30 | 298.50 |
|  | **Difference** | 27.00 | 92.70 | 10.00 | 0.00 | 0.00 | 25.10 | 5.70 | 160.50 |
|  | **%Budget** | 10% | 70% | 0% |  |  | 54% | 89% | 65% |

105052.4

02/16/2016 SL1 1403537v1 109285.00005