**EXHIBIT A**

McElroy, Deutsch, Mulvaney
& Carpenter, LLP

FEE APPLICATION  PAGE: **1**
RUN DATE: October 23, 2015  REF: 895946

CLIENT - MATTER    E0700 Energy Future Competitive Holdings Compa
1001 Bankruptcy

| ACTIVITY DATE | DESCRIPTION OF SERVICES | HOURS | AMOUNT | ATTY |
|---|---|---|---|---|
| Case Administration | | | | |
| 09/02/15 | Review efile notices, download and circulate documents | 0.10 | 23.00 | 1591 SLS |
| 09/04/15 | Update calendar | 0.20 | 46.00 | 1591 SLS |
| 09/08/15 | Coordinate D. Primack telephonic appearance for 9/9 hearing | 0.20 | 46.00 | 1591 SLS |
| 09/08/15 | Review efile notices, download documents and update calendar | 0.20 | 46.00 | 1591 SLS |
| 09/11/15 | Coordinate D. Primack telephonic appearance for 9/11 hearing | 0.20 | 46.00 | 1591 SLS |
| 09/11/15 | Coordinate receipt of transcripts for 9/9 and 9/11 hearings | 0.20 | 46.00 | 1591 SLS |
| 09/14/15 | Review efile notices and download documents | 0.10 | 23.00 | 1591 SLS |
| 09/15/15 | Review efile notices regarding Depostion Notices and update calendar | 0.40 | 92.00 | 1591 SLS |
| 09/15/15 | Coordinate D. Primack telephonic appearance for 9/16 hearing | 0.20 | 46.00 | 1591 SLS |
| 09/16/15 | Coordinate receipt of 9/16 hearing transcript | 0.20 | 46.00 | 1591 SLS |
| 09/17/15 | Retrieve notice of telephonic hearing and coordinate D. Primack appearance for same, update calendar | 0.20 | 46.00 | 1591 SLS |
| 09/18/15 | Retrieve and forward 9/17 hearing transcript | 0.20 | 46.00 | 1591 SLS |
| 09/18/15 | Retrieve documents for 9/18 teleconference | 0.20 | 46.00 | 1591 SLS |
| 09/18/15 | Retrieve and circulate hearing transcript for 9/16. | 0.10 | 23.00 | 1591 SLS |
| 09/21/15 | Retrieve and circulate 9/18 hearing transcript | 0.20 | 46.00 | 1591 SLS |
| 09/21/15 | Review efile notices and download documents | 0.40 | 92.00 | 1591 SLS |
| 09/22/15 | Update calendar | 0.50 | 115.00 | 1591 SLS |
| 09/23/15 | Review, download efile notices and update calendar | 0.20 | 46.00 | 1591 SLS |
| 09/25/15 | Update calendar | 0.20 | 46.00 | 1591 SLS |
| 09/25/15 | Coordinate D. Primack appearance for 9/28 telephonic hearing | 0.30 | 69.00 | 1591 SLS |
| | TOTAL Case Administration | 4.50 | 1,035.00 | |
| Claims Administration and Objections | | | | |
| 09/02/15 | Draft (2) Certifications of No Objection to Omnibus Claim Objections number 29 and 30 | 1.20 | 276.00 | 1591 SLS |
| 09/02/15 | Review of CNO related to claim objections | 0.30 | 142.50 | 1592 DPP |
| 09/03/15 | Email with co-counsel re: claims objection CNO's | 0.20 | 95.00 | 1592 DPP |
| 09/04/15 | Edit certifications of no objection to 29th and 30th Omnibus Objection to Claims | 0.20 | 46.00 | 1591 SLS |
| 09/04/15 | File (2) certifications of no objection to 29th and 30th Omnibus Objections to Claims | 0.50 | 115.00 | 1591 SLS |
| 09/04/15 | Review of edits to CNO's for claims objections | 0.20 | 95.00 | 1592 DPP |
| 09/10/15 | Edit Claim chart for hearing agenda | 0.20 | 46.00 | 1591 SLS |
| 09/10/15 | Prepare Claims Objections certification of no objection packages and forward to Chambers | 0.30 | 69.00 | 1591 SLS |
| 09/10/15 | Draft Claim Chart for 9/17 hearing agenda | 0.60 | 138.00 | 1591 SLS |
| | TOTAL Claims Administration and Objections | 3.70 | 1,022.50 | |
| Fee/Employment Applications | | | | |
| 09/01/15 | Draft MDMC monthly fee invoice statement | 0.50 | 115.00 | 1591 SLS |
| 09/01/15 | Review of monthly payment package for client | 0.20 | 95.00 | 1592 DPP |
| 09/01/15 | Edits to supplement to interim fee application | 0.60 | 285.00 | 1592 DPP |
| 09/02/15 | Review email from D. Primack re supplement for fee application and discuss with D. Primack | 0.10 | 60.00 | 1294 GDB |
| 09/02/15 | Edit Supplement to MDMC 1st Interim Fee Application | 0.60 | 138.00 | 1591 SLS |
| 09/02/15 | File Supplement to MDMC 1st Interim Fee application and forward to UST | 0.30 | 69.00 | 1591 SLS |
| 09/02/15 | Edits to interim fee application supplement | 4.90 | 2327.50 | 1592 DPP |

McElroy, Deutsch, Mulvaney
& Carpenter, LLP

FEE APPLICATION  PAGE: 2
RUN DATE: October 23, 2015  REF: 895946

| ACTIVITY DATE | DESCRIPTION OF SERVICES | HOURS | AMOUNT | ATTY |
|---|---|---|---|---|
| 09/08/15 | Draft MTO certification of no objection to monthly fee statement | 0.20 | 46.00 | 1591 SLS |
| 09/09/15 | Discuss fee estimate with D. Primack | 0.10 | 60.00 | 1294 GDB |
| 09/10/15 | File certification of no objection to MTO monthly fee statement | 0.20 | 46.00 | 1591 SLS |
| 09/15/15 | Review and edit MDMC August invoice | 0.40 | 92.00 | 1591 SLS |
| 09/15/15 | Draft of budget for October | 0.80 | 380.00 | 1592 DPP |
| 09/17/15 | Draft certification of no objection to MDMC monthly fee statement | 0.20 | 46.00 | 1591 SLS |
| 09/17/15 | Draft MDMC 2nd Interim Fee Application | 1.50 | 345.00 | 1591 SLS |
| 09/17/15 | Review of certficate of no objection re: monthly fee application | 0.20 | 95.00 | 1592 DPP |
| 09/18/15 | Draft MFIS and payment package for MDMC | 1.00 | 230.00 | 1591 SLS |
| 09/18/15 | Draft MDMC August monthly fee statement | 0.30 | 69.00 | 1591 SLS |
| 09/18/15 | Continued draft of MDMC 2nd interim fee application | 1.50 | 345.00 | 1591 SLS |
| 09/18/15 | File certification of no objection to MDMC monthly fee statement | 0.10 | 23.00 | 1591 SLS |
| 09/21/15 | File MDMC 7th montly fee statement and forward for service | 0.50 | 115.00 | 1591 SLS |
| 09/21/15 | Review of monthly payment package | 0.30 | 142.50 | 1592 DPP |
| 09/21/15 | Email to corporate representative re:monthly payment package | 0.20 | 95.00 | 1592 DPP |
| 09/22/15 | Draft Greenhill's monthly fee statement certification of no objection | 0.40 | 92.00 | 1591 SLS |
| 09/23/15 | Continued draft of MDMC 2nd inteirm fee application | 3.90 | 897.00 | 1591 SLS |
| 09/24/15 | Draft Notice of MTO monthly fee statement and finalize for filing | 0.30 | 69.00 | 1591 SLS |
| 09/24/15 | Draft Notice of Greenhill's monthly fee statement and finalize for filing | 0.30 | 69.00 | 1591 SLS |
| 09/24/15 | file and serve Munger's monthly fee statement for July 2015 | 0.30 | 69.00 | 1591 SLS |
| 09/24/15 | file and forward for service Greenhill's August Monthly fee statement | 0.30 | 69.00 | 1591 SLS |
| 09/24/15 | Draft and edits to second interim fee application | 3.10 | 1472.50 | 1592 DPP |
| 09/25/15 | Discuss fee application issues with D. Primack | 0.20 | 120.00 | 1294 GDB |
| 09/25/15 | Continued draft of MDMC 2nd interim fee application | 2.40 | 552.00 | 1591 SLS |
| 09/25/15 | Edits to second interim fee application | 3.20 | 1520.00 | 1592 DPP |
| | TOTAL Fee/Employment Applications | 29.10 | 10,148.50 | |

Plan and Disclosure Statement

| | | | | |
|---|---|---|---|---|
| 09/02/15 | Discuss discovery dispute re Bank of New York and Reed Smith and discuss same with D. Primack | 0.30 | 97.50 | 1520 ASA |
| 09/02/15 | Review of disputes over discovery related to plan and disclosure statement | 0.90 | 427.50 | 1592 DPP |
| 09/04/15 | Call with co-counsel regarding confirmation hearing coordination | 0.20 | 95.00 | 1592 DPP |
| 09/09/15 | Attendance at teleconference court hearing for issues relating to plan support agreement | 2.00 | 950.00 | 1592 DPP |
| 09/11/15 | Attendance at telephonic hearing on plan issues | 1.00 | 475.00 | 1592 DPP |
| 09/15/15 | Review of various objections and pleadings for plan and disclosure statement issues | 2.20 | 1045.00 | 1592 DPP |
| 09/16/15 | Attendance at telephonic hearing | 1.80 | 855.00 | 1592 DPP |
| 09/17/15 | Attendance at omnibus hearing | 2.60 | 1235.00 | 1592 DPP |
| 09/18/15 | Attendance at telephonic court hearing | 1.10 | 522.50 | 1592 DPP |
| 09/21/15 | Attendance at court hearing | 1.70 | 807.50 | 1592 DPP |
| 09/22/15 | Retrieve amended plan and disclosure statement | 0.40 | 92.00 | 1591 SLS |
| 09/25/15 | Attendance at telephonic hearing | 1.20 | 570.00 | 1592 DPP |
| 09/28/15 | Attendance on telephonic court hearing | 1.40 | 665.00 | 1592 DPP |
| | TOTAL Plan and Disclosure Statement | 16.80 | 7,837.00 | |

**TOTAL HOURS:** **54.10**

McElroy, Deutsch, Mulvaney
& Carpenter, LLP

| | FEE APPLICATION | | PAGE: 3 |
| | RUN DATE: October 23, 2015 | | REF: 895946 |

| ACTIVITY DATE | DESCRIPTION OF DISBURSEMENT | AMOUNT | |
|---|---|---|---|
| 06/11/15 | VENDOR: Veritext/New York Reporting Co., LLC; INVOICE#: NY2337692; DATE: 6/11/2015.  Transcript. | 111.60 | |
| 09/11/15 | VENDOR: Veritext/New York Reporting Co., LLC; INVOICE#: NY2421499; DATE: 9/11/2015.  Transcript. | 124.80 | |
| | TOTAL Transcripts | | 236.40 |
| 09/17/15 | American Express: Court Call- D. Primack. | 65.00 | |
| 09/18/15 | American Express: Court Call-D. Primack. | 37.00 | |
| 09/23/15 | American Express: Court Call-D. Primack. | 58.00 | |
| 09/26/15 | American Express: Court Call-D. Primack. | 44.00 | |
| | TOTAL Telephone Calls | | 204.00 |
| 09/02/15 | VENDOR: PARCELS INC., - D D R; INVOICE#: 595462; DATE: 9/2/2015.  Messenger service to Office of the US Trustee. | 7.50 | |
| 09/10/15 | VENDOR: PARCELS INC., - D D R; INVOICE#: 596485; DATE: 9/10/2015.  Messenger service to Judge Christopher S. Sontchi. | 7.50 | |
| | TOTAL Messenger Services | | 15.00 |
| 09/30/15 | Pacer charge for the month of September 2015 Acct# MH0032 | 1.80 | |
| | TOTAL Pacer | | 1.80 |
| | TOTAL DISBURSEMENTS VALUE | | 457.20 |

McElroy, Deutsch, Mulvaney
& Carpenter, LLP

FEE APPLICATION  PAGE: 4
RUN DATE: October 23, 2015  REF: 895946

| Attorney | Hours | Rate | Value |
|---|---|---|---|
| DPP | 30.30 | 475.00 | 14,392.50 |
| GDB | 0.40 | 600.00 | 240.00 |
| ASA | 0.30 | 325.00 | 97.50 |
| SLS | 23.10 | 230.00 | 5,313.00 |

| Task | Hours | Amount |
|---|---|---|
| D24 - Case Administration | 4.50 | 1035.00 |
| D25 - Claims Administration and Objections | 3.70 | 1022.50 |
| D27 - Fee/Employment Applications | 29.10 | 10148.50 |
| D32 - Plan and Disclosure Statement | 16.80 | 7837.00 |

| Disbursement Code | Amount |
|---|---|
| 10 - Transcripts | 236.40 |
| 12 - Telephone Calls | 204.00 |
| 16 - Messenger Services | 15.00 |
| 36 - Pacer | 1.80 |

|  |  |
|---|---|
| TOTAL FEES | 20,043.00 |
| TOTAL DISB | 457.20 |
| TOTAL BALANCE DUE | 20,500.20 |

**EXHIBIT B**

McElroy, Deutsch, Mulvaney
& Carpenter, LLP

FEE APPLICATION  PAGE:**1**
RUN DATE: November 30, 2015  REF: 901962

CLIENT - MATTER     E0700 Energy Future Competitive Holdings Compa
                    1001 Bankruptcy

| ACTIVITY DATE | DESCRIPTION OF SERVICES | HOURS | AMOUNT | ATTY |
|---|---|---|---|---|
| Case Administration | | | | |
| 10/05/15 | Update calendar | 0.50 | 115.00 | 1591 SLS |
| 10/05/15 | Review efile notices and download documents for circulation | 0.40 | 92.00 | 1591 SLS |
| 10/06/15 | Email D. Primack - question re hearing | 0.10 | 60.00 | 1294 GDB |
| 10/09/15 | Update calendar | 0.20 | 46.00 | 1591 SLS |
| 10/15/15 | Edit October financing and staffing budget | 0.30 | 69.00 | 1591 SLS |
| 10/16/15 | Review efile notices and download documents | 0.40 | 92.00 | 1591 SLS |
| 10/19/15 | Call with S. Shidner & D. Primack re certification | 0.20 | 120.00 | 1294 GDB |
| 10/19/15 | Prepare hearing binder for 10/20 hearing | 0.40 | 92.00 | 1591 SLS |
| 10/26/15 | Retrieve and circulate 10/28 agenda | 0.20 | 46.00 | 1591 SLS |
| 10/26/15 | Update calendar | 0.10 | 23.00 | 1591 SLS |
| | TOTAL Case Administration | 2.80 | 755.00 | |
| Fee/Employment Applications | | | | |
| 10/01/15 | Prepare notice for 10th MFS for MTO, efile 10th MFS & Notice | 0.40 | 56.00 | 1051 SBM |
| 10/01/15 | Review of MTO fee statement for filing | 0.20 | 95.00 | 1592 DPP |
| 10/01/15 | Review of fee committee letter re: McElroy monthly fee application | 0.20 | 95.00 | 1592 DPP |
| 10/02/15 | Edits to interim fee application | 2.80 | 1330.00 | 1592 DPP |
| 10/07/15 | Review of email from co-counsel re: monthly statement application | 0.20 | 95.00 | 1592 DPP |
| 10/08/15 | Edit August Invoice | 0.20 | 46.00 | 1591 SLS |
| 10/15/15 | Finalize and file MTO interim fee application | 0.60 | 138.00 | 1591 SLS |
| 10/15/15 | Finalize and file Greenhill interim fee application | 0.60 | 138.00 | 1591 SLS |
| 10/15/15 | Finalize and file MDMC interim fee application | 0.60 | 138.00 | 1591 SLS |
| 10/15/15 | Review and filing of Greenhill interim fee application | 0.40 | 190.00 | 1592 DPP |
| 10/15/15 | Review and filing of MTO interim fee application | 0.40 | 190.00 | 1592 DPP |
| 10/15/15 | Review and filing of MDMC interim fee application | 0.80 | 380.00 | 1592 DPP |
| 10/15/15 | Preparation of November budget | 0.70 | 332.50 | 1592 DPP |
| 10/19/15 | Draft Certification of No Objection to Greenhill's monthly fee statement | 0.20 | 46.00 | 1591 SLS |
| 10/19/15 | Draft Certification of No Objection to Munger's monthly fee statement | 0.20 | 46.00 | 1591 SLS |
| 10/19/15 | Draft Certification of No Objection to MDMC's monthly fee statement | 0.20 | 46.00 | 1591 SLS |
| 10/19/15 | File (3) Certifications of No Objection to monthly fee statements and forward to applicants | 0.30 | 69.00 | 1591 SLS |
| 10/19/15 | Review of CNOs for monthly fee applications for McElroy, MTO and Greenhill | 0.40 | 190.00 | 1592 DPP |
| 10/20/15 | Prepare payment package for MDMC August invoices | 0.60 | 138.00 | 1591 SLS |
| 10/20/15 | Retrieve and forward Notice of Fee Application hearing | 0.30 | 69.00 | 1591 SLS |
| 10/21/15 | Retrieve and circulate fee examiners report | 0.20 | 46.00 | 1591 SLS |
| 10/21/15 | Finalize for filing Greenhill's Supplemental Declaration and file | 0.30 | 69.00 | 1591 SLS |
| 10/21/15 | Review of Rosen declaration for filing with Greenhill application | 0.30 | 142.50 | 1592 DPP |
| 10/21/15 | Email to Debtors re: payment package | 0.30 | 142.50 | 1592 DPP |
| 10/22/15 | Review of materials for interim fee hearing | 0.40 | 190.00 | 1592 DPP |
| 10/26/15 | Finalize and file MTO certificaton of no objection to 10th monthly fee statement | 0.40 | 92.00 | 1591 SLS |
| 10/26/15 | Email with MTO re: CNO for monthly fee application | 0.20 | 95.00 | 1592 DPP |
| 10/27/15 | Draft MDMC September monthly fee statement and Notice | 1.30 | 299.00 | 1591 SLS |
| 10/28/15 | Prepare IFA's to request fees holdback release | 0.70 | 161.00 | 1591 SLS |
| 10/28/15 | Review of interim fee application payment package | 0.30 | 142.50 | 1592 DPP |

McElroy, Deutsch, Mulvaney  
& Carpenter, LLP

FEE APPLICATION                                                                 PAGE: 2  
RUN DATE: November 30, 2015                                                     REF: 901962

| ACTIVITY DATE | DESCRIPTION OF SERVICES | HOURS | AMOUNT | ATTY |
|---|---|---|---|---|
| 10/29/15 | Continue drafting Interim Fee Summary | 0.50 | 115.00 | 1591 SLS |
| 10/29/15 | Edit and file MDMC 8th monthly fee statement | 0.40 | 92.00 | 1591 SLS |
| | TOTAL Fee/Employment Applications | 15.60 | 5,414.00 | |
| *Litigation* | | | | |
| 10/20/15 | Attendence at hearing on "make-whole" summary judgment motions | 2.90 | 1377.50 | 1592 DPP |
| | TOTAL Litigation | 2.90 | 1,377.50 | |
| *Plan and Disclosure Statement* | | | | |
| 10/02/15 | Address issues regarding confirmation trial preparation | 1.10 | 522.50 | 1592 DPP |
| 10/05/15 | Preparation for confirmation trial | 1.70 | 807.50 | 1592 DPP |
| 10/13/15 | Review of plan and disclosure statement for upcoming confirmation hearing | 3.20 | 1520.00 | 1592 DPP |
| 10/14/15 | Finalize and file Notice of Service of Expert Report | 0.70 | 161.00 | 1591 SLS |
| 10/14/15 | Preparation for upcoming confirmation trial | 2.10 | 997.50 | 1592 DPP |
| 10/14/15 | Review of, filing and service of expert report | 0.80 | 380.00 | 1592 DPP |
| 10/15/15 | Meeting with D. Primack and S. Mullen regarding logistics for upcoming plan hearings | 0.80 | 184.00 | 1591 SLS |
| 10/15/15 | Attendance at hearing | 5.90 | 2802.50 | 1592 DPP |
| 10/15/15 | Coordinate confirmation trial logisitics | 0.80 | 380.00 | 1592 DPP |
| 10/16/15 | Preparation of materials and files for month long confirmation trial | 0.90 | 126.00 | 1051 SBM |
| 10/19/15 | Preparation of materials and files for month long confirmation trial | 0.50 | 70.00 | 1051 SBM |
| 10/19/15 | Preparation of materials and files for month long confirmation trial | 1.00 | 230.00 | 1591 SLS |
| 10/20/15 | Preparation of materials and files for month long confirmation trial | 1.60 | 224.00 | 1051 SBM |
| 10/20/15 | Telephone call with D. Gadsen regarding logistics for pending plan confirmation hearings | 0.70 | 161.00 | 1591 SLS |
| 10/20/15 | Coordination and preparation for confirmation trial | 2.10 | 997.50 | 1592 DPP |
| 10/22/15 | Preparation of materials and files for month long confirmation trial | 0.60 | 84.00 | 1051 SBM |
| 10/22/15 | Preparation of materials and files for month long confirmation trial | 0.60 | 84.00 | 1051 SBM |
| 10/22/15 | Coordination for plan confirmation hearing | 2.40 | 1140.00 | 1592 DPP |
| 10/23/15 | Preparation for confirmation hearing | 1.90 | 902.50 | 1592 DPP |
| 10/27/15 | Prepare hearing binders for confirmation hearings | 3.90 | 897.00 | 1591 SLS |
| 10/27/15 | Email to co-counsel re: pro hac motions | 0.20 | 95.00 | 1592 DPP |
| 10/27/15 | Call with S. Goldman re: confirmation trial preparation | 0.20 | 95.00 | 1592 DPP |
| 10/27/15 | Coordination for confirmation trial preparation | 0.90 | 427.50 | 1592 DPP |
| 10/28/15 | Attendance at hearing | 5.10 | 2422.50 | 1592 DPP |
| 10/29/15 | Retrieve and review "make-whole" Opinions | 0.70 | 161.00 | 1591 SLS |
| 10/30/15 | Attendance at hearing | 1.30 | 617.50 | 1592 DPP |
| | TOTAL Plan and Disclosure Statement | 41.70 | 16,489.50 | |
| | **TOTAL HOURS:** | **63.00** | | |

McElroy, Deutsch, Mulvaney
& Carpenter, LLP

FEE APPLICATION                                                                              PAGE: 3
RUN DATE: November 30, 2015                                                         REF: 901962

_____

| ACTIVITY DATE | DESCRIPTION OF DISBURSEMENT | AMOUNT | |
|---|---|---:|---:|
| 09/15/15 | VENDOR: Veritext/New York Reporting Co., LLC; INVOICE#: NY2423309; DATE: 9/15/2015.  Transcript of hearing on 09/11/15. | 56.40 | |
| 09/17/15 | VENDOR: Veritext/New York Reporting Co., LLC; INVOICE#: NY2426139; DATE: 9/17/2015.  Transcript from 09/16/15. | 84.00 | |
| 09/18/15 | VENDOR: Veritext/New York Reporting Co., LLC; INVOICE#: NY2426946; DATE: 9/18/2015.  Transcript from 09/17/15. | 115.20 | |
| 09/21/15 | VENDOR: Veritext/New York Reporting Co., LLC; INVOICE#: NY2428117; DATE: 9/21/2015.  Transcript from 09/18/15. | 61.20 | |
| 09/22/15 | VENDOR: Veritext/New York Reporting Co., LLC; INVOICE#: NY2429256; DATE: 9/22/2015.  Transcript from 09/21/15. | 98.40 | |
| 10/30/15 | VENDOR: Veritext/New York Reporting Co., LLC; INVOICE#: NY2462508; DATE: 10/30/2015.  Transcript. | 234.00 | |
| | TOTAL Transcripts | | 649.20 |
| 10/02/15 | American Express: Courtcall- D. Primack. | 44.00 | |
| | TOTAL Telephone Calls | | 44.00 |
| 10/31/15 | Pacer charge for the month of October 2015 Acct# MH0032 | 8.00 | |
| 10/31/15 | Pacer charge for the month of October 2015 Acct# MH0032 | 3.00 | |
| | TOTAL Pacer | | 11.00 |
| 10/14/15 | American Express: Trial Preparation Supplies. | 26.70 | |
| 10/14/15 | American Express: Trial Preparation Supplies. | 39.93 | |
| 10/18/15 | American Express: Split Charge: Trial Preparation Supplies. | 36.64 | |
| 10/25/15 | American Express: Split Charge: Trail Preparation Supplies. | 14.29 | |
| | TOTAL Literature & Supplies | | 117.56 |
| | TOTAL DISBURSEMENTS VALUE | | 821.76 |

McElroy, Deutsch, Mulvaney  
& Carpenter, LLP

FEE APPLICATION                                                     PAGE: 4  
RUN DATE: November 30, 2015                                         REF: 901962

_____

| Attorney | Hours | Rate | Value |
|---|---|---|---|
| DPP | 40.20 | 475.00 | 19,095.00 |
| GDB | 0.30 | 600.00 | 180.00 |
| SLS | 17.90 | 230.00 | 4,117.00 |
| SBM | 4.60 | 140.00 | 644.00 |

| Task | Hours | Amount |
|---|---|---|
| D24 - Case Administration | 2.80 | 755.00 |
| D27 - Fee/Employment Applications | 15.60 | 5414.00 |
| D30 - Litigation | 2.90 | 1377.50 |
| D32 - Plan and Disclosure Statement | 41.70 | 16489.50 |

| Disbursement Code | Amount |
|---|---|
| 10 - Transcripts | 649.20 |
| 12 - Telephone Calls | 44.00 |
| 36 - Pacer | 11.00 |
| 95 - Literature & Supplies | 117.56 |

|  |  |
|---|---|
| TOTAL FEES | 24,036.00 |
| TOTAL DISB | 821.76 |
| TOTAL BALANCE DUE | 24,857.76 |

**EXHIBIT C**

McElroy, Deutsch, Mulvaney
& Carpenter, LLP

FEE APPLICATION  PAGE:**1**
RUN DATE: December 22, 2015  REF: 904582

CLIENT - MATTER    E0700 Energy Future Competitive Holdings Compa
                   1001 Bankruptcy

| ACTIVITY DATE | DESCRIPTION OF SERVICES | HOURS | AMOUNT | ATTY |
|---|---|---|---|---|
| Case Administration | | | | |
| 11/02/15 | Retrieve and forward Orders, etc. in case as requested by co-counsel | 0.20 | 28.00 | 1051 SBM |
| 11/02/15 | Review efile notices and download documents | 0.20 | 46.00 | 1591 SLS |
| 11/04/15 | Multiple telephone conversations and emails with MTO re trial logistics | 0.60 | 84.00 | 1051 SBM |
| 11/04/15 | Update calendar | 0.10 | 23.00 | 1591 SLS |
| 11/05/15 | Review objection to testimony review, draft response, exhibits, send email with questions/issues | 0.60 | 360.00 | 1294 GDB |
| 11/05/15 | Call with D. Primack re filing, discuss with S. Shidner | 0.20 | 120.00 | 1294 GDB |
| 11/05/15 | Review multiple emails from co-counsel etc. re filing | 0.20 | 120.00 | 1294 GDB |
| 11/05/15 | Review revised response to objection to testimony, discuss with D. Primack and S. Shidner | 0.40 | 240.00 | 1294 GDB |
| 11/23/15 | Update calendar | 0.10 | 23.00 | 1591 SLS |
| 11/24/15 | Telephone call with hotel regarding cancelation of reserved rooms for confirmation hearings | 0.40 | 92.00 | 1591 SLS |
| | TOTAL Case Administration | 3.00 | 1,136.00 | |
| Fee/Employment Applications | | | | |
| 11/02/15 | Draft Notice of MTO September monthly fee statement | 0.20 | 46.00 | 1591 SLS |
| 11/02/15 | Edit and finalize for filing MTO notice of monthly fee statement | 0.30 | 69.00 | 1591 SLS |
| 11/02/15 | Review of MTO monthly fee statement | 0.20 | 95.00 | 1592 DPP |
| 11/03/15 | Finalize and file MTO 11th monthly fee statement | 0.20 | 46.00 | 1591 SLS |
| 11/04/15 | Edit MDMC October monthly fee statement | 0.30 | 69.00 | 1591 SLS |
| 11/16/15 | Draft of December budget | 1.40 | 665.00 | 1592 DPP |
| 11/23/15 | Finalize for filing Greenhill's monthly fee statement and draft notice of same | 0.30 | 69.00 | 1591 SLS |
| 11/23/15 | Finalize for filing MTO's 12th monthly fee statement | 0.10 | 23.00 | 1591 SLS |
| 11/23/15 | File Greenhill's monthly fee statement and forward to Epiq for service | 0.30 | 69.00 | 1591 SLS |
| 11/23/15 | File MTO's monthly fee statement and forward to Epiq for service | 0.30 | 69.00 | 1591 SLS |
| 11/23/15 | Draft Notice of MTO's October monthly fee statement | 0.20 | 46.00 | 1591 SLS |
| 11/23/15 | Review of notice of MTO monthly fee application | 0.20 | 95.00 | 1592 DPP |
| 11/23/15 | Review of notice of Greenhill monthly fee application | 0.20 | 95.00 | 1592 DPP |
| 11/24/15 | Draft MDMC certification of no objection to monthly fee statement for September | 0.20 | 46.00 | 1591 SLS |
| 11/24/15 | Draft certification of no objection to MTO's monthly fee statement | 0.20 | 46.00 | 1591 SLS |
| 11/25/15 | File MDMC certification of no objection to monthly fee statement | 0.10 | 23.00 | 1591 SLS |
| 11/30/15 | File MTO's certification of no objection to 11th monthly fee statement | 0.30 | 69.00 | 1591 SLS |
| 11/30/15 | Draft MDMC October monthly fee statement | 0.50 | 115.00 | 1591 SLS |
| 11/30/15 | File and forward for service MDMC 9th monthly fee statement | 0.50 | 115.00 | 1591 SLS |
| 11/30/15 | Review Protocol & finalize MDMC fee statements | 0.90 | 207.00 | 1591 SLS |
| 11/30/15 | Review of MDMC monthly fee application | 0.70 | 332.50 | 1592 DPP |
| 11/30/15 | Review of MDMC monthly pay package application | 0.40 | 190.00 | 1592 DPP |
| 11/30/15 | Review of CNO to Munger Tolles fee application | 0.20 | 95.00 | 1592 DPP |
| | TOTAL Fee/Employment Applications | 8.20 | 2,694.50 | |
| Plan and Disclosure Statement | | | | |
| 11/02/15 | Attendance at hearing | 1.40 | 665.00 | 1592 DPP |
| 11/02/15 | Preparation for confirmation hearing | 0.80 | 380.00 | 1592 DPP |
| 11/03/15 | Attendance at confirmation hearing | 8.10 | 3847.50 | 1592 DPP |

McElroy, Deutsch, Mulvaney
& Carpenter, LLP

FEE APPLICATION                                                                PAGE: 2
RUN DATE: December 22, 2015                                                  REF: 904582

| ACTIVITY DATE | DESCRIPTION OF SERVICES | HOURS | AMOUNT | ATTY |
|---|---|---|---|---|
| 11/04/15 | Attendance at confirmation hearing | 8.20 | 3895.00 | 1592 DPP |
| 11/05/15 | Finalize for filing Response to Objection to Written Testimony, file and serve | 2.70 | 621.00 | 1591 SLS |
| 11/05/15 | Attendance at confirmation hearing | 5.30 | 2517.50 | 1592 DPP |
| 11/05/15 | Emails with K. Allred re: response to objection to expert testimony | 0.40 | 190.00 | 1592 DPP |
| 11/06/15 | Attendance at confirmaton hearing | 8.10 | 3847.50 | 1592 DPP |
| 11/12/15 | Attendance at confirmation hearing | 8.30 | 3942.50 | 1592 DPP |
| 11/13/15 | Attendance at confirmation hearing | 9.10 | 4322.50 | 1592 DPP |
| 11/16/15 | Draft Notice of Service of Written Testimony | 0.50 | 115.00 | 1591 SLS |
| 11/16/15 | Finalize Notice of Service, file and forward to Court | 0.50 | 115.00 | 1591 SLS |
| 11/16/15 | Forward Notice of Service of Testimony | 0.10 | 23.00 | 1591 SLS |
| 11/16/15 | Review of Sawyer declaration of written testimony | 1.80 | 855.00 | 1592 DPP |
| 11/16/15 | Draft of and filing of notice of Sawyer declaration of written testimony | 1.20 | 570.00 | 1592 DPP |
| 11/19/15 | Attendance at hearing | 5.30 | 2517.50 | 1592 DPP |
| 11/23/15 | Review agenda for 11/25 hearing | 0.10 | 23.00 | 1591 SLS |
| 11/25/15 | Attendance at hearing | 3.10 | 1472.50 | 1592 DPP |
| | TOTAL Plan and Disclosure Statement | 65.00 | 29,919.50 | |

**TOTAL HOURS:   76.20**

| ACTIVITY DATE | DESCRIPTION OF DISBURSEMENT | AMOUNT | |
|---|---|---|---|
| 10/30/15 | Lunch with Munger Tolles | 34.00 | |
| | TOTAL Meal, Lodging, etc. | | 34.00 |
| 11/05/15 | VENDOR: PARCELS INC., - D D R; INVOICE#: 605957; DATE: 11/5/2015. Messenger service to Judge Christopher Sontchi. | 18.00 | |
| 11/17/15 | VENDOR: PARCELS INC., - D D R; INVOICE#: 607872; DATE: 11/17/2015.  Messenger service to Judge Christopher S. Sontchi. | 7.50 | |
| | TOTAL Messenger Services | | 25.50 |
| 11/30/15 | Pacer charge for the month of November 2015 Acct# MH0032 | 6.80 | |
| 11/30/15 | Pacer charge for the month of November 2015 Acct# MH0032 | 2.60 | |
| | TOTAL Pacer | | 9.40 |
| | TOTAL DISBURSEMENTS VALUE | | 68.90 |

McElroy, Deutsch, Mulvaney
& Carpenter, LLP

| | FEE APPLICATION | PAGE: 3 |
| --- | --- | --- |
| | RUN DATE: December 22, 2015 | REF: 904582 |

| Attorney | Hours | Rate | Value |
| --- | --- | --- | --- |
| DPP | 64.40 | 475.00 | 30,590.00 |
| GDB | 1.40 | 600.00 | 840.00 |
| SLS | 9.60 | 230.00 | 2,208.00 |
| SBM | 0.80 | 140.00 | 112.00 |

| Task | Hours | Amount |
| --- | --- | --- |
| D24 - Case Administration | 3.00 | 1136.00 |
| D27 - Fee/Employment Applications | 8.20 | 2694.50 |
| D32 - Plan and Disclosure Statement | 65.00 | 29919.50 |

| Disbursement Code | Amount |
| --- | --- |
| 06 - Meal, Lodging, etc. | 34.00 |
| 16 - Messenger Services | 25.50 |
| 36 - Pacer | 9.40 |

| | |
| --- | --- |
| TOTAL FEES | 33,750.00 |
| TOTAL DISB | 68.90 |
| TOTAL BALANCE DUE | 33,818.90 |

**EXHIBIT D**

McElroy, Deutsch, Mulvaney  
& Carpenter, LLP

| | FEE APPLICATION | | | PAGE:**1** |
|---|---|---|---|---|
| | RUN DATE: January 27, 2016 | | | REF: 908103 |

CLIENT - MATTER    E0700 Energy Future Competitive Holdings Compa  
                   1001 Bankruptcy

| ACTIVITY DATE | DESCRIPTION OF SERVICES | HOURS | AMOUNT | ATTY |
|---|---|---|---|---|
| <u>Case Administration</u> | | | | |
| 12/14/15 | Retrieve, review and circulate agenda for 12/16 | 0.40 | 92.00 | 1591 SLS |
| 12/15/15 | Update calendar | 0.30 | 69.00 | 1591 SLS |
| 12/16/15 | Retrieve agenda for 12/18 hearing, update calendar | 0.30 | 69.00 | 1591 SLS |
| 12/17/15 | Update calendar | 0.20 | 46.00 | 1591 SLS |
| 12/23/15 | Update calendar | 0.10 | 23.00 | 1591 SLS |
| | TOTAL Case Administration | 1.30 | 299.00 | |
| <u>Fee/Employment Applications</u> | | | | |
| 12/07/15 | Preparation of MDMC November monthly fee statement | 1.70 | 391.00 | 1591 SLS |
| 12/08/15 | Review Interim Fee applications and procedures | 0.50 | 115.00 | 1591 SLS |
| 12/14/15 | Draft MTO and Greenhill's monthly fee statement certifcations of no objection | 0.50 | 115.00 | 1591 SLS |
| 12/15/15 | Finalize and file MTO Supplemental Declaration regarding employment | 0.30 | 69.00 | 1591 SLS |
| 12/15/15 | Review of CNO for co-counsel monthly fee application | 0.20 | 95.00 | 1592 DPP |
| 12/15/15 | Review of supplemental declaration of co-counsel for fee application | 0.30 | 142.50 | 1592 DPP |
| 12/15/15 | Draft of budget for January | 0.60 | 285.00 | 1592 DPP |
| 12/16/15 | File Certifications of No Objection to MTO and Greenhill's monthly fee statements | 0.20 | 46.00 | 1591 SLS |
| 12/16/15 | Finalize for filing certifications of no objection to MTO and Greenhill monthly fee statements | 0.10 | 23.00 | 1591 SLS |
| 12/17/15 | Draft Notice of Greenhill's 10th monthly fee statement | 0.20 | 46.00 | 1591 SLS |
| 12/17/15 | File and forward for service Greenhill's 10th monthly fee statement | 0.40 | 92.00 | 1591 SLS |
| 12/17/15 | Review of Greenhill statement | 0.20 | 95.00 | 1592 DPP |
| 12/22/15 | Draft MDMC Monthly fee statement | 0.50 | 115.00 | 1591 SLS |
| 12/23/15 | File and forward for service MDMC monthly fee statement | 0.50 | 115.00 | 1591 SLS |
| 12/23/15 | Draft certifcation of no objection for MDMC 9th monthly fee statement | 0.40 | 92.00 | 1591 SLS |
| 12/23/15 | Draft MDMC Supplemental Declaration regarding retention | 0.70 | 161.00 | 1591 SLS |
| 12/23/15 | File MDMC certifcation of no objection to 9th monthly fee statement | 0.20 | 46.00 | 1591 SLS |
| 12/23/15 | Review of CNO for MDMC monthly fee application | 0.20 | 95.00 | 1592 DPP |
| | TOTAL Fee/Employment Applications | 7.70 | 2,138.50 | |
| <u>Litigation</u> | | | | |
| 12/16/15 | Attendance at hearing | 7.10 | 3372.50 | 1592 DPP |
| 12/18/15 | Attend hearing on motion to dismiss adversary proceeding. | 1.20 | 276.00 | 1674 JDA |
| | TOTAL Litigation | 8.30 | 3,648.50 | |
| <u>Plan and Disclosure Statement</u> | | | | |
| 12/01/15 | Review docket regarding further confirmation hearing schedule | 0.50 | 115.00 | 1591 SLS |
| 12/01/15 | Review of various pleadings including revised plan | 0.70 | 332.50 | 1592 DPP |
| 12/02/15 | Attendance at court hearing | 6.90 | 3277.50 | 1592 DPP |
| 12/03/15 | Attendance at hearing | 3.20 | 1520.00 | 1592 DPP |
| | TOTAL Plan and Disclosure Statement | 11.30 | 5,245.00 | |
| | **TOTAL HOURS:** | **28.60** | | |

McElroy, Deutsch, Mulvaney
& Carpenter, LLP

FEE APPLICATION     PAGE: 2
RUN DATE: January 27, 2016     REF: 908103

| ACTIVITY DATE | DESCRIPTION OF DISBURSEMENT | AMOUNT | |
|---|---|---|---|
| 12/04/15 | American Express: Hotel Charge- Attend Trial for MTO. | 459.00 | |
| 12/04/15 | American Express: Hotel Charge- Attend Trial for MTO. | 459.00 | |
| | TOTAL Meal, Lodging, etc. | | 918.00 |
| 12/31/15 | VENDOR: Veritext/New York Reporting Co., LLC; INVOICE#: NY2516982; DATE: 12/31/2015.  Transcript | 73.20 | |
| | TOTAL Transcripts | | 73.20 |
| | TOTAL DISBURSEMENTS VALUE | | 991.20 |

McElroy, Deutsch, Mulvaney
& Carpenter, LLP

FEE APPLICATION          PAGE: 3
RUN DATE: January 27, 2016          REF: 908103

_____

| Attorney | Hours | Rate | Value |
|---|---|---|---|
| DPP | 19.40 | 475.00 | 9,215.00 |
| JDA | 1.20 | 230.00 | 276.00 |
| SLS | 8.00 | 230.00 | 1,840.00 |

| Task | Hours | Amount |
|---|---|---|
| D24 - Case Administration | 1.30 | 299.00 |
| D27 - Fee/Employment Applications | 7.70 | 2138.50 |
| D30 - Litigation | 8.30 | 3648.50 |
| D32 - Plan and Disclosure Statement | 11.30 | 5245.00 |

| Disbursement Code | Amount |
|---|---|
| 06 - Meal, Lodging, etc. | 918.00 |
| 10 - Transcripts | 73.20 |

|  |  |
|---|---|
| TOTAL FEES | 11,331.00 |
| TOTAL DISB | 991.20 |
| TOTAL BALANCE DUE | 12,322.20 |