## Exhibit C

[Attorneys' and Paraprofessionals' Information]

54325632v2

Proskauer attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate[1] | Total Billed Hours | Total Compensation Sought in this Fee Application | Compensation if Billed at First Interim Application Billing Rate |
|---|---|---|---|---|---|---|---|
| Julie M. Allen | Partner | 1984 | Corporate | $1,275/$1,350 | 8.4 | $10,920.00 | $10,710.00 |
| Richard M. Corn | Partner | 2005 | Tax | $875/$925 | 50.2 | $44,450.00 | $43,925.00 |
| Michael E. Ellis | Partner | 2007 | Corporate | $800/n/a | 1.5 | $1,200.00 | $1,200.00 |
| Michael A. Firestein | Partner | 1983 | Litigation | $975/$1,025 | 481.2 | $477,795.00 | $469,170.00 |
|  |  |  |  | $487.50/$512.50 | 59.2 | $29,462.50[2] | $28,850.36[2] |
| Daniel I. Ganitsky | Partner | 2001 | Corporate | $1,000/$1,050 | 9.9 | $9,925.00 | $9,900.00 |
| Jeffrey W. Levitan | Partner | 1983 | Corporate | $1,125/$1,200 | 11.9 | $13,680.00 | $13,387.50 |
| Jeff J. Marwil | Partner | 1986 | Corporate | $1,125/$1,200 | 58.5 | $66,165.00 | $65,812.50 |
| Paul Possinger | Partner | 1993 | Corporate | $975/$1,050 | 228.9 | $225,242.50 | $223,177.50 |
| Lary Alan Rappaport | Partner | 1979 | Litigation | $900/$950 | 341.4 | $310,795.00 | $307,260.00 |
| Stuart L. Rosow | Partner | 1976 | Tax | $1,275/$1,350 | 14.9 | $19,200.00 | $18,997.50 |
| Mark K. Thomas | Partner | 1981 | Corporate | $1,125/$1,200 | 493.9 | $568,492.50 | $555,637.50 |
|  |  |  |  | $562.50/$600 | 117.6 | $68,403.75[2] | $66,150.00[2] |
| Peter J. Young | Partner | 2002 | Corporate | $925/$1,000 | 528.7 | $503,020.00 | $489,047.50 |
|  |  |  |  | $462.50/$500 | 22.5 | $11,250.00[2] | $10,406.25[2] |
| Courtney M. Bowman | Associate | 2013 | Litigation | $575/n/a | 27.5 | $15,812.50 | $15,812.50 |
| Rochelle H. Emert | Associate | 2014 | Litigation | $465/n/a | 40.3 | $18,739.50 | $18,739.50 |
| Jacquelyn N. Ferry | Associate | 2012 | Litigation | $660/n/a | 0.1 | $66.00 | $66.00 |
| Joshua L. Kopple | Associate | 2013 | Litigation | $465/$610 | 125.1 | $61,390.50 | $58,171.50 |
| Joseph P. Malca | Associate | 2013 | Tax | $575/n/a | 6.5 | $3,737.50 | $3,737.50 |
| Jennifer L. Roche | Associate | 2007 | Litigation | $795/$850 | 126.9 | $102,794.00 | $100,885.50 |
| Gary Silber | Associate | 2011 | Tax | $695/$770 | 18.3 | $12,756.00 | $12,718.50 |
| Tracey L. Silver | Associate | 2012 | Litigation | $660/n/a | 14.5 | $9,570.00 | $9,570.00 |
| Jared D. Zajac | Associate | 2009 | Corporate | $765/$825 | 195.9 | $150,781.50 | $149,863.50 |
| **Total** |  |  |  |  | **2,983.8** | **$2,735,648.75** | **$2,683,196.11** |

---

[1] In the Fourth Supplemental Declaration, Proskauer disclosed ordinary-course rate increases effective November 1, 2015. The first hourly billing rate represents the billing rate in effect prior to November 1, 2015, which is also the billing rate for each respective professional in Proskauer's first interim fee application. The second hourly billing rate is the billing rate effective November 1, 2015. Timekeepers that did not bill any hours for the months of November or December 2015 are indicated by "n/a."

[2] Represents a fifty percent (50%) reduction for non-working travel time.

54325632v2

Proskauer paraprofessionals who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate[1] | Total Billed Hours | Total Compensation Sought in this Fee Application | Compensation if Billed at First Interim Application Billing Rate |
|---|---|---|---|---|---|---|---|
| Isaac L. Antoon | Project Manager of E-Discovery Services | 0.75 years | Professional Resources | $315/n/a | 1.0 | $315.00 | $315.00 |
| Natasha Petrov | Paralegal | 0.5 years | Corporate | $285/n/a | 0.8 | $228.00 | $228.00 |
| **Total** | | | | | **1.8** | **$543.00** | **$543.00** |

| | | |
|---|---|---|
| **TOTAL FOR PROFESSIONALS AND PARAPROFESSIONALS** | 2,985.6 | $2,736,191.75 |