**Exhibit D**

[Summary of Actual and Necessary Expenses for the Fee Period]

54325632v2

| EXPENSE CATEGORY | AMOUNT |
|---|---:|
| Reproduction Costs (at $0.10 per page) | $3,384.00 |
| Outside Reproduction Costs | $1.78[1] |
| Telecommunications | $39.04 |
| Research (Lexis/Westlaw/Other Database Searches) | $5,638.40 |
| Litigation and Corporate Support Services[2] | $5,545.27 |
| Travel Out-of-Town – Transportation | $22,155.03[3] |
| Taxi, Carfare, Mileage, Parking | $6,353.56[4] |
| Messenger/Delivery/Postage | $2,464.92 |
| Business Meals | $3,174.62[5] |
| Out-of-Town Lodging | $18,872.38[6] |
| Word Processing | $0.00[7] |
| Other Disbursements | $0.00[8] |
| **Total** | **$67,629.00** |

---

[1] Includes a reduction of $117.71 for certain telecommunication expenses incurred that are not reimbursable pursuant to the guidelines established by the Fee Committee.

[2] Consists of CourtCall, PACER and outside copying expenses.

[3] Includes non-refundable first-class airfare reduced by fifty percent (50%) to approximate the cost differential between non-refundable first-class airfare and refundable coach-class fare, addressing the concerns of the Fee Committee with respect to such expenses. Additionally, Proskauer took a voluntary reduction of $214.00 in this category.

[4] Includes a reduction of $584.99 for cab and carfare expenses incurred going to and from airports in excess of the reimbursable cap imposed by the Fee Committee.

[5] Includes a reduction of $2,293.54 for business meal expenses in excess of the reimbursable cap imposed by the Fee Committee.

[6] Includes a reduction of $10,932.87 for lodging expenses in excess of the reimbursable cap imposed by the Fee Committee.

[7] Reflects a reduction of $1,468.85 for word processing and proofreading expenses incurred that are not reimbursable pursuant to the Fee Committee guidelines.

[8] Reflects a reduction of $2,977.00 for certain overtime expenses that are not reimbursable pursuant to the Fee Committee guidelines.

54325632v2