## Exhibit E

[Statement of Fees by Subject Matter]

54325632v2

| MATTER NUMBER | MATTER DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 001 | Case Administration | 15.1 | $14,242.50 |
| 002 | Asset Disposition | 0.7 | $700.00 |
| 003 | EFH Business Operations | 12.3 | $12,230.00 |
| 004 | EFH Contested Matters and Adversary Proceedings | 6.0 | $5,912.50 |
| 005 | EFH Corporate Governance and Board Matters | 42.6 | $45,185.50 |
| 006 | Discovery (Intercompany and Cross Debtor Claims) | 728.7 | $642,121.00 |
| 007 | Employment Applications | 14.8 | $12,129.00 |
| 008 | Fee Applications and Objections | 127.6 | $109,081.00 |
| 009 | Financing and Cash Collateral | 61.1 | $56,912.00 |
| 010 | Hearings | 184.2 | $195,605.00 |
| 011 | Claims Investigations, Analyses and Objections | 138.3 | $117,465.50 |
| 012 | Meetings and Communications with Creditors and Other Debtors | 1.2 | $1,110.00 |
| 014 | Non-Working Travel | 199.3 | $109,116.25 |
| 015 | Plan and Disclosure Statement | 1,359.0 | $1,329,633.00 |
| 016 | Tax | 94.5 | $84,563.50 |
| 018 | Valuation | 0.2 | $185.00 |
| **TOTAL FOR ALL MATTER NOS.** | | **2,985.6** | **$2,736,191.75** |

54325632v2