# Exhibit G

[Summary, by Matter Number, of Fees Budgeted and Fees Incurred During the Fee Period]

54325632v2

## SUMMARY OF LEGAL SERVICES RENDERED

| Matter Number | Matter Description | Hours | | Total Compensation | |
|---|---|---|---|---|---|
| | | Budgeted | Billed | Budgeted | Billed |
| 001 | Case Administration | 79-96 | 15.1 | $65,000-$78,000 | $14,242.50 |
| 002 | Asset Disposition | 120-144 | 0.7 | $126,000-$152,000 | $700.00 |
| 003 | EFH Business Operations | 20-24 | 12.3 | $20,000-$24,000 | $12,230.00 |
| 004 | EFH Contested Matters and Adversary Proceedings | 81-98 | 6.0 | $83,000-$100,000 | $5,912.50 |
| 005 | EFH Corporate Governance and Board Matters | 250-300 | 42.6 | $279,000-$336,000 | $45,185.50 |
| 006 | Discovery (Intercompany and Cross Debtor Claims) | 1,240-1,488 | 728.7 | $931,000-$1,117,000 | $642,121.00 |
| 007 | Employment Applications | 14-18 | 14.8 | $14,000-$18,000 | $12,129.00 |
| 008 | Fee Applications and Objections | 106-129 | 127.6 | $90,000-$142,000 | $109,081.00 |
| 009 | Financing and Cash Collateral | 136-165 | 61.1 | $118,000-$142,000 | $56,912.00 |
| 010 | Hearings | 332-403 | 184.2 | $359,000-$433,000 | $195,605.00 |
| 011 | Claims Investigations, Analyses and Objections | 320-384 | 138.3 | $302,000-$363,000 | $117,465.50 |
| 012 | Meetings and Communications with Creditors and Other Debtors | 123-150 | 1.2 | $138,000-$168,000 | $1,110.00 |
| 014 | Non-Working Travel | 0 | 199.3 | 0 | $109,116.25 |
| 015 | Plan and Disclosure Statement | 1,960-2,352 | 1,359.0 | $1,746,000-$2,096,000 | $1,329,633.00 |
| 016 | Tax | 734-883 | 94.5 | $738,000-$887,000 | $84,563.50 |
| 018 | Valuation | 0 | 0.2 | 0 | $185.00 |
| **TOTAL** | | **5,515-6,634** | **2,985.6** | **$5,009,000-$6,024,000** | **$2,736,191.75** |

54325632v2