# Exhibit A

[Declaration]

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) | (Jointly Administered) |

**Verification of Neil F. Luria**

1.  I am a Senior Managing Director and President of SOLIC Capital Advisors, LLC ("SOLIC"),[2] which maintains a central office at 1603 Orrington Avenue, Suite 1600, Evanston, Illinois 60201. I am one of the lead professionals from SOLIC working on EFH Corp.'s chapter 11 case.

2.  I have personally performed many of the services rendered by SOLIC as financial advisor to EFH Corp. and am familiar with all other work performed on behalf of EFH Corp. by SOLIC.

3.  The facts set forth in the foregoing Fee Application are true and correct to the best of my knowledge, information and belief.

4.  I have reviewed Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedures of the United States Bankruptcy Court for the District of Delaware and believe that SOLIC's Fee Application complies with Rule 2016-2 to the extent not waived or otherwise modified pursuant to the terms of the Retention Order.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Each capitalized term used but not otherwise defined herein shall have the meaning ascribed thereto in the *First Interim Application of SOLIC Capital Advisors, LLC, Financial Advisor for Debtor Energy Future Holdings Corp., for Compensation for Services Rendered and Reimbursement of Expenses Incurred From December 18, 2014 Through April 30, 2015* (the "Fee Application").

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  February 15, 2016                          /s/ Neil F. Luria

                                                  Name:  Neil F. Luria
                                                  Title:   Senior Managing Director