## **Exhibit C**

[Detailed Description of Services Provided]

# Energy Future Holdings Corp – September thru December 2015

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| 9/1/2015 | Cumbee, Matthew | 705 - Plan Development and Testimony Review & Analysis | 2.50 |
| | | Attention to continued update of the proposal summary analysis, specifically comparative analysis of latest proposals. | |
| 9/1/2015 | Luria, Neil | 705 - Plan Development and Testimony Review & Analysis | 1.50 |
| | | Attention to review of creditor proposal and potential economic impact. | |
| 9/2/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 1.50 |
| | | Attention to review of most recent company-prepared cash projections with initial comparison against July MOR details. | |
| 9/2/2015 | Luria, Neil | 705 - Plan Development and Testimony Review & Analysis | 0.50 |
| | | Discussion with Proskauer regarding current status. | |
| 9/2/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 1.00 |
| | | Attention to download and review of the latest Company cash projections | |
| 9/2/2015 | Hogan, Paul | 795 - Fee Applications/Retention Applications | 2.00 |
| | | Attention to July fee statement. | |
| 9/3/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 3.00 |
| | | Attention to review of July MOR balance sheet information with follow-up and related cash elements | |
| 9/3/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 2.50 |
| | | Attention to review of July MOR income statement and expense allocation information with follow-up. | |
| 9/3/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 2.00 |
| | | Attention to review of July MOR professional fee update and follow-up related to allocation of fees. | |
| 9/3/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 1.00 |
| | | Attention to call with A&M to discuss the July MOR including post-call follow-up. | |
| 9/3/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 1.00 |
| | | Attention to drafting of correspondence for counsel on review of July 2015 MOR post A&M call | |
| 9/3/2015 | Luria, Neil | 705 - Plan Development and Testimony Review & Analysis | 0.50 |
| | | Teleconference with Alvarez & Marsal and SOLIC team regarding cash flow matters. | |
| 9/3/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 2.50 |
| | | Attention to download and review of July MOR and related balance sheet accounts | |
| 9/3/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 2.00 |
| | | Attention to review of the July MOR and related P&L and expense allocations | |
| 9/3/2015 | Cumbee, Matthew | 718 - Meeting with counsel and with other constituents | 2.00 |
| | | Attention to a call with A&M to discuss various items in the July MOR | |
| 9/4/2015 | Luria, Neil | 718 - Meeting with counsel and with other constituents | 2.00 |
| | | Teleconference with Proskauer regarding upcoming depositions; Discussions with Proskauer litigation team regarding same. | |
| 9/4/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 2.50 |
| | | Attention to revisit of inter-company claims materials related to DDA settlement. | |
| 9/4/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 2.00 |
| | | Attention to continued review of the July MOR with specific consideration for professional fees and allocation of such | |

# Energy Future Holdings Corp – September thru December 2015

| <u>Date</u> | <u>Person</u> | <u>Activity Code</u> | <u>Duration</u> |
|---|---|---|---|
| 9/4/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 2.50 |
| | | Attention to further review of the intercompany claims materials relating to the DDA settlement | |
| 9/5/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 2.50 |
| | | Attention to revisit of inter-company claims materials related to DDA settlement. | |
| 9/5/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 3.00 |
| | | Attention to further review of various inter-company claims materials as it relates to the DD settlement | |
| 9/5/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 3.00 |
| | | Attention to download and review of various files posted to the data room | |
| 9/6/2015 | Cumbee, Matthew | 705 - Plan Development and Testimony Review & Analysis | 4.00 |
| | | Attention to research regarding REIT's and the potential impact on the various plan structures | |
| 9/6/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 3.50 |
| | | Attention to further review of the DDA settlement materials | |
| 9/7/2015 | Luria, Neil | 738 - Intercompany Transfers Review | 3.00 |
| | | Attention to review of intercompany transfer information. | |
| 9/7/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 0.50 |
| | | Attention to review of various elements of the DDA settlement and related materials. | |
| 9/7/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 2.00 |
| | | Attention to review of cash reports and other dataroom items. | |
| 9/7/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 1.50 |
| | | Attention to download and review of cash reports and related files in the data room | |
| 9/8/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 3.00 |
| | | Attention to review of various elements of the DDA settlement and related materials. | |
| 9/8/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 3.50 |
| | | Attention to review of cash reports and other dataroom items. | |
| 9/8/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 1.50 |
| | | Attention to download and review of cash reports and related files in the data room | |
| 9/8/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 2.00 |
| | | Attention to further review of the DDA settlement materials | |
| 9/9/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 2.00 |
| | | Attention to review of various elements of the DDA settlement and related materials. | |
| 9/9/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 2.00 |
| | | Attention to review of cash reports and other dataroom items. | |
| 9/9/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 2.00 |
| | | Attention to download and review of cash reports and related files in the data room | |
| 9/9/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 1.50 |
| | | Attention to further review of the DDA settlement materials | |
| 9/10/2015 | Luria, Neil | 738 - Intercompany Transfers Review | 3.00 |
| | | Attention to review of intercompany transfer review materials. | |
| 9/10/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony | 2.50 |

SOLIC Capital Advisors, LLC | 1603 Orrington Ave, Suite 1600 | Evanston, Illinois 60201
Phone 847-583-1618 | Fax 847-583-1719

Page 2 of 22

# Energy Future Holdings Corp – September thru December 2015

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| | | Attention to review of REIT information from public sources and implications on plan proposals. | |
| 9/10/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 2.00 |
| | | Attention to review of cash management information with follow-up to A&M on latest information requests. | |
| 9/10/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 3.00 |
| | | Attention to review of various inter-company elements as part of DDA settlement. | |
| 9/10/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 1.50 |
| | | Attention to preparation of questions from review of cash files in data room for A&M | |
| 9/10/2015 | Cumbee, Matthew | 705 - Plan Development and Testimony Review & Analysis | 3.00 |
| | | Attention to review of materials regarding REITs and the implication of such on various plan proposals | |
| 9/11/2015 | Luria, Neil | 738 - Intercompany Transfers Review | 2.00 |
| | | Attention to intercompany transfers and tax related issues. | |
| 9/11/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 2.50 |
| | | Attention to review of various elements of the DDA settlement and related materials. | |
| 9/11/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 2.50 |
| | | Attention to review of cash reports and other dataroom items. | |
| 9/12/2015 | Luria, Neil | 738 - Intercompany Transfers Review | 2.00 |
| | | Attention to review of Keglevic deposition transcript. | |
| 9/12/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 1.50 |
| | | Attention to further review of various elements of the DDA settlement | |
| 9/12/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 2.50 |
| | | Attention to download and review of various files posted to the data room | |
| 9/13/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 3.00 |
| | | Attention to download and review of various files posted to the data room | |
| 9/14/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.00 |
| | | Attention to review of deposition transcripts and related follow-up. | |
| 9/14/2015 | Cumbee, Matthew | 705 - Plan Development and Testimony Review & Analysis | 2.50 |
| | | Attention to review of various deposition transcripts | |
| 9/14/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 2.00 |
| | | Attention to download and review of various cash related files posted to the data room | |
| 9/15/2015 | Luria, Neil | 738 - Intercompany Transfers Review | 2.00 |
| | | Attention to review of Keglevic deposition and review of MTO and Proskauer intercompany review analyses. | |
| 9/15/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.00 |
| | | Attention to review of deposition transcripts and related follow-up. | |
| 9/15/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 2.50 |
| | | Attention to download and review of various cash related files posted to the data room | |
| 9/15/2015 | Cumbee, Matthew | 705 - Plan Development and Testimony Review & Analysis | 2.50 |
| | | Attention to review of the deposition transcripts | |
| 9/16/2015 | Luria, Neil | 738 - Intercompany Transfers Review | 3.00 |
| | | Review of deposition transcriptions and review of DD settlement issues. | |

# Energy Future Holdings Corp – September thru December 2015

| Date | Person | Activity Code | Duration |
|------|--------|--------------|----------|
| 9/16/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 3.00 |
| | | Attention to review of deposition transcripts and related follow-up. | |
| 9/16/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 3.50 |
| | | Attention to review of latest responses from A&M re July MOR's and further analysis. | |
| 9/16/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 2.00 |
| | | Review of materials pertaining to cash elements | |
| 9/16/2015 | Nowitz, Raoul | 730 - Project Management and Support | 2.00 |
| | | Attention to review of work plan and scope | |
| 9/16/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 3.50 |
| | | Attention to review of responses from A&M regarding July MOR's and related analyses | |
| 9/16/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 1.50 |
| | | Attention to download and review of various cash related files posted to the data room | |
| 9/16/2015 | Cumbee, Matthew | 705 - Plan Development and Testimony Review & Analysis | 3.00 |
| | | Attention to review of the deposition transcripts | |
| 9/17/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.50 |
| | | Attention to review of deposition transcripts and related follow-up. | |
| 9/17/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 3.00 |
| | | Attention to review of various elements of financial information. | |
| 9/17/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 2.00 |
| | | Attention to various elements of DDA settlement agreement. | |
| 9/17/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 3.50 |
| | | Attention to download and review of various files posted to the data room re: EFH/EFIH cash and liquidity forecasts | |
| 9/17/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 2.00 |
| | | Attention to download and review of various cash related files posted to the data room | |
| 9/17/2015 | Cumbee, Matthew | 705 - Plan Development and Testimony Review & Analysis | 3.00 |
| | | Attention to review of the deposition transcripts | |
| 9/18/2015 | Luria, Neil | 738 - Intercompany Transfers Review | 2.00 |
| | | Attention to review of deposition transcripts. | |
| 9/18/2015 | Nowitz, Raoul | 729 - EFH Board Meeting Attendance | 1.50 |
| | | Attention to attendance on weekly board call and post-call follow-up. | |
| 9/18/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 1.00 |
| | | Attention to updating of notes from Board call for team members. | |
| 9/18/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.00 |
| | | Attention to review of deposition transcripts and related follow-up. | |
| 9/18/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 2.50 |
| | | Attention to download and review of various files posted to the data room re: EFH/EFIH cash and liquidity forecasts | |
| 9/18/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 2.00 |
| | | Attention to download and review of various cash related files posted to the data room | |
| 9/18/2015 | Cumbee, Matthew | 705 - Plan Development and Testimony Review & Analysis | 1.50 |
| | | Attention to review of the deposition transcripts | |
| 9/19/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 2.50 |
| | | Attention to download and review of various cash related files posted to the data room | |

# Energy Future Holdings Corp – September thru December 2015

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| 9/19/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 3.00 |
| | | Attention to continued review of various cash / liquidity forecast information posted to the data room | |
| 9/20/2015 | Luria, Neil | 705 - Plan Development and Testimony Review & Analysis | 2.00 |
| | | Attention to review of deposition transcripts and other matters related to Plan Support Agreement approval. | |
| 9/20/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 3.00 |
| | | Attention to download and review of various files posted in the data room | |
| 9/21/2015 | Luria, Neil | 705 - Plan Development and Testimony Review & Analysis | 2.50 |
| | | Review of deposition transcripts and other documentation in connection with preparation related to Disclosure Statement hearing and deposition preparation. | |
| 9/21/2015 | Cumbee, Matthew | 795 - Fee Applications/Retention | 1.00 |
| | | Attention to review of time entries for August fee application | |
| 9/21/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 2.00 |
| | | Attention to download and review of various files posted to the data room re: EFH/EFIH cash and liquidity forecasts | |
| 9/21/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 2.00 |
| | | Attention to review of professional fees and run-rate projection. | |
| 9/21/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.00 |
| | | Attention to review of latest news pertaining to revisions on disclosure statement revisions | |
| 9/21/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 2.50 |
| | | Attention to continued review of various liquidity / cash forecasts in the data room | |
| 9/22/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 3.00 |
| | | Attention to review of previously prepared financial analysis on S&U and allocations of value under current Plan. | |
| 9/22/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 3.00 |
| | | Attention to further review of elements of cash balances | |
| 9/22/2015 | Hogan, Paul | 795 - Fee Applications/Retention Applications | 2.00 |
| | | Attention to August fee statement. | |
| 9/23/2015 | Luria, Neil | 705 - Plan Development and Testimony Review & Analysis | 1.50 |
| | | Review of Keglevic deposition transcript related to description of DD settlement negotiations; Review of B. Williamson transcript re same. | |
| 9/23/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 3.00 |
| | | Attention to download and review of various files posted to the data room re: EFH/EFIH cash and liquidity forecasts | |
| 9/24/2015 | Luria, Neil | 705 - Plan Development and Testimony Review & Analysis | 2.00 |
| | | Review of plan issues associated with Make Whole changes to plan and potential transfer of MWs to T side and other issues related to last minute changes to the plan. | |
| 9/24/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 3.00 |
| | | Attention to review of board materials and updates to projections ahead of 9/25 weekly board call. | |
| 9/24/2015 | Cumbee, Matthew | 705 - Plan Development and Testimony Review & Analysis | 3.00 |
| | | Attention to review of latest Board materials | |
| 9/25/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 2.00 |
| | | Attention to review of latest cash balances per updated cash projections with comparison against prior versions and impacts. | |

# Energy Future Holdings Corp – September thru December 2015

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| 9/25/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 3.00 |
| | | Attention to further review of elements of Plan in light of recent revisions. | |
| 9/26/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.00 |
| | | Attention to further review of board materials and related revised projections in light of recent updates. | |
| 9/26/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 4.00 |
| | | Attention to continued review of various cash / liquidity forecast information posted to the data room | |
| 9/27/2015 | Luria, Neil | 705 - Plan Development and Testimony Review & Analysis | 2.50 |
| | | Attention to review of deposition transcript of Donald Evans deposition. | |
| 9/27/2015 | Luria, Neil | 705 - Plan Development and Testimony Review & Analysis | 3.00 |
| | | Attention to review of Hugh Sawyer disclosure statement deposition transcript | |
| 9/27/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 2.00 |
| | | Attention to continued review of various cash / liquidity forecast information posted to the data room | |
| 9/28/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 4.00 |
| | | Attention to review of D. Evans deposition transcript and follow-up. | |
| 9/28/2015 | Luria, Neil | 705 - Plan Development and Testimony Review & Analysis | 1.00 |
| | | Review of Sawyer and Evans deposition transcripts; Discussion with Proskauer re same. | |
| 9/28/2015 | Cumbee, Matthew | 705 - Plan Development and Testimony Review & Analysis | 4.00 |
| | | Attention to detailed review of D. Evans deposition transcript | |
| 9/28/2015 | Cumbee, Matthew | 705 - Plan Development and Testimony Review & Analysis | 3.00 |
| | | Attention to review of changes made to the plan relating to reinstatement of EFH debt | |
| 9/28/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 1.50 |
| | | Attention to review of the latest cash projections and comparison of same to prior projections | |
| 9/29/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.50 |
| | | Attention to further review and follow-up on D. Evans deposition transcript. | |
| 9/29/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 3.50 |
| | | Attention to review of Hugh Sawyer deposition | |
| 9/29/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 3.50 |
| | | Attention to review of responses from A&M on July M&R enquiries. | |
| 9/29/2015 | Cumbee, Matthew | 705 - Plan Development and Testimony Review & Analysis | 4.00 |
| | | Attention to detailed review of H. Sawyer deposition transcript | |
| 9/29/2015 | Cumbee, Matthew | 705 - Plan Development and Testimony Review & Analysis | 3.50 |
| | | Attention to research relating to the reinstated EFH Bonds and the potential impact of such on the proposed plan | |
| 9/29/2015 | Cumbee, Matthew | 705 - Plan Development and Testimony Review & Analysis | 2.00 |
| | | Attention to detailed review of D. Evans deposition transcript | |
| 9/29/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 3.00 |
| | | Attention to review of responses from A&M re: the July MOR | |
| 9/30/2015 | Luria, Neil | 705 - Plan Development and Testimony Review & Analysis | 1.50 |
| | | Review of filings made with respect to recent disclosure statement changes. | |

# Energy Future Holdings Corp – September thru December 2015

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| 9/30/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.00 |
| | | Attention to review of Hugh Sawyer deposition | |
| 9/30/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 2.50 |
| | | Attention to further review of items pertaining to A&M responses on July MOR review. | |
| 9/30/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 1.50 |
| | | Attention to review of correspondence from counsel pertaining to further detail sought on EFH claims and related follow-up. | |
| 9/30/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 2.00 |
| | | Attention to further review of entities and activities pertaining to enquiry of balances by counsel. | |
| 9/30/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 4.00 |
| | | Attention to further review of the responses from A&M regarding the July MOR | |
| 9/30/2015 | Cumbee, Matthew | 705 - Plan Development and Testimony Review & Analysis | 1.00 |
| | | Attention to detailed review of D. Evans deposition transcript | |
| 9/30/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 2.00 |
| | | Attention to further review of intercompany claims, activities, and balances at the request of counsel | |

# Energy Future Holdings Corp – September thru December 2015

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| 10/1/2015 | Luria, Neil | 705 - Plan Development and Testimony Review & Analysis | 1.50 |
| | | Review of Alvarez & Marsal prepared responses to SOLIC questions regarding cash flow roll-forward and other cash balance related matters. | |
| 10/1/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 1.50 |
| | | Attention to review of materials ahead of Evercore update call. | |
| 10/1/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 3.50 |
| | | Attention to download and review of Oncor's August financial and operating presentations, posted to the data room | |
| 10/1/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 2.00 |
| | | Attentino to download and review of Luminant's August financial and operating presentations, as posted to the data room | |
| 10/1/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 2.50 |
| | | Attention to review of July presentations relating to Oncor's performance, as posted to the data room | |
| 10/2/2015 | Luria, Neil | 705 - Plan Development and Testimony Review & Analysis | 2.50 |
| | | Review of Billie Williamson deposition transcript. | |
| 10/2/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 1.00 |
| | | Attention to call with Evercore on latest cash projection and other elements on the case including post-call follow-up. | |
| 10/2/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.50 |
| | | Attention to review of updated T-side projections and related analysis. | |
| 10/2/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 3.50 |
| | | Attention to continued download and review of latest files posted to the data room, including EFIH monthly budget and DIP budget | |
| 10/2/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 1.50 |
| | | Attention to preparation of questions re: the latest EFIH/EFH cash forecast, to be discussed with Evercore | |
| 10/2/2015 | Cumbee, Matthew | 718 - Meeting with counsel and with other constituents | 1.00 |
| | | Attention to call with Evercore to discuss latest cash forecasts and other related questions | |
| 10/4/2015 | Luria, Neil | 705 - Plan Development and Testimony Review & Analysis | 3.00 |
| | | Attention to review of B. Williamson deposition transcript. | |
| 10/5/2015 | Luria, Neil | 705 - Plan Development and Testimony Review & Analysis | 2.50 |
| | | Attention to B. Williamson deposition transcript. | |
| 10/5/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 3.00 |
| | | Attention to review and developments of financial analysis on P, Q and R EFH bonds | |
| 10/5/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 1.00 |
| | | Attention to discussion with counsel on elements of plan pertaining to reinstatement considerations. | |
| 10/5/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 4.50 |
| | | Attention to review of B. Williamson deposition transcript and follow-up. | |
| 10/5/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 2.50 |
| | | Attention to research relating to claims stemming from EFH notes (P,Q,R) | |
| 10/5/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 3.00 |
| | | Attention to development of analysis relating to EFH claims by note (P,Q,R) | |

SOLIC Capital Advisors, LLC | 1603 Orrington Ave, Suite 1600 | Evanston, Illinois 60201
Phone 847-583-1618 | Fax 847-583-1719

Page 8 of 22

# Energy Future Holdings Corp – September thru December 2015

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| 10/5/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 3.00 |
| | | Attention to updating the analysis relating to EFH claims by note (P,Q,R), showing breakout by pre-petition interest, post-petition interest, and make whole claims | |
| 10/6/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 5.50 |
| | | Attention to review of S. Dore transcript and related follow-up. | |
| 10/6/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 1.50 |
| | | Attention to further review of analysis on EFH debt claims and related elements. | |
| 10/6/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 2.50 |
| | | Attention to review of various inter-company claims and development of correspondence with A&M pertaining to same. | |
| 10/6/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 1.00 |
| | | Attention to download and review of latest files posted to the data room | |
| 10/6/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 1.00 |
| | | Attention to review of responses from A&M regarding the July MOR | |
| 10/7/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.00 |
| | | Attention to further review of S. Dore deposition transcript and related follow-up. | |
| 10/7/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 3.50 |
| | | Attention to review of responses received from A&M on questions pertaining to inter-company balances and follow-up on same. | |
| 10/7/2015 | Luria, Neil | 705 - Plan Development and Testimony Review & Analysis | 3.00 |
| | | Attention to review of Stacey Dore deposition | |
| 10/9/2015 | Luria, Neil | 729 - EFH Board Meeting Attendance | 1.00 |
| | | Attended EFH board teleconference. | |
| 10/9/2015 | Nowitz, Raoul | 729 - EFH Board Meeting Attendance | 1.00 |
| | | Attention to board meeting attendance and post-meeting follow-up. | |
| 10/9/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 1.50 |
| | | Attention to review of board materials on debt reinstatement and follow-up on same. | |
| 10/9/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.50 |
| | | Attention to review of updated board materials on T-side valuation analyses and follow-up on same. | |
| 10/9/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 0.50 |
| | | Attention to call with counsel as update on expert witness reports to be forthcoming and follow-up on same. | |
| 10/9/2015 | Cumbee, Matthew | 729 - EFH Board Meeting Attendance | 2.00 |
| | | Attention to Board call, including review of related board materials | |
| 10/12/2015 | Luria, Neil | 705 - Plan Development and Testimony Review & Analysis | 3.00 |
| | | Review of S. Dore deposition transcript. | |
| 10/12/2015 | Cumbee, Matthew | 795 - Fee Applications/Retention | 2.00 |
| | | Attention to review of time and narrative entries for latest fee application | |
| 10/13/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.50 |
| | | Attention to initial review of M. Henkin expert report including opinions and assertions. | |
| 10/13/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.00 |

SOLIC Capital Advisors, LLC | 1603 Orrington Ave, Suite 1600 | Evanston, Illinois 60201
Phone 847-583-1618 | Fax 847-583-1719

Page 9 of 22

# Energy Future Holdings Corp – September thru December 2015

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| | | Attention to review of M. Henkin expert report justifications and considered SOLIC work plan in terms of research and review of same. | |
| 10/13/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.00 |
| | | Attention to initial review of M. Rule expert report with focus on opinions and assertions. | |
| 10/13/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 1.50 |
| | | Attention to review of M. Rule expert report justifications and assessment of work plan requirements and research regarding same. | |
| 10/13/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.00 |
| | | Attention to review of E. Mendelsohn expert report with focus on opinions | |
| 10/13/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 1.50 |
| | | Attention to comparative review of E. Mendelsohn expert report content and comparison to MTO report from Mar 2015 that addressed same. | |
| 10/14/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 1.50 |
| | | Attention to preparation of questions on M. Henkin expert report ahead of discussions with counsel on same. | |
| 10/14/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 1.50 |
| | | Attention to development of key questions and comments on M. Rule expert report for upcoming call with counsel. | |
| 10/14/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 1.50 |
| | | Attention to call with counsel on expert reports and planning for upcoming depositions during the week of 10/19 | |
| 10/14/2015 | Luria, Neil | 705 - Plan Development and Testimony Review & Analysis | 1.50 |
| | | Conference call with Proskauer and R. Nowitz regarding upcoming depositions and next steps; Review of deposition schedules and planning. | |
| 10/15/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 4.00 |
| | | Attention to travel to Proskauer Los Angles office for discussion with litigation team members pertaining to upcoming expert report depositions | |
| 10/15/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 1.00 |
| | | Attention to meeting with Proskauer litigation team member pertaining to upcoming expert report depositions and items pertaining to same. | |
| 10/15/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.00 |
| | | Attention to review of opinions provided in the M. Henkin (UCC advisor) expert report and comparison against prior SOLIC analysis | |
| 10/15/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.50 |
| | | Attention to research of credit profile of companies referenced in Henkin expert report as a comparable credit referenced with an understanding of similarities and differences. | |
| 10/15/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.50 |
| | | Attention to review of tax step-up analyses as referenced in the M. Henkin report and comparison against SOLIC materials in reference about the tax step up basis of the settlement agreement and merits thereof. | |
| 10/15/2015 | Luria, Neil | 795 - Fee Applications/Retention | 0.50 |

# Energy Future Holdings Corp – September thru December 2015

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| | | Further review of quarterly fee application and provision of comments thereon. | |
| 10/15/2015 | Luria, Neil | 795 - Fee Applications/Retention Applications | 0.50 |
| | | Attention to review of quarterly fee application and provision of comments thereon. | |
| 10/15/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 2.50 |
| | | Attention to research related to Ford Motor Credit Co. Demand Notes, as outlined in the Henkin report | |
| 10/15/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 1.50 |
| | | Attention to researching historical credit ratings of Ford Motor Credit Co. for comparison with EFIH / EFH | |
| 10/15/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 3.00 |
| | | Attention to researching historical EFIH debt trading prices and developing a trending analysis for comparison with Ford Motor Credit Co. Demand Notes | |
| 10/16/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.50 |
| | | Attention to initial draft of questions for counsel on upcoming expert report depositions scheduled for the week of 10/19. | |
| 10/16/2015 | Parker, Hayes | 705 - Plan Development and Testimony Review & Analysis | 2.00 |
| | | Attention to: EFIH research on outstanding debt and pricing. Pre and post-petition. | |
| 10/16/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 3.50 |
| | | Attention to researching historical EFIH debt trading prices and developing a trending analysis for comparison with Ford Motor Credit Co. Demand Notes | |
| 10/16/2015 | Hogan, Paul | 795 - Fee Applications/Retention Applications | 4.00 |
| | | Attention to preparation and review of Second Interim Fee Application. | |
| 10/17/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 2.50 |
| | | Attention to researching historical EFIH debt trading prices and developing analysis for comparison with Ford Motor Credit Co. Demand Notes | |
| 10/18/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 2.00 |
| | | Attention to continued review of the Henkin Report and development of related questions | |
| 10/19/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 0.50 |
| | | Attention to call with Proskauer to discuss items pertaining to upcoming M. Henkin expert report deposition | |
| 10/19/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 0.50 |
| | | Attention to update call with Evercore on matters pertaining to upcoming depositions. | |
| 10/19/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.50 |
| | | Attention to further review and analysis of M. Henkin expert report for upcoming discussion with Proskauer. | |
| 10/19/2015 | Parker, Hayes | 705 - Plan Development and Testimony Review & Analysis | 2.00 |
| | | Attention to: EFIH research on outstanding debt and pricing. Pre and post-petition. | |
| 10/19/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 2.00 |
| | | Attention to continued review of the Henkin Report and development of related questions | |
| 10/20/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 2.50 |

# Energy Future Holdings Corp – September thru December 2015

| Date | Person | Activity Code | Duration |
|------|--------|---------------|---------:|
| | | Attention to review of latest excel-version LRP financial model as provided in the dataroom. | |
| 10/20/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 3.00 |
| | | Attention to prep for counsel ahead of the M. Rule deposition | |
| 10/20/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 3.50 |
| | | Attention to review of D. Ying deposition transcript with required follow-up. | |
| 10/20/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 1.00 |
| | | Attention to continued review of the Henkin Report and development of related questions | |
| 10/21/2015 | Luria, Neil | 705 - Plan Development and Testimony Review & Analysis | 1.50 |
| | | Review of financial analysis related to trading of PIK Notes and other matters related to deposition of UCC experts. | |
| 10/21/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.00 |
| | | Attention to further development of questions for counsel ahead of M. Rule deposition. | |
| 10/21/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 3.00 |
| | | Attention to review and analysis of EFH and affiliated debt trading prices in relation to M. Rule deposition and analysis of trends related thereto. | |
| 10/21/2015 | Nowitz, Raoul | 750 - Travel Time | 4.00 |
| | | Attention to travel back from New York after meeting with counsel on deposition matters | |
| 10/21/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 1.50 |
| | | Attention to continued review of the Henkin Report and development of related questions | |
| 10/21/2015 | Hogan, Paul | 795 - Fee Applications/Retention Applications | 3.00 |
| | | Attention to preparation and review of September Fee Statement. | |
| 10/22/2015 | Luria, Neil | 705 - Plan Development and Testimony | 1.50 |
| | | Review of amended Plan and other Plan related documentation. | |
| 10/22/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.00 |
| | | Attention to review of further materials in relation to M. Rule deposition as directed by counsel. | |
| 10/22/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.50 |
| | | Attention to further review of historical capital market information on EFH and affiliated debt as directed by counsel. | |
| 10/22/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 3.50 |
| | | Attention to review of materials following M. Henkin deposition on expert report. | |
| 10/22/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 2.00 |
| | | Attention to review of board materials and latest news ahead of upcoming board meeting and related documentation review and analysis regarding same. | |
| 10/22/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 0.50 |
| | | Attention to correspondence with counsel. | |
| 10/23/2015 | Nowitz, Raoul | 729 - EFH Board Meeting Attendance | 2.00 |
| | | Attention to attendance on weekly board call and post-call follow-up. | |
| 10/23/2015 | Luria, Neil | 729 - EFH Board Meeting Attendance | 1.00 |
| | | Attended EFH board teleconference. | |
| 10/23/2015 | Cumbee, Matthew | 729 - EFH Board Meeting Attendance | 1.50 |
| | | Attention to Board call and review of related materials | |

# Energy Future Holdings Corp – September thru December 2015

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| 10/26/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 1.50 |
| | | Attention to follow-up on questions and review of materials as requested by counsel. | |
| 10/26/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.50 |
| | | Attention to review of D. Ying expert report. | |
| 10/26/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 2.50 |
| | | Attention to review of updated information in dataroom in response to various advisor enquiries. | |
| 10/26/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 3.50 |
| | | Attention to download and review of latest files posted to the data room | |
| 10/27/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 3.50 |
| | | Attention to review of various elements pertaining to requests directed by counsel and communications with A&M and counsel on same. | |
| 10/27/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.00 |
| | | Attention to review of David Herr (Duff & Phelps) expert report and follow-up on same | |
| 10/28/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 3.00 |
| | | Attention to review of J. Stuart (A&M) expert report in liquidation analysis and follow-up on same. | |
| 10/28/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.00 |
| | | Attention to review of Todd Filsinger expert report (Filsinger Energy Partners) and follow-up on same. | |
| 10/29/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 3.50 |
| | | Attention to review of A&M liquidation analysis detail from expert report (J. Stuart) with follow-up on same. | |
| 10/30/2015 | Luria, Neil | 729 - EFH Board Meeting Attendance | 1.00 |
| | | Attended EFH Board Teleconference | |
| 10/30/2015 | Nowitz, Raoul | 729 - EFH Board Meeting Attendance | 0.50 |
| | | Attention to attendance on EFH board call. | |
| 10/30/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 3.50 |
| | | Attention to review of latest dataroom monthly cash reports with follow-up. | |
| 10/30/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 3.00 |
| | | Attention to further review of deposition transcripts on expert reports. | |

SOLIC Capital Advisors, LLC | 1603 Orrington Ave, Suite 1600 | Evanston, Illinois 60201
Phone 847-583-1618 | Fax 847-583-1719

Page 13 of 22

# Energy Future Holdings Corp – September thru December 2015

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| 11/2/2015 | Luria, Neil | 705 - Plan Development and Testimony Review & Analysis | 1.00 |
| | | Review of current status of Makewhole Litigation and PPI litigation; Review of impact on potential recoveries. | |
| 11/2/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.50 |
| | | Attention to review of E. Mendelsohn (Greenhill) expert report. | |
| 11/2/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 1.50 |
| | | Attention to follow-up review of D. Ying (Evercore) expert report. | |
| 11/2/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 2.50 |
| | | Attention to review of elements of settlement specifics in light of references in expert depositions. | |
| 11/2/2015 | Cumbee, Matthew | 705 - Plan Development and Testimony Review & Analysis | 1.50 |
| | | Attention to review of D. Ying expert report | |
| 11/2/2015 | Cumbee, Matthew | 705 - Plan Development and Testimony Review & Analysis | 1.50 |
| | | Attention to review of E. Mendelson expert report | |
| 11/3/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 3.50 |
| | | Attention to updated reporting financials and review of liquidity including budget vs. actual variance analysis. | |
| 11/3/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 2.00 |
| | | Attention to references in expert depositions in relation to inter-company settlement specifics and review of settlement specifics as a result of same. | |
| 11/4/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 3.50 |
| | | Attention to review of Confirmation Trial transcript - Day 1 | |
| 11/4/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 2.50 |
| | | Attention to follow-up on various financial analysis and dataroom analyses pertaining to Confirmation hearing references. | |
| 11/4/2015 | Cumbee, Matthew | 705 - Plan Development and Testimony Review & Analysis | 4.00 |
| | | Attention to review of Confirmation Trial transcript (Day 1) | |
| 11/5/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 1.50 |
| | | Attention to further review of Confirmation Trail transcript - day 1 and follow-up. | |
| 11/5/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 2.00 |
| | | Attention to review of diligence materials | |
| 11/5/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 3.00 |
| | | Attention to review of P. Keglevic testimony on day 1 and related follow-up | |
| 11/5/2015 | Cumbee, Matthew | 705 - Plan Development and Testimony Review & Analysis | 4.00 |
| | | Attention to review of P. Keglevic testimony re: Day 1 of Confirmation Trial | |
| 11/6/2015 | Nowitz, Raoul | 729 - EFH Board Meeting Attendance | 1.00 |
| | | Attention to attendance on weekly committee call. | |
| 11/6/2015 | Luria, Neil | 729 - EFH Board Meeting Attendance | 1.00 |
| | | Attended EFH Board Teleconference. | |
| 11/6/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 5.50 |
| | | Attention to review of Confirmation Trial Day 2 Hearing transcript. | |
| 11/6/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 3.00 |
| | | Attention to follow-up on various financial analysis and dataroom analyses pertaining to Confirmation hearing references. | |
| 11/6/2015 | Cumbee, Matthew | 705 - Plan Development and Testimony Review & Analysis | 5.00 |
| | | Attention to review of Confirmation Trial Transcript (Day 2) | |
| 11/9/2015 | Luria, Neil | 705 - Plan Development and Testimony Review & Analysis | 2.50 |

# Energy Future Holdings Corp – September thru December 2015

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| | | Attention to review of confirmation hearing transcripts related to P. Keglevic and others testimony. | |
| 11/9/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 4.50 |
| | | Attention to review of Day 3 Confirmation transcript with follow-up. | |
| 11/9/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 2.50 |
| | | Review certain financial elements of REIT spin-off. | |
| 11/9/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 2.50 |
| | | Attention to review of comparable data on demand note feature in the P&I notes as provided in confirmation trial testimony. | |
| 11/9/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 1.50 |
| | | Attention to review of prior analysis performed on P&I note calculations against benchmarked credits relative to expert testimony on same. | |
| 11/10/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 5.00 |
| | | Attention to review of Confirmation trial transcript for day 4 (Nov 6th) with required follow-up. | |
| 11/10/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 2.00 |
| | | Attention to download and review of September MOR | |
| 11/11/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 1.00 |
| | | Attention to pre and post board call communications with team and related follow-up. | |
| 11/11/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 3.00 |
| | | Attention to further review of MORs, cash and related. | |
| 11/12/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 3.00 |
| | | Attention to review of board material for 11.12.2015 board call and related follow-up. | |
| 11/12/2015 | Nowitz, Raoul | 729 - EFH Board Meeting Attendance | 1.00 |
| | | Attention to board call and related follow-up. | |
| 11/13/2015 | Luria, Neil | 705 - Plan Development and Testimony Review & Analysis | 2.50 |
| | | Review of confirmation hearing transcripts. | |
| 11/13/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 2.50 |
| | | Attention to further review of latest MORs, cash, and tracking of cash against forecast. | |
| 11/13/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 3.00 |
| | | Attention to review of valuation elements as compiled by Debtor financial advisors in relation to the most recent board call. | |
| 11/14/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 2.50 |
| | | Attention to review of inter-company elements in light of confirmation trial testimony. | |
| 11/14/2015 | Cumbee, Matthew | 705 - Plan Development and Testimony Review & Analysis | 4.00 |
| | | Attention to review of Confirmation Trial Transcript (Day 3) | |
| 11/14/2015 | Cumbee, Matthew | 705 - Plan Development and Testimony Review & Analysis | 4.50 |
| | | Attention to review of Confirmation Trial Transcript (Day 4) | |
| 11/16/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 3.00 |
| | | Review of prior expert testimony pertaining to inter-company settlement matters. | |
| 11/17/2015 | Luria, Neil | 705 - Plan Development and Testimony Review & Analysis | 3.00 |
| | | Review of Confirmation Hearing transcripts and discussion with Proskauer regarding same. | |
| 11/17/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 5.50 |

# Energy Future Holdings Corp – September thru December 2015

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| | | Attention to review of S. Dore court hearing transcript and follow-up as needed. | |
| 11/17/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.50 |
| | | Attention to review of certain elements of basis step-up calculations on TCEH | |
| 11/17/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 3.00 |
| | | Attention to further review of the September MOR for variances in expected and actual cash balances | |
| 11/18/2015 | Luria, Neil | 705 - Plan Development and Testimony Review & Analysis | 3.50 |
| | | Review of confirmation hearing transcripts including testimony of Bill Williamson | |
| 11/18/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.50 |
| | | Attention to review of NEE statement filed with the court and review of content and elements. | |
| 11/18/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 3.00 |
| | | Attention to continued update of cash variance analysis | |
| 11/19/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 2.50 |
| | | Attention to review of board materials ahead of the 11/20 board call. | |
| 11/19/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 1.00 |
| | | Attention to discussion with Proskauer on updates regarding 11/19 court hearing and latest developments around the case, including post-call follow-up. | |
| 11/19/2015 | Luria, Neil | 705 - Plan Development and Testimony Review & Analysis | 1.00 |
| | | Attention to review of Board materials related to E committee settlement. | |
| 11/19/2015 | Nowitz, Raoul | 730 - Project Management and Support | 2.00 |
| | | Attention to review of draft October invoice and expenses | |
| 11/20/2015 | Luria, Neil | 729 - EFH Board Meeting Attendance | 1.00 |
| | | Attended EFH board meeting via teleconference. | |
| 11/20/2015 | Luria, Neil | 705 - Plan Development and Testimony Review & Analysis | 2.50 |
| | | Review of confirmation hearing transcripts and proposed E Committee Settlement terms. | |
| 11/20/2015 | Nowitz, Raoul | 729 - EFH Board Meeting Attendance | 1.00 |
| | | Attention to attendance on weekly board call | |
| 11/20/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.00 |
| | | Attention to review of NEE statement filed with the court and court treatment of same. | |
| 11/21/2015 | Cumbee, Matthew | 705 - Plan Development and Testimony Review & Analysis | 2.00 |
| | | Attention to review of NextEra's statement filed with the court | |
| 11/23/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 2.50 |
| | | Attention to review of latest dataroom posting of EFH and EFIH cash at emergence projection | |
| 11/23/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 2.00 |
| | | Attention to comparison of cash emergence to prior analysis of same, variance analysis against prior projections, and communications with counsel on same. | |
| 11/23/2015 | Nowitz, Raoul | 730 - Project Management and Support | 1.00 |
| | | Attention to review of backup materials pertaining o October monthly invoice. | |
| 11/23/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.50 |

SOLIC Capital Advisors, LLC | 1603 Orrington Ave, Suite 1600 | Evanston, Illinois 60201
Phone 847-583-1618 | Fax 847-583-1719

Page 16 of 22

# Energy Future Holdings Corp – September thru December 2015

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| | | Attention to review of Day 7 transcript of the Confirmation Trial and related follow-up. | |
| 11/23/2015 | Luria, Neil | 705 - Plan Development and Testimony Review & Analysis | 3.00 |
| | | Attention to review of confirmation hearing transcripts and review of current status. | |
| 11/23/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 2.00 |
| | | Attention to review of the latest EFH / EFIH cash at emergence projections | |
| 11/23/2015 | Cumbee, Matthew | 705 - Plan Development and Testimony Review & Analysis | 2.50 |
| | | Attention to review of Confirmation Trial Transcript (Day 7) | |
| 11/24/2015 | Luria, Neil | 705 - Plan Development and Testimony Review & Analysis | 2.50 |
| | | Review of Confirmation Hearing transcripts. | |
| 11/24/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 1.00 |
| | | Attention to communications pertaining to discussion call on latest emergence cash projection. | |
| 11/24/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.00 |
| | | Attention to review of cap table in light of latest information on settlements and claims caps. | |
| 11/24/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 1.00 |
| | | Attention to correspondence with counsel and review of feedback from counsel pertaining to latest settlements; review of materials regarding same. | |
| 11/24/2015 | Nowitz, Raoul | 730 - Project Management and Support | 1.00 |
| | | Attention to review and updating of time entry category descriptions pertaining to upcoming invoice | |
| 11/24/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.00 |
| | | Attention to further follow-up pertaining to Day 7 Confirmation Trial court hearing transcript. | |
| 11/24/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 1.00 |
| | | Attention to internal discussion re: EFH / EFIH cash projections | |
| 11/25/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 2.50 |
| | | Attention to review of the latest cap table in light of the latest creditor settlements and claim caps | |
| 11/25/2015 | Hogan, Paul | 795 - Fee Applications/Retention Applications | 2.50 |
| | | Attention to filing and preparation of the tenth monthly fee statement. | |
| 11/30/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 2.50 |
| | | Attention to review of latest case information including announced purchase of plants from NEE. | |
| 11/30/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 2.00 |
| | | Attention to download and review of latest files posted to data room | |

# Energy Future Holdings Corp – September thru December 2015

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| 12/1/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 2.50 |
| | | Attention to review of cash forecast ahead of discussion with EFH management. | |
| 12/1/2015 | Hogan, Paul | 795 - Fee Applications/Retention Applications | 1.50 |
| | | Continued attention to finalizing November fee statement for submission. | |
| 12/2/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.50 |
| | | Attention to review of updated debt claims analysis of disputed claims and comments associated with same, with follow-up. | |
| 12/2/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 1.00 |
| | | Attention to review of hearing update and status for confirmation trial ruling. | |
| 12/2/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.00 |
| | | Attention to review of most recently prepared capitalization table and Sources & Uses for latest disputed claims balances and follow-up regarding same. | |
| 12/2/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 2.00 |
| | | Attention to further review of the cash balances in preparation of call with EVR, including review and update of proposed settlement payments | |
| 12/2/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 2.00 |
| | | Attention to review of documents posted to the data room | |
| 12/3/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 1.00 |
| | | Team discussion on latest EFIH and EFH liquidity forecast | |
| 12/3/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 1.00 |
| | | Attention to continued review of the cash balances in preparation of call with EVR, including review and update of proposed settlement payments | |
| 12/3/2015 | Cumbee, Matthew | 705 - Plan Development and Testimony Review & Analysis | 1.00 |
| | | Attention to team discussion on latest EFIH / EFH liquidity forecasts | |
| 12/3/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 2.00 |
| | | Attention to review of documents posted to the data room | |
| 12/4/2015 | Nowitz, Raoul | 729 - EFH Board Meeting Attendance | 1.00 |
| | | Attention to attendance on weekly board call. | |
| 12/4/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 2.00 |
| | | Attention to review of materials on judge decision on confirmation approval. | |
| 12/4/2015 | Luria, Neil | 729 - EFH Board Meeting Attendance | 1.00 |
| | | Attended EFH board teleconference. | |
| 12/4/2015 | Luria, Neil | 705 - Plan Development and Testimony Review & Analysis | 2.50 |
| | | Review of Confirmation Hearing transcript. | |
| 12/4/2015 | Cumbee, Matthew | 705 - Plan Development and Testimony Review & Analysis | 1.00 |
| | | Attention to preparation of notes and analysis relating to call with EVR to review specific questions relating to the forecasted cash balances at emergence | |
| 12/4/2015 | Cumbee, Matthew | 705 - Plan Development and Testimony Review & Analysis | 1.00 |
| | | Attention to call with EVR to review specific questions relating to the forecasted cash balances at emergence | |
| 12/5/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.00 |

SOLIC Capital Advisors, LLC | 1603 Orrington Ave, Suite 1600 | Evanston, Illinois 60201
Phone 847-583-1618 | Fax 847-583-1719

Page 18 of 22

# Energy Future Holdings Corp – September thru December 2015

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| | | Attention to review of latest SOLIC analysis draft cover communication, distribution of email to counsel, and follow-up on same. | |
| 12/5/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.50 |
| | | Review of day 10 confirmation trial testimony. | |
| 12/5/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 1.00 |
| | | Attention to call with M. Carter of EFH and Evercore pertaining to latest cash projection at emergence with post-call follow-up. | |
| 12/5/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 1.50 |
| | | Attention to review of draft cash at emergence variance analysis and drafting of comments of required to same. | |
| 12/6/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 4.50 |
| | | Attention to review of cash projection at EFH and EFIH, provide analysis of same, draft communications with counsel providing details on same, review of professional fees projection, respond to follow-up enquiries of counsel. | |
| 12/6/2015 | Cumbee, Matthew | 705 - Plan Development and Testimony Review & Analysis | 4.00 |
| | | Attention to review of the Modified 6th Plan of Reorganization | |
| 12/7/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.00 |
| | | Attention to further review of testimony pertaining to Settlement Agreement. | |
| 12/7/2015 | Luria, Neil | 705 - Plan Development and Testimony Review & Analysis | 3.50 |
| | | Review of Sixth Amended Joint Plan of Reorganization of EFH and analysis of financial impact to EFH stakeholders. | |
| 12/8/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 1.00 |
| | | Attention to dataroom filings of Oncor October 2015 MPR - EFH View | |
| 12/8/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 0.50 |
| | | Attention to latest EFIH DIP budget variance report. | |
| 12/9/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 1.00 |
| | | Attention to review of October EFIH DIP budget and variance analysis, and follow-up with team on same. | |
| 12/9/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 2.50 |
| | | Attention to further review of the Modfied 6th Plan of Reorganization and the related Amended Confirmation Order | |
| 12/10/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.00 |
| | | Attention to review of transcript from Dec 2 confirmation trial court hearing. | |
| 12/11/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 3.50 |
| | | Attention to updated analysis on claims settlement balances, cash balances and S&Us on Plan A. | |
| 12/14/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.50 |
| | | Attention to review of transcript of Day 10 of confirmation trial | |
| 12/14/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 3.00 |
| | | Attention to review of documents posted to the bankruptcy court docket, includiung Aug-Oct MOR's | |
| 12/15/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 2.00 |
| | | Attention to review of TTI adversary proceedings and follow-up. | |
| 12/15/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 2.00 |
| | | Attention to review and drafting of MOR questions, discussions with team on same, and review of responses from company staff. | |
| 12/15/2015 | Luria, Neil | 705 - Plan Development and Testimony Review & Analysis | 1.00 |

# Energy Future Holdings Corp – September thru December 2015

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| | | Review of confirmation findings and other bankruptcy filings. | |
| 12/15/2015 | Luria, Neil | 705 - Plan Development and Testimony Review & Analysis | 1.00 |
| | | Review of cash roll-forward balances to determine ongoing liquidity and closing date cash balances. | |
| 12/15/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 2.00 |
| | | Attention to review of company/EVR responses to Oct 2015 MOR questions; follow-up on same; comparison to prior months; additional follow-up questions | |
| 12/15/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 2.00 |
| | | Attention to development of questions for Evercore from review of MORs | |
| 12/15/2015 | Cumbee, Matthew | 705 - Plan Development and Testimony Review & Analysis | 1.00 |
| | | Attention to call with Evercore to discuss updated settled claims amounts, based on latest PPI settlements | |
| 12/15/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 4.00 |
| | | Attention to update of the S&U and cap tables based on latest conversations with Evercore and PPI settlements | |
| 12/16/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.50 |
| | | Attention to review of updated claim balances analysis, comparison against prior analyses, discussions with team on same | |
| 12/16/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 3.00 |
| | | Attention to review of latest team-prepared S&U on Plan A, questions put to team, comparison against earlier drafts, analysis of fees and projected cash balances | |
| 12/16/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 1.00 |
| | | Attention to review of responses from Evercore relating to the review of the October MOR | |
| 12/16/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 1.50 |
| | | Attention to update of the sources & uses table relating to the purchase of Oncor | |
| 12/17/2015 | Cumbee, Matthew | 705 - Plan Development and Testimony Review & Analysis | 1.50 |
| | | Attention to continued discussion with Evercore regarding items in the October MOR | |
| 12/17/2015 | Cumbee, Matthew | 795 - Fee Applications/Retention Applications | 1.00 |
| | | Attention to review of November time entries for submission | |
| 12/18/2015 | Luria, Neil | 705 - Plan Development and Testimony Review & Analysis | 1.00 |
| | | Review of impact of Texas Transmission litigation on Plan and EFH stakeholder distributions. | |
| 12/18/2015 | Cumbee, Matthew | 705 - Plan Development and Testimony Review & Analysis | 1.00 |
| | | Attention to continued follow up and discussion with Evercore regarding certain cash expenses in the October MOR | |
| 12/21/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.50 |
| | | Attention to review of latest court ruling on drag-rights of minority investors. | |
| 12/21/2015 | Luria, Neil | 705 - Plan Development and Testimony Review & Analysis | 2.00 |
| | | Discussion with J. Marwil regarding current status of case; Review of TTI related issues and status of TX PUC and IRS approvals. | |
| 12/21/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 2.00 |
| | | Attention to review of documents posted to the data room | |
| 12/22/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 2.00 |

# Energy Future Holdings Corp – September thru December 2015

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| | | Attention to review of documents posted to the data room | |
| 12/23/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 2.00 |
| | | Attention to review of documents posted to the data room | |
| 12/29/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.50 |
| | | Attention to review of transcript on judge's ruling on settlement agreement and confirmation, with follow-up on same. | |
| 12/29/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 3.00 |
| | | Attention to continued review of new documents posted to the bankruptcy court docket | |
| 12/30/2015 | Luria, Neil | 725 - Dataroom and Diligence Materials Review | 1.50 |
| | | Review of October Monthly Operating report and potential impact on cash available for EFH. | |
| 12/30/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 2.00 |
| | | Attention to development of questions for Evercore relating to the latest liquidity forecast and actual Aug-Oct cash balances | |
| 12/30/2015 | Hogan, Paul | 795 - Fee Applications/Retention Applications | 1.00 |
| | | Attention to preparation and review of November fee statement. | |
| 12/31/2015 | Nowitz, Raoul | 730 - Project Management and Support | 2.00 |
| | | Attention to review of November 2015 invoice with January 2016 budget with comments to team. | |

# Energy Future Holdings Corp – September thru December 2015

| | | Hours |
|---|---|---|
| Luria, Neil | Senior Managing Director | 98.50 |
| Nowitz, Raoul | Managing Director | 396.50 |
| Hogan, Paul | Director | 16.00 |
| Cumbee, Matthew | Senior Associate | 275.00 |
| Parker, Hayes | Analyst | 4.00 |
| **Grand Total:** | | **790.00** |

SOLIC Capital Advisors, LLC | 1603 Orrington Ave, Suite 1600 | Evanston, Illinois 60201
Phone 847-583-1618 | Fax 847-583-1719

Page 22 of 22