# **Exhibit D**

[Detailed Description of Expenses Incurred]

# Energy Future Holdings Corp – October 2015

| Date | Person | Expense Code | Fee |
|---|---|---|---|
| 10/15/2015 | Nowitz, Raoul | AIR - Airfare | $ 703.10 |
| | | Economy class From LAX to ATL for travel related to meeting with Proskauer | |
| 10/21/2015 | Nowitz, Raoul | AIR - Airfare | $ 537.35 |
| | | Round-trip, economy class ATL-LGA for meeting with Proskauer regarding deposition preparation. | |
| 10/21/2015 | Nowitz, Raoul | AIR - Airfare | $ 100.00 |
| | | Flight change fee associated with travel from LGA-ATL | |
| | | **Total Airfare:** | **$ 1,340.45** |
| 10/16/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 70.00 |
| | | Rental car - 1 day | |
| 10/16/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 34.00 |
| | | Atlanta Hartsfield Jax Int'l Airport parking | |
| 10/19/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 40.69 |
| | | Taxi service | |
| 10/19/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 14.65 |
| | | Taxi service | |
| 10/21/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 68.00 |
| | | Hartsfield Jax Atl Int'l Airport parking | |
| 10/21/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 60.89 |
| | | Taxi service | |
| | | **Total Ground Transportation:** | **$ 288.23** |
| 10/19/2015 | Nowitz, Raoul | HOTEL - Hotel and Lodging | $ 254.81 |
| | | Room Rate and Taxes - 1 night in New York | |
| 10/20/2015 | Nowitz, Raoul | HOTEL - Hotel and Lodging | $ 415.45 |
| | | Room Rate and Taxes - 1 night in New York | |
| | | **Total Hotel and Lodging:** | **$ 670.26** |
| 10/19/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 40.00 |
| | | Attendee:   R. Nowitz | |
| 10/19/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 23.40 |
| | | Attendee:   R. Nowitz | |
| 10/20/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 40.00 |
| | | Attendee:   R. Nowitz | |
| 10/20/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 80.00 |
| | | Attendees:   R. Nowitz, M. Thomas (Proskauer) | |
| 10/20/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 20.52 |
| | | Attendee:   R. Nowitz | |
| 10/21/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 11.12 |
| | | Attendee:   R. Nowitz | |
| 10/21/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 40.00 |
| | | Attendee:   R. Nowitz | |
| | | **Total Out of Town Meals:** | **$ 255.04** |
| 10/19/2015 | Nowitz, Raoul | MILES - USA - Mileage | $ 8.84 |
| | | from home to airport | |

## Energy Future Holdings Corp – October 2015

| Date | Person | Expense Code | Fee |
|---|---|---|---|
| 10/21/2015 | Nowitz, Raoul | MILES - USA - Mileage | $ 8.84 |
| | | from airport to home | |
| | | Total USA - Mileage: | $ 17.68 |
| | | | $ 2,571.66 |



# ReadyNetworks
# Invoice

ReadyNetworks
1603 Orrington Ave, Suite 1740
Evanston, IL  60201

(844)312-8324
invoices@readynetworks.com
http://www.readynetworks.com

| Date | Invoice # |
|---|---|
| 06/18/2015 | 3304 |
| Terms | Due Date |
| Due on receipt | 06/18/2015 |

| Bill To |
|---|
| Paul Hogan<br>Solic Capital<br>1603 Orrington Avenue<br>Evanston, il  60201 USA |

| Date | Activity | Quantity | Rate | Amount |
|---|---|---|---|---|
| 06/18/2015 | E-Mail Discovery and Review<br>"   Global search completed for all mailboxes and domains identified by Solic and Proskauer<br>"   Identified Solic individuals, attorneys and financial advisors identified per scope terms and flagged into separate .PST databases<br>"   Chain of custody documented<br>"   All Data secured and delivered with 448 Bit Encryption securely<br>"   Data Inventory sheet created identifying all EFH key scope search output<br>"   Work product for identified Solic users gathered and sorted by user.<br>"   Work product files 448-bit encrypted and delivered to Proskauer<br><br>Breakdown of Hours:<br><br>"   Preparation and requirements discussion:   2 Hours   - Sam Barhoumeh<br><br>"   E-Mail search criteria executed across all domains, users and identified terms per Proskauer requirements:   21 Hours - Sam Barhoumeh<br>"   Gathering and securing Solic Work product data - 8 Hours     Sam Barhoumeh<br>"   Data Inventory Sheet creation and data sorting - 5 Hours -  Sam Barhoumeh<br>"   Data prepared, encrypted and delivered:  3.5 Hours -  Sam Barhoumeh<br>*      Second Gathering of Solic Work Product Data -  10 Hours - Sam Barhoumeh | 49.5 | 225.00 | 11,137.50 |

Thank You for your Business

Total  $11,137.50

