# **EXHIBIT C**

Amended List of Executory Contracts and Unexpired Leases to be Rejected by Reorganized Debtors on the Effective Date

**Exhibit C**

**Rejection Schedule**

| | Details of Contract (s) | | Counterparty Information | | Other Information | |
|---|---|---|---|---|---|---|
| Ref # | Debtor | Description of Contract or Lease | Counterparty | Counterparty Address | Description of Property to be Abandoned, if any | Rejection Date |
| 1 | LUMINANT MINING COMPANY LLC | SERVICES AGREEMENT DATED 3/3/2014 | ABSOLUTE CONSULTING, INC. | 7552 NAVARRE PARKWAY STE 63<br>NAVARRE, FL 32566 | | UPON ENTRY OF THE ORDER |
| 2 | LUMINANT GENERATION COMPANY LLC | SERVICES AGREEMENT DATED 02/08/2012 PLUS AMENDMENTS PLUS STATEMENTS OF WORK | ABSOLUTE CONSULTING | 7552 NAVARRE SUITE 63<br>NAVARRE, FL 32566<br>UNITED STATES | | UPON ENTRY OF THE ORDER |
| 3 | LUMINANT GENERATION COMPANY LLC | SERVICES AGREEMENT DATED 01/07/2013 PLUS AMENDMENTS | ABSOLUTE CONSULTING INC | 7552 NAVARRE PARKWAY STE 63<br>NAVARRE, FL 32566 | | UPON ENTRY OF THE ORDER |
| 4 | LUMINANT GENERATION COMPANY LLC | SERVICES AGREEMENT DATED 3/26/2014 | AGGREKO TEXAS LP | 655 GRIGSBY WAY SUITE A<br>CEDAR HILL, TX 75104 | | UPON ENTRY OF THE ORDER |
| 5 | LUMINANT GENERATION COMPANY LLC | SERVICES AGREEMENT DATED 03/20/2013 PLUS AMENDMENTS | AGGREKO LLC | 627 GRIGSBY WAY<br>CEDAR HILL, TX 75104 | | UPON ENTRY OF THE ORDER |
| 6 | TXU ENERGY RETAIL COMPANY LLC | SERVICES AGREEMENT DATED 06/29/2009 | AGR GROUP LLC | 13100-56TH COURT<br>CLEARWATER, FL 33760<br>UNITED STATES | | UPON ENTRY OF THE ORDER |
| 7 | SANDOW POWER COMPANY LLC | ALLIED ENV HUMIDITY MONITOR - SA | ALLIED ENVIRONMENTAL SOLUTIONS, INC. | 9730 PATUXENT WOODS DR. STE.100<br>COLUMBIA, MD 21046<br>UNITED STATES | | UPON ENTRY OF THE ORDER |
| 8 | LUMINANT MINING COMPANY LLC | SERVICES AGREEMENT DATED 02/18/2014 | ARAMARK UNIFORM SERVICES | 22014 BUSH DR.<br>WACO, TX 76712<br>UNITED STATES | | UPON ENTRY OF THE ORDER |
| 9 | OAK GROVE MANAGEMENT COMPANY LLC | SERVICES AGREEMENT DATED 01/19/2009 PLUS AMENDMENTS | ARAMARK UNIFORM SERVICES | 22014 BUSH DR.<br>WACO, TX 76712<br>UNITED STATES | | UPON ENTRY OF THE ORDER |
| 10 | LUMINANT GENERATION COMPANY LLC | SERVICES AGREEMENT DATED 01/01/2004 PLUS AMENDMENTS | AREVA NP INC. | 155 MILL RIDGE RD.<br>LYNCHBERG, VA 24502<br>UNITED STATES | | UPON ENTRY OF THE ORDER |
| 11 | OAK GROVE MANAGEMENT COMPANY | SERVICES AGREEMENT DATED 7/01/2012 | BCS STOP & GO POTTIES | P.O. BOX 5449<br>BRYAN, TX 77805-5449<br>UNITED STATES | | UPON ENTRY OF THE ORDER |
| 12 | OAK GROVE MANAGEMENT COMPANY | SERVICES AGREEMENT DATED 1/01/2015 | BEACON AVIATION INC | 194 COUNTY ROAD 2950<br>ALBA, TX 75410 | | UPON ENTRY OF THE ORDER |
| 13 | LUMINANT BIG BROWN MINING COMPANY LLC | SERVICES AGREEMENT DATED 10/01/2013 | BEACON AVIATION, INC. | 194 COUNTY ROAD 2950<br>ALBA, TX 75410<br>UNITED STATES | | UPON ENTRY OF THE ORDER |

**Exhibit C**

**Rejection Schedule**

| | Details of Contract (s) | | Counterparty Information | | Other Information | |
|---|---|---|---|---|---|---|
| Ref # | Debtor | Description of Contract or Lease | Counterparty | Counterparty Address | Description of Property to be Abandoned, if any | Rejection Date |
| 14 | LUMINANT MINING COMPANY LLC | SERVICES AGREEMENT DATED 02/04/2014 | BEACON AVIATION, INC. | 194 COUNTY ROAD 2950<br>ALBA, TX 75410 | | UPON ENTRY OF THE ORDER |
| 15 | LUMINANT GENERATION COMPANY LLC<br>OAK GROVE MANAGEMENT COMPANY LLC<br>SANDOW POWER COMPANY LLC | SERVICES AGREEMENT DATED 01/25/2014 PLUS AMENDMENTS | CLARY E & I SERVICES, LLC | P.O. BOX 343<br>OVERTON, TX 75684<br>UNITED STATES | | UPON ENTRY OF THE ORDER |
| 16 | LUMINANT GENERATION COMPANY LLC | ACCOMMODATION AGREEMENT DATED 12/9/2005 | ENDURING RESOURCES LLC | ADDRESS ON FILE | | UPON ENTRY OF THE ORDER |
| 17 | LUMINANT MINING COMPANY LLC | ACCOMMODATION AGREEMENT DATED 12/9/2005 | ENDURING RESOURCES LLC | ADDRESS ON FILE | | UPON ENTRY OF THE ORDER |
| 18 | LUMINANT GENERATION COMPANY LLC | SERVICES AGREEMENT DATED 04/15/2012 PLUS AMENDMENTS | ENERCON SERVICES INC | 12916 TAMPA OAKS BLVD SUITE 131<br>TEMPLE TERRACE, FL 33637<br>UNITED STATES | | UPON ENTRY OF THE ORDER |
| 19 | LUMINANT GENERATION COMPANY LLC<br>OAK GROVE MANAGEMENT COMPANY LLC<br>SANDOW POWER COMPANY LLC | SERVICES AGREEMENT DATED 04/06/2012 | EAST TEXAS TESTING LABORATORY, INC. | 1717 EAST ERWIN STREET<br>TYLER, TX 75702<br>UNITED STATES | | UPON ENTRY OF THE ORDER |
| 20 | LUMINANT MINING COMPANY LLC | SERVICES AGREEMENT DATED 01/31/2014 | ETTL ENGINEERS AND CONSULTANTS, INC. | 1717 EAST ERWIN ST<br>TYLER, TX 75702<br>UNITED STATES | | UPON ENTRY OF THE ORDER |
| 21 | LUMINANT BIG BROWN MINING COMPANY LLC<br>LUMINANT GENERATION COMPANY LLC<br>LUMINANT MINING COMPANY LLC<br>OAK GROVE MANAGEMENT COMPANY LLC<br>SANDOW POWER COMPANY LLC | SERVICES AGREEMENT DATED 04/01/1997 PLUS AMENDMENTS | ETTL ENGINEERS & CONSULTANTS, INC. | 1717 EAST ERWIN STREET<br>TYLER, TX 75702-6398<br>UNITED STATES | | UPON ENTRY OF THE ORDER |
| 22 | LUMINANT GENERATION COMPANY LLC | ACCOUNT TERMS AND CONDITIONS (FIRST NATIONAL BANK OF GRANBURY) | FIRST NATIONAL BANK OF GRANBURY | 101 E. BRIDGE STREET<br>GRANBURY, TX 76048<br>UNITED STATES | | UPON ENTRY OF THE ORDER |
| 23 | LUMINANT HOLDING COMPANY LLC | FUTURE GEN INDUST ALLIANCE - MEM | FUTUREGEN INDUSTRIAL ALLIANCE, INC. | 1101 PENNSYLVANIA AVE., 6TH FL<br>WASHINGTON, DC 20004<br>UNITED STATES | | UPON ENTRY OF THE ORDER |

**Exhibit C**

**Rejection Schedule**

| | Details of Contract (s) | | Counterparty Information | | Other Information | |
|---|---|---|---|---|---|---|
| Ref # | Debtor | Description of Contract or Lease | Counterparty | Counterparty Address | Description of Property to be Abandoned, if any | Rejection Date |
| 24 | LUMINANT GENERATION COMPANY LLC | SERVICES AGREEMENT DATED 11/14/2011 PLUS AMENDMENTS | W.W. GRAINGER, INC. | 300 WEST VICKERY BOULEVARD<br>FORT WORTH, TX 76104-1201 | | UPON ENTRY OF THE ORDER |
| 25 | ENERGY FUTURE HOLDINGS CORP. | INDEMNIFICATION AGREEMENT DATED 10/10/2007 | KOHLBERG KRAVIS ROBERTS & CO. LLP, TPG CAPITAL L.P., GOLDMAN, SACHS & CO. | ATTN: MARC LIPSCHULTZ 9 WEST 57TH STREET SUITE 4200<br>NEW YORK, NY 10019<br>UNITED STATES | | UPON ENTRY OF THE ORDER |
| 26 | LUMINANT GENERATION COMPANY LLC | SERVICES AGREEMENT DATED 01/01/2014 | KONECRANES NUCLEAR EQUIPMENT & SERVICES | 5300 SOUTH EMMER DRIVE<br>NEW BERLIN, WI 53151<br>UNITED STATES | | UPON ENTRY OF THE ORDER |
| 27 | ENERGY FUTURE HOLDINGS CORP. | MANAGEMENT SERVICES AGREEMENT | SPONSOR GROUP/LEHMAN BROTHERS INC. | ATTN: MARC LIPSCHULTZ 9 WEST 57TH STREET SUITE 4200<br>NEW YORK, NY 10019<br>UNITED STATES | | UPON ENTRY OF THE ORDER |
| 28 | OAK GROVE MANAGEMENT COMPANY LLC | SERVICES AGREEMENT DATED 03/01/2012 PLUS AMENDMENTS | LRS-RDC INC. | P.O. BOX 2335<br>MT. PLEASANT, TX 75456<br>UNITED STATES | | UPON ENTRY OF THE ORDER |
| 29 | LUMINANT MINING COMPANY LLC | SERVICES AGREEMENT DATED 03/01/2012 PLUS AMENDMENTS | LRS-RDC INC. | P.O. BOX 2335<br>MT. PLEASANT, TX 75456<br>UNITED STATES | | UPON ENTRY OF THE ORDER |
| 30 | TXU ENERGY RETAIL COMPANY LLC | COMMERCIAL ACCOUNT TERMS AND CONDITIONS (M&T BANK) | M&T BANK | ATTN: MIKE MISTRETTA 25 SOUTH CHARLES ST. 1ST FLOOR<br>BALTIMORE, MD 21201<br>UNITED STATES | | UPON ENTRY OF THE ORDER |
| 31 | EFH CORPORATE SERVICES COMPANY | SERVICES AGREEMENT DATED 01/31/2014 | MAMMOET USA SOUTH, INC. | 20525 FM 521<br>ROSHARON, TX 77583<br>UNITED STATES | | UPON ENTRY OF THE ORDER |
| 32 | LUMINANT GENERATION COMPANY LLC | SERVICES AGREEMENT DATED 06/09/2008 PLUS AMENDMENTS | OEAAT, INC | 755 SUMMERSONG LANE<br>ENCINITAS, CA 92024<br>UNITED STATES | | UPON ENTRY OF THE ORDER |

**Exhibit C**

**Rejection Schedule**

| | Details of Contract (s) | | Counterparty Information | | Other Information | |
|---|---|---|---|---|---|---|
| Ref # | Debtor | Description of Contract or Lease | Counterparty | Counterparty Address | Description of Property to be Abandoned, if any | Rejection Date |
| 33 | TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC<br>LUMINANT ENERGY COMPANY LLC<br>4CHANGE ENERGY HOLDINGS LLC<br>4CHANGE ENERGY COMPANY<br>TXU ENERGY RETAIL COMPANY LLC<br>ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY LLC | SEPARATION AGREEMENT DATED 12/14/2001 | ONCOR ELECTRIC DELIVERY | 1616 WOODALL ROGERS FREEWAY SUITE 6C DALLAS, TX 75201 | | UPON ENTRY OF THE ORDER |
| 34 | EFH CORPORATE SERVICES COMPANY | SEPARATION AGREEMENT DATED 10/10/2007 | ONCOR ELECTRIC DELIVERY | 1616 WOODALL ROGERS FREEWAY SUITE 6C DALLAS, TX 75201 | | UPON ENTRY OF THE ORDER |
| 35 | TEXAS COMPETITIVE ELECTRIC HOLDINGS | TAX MAKE-WHOLE AGREEEMENT DATED 1/1/2002 | ONCOR ELECTRIC | 1616 WOODALL ROGERS FREEWAY SUITE 6C DALLAS, TX 75201 | | UPON ENTRY OF THE ORDER |
| 36 | TEXAS COMPETITIVE ELECTRIC HOLDINGS | INTEREST MAKE-WHOLE AGREEEMENT DATED 1/1/2002 | ONCOR ELECTRIC | 1616 WOODALL ROGERS FREEWAY SUITE 6C DALLAS, TX 75201 | | UPON ENTRY OF THE ORDER |
| 37 | TEXAS COMPETITIVE ELECTRIC HOLDINGS | INTEREST MAKE-WHOLE AGREEEMENT DATED 1/1/2004 | ONCOR ELECTRIC DELIVERY COMPANY | 1616 WOODALL ROGERS FREEWAY SUITE 6C DALLAS, TX 75201 | | UPON ENTRY OF THE ORDER |
| 38 | ENERGY FUTURE HOLDINGS CORP. | ENGAGEMENT LETTER | RYAN LLC | GREG WEISS, EXECUTIVE VICE PRESIDENT CHIEF LEGAL OFFICER AND SECRETARY 3 GALLERIA TOWER, 13155 NOEL RD, STE 100 DALLAS, TX 75240-5090 | | UPON ENTRY OF THE ORDER |
| 42 | TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC | RAIL EQUIPMENT LEASE AGREEMENT | SOJITZ CORPORATION OF AMERICA | ATTN: KENGO WADA 1120 AVENUE OF THE AMERICAS 44TH FLOOR NEW YORK, NY 10036 | | UPON ENTRY OF THE ORDER |
| 43 | ENERGY FUTURE HOLDINGS CORP. | REGISTRATION RIGHTS AGREEMENT | SPONSOR GROUP/CO-INVESTORS | ATTN: MARC LIPSCHULTZ 9 WEST 57TH STREET SUITE 4200 NEW YORK, NY 10019 UNITED STATES | | UPON ENTRY OF THE ORDER |
| 44 | LUMINANT GENERATION COMPANY LLC<br>OAK GROVE MANAGEMENT COMPANY LLC<br>SANDOW POWER COMPANY LLC | SERVICES AGREEMENT DATED 07/01/1993 PLUS AMENDMENTS | TEAM INDUSTRIAL SERVICES, INC. | PO BOX 10279 LONGVIEW, TX 75607 UNITED STATES | | UPON ENTRY OF THE ORDER |
| 45 | LUMINANT GENERATION COMPANY LLC | SERVICES AGREEMENT DATED 02/10/2014 | TEXAS ECO SERVICES INC | 5232 SAUNDERS FORT WORTH, TX 76119 UNITED STATES | | UPON ENTRY OF THE ORDER |

**Exhibit C**

**Rejection Schedule**

| | Details of Contract (s) | | Counterparty Information | | Other Information | |
|---|---|---|---|---|---|---|
| Ref # | Debtor | Description of Contract or Lease | Counterparty | Counterparty Address | Description of Property to be Abandoned, if any | Rejection Date |
| 46 | EFH CORPORATE SERVICES COMPANY | PRICING AGREEMENT DATED 10/31/2013 | TPG GLOBAL, LLC | 301 COMMERCE STREET SUITE 3300<br>FORT WORTH, TX 76102<br>UNITED STATES | | UPON ENTRY OF THE ORDER |
| 47 | TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC | RAILCAR EQUIPMENT LEASE AGREEMENT DATED 12/27/95 | WELLS FARGO BANK NORTHWEST, N.A. | 79 S. MAIN ST MAC: U1254-031<br>SALT LAKE CITY, UT 84111<br>UNITED STATES | | UPON ENTRY OF THE ORDER |
| 48 | TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC | RAILCAR EQUIPMENT LEASE AGREEMENT DATED 12/27/95 | WELLS FARGO BANK NORTHWEST, N.A. | 260 N. CHARLES LINDBERGH DRIVE<br>SALT LAKE CITY, UT 84116 | | UPON ENTRY OF THE ORDER |
| 49 | LUMINANT GENERATION COMPANY LLC | EQUIPMENT LEASE DATED 03/12/1999 PLUS AMENDMENTS | WILLIAMS SCOTSMAN, INC. | ATTN: TOM MATRANGA 4590 CAREY STREET<br>FORT WORTH, TX 76119<br>UNITED STATES | | UPON ENTRY OF THE ORDER |
| 50 | LUMINANT GENERATION COMPANY LLC | EQUIPMENT LEASE DATED 12/05/2013 | WILLIAMS SCOTSMAN | 4590 CAREY ST<br>FORT WORTH, TX 76119<br>UNITED STATES | | UPON ENTRY OF THE ORDER |
| 51 | TXU ENERGY RETAIL COMPANY LLC | DATA MASTER SERVICES AGREEMENT DATED 11/04/2008 | WORLD MARKETING, INC. | 8801 AUTOBAHN DRIVE SUITE 100<br>DALLAS, TX 75237<br>UNITED STATES | | UPON ENTRY OF THE ORDER |

**Exhibit C**

**Rejection Schedule**

| | | Details of Contract (s) | | Counterparty Information | | Other Information | |
|---|---|---|---|---|---|---|---|
| Ref # | Debtor | Description of Contract or Lease | Counterparty | Counterparty Address | | Description of Property to be Abandoned, if any | Rejection Date |
| 52 | ENERGY FUTURE HOLDINGS CORP.<br>ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY LLC<br>ENERGY FUTURE INTERMEDIATE HOLDINGS COMPANY LLC<br>TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC<br>EFIH FINANCE INC.<br>TXU RECEIVABLES COMPANY<br>EFH AUSTRALIA (NO. 2) HOLDINGS CO.<br>EFH FS HOLDINGS COMPANY<br>EFH FINANCE (NO. 2) HOLDINGS CO.<br>EFH CORPORATE SERVICES COMPANY<br>LSGT GAS COMPANY LLC<br>TCEH FINANCE INC.<br>LSGT SACROC, INC.<br>EEC HOLDINGS, INC.<br>EECI, INC.<br>GENERATION SVC COMPANY<br>LUMINANT ENERGY COMPANY LLC<br>LUMINANT ENERGY TRADING CALIFORNIA COMPANY<br>LUMINANT ET SERVICES COMPANY<br>LUMINANT GENERATION COMPANY LLC<br>LUMINANT HOLDING COMPANY LLC<br>LUMINANT MINING COMPANY LLC<br>TXU ENERGY RETAIL COMPANY LLC<br>TXU RETAIL SERVICES COMPANY<br>TXU SEM COMPANY<br>4CHANGE ENERGY COMPANY | COMPETITIVE TAX SHARING AGREEMENT DATED 5/5/2012 | EFH VERMONT INSURANCE BASIC RESOURCES INC. EFH PROPERTIES COMPANY | 1601 BRYAN ST.<br>DALLAS, TX 75201-3411 | | EFFECTIVE DATE OF THE PLAN |
| 53 | ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC | ENGAGEMENT LETTER AND NON-DISCLOSURE AGREEMENT | AKIN GUMP STRAUSS HAUER & FELD LLP | TWO COMMERCE SQUARE 2001 MARKET STREET, SUITE 4100<br>PHILADELPHIA, PA 19103-7013 | | UPON ENTRY OF THE ORDER |

**Exhibit C**

**Rejection Schedule**

| | Details of Contract (s) | | Counterparty Information | | Other Information | |
|---|---|---|---|---|---|---|
| Ref # | Debtor | Description of Contract or Lease | Counterparty | Counterparty Address | Description of Property to be Abandoned, if any | Rejection Date |
| 54 | ENERGY FUTURE HOLDINGS CORP. | ENGAGEMENT LETTER AND NON-DISCLOSURE AGREEMENT | BLACKSTONE ADVISORY PARTNERS L P | 345 PARK AVENUE<br>NEW YORK, NY 10154 | | UPON ENTRY OF THE ORDER |
| 55 | ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC | ENGAGEMENT LETTER AND NON-DISCLOSURE AGREEMENT | CAPSTONE ADVISORY GROUP LLC | PARK 80 WEST 250 PEHLE AVE STE 105<br>SADDLE BROOK, NJ 07663 | | UPON ENTRY OF THE ORDER |
| 56 | ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC | ENGAGEMENT LETTER AND NON-DISCLOSURE AGREEMENT | CENTERVIEW PARTNERS LLC | 31 W 52ND ST<br>NEW YORK, NY 10019 | | UPON ENTRY OF THE ORDER |
| 57 | ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC | SHARED SERVICES AGREEMENT | EFH CORPORATE SERVICES COMPANY | ATTN: MR. JEFF WALKER 1601 BRYAN ST.<br>DALLAS, TX 75201-3411 | | EFFECTIVE DATE OF THE PLAN |
| 58 | EFH CORPORATE SERVICES COMPANY | SHARED SERVICES AGREEMENT | ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC | ATTN: MR. JEFF WALKER 1601 BRYAN ST.<br>DALLAS, TX 75201-3411 | | EFFECTIVE DATE OF THE PLAN |
| 59 | ENERGY FUTURE HOLDINGS CORP. | ENGAGEMENT LETTER AND NON-DISCLOSURE AGREEMENT | FRIED FRANK HARRIS SHRIVER & JACOBSON | ONE NEW YORK PLAZA<br>NEW YORK, NY 10004-1980 | | UPON ENTRY OF THE ORDER |
| 60 | ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC | ENGAGEMENT LETTER AND NON-DISCLOSURE AGREEMENT | KRAMER LEVIN NAFTALIS & FRANKEL | 1177 AVE OF THE AMERICAS<br>NEW YORK, NY 10036 | | UPON ENTRY OF THE ORDER |
| 61 | ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC | ENGAGEMENT LETTER AND NON-DISCLOSURE AGREEMENT | ROPES & GRAY LLP | MARK R. SOMERSTEIN 1211 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036-8704 | | UPON ENTRY OF THE ORDER |
| 62 | ENERGY FUTURE HOLDINGS CORP. | CONFIDENTIALITY AGREEMENT | SAIC ENERGY, ENVIRONMENT & INFRASTRUCTURE,LLC | 1801 CALIFORNIA STREET SUITE 2800<br>DENVER, CO 80202<br>UNITED STATES | | UPON ENTRY OF THE ORDER |
| 63 | ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC | ENGAGEMENT LETTER AND NON-DISCLOSURE AGREEMENT | SAIC ENERGY, ENVIRONMENT & INFRASTRUCTURE,LLC | 1801 CALIFORNIA STREET SUITE 2800<br>DENVER, CO 80202<br>UNITED STATES | | UPON ENTRY OF THE ORDER |
| 64 | ENERGY FUTURE HOLDINGS CORP. | CONFIDENTIALITY AGREEMENT 10/1/2012 | SAIC ENERGY, ENVIRONMENT & INFRASTRUCTURE, LLC | ADDRESS ON FILE | | UPON ENTRY OF THE ORDER |
| 65 | GENERATION DEVELOPMENT COMPANY LLC | CONFIDENTIALITY AGREEMENT | BABCOCK & WILCOX POWER GENERATION GROUP | 20 S. VAN BUREN AVENUE<br>BARBERTON, OH 44203<br>UNITED STATES | | UPON ENTRY OF THE ORDER |
| 66 | GENERATION DEVELOPMENT COMPANY LLC | CONFIDENTIALITY AGREEMENT | BLACK & VEATCH CORPORATION | 11401 LAMAR AVENUE<br>OVERLAND PARK, KS 66211<br>UNITED STATES | | UPON ENTRY OF THE ORDER |
| 67 | GENERATION DEVELOPMENT COMPANY LLC | CONFIDENTIALITY AGREEMENT | BLACK & VEATCH CORPORATION | 11401 LAMAR AVENUE<br>OVERLAND PARK, KS 66211<br>UNITED STATES | | UPON ENTRY OF THE ORDER |

**Exhibit C**

**Rejection Schedule**

| | Details of Contract (s) | | Counterparty Information | | Other Information | |
|---|---|---|---|---|---|---|
| Ref # | Debtor | Description of Contract or Lease | Counterparty | Counterparty Address | Description of Property to be Abandoned, if any | Rejection Date |
| 68 | GENERATION DEVELOPMENT COMPANY LLC | CONFIDENTIALITY AGREEMENT | BLACK & VEATCH CORPORATION | 11401 LAMAR AVENUE<br>OVERLAND PARK, KS 66211<br>UNITED STATES | | UPON ENTRY OF THE ORDER |
| 69 | GENERATION DEVELOPMENT COMPANY LLC | CONFIDENTIALITY AGREEMENT | POWER4GEORGIANS, LLC | 1506 KLONDIKE RD SW, STE 105<br>CONYERS, GA 30094<br>UNITED STATES | | UPON ENTRY OF THE ORDER |
| 70 | GENERATION DEVELOPMENT COMPANY LLC | CONFIDENTIALITY AGREEMENT | THE MATHWORKS, INC. | 3 APPLE HILL DR ATTN: THOMAS M. SPERA<br>NATICK, MA 01760<br>UNITED STATES | | UPON ENTRY OF THE ORDER |
| 71 | LSGT GAS COMPANY LLC | GUARANTEE AGREEMENT | STATE OF NEW YORK | SPECIAL ASSISTANT-BUREAU OF FINANCE WORKERS' COMPENSATION BOARD, 295 MAIN STREET, 4TH FL, ATTN: KORY R. AHLSTROM<br>BUFFALO, NY 14203 | | UPON ENTRY OF THE ORDER |
| 72 | ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY LLC, ENERGY FUTURE HOLDINGS CORP., ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC, TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC | ENGAGEMENT LETTER AND NON-DISCLOSURE AGREEMENT | PERELLA WEINBERG PARTNERS LP | 767 FIFTH AVE<br>NEW YORK, NY 10153 | | UPON ENTRY OF THE ORDER |
| 73 | ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY LLC, TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC, TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC | ENGAGEMENT LETTER AND NON-DISCLOSURE AGREEMENT | WINSTEAD PC | KEVIN A. SULLIVAN, CHAIRMAN & CEO 500 WINSTEAD BUILDING 2728 N. HARWOOD STREET<br>DALLAS, TX 75201 | | UPON ENTRY OF THE ORDER |
| 74 | LUMINANT GENERATION COMPANY LLC | PO 9891 FOR MONTHLY SERVICES IN 2014 | JANI-KING, INC. | VENDOR RECOVERY FUND IV ASIGNEE OF JANI-KING OF DALLAS<br>C/O DRUM CAPITAL MANAGEMENT<br>4 STAMFORD PLAZA<br>STAMFORD, CT 06902 | | UPON ENTRY OF THE ORDER |
| 75 | LUMINANT GENERATION COMPANY LLC | PO 9891 FOR MONTHLY SERVICES IN 2014 | JANI-KING, INC. | ALPHA SERVICES CORPORATION<br>4335 SUNBELT DR<br>ADDISON, TX 75001 | | UPON ENTRY OF THE ORDER |
| 76 | LUMINANT GENERATION COMPANY LLC | SERVICES AGREEMENT DATED 11/24/2003 PLUS AMENDMENTS | F.L. SMIDTH AIRTECH INC. | 3231 SCHOENERSVILLE ROAD<br>BETHLEHEM, PA 18017<br>UNITED STATES | | UPON ENTRY OF THE ORDER |