## **EXHIBIT E**

Amended List of Executory Contracts and Unexpired Leases to be Conditionally Assumed by Reorganized Debtors on the Effective Date

RLF1 13908953v.1

**Exhibit E**

**Conditional Assumption Schedule**

| | | Details of Contract (s) | | Counterparty Information | | Other Information | | | |
|---|---|---|---|---|---|---|---|---|---|
| Ref # | Debtor(s) | Description of Contract or Lease | Counterparty | Counterparty Address | Amount Required to Cure Default Thereunder, if any | Cure Details | Details of Material Amendments | Conditions | Assumption Date |
| NONE | | | | | | | | | |