# **EXHIBIT F**

Comparison of Amended List of Executory Contracts and Unexpired Leases to be Conditionally Assumed by Reorganized Debtors on the Effective Date

RLF1 13908953v.1

## Exhibit F

### Conditional Assumption Schedule

| | Details of Contract (s) | | Counterparty Information | | Other Information | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Ref # | Debtor(s) | Description of Contract or Lease | Counterparty | Counterparty Address | Amount Required to Cure Default Thereunder, if any | Cure Details | Details of Material Amendments | Conditions | Assumption Date |
| 11 | LUMINANT GENERATION COMPANY LLC | SERVICES AGREEMENT DATED 03/30/2013 | INTEGRATED POWER SERVICES (IPS) | **DELETED** 1245 NORTH HEARNE AVE. SHREVEPORT, LA 71107 UNITED STATES | - | LUMINANT GENERATION COMPANY LLC- $0.00 | | CONDITIONAL ASSUMPTION SUBJECT TO SUCCESSFUL NEGOTIATION OF CONTRACT AMENDMENT AND CURE | UPON ENTRY OF THE ORDER |
| 12 | LUMINANT GENERATION COMPANY LLC LUMINANT MINING COMPANY LLC OAK GROVE MANAGEMENT COMPANY LLC SANDOW POWER COMPANY LLC | SERVICES AGREEMENT DATED 11/03/2003 PLUS AMENDMENTS | INTEGRATED POWER SERVICES, LLC | **DELETED** 1245 N. HEAME DRIVE SHREVEPORT, LA 71007 | CURE PAYMENT: $144,405.03 REMAINING CLAIMS TO BE SATISFIED THROUGH THE PLAN: $11,916.00 | PAYMENT DETAILS: LUMINANT GENERATION COMPANY LLC- $130,736.60 LUMINANT MINING COMPANY LLC - $9,688.54 OAK GROVE MANAGEMENT COMPANY LLC - $432.45 SANDOW POWER COMPANY LLC - $3,547.44 CLAIM DETAILS: LUMINANT GENERATION COMPANY LLC - $11,916.00 | | CONDITIONAL ASSUMPTION SUBJECT TO SUCCESSFUL NEGOTIATION OF CONTRACT AMENDMENT AND CURE | UPON ENTRY OF THE ORDER |
| 20 | TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC | CAPITAL LEASE | TXU 2007-1 LEASING LLC | **DELETED** (CARE OF GE CAPITAL RAIL SERVICES) ATTN: KURT F. SCHULZ - RISK MANAGER 161 N. CLARK ST., SUITE 700 CHICAGO, IL 60601 | - | TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC- $0.00 | | CONDITIONAL ASSUMPTION SUBJECT TO SUCCESSFUL NEGOTIATION OF CONTRACT AMENDMENT AND CURE | UPON ENTRY OF THE ORDER |