**EXHIBIT D**

**Summary of Cravath, Swaine & Moore LLP Blended Hourly Rates**
**(Customary And Comparable Compensation Disclosures)**

| Timekeeper Category | Blended Hourly Rate | |
| --- | --- | --- |
| | Worked and Billed in 2014 (excluding Restructuring lawyers) | Billed in this Fee Application |
| Partners | $1,079 | $1,173 |
| Associates | $621 | $520 |
| Legal Assistants/Paralegals | $238 | $290 |
| Total | $646 | $712 |

Case Name:           Energy Future Intermediate Holding Company LLC
Case Number:         14-10979 (CSS)
Applicant's Name:    Cravath, Swaine & Moore LLP
Date of Application: February 16, 2016
Interim or Final:    Interim