<u>**EXHIBIT E**</u>

**Summary of Cravath, Swaine & Moore LLP Hours Worked and Fees Incurred**

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation | |
|---|---|---|---|---|---|---|---|
| Michael Paskin | Partner | 1996 | Litigation | 1,180 | 166.40 | $ | 193,815.00 |
| Philip Gelston | Partner | 1979 | Corporate | 1,200 | 180.30 | $ | 212,160.00 |
| Andrew Needham | Partner | 1995 | Tax | 1,200 | 28.10 | $ | 33,720.00 |
| Trevor Broad | Associate | 2009 | Litigation | 780 | 196.80 | $ | 155,440.00 |
| Allison Wein | Associate | 2011 | Corporate | 710 | 2.20 | $ | 1,617.00 |
| Antje Hagena | Associate | 2015 | Tax | 695 | 15.70 | $ | 1,147.00 |
| Alexandra Larkin | Associate | 2015 | Litigation | 510 | 123.20 | $ | 61,506.00 |
| Pascal Hachem | Foreign Attorney | N/A in NY | Litigation | 535 | 17.00 | $ | 9,095.00 |
| Marisa Wheeler | Disc. Spec. Atty. | 2003 | Litigation | 465 | 84.60 | $ | 39,339.00 |
| Joachim F. Trautman | Disc. Spec. Atty. | 2001 | Litigation | 465 | 104.60 | $ | 48,639.00 |
| Gillian Crenshaw Sant'Elia | Disc. Spec. Atty. | 1999 | Litigation | 465 | 16.90 | $ | 7,858.50 |
| Thomas M. Gorman | Disc. Sp. Attny | 1999 | Litigation | 465 | 18.30 | $ | 8,509.50 |
| Kanika A. Morgan | Disc. Sp. Attny | 1999 | Litigation | 465 | 15.70 | $ | 7,300.50 |
| E. Gerlando | Doc Rev Attorney | 2007 | Litigation | 340 | 24.30 | $ | 8,262.00 |
| K. Dodson-Dobson | Doc. Rev. Atty | 2005 | Litigation | 340 | 107.00 | $ | 36,380.00 |
| T. Lloyd | Doc Rev Attorney | 2009 | Litigation | 340 | 24.30 | $ | 8,262.00 |
| J. Sun | Doc Rev Attorney | 1998 | Litigation | 340 | 18.90 | $ | 6,426.00 |
| Colin Sylvester | Legal Assistant | N/A | Litigation Support | 235 | 30.90 | $ | 7,725.00 |
| Lauren Gorab | Legal Assistant | N/A | Litigation Support | 250 | 6.80 | $ | 1,700.00 |
| Justin McMullen | Technical Litigation | N/A | Technical Litigation Support | 305 | 0.10 | $ | 30.50 |
| Vaughn Harper | Litigation Support II | N/A | Technical Litigation Support | 305 | 1.60 | $ | 488.00 |

| M. Kraus | Technical Litigation Mgr. | N/A | Technical Litigation Support | 325 | 40.70 | $ | 13,227.50 |
|----------|---------------------------|-----|------------------------------|-----|-------|---|-----------|
| **TOTAL** | | | | | **1,224.40** | **$** | **872,647.50** |

02/16/2016 SL1 1403617v1 109285.00005