## EXHIBIT F

### Summary of Cravath, Swaine & Moore LLP Expenses

| Service Description | Amount |
|---|---:|
| BINDING/GRAPHICS/VIDEO | 1.19 |
| BUSINESS MEALS | 411.00 |
| CLIENT BUSINESS CONFERENCE DINING | 380.15 |
| CLIENT BUSINESS TRANSPORTATION | 370.94 |
| CONF. CALL/VOICE/DATA | 56.41 |
| COURIER/MAIL SERVICES | 32.70 |
| DUPLICATING | 187.95 |
| EXPENSES INCIDENT TO OVERTIME | 413.59 |
| GEN.PUR.OFF&SUPPL. | 38.00 |
| GROUND TRANSPORTATION | 408.29 |
| LOCAL PRINTING | 292.67 |
| MISCELLANEOUS | 350.00 |
| OTHER DATABASE RESEARCH | 71.97 |
| TRAVEL | 2,694.00 |
| TRAVEL-A/P VOUCHER | -268.00 |
| ULTRAMAR TRAVEL | 3,418.00 |
| | |
| **TOTAL** | **$8,858.86** |