## EXHIBIT G

## Schedule of Hours Worked and Aggregate Fees for Each Matter Category

| Description | Total Billed Hours | | Total Fees |
|---|---|---|---|
| Chapter 11 General and Administrative | 7.00 | $ | 8,074.50 |
| Plan and Disclosure | 1,147.20 | $ | 804,278.00 |
| Tax Issues | 45.20 | $ | 46,547.00 |
| Oncor Sale Process | 1.00 | $ | 735.00 |
| Employment and Fee Applications | 2.50 | $ | 2,950.00 |
| Non-working Travel | 21.50 | $ | 10,063.00 |
| **TOTAL** | **1,224.40** | **$** | **872,647.50** |