# EXHIBIT I

## Detailed Expense Records for Cravath, Swaine & Moore LLP

| Matter | Date | Name | Description | Amount | Narrative |
|---|---|---|---|---|---|
| 011205-00001 | 9/23/2015 | Wheeler, Marisa | Expenses incident to overtime | 20.00 | SWEB ticket #: 1657649597 - Chili Thai |
| 011205-00001 | 9/30/2015 | French, Brian | Other database research | 6.86 | Public document retrieval - Pacer |
| 011205-00001 | 9/30/2015 | Sylvester, C | Courier/mail services | 32.70 | COURIER/MAIL SERVICES - VENDOR: NY MINUTE MESSENGER |
| 011205-00001 | 9/30/2015 | Sylvester, C | Other database research | 16.55 | Public document retrieval - Pacer |
| 011205-00003 | 9/2/2015 | Trautmann, Joachim F. | Ground transportation | 56.81 | Inv#1049836 V#LV16T4A141 CTG  M5  - BKE   TRA 22:02 0.00 Cravath, 825 Eighth Avenue, New York, NY VAN BRUNT, BROOKLYN, NY NONE |
| 011205-00003 | 9/2/2015 | Gerlando, E | Ground transportation | 32.53 | Inv#677292    V#LV1604A122 UNKN M5   -M8    GER 22:45 0.00 Cravath, 825 Eighth Avenue, New York, NY 200 E 87 ST, MANHATTAN, NY NONE |
| 011205-00003 | 9/2/2015 | Wheeler, Marisa | Ground transportation | 103.79 | Inv#1049558 V#LV16R4A1AM CTG  M5  - WHE 21:53 0.00 Cravath, 825 Eighth Avenue, New York, NY MONTCLAIR, NJ NONE |
| 011205-00003 | 9/3/2015 | Gerlando, E | Ground transportation | 32.53 | Inv#4331113 V#LV17T3A19E ETG  M5  - M8   GER 20:43 0.00 Cravath, 825 Eighth Avenue, New York, NY 200 EAST 87TH STREET, MANHATTAN, NY NONE |
| 011205-00003 | 9/9/2015 | Broad, Trevor M. | Expenses incident to overtime | 20.00 | SWEB ticket #: 1653005587 - Abace Sushi (9th Ave) |
| 011205-00003 | 9/10/2015 | Broad, Trevor M. | Expenses incident to overtime | 20.00 | SWEB ticket #: 1653531616 - Just Salad (Worldwide Plaza) |

| Matter | Date | Name | Description | Amount | Narrative |
|---|---|---|---|---|---|
| 011205-00003 | 9/14/2015 | Paskin, M A | Ultramar travel | 266.00 | Pas: PASKIN,MICHAEL, tckt # 0000204051 ULTR TrvlDT: 09/16/15 Class: Premium Class From: NEW YORK/PENN STA To: WILMINGTON Carrier: AMTRAK |
| 011205-00003 | 9/14/2015 | Dodson-Dobson, K | Expenses incident to overtime | 11.45 | FLIK 5 ticket 4903669 |
| 011205-00003 | 9/14/2015 | Broad, Trevor M. | Ultramar travel | 266.00 | Pas: CREMENS,CHARLES, tckt # 0000204061 ULTR TrvlDT: 09/16/15 Class: Premium Class From: NEW YORK/PENN STA To: WILMINGTON Carrier: AMTRAK |
| 011205-00003 | 9/14/2015 | Broad, Trevor M. | Ultramar travel | 266.00 | Pas: BROAD,TREVOR MO, tckt # 0000204131 ULTR TrvlDT: 09/16/15 Class: Premium Class From: NEW YORK/PENN STA To: WILMINGTON Carrier: AMTRAK |
| 011205-00003 | 9/16/2015 | Dodson-Dobson, K | Expenses incident to overtime | 11.98 | FLIK 5 ticket 4904504 |
| 011205-00003 | 9/16/2015 | Broad, Trevor M. | Ultramar travel | 304.00 | Pas: BROAD,TREVOR MO, tckt # 0000204721 ULTR TrvlDT: 09/17/15 Class: Premium Class From: WILMINGTON To: NEW YORK/PENN STA Carrier: AMTRAK |
| 011205-00003 | 9/16/2015 | Broad, Trevor M. | Ultramar travel | 304.00 | Pas: CREMENS,CHARLES, tckt # 0000204741 ULTR TrvlDT: 09/17/15 Class: Premium Class From: WILMINGTON To: NEW YORK/PENN STA Carrier: AMTRAK |
| 011205-00003 | 9/17/2015 | Dodson-Dobson, K | Expenses incident to overtime | 11.65 | FLIK 5 ticket 4905037 |
| 011205-00003 | 9/19/2015 | Dodson-Dobson, K | Travel | 15.00 | PARKING Local TRIP PURPOSE: making only entries in the EFIH privilege log RPT ID: 010009603815 |
| 011205-00003 | 9/29/2015 | Broad, Trevor M. | Expenses incident to overtime | 20.00 | SWEB ticket #: 1659497302 - Abace Sushi (9th Ave) |

| Matter | Date | Name | Description | Amount | Narrative |
|---|---|---|---|---|---|
| 011205-00003 | 9/30/2015 | Paskin, M A | Client business conference dining | 160.00 | Client Business Conf Dining, ticket #: 224237 |
| 011205-00003 | 9/30/2015 | Broad, Trevor M. | Expenses incident to overtime | 20.00 | SWEB ticket #: 1659959377 - Abace Sushi (9th Ave) |
| 011205-00003 | 9/30/2015 | Broad, Trevor M. | Other database research | 48.56 | Public document retrieval - Pacer |
| 011205-00003 | 10/8/2015 | Broad, Trevor M. | Expenses incident to overtime | 29.72 | SWEB ticket #: 1662854423 - Abace Sushi (9th Ave) |
| 011205-00003 | 10/9/2015 | Gelston, P A | Conf. Call/voice/data | 49.50 | CELL PHONE CALLS, TRIP PURPOSE: Telephone conference call CITIES VISITED: Frankfurt, Germany RPT ID: 010009996690 |
| 011205-00003 | 10/14/2015 | Sylvester, C | Gen.pur.off&suppl. | 38.00 | GEN.PUR.OFF&SUPPL. - VENDOR: JOURNAL ENTRY |
| 011205-00003 | 10/23/2015 | Hachem, Pascal | Expenses incident to overtime | 27.25 | SWEB ticket #: 1667803166 - Aki Sushi (52nd Street) |
| 011205-00003 | 10/26/2015 | Larkin, Alexandra | Expenses incident to overtime | 29.90 | SWEB ticket #: 1668433012 - Hummus & Pita Co. (8th Ave) |
| 011205-00003 | 10/26/2015 | Hachem, Pascal | Expenses incident to overtime | 29.44 | SWEB ticket #: 1668386777 - Butcher Block |
| 011205-00003 | 10/28/2015 | Broad, Trevor M. | Expenses incident to overtime | 30.76 | SWEB ticket #: 1669420201 - Abace Sushi (9th Ave) |
| 011205-00003 | 10/28/2015 | Larkin, Alexandra | Expenses incident to overtime | 29.66 | SWEB ticket #: 1669385767 - Real Kung Fu Little Steamed Buns Ramen (8th Ave) |
| 011205-00003 | 10/29/2015 | Broad, Trevor M. | Ground transportation | 41.19 | TAXI Local TRIP PURPOSE: Document production, phone calls, etc. RPT ID: 010010065538 |
| 011205-00003 | 10/29/2015 | Broad, Trevor M. | Expenses incident to overtime | 31.02 | SWEB ticket #: 1669803097 - Abace Sushi (9th Ave) |
| 011205-00003 | 10/30/2015 | Broad, Trevor M. | Expenses incident to overtime | 30.76 | SWEB ticket #: 1670173850 - Abace Sushi (9th Ave) |
| 011205-00003 | 11/2/2015 | Miller, M | Local printing | 8.40 | 120 pages local printing 12:29:32 |
| 011205-00003 | 11/2/2015 | Larkin, Alexandra | Local printing | 3.43 | 49 pages local printing 18:21:40 |
| 011205-00003 | 11/2/2015 | Sylvester, C | Local printing | 0.49 | 7 pages local printing 11:47:02 |
| 011205-00003 | 11/3/2015 | Larkin, Alexandra | Local printing | 0.28 | 4 pages local printing 20:04:05 |
| 011205-00003 | 11/3/2015 | Larkin, Alexandra | Ground transportation | 64.84 | Inv#4393183 V#LV14P3E1FE ETG  M5  - 20:28 0.00 Cravath, 825 |

| Matter | Date | Name | Description | Amount | Narrative |
|---|---|---|---|---|---|
| | | | | | Eighth Avenue, New York, NY HOBOKEN, NJ NONE |
| 011205-00003 | 11/4/2015 | Gelston, P A | Client business transportation | 16.28 | TAXI Local TRIP PURPOSE: Conference call RPT ID: 010010202221 |
| 011205-00003 | 11/4/2015 | Miller, M | Local printing | 0.21 | 3 pages local printing 15:53:35 |
| 011205-00003 | 11/4/2015 | Broad, Trevor M. | Local printing | 6.09 | 87 pages local printing 10:07:00 |
| 011205-00003 | 11/4/2015 | Broad, Trevor M. | Conf. Call/voice/data | 6.91 | Conference call by Trevor M. Broad |
| 011205-00003 | 11/4/2015 | Larkin, Alexandra | Local printing | 9.94 | 142 pages local printing 09:29:38 |
| 011205-00003 | 11/5/2015 | Broad, Trevor M. | Local printing | 2.10 | 30 pages local printing 11:05:03 |
| 011205-00003 | 11/5/2015 | Broad, Trevor M. | Ground transportation | 11.76 | TAXI Local TRIP PURPOSE: ride home RPT ID: 010010146278 |
| 011205-00003 | 11/9/2015 | Broad, Trevor M. | Local printing | 5.88 | 84 pages local printing 10:49:32 |
| 011205-00003 | 11/9/2015 | Sylvester, C | Duplicating | 25.76 | 368 copies, made on floor 38 in room 50 19:23:33 |
| 011205-00003 | 11/9/2015 | Sylvester, C | Local printing | 2.38 | 34 pages local printing 12:48:20 |
| 011205-00003 | 11/10/2015 | Broad, Trevor M. | Local printing | 1.47 | 21 pages local printing 18:58:41 |
| 011205-00003 | 11/10/2015 | Sylvester, C | Local printing | 1.12 | 16 pages local printing 08:42:57 |
| 011205-00003 | 11/11/2015 | Gonzalez, R M | Local printing | 1.68 | 24 pages local printing 14:59:10 |
| 011205-00003 | 11/11/2015 | Larkin, Alexandra | Local printing | 6.44 | 92 pages local printing 18:06:31 |
| 011205-00003 | 11/11/2015 | Sylvester, C | Local printing | 21.28 | 304 pages local printing 12:26:15 |
| 011205-00003 | 11/11/2015 | Sylvester, C | Duplicating | 131.04 | 1872 copies, made on floor 38 in room 50 13:20:06 |
| 011205-00003 | 11/11/2015 | Sylvester, C | Binding/graphics /video | 0.42 | 16 copies, made on floor 38 in room 50 13:20:30 |
| 011205-00003 | 11/11/2015 | Sylvester, C | Binding/graphics /video | 0.56 | 8 copies, made on floor 18 in room 00 12:58:52 |
| 011205-00003 | 11/12/2015 | Paskin, M A | Client business conference dining | 220.15 | Client Business Conf Dining, ticket #: 225540 |
| 011205-00003 | 11/12/2015 | Larkin, Alexandra | Local printing | 11.20 | 160 pages local printing 09:22:53 |
| 011205-00003 | 11/13/2015 | Broad, Trevor M. | Local printing | 5.53 | 79 pages local printing 10:38:09 |
| 011205-00003 | 11/16/2015 | Miller, M | Local printing | 0.14 | 2 pages local printing 11:45:19 |
| 011205-00003 | 11/16/2015 | Broad, Trevor M. | Local printing | 2.52 | 36 pages local printing 11:04:09 |
| 011205-00003 | 11/16/2015 | Broad, Trevor M. | Ultramar travel | 503.00 | Pas: CREMENS,CHARLES, tckt # 0000218701 ULTR TrvlDT: 11/18/15 Class: |

| Matter | Date | Name | Description | Amount | Narrative |
|---|---|---|---|---|---|
| | | | | | Premium Class From: NEW YORK/PENN STA To: WILMINGTON Carrier: AMTRAK |
| 011205-00003 | 11/16/2015 | Broad, Trevor M. | Ultramar travel | 503.00 | Pas: BROAD,TREVOR MO, tckt # 0000218721 ULTR TrvlDT: 11/18/15 Class: Premium Class From: NEW YORK/PENN STA To: WILMINGTON Carrier: AMTRAK |
| 011205-00003 | 11/16/2015 | Broad, Trevor M. | Expenses incident to overtime | 20.00 | SWEB ticket #: 1675383636 - Just Salad (Worldwide Plaza) |
| 011205-00003 | 11/16/2015 | Larkin, Alexandra | Local printing | 26.11 | 373 pages local printing 16:01:18 |
| 011205-00003 | 11/16/2015 | Larkin, Alexandra | Ground transportation | 64.84 | Inv#1052519 V#LV11S3F1DF CTG  M5  - LAR 21:09 0.00 Cravath, 825 Eighth Avenue, New York, NY HOBOKEN, NJ NONE |
| 011205-00003 | 11/16/2015 | Larkin, Alexandra | Expenses incident to overtime | 20.00 | SWEB ticket #: 1675422267 - Just Salad (Worldwide Plaza) |
| 011205-00003 | 11/16/2015 | Sylvester, C | Local printing | 39.34 | 562 pages local printing 17:35:39 |
| 011205-00003 | 11/16/2015 | Sylvester, C | Duplicating | 18.13 | 259 copies, made on floor 18 in room 00 19:35:26 |
| 011205-00003 | 11/17/2015 | Broad, Trevor M. | Local printing | 0.14 | 2 pages local printing 16:06:46 |
| 011205-00003 | 11/17/2015 | Larkin, Alexandra | Local printing | 1.75 | 25 pages local printing 18:01:15 |
| 011205-00003 | 11/17/2015 | Larkin, Alexandra | Ultramar travel | 503.00 | Pas: LARKIN,ALEXANDR, tckt # 0000218801 ULTR TrvlDT: 11/18/15 Class: Premium Class From: NEW YORK/PENN STA To: WILMINGTON Carrier: AMTRAK |
| 011205-00003 | 11/17/2015 | Sylvester, C | Local printing | 0.70 | 10 pages local printing 10:27:17 |
| 011205-00003 | 11/17/2015 | Sylvester, C | Duplicating | 13.02 | 186 copies, made on floor 18 in room 00 21:03:07 |
| 011205-00003 | 11/18/2015 | Gelston, P A | Travel | 190.00 | RAIL TRAVEL CLASS: Business ,CITIES VISITED: Wilmington, Delaware ,TICKET NO: C0B312 TRIP PURPOSE: Attend trial RPT ID: 010010451915 |
| 011205-00003 | 11/18/2015 | Gelston, P A | Travel | 350.00 | LODGING Hotel DuPont TRIP PURPOSE: Attend trial CITIES VISITED: Wilmington, Delaware RPT ID: 010010451915 |

02/16/2016 SL1 1403617v1 109285.00005

| Matter | Date | Name | Description | Amount | Narrative |
|---|---|---|---|---|---|
| 011205-00003 | 11/18/2015 | Gelston, P A | Business meals | 12.00 | MEALS: HOTEL - LUNCH BUSINESS PURPOSE: Attend trial VENUE: The Green Room CITIES VISITED: Wilmington, Delaware ATTENDEES CRAVATH: Philip Gelston RPT ID: 010010451915 |
| 011205-00003 | 11/18/2015 | Gelston, P A | Business meals | 280.00 | MEALS: DINNER BUSINESS PURPOSE: Dinner meeting VENUE: La Fia CITIES VISITED: Wilmington ATTENDEES CRAVATH: Philip Gelston, Michael Paskin, Trevor Broad, Alexandra Larkin GUESTS: Charles Cremens [EFIH], Richard Levin [Jenner & Block LLP], Vincent Lazar [Jenner & Block LLP] |
| 011205-00003 | 11/18/2015 | Paskin, M A | Travel | 350.00 | LODGING Hotel DuPont TRIP PURPOSE: Prep and testimony of C. Cremens. CITIES VISITED: Wilmington, DE RPT ID: 010010365168 |
| 011205-00003 | 11/18/2015 | Paskin, M A | Travel | 458.00 | RAIL TRAVEL CLASS: Business ,CITIES VISITED: Wilmington, DE ,TICKET NO: 3209375579053 TRIP PURPOSE: Prep and testimony of C. Cremens. RPT ID: 010010344577 |
| 011205-00003 | 11/18/2015 | Paskin, M A | Business meals | 5.00 | MEALS: HOTEL - MEALS OTHER BUSINESS PURPOSE: Prep and testimony of C. Cremens. VENUE: Hotel DuPont CITIES VISITED: Wilmington, DE ATTENDEES CRAVATH: Michael Paskin RPT ID: 010010365168 |
| 011205-00003 | 11/18/2015 | Paskin, M A | Client business transportation | 115.32 | Inv#1208909   V#A4301198   DIAL    -M5    PAS 08:27 0.00 SCARSDALE, NY 825 8 AV, NEW YORK, NY NONE |
| 011205-00003 | 11/18/2015 | Broad, Trevor M. | Ultramar travel | 503.00 | Pas: CREMENS,CHARLES, tckt # 0000219341 ULTR TrvlDT: 11/18/15 Class: Business Class From: NEW YORK/PENN STA To: WILMINGTON Carrier: AMTRAK |
| 011205-00003 | 11/18/2015 | Broad, Trevor M. | Travel-a/p voucher | -268.00 | TICKET # 3209375579772 |
| 011205-00003 | 11/18/2015 | Larkin, Alexandra | Local printing | 4.27 | 61 pages local printing 10:33:13 |

6

| Matter | Date | Name | Description | Amount | Narrative |
|---|---|---|---|---|---|
| 011205-00003 | 11/18/2015 | Sylvester, C | Local printing | 41.86 | 598 pages local printing 08:17:55 |
| 011205-00003 | 11/18/2015 | Sylvester, C | Binding/graphics/video | 0.21 | 3 copies, made on floor 38 in room 50 09:31:43 |
| 011205-00003 | 11/18/2015 | Gorab, L | Local printing | 87.85 | 1255 pages local printing 08:34:16 |
| 011205-00003 | 11/19/2015 | Gelston, P A | Travel | 268.00 | RAIL TRAVEL CLASS: Business ,CITIES VISITED: Wilmington, Delaware ,TICKET NO: 3220735601800 TRIP PURPOSE: Attend trial RPT ID: 010010451915 |
| 011205-00003 | 11/19/2015 | Gelston, P A | Business meals | 29.00 | MEALS: HOTEL - LUNCH BUSINESS PURPOSE: Attend trial VENUE: The Green Room CITIES VISITED: Wilmington, Delaware ATTENDEES CRAVATH: Philip Gelston RPT ID: 010010451915 |
| 011205-00003 | 11/19/2015 | Miller, M | Local printing | 0.07 | 1 pages local printing 12:43:43 |
| 011205-00003 | 11/19/2015 | Paskin, M A | Travel | 350.00 | LODGING Hotel DuPont TRIP PURPOSE: Prep and testimony of C. Cremens. CITIES VISITED: Wilmington, DE RPT ID: 010010365168 |
| 011205-00003 | 11/19/2015 | Paskin, M A | Business meals | 25.00 | MEALS: HOTEL - BREAKFAST BUSINESS PURPOSE: Prep and testimony of C. Cremens. VENUE: Green Room CITIES VISITED: Wilmington, DE ATTENDEES CRAVATH: Michael Paskin RPT ID: 010010365168 |
| 011205-00003 | 11/19/2015 | Paskin, M A | Client business transportation | 135.66 | Inv#59105     V#NP640139 VIP  DEA  -78545 CRE 15:30 0.00 920 N. KING STREET, WILMINGTON, DE NONE |
| 011205-00003 | 11/19/2015 | Paskin, M A | Client business transportation | 103.68 | Inv#1208909     V#A4260341 DIAL M3   -        PAS 20:19 0.00 230 W 31, NEW YORK, NY SCARSDALE, NY NONE |
| 011205-00003 | 11/19/2015 | Broad, Trevor M. | Travel | 13.00 | TAXI Out of Town TRIP PURPOSE: Trial site appearance with P. Gelston, M. Paskin, and A. Larkin. CITIES VISITED: Wilmington, Delaware RPT ID: 010010323404 |

| Matter | Date | Name | Description | Amount | Narrative |
|---|---|---|---|---|---|
| 011205-00003 | 11/19/2015 | Broad, Trevor M. | Travel | 350.00 | LODGING Hotel DuPont TRIP PURPOSE: Trial site appearance for Alex Larkin's room. CITIES VISITED: Wilmington, DE RPT ID: 010010323404 |
| 011205-00003 | 11/19/2015 | Broad, Trevor M. | Business meals | 60.00 | MEALS: LUNCH BUSINESS PURPOSE: Trial site appearance. VENUE: Hotel DuPont Green Point CITIES VISITED: Wilmington, DE ATTENDEES CRAVATH: Trevor Broad, Michael Paskin, Philip Gelston, Alexandra Larkin RPT ID: 010010323404 |
| 011205-00003 | 11/20/2015 | Broad, Trevor M. | Travel | 350.00 | LODGING Hotel DuPont TRIP PURPOSE: Trial site appearance. CITIES VISITED: Wilmington, DE RPT ID: 010010323404 |
| 011205-00003 | 11/20/2015 | Broad, Trevor M. | Miscellaneous | 350.00 | HOTEL - MISCELLANEOUS, Early Departure Fee TRIP PURPOSE: Trial site appearance. CITIES VISITED: Wilmington, DE RPT ID: 010010323404 |
| | | | | $8,858.86 | |