# EXHIBIT K

**Comparison of Cravath, Swaine & Moore LLP Budgeted and Actual Fees**

**September through December 2015**

| | Matter | 1<br>Gen | 3<br>Plan | 4<br>Intercompany | 5<br>Tax | 6<br>Sale | 8<br>Empl | T |
|---|---|---|---|---|---|---|---|---|
| **Fees** | | | | | | | | |
| September | Budget | $10,470.00 | $218,575.00 | $0.00 | $37,900.00 | $0.00 | $0.00 | |
| | Actual | $7,560.00 | $356,070.00 | $0.00 | $7,162.00 | $0.00 | $0.00 | |
| | Difference | -$2,910.00 | $137,495.00 | $0.00 | -$30,738.00 | $0.00 | $0.00 | |
| October | Budget | $10,470.00 | $168,500.00 | $0.00 | $15,475.00 | $0.00 | $3,540.00 | $3 |
| | Actual | $0.00 | $192,828.00 | $0.00 | $10,001.00 | $0.00 | $1,416.00 | |
| | Difference | -$10,470.00 | $24,328.00 | $0.00 | -$5,474.00 | $0.00 | -$2,124.00 | -$3 |
| November | Budget | $5,730.00 | $278,100.00 | $0.00 | $13,100.00 | $0.00 | $0.00 | $11 |
| | Actual | $514.50 | $235,252.00 | $0.00 | $12,492.00 | $735.00 | $0.00 | $10 |
| | Difference | -$5,215.50 | -$42,848.00 | $0.00 | -$608.00 | $735.00 | $0.00 | -$1 |
| December | Budget | $11,730.00 | $9,900.00 | $0.00 | $9,550.00 | $0.00 | $0.00 | |
| | Actual | $0.00 | $20,128.00 | $0.00 | $16,892.00 | $0.00 | $1,534.00 | |
| | Difference | -$11,730.00 | $10,228.00 | $0.00 | $7,342.00 | $0.00 | $1,534.00 | |
| **Total** | **Budget** | 38,400.00 | 675,075.00 | 0.00 | 76,025.00 | 0.00 | 3,540.00 | 15 |
| | **Actual** | 8,074.50 | 804,278.00 | 0.00 | 46,547.00 | 735.00 | 2,950.00 | 10 |
| | **Difference** | -$30,325.50 | $129,203.00 | $0.00 | -$29,478.00 | $735.00 | -$590.00 | -$5 |
| | **% Budget** | 21% | 119% | | 61% | | 83% | |

02/16/2016 SL1 1403617v1 109285.00005

|  | Matter | 1<br>Gen | 3<br>Plan | 4<br>Intercompany | 5<br>Tax | 6<br>Sale | 8<br>Empl | T |
|---|---|---|---|---|---|---|---|---|
| **Hours** | | | | | | | | |
| September | Budget | 11.00 | 255.00 | 0.00 | 40.00 | 0.00 | 0.00 | |
| | Actual | 6.30 | 631.40 | 0.00 | 8.50 | 0.00 | 0.00 | |
| | Difference | -4.70 | 376.40 | 0.00 | -31.50 | 0.00 | 0.00 | |
| October | Budget | 11.00 | 225.00 | 0.00 | 15.00 | 0.00 | 3.00 | |
| | Actual | 0.00 | 220.90 | 0.00 | 9.60 | 0.00 | 1.20 | |
| | Difference | -11.00 | -4.10 | 0.00 | -5.40 | 0.00 | -1.80 | |
| November | Budget | 6.00 | 315.00 | 0.00 | 15.00 | 0.00 | 0.00 | |
| | Actual | 0.70 | 278.10 | 0.00 | 10.90 | 1.00 | 0.00 | |
| | Difference | -5.30 | -36.90 | 0.00 | -4.10 | 1.00 | 0.00 | |
| December | Budget | 0.00 | 11.00 | 0.00 | 10.00 | 0.00 | 0.00 | |
| | Actual | 0.00 | 16.80 | 0.00 | 16.20 | 0.00 | 1.30 | |
| | Difference | 0.00 | 5.80 | 0.00 | 6.20 | 0.00 | 1.30 | |
| **Total** | **Budget** | 28.00 | 806.00 | 0.00 | 80.00 | 0.00 | 3.00 | |
| | **Actual** | 7.00 | 1,147.20 | 0.00 | 45.20 | 1.00 | 2.50 | |
| | **Difference** | -21.00 | 341.20 | 0.00 | -34.80 | 1.00 | -0.50 | |
| | **% Budget** | 25% | 142% | | 57% | | 83% | |

02/16/2016 SL1 1403617v1 109285.00005