# **EXHIBIT B**

## SUMMARY OF PROFESSIONAL SERVICES

The MMWR attorneys and paralegals that rendered professional services in these cases during the Fee Period are:

| Name of Professional Individual | Position of the Applicant and Year of Obtaining License to Practice | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **PARTNERS AND OF COUNSEL** | | | | |
| Natalie D. Ramsey | Partner; Joined Firm in 1985; Member of DE Bar since 2009 | $675.00 | 528.90 | $357,007.50 |
| Natalie D. Ramsey | Non-working Travel | $337.50 | 6.00 | $2,025.00 |
| Lee D. Unterman | Partner; Joined Firm in 2012; Member of NY Bar since 1976 | $650.00 | 53.60 | $34,840.00 |
| Mark A. Fink | Partner; Joined Firm in 2012; Member of DE Bar since 2000 | $590.00 | 560.70 | $330,813.00 |
| Mark A. Fink | Non-working Travel | $295.00 | 17.50 | $5,162.50 |
| Gary M. Edelson | Partner; Joined Firm in 1988; Member of PA Bar since 1976 | $590.00 | 1.90 | $1,121.00 |
| Mark B. Sheppard | Partner; Joined Firm in 2009; Member of PA Bar since 1987 | $585.00 | 623.60 | $364,806.00 |
| Mark B. Sheppard | Non-working Travel | $292.50 | 23.30 | $6,815.25 |
| Jonathan R. Flora | Partner; Joined Firm in 2014; Member of CA Bar since 1989 | $540.00 | 56.50 | $30,510.00 |
| Jonathan R. Flora | Non-working Travel | $270.00 | 1.80 | $486.00 |
| Sidney S. Liebesman | Partner; Joined Firm in 2012; Member of PA Bar since 1995 | $480.00 | 381.90 | $183,312.00 |
| Sidney S. Liebesman | Non-working Travel | $240.00 | 17.50 | $4,200.00 |
| Stephen A. Grossman | Partner; Joined Firm in 2000; Member of PA Bar since 1997 | $445.00 | 168.30 | $74,893.50 |
| Michael B. Hayes | Partner; Joined Firm in 2000; Member of NJ Bar since 1998 | $420.00 | 90.90 | $38,178.00 |
| Michael B. Hayes | Non-working Travel | $210.00 | 1.90 | $399.00 |
| Lathrop B. Nelson | Partner; Joined Firm in 2002; Member of PA Bar since 2001 | $420.00 | 527.90 | $221,718.00 |
| Lathrop B. Nelson | Non-working Travel | $210.00 | 43.10 | $9,051.00 |
| Tricia J. Sadd | Partner; Joined Firm in 2003; Member of PA Bar since 2003 | $415.00 | 526.10 | $218,331.50 |
| David Dormont | Partner; Joined Firm in 2015; Member of PA Bar since 1992 | $375.00 | 525.00 | $196,875.00 |
| David Dormont | Non-working Travel | $187.50 | 42.00 | $7,875.00 |
| Davis Lee Wright | Of Counsel; Joined Firm in 2011; Member of DE Bar since 2002 | $550.00 | 23.20 | $12,760.00 |

| Name | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| Patrick T. Ryan | Of Counsel; Joined Firm in 1983; Member of PA Bar since 1982 | $495.00 | 96.40 | $47,718.00 |
| Laurie A. Krepto | Of Counsel; Joined Firm in 2004; Member of the PA Bar since 1995 | $440.00 | 93.10 | $40,964.00 |
| Lisa Z. Brown | Of Counsel; Joined the Firm in 2007; Member of the DE Bar since 2002 | $425.00 | 7.50 | $3,187.50 |
| Kristen E. Polovoy | Of Counsel; Joined the Firm in 1998; Member of the NJ Bar since 1998 | $420.00 | 16.10 | $6,762.00 |
| **TOTAL PARTNERS AND OF COUNSEL** | | | **4434.70** | **$2,199,810.75** |

**ASSOCIATES**

| Name | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| Megan Diaz Ellinghaus | Associate; Joined Firm in 2013; Member of NY Bar since 2008 | $385.00 | 118.30 | $45,545.50 |
| Crista F. High | Associate; Joined Firm in 2007; Member of PA Bar since 2007 | $385.00 | 41.70 | $16,054.50 |
| Erin C. Dougherty | Associate; Joined Firm in 2008; Member of PA Bar since 2008 | $365.00 | 57.60 | $21,024.00 |
| James L. Gannon | Associate; Joined Firm in 2009; Member of PA Bar since 2009 | $340.00 | 98.70 | $33,558.00 |
| Rachel H. Jacobson | Associate; Joined Firm in 2012; Member of PA Bar since 2011 | $310.00 | 77.10 | $23,901.00 |
| Priya Roy | Associate; Joined Firm in 2013; Member of MD Bar since 2012 | $310.00 | 90.70 | $28,117.00 |
| Rimma Tsvasman | Associate; Joined Firm in 2012; Member of NJ Bar since 2011 | $310.00 | 58.70 | $18,197.00 |
| Johnathan S. Perkins | Associate; Joined Firm in 2013; Member of PA Bar since 2011 | $300.00 | 383.60 | $115,080.00 |
| Kaspar Kielland | Associate; Joined Firm in 2013; Member of NY Bar since 2013 | $295.00 | 7.00 | $2,065.00 |
| Katherine M. Fix | Associate; Joined Firm in 2012; Member of PA Bar since 2012 | $290.00 | 719.40 | $208,626.00 |
| Katherine M. Fix | Non-working Travel | $145.00 | 14.00 | $2,030.00 |
| Cora A. Dayon | Associate; Joined Firm in 2014; Member of NJ Bar since 2014 | $280.00 | 433.70 | $121,436.00 |
| Robert H. Bender, Jr. | Associate; Joined Firm in 2015; Member of PA since 2015 | $280.00 | 6.50 | $1,820.00 |
| Jeremy A. Gunn | Associate; Joined Firm in 2015; Member of WV Bar since 2014 | $280.00 | 2.50 | $700.00 |
| Robert E. O'Connor | Associate; Joined Firm in 2014; Member of NY Bar since 2011 | $275.00 | 1.00 | $275.00 |
| Olivia A. Weil | Associate; Joined Firm in 2015; Member of NY Bar since 2015 | $275.00 | 3.40 | $935.00 |
| **TOTAL ASSOCIATES** | | | **2113.90** | **$639,364.00** |

**PARALEGALS & ADDITIONAL PROFESSIONALS**

| Name | Role | Rate | Hours | Total |
|---|---|---|---|---|
| Martha L. Schwarz | Paralegal | $230.00 | 2.30 | $529.00 |
| Molly A. Lynch | Paralegal | $220.00 | 223.10 | $49,082.00 |
| William Hershkowitz | Paralegal | $215.00 | 24.60 | $5,289.00 |
| Denise A. LeGendre | Paralegal | $205.00 | 26.30 | $5,391.50 |
| Roseann Guagenti | Paralegal | $205.00 | 66.10 | $13,550.50 |
| Roseann Guagenti | Non-working Travel | $102.50 | 1.50 | $153.75 |
| Keith Mangan | Paralegal | $140.00 | 277.90 | $40,320.00 |
| Keith Mangan | Non-working Travel | $70.00 | 8.00 | $560.00 |
| April Borges | Paralegal | $140.00 | 14.00 | $1,960.00 |
| Kathleen A. Coon | Litigation Support Specialist | $195.00 | 1.30 | $253.50 |
| Gareth M. Suddes | Litigation Support Specialist | $180.00 | 115.10 | $20,718.00 |
| Suzanne E. Burke | Litigation Support Specialist | $175.00 | 3.60 | $630.00 |
| Megan M. Malone | Litigation Support Specialist | $145.00 | 14.40 | $2,088.00 |
| Jason Bailey | Litigation Support Specialist | $140.00 | 1.30 | $182.00 |
| **TOTAL PARALEGALS AND ADDITIONAL PROFESSIONALS** | | | **789.60** | **$140,707.25** |
| **TOTAL ALL PROFESSIONALS** | | | **7338.20** | **$2,979,882.00** |