# **EXHIBIT C**

**SUMMARY OF ACTUAL AND NECESSARY EXPENSES INCURRED**

| Expense Category | Expense Amount |
|---|---|
| Copy/Record Document | $3.40 |
| Delivery Service | $4,612.30 |
| Duplicating - Internal | $4,232.10 |
| Federal Express | $607.33 |
| Filing Fee – Court | $171.00 |
| Local Transportation - Cabs | $675.87 |
| Lunch/Dinner Conference | $14,565.78 |
| Meals - Overtime | $1,624.72 |
| Miscellaneous Expense | $12,313.20 |
| Out of Town Travel | $999.21 |
| Outside Copying | $101,591.40 |
| Overtime - Clerical | $15,887.95 |
| Overtime Meals on Expense Report | $404.11 |
| Pacer | $611.10 |
| Parking & Tolls | $2,086.30 |
| Postage | $12.96 |
| Research | $960.00 |
| Storage | $1,884.99 |
| Telecopy | $8.00 |
| Telephone | $1,013.37 |
| Transcript - Court | $776.40 |
| Transcript - Deposition | $7,044.10 |
| Transportation - Local while on business | $1,788.89 |
| Travel - Air Fare | $2,023.40 |
| Travel - Lodging | $18,293.69 |
| Travel - Meals, Etc | $801.73 |
| Travel - Mileage | $1,710.79 |
| Travel - Miscellaneous | $21.49 |
| Travel – Rail Fare | $7,163.52 |
| Westlaw On-Line Legal Research | $6,730.78 |
| **Total** | **$210,619.88** |