# **EXHIBIT E**

## SUMMARY OF PROFESSIONAL SERVICES RENDERED BY PROJECT CATEGORY

| **PROJECT CATEGORY** | **DESCRIPTION** | **HOURS** | **AMOUNT** |
|---|---|---|---|
| 001 | Asset Analysis | 10.90 | $3,641.00 |
| 002 | Asset Disposition | 0.00 | $0.00 |
| 003 | Assumption and Rejection of Leases and Contracts | 0.00 | $0.00 |
| 004 | Avoidance Action Analysis | 0.00 | $0.00 |
| 005 | Business Operations | 0.00 | $0.00 |
| 006 | Case Administration | 323.80 | $152,257.50 |
| 007 | Claims Administration and Objections | 0.00 | $0.00 |
| 008 | Corporate Governance and Board Matters | 3.10 | $1,317.50 |
| 009 | Employment Benefits and Pensions | 0.00 | $0.00 |
| 010 | Employment and Fee Applications (MMWR) | 31.30 | $15,717.50 |
| 011 | Employment and Fee Applications (Others) | 51.40 | $27,266.50 |
| 012 | Financing, Cash Collateral, Make Whole | 3.80 | $2,242.00 |
| 013 | Other Litigation | 9.20 | $4,114.50 |
| 014 | Meetings and Communications with Creditors | 1.90 | $1,070.00 |
| 015 | Non-Working Travel | 176.60 | $38,757.50 |
| 016 | Plan and Disclosure Statement | 1851.80 | $797,433.00 |
| 017 | Relief from Stay and Adequate Protection | 0.00 | $0.00 |
| 018 | Tax | 0.50 | $295.00 |
| 019 | Valuation | 0.00 | $0.00 |
| 020 | Discovery | 146.30 | $41,630.50 |
| 021 | Hearings | 503.90 | $286,774.00 |
| 022 | First and Second Day Motions | 0.00 | $0.00 |
| 023 | Claims Investigation | 27.00 | $9,583.50 |
| 024 | Lien Investigation | 0.00 | $0.00 |
| 025 | Intercompany Claims | 0.00 | $0.00 |
| 026 | Other Motions/Applications | 16.10 | $6,762.00 |
| 027 | Schedules and Statements | 9.10 | $4,368.00 |
| 028 | Time Entry Review | 0.00 | $0.00 |
| 029 | Budgeting (Case) | 0.00 | $0.00 |
| 030 | Asbestos-Related Matters | 41.60 | $19,595.00 |
| 031 | Derivative Litigation Investigation | 4129.90 | $1,567,057.00 |
| | **Total** | **7,338.20** | **$2,979,882.00** |