## Exhibit B

## Hours Expended by Goldin Professional

| | | |
|---|---|---|
| Harrison J. Goldin | Sr. Managing Director | 0.5 |
| David Prager | Managing Director | 18.8 |
| Karthik Bhavaraju | Director | 10.7 |
| Deborah Praga | Analyst | 32.2 |
| **Total** | | **61.4** |