## **Exhibit C**

## **Hours Expended by Subject Matter**

| | |
|---|---:|
| Board/Director Communications | 21.7 |
| Intercompany Claims | 2.5 |
| Plan Development | 26.3 |
| Sales Process | 10.4 |
| General Case Matters/Other | 0.5 |
| **Total** | **61.4** |