## **Exhibit D**

## **Expenses by Category**

| | |
|---|---:|
| Photocopies | 86.52 |
| Research | 101.35 |
| Teleconference | 0.40 |
| **Total** | **$188.27** |