**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| ENERGY FUTURE HOLDINGS CORP. *et al.*, | : | Case No. 14-10979 (CSS) |
|  | : |  |
| Debtors-in-Possession. | : | (Jointly Administered) |
|  |  | (D.I. 1888) |

**FEE COMMITTEE'S SUPPLEMENTAL REPORT CONCERNING
ONE ADDITIONAL UNCONTESTED INTERIM FEE APPLICATION
FOR HEARING ON FEBRUARY 18, 2016 AT 11:00 A.M.**

TO:   THE HONORABLE CHRISTOPHER S. SONTCHI,
         UNITED STATES BANKRUPTCY JUDGE:

The Fee Committee appointed in the above-captioned chapter 11 cases (the "Fee Committee") respectfully supplements its *Report Concerning Uncontested Interim Fee Applications for Hearing on February 18, 2016 at 11:00 a.m.* [D.I. 7850] (the "Initial Report") to report on and recommend approval of one additional fourth interim fee application on an uncontested basis. Filed with this report is an **Amended Exhibit A** and an amended proposed order containing a complete listing of uncontested fee applications to be heard on February 18, 2016.

> 1. Fourth Interim Fee Application of McDermott Will & Emery LLP, Special Counsel for the Debtors and Debtors in Possession, for the Period From May 1, 2015 Though and Including August 31, 2015 [D.I. 6800].

On October 30, 2015, McDermott Will & Emery LLP ("McDermott") filed its Fourth Fee Application seeking $249,516.00 in fees and $16,877.64 in expense reimbursements. In its Letter Report to McDermott, the Fee Committee identified issues of concern, including

non-compensable time spent on routine billing and invoicing activities.[1]  McDermott subsequently either provided adequate explanation for these issues or agreed to certain adjustments set forth on **Exhibit A**.  The Fee Committee recommends that the Court approve this Application as adjusted.

## CONCLUSION

Based on all of the above, the Fee Committee respectfully requests that the Court enter the proposed order attached as **Exhibit B** approving on an interim basis the Applications outlined in this Report, in the Initial Report, and on the attached **Exhibit A**, subject to the agreed reductions summarized in the exhibit and subject as well to further review and the final fee application process.

---

[1] On November 25, 2015, the Debtors filed the *Application of Energy Future Holdings Corp., et al., for an Order Authorizing the Debtors to Retain and Employ Greenberg Traurig, LLP as Special Counsel for Certain Energy-Related Transactional Matters, Effective Nunc Pro Tunc to November 2, 2015* [D.I. 7157] (the "Greenberg Retention Application"), along with the *Declaration of Iskender H. Catto in Support of the Application of Energy Future Holdings Corp., et al., for an Order Authorizing the Debtors to Retain and Employ Greenberg Traurig, LLP as Special Counsel for Certain Energy-Related Transactional Matters, Effective Nunc Pro Tunc to November 2, 2015* [D.I. 7157-3] (the "Catto Declaration").  The Greenberg Retention Application and the Catto Declaration disclosed that Attorney Iskender H. Catto, formerly of McDermott Will & Emery, had joined the Greenberg Traurig law firm effective November 2, 2015 and that Mr. Catto would continue his prior representation of the Debtors in energy regulatory matters.  *See* Catto Declaration at ¶ 10.  The Court entered the *Order Authorizing the Debtors to Retain and Employ Greenberg Traurig, LLP as Special Counsel for Certain Energy-Related Transactional Matters, Effective Nunc Pro Tunc to November 2, 2015* [D.I. 7352] on December 15, 2015.  McDermott subsequently informed the Fee Committee, through its counsel, that the lead associate working with Mr. Catto, Ryan Wagner, would also be joining Greenberg Traurig effective on or around December 31, 2015.

Dated: February 17, 2016.

                              PHILLIPS, GOLDMAN & SPENCE, P.A.

By:    */s/Stephen A. Spence*
        Stephen A. Spence (DE#5392)
        Stephen W. Spence (DE#2033)
        PHILLIPS, GOLDMAN & SPENCE, P.A.
        1200 N. Broom Street
        Wilmington, DE 19806
        Phone: (302) 655-4200
        Fax: (302) 655-4210
        E-mail: sas@pgslaw.com
                 sws@pgslaw.com

        Katherine Stadler
        GODFREY & KAHN, S.C.
        One East Main Street, Suite 500
        Madison, WI 53703
        Phone: (608) 257-3911
        Fax: (608) 257-0609
        E-mail: kstadler@gklaw.com

        *Attorneys for the Fee Committee*

15235596.1