# Exhibit B

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,<br><br>Debtors.[1] | ) <br>) Chapter 11<br>) <br>) Case No. 14-10979 (CSS)<br>) <br>) (Jointly Administered)<br>) <br>) **Re: D.I. 4648, 3823, 4421, 6331, 5163, 5708, 5168, 7565,**<br>) **4730, 6456, 6567, 6479, 6509, 6473, 6503, 6704, 6492, 6478,**<br>) **6495, 6843, 6477, 6497, 6502, 6507, 6553, 7047, 6763, 6493,**<br>) **6504, 6939, 6484, 6474, 6491, 6995, 7475, 6800, 7714, 7715 &** |

**OMNIBUS ORDER AWARDING INTERIM ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES DURING THE FIRST THROUGH FOURTH INTERIM FEE PERIODS**

This matter coming before the Court on the interim fee applications (together, D.I. 4648, 3823, 4421, 6331, 5163, 5708, 5168, 7565, 4730, 6456, 6567, 6479, 6509, 6473, 6503, 6704, 6492, 6478, 6495, 6843, 6477, 6497, 6502, 6507, 6553, 7047, 6763, 6493, 6504, 6939, 6484, 6474, 6491, 6995, 7475, 6800, 7714, 7715, and 6833) (the "**Applications**") of those professionals listed on **Exhibit A** attached hereto (together, the "**Applicants**"), pursuant to sections 330(a) and 331 of the Bankruptcy Code, 11 U.S.C. §§ 101-1532, Rule 2016 of the Federal Rules of Bankruptcy Procedure and Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, for the interim allowance of certain fees, including all holdbacks and expenses incurred by the Applicants for the specific period of time set forth in each of the Applications (the "**Compensation Period**"), filed in accordance with the *Order Establishing Procedures for*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the Debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of Debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the Debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://www.efhcaseinfo.com.

*Interim Compensation and Reimbursement of Expenses for Professionals* [D.I. 2066] (the "**Interim Compensation Order**") and the *Stipulation and Order Appointing a Fee Committee* [D.I. 1896] (the "**Fee Committee Order**"); and the Court having reviewed the Applications and/or the *Fee Committee's Status Report Concerning Interim Fee Applications for Hearing on February 18, 2016 at 11:00 a.m. E.D.T.* [D.I. 7850]; *Fee Committee's Supplemental Report Concerning One Additional Uncontested Interim Fee Application for Hearing on February 18, 2016 at 11:00 a.m.;* and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Applications and the hearing thereon was adequate under the circumstances; and (c) all parties with notice of the Applications have been afforded the opportunity to be heard on the Applications; and no objections of any kind having been filed; now, therefore,

IT IS HEREBY ORDERED THAT:

1. The Applications are GRANTED on an interim basis, as adjusted and to the extent set forth on the attached **Exhibit A.**

2. Each of the Applicants is allowed (a) interim compensation for services rendered during the Compensation Period and (b) interim reimbursement for actual and necessary expenses incurred during the Compensation Period, each in the respective amounts set forth on the attached **Exhibit A**, including any and all holdbacks.

3. To the extent not already paid pursuant to the Interim Compensation Order, the Debtors are hereby authorized and directed to pay each of the Applicants 100% of the fees and 100% of the expenses listed on **Exhibit A** hereto under the columns "Interim Fees Approved" and "Interim Expenses Approved," respectively, for services rendered and expenses incurred during the Compensation Period.

Dated: February \_\_\_\_, 2016
       Wilmington, Delaware

                              THE HONORABLE CHRISTOPHER S. SONTCHI
                              UNITED STATES BANKRUPTCY JUDGE

# **<u>Exhibit A</u>**

15238622.1

In re: Energy Future Holdings Corp., et al.
Case No. 14-10979(CSS)

Amended as of 2/17/2016

| Applicant | Compensation Period | Interim Fees Requested | Fee Committee's Fee Adjustments | Interim Expenses Requested | Fee Committee's Expense Adjustments | Interim Fees Approved | Interim Expenses Approved |
|---|---|---|---|---|---|---|---|
| Richards Layton & Finger, PA [D.I. 4648] | 4/29/14 - 8/31/14 | $1,118,216.00 | $25,876.38 | $181,389.32 | $14,882.58 | $1,092,339.62 | $166,506.74 |
| Charles River Associates [D.I. 3823] | 8/4/14 - 12/31/14 | $104,983.50 | $10,789.73 | $2,163.17 | $73.54 | $94,193.77 | $2,089.63 |
| EPIQ Bankruptcy Solutions, LLC [D.I. 4421] | 9/1/14 - 12/31/14 | $32,237.40 | $530.50 | $84,670.08 | $0.00 | $31,706.90 | $84,670.08 |
| Richards Layton & Finger, PA [D.I. 6331] | 9/1/14 - 12/31/14 | $810,401.50 | $12,672.76 | $70,485.32 | $6,370.68 | $797,728.74 | $64,114.64 |
| Sidley Austin LLP [D.I. 5163] | 9/1/14 - 12/31/14 | $1,127,602.90 | $308,705.55 | $24,764.69 | $16,294.45 | $818,897.35 | $8,470.24 |
| EPIQ Bankruptcy Solutions, LLC [D.I. 5708] | 1/1/15 - 4/30/15 | $71,639.80 | $2,015.94 | $201,773.40 | $0.00 | $69,623.86 | $201,773.40 |
| Sidley Austin LLP [D.I. 5168] | 1/1/15 - 4/30/15 | $740,003.90 | $0.00 | $7,102.43 | $398.54 | $740,003.90 | $6,703.89 |
| Richards Layton & Finger, PA [D.I. 7565] | 1/1/15 - 4/30/15 | $731,039.50 | $11,012.95 | $40,384.41 | $1,209.87 | $720,026.55 | $39,174.54 |
| FTI Consulting [D.I. 4730] | 1/1/15 - 4/30/15 | $3,478,537.75 | $70,000.00 | $20,775.06 | $0.00 | $3,408,537.75 | $20,775.06 |
| Kinsella Media, LLC [D.I. 6456] | 3/27/15 - 7/30/15 | $300,000.00 | $0.00 | $0.00 | $0.00 | $300,000.00 | $0.00 |
| Jenner & Block LLP [D.I. 6567] | 5/18/15 - 8/31/15 | $425,407.50 | $760.00 | $5,743.56 | $296.87 | $424,647.50 | $5,446.69 |
| McElroy Deutsch M&C [D.I. 6479] | 5/1/15 - 8/31/15 | $51,342.00 | $759.00 | $1,207.80 | $0.00 | $50,583.00 | $1,207.80 |
| SOLIC Capital Advisors [D.I. 6509] | 5/1/15 - 8/31/15 | $800,000.00 | $0.00 | $27,676.85 | $0.00 | $800,000.00 | $27,676.85 |
| AlixPartners LLP [D.I. 6473] | 5/1/15 - 8/31/15 | $423,608.25 | $14,999.00 | $76,329.09 | $47.00 | $408,609.25 | $76,282.09 |
| Balch & Bingham LLP [D.I. 6503] | 5/1/15 - 8/31/15 | $893,109.00 | $7,575.50 | $23,278.39 | $757.38 | $885,533.50 | $22,521.01 |
| Cravath Swaine & Moore LLP [D.I. 6704] | 5/1/15 - 8/31/15 | $937,923.50 | $8,546.50 | $4,535.94 | $0.00 | $929,377.00 | $4,535.94 |
| Goldin & Associates LLP [D.I. 6492] | 5/1/15 - 8/31/15 | $600,000.00 | $0.00 | $14,067.29 | $0.00 | $600,000.00 | $14,067.29 |
| Greenhill & Co LLC [D.I. 6478] | 5/1/15 - 8/31/15 | $1,000,000.00 | $0.00 | $29,036.38 | $4,149.87 | $1,000,000.00 | $24,886.51 |
| Guggenheim Securities LLC [D.I. 6495] | 5/1/15 - 8/31/15 | $1,000,000.00 | $0.00 | $19,428.65 | $687.96 | $1,000,000.00 | $18,740.69 |
| Montgomery McCracken Walker & Rhoads LLP [D.I. 6843] | 5/1/15 - 8/31/15 | $1,272,393.50 | $18,532.00 | $9,422.64 | $60.54 | $1,253,861.50 | $9,362.10 |
| Munger Tolles & Olson LLP [D.I. 6477] | 5/1/15 - 8/31/15 | $4,265,994.90 | $806.50 | $41,577.06 | $1,324.28 | $4,265,188.40 | $40,252.78 |
| Proskauer Rose LLP [D.I. 6497] | 5/1/15 - 8/31/15 | $4,419,020.25 | $204,492.88 | $54,797.27 | $13,612.29 | $4,214,527.37 | $41,184.98 |
| Stevens & Lee PC [D.I. 6502] | 5/1/15 - 8/31/15 | $57,185.50 | $3,212.50 | $825.09 | $23.19 | $53,973.00 | $801.90 |
| Sullivan & Cromwell LLP [D.I. 6507] | 5/1/15 - 8/31/15 | $4,490,012.50 | $26,878.38 | $30,803.78 | $83.73 | $4,463,134.12 | $30,720.05 |
| Alvarez & Marsal North America, LLC [D.I. 6553] | 5/1/15 - 8/31/15 | $5,271,137.00 | $11,560.00 | $230,364.67 | $0.00 | $5,259,577.00 | $230,364.67 |
| Deloitte & Touche LLP [D.I. 7047] | 5/1/15 - 8/31/15 | $2,189,877.50 | $12,952.50 | $0.00 | $0.00 | $2,176,925.00 | $0.00 |
| Evercore Group L.L.C. [D.I. 6763] | 5/1/15 - 8/31/15 | $2,100,000.00 | $0.00 | $157,357.49 | $193.28 | $2,100,000.00 | $157,164.21 |
| Filsinger Energy Partners [D.I. 6493] | 5/1/15 - 8/31/15 | $4,747,724.00 | $2,869.00 | $212,781.66 | $0.00 | $4,744,855.00 | $212,781.66 |
| Gibson, Dunn & Crutcher LLP [D.I. 6504] | 5/1/15 - 8/31/15 | $596,743.00 | $2,518.50 | $1,574.37 | $0.00 | $594,224.50 | $1,574.37 |
| KPMG LLP [D.I. 6939] | 5/1/15 - 8/31/15 | $2,187,894.20 | $9,933.50 | $51,600.16 | $26.00 | $2,177,960.70 | $51,574.16 |
| Kirkland & Ellis [D.I. 6484] | 5/1/15 - 8/31/15 | $25,374,478.00 | $253,637.25 | $1,829,505.70 | $101,074.39 | $25,120,840.75 | $1,728,431.31 |
| Morrison & Foerster [D.I. 6474] | 5/1/15 - 8/31/15 | $5,954,164.00 | $61,915.00 | $160,657.75 | $3,576.83 | $5,892,249.00 | $157,080.92 |
| Polsinelli PC [D.I. 6491] | 5/1/15 - 8/31/15 | $354,785.50 | $30,019.13 | $5,409.07 | $1,152.10 | $324,766.37 | $4,256.97 |
| Thompson & Knight LLP [D.I. 6995] | 5/1/15 - 8/31/15 | $780,000.50 | $1,187.00 | $776.99 | $0.00 | $778,813.50 | $776.99 |
| Sidley Austin LLP [D.I. 7475] | 5/1/15 - 8/31/15 | $186,396.10 | $12,983.60 | $4,435.88 | $116.15 | $173,412.50 | $4,319.73 |
| **McDermott Will & Emery LLP [D.I. 6800]** | **5/1/15 - 8/31/15** | **$249,516.00** | **$8,786.25** | **$16,877.64** | **$84.60** | **$240,729.75** | **$16,793.04** |
| Gitlin & Co. LLC & Richard Gitlin [D.I. 7714] | 5/1/15 - 8/31/15 | $200,000.00 | | $1,831.29 | | $200,000.00 | $1,831.29 |
| Godfrey & Kahn SC [D.I. 7715] | 5/1/15 - 8/31/15 | $800,000.00 | | $50,358.77 | | $800,000.00 | $50,358.77 |
| Phillips Goldman & Spence PA [D.I. 6833] | 5/1/15 - 8/31/15 | $3,759.00 | | $68.20 | | $3,759.00 | $68.20 |

15221058.1