# EXHIBIT A

RLF1 13897976v.2

Energy Future Holdings Corp.
First Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| Allied Electronics, Inc. | 3312 | Response filed on 12/10/14. [Docket No. 2964]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| Allied Electronics, Inc. | 3313 | Response filed on 12/10/14. [Docket No. 2964]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| Emerson Network Power Liebert Services | 3297 | Response filed on 12/11/14. [Docket No. 2970]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| Koetter Fire Protection of Austin, LLC | 3118 | The objection was resolved as outlined in the notice of settlement of certain claims filed on 1/19/16. [Docket No. 7693]. |

13880060_1

**EXHIBIT B**

Energy Future Holdings Corp.
Third Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| BETTS, BARBARA | 3831 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| CAESAR, RUTH | 5630 | Response filed on January 5, 2015. [Docket No. 3171]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| DELGADO, MARIA NAVEJAR | 2004 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| GUY, MASON | 2738 | Response filed on December 29, 2014. [Docket No. 3153]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| KEYES, SUSAN | 2891 | Response filed on December 31, 2014. [Docket No. 3164]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| NEAL, KATHEY | 1499 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| NEDD-JOHNSON, NANNETTE | 2021 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| OLBRISH, KIMBERLEY | 669 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| SMITH, CYNTHIA | 1423 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

Energy Future Holdings Corp.
Third Omnibus (Non-Substantive) Objection to Claims

### Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| SOTO, MARIA | 428 | Informal response received. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

2

RLF-13880085_1

# EXHIBIT C

RLF1 13897976v.2

Energy Future Holdings Corp.
Fourth Omnibus (Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit 3 to Exhibit A** | | |
| Brinkley, Annie | 2345 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

13880094_1

# EXHIBIT D

Energy Future Holdings Corp.
Sixth Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| DE LA CERDA JR., JOE F. | 1324 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| HAWKINS, MONICA R. | 1868 | Response filed on 1/27/15. [Docket No. 3386]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| MITCHELL, STEPHEN W. | 2636 | Response filed on 1/23/15. [Docket No. 3355]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| MOORE, DEBORAH D. | 3927 | Response filed on 1/23/15. [Docket No. 3352]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| ROBINSON, JOANN M. | 4959 | Response filed on 1/28/15. [Docket No. 3389]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| WOODS, SHANTA | 2899 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

RLF-13880159_1

# EXHIBIT E

Energy Future Holdings Corp.
Seventh Omnibus (Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| EDWARDS, DEANNA | 9922 | Response filed on 1/28/15. [Docket No. 3388]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| EDWARDS, GERALD | 9923 | Response filed on 1/28/15. [Docket No. 3388]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

1

**EXHIBIT F**

Energy Future Holdings Corp.
Eighth Omnibus (Non-Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| BEARD JR., JACK ROGERS | 2304 | Response filed on February 11, 2015. [Docket No. 3511]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| GRIFFIN, LEO | 2191 | Response filed on February 9, 2015. [Docket No. 3498]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| MCCLAIN, JACKIE | 417 | Response filed on February 9, 2015. [Docket No. 3500]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| MORENO, JESUS | 2730 | Response filed on February 18, 2015. [Docket No. 3578]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

RLF-13880247_1

**EXHIBIT G**

Energy Future Holdings Corp.
Tenth Omnibus (Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| JOHNSON-CAULEY, MELVA D. | 2686 | Response filed on February 24, 2015. [Docket No. 3636]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

1

# EXHIBIT H

Energy Future Holdings Corp.
Twelfth Omnibus (Non-Substantive) Objection to Claims

## Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| COVENEY, SANDI | 623 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| KAHLE, MARCIA | 1371 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| MATHEU, CHRISTINA | 1637 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| WASHINGTON, ROSE B S | 6162 | Response filed on March 27, 2015. [Docket No. 3998]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| WATSON, EVELYN | 1562 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

# EXHIBIT I

Energy Future Holdings Corp.
Thirteenth Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| ALLEN, GAYE | 3445 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| ALLEN, JUDY | 3619 | Response filed on April 14, 2015. [Docket No. 4154]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| BAILEY, NIKITA | 2014 | Response filed on April 14, 2015. [Docket No. 4153]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| BELL, MARILYN | 3368 | Response filed on April 14, 2015. [Docket No. 4152]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| CARTER, SHARRON DENISE | 5735 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| CORBELL, KARLA | 4435 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| COX, DONALD L | 2701 | Response filed on April 8, 2015. [Docket No. 4088]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| GARCIA, STELLA | 5228 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| HUGHES, JOAN H | 4465 | Response filed on April 14, 2015. [Docket No. 4150]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

Energy Future Holdings Corp.
Thirteenth Omnibus (Non-Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| MARRS, OPAL | 2252 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| PHILLIPS, MARY JAME | 844 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| PIPKIN, LORENZO III | 8052 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| SMALL, YOLANDA NICOLE | 4830 | Response filed on April 8, 2015. [Docket No. 4089]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| STEPHENSON, ALBERT | 3519 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| VAUGHN, TERETTA | 8063 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| VILLARREAL, TIMMY | 1520 | Response filed on April 10, 2015. [Docket No. 4114]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| WALKER, ROBERT | 3557 | Response filed on April 14, 2015. [Docket No. 4151]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| WILLIAMS, MELVIN | 3256 | Response filed on April 17, 2015. [Docket No. 4204]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

RLF-13880404_1

# EXHIBIT J

Energy Future Holdings Corp.
Fifteenth Omnibus (Non-Substantive) Objection to Claims

**Exhibit A**

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| MAURILLO, AMELIA | 4599 | Response filed on April 17, 2015. [Docket No. 4206]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

1

**EXHIBIT K**

Energy Future Holdings Corp.
Sixteenth Omnibus (Non-Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| KOVACH, AUSTIN | 9867 | Response filed on July 8, 2015. [Docket No. 4943]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| MYLES, JACQUELYN A | 9600 | Response filed on July 1, 2015. [Docket No. 4906]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| PHILLIPS, DONNA | 2226 | Response filed on June 30, 2015. [Docket No. 4896 & 4897]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| REDIC, CORA | 9919 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

RLF-13880646_1

# EXHIBIT L

Energy Future Holdings Corp.
Seventeenth Omnibus (Substantive) Objection to Claims

## Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| EDWARDS, GERALD | 7659 | Response filed on July 8, 2015. [Docket No. 4942]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| ENGLISH, WAYNE | 9800 | Response filed on June 29, 2015. [Docket No. 4882]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| LAMMERS, LINDA | 251 | Response filed on July 2, 2015. [Docket No. 4919]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| RAILROAD MANAGEMENT, LLC, MANAGING AGENT | 7840 | Informal response received. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| RAILROAD MANAGEMENT, LLC, MANAGING AGENT | 7841 | Informal response received. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| RAILROAD MANAGEMENT, LLC, MANAGING AGENT | 7842 | Informal response received. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

RLF-13880647_1

# EXHIBIT M

Energy Future Holdings Corp.
Eighteenth Omnibus (Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| SUNGARD CONSULTING SERVICES LLC | 5715 | The objection was resolved as outlined in the notice of settlement of certain claims filed on 1/19/16. [Docket No. 7693]. |
| SONAR CREDIT PARTNERS III, LLC | 5106 | On January 20, 2016 the Court entered an order [Docket No. 7697] granting the objection in connection with this claim. |
| HILDRETH, JOHN | 4230 | Informal response received. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

1

**EXHIBIT N**

Energy Future Holdings Corp.
Nineteenth Omnibus (Non-Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| LEWIS, MELISSA C | 9698 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| CLYDE BERGEMANN POWER GROUP AMERICAS INC | 7853 | The objection was resolved as outlined in the notice of settlement of certain claims filed on 1/19/16. [Docket No. 7693]. |
| INVENSYS SYSTEMS, INC. | 4478 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

1

# EXHIBIT O

Energy Future Holdings Corp.
Twentieth Omnibus (Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| REXEL, INC. | 2961 | The objection was resolved as outlined in the notice of settlement of certain claims filed on 1/19/16. [Docket No. 7693]. |
| REXEL, INC. | 2962 | The objection was resolved as outlined in the notice of settlement of certain claims filed on 1/19/16. [Docket No. 7693]. |
| REXEL, INC. | 2963 | The objection was resolved as outlined in the notice of settlement of certain claims filed on 1/19/16. [Docket No. 7693]. |
| REXEL, INC. | 2964 | The objection was resolved as outlined in the notice of settlement of certain claims filed on 1/19/16. [Docket No. 7693]. |
| REXEL, INC. | 2965 | The objection was resolved as outlined in the notice of settlement of certain claims filed on 1/19/16. [Docket No. 7693]. |
| REXEL, INC. | 2966 | The objection was resolved as outlined in the notice of settlement of certain claims filed on 1/19/16. [Docket No. 7693]. |
| REXEL, INC. | 2967 | The objection was resolved as outlined in the notice of settlement of certain claims filed on 1/19/16. [Docket No. 7693]. |
| REXEL, INC. | 2968 | The objection was resolved as outlined in the notice of settlement of certain claims filed on 1/19/16. [Docket No. 7693]. |
| REXEL, INC. | 2970 | The objection was resolved as outlined in the notice of settlement of certain claims filed on 1/19/16. [Docket No. 7693]. |
| REXEL, INC. | 2971 | The objection was resolved as outlined in the notice of settlement of certain claims filed on 1/19/16. [Docket No. 7693]. |

RLF-13880761_1

Energy Future Holdings Corp.
Twentieth Omnibus (Substantive) Objection to Claims

## Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| REXEL, INC. | 2972 | The objection was resolved as outlined in the notice of settlement of certain claims filed on 1/19/16. [Docket No. 7693]. |

2

# EXHIBIT P

Energy Future Holdings Corp.
Twenty-First Omnibus (Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| CLYDE BERGEMANN POWER GROUP AMERICAS INC | 7854 | The objection was resolved as outlined in the notice of settlement of certain claims filed on 1/19/16. [Docket No. 7693]. |
| LHOIST NORTH AMERICA OF TEXAS LTD | 3960 | The objection was resolved as outlined in the notice of settlement of certain claims filed on 1/19/16. [Docket No. 7693]. |
| LHOIST NORTH AMERICA OF TEXAS, LTD | 3962 | The objection was resolved as outlined in the notice of settlement of certain claims filed on 1/19/16. [Docket No. 7693]. |
| HCL AMERICA, INC | 6072 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| HCL AMERICA, INC | 6074 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| HCL AMERICA, INC | 6075 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| MASTERCRAFT PRINTED PRODUCTS | 7963 | The objection was resolved as outlined in the notice of settlement of certain claims filed on 1/19/16. [Docket No. 7693]. |
| MASTERCRAFT PRINTED PRODUCTS | 7964 | The objection was resolved as outlined in the notice of settlement of certain claims filed on 1/19/16. [Docket No. 7693]. |
| MASTERCRAFT PRINTED PRODUCTS | 7966 | The objection was resolved as outlined in the notice of settlement of certain claims filed on 1/19/16. [Docket No. 7693]. |
| MASTERCRAFT PRINTED PRODUCTS | 7968 | The objection was resolved as outlined in the notice of settlement of certain claims filed on 1/19/16. [Docket No. 7693]. |

Energy Future Holdings Corp.
Twenty-First Omnibus (Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| MASTERCRAFT PRINTED PRODUCTS | 7972 | The objection was resolved as outlined in the notice of settlement of certain claims filed on 1/19/16. [Docket No. 7693]. |
| MASTERCRAFT PRINTED PRODUCTS | 7973 | The objection was resolved as outlined in the notice of settlement of certain claims filed on 1/19/16. [Docket No. 7693]. |
| MASTERCRAFT PRINTED PRODUCTS & SERVICES | 7876 | The objection was resolved as outlined in the notice of settlement of certain claims filed on 1/19/16. [Docket No. 7693]. |
| MASTERCRAFT PRINTED PRODUCTS & SERVICES | 7967 | The objection was resolved as outlined in the notice of settlement of certain claims filed on 1/19/16. [Docket No. 7693]. |
| MASTERCRAFT PRINTED PRODUCTS & SERVICES | 7970 | The objection was resolved as outlined in the notice of settlement of certain claims filed on 1/19/16. [Docket No. 7693]. |
| MASTERCRAFT PRINTED PRODUCTS & SERVICES | 7971 | The objection was resolved as outlined in the notice of settlement of certain claims filed on 1/19/16. [Docket No. 7693]. |
| TANNOR PARTNERS CREDIT FUND LP | 3637 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| MASTERCRAFT PRINTED PRODUCTS & SERVICES | 7871 | The objection was resolved as outlined in the notice of settlement of certain claims filed on 1/19/16. [Docket No. 7693]. |
| MASTERCRAFT PRINTED PRODUCTS & SERVICES | 7872 | The objection was resolved as outlined in the notice of settlement of certain claims filed on 1/19/16. [Docket No. 7693]. |
| MASTERCRAFT PRINTED PRODUCTS & SERVICES | 7873 | The objection was resolved as outlined in the notice of settlement of certain claims filed on 1/19/16. [Docket No. 7693]. |

RLF-13880801_1

Energy Future Holdings Corp.
Twenty-First Omnibus (Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| MASTERCRAFT PRINTED PRODUCTS & SERVICES | 7874 | The objection was resolved as outlined in the notice of settlement of certain claims filed on 1/19/16. [Docket No. 7693]. |
| MASTERCRAFT PRINTED PRODUCTS & SERVICES | 7875 | The objection was resolved as outlined in the notice of settlement of certain claims filed on 1/19/16. [Docket No. 7693]. |
| MASTERCRAFT PRINTED PRODUCTS & SERVICES | 7877 | The objection was resolved as outlined in the notice of settlement of certain claims filed on 1/19/16. [Docket No. 7693]. |
| TANNOR PARTNERS CREDIT FUND LP | 4684 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| REXEL, INC. | 5717 | The objection was resolved as outlined in the notice of settlement of certain claims filed on 1/19/16. [Docket No. 7693]. |

3

**EXHIBIT Q**

Energy Future Holdings Corp.
Twenty Second (Non-Substantive) Objection to Claims

| Name of Creditor | Claim Number | Status of Claim |
|---|---|---|
| GLOBAL TECHNICAL TRAINING SERVICES INC. | 3736 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtor once a hearing date is scheduled. |

**EXHIBIT R**

Energy Future Holdings Corp.
Twenty Third (Substantive) Objection to Claims

| Name of Creditor | Claim Number | Status of Claim |
|---|---|---|
| FLANDERS ELECTRIC INC. | 1862 | The hearing on this claim has been continued to a date to be determined.  The claimant will receive further notice from the Debtor once a hearing date is scheduled. |
| FLANDERS ELECTRIC INC. | 1863 | The hearing on this claim has been continued to a date to be determined.  The claimant will receive further notice from the Debtor once a hearing date is scheduled. |
| FLANDERS ELECTRIC INC. | 1866 | The hearing on this claim has been continued to a date to be determined.  The claimant will receive further notice from the Debtor once a hearing date is scheduled. |
| TANNOR PARTNERS CREDIT FUND LP | 2221 | The hearing on this claim has been continued to a date to be determined.  The claimant will receive further notice from the Debtor once a hearing date is scheduled. |
| REDDY ICE CORP. (transferred to Liquidity Solutions, Inc.) | 3250 | The hearing on this claim has been continued to a date to be determined.  The claimant will receive further notice from the Debtor once a hearing date is scheduled. |
| SUNGARD CONSULTING SERVICES LLC | 5714 | The hearing on this claim has been continued to a date to be determined.  The claimant will receive further notice from the Debtor once a hearing date is scheduled. |

1

## EXHIBIT S

Energy Future Holdings Corp.
Twenty-Fifth Omnibus (Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| FLUOR ENTERPRISES, INC. | 7777 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| FLUOR ENTERPRISES, INC. | 7778 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| FLUOR ENTERPRISES, INC. | 7779 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

RLF-13880870_1

# EXHIBIT T

Energy Future Holdings Corp.
Twenty-Sixth Omnibus (Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| FLUOR ENTERPRISES, INC. DBA FLUOR GLOBAL | 7776 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| FLUOR ENTERPRISES, INC. DBA FLUOR GLOBAL | 7774 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| FLUOR ENTERPRISES, INC. DBA FLUOR GLOBAL | 7775 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

1

# EXHIBIT U

Energy Future Holdings Corp.
Twenty Seventh (Non-Substantive) Objection to Claims

| Name of Creditor | Claim Number | Status of Claim |
|---|---|---|
| LHOIST NORTH AMERICA OF TEXAS, LTD | 3961 | Informal response received. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtor once a hearing date is scheduled. |

**EXHIBIT V**

Energy Future Holdings Corp.
Twenty Eighth (Substantive) Objection to Claims

| Creditor Name | Claim Number | Status of Claim |
|---|---|---|
| SHALE-INLAND HOLDINGS LLC | 1776 | Informal response received. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtor once a hearing date is scheduled. |
| AIRGAS USA, LLC | 3314 | Informal response received. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtor once a hearing date is scheduled. |
| DISTRIBUTION NOW L.P. | 5014 | Informal response received. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtor once a hearing date is scheduled. |
| REXEL, INC. | 5718 | Response filed on 9/2/15. [Docket No. 5838]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtor once a hearing date is scheduled. |
| BENETECH, INC. | 5776 | Response filed on 8/31/15. [Docket No. 5834]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtor once a hearing date is scheduled. |
| VERIZON WIRELESS | 6264 | Response filed on 8/31/15. [Docket No. 5802]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtor once a hearing date is scheduled. |
| CLYDE BERGEMANN POWER GROUP AMERICAS INC | 7852 | Informal response received. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtor once a hearing date is scheduled. |

**EXHIBIT W**

Energy Future Holdings Corp.
Thirty-Third Omnibus (Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| SETPOINT INTERGRATED SOLUTIONS | 3531 | The objection was resolved as outlined in the notice of settlement of certain claims filed on 1/19/16. [Docket No. 7693]. |
| DOYENNE CONSTRUCTORS, LLC | 1103 | The objection was resolved as outlined in the notice of settlement of certain claims filed on 1/19/16. [Docket No. 7693]. |

1

RLF-13881071_1

**EXHIBIT X**

Energy Future Holdings Corp.
Thirty-Fourth Omnibus (Substantive) Objection to Claims

### Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| KNIFE RIVER CORPORATION - SOUTH | 5246 | Response filed on October 28, 2015. [Docket No. 6798]. Informal response received. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| API SYSTEMS GROUP INC | 4018 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled.  The hearing on this claim will go forward. |
| 5DT INC. | 3429 | Informal response received.  The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

1

## EXHIBIT Y

## Updated Summary of Outstanding and Resolved Contract Assumption Items

### Outstanding Objection

| Informal Reference and D.I. | Ref # on Contract Assumption List | Contract Name | Parties | Outstanding Issues | Efforts to Resolve |
|---|---|---|---|---|---|
| Salesforce [D.I. 6679] | • 2163 | • Software License and Support Agreement dated 9/17/2010 | • Salesforce.com, Inc.; TXU Energy Retail Company | • Cure amount disagreement. | • Resolved cure amount; objection will be resolved upon filing of plan supplement reflecting resolved cure amount. |

### Resolved Objections

| Informal Reference and D.I. | Ref # | Contract Name | Parties | Issue | Resolution |
|---|---|---|---|---|---|
| Oracle [D.I. 6592] | • 1899 | • Software License Agreement dated 2/10/1997 | • Oracle Corporation; Luminant Energy Company | • Cure amount disagreement. | • Resolved cure amount. |
| | • 1900 | • Software License and Support Agreement dated 3/6/2014 | | | |
| | • 1902 | • Services Agreement dated 2/28/2008 | • Oracle America, Inc.; EFH Corporate Service Company | | |
| Markit [Informal] | • 1594 | • Services Agreement dated 2/26/2014 | • Markit Group Limited; EFH Corporate Services Company | • Cure amount disagreement | • Resolved cure amount. |
| Tannor Partners [D.I. 6687] | • N/A | • N/A | • N/A | • Tannor Partners purchased certain claims and wants to ensure its claims unrelated to plan | • Resolved; counsel has provided assurance to Tannor that its unrelated claims are preserved |

RLF1 13908908v.1

## Resolved Objections

| Informal Reference and D.I. | Ref # | Contract Name | Parties | Issue | Resolution |
|---|---|---|---|---|---|
| | | | | supplement items are preserved. | and answered related questions. |
| Liberty Mutual [D.I. 6678] | • 2155 | • Insurance Policy - General Liability | • Liberty Mutual/Safeco; Luminant Mining Co. | • Liberty Mutual filed a limited objection to preserve its rights while it identified the contracts being assumed through the plan supplement. | • Liberty Mutual has represented that their limited objection is resolved. |

## Resolved Conditional Assumptions

| Informal Reference | Ref # on Conditional Assumption List | Contract Name | Parties | Resolution |
|---|---|---|---|---|
| Integrated Power Services (IPS) | • 11 <br><br> • 12 | • Services Agreement dated 11/3/2003 plus amendments <br><br> • Services Agreement dated 3/30/2013 | • Integrated Power Services (IPS) | • To be included in list of Assumed Contracts to be filed in amended plan supplement. |

RLF1 13908908v.1

**EXHIBIT Z**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

## INDEX OF INTERIM FEE APPLICATIONS
## TO BE CONSIDERED AT THE FEBRUARY 18, 2016 HEARING

1.   First Interim Fee Application of Richards, Layton & Finger, P.A., Co-Attorneys for the Debtors and Debtors in Possession, for the Period from April 29, 2014 Through and Including August 31, 2014 [D.I. 4648; filed June 6, 2015]

  Response/Objection Deadline:        June 23, 2015 at 4:00 p.m. (EDT)

  Response/Objection Received:        None.

  Related Documents:

  A.    Notice of Hearing on Uncontested Fee Applications [D.I. 7759; filed January 28, 2016]

  B.    Amended Notice of Hearing on Uncontested Fee Applications [D.I. 7763; filed January 29, 2016]

  C.    Fee Committee's Report Concerning Uncontested Interim Fee Applications for Hearing on February 18, 2016 at 11:00 a.m. [D.I. 7850; filed February 15, 2016]

2.   First Interim Application of Charles River Associates as Natural Gas and Energy Consultant to the Official Committee of Unsecured Creditors for Compensation and Reimbursement of Expenses Incurred from the Period August 4, 2014 Through December 31, 2014 [D.I. 3823; filed March 6, 2015]

  Response/Objection Deadline:        March 27, 2015 at 4:00 p.m. (EDT)

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Response/Objection Received:          None.

Related Documents:

A.    Notice of Hearing on Uncontested Fee Applications [D.I. 7759; filed January 28, 2016]

B.    Amended Notice of Hearing on Uncontested Fee Applications [D.I. 7763; filed January 29, 2016]

C.    Fee Committee's Report Concerning Uncontested Interim Fee Applications for Hearing on February 18, 2016 at 11:00 a.m. [D.I. 7850; filed February 15, 2016]

3.    Second Interim Fee Application of Epiq Bankruptcy Solutions, LLC and Epiq eDiscovery Solutions for Allowance of an Administrative Claim for Compensation and Reimbursement of Expenses Incurred from September 1, 2014 Through December 31, 2014 [D.I. 4421; filed May 7, 2015]

Response/Objection Deadline:          May 29, 2015 at 4:00 p.m. (EDT)

Response/Objection Received:          None.

Related Documents:

A.    Notice of Hearing on Uncontested Fee Applications [D.I. 7759; filed January 28, 2016]

B.    Amended Notice of Hearing on Uncontested Fee Applications [D.I. 7763; filed January 29, 2016]

C.    Fee Committee's Report Concerning Uncontested Interim Fee Applications for Hearing on February 18, 2016 at 11:00 a.m. [D.I. 7850; filed February 15, 2016]

4.    Second Interim Fee Application of Richards, Layton & Finger, P.A., Co-Attorneys for the Debtors and Debtors in Possession, for the Period from September 1, 2014 Through and Including December 31, 2014 [D.I. 6331; filed October 5, 2015]

Response/Objection Deadline:          October 26, 2015 at 4:00 p.m. (EDT)

Response/Objection Received:          None.

Related Documents:

A.    Notice of Hearing on Uncontested Fee Applications [D.I. 7759; filed January 28, 2016]

B.    Amended Notice of Hearing on Uncontested Fee Applications [D.I. 7763; filed January 29, 2016]

C.    Fee Committee's Report Concerning Uncontested Interim Fee Applications for Hearing on February 18, 2016 at 11:00 a.m. [D.I. 7850; filed February 15, 2016]

5.    Second Interim Fee Application of Sidley Austin LLP as Special Counsel to the Debtors and Debtors in Possession for Compensation for Services Rendered and Reimbursement of Expenses for the Period of September 1, 2014 Through December 31, 2014 [D.I. 5163; filed July 29, 2015]

Response/Objection Deadline:        August 20, 2015 at 4:00 p.m. (EDT)

Response/Objection Received:        None.

Related Documents:

A.    Notice of Hearing on Uncontested Fee Applications [D.I. 7759; filed January 28, 2016]

B.    Amended Notice of Hearing on Uncontested Fee Applications [D.I. 7763; filed January 29, 2016]

C.    Fee Committee's Report Concerning Uncontested Interim Fee Applications for Hearing on February 18, 2016 at 11:00 a.m. [D.I. 7850; filed February 15, 2016]

6.    Third Interim Fee Application of Epiq Bankruptcy Solutions, LLC and Epiq eDiscovery Solutions for Allowance of an Administrative Claim for Compensation and Reimbursement of Expenses Incurred from January 1, 2015 Through April 30, 2015 [D.I. 5708; filed August 24, 2015]

Response/Objection Deadline:        September 15, 2015 at 4:00 p.m. (EDT)

Response/Objection Received:        None.

Related Documents:

A.    Notice of Hearing on Uncontested Fee Applications [D.I. 7759; filed January 28, 2016]

B.    Amended Notice of Hearing on Uncontested Fee Applications [D.I. 7763; filed January 29, 2016]

C.    Fee Committee's Report Concerning Uncontested Interim Fee Applications for Hearing on February 18, 2016 at 11:00 a.m. [D.I. 7850; filed February 15, 2016]

7.    Third Interim Fee Application of Sidley Austin LLP as Special Counsel to the Debtors and Debtors in Possession for Compensation for Services Rendered and Reimbursement of Expenses for the Period of January 1, 2015 Through April 30, 2015 [D.I. 5168; filed July 29, 2015]

Response/Objection Deadline:     August 20, 2015 at 4:00 p.m. (EDT)

Response/Objection Received:     None.

Related Documents:

A.    Notice of Hearing on Uncontested Fee Applications [D.I. 7759; filed January 28, 2016]

B.    Amended Notice of Hearing on Uncontested Fee Applications [D.I. 7763; filed January 29, 2016]

C.    Fee Committee's Report Concerning Uncontested Interim Fee Applications for Hearing on February 18, 2016 at 11:00 a.m. [D.I. 7850; filed February 15, 2016]

8.    Third Interim Fee Application of Richards, Layton & Finger, P.A., Co-Attorneys for the Debtors and Debtors in Possession, for the Period from January 1, 2015 Through and Including April 30, 2015 [D.I. 7565; filed January 5, 2016]

Response/Objection Deadline:     January 27, 2016 at 4:00 p.m. (EST)

Response/Objection Received:     None.

Related Documents:

A.    Notice of Hearing on Uncontested Fee Applications [D.I. 7759; filed January 28, 2016]

B.    Amended Notice of Hearing on Uncontested Fee Applications [D.I. 7763; filed January 29, 2016]

C.    Fee Committee's Report Concerning Uncontested Interim Fee Applications for Hearing on February 18, 2016 at 11:00 a.m. [D.I. 7850; filed February 15, 2016]

9.    First and Final Interim Fee Statement of Kinsella Media, LLC for Compensation for Services Rendered as Asbestos Noticing Expert to the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance Inc., and EECI, Inc. for the Period from March 27, 2015 Through July 30, 2015 [D.I. 6456; filed October 14, 2015]

Response/Objection Deadline:     November 4, 2015 at 4:00 p.m. (EDT)

Response/Objection Received:     None.

Related Documents:

A.    Certification of No Objection Regarding the First and Final Interim Fee Statement of Kinsella Media, LLC for Compensation for Services Rendered as Asbestos

Noticing Expert to the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance Inc., and EECI, Inc. for the Period from March 27, 2015 Through July 30, 2015 [D.I. 6904; filed November 6, 2015]

B.     Notice of Hearing on Uncontested Fee Applications [D.I. 7759; filed January 28, 2016]

C.     Amended Notice of Hearing on Uncontested Fee Applications [D.I. 7763; filed January 29, 2016]

D.     Fee Committee's Report Concerning Uncontested Interim Fee Applications for Hearing on February 18, 2016 at 11:00 a.m. [D.I. 7850; filed February 15, 2016]

10.     First Interim Fee Application of Jenner & Block LLP Independent Counsel for Energy Future Intermediate Holding Company LLC, for the Period May 18, 2015 Through August 31, 2015 [D.I. 6567; filed October 22, 2015]

Response/Objection Deadline:         January 29, 2016 at 4:00 p.m. (EST)

Response/Objection Received:         None.

Related Documents:

A.     Notice of Hearing on Uncontested Fee Applications [D.I. 7759; filed January 28, 2016]

B.     Amended Notice of Hearing on Uncontested Fee Applications [D.I. 7763; filed January 29, 2016]

C.     Fee Committee's Report Concerning Uncontested Interim Fee Applications for Hearing on February 18, 2016 at 11:00 a.m. [D.I. 7850; filed February 15, 2016]

11.     Second Interim Fee Application of McElroy, Deutsch, Mulvaney & Carpenter, LLP for Allowance of Compensation and Reimbursement of Expenses Incurred During the Period May 1, 2015 Through August 31, 2015 [D.I. 6479; filed October 15, 2015]

Response/Objection Deadline:         November 5, 2015 at 4:00 p.m. (EDT)

Response/Objection Received:         None.

Related Documents:

A.     Notice of Hearing on Uncontested Fee Applications [D.I. 7759; filed January 28, 2016]

B.     Amended Notice of Hearing on Uncontested Fee Applications [D.I. 7763; filed January 29, 2016]

C.    Fee Committee's Report Concerning Uncontested Interim Fee Applications for Hearing on February 18, 2016 at 11:00 a.m. [D.I. 7850; filed February 15, 2016]

12.    Second Interim Fee Application of SOLIC Capital Advisors, LLC, Financial Advisor for Debtor Energy Future Holdings Corp., for Compensation for Services Rendered and Reimbursement of Expenses Incurred from May 1, 2015 Through August 31, 2015 [D.I. 6509; filed October 16, 2015]

Response/Objection Deadline:    November 6, 2015 at 4:00 p.m. (EDT)

Response/Objection Received:    None.

Related Documents:

A.    Notice of Hearing on Uncontested Fee Applications [D.I. 7759; filed January 28, 2016]

B.    Amended Notice of Hearing on Uncontested Fee Applications [D.I. 7763; filed January 29, 2016]

C.    Fee Committee's Report Concerning Uncontested Interim Fee Applications for Hearing on February 18, 2016 at 11:00 a.m. [D.I. 7850; filed February 15, 2016]

13.    Third Interim Fee Application of AlixPartners, LLP Seeking Compensation for Services Rendered and Reimbursement of Expenses Incurred as Restructuring Advisor to the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company LLC, EFIH Finance, Inc., and EECI, Inc. for the Period from May 1, 2015 Through August 31, 2015 [D.I. 6473; filed October 15, 2015]

Response/Objection Deadline:    January 29, 2016 at 4:00 p.m. (EST)

Response/Objection Received:    None.

Related Documents:

A.    Notice of Hearing on Uncontested Fee Applications [D.I. 7759; filed January 28, 2016]

B.    Amended Notice of Hearing on Uncontested Fee Applications [D.I. 7763; filed January 29, 2016]

C.    Fee Committee's Report Concerning Uncontested Interim Fee Applications for Hearing on February 18, 2016 at 11:00 a.m. [D.I. 7850; filed February 15, 2016]

14.    Third Interim Fee Application of Balch & Bingham LLP, Special Counsel to the Debtor and Debtors in Possession, for the Period from May 1, 2015 Through and Including August 31, 2015 [D.I. 6503; filed October 16, 2015]

Response/Objection Deadline:    November 9, 2015 at 4:00 p.m. (EDT)

Response/Objection Received:    None.

Related Documents:

A.   Notice of Hearing on Uncontested Fee Applications [D.I. 7759; filed January 28, 2016]

B.   Amended Notice of Hearing on Uncontested Fee Applications [D.I. 7763; filed January 29, 2016]

C.   Fee Committee's Report Concerning Uncontested Interim Fee Applications for Hearing on February 18, 2016 at 11:00 a.m. [D.I. 7850; filed February 15, 2016]

15.   Third Interim Fee Application of Cravath, Swaine & Moore LLP Independent Counsel for Energy Future Intermediate Holding Company LLC, for the Period May 1, 2015 Through August 31, 2015 [D.I. 6704; filed October 27, 2015]

Response/Objection Deadline:    January 29, 2016 at 4:00 p.m. (EST)

Response/Objection Received:    None.

Related Documents:

A.   Amended Third Interim Fee Application of Cravath, Swaine & Moore LLP Independent Counsel for Energy Future Intermediate Holding Company LLC, for the Period May 1, 2015 Through August 31, 2015 [D.I. 7567; filed January 6, 2016]

B.   Notice of Hearing on Uncontested Fee Applications [D.I. 7759; filed January 28, 2016]

C.   Amended Notice of Hearing on Uncontested Fee Applications [D.I. 7763; filed January 29, 2016]

D.   Fee Committee's Report Concerning Uncontested Interim Fee Applications for Hearing on February 18, 2016 at 11:00 a.m. [D.I. 7850; filed February 15, 2016]

16.   Third Interim Fee Statement of Goldin Associates, LLC for Allowance of an Administrative Claim for Compensation and Reimbursement of Expenses Incurred from May 1, 2015 Through August 31, 2015 [D.I. 6492; filed October 16, 2015]

Response/Objection Deadline:    January 29, 2016 at 4:00 p.m. (EST)

Response/Objection Received:    None.

Related Documents:

A.    Notice of Hearing on Uncontested Fee Applications [D.I. 7759; filed January 28, 2016]

B.    Amended Notice of Hearing on Uncontested Fee Applications [D.I. 7763; filed January 29, 2016]

C.    Fee Committee's Report Concerning Uncontested Interim Fee Applications for Hearing on February 18, 2016 at 11:00 a.m. [D.I. 7850; filed February 15, 2016]

17.    Third Interim Application of Greenhill & Co., LLC, as Financial Advisor to Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC for Allowance of Compensation and Reimbursement of Expenses for the Period May 1, 2015 Through August 31, 2015 [D.I. 6478; filed October 15, 2015]

Response/Objection Deadline:        November 5, 2015 at 4:00 p.m. (EDT)

Response/Objection Received:        None.

Related Documents:

A.    Notice of Hearing on Uncontested Fee Applications [D.I. 7759; filed January 28, 2016]

B.    Amended Notice of Hearing on Uncontested Fee Applications [D.I. 7763; filed January 29, 2016]

C.    Fee Committee's Report Concerning Uncontested Interim Fee Applications for Hearing on February 18, 2016 at 11:00 a.m. [D.I. 7850; filed February 15, 2016]

18.    Third Interim Fee Application of Guggenheim Securities, LLC, Investment Banker to the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period May 1, 2015 Through August 31, 2015 [D.I. 6495; filed October 16, 2015]

Response/Objection Deadline:        January 29, 2016 at 4:00 p.m. (EST)

Response/Objection Received:        None.

Related Documents:

A.    Notice of Hearing on Uncontested Fee Applications [D.I. 7759; filed January 28, 2016]

B.    Amended Notice of Hearing on Uncontested Fee Applications [D.I. 7763; filed January 29, 2016]

C.   Fee Committee's Report Concerning Uncontested Interim Fee Applications for Hearing on February 18, 2016 at 11:00 a.m. [D.I. 7850; filed February 15, 2016]

19.   Third Interim Application of Montgomery, McCracken, Walker & Rhoads, LLP as Delaware Bankruptcy Counsel and Conflicts Counsel to the EFH Official Committee for Compensation and Reimbursement of Expenses for the Period from May 1, 2015 Through August 31, 2015 [D.I. 6843; filed November 2, 2015]

Response/Objection Deadline:        January 29, 2016 at 4:00 p.m. (EST)

Response/Objection Received:        None.

Related Documents:

A.   Notice of Hearing on Uncontested Fee Applications [D.I. 7759; filed January 28, 2016]

B.   Amended Notice of Hearing on Uncontested Fee Applications [D.I. 7763; filed January 29, 2016]

C.   Fee Committee's Report Concerning Uncontested Interim Fee Applications for Hearing on February 18, 2016 at 11:00 a.m. [D.I. 7850; filed February 15, 2016]

20.   Third Interim Fee Application of Munger, Tolles & Olson LLP, Counsel to Debtors and Debtors in Possession Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC, for the Period from May 1, 2015 Through and Including August 31, 2015 [D.I. 6477; filed October 15, 2015]

Response/Objection Deadline:        November 5, 2015 at 4:00 p.m. (EDT)

Response/Objection Received:        None.

Related Documents:

A.   Notice of Hearing on Uncontested Fee Applications [D.I. 7759; filed January 28, 2016]

B.   Amended Notice of Hearing on Uncontested Fee Applications [D.I. 7763; filed January 29, 2016]

C.   Fee Committee's Report Concerning Uncontested Interim Fee Applications for Hearing on February 18, 2016 at 11:00 a.m. [D.I. 7850; filed February 15, 2016]

21.   Third Interim Application of Proskauer Rose LLP, Counsel for Debtor Energy Future Holdings Corp., for Compensation for Services Rendered and Reimbursement of Expenses Incurred from May 1, 2015 Through August 31, 2015 [D.I. 6497; filed October 16, 2015]

Response/Objection Deadline:    November 6, 2015 at 4:00 p.m. (EDT)

Response/Objection Received:    None.

Related Documents:

A.    Notice of Hearing on Uncontested Fee Applications [D.I. 7759; filed January 28, 2016]

B.    Amended Notice of Hearing on Uncontested Fee Applications [D.I. 7763; filed January 29, 2016]

C.    Fee Committee's Report Concerning Uncontested Interim Fee Applications for Hearing on February 18, 2016 at 11:00 a.m. [D.I. 7850; filed February 15, 2016]

22.    Third Interim Fee Application of Stevens & Lee, P.C., Special Counsel for Energy Future Intermediate Holding Company LLC, for the Period of May 1, 2015 Through August 31, 2015 [D.I. 6502; filed October 16, 2015]

Response/Objection Deadline:    January 29, 2016 at 4:00 p.m. (EST)

Response/Objection Received:    None.

Related Documents:

A.    Notice of Hearing on Uncontested Fee Applications [D.I. 7759; filed January 28, 2016]

B.    Amended Notice of Hearing on Uncontested Fee Applications [D.I. 7763; filed January 29, 2016]

C.    Fee Committee's Report Concerning Uncontested Interim Fee Applications for Hearing on February 18, 2016 at 11:00 a.m. [D.I. 7850; filed February 15, 2016]

23.    Third Interim Fee Application of Sullivan & Cromwell LLP as Counsel to the EFH Committee for Interim Approval and Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from May 1, 2015 Through and Including August 31, 2015 [D.I. 6507; filed October 16, 2015]

Response/Objection Deadline:    January 29, 2016 at 4:00 p.m. (EST)

Response/Objection Received:    None.

Related Documents:

A.    Notice of Hearing on Uncontested Fee Applications [D.I. 7759; filed January 28, 2016]

RLF1 13864881v.1

B.    Amended Notice of Hearing on Uncontested Fee Applications [D.I. 7763; filed January 29, 2016]

C.    Fee Committee's Report Concerning Uncontested Interim Fee Applications for Hearing on February 18, 2016 at 11:00 a.m. [D.I. 7850; filed February 15, 2016]

24.   Fourth Interim Fee Application of Alvarez & Marsal North America, LLC, in their Capacity as Restructuring Advisors for the Debtors and Debtors in Possession, for the Period from May 1, 2015 Through and Including August 31, 2015 [D.I. 6553; filed October 21, 2015]

Response/Objection Deadline:        November 12, 2015 at 4:00 p.m. (EDT)

Response/Objection Received:        None.

Related Documents:

A.    Notice of Hearing on Uncontested Fee Applications [D.I. 7759; filed January 28, 2016]

B.    Amended Notice of Hearing on Uncontested Fee Applications [D.I. 7763; filed January 29, 2016]

C.    Fee Committee's Report Concerning Uncontested Interim Fee Applications for Hearing on February 18, 2016 at 11:00 a.m. [D.I. 7850; filed February 15, 2016]

25.   Fourth Interim Fee Application for Compensation for Services Rendered and Reimbursement of Expenses of Deloitte & Touche LLP as Independent Auditor to the Debtors and Debtors-in-Possession for the Period of May 1, 2015 Through August 31, 2015 [D.I. 7047; filed November 18, 2015]

Response/Objection Deadline:        December 10, 2015 at 4:00 p.m. (EDT)

Response/Objection Received:        None.

Related Documents:

A.    Notice of Hearing on Uncontested Fee Applications [D.I. 7759; filed January 28, 2016]

B.    Amended Notice of Hearing on Uncontested Fee Applications [D.I. 7763; filed January 29, 2016]

C.    Fee Committee's Report Concerning Uncontested Interim Fee Applications for Hearing on February 18, 2016 at 11:00 a.m. [D.I. 7850; filed February 15, 2016]

26.   Fourth Interim Fee Application of Evercore Group L.L.C., Debtors' Investment Banker and Financial Advisor for Allowance of an Administrative Claim for Compensation and

RLF1 13864881v.1

Reimbursement of Expenses Incurred from May 1, 2015 Through August 31, 2015 [D.I. 6763; filed October 29, 2015]

Response/Objection Deadline:        November 19, 2015 at 4:00 p.m. (EDT)

Response/Objection Received:        None.

Related Documents:

A.    Notice of Hearing on Uncontested Fee Applications [D.I. 7759; filed January 28, 2016]

B.    Amended Notice of Hearing on Uncontested Fee Applications [D.I. 7763; filed January 29, 2016]

C.    Fee Committee's Report Concerning Uncontested Interim Fee Applications for Hearing on February 18, 2016 at 11:00 a.m. [D.I. 7850; filed February 15, 2016]

27.    Fourth Interim Fee Application of Filsinger Energy Partners, Energy Consultants for the Debtors and Debtors in Possession, for the Period from May 1, 2015 Through and Including August 31, 2015 [D.I. 6493; filed October 16, 2015]

Response/Objection Deadline:        November 9, 2015 at 4:00 p.m. (EDT)

Response/Objection Received:        None.

Related Documents:

A.    Notice of Hearing on Uncontested Fee Applications [D.I. 7759; filed January 28, 2016]

B.    Amended Notice of Hearing on Uncontested Fee Applications [D.I. 7763; filed January 29, 2016]

C.    Fee Committee's Report Concerning Uncontested Interim Fee Applications for Hearing on February 18, 2016 at 11:00 a.m. [D.I. 7850; filed February 15, 2016]

28.    Fourth Interim Fee Application of Gibson, Dunn & Crutcher LLP Special Counsel to the Debtors and Debtors in Possession, for the Period from May 1, 2015 Through and Including August 31, 2015 [D.I. 6504; filed October 16, 2015]

Response/Objection Deadline:        November 9, 2015 at 4:00 p.m. (EDT)

Response/Objection Received:        None.

Related Documents:

A.    Notice of Hearing on Uncontested Fee Applications [D.I. 7759; filed January 28, 2016]

B.    Amended Notice of Hearing on Uncontested Fee Applications [D.I. 7763; filed January 29, 2016]

C.    Fee Committee's Report Concerning Uncontested Interim Fee Applications for Hearing on February 18, 2016 at 11:00 a.m. [D.I. 7850; filed February 15, 2016]

29.    Fourth Interim Fee Application of KPMG LLP for Compensation for Services Rendered and Reimbursement of Expenses as Bankruptcy Accounting and Tax Advisors to the Debtors and Debtors in Possession for the Period from May 1, 2015 Through August 31, 2015 [D.I. 6939; filed November 10, 2015]

Response/Objection Deadline:    December 2, 2015 at 4:00 p.m. (EDT)

Response/Objection Received:    None.

Related Documents:

A.    Notice of Hearing on Uncontested Fee Applications [D.I. 7759; filed January 28, 2016]

B.    Amended Notice of Hearing on Uncontested Fee Applications [D.I. 7763; filed January 29, 2016]

C.    Fee Committee's Report Concerning Uncontested Interim Fee Applications for Hearing on February 18, 2016 at 11:00 a.m. [D.I. 7850; filed February 15, 2016]

30.    Fourth Interim Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the Period from May 1, 2015 Through and Including August 31, 2015 [D.I. 6484; filed October 15, 2015]

Response/Objection Deadline:    November 6, 2015 at 4:00 p.m. (EDT)

Response/Objection Received:    None.

Related Documents:

A.    Notice of Hearing on Uncontested Fee Applications [D.I. 7759; filed January 28, 2016]

B.    Amended Notice of Hearing on Uncontested Fee Applications [D.I. 7763; filed January 29, 2016]

RLF1 13864881v.1

C.   Fee Committee's Report Concerning Uncontested Interim Fee Applications for Hearing on February 18, 2016 at 11:00 a.m. [D.I. 7850; filed February 15, 2016]

31.   Fourth Interim Fee Application of McDermott Will & Emery LLP, Special Counsel for the Debtors and Debtors in Possession, for the Period from May 1, 2015 Through and Including August 31, 2015 [D.I. 6800; filed October 30, 2015]

Response/Objection Deadline:        November 23, 2015 at 4:00 p.m. (EDT)

Response/Objection Received:        None.

Related Documents:

A.   Notice of Hearing on Uncontested Fee Applications [D.I. 7759; filed January 28, 2016]

B.   Amended Notice of Hearing on Uncontested Fee Applications [D.I. 7763; filed January 29, 2016]

C.   Fee Committee's Report Concerning Uncontested Interim Fee Applications for Hearing on February 18, 2016 at 11:00 a.m. [D.I. 7850; filed February 15, 2016]

32.   Fourth Interim Application of Morrison & Foerster LLP as Counsel for the Official Committee of TCEH Unsecured Creditors for Compensation and Reimbursement of Expenses Incurred for the Period May 1, 2015 Through August 31, 2015 [D.I. 6474; filed October 15, 2015]

Response/Objection Deadline:        November 6, 2015 at 4:00 p.m. (EDT)

Response/Objection Received:        None.

Related Documents:

A.   Notice of Hearing on Uncontested Fee Applications [D.I. 7759; filed January 28, 2016]

B.   Amended Notice of Hearing on Uncontested Fee Applications [D.I. 7763; filed January 29, 2016]

C.   Fee Committee's Report Concerning Uncontested Interim Fee Applications for Hearing on February 18, 2016 at 11:00 a.m. [D.I. 7850; filed February 15, 2016]

33.   Fourth Interim Application of Polsinelli PC as Delaware Counsel and Conflicts Counsel for the Official Committee of TCEH Unsecured Creditors for Compensation and Reimbursement of Expenses Incurred for the Period May 1, 2015 Through August 31, 2015 [D.I. 6491; filed October 16, 2015]

Response/Objection Deadline:        November 6, 2015 at 4:00 p.m. (EDT)

Response/Objection Received:        None.

Related Documents:

A.    Notice of Hearing on Uncontested Fee Applications [D.I. 7759; filed January 28, 2016]

B.    Amended Notice of Hearing on Uncontested Fee Applications [D.I. 7763; filed January 29, 2016]

C.    Fee Committee's Report Concerning Uncontested Interim Fee Applications for Hearing on February 18, 2016 at 11:00 a.m. [D.I. 7850; filed February 15, 2016]

34.    Fourth Interim Fee Application of Thompson & Knight LLP, Special Tax Counsel for the Debtors and Debtors in Possession, for the Period from May 1, 2015 Through and Including August 31, 2015 [D.I. 6995; filed November 13, 2015]

Response/Objection Deadline:        December 7, 2015 at 4:00 p.m. (EDT)

Response/Objection Received:        None.

Related Documents:

A.    Notice of Hearing on Uncontested Fee Applications [D.I. 7759; filed January 28, 2016]

B.    Amended Notice of Hearing on Uncontested Fee Applications [D.I. 7763; filed January 29, 2016]

C.    Fee Committee's Report Concerning Uncontested Interim Fee Applications for Hearing on February 18, 2016 at 11:00 a.m. [D.I. 7850; filed February 15, 2016]

35.    Fourth Interim Fee Application of Sidley Austin LLP as Special Counsel to the Debtors and Debtors in Possession for Compensation for Services Rendered and Reimbursement of Expenses for the Period of May 1, 2015 Through August 31, 2015 [D.I. 7475; filed December 30, 2015]

Response/Objection Deadline:        January 21, 2016 at 4:00 p.m. (EST)

Response/Objection Received:        None.

Related Documents:

A.    Notice of Hearing on Uncontested Fee Applications [D.I. 7759; filed January 28, 2016]

B.    Amended Notice of Hearing on Uncontested Fee Applications [D.I. 7763; filed January 29, 2016]

C.    Fee Committee's Report Concerning Uncontested Interim Fee Applications for Hearing on February 18, 2016 at 11:00 a.m. [D.I. 7850; filed February 15, 2016]

36.    Third Interim Application of Richard Gitlin, Individually, and as Chairman of Gitlin & Company LLC, as the Independent Member of the Fee Committee, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from May 1, 2015 Through August 31, 2015 [D.I. 7714; filed January 22, 2016]

Response/Objection Deadline:        February 11, 2016 at 4:00 p.m. (EST)

Response/Objection Received:        None.

Related Documents:

A.    Notice of Hearing on Uncontested Fee Applications [D.I. 7759; filed January 28, 2016]

B.    Amended Notice of Hearing on Uncontested Fee Applications [D.I. 7763; filed January 29, 2016]

C.    Certification of No Objection Regarding Docket No. 7714 [D.I. 7823; filed February 12, 2016]

D.    Fee Committee's Report Concerning Uncontested Interim Fee Applications for Hearing on February 18, 2016 at 11:00 a.m. [D.I. 7850; filed February 15, 2016]

37.    Third Interim Application of Godfrey & Kahn, S.C., Counsel to the Fee Committee, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from May 1, 2015 Through August 31, 2015 [D.I. 7715; filed January 22, 2016]

Response/Objection Deadline:        February 11, 2016 at 4:00 p.m. (EST)

Response/Objection Received:        None.

Related Documents:

A.    Notice of Hearing on Uncontested Fee Applications [D.I. 7759; filed January 28, 2016]

B.    Amended Notice of Hearing on Uncontested Fee Applications [D.I. 7763; filed January 29, 2016]

C.    Certification of No Objection Regarding Docket No. 7715 [D.I. 7824; filed February 12, 2016]

D.    Fee Committee's Report Concerning Uncontested Interim Fee Applications for Hearing on February 18, 2016 at 11:00 a.m. [D.I. 7850; filed February 15, 2016]

RLF1 13864881v.1

38.    Third Interim Application of Phillips, Goldman & Spence, P.A. for Compensation and Reimbursement of Expenses as Delaware Counsel to the Fee Committee for the Period May 1, 2015 Through August 31, 2015 [D.I. 6833; filed November 2, 2015]

Response/Objection Deadline:    November 23, 2015 at 4:00 p.m. (EDT)

Response/Objection Received:    None.

Related Documents:

A.    Certification of No Objection Regarding Docket No. 6833 [D.I. 7537; filed January 14, 2016]

B.    Notice of Hearing on Uncontested Fee Applications [D.I. 7759; filed January 28, 2016]

C.    Amended Notice of Hearing on Uncontested Fee Applications [D.I. 7763; filed January 29, 2016]

D.    Fee Committee's Report Concerning Uncontested Interim Fee Applications for Hearing on February 18, 2016 at 11:00 a.m. [D.I. 7850; filed February 15, 2016]