# **EXHIBIT A**

**Professional Fees and Expenses**
**Monthly Fee Statement**

| Applicant | Fee Statement Period, Filing Date, & Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| Stevens & Lee, P.C. 919 N. Market St. Suite 1300 Wilmington, DE 19801 | Thirteenth Monthly Fee Statement  12/01/2015 through 12/31/2015  D.I. 7723 | $15,667.50 | $317.30 | 2/15/2016 | $12,534.00 | $317.30 | $3,133.50 |

SL1 1403747v1 109285.00006