**<u>Exhibit 1</u>**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## ORDER EXTENDING DEADLINE TO
## ASSUME OR REJECT A CERTAIN NONRESIDENTIAL REAL
## PROPERTY LEASE UNDER SECTION 365(D)(4) OF THE BANKRUPTCY CODE

Upon the *Sixth Agreement Extending Deadline to Assume or Reject a Certain Nonresidential Real Property Lease Under Section 365(d)(4) of the Bankruptcy Code* (the "Agreement"),[2] a copy of which is attached hereto as **Exhibit A**, and upon the record of these chapter 11 cases and due deliberation thereon, and good and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The Agreement is approved.

2.      The date within which the Debtors must assume or reject the Lease is hereby extended up to and including the earlier of May 25, 2016 and the effective date of the Plan.

3.      Nothing herein shall prejudice the Debtors' right to seek further extensions of time within which the Debtors must assume or reject the Lease, consistent with section 365(d)(4) of the Bankruptcy Code, as applicable.

---

[1]     The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]     Capitalized terms not otherwise defined herein have the meaning ascribed to them in the Agreement.

4.      Nothing herein or any actions taken by the Debtors pursuant to relief granted herein is intended or should be construed as:  (a) an admission as to the validity or amount of any particular claim against a Debtor entity; (b) a waiver of the Debtors' rights to dispute any particular claim on any grounds; (c) a promise or requirement to pay any particular claim; (d) an admission by the Debtors that any contract or lease, including the Lease, is executory or unexpired, as applicable; (e) a waiver or limitation of the Parties' rights under the Bankruptcy Code or any other applicable law, including, without limitation, the Debtors' right to assume, reject, and/or seek any other related relief with respect to any contract or lease; or (f) an alteration, amendment, or other modification of the terms of the Lease.

5.      Nothing contained herein shall prejudice in any way or be deemed a waiver or limitation of any rights the Parties may have under section 365 of the Bankruptcy Code, and the Parties hereby reserve any and all rights with respect to the foregoing.

6.      The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Agreement.

7.      The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

8.      All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

9.      This Court shall retain exclusive jurisdiction to resolve any dispute arising from

or related to this Order.


Wilmington, Delaware
Date:  _____, 2016

                                    _____
                                    THE HONORABLE CHRISTOPHER S. SONTCHI
                                    UNITED STATES BANKRUPTCY JUDGE

3

**<u>EXHIBIT A</u>**

**Agreement**

**SIXTH AGREEMENT EXTENDING DEADLINE TO ASSUME OR REJECT LEASE**

Luminant Generation Company LLC ("Luminant"), a debtor in the chapter 11 cases captioned *In re Energy Future Holdings Corp., et al.*, Lead Case No. 14-10979 (the "Chapter 11 Cases"), and Oncor Electric Delivery Company LLC, a Delaware limited liability company, ("Oncor" and, together with Luminant, the "Parties"), by and through their undersigned counsel, hereby enter into this agreement (this "Agreement"), and agree as follows.

## Recitals

WHEREAS, Luminant is the lessee under the Sub-Sublease with Oncor, dated as of September 6, 2011, for premises located at 1601 Bryan Street, Dallas, Texas, 75201 (commonly known as Energy Plaza), for all of the leaseable space on the 21st, 22nd, 23rd, 24th, 27th, and 28th floors, containing, in the aggregate, 157,958 rentable square feet (the "Lease");

WHEREAS, on August 11, 2014, the United States Bankruptcy Court for the District of Delaware (the "Court") entered the *Order, Pursuant to Section 365(d)(4) of the Bankruptcy Code, Extending the Debtors' Time to Assume or Reject Unexpired Leases of Nonresidential Real Property* [D.I. 1803], thereby extending the period within which the debtors in the Chapter 11 Cases (the "Debtors") must assume or reject unexpired leases of nonresidential real property through and including November 25, 2014;

WHEREAS, the Debtors are currently evaluating the Lease and related obligations before determining whether to assume or reject the Lease pursuant to section 365 of the Bankruptcy Code;

WHEREAS, the Debtors requested, and Oncor agreed to grant the Debtors, additional time to determine whether to assume or reject the Lease under section 365(d)(4) of the Bankruptcy Code, up to and including February 25, 2015 (the "First Extension Deadline");

WHEREAS, the Court entered the *Order Extending Deadline to Assume or Reject a Certain Nonresidential Real Property Lease Under Section 365(d)(4) of the Bankruptcy Code* [D.I. 2582], granting the First Extension Deadline;

WHEREAS, the Debtors further requested, and Oncor agreed to grant the Debtors, additional time to determine whether to assume or reject the Lease under section 365(d)(4) of the Bankruptcy Code, up to and including May 25, 2015 (the "Second Extension Deadline");

WHEREAS, the Court entered the *Order Extending Deadline to Assume or Reject a Certain Nonresidential Real Property Lease Under Section 365(d)(4) of the Bankruptcy Code* [D.I. 3520], granting the Second Extension Deadline;

WHEREAS, the Debtors further requested, and Oncor agreed to grant the Debtors, additional time to determine whether to assume or reject the Lease under section 365(d)(4) of the Bankruptcy Code, up to and including August 25, 2015 (the "Third Extension Deadline");

WHEREAS, the Court entered the *Order Extending Deadline to Assume or Reject a Certain Nonresidential Real Property Lease Under Section 365(d)(4) of the Bankruptcy Code* [D.I. 4400], granting the Third Extension Deadline;

WHEREAS, the Debtors further requested, and Oncor agreed to grant the Debtors, additional time to determine whether to assume or reject the Lease under section 365(d)(4) of the Bankruptcy Code, up to and including November 25, 2015 (the "Fourth Extension Deadline");

WHEREAS, the Court entered the *Order Extending Deadline to Assume or Reject a Certain Nonresidential Real Property Lease Under Section 365(d)(4) of the Bankruptcy Code* [D.I. 5254], granting the Fourth Extension Deadline;

WHEREAS, the Debtors further requested, and Oncor agreed to grant the Debtors, additional time to determine whether to assume or reject the Lease under section 365(d)(4) of the

RLF1 13923643v.1

Bankruptcy Code, up to and including the earlier to occur of February 25, 2016 and the effective date of the Plan (the "Fifth Extension Deadline");

WHEREAS, the Court entered the *Order Extending Deadline to Assume or Reject a Certain Nonresidential Real Property Lease Under Section 365(d)(4) of the Bankruptcy Code* [D.I. 6908], granting the Fifth Extension Deadline;

WHEREAS, on December 9, 2015, the Court entered the *Amended Order Confirming the Sixth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 7285] confirming the *Sixth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 7235] (the "Plan");

WHEREAS, the Debtors further requested, and Oncor agreed to grant the Debtors, additional time to determine whether to assume or reject the Lease under section 365(d)(4) of the Bankruptcy Code, up to and including the earlier to occur of May 25, 2016 and the effective date of the Plan (the "Sixth Extension Deadline");

WHEREAS, the Parties desire to memorialize their agreement in this Agreement;

**NOW, THEREFORE**, it is hereby agreed to by and among the Parties as follows:

1.      Pursuant to section 365(d)(4) of the Bankruptcy Code, the time period within which the Debtors must assume or reject the Lease is extended from the Fifth Extension Deadline, through and including the Sixth Extension Deadline.

2.      The Parties acknowledge and agree that this Agreement hereby constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, and that no further consent of Oncor shall be required for the sole purpose of extending the time

within which the Debtors must assume or reject the Lease through and including the Sixth Extension Deadline.

[*Signatures follow.*]

RLF1 13923643v.1

IN WITNESS WHEREOF, the Parties hereby have caused this Agreement to be duly executed as of February 16, 2016.

_____     _/s/ Joseph C. Barsalona II_____

**JONES DAY**                                **RICHARDS, LAYTON & FINGER, P.A.**

Patricia A. Villareal                        Mark D. Collins (No. 2981)
2727 North Harwood Street                    Daniel J. DeFranceschi (No. 2732)
Dallas, Texas 75214                          Jason M. Madron (No. 4431)
                                             Joseph C. Barsalona II (No. 6102)
Corinne Ball                                 920 North King Street
222 East 41st Street                         Wilmington, Delaware 19801
New York, New York 10017
                                             *Co-Counsel to Luminant Generation Company LLC*
Mark A. Cody
77 West Wacker Drive                         -and-
Chicago, Illinois 60601

*Counsel to Oncor Electric Delivery Company LLC*     **KIRKLAND & ELLIS LLP**
                                             **KIRKLAND & ELLIS INTERNATIONAL LLP**
                                             Edward O. Sassower, P.C.
                                             Stephen E. Hessler
                                             Brian E. Schartz
                                             601 Lexington Avenue
                                             New York, New York 10022

                                             -and-

                                             James H.M. Sprayregen, P.C.
                                             Marc Kieselstein
                                             Chad J. Husnick
                                             Steven N. Serajeddini
                                             300 North LaSalle
                                             Chicago, Illinois 60654

                                             *Co-Counsel to Luminant Generation Company LLC*

RLF1 13923643v.1

IN WITNESS WHEREOF, the Parties hereby have caused this Agreement to be duly executed as of February 16, 2016.

**JONES DAY**

Patricia A. Villareal
2727 North Harwood Street
Dallas, Texas 75214

Corinne Ball
222 East 41st Street
New York, New York 10017

Mark A. Cody
77 West Wacker Drive
Chicago, Illinois 60601

*Counsel to Oncor Electric Delivery Company LLC*

**RICHARDS, LAYTON & FINGER, P.A.**

Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801

*Co-Counsel to Luminant Generation Company LLC*

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C.
Stephen E. Hessler
Brian E. Schartz
601 Lexington Avenue
New York, New York 10022

-and-

James H.M. Sprayregen, P.C.
Marc Kieselstein
Chad J. Husnick
Steven N. Serajeddini
300 North LaSalle
Chicago, Illinois 60654

*Co-Counsel to Luminant Generation Company LLC*