# Exhibit D

**Voluntary Rate Disclosure**

**Voluntary Rate Disclosures**

- The blended hourly rate for all Balch domestic timekeepers (including both professionals and paraprofessionals) who billed to non-bankruptcy matters (collectively the "Non-Bankruptcy Matters")[1] during the 12-month period beginning on September 1, 2014 and ending on August 31, 2015 (the "Comparable Period") was in the aggregate, approximately $295 per hour (the "Non-Bankruptcy Blended Hourly Rate").[2]

- The blended hourly rate for all Balch timekeepers (including both professionals and paraprofessionals) who billed to the Debtors during the Fee Period was approximately $344 per hour (the "Debtor Blended Hourly Rate").[3]

- A detailed comparison of these rates is as follows:[4]

| Position at Balch | Debtor Blended Hourly Rate for This Fee Application | Non-Bankruptcy Blended Hourly Rate |
|---|---|---|
| Partners | $452 | $356 |
| Associates & Staff Attorneys | $254 | $204 |
| Paralegals | $205 | $144 |
| Attorneys & Paraprofessionals | $344 | $295 |

---

[1] It is in the nature of Balch's practice that certain non-bankruptcy engagements require the advice and counsel of professionals and paraprofessionals who work primarily within Balch's Bankruptcy Group. Accordingly, "Non-Bankruptcy Matters" consist of matters for which Balch domestic timekeepers represented a client in a matter other than an in-court bankruptcy proceeding. Moreover, the Non-Bankruptcy Matters include time billed by Balch domestic timekeepers who work primarily within Balch's Bankruptcy Group.

[2] Balch calculated the blended rate for the Non-Bankruptcy Matters by dividing the *total dollar amount* billed by Balch domestic timekeepers to the Non-Bankruptcy Matters during the Comparable Period by the *total number of hours* billed by Balch domestic timekeepers to the Non-Bankruptcy Matters during the Comparable Period. Timekeepers in Balch's offices in Gulfport and Jackson, Mississippi, and Montgomery, Alabama were excluded from this calculation because such offices billed less than 10% to the Debtors. Substantially all of the work performed for the debtors was performed by timekeepers in Balch's Birmingham, Alabama office.

[3] Balch calculated the blended rate for timekeepers who billed to the Debtors by dividing the *total dollar amount billed* by such timekeepers during the Fee Period by the *total number of hours* by such timekeepers during the Fee Period.

[4] Balch believes that the $49.00 difference between the Debtor Blended Hourly Rate and the Non-Bankruptcy Blended Hourly Rate reflects the specialized nature of Balch's environmental practice, which is national in scope. As described in Balch's retention application, Balch primarily advises the Debtors on environmental matters, and, consequently, substantially all of the work performed for the debtors was performed by timekeepers with specialized knowledge and experience in this area.