# Exhibit E

**Timekeeper Fees Summary**

# TIMEKEEPER FEES SUMMARY
## September 1, 2015 through December 31, 2015

| Professional Person | Position | Year Admitted | Department | Total Hours Billed in this Fee Application | Hourly Billing Rate | | Total Fees Billed | | Number of Rate Increases |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | In this Fee Application | *In the First Interim Fee Application* | At this Fee Application Rates | *At the First Interim Fee Application Rates* | |
| Thomas L. Casey III | Partner | 2003 | Environmental | 282.10 | $385.00 | *$350.00* | $108,608.50 | *$98,735.00* | 1 |
| Thomas DeLawrence | Partner | 2006 | Environmental | 128.10 | $320.00 | *$295.00* | $40,992.00 | *$37,789.50* | 1 |
| P. Stephen Gidiere | Partner | 1996 | Environmental | 594.90 | $505.00 | *$470.00* | $300,424.50 | *$279,603.00* | 1 |
| Leo E. Manuel | Partner | 2005 | Energy | 1.30 | $345.00 | *$340.00* | $448.50 | *$442.00* | 1 |
| C. Grady Moore | Partner | 1992 | Environmental | 55.20 | $505.00 | *$475.00* | $27,876.00 | *$26,220.00* | 1 |
| Mary F. Samuels | Partner | 2007 | Environmental | 28.10 | $320.00 | *$285.00* | $8,992.00 | *8,008.50* | 1 |
| Jeff Wood | Partner | 2003 | Environmental | 2.70 | $430.00 | *$425.00* | $1,161.00 | *1,147.50* | 1 |
| Julia Barber | Associate | 2014 | Environmental | 151.20 | $240.00 | *$230.00* | $36,288.00 | *34,776.00* | 1 |
| S. Ellen Burgin | Associate | 2014 | Environmental | 29.90 | $235.00 | *$230.00* | $7,026.50 | *6,877.00* | 1 |
| Gretchen M. Frizzell | Associate | 2010 | Environmental | 43.50 | $275.00 | *$255.00* | $11,962.50 | *11,092.50* | 1 |
| Melanie Jablonski | Associate | 2006 | Environmental | 0.20 | $315.00 | *$310.00* | $63.00 | *$62.00* | 1 |
| Michael P. Malenfant | Associate | 2013 | Energy | 6.20 | $235.00 | *$230.00* | $1,457.00 | *1,426.00* | 1 |
| David W. Mitchell | Associate | 2009 | Environmental | 320.80 | $285.00 | *$260.00* | $91,428.00 | *83,408.00* | 1 |
| J. Patrick Runge | Associate | 2008 | Environmental | 114.00 | $270.00 | *$250.00* | $30,780.00 | *28,500.00* | 1 |
| Amy Benschoter | Staff Attorney | 2005 | Environmental | 175.60 | $230.00 | *n/a* | $38,046.50 | *n/a* | 0 |

| Professional Person | Position | Year Admitted | Department | Total Hours Billed in this Fee Application | Hourly Billing Rate | | Total Fees Billed | | Number of Rate Increases |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | In this Fee Application | *In the First Interim Fee Application* | At this Fee Application Rates | *At the First Interim Fee Application Rates* | |
| M. Talmadge Simpson | Staff Attorney | 2011 | Environmental | 12.70 | $260.00 | *$230.00* | $3,302.00 | *$2,921.00* | 1 |
| Amy Benschoter | Paralegal | n/a | Environmental | 160.50 | $195.00 | *$180.00* | $31,297.50 | *$28,890.00* | 1 |
| TOTAL (professionals) | | | | 1946.50 | − | − | $708,856.00 | *$621,008.00* | − |
| TOTAL (paraprofessionals) | | | | 160.50 | − | − | $31,297.50 | *$28,890.00* | − |
| **TOTAL (professionals and paraprofessionals)** | | | | **2,107.00** | − | − | **$740,153.50** | *$649,898.00* | − |