# <u>Exhibit F</u>

**Expense Summary**

# EXPENSE SUMMARY
## SEPTEMBER 1, 2015 THROUGH DECEMBER 31, 2015

| Expense Category | Amount |
| --- | --- |
| Airfare | $5,881.30 |
| Copies or Prints – Color | $152.00 |
| Copies or Prints – Standard | $39.30 |
| Court Fees | $1,000.00 |
| Deliveries | $39.26 |
| Telephone Charges | $299.75 |
| Transportation | $92.12 |
| Transportation to/from airport | $448.60 |
| Travel Expenses – Lodging | $5,241.64 |
| Travel Expenses – Other | $469.85 |
| Travel Meals | $1,685.81 |
| Working Meals | $40.00 |
| **Total Expenses Sought:** | **$15,389.63** |