# <u>Exhibit G</u>

**Subject Matter Summary**

# COMPENSATION BY SUBJECT MATTER[1]
## SEPTEMBER 1, 2015 THROUGH DECEMBER 31, 2015

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 4 | General Environmental Matters | 209.40 | $79,628.50 |
| 7 | EPA NSR Litigation | 565.10 | $183,225.00 |
| 8 | EGU MACT | 169.10 | $64,644.00 |
| 9 | Texas PM2.5 Interstate Transport Rule | 104.10 | $34,648.50 |
| 11 | EPA Regional Haze Rulemaking | 263.80 | $90,660.50 |
| 18 | EPA Affirmative Defense Litigation | 241.70 | $96,456.00 |
| 19 | EPA GHG Rules | 412.30 | $158,228.00 |
| 21 | Bankruptcy Application and Retention | 141.50 | $32,663.00 |
| **Totals:** | | **2,107.00** | **$740,153.50** |

---

[1] The work performed and expenses incurred by Balch during the compensation period were entirely on behalf of Texas Competitive Electric Holdings Company, LLC and its debtor subsidiaries.