## EXHIBIT A

**Agreement**

## SIXTH AGREEMENT EXTENDING DEADLINE TO ASSUME OR REJECT LEASE

Luminant Generation Company LLC ("Luminant"), a debtor in the chapter 11 cases captioned *In re Energy Future Holdings Corp., et al.*, Lead Case No. 14-10979 (the "Chapter 11 Cases"), and Oncor Electric Delivery Company LLC, a Delaware limited liability company, ("Oncor" and, together with Luminant, the "Parties"), by and through their undersigned counsel, hereby enter into this agreement (this "Agreement"), and agree as follows.

### Recitals

WHEREAS, Luminant is the lessee under the Sub-Sublease with Oncor, dated as of September 6, 2011, for premises located at 1601 Bryan Street, Dallas, Texas, 75201 (commonly known as Energy Plaza), for all of the leaseable space on the 21st, 22nd, 23rd, 24th, 27th, and 28th floors, containing, in the aggregate, 157,958 rentable square feet (the "Lease");

WHEREAS, on August 11, 2014, the United States Bankruptcy Court for the District of Delaware (the "Court") entered the *Order, Pursuant to Section 365(d)(4) of the Bankruptcy Code, Extending the Debtors' Time to Assume or Reject Unexpired Leases of Nonresidential Real Property* [D.I. 1803], thereby extending the period within which the debtors in the Chapter 11 Cases (the "Debtors") must assume or reject unexpired leases of nonresidential real property through and including November 25, 2014;

WHEREAS, the Debtors are currently evaluating the Lease and related obligations before determining whether to assume or reject the Lease pursuant to section 365 of the Bankruptcy Code;

WHEREAS, the Debtors requested, and Oncor agreed to grant the Debtors, additional time to determine whether to assume or reject the Lease under section 365(d)(4) of the Bankruptcy Code, up to and including February 25, 2015 (the "First Extension Deadline");

WHEREAS, the Court entered the *Order Extending Deadline to Assume or Reject a Certain Nonresidential Real Property Lease Under Section 365(d)(4) of the Bankruptcy Code* [D.I. 2582], granting the First Extension Deadline;

WHEREAS, the Debtors further requested, and Oncor agreed to grant the Debtors, additional time to determine whether to assume or reject the Lease under section 365(d)(4) of the Bankruptcy Code, up to and including May 25, 2015 (the "Second Extension Deadline");

WHEREAS, the Court entered the *Order Extending Deadline to Assume or Reject a Certain Nonresidential Real Property Lease Under Section 365(d)(4) of the Bankruptcy Code* [D.I. 3520], granting the Second Extension Deadline;

WHEREAS, the Debtors further requested, and Oncor agreed to grant the Debtors, additional time to determine whether to assume or reject the Lease under section 365(d)(4) of the Bankruptcy Code, up to and including August 25, 2015 (the "Third Extension Deadline");

WHEREAS, the Court entered the *Order Extending Deadline to Assume or Reject a Certain Nonresidential Real Property Lease Under Section 365(d)(4) of the Bankruptcy Code* [D.I. 4400], granting the Third Extension Deadline;

WHEREAS, the Debtors further requested, and Oncor agreed to grant the Debtors, additional time to determine whether to assume or reject the Lease under section 365(d)(4) of the Bankruptcy Code, up to and including November 25, 2015 (the "Fourth Extension Deadline");

WHEREAS, the Court entered the *Order Extending Deadline to Assume or Reject a Certain Nonresidential Real Property Lease Under Section 365(d)(4) of the Bankruptcy Code* [D.I. 5254], granting the Fourth Extension Deadline;

WHEREAS, the Debtors further requested, and Oncor agreed to grant the Debtors, additional time to determine whether to assume or reject the Lease under section 365(d)(4) of the

2

Bankruptcy Code, up to and including the earlier to occur of February 25, 2016 and the effective date of the Plan (the "Fifth Extension Deadline");

WHEREAS, the Court entered the *Order Extending Deadline to Assume or Reject a Certain Nonresidential Real Property Lease Under Section 365(d)(4) of the Bankruptcy Code* [D.I. 6908], granting the Fifth Extension Deadline;

WHEREAS, on December 9, 2015, the Court entered the *Amended Order Confirming the Sixth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 7285] confirming the *Sixth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 7235] (the "Plan");

WHEREAS, the Debtors further requested, and Oncor agreed to grant the Debtors, additional time to determine whether to assume or reject the Lease under section 365(d)(4) of the Bankruptcy Code, up to and including the earlier to occur of May 25, 2016 and the effective date of the Plan (the "Sixth Extension Deadline");

WHEREAS, the Parties desire to memorialize their agreement in this Agreement;

**NOW, THEREFORE**, it is hereby agreed to by and among the Parties as follows:

1.      Pursuant to section 365(d)(4) of the Bankruptcy Code, the time period within which the Debtors must assume or reject the Lease is extended from the Fifth Extension Deadline, through and including the Sixth Extension Deadline.

2.      The Parties acknowledge and agree that this Agreement hereby constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, and that no further consent of Oncor shall be required for the sole purpose of extending the time

within which the Debtors must assume or reject the Lease through and including the Sixth

Extension Deadline.

*[Signatures follow.]*

RLF1 13923643v.1

IN WITNESS WHEREOF, the Parties hereby have caused this Agreement to be duly executed as of February 16, 2016.

|  | _/s/ Joseph C. Barsalona II_ |
|---|---|
| **JONES DAY** | **RICHARDS, LAYTON & FINGER, P.A.** |
| Patricia A. Villareal | Mark D. Collins (No. 2981) |
| 2727 North Harwood Street | Daniel J. DeFranceschi (No. 2732) |
| Dallas, Texas 75214 | Jason M. Madron (No. 4431) |
|  | Joseph C. Barsalona II (No. 6102) |
| Corinne Ball | 920 North King Street |
| 222 East 41st Street | Wilmington, Delaware 19801 |
| New York, New York 10017 | |
|  | *Co-Counsel to Luminant Generation Company LLC* |
| Mark A. Cody | |
| 77 West Wacker Drive | -and- |
| Chicago, Illinois 60601 | |
|  | **KIRKLAND & ELLIS LLP** |
| *Counsel to Oncor Electric Delivery Company LLC* | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
|  | Edward O. Sassower, P.C. |
|  | Stephen E. Hessler |
|  | Brian E. Schartz |
|  | 601 Lexington Avenue |
|  | New York, New York 10022 |
|  | |
|  | -and- |
|  | |
|  | James H.M. Sprayregen, P.C. |
|  | Marc Kieselstein |
|  | Chad J. Husnick |
|  | Steven N. Serajeddini |
|  | 300 North LaSalle |
|  | Chicago, Illinois 60654 |
|  | |
|  | *Co-Counsel to Luminant Generation Company LLC* |

RLF1 13923643v.1

IN WITNESS WHEREOF, the Parties hereby have caused this Agreement to be duly executed as of February 16, 2016.


JONES DAY

Patricia A. Villareal
2727 North Harwood Street
Dallas, Texas 75214

Corinne Ball
222 East 41st Street
New York, New York 10017

Mark A. Cody
77 West Wacker Drive
Chicago, Illinois 60601

*Counsel to Oncor Electric Delivery Company LLC*


RICHARDS, LAYTON & FINGER, P.A.

Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801

*Co-Counsel to Luminant Generation Company LLC*

-and-

KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
Edward O. Sassower, P.C.
Stephen E. Hessler
Brian E. Schartz
601 Lexington Avenue
New York, New York 10022

-and-

James H.M. Sprayregen, P.C.
Marc Kieselstein
Chad J. Husnick
Steven N. Serajeddini
300 North LaSalle
Chicago, Illinois 60654

*Co-Counsel to Luminant Generation Company LLC*

5