# SIGN-IN SHEET

**CASE NAME:** Energy Future  
**CASE NO:** 14-10979  

**COURTROOM LOCATION:** 6  
**DATE:** 2/18/2016 at 11:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Katherine Stadler | Godfrey & Kahn, S.C. | Fee Committee |
| Richard Gitlin | Gitlin & Co., LLC | Fee Committee Chair |
| Stephen A. Spence | Phillips Goldman & Spence | Fee Committee |
| Timothy J Fox, Jr. | U.S. DOJ | U.S. Trustee |
| Ben Schladweiler | RAM | |
| Justin Dillon | Polsinelli | TCEH Committee |
| Chad Husnick | Kirkland & Ellis | Debtors |
| Dan DeFranceschi | Richards Layton & Finger | " |
| George Shuster | Wilmer Hale | Marathon/Polygon |
| Benjamin Loveland | Wilmer Hale | " |
| Matt McGuire | Landis Rath & Cobb | " |
| Mark Kotwick | Seward & Kissel LLP | Wilmington Trust, TCEH First Lien Trustee |
| (illegible) | Foley & Lardner LLC | CSC Trust Company |
| Stephen M. Miller | Morris James LLP | Law Debenture of New York (Indenture Trustee) |
| Stephen McNeill | Potter Anderson & Corroon | Deutsche Bank New York |
| Benjamin Finestone | Klehr Harrison | UMB Bank Indenture Trustee |
| Peter Friedman | O'Melveny | Apollo, Brookfield, Asslo Gden |
| Jason Angelo | McElroy Deutsch Mulvaney + Carpenter | TCEH |
| Joseph H. Huston | Stevens & Lee | EFIH Special Counsel |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# Court Conference

**U.S. Bankruptcy Court-Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Christopher S. Sontchi**
**#6**

Calendar Date: 02/18/2016
Calendar Time: 11:00 AM ET

2nd Revision 02/18/2016 05:32 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7443883 | Scott L. Alberino | (202) 887-4000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Ad Hoc Committee of EFIH Unsecured Noteholders / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7444554 | Joshua H. Apfel | (212) 408-1118 | Chadbourne & Parke LLP | Interested Party, NextEra / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7414513 | Matthew Bouslog | (949) 451-3841 | Gibson, Dunn & Crutcher LLP | Interested Party, Gibson, Dunn & Crutcher LLP / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7437091 | Kent Collier | (212) 588-8890 | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7442084 | Thomas Curtin | (212) 504-6063 | Cadwalader, Wickersham & Taft LLP | Interested Party, Cadwalader, Wickersham & Taft LLP / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7445130 | Stacey Dore | (212) 446-6411 | Energy Future Holdings Corp. | Interested Party, Energy Future Holdings Corp. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7441888 | Jamie L. Edmonson | (302) 298-3520 | Venable LLP | Creditor, Pacific Investment Management Company / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7440807 | Catherine Eisenhut | (941) 306-7283 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7443855 | Benjamin D. Feder | (212) 808-7925 | Kelley Drye & Warren LLP | Creditor, CSC Indenture / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7443805 | Mark A. Fink | (302) 504-7811 | Montgomery, McCracken, Walker & Rhoads, LLP | Representing, EFH Committee / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7442197 | Joseph A. Florczak | (312) 269-4123 | Jones Day | Creditor, Oncor Electric Delivery Holdings / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7420593 | Seth Goldman | (213) 683-9554 | Munger, Tolles & Olson LLP | Debtor, Energy Future Holdings / LIVE |

Raymond Reyes ext. 881

Copyright © 2016 CourtCall, LLC. All Rights Reserved.

Page 1 of 4

| | | | | | | |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7444872 | Todd M. Goren | (212) 468-8000 | Morrison & Foerster | Creditor, Creditor's Commitee / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7445251 | Christopher Hahm | (212) 530-5198 | Milbank, Tweed, Hadley & McCloy, LLP | Creditor, CitiBank, N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7438649 | Mark W. Hancock | (608) 284-2654 | Godfrey & Kahn, S. C. | Interested Party, Godfrey & Kahn / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7445104 | Natasha Hwangpo | (212) 909-3198 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7444029 | Harold Kaplan | (312) 832-4393 | Foley & Lardner LLP | Creditor, UMB Bank N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7444107 | Stuart Kovensky | (201) 541-2121 | Onex Credit Partners | Creditor, Onex Credit Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7439534 | Demetra L. Liggins | (713) 951-5884 | Thompson & Knight LLP | Non-Party, Thompson & Knight LLP, Special Tax Counsel / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7444016 | Daniel A. Lowenthal | (212) 336-2720 | Patterson Belknap Webb & Tyler | Creditor, Law Debenture Trust Company of New York / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7441910 | Chiansan Ma | (212) 558-3036 | Sullivan & Cromwell LLP | Creditor, Unsecured Creditors Committee / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7414523 | Jason M. Madron | (302) 651-7793 | Richards, Layton & Finger, P.A. | Debtor, Energy Future Holding Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7442162 | Jonathan D. Marshall | (617) 856-8326 | Brown Rudnick LLP | Interested Party, Wilmington Savings Fund Society, FSB / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7432066 | Pamela S. Morin | (303) 974-5884 | Pamela S. Morin - In Pro Per/Pro Se | Applicant, Filsinger Energy Partners / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7443888 | Abid Qureshi | (212) 872-1000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Ad Hoc Committee Of EFIH Unsecured Noteholders / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7441922 | Elizabeth Rasskazova | +44-207-901-8300 | Polygon Global Partners | Interested Party, Polygon Global Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7443844 | Andrea B. Schwartz | (212) 510-0500 | Office of the United States Trustee | U.S. Trustee, Andrea Schwartz / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7444774 | Steven R. Schwartz | (212) 848-7237 | Shearman & Sterling LLP | Creditor, DB / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7442864 | Amer Tiwana | (203) 569-4318 | CRT Capital Group, LLC | Interested Party, CRT Capital Group, LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7446534 | Matthew Underwood | 212-588-5148 | HBK Capital | Interested Party, HBK Capital / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7442499 | Tamara Van Heel | (305) 995-5232 | White and Case | Creditor, Ad Hoc Group of TCEH Unsecured Noteholders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7438646 | Brady C. Williamson | 608-284-2642 | Godfrey & Kahn, S. C. | Interested Party, Godfrey & Kahn, S.C. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7445113 | Aparna Yenamandra | (212) 446-4800 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7440938 | Peter Young | (312) 962-3528 | Proskauer Rose LLP | Debtor, Energy Future Holdings, Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 (15-5191 7) | Hearing | 7441957 | Daniel Pine | (212) 500-3158 | Marathon Asset Management | Client, Daniel Pine / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (15-5191 7) | Hearing | 7442527 | Rachael Ringer | (212) 715-9106 | Kramer Levin Naftalis & Frankel LLP | Creditor, The Lien Noteholders / LISTEN ONLY |

Raymond Reyes ext. 881    Copyright © 2016 CourtCall, LLC. All Rights Reserved