C 0780562 C

12. Pre-operational inspection of all mobile equipment will be made and recorded. All unsafe equipment will be removed from service immediately.

13. All vehicles designed for hauling cargo, pickups with headache racks, vans, Broncos, Blazers, etc. will have backup horns.

14. COMPANY Tag & Lock Procedures will be followed.

15. All welding leads, air hoses, etc. will be routed to avoid tripping hazards and pinch points. All combustion gas hoses will be removed from the machine at the end of each shift unless flame is being used for heating. In such case, the source will not be left unattended.

16. CONTRACTOR will provide ventilation equipment, respirators, testing and documentation to comply with safety standards per MSHA document titled, "MSHA's Occupational Illness and Injury Prevention Program Health Topic, Working in Confined Spaces".

17. CONTRACTOR shall follow all requirements under 30 CFR Part 72.170 regarding Respiratory Protection.

18. CONTRACTOR shall follow all requirements under the 30 CFR Part 47 Hazard Communication.

C 0780562 C

## ATTACHMENT 7
## HIGH VISIBILITY CLOTHING

### 1.0 PURPOSE
This guideline is provided to assist mines in their efforts to protect pedestrians and workers exposed to mobile equipment and vehicular traffic.

### 2.0 APPLICATION
This guideline is applicable to all Luminant Mines and mine contractors.

### 3.0 DEFINITIONS
3.1 High Visibility Clothing

Orange or yellow fluorescent-colored vest, shirt, overalls and coveralls that have retro- reflective stripes   on front and back of garment; Shirts and coveralls with built-in fluorescent colored retro-reflective stripes across the front and back would satisfy the requirements of this practice.   Clothing must comply with requirements of ANSI 107-2004 Class 2. Electricians and any helpers or assistants when required, shall wear flame retardant rated high visibility clothing.

### 4.0 RESPONSIBILITIES
4.1 Management
    4.1.1   Ensure that this guideline is followed.
    4.1.2   Provide equipment, materials, and other support necessary to reduce the hazards associated with mobile equipment and vehicles.  This includes high visibility clothing, warning signs and devices, training, etc

4.2 Employees
    4.2.1   Comply with this guideline, where applicable.
    4.2.2   Observe and report unsafe conditions and actions.

4.3 Contractors and Visitors
    4.3.1   Comply with this guideline, where applicable.
    4.3.2   Observe and report unsafe conditions and actions.
    4.3.3   Contractors must provide their own high visibility clothing.
    4.3.4   Contract coordinators / contract supervisors shall ensure that contractors are aware of and follow this practice.

4.4 Safety Policies and Procedures Specialist
    4.4.1   Shall review this document approximately 1 year from the issue or revision date.

### 5.0 PROCEDURES
5.1 Personal Protective Equipment
    5.1.1   High visibility clothing is considered a part of the standard personal protective equipment (ppe) like your hard hat and safety glasses.  Therefore, high visibility clothing shall be worn at all times (day or night) where hard hats and safety glasses are required with the following exemptions:
    5.1.2   High visibility clothing is not required while working inside a building such as a shop or bucket repair building or while on a dragline.  However, anyone outside any structure or while on the ground around an operating dragline is still required to wear high visibility clothing.
    5.1.3   Mechanics and mechanic helpers, while welding and cutting, are exempt from wearing the reflective vests during the welding and cutting process only.
    5.1.4   Dragline outages or dragline maintenance down days are exempt from wearing the reflective vests.
    5.1.5   Care should be exercised by the user to secure loose tails from the reflective vests when around any rotating machinery.

5.2 Training
    5.2.1   All pedestrians and workers should receive training on the hazards of vehicular and mobile equipment that are site-specific. Site traffic safety rules and controls should be explained.
    5.2.2   Persons required to wear high visibility clothing must be trained on the use and care of this equipment.

### 6.0 RESOURCES / REFERENCES
6.1 MSHA 30 CFR 77.1700
6.2 Mining Safety Handbook Sections 1.2.E, 1.4.J, 2.1.F, 2.2.A, 7.1.A

### 7.0 MANAGEMENT OF CHANGE
7.1 Initial issue date: 6-24-09

7.2

| Revision Date | Reason for revision |
|---|---|
| 7-16-09 | Added exemption for welding & cutting |
| 7-29-09 | Added exemption for inside buildings and on draglines |
| 3-29-10 | 5.1.1.3 added |

C 0780562 C

**ATTACHMENT 8**
**INDEPENDENT CONTRACTOR REGISTER**

## INDEPENDENT CONTRACTOR REGISTER
### Reference 30 CFR 45.4

*NOTE: This form must be completed and mailed or presented to the Site Safety Representative on or before the first day of work at the jobsite.*

| TRADE NAME OF CONTRACTOR | MSHA 3 DIGIT ID NUMBER (if any) |
|---|---|

| BUSINESS ADDRESS | BUSINESS TELEPHONE NUMBER |
|---|---|
| City          State          Zip | (   ) |

ESTIMATED ANNUAL HOURS WORKED ON MINE PROPERTY (NATIONWIDE) IN PREVIOUS CALENDAR YEAR (if business operated less than 1 year, prorate to annual basis)

DESCRIPTION OF THE NATURE OF THE WORK TO BE PERFORMED BY CONTRACTOR AND WHERE THE WORK IS TO BE PERFORMED.

AVERAGE NUMBER OF EMPLOYEES WORKING FOR CONTRACTOR ON MINE PROPERTY.

NAME OF SAFETY REPRESENTATIVE OR RESPONSIBLE OFFICIAL TO ACT AS AGENT FOR SERVICE OF CITATIONS OR OTHER RELATED DOCUMENTS

Name          Title

IMMEDIATE SUPERVISOR OF EMPLOYEES WORKING ON MINE PROPERTY

INDEPENDENT CONTRACTOR ADDRESS OF RECORD FOR SERVICE OF CITATIONS OR OTHER DOCUMENTS INVOLVING YOUR COMPANY.

City          State          Zip

CONTRACTOR REPRESENTATIVE SIGNATURE

Signature          Title          Date

MINE NAME, ID, AND LOCATION WHERE WORK IS PERFORMED

| | | |
|---|---|---|
| ☐ Beckville Strip Mine | 41-02632 | Beckville, Texas |
| ☐ Big Brown Strip Mine | 41-01192 | Fairfield, Texas |
| ☐ Oak Hill | 41-03660 | Henderson, Texas |
| ☐ Sulphur Springs Strip | 41-02776 | Sulphur Springs, Texas |
| ☐ Tatum | 41-03659 | Tatum, Texas |
| ☐ Winfield North | 41-01900 | Mt. Pleasant, Texas |
| ☐ Winfield South | 41-03658 | Mt. Pleasant, Texas |
| ☐ Kosse Mine | 41-04586 | Kosse, Texas |
| ☐ Three Oaks Mine | 41-04085 | Elgin, Texas |
| ☐ Leesburg Mine | 41-04444 | Mt. Pleasant, Texas |
| ☐ Bremond Mine | 41-02788 | Bremond, Texas |

C 0780562 C

# LUMINANT MINING COMPANY LLC
# LUMINANT BIG BROWN MINING COMPANY LLC
# OAK GROVE MINING COMPANY LLC
# MINE ADDRESSES

| | | |
|---|---|---|
| Bill Faulk<br>Oak Hill Mine<br>MSHA ID #41-03660<br>P O Box 1359<br>Tatum, Texas 75691-1359<br>(903) 836-6625 | Big Brown Mine<br>MSHA ID #41-01192<br>P O Box 800<br>Fairfield, Texas 75840-0800<br>(903) 389-1587 | |
| Claude Franks<br>Beckville Mine<br>MSHA ID #41-02632<br>P O Box 1359<br>Tatum, Texas 75691-1359<br>(903) 836-6689 | Mike Tackett<br>Thermo Mine<br>MSHA ID #41-02776<br>P O Box 818<br>Sulphur Springs, Texas 75482<br>(903) 439-1432 | Buddy Simmerman<br>Tatum Mine<br>MSHA ID #41-03659<br>P O Box 1359<br>Tatum, Texas 75691-1359<br>(903) 836-6683 |
| Jerry Haupt<br>Winfield North Mine<br>MSHA ID #41-01900<br>PO  Box 1636<br>Mt. Pleasant, Texas 75456-1636<br>(903) 524-1248 | Jerry Haupt<br>Winfield South Mine<br>MSHA ID #41-03658<br>P.O Box 1636<br>Mt. Pleasant, Texas 75456-1636<br>(903) 524-1248 | Kosse Mine<br>MSHA ID#41-04586<br>4731 E. SH 7<br>Kosse, Texas<br>(254) 375-5390 |
| Hollins Spence<br>Three Oaks Mine<br>MSHA ID #41-04085<br>7207 W. FM 696<br>Elgin, TX  78621<br>(512) 760-6972 | Ben Roberts<br>Three Oaks Mine<br>MSHA ID # 41-04085<br>7207 W. FM 696<br>Elgin, TX 78621<br>(512) 760-5039 | Buddy Warren<br>South Region Supervisor<br>Kosse Mine, Three Oaks Mine<br>& Big Brown Mine<br>(254) 375-5305 |
| Lonnie Green<br>North Region Supervisor<br>Beckville Mine, Tatum, Oak Hill,<br>Winfield North Mine, Winfield South<br>Mine, Sulphur Springs Mine<br>(903) 836-6554 | | |

C 0780562 C

**ATTACHMENT 9**
**SAFETY & TRAINING REQUIREMENTS FOR PICKUP AND DELIVERY SERVICES**

**1.0  PURPOSE**

As you are all aware, the area MSHA inspectors have issued a change in pickup and delivery service training interpretation from what Luminant had received in the past. This change is in regard to safety & training requirements for various pickup and delivery contractors/vendors.

**2.0  APPLICATION**

This policy is for pickup and delivery services entering Luminant mine property.

**3.0  DEFINITIONS**

3.1  *Frequency* – pickup and delivery services entering the mine property on a monthly or more often basis is considered frequent. Any period less than monthly is not considered frequent. (see chart)

3.2  *Exposure to Mine Hazards* – Any pickup and delivery equipment entering a mine haul road is considered exposed to mine hazards with the exceptions listed in the chart.

3.3  *Comprehensive Training* – Documented with a Surface Coal 5000-23 document showing a check in one of the following boxes:
   3.3.1  Inexperienced Miner,
   3.3.2  Experienced Miner, or
   3.3.3  Annual Refresher

This training consists of 24 hours for Inexperienced Miners, 8 hours for Annual Refresher or 4-8 hours for Experienced Miner training. In addition, the Site Specific Training video must be shown.

3.4  *Site Specific Video Training* - Consists of the Luminant Site Specific video along with additional information provided by the instructor. This video is site specific hazard awareness applicable per mine site.

3.5  *Pickup and Delivery/ Visitors / Consultants – blue card* – This training lists mining hazards that may be encountered for those Delivery and Pickup personnel who are not required to view the Site Specific Video or to have the comprehensive training. The card is also required for non-routine visitors / consultants and presently for oil and gas contractors.

3.6  *Contract Coordinator* – the person responsible for overseeing the contract while on mine property. Some sites refer to this person as the Contact Supervisor. A central site contract coordinator shall be designated for each job / project.

**4.0  RESPONSIBILITIES**

4.1  Contract Coordinators –shall ensure that the pickup and delivery service is aware of their required training as well as applicable MSHA requirements for their equipment (i.e. backup alarms, front horns, lights, braking systems, fire extinguishers, PPE, etc.) PRIOR to entering the mine property.

Upon first entry on mine property and at least once a week afterwards, the contractor's equipment shall be inspected by the Site Contract Coordinator or his/her designated representative. The Site Contract Coordinator shall ensure that those pickup and delivery services entering the back gates are in compliance.

The Site Contract Coordinator shall ensure that each pickup and delivery service employee have the proper 5000-23 forms for their applicable training. In addition, he or she shall ensure that the Site Specific video and related documentation is completed. Copies of the Site Specific Video documentation along with any checklists or Contractor Registers shall be sent to the site safety representative.

It is also the Site Contract Coordinator's responsibilities to make the pickup and delivery personnel aware of any mine hazards specific to that mine and not covered in the video or on the blue card. The Site Coordinator shall ensure that the pickup and delivery personnel have clear directions to and from their delivery or pickup site.

4.2  Managers / Safety Specialists – shall ensure pickup and delivery personnel comply with these and other MSHA and company requirements.

4.3  Pickup and Delivery Personnel – shall comply with additional MSHA CFR 30 regulations and company policies and procedures. If there are any questions regarding any of the regulations or company policies and procedures, the pickup and delivery personnel shall contact the contract coordinator or site safety specialist.

4.4  Safety Department – shall review this document once year or as needed from the issue or revision date.

C 0780562 C

**5.0  PROCEDURES**

The two (2) key issues with MSHA are "Frequency" and "Exposure to Mine Hazards." In addition, legal has advised that we consider whether or not the service is unique to a mining operation or part of the normal mining process.

This chart is a guideline for determining the requirements of pickup and delivery services. If the service changes in any way regarding frequency or regarding exposure to mining equipment or operations, consult with the safety department.

| Pickup & Delivery Service | Inspected Weekly | Exposure | Frequency | Required Training | Backup Alarm Required |
|---|---|---|---|---|---|
| UPS, Fed Ex, Coverall Laundry Service, Vending Machine service, Parts Deliveries to Warehouse | No | No | Yes | Blue Card | No |
| Rock Trucks, Wire Rope Deliveries, Outage Deliveries, Fertilizer / Lime Trucks | Yes | Yes | No | Blue Card | Yes |
| Mine Tour Drivers | No | Yes | No | Blue Card & Escort | No |
| Diesel Fuel Deliveries, Compressed Cylinder Deliveries, Trash Pickup | Yes | No | Yes | Site Specific Video | Yes |
| Polymer / Caustic Deliveries | Yes | Yes | Yes | Comprehensive | Yes |
| Hazardous Waste Pickup, Wire Rope /Salvage, Holt / ROMCO Deliveries | Yes | Yes | Yes | Comprehensive | Yes |
| Office Cleaning Service | No | No | Yes | Site Specific Video | No |
| Wrecker Service | Yes | No | Yes | Site Specific Video | Yes |
| Consultants, Salesmen, Computer, Locksmiths, Visitors | No | No | No | Blue Card | No |

**6.0  RESOURCES / REFERENCES**
   6.1  MSHA Regulations
   6.2  Legal Services

**7.0  MANAGEMENT OF CHANGE**
   7.1  Initial issue date:     7-14-09
   7.2  Revision Date:                    Reason for revision:
        **11-23-09**                          **Revision to chart, definitions and backup alarm**

C 0780562 C

**ATTACHMENT 10**
**LUMINANT CONTRACTOR INCIDENT REPORTING FORM**

## LUMINANT CONTRACTOR INCIDENT REPORTING FORM

(Complete Form By End Of Shift, Distribute Within 24 Hours)

| **Luminant** | CONTRACTOR COMPANY NAME : |
| | LUMINANT BUSINESS UNIT NAME: (i.e. Construction, Mining, Generation, etc.) |
| | FACILITY NAME: |
| | SAFETY SPECIALIST: |

### GENERAL INCIDENT INFORMATION

| DATE OF INCIDENT: | | SHIFT | | HOUR: | | AM | PM |
| DATE REPORTED: | | TIME WORK BEGAN | | HOUR: | | AM | PM |
| WEATHER: | | CREW | | REPORTED BY: | | | |

#### TYPE OF INCIDENT - NEAR MISS (check applicable box)

| NMI | Incident w/No Injury | | NMI | Incident w/No Damage | |

#### TYPE OF INCIDENT - INJURY (check applicable box)

| FAI | First Aid Injury | | RWI | Restricted Work Injury | |
| RRI | Regulatory Recordable Injury | | LTI | Lost Time Injury | |

**DESCRIPTION OF INJURY**

**ATTENDING PHYSICIAN**  ·  **HOSPITAL/CLINIC NAME**

**HOSPITAL/CLINIC ADDRESS**

#### TYPE OF INCIDENT - VEHICLE (check applicable box)

| STRUCK ANOTHER VEHICLE | | STRUCK FIXED OBJECT | | STRUCK PEDESTRIAN | | |

OTHER (explain)

### PERSON(S) INVOLVED

NAME: (Last, First, Middle):

| JOB TITLE: | | TIME ON JOB | YEARS | | | MONTHS | |

NAME(S) OF WITNESSES:

| SUPV. NAME: | | SUPV. PHONE #: | | SUPV.E-MAIL | |

### INCIDENT / INFORMATION

LOCATION OF INCIDENT: (Be specific)

ONE LINE SUMMARY OF INCIDENT:

DESCRIBE THE INCIDENT INCLUDING EVENTS, CONDITIONS & CONTRIBUTING FACTORS

DESCRIBE THE IMMEDIATE CORRECTIVE ACTIONS(S) TAKEN AND THE RECOMMENDED ACTIONS DECIDED UPON AND/OR
COMPLETED TO PREVENT THE INCIDENT FROM RECURRING:

**DISTRIBUTION:**

| Location Safety Specialist | Original | |
| Contractor Representative | Copy | |
| Plant/Mine Manager/Director | Copy | |
| Corporate Safety | Copy (email) | |
| Contract Coord./Administrator | Copy | |
| Others (as appropriate) | Copy | |

C 0780562 C

**ATTACHMENT 11**
**CHOCKING POLICY**

**1.0 PURPOSE**
The purpose of this policy is to set a standard for chocking equipment.

**2.0 APPLICATION**
This policy applies to all of Luminant and contractors.

**3.0 PROCEDURES**
3.1 All rubber-tired equipment shall be properly chocked when anyone is on the ground around the equipment. Banks, berms, or man-made devices located at shift change locations or parking areas are considered chocking devices.

3.2 Chocks shall be used on all rubber-tired mobile equipment while maintenance is being performed.

3.3 When chocking equipment, it is very important to POSITION THE CHOCK DIRECTLY CENTERED IN FRONT OF OR BEHIND THE TIRE. If a chock is placed to the side wall or just not square with the tire, it will have a tendency to slip and fly out.

3.4 Chocks shall be placed on the rear wheel when possible.

3.5 Chocks shall not be used as a substitute for inadequate parking brakes unless immediate repairs are being made to the brakes.

3.6 Scrapers, motor graders, front-end loaders and other equipment with hydraulic implements are excluded provided that the pan, blade or bucket is set firmly into the ground to prevent movement. Exclusion does not apply to maintenance work on concrete.

**4.0 MANAGEMENT OF CHANGE**
4.1 Initial issue date: 11-4-09
4.2 Revision Date:               Reason for revision: **None**

C 0780562 C

**ATTACHMENT 12**
**SAFETY WHIP ANTENNA FOR LIGHT VEHICLES**

**1.0 PURPOSE**

The purpose of this policy is to set a standard for Safety Whip Antennas for Light Vehicles.

**2.0 APPLICATION**

This policy is for all Luminant and Contractor light vehicles entering Luminant mine property.

**3.0 PROCEDURES**

3.1 As a minimum, all light vehicles (1 ton or less) shall be installed with a whip antenna with a fluorescent colored flag that contains retro-reflective material on the flag.

3.2 The whip antenna shall extend at least 8' from ground level.

3.3 It is recommended that the antenna be installed with a quick disconnect for easy removal when on public highways.

3.4 The railroad catenaries, where applicable, shall be considered when installing the antenna. Each site shall ensure appropriate clearances are maintained.

3.5 All contractors' light vehicles that enter the mine haul roads shall be installed with the same type antenna.  Pickup and Delivery vehicles going only to and from warehouse are exempt. (Contractors will be allowed until January 1, 2010 to comply)

**4.0 MANAGEMENT OF CHANGE**

4.1 Initial issue date:  12-1-09

4.2 Revision Date:            Reason for revision:
       **12-04-09**            **Addition of "(1 ton or less)"**
                               **Changed 8' height minimum**

C 0780562 C

**ATTACHMENT 13**
**METAL TO METAL CONTACT PROCEDURES**

The following information regarding Metal-to-Metal incidents is intended to address the safety aspects associated with performing tasks where Metal-to-Metal contact may occur. Based on a review of the incidents that have occurred in the last five years, the following procedures have been developed to prevent the occurrence of Metal-to-Metal injuries.

1. A Tailgate shall be conducted by the work crew before the task is started covering the specific details of this procedure.

2. Only properly task trained individuals should participate in performing this task.

3. Metal-to-metal contact, when at all possible, shall be avoided (i.e. Using dead-blow hammers, wooden blocks)

4. When it cannot be avoided:
   a. Only those involved in the task shall be in the immediate vicinity of the work when Metal-to-Metal contact is occurring.
   b. All employees involved in the task or standing nearby shall wear the following PPE when Metal-to-Metal contact is occurring:
      i    Safety glasses and/or goggles with a face shield
      ii.   Leather work gloves.
      iii.  Leather jackets required for upper exposure.
      iv.  Leather chaps required for lower exposure.
      v.   Kevlar may be substituted for the leather work wear.

5. These procedures do not apply to carpentry or railroad work. However, double eye protection (goggles and/or face shield and safety glasses) are required.

6. Please refer to the JSA for the use of the hydraulic hammer.

C 0780562 C

**ATTACHMENT 14**
**CONTRACTORS TRUCK INSPECTION – AIRBRAKE EQUIPPED TRUCKS**

Contractors/Driver Name _____ Vehicle # _____

☐ *Place Checkmark on Items that are Satisfactory/ Mark NA if not Applicable and an X if deficient on the form below*

| | |
|---|---|
| Pre-Op MSHA 77.1606(a) and MSHA 77.1606(c) Luminant Mining Safety Handbook 7.1(l) | |
| *Operator (Truck Driver) must ensure compliance* | |
| General Condition of truck MSHA 404(a) | |
| *Steps/seat/bed/Steering- No Obvious defects that Affect Safety!* | |
| Seatbelts Luminant Company Policy | |
| *No Cuts/Frays, Check to see that it buckles, MUST BE USED* | |
| Gauges/Warning Lights | |
| *Fuel Gauge must work MSHA 77.404(a)* | |
| Front Horn MSHA 77.1605(d) | |
| *Must sound* | |
| Back-up Alarm (Required if rear window has obstruction) MSHA 77.410(a) Luminant Mining Safety Handbook Section 7.1(o) | |
| *Alarm must sound automatically when vehicle is placed in reverse (NO TOGGLE SWITCHES!)* | |
| Head lights/Tail Lights/Marker Lights/Brake Lights MSHA 77.404(a), 77.1605(d) | |
| *All installed lights must work High and low beams  MSHA 77.404(a)* | |
| Brakes/Parking Brake MSHA 77.404(a) | |
| *Parking brake must hold vehicle* | |
| *Service Brakes must all work MSHA 77.404(a), 77.1605(b)* | |
| Air System MSHA 77.404(a) | |
| *Braking System must not leak air with brakes applied* | |
| *Supply lines to truck and trailer must not leak air* | |
| *Low air warning light and buzzer must sound at 60 PSI MSHA 77.404(a)* | |
| *Tractor Protection valve must "Pop" between 30 and 50* | |
| *Ensure that the driver is aware of Luminant Policy Mining Safety Handbook 7.1(f)* | |
| Fire Extinguisher MSHA 77.1109(C)(1) | |
| *Metal tag and 6 mo inspection Required MSHA 77.1110, Mining Safety Handbook 2.4 (b) (1-7)* | |
| Windshield wipers/Glass MSHA 77.1605(a) | |
| *All cab glass shall be kept clean and in good condition MSHA 77.1605(a)* | |
| *Cab glass shall be free of cracks and large pits that obscure the drivers' vision* | |
| Extraneous Materials MSHA 77.1607(d) Luminant Mining Safety Handbook 7.1(h) | |
| *No trash etc. allowed in cab. All items must be securely stowed* | |
| Oil Accumulations MSHA 77.1104 | |
| *No oil grease or other combustible are allowed to accumulate so as to create a fire hazard* | |
| Material Safety | |
| *All loads must be properly secured in the cargo area MSHA 77.1607(r) 77.1607(s), and  77.1607(t)* | |
| Towing Safety MSHA 77.1607(u) | |
| *Proper lighting and safety chains required on all trailers towed behind vehicles on the mine* | |
| Towing Safety MSHA 77.1607(u) | |
| *Proper lighting and safety chains required on all trailers towed behind vehicles on the mine* | |
| Wheel Chocks and PPE | |
| *Mine vehicles are 100% chocked when parked MSHA 77.1607(n)* | |
| *Hard Hat MSHA 77.1710* | |
| *Protective Toed Boots MSHA 77.1710* | |
| *Safety Glasses w/Side shields MSHA 77.1710* | |
| *Reflective Vest MSHA 77.1700* | |
| *Specialized PPE MSHA 77.1710* | |
| Driver MUST declare HAZCOM Items and Electrical items to be inspected MSHA Part 47 | |
| *Ensure proper storage of Gasoline/flammable/Combustibles* | |
| *Proper chemical labeling* | |
| *No trigger locks on hand tools/Guards in place MSHA 77.402* | |
| *Monthly electrical checks on electrical item MSHA 77.502* | |
| *MSDS and Chemical Inventory (Ask driver if he has any Chemicals on his vehicle if applicable)* | |
| Cutting and Welding Equipment maintained MSHA 77.208(e) | |
| *Compressed gas cylinders stored properly MSHA 77.208(d) 77.208(e)* | |
| *Reverse flow valves must be installed* | |
| *Slings, chokers, chains and come-alongs maintained MSHA 77.210(a)* | |
| Required Training MSHA Part 48 Subpart B | |
| *Pick up & Delivery BLUE CARD (Hazard Training)* | |

C 0780562 C

| | |
|---|---|
| Site Specific Training (Short term and exempted A-1 Miners) | |
| Comprehensive training and Site Specific for non-exempted A-1 Miner | |
| Slings, chokers, chains and come-alongs maintained **MSHA 77.210(a)** | |
| Required Training **MSHA Part 48 Subpart B** Pick up & Delivery BLUE CARD (Hazard Training) Site Specific Training (Short term and exempted A-1 Miners) Comprehensive training and Site Specific for non-exempted A-1 Miners | |

**Note any Items that you find Sign the back of the form and return to the Safety Dept**

## MSHA Standards

77.210(a) Hitches and slings used to hoist materials shall be suitable for handling the type of materials being hoisted

77.1608(c) Containers holding hazardous materials must be of a type approved for such use by recognized agencies.

77.208(d) Compressed and liquid gas cylinders shall be secured in a safe manner.

77.208(e) Valves on compressed gas cylinders shall be protected by covers when being transported or stored, and by a safe location when the cylinders are in use.

77.210 Hitches and slings used to hoist materials shall be suitable for handling the type of materials being hoisted.

77.402 Hand-held power tools shall be equipped with controls requiring constant hand or finger pressure to operate the tools or shall be equipped with friction or other equivalent safety devices.

77.404(a) Mobile and stationary machinery and equipment shall be maintained in safe operating condition and machinery or equipment in unsafe condition shall be removed from service immediately

77.410 (a) Mobile equipment such as front-end loaders, forklifts, tractors, graders, and trucks, except pickup trucks with an unobstructed rear view, shall be equipped with a warning device that (1) Gives an audible alarm when the equipment is put in reverse

77.502 Electric equipment shall be frequently examined, tested, and properly maintained by a qualified person to assure safe operating conditions. When a potentially dangerous condition is found on electric equipment, such equipment shall be removed from service until such condition is corrected. A record of such examinations shall be kept.

77.1104 Combustible materials, grease, lubricants, paints, or flammable liquids shall not be allowed to accumulate where they can create a fire hazard. 1109(c)(1) Mobile equipment, including trucks, front-end loaders, bulldozers, portable welding units, and augers, shall be equipped with at least one portable fire extinguisher.

77.1110 Firefighting equipment shall be continuously maintained in a usable and operative condition. Fire extinguishers shall be examined at least once every 6 months and the date of such examination shall be recorded on a permanent tag attached to the extinguisher

77.1605(a) Cab windows shall be of safety glass or equivalent, in good condition and shall be kept clean

77.1605(d) Mobile equipment shall be provided with audible warning devices. Lights shall be provided on both ends when required.

77.1606(a) Mobile loading and haulage equipment shall be inspected by a competent person before such equipment is placed in operation. Equipment defects affecting safety shall be recorded and reported to the mine operator.

77.1606(c) Equipment defects affecting safety shall be corrected before the equipment is used

77.1607(d) Cabs of mobile equipment shall be kept free of extraneous materials

77.1607(r) Equipment which is to be hauled shall be loaded and protected so as to prevent sliding or spillage

77.1607(s) when moving between work areas, the equipment shall be secured in the travel position

77.1607(t) Any load extending more than 4 feet beyond the rear of the vehicle body should be marked clearly with a red flag by day and a red light at night

77.1607(u) Tow bars shall be used to tow heavy equipment and a safety chain shall be used in conjunction with each tow bar

77.1700 No employee shall be assigned, or allowed, or be required to perform work alone in any area where hazardous conditions exist that would endanger  his safety unless he can communicate with others, can be heard, or can be seen

77.1710 Each employee working in a surface coal mine or in the surface work areas of an underground coal mine shall be required to wear protective clothing and devices as indicated below:

(a.)  Protective clothing or equipment and face-shields or goggles shall be worn when welding, cutting, or working with molten metal or when other hazards to the eyes exist.

(b.)  Suitable protective clothing to cover the entire body when handling corrosive or toxic substances or other materials which might cause injury to the skin.

(c.)  Protective gloves when handling materials or performing work which might cause injury to the hands; however, gloves shall not be worn where they would create a greater hazard by becoming entangled in the moving parts of equipment.

(d.)  A suitable hard hat or hard cap when in or around a mine or plant where falling objects may create a Hazard

(e.)  Suitable protective footwear.

(f.)  Snug-fitting clothing when working around moving machinery or equipment.

(g.)  Safety belts and lines where there is danger of falling; a second person shall tend the lifeline when bins, tanks, or other dangerous areas are entered.

(h.)  Lifejackets or belts where there is danger from falling into water.

(i.)  Seatbelts in a vehicle where there is a danger of overturning and where roll protection

Page 35

C 0780562 C

This chart is a guideline for determining the requirements of pickup and delivery services. If the service changes in any way regarding frequency or regarding exposure to mining equipment or operations, consult with the safety department.

| Pickup & Delivery Service | Inspected Weekly | Exposure | Frequency | Required Training | Backup Alarm Required |
|---|---|---|---|---|---|
| UPS, FedEx, Coverall Laundry Service, Vending Machine service, etc. | No | No | Yes | Blue Card (A-2 Miner Exempt) | No |
| Rock Trucks, Wire Rope Deliveries, Outage Deliveries, Fertilizer / Lime Trucks | Yes | Yes | No | Blue Card (A-2 Miner Exempt | Yes |
| Diesel Fuel Deliveries, Compressed Cylinder Deliveries, Trash Pickup | Yes | No | Yes | Site Specific Video (A-1Miner Short term) | Yes |
| Polymer / Caustic Deliveries | Yes | Yes | Yes | Comprehensive (A-1 Miner) | Yes |
| Hazardous Waste Pickup, Wire Rope /Salvage | Yes | Yes | Yes | Comprehensive(A-1 Miner | Yes |
| Wrecker Service | Yes | No | Yes | Site Specific Video(A-1Miner Short term) | Yes |

Inspected by _____ DATE _____

Safety Rep _____ DATE _____

C 0780562 C

**ATTACHMENT 15**
**CONTRACTORS TRUCK INSPECTION - PICKUPS/NON AIRBRAKE EQUIPPED TRUCKS**

Contractor _____ Vehicle # _____

Drivers Name _____

☐ *Place Checkmark on Items that are Satisfactory/ Mark NA if not Applicable and an X if deficient on the form below.*

| | |
|---|---|
| | Pre-Op **MSHA 77.1606(a) and MSHA 77.1606(c) Luminant Mining Safety Handbook 7.1(l)**<br>    *Operator (Truck Driver) must ensure compliance* |
| | General Condition of truck **MSHA 404(a)**<br>    *Steps/seat/bed/Steering- No Obvious defects that Affect Safety!* |
| | Seatbelts **Luminant Company Policy**<br>    *No Cuts/Frays, Check to see that it buckles, **MUST BE USED*** |
| | Gauges/Warning Lights<br>    *Fuel Gauge must work* **MSHA 77.404(a)** |
| | Front Horn **MSHA 77.1605(d)**<br>    *Must sound* |
| | Back-up Alarm (Required if rear window has obstruction) **MSHA 77.410(a) Luminant Mining Safety Handbook Section 7.1(o)**<br>    *Alarm must sound automatically when vehicle is placed in reverse*    **(NO TOGGLE SWITCHES!)** |
| | Head lights/Tail Lights/Marker Lights/Brake Lights **MSHA 77.404(a), 77.1605(d)**<br>    *All installed lights must work High and low beams*  **MSHA 77.404(a)**<br>    Brakes/Parking Brake **MSHA 77.404(a)**<br>    *Parking brake must hold vehicle*<br>    *Service Brakes must all work* **MSHA 77.404(a), 77.1605(b)**<br>    *Ensure that the driver is aware of Luminant Policy* **Mining Safety Handbook 7.1(f)** |
| | Fire Extinguisher **MSHA 77.1109(C)(1)**<br>    *Metal tag and 6 mo inspection Required* **MSHA 77.1110, Mining Safety Handbook 2.4**   **(b) (1-7)** |
| | Windshield wipers/Glass **MSHA 77.1605(a)**<br>    *All cab glass shall be kept clean and in good condition* **MSHA 77.1605(a)**<br>    *Cab glass shall be free of cracks and large pits that obscure the drivers' vision* |
| | Extraneous Materials **MSHA 77.1607(d) Luminant Mining Safety Handbook 7.1(h)**<br>    *No trash etc. allowed in cab. All items must be securely stowed* |
| | Oil Accumulations **MSHA 77.1104**<br>    *No oil grease or other combustible are allowed to accumulate so as to create a fire   hazard* |
| | Material Safety<br>    All loads must be properly secured in the cargo area **MSHA 77.1607(r) 77.1607(s), and  77.1607(t)** |
| | Towing Safety **MSHA 77.1607(u)**<br>    *Proper lighting and safety chains required on all trailers towed behind vehicles on the mine* |
| | Wheel Chocks and PPE<br>    *Mine vehicles are 100% chocked when parked* **MSHA 77.1607(n)**<br>    *Hard Hat* **MSHA 77.1710**<br>    *Protective Toed Boots* **MSHA 77.1710**<br>    *Safety Glasses w/Side shields* **MSHA 77.1710**<br>    *Reflective Vest* **MSHA 77.1700**<br>    *Specialized PPE* **MSHA 77.1710** |
| | Driver MUST declare HAZCOM Items and Electrical items to be inspected **MSHA Part 47**<br>    *Ensure proper storage of Gasoline/flammable/Combustibles*<br>    *Proper chemical labeling*<br>    *No trigger locks on hand tools/Guards in place* **MSHA 77.402**<br>    *Monthly electrical checks on electrical item* **MSHA 77.502**<br>    *MSDS and Chemical Inventory (Ask driver if he has any Chemicals on his vehicle if applicable)* |
| | Cutting and Welding Equipment maintained **MSHA 77.208(e)**<br>    *Compressed gas cylinders stored properly* **MSHA 77.208(d) 77.208(e)**<br>    *Reverse flow valves must be installed* |
| | *Slings, chokers, chains and come-alongs maintained* **MSHA 77.210(a)** |
| | Required Training **MSHA Part 48 Subpart B**<br>    *Pick up & Delivery BLUE CARD (Hazard Training)*<br>    *Site Specific Training (Short term and exempted A-1 Miners)*<br>    *Comprehensive training and Site Specific for non-exempted A-1 Miners* |

C 0780562 C

**Note any Items that you find, sign the back of the form, and return to the Safety Department.**

## MSHA Standards

77.210(a) Hitches and slings used to hoist materials shall be suitable for handling the type of materials being hoisted

77.1608(c) Containers holding hazardous materials must be of a type approved for such use by recognized agencies.

77.208(d) Compressed and liquid gas cylinders shall be secured in a safe manner.

77.208(e) Valves on compressed gas cylinders shall be protected by covers when being transported or stored, and by a safe location when the cylinders are in use.

77.210 Hitches and slings used to hoist materials shall be suitable for handling the type of materials being hoisted.

77.402 Hand-held power tools shall be equipped with controls requiring constant hand or finger pressure to operate the tools or shall be equipped with friction or other equivalent safety devices.

77.404(a) Mobile and stationary machinery and equipment shall be maintained in safe operating condition and machinery in unsafe condition shall be removed from service immediately

77.410 (a) Mobile equipment such as front-end loaders, forklifts, tractors, graders, and trucks, except pickup trucks with an unobstructed rear view, shall be equipped with a warning device that (1) Gives an audible alarm when the equipment is put in reverse

77.502 Electric equipment shall be frequently examined, tested, and properly maintained by a qualified person to assure safe operating conditions. When a potentially dangerous condition is found on electric equipment, such equipment shall be removed from service until such condition is corrected. A record of such examinations shall be kept.

77.1104 Combustible materials, grease, lubricants, paints, or flammable liquids shall not be allowed to accumulate where they can create a fire hazard.

1109(c)(1) Mobile equipment, including trucks, front-end loaders, bulldozers, portable welding units, and augers, shall be equipped with at least one portable fire extinguisher.

77.1110 Firefighting equipment shall be continuously maintained in a usable and operative condition. Fire extinguishers shall be examined at least once every 6 months and the date of such examination shall be recorded on a permanent tag attached to the extinguisher

77.1605(a) Cab windows shall be of safety glass or equivalent, in good condition and shall be kept clean

77.1605(d) Mobile equipment shall be provided with audible warning devices. Lights shall be provided on both ends when required.

77.1606(a) Mobile loading and haulage equipment shall be inspected by a competent person before such equipment is placed in operation. Equipment defects affecting safety shall be recorded and reported to the mine operator.

77.1606(c) Equipment defects affecting safety shall be corrected before the equipment is used

77.1607(d) Cabs of mobile equipment shall be kept free of extraneous materials

77.1607(r) Equipment which is to be hauled shall be loaded and protected so as to prevent sliding or spillage

77.1607(s) When moving between work areas, the equipment shall be secured in the travel position

77.1607(t) Any load extending more than 4 feet beyond the rear of the vehicle body should be marked clearly with a red flag by day and a red light at night

77.1607(u) Tow bars shall be used to tow heavy equipment and a safety chain shall be used in conjunction with each tow bar

77.1700 No employee shall be assigned, or allowed, or be required to perform work alone in any area where hazardous conditions exist that would endanger his safety unless he can communicate with others, can be heard, or can be seen

77.1710 Each employee working in a surface coal mine or in the surface work areas of an underground coal mine shall be required to wear protective clothing and devices as indicated below:

(a) Protective clothing or equipment and face-shields or goggles shall be worn when welding, cutting, or working with molten metal or when other hazards to the eyes exist.

(b) Suitable protective clothing to cover the entire body when handling corrosive or toxic substances or other materials which might cause injury to the skin.

(c) Protective gloves when handling materials or performing work which might cause injury to the hands; however, gloves shall not be worn where they would create a greater hazard by becoming entangled in the moving parts of equipment.

(d) A suitable hard hat or hard cap when in or around a mine or plant where falling objects may create a hazard.

(e) Suitable protective footwear.

(f) Snug-fitting clothing when working around moving machinery or equipment.

(g) Safety belts and lines where there is danger of falling; a second person shall tend the lifeline when bins, tanks, or other dangerous areas are entered.

(h) Lifejackets or belts where there is danger from falling into water.

(i) Seatbelts in a vehicle where there is a danger of overturning and where roll protection is provided


This chart is a guideline for determining the requirements of pickup and delivery services. If the service changes in any way regarding frequency or regarding exposure to mining equipment or operations, consult with the safety department.

C 0780562 C

| Pickup & Delivery Service | Inspected Weekly | Exposure | Frequency | Required Training | Backup Alarm Required |
|---|---|---|---|---|---|
| UPS, FedEx, Coverall Laundry Service, Vending Machine service, etc. | No | No | Yes | Blue Card (A-2 Miner Exempt) | No |
| Rock Trucks, Wire Rope Deliveries, Outage Deliveries, Fertilizer / Lime Trucks | Yes | Yes | No | Blue Card (A-2 Miner Exempt | Yes |
| Mine Tour Drivers | No | Yes | No | Blue Card & Escort(A-2 Miner Exempt | No |
| Diesel Fuel Deliveries, Compressed Cylinder Deliveries, Trash Pickup | Yes | No | Yes | Site Specific Video (A-1Miner Short term) | Yes |
| Polymer / Caustic Deliveries | Yes | Yes | Yes | Comprehensive (A-1 Miner) | Yes |
| Hazardous Waste Pickup, Wire Rope /Salvage | Yes | Yes | Yes | Comprehensive(A-1 Miner | Yes |
| Office Cleaning Service | No | No | Yes | Site Specific Video(A-1Miner Short term) | No |
| Wrecker Service | Yes | No | Yes | Site Specific Video(A-1Miner Short term) | Yes |
| Consultants, Salesmen, Computer, Locksmiths, Visitors | No | No | No | Blue Card (A-2 Miner Exempt) | No |

C 0780562 C

**ATTACHMENT 16**
**CONTRACTORS RELEASE AND INDEMNITY AGREEMENT**

**CONTRACTOR's RELEASE AND INDEMNITY AGREEMENT**

STATE OF _____

COUNTY OF _____

KNOW ALL MEN BY THESE PRESENTS THAT _____, a corporation of the State of ___ _____, whose address is _____, hereinafter called "CONTRACTOR", in consideration of the sum of Ten Dollars ($10.00) and other good and valuable consideration, the receipt of which is hereby acknowledged, does hereby release and forever discharge, ****(appropriate company name)***, whose address is 1601 Bryan, Dallas, Texas 75201; hereinafter called "COMPANY", its parent corporation, ENERGY FUTURE HOLDINGS CORP., and all subsidiaries and affiliates of ENERGY FUTURE HOLDINGS CORP., and all officers, directors, shareholders, associates, related firms and entities, employees, servant, and agents of both COMPANY and each such subsidiary or affiliate, and their respective successors and assigns, of and from any and all debts, dues and accounts, which have arisen out of Work undertaken or done under or pursuant to that certain Agreement entered into by and between CONTRACTOR and COMPANY on the _____ day of _____, 20___, and amended and supplemented for _____. CONTRACTOR hereby represents and warrants that all bills for labor, materials, lands, licenses and other expenses for which COMPANY or its officers, directors, shareholders, associates, affiliated or related firms and entities, might be sued or for which a lien might be filed, have been fully satisfied and paid; and in consideration of the final payment to be paid pursuant to, and in accordance with, the provisions of said Agreement, CONTRACTOR hereby covenants and agrees, for itself, its successors and assigns, that it and they, and each of them, will and will indemnify COMPANY (and its officers, directors, shareholders, associates, affiliated or related firms and entities, employees, servants, agents and their respective successors and assigns) against and hold them harmless from, any and all liens including expenses, court costs and attorneys' fees.


IN WITNESS WHEREOF, the CONTRACTOR has caused these presents to be duly executed this _____ day of _____, 20___.


By: _____

Title: _____

C 0780562 C

**ATTACHMENT 17**
**LOGGING EQUIPMENT FOPS/ROPS & OPERATOR PROTECTION GUIDELINES**

 **Luminant**

# Safety Memorandum

Date:        August 23, 2010

To:          Management, Supervision, Safety, Maintenance and Operations

From:        Safety Department

Subject:     Logging Equipment FOPS/ROPS and Operator Protection guidelines

**Luminant Mining requires all equipment performing brush removal and forestry operations to afford the Machine Operator protection from limbs, debris, and falling objects.**

Bulldozers, skidders, track loaders, skid steers, and other mobile equipment used in large scale brush removal and forestry operations are to be equipped with a forestry kit that affords the machine operator maximum protection. At a minimum, machines are to have at least ¼ inch mesh screens with no more than 2 inch openings covering the window or windows constructed of certain clear polycarbonates, or other materials which provide equivalent or greater protection and visibility; such materials shall meet or exceed the performance criteria of SAE J-231(Safety Specialist or Contract Coordinator Discretion), all 4 widows/sides must be afforded protection. However an exemption for the front window on dozers and other track mounted machines can be made if the machine is equipped with push bars (Sweeps) over the front that afford protection from falling limbs and large branches (Safety Specialist or Contract Coordinator Discretion). The doors are to be protected in a way that does not impede access/egress (Safety Specialist or Contract Coordinator Discretion). Cab protection is required that is consistent with (MSHA) 30 CFR 77.403(a) and SAE J231 (Certified (ROPS) Structure). All machines used in forestry operations are to be of an enclosed cab design and dust and noise compliant. Machines identified by this paragraph must operate at reasonable distances from each other so as to prevent accidental machinery contact and to keep from being hit by falling trees. Excavating equipment used in forestry operations is exempt from the requirements of Paragraph 1 of this memorandum, and is referenced below.

Forestry excavating machines and tree processing machinery that swings 360 degrees shall be equipped with front window protection consisting of at a minimum ¼ inch mesh with no more than 2 inch openings or front window constructed of certain clear polycarbonates, or other materials which provide equivalent or greater protection and visibility; such materials shall meet or exceed the performance criteria of SAE J-231(Safety Specialist or Contract Coordinator Discretion). Falling Object protection is required that is consistent with (MSHA) 30 CFR 77.403(a) and SAE 1231 for (FOPS) / or a certified (ROPS) structure in place of (FOPS). Excavating and processing equipment is prohibited from working within 120 feet of other machines clearing trees and brush. At no time is excavating and processing equipment to be used to clear brush and trees in areas where the vegetation is on more than two sides of the machine. An area behind the machine is to be kept clear so as to facilitate an escape way. All machines used for forestry operations are to be of an enclosed cab design and dust and noise compliant.

All machines used for building and tending brush piles shall be equipped at a minimum with front window protection consisting of ¼ inch bars or mesh with no more than 2 inch longitudinal openings or front window constructed of certain clear polycarbonates, or other materials which provide equivalent or greater protection and visibility; such materials shall meet or exceed the performance criteria of SAE 1 231 (Safety Specialist or Contract Coordinator Discretion). Falling Object protection is required that is consistent (MSHA) 30 CFR 77.403(a) and SAE J23I for (FOPS) / or a certified (ROPS) structure in place of (FOPS) for excavators and processing equipment. A (ROPS) is required for all other equipment identified in this memorandum. At no time are machines to operate in heavy smoke or significant flame. Machines used for the purpose of tending actively burning brush/slash piles are to be visually examined prior to commencing the operation for accumulation of combustibles and to ensure proper function of onboard firefighting equipment. This check is intended to be independent of the required daily pre-op.

C 0780562 C

**ATTACHMENT 18**
**HAUL ROAD CONTSTRUCTION SPECIFICATIONS**

**Introduction**

The project location will be Luminant Mining Company's Liberty Mine located at 120006 County Road 2144 East, Tatum, Texas 75691.

As shown on the drawings, this work will consist of the construction of:

- Liberty Haul Road
- Water Tank Approach & Foundation

**CONTROL OF THE WORK**

**Authority of the COMPANY**
The Work will be observed and inspected by COMPANY and performed to COMPANY's satisfaction in accordance with plans and specifications.

**Conformity with Plans and Specifications**
All Work performed and all materials furnished will be in close conformity with the lines, grades and material characteristics shown on the plans and geotechnical reports as determined by COMPANY unless COMPANY specifically reviews and accepts a deviation. The intent of the plans and specifications is to insure the quality and workmanship of the finished product so the product is adequate for its intended purpose. If CONTRACTOR believes that any part of the plans and specifications is in error or if CONTRACTOR has any suggestions to improve the plans and specifications, it is the responsibility of CONTRACTOR to bring these errors or suggestions to the attention of COMPANY.

**Surveying Control**
COMPANY will provide survey control to the construction area. All other surveying will be the responsibility of CONTRACTOR. The centerline of the access roads and the corners of the pad & pond shall be staked by Contractor prior to construction, and this alignment checked in the field by the COMPANY's Construction Manager. CONTRACTOR shall supply all surveying, stakes and monuments necessary to provide horizontal and vertical control throughout the construction area. CONTRACTOR shall maintain necessary records, field notes, etc. to demonstrate compliance with the plans for construction and supply these documents to the COMPANY's Construction Manager for completion of As-Built drawings.

**Codes and Standards**
All work practices will conform to accepted good work practices and conform and adhere to all applicable MSHA and COMPANY safety regulations as well as all federal, state and local regulations. All equipment and personnel will be subject to MSHA and COMPANY inspections. CONTRACTOR will be responsible for immediate action required to correct any MSHA citation or COMPANY safety regulation violation. All appropriate safety training will be the responsibility of the CONTRACTOR. CONTRACTOR employees will attend Site Specific Training provided by COMPANY prior to start of any work. Contractor shall provide an on-site MSHA Surface Certified Supervisor and an on-shift inspection book filled out in accordance with MSHA and Luminant's regulations during all construction activities.

All Work will comply with provisions set forth by the Texas Commission for Environmental Quality for the control of air pollution. The Work Site will be maintained in such a condition as to prevent the release of fugitive dust particles.

All Work will comply with provisions set forth by the Texas Commission for Environmental Quality for the regulation of solid waste.

All Work will comply with provisions set forth by the Texas Commission for Environmental Quality as well as the Railroad Commission of Texas for effluent water quality.

I.    **GENERAL**

The execution of this work will have to be closely coordinated with other activities ongoing in the area. There may be numerous active gas pipelines crossing the construction area all of which will remain active during the construction of the Haul Road. It is required that the CONTRACTOR cross active gas

C 0780562 C

pipelines with a construction haul road, a minimum of six feet of cover must be placed over the pipeline location. THE CONTRACTOR IS RESPONSIBLE FOR DETERMINING THE LOCATION AND DEPTH OF ALL PIPELINES WITHIN THE CONSTRUCTION AREA PRIOR TO COMMENCING ANY WORK. The COMPANY's Construction Manager must be notified prior to beginning any work in this area. At no time will an excavation be allowed within 100 feet of an active gas pipeline without the approval of the COMPANY's Construction Manager.

### A. Mobilization

1. CONTRACTOR must provide for movement to and from the Work area of all necessary equipment, tools, and supplies to successfully complete the Work.

2. CONTRACTOR must provide its own shop, office, change house, toilets, and warehouse facilities, as well as the utilities needed to function efficiently.

3. The CONTRACTOR's area shall be cleared, have topsoil removed, stockpiled, and graded by the Contractor. Access to the CONTRACTOR equipment parking area will be maintained by the CONTRACTOR.

4. All supplies, including but not necessarily limited to, fuel, gasoline, lubricants, machinery, spare parts and repair facilities, will be provided by the CONTRACTOR unless specifically indicated that Company will provide. Bulk fuel storage will be required to have secondary containment, proper signage, and two fire extinguishers.

5. Before demobilization is complete, all such structures as mentioned in Section A but not necessarily limited to these structures shall be removed and the area left in as good or better condition than was the case before mobilization.

6. Upon completion of the Work, the CONTRACTOR shall thoroughly clean the entire project area including all parking, work or access areas, all of the CONTRACTOR's field construction buildings and facilities shall be completely removed from the site, the area shall be regraded and respread with six inches of topsoil.

7. Payment shall be made on a percent completed basis in agreement with the Schedule of Values, line 1.1. Percent completed shall be mutually agreed upon by COMPANY and CONTRACTOR prior to invoice submittal.

### B. Demobilization

1. Before demobilization is complete, all such structures as mentioned in Section A but not necessarily limited to these structures shall be removed and the area left in as good or better condition than was the case before mobilization.

2. Upon completion of the Work, the CONTRACTOR shall thoroughly clean the entire project area including all parking, work or access areas, all of the Contractor's field construction buildings and facilities shall be completely removed from the site, the area shall be regraded and respread with six inches of topsoil.

3. CONTRACTOR'S work area will be graded to provide positive drainage.

4. Payment shall be made on a percent completed basis as shown in the Schedule of Values, Line 1.1. Percent completed shall be mutually agreed upon by COMPANY and CONTRACTOR prior to invoice submittal. Demobilization shall be deemed complete only after inspection of the project area by the COMPANY'S construction manager

### C. Site Specific Erosion Control Plan

1. CONTRACTOR must provide material and install fabric fences for the purpose of controlling erosion or downstream sediment.

2. The materials will consist of sediment fences marketed by various vendors and shall have steel T-posts, wire backing, and ultraviolet resistant filter fabric.

C 0780562 C

3. SWPPP shall be installed as shown on the plans at the beginning of the construction disturbance. No significant work shall be started until the SWPPP is in place.

4. Silt fence shall be installed with the tail a minimum of 6" in the ground and compacted in place to minimize undercutting. Posts shall be placed at least every 10'. Additional posts shall be installed in locations anticipated to collect heavier silt loads. Hay bales, if shown on the plans, will be installed in these areas as well. Sumps shall also be constructed in these locations and cleaned as directed by the COMPANY's Construction Manager to minimize downstream sedimentation. Hay bales, sump construction and maintenance shall be considered subsidiary to Silt Fence Installation. Maintenance shall be performed as soon as practical after rainfall events.

5. The "initial installation" pay item is included in the "Fixed Price". Progress payments shall be made on a percent complete basis at the rate shown in the Schedule of Values, line 1.2. Percent completed shall be mutually agreed upon by COMPANY and CONTRACTOR prior to invoice submittal.

6. Maintenance shall be performed as soon as practical after rainfall event. The maintenance pay basis is per linear foot of silt fence and sumps that are either repaired, replaced and or desilted at the rate shown in the Schedule of Values, line 1.3. Desilting must be greater than 50% to be a pay item. Except in emergency situations, all maintenance shall be mutually agreed upon by COMPANY and CONTRACTOR prior to implementation.

## II. Haul Road Construction

### A. Clearing, Grubbing and Burning

1. The road site, borrow areas and stockpile areas shall be cleared of all remaining vegetation prior to the start of construction. Unless otherwise shown on the plan, the limits of the project will extend a minimum of ten (10) feet beyond the toe of slope in fill section and/or the backslope in cut areas. In borrow sites, all unsuitable material will be removed to prevent such unsuitable matter from becoming mixed with the construction material. Vegetation shall be placed in piles suitable for burning. Burning of vegetation piles will be coordinated with the COMPANY's Construction Manager. A "burn permit" will be obtained prior to burning by the COMPANY'S Environmental Department.

2. The "clearing" pay item is included in the "Fixed Price". Progress payments shall be made on a percent complete basis at the rate shown in the Schedule of Values, line 1.4. Percent completed shall be mutually agreed upon by COMPANY and CONTRACTOR prior to invoice submittal.

### B. Topsoil Removal

1. Topsoil will be removed to a minimum depth of six inches in the area of the Haul Road, borrow areas, and spoil storage areas whenever it is encountered. No fill shall be placed on any topsoil.

2. Topsoil will be stockpiled in windrows on each side of the road site, borrow areas and waste storage areas. Excess topsoil shall be placed in COMPANY designated piles and protected by 'v' ditch and company provided signs. Excess topsoil stockpile sideslopes must be graded to a maximum 5:1 (h:v) and must be maintained in a stable condition and shall be 100% "tracked in" perpendicular to the slope and must be maintained in a stable condition.

3. The "topsoil strip" pay item is included in the "Fixed Price". Progress payments shall be made on a percent complete basis at the rate shown in the Schedule of Values, line 2.1, 3.1, 4.1, and 5.1. Percent completed shall be mutually agreed upon by COMPANY and CONTRACTOR prior to invoice submittal.

### C. Haul Road Excavation

1. Once topsoil is removed from the excavation and fill areas and as noted on the drawings, CONTRACTOR shall excavate the remaining material to the lines and depths shown on the project drawings. If the excavated material is deemed suitable, as per specifications in Section D, for Roadbed Compacted Fill construction by the COMPANY'S Construction Manager, the material shall be used in embankment construction as part of the roadbed embankment compacted fill. Material not meeting "compacted fill" specifications shall be hauled to a waste area as shown on the drawings. Waste stockpile sideslopes must be graded to a maximum 5:1 (h:v) and shall be 100% "tracked in"

C 0780562 C

perpendicular to the slope and must be maintained in a stable condition. Unsuitable waste material will not be a pay item.

2.  Payment for "undercut and backfill" will be made on a per cubic yard basis as determined by a survey of the undercut area according to the rate shown on the Schedule of Values, line 2.5. The CONTRACTOR shall provide adequate notice to the COMPANY's Construction Manager to schedule third party surveyors. The undercut material shall be replaced with suitable embankment compacted fill as described above. The cost for the backfill is included in the unit rate shown on the Schedule of Values, line 2.5.

3.  Payment for "excavation" pay item is included in the "Fixed Price". Progress payments shall be made on a percent complete basis at the rate shown in the Schedule of Values, line 2.2, 3.2, 4.2 and 5.2. Percent completed shall be mutually agreed upon by the COMPANY and CONTRACTOR prior to invoice submittal.

## D. Roadbed Compacted Fill

1.  The roadbed embankment shall be constructed of suitable material free of large rocks and organic matter such as roots, tree limbs, stumps, logs and other types of vegetation.

2.  The roadbed fill material will be removed from excavation or borrow areas as indicated on the construction drawings. This material can be expected to be excavated at moisture contents from approximately two percent below to four percent above optimum value and, therefore, may require aeration or addition of moisture prior to or during placement.

3.  After removal of topsoil, the exposed roadbed fill area shall be scarified to a minimum depth of six inches. Existing sub-grade soils shall be compacted to a minimum of 95% of the maximum density defined by ASTM D698 (Standard Proctor) while maintaining a moisture content of two percent below to optimum value.

4.  If, after removal of topsoil, the sub-grade material is deemed by the COMPANY's Construction Manager to be unsuitable to support embankment construction, the material shall be undercut and shall be hauled to the unsuitable area shown on the drawings. Payment for this "under and subsequent backfill" shall be made on a per cubic yard basis as determined by a survey of the undercut area according to the rate shown on the Schedule of Values, line 2.5. The CONTRACTOR shall provide adequate notice to the COMPANY's Construction Manager to schedule third party surveyors. The undercut material shall be replaced with suitable embankment compacted fill as described above.

5.  Roadbed fill shall be placed in loose layers not to exceed twelve inches in thickness prior to compaction. Compaction shall be performed before subsequent lifts are placed. Each lift shall be placed and compacted to a minimum of 95 percent of maximum density defined by ASTM D698 (Standard Proctor) while maintaining a moisture content of two percent below to optimum value.

6.  If in the opinion of the COMPANY's Construction Manager, the surface of the prepared foundation or the compacted surface of any layer of earth-fill is too smooth to bond properly with the layer of material to be placed thereon, it shall be worked with harrow, scarifier or other suitable equipment to a sufficient depth to provide a satisfactory bonding surface before the next succeeding layer of earth- fill materials placed.

7.  Payment of "roadbed compacted fill" pay item is included in the "Fixed Price". Progress payments shall be made on a percent complete basis at the rate shown in the Schedule of Values, line 2.3, 3.3, 4.3 and 5.3. Percent completed shall be mutually agreed upon by COMPANY and CONTRACTOR prior to invoice submittal.

## E. Drainage Structure Installation

1.  DURAMAXX pipe shall be bedded in a foundation of stable earth material that has been carefully and accurately shaped to fit the lower part of the pipe exterior for at least ten- percent of its overall height. Where the soil encountered at the established grade is unstable material, such unstable soil shall be removed to a depth not less than two feet below the established grade unless otherwise directed by the COMPANY's Construction Manager. Excavation shall be carried at least one foot horizontally beyond the limits of the structure on all sides. All unsuitable soil removed shall be replaced with

C 0780562 C

suitable stable material, in accordance with Section D above, Roadbed Compacted Fill.  Payment for this "under and subsequent backfill" shall be made on a per cubic yard basis as determined by a survey of the undercut area according to the rate shown on the Schedule of Values, line 2.5. The CONTRACTOR shall provide adequate notice to the COMPANY's Construction Manager to schedule third party surveyors. The undercut material shall be replaced with suitable embankment compacted fill as described above.

2.  The laying of pipes on the prepared foundation shall be started at the outlet end.  Proper facilities shall be provided for hoisting and lowering the sections of pipe into the trench without damaging the pipe or disturbing the prepared foundation or the sides of the trench.  CONTRACTOR will comply with OSHA Subpart P, Excavations, of 29 CFR 1926.650, 1926.651, and 1926.652.

3.  After the pipe structure has been completely assembled on the proper line and grade, selected material from excavation or borrow shall be placed along both sides of the completed structure(s) equally, in uniform layers not exceeding six inches in depth (loose measurement), wetted if required and thoroughly compacted between adjacent structures and between the structures and the sides of the trench, or for a distance each side of the structure equal to the diameter of the pipe.  Backfill material shall be compacted to the same density requirement as that specified under Section D above, Roadbed Compacted Fill.  Above the three-fourths point of the structure, the fill shall be placed uniformly on each side of the pipe in layers not to exceed 12 inches.  For backfilling, until a minimum cover of 12 inches is obtained, only hand operated tamping equipment will be allowed within vertical planes two feet beyond the horizontal projection of the outside surfaces of the structure.  No heavy earth moving equipment will be permitted to haul over the structure until a minimum of four feet of permanent or temporary compacted fill has been placed thereon.   Pipe damaged by the CONTRACTOR's backfilling operation shall be removed and replaced by the CONTRACTOR at no additional cost to the owner. CONTRACTOR will provide all pipe material, rip rap, fabric, and concrete/steel for sloped end treatments for project.

4. Payment of "Structure Installation" pay item is included in the "Fixed Price".  Progress payments shall be made on a percent complete basis at the rate shown in the Schedule of Values, lines 2.6, 2.7, 2.8, 2.9, 2.10, 2.11, 2.12, 2.13, 2.14, 2.15, 3.6, 3.7, 4.5, 5.4 and 5.5.  Percent completed shall be mutually agreed upon by COMPANY and CONTRACTOR prior to invoice.

## F.  Topsoil Replacement

1.  CONTRACTOR shall replace topsoil from adjacent windrows on the slopes of the road and other disturbed areas as directed by COMPANY's Construction Manager and as shown on the construction drawings.  Before placement of topsoil, the areas should be scarified to eliminate slippage surfaces. The topsoil shall be spread uniformly over the entire area to a minimum thickness of six inches. The use of heavy equipment on the re-spread topsoil shall be kept to a minimum.  The topsoil shall be 100% "tracked in" perpendicular to the slope and prepared for farm equipment to traverse when CONTRACTOR has completed redistribution of topsoil.

2.  The "Topsoil Replace" pay item is included in the "Fixed Price".  Progress payments shall be made on a percent complete basis at the rate shown in the Schedule of Values, lines 2.18.  Percent completed shall be mutually agreed upon by COMPANY and CONTRACTOR prior to invoice submittal.

## G.  Crushed Rock Surface

1.  Following completion and approval of sub-grade by COMPANY's Construction Manager, CONTRACTOR shall, furnish, place, grade, and compact a nine inch lift of crushed limestone. Crushed lime stone shall be compacted to a minimum 95 percent of the maximum density as determined by ASTM D1557 (Modified Proctor) at two percent below to four percent above optimum moisture. Crushed rock surface material will be provided by the CONTRACTOR. CONTRACTOR must provide personnel to coordinate the safety inspection for entry to mine site, dumping and accounting of the loads received.  CONTRACTOR will furnish crushed lime stone.

2.  Payment for both installation and providing limestone material will be on line 2.16, 3.8, 4.6 and 5.6 and will be made on a per square yard basis as determined by a survey of the completed surface. Percent completed shall be mutually agreed upon by COMPANY and CONTRACTOR prior to invoice submittal.

## H.  Geotextile

Page 46

C 0780562 C

1. The CONTRACTOR shall furnish and place Landlok TRM 450 (or approval equivalent) as shown on the project plans. Material shall be installed per manufacturer's recommendations. CONTRACTOR shall furnish material.

2. Payment for the "geotextile" is included in the "Fixed Price". Progress payments shall be made on a percent complete basis at the rate shown in the Schedule of Values, line 2.17, 4.7 and 4.8. Percent completed shall be mutually agreed upon by COMPANY and CONTRACTOR prior to invoice submittal.

### I.  Water Tank Installation

1. The CONTRACTOR will provide labor and material for all sub-grade, concrete and tank installation

2. The concrete structures will consist of the forming, reinforcing, placing and finishing of any concrete and shall be installed according to project drawings.

3. Work will include but not be limited to preparation of sub-grade as required.

4. CONTRACTOR will provide all material except for the tank, stand tower and piping. The consistency of the concrete should be such that voids are avoided and should allow the completion of all finishing operations without the addition of water, but the slump will be no more than five (5) inches. The concrete temperature will be between 50° F and 90° F. Concrete in travel way shall have rough broom finish perpendicular to travel. Reinforcement shall be as shown on the plans.

5. Reinforcement in concrete structures will be placed accurately and rigidly supported. Concrete will be placed as near its final position as possible. The concrete will be forced under and around the reinforcement without displacing it. The concrete will be worked and vibrated as necessary to fill all voids. Elevations of structures will be verified by Company's Construction Manager prior to pouring concrete.

6. Payment for concrete installation shall be on a "fixed price" basis. Progress payments shall be made on a percent complete basis at the rate shown in the Schedule of Values, line 3.4 and 3.5. Percent completed shall be mutually agreed upon by COMPANY and CONTRACTOR prior to invoice submittal.

## III.  MISCELLANEOUS

A. The CONTRACTOR shall maintain all access and haul roads necessary to perform the Work. County Road 2145 shall be maintained where it crosses the haul road such that oilfield traffic can access their facilities at all times. All roads must be watered for dust control during dry conditions by the CONTRACTOR as directed by the COMPANY's Construction Manager to maintain compliance with regulatory requirements.

B. The CONTRACTOR shall maintain positive surface drainage to sumps at all times. These sumps shall be setup and have access for pumps. The sumps shall be pumped by the CONTRACTOR as directed by the Company's Construction Manager to maintain compliance with regulatory requirements and job integrity.

C. The CONTRACTOR shall maintain all disturbed areas as directed by the Company's Construction Manager to maintain compliance with regulatory requirements to ensure that runoff from these areas is controlled in such a manner to prevent rills and gullies and reduce the amount of sediment in the drainage flow.

D. The CONTRACTOR will be required to furnish adequate flagmen, signs, etc., required to safely handle traffic either across or along the proposed work during construction. Warning signs will be placed when traffic is required to cross under overhead power lines.

E. Payment for the Work described in paragraphs A, B C and D above shall be included in the unit prices of Items I and II will not be considered a separate pay item.

C 0780562 C

## ATTACHMENT 19
## DRAGLINE WALKWAY SPECIFICATIONS

### Introduction

The project location will be Luminant Mining Company's Liberty Mine located at 120006 County Road 2144 East, Tatum, Texas 75691.

As shown on the drawings, this work will consist of the construction of:

- **Liberty Dragline Walkway**

### CONTROL OF THE WORK

#### Authority of the COMPANY
The Work will be observed and inspected by COMPANY and performed to COMPANY's satisfaction in accordance with plans and specifications.

#### Conformity with Plans and Specifications
All Work performed and all materials furnished will be in close conformity with the lines, grades and material characteristics shown on the plans and geotechnical reports as determined by COMPANY unless COMPANY specifically reviews and accepts a deviation. The intent of the plans and specifications is to insure the quality and workmanship of the finished product so the product is adequate for its intended purpose. If CONTRACTOR believes that any part of the plans and specifications is in error or if CONTRACTOR has any suggestions to improve the plans and specifications, it is the responsibility of CONTRACTOR to bring these errors or suggestions to the attention of COMPANY.

#### Surveying Control
COMPANY will provide survey control to the construction area. All other surveying will be the responsibility of CONTRACTOR. The centerline of the dragline walkway shall be staked by Contractor prior to construction, and this alignment checked in the field by the COMPANY's Construction Manager. CONTRACTOR shall supply all surveying, stakes and monuments necessary to provide horizontal and vertical control throughout the construction area. CONTRACTOR shall maintain necessary records, field notes, etc. to demonstrate compliance with the plans for construction and supply these documents to the COMPANY's Construction Manager for completion of As-Built drawings.

#### Codes and Standards
All work practices will conform to accepted good work practices and conform and adhere to all applicable MSHA and COMPANY safety regulations as well as all federal, state and local regulations. All equipment and personnel will be subject to MSHA and COMPANY inspections. CONTRACTOR will be responsible for immediate action required to correct any MSHA citation or COMPANY safety regulation violation. All appropriate safety training will be the responsibility of the CONTRACTOR. CONTRACTOR employees will attend Site Specific Training provided by COMPANY prior to start of any work. Contractor shall provide an on-site MSHA Surface Certified Supervisor and an on-shift inspection book filled out in accordance with MSHA and Luminant's regulations during all construction activities.

All Work will comply with provisions set forth by the Texas Commission for Environmental Quality for the control of air pollution. The Work Site will be maintained in such a condition as to prevent the release of fugitive dust particles.

All Work will comply with provisions set forth by the Texas Commission for Environmental Quality for the regulation of solid waste.

All Work will comply with provisions set forth by the Texas Commission for Environmental Quality as well as the Railroad Commission of Texas for effluent water quality.

### II.  GENERAL

The execution of this work will have to be closely coordinated with other activities ongoing in the area. There may be numerous active gas pipelines crossing the construction area all of which will remain active during the construction of the dragline walkway. If it is required that the CONTRACTOR cross active gas pipelines with a construction haul road, a minimum of six feet of cover must be placed over the pipeline location. THE CONTRACTOR IS RESPONSIBLE FOR DETERMINING THE LOCATION AND DEPTH OF ALL PIPELINES

C 0780562 C

WITHIN THE CONSTRUCTION AREA PRIOR TO COMMENCING ANY WORK. The COMPANY's Construction Manager must be notified prior to beginning any work in this area. At no time will an excavation be allowed within 100 feet of an active gas pipeline without the approval of the COMPANY's Construction Manager.

**A. Mobilization**

1. CONTRACTOR must provide for movement to and from the Work area of all necessary equipment, tools, and supplies to successfully complete the Work.

2. CONTRACTOR must provide its own shop, office, change house, toilets, and warehouse facilities, as well as the utilities needed to function efficiently.

3. The CONTRACTOR's area shall be cleared, have topsoil removed, stockpiled, and graded by the Contractor. Access to the CONTRACTOR equipment parking area will be maintained by the CONTRACTOR.

5. All supplies, including but not necessarily limited to, fuel, gasoline, lubricants, machinery, spare parts and repair facilities, will be provided by the CONTRACTOR unless specifically indicated that Company will provide. Bulk fuel storage will be required to have secondary containment, proper signage, and two fire extinguishers.

5. Before demobilization is complete, all such structures as mentioned in Section A but not necessarily limited to these structures shall be removed and the area left in as good or better condition than was the case before mobilization.

6. Upon completion of the Work, the CONTRACTOR shall thoroughly clean the entire project area including all parking, work or access areas, all of the CONTRACTOR's field construction buildings and facilities shall be completely removed from the site, the area shall be re-graded and re-spread with six inches of topsoil.

7. Payment shall be made on a percent completed basis in agreement with the Schedule of Values, line 1.1. Percent completed shall be mutually agreed upon by COMPANY and CONTRACTOR prior to invoice submittal.

**B. Demobilization**

1. Before demobilization is complete, all such structures as mentioned in Section A but not necessarily limited to these structures shall be removed and the area left in as good or better condition than was the case before mobilization.

2. Upon completion of the Work, the CONTRACTOR shall thoroughly clean the entire project area including all parking, work or access areas, all of the Contractor's field construction buildings and facilities shall be completely removed from the site, the area shall be re-graded and re-spread with six inches of topsoil.

3. CONTRACTOR'S work area will be graded to provide positive drainage.

4. Payment shall be made on a percent completed basis as shown in the Schedule of Values, Line 1.1. Percent completed shall be mutually agreed upon by COMPANY and CONTRACTOR prior to invoice submittal. Demobilization shall be deemed complete only after inspection of the project area by the COMPANY'S construction manager

**C. Site Specific Erosion Control Plan**

1. CONTRACTOR must provide material and install fabric fences for the purpose of controlling erosion or downstream sediment.

2. The materials will consist of sediment fences marketed by various vendors and shall have steel T-

C 0780562 C

posts, wire backing, and ultraviolet resistant filter fabric.

3.  SWPPP shall be installed as shown on the plans at the beginning of the construction disturbance. No significant work shall be started until the SWPPP is in place.

4.  Silt fence shall be installed with the tail a minimum of 6" in the ground and compacted in place to minimize undercutting. Posts shall be placed at least every 10'. Additional posts shall be installed in locations anticipated to collect heavier silt loads. Hay bales, if shown on the plans, will be installed in these areas as well. Sumps shall also be constructed in these locations and cleaned as directed by the COMPANY's Construction Manager to minimize downstream sedimentation. Hay bales, sump construction and maintenance shall be considered subsidiary to Silt Fence Installation. Maintenance shall be performed as soon as practical after rainfall events.

5.  The "initial installation" pay item is included in the "Fixed Price". Progress payments shall be made on a percent complete basis at the rate shown in the Schedule of Values, line 1.2. Percent completed shall be mutually agreed upon by COMPANY and OWNER prior to invoice submittal.

6.  Maintenance shall be performed as soon as practical after rainfall event. The maintenance pay basis is per linear foot of silt fence and sumps that are repaired, replaced and or de-silted at the rate shown in the Schedule of Values, line 1.3. De-silting must be greater than 50% to be a pay item. Except in emergency situations, all maintenance shall be mutually agreed upon by COMPANY and CONTRACTOR prior to implementation.

## IV. Walkway Construction

### A. Clearing, Grubbing and Burning

1.  The road site, borrow areas and stockpile areas shall be cleared of all remaining vegetation prior to the start of construction. Unless otherwise shown on the plan, the limits of the project will extend a minimum of ten (10) feet beyond the toe of slope in fill section and/or the back-slope in cut areas. In borrow sites, all unsuitable material will be removed to prevent such unsuitable matter from becoming mixed with the construction material. Vegetation shall be placed in piles suitable for burning. Burning of vegetation piles will be coordinated with the COMPANY's Construction Manager. A "burn permit" will be obtained prior to burning by the COMPANY'S Environmental Department.

2.  The "clearing" pay item is included in the "Fixed Price". Progress payments shall be made on a percent complete basis at the rate shown in the Schedule of Values, line 1.4. Percent completed shall be mutually agreed upon by COMPANY and CONTRACTOR prior to invoice submittal.

### B. Topsoil Removal

1.  Topsoil will be removed to a minimum depth of six inches in the area of the dragline walkway, borrow areas, and spoil storage areas whenever it is encountered. No fill shall be placed on any topsoil.

2.  Topsoil will be stockpiled in windrows on each side of the dragline walkway, borrow areas and waste storage areas. Excess topsoil shall be placed in COMPANY designated piles and protected by 'v' ditch and company provided signs. Excess topsoil stockpile side-slopes must be graded to a maximum 5:1 (h:v) and must be maintained in a stable condition and shall be 100% "tracked in" perpendicular to the slope and must be maintained in a stable condition.

3.  The "topsoil strip" pay item is included in the "Fixed Price". Progress payments shall be made on a percent complete basis at the rate shown in the Schedule of Values, line 2.1. Percent completed shall be mutually agreed upon by COMPANY and CONTRACTOR prior to invoice submittal.

### C. Walkway Excavation

1.  Once topsoil is removed from the excavation and fill areas and as noted on the drawings, CONTRACTOR shall excavate the remaining material to the lines and depths shown on the project drawings. If the excavated material is deemed suitable, as per specifications in Section D, for Walkway Compacted Fill construction by the COMPANY'S Construction Manager, the material shall

C 0780562 C

be used in embankment construction as part of the dragline walkway embankment compacted fill. Material not meeting compacted fill specifications shall be hauled to a waste area as shown on the drawings. Waste stockpile side-slopes must be graded to a maximum 5:1 (h:v) and shall be 100% "tracked in" perpendicular to the slope and must be maintained in a stable condition. Unsuitable waste material will not be a pay item.

2.  Payment for "undercut and backfill" will be made on a per cubic yard basis as determined by a survey of the undercut area according to the rate shown on the Schedule of Values, line 2.4.  The CONTRACTOR shall provide adequate notice to the COMPANY's Construction Manager to schedule third party surveyors.  The undercut material shall be replaced with suitable embankment compacted fill as described above.  The cost for the backfill is included in the unit rate shown on the Schedule of Values, line 2.4.

3.  Payment for "excavation" pay item is included in the "Fixed Price".  Progress payments shall be made on a percent complete basis at the rate shown in the Schedule of Values, line 2.2.  Percent completed shall be mutually agreed upon by the COMPANY and CONTRACTOR prior to invoice submittal.

**D. Walkway Compacted Fill**

1.  The embankment shall be constructed of suitable material free of large rocks and organic matter such as roots, tree limbs, stumps, logs and other types of vegetation.

2.  The fill material will be removed from excavation or borrow areas as indicated on the construction drawings.  This material can be expected to be excavated at moisture contents from approximately two percent below to four percent above optimum value and, therefore, may require aeration or addition of moisture prior to or during placement.

3.  After removal of topsoil, the exposed roadbed fill area shall be scarified to a minimum depth of six inches.  Existing sub-grade soils shall be compacted to a minimum of 95% of the maximum density defined by ASTM D698 (Standard Proctor) while maintaining a moisture content of two percent below to optimum value.

4.  If, after removal of topsoil, the sub-grade material is deemed by the COMPANY's Construction Manager to be unsuitable to support embankment construction, the material shall be undercut and shall be hauled to the unsuitable area shown on the drawings.  Payment for this "under and subsequent backfill" shall be made on a per cubic yard basis as determined by a survey of the undercut area according to the rate shown on the Schedule of Values, line 2.4. The CONTRACTOR shall provide adequate notice to the COMPANY's Construction Manager to schedule third party surveyors. The undercut material shall be replaced with suitable embankment compacted fill as described above.

5.  Roadbed fill shall be placed in loose layers not to exceed twelve inches in thickness prior to compaction.  Compaction shall be performed before subsequent lifts are placed.  Each lift shall be placed and compacted to a minimum of 95 percent of maximum density defined by ASTM D698 (Standard Proctor) while maintaining a moisture content of two percent below to optimum value to two percent above optimum value.

6.  If in the opinion of the COMPANY's Construction Manager, the surface of the prepared foundation or the compacted surface of any layer of earth fill is too smooth to bond properly with the layer of material to be placed thereon, it shall be worked with harrow, scarifier or other suitable equipment to a sufficient depth to provide a satisfactory bonding surface before the next succeeding layer of earth fill material is placed.

7.  Payment of "walkway compacted fill" pay item is included in the "Fixed Price".  Progress payments shall be made on a percent complete basis at the rate shown in the Schedule of Values, line 2.3. Percent completed shall be mutually agreed upon by COMPANY and CONTRACTOR prior to invoice submittal.

**E. Drainage Structure Installation**

1.  CMP pipe shall be bedded in a foundation of stable earth material that has been carefully and accurately shaped to fit the lower part of the pipe exterior for at least ten- percent of its overall height.

C 0780562 C

Where the soil encountered at the established grade is unstable material, such unstable soil shall be removed to a depth not less than two feet below the established grade unless otherwise directed by the COMPANY's Construction Manager.  Excavation shall be carried at least one foot horizontally beyond the limits of the structure on all sides.  All unsuitable soil removed shall be replaced with suitable stable material, in accordance with Section D above, Walkway Compacted Fill.  Payment for this "under and subsequent backfill" shall be made on a per cubic yard basis as determined by a survey of the undercut area according to the rate shown on the Schedule of Values, line 2.4. The CONTRACTOR shall provide adequate notice to the COMPANY's Construction Manager to schedule third party surveyors. The undercut material shall be replaced with suitable embankment compacted fill as described above.

2.  The laying of pipes on the prepared foundation shall be started at the outlet end.  Proper facilities shall be provided for hoisting and lowering the sections of pipe into the trench without damaging the pipe or disturbing the prepared foundation or the sides of the trench. CONTRACTOR will comply with OSHA Subpart P, Excavations, of 29 CFR 1926.650, 1926.651, and 1926.652.

3.  After the pipe structure has been completely assembled on the proper line and grade, selected material from excavation or borrow shall be placed along both sides of the completed structure(s) equally, in uniform layers not exceeding six inches in depth (loose measurement), wetted if required and thoroughly compacted between adjacent structures and between the structures and the sides of the trench, or for a distance each side of the structure equal to the diameter of the pipe.  Backfill material shall be compacted to the same density requirement as that specified under Section D above, Walkway Compacted Fill.  Above the three-fourths point of the structure, the fill shall be placed uniformly on each side of the pipe in layers not to exceed 12 inches.  For backfilling, until a minimum cover of 12 inches is obtained, only hand operated tamping equipment will be allowed within vertical planes two feet beyond the horizontal projection of the outside surfaces of the structure.  No heavy earth moving equipment will be permitted to haul over the structure until a minimum of four feet of permanent or temporary compacted fill has been placed thereon.  Pipe damaged by the CONTRACTOR's backfilling operation shall be removed and replaced by the CONTRACTOR at no additional cost to the owner. CONTRACTOR will provide all pipe material, rip rap, fabric, and concrete/steel for sloped end treatments for project.

4.  Payment of "Structure Installation" pay item is included in the "Fixed Price".  Progress payments shall be made on a percent complete basis at the rate shown in the Schedule of Values, lines 2.5, 2.6, and 2.7.  Percent completed shall be mutually agreed upon by COMPANY and CONTRACTOR prior to invoice.

## V.  MISCELLANEOUS

A.  The CONTRACTOR shall maintain all access and haul roads necessary to perform the Work.  All roads must be watered for dust control during dry conditions by the CONTRACTOR as directed by the COMPANY's Construction Manager to maintain compliance with regulatory requirements.

B.  The CONTRACTOR shall maintain positive surface drainage to sumps at all times.  These sumps shall be setup and have access for pumps.  The sumps shall be pumped by the CONTRACTOR as directed by the Company's Construction Manager to maintain compliance with regulatory requirements and job integrity.

C.  The CONTRACTOR shall maintain all disturbed areas as directed by the Company's Construction Manager to maintain compliance with regulatory requirements to ensure that runoff from these areas is controlled in such a manner to prevent rills and gullies and reduce the amount of sediment in the drainage flow.

D.  The CONTRACTOR will be required to furnish adequate flagmen, signs, etc., required to safely handle traffic either across or along the proposed work during construction. Warning signs will be placed when traffic is required to cross under overhead power lines.

E.  Payment for the Work described in paragraphs A, B C and D above shall be included in the unit prices of Items I and II will not be considered a separate pay item.

C 0780562 C

**ATTACHMENT 20**
**SEDIMENT POND SPECIFICATIONS**

**Construction of Sediment Ponds P-1, P-2, N-2, N-3, & N-4**

**INTRODUCTION**

The project location will be Luminant Mining Company's Liberty Mine located at 12006 County Road 2144 East, Tatum, Texas 75691.

As shown on the drawings, this Work will consist of the construction of:

- **P-1 Sediment Pond**
- **P-1 Access Road Number 1**
- **P-1 Access Road Number 2**
- **P-1 Diversion Number 1**
- **P-1 Diversion Number 2**
- **P-1 Diversion Number 3**

- **P-2 Sediment Pond**
- **P-2 Access Road Number 1**
- **P-2 Access Road Number 2**
- **P-2 Terrace Number 1**
- **P-2 Terrace Number 2**

- **N-2 Sediment Pond**
- **N-2 Access Road Number 1**
- **N-2 Access Road Number 2**
- **N-2 Diversion Number 1**
- **N-2 Diversion Number 2**

- **N-3 Sediment Pond**
- **N-3 Access Road Number 1**
- **N-3 Access Road Number 2**
- **N-3 Diversion Number 1**
- **N-3 Diversion Number 2**

- **N-4 Sediment Pond**
- **N-4 Access Road Number 1**
- **N-4 Access Road Number 2**
- **N-4 Diversion Number 1**
- **N-4 Diversion Number 2**

**CONTROL OF THE WORK**

**Authority of the COMPANY**
The Work will be observed and inspected by COMPANY and performed to COMPANY's satisfaction in accordance with plans and specifications.

**Conformity with Plans and Specifications**
All Work performed and all materials furnished will be in close conformity with the lines, grades and material characteristics shown on the plans as determined by COMPANY unless COMPANY specifically reviews and accepts a deviation. The intent of the plans and specifications is to insure the quality and workmanship of the finished product so the product is adequate for its intended purpose. If CONTRACTOR believes that any part of the plans and specifications is in error or if CONTRACTOR has any suggestions to improve the plans and specifications, it is the responsibility of CONTRACTOR to bring these errors or suggestions to the attention of COMPANY.

**Surveying Control**

C 0780562 C

COMPANY will provide survey control to the construction area. All other surveying will be the responsibility of CONTRACTOR. The centerline of the embankment and the access road shall be staked by CONTRACTOR prior to construction, and this alignment checked in the field by the COMPANY'S Construction Manager. CONTRACTOR shall supply all surveying, stakes and monuments necessary to provide horizontal and vertical control throughout the construction area. CONTRACTOR shall maintain necessary records, field notes, etc. to demonstrate compliance with the plans for construction and supply these documents to the COMPANY'S Construction Manager for completion of As-Built drawings.

**Codes and Standards**

All work practices will conform to accepted good work practices and conform and adhere to all applicable MSHA and COMPANY safety regulations as well as all federal, state and local regulations. All equipment and personnel will be subject to MSHA and COMPANY inspections. CONTRACTOR will be responsible for immediate action required to correct any MSHA citation or COMPANY safety regulation violation. All appropriate safety training will be the responsibility of the CONTRACTOR. CONTRACTOR will attend Site Specific Training provided by COMPANY prior to start of any work. CONTRACTOR shall provide an MSHA surface certified supervisor and an on-shift inspection book filled out in accordance with MSHA and Luminants's safety regulations during all construction activities.

All Work will comply with provisions set forth by the Texas Commission for Environmental Quality) for the control of air pollution. The Work Site will be maintained in such a condition as to prevent the release of fugitive dust particles.

All Work will comply with provisions set forth by the Texas Commission for Environmental Quality for the regulation of solid waste.

All Work will comply with provisions set forth by the Texas Commission for Environmental Quality as well as Railroad Commission of Texas for effluent water quality.

I. **GENERAL**

The execution of this work will have to be closely coordinated with other activities ongoing in the area. There may be several active and inactive gas pipelines within or near the construction area. If the CONTRACTOR needs to cross active gas pipelines with a construction haul road, a minimum of six feet of cover must be in place over the pipeline. THE CONTRACTOR IS RESPONSIBLE FOR DETERMINING THE LOCATION AND DEPTH OF ALL PIPELINES WITHIN THE CONSTRUCTION AREA PRIOR TO COMMENCING ANY WORK. The COMPANY must be notified prior to beginning any Work in this area. At no time will an excavation be allowed within 100 feet of an active gas pipeline without the approval of the COMPANY.

A. **Mobilization**

1. CONTRACTOR must provide for movement to and from the Work area all necessary equipment, tools, and supplies to successfully complete the Work described herein.

2. CONTRACTOR must provide its own shop, office, change house, toilets, and warehouse facilities, as well as the utilities needed to function efficiently.

3. The CONTRACTOR's area shall be cleared, have topsoil removed, stockpiled, and graded by the CONTRACTOR. The CONTRACTOR will maintain access to the CONTRACTOR equipment parking area.

4. The CONTRACTOR will provide all supplies, including but not necessarily limited to, fuel, gasoline, lubricants, machinery, spare parts, and repair facilities, unless specifically indicated that COMPANY will provide. Bulk fuel storage will have required secondary containment, proper signage, and two fire extinguishers.

5. Payment shall be made on a percent completed basis in agreement with the Schedule of Values, line 1.1. Percent completed shall be mutually agreed upon by COMPANY and CONTRACTOR prior to invoice submittal.

B. **Demobilization**

C 0780562 C

1.  Before demobilization is complete, all such structures as mentioned in Section A, but not necessarily limited to these structures shall be removed and the area left in as good or better condition than was the case before mobilization.

2.  Upon completion of the Work, the CONTRACTOR shall thoroughly clean the entire project area including all parking, work or access areas, all of the CONTRACTOR's field construction buildings and facilities shall be completely removed from the site, the area shall be regraded and respread with six inches of topsoil.

3.  CONTRACTOR'S work area will be graded to provide positive drainage.

4.  Payment shall be made on a percent completed basis as shown in the Schedule of Values, Line 1.1. Demobilization shall be deemed complete only after inspection of the project area by the Company's Construction Manager. Percent completed shall be mutually agreed upon by COMPANY and CONTRACTOR prior to invoice submittal.

C.  **Site Specific Erosion Control Plan (SSECP)**

1.  Contractor must provide material and install fabric fences for the purpose of controlling erosion or downstream sediment.

2.  The materials will consist of sediment fences marketed by various vendors and shall have steel T-posts, wire backing, and ultraviolet resistant filter fabric.

3.  SSECP shall be installed as shown on the plans at the beginning of the construction disturbance. No significant work shall be started until the SWPPP is in place.

4.  Silt fence shall be installed with the tail a minimum of 6" in the ground and compacted in place to minimize undercutting. Posts shall be placed at least every 10'. Additional posts shall be installed in locations anticipated to collect heavier silt loads. Hay bales, if shown on the plans, may be installed in these areas as well. Sumps shall also be constructed in these locations and cleaned as directed by the Company's Construction Manager to minimize downstream sedimentation. Sump construction shall be considered subsidiary to Silt Fence Installation.

5.  The "initial installation" pay item is included in the "Fixed Price". Progress payments shall be made on a percent complete basis at the rate shown in the Schedule of Values, line 1.2. Percent completed shall be mutually agreed upon by COMPANY and OWNER prior to invoice submittal.

6.  Maintenance shall be performed as soon as practical after rainfall event. The maintenance pay basis is per linear foot of silt fence and sumps that are repaired, replaced and or de-silted at the rate shown in the Schedule of Values, line 1.3. De-silting must be greater than 50% to be a pay item. Except in emergency situations, all maintenance shall be mutually agreed upon by COMPANY and CONTRACTOR prior to implementation.

II.  **SEDIMENTATION POND CONSTRUCTION**

A.  **Clearing, Grubbing, and Burning**

1.  The pond site, diversion, access roads, borrow areas and waste storage areas shall be cleared of all remaining vegetation prior to the start of construction. Unless otherwise shown on the plan, the limits of the project will extend a minimum of ten (10) feet beyond the toe of slope in fill section and/or the back-slope in cut areas. In borrow sites, all unsuitable material will be removed to prevent such unsuitable matter from becoming mixed with the construction material. Vegetation shall be placed in piles suitable for burning. Burning of vegetation piles will be coordinated with the COMPANY'S Construction Manager. A "burning permit" will be obtained prior to burning by the COMPANY'S Environmental Department.

2.  The "clearing" pay item is included in the "Fixed Price". Progress payments shall be made on a percent complete basis at the rate shown in the Schedule of Values, line 1.4. Percent completed

C 0780562 C

shall be mutually agreed upon by COMPANY and CONTRACTOR prior to invoice submittal.

**B. Topsoil Removal and Stockpiling**

1.  Topsoil and other weak surface soils will be removed to a minimum depth of six inches in all areas which will be disturbed by construction activities.  Topsoil will be stockpiled in designated areas as marked on the drawings.  Topsoil stockpile side-slopes must be graded to a maximum 5:1 (h:v), shall be 100% "tracked in" perpendicular to the slope and must be maintained in a stable condition. Weak surface soils other than topsoil will be hauled to the waste area as shown on the drawings.

2.  The "Topsoil Strip" pay item is included in the "Fixed Price".  Progress payments shall be made on a percent complete basis at the rate shown in the Schedule of Values, line 2.1, 3.1, 4.1, and 5.1. Percent completed shall be mutually agreed upon by COMPANY and OWNER prior to invoice submittal.

**C. Dam Embankment Foundation Preparation and  "Key Trench"**

1.  Once topsoil, other surface soils and all organic matter are removed from the embankment construction area the CONTRACTOR shall proof-roll the area with a loaded dump truck, similar loaded vehicle or compaction type equipment. Proof-rolling shall cover the entire area of proposed construction with a minimum of two passes. Any weak areas, which yield under proof-rolling, or any areas which tend to "pump" shall be remedied by over-excavation and back-filling with approved materials or processed to add or remove moisture. Pumping sub-grades are possible in the area of the dam embankment.  The CONTRACTOR shall be responsible for digging sumps, providing pumps and constructing temporary ditches to remove excess water from the sub-grade of the embankment. The existing stream channel shall be pumped around active work areas.

2.  The inspection "key trench" shall be excavated to the approximate limit of the cutoff trench as shown on the drawings. The "key trench" shall have a minimum bottom width of twelve feet with side slopes as indicated on the drawings.  Excavated trench material will be hauled to the waste area as shown on the drawings.  The COMPANY'S Construction Manager will then inspect the trench to determine additional areas of unsuitable foundation materials.  No additional excavation will be permitted without the prior approval of the COMPANY'S Construction Manager.

3.  Dewatering of the cutoff trench will be required as necessary to ensure successful excavation, safety of CONTRACTOR's personnel, and backfilling. As a minimum, the CONTRACTOR shall maintain the water level at three (3) feet below the surface of the slopes and bottom of the cutoff trench at all times while personnel are present. Loss of completed work resulting from failure of CONTRACTOR to maintain adequate dewatering will be replaced at no additional cost to the COMPANY. Backfill of key trench will comply with Section E, Pond Embankment Compacted Fill.

4.  Payment for "dewatering", line 2.6 in the Schedule of Values is included in the "fixed Price".

5.  Payment for key trench excavation shall be made on a per cubic yard basis as determined by a survey of the excavation prior to placement of back fill material as shown in the Schedule of Values, line 2.2

6.  Payment for key trench backfill shall be made on a per cubic yard basis as determined by a survey of the embankment as shown in the Schedule of Values, line 2.3

**D. Pond Waste Excavation**

1.  Once topsoil is removed from the pond embankment, CONTRACTOR shall excavate the remaining material to the lines and depths shown on the project drawings.  If the COMPANY Construction Manager deems the excavated material unsuitable for embankment construction, the material shall be hauled to a waste area as shown on the drawings.  Waste stockpile side-slopes must be graded to a maximum 5:1 (h:v), shall be 100% "tracked in" perpendicular to the slope and must be maintained in a stable condition.

2.  Dewatering of the pond basin will be required as necessary to ensure successful excavation and the safety of CONTRACTOR's personnel. As a minimum, the CONTRACTOR shall maintain the water level so the toe of the pond basin is visible and the COMPANY'S Construction Manager can

C 0780562 C

verify that the pond has been excavated to the lines and grades shown on the plans. Loss of completed work resulting from failure of CONTRACTOR to maintain adequate dewatering will be replaced at no additional cost to the COMPANY. Payment for "dewatering" is included in the "fixed Price" line 2.6.

3.  Segregation of spoil materials will be required. Oxidized "Red Dirt" material will be stockpiled at the direction of the Company's Construction Manager in a separate stockpile for future use and shall be kept separate from the Un-Oxidized "unsuitable" material stockpile. This segregation and salvaging of materials shall be considered subsidiary to pond waste excavation. CONTRACTOR shall take necessary steps to prevent contamination of Oxidized material or loss of Oxidized material due to runoff or tracking.

4.  Payment for pond waste excavation will be made on a per cubic yard basis according to the rate shown in the Schedule of Values, line 2.4, and is included in the "fixed price". Percent completed shall be mutually agreed upon by COMPANY and CONTRACTOR prior to invoice submittal.

5.  If the excavated material is deemed suitable for embankment construction by the COMPANY'S Construction Manager, the material shall be used in embankment construction as part of the embankment compacted fill described in this Specifications, Section E, and Pond Embankment Compacted Fill.

E.  **Pond Embankment Compacted Fill**

1.  "Embankment" will consist of the placement and compactions of all materials obtained from excavation or borrow areas for use in construction of embankment areas in conformity with the grade lines shown on the plans. All embankment materials will be "Type A" unless otherwise noted on the plans. All embankments will be density controlled per ASTM D-698 Specifications (95% Standard Proctor) while maintaining moisture content of -2 to +4 percent above optimum. Prior to placing any embankment material and subsequent to "Clearing and Grubbing", the existing natural ground which is to receive embankment will be stripped to a depth of at least six (6) inches, unless topsoil was first removed from the area. Following stripping, the same area will be scarified to a depth of at least six (6) inches. Embankments will be constructed in successive level lifts not to exceed twelve (12) inches of loose thickness. CONTRACTOR shall maintain soil moisture within the designated limits until placement of the successive lift. Potential borrow areas are indicated on the drawings; however, the areas indicated may be expanded beyond the limits shown on the map to provide sufficient material for embankment construction. Borrow areas shall be cleared on an as needed basis to prevent unnecessary disturbance. The surface of the prepared foundation or the compacted surface of any layer of earth fill shall be scarified or lightly disked a minimum of two (2) inches to enable the next lift to be seamlessly incorporated therein. Optimum moisture content shall be maintained on the previous layer of fill to provide a satisfactory bonding surface before the next layer of earth fill material is placed.

All embankment material will conform to one of the following types:

**Type A** will consist of a clayey sand, clay or silty or sandy clay or other suitable materials having a Unified Soil Classification of SC, CH, CL, or MH. The embankment material will be free from vegetation or other objectionable matter, reasonably free from lumps of earth, and when tested in accordance with Test Methods Tex-104-E, Tex-105-E, and Tex-106-E, will meet the following requirements:

The liquid limit will be no less than ..................28
The plasticity index will not be less than ..........15
  Nor more than..........................................40

**Type B** will consist of suitable earth material such as loam, clay or such materials as approved by COMPANY that will form a stable embankment.

**Type C** will conform to the specification requirements shown on the plans.

Where directed by COMPANY, thicker lifts may be bladed over existing ground areas that are particularly soft or wet, a technique commonly referred to as header-banking. Layers of embankment may be formed by spreading the material as it is dumped or by blading from piles. Each lift of embankments will be uniform as to material, density, and moisture content before

C 0780562 C

beginning compaction. Each layer will be compacted until there is no evidence of further compaction or to the density shown on the plans before the next lift is applied. Any weak or soft spots encountered during construction will be repaired by CONTRACTOR in accordance with the applicable specification. Work will be performed at no additional cost to COMPANY when such a loss or damage is due to causes that are considered avoidable and are under control of CONTRACTOR.

2.   "Pond Embankment Fill" pay item is included in the "Fixed Price". Progress payments shall be made on a percent complete basis at the rate shown in the Schedule of Values, line 2.5. Percent completed shall be mutually agreed upon by COMPANY and CONTRACTOR prior to invoice submittal.

**F.   Access Road and Diversion Embankment Construction**

1.   The Roadbed and Diversion embankment shall be constructed of suitable material free of large rocks and organic matter such as roots, tree limbs, stumps, logs and other types of vegetation.

2.   The roadbed and diversion fill material will be removed from excavation areas or borrow areas as indicated on the construction drawings. This material can be expected to be excavated at moisture contents from approximately two percent below to eight percent above optimum value and, therefore, may require aeration or addition of moisture prior to or during placement.

3.   After removal of topsoil, the exposed roadbed and diversion fill area shall be scarified to a minimum depth of six inches. Existing sub-grade soils shall be compacted to a minimum of 95 percent of the maximum density defined by ASTM D698 (Standard Proctor) while maintaining a moisture content of -2 to +4 percent above optimum value prior to commencing roadbed fill.

4.   If, after removal of topsoil, the sub-grade material is deemed by COMPANY'S Construction Manager to be unsuitable to support embankment construction, the material shall be over-excavated to a minimum depth of two feet and shall be hauled to the waste area shown on the drawings. Payment for undercut/replace shall be at the unit rate specified in the Schedule of Values for Excavation and Embankment. The over excavated material shall be replaced with suitable embankment compacted fill as described above.

5.   Roadbed and diversion fill shall be placed in loose layers not to exceed twelve (12) inches in thickness prior to compaction. Compaction shall be performed before subsequent lifts are placed. Each lift shall be placed and compacted to a minimum of 95 percent of maximum density defined by ASTM D698 (Standard Proctor) while maintaining a moisture content of -2 to +4 percent above the optimum value.

6.   If in the opinion of the COMPANY'S Construction Manager, the surface of the prepared foundation or the compacted surface of any layer of earth-fill is too smooth to bond properly with the layer of material to be placed thereon, it shall be worked with harrow, scarifier, or other suitable equipment to a sufficient depth to provide a satisfactory bonding surface before the next succeeding layer of earth-fill material is placed.

7.   Access Road and Diversion Embankment pay item is included in the "Fixed Price". Progress payments shall be made on a percent complete basis at the rate shown in the Schedule of Values, line 3.3, 4.3, and 5.3. Percent completed shall be mutually agreed upon by COMPANY and CONTRACTOR prior to invoice submittal.

**G.  Diversion Excavation**

1.   Once topsoil is removed from the diversion, CONTRACTOR shall excavate the remaining material to the lines and depths shown on the project drawings. If the COMPANY'S Construction Manager deems the excavated material unsuitable for road embankment construction, the material shall be hauled to a waste area or fill-to-drain areas as shown on the drawings. Waste stockpile sideslopes must be graded to a maximum 5:1 (h:v), shall be 100% "tracked in" perpendicular to the slope and must be maintained in a stable condition. Waste will not be a pay item.

2.   If the excavated material is deemed suitable for embankment construction by the COMPANY'S Construction Manager, the material shall be used in road embankment construction and diversion

C 0780562 C

embankment construction compacted fill described in Section F, Access Road and Diversion Embankment Construction.

3. Payment for the "excavation" pay items is included in the "Fixed Price". Progress payments shall be made on a percent complete basis at the rate shown in the Schedule of Values, line 3.2, 4.2, and 5.2. Percent completed shall be mutually agreed upon by COMPANY and CONTRACTOR prior to invoice submittal.

## H. Lignite/Smut Removal

1. "Lignite and Smut Removal" will consist of the removal of any carbonaceous material encountered in excavation areas, or below the existing natural ground of embankment areas. The disposal of the carbonaceous material will be in approved stockpile areas, and, if necessary, the replacement of the carbonaceous material with properly compacted, approved material. The COMPANY'S Construction Manager will determine if the material is lignite or smut. The lignite and smut must be stockpiled separately. Carbonaceous stockpile side-slopes must be graded to a maximum 3:1 (h:v) and must be maintained in a stable condition.

2. Payment will be made on a per cubic yard basis and is included in the Pond Excavation, pay item 2.4. Percent completed shall be mutually agreed upon by COMPANY and CONTRACTOR prior to invoice submittal.

## I. Drainage Structure Installation

1. 12 Gauge Galvanized Corrugated Metal Pipe, ADS, RCP, DURAMAXX or as shown on the plans shall be bedded in a foundation of stable earth material that has been carefully and accurately shaped to fit the lower part of the pipe exterior for at least ten percent of its overall height. Where the soil encountered at the established grade is quicksand or similar unstable material, such unstable soil shall be removed to a depth not less than two feet below the established grade unless otherwise directed by the COMPANY'S Construction Manager. Excavation shall be carried at least one foot horizontally beyond the limits of the structure on all sides. No payment will be made for this waste excavation. All unstable soil removed shall be replaced with suitable stable material.

2. The laying of pipes on the prepared foundation shall be started at the outlet end. Proper facilities shall be provided for hoisting and lowering the sections of pipe into the trench without damaging the pipe or disturbing the prepared foundation or the sides of the trench. Multiple installations of l pipe shall be laid with the centerlines of individual barrels parallel. CONTRACTOR will comply with OSHA Subpart P, Excavations, of CFR 1926.650, 1926.651, 1926.652.

3. After the pipe structure has been completely assembled on the proper line and grade, selected material from excavation or borrow shall be placed along both sides of the completed structure(s) equally, in uniform layers not exceeding six inches in depth (loose measurement), wetted if required and thoroughly compacted between adjacent structures and between the structures and the sides of the trench, or for a distance each side of the structure equal to the diameter of the pipe. Backfill material shall be compacted to the same density requirement as that specified under Section E, Pond Embankment Compacted Fill. Above the three-fourths point of the structure, the fill shall be placed uniformly on each side of the pipe in layers not to exceed 12 inches. For backfilling, until a minimum cover of 12 inches is obtained, only hand operated tamping equipment will be allowed within vertical planes two feet beyond the horizontal projection of the outside surfaces of the structure. No heavy earth moving equipment will be permitted to haul over the structure until a minimum of four feet of permanent or temporary compacted fill has been placed thereon. Pipe damaged by CONTRACTOR's backfilling operation shall be removed and replaced by CONTRACTOR at no additional cost to COMPANY.

4. CONTRACTOR shall install riprap for erosion protection on the inlet and outlet portion of each pipe structure as indicated on the project drawings. Riprap shall consist of graded rock as designated by the plans and be placed on geo-textile fabric. Riprap shall be provided by CONTRACTOR.

5. Payment for pipe and riprap installation shall be on a "fixed price" basis in accordance with the rate shown on the Schedule of Values, line 3.6. Pipe and rip rap shall be provided by CONTRACTOR. Percent completed shall be mutually agreed upon by COMPANY and CONTRACTOR prior to invoice submittal.

C 0780562 C

## J.  Concrete Spillway, Inlets and Steel Structures

1. The concrete structures will consist of the forming, reinforcing, placing and finishing of any concrete and shall be installed according to project drawings.

2. Work will include but not be limited to preparation of sub-grade as required, installation of HDPE piping and valve for under-drain(s), walkway, concrete and riprap.

3. CONTRACTOR will provide all materials.  Unless otherwise shown on the plans, concrete will be a five (5) sack per CY mix with minimum twenty-eight (28) day strength of 3,000 pounds per square inch.  The consistency of the concrete should be such that voids are avoided and should allow the completion of all finishing operations without the addition of water, but the slump will be no more than five (5) inches.  The concrete temperature will be between 50° F and 90° F.  Concrete in travel way shall have rough broom finish perpendicular to travel.  Reinforcement shall be as shown on the plans.  Area downstream of spillway shall be shaped to drain to natural ground.

4. After the pipe underdrain structure has been completely assembled on the proper line and grade, selected material from excavation or borrow shall be placed along both sides of the completed structure equally, in uniform layers not exceeding six inches in depth (loose measurement), wetted if required and thoroughly compacted between the structure and the sides of the trench, or for a distance each side of the structure equal to the diameter of the pipe.  Each lift shall be placed and compacted to a minimum of 95 percent of maximum density defined by ASTM D698 (Standard Proctor) while maintaining a moisture content of -2 to +4 percent above the optimum value.  For backfilling, until a minimum cover of 12 inches is obtained, only hand operated tamping equipment will be allowed within vertical planes two feet beyond the horizontal projection of the outside surfaces of the structure.  No heavy earth moving equipment will be permitted to haul over the structure until a minimum of four feet of permanent or temporary compacted fill has been placed thereon.

5. Reinforcement in concrete structures will be placed accurately and rigidly supported.  Concrete will be placed as near its final position as possible.  The concrete will be forced under and around the reinforcement without displacing it.  The concrete will be worked and vibrated as necessary to fill all voids.  Elevations of structures will be verified by COMPANY'S Construction Manager prior to pouring concrete.  Contractor shall also provide and install v-notch weir as shown on the plans.  Weir shall be painted green with appropriate paint supplied by CONTRACTOR.  Rock rip rap will also be installed as shown on the plans.  Payment for weir and rip rap shall be considered subsidiary to concrete spillway installation.

6. The catwalk shall be new steel. The shop drawing for the steel structures must be approved by the Company's Construction Manager.  All field welds must be painted.

7. Payment for inlet, pond under-drain, anti-seep collar, valve, catwalk, spillway, wier, and rip rap shall be on a "fixed price" basis in accordance with the rate shown on the Schedule of Values, line 2.7 and 2.8.  Percent completed shall be mutually agreed upon by COMPANY and CONTRACTOR prior to invoice submittal.

## K.  Topsoil Replacement

1. CONTRACTOR shall replace topsoil on the inside and outside slopes of all embankments and any other disturbed areas as directed by the COMPANY'S Construction Manager.  Before placement of topsoil, the areas shall be scarified to eliminate slippage surfaces.  The topsoil shall be spread uniformly over the entire area to a minimum thickness of six inches.  The use of heavy equipment on the re-spread topsoil shall be kept to a minimum.  The topsoil shall be smooth and prepared for farm equipment to traverse when CONTRACTOR has completed redistribution of topsoil.

2. The "Topsoil Replacement" pay item is included in the "Fixed Price".  Progress payments shall be made on a percent complete basis at the rate shown in the Schedule of Values, line 2.10, 3.4, 4.4, and 5.4.  Percent completed shall be mutually agreed upon by COMPANY and CONTRACTOR prior to invoice submittal.

## L.  Crushed Rock Surface

*130130*

**AMENDMENT 01**

**DATED MAY 7, 2013**

**TO**

**CONTRACT FOR SERVICES**

**C 0780562 C**

**BY AND BETWEEN**

**RANGER EXCAVATING LP**

**AND**

**LUMINANT MINING COMPANY LLC**

**DATED MARCH 01, 2013**

Invoices and supporting documentation should be sent to:

   Emailed (with soft copies of invoices and supporting documentation):
   Steven.Nickman@luminant.com or Dean.Borchelt@luminant.com

OR

Mailed (with paper invoices and supporting documentation):

   Luminant Mining Company LLC
   P.O. Box 20
   Dallas, Texas 75221-0020

Company strongly encourages all suppliers to submit invoices via email rather than paper-based invoices.
Invoices received via email can be more timely compared to paper invoices received by U.S. mail.

Invoices submitted to locations other than PO Box 20, Dallas, TX 75221-0020 or AP.Invoicing@Luminant.com can result in invoices being misplaced, delayed invoice processing, and late payments.

Please submit invoices to Company within 24 to 48 hours of shipment of goods and/or delivery of services to ensure transactions are recorded in the proper accounting period.

## SALES / USE TAX

COMPANY will provide CONTRACTOR with a Texas Direct Pay Exemption Certificate which will negate the necessity of CONTRACTOR's obligation to collect Texas sales and use taxes from the COMPANY. A Luminant Mining Company LLC Texas Direct Pay Exemption Certificate Number 1-75-2967821-5 is attached and made a part of this Agreement.

All incorporated materials purchased by CONTRACTOR (or subcontractor, if applicable) which becomes part of the permanent realty of COMPANY shall be purchased on the basis of resale by CONTRACTOR.

## ATTACHMENTS

The following attachments are a part of this Amendment and will replace the Amendments in the original document:

22.  Compensation Schedule – Parts A through G


The parties have signed this Amendment acknowledging their agreement to its provisions as of the Effective Date.

| RANGER EXCAVATING LP | LUMINANT MINING COMPANY LLC |
|---|---|
| By: _____ | By: _____ |
| Signature | Signature |
| Name: Mark McKenzie | Name: Rebecca Randolph |
| Title: President | Title: Chief Procurement Specialist |
| Date: 5/26/13 | Date: May 28, 2013 |

*130130*

**AMENDMENT NO. 02**

**DATED JULY 25, 2013**

**TO**

**CONTRACT FOR SERVICES**

**LIBERTY SOUTH CONSTRUCTION PROJECTS**
**LIBERTY MINE LOCATION**

**C0780562C**

**BY AND BETWEEN**

**RANGER EXCAVATING LP**

**AND**

**LUMINANT MINING COMPANY LLC**

**DATED MARCH 1, 2013**

Contract No. C0780562C

## AMENDMENT NO. 02

**EFFECTIVE DATE**

The Effective Date of this Amendment is July 12, 2013.

**PURPOSE**

This Amendment modifies, alters or changes specific terms and conditions of Contract No. C0780562C ("Agreement") that exists between the parties hereto.  Except as modified in this Amendment or previous amendments, the Agreement will remain in full force and effect.

**MODIFICATIONS**

The Agreement is modified as follows:

**TERM**

The term of the Agreement is extended through August 31, 2014.

**SCOPE OF WORK**

CONTRACTOR will complete DL Walkway from approx. Sta 49+00 to Sta. 179 +48 in 2013 and demobilize on or about November 30, 2013.  The remainder scope as defined in the original contract C0780562C (this portion includes the ML creek bottom and all culvert installation) will be completed after remobilization on or about March 1, 2014.

**COMPENSATION** (for scope added in this amendment)

As full compensation for all Work to be performed hereunder, COMPANY will pay CONTRACTOR the total fixed price of $56,180.75 upon satisfactory completion of the Work and acceptance by COMPANY's Contract Coordinator.

| BID ITEM | DESCRIPTION | UNIT | QUANTITY | NEW UNIT | NEW TOTAL |
|---|---|---|---|---|---|
| 1 | MOB - D10/385 | EA | 1 | $ 3,500.00 | $ 3,500.00 |
| 2 | MOB - 631/AT | EA | 6 | $ 2,750.00 | $ 16,500.00 |
| 3 | MOB - D8/815 | EA | 4 | $ 2,350.00 | $ 9,400.00 |
| 4 | MOB - MEDIUM | EA | 4 | $ 1,600.00 | $ 6,400.00 |
| 5 | MOB - SMALL | EA | 4 | $ 650.00 | $ 2,600.00 |
| 6 | LAYOUT | MO | 1.0 | $ 4,000.00 | $ 4,000.00 |
| 7 | SOILS QC | MO | 1.0 | $ 1,500.00 | $ 1,500.00 |
| 8 | FOREMAN/SUPERVISION | MO | 1.0 | $ 9,478.75 | $ 9,478.75 |
| 9 | CONST WATER TOWER/PUMP | MO | 1.0 | $ 2,802.00 | $ 2,802.00 |
|  | TOTAL |  |  |  | $ 56,180.75 |

The new total fixed price of the Agreement is $9,644,828.75.

Contract No. C0780562C

Ten percent (10%) retainage withheld by COMPANY for work completed prior to demobilization will be released after completion of such work provided all other terms and conditions of the original contract have been met. Any work completed after remobilization is subject to the terms and conditions of the original contract.

The parties have signed this Amendment acknowledging their agreement to its provisions as of the Effective Date.

| Ranger Excavating LP | | Luminant Mining Company LLC | |
|---|---|---|---|
| By: | | By: | *Randy Randolph* |
| | Signature | | Signature |
| Name: | Will Lyons | Name: | Randy Randolph |
| Title: | Vice President | Title: | Sr. Procurement Specialist |
| Date: | 8/6/13 | Date: | August 07, 2013 |

130130

**AMENDMENT NO. 04**

**DATED SEPTEMBER 25, 2013**

**TO**

**CONTRACT FOR SERVICES**

**LIBERTY SOUTH CONSTRUCTION PROJECTS**
**LIBERTY MINE**

**C0780562C**

**BY AND BETWEEN**

**RANGER EXCAVATING LP**

**AND**

**LUMINANT MINING COMPANY LLC**

**DATED MARCH 1, 2013**

Contract No. C0780563C

**AMENDMENT NO. 04**

**EFFECTIVE DATE**

The Effective Date of this Amendment is September 25, 2013.

**PURPOSE**

This Amendment modifies, alters or changes specific terms and conditions of Contract No. C0780562C ("Agreement") that exists between the parties hereto.  Except as modified in this Amendment or previous amendments, the Agreement will remain in full force and effect.

**MODIFICATIONS**

The Agreement is modified as follows:

   **SCOPE OF WORK**

   The following scopes of work are incorporated into this Agreement.

   "Extra Work Order Number 0002":

         Remove 11,000 CY's of Excavation @ $2.00/CY
         Remove 249,000 CY's of Embankment @ $3.00/CY
         Replace with 41,900 CY's of Excavation @ $2.00/CY
         Replace with 124,000 CY's of Embankment Spcl @ $3.95/CY

   "Extra Work Order Number 0003":

         Undercut and Backfill - #01A – sta. 122+00 (789 CY's @ $3.00/CY)
         Undercut and Backfill - #01A – sta. 112+00 (3,580 CY's @ $3.00/CY)
         Undercut and Backfill - #01A – sta. 55+00 (1,461 CY's @ $3.00/CY)
         Undercut and Backfill - #01A – sta. 31+00 (4,280 CY's @ $3.00/CY)

   "Extra Work Order Number 0004":

         N-2 Key Trench Excavation (Remove 1,422 CY's @ $5.00/CY)
         N-2 Key Trench Embankment (Remove 1,422 CY's @ $8.00/CY)
         N-2 Key Trench Excavation (Replace with 5,866 CY's @ $3.50/CY)
         N-2 Key Trench Embankment (Remove 5,866 CY's @ $6.00/CY)
         N-2 Remove Coffer Dams (Sheet Piling) (225 LF @ $120/LF)

         N-3 Key Trench Excavation (Remove 1,083 CY's @ $5.00/CY)
         N-3 Key Trench Embankment (Remove 1,083 CY's @ $8.00/CY)

         N-4 Key Trench Excavation (Remove 1,185 CY's @ $5.00/CY)
         N-4 Key Trench Embankment (Remove 1,185 CY's @ $8.00/CY)
         N-4 Key Trench Excavation (Replace with 1,800 CY's @ $5.00/CY)
         N-4 Key Trench Embankment (Replace with 1,800 CY's @ $8.00/CY)

Contract No. C0780563C

## COMPENSATION

As full compensation for the satisfactory performance by CONTRACTOR of the work added by the Extra Work Orders, COMPANY will compensate CONTRACTOR in accordance with the prices shown below.

"Extra Work Order Number 0002": -$195,400.00
"Extra Work Order Number 0003": $30,330.00
"Extra Work Order Number 0004": $4,341.70

The new total price of the Agreement should not exceed $9,484,100.70

## ATTACHMENTS

The following attachments are a part of this Amendment:

1.  "Extra Work Order Number 0002"
2.  "Extra Work Order Number 0003"
3.  "Extra Work Order Number 0004"

The parties have signed this Amendment acknowledging their agreement to its provisions as of the Effective Date.

| Ranger Excavating LP | | Luminant Mining Company LLC | |
|---|---|---|---|
| By: | | By: | |
| | Signature | | Signature |
| Name: | WILLIAMS | Name: | D Frank Stonger |
| Title: | VICE PRESIDENT | Title: | Const. Mgr. |
| Date: | 9/30/13 | Date: | 10/7/13 |

## Luminant Mining Company LLC

### EXTRA WORK/CHANGE ORDER #2

| CONTRACTOR: Ranger Excavating LP | DATE: 8-2-13 |
| --- | --- |
| | C.O. NUMBER: 0002 |
| PROJECT: Liberty Walkway | CONTRACT # C0780562C |
| Liberty ▓▓ 63310L01 | WA NO: |

EXCEPT AS OTHERWISE EXPRESSLY PROVIDED HEREIN CONTRACTOR HEREBY AGREES TO PERFORM THE BELOW DESCRIBED WORK IN ACCORDANCE WITH ALL OF THE TERMS AND CONDITIONS OF THE CONTRACT REFERENCED ABOVE CONTRACTOR'S INVOICES MUST SHOW CHARGES FOR THIS WORK SEPARATELY IDENTIFIED BY BOTH THE EXTRA WORK ORDER NUMBER AND CONTRACT NUMBER EXCEPT AS HEREIN SPECIFICALLY CHANGED THE AFORESAID CONTRACT WILL REMAIN IN FULL FORCE AND EFFECT ACCORDING TO ITS TERMS

| ITEM | UNITS | WORK DESCRIPTION | TOTAL AMOUNT |
| --- | --- | --- | --- |
| 2.2 | CY | Remove 11,000 CY's of excavation @ $2.00/cy | -$22,000.00 |
| 2.3 | CY | Remove 249,000 CY's of embankment @ $3.00/cy | - $747,000.00 |
| 2.2 | CY | Replace with 41,900 CY's of Excavation @ $2.00/cy | $83,800.00 |
| 2.3A | CY | Replace with 124,000 CY's of Embankment Spcl @ $3.95/cy | $489,800.00 |
| | | Net Deduction of $195,400 | |
| | | | |
| | | | |
| | | | |
| | | Total | -$195,400.00 |

Performance of this work must begin on _____ and be completed no later than _____

COMMENTS  *The "bids" were received based on plant profile provided by Engr. Resources if an optimized design. This was in conflict with the RCT approved design that was accomplished by J&P. Utilizing the J&P design resulted in reduction of quantities noted above.*

| CONTRACTOR | COMPANY | CONTRACT SERVICES |
| --- | --- | --- |
| | Project Rep | CONTRACT ADMINISTRATOR |
| Signature | 6 Lee Teter | |
| Title  V.Co President | Project Manager 8/6/13 | |
| Date  8/6/13 | Final Approval  8/6/13 | |



## CHANGE ORDER REQUEST

August 2, 2013

To:      Clint Roberts
          Luminant                        Fax:

From:    Will Lyons

RE:       LIBERTY Mine - South

SUBJECT:  Dragline Walk - Revised Profile - March 2013

Clint,

The dragline walk profile was modified which resulted in some more cut and less fill.

The total area of earthwork for the dragline walk has not changed. There are several subsidiary items to excavation and embankment whose costs are driven by the area worked and not volume cut and filled. The two primary items are the prepping of the subgrade and moisture conditioning after stripping and prior to receiving fill as well as finishing the dragline walk roadbed and ditches to tolerance and final densities after cutting and filling.

Below is the cost impact of the revised profile:

| | | | | |
|---|---|---|---|---|
| 2.2 | (11,000 CY) | Excavation | $2.00 per CY | ($22,000.00) |
| 2.3 | (249,000 CY) | Embankment | $3.00 per CY | ($747,000.00) |
| | | | | ($769,000.00) |
| | | | | |
| 2.2 | 41,900 CY | Excavation | $2.00 per CY | $83,800.00 |
| 2.3A | 124,000 CY | Embankment Spcl | $3.95 per CY | $489,800.00 |
| | | | | $573,600.00 |

Total Net Change                                  ($195,400.00)

Sincerely,

Will Lyons
Ranger Excavating

# Luminant Mining Company LLC

## EXTRA WORK/CHANGE ORDER #3

| CONTRACTOR: Ranger Excavating LP | DATE: 9-19-13 |
| --- | --- |
| | C.O. NUMBER: 0003 |
| PROJECT: Liberty Haul Road | CONTRACT #: C07800582C |
| Loany Pond: 65310L03 | WA NO |

EXCEPT AS OTHERWISE EXPRESSLY PROVIDED HEREIN, CONTRACTOR HEREBY AGREES TO PERFORM THE BELOW DESCRIBED WORK IN ACCORDANCE WITH ALL OF THE TERMS AND CONDITIONS OF THE CONTRACT REFERENCED ABOVE. CONTRACTOR'S INVOICES MUST SHOW CHARGES FOR THIS WORK SEPARATELY IDENTIFIED BY BOTH THE EXTRA WORK ORDER NUMBER AND CONTRACT NUMBER EXCEPT AS HEREIN SPECIFICALLY CHANGED. THE AFORESAID CONTRACT WILL REMAIN IN FULL FORCE AND EFFECT ACCORDING TO ITS TERMS.

| ITEM | UNITS | WORK DESCRIPTION | TOTAL AMOUNT |
| --- | --- | --- | --- |
| 2.5 | CY | Undercut & Backfil - #01A - sta. 122+00 (789 cy's @ $3.00/cy) | $2,367.00 |
| 2.5 | CY | Undercut & Backfil - #01A - sta. 112+00 (3,580 cy's @ $3.00/cy) | $10,740.00 |
| 2.5 | CY | Undercut & Backfil - #01A - sta. 55+00 (1,461 cy's @ $3.00/cy) | $4,383.00 |
| 2.5 | CY | Undercut & Backfill - #01A - sta. 31+00 (4,280 cy's @ $3.00/cy) | $12,840.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Total | $30,330.00 |

Performance of this work must begin on _____ and be completed no later than _____

COMMENTS

Basis for unit rate is derived from Schedule of Values bid item 2.5. Additional survey information is included in attachment as basis for CY determination.

| CONTRACTOR | COMPANY | CONTRACT SERVICES |
| --- | --- | --- |
| Signature | 8/12/13 | CONTRACT ADMINISTRATOR |
| Bobbie Holubec, Vice President operations | Project Manager | |
| Title VP of Ranger Excavating, L.P. | Final Approval | |
| Date 9-23-13 | 9/25/13 | |



CHANGE ORDER REQUEST

August 5, 2011

To:        Chad Robert/Lieutenant
From:      Will Lyons
RE:        LIBERTY Mine - South
SUBJECT:   Undercuts Haul Road                                    Fax

Chad,

Below is a summary of the undercuts for the haul road.

Sincerely,

Will Lyons
Ranger Excavating





# Luminant Mining Company LLC

## EXTRA WORK/CHANGE ORDER #4

| | |
|---|---|
| CONTRACTOR: Bangal Excavating LP | DATE: 6-19-13 |
| | C.O. NUMBER: 0004 |
| PROJECT: Liberty Mine | CONTRACT #: C0780569L |
| Liberty Mines 87110U59 | W# NO: |

EXCEPT AS OTHERWISE EXPRESSLY PROVIDED HEREIN, CONTRACTOR HEREBY AGREES TO PERFORM THE BELOW DESCRIBED WORK IN ACCORDANCE WITH ALL OF THE TERMS AND CONDITIONS OF THE CONTRACT REFERENCED ABOVE. CONTRACTOR'S INVOICES MUST SHOW CHARGES FOR THIS WORK SEPARATELY IDENTIFIED BY BOTH THE EXTRA WORK ORDER NUMBER AND CONTRACT NUMBER EXCEPT AS HEREIN SPECIFICALLY CHANGED. THE AFORESAID CONTRACT WILL REMAIN IN FULL FORCE AND EFFECT ACCORDING TO ITS TERMS.

| ITEM | UNITS | WORK DESCRIPTION | TOTAL AMOUNT |
|---|---|---|---|
| 2.2 | CY | N-2 Key Trench Excavation (Remove 1,422 cy's @ $5.00/cy) | -$7,111.11 |
| 2.3 | CY | N-2 Key Trench Embankment (Remove 1,422 cy's @ $8.00/cy) | $11,377.76 |
| 2.2 | CY | N-2 Key Trench Excavation (Replace with 5,886 cy's @ $3.50/cy) | $20,601.00 |
| 2.3 | CY | N-2 Key Trench Embankment (Replace with 5,886 cy's @ $6.00/cy) | $35,316.00 |
| 2.10 | CY | N-2 Remove Coffer Dams (Sheet Piling) (325 lf @ $120/LF) | -$27,000.00 |
| 2.2 | CY | N-3 Key Trench Excavation (Remove 1,083 cy's @ $5.00/cy) | $5,415.00 |
| 2.3 | CY | N-3 Key Trench Embankment (Remove 1,083 cy's @ $8.00/cy) | $8,664.00 |
| 2.2 | CY | N-4 Key Trench Excavation (Remove 1,185 cy's @ $5.00/cy) | -$5,925.93 |
| 2.3 | CY | N-4 Key Trench Embankment (Remove 1,185 cy's @ $8.00/cy) | $9,481.48 |
| 2.2 | CY | N-4 Key Trench Excavation (Replace with 1,800 cy's @ $5.00/cy) | $9,000.00 |
| 2.3 | CY | N-4 Key Trench Embankment (Replace with 1,800 cy's @ $8.00/cy) | $14,400.00 |
| | | TOTAL | $6,341.70 |

Performance of this work shall commence _____ and be completed no later than _____

Notes:

N-2 – Design drawings state that if silt or sandy soils are encountered under embankment they must be removed. Due to increase in volumes of earthwork a lower unit rate was established and applied.
N-3 – Due to final pond discharge elevation engineer determined that a key way was not required.
N-4 – Design drawings state that if silt or sandy soils are encountered under embankment they must be removed. This was encountered under N-4 and has been removed.

| CONTRACTOR | COMPANY | CONTRACT SERVICES |
|---|---|---|
| | | CONTRACT ADMINISTRATOR |



September 19, 2013

| To: | Clint Robert/Luminant | Fax |
| From: | Will Lyon | |
| RE: | LIBERTY Mine - South | |
| SUBJECT | Pond Key Way Over Excavation | |

Clint,

Below is a summary of the overexcavation of N-2 keyway that was required per your direction. Due to the size of the undercuts at N-2 pond, we have agreed to a unit price adjustment. Also included is the elimination of Coffer Dams from the SOV due to lake level.

### N-2 Sedimentation Pond

| Item | Description | Unit | Owner's Estimated Quantity | Contractor's Estimated Quantity | MATERIAL | | LABOR | | TOTAL |
| | | | | | UNIT COST | SUB-TOTAL | UNIT COST | SUB-TOTAL | |
|---|---|---|---|---|---|---|---|---|---|
| 2.2 | Key Trench Excavation | CY | 1,422 | -1,422 | | $0.00 | $5.30 | -$3,111.11 | -$7,911.71 |
| 2.3 | Key Trench Backfill | CY | 1,422 | -1,422 | | $0.00 | $8.00 | -$11,377.78 | -$11,377.78 |
| 2.2 | Key Trench Excavation | CY | 5,886 | 5,886 | | $0.00 | $3.50 | $20,601.00 | $20,601.00 |
| 2.3 | Key Trench Backfill | CY | 5,886 | -5,886 | | $0.00 | $6.00 | $35,316.00 | $35,316.00 |
| 2.10 | Coffer Dams (Sheet Piling) | LF | -225 | -225 | $56.00 | $12,600.00 | $64.00 | -$16,400.00 | -$67,000.00 |

$10,428.11

Below is a summary of the removal of the key way excavation and embankment from N-3 Pond.

### N-3 Sedimentation Pond

| Item | Description | Unit | Owner's Estimated Quantity | Contractor's Estimated Quantity | MATERIAL | | LABOR | | TOTAL |
| | | | | | UNIT COST | SUB-TOTAL | UNIT COST | SUB-TOTAL | |
|---|---|---|---|---|---|---|---|---|---|
| 2.2 | Key Trench Excavation | CY | -1,083 | 1,083 | | $0.00 | $5.00 | -$5,415.00 | -$5,415.00 |
| 2.3 | Key Trench Backfill | CY | 1,083 | -1,083 | | $0.00 | $8.00 | -$8,664.00 | -$8,664.00 |

$14,079.00

Below is a summary of the Improvements of Phil 2 activity that was required per our direction.

| Item | Description | Unit | Owner's Estimated Quantity | Contractor's Estimated Quantity | MATERIAL | | LABOR | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | UNIT COST | SUB-TOTAL | UNIT COST | SUB-TOTAL | |
| 2.7 | Key Trench Excavation | CY | 1,165 | 1,165 | | $0.00 | $5.00 | $5,825.85 | $5,825.85 |
| 2.8 | Key Trench Backfill | CY | 1,085 | 1,085 | | $0.00 | $8.00 | $8,681.45 | $8,681.45 |
| 2.9 | Key Trench Excavation | CY | 1,333 | 1,800 | | $0.00 | $5.00 | $9,000.00 | $9,000.00 |
| 3.1 | Key Trench Backfill | CY | 1,800 | 1,800 | | $0.00 | $8.00 | $14,400.00 | $14,400.00 |

Sincerely,

Will Lyons
Ranger Excavating



Exhibit F

## <u>Notice of Completion and Final Acceptance</u>

| Contractor | RANGER EXCAVATING, L.P. |
|---|---|
| Owner | LUMINANT MINING COMPANY, LLC |
| Project | LIBERTY SOUTH CONSTRUCTION PROJECTS<br>LIBERTY MINE |

**Contractor Representative:**
Name: MARK MCKENZIE
Cell: 512-695-7602
Email: MARK.MCKENZIE@RANGEREXCAVATING.COM

**Owner Representative:**
Name: MIKE NUTT
Cell: 903-371-2009
Email: MNUTT@LUMINANT.COM

**Project Description:**
EXCAVATION, SITE WORK

Work is accepted by Owner as final and complete:   [ X ] YES      [ ] NO (Critical Defects Remain)

**Comments:**
WORK COMPLETED AS PER
CONTRACT REQUIREMENTS.

Work is (accepted)/rejected as follows: (also see attached punchlist or list of critical defects)

**Comments:**  *Contractor is hereby instructed to submit a correction and completion scheduled immediately.*

NO PUNCHLIST. WORK ACCEPTED "AS IS".

*The undersigned customer representative acknowledges that the above described equipment furnished and installed by Contractor meets the contract specifications regarding materials, workmanship and performance as indicated. This Notice of Final Acceptance constitutes assumption of care, custody, and control for the portion of work specified above. This notice does not relieve the Contractor of any responsibilities surviving the completion and acceptance of the work (i.e. warranty, confidentiality, service obligations, etc.) as specified in the contract terms*

Owner Representative Signature _____   Date  5/2/14

Print Name  MICHAEL G NUTT    Title  PROJECT MGR, SR.

Contractor Representative Signature _____   Date  4.29.14

Print Name        Title _____

EXHIBIT  F

## STEPHEN SAKONCHICK II, P.C.

6502 Canon Wren Drive
Austin, Texas 78746

-----

Telephone (512) 329-0375
Facsimile (512) 329-0376 *697-2859*
email sakon@flash.net

Dear Sir or Madame:

Please file the enclosed original and return a file stamped Copy in
the enclosed self addressed stamped envelope.  *of the first
2 pages*

        Thank you for your attention to this matter

                        Stephen Sakonchick, II
                        SBN 17525500

