Exhibit B

## APPLICATION FOR PAYMENT

| | | | |
|---|---|---|---|
| **Date:** | July 31, 2014 | | |
| **Project:** | Luminant Sandow AX Landfill Cell 1 | **CONTRACT #:** A1893710 | |
| **Contractor:** | Ranger Excavating, LP<br>5222 Thunder Creek Rd Suite B1<br>Austin, Texas 78759 | **Owner:** | Luminant<br>Lincoln Plaza 500 N. Akard<br>Dallas, TX 75201 |

| | | | | |
|---|---|---|---|---|
| **Monthly Estimate No.:** | #11 | **Estimate Period:** | | 9/1/2013-7/31/2014 |
| **Contract Amount:** | $3,345,300.00 | **Contract Date:** | | 12/1/2012 |
| **Plus Approved Change Orders:** | $99,496.20 | **Start Date:** | | TBD |
| **Total Contract Amount:** | $3,444,796.20 | **Contract Time:** | 275 | Days |
| **Amount Placed-To-Date:** | $3,451,355.80 | **Plus Approved Time Extensions:** | 0 | Days |
| **Material on Hand but Not In-Place:** | $0.00 | **Total Contract Time:** | 275 | Days |
| **Total:** | $3,451,355.80 | **Original Substantial Completion Date:** | | 9/2/2013 |
| **Less 10% Retainage** | $0.00 | **Original Final Completion Date:** | | 9/2/2013 |
| **Balance:** | $3,451,355.80 | **Revised Final Completion Date:** | | 9/2/2013 |
| **Less Amounts on Previous Estimates:** | $3,409,555.80 | **Days to Date:** | 0 Days | |
| | | **Percent Time Used:** | | 0.0% |
| **TOTAL AMOUNT DUE THIS ESTIMATE:** | $41,800.00 | **Percent Complete:** | | 100.00% |

**SUBMITTED BY:**

Ranger Excavating LP

_[signature]_      7/17/2014
Nathan Ziehr        Date
Project Manager

**RECOMMENDED FOR APPROVAL:**

Pastor, Behling & Wheeler, LLC

_[signature]_      07/17/14
Patrick J. Behling, P.E.    Date
Project Manager & Engineer

**APPROVED:**

Luminant

_____    _____
Jacob Gonzales                    Date
Contract Coordinator

Luminant

_____    _____
Mark Jenkins                      Date
Contract Administrator

# CONTINUATION SHEET

CONTINUATION S.Ranger Excavating, L.P.
AIA DOCUMENT G703 AMENDED
APPLICATION AND CERTIFICATION FOR PAYMENT

AIA DOCUMENT G703    Page 1 of 2

Job Name: Luminant Sandow AX Landfill Cell 1

APPLICATION NO: #11
APPLICATION DATE: 7.31.2014
PERIOD TO: 07/2013-7/31/2014

| A | B | C | D | | E | F | G | | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | | QTY & UNIT | | UNIT PRICE | SCHEDULED VALUE | PREVIOUS QTY | WORK COMPLETED QTY THIS PERIOD | TOTAL THIS PERIOD | % THIS PERIOD | TOTAL COMPLETED TO DATE | % TO DATE | BALANCE REMAINING |
| | | UNIT | QUANTITY | | | | | | | | | | |
| A | Mobilization | LS | 1 | $ | 120,000.00 | $ 120,000.00 | 1.00 | | $ - | 0% | $ 120,000.00 | 100% | $0 |
| | TOTAL | | | | | | | | | | | | |
| B | Site Preparation | LS | 1 | $ | 50,000.00 | $ 50,000.00 | 1.00 | | $ - | 0% | $ 50,000.00 | 100% | $0 |
| | TOTAL | | | | | | | | | | | | |
| | **Foundation Soil** | | | | | | | | | | | | |
| C1 | Excavation | CY | 430,000 | $ | 1.75 | $ 752,500.00 | 444,674.00 | | $ - | 0% | $ 778,179.50 | 103% | $0 |
| | TOTAL (Labor & Equipment Only) | | | | | | | | | | | | |
| C2 | Foundation Soil Grading | CY | 185,000 | $ | 0.75 | $ 138,750.00 | 171,213.00 | | $ - | 0% | $ 128,409.75 | 93% | $0 |
| | TOTAL (Labor & Equipment Only) | | | | | | | | | | | | |
| C3 | Stockpiling of Excess Foundation Soil | CY | 60,000 | $ | 0.85 | $ 51,000.00 | 66,227.00 | | $ - | 0% | $ 57,992.95 | 114% | $0 |
| | TOTAL (Labor & Equipment Only) | | | | | | | | | | | | |
| | **Perimeter Dike Construction** | | | | | | | | | | | | |
| D1 | Earthwork and Grading | CY | 70,000 | $ | 1.00 | $ 70,000.00 | 57,108.00 | | $ - | 0% | $ 57,108.00 | 82% | $0 |
| | TOTAL (Labor & Equipment Only) | | | | | | | | | | | | |
| D2 | Roadbase Placement | | | | | | | | | | | | |
| | Material | SY | 8,000 | $ | 2.00 | $ 16,000.00 | 8,411.00 | | | | | | |
| | Labor & Equipment | SY | 8,000 | $ | 7.25 | $ 58,000.00 | 8,411.00 | | | | | | |
| | TOTAL | | | $ | 9.25 | $ 74,000.00 | | | $ - | 0% | $ 77,801.75 | 105% | $0 |
| | **Vegetative Soil Placement** | | | | | | | | | | | | |
| E | Vegetative Soil Placement | CY | 10,000 | $ | 3.00 | $ 30,000.00 | 28,665.00 | | $ - | 0% | $ 85,995.00 | 287% | $0 |
| | TOTAL (Labor & Equipment Only) | | | | | | | | | | | | |
| | **Vegetation Establishment** | | | | | | | | | | | | |
| F1 | Vegetation – Flat Surfaces and Slopes Less Than 4:1 | | | | | | | | | | | | |
| | Material | AC | 5 | $ | 758.00 | $ 3,790.00 | | (5.00) | | | | | |
| | Labor & Equipment | AC | 5 | $ | 1,742.00 | $ 8,710.00 | | (5.00) | | | | | |
| | TOTAL | | | $ | 2,500.00 | $ 12,500.00 | | | $ (12,500.00) | -100% | $ (12,500.00) | -100% | $0 |
| F2 | Vegetation – Slopes Greater Than or Equal to 4:1 | | | | | | | | | | | | |
| | Material | AC | 5 | $ | 2,800.00 | $ 14,000.00 | | 7.24 | | | | | |
| | Labor & Equipment | AC | 5 | $ | 4,700.00 | $ 23,500.00 | | 7.24 | | | | | |
| | TOTAL | | | $ | 7,500.00 | $ 37,500.00 | | | $ 54,300.00 | 145% | $ 54,300.00 | 145% | $0 |
| | **Access Ramp Construction** | | | | | | | | | | | | |
| G1 | Earthwork and Grading | CY | 25,000 | $ | 0.90 | $ 22,500.00 | 25,000.00 | | $ - | 0% | $ 22,500.00 | 100% | $0 |
| | TOTAL (Labor & Equipment Only) | | | | | | | | | | | | |
| G2 | Roadbase Placement | | | | | | | | | | | | |
| | Material | SY | 3,000 | $ | 2.00 | $ 6,000.00 | 2,975.00 | | | | | | |
| | Labor & Equipment | SY | 3,000 | $ | 7.25 | $ 21,750.00 | 2,975.00 | | | | | | |
| | TOTAL | | | $ | 9.25 | $ 27,750.00 | | | $ - | 0% | $ 27,518.75 | 99% | $0 |
| G3 | Culvert Crossing | | | | | | | | | | | | |
| | Material | LS | 1 | $ | 10,000.00 | $ 10,000.00 | 1.00 | | | | | | |
| | Labor & Equipment | LS | 1 | $ | 15,000.00 | $ 15,000.00 | 1.00 | | | | | | |
| | TOTAL | | | $ | 25,000.00 | $ 25,000.00 | | | $ - | 0% | $ 25,000.00 | 100% | $0 |
| | **Liner System** | | | | | | | | | | | | |
| H1 | Liner Subgrade | CY | 120,000 | $ | 2.10 | $ 252,000.00 | 120,921.00 | | $ - | 0% | $ 253,934.10 | 101% | $0 |
| | TOTAL (Labor & Equipment Only) | | | | | | | | | | | | |
| H2 | GSGCL – Flat Surfaces and Slopes Less Than 4:1 | | | | | | | | | | | | |
| | Material | SF | 1,500,000 | $ | 0.75 | $ 1,125,000.00 | 1,422,613.00 | | | | | | |
| | Labor & Equipment | SF | 1,500,000 | $ | 0.05 | $ 75,000.00 | 1,422,613.00 | | | | | | |
| | TOTAL | | | $ | 0.80 | $ 1,200,000.00 | | | $ - | 0% | $ 1,138,060.40 | 95% | $0 |
| H3 | GSGCL – Slopes Greater Than or Equal to 4:1 | | | | | | | | | | | | |
| | Material | SF | 70,000 | $ | 0.95 | $ 66,500.00 | 71,545.00 | | | | | | |
| | Labor & Equipment | SF | 70,000 | $ | 0.05 | $ 3,500.00 | 71,545.00 | | | | | | |
| | TOTAL | | | $ | 1.00 | $ 70,000.00 | | | $ - | 0% | $ 71,545.00 | 102% | $0 |
| H4 | Anchor Trench Excavation and Backfill | | | | | | | | | | | | |

# CONTINUATION SHEET

AIA DOCUMENT G703    Page 2 of 2

CONTINUATION: Ranger Excavating, L.P.
AIA DOCUMENT G703 AMENDED
APPLICATION AND CERTIFICATION FOR PAYMENT

Job Name: Luminant Sandow AXI Landfill Cell 1

APPLICATION NO: #11
APPLICATION DATE: 7/31/2014
PERIOD TO: 8/1/2013-7/31/2014

| A | B | C | D | | E | F | G | WORK COMPLETED | | | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | | DESCRIPTION OF WORK | QTY & UNIT | | UNIT PRICE | SCHEDULED VALUE | PREVIOUS QTY | QTY THIS PERIOD | TOTAL THIS PERIOD | % THIS PERIOD | TOTAL COMPLETED TO DATE | % TO DATE | BALANCE REMAINING |
| | | | QUANTITY | UNIT | | | | | | | | | |
| | | TOTAL (Labor & Equipment Only) | 2,200 | LF | $ 3.00 | $ 6,600.00 | 2,694.00 | | $ - | 0% | $ 8,082.00 | 122% | $0 |
| H | | Temporary Drive and Future GSGCL Tie-in | | | | | | | | | | | |
| | | Material | 3,400 | LF | $ 30.00 | $ 102,000.00 | 3,035.00 | | | | | | |
| | | Labor & Equipment | 3,400 | LF | $ 18.00 | $ 61,200.00 | 3,035.00 | | | | | | |
| | | TOTAL | | | $ 48.00 | $ 163,200.00 | | | $ - | 0% | $ 145,680.00 | 89% | $0 |
| | | Protective Soil Placement | | | | | | | | | | | |
| I | | Protective Soil Placement | 80,000 | CY | $ 2.40 | $ 192,000.00 | 88,426.00 | - | $ - | 0% | $ 212,222.40 | 111% | $0 |
| J | | Demobilization and Site Decommissioning | | | | | | | | | | | |
| | | TOTAL (Labor & Equipment Only) | 1 | LS | $ 5,000.00 | $ 5,000.00 | 1.00 | - | $ - | 0% | $ 5,000.00 | 100% | $0 |
| X | | Payment and Performance Bond | | | | | | | | | | | |
| | | TOTAL | 1 | LS | $ 45,000.00 | $ 45,000.00 | 1.00 | - | $ - | 0% | $ 45,000.00 | 100% | $0 |
| | | COm001 - T&M - Demucking of Unsuitable Material | 1 | LS | $ 9,005.00 | $ 9,005.00 | 1.00 | - | $ - | 0% | $ 9,005.00 | 100% | $0 |
| | | COm002 - Clay Borrow | 1 | LS | $ 90,491.20 | $ 90,491.20 | 1.00 | - | $ - | 0% | $ 90,491.20 | 100% | $0 |
| | | | | | TOTAL | $3,444,790.20 | | | $41,800.00 | 1% | $3,451,355.80 | 100.00% | |

APPLICATION FOR PAYMENT

| | | | |
|---|---|---|---|
| **Date:** | July 31, 2014 | | |
| **Project:** | Luminant Sandow AX Haul Road | **CONTRACT #:** A1893758 | |
| **Contractor:** | Ranger Excavating, LP<br>5222 Thunder Creek Rd Suite B1<br>Austin, Texas 78759 | **Owner:** | Luminant<br>Lincoln Plaza 500 N. Akard<br>Dallas, TX 75201 |

| | | | | |
|---|---|---|---|---|
| **Monthly Estimate No.:** | #8 | **Estimate Period:** | | 9/1/2013-7/31/2014 |
| **Contract Amount:** | $858,050.00 | **Contract Date:** | | 12/1/2012 |
| **Plus Approved Change Orders:** | $11,882.50 | **Start Date:** | | TBD |
| **Total Contract Amount:** | $869,932.50 | **Contract Time:** | 275 | Days |
| **Amount Placed-To-Date:** | $832,882.50 | **Plus Approved Time Extensions:** | 0 | Days |
| **Material on Hand but Not In-Place:** | $0.00 | **Total Contract Time:** | 275 | Days |
| **Total:** | $832,882.50 | **Original Substantial Completion Date:** | | 9/2/2013 |
| **Less 10% Retainage** | $0.00 | **Original Final Completion Date:** | | 9/2/2013 |
| **Balance:** | $832,882.50 | **Revised Final Completion Date:** | | 9/2/2013 |
| **Less Amounts on Previous Estimates:** | $809,932.50 | **Days to Date:** | 0 Days | |
| | | **Percent Time Used:** | | 0.0% |
| **TOTAL AMOUNT DUE THIS ESTIMATE:** | $22,950.00 | **Percent Complete:** | | 100.00% |

**SUBMITTED BY:**

Ranger Excavating LP

_____  7/17/2014
Nathan Ziehr                Date
Project Manager

**RECOMMENDED FOR APPROVAL:**

Pastor, Behling & Wheeler, LLC

_____  07/17/14
Patrick J. Behling, P.E.    Date
Project Manager & Engineer

**APPROVED:**

Luminant

_____  _____
Jacob Gonzales              Date
Contract Coordinator

Luminant

_____  _____
Mark Jenkins                Date
Contract Administrator

# CONTINUATION SHEET

AIA DOCUMENT G703   Page 1 of 1

CONTINUATION: Ranger Excavating, L.P.
AIA DOCUMENT G703 AMENDED
APPLICATION AND CERTIFICATION FOR PAYMENT

Job Name: Luminant Sandow AX Haul Road

APPLICATION NO: #8
APPLICATION DATE: 1/31/2014
PERIOD TO: 9/1/2013-7/31/2014

| A ITEM NO | C DESCRIPTION OF WORK | D QTY & UNIT UNIT | D QUANTITY | E UNIT PRICE | F SCHEDULED VALUE | G PREVIOUS QTY | WORK COMPLETED QTY THIS PERIOD | H TOTAL THIS PERIOD | % THIS PERIOD | J TOTAL COMPLETED TO DATE | K % TO DATE | L BALANCE REMAINING |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| L | Mobilization | | | | | | | | | | | |
| | TOTAL | LS | 1 | $ 15,000.00 | $ 15,000.00 | 1.00 | | $ - | 0% | $ 15,000.00 | 100% | $0 |
| M | Site Preparation | | | | | | | | | | | |
| | TOTAL | LS | 1 | $ 12,000.00 | $ 12,000.00 | 1.00 | | $ - | 0% | $ 12,000.00 | 100% | $0 |
| | **Haul Road Improvements** | | | | | | | | | | | |
| N1 | Excavation | | | | | | | | | | | |
| | TOTAL (Labor & Equipment Only) | CY | 105,000 | $ 1.50 | $ 157,500.00 | 105,000.00 | | $ - | 0% | $ 157,500.00 | 100% | $0 |
| N2 | Compacted Subgrade | | | | | | | | | | | |
| | TOTAL (Labor & Equipment Only) | CY | 5,000 | $ 1.75 | $ 8,750.00 | 5,588.00 | | $ - | 0% | $ 9,779.00 | 112% | $0 |
| N3 | Lime for Stabilization | | | | | | | | | | | |
| | TOTAL (Labor & Equipment Only) | TON | 800 | $ 142.50 | $ 114,000.00 | 788.00 | | $ - | 0% | $ 112,290.00 | 99% | $0 |
| N4 | Stabilized Base | | | | | | | | | | | |
| | TOTAL (Labor & Equipment Only) | CY | 11,000 | $ 5.00 | $ 55,000.00 | 11,000.00 | | $ - | 0% | $ 55,000.00 | 100% | $0 |
| N5 | Roadbase Placement | | | | | | | | | | | |
| | Material | SY | 23,000 | $ 4.60 | $ 105,800.00 | 20,200.00 | | | | | | |
| | Labor & Equipment | SY | 23,000 | $ 11.90 | $ 273,700.00 | 20,200.00 | | $ - | | | | |
| | TOTAL | | | $ 16.50 | $ 379,500.00 | | | | 0% | $ 333,300.00 | 88% | $0 |
| N6 | Stockpiling of Excess from Haul Road | | | | | | | | | | | |
| | TOTAL (Labor & Equipment Only) | CY | 78,000 | $ 0.85 | $ 66,300.00 | 78,000.00 | | $ - | 0% | $ 66,300.00 | 100% | $0 |
| | **Vegetative Soil Placement** | | | | | | | | | | | |
| O | Vegetative Soil Placement | | | | | | | | | | | |
| | TOTAL (Labor & Equipment Only) | CY | 5,000 | $ 3.00 | $ 15,000.00 | 5,627.00 | | $ - | 0% | $ 16,881.00 | 113% | $0 |
| | **Vegetation Establishment** | | | | | | | | | | | |
| P1 | Vegetation – Flat Surfaces and Slopes Less Than 4:1 | | | | | | | | | | | |
| | Material | AC | 3 | $ 758.00 | $ 2,274.00 | | (3.00) | | | | | |
| | Labor & Equipment | AC | 3 | $ 1,742.00 | $ 5,226.00 | | (3.00) | | | | | |
| | TOTAL | | | $ 2,500.00 | $ 7,500.00 | | | $ (7,500.00) | -100% | $ (7,500.00) | -100% | $0 |
| P2 | Vegetation – Slopes Greater Than or Equal to 4:1 | | | | | | | | | | | |
| | Material | AC | 1 | $ 2,800.00 | $ 2,800.00 | | 4.06 | | | | | |
| | Labor & Equipment | AC | 1 | $ 4,700.00 | $ 4,700.00 | | 4.06 | | | | | |
| | TOTAL | | | $ 7,500.00 | $ 7,500.00 | | | $ 30,450.00 | 406% | $ 30,450.00 | 406% | $0 |
| Q | Demobilization and Site Decommissioning | | | | | | | | | | | |
| | TOTAL | LS | 1 | $ 5,000.00 | $ 5,000.00 | 1.00 | | $ - | 0% | $ 5,000.00 | 100% | $0 |
| R | Payment and Performance Bond | | | | | | | | | | | |
| | TOTAL | LS | 1 | $ 15,000.00 | $ 15,000.00 | 1.00 | | $ - | 0% | $ 15,000.00 | 100% | $0 |
| | CCo#01 - T&M - Bottom Ash Removal from Haul Road | LS | 1 | $ 11,882.50 | $ 11,882.50 | 1.00 | | $ - | 0% | $ 11,882.50 | 100% | $0 |
| | | | | TOTAL | $869,932.50 | | | $ 22,950.00 | 3% | $ 832,882.50 | 100.03% | |