## **EXHIBIT A**

**Professional Fees and Expenses**
**Monthly Fee Statement**

| Applicant | Fee Statement Period, Filing Date, & Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| Jenner & Block LLP  919 Third Avenue New York, NY 10022 | Seventh Monthly Fee Statement  12/01/2015 through 12/31/2015  Docket No. 7740 | $6,700.00 | $1,305.78 | 02/17/2016 | $5,360.00 | $1,305.78 | $1,340.00 |

SL1 1403982v1 109285.00005