# **Exhibit A**

[Statement of Fees by Subject Matter]

| MATTER NUMBER | MATTER DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 001 | Case Administration | 2.2 | $2,205.00 |
| 003 | EFH Business Operations | 1.7 | $1,700.00 |
| 004 | EFH Contested Matters and Adversary Proceedings | 4.1 | $4,140.00 |
| 005 | EFH Corporate Governance and Board Matters | 11.0 | $13,110.00 |
| 006 | Discovery | 1.6 | $1,597.50 |
| 007 | Employment Applications | 0.4 | $400.00 |
| 008 | Fee Applications and Objections | 11.5 | $11,295.00 |
| 009 | Financing and Cash Collateral | 0.9 | $900.00 |
| 011 | Claims Investigations, Analyses and Objections | 2.6 | $2,512.50 |
| 015 | Plan and Disclosure Statement | 22.2 | $24,310.00 |
| 016 | Tax | 17.9 | $17,545.50 |
| **TOTAL FOR ALL MATTER NOS.** | | **76.1** | **$79,715.50** |