**<u>Exhibit B</u>**

[Attorneys' and Paraprofessionals' Information]

Proskauer attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Julie M. Allen | Partner | 1984 | Corporate | $1,350 | 2.6 | $3,510.00 |
| Richard M. Corn | Partner | 2005 | Tax | $925 | 7.1 | $6,567.50 |
| Michael A. Firestein | Partner | 1983 | Litigation | $1,025 | 5.3 | $5,432.50 |
| Jeff J. Marwil | Partner | 1986 | Corporate | $1,200 | 1.6 | $1,920.00 |
| Lary Alan Rappaport | Partner | 1979 | Litigation | $950 | 0.5 | $475.00 |
| Stuart L. Rosow | Partner | 1976 | Tax | $1,350 | 1.6 | $2,160.00 |
| Mark K. Thomas | Partner | 1981 | Corporate | $1,200 | 19.0 | $22,800.00 |
| Peter J. Young | Partner | 2002 | Corporate | $1,000 | 30.6 | $30,600.00 |
| Jennifer L. Roche | Associate | 2007 | Litigation | $850 | 0.1 | $85.00 |
| Gary Silber | Associate | 2011 | Tax | $770 | 3.4 | $2,618.00 |
| Jared D. Zajac | Associate | 2009 | Corporate | $825 | 4.3 | $3,547.50 |
| **Total** | | | | | **76.1** | **$79,715.50** |