## Exhibit C

[Summary of Actual and Necessary Expenses for the Fee Period]

| EXPENSE CATEGORY | AMOUNT |
|---|---|
| Reproduction Costs (at $0.10 per page) | $7.20 |
| Research (Lexis/Westlaw/Other Database Search Services) | $52.40 |
| Litigation and Corporate Support Services[1] | $297.40 |
| Taxi, Carfare, Mileage, Parking | $24.00 |
| Business Meals | $20.05 |
| **Total** | **$401.50** |

---

[1] Consists of CourtCall, PACER and transcript (hearing and deposition) expenses.