## **Exhibit D**

[Detailed Description of Expenses and Disbursements]

| Disbursements and Other Charges Date | Name | Description | Amount |
|---|---|---|---|
| 10/30/2015 | Peter J. Young | Telephone – CourtCall | 30.00 |
| 10/30/2015 | Mark K. Thomas | Telephone – CourtCall | 30.00 |
| 10/31/2015 | Jared Zajac | Litigation Support/docketing – Pacer | 114.10 |
| 11/25/2015 | Peter J. Young | Telephone – CourtCall | 51.00 |
| 11/25/2015 | Mark K. Thomas | Telephone – CourtCall | 51.00 |
| 11/30/2015 | Jared Zajac | Litigation Support/docketing – Pacer | 5.80 |
| 12/31/2015 | Jared Zajac | Litigation Support/docketing – Pacer | 15.50 |
| 12/31/2015 | Lary Alan Rappaport | Data Base Search Serv. – Pacer | 0.10 |
| 01/07/2016 | Jeff J. Marwil | Data Base Search Serv. – Pacer | 0.10 |
| 01/07/2016 | Jeff J. Marwil | Data Base Search Serv. – Pacer | 52.20 |
| 01/22/2016 | Jared Zajac | Reproduction | 0.40 |
| 01/25/2016 | Jared Zajac | Reproduction | 1.70 |
| 01/25/2016 | Jared Zajac | Reproduction | 0.10 |
| 01/26/2016 | Jeff J. Marwil | Local Meals – Meeting with N. Luria and R. Nowitz | 20.05 |
| 01/26/2016 | Jeff J. Marwil | Taxi, Carfare, Mileage and Parking – Cab from office to Meeting with N. Luria and R. Nowitz | 6.00 |
| 01/26/2016 | Jeff J. Marwil | Taxi, Carfare, Mileage and Parking – Cab from Meeting to Home with N. Luria and R. Nowitz | 18.00 |
| 01/27/2016 | Michele M. Reetz | Reproduction | 0.20 |
| 01/27/2016 | Michele M. Reetz | Reproduction | 0.20 |
| 01/28/2016 | Paulette Lindo | Reproduction | 2.60 |
| 01/28/2016 | Paulette Lindo | Reproduction | 1.60 |
| 01/28/2016 | Paulette Lindo | Reproduction | 0.40 |
| **Disbursements and Other Charges** | | | **$ 401.05** |