## EXHIBIT A

**Statement of Fees and Expenses By Subject Matter**

### COMPENSATION BY SUBJECT MATTER[1]
### NOVEMBER 1, 2015 THROUGH NOVEMBER 30, 2015

| Matter Number | Matter Description | Total Billed | Total Fees |
|---|---|---|---|
| 11000-50 | EFH Restructuring | 104.20 | $50,000.00 |
| 11000-50.1 | EFH Restructuring – Case Administration | -- | |
| 11000-50.2 | EFH Restructuring – Budgeting | -- | |
| 11000-50.3 | EFH Restructuring – Fee Application | 6.90 | |
| 11000-51 | EFH - 2015 Legislative Session | -- | |
| 11001 | Luminant | 299.20 | $100,000.00 |
| 11002 | TXU | 14.60 | $10,416.67 |
| 12050 | 4Change | 1.00 | $2,083.33 |
| | | | |
| | | | |
| | | | |
| | | | |
| **Totals:** | | **425.90** | **$162,500.00** |

### EXPENSE SUMMARY
### NOVEMBER 1, 2015 THROUGH NOVEMBER 30, 2015

| Expense Category | Amount |
|---|---|
| Delivery Service/Messenger | $170.75 |
| Copies | -- |
| Taxi | -- |
| Parking | -- |
| Airfare | $224.20 |
| Rental Car | -- |
| Fuel | -- |
| Postage | -- |
| Filing Fees | $15.00 |
| Meals | -- |
| Hotel | -- |
| Court Reporter/Hearing Transcripts | $590.51 |
| **Total Expenses:** | **$1,000.46** |

---

[1] The work performed and expenses incurred by Enoch Kever during the compensation period were entirely on behalf of Energy Future Holdings, LLC and its debtor subsidiaries.