# EXHIBIT B

## Attorneys and Paraprofessionals' Information
### (Consolidated Engagement)

The Enoch Kever attorneys who rendered professional services in the consolidated engagement during the Fee Period are:

| Professional Person | Position With the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Andrew Kever | Member | 1975 | Regulatory | $550.00 | 117.20 | |
| Bill A. Moore | Member | 1995 | Regulatory | $475.00 | 41.50 | |
| Emily R. Jolly | Associate | 2007 | Regulatory | $295.00 | 35.40 | |
| Kirk D. Rasmussen | Member | 1999 | Regulatory | $450.00 | 44.50 | |
| Mandy J. Kimbrough | Member | 2005 | Regulatory | $325.00 | 112.80 | |
| Lisa D. Kinzer | Associate | 2013 | Regulatory | $250.00 | 35.00 | |
| John J. Vay | Member | 1984 | Regulatory | $490.00 | 0.50 | |
| Rod C. Johnson | Member | 1992 | Regulatory | $490.00 | 18.20 | |
| Shana L. Horton | Contractor | 2003 | Regulatory | $300.00 | 14.30 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | **419.40** | **$162,500.00*** |

*Consolidated Engagement Fixed Fee

The paraprofessionals of Enoch Kever who rendered professionals services in the consolidated engagement during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Lou Ann Spellmann | Legal Assistant | 1 | Appellate/Litigation | $75.00 | 0.50 | |
| Cyd McCool | Legal Assistant | 1 | Appellate/Litigation | $75.00 | -- | |
| Lynn Needles | Legal Assistant | 1 | Regulatory | $75.00 | 6.00 | |
| | | | | | **6.50** | |

| | | |
|---|---|---|
| **Total Fees Requested Consolidated Engagement** | **425.90** | **$162,500.00** |
| **Total Fee Requested Legislative Engagement** | **--** | **--** |
| **Total Fees Requested** | **425.90** | **$162,500.00** |