## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

**EXPENSE SUMMARY**
**NOVEMBER 1, 2015 THROUGH NOVEMBER 30, 2015**

| Expense Category | Amount |
|---|---|
| Delivery Service/Messenger | $170.75 |
| Copies | -- |
| Taxi | -- |
| Parking | -- |
| Airfare | $224.20 |
| Rental Car | -- |
| Fuel | -- |
| Postage | -- |
| Filing Fees | $15.00 |
| Meals | -- |
| Hotel | -- |
| Court Reporter/Hearing Transcripts | $590.51 |
| **Total Expenses:** | **$1,000.46** |