## EXHIBIT D

### Detailed Description of Expenses and Disbursements

### DETAILED EXPENSE SUMMARY
### NOVEMBER 1, 2015 THROUGH NOVEMBER 30, 2015

| Invoice Number | Matter | Date | Timekeeper Who Incurred | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 4225 | 110011 6 | 11/30/15 | Kimbrough, Mandy | Court Reporter | 200.00 | 1 | $200.00 | Transcript from PUC Open Meeting on 10/8/15 |
| 4225 | 110012 6 | 11/13/15 | Kimbrough, Mandy | Delivery/ Messenger Service | 16.15 | 1 | $16.15 | Hand deliver filing to the PUC on 11/13/15 for Dkt. 36141 (Pro Courier Invoice #40685) |
| 4225 | 110012 7 | 11/06/15 | Kimbrough, Mandy | Delivery/ Messenger Service | 36.96 | 1 | $36.96 | Hand deliver filing to the PUC on 11/06/15 for Dkt. 45124 and return file-stamped copy  (Pro Courier Invoice #40666) |
| 4225 | 110012 7 | 11/06/15 | Kimbrough, Mandy | Court Reporter | 390.51 | 1 | $390.51 | Transcript from PUC Open Meeting/Workshop on ERCOT Planning & System Costs on 10/30/15 |
| 4225 | 110012 7 | 11/30/15 | Kimbrough, Mandy | Delivery/ Messenger Service | 20.00 | 1 | $20.00 | Hand deliver filing to the PUC on 11/19/15 in Dkt. 45124 and return file-stamped copy (Corporate Couriers Invoice #39748) |
| 4225 | 110018 0 | 11/20/15 | Kimbrough, Mandy | Delivery/ Messenger Service | 36.96 | 1 | $36.96 | Hand deliver filing to the PUC on 11/18/15 in Dkts. 44547 and 44649 and return file-stamped copies (Pro Courier Invoice #40705) |
| 4224 | 110020 4 | 11/13/15 | Kimbrough, Mandy | Delivery/ Messenger Service | 16.15 | 1 | $16.15 | Hand deliver filing to the PUC on 11/13/15 in Dkt. 36141 and return file-stamped copy (Pro Courier Invoice #40685) |
| 4224 | 110020 4 | 11/24/15 | Kimbrough, Mandy | Filing Fee | 15.00 | 1 | $15.00 | PUC ADAD Permit Registration Renewal (Project #43994) |
| 4224 | 110020 4 | 11/24/15 | Kimbrough, Mandy | Delivery/ Messenger Service | 16.00 | 1 | $16.00 | Hand deliver filing to the PUC on 11/24/15 in Project 43994 and return file-stamped copy (Corporate Couriers Invoice #39748) |

RLF1 13943235v.1

| 4224 | 1100265 | 11/19/15 | Kimbrough, Mandy | Airfare | 224.20 | 1 | $224.20 | Airfare to Dallas to attend client meeting on 11/19/15 |
| 4141 | 1205002 | 11/20/15 | Kimbrough, Mandy | Delivery/ Messenger Service | 28.53 | 1 | $28.53 | Hand deliver filing to the PUC on 11/16/15 in Dkt. 36141 and return file-stamped copy (Pro Couriers Invoice #40705) |

RLF1 13943235v.1