# EXHIBIT A

## Statement of Fees By Subject Matter

| Matter Number | Matter Description | Total Billed Hours [1] | Total Fees Requested |
|---|---|---|---|
| 1 | Long-Range Forecast | 30.50 | $19,770.00 |
| 2 | Metric Analysis | 12.00 | $8,640.00 |
| 3 | Generation Analysis | 216.00 | $111,415.00 |
| 4 | Retail Analysis | 9.00 | $4,387.50 |
| 5 | Commodity Analysis | 140.00 | $69,530.00 |
| 6 | Competitor Analysis | 69.00 | $36,472.50 |
| 7 | EBITDA Projection | 9.00 | $6,460.00 |
| 8 | Environmental Analysis | 15.00 | $7,840.00 |
| 9 | Short-Range Forecast | 0.00 | $0.00 |
| 10 | Capital Projects | 1.00 | $720.00 |
| 11 | Wholesale Operations | 42.50 | $29,085.00 |
| 12 | Retail Operations | 1.00 | $460.00 |
| 13 | T&D Operations | 0.00 | $0.00 |
| 14 | Data Collection and Diligence | 159.10 | $87,825.00 |
| 15 | Reports | 67.00 | $39,005.00 |
| 16 | Hearings | 2.50 | $1,150.00 |
| 17 | On-Site Diligence | 71.50 | $47,735.00 |
| 18 | Project Management | 4.50 | $3,240.00 |
| 19 | Project Administration | 0.00 | $0.00 |
| 20 | T&D Forecast | 1.00 | $495.00 |
| 21 | Fee Objection Discussion and Litigation | 0.00 | $0.00 |
| 22 | Fee Application | 9.00 | $3,420.00 |
| *Continued on next page* | | | |

---

[1] Non-working travel time has been billed at 50% of actual time incurred.

2

## EXHIBIT A (cont'd)

## Statement of Fees By Subject Matter

| Matter Number | Matter Description | Total Billed Hours [1] | Total Fees Requested |
|---|---|---|---|
| 23 | Business Services Analysis | 0.00 | $0.00 |
| 24 | Retail Margins | 0.00 | $0.00 |
| 25 | T&D Market Research | 0.00 | $0.00 |
| 26 | Wholesale Market Research | 27.50 | $12,762.50 |
| 27 | Retail Market Research | 1.00 | $545.00 |
| 28 | Performance Analysis | 1.00 | $720.00 |
| 29 | Sales, General & Administrative Analysis | 0.00 | $0.00 |
| 30 | Portfolio Analysis | 0.00 | $0.00 |
| 31 | Oncor Revenue Analysis | 0.00 | $0.00 |
| 32 | Oncor Capital Structure | 0.00 | $0.00 |
| 33 | Regulatory Analysis | 6.00 | $2,760.00 |
| 34 | Claims & Settlement Issues | 11.90 | $8,925.00 |
| 35 | Property Tax Analysis | 275.50 | $166,155.00 |
|  |  |  |  |
|  | **Totals:** | **1,182.50** | **$669,517.50** |

---

[1]. Non-working travel time has been billed at 50% of actual time incurred.