**EXHIBIT B**

**Consultants' Information**

The FEP consultants who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Todd W. Filsinger | Senior Managing Director | $750 | 184.50 | $138,375.00 |
| Jean Agras | Managing Director | $720 | 60.50 | $43,560.00 |
| Gary Germeroth | Managing Director | $720 | 184.00 | $132,480.00 |
| Scott Davis | Director | $545 | 37.50 | $20,437.50 |
| Michael Green | Director | $550 | 50.00 | $27,500.00 |
| Paul Harmon | Director | $575 | 76.50 | $43,987.50 |
| Kimberly Eckert | Managing Consultant | $495 | 7.00 | $3,465.00 |
| Michael Gadsden | Managing Consultant | $460 | 45.00 | $20,700.00 |
| Jill Kawakami | Managing Consultant | $430 | 9.50 | $4,085.00 |
| Julie Lee | Managing Consultant | $495 | 8.00 | $3,960.00 |
| Michael Perry | Managing Consultant | $410 | 59.50 | $24,395.00 |
| Nathan Pollak | Managing Consultant | $460 | 174.50 | $80,270.00 |
| Samuel Schreiber | Managing Consultant | $455 | 228.50 | $103,967.50 |
| Laura Hatanaka | Consultant | $390 | 48.50 | $18,915.00 |
| Pamela Morin | Consultant | $380 | 9.00 | $3,420.00 |
| | | Totals: | 1,182.50 | $669,517.50 |