## **EXHIBIT C**

### **Summary of Actual and Necessary Expenses for the Fee Period**

**ALL - Expense Summary**

| Service Description | Amount |
|---|---:|
| Lodging | $6,565.81 |
| Airfare | $7,979.96 |
| Taxi | $2,004.53 |
| Travel Meals | $1,060.19 |
| Other Travel Expenses | $581.56 |
| Vehicle Rental Expenses | $637.21 |
| Market Research | $475.78 |
| **Total:** | **$19,305.04** |

**TCEH - Expense Summary**

| Service Description | Amount |
|---|---:|
| Lodging | $6,485.24 |
| Airfare | $7,882.03 |
| Taxi | $1,979.93 |
| Travel Meals | $1,047.18 |
| Other Travel Expenses | $574.42 |
| Vehicle Rental Expenses | $629.39 |
| Market Data | $469.94 |
| **Total:** | **$19,068.13** |

**EFIH - Expense Summary**

| Service Description | Amount |
|---|---:|
| Lodging | $27.34 |
| Airfare | $33.23 |
| Taxi | $8.35 |
| Travel Meals | $4.41 |

RLF1 13944472v.1

| Service Description | Amount |
|---|---:|
| Other Travel Expenses | $2.42 |
| Vehicle Rental Expenses | $2.65 |
| Market Data | $1.98 |
| **Total:** | **$80.38** |

**EFH - Expense Summary**

| Service Description | Amount |
|---|---:|
| Lodging | $53.23 |
| Airfare | $64.70 |
| Taxi | $16.25 |
| Travel Meals | $8.60 |
| Other Travel Expenses | $4.72 |
| Vehicle Rental Expenses | $5.17 |
| Market Data | $3.86 |
| **Total:** | **$156.53** |