| INVOICE NUMBER | MATTER | DATE | NAME OF TIMEKEEPER WHO INCURRED EXPENSE | EXPENSE CATEGORY | UNIT COST | # OF UNITS | TOTAL | EXPENSE DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| EFCH/TCH-CS-040 | On site Diligence | 20160110 | Paul Harmon | Airfare | | | $689.98 | Airfare from Denver to Dallas (round trip) anytime fare |
| EFCH/TCH-CS-040 | On site Diligence | 20160110 | Paul Harmon | Dinner | | | $34.53 | On-site Dallas | P. Harmon |
| EFCH/TCH-CS-040 | On site Diligence | 20160110 | Jean Agras | Airfare | | | $138.98 | Airfare from Denver to Dallas |
| EFCH/TCH-CS-040 | On site Diligence | 20160110 | Jean Agras | Hotel | | | $261.69 | Highland, Dallas, TX |
| EFCH/TCH-CS-040 | On site Diligence | 20160110 | Jean Agras | Personal Vehicle | $0.54 | 45 miles | $24.30 | to DIA |
| EFCH/TCH-CS-040 | On site Diligence | 20160110 | Jean Agras | Personal Vehicle | | | $8.50 | Tolls |
| EFCH/TCH-CS-040 | On site Diligence | 20160110 | Todd Filsinger | Airfare | | | $344.99 | Airfare from Denver to Dallas (anytime fare) |
| EFCH/TCH-CS-040 | On site Diligence | 20160110 | Todd Filsinger | Hotel | | | $278.57 | The Highland - Dallas, TX |
| EFCH/TCH-CS-040 | On site Diligence | 20160110 | Todd Filsinger | Taxi | | | $70.00 | to DIA |
| EFCH/TCH-CS-040 | On site Diligence | 20160110 | Todd Filsinger | Taxi | | | $27.54 | From DFW to hotel |
| EFCH/TCH-CS-040 | On site Diligence | 20160110 | Todd Filsinger | Dinner | | | $4.75 | Woody Creek Bakery (DIA) | self |
| EFCH/TCH-CS-040 | On site Diligence | 20160111 | Sam Schreiber | Airfare | | | $245.10 | Airfare from New York to Dallas |
| EFCH/TCH-CS-040 | On site Diligence | 20160111 | Sam Schreiber | Hotel | | | $177.50 | Springhill Suites - Dallas, TX |
| EFCH/TCH-CS-040 | On site Diligence | 20160111 | Sam Schreiber | Taxi | | | $40.44 | Uber - NYC - to LGA |
| EFCH/TCH-CS-040 | On site Diligence | 20160111 | Sam Schreiber | Taxi | | | $27.03 | Uber - Dallas - from DFW |
| EFCH/TCH-CS-040 | On site Diligence | 20160111 | Sam Schreiber | Lunch | | | $14.97 | Pho Colonial | Self |
| EFCH/TCH-CS-040 | On site Diligence | 20160111 | Sam Schreiber | Taxi | | | $14.84 | Uber - Dallas - to Dinner |
| EFCH/TCH-CS-040 | On site Diligence | 20160111 | Sam Schreiber | Taxi | | | $9.79 | Uber - Dallas - to Hotel |
| EFCH/TCH-CS-040 | On site Diligence | 20160111 | Paul Harmon | Hotel | | | $123.33 | Residence Inn - Dallas |
| EFCH/TCH-CS-040 | On site Diligence | 20160111 | Paul Harmon | Rental Car | | | $59.61 | Hertz |
| EFCH/TCH-CS-040 | On site Diligence | 20160111 | Paul Harmon | Parking | | | $15.00 | Dallas |
| EFCH/TCH-CS-040 | On site Diligence | 20160111 | Paul Harmon | Lunch | | | $29.23 | Comanche Peak Site Visit | P. Harmon, T. Filsinger |
| EFCH/TCH-CS-040 | On site Diligence | 20160111 | Gary Germeroth | Airfare | | | $220.98 | Airfare from Houston to Dallas |
| EFCH/TCH-CS-040 | On site Diligence | 20160111 | Gary Germeroth | Hotel | | | $252.43 | Homewood Suites Dallas, TX |
| EFCH/TCH-CS-040 | On site Diligence | 20160111 | Gary Germeroth | Taxi | | | $12.09 | Love Field to Hotel |
| EFCH/TCH-CS-040 | On site Diligence | 20160111 | Gary Germeroth | Parking | | | $3.00 | Airport |
| EFCH/TCH-CS-040 | On site Diligence | 20160111 | Gary Germeroth | Personal Vehicle | $0.54 | 19 miles | $10.26 | Home to Airport |
| EFCH/TCH-CS-040 | On site Diligence | 20160111 | Jean Agras | Hotel | | | $261.69 | Highland, Dallas, TX |
| EFCH/TCH-CS-040 | On site Diligence | 20160111 | Jean Agras | Taxi | | | $12.66 | Uber to TrueFood |
| EFCH/TCH-CS-040 | On site Diligence | 20160111 | Jean Agras | Parking | | | $24.00 | DIA |
| EFCH/TCH-CS-040 | On site Diligence | 20160111 | Jean Agras | Lunch | | | $13.00 | Pho | Jean |
| EFCH/TCH-CS-040 | On site Diligence | 20160111 | Jean Agras | Dinner | | | $138.94 | True Food Kitchen | Jean, Paul, Todd, Sam, Nathan |
| EFCH/TCH-CS-040 | On site Diligence | 20160111 | Nathan Pollak | Airfare | | | $136.10 | Airfare from Denver, CO to Dallas, TX |
| EFCH/TCH-CS-040 | On site Diligence | 20160111 | Nathan Pollak | Taxi | | | $75.00 | DIA |
| EFCH/TCH-CS-040 | On site Diligence | 20160111 | Nathan Pollak | Taxi | | | $27.47 | EFH |
| EFCH/TCH-CS-040 | On site Diligence | 20160111 | Nathan Pollak | Breakfast | | | $4.59 | Dunkin Donuts | N. Pollak |
| EFCH/TCH-CS-040 | On site Diligence | 20160111 | Nathan Pollak | Lunch | | | $12.90 | Pho Colonial | N. Pollak |
| EFCH/TCH-CS-040 | On site Diligence | 20160111 | Todd Filsinger | Hotel | | | $278.57 | The Highland - Dallas, TX |
| EFCH/TCH-CS-040 | On site Diligence | 20160111 | Todd Filsinger | Taxi | | | $23.74 | To office |
| EFCH/TCH-CS-040 | On site Diligence | 20160111 | Todd Filsinger | Taxi | | | $26.11 | to dinner |
| EFCH/TCH-CS-040 | On site Diligence | 20160111 | Todd Filsinger | Taxi | | | $27.54 | To hotel |
| EFCH/TCH-CS-040 | On site Diligence | 20160112 | Sam Schreiber | Airfare | | | $88.98 | Airfare from Dallas to Denver |
| EFCH/TCH-CS-040 | On site Diligence | 20160112 | Sam Schreiber | Taxi | | | $30.26 | Uber - Denver - from DIA |
| EFCH/TCH-CS-040 | On site Diligence | 20160112 | Sam Schreiber | Lunch | | | $10.77 | Taco Borracho | Self |
| EFCH/TCH-CS-040 | On site Diligence | 20160112 | Paul Harmon | Hotel | | | $123.33 | Residence Inn - Dallas |
| EFCH/TCH-CS-040 | On site Diligence | 20160112 | Paul Harmon | Rental Car | | | $59.61 | Hertz |
| EFCH/TCH-CS-040 | On site Diligence | 20160112 | Paul Harmon | Parking | | | $15.00 | Dallas |
| EFCH/TCH-CS-040 | On site Diligence | 20160112 | Paul Harmon | Lunch | | | $15.38 | On Site Dallas | P. Harmon |
| EFCH/TCH-CS-040 | On site Diligence | 20160112 | Gary Germeroth | Hotel | | | $252.43 | Homewood Suites Dallas, TX |
| EFCH/TCH-CS-040 | On site Diligence | 20160112 | Gary Germeroth | Parking | | | $20.00 | Airport |
| EFCH/TCH-CS-040 | On site Diligence | 20160112 | Gary Germeroth | Lunch | | | $9.20 | Which Wich | Self |
| EFCH/TCH-CS-040 | On site Diligence | 20160112 | Gary Germeroth | Dinner | | | $63.59 | Bandito's Tex-Mex Cantina | Self, Paul Harmon |
| EFCH/TCH-CS-040 | On site Diligence | 20160112 | Jean Agras | Airfare | | | $138.97 | Airfare from Dallas to Denver |
| EFCH/TCH-CS-040 | On site Diligence | 20160112 | Jean Agras | Taxi | | | $7.31 | Uber to Energy Plaza |
| EFCH/TCH-CS-040 | On site Diligence | 20160112 | Jean Agras | Taxi | | | $12.11 | Uber to Love Field |
| EFCH/TCH-CS-040 | On site Diligence | 20160112 | Jean Agras | Parking | | | $24.00 | DIA |
| EFCH/TCH-CS-040 | On site Diligence | 20160112 | Jean Agras | Personal Vehicle | $0.54 | 45 miles | $24.30 | to Boulder |
| EFCH/TCH-CS-040 | On site Diligence | 20160112 | Jean Agras | Lunch | | | $11.00 | Borracho | Jean |
| EFCH/TCH-CS-040 | On site Diligence | 20160112 | Jean Agras | Dinner | | | $10.00 | Love Field | Jean |
| EFCH/TCH-CS-040 | On site Diligence | 20160112 | Jean Agras | Personal Vehicle | | | $8.50 | Tolls |
| EFCH/TCH-CS-040 | On site Diligence | 20160112 | Nathan Pollak | Airfare | | | $88.98 | Airfare from Dallas, TX to Denver, CO |
| EFCH/TCH-CS-040 | On site Diligence | 20160112 | Nathan Pollak | Hotel | | | $200.55 | SpringHill Dallas Downtown |
| EFCH/TCH-CS-040 | On site Diligence | 20160112 | Nathan Pollak | Taxi | | | $75.00 | Home |
| EFCH/TCH-CS-040 | On site Diligence | 20160112 | Nathan Pollak | Breakfast | | | $6.97 | Sunrise Cafe & Coffee | N. Pollak |
| EFCH/TCH-CS-040 | On site Diligence | 20160112 | Nathan Pollak | Lunch | | | $10.77 | Taco Borracho | N. Pollak |
| EFCH/TCH-CS-040 | On site Diligence | 20160112 | Todd Filsinger | Airfare | | | $344.10 | Airfare from Dallas to Denver (economy class) |
| EFCH/TCH-CS-040 | On site Diligence | 20160112 | Todd Filsinger | Taxi | | | $24.36 | to office |
| EFCH/TCH-CS-040 | On site Diligence | 20160112 | Todd Filsinger | Taxi | | | $55.20 | To DFW |
| EFCH/TCH-CS-040 | On site Diligence | 20160112 | Todd Filsinger | Taxi | | | $70.00 | to home |
| EFCH/TCH-CS-040 | On site Diligence | 20160112 | Todd Filsinger | Airfare | | | $14.02 | Gogo air (internet) |
| EFCH/TCH-CS-040 | On site Diligence | 20160113 | Sam Schreiber | Airfare | | | $290.10 | Airfare from Dallas to New York |
| EFCH/TCH-CS-040 | On site Diligence | 20160113 | Sam Schreiber | Taxi | | | $8.25 | Uber - Denver - to Office |
| EFCH/TCH-CS-040 | On site Diligence | 20160113 | Sam Schreiber | Taxi | | | $34.56 | Uber - Denver - to DIA |
| EFCH/TCH-CS-040 | On site Diligence | 20160113 | Sam Schreiber | Airfare | | | $635.10 | Denver to NYC - United - Economy |
| EFCH/TCH-CS-040 | On site Diligence | 20160113 | Sam Schreiber | Taxi | | | $47.91 | Uber - NYC - from EWR |
| EFCH/TCH-CS-040 | On site Diligence | 20160113 | Paul Harmon | Hotel | | | $154.45 | Residence Inn - Dallas |
| EFCH/TCH-CS-040 | On site Diligence | 20160113 | Paul Harmon | Rental Car | | | $59.61 | Hertz |
| EFCH/TCH-CS-040 | On site Diligence | 20160113 | Paul Harmon | Parking | | | $15.00 | Dallas |
| EFCH/TCH-CS-040 | On site Diligence | 20160113 | Paul Harmon | Lunch | | | $12.50 | On Site Dallas | P. Harmon |
| EFCH/TCH-CS-040 | On site Diligence | 20160113 | Paul Harmon | Dinner | | | $23.82 | On Site Dallas | P. Harmon |
| EFCH/TCH-CS-040 | On site Diligence | 20160113 | Paul Harmon | Rental Car | | | $15.34 | Auto Fuel |
| EFCH/TCH-CS-040 | On site Diligence | 20160113 | Gary Germeroth | Airfare | | | $220.98 | Airfare from Dallas to Houston |
| EFCH/TCH-CS-040 | On site Diligence | 20160113 | Gary Germeroth | Taxi | | | $11.51 | EFH Office to Love Field |
| EFCH/TCH-CS-040 | On site Diligence | 20160113 | Gary Germeroth | Parking | | | $20.00 | Airport |
| EFCH/TCH-CS-040 | On site Diligence | 20160113 | Gary Germeroth | Personal Vehicle | $0.54 | 19 miles | $10.26 | Airport to Home |
| EFCH/TCH-CS-040 | On site Diligence | 20160113 | Gary Germeroth | Lunch | | | $9.15 | LP Café | Self |
| EFCH/TCH-CS-040 | On site Diligence | 20160114 | Paul Harmon | Hotel | | | $154.45 | Residence Inn - Dallas |
| EFCH/TCH-CS-040 | On site Diligence | 20160114 | Paul Harmon | Rental Car | | | $59.62 | Hertz |
| EFCH/TCH-CS-040 | On site Diligence | 20160114 | Paul Harmon | Parking | | | $96.00 | DIA |
| EFCH/TCH-CS-040 | On site Diligence | 20160118 | Sam Schreiber | Airfare | | | $201.10 | Airfare from New York to Dallas |
| EFCH/TCH-CS-040 | On site Diligence | 20160118 | Sam Schreiber | Hotel | | | $230.73 | Marriott - Dallas, TX |
| EFCH/TCH-CS-040 | On site Diligence | 20160118 | Sam Schreiber | Taxi | | | $39.97 | Uber - NYC - to LGA |
| EFCH/TCH-CS-040 | On site Diligence | 20160118 | Sam Schreiber | Taxi | | | $26.64 | Uber - Dallas - to Energy Plaza |
| EFCH/TCH-CS-040 | On site Diligence | 20160118 | Sam Schreiber | Lunch | | | $12.81 | Pho Colonial | Self |
| EFCH/TCH-CS-040 | On site Diligence | 20160118 | Sam Schreiber | Dinner | | | $33.77 | Marriott | Self |
| EFCH/TCH-CS-040 | On site Diligence | 20160118 | Sam Schreiber | Taxi | | | $6.84 | Uber - Dallas - to Hotel |
| EFCH/TCH-CS-040 | On site Diligence | 20160118 | Gary Germeroth | Airfare | | | $220.98 | Airfare from Houston to Dallas |
| EFCH/TCH-CS-040 | On site Diligence | 20160118 | Gary Germeroth | Hotel | | | $226.15 | Hilton Dallas, TX |
| EFCH/TCH-CS-040 | On site Diligence | 20160118 | Gary Germeroth | Rental Car | | | $74.99 | Hertz |

| INVOICE NUMBER | MATTER | DATE | NAME OF TIMEKEEPER WHO INCURRED EXPENSE | EXPENSE CATEGORY | UNIT COST | # OF UNITS | TOTAL | EXPENSE DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| EFCH/TCH-CS-040 | On site Diligence | 20160118 | Gary Germeroth | Parking | | | $20.00 | Airport |
| EFCH/TCH-CS-040 | On site Diligence | 20160118 | Gary Germeroth | Personal Vehicle | $0.54 | 19 miles | $10.26 | Home to Airport |
| EFCH/TCH-CS-040 | On site Diligence | 20160118 | Gary Germeroth | Lunch | | | $22.55 | Pho Colonial | Self |
| EFCH/TCH-CS-040 | On site Diligence | 20160118 | Gary Germeroth | Dinner | | | $10.01 | Steak and Shake | Self |
| EFCH/TCH-CS-040 | On site Diligence | 20160118 | Gary Germeroth | Other transportation Expenses | | | $6.00 | EFH Office parking |
| EFCH/TCH-CS-040 | On site Diligence | 20160118 | Todd Filsinger | Airfare | | | $344.99 | Airfare from Denver to (anytime fare) |
| EFCH/TCH-CS-040 | On site Diligence | 20160118 | Todd Filsinger | Taxi | | | $70.00 | To DIA |
| EFCH/TCH-CS-040 | On site Diligence | 20160118 | Todd Filsinger | Taxi | | | $10.84 | To hotel from airport |
| EFCH/TCH-CS-040 | On site Diligence | 20160118 | Todd Filsinger | Dinner | | | $40.00 | Javier's | self |
| EFCH/TCH-CS-040 | On site Diligence | 20160118 | Todd Filsinger | Taxi | | | $42.88 | To Fort Worth Mediation |
| EFCH/TCH-CS-040 | On site Diligence | 20160119 | Sam Schreiber | Hotel | | | $346.68 | Marriott - Dallas, TX |
| EFCH/TCH-CS-040 | On site Diligence | 20160119 | Sam Schreiber | Taxi | | | $6.75 | Uber - Dallas - to Energy Plaza |
| EFCH/TCH-CS-040 | On site Diligence | 20160119 | Sam Schreiber | Lunch | | | $9.87 | Noodle Nexus | Self |
| EFCH/TCH-CS-040 | On site Diligence | 20160119 | Gary Germeroth | Hotel | | | $226.15 | Hilton  Dallas, TX |
| EFCH/TCH-CS-040 | On site Diligence | 20160119 | Gary Germeroth | Rental Car | | | $74.99 | Hertz |
| EFCH/TCH-CS-040 | On site Diligence | 20160119 | Gary Germeroth | Parking | | | $20.00 | Airport |
| EFCH/TCH-CS-040 | On site Diligence | 20160119 | Gary Germeroth | Lunch | | | $9.63 | Noodle Nexus | Self |
| EFCH/TCH-CS-040 | On site Diligence | 20160119 | Gary Germeroth | Dinner | | | $72.79 | Tillman's Roadhouse | Self, Sam Schreiber |
| EFCH/TCH-CS-040 | On site Diligence | 20160119 | Gary Germeroth | Other transportation Expenses | | | $6.00 | EFH office parking |
| EFCH/TCH-CS-040 | On site Diligence | 20160119 | Todd Filsinger | Hotel | | | $292.17 | The Highland - Dallas Tx |
| EFCH/TCH-CS-040 | On site Diligence | 20160119 | Todd Filsinger | Taxi | | | $12.11 | To hotel |
| EFCH/TCH-CS-040 | On site Diligence | 20160119 | Todd Filsinger | Taxi | | | $39.86 | To dinner |
| EFCH/TCH-CS-040 | On site Diligence | 20160119 | Todd Filsinger | Taxi | | | $26.01 | to office |
| EFCH/TCH-CS-040 | On site Diligence | 20160120 | A. Scott Davis | Airfare | | | $220.98 | Airfare from Houston to Dallas |
| EFCH/TCH-CS-040 | On site Diligence | 20160120 | A. Scott Davis | Taxi | | | $17.26 | Sierra |
| EFCH/TCH-CS-040 | On site Diligence | 20160120 | A. Scott Davis | Taxi | | | $15.56 | Love Field |
| EFCH/TCH-CS-040 | On site Diligence | 20160120 | A. Scott Davis | Personal Vehicle | $0.54 | 30 miles | $16.20 | r.t. Hobby |
| EFCH/TCH-CS-040 | On site Diligence | 20160120 | A. Scott Davis | Lunch | | | $6.00 | El Chico | self |
| EFCH/TCH-CS-040 | On site Diligence | 20160120 | A. Scott Davis | Airfare | | | $220.98 | Airfare from Dallas to Houston |
| EFCH/TCH-CS-040 | On site Diligence | 20160120 | A. Scott Davis | Personal Vehicle | $0.54 | 30 miles | $16.20 | r.t. Hobby |
| EFCH/TCH-CS-040 | On site Diligence | 20160120 | Sam Schreiber | Airfare | | | -$290.10 | Airfare from  to |
| EFCH/TCH-CS-040 | On site Diligence | 20160120 | Sam Schreiber | Hotel | | | $346.68 | Marriott - Dallas, TX |
| EFCH/TCH-CS-040 | On site Diligence | 20160120 | Sam Schreiber | Taxi | | | $14.18 | Uber - Dallas - to Energy Plaza |
| EFCH/TCH-CS-040 | On site Diligence | 20160120 | Sam Schreiber | Taxi | | | $9.06 | Uber - Dallas - to Hotel |
| EFCH/TCH-CS-040 | On site Diligence | 20160120 | Sam Schreiber | Breakfast | | | $4.10 | Sunrise Café | Self |
| EFCH/TCH-CS-040 | On site Diligence | 20160120 | Sam Schreiber | Lunch | | | $21.13 | Taco Borracho | Sam, Gary |
| EFCH/TCH-CS-040 | On site Diligence | 20160120 | Sam Schreiber | Dinner | | | $40.00 | Marriott | Self |
| EFCH/TCH-CS-040 | On site Diligence | 20160120 | Gary Germeroth | Hotel | | | $226.15 | Hilton  Dallas, TX |
| EFCH/TCH-CS-040 | On site Diligence | 20160120 | Gary Germeroth | Rental Car | | | $74.98 | Hertz |
| EFCH/TCH-CS-040 | On site Diligence | 20160120 | Gary Germeroth | Parking | | | $20.00 | Airport |
| EFCH/TCH-CS-040 | On site Diligence | 20160120 | Gary Germeroth | Other transportation Expenses | | | $6.00 | EFH office parking |
| EFCH/TCH-CS-040 | On site Diligence | 20160120 | Todd Filsinger | Hotel | | | $321.57 | Homewood Suites - Dallas, TX |
| EFCH/TCH-CS-040 | On site Diligence | 20160120 | Todd Filsinger | Taxi | | | $75.00 | To DFW |
| EFCH/TCH-CS-040 | On site Diligence | 20160121 | Sam Schreiber | Airfare | | | $245.10 | Airfare from Dallas to New York |
| EFCH/TCH-CS-040 | On site Diligence | 20160121 | Sam Schreiber | Taxi | | | $6.80 | Uber - Dallas - to Energy Plaza |
| EFCH/TCH-CS-040 | On site Diligence | 20160121 | Sam Schreiber | Taxi | | | $44.19 | NYC - from LGA |
| EFCH/TCH-CS-040 | On site Diligence | 20160121 | Sam Schreiber | Lunch | | | $8.27 | Poblanos | Self |
| EFCH/TCH-CS-040 | On site Diligence | 20160121 | Sam Schreiber | Airfare | | | $9.21 | GOGO internet |
| EFCH/TCH-CS-040 | On site Diligence | 20160121 | Gary Germeroth | Hotel | | | $226.15 | Hilton  Dallas, TX |
| EFCH/TCH-CS-040 | On site Diligence | 20160121 | Gary Germeroth | Rental Car | | | $74.98 | Hertz |
| EFCH/TCH-CS-040 | On site Diligence | 20160121 | Gary Germeroth | Parking | | | $20.00 | Airport |
| EFCH/TCH-CS-040 | On site Diligence | 20160121 | Gary Germeroth | Breakfast | | | $20.23 | Hotel | Self |
| EFCH/TCH-CS-040 | On site Diligence | 20160121 | Gary Germeroth | Lunch | | | $16.44 | Toasty Pita | Self, Todd Filsinger |
| EFCH/TCH-CS-040 | On site Diligence | 20160121 | Gary Germeroth | Other transportation Expenses | | | $6.00 | EFH office parking |
| EFCH/TCH-CS-040 | On site Diligence | 20160121 | Todd Filsinger | Airfare | | | $144.60 | Airfare from New Orleans to Dallas |
| EFCH/TCH-CS-040 | On site Diligence | 20160121 | Todd Filsinger | Taxi | | | $29.68 | to office from DWF |
| EFCH/TCH-CS-040 | On site Diligence | 20160121 | Todd Filsinger | Taxi | | | $27.80 | to dinner |
| EFCH/TCH-CS-040 | On site Diligence | 20160121 | Todd Filsinger | Taxi | | | $32.50 | to hotel |
| EFCH/TCH-CS-040 | On site Diligence | 20160122 | Gary Germeroth | Airfare | | | $220.98 | Airfare from Dallas to Houston |
| EFCH/TCH-CS-040 | On site Diligence | 20160122 | Gary Germeroth | Rental Car | | | $74.98 | Hertz |
| EFCH/TCH-CS-040 | On site Diligence | 20160122 | Gary Germeroth | Parking | | | $20.00 | Airport |
| EFCH/TCH-CS-040 | On site Diligence | 20160122 | Gary Germeroth | Personal Vehicle | $0.54 | 19 miles | $10.26 | Airport to Home |
| EFCH/TCH-CS-040 | On site Diligence | 20160122 | Gary Germeroth | Other transportation Expenses | | | $6.00 | EFH office parking |
| EFCH/TCH-CS-040 | On site Diligence | 20160122 | Gary Germeroth | Rental Car | | | $8.50 | Car rental fuel |
| EFCH/TCH-CS-040 | On site Diligence | 20160122 | Todd Filsinger | Airfare | | | $344.10 | Airfare from Dallas to Denver |
| EFCH/TCH-CS-040 | On site Diligence | 20160122 | Todd Filsinger | Hotel | | | $292.67 | Hilton - Southlake, TX |
| EFCH/TCH-CS-040 | On site Diligence | 20160122 | Todd Filsinger | Taxi | | | $70.00 | To home |
| EFCH/TCH-CS-040 | On site Diligence | 20160122 | Todd Filsinger | Breakfast | | | $3.46 | Hilton Southlands | self |
| EFCH/TCH-CS-040 | On site Diligence | 20160125 | N/a | Market Research | | | $284.95 | Duff&Phelps 2015 Valuation Handbook |
| EFCH/TCH-CS-040 | On site Diligence | 20160125 | Sam Schreiber | Airfare | | | $242.10 | Airfare from New York to Dallas |
| EFCH/TCH-CS-040 | On site Diligence | 20160125 | Sam Schreiber | Hotel | | | $265.51 | Marriott - Dallas, TX |
| EFCH/TCH-CS-040 | On site Diligence | 20160125 | Sam Schreiber | Taxi | | | $141.99 | Uber - NYC - to LGA - Surge pricing due to blizzard |
| EFCH/TCH-CS-040 | On site Diligence | 20160125 | Sam Schreiber | Taxi | | | $26.93 | Uber - Dallas - to Energy Plaza |
| EFCH/TCH-CS-040 | On site Diligence | 20160125 | Sam Schreiber | Lunch | | | $13.90 | Pho Colonial | Self |
| EFCH/TCH-CS-040 | On site Diligence | 20160125 | Sam Schreiber | Dinner | | | $80.00 | Shinsea | Sam, Todd |
| EFCH/TCH-CS-040 | On site Diligence | 20160125 | Sam Schreiber | Taxi | | | $31.45 | Uber - Dallas - to Dinner |
| EFCH/TCH-CS-040 | On site Diligence | 20160125 | Sam Schreiber | Taxi | | | $8.05 | Uber - Dallas - to Hotel |
| EFCH/TCH-CS-040 | On site Diligence | 20160125 | Sam Schreiber | Airfare | | | $6.50 | Gogo Internet |
| EFCH/TCH-CS-040 | On site Diligence | 20160125 | Todd Filsinger | Airfare | | | $524.10 | Airfare from Denver to Dallas (economy class, cheapest flight available) |
| EFCH/TCH-CS-040 | On site Diligence | 20160125 | Todd Filsinger | Taxi | | | $70.00 | To DIA |
| EFCH/TCH-CS-040 | On site Diligence | 20160125 | Todd Filsinger | Taxi | | | $26.92 | From DFW |
| EFCH/TCH-CS-040 | On site Diligence | 20160125 | Todd Filsinger | Lunch | | | $5.94 | Le Madeline | self |
| EFCH/TCH-CS-040 | On site Diligence | 20160125 | Todd Filsinger | Taxi | | | $23.71 | to dinner |
| EFCH/TCH-CS-040 | On site Diligence | 20160125 | Todd Filsinger | Airfare | | | $4.95 | Gogo air (internet) |
| EFCH/TCH-CS-040 | On site Diligence | 20160126 | Sam Schreiber | Hotel | | | $358.27 | Marriott - Dallas, TX (portion deducted to cap at $350) |
| EFCH/TCH-CS-040 | On site Diligence | 20160126 | Sam Schreiber | Taxi | | | $6.70 | Uber - Dallas - to Energy Plaza |
| EFCH/TCH-CS-040 | On site Diligence | 20160126 | Sam Schreiber | Taxi | | | $6.83 | Uber - Dallas - to Hotel |
| EFCH/TCH-CS-040 | On site Diligence | 20160126 | Sam Schreiber | Lunch | | | $12.97 | Poblanos | Sam, Todd |
| EFCH/TCH-CS-040 | On site Diligence | 20160126 | Sam Schreiber | Dinner | | | $33.77 | Marriott | Self |
| EFCH/TCH-CS-040 | On site Diligence | 20160126 | Sam Schreiber | Market Research | | | $190.83 | Cost of Capital book - Supporting CP Litigation |
| EFCH/TCH-CS-040 | On site Diligence | 20160126 | Gary Germeroth | Airfare | | | $220.98 | Airfare from Houston to Dallas |
| EFCH/TCH-CS-040 | On site Diligence | 20160126 | Gary Germeroth | Hotel | | | $168.97 | Fairmont  Dallas, TX |
| EFCH/TCH-CS-040 | On site Diligence | 20160126 | Gary Germeroth | Taxi | | | $11.93 | Love Field to EFH offices |
| EFCH/TCH-CS-040 | On site Diligence | 20160126 | Gary Germeroth | Parking | | | $20.00 | Airport |
| EFCH/TCH-CS-040 | On site Diligence | 20160126 | Gary Germeroth | Personal Vehicle | $0.54 | 19 miles | $10.26 | Home to Airport |
| EFCH/TCH-CS-040 | On site Diligence | 20160126 | Gary Germeroth | Lunch | | | $9.73 | Poblano's | Self |
| EFCH/TCH-CS-040 | On site Diligence | 20160126 | Gary Germeroth | Dinner | | | $38.52 | Room service | Self |
| EFCH/TCH-CS-040 | On site Diligence | 20160126 | Todd Filsinger | Hotel | | | $350.00 | The Highland - Dallas, TX (capped at $350) |

| INVOICE NUMBER | MATTER | DATE | NAME OF TIMEKEEPER WHO INCURRED EXPENSE | EXPENSE CATEGORY | UNIT COST | # OF UNITS | TOTAL | EXPENSE DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| EFCH/TCH-CS-040 | On site Diligence | 20160126 | Todd Filsinger | Taxi | | | $25.53 | to office |
| EFCH/TCH-CS-040 | On site Diligence | 20160126 | Todd Filsinger | Taxi | | | $23.49 | to hotel |
| EFCH/TCH-CS-040 | On site Diligence | 20160126 | Todd Filsinger | Breakfast | | | $8.33 | The knife | self |
| EFCH/TCH-CS-040 | On site Diligence | 20160127 | Sam Schreiber | Airfare | | | $245.10 | Airfare from Dallas to New York |
| EFCH/TCH-CS-040 | On site Diligence | 20160127 | Sam Schreiber | Taxi | | | $15.13 | Uber - Dallas - to Energy Plaza |
| EFCH/TCH-CS-040 | On site Diligence | 20160127 | Sam Schreiber | Taxi | | | $37.70 | Uber - Dallas - to DFW |
| EFCH/TCH-CS-040 | On site Diligence | 20160127 | Sam Schreiber | Lunch | | | $14.98 | Pho Colonial | Self |
| EFCH/TCH-CS-040 | On site Diligence | 20160127 | Sam Schreiber | Taxi | | | $44.19 | Taxi - NYC - from LGA |
| EFCH/TCH-CS-040 | On site Diligence | 20160127 | Gary Germeroth | Hotel | | | $168.97 | Fairmont Dallas, TX |
| EFCH/TCH-CS-040 | On site Diligence | 20160127 | Gary Germeroth | Parking | | | $20.00 | Airport |
| EFCH/TCH-CS-040 | On site Diligence | 20160127 | Gary Germeroth | Lunch | | | $12.14 | Pho Colonial | Self |
| EFCH/TCH-CS-040 | On site Diligence | 20160127 | Gary Germeroth | Dinner | | | $13.51 | Campisi's | Self |
| EFCH/TCH-CS-040 | On site Diligence | 20160128 | Gary Germeroth | Airfare | | | $220.98 | Airfare from Dallas to Houston |
| EFCH/TCH-CS-040 | On site Diligence | 20160128 | Gary Germeroth | Taxi | | | $10.32 | EFH Offices to Love Field |
| EFCH/TCH-CS-040 | On site Diligence | 20160128 | Gary Germeroth | Parking | | | $20.00 | Airport |
| EFCH/TCH-CS-040 | On site Diligence | 20160128 | Gary Germeroth | Personal Vehicle | $0.54 | 19 miles | $10.26 | Airport to Home |
| EFCH/TCH-CS-040 | On site Diligence | 20160128 | Gary Germeroth | Lunch | | | $9.28 | Taco Borracho | Self |
| EFCH/TCH-CS-040 | On site Diligence | 20160131 | Todd Filsinger | Airfare | | | $344.99 | Airfare from Denver to Dallas (anytime fare) |
| EFCH/TCH-CS-040 | On site Diligence | 20160131 | Todd Filsinger | Taxi | | | $19.47 | to hotel |
| EFCH/TCH-CS-040 | On site Diligence | 20160131 | Todd Filsinger | Taxi | | | $70.00 | to DIA |
| EFCH/TCH-CS-040 | On site Diligence | 20160131 | Paul Harmon | Airfare | | | $689.98 | Airfare from Denver to Dallas (ROUND TRIP - ANYTIME FARE) |
| EFCH/TCH-CS-040 | On site Diligence | 20160131 | Paul Harmon | Taxi | | | $9.54 | Hotel |
| EFCH/TCH-CS-040 | On site Diligence | 20160131 | Paul Harmon | Dinner | | | $40.00 | Onsite - Dallas | P. Harmon |

$19,305.04