## Exhibit D

## Voluntary Rate Disclosures

- The blended hourly rate for all A&M timekeepers (including both professionals and paraprofessionals) who billed to the Debtors during the Fee Period was approximately **$496.53** per hour (the "Debtor Blended Hourly Rate").[1]

- A detailed comparison of these rates is as follows:

| Position at A&M | Debtor Blended Hourly Rate for This Fee Application |
|---|---|
| Managing Directors | $782,85 |
| Senior Directors | $600.00 |
| Directors | $572.54 |
| Managers | $590.00 |
| Senior Associates | $475.00 |
| Consultant | $425.00 |
| Associates | $330.00 |
| Analysts | $353.82 |
| Paraprofessionals | $275.00 |

---

[1] A&M calculated the blended rate for timekeepers who billed to the Debtors by dividing the *total dollar amount billed* by such timekeepers during the Fee Period by the *total number of hours billed* by such timekeepers during the Fee Period.