*Exhibit E*

**Combined - All Entities**
*Summary of Time Detail by Professional*
*September 1, 2015 through December 31, 2015*

| *Professional* | *Position* | *Billing Rate* | *Sum of Hours* | *Sum of Fees* |
|---|---|---|---|---|
| Brian Cumberland | Managing Director | $925.00 | 7.0 | $6,475.00 |
| JD Ivy | Managing Director | $925.00 | 73.8 | $68,265.00 |
| Jeff Stegenga | Managing Director | $925.00 | 126.4 | $116,920.00 |
| Emmett Bergman | Managing Director | $750.00 | 580.7 | $435,525.00 |
| John Stuart | Managing Director | $750.00 | 207.0 | $155,250.00 |
| Steve Kotarba | Managing Director | $675.00 | 33.2 | $22,410.00 |
| Jodi Ehrenhofer | Senior Director | $600.00 | 434.1 | $260,460.00 |
| Matt Frank | Director | $600.00 | 687.0 | $412,200.00 |
| Robert Casburn | Manager | $590.00 | 84.8 | $50,032.00 |
| Kevin Sullivan | Director | $525.00 | 40.1 | $21,052.50 |
| Mark Zeiss | Director | $525.00 | 10.2 | $5,355.00 |
| Paul Kinealy | Director | $525.00 | 346.6 | $181,965.00 |
| David Blanks | Senior Associate | $475.00 | 291.7 | $138,557.50 |
| Jeff Dwyer | Senior Associate | $475.00 | 455.1 | $216,172.50 |
| Taylor Atwood | Senior Associate | $475.00 | 139.8 | $66,405.00 |
| Ryan Wells | Associate | $330.00 | 102.6 | $33,858.00 |
| Richard Carter | Consultant | $425.00 | 655.6 | $278,630.00 |
| Jon Rafpor | Analyst | $375.00 | 495.0 | $185,625.00 |
| Michael Williams | Analyst | $350.00 | 619.6 | $216,860.00 |
| Peyton Heath | Analyst | $350.00 | 344.4 | $120,540.00 |
| Sarah Pittman | Analyst | $350.00 | 764.2 | $267,470.00 |
| Robert Country | Analyst | $325.00 | 134.5 | $43,712.50 |
| Mary Napoliello | Paraprofessional | $275.00 | 45.4 | $12,485.00 |
| | | *Total* | **6,678.8** | **$3,316,225.00** |