*Exhibit F*

## Combined
## Energy Future Holdings Corp., et al.,
## Summary of Expense Detail by Category
## September 1, 2015 through December 31, 2015

| Expense Category | Sum of Expenses |
|---|---|
| Airfare | $68,540.44 |
| Lodging | $59,589.45 |
| Meals | $8,438.81 |
| Miscellaneous | $1,002.12 |
| Transportation | $20,131.06 |
| **Total** | **$157,701.88** |