*Exhibit G*

**Combined - All Entities**
**Summary of Time Detail by Task**
**September 1, 2015 through December 31, 2015**

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Accounting/Cut-off | 111.9 | $59,062.50 |
| Bankruptcy Support | 627.9 | $345,475.00 |
| Business Plan | 304.0 | $112,980.00 |
| Cash Management | 31.1 | $11,485.00 |
| Causes of Action | 1.6 | $840.00 |
| Claims | 1,789.6 | $788,115.00 |
| Communication | 21.4 | $16,467.50 |
| Contracts | 2,155.4 | $1,069,452.50 |
| Coordination & Communication with other Creditor Constituents | 31.1 | $17,982.50 |
| Coordination & Communication with UCC | 169.9 | $106,335.00 |
| Court | 61.2 | $48,232.50 |
| DIP Financing | 57.6 | $28,295.00 |
| Fee Applications | 143.8 | $60,432.50 |
| Motions and Orders | 6.2 | $4,650.00 |
| POR / Disclosure Statement | 561.1 | $303,127.50 |
| Status Meetings | 83.9 | $51,127.50 |
| Travel Time | 256.9 | $141,535.00 |
| UST Reporting Requirements | 36.1 | $19,102.50 |
| Vendor Management | 228.1 | $131,527.50 |
| **Total** | **6,678.8** | **$3,316,225.00** |

*Travel time billed at 50% of time incurred*