**Exhibit D**

**Summary of Total Fees Incurred and Hours Billed During the Fee Period**

| Professional Person | Position with the Applicant | Fees Billed In this application | Hours Billed In this application | Hourly Rate Billed | | Fees Billed |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | In this Application | In the first Interim Application | In this application at First Interim Application billing rate |
| Todd W. Filsinger | Senior Managing Director | $480,975.00 | 641.30 | $750 | $750 | $480,975.00 |
| Jean Agras | Managing Director | $293,040.00 | 407.00 | $720 | $720 | $293,040.00 |
| Gary Germeroth | Managing Director | $379,440.00 | 527.00 | $720 | $720 | $379,440.00 |
| Dave Andrus | Director | $168,990.00 | 262.00 | $645 | n/a | n/a |
| Scott Davis | Director | $381,772.50 | 700.50 | $545 | $545 | $381,772.50 |
| Michael Green | Director | $104,362.50 | 189.75 | $550 | n/a | n/a |
| Paul Harmon | Director | $63,537.50 | 110.50 | $575 | $575 | $63,537.50 |
| Tim Wang | Director | $197,512.50 | 343.50 | $575 | n/a | n/a |
| Kimberly Eckert | Managing Consultant | $174,982.50 | 353.50 | $495 | n/a | n/a |
| Michael Gadsden | Managing Consultant | $183,310.00 | 398.50 | $460 | $460 | $183,310.00 |
| Jill Kawakami | Managing Consultant | $72,240.00 | 168.00 | $430 | $430 | $72,240.00 |
| Stephanie Kurth | Managing Consultant | $12,555.00 | 31.00 | $405 | n/a | n/a |
| Julie Lee | Managing Consultant | $21,532.50 | 43.50 | $495 | n/a | n/a |
| Michael Perry | Managing Consultant | $231,240.00 | 564.00 | $410 | $410 | $231,240.00 |
| Nathan Pollak | Managing Consultant | $221,950.00 | 482.50 | $460 | $405 | $195,412.50 |
| Samuel Schreiber | Managing Consultant | $310,992.50 | 683.50 | $455 | $455 | $310,992.50 |
| Laura Hatanaka | Consultant | $184,080.00 | 472.00 | $390 | $390 | $184,080.00 |
| Pamela Morin | Consultant | $14,611.00 | 38.45 | $380 | $380 | $14,611.00 |
| Alex Vinton | Analyst | $9,900.00 | 36.00 | $275 | $275 | $9,900.00 |
| | **Totals:**[1] | **$3,507,023.50** | **6,452.50** | **$543.51** | | |

---

[1]   Blended hourly rate shown.

RLF1 13949733v.1