**Exhibit E**

**Summary of Actual and Necessary Expenses for the Fee Period**

| **Expense (1)** | **Amount** |
|---|---:|
| Lodging | $49,415.78 |
| Airfare | $56,451.41 |
| Taxi | $11,466.36 |
| Travel Meals | $10,611.52 |
| Other Travel Expenses | $4,853.64 |
| Market Research | $7,800.00 |
| Shipping | $77.45 |
| Vehicle Rental | $4,614.08 |
| Other | $30.00 |
| **Totals:** | **$145,320.24** |

---

[1]  Travel expense categories included in this table have been summarized compared to the Detailed Description of Expenses Incurred (Exhibit H).