# Exhibit F

## Summary of Fees and Expenses by Project Category for the Fee Period

| Project Category Number | Project Category Description | Hours | Total Compensation | Expenses | Total |
|---|---|---|---|---|---|
| 1 | Long-Range Forecast | 744.10 | $425,795.00 | $0.00 | $425,795.00 |
| 2 | Metric Analysis | 321.00 | $186,287.50 | $0.00 | $186,287.50 |
| 3 | Generation Analysis | 743.65 | $394,465.00 | $0.00 | $394,465.00 |
| 4 | Retail Analysis | 245.50 | $116,900.00 | $0.00 | $116,900.00 |
| 5 | Commodity Analysis | 301.00 | $148,585.00 | $0.00 | $148,585.00 |
| 6 | Competitor Analysis | 167.10 | $93,140.00 | $0.00 | $93,140.00 |
| 7 | EBITDA Projection | 307.00 | $161,267.50 | $0.00 | $161,267.50 |
| 8 | Environmental Analysis | 280.70 | $155,390.00 | $0.00 | $155,390.00 |
| 9 | Short-Range Forecast | 24.00 | $11,225.00 | $0.00 | $11,225.00 |
| 10 | Capital Projects | 24.00 | $15,420.00 | $0.00 | $15,420.00 |
| 11 | Wholesale Operations | 131.00 | $80,615.00 | $0.00 | $80,615.00 |
| 12 | Retail Operations | 129.20 | $71,627.50 | $0.00 | $71,627.50 |
| 13 | T&D Operations | 14.50 | $7,655.00 | $0.00 | $7,655.00 |
| 14 | Data Collection and Diligence | 512.80 | $260,405.00 | $0.00 | $260,405.00 |
| 15 | Reports | 1,011.90 | $542,260.00 | $0.00 | $542,260.00 |
| 16 | Hearings | 33.50 | $22,385.00 | $0.00 | $22,385.00 |
| 17 | On Site Diligence | 387.70 | $214,895.00 | $145,320.24 | $360,215.24 |
| 18 | Project Management | 9.50 | $6,885.00 | $0.00 | $6,885.00 |
| 19 | Project Administration | 0.00 | $0.00 | $0.00 | $0.00 |
| 20 | T&D Forecast | 58.00 | $37,035.00 | $0.00 | $37,035.00 |
| 21 | Fee Objection & Litigation | 0.00 | $0.00 | $0.00 | $0.00 |
| 22 | Fee Application | 56.95 | $25,388.50 | $0.00 | $25,388.50 |
| 23 | Business Services Analysis | 2.50 | $1,800.00 | $0.00 | $1,800.00 |
| 24 | Retail Margins | 14.50 | $6,670.00 | $0.00 | $6,670.00 |
| 25 | T&D Market Research | 6.50 | $2,835.00 | $0.00 | $2,835.00 |
| 26 | Wholesale Market Research | 66.00 | $35,227.50 | $0.00 | $35,227.50 |
| 27 | Retail Market Research | 130.50 | $63,970.00 | $0.00 | $63,970.00 |
| 28 | Performance Analysis | 26.00 | $13,577.50 | $0.00 | $13,577.50 |

Continued

RLF1 13949733v.1

| Project Category Number | Project Category Description | Hours | Total Compensation | Expenses | Total |
|---|---|---|---|---|---|
| 29 | Sales, General & Administrative Analysis | 116.00 | $58,965.00 | $0.00 | $58,965.00 |
| 30 | Portfolio Analysis | 28.50 | $16,050.00 | $0.00 | $16,050.00 |
| 31 | Oncor Revenue Analysis | 0.00 | $0.00 | $0.00 | $0.00 |
| 32 | Oncor Capital Structure | 0.00 | $0.00 | $0.00 | $0.00 |
| 33 | Regulatory Analysis | 268.30 | $169,320.00 | $0.00 | $169,320.00 |
| 34 | Claims & Settlement Issues | 19.00 | $13,150.00 | $0.00 | $13,150.00 |
| 35 | Property Tax Analysis | 271.60 | $147,832.50 | $0.00 | $147,832.50 |
| **Totals** | | **6,452.50** | **$3,507,023.50** | **$145,320.24** | **$3,652,343.74** |