## **EXHIBIT A**

### **Statement of Fees and Expenses By Subject Matter**

| Description | Total Billed Hours | Total Fees |
|---|---:|---:|
| Plan and Disclosure | 7.20 | $8,392.50 |
| Employment and Fee Applications | 2.30 | $2,467.50 |
| **TOTAL** | **9.50** | **$10,860.00** |

4