## **EXHIBIT B**

### **Attorney and Paraprofessionals Information**

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Richard Levin | Partner | 1976 | Bankruptcy | 1200 | 7.10 | 8,520.00 |
| Vince Lazar | Partner | 1990 | Bankruptcy | 975 | 2.40 | 2,340.00 |
| | | | | **TOTAL** | **9.50** | **10,860.00** |

NYCorp 3534423v.1
02/21/2016 SL1 1404198v1 109285.00005
105638.1