# EXHIBIT D

## Detailed Description of Expenses and Disbursements

**None.**