## Exhibit A

## Hours Expended by Goldin Professional

| | | |
|---|---|---|
| David Prager | Managing Director | 5.0 |
| Karthik Bhavaraju | Director | 2.5 |
| Deborah Praga | Analyst | 3.5 |
| **Total** | | **10.5** |