## Exhibit C

**Expenses by Category**

| | |
|---|---|
| Research | 731.03 |
| **Total** | **$109.99** |