**<u>Exhibit D</u>**

**Expense Detail**

**GA**

**GoldinAssociates, LLC**

350 Fifth Avenue
The Empire State Building
New York, New York 10118

Tel.: 212 593 2255
Fax: 212 888 2841
www.goldinassociates.com

*Detailed Expenses by*
*Category:*          EFIH

For Expenses Through  1/31/2016

| Expense | Start Date | End Date | Invoice Date | | Description | Charges |
|---|---|---|---|---|---|---|
| : Research | | | | | | |
| | 10/1/2015 | 12/31/2015 | 1/7/16 | RCD | Pacer - Inv # 2552207-Q42015 | $9.20 |
| | 12/1/2015 | 12/31/2015 | 12/31/15 | RCD | Thomson Reuters- Service Dates: 12/1/15 - 12/31/15 | $721.83 |
| Total: Research | | | | | | |
| | | | | | | $731.03 |
| Grand Total | | | | | | |
| | | | | | | $731.03 |