# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) (Jointly Administered) |
| Debtors. | |

## CERTIFICATE OF SERVICE

I, J. Cory Falgowski, Esq., hereby certify that on this 23rd day of February, 2016, I caused a true and correct copy of the **TEXAS BIG SPRING, LP'S RESPONSE TO THE DEBTORS' THIRTY-SEVENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CERTAIN IMPROPERLY ASSERTED CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003, AND LOCAL BANKRUPTCY RULE 3007-1** to be served on the below-listed parties in the manners indicated.

**VIA E-MAIL AND HAND DELIVERY**
Mark D. Collins
Daniel J. DeFranceschi
Jason M. Madron, Esq.
RICHARDS, LAYTON & FINGER, P.A.
920 North King Street
Wilmington, Delaware 19801
collins@rlf.com
defranceschi@rlf.com
madron@rlf.com

**VIA E-MAIL**
Edward O. Sassower, P.C.
Stephen E. Hessler
Brian E. Schartz
KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INT'L LLP
601 Lexington Avenue
New York, New York 10022-4611
edward.sassower@kirkland.com
stephen.hessler@kirkland.com
brian.schartz@kirkland.com

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

- 2 -

**VIA E-MAIL**
James H.M. Sprayregen, P.C.
Marc Kieselstein, P.C.
Chad J. Husnick
Steven N. Serajeddini
KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INT'L LLP
300 North LaSalle
Chicago, Illinois 60654
james.sprayregen@kirkland.com
marc.kieselstein@kirkland.com
chad.husnick@kirkland.com
steven.serajeddini@kirkland.com

Dated: February 23, 2016                REED SMITH LLP

                                        By:  /s/ J. Cory Falgowski
                                             J. Cory Falgowski (No. 4546)
                                             1201 Market Street, Suite 1500
                                             Wilmington, DE  19801
                                             Telephone: (302) 778-7500
                                             Facsimile: (302) 778-7575
                                             E-mail: jfalgowski@reedsmith.com

                                        *Counsel for Texas Big Spring, LP*