# EXHIBIT A

**[Statement of Fees by Subject Matter]**

| Description | Total Hours Billed | Total Fees |
|:---:|:---:|:---:|
| [ALL] BK Retention and Fee Applications | 5.1 | $975.00 |
| [ALL] Case Administration | 0.8 | $235.00 |
| [ALL] Claims Administration & Objections | 0.8 | $235.00 |
| [ALL] Contested Matters & Adv. Proceed. | 0.6 | $210.00 |
| [ALL] Non-BK Fee/Employment Applications | 3.2 | $602.50 |
| [ALL] Plan and Disclosure Statement | 0.5 | $175.00 |
| **Total** | **11.0** | **$2,432.50** |