## EXHIBIT A

**Statement of Fees and Expenses By Subject Matter**

**COMPENSATION BY SUBJECT MATTER[1]**
**JANUARY 1, 2016 THROUGH JANUARY 31, 2016**

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 4 | General Environmental Matters | 34.30 | $12,511.50 |
| 7 | EPA NSR Litigation | 125.80 | $44,023.50 |
| 8 | EGU MACT | 49.40 | $19,506.50 |
| 9 | Texas PM2.5 Interstate Transport Rule | 76.50 | $24,460.50 |
| 11 | EPA Regional Haze Rulemaking | 246.30 | $92,113.50 |
| 18 | EPA Affirmative Defense Litigation | 12.40 | $6,016.00 |
| 19 | EPA GHG Rules | 122.50 | $46,918.50 |
| 21 | Bankruptcy Application and Retention | 46.40 | $11,032.00 |
| 24 | La Frontera Gas Contracts | 5.70 | $2,536.50 |
| **Totals:** | | **719.30** | **$259,118.50** |

---

[1]    The work performed and expenses incurred by Balch during the compensation period were entirely on behalf of Texas Competitive Electric Holdings Company, LLC and its debtor subsidiaries.

**EXPENSE SUMMARY**
**JANUARY 1, 2016 THROUGH JANUARY 31, 2016**

| Expense Category | Amount |
|---|---|
| Airfare | $2,306.79 |
| In-house Copying  -  Standard Copies or Prints | $36.00 |
| Deliveries | $16.94 |
| Telephone Charges | $171.18 |
| Transportation to/from airport | $139.92 |
| Transportation | $20.00 |
| Travel Expenses – Lodging | $617.69 |
| Travel Meals | $200.93 |
| Other Travel Expenses | $89.35 |
| **Total Expenses Sought:** | **$3,598.80** |