**<u>EXHIBIT B</u>**

**Attorneys and Paraprofessionals' Information**

The Balch attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Thomas L. Casey III | Partner | 2003 | Environmental | $395.00 | 67.50 | $26,658.50[1] |
| Thomas DeLawrence | Partner | 2006 | Environmental | $330.00 | 9.50 | $3,135.00 |
| P. Stephen Gidiere | Partner | 1996 | Environmental | $525.00 | 188.10 | $98,752.50 |
| Scott B. Grover | Partner | 2001 | Energy | $445.00 | 5.70 | $2,536.50 |
| Peter LeJeune | Partner | 1997 | Energy | $480.00 | 1.40 | $672.00 |
| C. Grady Moore | Partner | 1992 | Environmental | $525.00 | 22.20 | $11,655.00 |
| Millicent Ronnlund | Partner | 2008 | Energy | $345.00 | 11.00 | $3,795.00 |
| Mary F. Samuels | Partner | 2007 | Environmental | $330.00 | 0.80 | $264.00 |
| Julia Barber | Associate | 2014 | Environmental | $245.00 | 40.40 | $9,898.00 |
| S. Ellen Burgin | Associate | 2014 | Environmental | $240.00 | 13.60 | $3,264.00 |
| Steven Corhern | Associate | 2011 | Litigation | $285.00 | 6.80 | $1,938.00 |
| Jonathan Grayson | Associate | 2005 | Bankruptcy | $295.00 | 1.00 | $295.00 |
| Alan Lovett | Associate | 2013 | Energy | $235.00 | 2.90 | $681.50 |
| S. Michael Madison | Associate | 2015 | Energy | $230.00 | 1.20 | $276.00 |
| David W. Mitchell | Associate | 2009 | Environmental | $300.00 | 198.80 | $59,640.00 |
| J. Patrick Runge | Associate | 2008 | Environmental | $280.00 | 25.20 | $7,056.00 |
| Amy Benschoter | Staff Attorney | 2005 | Environmental | $230.00 | 103.50 | $23,805.00 |
| Tal Simpson | Staff Attorney | 2011 | Environmental | $265.00 | 14.40 | $3,816.00 |
| | | | | | **714.00** | **$258,138.00** |

The paraprofessionals of Balch who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Stephen Kelley | Project Assistant | 3 years | General | $185.00 | 5.30 | $980.50 |
| | | | | | **5.30** | **$980.50** |

**Total Fees Requested**                    **$259,118.50**

---

[1] Note that the total compensation amount for Thomas L. Casey includes 0.40 hours billed at the 2015 billing rate of $385.00 per hour.