# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

## EXPENSE SUMMARY
## JANUARY 1, 2016 THROUGH JANUARY 31, 2016

| Expense Category | Amount |
|---|---|
| Airfare | $2,306.79 |
| In-house Copying  -  Standard Copies or Prints | $36.00 |
| Deliveries | $16.94 |
| Telephone Charges | $171.18 |
| Transportation to/from airport | $139.92 |
| Transportation | $20.00 |
| Travel Expenses – Lodging | $617.69 |
| Travel Meals | $200.93 |
| Other Travel Expenses | $89.35 |
| **Total Expenses Sought:** | **$3,598.80** |

RLF1 13963429v.1