# EXHIBIT D

**Detailed Description of Expenses and Disbursements**

**DETAILED EXPENSE SUMMARY**
**JANUARY 1, 2016 THROUGH JANUARY 31, 2016**

| Invoice Number | Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| *593156* | *004* | *12/11/15* | *P. Stephen Gidiere* | *Airfare* | | | *$28.00[1]* | *Travel agency service fee* |
| 593156 | 004 | 12/11/15 | P. Stephen Gidiere | Airfare | | | $116.10 | Travel from Dallas, TX to Austin, TX |
| 593156 | 004 | 1/5/16 | P. Stephen Gidiere | Telephone Charges | | | $17.44 | Conference Call |
| 593156 | 004 | 1/15/16 | P. Stephen Gidiere | Telephone Charges | | | $15.67 | Conference Call |
| *593156* | *004* | *1/21/16* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$1.28* | *Long Distance* |
| 593156 | 004 | 1/21/16 | P. Stephen Gidiere | Telephone Charges | | | $23.66 | Conference Call |
| 593156 | 004 | 1/28/16 | P. Stephen Gidiere | Telephone Charges | | | $45.46 | Conference Call |
| *593157* | *007* | *12/8/15* | *C. Grady Moore* | *Telephone Charges* | | | *$2.00[2]* | *Long Distance to Austin, TX* |
| *593157* | *007* | *12/15/15* | *P. Stephen Gidiere* | *Transportation to/from Airport* | | | *$112.80[3]* | *Cab fare from airport to hotel* |
| *593157* | *007* | *12/16/15* | *C. Grady Moore* | *Telephone Charges* | | | *$2.00* | *Long Distance to Austin, TX* |
| 593157 | 007 | 12/17/15 | P. Stephen Gidiere | Airfare | | | $250.60 | Travel from Washington, DC to Birmingham, AL |
| *593157* | *007* | *12/17/15* | *P. Stephen Gidiere* | *Airfare* | | | *$10.00[4]* | *Travel agency service fee* |
| *593157* | *007* | *12/30/15* | *C. Grady Moore* | *Telephone Charges* | | | *$0.70* | *Long Distance to Austin, TX* |
| *593157* | *007* | *1/18/16* | *C. Grady Moore* | *Telephone Charges* | | | *$2.00* | *Long Distance to Dallas, TX* |
| 593157 | 007 | 1/19/16 | Linda Shaper | Telephone Charges | | | $1.50 | Conference Call (C. Grady Moore) |
| 593157 | 007 | 1/20/16 | Amy Benschoter | Deliveries | | | $16.94 | Fed-Ex |
| *593157* | *007* | *1/20/16* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$0.20* | *Long Distance* |
| 593157 | 007 | 1/21/16 | C. Grady Moore | In-house Copying | $0.10 | 5 | $0.50 | Standard Copies |
| 593157 | 007 | 1/21/16 | P. Stephen Gidiere | Airfare | | | $735.96 | Roundtrip travel between Birmingham, AL and Dallas, TX |

---

[1] Pursuant to the Fee Committee's Letter Report on the First Interim Application of Balch & Bingham LLP, dated May 20, 2015, service fees are not reimbursable. Therefore, $28.00 is not reimbursable.

[2] Italicized entries for Telephone Charges represent those calls which cannot be classified as multi-party conference calls. A total of $27.51 in telephone charges is not reimbursable.

[3] Pursuant to the Fee Committee's memorandum dated June 9, 2015, the maximum allowable expense for ground transportation to or from the airports is $75.00 for Washington, DC. Therefore, $37.80 is not reimbursable.

[4] Pursuant to the Fee Committee's Letter Report on the First Interim Application of Balch & Bingham LLP, dated May 20, 2015, service fees are not reimbursable. Therefore, $10.00 is not reimbursable.

RLF1 13963429v.1

| Invoice Number | Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 593157 | 007 | 1/21/16 | P. Stephen Gidiere | Transportation to/from Airport | | | $28.00 | Cab fare from airport to client's office |
| 593157 | 007 | 1/21/16 | P. Stephen Gidiere | Transportation to/from Airport | | | $2.16 | Transportation to Birmingham airport |
| 593157 | 007 | 1/21/16 | *P. Stephen Gidiere* | *Travel Expenses – Lodging* | | | *$549.57[5]* | *Lodging in Dallas, TX (1 night)* |
| 593157 | 007 | 1/21/16 | P. Stephen Gidiere | Travel Meals | | | $24.75 | Lunch (2 people) |
| 593157 | 007 | 1/21/16 | *P. Stephen Gidiere* | *Travel Meals* | | | *$88.69[6]* | *Dinner (1 person)* |
| 593157 | 007 | 1/21/16 | P. Stephen Gidiere | Travel Meals | | | $3.18 | Breakfast (1 person) |
| 593157 | 007 | 1/22/16 | P. Stephen Gidiere | Other Travel Expenses | | | $37.00 | Airport parking |
| 593157 | 007 | 1/22/16 | P. Stephen Gidiere | Telephone Charges | | | $14.04 | Conference Call |
| 593157 | 007 | 1/22/16 | P. Stephen Gidiere | Transportation | | | $20.00 | Cab fare from hotel to client's office |
| 593157 | 007 | 1/22/16 | P. Stephen Gidiere | Transportation to/from Airport | | | $2.16 | Transportation from Birmingham airport |
| 593157 | 007 | 1/22/16 | *P. Stephen Gidiere* | *Travel Meals* | | | *$64.29[7]* | *Dinner (1 person)* |
| 593157 | 007 | 1/27/16 | *C. Grady Moore* | *Telephone Charges* | | | *$1.80* | *Long Distance to Austin, TX* |
| 593157 | 007 | 1/28/16 | *P. Stephen Gidiere* | *Telephone Charges* | | | *$0.50* | *Long Distance to Dallas, TX* |
| 593160 | 011 | 12/9/15 | *Steven Burns* | *In-house Copying* | *$0.10* | *232* | *$23.20[8]* | *Standard Copies* |
| 593160 | 011 | 1/6/16 | P. Stephen Gidiere | Telephone Charges | | | $0.40 | Conference Call |
| 593160 | 011 | 1/6/16 | P. Stephen Gidiere | Telephone Charges | | | $0.40 | Conference Call |
| 593160 | 011 | 1/6/16 | P. Stephen Gidiere | Telephone Charges | | | $1.40 | Conference Call |
| 593160 | 011 | 1/7/16 | P. Stephen Gidiere | Telephone Charges | | | $6.10 | Conference Call |
| 593160 | 011 | 1/8/16 | P. Stephen Gidiere | Telephone Charges | | | $1.50 | Conference Call |

---

[5] Pursuant to the Fee Committee's initial memorandum, dated October 3, 2014, hotel rooms are capped at $350.00 per night.   Therefore, $199.57 is not reimbursable.

[6] Pursuant to the Fee Committee's initial memorandum, dated October 3, 2014, meals are capped at $40.00 per person, per meal.   Therefore, $48.69 is not reimbursable.

[7] Pursuant to the Fee Committee's initial memorandum, dated October 3, 2014, meals are capped at $40.00 per person, per meal.   Therefore, $24.29  is not reimbursable.

[8] It was discovered that this photocopy charge was incorrect.  Therefore, $23.20 has been deducted from the requested expenses for this billing period.

RLF1 13963429v.1

| Invoice Number | Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 593160 | 011 | 1/8/16 | P. Stephen Gidiere | Telephone Charges | | | $12.84 | Conference Call |
| 593160 | 011 | 1/11/16 | P. Stephen Gidiere | Telephone Charges | | | $1.00 | Conference Call |
| *593160* | *011* | *1/12/16* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$2.40* | *Long Distance to Dallas, TX* |
| 593160 | 011 | 1/13/16 | P. Stephen Gidiere | Airfare | | | $367.98 | Travel from Birmingham, AL to Dallas, TX |
| 593160 | 011 | 1/13/16 | P. Stephen Gidiere | Transportation to/from Airport | | | $2.30 | Transportation to Birmingham airport |
| 593160 | 011 | 1/13/16 | P. Stephen Gidiere | Travel Meals | | | $46.79 | Lunch (3 people) |
| 593160 | 011 | 1/13/16 | P. Stephen Gidiere | Travel Meals | | | $3.96 | Breakfast (1 person) |
| *593160* | *011* | *1/13/16* | *P. Stephen Gidiere* | *Travel Meals* | | | *$98.28[9]* | *Dinner (1 person)* |
| *593160* | *011* | *1/14/16* | *P. Stephen Gidiere* | *Airfare* | | | *$20.90[10]* | *Service Fee* |
| 593160 | 011 | 1/14/16 | P. Stephen Gidiere | Airfare | | | $119.10 | Travel from Dallas, TX to Austin, TX |
| 593160 | 011 | 1/14/16 | P. Stephen Gidiere | Airfare | | | $717.05 | Travel from Austin, TX to Birmingham, AL |
| 593160 | 011 | 1/14/16 | P. Stephen Gidiere | Other Travel Expenses | | | $18.35 | Wi-Fi Internet Access |
| 593160 | 011 | 1/14/16 | P. Stephen Gidiere | Other Travel Expenses | | | $34.00 | Airport parking |
| *593160* | *011* | *1/14/16* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$6.20* | *Long Distance* |
| 593160 | 011 | 1/14/16 | P. Stephen Gidiere | Transportation to/from Airport | | | $2.30 | Transportation from Birmingham airport |
| 593160 | 011 | 1/14/16 | P. Stephen Gidiere | Travel Expenses – Lodging | | | $267.69 | Lodging in Dallas, TX (1 night) |
| 593160 | 011 | 1/14/16 | P. Stephen Gidiere | Travel Meals | | | $2.25 | Breakfast (1 person) |
| 593160 | 011 | 1/15/16 | P. Stephen Gidiere | Telephone Charges | | | $0.30 | Conference Call |
| 593160 | 011 | 1/15/16 | P. Stephen Gidiere | Transportation to/from Airport | | | $28.00 | Cab fare from airport to client's office. |
| 593160 | 011 | 1/19/16 | Amy Benschoter | In-house Copying | $0.10 | 355 | $35.50 | Standard Copies |
| 5963160 | 011 | 1/20/16 | P. Stephen Gidiere | Telephone Charges | | | $0.30 | Conference Call |

---

[9] Pursuant to the Fee Committee's initial memorandum, dated October 3, 2014, meals are capped at $40.00 per person, per meal. Therefore, $58.28 is not reimbursable.

[10] Pursuant to the Fee Committee's Letter Report on the First Interim Application of Balch & Bingham LLP, dated May 20, 2015, airline service fees are not reimbursable. Therefore, $20.90 has been deducted.

| Invoice Number | Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 593160 | 011 | 1/22/16 | P. Stephen Gidiere | Telephone Charges | | | $10.14 | Conference Call |
| 593160 | 011 | 1/25/16 | P. Stephen Gidiere | Telephone Charges | | | $0.30 | Conference Call |
| *593160* | *011* | *1/25/16* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$0.40* | *Long Distance to Dallas, TX* |
| 593160 | 011 | 1/25/16 | P. Stephen Gidiere | Telephone Charges | | | $4.99 | Conference Call |
| 593160 | 011 | 1/27/16 | P. Stephen Gidiere | Telephone Charges | | | $0.50 | Conference Call |
| *593160* | *011* | *1/28/16* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$4.00* | *Long Distance* |
| 593161 | 018 | 1/5/16 | P. Stephen Gidiere | Telephone Charges | | | $2.20 | Conference Call |
| *593162* | *019* | *1/19/16* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$1.40* | *Long Distance to Dallas, TX* |
| *593162* | *019* | *1/22/16* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$1.19* | *Long Distance* |
| 593162 | 019 | 1/22/16 | P. Stephen Gidiere | Telephone Charges | | | $1.22 | Conference Call |
| *593162* | *019* | *1/22/16* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$1.22* | *Long Distance* |
| 593162 | 019 | 1/22/16 | P. Stephen Gidiere | Telephone Charges | | | $5.64 | Conference Call |
| 593162 | 019 | 1/27/16 | P. Stephen Gidiere | Telephone Charges | | | $0.20 | Conference Call |
| *593162* | *019* | *1/28/16* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$1.50* | *Long Distance to Dallas, TX* |
| 196164 | 024 | 1/7/16 | Scott B. Grover | Telephone Charges | | | $2.70 | Conference Call |
| Total Expenses: | | | | | | | $4,077.04 | |
| *Less: Expense Adjustment[11]* | | | | | | | *$478.24* | |
| **Total Expenses Sought:** | | | | | | | **$3,598.80** | |

---

[11] Reflects actual expenses incurred during Fee Period which are not reimbursable pursuant to the Fee Committee's initial memorandum, dated October 3, 2014.

RLF1 13963429v.1