# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRIC OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] ) | |
| ) | |
| Debtors. ) | Case No. 14-10979 (CSS) |
| ) | |
| ) | (Jointly Administered) |
| ) | |
| ) | **Re: D.I. 888** |

## NOTICE OF PRESERVATION OF LIEN PURSUANT TO U.S.C. § 546(b)

Knife River Corporation – South ("Knife River") through its undersigned counsel hereby filed this Notice pursuant to 11 U.S.C. § 546(b) of the preservation of liens upon road bed and roadway improvements, including significant repair work and improvements to certain real property described herein, and includes truck hauling, labor and related materials furnished pursuant to the laws of the State of Texas. In support of this Notice, Knife River states as follows:

## LIEN BACKGROUND

1. Knife River furnished labor and materials to construct improvements to certain real property pursuant to a contract with the Debtors for which Knife River has not been paid. The principal indebtedness in connection with the unpaid amounts due and owing on the Debtors' account with Knife River is not less than $387,447.79, exclusive of contractual interest,

---

[1] The last four digits of Energy Future Holding Corp.'s tax identification number are 8810. The location of the debtor's service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

attorneys' fees and costs. Knife River's claim is secured by the mechanic's liens described below.

2.  Knife River timely filed the below described lien statements (the "<u>Texas Mechanic's and Constitutional Liens</u>") against the following real property and improvements thereof, a copy of which is attached hereto as <u>Exhibit A</u>.

| County | Property | Lien Amount | Date Lien Recorded | Recording Information |
|---|---|---|---|---|
| Freestone | 833 FM 2570, Fairfield, Freestone County, Texas 75840 | $366,244.67 | May 28, 2014 | 01401651, OR, 01632, beginning on page 00620 |
| Robertson | 4731 SH 7 E, Kosse, Robertson County, Texas | $21,203.12 | May 27, 2014 | Doc. 20141677, BK OR, Vol. 1235, beginning on page 371 |

## **LIEN RIGHTS UNDER TEXAS LAW**

3.  The Texas Mechanic's and Constitutional Liens attach to and encumber "the house, building, fixtures, or improvements, the land reclaimed from overflow…and…each lot of land necessarily connected or reclaimed," and specifically with regard to Oak Grove Power Plaint and Kosse Mine, Oak Grove Management Company, LLC, 4731 SH 7 E, Kosse Robertson County, Texas 76653 and Big Brown Power Plant and Mine, Luminant Big Brown Mining Company, LLC, 833 FM 2570, Fairfield, Freestone County, Texas 75840 and/or 835 FM 2570, Fairfield Freestone County, Texas 75840 (collectively, the "<u>Properties</u>"). *See* Tex. Prop. Code § 53.022.

4.  The Texas Mechanic's and Constitutional Liens attach to and encumber all Properties and the proceeds from the sale therefrom. Knife River has the right to commence a lien foreclosure action under applicable state law. *See* Tex. Prop. Code § 53.154. Further, Knife

River has the right to have a receiver appointed to preserve the value of the Properties for the benefit of Knife River pending judicial foreclosure *See* Tex. Civ. Prac. & Rem. Code § 64.001 et seq. Suit to foreclose Texas Mechanic's and Constitutional Liens must be filed by the later of (a) two years after the date of filing of the lien affidavit, or (b) one year after the completion of the work under the original contract. *See* Tex. Prop. Code § 53.158.

5.      Knife River filed the Notice of Perfection of Lien Pursuant to 11 U.S.C. § 546(b) [D.I. 888] with this Court on June 10, 2014.

## NOTICE

6.      To the extent Knife River is required under applicable state law to file suit or take other actions to foreclose its Texas Mechanic's and Constitutional License, Knife River hereby gives notice in lieu of commencement of such actions to continue perfection or preserve Knife River's interest in the Properties pursuant to 11 U.S.C. § 546(b), including but not limited to the filing of a lawsuit to enforce and/or foreclose the Texas Mechanic's and Constitutional Liens, and demands continued perfection and protection of its interest in the Properties without seeking leave of this Court.

Dated: February 24, 2016

GELLERT SCALI BUSENKELL
& BROWN LLC

Michael Busenkell (DE 3933)
Evan Rassman (DE 6111)
1201 N. Orange Street, Suite 300
Wilmington, DE 19801
(302) 425-5812; (302) 425-5814 Fax
mbusenkell@gsbblaw.com
erassman@gsbblaw.com

*Attorneys for Knife River Corporation – South*