## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 24th day of February, 2016, in addition to the electronic

notification service provided by the Court's CM/ECF system, I caused true and correct copies of

the foregoing *Notice of Preservation of Lien Pursuant to 11 U.S.C. § 546(b)* to be served by

first class United States mail, postage prepaid, up on the parties listed on the attached service list.


This 24th day of February, 2016      */s/ Evan Rassman*
                                    Evan Rassman (#6111)

Joseph Charles Barsalona II
Mark D. Collins
Daniel J. DeFranceschi
Jason M. Madron
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

William Guerrieri
Chad J. Husnick
Marc Kieselstein
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654

Stephen E. Hessler
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022

Jeff J. Marwil
Peter Jonathon Young
Proskauer Rose LLP
Three First National Plaza
70 W. Madison Street
Suite 3800
Chicago, IL 60602

CRAVATH, SWAINE AND MOORE LLP
Philip Gelston
Cravath, Swaine and Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475

MUNGER, TOLLES & OLSON LLP
Thomas B. Walper,
Todd J. Rosen,
Seth Goldman,
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

Richard L. Schepacarter
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801

Andrea Beth Schwartz
U.S. Department of Justice - Office of the U.S. Trustee
U.S. Federal Office Building
201 Varick Street, Rm 1006
New York, NY 10065

Milbank Tweed Hadley & Mccloy LLP
Evan R. Fleck
Karen Gartenberg
1 Chase Manhattan Plaza
New York, NY 10005-1413

SHEARMAN & STERLING LLP
ATTN: FREDERIC SOSNICK ESQ & NED SCHODEK ESQ
599 LEXINGTON AVE
NEW YORK NY 10022
*(COUNSEL TO DEUTSCHE BANK, AGENT TO DIP FINANCING)*

MORRISON & FOERSTER LLP
ATTN: JAMES PECK ESQ, BRETT H MILLER ESQ
LORENZO MARINUZZI ESQ
250 W 55TH ST
NEW YORK NY 10019
*(COUNSEL TO TCEH CREDITORS COMMITTEE)*

BROWN RUDNICK LLP
ATTN: JEFFREY JONAS ESQ, ANDREW STREHLE ESQ
1 FINANCIAL CENTER
BOSTON MA 02111
*(COUNSEL TO WILMINGTON SAVINGS/WSFS)*

WHITE & CASE LLP
ATTN: THOMAS LAURIA ESQ; MATTHEW BROWN ESQ
200 S BISCAYNE BLVD STE 4900
MIAMI FL 33131
*(COUNSEL TO AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS;
AND LAW DEBENTURE)*

PAUL WEISS RIFKIND WHARTON & GARRISON LLP
ATTN: ALAN KORNBERG; KELLEY CORNISH;
BRIAN HERMANN
JACOB ADLERSTEIN
1285 AVENUE OF THE AMERICAS
NEW YORK NY 10019
*(COUNSEL TO AD HOC COMMITTEE OF TCEH FIRST LIEN)*

WHITE & CASE LLP
ATTN: J. CHRISTOPHER SHORE; GREGORY STARNER
1155 AVENUE OF THE AMERICAS
NEW YORK NY 10036
*(COUNSEL TO AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS;
AND LAW DEBENTURE)*

BAKER BOTTS LLP
ATTN: JAMES PRINCE; OMAR J ALANIZ
2001 ROSS AVE
DALLAS TX 75201-2980
*(COUNSEL TO CENTERPOINT)*

PROSKAUER ROSE LLP
ATTN: JEFF J MARWIL ESQ, MARK K THOMAS ESQ
PETER J YOUNG ESQ
THREE FIRST NATIONAL PLAZA
70 W MADISON ST STE 3800
CHICAGO IL 60602
*(OF COUNSEL TO ENERGY FUTURE HOLDINGS CORP)*