## EXHIBIT A

## Hours Expended by SOLIC Professionals

| NAME | TITLE | HOURS 01/01 – 01/31/2016 |
|---|---|---|
| Neil Luria | Sr. Managing Director | 13.5 |
| Raoul Nowitz | Managing Director | 88.5 |
| Paul Hogan | Director | 2.0 |
| Matthew Cumbee | Sr. Associate | 107.5 |
| Christopher Kennedy | Associate | 3.5 |
| TOTALS | | 215.0 |