# EXHIBIT A

**Statement of Fees and Expenses by Subject Matter**

**COMPENSATION BY PROJECT CATEGORY**
**JANUARY 1, 2016 THROUGH JANUARY 31, 2016**

| Matter Number | Project Category | Total Hours | Total Fees |
|---|---|---:|---:|
| Applicable to All Debtors[1] | | | |
| 12 | Tax Analysis | 4.1 | $3,355.00 |
| 25 | Public Policy Advice | N/A | N/A |
| 30 | Employment and Fee Applications | 42.0 | $20,665.50 |
| 46 | Budget-Related Work | 0.7 | $472.50 |
| Total for All-Debtor Matters | | 46.8 | $24,493.00 |
| Applicable to TCEH Debtors | | | |
| 4 | Litigation: Disputes and Potential Litigation with Aurelius | N/A | N/A |
| 8 | Litigation: FPL v. TXU (Texas Supreme Court) | N/A | N/A |
| 13 | Litigation: FOIA Disputes and EPA Matters | N/A | N/A |
| 16 | Litigation: Sierra Club – Eastern District of Texas | N/A | N/A |
| 17 | Litigation: Sierra Club – Western District of Texas | N/A | N/A |
| 18 | Litigation: NSR Case | 38.2 | $35,476.50 |
| 22 | Litigation: 2004 FPL Lawsuit | N/A | N/A |
| 23 | Litigation: 2011 FPL Lawsuit | N/A | N/A |
| 24 | Litigation: FPL Offer Curves Dispute | N/A | N/A |
| 36 | TCEH Case Administration | N/A | N/A |
| 41 | SEC Matters | N/A | N/A |
| 43 | Corporate Matters | 16.5 | $9,227.00 |
| 44 | Non-Working Travel | N/A | N/A |
| 48 | TCEH Going Public Transactions | 44.7 | $35,654.50 |
| 49 | TCEH Notes Offering | N/A | N/A |
| 50 | Project Longhorn | 44.8 | $24,258.00 |
| Total for TCEH Matters | | 144.2 | $104,616.00 |
| Applicable to EFIH Debtors | | | |
| 27 | First Lien DIP Exchange Offer | N/A | N/A |

---

[1] Matter categories applicable to all Debtors are allocated to each Debtor in the same proportion as the amount incurred by each Debtor to its direct benefit on a monthly basis. In this Monthly Fee Statement, 92.5% of the fees ($22,656.40) shall be allocated to the TCEH estate, 0.0% of the fees ($0.00) shall be allocated to the EFIH estate, and 7.5% of the fees ($1,836.60) shall be allocated to the EFH estate.

| 28 | Second Lien DIP Tender Offer | N/A | N/A |
|---|---|---|---|
| 29 | Second Lien DIP Notes Offering | N/A | N/A |
| 34 | SEC Matters | N/A | N/A |
| 35 | Corporate Matters | N/A | N/A |
| 40 | Non-Working Travel | N/A | N/A |
| Total for EFIH Matters | | N/A | N/A |
| Applicable to EFH Debtors | | | |
| 31 | SEC Matters | 11.5 | $8,480.50 |
| 32 | Corporate Matters | N/A | N/A |
| 38 | Non-Working Travel | N/A | N/A |
| Total for EFH Matters | | 11.5 | $8,480.50 |
| **Total** | | **202.5** | **$137,589.50** |

2

**EXPENSE SUMMARY**
**JANUARY 1, 2016 THROUGH JANUARY 31, 2016**

| Expenses Category | Total Expenses |
|---|---:|
| In House Duplication | $55.40 |
| Outside Services/Consultants | $73,856.52 |
| Searches-(UCC & Others) | $205.95 |
| **Total:** | **$74,117.87** |