# **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The Gibson Dunn professionals and paraprofessionals who rendered professional services in these cases during the Fee Period are:

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| William B. Dawson | Partner. Joined firm as a Partner in 2011. Member of TX Bar since 1975. | $1,145.00 | 7.1 | $8,129.50 |
| Andrew L. Fabens | Partner. Became a Partner in 2009. Member of NY Bar since 2001. | $1,100.00 | 0.5 | $550.00 |
| Joseph Kattan | Partner. Became a Partner in 1997. Member of DC Bar since 1980. | $1,030.00 | 0.9 | $927.00 |
| Robert B. Little | Partner. Joined firm as a Partner in 2011. Member of TX Bar since 1998. | $910.00 | 31.3 | $28,483.00 |
| Michael L. Raiff | Partner. Joined firm as a Partner in 2011. Member of TX Bar since 1992. | $1,055.00 | 16.3 | $16,989.50 |
| David L. Sinak | Partner. Joined firm as a Partner in 2002. Member of TX Bar since 1979. | $1,110.00 | 1.8 | $1,998.00 |
| Andrew Cline | Of Counsel. Joined firm as an associate in 1999. Member of D.C. Bar since 2000. | $745.00 | 6.1 | $4,544.50 |
| Matthew G. Bouslog | Associate. Joined firm as an associate in 2012. Member of CA Bar since 2011. | $675.00 | 8.5 | $5,737.50 |
| Caitlin Calloway | Associate. Joined firm as an Associate in 2012. Member of TX Bar since 2012. | $585.00 | 11.6 | $6,786.00 |
| Michael Q. Cannon | Associate. Joined firm as an Associate in 2014. Member of TX Bar since 2012. | $650.00 | 4.9 | $3,185.00 |

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Douglas M. Champion | Associate. Joined firm as an Associate in 2006. Member of CA Bar since 2006. | $865.00 | 0.7 | $605.50 |
| Mark H. Dreschler | Associate. Joined firm as an Associate in 2014. Member of CA Bar since 2014. | $535.00 | 1.1 | $588.50 |
| Russell H. Falconer | Associate. Joined firm as an Associate in 2011. Member of TX Bar since 2009. | $770.00 | 9.9 | $7,585.00 |
| Timothy P. Fisher | Associate. Joined firm as an associate in 2013. Member of TX Bar since 2013. | $540.00 | 20.9 | $11,286.00 |
| Krista P. Hanvey | Associate. Joined firm as an associate in 2009. Member of TX Bar since 2009. | $770.00 | 3.6 | $2,772.00 |
| Robert Nichols | Associate. Joined firm as an Associate in 2015. Member of CA Bar since 2012, and DC Bar since 2014. | $650.00 | 0.9 | $585.00 |
| William T. Thompson | Associate. Joined firm as an associate in 2014. Member of TX Bar since 2013. | $510.00 | 0.7 | $357.00 |
| Lauren A. Traina | Associate. Joined firm as an Associate in 2014. Member of CA Bar since 2014. | $535.00 | 0.8 | $428.00 |
| Elizabeth M. Viney | Associate. Joined firm as an Associate in 2012. Member of TX Bar since 2011, and LA Bar since 2011. | $675.00 | 6.9 | $4,657.50 |

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Jonathan M. Whalen | Associate. Joined firm as an Associate in 2009. Member of TX Bar since 2009. | $675.00 | 20.0 | $13,500.00 |
| Duke K. Amponsah | Paralegal. Joined firm as a Paralegal in 2012. | $410.00 | 29.7 | $12,177.00 |
| Rani Biswas | Paralegal. Joined firm as a Paralegal in 2007. | $245.00 | 9.7 | $2,376.50 |
| Gaya K. Holman | Paralegal. Joined firm as a Paralegal in 2013. | $385.00 | 0.2 | $77.00 |
| Corey E. Green | EDiscovery Senior Analyst. Research and Information Management. Joined Firm in 2015. | $380.00 | 5.5 | $2,090.00 |
| Stephen S. Neal | EDiscovery Specialist. Research and Information Management. Joined Firm in 2015. | $405.00 | 2.9 | $1,174.50 |
| **TOTAL** | | | 202.5 | $137,589.50 |
| **Blended Rate** | | **$679.45** | | |

RLF1 14026303v.1