# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

## EXPENSE SUMMARY
## JANUARY 1, 2016 THROUGH JANUARY 31, 2016

**Applicable to TCEH Debtors**

| Expenses Category | Total Expenses |
|---|---:|
| In House Duplication | $55.40 |
| Outside Services/Consultants | $73,856.52 |
| Searches-(UCC & Others) | $205.95 |
| **Total:** | **$74,117.87** |

**TOTAL EXPENSES:** $74,117.87