# **EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

| Invoice Number | Matter Name | Date | Name Of Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 2016023292 | TCEH | 20160103 | Russell H. Falconer | In House Duplication | $0.10 | 14 | $1.40 | In House Duplication Charge via Equitrac |
| 2016023292 | TCEH | 20160103 | Russell H. Falconer | In House Duplication | $0.10 | 1 | $0.10 | In House Duplication Charge via Equitrac |
| 2016023292 | TCEH | 20160119 | Michael O. Clerkley | In House Duplication | $0.10 | 5 | $0.50 | In House Duplication Charge via Equitrac |
| 2016023292 | TCEH | 20160119 | Michael O. Clerkley | In House Duplication | $0.10 | 10 | $1.00 | In House Duplication Charge via Equitrac |
| 2016023292 | TCEH | 20160119 | Michael O. Clerkley | In House Duplication | $0.10 | 4 | $0.40 | In House Duplication Charge via Equitrac |
| 2016023292 | TCEH | 20160119 | Michael O. Clerkley | In House Duplication | $0.10 | 2 | $0.20 | In House Duplication Charge via Equitrac |
| 2016023292 | TCEH | 20160119 | Michael O. Clerkley | In House Duplication | $0.10 | 5 | $0.50 | In House Duplication Charge via Equitrac |
| 2016023292 | TCEH | 20160119 | Michael O. Clerkley | In House Duplication | $0.10 | 7 | $0.70 | In House Duplication Charge via Equitrac |
| 2016023292 | TCEH | 20160119 | Michael O. Clerkley | In House Duplication | $0.10 | 330 | $33.00 | In House Duplication Charge via Equitrac |
| 2016023292 | TCEH | 20160119 | Michael O. Clerkley | In House Duplication | $0.10 | 4 | $0.40 | In House Duplication Charge via Equitrac |
| 2016023292 | TCEH | 20160119 | Michael O. Clerkley | In House Duplication | $0.10 | 4 | $0.40 | In House Duplication Charge via Equitrac |
| 2016023292 | TCEH | 20160119 | Michael O. Clerkley | In House Duplication | $0.10 | 7 | $0.70 | In House Duplication Charge via Equitrac |
| 2016023292 | TCEH | 20160119 | Michael O. Clerkley | In House Duplication | $0.10 | 10 | $1.00 | In House Duplication Charge |

| | | | | | | | | via Equitrac |
|---|---|---|---|---|---|---|---|---|
| 2016023292 | TCEH | 20160119 | Michael O. Clerkley | In House Duplication | $0.10 | 14 | $1.40 | In House Duplication Charge via Equitrac |
| 2016023292 | TCEH | 20160119 | Michael O. Clerkley | In House Duplication | $0.10 | 1 | $0.10 | In House Duplication Charge via Equitrac |
| 2016023292 | TCEH | 20160119 | Michael O. Clerkley | In House Duplication | $0.10 | 5 | $0.50 | In House Duplication Charge via Equitrac |
| 2016023292 | TCEH | 20160119 | Michael O. Clerkley | In House Duplication | $0.10 | 16 | $1.60 | In House Duplication Charge via Equitrac |
| 2016023292 | TCEH | 20160119 | Michael O. Clerkley | In House Duplication | $0.10 | 7 | $0.70 | In House Duplication Charge via Equitrac |
| 2016023292 | TCEH | 20160119 | Michael O. Clerkley | In House Duplication | $0.10 | 10 | $1.00 | In House Duplication Charge via Equitrac |
| 2016023292 | TCEH | 20160119 | Michael O. Clerkley | In House Duplication | $0.10 | 7 | $0.70 | In House Duplication Charge via Equitrac |
| 2016023292 | TCEH | 20160119 | Michael O. Clerkley | In House Duplication | $0.10 | 11 | $1.10 | In House Duplication Charge via Equitrac |
| 2016023292 | TCEH | 20160120 | Duke K. Amponsah | In House Duplication | $0.10 | 17 | $1.70 | In House Duplication Charge via Equitrac |
| 2016023292 | TCEH | 20160122 | Russell H. Falconer | In House Duplication | $0.10 | 9 | $0.90 | In House Duplication Charge via Equitrac |
| 2016023292 | TCEH | 20160122 | Russell H. Falconer | In House Duplication | $0.10 | 7 | $0.70 | In House Duplication Charge via Equitrac |
| 2016023292 | TCEH | 20160122 | Russell H. Falconer | In House Duplication | $0.10 | 24 | $2.40 | In House Duplication Charge via Equitrac |
| 2016023292 | TCEH | 20160125 | Russell H. Falconer | In House Duplication | $0.10 | 6 | $0.60 | In House Duplication Charge via Equitrac |
| 2016023292 | TCEH | 20160125 | Russell H. | In House | $0.10 | 9 | $0.90 | In House |

RLF1 14026303v.1

|  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|
|  |  |  | Falconer | Duplication |  |  |  | Duplication Charge via Equitrac |
| 2016023292 | TCEH | 20160125 | Russell H. Falconer | In House Duplication | $0.10 | 8 | $0.80 | In House Duplication Charge via Equitrac |
| 2016023292 | TCEH | 20160111 | Joseph, Kattan | Outside Services/Consultants |  |  | $73,856.52 | Outside Services/Consultants/P/E 12/31/15 Expert Services Fees & Disb. |
| 2016023292 | TCEH | 20151030 | Stephanie S. Kann | Searches-(UCC & Others) |  |  | $205.95 | Thomson Compumark Date: 10/30/2015 Searches-(UCC & Others)/SAEGIS Report |

3