## EXHIBIT A

### Statement of Fees by Subject Matter

| Description | Total Billed Hours | Total Fees |
|---|---|---|
| PROFESSIONAL RETENTIONS | 0.8 | $173.00 |
| FEE APPLICATIONS – OTHERS | 10.8 | $4,400.00 |
| FEE APPLICATIONS – S&L | 3.1 | $1,225.00 |
| PLEADINGS, MOTIONS & BRIEFS | 0.3 | $214.50 |
| **TOTAL** | **15.0** | **$6,012.50** |