## **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

| Service Description | Amount |
| --- | --- |
| COMPUTER RESEARCH (PACER) | $ 34.30 |
| DOCUMENT REPRODUCTION | $ 22.90 |
| **TOTAL** | **$ 57.20** |