**EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

| Matter | Date | Description | Amount |
|---|---|---|---|
| 109285-00002 | 1/4/16 | Document Reproduction | $0.30 |
| 109285-00002 | 1/6/16 | Scanned Document Reproduction | $0.00 |
| 109285-00002 | 1/6/16 | Document Reproduction | $2.40 |
| 109285-00002 | 1/6/16 | Document Reproduction | $9.30 |
| 109285-00002 | 1/11/16 | Computer Research | $28.30 |
| 109285-00002 | 1/11/16 | Document Reproduction | $0.10 |
| 109285-00002 | 1/11/16 | Document Reproduction | $0.10 |
| 109285-00002 | 1/12/16 | Document Reproduction | $0.20 |
| 109285-00002 | 1/12/16 | Document Reproduction | $0.10 |
| 109285-00002 | 1/14/16 | Document Reproduction | $0.40 |
| 109285-00002 | 1/15/16 | Document Reproduction | $0.10 |
| 109285-00002 | 1/15/16 | Document Reproduction | $0.40 |
| 109285-00002 | 1/18/16 | Document Reproduction | $0.40 |
| 109285-00002 | 1/20/16 | Document Reproduction | $0.30 |
| 109285-00002 | 1/20/16 | Document Reproduction | $0.30 |
| 109285-00002 | 1/22/16 | Document Reproduction | $0.40 |
| 109285-00002 | 1/22/16 | Document Reproduction | $0.10 |
| 109285-00002 | 1/22/16 | Document Reproduction | $1.30 |
| 109285-00002 | 1/25/16 | Document Reproduction | $0.50 |
| 109285-00002 | 1/25/16 | Document Reproduction | $0.30 |
| 109285-00002 | 1/25/16 | Document Reproduction | $0.10 |
| 109285-00002 | 1/25/16 | Document Reproduction | $0.10 |
| 109285-00002 | 1/25/16 | Document Reproduction | $1.60 |
| 109285-00002 | 1/26/16 | Document Reproduction | $0.10 |
| 109285-00002 | 1/26/16 | Document Reproduction | $0.20 |
| 109285-00002 | 1/27/16 | Scanned Document Reproduction | $0.00 |
| 109285-00006 | 1/11/16 | Computer Research | $6.00 |
| 109285-00006 | 1/20/16 | Document Reproduction | $2.10 |
| 109285-00006 | 1/20/16 | Document Reproduction | $0.30 |
| 109285-00006 | 1/20/16 | Document Reproduction | $0.30 |
| 109285-00006 | 1/20/16 | Document Reproduction | $0.10 |
| 109285-00006 | 1/20/16 | Document Reproduction | $0.50 |
| 109285-00006 | 1/20/16 | Document Reproduction | $0.50 |
| | | **TOTAL** | **$ 57.20** |

SL1 1404197v1 109285.00006