**IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) | (Jointly Administered) Objection Deadline: March 22, 2016 at 4:00 p.m. |

**FIFTH INTERIM FEE APPLICATION OF KPMG LLP FOR COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS
BANKRUPTCY ACCOUNTING AND TAX ADVISORS
TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD
FROM SEPTEMBER 1, 2015 THROUGH DECEMBER 31, 2015**

| | |
|---|---|
| Name of Applicant: | KPMG LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | September 16, 2014 *Nunc Pro Tunc* to April 29, 2014 |
| Period for which compensation and reimbursement is sought: | September 1, 2015 through December 31, 2015 |
| Amount of Compensation sought as actual, reasonable and necessary: | $   2,026,911.80 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $        38,527.76 |

This is a: _____ Monthly ___X___ Interim _____ Final Application

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

| | | Prior Applications | | | | | |
|---|---|---|---|---|---|---|---|
| | | Requested | | | Payments | | |
| Docket No. | Interim Period | Requested Fees | Requested Expenses | Total Requested | Fees Paid to Date | Expenses Paid to Date | Outstanding |
| 2806 | 1st | $ 1,248,506.95 | $ 91,466.65 | $ 1,339,973.60 | $1,227,908.60 | $ 91,466.65 | $ - |
| 3877 | 2nd | $ 2,563,940.10 | $190,576.19 | $ 2,754,516.29 | $2,541,011.60 | $189,593.44 | $ - |
| 4903 | 3rd | $ 2,336,145.97 | $102,769.68 | $ 2,438,915.65 | $2,308,224.13 | $101,435.58 | $ - |
| 6939 | 4th | $ 2,187,894.20 | $ 51,600.16 | $ 2,239,494.36 | $1,750,315.36 | $ 51,600.16 | $427,619.34[2] |
| | Total | $ 8,336,487.22 | $ 436,412.68 | $ 8,772,899.90 | $7,827,459.69 | $434,095.83 | $ 427,619.34 |

---

[2] Reduced by agreed upon reduction of $9,959.50 related to the Fourth Interim Period.

## ATTACHMENT B TO FEE APPLICATION

| Professional Person | Position & Department | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|
| Johnson, Brent | Partner - Tax | 21.0 | $ 805 | $ 16,905.00 |
| Atkinson, James | Principal - Tax | 1.0 | $ 720 | $ 720.00 |
| Carpenter, John | Partner - Tax | 3.0 | $ 720 | $ 2,160.00 |
| Li, Paul | Principal - Tax | 1.5 | $ 720 | $ 1,080.00 |
| Thompson, Chuck | Principal - Tax | 1.6 | $ 720 | $ 1,152.00 |
| Baltmanis, Peter | Principal - Tax | 5.7 | $ 720 | $ 4,104.00 |
| Burdett, Brian R | Principal - Tax | 9.5 | $ 682 | $ 6,479.00 |
| Barton, Alan | Partner - Tax | 1.0 | $ 610 | $ 610.00 |
| Nesta, Michael G | Partner - Advisory | 37.9 | $ 610 | $ 23,119.00 |
| Crockett, Clifford M | Partner - Tax | 21.7 | $ 587 | $ 12,747.50 |
| Lyons, Stacy L | Partner - Tax | 245.5 | $ 575 | $ 141,162.50 |
| Bradford, Steven | Partner - Advisory | 3.0 | $ 325 | $ 975.00 |
| Fitzpatrick, Catherine | Managing Director - Tax | 1.0 | $ 735 | $ 735.00 |
| Kleppel, Robert | Managing Director - Tax | 4.7 | $ 682 | $ 3,205.40 |
| Geracimos, John | Managing Director - Tax | 0.5 | $ 680 | $ 340.00 |
| O'Connor, Colleen | Managing Director - Advisory | 4.6 | $ 680 | $ 3,128.00 |
| O'Connell, Mark | Managing Director - Tax | 1.0 | $ 610 | $ 610.00 |
| Kane, John P | Managing Director - Tax | 3.5 | $ 545 | $ 1,907.50 |
| Dyor, Elizabeth | Managing Director - Tax | 6.5 | $ 525 | $ 3,412.50 |
| Cargile, David | Managing Director - Advisory | 27.5 | $ 325 | $ 8,937.50 |
| Calloway, Robert | Senior Manager - Tax | 19.3 | $ 700 | $ 13,510.00 |
| Harris, Deanna | Director  - WNT | 1.5 | $ 700 | $ 1,050.00 |
| Homen, Greg | Senior Manager- Tax | 17.0 | $ 660 | $ 11,220.00 |
| Mojto, Pavol | Senior Manager- Tax | 6.0 | $ 660 | $ 3,960.00 |
| Plantes, James | Senior Manager- Tax | 73.0 | $ 660 | $ 48,180.00 |
| Fulmer, Brandon T | Senior Manager - Tax * | 3.2 | $ 625 | $ 2,000.00 |
| Fritzsche, Josh | Senior Manager - Tax | 4.6 | $ 595 | $ 2,737.00 |
| LeCompte, Dan | Senior Manager - Tax | 11.0 | $ 595 | $ 6,545.00 |
| Meredith, Kyle | Senior Manager - Tax | 48.0 | $ 595 | $ 28,560.00 |
| Booe, Amanda | Senior Manager- Tax | 222.7 | $ 500 | $ 111,350.00 |
| McCloskey, Erin | Director - Audit | 0.7 | $ 500 | $ 350.00 |
| Brannon, Andrew | Senior Manager - Tax * | 7.8 | $ 00 | $ 3,875.00 |
| DeMyer, Bruce | Director - Tax | 2.0 | $ 500 | $ 1,000.00 |
| Gibson, Rhonda | Senior Manager - Tax | 38.6 | $ 500 | $ 19,300.00 |
| Kielkucki, Cynthia | Director - Advisory | 17.0 | $ 500 | $ 8,500.00 |
| Lancy, Bradley | Director - Advisory | 455.7 | $ 00 | $ 227,850.00 |
| Lee, Catherine | Director - Advisory | 0.5 | $ 500 | $ 250.00 |
| Wang, Dandan | Senior Manager- Tax | 29.2 | $ 500 | $ 14,600.00 |
| Wilson, Robert | Director - Audit | 1.7 | $ 500 | $ 850.00 |
| Hogan, Brian | Director - Advisory | 1.1 | $ 500 | $ 550.00 |
| Jandera, Judy | Director - Advisory | 258.6 | $ 500 | $ 129,300.00 |
| Seeman, Nick | Director - Advisory | 87.4 | $ 290 | $ 25,346.00 |
| Gram, Mark | Director - Advisory | 6.0 | $ 280 | $ 1,680.00 |

## ATTACHMENT B TO FEE APPLICATION, continued

| Professional Person | Position & Department | Total Billed Hours | Hourly Billing Rate | | Total Compensation |
|---|---|---|---|---|---|
| Plangman, Monica | Associate Director - Bankruptcy | 14.9 | $ 325 | | $ 4,842.50 |
| Doyle, Matthew | Manager - Tax | 18.5 | $ 560 | | $ 10,360.00 |
| Laukhuff, Brittny | Manager - Tax | 77.2 | $ 560 | ** | $ 43,232.00 |
| Laukhuff, Brittny | Manager - Tax | 45.3 | $ 545 | ** | $ 24,688.50 |
| Wigmore, Andrew | Manager - Tax | 70.3 | $ 545 | | $ 38,313.50 |
| Fulmer, Brandon T | Manager - Tax | 24.5 | $ 437 | | $ 10,706.50 |
| Yieh, Josh Total | Manager - Tax | 4.4 | $ 437 | | $ 1,922.80 |
| Brannon, Andrew | Manager - Tax | 1.8 | $ 400 | ** | $ 720.00 |
| Brannon, Andrew | Manager - Tax | 6.8 | $ 388 | ** | $ 2,638.40 |
| Marchand, Elizabeth | Manager - Tax | 20.9 | $ 388 | | $ 8,109.20 |
| Covely, Stephen | Manager - Audit | 0.9 | $ 375 | | $ 337.50 |
| Tang, Yen | Manager - Advisory | 18.0 | $ 375 | | $ 6,750.00 |
| Campbell, Celeste | Manager - Bankruptcy | 205.9 | $ 298 | | $ 61,358.20 |
| Myrick, Cristina | Manager - Advisory | 305.4 | $ 250 | | $ 76,350.00 |
| Lassetter, Hunter | Manager - Advisory | 9.5 | $ 240 | | $ 2,280.00 |
| Payne, Lani | Senior Associate - Tax | 38.5 | $ 455 | ** | $ 17,517.50 |
| Sampson, Clay | Senior Associate - Tax | 15.6 | $ 455 | | $ 7,098.00 |
| Ruzicka, Emily | Senior Associate - Tax | 55.6 | $ 420 | | $ 23,352.00 |
| Abarca, Ana | Senior Associate - Tax | 10.0 | $ 420 | | $ 4,200.00 |
| Brinkman, Kelly | Senior Associate - Tax | 16.0 | $ 420 | | $ 6,720.00 |
| DiLeo, Annamarie | Senior Associate - Tax | 2.1 | $ 420 | | $ 882.00 |
| Johnson, Audra | Senior Associate - Tax | 20.0 | $ 420 | | $ 8,400.00 |
| Lack, Andrew | Senior Associate - Advisory | 0.5 | $ 420 | | $ 210.00 |
| Wyatt, Darrin Total | Senior Associate - Tax | 17.8 | $ 420 | | $ 7,476.00 |
| Payne, Lani | Senior Associate - Tax | 157.3 | $ 420 | ** | $ 66,066.00 |
| Prywes, Joshua | Senior Associate - Tax | 43.3 | $ 420 | | $ 18,186.00 |
| Asbell, Donny | Senior Associate - Tax | 11.0 | $ 350 | | $ 3,850.00 |
| Jones, Virginia | Senior Associate - Tax * | 29.3 | $ 350 | | $ 10,255.00 |
| Berryman, Ben | Senior Associate - Advisory | 412.8 | $ 275 | | $ 113,520.00 |
| Liang, Memory | Senior Associate - Advisory * | 2.0 | $ 275 | | $ 550.00 |
| Shaffer, Wendy | Senior Associate - Bankruptcy | 60.5 | $ 228 | | $ 13,794.00 |
| Jeffcott, David | Senior Associate - Advisory | 112.0 | $ 220 | | $ 24,640.00 |
| Lange, Jolandi de | Senior Associate - Advisory | 136.0 | $ 220 | | $ 29,920.00 |
| Coquis, Rafael | Senior Associate - Advisory | 327.9 | $ 190 | | $ 62,301.00 |
| Ravishanker, Venkatesh | Senior Associate - Advisory | 682.0 | $ 190 | | $ 129,580.00 |

## ATTACHMENT B TO FEE APPLICATION, continued

| Professional Person | Position & Department | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|
| Arce, Erika | Associate - Tax | 50.4 | $ 260 | $ 13,104.00 |
| Benage, Meredith Levine | Associate - Tax | 61.5 | $ 260 | $ 15,990.00 |
| Freeman, Katherine | Associate - Tax | 66.0 | $ 260 | $ 17,160.00 |
| Henderson, Brandon | Associate - Tax | 5.5 | $ 260 | $ 1,430.00 |
| Klein, Allie | Associate - Tax | 53.5 | $ 260 | $ 13,910.00 |
| Klaudt, David | Associate - Tax | 49.9 | $ 260 | $ 12,974.00 |
| Jones, Virginia | Associate - Tax | 14.8 | $ 241 | $ 3,566.80 |
| Garza, Juanita | Associate - Bankruptcy | 23.5 | $ 193 | $ 4,535.50 |
| Bozon, Brianna | Associate - Advisory | 507.6 | $ 190 | $ 96,444.00 |
| Fritsche, Philip | Associate - Advisory | 537.2 | $ 190 | $ 102,068.00 |
| Liang, Memory | Associate - Advisory | 45.0 | $ 190 | $ 8,550.00 |
| **Total** | | **6,103.7** | | **$ 2,026,911.80** |

\* Promoted effective 10/1/15

\*\* Rates differ due to services provided under multiple Statements of Work

## COMPENSATION BY PROJECT CATEGORY

| Matter Number | Matter Description | Total Hours Billed | Total Fees Requested |
|---:|---|---:|---:|
| 3 | Sales and Use Tax Examination Consulting Services | 51.0 | $ 22,070.30 |
| 13 | CAO Financial Reporting Support[3] | 248.0 | $ 54,560.00 |
| 21 | Transaction Cost Analysis | 679.2 | $ 255,479.00 |
| 24 | Risk Management Gap Assessment | 18.5 | $ 4,935.00 |
| 26 | OneSource Indirect Tax | 114.0 | $ 57,757.20 |
| 27 | Repairs & Maintenance Review[4] | 140.8 | $ 84,952.00 |
| 28 | Tax Accounting Support (Current Quarter) | 158.3 | $ 82,497.80 |
| 29 | SOX Compliance | 1,430.2 | $ 302,514.50 |
| 30 | Earnings and Profit Study | 211.5 | $ 119,082.50 |
| 31 | 2014 Tax Return Review | 18.3 | $ 9,624.50 |
| 32 | Tax Accounting Support (Restructuring) | 428.4 | $ 227,700.30 |
| 33 | Fresh Start | 2,300.7 | $ 721,208.50 |
| 34 | 2015 Bankruptcy Cost Analysis [5] | - | $ - |
| 35 | Fee Statement and Fee Application Preparation | 303.6 | $ 84,159.10 |
| 36 | Retention Services | 1.2 | $ 371.10 |
| | **Total** | **6,103.7** | **$ 2,026,911.80[6]** |

---

[3] Fees of $98.568 (approximate) related to these services have been deferred pending approval of extension of these services.
[4] Fees of $87,180 (approximate related to these services have been deferred pending approval of extension of these services.
[5] Fees of $207,266 (approximate) related to these services have been deferred pending approval of these services.
[6] KPMG bills for services at discounted billing rates as specified in the Retention Application dated May 29, 2014. During the Fee Period, KPMG's standard rates for services rendered totaled $3,869,156.75. KPMG's services at the agreed upon discounted rates result in a voluntary discount of fees in the amount of $1,842,244.95, thus benefitting the Chapter 11 estate by same amount.

## EXPENSE SUMMARY

| Service Description | Service Provider | Amount | |
|---|---|---|---|
| Airfare | N/A | $ | 14,809.45 |
| Lodging | N/A | $ | 14,146.36 |
| Travel Meals | N/A | $ | 1,995.80 |
| Ground Transportation | N/A | $ | 5,076.15 |
| Miscellaneous | N/A | $ | 2,500.00 |
| **Total** | | **$** | **38,527.76** |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) | (Jointly Administered) Objection Deadline: March 22, 2016 at 4:00 p.m. |

**FIFTH INTERIM FEE APPLICATION OF KPMG LLP FOR COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS
BANKRUPTCY ACCOUNTING AND TAX ADVISORS TO THE DEBTORS
AND DEBTORS IN POSSESSION FOR THE PERIOD FROM
SEPTEMBER 1, 2015 THROUGH DECEMBER 31, 2015**

KPMG LLP, ("KPMG") as Bankruptcy Accounting and Tax Advisors to the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), files this Fifth Interim Fee Application (the "Application"), pursuant to section 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"). By this Application, KPMG seeks the allowance of compensation for professional services performed and actual and necessary expenses incurred by KPMG for the period from September 1, 2015 through and including December 31, 2015 (the "Compensation Period"), in the amount of $2,065,439.56 and respectfully represents:

**Background**

1.      On April 29, 2014 (the "Petition Date"), each of the Debtors filed a voluntary petition with the Court under chapter 11 of the Bankruptcy Code. The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. The Court has entered a final order for joint administration of these chapter 11 cases. The Court has not appointed a trustee.

2.      The Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") formed an official committee of unsecured creditors in these chapter 11 cases on May 13, 2014 [D.I. 420]. Further information regarding the Debtors' business operations and capital structure is set forth in the Declaration of Paul Keglevic, Executive Vice President, Chief Financial Officer, and Co-Chief Restructuring Officer of Energy Future Holdings Corp., et al., in Support of First Day Motions [D.I. 98].

3.      The Debtors filed an Application To Retain and Employ KPMG as Bankruptcy Accounting and Tax Advisor on May 29, 2014 (the "Retention Application") [D.I. 652], all as more fully set forth in the Application, the Bibby Declaration, the Supplement to the Application of Energy Future Holdings Corp, et al., [D.I. 1968] (the "Application Supplement"), the Supplemental Declaration of Thomas D. Bibby in Support of the Application of Energy Future Holdings Corp., et al., for Entry of an Order Authorizing the Debtors To Retain and Employ KPMG LLP as Bankruptcy Accounting and Tax Advisors Effective *Nunc Pro Tunc* to the Petition Date [D.I.1969] (the "Bibby Application Supplement Declaration"), and the Second Supplemental Declaration of Thomas D. Bibby in Support of the Application of Energy

9

Future Holdings Corp. et al., for Entry of an Order Authorizing the Debtors to Retain and Employ KPMG LLP as Bankruptcy Accounting and Tax Advisors Effective *Nunc Pro Tunc* to the Petition Date [D.I. 2038] (the "Supplemental Bibby Declaration").

4.    By this Court's Order, dated September 16, 2014 [D.I. 2054] (the "Retention Order"), the Debtors were authorized to retain and employ KPMG LLP as Bankruptcy Accounting and Tax Advisors *Nunc Pro Tunc* to the Petition Date.  The Retention Order authorizes the Debtors to compensate KPMG in accordance with the procedures set forth in section 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and such other procedures as were fixed by order of the Court.

5.    Furthermore, by this Court's Order, dated December 17, 2014 [D.I. 3048] (the "Order"), the Debtors and Debtors in Possession were authorized to expand KPMG LLP's services as Bankruptcy Accounting and Tax Advisors *Nunc Pro Tunc* to August 1, 2014.

6.    As noted in the Retention Order, KPMG received retainer amounts for services earned pre-petition.  KPMG applied a portion of the remaining retainer amount to satisfy payments of the pre-petition fees and expenses.    Per the Retention Order and as disclosed in subsequent filings, KPMG has applied the remaining retainer balance to post petition fees and expenses.

7.    On February 4, 2015, the Debtors filed the Motion of Energy Future Holdings Corp., et al., for Entry of an Order Authorizing the KPMG Debtors and KPMG Debtors in Possession to Establish Procedures to Submit Additional Agreements That Expand the Retention and Employment of KPMG LLP as Bankruptcy Accounting,

Tax, and IT Advisors [D.I. 3442] (the "Retention Protocol Motion"). Pursuant to the Retention Protocol Motion, the Debtors sought entry of an order establishing procedures to submit additional agreements and statements of work (the "Additional Agreements") that expand the scope of the retention and employment of KPMG as bankruptcy accounting, tax, and information technology advisors to the KPMG Debtors.

8. On February 24, 2015, the Court entered the Retention Protocol Order. The Retention Protocol Order provides that, to the extent the KPMG Debtors and KPMG enter into any Additional Agreements, the Debtors shall file a Notice (attaching such Additional Agreements) with the Court and serve the Notice upon the Notice Parties. The KPMG Debtors have entered into Additional Agreements with KPMG pursuant to the terms of the Retention Protocol Order. See D.I. 3801, 4019, 4646, 5088, 5879, 6146, 6561 and 7587.

## Jurisdiction

9. The United States Bankruptcy Court for the District of Delaware (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

10. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

11. The statutory bases for the relief requested herein are sections 327(a), 328, and 330 of title 11 of the United States Code (the "Bankruptcy Code"), Rules

2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Local Bankruptcy Rules 2014-1 and 2016-2.

## Summary of Application

12.     During the Compensation Period, KPMG performed the services for which it is seeking compensation on behalf of or for the Debtors and their estates and not on behalf of any committee, creditor or other person.  By this Application, KPMG requests allowance of interim compensation of professional fees totaling $2,026,911.80 and reimbursement of necessary and actual out-of-pocket expenses in the amount of $38,527.76.

## Summary of Services Rendered During the Compensation Period

13.     This Application is KPMG's Fifth Interim Fee Application for compensation and expense reimbursement filed in these chapter 11 cases, as referenced in Attachment B.  During the Compensation Period, KPMG provided significant professional services to the Debtors in their efforts to navigate their business through the chapter11 process.

14.     Set forth below is a summary of the significant professional services that KPMG rendered to the Debtors during the Compensation Period.

**Sales and Use Tax Consulting Services**

- Provided continuing assistance to the Debtors in their dealings with the Texas Comptroller's Office examination team as they relate to the ongoing sales and use tax audits, meeting with the EFH tax team as appropriate.

**CAO Financial Reporting Support Services**

- KPMG continued to assist EFH Corporate Accounting with special projects and other financial reporting needs for current operational processes and functions. KPMG assisted EFH with researching specific topics, new accounting guidance and internal audit processes including testing and documentation at the request of EFH management on an as needed basis. KPMG also performed monthly check of professional fees accrual, prepared a quarterly accounting guidance update for all business units and prepared both the AP/AR and Professional Fees Monthly Operating Report for EFH Management.

**Transaction Cost Analysis**

- KPMG provided services with respect to the 2014 transaction costs relating to the bankruptcy. In connection with such services, KPMG analyzed additional invoices provided by the client along with corresponding fee applications pertaining to various service providers in order to ascertain the tax treatment of such costs. As necessary, KPMG held discussions with the Company and the additional service providers to understand the nature of the services provided in order to properly categorize the costs incurred by the Company and assist in the determination of the amounts to include in the 2014 tax return. In addition, KPMG held discussions with the Company in order to finalize the analysis and ensure that all methodologies were captured in the KPMG deliverable.

**Risk Management Gap Assessment**

- During this period, KPMG met with EFH to provide guidance with respect to the overall approach to controls and how they will be implemented as part of the EFH ETRM Project. The work performed related specifically to the Phase 2 kick-off. Phase 2 was the ETRM design / configuration / build review. We met with EFH to get an understanding of where they were with respect to the design phase and to understand how they were making sure documented controls were being designed into the system as well as how they would be tested.

**OneSource Indirect Tax**

- KPMG provided services with respect to EFH's implementation of Thomson Reuter's OneSource Indirect Tax System. This project included the expansion of the existing OneSource system into new business units that were moving from a legacy Enterprise Resource Planning (ERP) system to Maximo for all purchase transactions. Both Maximo and PeopleSoft have integrations to OneSource. To allow for the use of OneSource, master data had to be reviewed and modified to produce the proper granularity needed for automated taxability determinations. This project also included a review of the historical configurations and results of the OneSource system for the business units already live on OneSource. Through this review, KPMG identified areas for improvement relating to taxability and the monthly compliance process and assisted with the creation of new custom reports to streamline the monthly indirect tax review and compliance processes.

**Repairs & Maintenance Review**

- KPMG continued to assist EFH Tax with the analysis and review of its repairs and maintenance tax deduction. In connection with these services, KPMG reviewed amounts paid to acquire, repair and dispose of tangible property for the purpose of assisting EFH with compliance with the final tangible property regulations. Specifically, KPMG finalized the statistical sample of fixed asset additions and extrapolated the results to the fixed asset addition universe.

**Tax Accounting Support (Current Quarter)**

- KPMG assisted EFH management with its analysis and documentation of financial reporting and disclosure requirements related to ASC 740 for the Q3 and Q4 financial reporting cycles including assistance with the ongoing remediation of the EFH material weakness with respect to income tax accounting. KPMG's services also included participating in discussions with EFH's external auditor.

**SOX Compliance**

- During this period, KPMG continued our support of the IT Compliance department by assisting in a) ongoing control performance monitoring, b) control owner support, c) communication with business personnel, IT management, and internal audit and d) control automation development and deployment efforts related to SOX compliance across the IT organization.

**Earnings and Profit Study**

- KPMG provided services with respect to the earnings and profits of the Company from 2004 through 2014. In connection with such services, KPMG analyzed tax returns provided by the client along with additional documentation provided by the client relating to the calculation of earnings and profits in order to determine the items that may affect earnings and profits in the current study. In addition, KPMG prepared an earnings and profits training session for the Company which was delivered in October.

**2014 Tax Return Review**

- KPMG reviewed additional information provided by EFH relating to the 2014 consolidated tax return and also met with the EFH tax department to discuss 2014 tax return review including discussion of tax return issues.

**Tax Accounting Support (Restructuring)**

- KPMG provided service with respect to assisting the EFH tax department to improve its tax accounting processes in preparation for fresh start accounting and emergence from bankruptcy. In addition, KPMG worked with the Controller's department to coordinate the EFH Tax/EFH Controller's fresh start accounting preparation.

**Fresh Start**

- KPMG provided services related to financial reporting and accounting in preparation for emergence from bankruptcy under US GAAP ASC 852 Reorganizations. KPMG assisted management with an assessment of current accounting policies with a focus on identification of possible alternate policies to elect at emergence. KPMG also assisted management with the preparation of pro forma financial statements for Reorganized TCEH to be updated and used in future registration statements as a condition to emergence. KPMG began assisting management with the overall assessment of the estimated Reorganized TCEH balance sheet at emergence to identify material adjustments pertaining to the Plan of Reorganization and Fresh Start technical accounting. KPMG also provided technical accounting research findings pertaining to the application of fresh start accounting.

**Fee Statement and Fee Application Preparation**

- The billing procedures required by the US Trustee Guidelines differ from KPMG's normal billing procedures and as such, the Local Rules and the Interim Compensation Order entered in these cases have required significant effort to inform the timekeepers of their responsibilities, compile the detailed time and expenses entries, prepare detailed and summary schedules of fees and expenses incurred, and draft the schedules included in the monthly and interim fee applications. Per the United States Bankruptcy Code Title 11 § 330(a)(6), any compensation awarded for

the preparation of a fee application shall be based on the level and skill reasonably required to prepare the application.

**Retention Services**

- Services included coordinating with internal teams with regards to extensions needed for previously approved services.

15. During the Compensation Period, KPMG billed the Debtors for time expended by professionals based on hourly rates ranging from $190 to $805 per hour. The rates reflected in this Application represent approximately a 26% to 47% discount from KPMG's standard rates. Of the aggregate time expended, 352.4 hours were expended by partners and principals, 1,376.8 hours were expended by managing directors, directors and senior managers, 809.4 hours were expended by managers, and 3,565.1 hours were expended by senior associates and associates. KPMG's blended hourly rate for services provided during the Compensation Period is $332.08.

16. In addition to Attachment B, time detail records are annexed hereto as Exhibits A3 – A36. KPMG maintains contemporaneous records of the time expended for the professional services and expenses related hereto performed in connection with these chapter 11 cases and such records are maintained in the ordinary course of business.

17. The fees applied for herein are based on the usual and customary fees KPMG charges to advisory clients and are commensurate with the usual and customary rates charged for services performed.

18. KPMG respectfully submits that the amounts applied for herein for professional services rendered on behalf of the Debtors in these cases to date are fair

and reasonable given: (a) the time expended; (b) the nature and extent of the services performed at the time at which such services were rendered; (c) the value of such services; and (d) the costs of comparable services other than in these chapter 11 cases.

19. The time and labor expended by KPMG during the Compensation Period has been commensurate with the size and complexity of these cases. In rendering these services, KPMG has made every effort to maximize the benefit to the Debtors' estates, to work efficiently with the other professionals employed in these cases, and to leverage staff appropriately in order to minimize duplication of effort.

20. During the Compensation Period, KPMG provided a focused range of professional services as requested by the Debtors. KPMG respectfully submits that these services: (a) were necessary and beneficial to the successful and prompt administration of these cases; and (b) have been provided in a cost efficient manner.

21. Except as set forth in the Retention Order, no promises concerning compensation have been made to KPMG by any firm, person or entity.

**Summary of Actual and Necessary Expenses During the Compensation Period**

22. Attached hereto as Exhibit B, and incorporated herein by reference, is a detailed description of the actual and necessary expenses incurred by KPMG in connection with its employment with the Debtors during the Compensation Period. As set forth in Exhibit B, KPMG seeks reimbursement of actual and necessary expenses incurred by KPMG during the Compensation Period in the aggregate amount of $38,527.76. These expenses are reasonable and necessary in light of the size and complexity of the Debtors' cases.

**Reservation**

To the extent that time for services rendered or disbursements incurred relate to the Compensation Period, but were not processed prior to the preparation of this Application, KPMG reserves the right to request additional compensation for such services and reimbursement of such expenses in a future application. Furthermore, KPMG reserves the right to seek final approval of the fees and expenses requested herein.

**Conclusion**

WHEREFORE, subject to the terms of the Interim Compensation Order, KPMG respectfully requests that the Court approve the interim compensation of $2,026,911.80 as compensation for professional services rendered during the Compensation Period and reimbursement for actual and necessary expenses totaling $38,527.76 that KPMG incurred in rendering such services.

Dated: February 29, 2016

Respectfully submitted,

*/s/ Thomas D. Bibby*

Thomas D. Bibby
Partner, KPMG LLP
717 North Harwood Street
Dallas, TX  75201-6585

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) | (Jointly Administered) |

**DECLARATION PURSUANT TO RULE 2016-2 OF THE
LOCAL RULES OF BANKRUPTCY PROCEDURE FOR THE
UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

I, Thomas D. Bibby, being duly sworn, deposes and says:

1. I am a Certified Public Accountant and a Partner of KPMG LLP ("KPMG"), a professional services firm.

2. By Order dated September 16, 2014, KPMG was retained as Bankruptcy Accounting and Tax Advisors to the above captioned debtors and debtors in possession (the "Debtors"). I submit this Declaration in conjunction with KPMG's fee application, dated February 29, 2016 (the "Interim Fee Application") for KPMG's fifth interim fee application for compensation for services rendered and allowance of expenses for the period September 1, 2015 through December 31, 2015.

3. I am familiar with the work performed on behalf of the Debtors by the professionals of KPMG.

4. I have reviewed the foregoing Interim Fee Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Rule 2016-2 of the Local Rules of Bankruptcy Procedure for the United States

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Bankruptcy Court for the District of Delaware, and submit that the Interim Fee Application substantially complies with such Rule.

5. KPMG has discussed with the Debtors the fees and expenses in this Interim Fee Application and the Debtors have been given the opportunity to review the Interim Fee Application.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 29th day of February, 2016

*Thomas D. Bibby*

Thomas D. Bibby
KPMG LLP