**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors.[1] | ) ) | (Jointly Administered) |
|  | ) ) ) | **Objection Deadline: March 22, 2016 at 4:00 p.m.** |

**TENTH MONTHLY FEE STATEMENT
OF ENOCH KEVER PLLC FOR ALLOWANCE OF AN ADMINISTRATIVE
CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
INCURRED FROM DECEMBER 1, 2015 THROUGH DECEMBER 31, 2015**

| **Name of Applicant** | **Enoch Kever PLLC** |
|---|---|
| Authorized to Provide Professional Services to: | Energy Future Holdings Corp., et al. Debtors and Debtors in Possession |
| Date of Retention: | Retention Order Entered April 13, 2015 (Effective as of March 1, 2015) |
| Period for which compensation and reimbursement is sought: | December 1, 2015 through December 31, 2015 |
| Amount of Compensation sought as actual, reasonable and necessary: | $130,000.00 (80% of $162,500.00) |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $45,447.74 |

This is a __X__ monthly _____ interim _____ final application. No prior application has been filed for this Fee Period.[2]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Notice of this Monthly Fee Statement (as defined herein) shall be served in accordance with the Interim Compensation Order and Fee Committee Order and objections to the relief requested in this Application shall be addressed in accordance with the Interim Compensation Order and Fee Committee Order.

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code, (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the *Order Authorizing the Debtors to Retain Enoch Kever PLLC as Special Counsel for Certain Regulatory and Legislative Matters, Effective Nunc Pro Tunc to March 1, 2015,* dated April 13, 2015 [D.I. 4134] (the "Retention Order"), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals,* dated September 16, 2014 [D.I. 2066] (the "Interim Compensation Order"), the *Stipulation and Order Appointing a Fee Committee* [D.I. 1896] (the "Fee Committee Order"), and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Bankruptcy Rules"), the law firm of Enoch Kever PLLC ("Enoch Kever"), counsel for the above-captioned debtors and debtors in possession (collectively, the "Debtors"), hereby files this monthly application (this "Application") for: (i) compensation in the amount of $130,000.00 for the reasonable and necessary legal services Enoch Kever rendered to the Debtors from December 1, 2015 through December 31, 2015 (the "Fee Period") (80% of $162,500.00); and (ii) reimbursement for the actual and necessary expenses that Enoch Kever incurred, in the amount of $45,447.74 during the Fee Period.

**Itemization of Services Rendered and Disbursements Incurred**

1. In support of this Application, attached are the following exhibits:

    - **Exhibit A** is a schedule of the number of hours expended and fees incurred (on an aggregate basis) by Enoch Kever partners, associates, and paraprofessionals during the Fee Period with respect to each of the subject matter categories Enoch Kever established in accordance with its internal billing procedures. As reflected in Exhibit A, Enoch Kever incurred $162,500.00 in fees during the Fee Period. Pursuant to this Application, Enoch Kever seeks reimbursement for 80% of such fees ($130,000.00 in the aggregate).

- **Exhibit B** is a schedule providing certain information regarding the Enoch Kever attorneys for whose work on various matters as authorized by the Retention Order is sought in this Application. Attorneys of Enoch Kever have expended a total of 337.2 hours in connection with various matters as authorized by the Retention Order during the Fee Period.

- **Exhibit C** is a schedule for the Fee Period, setting forth the total amount of reimbursement sought with respect to each category of expenses for which Enoch Kever is seeking reimbursement in this Application. All of these disbursements comprise the requested sum for Enoch Kever's out-of-pocket expenses.

- **Exhibit D** consists of Enoch Kever's records of expenses incurred during the Fee Period in the rendition of the professional services to the Debtors and their estates.

### Proposed Payment Allocation

2. In accordance with paragraph 2(b) of the Interim Compensation Order, all of the work performed by Enoch Kever during the Fee Period was performed on behalf of debtor Energy Future Holdings Corp. and Texas Competitive Electric Holdings Company, LLC.

| **FEES** <br> **(comprised of $130,000.00 fees (80% of $162,500.00))** ||
|---|---|
| **Debtors** | **Amount Sought to be Paid** |
| EFH Corp. | $40,000.00 |
| TCEH Debtors | $90,000.00 |
| *Total:* | $130,000.00 |

| EXPENSES (comprised of 100% of $45,447.74) ||
|---|---|
| **Debtors** | **Amount Sought to be Paid** |
| EFH Corp. | $ 414.17 |
| TCEH Debtors | $45,033.57 |
| *Total:* | $45,447.74 |
| *Grand Totals:* | $175,447.74 |

## Representations

3. Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Application due to delays caused by accounting and processing during the Fee Period. Enoch Kever reserves the right to make further application to this Court for allowance of such fees and expenses not included herein. Subsequent fee applications will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, Local Bankruptcy Rules, the Retention Order, the Fee Committee Order, and the Interim Compensation Order.

[*Remainder of page intentionally left blank.*]

WHEREFORE, Enoch Kever requests that it be allowed reimbursement for its fees and expenses incurred during the Fee Period in the total amount of $175,447.74 consisting of (a) $130,000.00 which is 80% of the fees incurred by the Debtors for reasonable and necessary professional services rendered by Enoch Kever and (b) $45,447.74 for actual and necessary costs and expenses, and that such fees and expenses be paid as administrative expenses of the Debtors' estates.

Dated: March 1, 2016          /s/ Andrew Kever
                              **ENOCH KEVER PLLC**
                              Andrew Kever
                              600 Congress
                              Avenue Suite 2800
                              Austin, Texas 78701
                              Telephone:    (512) 615-1201
                              Facsimile:    (512) 615-1198
                              Email:        akever@enochkever.com

                              *Special Counsel to the Debtors*
                              *and Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**VERIFICATION OF ANDREW KEVER**

1.    I am a Managing Member in the law firm of ENOCH KEVER PLLC ("Enoch Kever"), located 600 Congress Avenue, Suite 2800, Austin, Texas 78701. I am the lead attorney from Enoch Kever working on the various matters as authorized by the Retention Order.[2] I am a member in good standing of the Texas bar. There are no disciplinary proceedings pending against me.

2.    I have personally performed many of the legal services rendered by Enoch Kever as special counsel to the Debtors for certain environmental-related matters and am familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3.    The facts set forth in the foregoing Monthly Fee Statement are true and correct to the best of my knowledge, information, and belief.

4.    I have reviewed Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedures of the United States Bankruptcy Court for the District of Delaware and believe that

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Monthly Fee Statement filed herewith.

the Monthly Fee Statement for Enoch Kever complies with Rule 2016-2, as augmented by the Interim Compensation Order and the Fee Committee Order.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

*/s/ Andrew Kever*
Andrew Kever
as Managing Member of ENOCH KEVER PLLC