# EXHIBIT A

## Statement of Fees and Expenses By Subject Matter
### COMPENSATION BY SUBJECT MATTER[1]
### DECEMBER 1, 2015 THROUGH DECEMBER 31, 2015

| Matter Number | Matter Description | Total Billed | Total Fees |
|---|---|---|---|
| 11000-50 | EFH Restructuring | 109.00 | $50,000.00 |
| 11000-50.1 | EFH Restructuring – Case Administration | -- | |
| 11000-50.2 | EFH Restructuring – Budgeting | -- | |
| 11000-50.3 | EFH Restructuring – Fee Application | 1.80 | |
| 11000-51 | EFH - 2015 Legislative Session | -- | |
| 11001 | Luminant | 221.70 | $100,000.00 |
| 11002 | TXU | 4.70 | $10,416.67 |
| 12050 | 4Change | -- | $2,083.33 |
| | | | |
| | | | |
| | | | |
| | | | |
| **Totals:** | | **337.20** | **$162,500.00** |

### EXPENSE SUMMARY
### DECEMBER 1, 2015 THROUGH DECEMBER 31, 2015

| Expense Category | Amount |
|---|---|
| Delivery Service/Messenger | $56.00 |
| Copies | $446.41 |
| Taxi | -- |
| Parking | $8.00 |
| Airfare | -- |
| Rental Car | -- |
| Fuel | -- |
| Postage | $1.96 |
| Filing Fees | |
| Meals | -- |
| Hotel | -- |
| Court Reporter/Hearing Transcripts | -- |
| Professional Services | $44,935.37 |
| **Total Expenses:** | **$45,447.74** |

---

[1] The work performed and expenses incurred by Enoch Kever during the compensation period were entirely on behalf of Energy Future Holdings, LLC and its debtor subsidiaries.