**EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

**EXPENSE SUMMARY**
**DECEMBER 1, 2015 THROUGH DECEMBER 31, 2015**

| Expense Category | Amount |
|---|---|
| Delivery Service/Messenger | $56.00 |
| Copies | $446.41 |
| Taxi | -- |
| Parking | $8.00 |
| Airfare | -- |
| Rental Car | -- |
| Fuel | -- |
| Postage | $1.96 |
| Filing Fees | |
| Meals | -- |
| Hotel | -- |
| Court Reporter/Hearing Transcripts | -- |
| Professional Services | $44,935.37 |
| **Total Expenses:** | **$45,447.74** |