# EXHIBIT D

## Detailed Description of Expenses and Disbursements

### DETAILED EXPENSE SUMMARY
### DECEMBER 1, 2015 THROUGH DECEMBER 31, 2015

| Invoice Number | Matter | Date | Timekeeper Who Incurred | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 4319 | 1100050 | 12/23/15 | Moore, Bill | Copies | $7.40 | 1 | $7.40 | Copies of bankruptcy documents from Pacer. |
| 4319 | 1100050 | 12/31/15 | Various | Copies | $.13 | 3,129 | $406.77 | Copies for the month of December 2015 |
| 4318 | 1100116 | 12/15/15 | Kimbrough, Mandy | Delivery/Messenger Service | $16.00 | 1 | $16.00 | Hand deliver EOP Compliance Review filing to the PUC on 12/01/15 and return file-stamped copy (Corporate Courier Invoice #39939) |
| 4318 | 1100141 | 12/31/15 | Various | Copies | $.13 | 195 | $25.35 | Copies for the month of December 2015 |
| 4318 | 1100180 | 12/16/15 | Kever, Andy | Professional Services | $44935.37 | 1 | $44,935.37 | Enoch Kever's portion of professional services by Charles Griffy in May through September 2015. |
| 4318 | 1100180 | 12/23/15 | Jolly, Emily | Parking | $8.00 | 1 | $8.00 | Reimbursement for parking to attend PUC Open meeting on 12/17/15 |
| 4318 | 1100182 | 12/15/15 | Kimbrough, Mandy | Delivery/Messenger Service | $24.00 | 1 | $24.00 | Hand deliver PURA 39.158 application filing to the PUC on 12/10/15 and return file-stamped copy (Corporate Courier Invoice #39939) |
| 4318 | 1100182 | 12/31/15 | Various | Copies | $ .13 | 53 | $6.89 | Copies for the month of December 2015 |
| 4318 | 1100182 | 12/31/15 | Various | Postage | $1.96 | 1 | $1.96 | Postage for the month of December 2015 |
| 4308 | 1100204 | 12/31/15 | Kimbrough, Mandy | Delivery/Messenger Service | $16.00 | 1 | $16.00 | Hand deliver POLR EFLs filing to the PUC on 12/21/15 and return file-stamped copy (Corporate Courier Invoice #40137) |