# EXHIBIT A

**Statement of Fees and Expenses By Subject Matter**

**COMPENSATION BY PROJECT CATEGORY**
**FOR THE PERIOD FROM SEPTEMBER 1, 2015 THROUGH SEPTEMBER 30, 2015**

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| Fee Applications (30090) | 15.20 | $11,201.50 |
| Clean Air Transport Rule (10040) | .10 | $93.50 |
| Regional Haze (10050) | 4.70 | $2,912.00 |
| MSS Appeal (40030) | 2.50 | $2,337.50 |
| Counseling on Regulations for Existing Generating Units (40080) | 3.10 | $2,204.00 |
| **TOTALS:** | **25.60** | **$18,748.50** |