## **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

RLF1 14051641v.1

The Sidley attorneys who rendered professional services in these cases during the Fee Period of September 1, 2015 to September 30, 2015 are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| C. Frederick Beckner | Partner | 1997 | Litigation | $935 | 2.60 | $2,431.00 |
| Paul S. Caruso | Partner | 1996 | Bankruptcy | $975 | 5.10 | $4,972.50 |
| Roger R. Martella | Partner | 1997 | Environmental | $860 | 1.50 | $1,290.00 |
| Kerriann S. Mills | Partner | 2005 | Bankruptcy | $825 | 1.00 | $825.00 |
| Ryan C. Morris | Partner | 2007 | Litigation | $640 | 2.10 | $1,344.00 |
| | | | | | | |
| Catherine Karen | Counsel | 2001 | Environmental | $592 | 4.00 | $2,368.00 |
| | | | | | | |
| Geoffrey M. King | Associate | 2009 | Bankruptcy | $740 | 5.60 | $4,144.00 |
| Joel F. Visser | Associate | 2009 | Environmental | $570 | .20 | $114.00 |
| | | | | **Attorney Totals** | **22.10** | **$17,488.50** |

The paraprofessionals of Sidley who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| David J. Lutes | Paralegal | 29 years | Bankruptcy | $360 | 3.50 | $1,260.00 |
| | | | | **Paraprofessional Totals** | **3.50** | **$1,260.00** |

| | | | | **Total Fees Requested** | **25.60** | **$18,748.50** |