## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

**ALL - Expense Summary for**
**September 1, 2015 to September 30, 2015**

| Service Description | Service Providers[1] | Amount |
|---|---|---|
| Duplicating | | $10.00 |
| Legal Support Services | | $442.50 |
| Telephone Tolls | | $4.07 |
| Westlaw | | $52.88 |
| **Total:** | | **$509.45** |

---

[1] Sidley may use one or more service providers.  The service providers identified herein below are the primary service providers for the categories described.

**<u>TCEH – Expense Summary for September 1, 2015 to September 30, 2015</u>**

| Service Description | Service Providers[1] | Amount |
|---|---|---|
| Telephone Tolls | | $4.07 |
| Westlaw | | $52.88 |
| **Total:** | | **$56.95** |

---

[1] Sidley may use one or more service providers.  The service providers identified herein below are the primary service providers for the categories described.

RLF1 14051641v.1

**EFH - Expense Summary for September 1, 2015 to September 30, 2015**

| Service Description | Service Providers[1] | Amount |
|---|---|---|
| Duplicating | | $10.00 |
| Legal Support Services | | $442.50 |
| **Total:** | | **$452.50** |

---

[1] Sidley may use one or more service providers.  The service providers identified herein below are the primary service providers for the categories described.