# EXHIBIT D

**Detailed Description of Expenses and Disbursements**

**SIDLEY AUSTIN LLP**

Invoice Number: 36010164
Energy Future Holdings Corp.

RE: Case Administration

## EXPENSE DETAIL

| Date | Type | Description | Amount |
|---|---|---|---|
| 09/16/15 | CPY | 09/15/15-Duplicating charges Time: 15:57:00 | $.30 |
| 09/16/15 | CPY | 09/15/15-Duplicating charges Time: 16:42:00 | .10 |
| 09/16/15 | CPY | 09/15/15-Duplicating charges Time: 16:30:00 | .20 |
| 09/16/15 | CPY | 09/15/15-Duplicating charges Time: 16:18:00 | .40 |
| 09/16/15 | CPY | 09/15/15-Duplicating charges Time: 16:24:00 | .10 |
| 09/17/15 | CPY | 09/16/15-Duplicating charges Time: 11:51:00 | .30 |
| 09/17/15 | CPY | 09/16/15-Duplicating charges Time: 11:43:00 | .60 |
| 09/17/15 | CPY | 09/16/15-Duplicating charges Time: 11:06:00 | .10 |
| 09/19/15 | LIT | 09/01/15-Monthly Electronic Data Storage Fee 88.50 GB @ $5.00 | 442.50 |
| 09/24/15 | CPY | 09/23/15-Duplicating charges Time: 17:14:00 | .20 |
| 09/24/15 | CPY | 09/23/15-Duplicating charges Time: 17:04:00 | .30 |
| 09/25/15 | CPY | 09/23/15-Duplicating charges Time: 17:45:00 | .30 |
| 09/25/15 | CPY | 09/23/15-Duplicating charges Time: 17:30:00 | .10 |
| 09/29/15 | CPY | 09/28/15-Duplicating Charges (Color) Time: 18:58:00 | 7.00 |
| | | **Total Expenses** | **$452.50** |

**SIDLEY AUSTIN LLP**

Invoice Number: 35064449
Luminant Generation Company LLC

MSS Appeal

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| C Beckner | 2.50 | $935.00 | $2,337.50 |
| **Total Hours and Fees** | **2.50** | | **$2,337.50** |

## EXPENSE SUMMARY

| Category/Description | Amount |
|---|---|
| Telephone Tolls | $4.07 |
| Westlaw Research Service | 52.88 |
| **Total** | **$56.95** |