# EXHIBIT A

**Statement of Fees and Expenses By Subject Matter**

## COMPENSATION BY PROJECT CATEGORY
## FOR THE PERIOD FROM OCTOBER 1, 2015 THROUGH OCTOBER 31, 2015

| Matter Description | Total Hours | Total Fees |
|---|---:|---:|
| Fee Applications (30090) | 80.00 | $38,840.00 |
| Clean Air Transport Rule (10040) | 1.60 | $1,515.80 |
| Regional Haze (10050) | 14.20 | $10,684.40 |
| Counseling on Regulations for Existing Generating Units (40080) | .50 | $430.00 |
| **TOTALS:** | **96.30** | **$51,470.20** |