# **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The Sidley attorneys who rendered professional services in these cases during the Fee Period of October 1, 2015 to October 31, 2015 are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| C. Frederick Beckner | Partner | 1997 | Litigation | $935 | 1.40 | $1,309.00 |
| Paul S. Caruso | Partner | 1996 | Bankruptcy | $975 | 8.60 | $8,385.00 |
| Peter D. Keisler | Partner | 1989 | Litigation | $1,034 | .20 | $206.80 |
| Roger R. Martella | Partner | 1997 | Environmental | $860 | 9.00 | $7,740.00 |
| | | | | | | |
| Catherine Karen | Counsel | 2001 | Environmental | $592 | 5.70 | $3,374.40 |
| | | | | | | |
| Benjamin Beaton | Associate | 2010 | Litigation | $570 | 2.90 | $1,653.00 |
| Geoffrey M. King | Associate | 2009 | Bankruptcy | $740 | 10.90 | $8,066.00 |
| | | | | **Attorney Totals** | **38.70** | **$30,734.20** |

The paraprofessionals of Sidley who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| David J. Lutes | Paralegal | 29 years | Bankruptcy | $360 | 57.60 | $20,736.00 |
| | | | | **Paraprofessional Totals** | **57.60** | **$20,736.00** |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | **Total Fees Requested** | **96.30** | **$51,470.20** |