# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

## ALL - Expense Summary for
## October 1, 2015 to October 31, 2015

| Service Description | Service Providers[1] | Amount |
|---|---|---|
| Duplicating | | $131.95 |
| Legal Support Services | | $442.50 |
| Meals | | $140.00 |
| **Total:** | | **$714.45** |

---

[1] Sidley may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

RLF1 14051652v.1

## TCEH – Expense Summary for October 1, 2015 to October 31, 2015

| Service Description | Service Providers[1] | Amount |
|---|---|---|
| Duplicating | | $131.85 |
| Meals | | $140.00 |
| **Total:** | | **$271.85** |

---

[1] Sidley may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

RLF1 14051652v.1

### EFH - Expense Summary for October 1, 2015 to October 31, 2015

| Service Description | Service Providers[1] | Amount |
|---|---|---|
| Duplicating | | $.10 |
| Legal Support Services | | $442.50 |
| **Total:** | | **$442.60** |

---

[1] Sidley may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

RLF1 14051652v.1