# EXHIBIT D

**Detailed Description of Expenses and Disbursements**

# EXHIBIT D

**Detailed Description of Expenses and Disbursements**

**SIDLEY AUSTIN LLP**

Invoice Number: 36002319
Luminant Energy Company LLC

Regional Haze Program

## EXPENSE DETAIL

| Date | Narrative | Amount |
|---|---|---|
| 10/14/15 | 10/13/15-Duplicating Charges (Color) Time: 16:18:00 | $127.68 |
| 10/15/15 | 10/14/15-Duplication charges Time: 8:53:00 | 3.60 |
| 10/16/15 | 10/15/15-Duplicating Charges (Color) Time: 12:08:00 | .57 |
| 10/30/15 | 10/14/15 - Meals | 140.00 |
| | **Total Expenses** | **$271.85** |

**SIDLEY AUSTIN LLP**

Invoice Number: 36010170
Energy Future Holdings Corp.

RE: Case Administration

## EXPENSE DETAIL

| Date | Type | Description | Amount |
|---|---|---|---|
| 10/14/15 | LIT | 10/01/15-Monthly Electronic Data Storage Fee 88.50 GB @ $5.00 | $442.50 |
| 10/28/15 | CPY | 10/27/15-Duplicating charges Time: 16:32:00 | .10 |
| | | **Total Expenses** | **$442.60** |