# EXHIBIT A

**Statement of Fees and Expenses By Subject Matter**

**COMPENSATION BY PROJECT CATEGORY**
**FOR THE PERIOD FROM NOVEMBER 1, 2015 THROUGH NOVEMBER 30, 2015**

| Matter Description | Total Hours | Total Fees |
|---|---:|---:|
| Fee Applications (30090) | 8.00 | $5,713.00 |
| Executory Contracts (30040) | .70 | $682.50 |
| Clean Air Transport Rule (10040) | 10.80 | $10,216.80 |
| Regional Haze (10050) | 1.80 | $1,683.00 |
| Counseling on Regulations for Existing Generating Units (40080) | .60 | $523.50 |
| **TOTALS:** | **21.90** | **$18,818.80** |