# EXHIBIT B

**Attorneys and Paraprofessionals' Information**

The Sidley attorneys who rendered professional services in these cases during the Fee Period of November 1, 2015 to November 30, 2015 are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| C. Frederick Beckner | Partner | 1997 | Litigation | $935 | 11.60 | $10,846.00 |
| Paul S. Caruso | Partner | 1996 | Bankruptcy | $975 | 3.80 | $3,705.00 |
| Peter D. Keisler | Partner | 1989 | Litigation | $1,034 | 1.20 | $1,240.80 |
| Roger R. Martella | Partner | 1997 | Environmental | $860 | .50 | $430.00 |
|  |  |  |  |  |  |  |
| Benjamin Beaton | Associate | 2010 | Litigation | $570 | .70 | $399.00 |
| Geoffrey M. King | Associate | 2009 | Bankruptcy | $740 | 1.90 | $1,406.00 |
|  |  |  |  | **Attorney Totals** | **19.70** | **$18,026.80** |

The paraprofessionals of Sidley who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| David J. Lutes | Paralegal | 29 years | Bankruptcy | $360 | 2.20 | $792.00 |
|  |  |  | **Paraprofessional Totals** |  | **2.20** | **$792.00** |

|  |  |  | Total Fees Requested | 21.90 | $18,818.80 |
|---|---|---|---|---|---|