# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

**ALL - Expense Summary for**
**November 1, 2015 to November 30, 2015**

| Service Description | Service Providers[1] | Amount |
|---|---|---|
| Duplicating | | $24.81 |
| Legal Support Services | | $442.50 |
| Telephone Tolls | | $.06 |
| **Total:** | | **$467.37** |

---

[1] Sidley may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.


**TCEH – Expense Summary for November 1, 2015 to November 30, 2015**

| Service Description | Service Providers[1] | Amount |
|---|---|---|
| Duplicating | | $24.31 |
| Telephone Tolls | | $.06 |
| **Total:** | | **$24.37** |

[1] Sidley may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

**EFH - Expense Summary for November 1, 2015 to November 30, 2015**

| Service Description | Service Providers[1] | Amount |
|---|---|---|
| Duplicating | | .50 |
| Legal Support Services | | $442.50 |
| **Total:** | | **$443.00** |

---

[1] Sidley may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

RLF1 14051676v.1