# EXHIBIT D

**Detailed Description of Expenses and Disbursements**

**SIDLEY AUSTIN LLP**

Invoice Number: 36010172
Energy Future Holdings Corp.

RE: Case Administration

## EXPENSE DETAIL

| Date | Type | Description | | Amount |
|---|---|---|---|---|
| 11/20/15 | CPY | 11/19/15-Duplicating Charges (Color) Time: 16:13:00 | | $.50 |
| 11/25/15 | LIT | 11/01/15-Monthly Electronic Data Storage Fee 88.50 GB @ | $5.00 | 442.50 |
| | | | **Total Expenses** | **$443.00** |

**SIDLEY AUSTIN LLP**

Invoice Number: 36002329
Luminant Energy Company LLC

Clean Air Transport Rule

## EXPENSE DETAIL

| Date | Narrative | Amount |
|---|---|---|
| 11/07/15 | 10/27/15-Telephone Charges Conference Call | $.06 |
| 11/24/15 | 11/18/15 - Williams Lea - 0000606644-000 Reprographics | 24.31 |
| | **Total Expenses** | **$24.37** |