# EXHIBIT A

**Statement of Fees and Expenses By Subject Matter**

RLF1 14051688v.1

## COMPENSATION BY PROJECT CATEGORY
## FOR THE PERIOD FROM DECEMBER 1, 2015 THROUGH DECEMBER 31, 2015

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| Fee Applications (30090) | 54.60 | $30,651.50 |
| Clean Air Transport Rule (10040) | 2.40 | $2,244.00 |
| Regional Haze (10050) | 1.30 | $1,215.50 |
| Counseling on Regulations for Existing Generating Units (40080) | 1.30 | $1,067.00 |
| **TOTALS:** | **59.60** | **$35,178.00** |