# EXHIBIT B

**Attorneys and Paraprofessionals' Information**

The Sidley attorneys who rendered professional services in these cases during the Fee Period of December 1, 2015 to December 31, 2015 are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| C. Frederick Beckner | Partner | 1997 | Litigation | $935 | 3.90 | $3,646.50 |
| Paul S. Caruso | Partner | 1996 | Bankruptcy | $975 | 6.60 | $6,435.00 |
| Roger R. Martella | Partner | 1997 | Environmental | $860 | .80 | $688.00 |
| Kerriann S. Mills | Partner | 2005 | Bankruptcy | $825 | .30 | $247.50 |
| Ryan C. Morris | Partner | 2007 | Litigation | $640 | .30 | $192.00 |
|  |  |  |  |  |  |  |
| Benjamin Beaton | Associate | 2010 | Litigation | $570 | .70 | $399.00 |
| Geoffrey M. King | Associate | 2009 | Bankruptcy | $740 | 17.50 | $12,950.00 |
|  |  |  | **Attorney Totals** |  | **30.10** | **$24,558.00** |

The paraprofessionals of Sidley who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| David J. Lutes | Paralegal | 29 years | Bankruptcy | $360 | 29.50 | $10,620.00 |
|  |  |  | **Paraprofessional Totals** |  | **29.50** | **$10,620.00** |

|  |  |  | **Total Fees Requested** |  | **59.60** | **$35,178.00** |