# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

## ALL - Expense Summary for
## December 1, 2015 to December 31, 2015

| Service Description | Service Providers[1] | Amount |
|---|---|---:|
| Legal Support Services | | $442.50 |
| Telephone Tolls | | $13.74 |
| **Total:** | | **$456.24** |

---

[1] Sidley may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

RLF1 14051688v.1

## TCEH – Expense Summary for December 1, 2015 to December 31, 2015

| Service Description | Service Providers[1] | Amount |
|---|---|---|
| Telephone Tolls | | $13.74 |
| **Total:** | | **$13.74** |

---

[1] Sidley may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

**EFH - Expense Summary for December 1, 2015 to December 31, 2015**

| Service Description | Service Providers[1] | Amount |
|---|---|---|
| Legal Support Services | | $442.50 |
| **Total:** | | **$442.50** |

---

[1] Sidley may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

RLF1 14051688v.1