## EXHIBIT D

### Detailed Description of Expenses and Disbursements

**SIDLEY AUSTIN LLP**

Invoice Number:  36010175
Energy Future Holdings Corp.

RE: Case Administration

## E X P E N S E   D E T A I L

| Date | Type | Description | | Amount |
|------|------|-------------|---|--------|
| 12/22/15 | LIT | 12/01/15-Monthly Electronic Data Storage Fee 88.50 GB @ | $5.00 | $442.50 |
| | | | **Total Expenses** | **$442.50** |

**SIDLEY AUSTIN LLP**

Invoice Number: 36007294
Luminant Energy Company LLC

Clean Air Transport Rule

EXPENSE DETAIL

| Date | Narrative | Amount |
|------|-----------|--------|
| 12/09/15 | 11/02/15-Telephone Charges Conference Call | $3.40 |
| 12/09/15 | 11/06/15-Telephone Charges Conference Call | 1.94 |
| 12/09/15 | 11/04/15-Telephone Charges Conference Call | 4.80 |
| | **Total Expenses** | **$10.14** |

**SIDLEY AUSTIN LLP**

Invoice Number: 36007298
Luminant Generation Company LLC

Counseling on Regulations for Existing Generating Units

## EXPENSE DETAIL

| Date | Narrative | Amount |
|------|-----------|--------|
| 12/15/15 | 10/28/15-Telephone Call | $3.60 |
| | **Total Expenses** | **$3.60** |