# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et. al.*, | Case No. 14-10979 (CSS) |
| Debtors.[1] | (Jointly Administered) |
| DELAWARE TRUST COMPANY, as TCEH First Lien Indenture Trustee, | |
| Plaintiff, | Adv. Pro. No. 15-51239 (CSS) |
| v. | |
| WILMINGTON TRUST, N.A., as First Lien Collateral Agent and First Lien Administrative Agent, *et al.*, | **Re: Adv. D.I. 56, 60, 62** |
| Defendants. | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing shall take place before The Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 in the above-captioned adversary proceeding on **March 4, 2016 starting at 10:00 a.m. (Eastern Standard Time)** (the "Hearing") to consider argument in connection with all of (i) the *Joint Motion for Judgment on the Pleadings*, dated October 9, 2015 [Adv. D.I. 56], filed by Morgan Stanley Capital Group Inc. and J. Aron & Company; (ii) the *Motion for Judgment on the Pleadings*, dated October 9, 2015 [Adv. D.I.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at www.efhcaseinfo.com.

RLF1 14056455v.1

60], filed by Titan Investment Holdings LP; and (iii) the *Motion for Partial Judgment on the Pleadings or, in the Alternative, Partial Summary Judgment*, dated October 9, 2015 [Adv. D.I. 62], filed by Delaware Trust Company, as TCEH First Lien Indenture Trustee.

PLEASE TAKE FURTHER NOTICE that, consistent with the *Instructions for Telephonic Appearances Effective April 5, 2005, Revised April 27, 2009*, all parties wishing to appear telephonically at the Hearing must contact CourtCall via telephone (for callers calling from within the United States of America: 866-582-6878; for callers calling from outside of the United States of America: 310-743-1886) or facsimile (for parties sending facsimiles from within the United States of America: 866-533-2946; for parties sending facsimiles from outside of the United States of America: 310-743-1850) no later than **12:00 p.m. (noon) (Eastern Standard Time) on March 3, 2016** to register their telephonic appearances.

*[Remainder of page intentionally left blank.]*

Dated: March 2, 2016
     Wilmington, Delaware

/s/ Jason M. Madron

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
    defranceschi@rlf.com
    madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    edward.sassower@kirkland.com
    stephen.hessler@kirkland.com
    brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    james.sprayregen@kirkland.com
    marc.kieselstein@kirkland.com
    chad.husnick@kirkland.com
    steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession