# EXHIBIT B

## Attorneys and Paraprofessionals' Information

The RL&F attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Daniel J. DeFranceschi | Director | 1989 | Bankruptcy | $750 | 8.6 | $6,450.00 |
| Marcos A. Ramos | Director | 2003 | Bankruptcy | $585 | 0.3 | $175.50 |
| Jason M. Madron | Counsel | 2003 | Bankruptcy | $525 | 147.1 | $77,227.50 |
| Joseph C. Barsalona, II | Associate | 2014 | Bankruptcy | $260 | 17.9 | $4,654.00 |
| Andrew M. Dean | Associate | 2015 | Bankruptcy | $260 | 7.3 | $1,898.00 |
| **Total** | | | | | **181.2** | **$90,405.00** |

The paraprofessionals of RL&F who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Barbara J. Witters | Paralegal | 16 | Bankruptcy | $235 | 73.7 | $17,319.50 |
| Ann Jerominski | Paralegal | 16 | Bankruptcy | $235 | 12.4 | $2,914.00 |
| Rebecca V. Speaker | Paralegal | 13 | Bankruptcy | $235 | 1.8 | $423.00 |
| Caroline E. Dougherty | Paralegal | 1 | Bankruptcy | $235 | 0.4 | $94.00 |
| Cynthia McMenamin | Paralegal | 1 | Bankruptcy | $235 | 3.0 | $705.00 |
| **Total** | | | | | **91.3** | **$21,455.50** |

| | |
|---|---|
| **Total Fees** | **$111,860.50** |