# EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

## ALL - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $0.00 |
| Business Meals | $50.93 |
| Conference Calling | $43.66 |
| Court Reporter Services | $0.00 |
| Document Retrieval | $522.15 |
| Electronic Legal Research | $0.00 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Cost | $103.25 |
| Long distance Telephone Charges | $38.54 |
| Messenger and Delivery Service | $172.93 |
| Overtime | $0.00 |
| Photocopying/Printing - Outside Vendor | $8306.80 |
| Photocopying/Printing | $293.35 |
| Postage | $25.04 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Record Retrieval | $0.00 |
| Travel Expense | $0.00 |
| **Total:** | **$9,556.65** |

## TCEH - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $0.00 |
| Business Meals | $6.04 |
| Conference Calling | $5.18 |
| Court Reporter Services | $0.00 |
| Document Retrieval | $61.95 |
| Electronic Legal Research | $0.00 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Costs | $12.25 |
| Long distance Telephone Charges | $4.57 |
| Messenger and Delivery Service | $20.52 |
| Overtime | $0.00 |
| Photocopying/Printing - Outside Vendor | $985.55 |
| Photocopying/Printing | $34.80 |
| Postage | $2.98 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Record Retrieval | $0.00 |
| Travel Expense | $0.00 |
| **Total:** | **$1,133.84** |

## EFIH - Expense Summary

| Service Description | Amount |
| --- | --- |
| Binding | $0.00 |
| Business Meals | $11.22 |
| Conference Calling | $9.62 |
| Court Reporter Services | $0.00 |
| Document Retrieval | $115.05 |
| Electronic Legal Research | $0.00 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Costs | $22.75 |
| Long distance Telephone Charges | $8.49 |
| Messenger and Delivery Service | $38.10 |
| Overtime | $0.00 |
| Photocopying/Printing - Outside Vendor | $1,830.31 |
| Photocopying/Printing | $64.64 |
| Postage | $5.52 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Record Retrieval | $0.00 |
| Travel Expense | $0.00 |
| **Total:** | **$2,105.70** |

## EFH - Expense Summary

| Service Description | Amount |
|---|---:|
| Binding | $0.00 |
| Business Meals | $18.13 |
| Conference Calling | $15.54 |
| Court Reporter Services | $0.00 |
| Document Retrieval | $185.85 |
| Electronic Legal Research | $0.00 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Costs | $36.75 |
| Long distance Telephone Charges | $13.72 |
| Messenger and Delivery Service | $61.55 |
| Overtime | $0.00 |
| Photocopying/Printing - Outside Vendor | $2,956.66 |
| Photocopying/Printing | $104.41 |
| Postage | $8.91 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Record Retrieval | $0.00 |
| Travel Expense | $0.00 |
| **Total:** | **$3,401.52** |