## EXHIBIT E

### Detailed Description of Meal Expenses

| Date | Restaurant/ Provider | Meal | Number of People | Description | Average Amount Per Person | Amount |
|---|---|---|---|---|---|---|
| 10/22/2015 | Grotto's Pizza | Dinner | 1 | Working meal for RL&F team member in connection with after-hours preparation of 10/28/15 hearing agenda | $21.77 | $21.77 |
| 12/1/2015 | Grotto's Pizza | Dinner | 1 | Working meal for RL&F team member in connection with after-hours filing of first amended plan supplement and preparation of 12/4/15 hearing binders | $15.14 | $15.14 |
| 1/21/2016 | Grotto's Pizza | Dinner | 2 | Working meal for RL&F team members in connection with after-hours filing of Kirkland & Ellis interim fee application and Balch & Bingham's fifteenth monthly fee statement | $14.90 | $29.79 |
| 1/29/2016 | Kid Shelleen's | Dinner | 1 | Working meal for RL&F team member in connection with after-hours filing of Alvarez & Marsal nineteenth monthly fee statement and RL&F twentieth monthly fee statement | $19.63 | $19.63 |
| **TOTALS** | | | | | | $86.33 |