# EXHIBIT A

## SCHEDULE A-24B

Following the Parties' execution of this Schedule A-24B, **KPMG LLP** ("CONTRACTOR'") is authorized to perform the Work as identified on behalf of **EFH CORPORATE SERVICES COMPANY** ("COMPANY") pursuant to the terms and conditions contacting in the Master Services Agreement C0531124C ("the Agreement") dated November 1, 2009 and subsequently amended December 16, 2013.

### SCOPE OF WORK AND DELIVERABLES

The Work will be performed in accordance with the specifications and instructions, if any, attached hereto. The Work will be scheduled at the direction of the COMPANY's Contract Coordinator as identified herein.

### SCOPE OF WORK:

CONTRACTOR will assist the tax department with the following:

1. Provide tax consulting services with respect to determining whether certain costs incurred by COMPANY and paid to its advisors during bankruptcy are deductible, amortizable, or capitalizable for U.S. federal income tax purposes.
2. If requested, CONTRACTOR's tax consulting services to assist COMPANY in gathering reports and records from its advisors (e.g., investment bankers) to serve as additional documentation and support for the U.S. federal income tax treatment of such costs.
3. If requested, CONTRACTOR's tax consulting service will include the issuance of an opinion letter as to the tax treatment of such costs.

CONTRACTOR will provide tax consulting services with respect to the matters as listed above. However, CONTRACTOR will not render any advice with respect to a federal or state "listed transaction" or any transaction that is substantially similar to a federal or state "listed transaction."

Written advice provided to COMPANY under this SOW will be based on facts, representations, assumptions, and other information COMPANY provides to CONTRACTOR, the completeness, accuracy and timeliness of which are critical factors in CONTRACTOR's ability to timely and accurately complete CONTRACTOR's services. Unless COMPANY requests and CONTRACTOR agrees under a separate writing (a newly issued SOW or addendum to this SOW) after CONTRACTOR's advice has been issued in final form to COMPANY, CONTRACTOR will not update CONTRACTOR's advice to take into account COMPANY updating the facts COMPANY provides to CONTRACTOR through COMPANY's discovery of new or additional facts, or COMPANY updating any information that may have formed the basis of any assumptions CONTRACTOR made in developing CONTRACTOR's advice. In rendering advice, CONTRACTOR will consider tax authorities that are subject to change, retroactively and/or prospectively, and any such changes could affect the advice CONTRACTOR issue to COMPANY.

If matters exceed the scope of this Schedule A-24B, we will issue a separate Schedule A or clarifying addendum to confirm the revised scope and related terms. Furthermore, a separate Schedule A will be issued for each discrete tax consulting project not specified in this Schedule A-24B (e.g., transfer pricing study, corporate acquisition or disposition, etc.) and for tax controversy representation. To be of greatest assistance to COMPANY we should be advised **in advance** of proposed transactions.

The advice or other information in this document was prepared for the sole benefit of CONTRACTOR's client and may not be relied upon by any other person or organization. CONTRACTOR accepts no responsibility or liability in respect of this document to any person or organization other than CONTRACTOR's client.

To be of greatest assistance to COMPANY, CONTRACTOR should be advised in advance of proposed transactions.

### TAX ADVICE STANDARDS:

If CONTRACTOR is considered to be a tax return preparer under Treasury Regulation §301.7701-15, CONTRACTOR will apply elevated standards in providing tax advice. These standards are dependent on certain characteristics of the entity to which CONTRACTOR's services will be directed as follows:

1. For U.S. public companies or "large private entities" (i.e., private entities with prior year gross revenues of $300 million or more reflected in audited financial statements prepared in accordance with U.S. generally accepted accounting principles): CONTRACTOR must be able to determine that (1) there is "substantial authority" for an undisclosed return position (i.e., the weight of authorities in support of a position is substantial in relation to the weight of authorities in opposition to the position) and (2) a disclosed return position has at least a "realistic possibility" of being sustained on its merits (i.e., approximately a one-in-three or greater likelihood of success if challenged by a tax authority). The laws of some states (e.g., New York) also may impose more stringent return preparation standards for state tax returns. For advice pertaining to a "Tax Shelter" (as defined in IRC §6662(d)(2)(C)(ii)) or a "reportable transaction" with a significant purpose of tax avoidance, tax practitioners must generally conclude their advice satisfies the "more likely than not" standard; if the taxpayer is advised regarding potential taxpayer penalties, tax practitioners may conclude at a "substantial authority" level.
2. For "other private entities" (i.e., entities that do not fall within the definitions above as a U.S. public company or large private entity): CONTRACTOR must be able to determine that a return position is at least "more likely than not" to be upheld (i.e., has a greater than 50 percent likelihood of success if challenged by the taxing authorities).
3. If a return position relates to a transaction that is a "principal purpose transaction," CONTRACTOR must arrive at a "should" confidence level (i.e., approximately a 70% or greater likelihood of success if challenged by the taxing authorities) with respect to the position.
4. CONTRACTOR will not render any advice with respect to a federal or state "listed transaction" or any transaction that is substantially similar to a federal or state "listed transaction."

In determining whether a return position meets the appropriate standard, CONTRACTOR will not take into account the possibility that a tax return will not be audited, that an issue will not be raised on audit, or that an issue will be settled. CONTRACTOR will inform COMPANY as soon as possible if, during CONTRACTOR analysis, CONTRACTOR determine circumstances exist that prevent CONTRACTOR from advising COMPANY under these standards.

### DELIVERABLES:

Deliverables will be in the format requested by COMPANY depending on the specific tax services that are requested (i.e., oral, e-mail, memorandum, letter, Excel spreadsheet, etc.).

Contract Coordinator: Molly Oltmanns                Phone Number: (214) 812-1132

### WORK SITE

The Work Site will be the following location(s): CONTRACTOR &/or COMPANY offices located in Dallas, TX.

## COMPENSATION, INVOICES, AND PAYMENT

As full compensation for the satisfactory performance by CONTRACTOR of the Work authorized pursuant to this Schedule A-24B, COMPANY will compensate CONTRACTOR as follows.

The fees for this study will be based on the actual time incurred to complete the work at an agreed to CONTRACTOR discounted hourly rate for the individuals involved in providing the services as summarized in the table below, not to exceed $500,000. Any extension or increase in spend will require amendment to the Schedule A-24B and additional approval. This estimate assumes there will be no travel to the participant's site(s).

These fees are not dependent on tax or other savings achieved or otherwise based in any way on results obtained.

We will endeavor to notify you if we encounter any circumstances that warrant additional time or expense. If such matters exceed the scope of this Schedule A-24B, we will issue an addendum or separate Schedule A to confirm the scope and related terms of any additional engagements.

### Discounted Professional and Support Staff Fee Schedule

| Partner/Principal | $720/hr |
|---|---|
| Tax Managing Director | $680/hr |
| Senior Manager | $660/hr |
| Manager | $560/hr |
| Senior Associate | $420/hr |
| Associate | $260/hr |

The rates specified in this Schedule A-24B will remain in effect, with respect to and until completion of the Work authorized pursuant to this Schedule A-24B. The rates are considered as "not to exceed" the maximum fees to be charged for services.

CONTRACTOR acknowledges that the Bankruptcy Court must approve its fees in order to be compensated. In that regard, CONTRACTOR intends to file applications with the Court for allowance of compensation and reimbursement of expenses in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, and any order of the Bankruptcy Court establishing procedures for monthly compensation and reimbursement of expenses for professionals. COMPANY acknowledges that professional time required to prepare detailed applications in accordance with the Bankruptcy Code, applicable rules and guidelines differs from CONTRACTOR's normal billing procedures and, as a result, requires significant effort by CONTRACTOR to comply therewith. As a result, the Company agrees that, subject to Bankruptcy Court approval, CONTRACTOR shall be reimbursed for such professional time incurred.

All invoices shall be sent to:
    Ms. Molly Oltmanns Manager – Tax
    Energy Future Holdings Corp.
    1601 Bryan St, 3rd floor
    Dallas, TX 75201

## KEY PERSONNEL

CONTRACTOR agrees that the individuals listed below will be assigned to perform the Work authorized by this Schedule A-24B. CONTRACTOR will employ all reasonable efforts to ensure that such

individuals remain so assigned until such Work is accepted by COMPANY; provided, however, that in the event that any such individuals are reassigned by CONTRACTOR or otherwise become unavailable to perform such Work, CONTRACTOR will provide, by way of replacement, individuals with reasonably equivalent experience and expertise.

    **John Carpenter:** Partner, Mergers & Acquisitions
    **John Geracimos:** Managing Director, Washington National Tax
    **Brittny Laukhuff:** Manager, Mergers & Acquisitions
    **Lani Payne:** Senior Associate, Mergers & Acquisitions

CONTRACTOR PERSONNEL AUTHORIZED TO ATTEND MEETINGS WITH COMPANY PERSONNEL PERTAINING TO THE WORK

    **John Carpenter:** Partner, Mergers & Acquisitions
    **John Geracimos:** Managing Director, Washington National Tax
    **Brittny Laukhuff:** Manager, Mergers & Acquisitions
    **Lani Payne:** Senior Associate, Mergers & Acquisitions

PRIVILEGES CLAIMED BY COMPANY, WITH RESPECT TO DELIVERABLES OR OTHER DOCUMENTS HEREAFTER DESIGNATED BY COMPANY

  _X_   ATTORNEY-CLIENT COMMUNICATION

  _X_   ATTORNEY WORK PRODUCT

  _X_   TAX ADVISOR

  _____   OTHER

Any work performed in connection with this engagement before the execution date of this Schedule A-24B is also governed by the terms of this Schedule A-24B.

Work not specified above may be authorized only through a separate Schedule A, or through an amendment or supplement to Schedule A-24B.

| KPMG LLP | EFH CORPORATE SERVICES COMPANY |
|---|---|
| [signature] | [signature] |
| Name: John Carpenter | Name: Molly Oltmanns |
| Title: Partner | Title: Manager |
| Date: February 11, 2016 | Date: March 1, 2016 |

DRAFT – SUBJECT TO DISCUSSION AND ENGAGEMENT ACCEPTANCE PROCEDURES

## SCHEDULE A-30

Following the Parties' execution of this Schedule A-30 ("SOW"), CONTRACTOR (also referred as "KPMG LLP" or "KPMG") is authorized to perform the services ("Services") as defined below on behalf of COMPANY (also referred as "EFH Corporate Services Company") pursuant to the terms and conditions contained in the Master Services Agreement which is also referred to as the Master Consulting Agreement, C0631124C dated November 1, 2009 and Amendment Number 13A to the Master Consulting Agreement dated December 16, 2013 (collectively referred to as the "Agreement").

This SOW shall be effective as of February 22, 2016 (the "Effective Date") and shall remain in full force and effect until it is either (a) superseded by a change order ("CO") or Schedule A-X, or (b) until terminated in accordance with the Agreement or this SOW, or (c) January 31, 2017, whichever occurs first (the "Expiration Date"). Notwithstanding anything to the contrary in the Agreement, COMPANY, in its sole discretion may terminate this SOW for convenience upon the delivery of a written 15 day notice ("Notice") to CONTRACTOR. In the event COMPANY elects to terminate for convenience, the SOW shall end by operation of law at the close of business on the 15th day after receipt of notice by CONTRACTOR.

## SCOPE OF WORK AND DELIVERABLES

The Services will be performed in accordance with the specifications and instructions incorporated herein and if any, specifications and instructions identified in the attachments hereto.

## SCOPE OF WORK AND APPROACH

CONTRACTOR will assist COMPANY personnel in supporting key implementation activities related to COMPANY's ongoing IT compliance improvement efforts. CONTRACTOR will assist COMPANY's newly formed IT Regulatory Compliance (ITRC) department with respect to the TXU Energy (TXUE), Luminant, and EFH Corporate Services control environments:

- **Ongoing IT General Controls Support:**
    - Support ITRC personnel in preparation for periodic discussions with IT control owners related to IT compliance requirements and impacts in various remediation initiatives
    - Answer ITRC team questions regarding potential responses to audit findings and observations, as necessary
    - Support ITRC personnel with responses to prioritized audit findings or observations, as requested

- **IT process efficiency and control automation efforts:**
    - Continue deployment and control respondent education of interim automated User Access Review (UAR) tool developed in Microsoft SharePoint
    - Participate in discussions with application owners related to automation activities which require system development and / or coding
    - Perform analysis of existing internal controls to identify incremental robotic process automation opportunities and provide management recommendations

- **ITRC Department Governance:**
    - Share historical reference points and insights related to management control performance and assessment activities, as requested
    - Discuss options for addressing compliance related challenges
    - Assist management with defining roles and responsibilities within the ITRC Department

1

DRAFT – SUBJECT TO DISCUSSION AND ENGAGEMENT ACCEPTANCE PROCEDURES

- Assist management with integrating ITRC function into overall corporate compliance program and initiatives
- Standardize IT Compliance onboarding reference material for new ITRC personnel

- **Maximo Access Review Program**
  - Support ITRC's participation in the analysis of the current state Maximo User Access Review process to identify opportunities to reduce the complexity and level of effort required

COMPANY may request changes that affect the scope or duration of the Services and CONTRACTOR may notify COMPANY that it has encountered issues or circumstances related to the Services that are beyond the scope documented above. If COMPANY requests such a change or if CONTRACTOR notifies COMPANY of issues or circumstances beyond the applicable scope of Services, the CONTRACTOR shall promptly notify COMPANY if CONTRACTOR believes that an adjustment in the scope of Services, fees to be paid to CONTRACTOR with respect to the applicable CO or applicable deadlines is required and the parties shall negotiate in good faith a reasonable and equitable adjustment in the applicable scope, fees, or deadlines. Unless COMPANY directs CONTRACTOR to stop work pending acceptance of such change, CONTRACTOR shall continue work pursuant to the existing CO and shall not be bound by any change requested by COMPANY until CONTRACTOR has accepted such change in writing.

It is understood and agreed that CONTRACTOR's Services may include advice and recommendations; but all decisions in connection with the implementation of such advice and recommendations shall be the responsibility of, and made by, COMPANY. CONTRACTOR will not perform management functions or make management decisions for COMPANY.

## DELIVERABLES

The intended deliverables associated with this project include:

- **Ongoing SOX IT General Controls Support:**
  - Documentation review comments, as requested

- **IT Process Efficiency and Control Automation Efforts:**
  - Incremental deployment interim automated UAR tool
  - Recommendations related to other control improvement opportunities noted

- **IT Regulatory Compliance (ITRC) department governance:**
  - Status meeting updates for ITRC and IT leadership, as requested
  - ITRC onboarding package

- **Maximo Access Review Project**
  - Comments and recommendations related to ITRC questions

Deliverables will neither be prepared on KPMG letterhead nor contain the KPMG logo or other references to KPMG. These deliverables, however, may be prepared on COMPANY letterhead or contain the COMPANY logo if instructed to do so by the Project Sponsor.

Each deliverable will be provided to the Project Sponsor and other members of senior management, as applicable, for their review. Management will take full responsibility for each deliverable and is solely responsible for classifying any control matters of concern as deficiencies, significant deficiencies or

2

DRAFT – SUBJECT TO DISCUSSION AND ENGAGEMENT ACCEPTANCE PROCEDURES

material weaknesses, if applicable. Each deliverable is considered an internal COMPANY report or deliverable that may be distributed as management determines to be appropriate for its needs.

CONTRACTOR may attach a transmittal communication to each deliverable, or provide a periodic transmittal communications referring to the deliverables that have been provided previously. Neither this CONTRACTOR transmittal communication, nor a copy thereof, should accompany any reports or deliverables shared outside COMPANY. Should COMPANY attach its own transmittal letter when reports or deliverables are shared externally, such transmittal letter may not indicate that the report or deliverable was prepared by CONTRACTOR or that the findings were based on input or test work provided by CONTRACTOR. Further, CONTRACTOR's role in supporting COMPANY's internal compliance function or other projects may not be publicly disclosed (other than to COMPANY's external auditor) without CONTRACTOR's written consent.

## CLIENT PARTICIPATION AND RESPONSIBILITIES

During the development of this Agreement, we have been guided by certain assumptions about the project scope, and level of COMPANY's involvement and support.

COMPANY's management is responsible for establishing and maintaining an effective internal control process. Our assistance is intended to help management in fulfilling these responsibilities.

COMPANY will designate a project sponsor ("Project Sponsor" - a senior member of management who has the requisite skills and competencies to oversee the services being provided). The Project Sponsor is responsible for establishing the objectives & scope, and determining the nature, timing, and extent of procedures; for approving the service delivery plan; and for maintaining appropriate day-to-day oversight of the CONTRACTOR team. In addition, the Project Sponsor will have responsibility for reviewing, approving, and taking full responsibility for engagement deliverables prepared during the engagement that document the results; for coordinating with management to determine whether control matters of concern noted constitute deficiencies, significant deficiencies or material weaknesses; for reporting the results within COMPANY's reporting structure, including the Audit Committee; for evaluating the observations and recommendations that arise from the services; and for monitoring corrective action taken.

COMPANY is responsible for the requirements of the functionality along with the data and assumptions specific to requested automation tool(s).

On completion of testing of requested automation tool(s), COMPANY shall have a period of 30 days following the tool(s) being made available to COMPANY (Approval Period) to confirm that the tool(s) meet the requirements stated above. COMPAY shall either provide its written acceptance of the tool(s) to CONTRACTOR during the Approval Period or written notice to CONTRACTOR specifying in reasonable detail any nonconformity. Any nonconformity reported by COMPANY during the Approval Period will be fixed by CONTRACTOR, and COMPANY will have an additional 30 day Approval Period for acceptance. If COMPANY does not report any nonconformity during an Approval Period, the tool(s) as made available will be deemed to be accepted by COMPANY. Upon acceptance of the tool(s), CONTRACTOR shall have no further liability or obligation relating to your use of the tool(s).

Notwithstanding the foregoing, CONTRACTOR shall not be obligated to fulfill any particular obligation to provide Services to the extent (and only to the extent) that CONTRACTOR is unable to fulfill such obligation, as a direct result of any of the following dependencies not being completed in all material respects:
- Appropriate access to the number and type of resources agreed upon by the parties and/or relevant documentation

DRAFT – SUBJECT TO DISCUSSION AND ENGAGEMENT ACCEPTANCE PROCEDURES

- Material changes in the identified deficiencies and internal controls which require unanticipated incremental remediation
- Timely management review and approval of recommendations
- Appropriate access to relevant application data associated with security structure(s)

## OTHER MATTERS

KPMG will provide Services in accordance with the terms and conditions of this SOW. The Services as outlined in this SOW constitute an Advisory Engagement conducted under the American Institute of Certified Public Accountants ("AICPA") Standards for Consulting Services. Such Services are not intended to be an audit, examination, attestation, special report or agreed-upon procedures engagement as those services are defined in AICPA literature applicable to such engagements conducted by independent auditors. Accordingly, these services will not result in the issuance of a written communication to third parties by KPMG directly reporting on financial data or internal control or expressing a conclusion or any other form of assurance.

Contractor uses third party service providers within and without the United States to provide at Contractor's direction, administrative and clerical services to Contractor. Accordingly, COMPANY consents to Contractor's disclosure to such third party service providers of data and information received from or at the request or direction of Client for the foregoing purposes; however, such COMPANY authorization does not relieve CONTRACTOR of its confidentiality obligations hereunder and CONTRACTOR shall remain responsible and liable for breaches of confidentiality committed by any such third party provider.

Regarding development and implementation of end user computing automation, CONTRACTOR provides automation tool(s) to Client for its internal use only. COMPANY is solely responsible for the completeness and accuracy of input and resulting calculations and for the use of those calculations in any form or format and any judgments and business decisions based on its use of tool(s). CONTRACTOR has no obligation to update the tool(s), regardless of any changes to relevant facts or tax or accounting laws, rules or regulations in the future. COMPANY is responsible for obtaining the right to use any third party products necessary to use the tool(s). Any change in the tool(s) made by COMPANY or on its behalf shall relieve CONTRACTOR of any liability or responsibility under any circumstance relating to COMPANY's use of the modified tool(s).

**Sarbanes-Oxley Act of 2002**

The following paragraph supersedes Article 43(a) of the Agreement:

In accepting this engagement, the COMPANY acknowledges that completion of this engagement or acceptance of deliverables resulting from this engagement will not constitute the sole basis for its assessment or evaluation of internal control over financial reporting or the primary basis for its compliance with its principal officer certification requirements under Section 302 of the Sarbanes-Oxley Act of 2002 (the Act). This engagement shall not be construed to be the sole basis to support the COMPANY'S responsibilities under Section 404 of the Act requiring each annual report filed under Section 13(a) or 15(d) of the Securities Exchange Act of 1934 to contain an internal control report from management. It is the responsibility of COMPANY management to establish and maintain an adequate internal control structure and procedures for financial reporting and to assess, as of the end of the most recent fiscal year of the COMPANY, the effectiveness of the internal control structure and procedures of the COMPANY for financial reporting.

DRAFT – SUBJECT TO DISCUSSION AND ENGAGEMENT ACCEPTANCE PROCEDURES

## WORK SITE

The work site will be the following location(s): CONTRACTOR &/or COMPANY offices located in or near Dallas, TX.

## COMPENSATION, INVOICES AND PAYMENT

As full compensation for the satisfactory performance by CONTRACTOR of the Work authorized pursuant to this Schedule A-23, COMPANY will compensate CONTRACTOR as follows.

## PROFESSIONAL AND SUPPORT STAFF FEES SCHEDULE

| Role | Rate |
| --- | --- |
| Partner / Managing Director | $325/hr |
| Director / Senior Manager | $290/hr |
| Manager | $250/hr |
| Senior Associate | $190/hr |
| Associate | $125/hr |

The estimated effort for this project is 1,000-1,400 hours with related professional fees of $210,000-$275,000 and this project is not authorized to exceed $275,000. CONTRACTOR will bill only for hours spent performing substantive Services for COMPANY; substantive Services do not include any administrative expenses of whatsoever kind. Any extension or increase in spend will require a CO signed by an authorized agent of each party. If travel is required, normal and reasonable travel expenses will be reimbursed in accordance with Article 5 and Attachment 5 of the Agreement (Reimbursable Expense Policy). These expenses will not exceed 5% of total fees incurred during the engagement period; additional expenses require a CO signed by an authorized agent of each party.

The rates specified in this Schedule A-30 will remain in effect, with respect to and until completion of the Work authorized pursuant to this Schedule A-30.

All invoices shall be submitted to the United States Bankruptcy Court for the District of Delaware and electronically to:

EFHITAP@EnergyFutureHoldings.com

With an electronic copy to:

Danielle.Taggart@energyfutureholdings.com

The COMPANY mailing address is as follows:

 EFH Corporate Services Company
 1601 Bryan St
 Dallas, TX  75201

## KEY PERSONNEL

Personnel furnished by CONTRACTOR to COMPANY for performing Services under this Schedule A-23 will have adequate qualifications to perform the Services described herein. In the event any of CONTRACTOR's personnel gives reasonable indications that they are not able to perform in accordance with this Schedule A-23, COMPANY shall notify CONTRACTOR of such fact, and such CONTRACTOR

**DRAFT – SUBJECT TO DISCUSSION AND ENGAGEMENT ACCEPTANCE PROCEDURES**

personnel shall be removed immediately or in accordance with the directions of COMPANY. CONTRACTOR agrees to use its best efforts to ensure the continuity of the assignment of CONTRACTOR's employees assigned under this Schedule A-23 and CONTRACTOR will promptly provide substitute(s) for any of its employees who may be removed or reassigned.

The following personnel furnished by CONTRACTOR have been identified as critical to the success of the completion of this Schedule A-23. Additional personnel, including project management team members, will be identified in specific CO, as needed:

    **David Cargile:** Managing Director
    **Nick Seeman:** Director

CONTRACTOR will not replace personnel identified as a Key Personnel unless COMPANY so agrees, which agreement shall not be unreasonably withheld, except in the event the applicable Key Personnel resigns, is disabled or his/her employment is terminated by CONTRACTOR. If a Key Personnel is to be replaced whether at CONTRACTOR or COMPANY's request, CONTRACTOR will strive to achieve a smooth transition. CONTRACTOR will not charge COMPANY any additional fees or charges for the replacement such Key Personnel or for training hours required to bring the replacement Key Personnel up to date on the status of Services. The replacement Key Personnel provided by CONTRACTOR will become a Key Personnel as defined herein and shall have substantially similar skills and experience as the Key Personnel being replaced.

CONTRACTOR PERSONNEL AUTHORIZED TO ATTEND COMPANY MEETINGS AND RECEIVE CONFIDENTIAL INFORMATION RELATING TO THE SERVICES:

    None noted

PRIVILEGES CLAIMED BY COMPANY, WITH RESPECT TO DELIVERABLES OR OTHER DOCUMENTS HEREAFTER DESIGNATED BY COMPANY

    _____ ATTORNEY-CLIENT COMMUNICATION

    _____ ATTORNEY WORK PRODUCT

    _____ TAX ADVISOR

    __X__ OTHER: _____ COMPANY-owned intellectual property and or COMPANY-owned trade secrets, business know-how or the like.

## LIST OF ATTACHMENTS

COMPANY and CONTRACTOR agree that the following described attachments, if any, are incorporated herein in their entirety as fully as completely rewritten herein.

    None noted

Services not specified above may be authorized only through a separate Schedule A-X, or through a CO signed by a duly authorized agent of each party.

DRAFT – SUBJECT TO DISCUSSION AND ENGAGEMENT ACCEPTANCE PROCEDURES

## RESERVATION OF RIGHTS

Notwithstanding anything herein to the contrary, COMPANY will compensate CONTRACTOR for the Work (a) only after CONTRACTOR's engagement by COMPANY has been approved by the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") pursuant to section 327(a) of the Bankruptcy Code and (b) in accordance with any order entered by the Bankruptcy Court governing the compensation or reimbursement of fees of parties employed pursuant to section 327(a) of the Bankruptcy Code.

| KPMG LLP | EFH CORPORATE SERVICES COMPANY |
|---|---|
| By: _____ Signature | By: _____ Signature |
| Name: David Cargile | Name: Kevin Chase |
| Title: Managing Director | Title: SVP, CIO |
| Date: February 29, 2016 | Date: February 29, 2016 |