# SIGN-IN SHEET

**CASE NAME:** Energy Future
**CASE NO:** 14-10979, Adv. 15-51239

**COURTROOM LOCATION:** 6
**DATE:** 3/4/2016 at 10:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Simon Fraser | Cozen | J. Aron |
| Tom Moloney | | |
| Humayun Khalid | Cleary | |
| Elisha Benoit | | |
| Mark Ellenberg | Cadwalader | Morgan Stanley |
| Howard Hawkins | Cadwalader | Morgan Stanley |
| Brad Aronstan | Ross Aronstein Moritz | Tiffan In-on Lyf Holdings |
| Sal Romanello | Weil Gotshal & Manges | |
| Ronit Berkovich | " | " |
| Peter Friedman | O'Melveny + Myers | Wilmington Trust as Admin Agent |
| Joseph H. Huston, Jr. | Stevens & Lee | " |
| Mark Kotwick | Seward Kissel LLP | Wilmington Trust as Collateral Agent |
| Thomas Hopper | " | " |
| Michael Kim | Kobre & Kim LLP | Delaware Trust Company |
| David Primack | McElroy Deutsch Mulvaney Carpenter | TCEH Debtors |
| Benjamin Baxter | Kobre + Kim LLP | Delaware Trust Co. |
| Tina Moss | Perkins Coie | " |
| Jeremy Hollembeak | Kobre + Kim LLP | " |
| Gianclaudio Finzi | Bayard | " |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

Ashley R. Altschuler     DLA Piper LLP     Morgan Stanley Capital Group Inc.
Roy Lamish                 Kleer Harrison     MB Bank, NA, Indenture Trustee

# Court Conference

**Calendar Date:** 03/04/2016
**Calendar Time:** 10:00 AM ET

## U.S. Bankruptcy Court-Delaware
### Confirmed Telephonic Appearance Schedule
### Honorable Christopher S. Sontchi
### #6

2nd Revision 03/04/2016 05:11 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7474747 | Peg A. Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Dow Jones & Co / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7472749 | Emily A Bussigel | (213) 683-9212 ext. 2428 | Munger, Tolles & Olson LLP | Debtor, TCEH / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7472673 | Mark A. Cody | (312) 269-4392 | Jones Day | Creditor, Oncor Electric Delivery Holdings Company, LLC / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7468717 | Kent Collier | (212) 588-8890 | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7472830 | Michael Custer | (302) 777-6516 | Pepper Hamilton LLP | Creditor, Oncor Electric Delivery Holdings Company / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7471979 | Catherine Eisenhut | (941) 306-7283 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7472992 | Mark A. Fink | (302) 504-7811 | Montgomery, McCracken, Walker & Rhoads, LLP | Representing, EFH Committee / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7475214 | Ben Hancock | (302) 636-8500 | Delaware Trust Company | Interested Party, Delaware Trust / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7473622 | Mark F. Hebbeln | (312) 832-4394 | Foley & Lardner, LLP | Creditor, UMB Bank N.A. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7473624 | Harold Kaplan | (312) 832-4393 | Foley & Lardner LLP | Creditor, UMB Bank N.A. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7475902 | Stuart Kovensky | (201) 541-2121 | Onex Credit Partners | Creditor, Onex Credit Partners / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7471915 | Jason M. Madron | (302) 651-7793 | Richards, Layton & Finger, P.A. | Debtor, Energy Future Holding Corp. / LIVE |

| Energy Future Holdings Corp. | 14-10979 | Hearing | 7454047 | Matthew I. Rappoport | (212) 225-2296 | Cleary Gottlieb Steen & Hamilton | Interested Party, Matthew Rappoport / LISTEN ONLY |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7471854 | Elizabeth Rasskazova | +44-207-901-8300 | Polygon Global Partners | Interested Party, Polygon Global Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (15-5123 9) | Hearing | 7472566 | Steven R. Schwartz | (212) 848-7237 | Shearman & Sterling LLP | Creditor, DB / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (15-5123 9) | Hearing | 7475352 | Daniel J. Harris | (212) 336-4292 | Morrison & Foerster LLP | Creditor, Committee of Unsecured Creditors / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (15-5123 9) | Hearing | 7475598 | Jessica Liou | (212) 310-8192 | Weil, Gotshal & Manges LLP | Defendant(s), Titan Investments Holdings LP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (15-5123 9) | Hearing | 7469849 | Michele C. Maman-Cohen | (212) 504-6975 | Cadwalader, Wickersham & Taft LLP | Interested Party, Morgan Stanley / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (15-5123 9) | Hearing | 7473660 | Rachael Ringer | (212) 715-9106 | Kramer Levin Naftalis & Frankel LLP | Creditor, 2nd Lein Holders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (15-5123 9) | Hearing | 7473254 | Daniel S. Shamah | (212) 326-2138 | O'Melveny & Myers, LLP | Defendant(s), Wilmington Trust / LIVE |
| Energy Future Holdings Corp. | 14-10979 (15-5123 9) | Hearing | 7473823 | Amer Tiwana | (203) 569-4318 | CRT Capital Group, LLC | Interested Party, CRT Capital Group, LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (15-5123 9) | Hearing | 7472634 | Tamara Van Heel | (305) 995-5232 | White and Case | Creditor, Ad Hoc Group of TCEH Unsecured Noteholders / LISTEN ONLY |

Daniel Harris
Mark Sink
Michael Buster