# Exhibit A

| | |
|---|---|
| **Sale Assets:** | 18.043 acres in Dallas County. |
| **Debtor/Seller:** | Luminant Generation Company LLC ("Luminant"). |
| **Purchaser:** | The City of Coppell, Texas ("Purchaser"). |
| **Marketing/Sales Process:** | This is a continuation of a series of purchases and sales at the former North Lake Steam Electric Station site between the same few parties (Luminant, Oncor Electric Delivery Company LLC ("Oncor"), the Billingsleys, and the City of Coppell).[3] In fact, this 18 acre tract was previously covered by an expansion easement, which Oncor has agreed to release under a separate purchase and sale agreement covering adjacent property. |
| | Luminant seeks to dispose of its remaining North Lake property, as operations are no longer being conducted at the site. This parcel and two adjacent parcels, which are currently under contract to Oncor, are all that remain. Although Oncor is purchasing the adjacent tracts, it is not interested in purchasing this parcel. The two interested parties are the Billingsleys and the City of Coppell. While those parties might ultimately work out a swap agreement, it is not in Luminant's best interest, nor will it result in any additional profit for Luminant, for Luminant to insert itself in such a swap. |
| **Price/Terms:** | $2.45 per square foot, total sale price $1,925,500.00; to be paid at closing. |
| | Luminant has previously sold other tracts of North Lake property for $1.92 per square foot, since 2008. In this case, a reasonable annual appreciation rate was included to establish the current sale price, which represents a 28% increase in sales price compared to similar North Lake tracts previously sold by Luminant. |
| **Book Value:** | $349,200.00 |
| **Other Significant Terms:** | The timing of closing is contingent upon the prior-approved sale of land to Oncor. Oncor has sought zoning change |

---

[3] *See Notice of Sale* [D.I. 1575].

RLF1 14081455v.1

approval and the City of Coppell has asked that the land at issue here be re-zoned for retail use; again, this transaction will not close until both zoning changes are approved.

**Known Encumbrances:**

| Liens[4] | Identity of Lienholder |
|---|---|
| DIP Liens | Citibank, N.A.<br>1615 Brett Road, Building III<br>New Castle, DE 19720<br>Attn: Bank Loan Syndications Department<br>Copy to Owen Coyle (same address as above) |
| Prepetition First Priority Liens | Delaware Trust Company of Delaware<br>2711 Centerville Road, Suite 400<br>Wilmington, DE 19808<br>Attn: Joseph McFadden<br><br>Wilmington Trust, N.A.<br>50 South Sixth Street, Suite 1290<br>Minneapolis, MN 55402<br>Attn: Jeffrey T. Rose, Esq. |
| Prepetition Second Priority Liens | Wilmington Savings Fund Society, FSB<br>Global Bankruptcy Restructuring Services<br>500 Delaware Avenue<br>Wilmington, DE 19801<br>Attn: Patrick Healy<br><br>Bank of New York Mellon Trust Company, N.A.<br>Corporate Trust Division<br>601 Travis Street – 16th Floor<br>Houston, TX 77002<br>Attn: TCEH Senior Secured Second Lien Notes Trustee |
| Property Tax Lien –<br>Dallas County, TX | Dallas County Tax Assessor/Collector<br>Property Tax<br>500 Elm Street<br>Dallas, TX 75202 |
| Direct Sales Tax Lien –<br>State of Texas | State of Texas, Comptroller's Office<br>Texas Comptroller of Public Accounts<br>P.O. Box 13528, Capital Station<br>Austin, TX 78711 |

---

[4] The terms "DIP Liens," "Prepetition First Priority Liens," and "Prepetition Second Priority Liens" are defined in the *Motion of Texas Competitive Electric Holdings Company LLC and Certain of its Debtor Affiliates, For Entry of Interim and Final Orders (A) Approving Postpetition Financing, (B) Granting Liens and Providing Superpriority Administrative Claims, (C) Modifying the Automatic Stay, and (D) Scheduling a Final Hearing* [D.I. 73] (the "TCEH DIP Motion").

**Known Affected/Interested Governmental/Regulatory Entities:**

| Nature of Interest | Entity |
|---|---|
| Oncor – adjacent landowner, easement holder | Oncor<br>Attn: Kallie Malgrem<br>115 Wet 7th Street, Suite 411<br>PO Box 970<br>Fort Worth, Texas 76101-0970 |
| CW PSF, LLC – adjacent landowner | CW PSF, LLC<br>c/o Trammell Crow Company No. 43<br>1722 Routh Street, Suite 1313<br>Dallas, TX 75201 |