# Exhibit G

**Summary of Total Fees Incurred and Hours Expended During the Fifth Interim Fee Period**

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Application at First Interim Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | |
| Iskender Catto | Partner | Energy Advisory Department | 2000 | $47,775.00 | 54.60 | N/A | $875.00 | $850.00 | $46,410.00 |
| Melvin Huang | Associate | Energy Advisory Department | 2010 | $696.00 | 1.20 | N/A | $580.00 | $515.00 | $618.00 |
| Ryan A. Wagner | Associate | Restructuring & Insolvency Department | 2012 | $34,336.00 | 60.10 | N/A | $580.00 | $515.00 | $30,951.50 |
| Adolpho Gomes | Chief Economist, Transfer Pricing | Transfer Pricing Department | N/A | $1,562.50 | 2.50 | N/A | $625 | N/A | N/A |
| Haiyan Zhang | Financial Analyst, Transfer Pricing | Transfer Pricing Department | N/A | $-0- | -0- | N/A | $315 | N/A | N/A |

| Paraprofessional Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Application at First Interim Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | |
| Andrea Duncliffe | Paralegal Manager | Corporate Advisory Department | N/A | $1,260.00 | 4.50 | N/A | $ 280.00 | $315.00 | $1,417.50 |
| TOTALS: | | | | $85,629.50 | 122.00 | | | | |