## Exhibit H

**Summary of Actual and Necessary Expenses for the Fifth Interim Fee Period**

## Summary of Actual and Necessary Expenses for the Fifth Interim Fee Period

| Expense | Vendor (if any) | Unit Cost (if applicable) | Amount |
|---|---|---|---|
| Airfare | United Airlines | | $1,813.40 |
| Lodging | Dallas Marriott Hotel | | $2,594.51 |
| Travel Meals | Various | | $59.25 |
| Transportation | Car Rental | | $586.25 |
| Parking | Various | | $427.15 |
| Miscellaneous | Gas | | $14.53 |
| **Totals** | | | **$5,495.09** |