## Exhibit I

**Summary of Fees by Matter for the Fifth Interim Fee Period**

## Summary of Fees by Matter for the Fifth Interim Fee Period

| Project Category Description | Hours | Compensation |
|---|---:|---:|
| EFH Asset Disposition (B130) | 2.50 | $1,562.50 |
| Fee/Employment Applications (B160) | 23.60 | $12,338.00 |
| Energy Trading (B270) | 94.80 | $71,091.00 |
| Hearings (B340) | 1.10 | $638.00 |
| TOTAL | 122.00 | $85,629.50 |