# Exhibit J

# Budget and Staffing Plan for the Fifth Interim Fee Period

## Exhibit J-1

## Budget for the Fifth Interim Fee Period:

| Task Code Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted |
|---|---|---|---:|
| B130 | EFH Asset Disposition | 140 | $67,200.00 |
| B160 | Fee/Employment Applications | 35 | $22,500.00 |
| B270 | Energy Trading | 400 | $389,000.00 |
| B320 | Plan and Disclosure Statement | 15 | $11,000.00 |
| B340 | Hearings | 10 | $7,000.00 |
|  | **TOTAL** | **600** | **$496,700.00** |

## Exhibit J-2

## Staffing Plan for the Fifth Interim Fee Period:

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter Categories During the Budget Period | Average Hourly Rate[1] |
|---|---|---|
| Partners | 3 | $874.00 |
| Associates | 3 | $570.00 |
| Paralegals | 1 | $280.00 |
| Chief Economist, Transfer Pricing | 1 | $560.00 |
| Financial Analyst, Transfer Pricing | 1 | $280.00 |
| **Total Attorney** | 6 | **$722.00** |
| **Total Non-Attorney** | 3 | **$373.00** |
| **Total** | 9 | **$548.00** |

---

[1] The Average Hourly Rate is a weighted average based on the individual hourly rate of, and projected number of hours worked by, each timekeeper over the course of the chapter 11 cases.