**Exhibit K**

**Summary of Legal Services Rendered During the Fifth Interim Fee Period**

## Summary of Legal Services Rendered During the Fifth Interim Fee Period

| Task Code Number | Project Category Description | Hours | | Total Compensation | |
|---|---|---|---|---|---|
| | | Budgeted | Billed | Budgeted | Billed |
| B130 | EFH Asset Disposition | 140 | 2.50 | $67,200.00 | $1,562.00 |
| B160 | Fee/Employment Applications | 35 | 23.60 | $22,500.00 | $12,338.00 |
| B270 | Energy Trading | 400 | 94.80 | $389,000.00 | $71,091.00 |
| B320 | Plan and Disclosure Statement | 15 | 0 | $11,000.00 | $0.00 |
| B340 | Hearings | 10 | 1.10 | $7,000.00 | $638.00 |
| | **TOTAL** | **600** | **122.00** | **$496,700.00** | **$85,629.50** |