**<u>Exhibit L</u>**

**Detailed Description of Services Provided**

# McDermott
# Will & Emery

340 Madison Avenue
New York, NY 10173-1922
+1 212 547 5400

10/28/2015

Invoice: 2831311
Client: 093681

Luminant Energy Company
1601 Bryant Street
Dallas, TX 75201

For Services Rendered in Connection with:

Matter: 0012          Energy Future Holdings Chapter 11

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| B130 Asset Disposition | | | | | |
| A. Gomes | 09/01/15 | TP Comparables: compute wt avg Cost of Debt for additional comps (2.0). | 2.00 | 625.00 | 1,250.00 |
| A. Gomes | 09/02/15 | TP Comparables: review, revise Comp Cost of Debt (0.5). | 0.50 | 625.00 | 312.50 |
| | | | 2.50 | | 1,562.50 |
| B160 Fee/Employment Applications | | | | | |
| A. Duncliffe | 09/16/15 | Revised exhibits for August Fee Statement. | 0.40 | 280.00 | 112.00 |
| | | | 0.40 | | 112.00 |
| B270 Energy Trading | | | | | |
| R. Wagner | 09/01/15 | Negotiations with counterparty concerning potential liquidation of claim and liquidation agreement (.6); Review and revise draft liquidation agreement (.7); Emails with counsel to contract counterparty regarding resolution of outstanding claims (.4); Review counsel comments to draft agreement (.2); Discuss same with A. Catto (.2). | 2.10 | 580.00 | 1,218.00 |

# McDermott
# Will & Emery

Luminant Energy Company

Client:          093681
Invoice:        2831311
Invoice Date:   10/28/2015

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| I. Catto | 09/01/15 | Review and revise draft agreement (1.9); review and revise draft stipulation (1.1); correspondence with counterparty counsel re stipulation (.3). | 3.30 | 875.00 | 2,887.50 |
| I. Catto | 09/02/15 | Review fuels claims (1.9); attend to coal plant negotiation project (.4). | 2.30 | 875.00 | 2,012.50 |
| I. Catto | 09/03/15 | Correspondence with counterparty re coal plant project (.7); review and revise draft agreement (1.9). | 2.60 | 875.00 | 2,275.00 |
| I. Catto | 09/08/15 | Attend weekly contracts team meeting (1.0); telephone conference with K&E re termination values (.4). | 1.40 | 875.00 | 1,225.00 |
| I. Catto | 09/09/15 | Review revise draft fuel transport amendment. | 0.90 | 875.00 | 787.50 |
| I. Catto | 09/16/15 | Review and revise draft amendment. | 0.80 | 875.00 | 700.00 |
| I. Catto | 09/21/15 | Review and revise draft agreement (2.1); review draft stipulations (1.2); review fuel claims (.4) | 3.70 | 875.00 | 3,237.50 |
| R. Wagner | 09/21/15 | Review liquidation agreement (.5); Attend to discussions with counterparty regarding same (.2); Discuss same with A. Catto (.3). | 1.00 | 580.00 | 580.00 |
| R. Wagner | 09/22/15 | Review underlying contracts and related agreements between client and counterparties (1.5); Attend to liquidation agreements in connection with same (1.1); Review counterparties' comments to draft liquidation agreements (.7). | 3.30 | 580.00 | 1,914.00 |
| I. Catto | 09/22/15 | Telephone conferences with counterparty counsel re draft stipulation (.8); review fuel claims and calculations (3.1). | 3.90 | 875.00 | 3,412.50 |

# McDermott
# Will & Emery

Luminant Energy Company

Client:      093681
Invoice:    2831311
Invoice Date:    10/28/2015

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| R. Wagner | 09/23/15 | Review executed liquidation agreement (.3); Draft liquidation notice in connection with same (.8); Discuss same with A. Catto and coordinate service with Epiq (.5); Review contract with counterparty and supporting documents in preparation for negotiations (1.4); Discuss same with A. Catto (.2). | 3.20 | 580.00 | 1,856.00 |
| I. Catto | 09/23/15 | Review and revise draft liquidation agreement (.9); review fuel claims and calculations (.7); prepare for negotiation re fuel claim (1.4). | 3.00 | 875.00 | 2,625.00 |
| I. Catto | 09/24/15 | Telephone conference with counterparty counsel re draft stipulation (.6); telephone conference with K&E re draft stipulation (.2); conference with A. Alaman re stipulation (.4); review draft amendment (.4). | 1.60 | 875.00 | 1,400.00 |
| I. Catto | 09/28/15 | Review fuel supply agreement. | 1.90 | 875.00 | 1,662.50 |
| R. Wagner | 09/28/15 | Call with A. Catto regarding draft liquidation agreements and strategy in connection with counterparty negotiations. | 0.40 | 580.00 | 232.00 |
| I. Catto | 09/29/15 | Conference with counterparty re potential power plant project (2.3); telephone conference with counterparty counsel re draft stipulation (.6); review and revise draft agreements (2.2) | 5.10 | 875.00 | 4,462.50 |
| I. Catto | 09/30/15 | Review and revise draft liquidation agreements. | 2.30 | 875.00 | 2,012.50 |

# McDermott
# Will & Emery

Luminant Energy Company

Client:       093681
Invoice:      2831311
Invoice Date:  10/28/2015

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| R. Wagner | 09/30/15 | Calls with counterparty counsel in connection with liquidation agreement issues (.3); Review draft liquidation agreements and counterparties' comments thereto (.8); Discuss same with A. Catto (.3); Develop strategy with respect to counterparty negotiations (1.1). | 2.50 | 580.00 | 1,450.00 |
| | | | 45.30 | | 35,950.00 |
| | | **Total** | **48.20** | | **$37,624.50** |

## Task Code Summary

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| B130 | Asset Disposition | 2.50 | 1,562.50 |
| B160 | Fee/Employment Applications | 0.40 | 112.00 |
| B270 | Energy Trading | 45.30 | 35,950.00 |
| | | 48.20 | 37,624.50 |

## Costs and Other Charges

| Description | Amount |
|---|---|
| Business Meal | 59.25 |
| Luminant Matters - Meeting with counter party regarding potential projects - out of town lunch | |
| Transportation/Parking | 184.89 |
| Luminant Matters - Budget car rental - 3 days @ $61.63/day | |
| Transportation/Parking | 98.00 |
| Luminant Matters - Transportation/Parking @ Newark Liberty International Airport | |
| Transportation/Parking | 165.00 |
| Newark International Airport | |
| Transportation/Parking | 9.00 |
| Stall Parking | |
| Travel Expenses | 150.00 |
| Luminant - Budget Car Rental 2 days @ $75/day including taxes and fees | |

# McDermott
# Will & Emery

Luminant Energy Company

Client:      093681
Invoice:     2831311
Invoice Date:  10/28/2015

| Description | Amount |
| --- | --- |
| Travel Expenses | 643.14 |
| Luminant - 2 days @ $321.57/day Dallas Marriott Hotel | |
| Travel Expenses | 58.46 |
| Luminant - 2 days @ $29.23/day Parking @ Dallas Marriott Hotel | |
| Travel Expenses | 958.20 |
| Luminant Matters - Round trip airfare NJ - Dallas | |
| Travel Expenses | 1,033.89 |
| Luminant Matters - 3 nights @ $344.63/night - Dallas Marriott Hotel | |
| Travel Expenses | 87.69 |
| Luminant Matters - 3 days parking @ $29.23/day @ Dallas Marriott Hotel | |
| Travel Expenses | 6.20 |
| Luminant Matters - Shell gas | |
| Travel Expenses | 188.52 |
| Budget Car Rental Septeber 28, 2015, September 29, 2015, September 30, 2015 - | |
| Luminant Matters - 3 days @ $62.84/day | |
| Travel Expenses | 688.11 |
| Luminant Matters - 3 nights @ $229.37 @ Dallas Marriott Hotel | |
| Travel Expenses | 855.20 |
| Airfare | |

**Total Costs and Other Charges**     **$5,185.55**

**Total This Invoice**     **$42,810.05**

# McDermott
# Will&Emery

340 Madison Avenue
New York, NY 10173-1922
+1 212 547 5400

10/29/2015

Invoice: 2829296
Client: 093681

Luminant Energy Company
1601 Bryant Street
Dallas, TX 75201

For Services Rendered in Connection with:

Matter: 0012          Energy Future Holdings Chapter 11

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| B160 Fee/Employment Applications | | | | | |
| R. Wagner | 10/02/15 | Draft June and July monthly fee statements. | 2.20 | 580.00 | 1,276.00 |
| A. Duncliffe | 10/05/15 | July exhibits prepared and revised. | 0.30 | 280.00 | 84.00 |
| A. Duncliffe | 10/12/15 | Exhibits to 4th Interim Fee Application prepared (3.6). | 3.60 | 280.00 | 1,008.00 |
| R. Wagner | 10/19/15 | Review and revise June and July fee statements. | 0.40 | 580.00 | 232.00 |
| A. Duncliffe | 10/20/15 | Revisions made to the exhibits for the 14th, 15th and 16th monthly fee applications (.20). | 0.20 | 280.00 | 56.00 |
| R. Wagner | 10/20/15 | Draft fourth interim fee application (4.5); Review and revise August fee statement (.3). | 4.80 | 580.00 | 2,784.00 |
| R. Wagner | 10/21/15 | Review and revise June-August monthly fee statements (.7); Discuss same with A. Catto (.2); Coordinate with RLF to file same (.2). | 1.10 | 580.00 | 638.00 |
| R. Wagner | 10/22/15 | Draft fourth interim fee application. | 2.10 | 580.00 | 1,218.00 |
| R. Wagner | 10/23/15 | Draft fourth interim fee application. | 1.70 | 580.00 | 986.00 |
| R. Wagner | 10/25/15 | Draft fourth interim fee application. | 1.20 | 580.00 | 696.00 |
| R. Wagner | 10/26/15 | Draft fourth interim fee application. | 2.30 | 580.00 | 1,334.00 |
| R. Wagner | 10/27/15 | Review and revise fourth interim fee application (2.2); Discussions with accounting regarding same (.4); Review and edit exhibits to fourth interim fee application (.7). | 3.30 | 580.00 | 1,914.00 |
| | | | 23.20 | | 12,226.00 |

# McDermott
# Will & Emery

Luminant Energy Company

Client: 093681
Invoice: 2829296
Invoice Date: 10/29/2015

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| B270 Energy Trading | | | | | |
| R. Wagner | 10/01/15 | Incorporate comments to draft liquidation agreements (1.5); Exchange emails with A. Catto regarding same (.3). | 1.80 | 580.00 | 1,044.00 |
| R. Wagner | 10/02/15 | Review and analyze recently-filed pleadings (.7); Call with A. Catto to discuss claims negotiations and strategy with respect thereto (.5). | 1.20 | 580.00 | 696.00 |
| R. Wagner | 10/05/15 | Attend to calls and emails with K&E regarding resolution of counterparty claims. | 0.40 | 580.00 | 232.00 |
| R. Wagner | 10/06/15 | Emails with K&E regarding resolution of counterparty claim (.1); Review form stipulation (.4). | 0.50 | 580.00 | 290.00 |
| I. Catto | 10/07/15 | Review draft settlement stipulation (.7); review liquidation agreement (.6). | 1.30 | 875.00 | 1,137.50 |
| I. Catto | 10/08/15 | Conference with team re swap termination value negotiation. | 0.90 | 875.00 | 787.50 |
| I. Catto | 10/12/15 | Telephone conference with counterparty counsel re termination value negotiation (.5); review liquidation matters (1.4); review solid fuels claims negotiations (1.2). | 3.10 | 875.00 | 2,712.50 |
| M. Huang | 10/12/15 | Review counterparty uranium purchase and sale agreement for how damage claims for failure to deliver are determined and handled (.7); summarize findings regarding the same for A. Catto (.5). | 1.20 | 580.00 | 696.00 |

# McDermott
# Will & Emery

Luminant Energy Company

Client:        093681
Invoice:      2829296
Invoice Date:  10/29/2015

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| R. Wagner | 10/12/15 | Call with M. Huang regarding research and claims analysis (.4); Meeting with A. Catto regarding claims resolution, liquidation agreements and negotiations with respect thereto (.7); Emails with K&E regarding counterparty liquidation agreement (.2); Discussions with local counsel regarding liquidation agreement and coordinate with same in connection with CNO (.5); Research concerning termination issues (2.2); Review and analyze recent decisions concerning termination issues (1.0); Emails with A. Catto regarding same (.2). | 5.20 | 580.00 | 3,016.00 |
| I. Catto | 10/13/15 | Review and revise draft stipulations (1.4); prepare for negotiations re solid fuel claims (1.7). | 3.10 | 875.00 | 2,712.50 |
| R. Wagner | 10/13/15 | Review and analyze underlying contract and related documents between company and counterparty (1.6); Draft stipulation resolving claim of counterparty (1.2); Exchange emails with A. Catto regarding same (.3). | 3.10 | 580.00 | 1,798.00 |
| I. Catto | 10/14/15 | Telephone conferences with counterparties re claims (1.1); review counterparty claims (1.1). | 2.20 | 875.00 | 1,925.00 |

# McDermott
# Will & Emery

Luminant Energy Company

Client:     093681
Invoice:    2829296
Invoice Date:   10/29/2015

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| R. Wagner | 10/14/15 | Prep for negotiations with counterparty concerning terms of draft liquidation agreement (.8); Negotiations with counterparty concerning same (.6); Email update to A. Catto regarding same (.2); Email to counterparty counsel concerning liquidation notice and CNO (.2); Discuss same with client and A. Catto (.3); Draft stipulation resolving claims of counterparty (1.5); Emails with K&E regarding same (.2); Review counterparty comments to draft liquidation agreements (.7). | 4.50 | 580.00 | 2,610.00 |
| R. Wagner | 10/15/15 | Review counterparty's comments to liquidation agreements (1.1); Incorporate comments to counterparty's comments (.6); Emails with A. Catto regarding same (.2). | 1.90 | 580.00 | 1,102.00 |
| I. Catto | 10/15/15 | Review and revise draft liquidation agreements. | 1.30 | 875.00 | 1,137.50 |
| R. Wagner | 10/16/15 | Emails with K&E regarding motion to approve stipulation with counterparty (.4); Discuss same with A. Catto (.3); Review and revise draft stipulation (.5). | 1.20 | 580.00 | 696.00 |
| I. Catto | 10/16/15 | Review draft stipulation. | 0.50 | 875.00 | 437.50 |
| R. Wagner | 10/18/15 | Draft August monthly fee statement. | 0.80 | 580.00 | 464.00 |
| I. Catto | 10/19/15 | Review draft amendment (.6); review draft liquidation agreement (.7); review fuel transport agreement (1.3). | 2.60 | 875.00 | 2,275.00 |

# McDermott
# Will & Emery

Luminant Energy Company

Client:         093681
Invoice:        2829296
Invoice Date:   10/29/2015

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| R. Wagner | 10/19/15 | Incorporate comments to draft liquidation agreement (.9); Review draft liquidation agreement (.2); Discuss same with A. Catto (.1); Draft email to counterparty concerning draft liquidation agreement (.2). | 1.40 | 580.00 | 812.00 |
| I. Catto | 10/20/15 | Review draft amendment. | 1.10 | 875.00 | 962.50 |
| R. Wagner | 10/21/15 | Review and analyze counterparty's proofs of claim in connection with potential negotiations. | 1.70 | 580.00 | 986.00 |
| I. Catto | 10/22/15 | Review and revise draft lease amendment. | 0.70 | 875.00 | 612.50 |
| I. Catto | 10/23/15 | Review and revise draft amendment. | 1.60 | 875.00 | 1,400.00 |
| R. Wagner | 10/26/15 | Attend to negotiations with counterparties in connection with resolution of claims (1.4); Review and analyze counterparty contracts (.9); Discuss strategy and status regarding same with A. Catto (.5). | 2.80 | 580.00 | 1,624.00 |
| I. Catto | 10/27/15 | Review and revise draft amendment (2.7); telephone conferences with T. Silvey and M. Chen re draft amendment (.7) | 3.40 | 875.00 | 2,975.00 |
| | | | 49.50 | | 35,141.00 |

**B340 Hearings**

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| R. Wagner | 10/26/15 | Review McDermott's third interim fee application and Fee Committee notice (.6); Telephonically attend hearing on McDermott's third interim fee application (.5). | 1.10 | 580.00 | 638.00 |
| | | | 1.10 | | 638.00 |
| | | **Total** | **73.80** | | **$48,005.00** |

## Task Code Summary

# McDermott
# Will & Emery

Luminant Energy Company

Client:       093681
Invoice:      2829296
Invoice Date:  10/29/2015

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| B160 | Fee/Employment Applications | 23.20 | 12,226.00 |
| B270 | Energy Trading | 49.50 | 35,141.00 |
| B340 | Hearings | 1.10 | 638.00 |
| | | 73.80 | 48,005.00 |

## Costs and Other Charges

| Description | Amount |
|-------------|--------|
| Transportation/Parking<br>Parking - Stall parking | 9.00 |
| Travel Expenses<br>Luminant Matters - 1 night @ $229.37 @ Fairfield Inn & Suites | 229.37 |
| Travel Expenses<br>One Day October 1, 2015 Budget Car Rental - Luminant matters. | 62.84 |
| Travel Expenses<br>Fuel for car rental initiated in September 2015 - Shell gas | 8.33 |

**Total Costs and Other Charges**    **$309.54**

**Total This Invoice**    **$48,314.54**