# Exhibit M

**Detailed Description of Expenses and Disbursements for the Fifth Interim Period**

**Detailed Description of Expenses and Disbursements**

*September 1, 2015 through October 31, 2015*

## AIRFARE

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | September 21, 2015 | $958.20 | Airfare Round Trip Coach NJ/Dallas |
| Iskender H. Catto | September 28, 2015 | $855.20 | Airfare Round Trip Coach NJ/Dallas |
| **Expense Category Total:** | | **$1,813.40** | |

## LODGING

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | September 1, 2015 | $321.57 | Dallas Marriott Hotel |
| Iskender H. Catto | September 2, 2015 | $321.57 | Dallas Marriott Hotel |
| Iskender H. Catto | September 21, 2015 | $344.63 | Dallas Marriott Hotel |
| Iskender H. Catto | September 22, 2015 | $344.63 | Dallas Marriott Hotel |
| Iskender H. Catto | September 23, 2015 | $344.63 | Dallas Marriott Hotel |
| Iskender H. Catto | September 28, 2015 | $229.37 | Fairfield Inn & Suites |
| Iskender H. Catto | September 29, 2015 | $229.37 | Fairfield Inn & Suites |
| Iskender H. Catto | September 30, 2015 | $229.37 | Fairfield Inn & Suites |
| Iskender H. Catto | October 1, 2015 | $229.37 | Fairfield Inn & Suites |
| **Expense Category Total:** | | **$2,594.51** | |

## MEALS

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | September 29, 2015 | $59.25 | Stephan Pyles – Out of Town Lunch (I. Catto and guest) |
| **Expense Category Total:** | | *$59.25* | |

## *TRANSPORTATION*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | September 1, 2015 | $75.00 | Budget Car Rental |
| Iskender H. Catto | September 2, 2015 | $75.00 | Budget Car Rental |
| Iskender H. Catto | September 21, 2015 | $61.63 | Budget Car Rental |
| Iskender H. Catto | September 22, 2015 | $61.63 | Budget Car Rental |
| Iskender H. Catto | September 23, 2015 | $61.63 | Budget Car Rental |
| Iskender H. Catto | September 28, 2015 | $62.84 | Budget Car Rental |
| Iskender H. Catto | September 29, 2015 | $62.84 | Budget Car Rental |
| Iskender H. Catto | September 30 2015 | $62.84 | Budget Car Rental |
| Iskender H. Catto | October 1, 2015 | $62.84 | Budget Car Rental |

**Expense Category Total:**       **$586.25**

## *PARKING*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | September 1, 2015 | $29.23 | Dallas Marriott Hotel Parking |
| Iskender H. Catto | September 2, 2015 | $29.23 | Dallas Marriott Hotel Parking |
| Iskender H. Catto | September 21-24, 2015 | $98.00 | Parking – Newark Liberty International Airport |
| Iskender H. Catto | September 21, 2015 | $29.23 | Dallas Marriott Hotel Parking |
| Iskender H. Catto | September 22, 2015 | $29.23 | Dallas Marriott Hotel Parking |
| Iskender H. Catto | September 23, 2015 | $29.23 | Dallas Marriott Hotel Parking |
| Iskender H. Catto | September 28, 2015 | $165.00 | Parking – Newark Liberty International Airport |
| Iskender H. Catto | September 29, 2015 | $9.00 | Stall Parking |
| Iskender H. Catto | October 2, 2015 | $9.00 | Stall Parking |

**Expense Category Total:**       **$427.15**

## *MISCELLANEOUS*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | September 24, 2015 | $6.20 | Shell Gas |
| Iskender H. Catto | October 2, 2015 | $8.33 | Shell Gas |

**Expense Category Total:**       **$14.53**

**TOTAL EXPENSES:**       **$5,495.09**