## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
| | **Re: D.I. 7810** |

## CERTIFICATION OF NO OBJECTION REGARDING "DEBTORS' THIRTY-FIFTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO INSUFFICIENT DOCUMENTATION, AMENDED AND WRONG DEBTOR CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1" [D.I. 7810]

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or any other responsive pleading to the *Debtors' Thirty-Fifth Omnibus (Non-Substantive) Objection to Insufficient Documentation, Amended and Wrong Debtor Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1* [D.I. 7810] (the "Objection") filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors"), with the United States Bankruptcy Court for the District of Delaware (the "Court") on February 9, 2016.[2]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] On February 9, 2016 the Debtors also filed the *Declaration of Steven R. Kotarba, Managing Director with Alvarez & Marsal North America, LLC, in Support of the Debtors' Thirty-Fifth Omnibus (Non-Substantive) Objection to Insufficient Documentation, Amended and Wrong Debtor Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1* [D.I. 7811] in connection with, and in support of, the Objection.

The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Objection appears thereon.  Pursuant to the *Notice of "Debtors' Thirty-Fifth Omnibus (Non-Substantive) Objection to Insufficient Documentation, Amended and Wrong Debtor Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1"* *and Hearing Thereon* filed contemporaneously with the Objection, responses to the Objection were to be filed and served no later than **4:00 p.m. (Eastern Standard Time) on February 23, 2016.**

*[Remainder of page intentionally left blank.]*

KE 40035854.1RLF1 14088654v.1

The Debtors therefore respectfully request that the proposed form of order attached

hereto as **Exhibit A**, which is materially in the same form filed with the Objection, be entered at

the earliest convenience of the Court.

Dated:  March 7, 2016
Wilmington, Delaware

_/s/ Jason M. Madron_
_____
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:        collins@rlf.com
              defranceschi@rlf.com
              madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted _pro hac vice_)
Stephen E. Hessler (admitted _pro hac vice_)
Brian E. Schartz (admitted _pro hac vice_)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:        edward.sassower@kirkland.com
              stephen.hessler@kirkland.com
              brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted _pro hac vice_)
Marc Kieselstein, P.C. (admitted _pro hac vice_)
Chad J. Husnick (admitted _pro hac vice_)
Steven N. Serajeddini (admitted _pro hac vice_)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:        james.sprayregen@kirkland.com
              marc.kieselstein@kirkland.com
              chad.husnick@kirkland.com
              steven.serajeddini@kirkland.com

_Co-Counsel to the Debtors and Debtors in Possession_

# EXHIBIT A

## Proposed Order

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: D.I. 7810, 7811** |

## ORDER SUSTAINING DEBTORS' THIRTY-FIFTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO INSUFFICIENT DOCUMENTATION, AMENDED, AND WRONG DEBTOR CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1

Upon the objection (the "Objection")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), for entry of an order (this "Order"), disallowing or reassigning, as appropriate, the claims set forth on **Exhibit 1**, **Exhibit 2**, and **Exhibit 3** attached hereto, all as set forth in the Objection and the Kotarba Declaration; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of these cases and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Objection is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.

Court having found that the Debtors provided appropriate notice of the Objection and the opportunity for a hearing on the Objection (the "Hearing") under the circumstances; and the Court having reviewed the Objection and having heard the statements in support of the relief requested therein at the Hearing, if any; and the Court having determined that the legal and factual bases set forth in the Objection and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The Objection is sustained as set forth herein.

2.      The Insufficient Documentation Claims set forth on the attached **Exhibit 1** is hereby disallowed in their entirety.

3.      The Amended Claims set forth on the attached **Exhibit 2** are hereby disallowed in their entirety.

4.      The Wrong Debtor Claims set forth on the attached **Exhibit 3** are hereby reassigned to the applicable Debtor identified in the column entitled "Modified Debtor" in **Exhibit 3**, attached hereto.

5.      The Claims Agent is authorized to modify the Claims Register to comport with the entry of this Order.

6.      Nothing set forth herein shall affect the parties' rights with respect to (a) those claims identified as "Remaining Claims" on **Exhibit 2**, and (b) the reclassification of the Wrong Debtor Claims to the applicable Debtor identified in the column entitled "Modified Debtor" in **Exhibit 3**, each as attached hereto, and the parties' rights with respect to such "Remaining Claims" and reclassification of Wrong Debtor Claims are reserved, including, for the avoidance of doubt, the Debtors' right to object on any grounds permitted by bankruptcy or nonbankruptcy

law, subject to any limitations set forth in the Local Bankruptcy Rules, <u>provided</u>, <u>however</u>, that the Debtors will not object to the Remaining Claims numbers 10918, 10036, 9967, 10919, 10981, 10920, 10014, 10022, 11185, 11468, 11470, and 11471 on the basis that they were not timely filed.

7.       Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed:  (a) an admission as to the validity of any particular claim (including the Proofs of Claim) against a Debtor entity; (b) a waiver of the Debtors' rights to dispute any particular claim (including the Proofs of Claim) on any grounds; (c) a promise or requirement to pay any particular claim (including the Proofs of Claim); (d) an implication or admission that any particular claim is of a type specified or defined in this Objection (except as set forth herein); (e) an admission by the Debtors that any contract or lease is executory or unexpired, as applicable; (f) a waiver or limitation of the Debtors' rights under the Bankruptcy Code or any other applicable law; (g) a request or authorization to assume or reject any agreements under section 365 of the Bankruptcy Code; (h) a waiver of any party's rights to assert that any other party is in breach or default of any agreement; or (i) an admission that any contract or lease is integrated with any other contract or lease.

8.       Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

9.       The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Objection.

10.     This Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to this Order.

Dated: March _____, 2016
      Wilmington, Delaware      _____
                                    THE HONORABLE CHRISTOPHER S. SONTCHI
                                    UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT 1** to **EXHIBIT A**

**Insufficient Documentation Claims**

**ENERGY FUTURE HOLDINGS CORP., et al.**

**THIRTY-FIFTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claim**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | SOUTHWEST GAS CORPORATION C/O BANKRUPTCY DESK P.O. BOX 1498 VICTORVILLE, CA 92393-1498 | 14-11023 (CSS) | Luminant Energy Company LLC | 09/26/2014 | 4697 | $942.46 | Insufficient Documentation Claim |
| 2 | WANDER, AMY L. 7 STONEBROOK COURT TIJERAS, NM 87059 | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/14/2015 | 11609 | $14,000,000.00 | Insufficient Documentation Claim |
| | | | | | TOTAL | $14,000,942.46 | |

## EXHIBIT 2 to EXHIBIT A

**Amended Claims**

## ENERGY FUTURE HOLDINGS CORP., et al.

### THIRTY-FIFTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – Amended Claims

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 1 | CITY OF SULPHUR SPRINGS C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP ATTN: ELIZABETH WELLER 2777 N. STEMMONS FREEWAY, SUITE 1000 DALLAS, TX 75207 | 06/17/2014 | 14-10996 (CSS) | 2204 | $4,932.59* | CITY OF SULPHUR SPRINGS C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP ATTN: ELIZABETH WELLER 2777 N. STEMMONS FREEWAY, SUITE 1000 DALLAS, TX 75207 | 09/28/2015 | 14-10996 (CSS) | 11827 | $4,920.43* | Amended and superseded claim |
| 2 | CONGRESS HOLDINGS, LTD. C/O BILL MALONE, JR. 8650 SPICEWOOD SPRINGS #145-598 AUSTIN, TX 78759 | 08/14/2014 | 14-10997 (CSS) | 3672 | $238,805.58 | CONGRESS HOLDINGS, LTD. C/O BILL MALONE, JR. 8650 SPICEWOOD SPRINGS #145-598 AUSTIN, TX 78759 | 11/12/2015 | 14-10997 (CSS) | 13374 | $21,514.22 | Amended and superseded claim |

## ENERGY FUTURE HOLDINGS CORP., et al.

### THIRTY-FIFTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – Amended Claims

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 3 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE 1352 MARROWS ROAD, STE 204 NEWARK, DE 19711-5445 | 09/25/2015 | 14-10996 (CSS) | 11814 | $1,401,539.23 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE 1352 MARROWS ROAD STE 204 NEWARK, DE 19711-5445 | 11/25/2015 | 14-10996 (CSS) | 14480 | $15,490.10 | Amended and superseded claim |
| 4 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE 1352 MARROWS ROAD STE 204 NEWARK, DE 19711-5445 | 02/11/2015 | 14-10996 (CSS) | 9979 | $13,287.67 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE 1352 MARROWS ROAD, STE 204 NEWARK, DE 19711-5445 | 09/25/2015 | 14-10996 (CSS) | 11814 | $1,401,539.23 | Amended and superseded claim |
| 5 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE 1352 MARROWS ROAD STE 204 NEWARK, DE 19711-5445 | 02/11/2015 | 14-11022 (CSS) | 9980 | $3,342.71 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE 1352 MARROWS ROAD STE 204 NEWARK, DE 19711-5445 | 11/25/2015 | 14-11022 (CSS) | 14478 | $3,427.43 | Amended and superseded claim |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**THIRTY-FIFTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – Amended Claims**

| | NAME | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
| | | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE 1352 MARROWS ROAD STE 204 NEWARK, DE 19711-5445 | 02/11/2015 | 14-11023 (CSS) | 9981 | $4,485.13 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE 1352 MARROWS ROAD STE 204 NEWARK, DE 19711-5445 | 11/25/2015 | 14-11023 (CSS) | 14473 | $4,598.81 | Amended and superseded claim |
| 7 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE 1352 MARROWS ROAD STE 204 NEWARK, DE 19711-5445 | 02/11/2015 | 14-11032 (CSS) | 9982 | $41,428.87 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE 1352 MARROWS ROAD STE 204 NEWARK, DE 19711-5445 | 11/25/2015 | 14-11032 (CSS) | 14475 | $42,478.94 | Amended and superseded claim |
| 8 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE 1352 MARROWS ROAD STE 204 NEWARK, DE 19711-5445 | 02/11/2015 | 14-11042 (CSS) | 9983 | $11,049.85 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE 1352 MARROWS ROAD STE 204 NEWARK, DE 19711-5445 | 11/25/2015 | 14-11042 (CSS) | 14474 | $11,329.92 | Amended and superseded claim |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**THIRTY-FIFTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – Amended Claims**

| | NAME | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | |
| 9 | HOPKINS COUNTY C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP ATTN: ELIZABETH WELLER 2777 N. STEMMONS FREEWAY, SUITE 1000 DALLAS, TX 75207 | 10/23/2014 | 14-10996 (CSS) | 6202 | $103,343.83* | HOPKINS COUNTY C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP ATTN: ELIZABETH WELLER 2777 N. STEMMONS FREEWAY, SUITE 1000 DALLAS, TX 75207 | 09/28/2015 | 14-10996 (CSS) | 11825 | $13,688.84* | Amended and superseded claim |
| 10 | KSB INC. ATTN: ANN MCGUIRE 4415 SARELLEN ROAD RICHMOND, VA 23231 | 06/20/2014 | | 2353 | $48,457.40 | KSB, INC. ATTN: ANN MCGUIRE 4415 SARELLEN RD RICHMOND, VA 23231 | 10/22/2015 | | 12543 | $25,765.40 | Amended and superseded claim |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**THIRTY-FIFTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – Amended Claims**

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **CLAIM AMOUNT** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **CLAIM AMOUNT** | **REASON FOR DISALLOWANCE** |
| 11 | SMITH COUNTY C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP ATTN: ELIZABETH WELLER 2777 N. STEMMONS FREEWAY, SUITE 1000 DALLAS, TX 75207 | 08/28/2015 | 14-10996 (CSS) | 11185 | $49.13* | SMITH COUNTY C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP ATTN: ELIZABETH WELLER 2777 N. STEMMONS FREEWAY, SUITE 1000 DALLAS, TX 75207 | 10/13/2015 | 14-10996 (CSS) | 12296 | $49.13* | Amended and superseded claim |
| 12 | SULPHUR SPRINGS ISD C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP ATTN: ELIZABETH WELLER 2777 N. STEMMONS FREEWAY, SUITE 1000 DALLAS, TX 75207 | 07/18/2014 | 14-10996 (CSS) | 3187 | $71,713.38* | SULPHUR SPRINGS ISD C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP ATTN: ELIZABETH WELLER 2777 N. STEMMONS FREEWAY, SUITE 1000 DALLAS, TX 75207 | 09/28/2015 | 14-10996 (CSS) | 11826 | $18,262.51* | Amended and superseded claim |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**THIRTY-FIFTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – Amended Claims**

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **CLAIM AMOUNT** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **CLAIM AMOUNT** | **REASON FOR DISALLOWANCE** |
| 13 | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS OFFICE OF THE ATTORNEY GENERAL BANKRUPTCY-COLLECTIONS DIVISION MC-008 PO BOX 12548 AUSTIN, TX 78711-2548 | 10/27/2014 | 14-10997 (CSS) | 8088 | $47,975,391.80 | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS OFFICE OF THE ATTORNEY GENERAL BANKRUPTCY-COLLECTIONS DIVISION MC-008 PO BOX 12548 AUSTIN, TX 78711-2548 | 12/22/2014 | 14-10997 (CSS) | 9926 | $47,975,391.80 | Amended and superseded claim |
| 14 | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS OFFICE OF THE ATTORNEY GENERAL BANKRUPTCY-COLLECTIONS DIVISION MC-008 PO BOX 12548 AUSTIN, TX 78711-2548 | 10/27/2014 | 14-10997 (CSS) | 8089 | $9,815,025.25 | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS OFFICE OF THE ATTORNEY GENERAL BANKRUPTCY-COLLECTIONS DIVISION MC-008 PO BOX 12548 AUSTIN, TX 78711-2548 | 01/05/2015 | 14-10997 (CSS) | 9936 | $9,815,025.25 | Amended and superseded claim |

## ENERGY FUTURE HOLDINGS CORP., et al.

### THIRTY-FIFTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – Amended Claims

| | | | CLAIMS TO BE DISALLOWED | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 15 | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS OFFICE OF THE ATTORNEY GENERAL BANKRUPTCY-COLLECTIONS DIVISION MC-008 PO BOX 12548 AUSTIN, TX 78711-2548 | 10/27/2014 | 14-11042 (CSS) | 8094 | $4,341,939.19 | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS OFFICE OF THE ATTORNEY GENERAL BANKRUPTCY-COLLECTIONS DIVISION MC-008 PO BOX 12548 AUSTIN, TX 78711-2548 | 12/22/2014 | 14-11042 (CSS) | 9925 | $4,341,939.19 | Amended and superseded claim |
| 16 | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS OFFICE OF THE ATTORNEY GENERAL BANKRUPTCY-COLLECTIONS DIVISION MC-008 PO BOX 12548 AUSTIN, TX 78711-2548 | 10/27/2014 | 14-10997 (CSS) | 8095 | $17,739,346.32 | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS OFFICE OF THE ATTORNEY GENERAL BANKRUPTCY-COLLECTIONS DIVISION MC-008 PO BOX 12548 AUSTIN, TX 78711-2548 | 12/30/2014 | 14-10997 (CSS) | 9940 | $17,739,346.32 | Amended and superseded claim |

TOTAL      $81,814,137.93*

**EXHIBIT 3** to **EXHIBIT A**

**Wrong Debtor Claims**

## ENERGY FUTURE HOLDINGS CORP., et al.

## THIRTY-FIFTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A – Wrong Debtor Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | DEBTOR | MODIFIED PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | DARR EQUIPMENT 6917 WOODWAY DR. WOODWAY, TX 76712 | 4805 | Multiple Debtors Asserted | Unsecured | $7,397.33 | Luminant Generation Company LLC | Unsecured | $5,089.19 |
| | | | | | | Luminant Mining Company LLC | Unsecured | $1,149.78 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | $1,158.36 |
| | | | | | | Subtotal | | $7,397.33 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | DEBTOR | MODIFIED PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | ETTL ENGINEERS & CONSULTANTS INC PO BOX 2017 TYLER, TX 75710 | 4196 | Luminant Generation Company LLC | Unsecured | $71,364.00 | Luminant Generation Company LLC | Unsecured | $67,034.00 |
| | | | | | | Luminant Mining Company LLC | Unsecured | $4,330.00 |
| | | | | | | Subtotal | | $71,364.00 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | DEBTOR | MODIFIED PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 3 | FLSMIDTH USA INC. F/K/A EXCEL FOUNDARY & MACHINE C/O CURTIN HEEFNER/ATTN: R. SZWAJKOS 250 N PENNSYLVANIA AVE MORRISVILLE, PA 19067 | 5900 | Luminant Big Brown Mining Company LLC | 503(b)(9) | $2,040.00 | Luminant Mining Company LLC | 503(b)(9) | $2,040.00 |
| | | | Luminant Big Brown Mining Company LLC | Unsecured | $6,013.00 | Luminant Mining Company LLC | Unsecured | $6,013.00 |
| | | | | Subtotal | $8,053.00 | | Subtotal | $8,053.00 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

**ENERGY FUTURE HOLDINGS CORP., et al.**

**THIRTY-FIFTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A – Wrong Debtor Claims**

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 4 | HI-TECH TESTING SERVICE INC PO BOX 12568 LONGVIEW, TX 75607-2568 | 9653 | Martin Lake 4 Power Company LLC | Unsecured | $30,763.65 | Luminant Generation Company LLC | Unsecured | $29,257.65 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | $1,506.00 |
| | | | | | | | Subtotal | $30,763.65 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 5 | HI-TECH TESTING SERVICE INC PO BOX 12568 LONGVIEW, TX 75607-2568 | 9665 | Luminant Mining Company LLC | Unsecured | $351.00 | Luminant Generation Company LLC | Unsecured | $351.00 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 6 | KSB, INC. ATTN: ANN MCGUIRE 4415 SARELLEN RD RICHMOND, VA 23231 | 12543 | Multiple Debtors Asserted | Unsecured | $25,765.40 | Luminant Generation Company LLC | Unsecured | $25,765.40 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 7 | MHCX-PLORATION PO BOX 7405 TYLER, TX 75711-7405 | 4085 | Luminant Mining Company LLC | Unsecured | $181,806.88 | Luminant Mining Company LLC | Unsecured | $96,437.40 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | $85,369.48 |
| | | | | | | | Subtotal | $181,806.88 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

**ENERGY FUTURE HOLDINGS CORP., et al.**

**THIRTY-FIFTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A – Wrong Debtor Claims**

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | DEBTOR | MODIFIED PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 8 | TRC ENVIRONMENTAL CORP<br>21 GRIFFIN RD N<br>WINDSOR, CT 06095-1512 | 7799 | Luminant Energy Company LLC | Unsecured | $64,287.00 | Luminant Generation Company LLC | Unsecured | $64,287.00 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| | | | | | TOTAL | $389,788.26 | | TOTAL | $389,788.26 |