**Exhibit A**

**Proposed Order**

RLF1 14094801v.1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | )<br>) Chapter 11<br>)<br>) Case No. 14-10979 (CSS)<br>)<br>) (Jointly Administered)<br>)<br>) **Re: D.I. 7812, 7813** |

**ORDER SUSTAINING DEBTORS' THIRTY-SIXTH**
**OMNIBUS (SUBSTANTIVE) OBJECTION TO SUBSTANTIVE**
**DUPLICATE AND NO LIABILITY CLAIMS PURSUANT**
**TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY**
**RULES 3001, 3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1**

Upon the objection (the "Objection")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), for entry of an order (this "Order"), disallowing and expunging the Disputed Claims set forth on **Exhibit 1** and **Exhibit 2** attached hereto, all as set forth in the Objection and the Kotarba Declaration; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of these cases and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Objection is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Court having found that the Debtors provided appropriate notice of the Objection and the opportunity for a

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.

hearing on the Objection (the "Hearing") under the circumstances; and the Court having reviewed the Objection and having heard the statements in support of the relief requested therein at the Hearing, if any; and the Court having determined that the legal and factual bases set forth in the Objection and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Objection is sustained as set forth herein.

2. The Substantive Duplicate Claims set forth on the attached **Exhibit 1** are hereby disallowed in their entirety.

3. The No Liability Claims set forth on the attached **Exhibit 2** are hereby disallowed in their entirety.

4. The Claims Agent is authorized to modify the Claims Register to comport with the entry of this Order.

5. Nothing set forth herein shall affect the parties' rights with respect to those claims identified as "Remaining Claims" on **Exhibit 1**, attached hereto, and the parties' rights with respect to such "Remaining Claims" are reserved, including, for the avoidance of doubt, the Debtors' right to object on any grounds permitted by bankruptcy or nonbankruptcy law, subject to any limitations set forth in the Local Bankruptcy Rules.

6. Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (a) an admission as to the validity of any particular claim (including the Proofs of Claim) against a Debtor entity; (b) a waiver of the Debtors' rights to dispute any particular claim (including the Proofs of Claim) on any grounds; (c) a promise or requirement to pay any particular claim (including the Proofs of Claim); (d) an

implication or admission that any particular claim is of a type specified or defined in this Objection (except as set forth herein); (e) an admission by the Debtors that any contract or lease is executory or unexpired, as applicable; (f) a waiver or limitation of the Debtors' rights under the Bankruptcy Code or any other applicable law; (g) a request or authorization to assume or reject any agreements under section 365 of the Bankruptcy Code; (h) a waiver of any party's rights to assert that any other party is in breach or default of any agreement; or (i) an admission that any contract or lease is integrated with any other contract or lease.

7. Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

8. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Objection.

9. This Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to this Order.

Dated: March _____, 2016
       Wilmington, Delaware       _____
                                        THE HONORABLE CHRISTOPHER S. SONTCHI
                                        UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1 to EXHIBIT A

**Substantive Duplicate Claims**

**ENERGY FUTURE HOLDINGS CORP., et al.**

**THIRTY-SIXTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims**

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **CLAIM AMOUNT** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **CLAIM AMOUNT** | **REASON FOR DISALLOWANCE** |
| 1 CASEY INDUSTRIAL, INC. 1400 W. 122ND AVE. STE. 200 WESTMINISTER, CO 80234 | 10/27/2014 | 14-11042 (CSS) | 7761 | $742,412.51 | AUTOMATIC SYSTEMS, INC. C/O CARMODY MACDONALD P.C. ATTN: GREGORY D. WILLARD, ESQ. 120 SOUTH CENTRAL AVE, STE 1800 SAINT LOUIS, MO 63105-1705 | 10/03/2014 | 14-11042 (CSS) | 4868 | $1,638,207.08* | Underlying liabilities for Claim 7761 are contained and duplicated in Claim 4868 filed by the general contractor Automatic Systems, Inc. |
| 2 CITY OF DALLAS ATTN: MARK BAGGETT 1500 S. MARILLA, 7BN DALLAS, TX 75201 | 11/13/2015 | 14-11032 (CSS) | 13342 | $16,223,382.78 | CITY OF DALLAS ATTN: MARK BAGGETT 1500 S. MARILLA, 7BN DALLAS, TX 75201 | 11/12/2015 | 14-11032 (CSS) | 13319 | $16,223,382.78 | Underlying liability asserted in claim to be disallowed is contained in remaining claim. |

Page 1 of 7

**ENERGY FUTURE HOLDINGS CORP., et al.**

**THIRTY-SIXTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims**

| | **CLAIMS TO BE DISALLOWED** | | | | **REMAINING CLAIMS** | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **CLAIM AMOUNT** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **CLAIM AMOUNT** | **REASON FOR DISALLOWANCE** |
| 3 | CONTROL SYSTEMS COMPANY 1217 NORTON ROAD HUDSON, OH 44236 | 10/26/2015 | 14-11032 (CSS) | 12786 | $525.00 | CONTROL SYSTEMS COMPANY 1217 NORTON ROAD HUDSON, OH 44236 | 12/12/2014 | 14-10988 (CSS) | 9915 | $3,150.00 | This claim asserts liabilities and amounts identical to those asserted in Claim 9915, as amended by the order sustaining the 32nd Omnibus Objection [D.I. 7070]. |
| 4 | CONTROL SYSTEMS COMPANY 1217 NORTON ROAD HUDSON, OH 44236 | 10/26/2015 | 14-11032 (CSS) | 12787 | $2,625.00 | CONTROL SYSTEMS COMPANY 1217 NORTON ROAD HUDSON, OH 44236 | 12/12/2014 | 14-10988 (CSS) | 9915 | $3,150.00 | This claim asserts liabilities and amounts identical to those asserted in Claim 9915, as amended by the order sustaining the 32nd Omnibus Objection [D.I. 7070]. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**THIRTY-SIXTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims**

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **CLAIM AMOUNT** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **CLAIM AMOUNT** | **REASON FOR DISALLOWANCE** |
| 5 | CONTROL SYSTEMS COMPANY 1217 NORTON ROAD HUDSON, OH 44236 | 10/26/2015 | 14-11033 (CSS) | 12788 | $5,932.00 | CONTROL SYSTEMS COMPANY 1217 NORTON ROAD HUDSON, OH 44236 | 12/12/2014 | 14-11033 (CSS) | 9916 | $9,787.00 | This claim asserts liabilities and amounts identical to those asserted in Claim 9916, as amended by the order sustaining the 32nd Omnibus Objection [D.I. 7070]. |
| 6 | CONTROL SYSTEMS COMPANY 1217 NORTON ROAD HUDSON, OH 44236 | 10/26/2015 | 14-11032 (CSS) | 12789 | $3,855.00 | CONTROL SYSTEMS COMPANY 1217 NORTON ROAD HUDSON, OH 44236 | 12/12/2014 | 14-11033 (CSS) | 9916 | $9,787.00 | This claim asserts liabilities and amounts identical to those asserted in Claim 9916, as amended by the order sustaining the 32nd Omnibus Objection [D.I. 7070]. |
| 7 | CONTROL SYSTEMS COMPANY 1217 NORTON ROAD HUDSON, OH 44236 | 11/12/2015 | 14-11032 (CSS) | 13315 | $2,625.00 | CONTROL SYSTEMS COMPANY 1217 NORTON ROAD HUDSON, OH 44236 | 12/12/2014 | 14-10988 (CSS) | 9915 | $3,150.00 | This claim asserts liabilities and amounts identical to those asserted in Claim 9915, as amended by the order sustaining the 32nd Omnibus Objection [D.I. 7070]. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**THIRTY-SIXTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims**

| | | \_\_CLAIMS TO BE DISALLOWED\_\_ | | | | \_\_REMAINING CLAIMS\_\_ | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **CLAIM AMOUNT** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **CLAIM AMOUNT** | **REASON FOR DISALLOWANCE** |
| 8 | CONTROL SYSTEMS COMPANY 1217 NORTON ROAD HUDSON, OH 44236 | 11/12/2015 | 14-11032 (CSS) | 13316 | $3,855.00 | CONTROL SYSTEMS COMPANY 1217 NORTON ROAD HUDSON, OH 44236 | 12/12/2014 | 14-11033 (CSS) | 9916 | $9,787.00 | This claim asserts liabilities and amounts identical to those asserted in Claim 9916, as amended by the order sustaining the 32nd Omnibus Objection [D.I. 7070]. |
| 9 | CONTROL SYSTEMS COMPANY 1217 NORTON ROAD HUDSON, OH 44236 | 11/12/2015 | 14-11033 (CSS) | 13317 | $5,932.00 | CONTROL SYSTEMS COMPANY 1217 NORTON ROAD HUDSON, OH 44236 | 12/12/2014 | 14-11033 (CSS) | 9916 | $9,787.00 | This claim asserts liabilities and amounts identical to those asserted in Claim 9916, as amended by the order sustaining the 32nd Omnibus Objection [D.I. 7070]. |
| 10 | CONTROL SYSTEMS COMPANY 1217 NORTON ROAD HUDSON, OH 44236 | 11/12/2015 | 14-11032 (CSS) | 13318 | $525.00 | CONTROL SYSTEMS COMPANY 1217 NORTON ROAD HUDSON, OH 44236 | 12/12/2014 | 14-10988 (CSS) | 9915 | $3,150.00 | This claim asserts liabilities and amounts identical to those asserted in Claim 9915, as amended by the order sustaining the 32nd Omnibus Objection [D.I. 7070]. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**THIRTY-SIXTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims**

| | **CLAIMS TO BE DISALLOWED** | | | | **REMAINING CLAIMS** | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 11 | FLSMIDTH KREBS INC DEPT 3252 PO BOX 123252 DALLAS, TX 75312-3252 | 10/27/2014 | 14-11022 (CSS) | 7999 | $1,053.00 | FLSMIDTH USA INC. F/D/B/A FLSMIDTH KREBS C/O CURTIN & HEEFNER LLP ATTN: ROBERT SZWAJKOS, ESQ. 250 N PENNSYLVANIA AVE MORRISVILLE, PA 19067 | 10/22/2014 | 14-11032 (CSS) | 5897 | $1,831.00 | Claimed invoice in claim to be disallowed appears to be included in the remaining claim. |

# ENERGY FUTURE HOLDINGS CORP., et al.

## THIRTY-SIXTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims

| | **CLAIMS TO BE DISALLOWED** | | | | **REMAINING CLAIMS** | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 12 | FLSMIDTH KREBS INC DEPT 3252 PO BOX 123252 DALLAS, TX 75312-3252 | 10/27/2014 | 14-11032 (CSS) | 8000 | $386.00 | FLSMIDTH USA INC. F/D/B/A FLSMIDTH KREBS C/O CURTIN & HEEFNER LLP ATTN: ROBERT SZWAJKOS, ESQ. 250 N PENNSYLVANIA AVE MORRISVILLE, PA 19067 | 10/22/2014 | 14-11032 (CSS) | 5897 | $1,831.00 | Claimed invoice in claim to be disallowed appears to be included in the remaining claim. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**THIRTY-SIXTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims**

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **CLAIM AMOUNT** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **CLAIM AMOUNT** | **REASON FOR DISALLOWANCE** |
| 13 | FLSMIDTH KREBS INC DEPT 3252 PO BOX 123252 DALLAS, TX 75312-3252 | 10/27/2014 | 14-11032 (CSS) | 8001 | $392.00 | FLSMIDTH USA INC. F/D/B/A FLSMIDTH KREBS C/O CURTIN & HEEFNER LLP ATTN: ROBERT SZWAJKOS, ESQ. 250 N PENNSYLVANIA AVE MORRISVILLE, PA 19067 | 10/22/2014 | 14-11032 (CSS) | 5897 | $1,831.00 | Claimed invoices in claim to be disallowed appear to be included in remaining claim. |
| 14 | KSB, INC. ATTN: ANN MCGUIRE 4415 SARELLEN RD RICHMOND, VA 23231 | 10/22/2015 | 14-10979 (CSS) | 12607 | $48,457.40 | KSB, INC. ATTN: ANN MCGUIRE 4415 SARELLEN RD RICHMOND, VA 23231 | 10/22/2015 | | 2353 | $48,457.40 | Claimed invoices in claim to be disallowed appear to be included in remaining claim. |

TOTAL    $17,041,957.69

# EXHIBIT 2 to EXHIBIT A

**No Liability Claims**

**ENERGY FUTURE HOLDINGS CORP., et al.**

**THIRTY-SIXTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | BURLESON INDEPENDENT SCHOOL DISTRICT<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>ATTN: R. BRUCE MEDLEY<br>P.O. BOX 13430<br>ARLINGTON, TX 76094-0430 | 14-11040 (CSS) | Luminant Mineral Development Company LLC | 05/09/2014 | 22 | $96.17 | According to the Debtors' books and records, Debtors believe that a portion of the liability, if any, is owed by a non-Debtor entity. The Debtors determined that Debtors already paid claimant on account of the remaining portion of this claim via check number 1002544902 on 01/25/2011. |
| 2 | BURLESON INDEPENDENT SCHOOL DISTRICT<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>ATTN: ELIZABETH BANDA CALVO<br>500 EAST BORDER ST, SUITE 640<br>ARLINGTON, TX 76010 | 14-11040 (CSS) | Luminant Mineral Development Company LLC | 03/23/2015 | 10034 | $96.79 | According to the Debtors' books and records, Debtors believe that a portion of the liability, if any, is owed by a non-Debtor entity. The Debtors determined that Debtors already paid claimant on account of the remaining portion of this claim via check number 1002544902 on 01/25/2011. |
| 3 | CITY OF COPPELL<br>C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP<br>ATTN: ELIZABETH WELLER<br>2777 N. STEMMONS FREEWAY, SUITE 1000<br>DALLAS, TX 75207 | 14-10989 (CSS) | TXU Electric Company, Inc. | 09/28/2015 | 11824 | $16.44* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| | | | | | TOTAL | $209.40* | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 1

**Exhibit B**

**Redline of Exhibit 2**

**(No Liability Claims)**

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF THIRTY-SIXTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | BURLESON INDEPENDENT SCHOOL DISTRICT<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>ATTN: R. BRUCE MEDLEY<br>P.O. BOX 13430<br>ARLINGTON, TX 76094-0430 | 14-11040 (CSS) | Luminant Mineral Development Company LLC | 05/09/2014 | 22 | $96.17 | According to the Debtors' books and records, Debtors believe that a portion of the liability, if any, is owed by a non-Debtor entity. The Debtors determined that Debtors already paid claimant on account of the remaining portion of this claim via check number 1002544902 on 01/25/2011. |
| 2 | BURLESON INDEPENDENT SCHOOL DISTRICT<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>ATTN: ELIZABETH BANDA CALVO<br>500 EAST BORDER ST, SUITE 640<br>ARLINGTON, TX 76010 | 14-11040 (CSS) | Luminant Mineral Development Company LLC | 03/23/2015 | 10034 | $96.79 | According to the Debtors' books and records, Debtors believe that a portion of the liability, if any, is owed by a non-Debtor entity. The Debtors determined that Debtors already paid claimant on account of the remaining portion of this claim via check number 1002544902 on 01/25/2011. |
| 3 | CITY OF COPPELL<br>C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP<br>ATTN: ELIZABETH WELLER<br>2777 N. STEMMONS FREEWAY, SUITE 1000<br>DALLAS, TX 75207 | 14-10989 (CSS) | TXU Electric Company, Inc. | 09/28/2015 | 11824 | $16.44* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 4 | ~~RED BALL OXYGEN COMPANY~~<br>~~C/O MCCATHERN PLLC~~<br>~~ATTN: JONATHAN L HOWELL~~<br>~~3710 RAWLINS STREET, SUITE 1600~~<br>~~DALLAS, TX 75219~~ | ~~14-11042 (CSS)~~ | ~~Luminant Mining Company LLC~~ | ~~05/12/2015~~ | ~~10066~~ | ~~$9,969.79~~ | ~~Claimant asserted secured amounts for liens that were not properly perfected as the underlying liabilities either (1) do not fall within the scope of, or (2) do not meet the requirements of the Texas Property Code. (The claimed invoices to be disallowed here appear to be included in remaining claim 7678).~~ |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 3

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF THIRTY-SIXTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 5 | ~~RED BALL OXYGEN COMPANY C/O MCCATHERN PLLC ATTN: JONATHAN L HOWELL 3710 RAWLINS STREET, SUITE 1600 DALLAS, TX 75219~~ | ~~14-11032 (CSS)~~ | ~~Luminant Generation Company LLC~~ | ~~05/12/2015~~ | ~~10067~~ | ~~$14,838.87~~ | ~~Claimant asserted secured amounts for liens that were not properly perfected as the underlying liabilities either (1) do not fall within the scope of, or (2) do not meet the requirements of the Texas Property Code. (The claimed invoices to be disallowed appear to be included in remaining claim 7677).~~ |
| 6 | ~~RED BALL OXYGEN COMPANY C/O MCCATHERN PLLC ATTN: JONATHAN L HOWELL 3710 RAWLINS STREET, SUITE 1600 DALLAS, TX 75219~~ | ~~14-11033 (CSS)~~ | ~~Sandow Power Company LLC~~ | ~~05/12/2015~~ | ~~10068~~ | ~~$11,857.89~~ | ~~Claimant asserted secured amounts for liens that were not properly perfected as the underlying liabilities either (1) do not fall within the scope of, or (2) do not meet the requirements of the Texas Property Code. (The claimed invoices to be disallowed appear to be included in remaining claim 7675).~~ |
| 7 | ~~RED BALL OXYGEN COMPANY C/O MCCATHERN PLLC ATTN: JONATHAN L HOWELL 3710 RAWLINS STREET, SUITE 1600 DALLAS, TX 75219~~ | ~~14-11022 (CSS)~~ | ~~Oak Grove Management Company LLC~~ | ~~05/12/2015~~ | ~~10069~~ | ~~$5,629.00~~ | ~~Claimant asserted secured amounts for liens that were not properly perfected as the underlying liabilities either (1) do not fall within the scope of, or (2) do not meet the requirements of the Texas Property Code. (The claimed invoices to be disallowed appear to be included in remaining claim 7676.)~~ |
| 8 | ~~RED BALL OXYGEN COMPANY C/O MCCATHERN PLLC ATTN: JONATHAN L HOWELL 3710 RAWLINS STREET, SUITE 1600 DALLAS, TX 75219~~ | ~~14-11033 (CSS)~~ | ~~Sandow Power Company LLC~~ | ~~05/12/2015~~ | ~~10070~~ | ~~$3,069.71~~ | ~~Claimant asserted secured amounts for liens that were not properly perfected as the underlying liabilities either (1) do not fall within the scope of, or (2) do not meet the requirements of the Texas Property Code. (The claimed invoices to be disallowed appear to be included in remaining claim 7679).~~ |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF THIRTY-SIXTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| ~~9~~ | ~~RED BALL OXYGEN COMPANY~~ ~~C/O MCCATHERN PLLC~~ ~~ATTN: JONATHAN L HOWELL~~ ~~3710 RAWLINS STREET, SUITE 1600~~ ~~DALLAS, TX 75219~~ | ~~14-11022 (CSS)~~ | ~~Oak Grove Management Company LLC~~ | ~~05/12/2015~~ | ~~10071~~ | ~~$1,659.96~~ | ~~Claimant asserted secured amounts for liens that were not properly perfected as the underlying liabilities either (1) do not fall within the scope of, or (2) do not meet the requirements of the Texas Property Code. (The claimed invoices to be disallowed appear to be included in remaining claim 7679.)~~ |
| | | | | | TOTAL | $<u>209.40</u><s>47,234.62</s>* | |