**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) | (Jointly Administered) |
|  | ) ) ) | **Re: D.I. 7814, 7815** |

**CERTIFICATION OF COUNSEL REGARDING
"DEBTORS' THIRTY-SEVENTH OMNIBUS (SUBSTANTIVE)
OBJECTION TO CERTAIN IMPROPERLY ASSERTED CLAIMS
PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1" [D.I. 7814]**

The undersigned hereby certifies as follows:

1. On February 9, 2016, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed with the United States Bankruptcy Court for the District of Delaware (the "Court") the *Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1* [D.I. 7814] (the "Objection").[2] On February 9, 2016, the Debtors also filed the *Declaration of Steven R. Kotarba, Managing Director with Alvarez & Marsal North America, LLC, in Support of the Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.

RLF1 14094818v.1

2

*502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1* [D.I. 7815] in connection with, and in support of the relief requested, in the Objection.

2. Responses to the Objection were to be filed on or before 4:00 p.m. (Eastern Daylight Time) on February 23, 2016.

3. The Debtors received three formal responses to the Objection filed: on February 19, 2016 by Ranger Excavating LP [D.I. 7898; 7891]; on February 23, 2016 by Texas Big Spring, LP [D.I. 7919]; and on March 1, 2016 by Red Ball Oxygen Company [D.I. 7956] (the "Formal Response").

4. The Debtors have agreed to adjourn the hearing with respect to the Formal Responses. The claimants consented to the adjournment via telephone or electronic mail.

5. The Debtors also received six informal responses to the Objection (the "Informal Responses").

6. The Debtors have consensually resolved the following Informal Response, and the claimant has indicated that they do not object to the relief requested in the Objection as modified in the exhibits attached hereto:

| Proof of Claim Number | Claimant | Docketed Response |
|---|---|---|
| POC No. 3340 | Top Line Rental, LLC | None |

7. The Debtors have agreed to adjourn the hearing with respect to the remaining Informal Responses.

8. The following is a complete list of the Proofs of Claim objected to in the Objection and for which the Debtors have agreed to continue the hearing as described above (the "Adjourned Claims"):

2

| Proof of Claim Number | Claimant | Docketed Response |
|---|---|---|
| POC No. 5865 | Aramark Uniform & Career Apparel, LLC | None |
| POC No. 4868 | Automatic Systems, Inc. | None |
| POC No. 5269 | Long Industries, Inc. | None |
| POC No. 6184 | Railworks Track Systems, Inc. | None |
| POC Nos. 2613, 2614 | Ranger Excavating LP | D.I. 7898; 7891 |
| POC Nos. 4794, 4795 | Steag Energy Services LLC | None |
| POC No. 8007 | Texas Big Spring LP | D.I. 7919 |
| POC Nos. 7675–7679 | Red Ball Oxygen Co. | D.I. 7956 |

9.  During the continuance of the Adjourned Claims, the Debtors reserve all rights to, in the future, reassert any objection contained in the Objection or to raise further objections with respect to the Adjourned Claims.

10. The Debtors have not received any other responses or objections to the Objection, and no other responses or objections appear on the Court's docket in these cases.

11. The Debtors have revised the applicable exhibits to the proposed form of order (the "Proposed Order") to remove the Adjourned Claims and in accordance with the resolved Informal Response. A copy of the Proposed Order is attached hereto as **Exhibit A**, and redlines of the applicable exhibits as compared to the exhibits attached to the Proposed Order filed on February 9, 2016, are attached hereto as **Exhibits B–H**.

[*Remainder of page intentionally left blank.*]

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Order, substantially in the form attached hereto as **Exhibit A** at the convenience of the Court.

Dated: March 8, 2016
Wilmington, Delaware

/s/ Jason M. Madron
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
Email:  collins@rlf.com
    defranceschi@rlf.com
    madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900
Email:  edward.sassower@kirkland.com
    stephen.hessler@kirkland.com
    brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200
Email:  james.sprayregen@kirkland.com
    marc.kieselstein@kirkland.com
    chad.husnick@kirkland.com
    steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*