**<u>Exhibit B</u>**

**Redline of Exhibit 1**

**(Wrong Debtor and Modify Amount Claims)**

## ENERGY FUTURE HOLDINGS CORP., et al.

### REDLINE OF THIRTY-SEVENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Wrong Debtor and Modify Amount Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | ARAMARK UNIFORM & CAREER APPAREL, LLC D/B/A ARAMARK UNIFORM SERVICES ATTN: SHEILA R. SCHWAGER P.O. BOX 1617 BOISE, ID 83701 | 5865 | Luminant Mining Company LLC | Administrative | $26,997.23 | Luminant Generation Company LLC | Administrative | $3,078.50 |
| | | | Luminant Mining Company LLC | Unsecured | $82,644.98 | Luminant Mining Company LLC | Administrative | $16,178.46 |
| | | | | | | Luminant Generation Company LLC | Unsecured | $13,651.97 |
| | | | | | | Luminant Mining Company LLC | Unsecured | $45,937.65 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | $18,222.98 |
| | | | | | | Sandow Power Company LLC | Unsecured | $2,933.41 |
| | | | | Subtotal | $109,642.21 | | Subtotal | $100,002.97 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects adjustment (1) for amount the Debtors are not liable for, the Debtors believe that the liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC; (2) for which the Debtors' are not liable, according to their books and records (liability, if any, is owed by a non-Debtor third-party); and (3) per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF THIRTY-SEVENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Wrong Debtor and Modify Amount Claims**

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | DEBTOR | MODIFIED PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1~~2~~ | CUMMINS SOUTHERN PLAINS LLC PO BOX 910509 DALLAS, TX 75391-0509 | 7671 | Luminant Mining Company LLC | Unsecured | $492,663.91 | Luminant Generation Company LLC | Unsecured | $2,481.61 |
| | | | | | | Luminant Mining Company LLC | Unsecured | $417,294.42 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | $62,574.17 |
| | | | | | | | Subtotal | $482,350.20 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects (1) adjustment for amount paid via ACH numbers 8000891169, 8000927935, 8000938566, 8000939681, and 8000940364 on 5/6/2013, 1/24/2014, 4/14/2014, 4/21/2014, and 4/25/2014, respectively and (2) adjustment for work performed in excess of Purchase Order issued by the Debtors.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | DEBTOR | MODIFIED PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2~~3~~ | PURVIS INDUSTRIES TRIAD INDUSTRIAL AUTOMATION 10500 N STEMMONS FREEWAY DALLAS, TX 75220 | 9859 | Oak Grove Management Company LLC | Unsecured | $10,452.12 | Luminant Generation Company LLC | Unsecured | $9,663.00 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects adjustment for sales tax asserted (Debtor pays sales tax through a Texas Direct Pay Exemption Certificate).

**ENERGY FUTURE HOLDINGS CORP., et al.**

REDLINE OF THIRTY-SEVENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Wrong Debtor and Modify Amount Claims

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | ASSERTED | | | MODIFIED | | |
| 4 | RED BALL OXYGEN COMPANY | 7677 | Luminant Big Brown Mining Company LLC | 503(b)(9) | $724.11 | Luminant Mining Company LLC | 503(b)(9) | $724.11 |
| | C/O MCCATHERN PLLC ATTN: JONATHAN L HOWELL | | Luminant Big Brown Mining Company LLC | Unsecured | $17,101.57 | Luminant Mining Company LLC | Unsecured | $17,092.57 |
| | 3710 RAWLINS STREET, SUITE 1600 DALLAS, TX 75219 | | | Subtotal | $17,825.68 | | Subtotal | $17,816.68 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects adjustment for amount paid via ACH number 8000926113 on 1/9/2014.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 35 | RED RIVER PUMP SPECIALISTS LLC | 7590 | Luminant Mining Company LLC | Unsecured | $2,709.56* | Luminant Generation Company LLC | Unsecured | $2,443.59 |
| | 1555 WELLS ISLAND ROAD SHREVEPORT, LA 71107 | | | | | Oak Grove Management Company LLC | Unsecured | $265.97 |
| | | | | | | | Subtotal | $2,709.56 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects liquidation of claim to reflect the amount owed according to Debtors' books and records and the documentation filed with the proof of claim.

| | | | TOTAL | $505,825.59633,293.48* | TOTAL | $494,722.76612,542.41 |
|---|---|---|---|---|---|---|

**Exhibit C**

**Redline of Exhibit 2**

**(Wrong Debtor and Modify Priority Claims)**

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF** THIRTY-SEVENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – Wrong Debtor and Modify Priority Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | EMERSON PROCESS MANAGEMENT POWER & WATER SOLUTIONS INC. ATTN: JOSEPH MIKSCHE 8000 NORMAN CENTER DR. SUITE 1200 BLOOMINGTON, MN 55437 | 43 | Luminant Generation Company LLC | 503(b)(9) | $48,238.25 | Luminant Generation Company LLC | Unsecured | $45,813.00 |
| | | | Luminant Generation Company LLC | Unsecured | $14,100.00 | Sandow Power Company LLC | Unsecured | $16,525.25 |
| | | | | Subtotal | $62,338.25 | | Subtotal | $62,338.25 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified priority reflects that, according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | NALCO CO ATTN: CHAD PECHMAN 1601 W. DIEHL RD NAPERVILLE, IL 60563 | 3016 | Luminant Generation Company LLC | 503(b)(9) | $102,073.76 | Luminant Generation Company LLC | 503(b)(9) | $48,258.00 |
| | | | Luminant Generation Company LLC | Unsecured | $247.53 | Sandow Power Company LLC | 503(b)(9) | $53,695.76 |
| | | | | | | Luminant Generation Company LLC | Unsecured | $247.53 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | $120.00 |
| | | | | Subtotal | $102,321.29 | | Subtotal | $102,321.29 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified priority reflects that, according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority.

**ENERGY FUTURE HOLDINGS CORP., et al.**

REDLINE OF THIRTY-SEVENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – Wrong Debtor and Modify Priority Claims

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | | ASSERTED | | | MODIFIED | |
| 3 | RED BALL OXYGEN COMPANY | 7676 | Oak Grove Management Company LLC | 503(b)(9) | $10,203.60 | Luminant Generation Company LLC | 503(b)(9) | $475.20 |
| | C/O MCCATHERN PLLC ATTN: JONATHAN L | | Oak Grove Management Company LLC | Unsecured | $14,142.69 | Oak Grove Management Company LLC | 503(b)(9) | $6,483.43 |
| | HOWELL 3710 RAWLINS STREET, SUITE 1600 | | | | | Oak Grove Management Company LLC | Unsecured | $17,387.66 |
| | DALLAS, TX 75219 | | | Subtotal | $24,346.29 | | Subtotal | $24,346.29 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified priority reflects goods that were received by the Debtor more than 20 days before the petition date, claims for which are ineligible for 503(b)(9) priority status.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 4 | RED BALL OXYGEN COMPANY | 7679 | Luminant Mining Company LLC | 503(b)(9) | $21,509.54 | Luminant Mining Company LLC | 503(b)(9) | $15,357.43 |
| | C/O MCCATHERN PLLC ATTN: JONATHAN L | | Luminant Mining Company LLC | Unsecured | $48,506.39 | Oak Grove Management Company LLC | 503(b)(9) | $4,301.19 |
| | HOWELL 3710 RAWLINS STREET, | | | | | Luminant Mining Company LLC | Unsecured | $40,098.77 |
| | SUITE 1600 DALLAS, TX 75219 | | | | | Oak Grove Management Company LLC | Unsecured | $10,258.54 |
| | | | | Subtotal | $70,015.93 | | Subtotal | $70,015.93 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified priority reflects (1) goods that were received by the Debtor more than 20 days before the petition date, claims for which are ineligible for 503(b)(9) priority status; and (2) the portion of the claim which is, according to Debtors' books and records and/or documentation filed with the proof of claim, for services or other non-goods, which do not qualify for 503(b)(9) priority.

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF** THIRTY-SEVENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – Wrong Debtor and Modify Priority Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 3̶5̶ | TELEDYNE MONITOR LABS | 7598 | Luminant Generation Company LLC | 503(b)(9) | $1,278.00 | Luminant Generation Company LLC | 503(b)(9) | $1,253.00 |
| | C/O TARA J. SCHLEICHER | | Luminant Generation Company LLC | Unsecured | $5,273.90 | Luminant Generation Company LLC | Unsecured | $4,955.90 |
| | 121 SW MORRISON, STE 600 | | | | | Sandow Power Company LLC | Unsecured | $343.00 |
| | PORTLAND, OR 97204 | | | | | | | |
| | | | | Subtotal | $6,551.90 | | Subtotal | $6,551.90 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified priority reflects that, according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority.

| | | | | TOTAL | $1̶7̶1̶,̶2̶1̶1̶.̶4̶4̶265,5̶7̶3̶.̶6̶6̶ | | TOTAL | $1̶7̶1̶,̶2̶1̶1̶.̶4̶4̶265,5̶7̶3̶.̶6̶6̶ |

**Exhibit D**

**Redline of Exhibit 4**

**(Wrong Debtor, Modify Amount, and Modify Priority Claims)**

RLF1 14094818v.1

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF THIRTY-SEVENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 4 TO EXHIBIT A – Wrong Debtor, Modify Amount and Modify Priority Claims**

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | NALCO CO ATTN: CHAD PECHMAN | 3015 | Luminant Mining Company LLC | 503(b)(9) | $16,368.43 | Luminant Generation Company LLC | 503(b)(9) | $59.97 |
| | 1601 W. DIEHL RD NAPERVILLE, IL 60563 | | Luminant Mining Company LLC | Unsecured | $532.61 | Luminant Mining Company LLC | 503(b)(9) | $4,275.23 |
| | | | | | | Luminant Generation Company LLC | Unsecured | $125.15 |
| | | | | | | Luminant Mining Company LLC | Unsecured | $11,908.11 |
| | | | | Subtotal | $16,901.04 | | Subtotal | $16,368.46 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects adjustment per a review of the claimant's Proof of Claim, the documents attached thereto, a reasonable review of the Debtors' books and records, and further discussion with claimant. Modified priority reflects (1) goods that were received by the Debtor more than 20 days before the petition date, claims for which are ineligible for 503(b)(9) priority status; and (2) the portion of the claim which is, according to Debtors' books and records and/or documentation filed with the proof of claim, for services or other non-goods, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | RED BALL OXYGEN COMPANY | 7675 | Sandow Power Company LLC | 503(b)(9) | $11,058.64 | Luminant Generation Company LLC | 503(b)(9) | $3,626.81 |
| | C/O MCCATHERN PLLC ATTN: JONATHAN L HOWELL | | Sandow Power Company LLC | Unsecured | $23,998.50 | Sandow Power Company LLC | 503(b)(9) | $6,774.75 |
| | 3710 RAWLINS STREET, SUITE 1600 DALLAS, TX 75219 | | | | | Luminant Generation Company LLC | Unsecured | $19,006.45 |
| | | | | | | Sandow Power Company LLC | Unsecured | $583.33 |
| | | | | Subtotal | $35,057.14 | | Subtotal | $29,991.34 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects (1) reduction due to work performed in excess of Purchase Order issued by the Debtors; and (2) review of the claimant's Proof of Claim, the documents attached thereto, a reasonable review of the Debtors' books and records, and further discussion with Claimant. Modified priority reflects (1) goods that were received by the Debtor more than 20 days before the petition date, claims for which are ineligible for 503(b)(9) priority status; and (2) the portion of the claim which is, according to Debtors' books and records and/or documentation filed with the proof of claim, for services or other non-goods, which do not qualify for 503(b)(9) priority.

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF** THIRTY-SEVENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 4 TO EXHIBIT A – Wrong Debtor, Modify Amount and Modify Priority Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 3 | RED BALL OXYGEN COMPANY | 7678 | Luminant Generation Company LLC | 503(b)(9) | $139,900.60 | Luminant Generation Company LLC | 503(b)(9) | $120,196.14 |
| | C/O MCCATHERN PLLC ATTN: JONATHAN L HOWELL 3710 RAWLINS STREET, SUITE 1600 DALLAS, TX 75219 | | Luminant Generation Company LLC | Unsecured | $121,224.58 | Luminant Generation Company LLC Luminant Mining Company LLC | Unsecured Unsecured | $139,131.66 $54.60 |
| | | | | Subtotal | $261,125.18 | | Subtotal | $259,382.40 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects review of the claimant's Proof of Claim, the documents attached thereto, a reasonable review of the Debtors' books and records, and further discussion with Claimant. Modified priority reflects (1) goods that were received by the Debtor more than 20 days before the petition date, claims for which are ineligible for 503(b)(9) priority status; and (2) the portion of the claim which is, according to Debtors' books and records and/or documentation filed with the proof of claim, for services or other non-goods, which do not qualify for 503(b)(9) priority.

| | | | | TOTAL | $16,901.04313,08 3.36 | | TOTAL | $16,368.46305,74 2.20 |

**Exhibit E**

**Redline of Exhibit 5**

**(Modify Amount Claims)**

## ENERGY FUTURE HOLDINGS CORP., et al.

## REDLINE OF THIRTY-SEVENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 5 TO EXHIBIT A – Modify Amount Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | ADVANCED ANALYTICAL LABORATORIES, LLC P.O. BOX 760 WHITEHOUSE, TX 75791 | 5779 | Luminant Generation Company LLC | Unsecured | Undetermined* | Luminant Generation Company LLC | Unsecured | $5,170.55 |
| | REASON FOR MODIFICATION: Modified amount reflects liquidation of claim to reflect the amount owed according to Debtors' books and records and the documentation filed with the proof of claim. | | | | | | | |
| 2 | ADVANCED ANALYTICAL LABORATORIES, LLC P.O. BOX 760 WHITEHOUSE, TX 75791 | 5780 | Sandow Power Company LLC | Unsecured | Undetermined* | Sandow Power Company LLC | Unsecured | $420.00 |
| | REASON FOR MODIFICATION: Modified amount reflects liquidation of claim to reflect the amount owed according to Debtors' books and records and the documentation filed with the proof of claim. | | | | | | | |
| 3 | ADVANCED ANALYTICAL LABORATORIES, LLC P.O. BOX 760 WHITEHOUSE, TX 75791 | 5781 | Luminant Mining Company LLC | Unsecured | Undetermined* | Luminant Mining Company LLC | Unsecured | $9,711.97 |
| | REASON FOR MODIFICATION: Modified amount reflects liquidation of claim to reflect the amount owed according to Debtors' books and records and the documentation filed with the proof of claim. | | | | | | | |
| 4 | ADVANCED ANALYTICAL LABORATORIES, LLC P.O. BOX 760 WHITEHOUSE, TX 75791 | 5782 | Oak Grove Management Company LLC | Unsecured | Undetermined* | Oak Grove Management Company LLC | Unsecured | $37,630.23 |
| | REASON FOR MODIFICATION: Modified amount reflects liquidation of claim to reflect the amount owed according to Debtors' books and records and the documentation filed with the proof of claim. | | | | | | | |

**ENERGY FUTURE HOLDINGS CORP., et al.**

REDLINE OF THIRTY-SEVENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 5 TO EXHIBIT A – Modify Amount Claims

| | | | ASSERTED | | | MODIFIED | |
| | | | PRIORITY | | | PRIORITY | |
| NAME | CLAIM # | DEBTOR | STATUS | AMOUNT | DEBTOR | STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|
| 5 AUTOMATIC SYSTEMS, INC. C/O CARMODY MACDONALD P.C. ATTN: GREGORY D. WILLARD, ESQ. 120 SOUTH CENTRAL AVE, STE 1800 SAINT LOUIS, MO 63105-1705 | 4868 | Luminant Mining Company LLC Luminant Mining Company LLC | Secured Unsecured Subtotal | $1,638,207.08* Undetermined* $1,638,207.08* | Luminant Mining Company LLC | Secured | $1,628,207.08 |

REASON FOR MODIFICATION: Modified amount reflects (1) liquidation of claim to reflect the amount owed according to Debtors' books and records and the documentation filed with the proof of claim; and (2) adjustment per a review of the claimant's Proof of Claim, the documents attached thereto, a reasonable review of the Debtors' books and records, and further discussion with the claimant.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 56 BRIDGELINE DIGITAL, INC. ATTN: CAROLE TYNER 80 BLANCHARD ROAD BURLINGTON, MA 01803 TRANSFERRED TO: SIERRA LIQUIDITY FUND, LLC TRANSFEROR: BRIDGELINE DIGITAL, INC. 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | 4493 | Energy Future Holdings Corp. | Unsecured | $22,107.05 | Energy Future Holdings Corp. | Unsecured | $21,505.80 |

REASON FOR MODIFICATION: Modified amount reflects adjustment per a review of the claimant's Proof of Claim, the documents attached thereto, a reasonable review of the Debtors' books and records, and further discussion with Claimant.

* - Indicates claim contains unliquidated and/or undetermined amounts

## ENERGY FUTURE HOLDINGS CORP., et al.

### REDLINE OF THIRTY-SEVENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 5 TO EXHIBIT A – Modify Amount Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 6~~7~~ | MISTRAS GROUP INC PO BOX 742420 ATLANTA, GA 30374-2420 | 7665 | Luminant Generation Company LLC | Unsecured | $8,261.00 | Luminant Generation Company LLC | Unsecured | $8,029.00 |
| | REASON FOR MODIFICATION: Modified amount reflects adjustment for amount paid via check 1002679229 on 10/08/2013. | | | | | | | |
| 7~~8~~ | PRINCESS THREE OPERATING, LLC PO BOX 1983 HENDERSON, TX 75653 | 1987 | Oak Grove Management Company LLC | Unsecured | $75,922.95 | Oak Grove Management Company LLC | Unsecured | $53,000.00 |
| | REASON FOR MODIFICATION: Modified amount reflects adjustment for work not authorized by the Debtor. | | | | | | | |
| ~~9~~ | ~~RANGER EXCAVATING LP C/O STEPHEN SAKONCHICK II, P.C. ATTN: STEPHEN SAKONCHICK, II 6502 CANON WREN DRIVE AUSTIN, TX 78746~~ | ~~2614~~ | ~~Luminant Mining Company LLC~~ | ~~Secured~~ | ~~$890,333.45*~~ | ~~Luminant Mining Company LLC~~ | ~~Secured~~ | ~~$890,333.45~~ |
| | ~~REASON FOR MODIFICATION: Modified amount reflects liquidation of claim to reflect the amount owed according to Debtors' books and records.~~ | | | | | | | |
| 8~~1~~ ~~0~~ | RYAN HERCO PRODUCTS CORP 1330 POST & PADDOCK RD GRAND PRAIRIE, TX 75050 | 4602 | Luminant Generation Company LLC | Unsecured | $5,630.53 | Luminant Generation Company LLC | Unsecured | $4,894.37 |
| | REASON FOR MODIFICATION: Modified amount reflects (1) adjustment for amount paid via check numbers 1002617007 and 1002617418 on 5/15/2012 and 5/18/2012, respectively and (2) adjustment for invoice number 7463116 which is a duplicate of invoice number 7430480 and paid via check number 1002637336 on 10/15/2012. | | | | | | | |

# ENERGY FUTURE HOLDINGS CORP., et al.

## REDLINE OF THIRTY-SEVENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 5 TO EXHIBIT A – Modify Amount Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 9~~1~~ | TNT CRANE & RIGGING, INC. C/O ANDREWS MYERS, P.C. ATTN: LISA M. NORMAN 3900 ESSEX LANE, SUITE 800 HOUSTON, TX 77027 | 4944 | Luminant Mining Company LLC | Secured | $356,315.00 | Luminant Mining Company LLC | Secured | $51,808.00 |

REASON FOR MODIFICATION: Modified amount reflects (1) adjustment for the difference of $304,427.50 which is accounted for in claim nos. 4941 and 4942 on the claim register; and (2) per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 10~~2~~ | TOP LINE RENTAL, LLC ATTN: STANLEY BERRY P.O. BOX 2290 HENDERSON, TX 75653 | 3340 | Luminant Mining Company LLC | Secured | $1,000.00* | Luminant Mining Company LLC | Secured | $3~~1~~,000.00 |
| | | | Luminant Mining Company LLC | Unsecured | $20,261.24* | Luminant Mining Company LLC | Unsecured | $18~~20~~,261.24 |
| | | | | Subtotal | $21,261.24* | | Subtotal | $21,261.24 |

REASON FOR MODIFICATION: Modified amount reflects liquidation of claim to reflect the amount owed according to Debtors' books and records.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 11~~3~~ | WILLIAMS SCOTSMAN INC. ATTN: KRISTIE REYES 901 S. BOND ST. SUITE 600 BALTIMORE, MD 21231 | 1708 | Luminant Generation Company LLC | Unsecured | $43,092.88 | Luminant Generation Company LLC | Unsecured | $42,943.50 |

REASON FOR MODIFICATION: Modified amount reflects adjustment (1) for sales tax asserted (Debtor pays sales tax through a Texas Direct Pay Exemption Certificate), and (2) per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.

| | | | | TOTAL | $532,590.65~~3,061,131.18~~* | | TOTAL | $256,374.66~~2,774,915.19~~ |

**<u>Exhibit F</u>**

**Redline of Exhibit 7**

**(Modify Amount and Modify Classification Claims)**

**ENERGY FUTURE HOLDINGS CORP., et al.**

<span style="color:red">REDLINE OF</span> THIRTY-SEVENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 7 TO EXHIBIT A – Modify Amount and Modify Classification Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | CLASSIFICATION | AMOUNT | MODIFIED DEBTOR | CLASSIFICATION | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | DATA SYSTEMS AND SOLUTIONS LLC C/O ROLLS-ROYCE - NUCLEAR SERVICES ATTN: C. DAVID THOMPSON 5959 SHALLOWFORD ROAD, SUITE 511 CHATTANOOGA, TN 37421 | 7507 | Luminant Generation Company LLC | Secured | $171,276.00* | Luminant Generation Company LLC | Unsecured | $171,276.00 |
| | | | Luminant Generation Company LLC | Unsecured | Undetermined* | | | |
| | | | | Subtotal | $171,276.00* | | | |

REASON FOR MODIFICATION: Modified amount reflects liquidation of claim to reflect the amount owed according to Debtors' books and records and the documentation filed with the proof of claim. Modified classification reflects no evidence of perfected lien or security interest provided.

| | NAME | CLAIM # | DEBTOR | CLASSIFICATION | AMOUNT | DEBTOR | CLASSIFICATION | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | MILLER-STARNES CHEVROLET-BUICK INC 476 W CAMERON AVE ROCKDALE, TX 76567 | 4765 | Luminant Mining Company LLC | Secured | $9,728.88 | Luminant Mining Company LLC | Unsecured | $9,728.88 |
| | | | Luminant Mining Company LLC | Unsecured | $648.00 | | | |
| | | | | Subtotal | $10,376.88 | | | |

REASON FOR MODIFICATION: Modified amount reflects reduction due to disputed amount in the form of interest on outstanding invoices. Modified classification reflects no evidence of perfected lien or security interest provided.

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF THIRTY-SEVENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 7 TO EXHIBIT A – Modify Amount and Modify Classification Claims**

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED CLASSIFICATION | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASSIFICATION | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 3 | RAILWORKS TRACK SYSTEMS, INC. C/O BECKER GLYNN MUFFLY CHASSIN HOSINSKI ATTN: MICHAEL D. MARGULIES, ESQ. 299 PARK AVENUE NEW YORK, NY 10171 | 6184 | Luminant Mining Company LLC | Secured | $590,771.49* | Luminant Mining Company LLC | Secured | $290,041.69 |
| | | | | | | Luminant Mining Company LLC | Unsecured | $300,729.80 |
| | | | | | | | Subtotal | $590,771.49 |

REASON FOR MODIFICATION: Modified amount reflects liquidation of claim to reflect the amount owed according to Debtors' books and records. Modified classification reflects that, according to Debtor's books and records and/or documentation filed with the proof of claim, the claimant did not comply with Section 56.022 of the Property Code and therefore does not qualify for secured classification.

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED CLASSIFICATION | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASSIFICATION | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 4 | RANGER EXCAVATING LP C/O STEPHEN SAKONCHICK II, P.C. ATTN: STEPHEN SAKONCHICK, II 6502 CANON WREN DRIVE AUSTIN, TX 78746 | 2613 | Sandow Power Company LLC | Secured | $292,598.58* | Sandow Power Company LLC | Unsecured | $292,598.58 |

REASON FOR MODIFICATION: Modified amount reflects liquidation of claim to reflect the amount owed according to Debtors' books and records. Modified classification reflects that, according to Debtors' books and records and/or documentation filed with the proof of claim, the claimant is not entitled to a secured constitutional lien against the Debtor for the construction of the haul road and disposal pit because there can only be a lien upon the buildings and articles made or repaired by them and the roads and pit are not considered buildings or articles.

| | | | | TOTAL | $181,652.881,065,022.95* | | TOTAL | $181,004.881,064,374.95 |
|---|---|---|---|---|---|---|---|---|

**Exhibit G**

**Redline of Exhibit 8**

**(Modify Priority Claims)**

**ENERGY FUTURE HOLDINGS CORP., et al.**

REDLINE OF THIRTY-SEVENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 8 TO EXHIBIT A – Modify Priority Claims

| | | | | ASSERTED | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | NAME | CLAIM # | DEBTOR | PRIORITY STATUS |
| 1 | CLARK WELDING SERVICE 369 CALLAHAN AVENUE APPALACHIA, VA 24216 | 2918 | Luminant Mining Company LLC | 503(b)(9) | $139,407.45 | Luminant Mining Company LLC | 503(b)(9) | $120,811.95 |
| | | | | | | Luminant Mining Company LLC | Unsecured | $18,595.50 |
| | | | | | | | Subtotal | $139,407.45 |

REASON: Modified priority reflects that, according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority.

| 2 | CONTROLLED FLUIDS INC 2220 CALDER AVE BEAUMONT, TX 77701 | 4947 | Luminant Generation Company LLC | 503(b)(9) | $11,471.41 | Luminant Generation Company LLC | 503(b)(9) | $9,951.41 |
|---|---|---|---|---|---|---|---|---|
| | | | Luminant Generation Company LLC | Unsecured | $70,444.20 | Luminant Generation Company LLC | Unsecured | $71,964.20 |
| | | | | Subtotal | $81,915.61 | | Subtotal | $81,915.61 |

REASON: Modified priority reflects goods that were received by the Debtor more than 20 days before the petition date, claims for which are ineligible for 503(b)(9) priority status.

| 3 | LONG INDUSTRIES, INC. ATTN: GEORGE YU-FU KING SUITE 570, FOUNDERS SQUARE 900 JACKSON STREET DALLAS, TX 75202-4425 | 5269 | Luminant Generation Company LLC | 503(b)(9) | $162,043.84 | Luminant Generation Company LLC | 503(b)(9) | $24,019.61 |
|---|---|---|---|---|---|---|---|---|
| | | | Luminant Generation Company LLC | Unsecured | $33,973.36 | Luminant Generation Company LLC | Unsecured | $171,997.59 |
| | | | | Subtotal | $196,017.20 | | Subtotal | $196,017.20 |

REASON: Modified priority reflects that, according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority.

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF THIRTY-SEVENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 8 TO EXHIBIT A – Modify Priority Claims**

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | NAME | CLAIM # | DEBTOR | MODIFIED PRIORITY STATUS |
|---|---|---|---|---|---|---|---|---|
| 34 | TERRASOURCE GLOBAL CORPORATION | 4472 | Luminant Generation Company LLC | 503(b)(9) | $32,361.74 | Luminant Generation Company LLC | 503(b)(9) | $28,349.00 |
| | 100 N BROADWAY SUITE 1600 SAINT LOUIS, MO 63102 | | Luminant Generation Company LLC | Unsecured | $36,356.43 | Luminant Generation Company LLC | Unsecured | $40,369.17 |
| | | | | Subtotal | $68,718.17 | | Subtotal | $68,718.17 |

REASON: Modified priority reflects goods that were received by the Debtor more than 20 days before the petition date, claims for which are ineligible for 503(b)(9) priority status.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | NAME | CLAIM # | DEBTOR | MODIFIED PRIORITY STATUS |
|---|---|---|---|---|---|---|---|---|
| 5 | TEXAS BIG SPRING, LP | 8007 | Luminant Energy Company LLC | 503(b)(9) | $406,217.13 | Luminant Energy Company LLC | Unsecured | $406,271.53 |
| | 1095 AVENUE OF THE AMERICAS 25TH FLOOR NEW YORK, NY 10036 | | Luminant Energy Company LLC | Unsecured | $54.40 | | | |
| | | | | Subtotal | $406,271.53 | | | |

REASON: Modified priority reflects that, according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority.

| | | | | TOTAL | $290,041.23892,329.96 | | TOTAL | $290,041.23892,329.96 |

**Exhibit H**

**Redline of Exhibit 9**

**(Modify Classification Claims)**

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF THIRTY-SEVENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 9 TO EXHIBIT A – Modify Classification Claims**

| | NAME | CLAIM # | ASSERTED DEBTOR | CLASSIFICATION | AMOUNT | MODIFIED DEBTOR | CLASSIFICATION | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | LIBERTY FARM LANDSCAPING PO BOX 85 LADONIA, TX 75449 | 4896 | Luminant Generation Company LLC | Secured | $651.17 | Luminant Generation Company LLC | Unsecured | $651.17 |
| | **REASON FOR MODIFICATION:** Modified classification reflects no evidence of perfected lien or security interest provided. | | | | | | | |
| 2 | STEAG ENERGY SERVICES LLC ATTN: BRIGITTE HARTENSTEIN 304 LINWOOD ROAD, SUITE 102 KINGS MOUNTAIN, NC 28086 | 4794 | Oak Grove Management Company LLC | Secured | $69,550.00 | Oak Grove Management Company LLC | Unsecured | $69,550.00 |
| | **REASON FOR MODIFICATION:** Modified classification reflects that, according to Debtors' books and records and/or documentation filed with the proof of claim, the claimant asserts secured classification under artisan's liens; Texas law does not provide liens for entities that fabricate materials, therefore the claimant does not qualify for secured classification. | | | | | | | |
| 3 | STEAG ENERGY SERVICES LLC ATTN: BRIGITTE HARTENSTEIN 304 LINWOOD ROAD, SUITE 102 KINGS MOUNTAIN, NC 28086 | 4795 | Luminant Generation Company LLC | Secured | $165,051.50 | Luminant Generation Company LLC | Unsecured | $165,051.50 |
| | **REASON FOR MODIFICATION:** Modified classification reflects that, according to Debtors' books and records and/or documentation filed with the proof of claim, the claimant asserts secured classification under artisan's liens; Texas law does not provide liens for entities that fabricate materials, therefore the claimant does not qualify for secured classification. | | | | | | | |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF THIRTY-SEVENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 9 TO EXHIBIT A – Modify Classification Claims**

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED CLASSIFICATION | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASSIFICATION | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 24 | TNT CRANE & RIGGING, INC. | 4941 | Oak Grove Management Company LLC | Secured | $291,831.00 | Oak Grove Management Company LLC | Secured | $74,226.75 |
| | C/O ANDREWS MYERS, P.C. | | | | | Oak Grove Management Company LLC | Unsecured | $217,604.25 |
| | ATTN: LISA M. NORMAN 3900 ESSEX LANE, SUITE 800 HOUSTON, TX 77027 | | | | | | Subtotal | $291,831.00 |

REASON FOR MODIFICATION: Modified classification reflects amounts for liens that were not properly perfected as the underlying liabilities do not fall within the scope of Chapter 53 of the Texas Property Code.

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED CLASSIFICATION | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASSIFICATION | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 35 | WILLIAMS PRODUCTS INC | 3937 | Luminant Generation Company LLC | Secured | $0.00 | Luminant Generation Company LLC | Unsecured | $3,432.00 |
| | 1750 MAPLELAWN BLVD TROY, MI 48084-4604 | | Luminant Generation Company LLC | Unsecured | $3,432.00 | | | |
| | | | | Subtotal | $3,432.00 | | | |

REASON FOR MODIFICATION: Modified classification reflects no evidence of perfected lien or security interest provided.

| | | | TOTAL | $295,914.17530,515.67 | | TOTAL | $295,914.17530,515.67 |
|---|---|---|---|---|---|---|---|