# EXHIBIT A

Energy Future Holdings Corp.
First Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| Allied Electronics, Inc. | 3312 | Response filed on 12/10/14. [Docket No. 2964]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| Allied Electronics, Inc. | 3313 | Response filed on 12/10/14. [Docket No. 2964]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| Emerson Network Power Liebert Services | 3297 | Response filed on 12/11/14. [Docket No. 2970]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

14070135_1

# **EXHIBIT B**

Energy Future Holdings Corp.
Third Omnibus (Non-Substantive) Objection to Claims

**Exhibit A**

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| BETTS, BARBARA | 3831 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| CAESAR, RUTH | 5630 | Response filed on January 5, 2015. [Docket No. 3171]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| DELGADO, MARIA NAVEJAR | 2004 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| GUY, MASON | 2738 | Response filed on December 29, 2014. [Docket No. 3153]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| KEYES, SUSAN | 2891 | Response filed on December 31, 2014. [Docket No. 3164]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| NEAL, KATHEY | 1499 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| NEDD-JOHNSON, NANNETTE | 2021 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| OLBRISH, KIMBERLEY | 669 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| SMITH, CYNTHIA | 1423 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

RLF-14070138_1

Energy Future Holdings Corp.
Third Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| SOTO, MARIA | 428 | Informal response received. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

2

**EXHIBIT C**

Energy Future Holdings Corp.
Fourth Omnibus (Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit 3 to Exhibit A** | | |
| Brinkley, Annie | 2345 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

14070682_1

# EXHIBIT D

Energy Future Holdings Corp.
Sixth Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| DE LA CERDA JR., JOE F. | 1324 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| HAWKINS, MONICA R. | 1868 | Response filed on 1/27/15. [Docket No. 3386]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| MITCHELL, STEPHEN W. | 2636 | Response filed on 1/23/15. [Docket No. 3355]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| MOORE, DEBORAH D. | 3927 | Response filed on 1/23/15. [Docket No. 3352]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| ROBINSON, JOANN M. | 4959 | Response filed on 1/28/15. [Docket No. 3389]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| WOODS, SHANTA | 2899 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

1

**EXHIBIT E**

Energy Future Holdings Corp.
Seventh Omnibus (Substantive) Objection to Claims

## Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| EDWARDS, DEANNA | 9922 | Response filed on 1/28/15. [Docket No. 3388]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| EDWARDS, GERALD | 9923 | Response filed on 1/28/15. [Docket No. 3388]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

1

**EXHIBIT F**

Energy Future Holdings Corp.
Eighth Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| BEARD JR., JACK ROGERS | 2304 | Response filed on February 11, 2015. [Docket No. 3511]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| GRIFFIN, LEO | 2191 | Response filed on February 9, 2015. [Docket No. 3498]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| MCCLAIN, JACKIE | 417 | Response filed on February 9, 2015. [Docket No. 3500]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| MORENO, JESUS | 2730 | Response filed on February 18, 2015. [Docket No. 3578]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

RLF-14070686_1

# EXHIBIT G

Energy Future Holdings Corp.
Tenth Omnibus (Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| JOHNSON-CAULEY, MELVA D. | 2686 | Response filed on February 24, 2015. [Docket No. 3636]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

1

# EXHIBIT H

Energy Future Holdings Corp.
Twelfth Omnibus (Non-Substantive) Objection to Claims

## Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| COVENEY, SANDI | 623 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| KAHLE, MARCIA | 1371 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| MATHEU, CHRISTINA | 1637 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| WASHINGTON, ROSE B S | 6162 | Response filed on March 27, 2015. [Docket No. 3998]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| WATSON, EVELYN | 1562 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

1

**EXHIBIT I**

Energy Future Holdings Corp.
Thirteenth Omnibus (Non-Substantive) Objection to Claims

**Exhibit A**

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| ALLEN, GAYE | 3445 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| ALLEN, JUDY | 3619 | Response filed on April 14, 2015. [Docket No. 4154]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| BAILEY, NIKITA | 2014 | Response filed on April 14, 2015. [Docket No. 4153]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| BELL, MARILYN | 3368 | Response filed on April 14, 2015. [Docket No. 4152]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| CARTER, SHARRON DENISE | 5735 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| CORBELL, KARLA | 4435 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| COX, DONALD L | 2701 | Response filed on April 8, 2015. [Docket No. 4088]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| GARCIA, STELLA | 5228 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| HUGHES, JOAN H | 4465 | Response filed on April 14, 2015. [Docket No. 4150]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

1

Energy Future Holdings Corp.
Thirteenth Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| MARRS, OPAL | 2252 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| PHILLIPS, MARY JAME | 844 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| PIPKIN, LORENZO III | 8052 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| SMALL, YOLANDA NICOLE | 4830 | Response filed on April 8, 2015. [Docket No. 4089]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| STEPHENSON, ALBERT | 3519 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| VAUGHN, TERETTA | 8063 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| VILLARREAL, TIMMY | 1520 | Response filed on April 10, 2015. [Docket No. 4114]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| WALKER, ROBERT | 3557 | Response filed on April 14, 2015. [Docket No. 4151]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| WILLIAMS, MELVIN | 3256 | Response filed on April 17, 2015. [Docket No. 4204]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

RLF-14070163_1

# EXHIBIT J

Energy Future Holdings Corp.
Fifteenth Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| MAURILLO, AMELIA | 4599 | Response filed on April 17, 2015. [Docket No. 4206]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

1

# **EXHIBIT K**

Energy Future Holdings Corp.
Sixteenth Omnibus (Non-Substantive) Objection to Claims

## Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| KOVACH, AUSTIN | 9867 | Response filed on July 8, 2015. [Docket No. 4943]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| MYLES, JACQUELYN A | 9600 | Response filed on July 1, 2015. [Docket No. 4906]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| PHILLIPS, DONNA | 2226 | Response filed on June 30, 2015. [Docket No. 4896 & 4897]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| REDIC, CORA | 9919 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

1

# EXHIBIT L

Energy Future Holdings Corp.
Seventeenth Omnibus (Substantive) Objection to Claims

## Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| EDWARDS, GERALD | 7659 | Response filed on July 8, 2015. [Docket No. 4942]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| ENGLISH, WAYNE | 9800 | Response filed on June 29, 2015. [Docket No. 4882]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| LAMMERS, LINDA | 251 | Response filed on July 2, 2015. [Docket No. 4919]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| RAILROAD MANAGEMENT, LLC, MANAGING AGENT | 7840 | Informal response received. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| RAILROAD MANAGEMENT, LLC, MANAGING AGENT | 7841 | Informal response received. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| RAILROAD MANAGEMENT, LLC, MANAGING AGENT | 7842 | Informal response received. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

1

**EXHIBIT M**

Energy Future Holdings Corp.
Eighteenth Omnibus (Substantive) Objection to Claims

## Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| HILDRETH, JOHN | 4230 | Informal response received. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

1

**EXHIBIT N**

Energy Future Holdings Corp.
Nineteenth Omnibus (Non-Substantive) Objection to Claims

## Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| LEWIS, MELISSA C | 9698 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| INVENSYS SYSTEMS, INC. | 4478 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

1

**EXHIBIT O**

Energy Future Holdings Corp.
Twenty-First Omnibus (Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| HCL AMERICA, INC | 6072 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| HCL AMERICA, INC | 6074 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| HCL AMERICA, INC | 6075 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| TANNOR PARTNERS CREDIT FUND LP | 3637 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| TANNOR PARTNERS CREDIT FUND LP | 4684 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

1

# EXHIBIT P

Energy Future Holdings Corp.
Twenty Second (Non-Substantive) Objection to Claims

| Name of Creditor | Claim Number | Status of Claim |
|---|---|---|
| GLOBAL TECHNICAL TRAINING SERVICES INC. | 3736 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtor once a hearing date is scheduled. |

2016.3.7 Claim Chart re 22nd Omnibus Claims

**EXHIBIT Q**

Energy Future Holdings Corp.
Twenty Third (Substantive) Objection to Claims

| Name of Creditor | Claim Number | Status of Claim |
|---|---|---|
| FLANDERS ELECTRIC INC. | 1862 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtor once a hearing date is scheduled. |
| FLANDERS ELECTRIC INC. | 1863 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtor once a hearing date is scheduled. |
| FLANDERS ELECTRIC INC. | 1866 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtor once a hearing date is scheduled. |
| TANNOR PARTNERS CREDIT FUND LP | 2221 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtor once a hearing date is scheduled. |
| REDDY ICE CORP. (transferred to Liquidity Solutions, Inc.) | 3250 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtor once a hearing date is scheduled. |
| SUNGARD CONSULTING SERVICES LLC | 5714 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtor once a hearing date is scheduled. |

# EXHIBIT R

Energy Future Holdings Corp.
Twenty-Fifth Omnibus (Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| FLUOR ENTERPRISES, INC. | 7777 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| FLUOR ENTERPRISES, INC. | 7778 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| FLUOR ENTERPRISES, INC. | 7779 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

1

**EXHIBIT S**

Energy Future Holdings Corp.
Twenty-Sixth Omnibus (Substantive) Objection to Claims

### Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| FLUOR ENTERPRISES, INC. DBA FLUOR GLOBAL | 7776 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| FLUOR ENTERPRISES, INC. DBA FLUOR GLOBAL | 7774 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| FLUOR ENTERPRISES, INC. DBA FLUOR GLOBAL | 7775 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

1

**EXHIBIT T**

Energy Future Holdings Corp.
Twenty Seventh (Non-Substantive) Objection to Claims

| Name of Creditor | Claim Number | Status of Claim |
|---|---|---|
| LHOIST NORTH AMERICA OF TEXAS, LTD | 3961 | Informal response received. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtor once a hearing date is scheduled. |

# EXHIBIT U

Energy Future Holdings Corp.
Twenty Eighth (Substantive) Objection to Claims

| Creditor Name | Claim Number | Status of Claim |
|---|---|---|
| SHALE-INLAND HOLDINGS LLC | 1776 | Informal response received. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtor once a hearing date is scheduled. |
| AIRGAS USA, LLC | 3314 | Informal response received. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtor once a hearing date is scheduled. |
| DISTRIBUTION NOW L.P. | 5014 | Informal response received. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtor once a hearing date is scheduled. |
| REXEL, INC. | 5718 | Response filed on 9/2/15. [Docket No. 5838]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtor once a hearing date is scheduled. |
| BENETECH, INC. | 5776 | Response filed on 8/31/15. [Docket No. 5834]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtor once a hearing date is scheduled. |
| VERIZON WIRELESS | 6264 | Response filed on 8/31/15. [Docket No. 5802]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtor once a hearing date is scheduled. |
| CLYDE BERGEMANN POWER GROUP AMERICAS INC | 7852 | Informal response received. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtor once a hearing date is scheduled. |

1

**EXHIBIT V**

Energy Future Holdings Corp.
Thirty-Fourth Omnibus (Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| KNIFE RIVER CORPORATION - SOUTH | 5246 | Response filed on October 30, 2015. [Docket No. 6798]. Informal response received. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| API SYSTEMS GROUP INC | 4018 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled.  The hearing on this claim will go forward. |
| 5DT INC. | 3429 | Informal response received. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

1

**EXHIBIT W**

Energy Future Holdings Corp.
Thirty-Fifth Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| SOUTHWEST GAS CORPORATION | 4697 | A certification of no objection has been filed. |
| WANDER, AMY L. | 11609 | A certification of no objection has been filed. |
| CITY OF SULPHUR SPRINGS | 2204 | A certification of no objection has been filed. |
| CONGRESS HOLDINGS, LTD. | 3672 | A certification of no objection has been filed. |
| DEPARTMENT OF THE TREASURY - IRS | 9979 | A certification of no objection has been filed. |
| DEPARTMENT OF THE TREASURY - IRS | 9980 | A certification of no objection has been filed. |
| DEPARTMENT OF THE TREASURY - IRS | 9981 | A certification of no objection has been filed. |
| DEPARTMENT OF THE TREASURY - IRS | 9982 | A certification of no objection has been filed. |
| DEPARTMENT OF THE TREASURY - IRS | 9983 | A certification of no objection has been filed. |
| DEPARTMENT OF THE TREASURY - IRS | 11814 | A certification of no objection has been filed. |
| HOPKINS COUNTY | 6202 | A certification of no objection has been filed. |
| KSB INC. | 2353 | A certification of no objection has been filed. |
| SMITH COUNTY | 11185 | A certification of no objection has been filed. |
| SULPHUR SPRINGS ISD | 3187 | A certification of no objection has been filed. |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | 8088 | A certification of no objection has been filed. |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | 8089 | A certification of no objection has been filed. |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | 8094 | A certification of no objection has been filed. |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | 8095 | A certification of no objection has been filed. |
| DARR EQUIPMENT | 4805 | A certification of no objection has been filed. |
| ETTL ENGINEERS & CONSULTANTS INC | 4196 | A certification of no objection has been filed. |
| FLSMIDTH USA INC. | 5900 | A certification of no objection has been filed. |
| HI-TECH TESTING SERVICE INC | 9653 | A certification of no objection has been filed. |
| HI-TECH TESTING SERVICE INC | 9665 | A certification of no objection has been filed. |
| KSB, INC. | 12543 | A certification of no objection has been filed. |
| MHCX-PLORATION | 4085 | A certification of no objection has been filed. |
| TRC ENVIRONMENTAL CORP | 7799 | A certification of no objection has been filed. |

RLF-14081239_1

# EXHIBIT X

Energy Future Holdings Corp.
Thirty-Sixth Omnibus (Substantive) Objection to Claims

## Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| CASEY INDUSTRIAL, INC. | 7761 | A revised form of order has been submitted under certification of counsel. |
| CITY OF DALLAS | 13342 | A revised form of order has been submitted under certification of counsel. |
| CONTROL SYSTEMS COMPANY | 12786 | A revised form of order has been submitted under certification of counsel. |
| CONTROL SYSTEMS COMPANY | 12787 | A revised form of order has been submitted under certification of counsel. |
| CONTROL SYSTEMS COMPANY | 12788 | A revised form of order has been submitted under certification of counsel. |
| CONTROL SYSTEMS COMPANY | 12789 | A revised form of order has been submitted under certification of counsel. |
| CONTROL SYSTEMS COMPANY | 13315 | A revised form of order has been submitted under certification of counsel. |
| CONTROL SYSTEMS COMPANY | 13316 | A revised form of order has been submitted under certification of counsel. |
| CONTROL SYSTEMS COMPANY | 13317 | A revised form of order has been submitted under certification of counsel. |
| CONTROL SYSTEMS COMPANY | 13318 | A revised form of order has been submitted under certification of counsel. |
| FLSMIDTH KREBS INC | 7999 | A revised form of order has been submitted under certification of counsel. |
| FLSMIDTH KREBS INC | 8000 | A revised form of order has been submitted under certification of counsel. |
| FLSMIDTH KREBS INC | 8001 | A revised form of order has been submitted under certification of counsel. |
| KSB, INC. | 12607 | A revised form of order has been submitted under certification of counsel. |
| BURLESON INDEPENDENT SCHOOL DISTRICT | 22 | A revised form of order has been submitted under certification of counsel. |
| BURLESON INDEPENDENT SCHOOL DISTRICT | 10034 | A revised form of order has been submitted under certification of counsel. |

Energy Future Holdings Corp.
Thirty-Sixth Omnibus (Substantive) Objection to Claims

**Exhibit A**

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| CITY OF COPPELL | 11824 | A revised form of order has been submitted under certification of counsel. |
| RED BALL OXYGEN COMPANY | 10066 | Response filed on March 1, 2016. [Docket No. 7956]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. The hearing on this claim will go forward. |
| RED BALL OXYGEN COMPANY | 10067 | Response filed on March 1, 2016. [Docket No. 7956]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. The hearing on this claim will go for |
| RED BALL OXYGEN COMPANY | 10068 | Response filed on March 1, 2016. [Docket No. 7956]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. The hearing on this claim will go for |
| RED BALL OXYGEN COMPANY | 10069 | Response filed on March 1, 2016. [Docket No. 7956]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. The hearing on this claim will go for |
| RED BALL OXYGEN COMPANY | 10070 | Response filed on March 1, 2016. [Docket No. 7956]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. The hearing on this claim will go for |
| RED BALL OXYGEN COMPANY | 10071 | Response filed on March 1, 2016. [Docket No. 7956]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. The hearing on this claim will go for |

# EXHIBIT Y

Energy Future Holdings Corp.
Thirty-Seventh Omnibus (Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| ARAMARK UNIFORM & CAREER APPAREL, LLC | 5865 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled.  The hearing on this claim will go forward. |
| CUMMINS SOUTHERN PLAINS LLC | 7671 | A revised form of order has been submitted under certification of counsel. |
| PURVIS INDUSTRIES | 9859 | A revised form of order has been submitted under certification of counsel. |
| RED BALL OXYGEN COMPANY | 7677 | Response filed on March 1, 2016. [Docket No. 7956]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled.  The hearing on this claim will go forward. |
| RED RIVER PUMP SPECIALISTS LLC | 7590 | A revised form of order has been submitted under certification of counsel. |
| EMERSON PROCESS MANAGEMENT POWER & WATER | 43 | A revised form of order has been submitted under certification of counsel. |
| NALCO CO | 3016 | A revised form of order has been submitted under certification of counsel. |
| RED BALL OXYGEN COMPANY | 7676 | Response filed on March 1, 2016. [Docket No. 7956]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled.  The hearing on this claim will go for |
| RED BALL OXYGEN COMPANY | 7679 | Response filed on March 1, 2016. [Docket No. 7956]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled.  The hearing on this claim will go for |
| TELEDYNE MONITOR LABS | 7598 | A revised form of order has been submitted under certification of counsel. |

Energy Future Holdings Corp.
Thirty-Seventh Omnibus (Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| TNT CRANE & RIGGING, INC. | 4942 | A revised form of order has been submitted under certification of counsel. |
| NALCO CO | 3015 | A revised form of order has been submitted under certification of counsel. |
| RED BALL OXYGEN COMPANY | 7675 | Response filed on March 1, 2016. [Docket No. 7956]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled.  The hearing on this claim will go for |
| RED BALL OXYGEN COMPANY | 7678 | Response filed on March 1, 2016. [Docket No. 7956]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled.  The hearing on this claim will go for |
| ADVANCED ANALYTICAL LABORATORIES, LLC | 5779 | A revised form of order has been submitted under certification of counsel. |
| ADVANCED ANALYTICAL LABORATORIES, LLC | 5780 | A revised form of order has been submitted under certification of counsel. |
| ADVANCED ANALYTICAL LABORATORIES, LLC | 5781 | A revised form of order has been submitted under certification of counsel. |
| ADVANCED ANALYTICAL LABORATORIES, LLC | 5782 | A revised form of order has been submitted under certification of counsel. |
| AUTOMATIC SYSTEMS, INC. | 4868 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled.  The hearing on this claim will go forward. |
| MISTRAS GROUP INC | 7665 | A revised form of order has been submitted under certification of counsel. |
| PRINCESS THREE OPERATING, LLC | 1987 | A revised form of order has been submitted under certification of counsel. |

2

Energy Future Holdings Corp.
Thirty-Seventh Omnibus (Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| RANGER EXCAVATING LP | 2614 | Response filed on February 19, 2016. [Docket No. 7898]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled.  The hearing on this claim will go forward. |
| RYAN HERCO PRODUCTS CORP | 4602 | A revised form of order has been submitted under certification of counsel. |
| SIERRA LIQUIDITY FUND, LLC | 4493 | A revised form of order has been submitted under certification of counsel. |
| TNT CRANE & RIGGING, INC. | 4944 | A revised form of order has been submitted under certification of counsel. |
| TOP LINE RENTAL, LLC | 3340 | A revised form of order has been submitted under certification of counsel. |
| WILLIAMS SCOTSMAN INC. | 1708 | A revised form of order has been submitted under certification of counsel. |
| GE INSPECTION TECHNOLOGIES, LP | 7860 | A revised form of order has been submitted under certification of counsel. |
| GENERAL ELECTRIC INTERNATIONAL | 7861 | A revised form of order has been submitted under certification of counsel. |
| PROGRESS RAIL SERVICES | 6252 | A revised form of order has been submitted under certification of counsel. |
| DATA SYSTEMS AND SOLUTIONS LLC | 7507 | A revised form of order has been submitted under certification of counsel. |
| MILLER-STARNES CHEVROLET-BUICK INC | 4765 | A revised form of order has been submitted under certification of counsel. |
| RAILWORKS TRACK SYSTEMS, INC. | 6184 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled.  The hearing on this claim will go forward. |

3

Energy Future Holdings Corp.
Thirty-Seventh Omnibus (Substantive) Objection to Claims

## Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| RANGER EXCAVATING LP | 2613 | Response filed on February 19, 2016. [Docket No. 7901]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. The hearing on this claim will go forward. |
| CLARK WELDING SERVICE | 2918 | A revised form of order has been submitted under certification of counsel. |
| CONTROLLED FLUIDS INC | 4947 | A revised form of order has been submitted under certification of counsel. |
| LONG INDUSTRIES, INC. | 5269 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. The hearing on this claim will go forward. |
| TERRASOURCE GLOBAL CORPORATION | 4472 | A revised form of order has been submitted under certification of counsel. |
| TEXAS BIG SPRING, LP | 8007 | Response filed on February 23, 2016. [Docket No. 7919]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. The hearing on this claim will go forward. |
| LIBERTY FARM LANDSCAPING | 4896 | A revised form of order has been submitted under certification of counsel. |
| STEAG ENERGY SERVICES LLC | 4794 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. The hearing on this claim will go forward. |
| STEAG ENERGY SERVICES LLC | 4795 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. The hearing on this claim will go forward. |
| TNT CRANE & RIGGING, INC. | 4941 | A revised form of order has been submitted under certification of counsel. |

4

Energy Future Holdings Corp.
Thirty-Seventh Omnibus (Substantive) Objection to Claims

## Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| WILLIAMS PRODUCTS INC | 3937 | A revised form of order has been submitted under certification of counsel. |

5

RLF-14081287_1