# **EXHIBIT A**

## SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY

(See Guidelines C.8. for project category information.)

| Project Category | Hours Budgeted | Fees Budgeted | Hours Billed | Fees Sought |
|---|---|---|---|---|
| Administration | | | - | $ - |
| Asset Disposition | | | 0.60 | $ 276.50 |
| Assumption/Rejection of Leases & Contracts | | | 0.20 | $ 112.00 |
| Avoidance Action Analysis | | | 0.20 | $ 89.00 |
| Bankruptcy-Related Advice | | | 13.00 | $ 4,825.00 |
| Business Operations | | | 2.30 | $ 1,414.50 |
| Case Administration | | | 8.10 | $ 4,639.50 |
| Claims Administration & Objections | | | 0.80 | $ 494.00 |
| Corporate Governance & Board Matters | | | 0.20 | $ 135.00 |
| Employment/Fee Applications | | | 26.80 | $ 11,478.00 |
| Financing & Cash Collateral | | | 0.90 | $ 515.50 |
| General Bankruptcy Advice/Opinions | | | 0.30 | $ 120.00 |
| Litigation Contested Matters(excl assump/rejection motions | | | 5.10 | $ 2,955.50 |
| Meetings of & Communications with Creditors or the Comm | | | 2.50 | $ 1,237.00 |
| Non-Working Travel | | | 18.00 | $ 9,297.00 |
| Operations | | | 200.80 | $ 106,534.50 |
| Tax Issues | | | 0.90 | $ 538.50 |
| | | | 280.70 | $ 144,661.50 |

# **EXHIBIT B**

52474825.1

SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FEE APPLICATION

| Name | Title | Section | Date of First Admission | Fees Billed | Hours Billed | Hourly Rate Billed in This Application | Hourly Rate Billed in First Interim Application | Number of Rate Increases Since Case Inception |
|---|---|---|---|---|---|---|---|---|
| Bird, James E. | Shareholder | FR Bankruptcy and Restructuring | 10/15/1980 | $ 3,813.00 | 6.20 | 615.00 | - | 0 |
| Callenbach, Anne E. | Shareholder | BU Energy | 05/01/1998 | $ 49,488.00 | 103.10 | 480.00 | - | 0 |
| Caro, Jr., Frank A. | Shareholder | BU Energy | 05/01/1983 | $ 1,980.00 | 3.30 | 600.00 | - | 0 |
| Church, Jr., William H. | Shareholder | LI Commercial Litigation | 11/01/1988 | $ 2,040.00 | 3.40 | 600.00 | - | 0 |
| Edelson, Justin K. | Shareholder | FR Bankruptcy and Restructuring | 05/01/2007 | $ - | - | - | - | 0 |
| Edelson, Justin K. | Shareholder | FR Bankruptcy and Restructuring | 05/01/2007 | $ 13,127.50 | 29.50 | 445.00 | - | 0 |
| Katona, Shanti M. | Shareholder | FR Bankruptcy and Restructuring | 05/01/2007 | $ 89.00 | 0.20 | 445.00 | - | 0 |
| Ward, Chris A. | Shareholder | FR Bankruptcy and Restructuring | 12/15/1999 | $ - | - | - | - | 0 |
| Ward, Chris A. | Shareholder | FR Bankruptcy and Restructuring | 12/15/1999 | $ 11,947.50 | 17.70 | 675.00 | - | 0 |
| Ross, Matthew E. | Shareholder | BU Energy | 01/01/1999 | $ 57,399.00 | 100.70 | 570.00 | - | 0 |
| Vine, Jarrett K. | Associate | FR Bankruptcy and Restructuring | 01/01/2009 | $ 680.00 | 1.70 | 400.00 | - | 0 |
| Suprum, Lindsey M. | Paralegal | FR Bankruptcy and Restructuring | | $ - | - | - | - | 0 |
| Suprum, Lindsey M. | Paralegal | FR Bankruptcy and Restructuring | | $ 4,097.50 | 14.90 | 275.00 | - | 0 |
| | | | | $ 144,661.50 | 280.70 | 515.36 | | |

## CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES WITH FEE APPLICATIONS

(See Guidelines C.3. for definitions of terms used in this Exhibit.)

| Category of Timekeeper (using categories already maintained by the firm) | BLENDED HOURLY RATE | |
|---|---|---|
| | BILLED OR COLLECTED<br>Firm or offices for preceding year, excluding bankruptcy | BILLED<br>In this fee application |
| Shareholder | $ 472.45 | $ 529.66 |
| Associate | $ 339.97 | $ 400.00 |
| Paralegal | $ 238.47 | $ 275.00 |
| | | |
| All timekeepers averaged | $ 458.20 | $ 515.36 |

# **EXHIBIT C**

52474825.1

## SUMMARY OF EXPENSE REIMBURSEMENT REQUESTED BY CATEGORY

(See Guidelines C.8. for project category information.)

| Category | Amount |
|---|---|
| Airfare | $ (919.29) |
| Lodging | $ 4,588.10 |
| Meals | $ 1,671.05 |
| Transcript of Proceedings | $ 52.80 |
| Travel | $ 270.05 |
| | $ 5,662.71 |

# **EXHIBIT D**



# Invoice Detail

For Professional Services Through 1/31/16  
File No. 078582-475724  
**Re: Energy Future Holdings Bankruptcy**

Page 47  
February 23, 2016  
Invoice No: 1259129

## Disbursements

| Date | Description | Amount |
|---|---|---|
| 01/05/16 | Meals Reliable Wilmington lunch pickup/delivery | $34.49 |
| 01/08/16 | Airfare Matthew E. Ross Seat Upgrades return flight from Austin TX to DCA on Jan 15 2016078 | 74.79 |
| 01/10/16 | Meals Matthew E. Ross Southwest Airlines - Beverage on plane. | 5.00 |
| 01/10/16 | Meals Matthew E. Ross Citbo Express Market at Airport - Misc. items - Beverage and gum | 6.02 |
| 01/10/16 | Travel Anne E. Callenbach Car service to airport for trip to Austin TX for hearing | 54.00 |
| 01/10/16 | Travel Anne E. Callenbach Cab fare for trip to Austin TX for hearing | 55.00 |
| 01/10/16 | Meals Anne E. Callenbach Dinner (Matt Ross and Erica Richards - NY Bankruptcy counsel) | 103.35 |
| 01/11/16 | Meals Matthew E. Ross Halcyon Restaurant - Austin - Dinner | 26.11 |
| 01/11/16 | Travel Matthew E. Ross Lone Star Cab - Taxi from Airport to Hotel | 27.75 |
| 01/11/16 | Meals Reliable Wilmington meal pickup/delivery | 62.88 |
| 01/11/16 | Meals Anne E. Callenbach Lunch (Matt Ross and Erica Richards - NY Bankruptcy counsel) | 58.01 |
| 01/12/16 | Meals Matthew E. Ross Dinner with Anne Callenback and Erica Richards (Morrison Foerster) Erica Richards, Anne E. Callenbach | 80.07 |
| 01/12/16 | Travel Anne E. Callenbach Cab fare for trip to Austin TX for hearing (hotel to PUCT) | 12.00 |
| 01/12/16 | Meals Matthew E. Ross The Elephant Room - Drinks | 15.80 |
| 01/12/16 | Meals Anne E. Callenbach Lunch (Matt Ross and Erica Richards - NY Bankruptcy counsel) | 27.53 |
| 01/12/16 | Lodging Anne E. Callenbach Hotel Jan 10-15 (5 nites@422.05 nite) | 2,110.25 |
| 01/13/16 | Airfare ROSS/MATTHEW EVAN 01/13/16 Travel agent fee | 34.00 |
| 01/13/16 | Airfare ROSS/MATTHEW EVAN 01/15/16 AUS.CLT DCA | 3.00 |
| 01/13/16 | Airfare ROSS/MATTHEW EVAN 01/13/16 tkt refunded by the carrier | (608.98) |
| 01/13/16 | Meals Matthew E. Ross Sushi Junai - Austin TX - Luncheon meeting with Anne Callenbach and Erica Richards Erica Richards, Anne E. Callenbach | 85.31 |
| 01/13/16 | Meals Matthew E. Ross Congress Austin Hotel - Drinks | 11.74 |
| 01/13/16 | Meals Matthew E. Ross Halcyon Restaurant - Breakfast | 10.44 |
| 01/13/16 | Meals Matthew E. Ross Congress Restaurant - Austin - Drinks Meeting - Anne Callenbach and Erica Richards Erica Richards, Anne E. Callenbach | 44.89 |
| 01/14/16 | Meals Matthew E. Ross Halcyon Hotel - Austin TX Breakfast | 10.44 |
| 01/14/16 | Meals Anne E. Callenbach Lunch (Matt Ross and Erica Richards - NY Bankruptcy counsel) | 80.36 |
| 01/14/16 | Meals Anne E. Callenbach Dinner (Matt Ross and Erica Richards - NY Bankruptcy counsel) | 521.66 |



# Invoice Detail

For Professional Services Through 1/31/16  
File No. 078582-475724  
**Re: Energy Future Holdings Bankruptcy**

Page 48  
February 23, 2016  
Invoice No: 1259129

| Date | Description | Amount |
|---|---|---:|
| 01/15/16 | Meals Anne E. Callenbach Lunch (Matt Ross and Erica Richards - NY Bankruptcy counsel) | 48.00 |
| 01/15/16 | Travel Anne E. Callenbach Cab fare for trip to Austin TX for hearing | 38.80 |
| 01/15/16 | Meals Anne E. Callenbach Food and Beverage at the Hotel Jan 10-15 | 326.40 |
| 01/15/16 | Airfare Matthew E. Ross American Airlines - Baggage Fee | 25.00 |
| 01/15/16 | Meals Matthew E. Ross Annie's Cafe and Bar - Austin Airport - Lunch | 19.14 |
| 01/15/16 | Lodging Matthew E. Ross W Hotel Austin Texas - Lodging for week of Jan 10-15 - during Oncor Regulatory Hearing Austin TX | 2,477.85 |
| 01/15/16 | Travel Matthew E. Ross Yellow Cab - Taxi from W Hotel to Airport | 28.50 |
| 01/15/16 | Meals Matthew E. Ross Paradies Shops - Charlotte Airport - Misc. Items - water etc. | 5.77 |
| 01/17/16 | Travel Anne E. Callenbach Car service to airport for trip to Austin TX for hearing | 54.00 |
| 01/18/16 | Transcript of Proceedings Veritext New York Reporting Co. certified transcript | 52.80 |
| 01/19/16 | Airfare ROSS/MATTHEW EVAN 01/20/16 AUS.CLT DCA | (447.10) |
| 01/28/16 | Meals Reliable Wilmington lunch pickup/delivery | 53.76 |
| 01/31/16 | Meals Reliable Wilmington Meal pickup/delivery | 33.88 |
| | **Total Disbursements** | **$5,662.71** |

Total Disbursements 5,662.71

**Total Current Charges Due** $150,324.21