IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
|  | ) **Re: D.I. 7894, 7895** |

**CERTIFICATION OF COUNSEL CONCERNING ORDER (A) APPROVING AN INCREASE IN THE LIMIT ON THE DEBTORS' AUTHORITY TO PAY NON-INSIDER SEVERANCE AND (B) AUTHORIZING THE DEBTORS TO PAY INSIDER SEVERANCE IN ACCORDANCE WITH THE INSIDER SEVERANCE PROCEDURES**

The undersigned hereby certifies as follows:

1. On February 18, 2016, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Motion of Energy Future Holdings Corp., et al., for Entry of an Order (A) Approving an Increase in the Limit on the Debtors' Authority to Pay Non-Insider Severance and (B) Authorizing the Debtors to Pay Insider Severance in Accordance with the Insider Severance Procedures* [D.I. 7894] (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").[2] By the Motion, the Debtors are seeking the entry of an order

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] On February 18, 2016, the Debtors also filed the *Declaration of Carrie Kirby, Executive Vice President of Human Resources and Administration of Energy Future Holdings Corp., in Support of the Motion of Energy Future Holdings Corp., et al. for Entry of an Order (A) Approving an Increase in the Limit on the Debtors' Authority to Pay Non-Insider Severance and (B) Authorizing the Debtors to Pay Insider Severance in Accordance with the Insider Severance Procedures* [D.I. 7895] in connection with, and in support of, the Motion.

RLF1 14087988v.1

(a) approving an increase of the Non-Insider Severance Cap[3], to total an amount not to exceed $35 million in the aggregate and (b) authorizing the Debtors to honor obligations to certain insiders on account of the Severance Program, in accordance with the Insider Severance Procedures.

2. Pursuant to the *Notice of "Motion of Energy Future Holdings Corp., et al., for Entry of an Order (A) Approving an Increase in the Limit on the Debtors' Authority to Pay Non-Insider Severance and (B) Authorizing the Debtors to Pay Insider Severance in Accordance with the Insider Severance Procedures" and Hearing Thereon*, filed and served contemporaneously with the Motion, objections or responses to the Motion were to be filed and served no later than 4:00 p.m. (Eastern Standard Time) on March 3, 2016 (the "Objection Deadline"). The Objection Deadline was extended for the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") to March 4, 2016. A hearing to consider the relief requested in the Motion is currently scheduled to take place before the Bankruptcy Court on March 10, 2016 starting at 10:00 a.m. (Eastern Standard Time).

3. Prior to the Objection Deadline, each of (a) the TCEH Creditors' Committee, (b) the EFH Creditors' Committee, (c) the ad hoc group of TCEH unsecured noteholders, (d) the Ad Hoc Committee of TCEH First Lien Creditors, and (e) the U.S. Trustee provided informal comments to the Motion (collectively, the "Informal Responses").

4. Other than the Informal Responses, as of the date hereof, the Debtors have received no other responses or objections in connection with the Motion nor do any other objections thereto appear on the Bankruptcy Court's docket in the Debtors' chapter 11 cases. Based on various communications by and between the Debtors, the TCEH Creditors' Committee,

---

[3] Capitalized terms used, but not otherwise defined, herein shall be ascribed the same meanings given to them in the Motion.

2

RLF1 14087988v.1

the EFH Creditors' Committee, the ad hoc group of TCEH unsecured noteholders, the Ad Hoc Committee of TCEH First Lien Creditors, and the U.S. Trustee, the Debtors have prepared a revised form of order (the "Revised Order") in connection with the Motion, which fully resolves the Informal Responses. A copy of the Revised Order is attached hereto as **Exhibit A**. A blackline, comparing the Revised Order against the form of order originally filed along with the Motion is attached hereto as **Exhibit B**. For the convenience of the Bankruptcy Court and other parties-in-interest, attached hereto as **Exhibit C** is a blackline comparing the Revised Order against the form of order originally filed along with the Motion as modified by the Debtors to include recitation of the Insider Severance Procedures set forth at paragraph 15 of the Motion. The Revised Order has been circulated to, and is acceptable to, the Debtors, the TCEH Creditors' Committee, the EFH Creditors' Committee, the ad hoc group of TCEH unsecured noteholders, the Ad Hoc Committee of TCEH First Lien Creditors, and the U.S. Trustee.

*[Remainder of page intentionally left blank.]*

5. The Debtors therefore respectfully request that the Bankruptcy Court enter the Revised Order, substantially in the form attached hereto as **Exhibit A**, at its earliest convenience.

Dated: March 8, 2016
Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
Email:  collins@rlf.com
        defranceschi@rlf.com
        madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900
Email:  edward.sassower@kirkland.com
        stephen.hessler@kirkland.com
        brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200
Email:  james.sprayregen@kirkland.com
        marc.kieselstein@kirkland.com
        chad.husnick@kirkland.com
        steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession