**EXHIBIT 1** to **EXHIBIT A**

**Wrong Debtor and Modify Amount Claims**

# ENERGY FUTURE HOLDINGS CORP., et al.

## THIRTY-SEVENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Wrong Debtor and Modify Amount Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|------|---------|--------|-----------------|--------|--------|-----------------|--------|
| 1 | CUMMINS SOUTHERN PLAINS LLC PO BOX 910509 DALLAS, TX 75391-0509 | 7671 | Luminant Mining Company LLC | Unsecured | $492,663.91 | Luminant Generation Company LLC | Unsecured | $2,481.61 |
| | | | | | | Luminant Mining Company LLC | Unsecured | $417,294.42 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | $62,574.17 |
| | | | | | | Subtotal | | $482,350.20 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects (1) adjustment for amount paid via ACH numbers 8000891169, 8000927935, 8000938566, 8000939681, and 8000940364 on 5/6/2013, 1/24/2014, 4/14/2014, 4/21/2014, and 4/25/2014, respectively and (2) adjustment for work performed in excess of Purchase Order issued by the Debtors.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|------|---------|--------|-----------------|--------|--------|-----------------|--------|
| | PURVIS INDUSTRIES TRIAD INDUSTRIAL AUTOMATION 10500 N STEMMONS FREEWAY DALLAS, TX 75220 | 9859 | Oak Grove Management Company LLC | Unsecured | $10,452.12 | Luminant Generation Company LLC | Unsecured | $9,663.00 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects adjustment for sales tax asserted (Debtor pays sales tax through a Texas Direct Pay Exemption Certificate).

* - Indicates claim contains unliquidated and/or undetermined amounts

**ENERGY FUTURE HOLDINGS CORP., et al.**

**THIRTY-SEVENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Wrong Debtor and Modify Amount Claims**

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | DEBTOR | MODIFIED PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 3 | RED RIVER PUMP SPECIALISTS LLC 1555 WELLS ISLAND ROAD SHREVEPORT, LA 71107 | 7590 | Luminant Mining Company LLC | Unsecured | $2,709.56* | Luminant Generation Company LLC | Unsecured | $2,443.59 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | $265.97 |
| | | | | | | | Subtotal | $2,709.56 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects liquidation of claim to reflect the amount owed according to Debtors' books and records and the documentation filed with the proof of claim.

| | | | | TOTAL | $505,825.59* | | TOTAL | $494,722.76 |
|---|---|---|---|---|---|---|---|---|

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 2 of 2

**EXHIBIT 2** to **EXHIBIT A**

**Wrong Debtor and Modify Priority Claims**

# ENERGY FUTURE HOLDINGS CORP., et al.

## THIRTY-SEVENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – Wrong Debtor and Modify Priority Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | EMERSON PROCESS MANAGEMENT POWER & WATER SOLUTIONS INC. ATTN: JOSEPH MIKSCHE 8000 NORMAN CENTER DR. SUITE 1200 BLOOMINGTON, MN 55437 | 43 | Luminant Generation Company LLC | 503(b)(9) | $48,238.25 | Luminant Generation Company LLC | Unsecured | $45,813.00 |
| | | | Luminant Generation Company LLC | Unsecured | $14,100.00 | Sandow Power Company LLC | Unsecured | $16,525.25 |
| | | | | Subtotal | $62,338.25 | | Subtotal | $62,338.25 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified priority reflects that, according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | NALCO CO ATTN: CHAD PECHMAN 1601 W. DIEHL RD NAPERVILLE, IL 60563 | 3016 | Luminant Generation Company LLC | 503(b)(9) | $102,073.76 | Luminant Generation Company LLC | 503(b)(9) | $48,258.00 |
| | | | Luminant Generation Company LLC | Unsecured | $247.53 | Sandow Power Company LLC | 503(b)(9) | $53,695.76 |
| | | | | | | Luminant Generation Company LLC | Unsecured | $247.53 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | $120.00 |
| | | | | Subtotal | $102,321.29 | | Subtotal | $102,321.29 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified priority reflects that, according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority.

**ENERGY FUTURE HOLDINGS CORP., et al.**

**THIRTY-SEVENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – Wrong Debtor and Modify Priority Claims**

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 3 | TELEDYNE MONITOR LABS C/O TARA J. SCHLEICHER 121 SW MORRISON, STE 600 PORTLAND, OR 97204 | 7598 | Luminant Generation Company LLC | 503(b)(9) | $1,278.00 | Luminant Generation Company LLC | 503(b)(9) | $1,253.00 |
| | | | Luminant Generation Company LLC | Unsecured | $5,273.90 | Luminant Generation Company LLC | Unsecured | $4,955.90 |
| | | | | | | Sandow Power Company LLC | Unsecured | $343.00 |
| | | | | Subtotal | $6,551.90 | | Subtotal | $6,551.90 |

**REASON FOR MODIFICATION:** Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified priority reflects that, according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority.

| | | | | TOTAL | $171,211.44 | | TOTAL | $171,211.44 |
|---|---|---|---|---|---|---|---|---|

Page 2 of 2

**EXHIBIT 3** to **EXHIBIT A**

**Wrong Debtor and Modify Classification Claims**

# ENERGY FUTURE HOLDINGS CORP., et al.

## THIRTY-SEVENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A – Wrong Debtor and Modify Classification

|  | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED CLASSIFICATION | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASSIFICATION | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | TNT CRANE & RIGGING, INC. C/O ANDREWS MYERS, P.C. ATTN: LISA M. NORMAN 3900 ESSEX LANE, SUITE 800 HOUSTON, TX 77027 | 4942 | Martin Lake 4 Power Company LLC | Secured | $12,596.50 | Luminant Generation Company LLC | Unsecured | $12,596.50 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified classification reflects amounts for liens that were not properly perfected as the underlying liabilities do not fall within the scope of Chapter 53 of the Texas Property Code.

|  | TOTAL | $12,596.50 | TOTAL | $12,596.50 |
|---|---|---|---|---|

Page 1 of 1

**EXHIBIT 4** to **EXHIBIT A**

**Wrong Debtor, Modify Amount, and Modify Priority Claims**

**ENERGY FUTURE HOLDINGS CORP., et al.**

**THIRTY-SEVENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 4 TO EXHIBIT A – Wrong Debtor, Modify Amount and Modify Priority Claims**

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | NALCO CO ATTN: CHAD PECHMAN 1601 W. DIEHL RD NAPERVILLE, IL 60563 | 3015 | Luminant Mining Company LLC | 503(b)(9) | $16,368.43 | Luminant Generation Company LLC | 503(b)(9) | $59.97 |
| | | | Luminant Mining Company LLC | Unsecured | $532.61 | Luminant Mining Company LLC | 503(b)(9) | $4,275.23 |
| | | | | | | Luminant Generation Company LLC | Unsecured | $125.15 |
| | | | | | | Luminant Mining Company LLC | Unsecured | $11,908.11 |
| | | | | Subtotal | $16,901.04 | | Subtotal | $16,368.46 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects adjustment per a review of the claimant's Proof of Claim, the documents attached thereto, a reasonable review of the Debtors' books and records, and further discussion with claimant. Modified priority reflects (1) goods that were received by the Debtor more than 20 days before the petition date, claims for which are ineligible for 503(b)(9) priority status; and (2) the portion of the claim which is, according to Debtors' books and records and/or documentation filed with the proof of claim, for services or other non-goods, which do not qualify for 503(b)(9) priority.

| | | TOTAL | $16,901.04 | | TOTAL | $16,368.46 |
|---|---|---|---|---|---|---|

**EXHIBIT 5** to **EXHIBIT A**

**Modify Amount Claims**

# ENERGY FUTURE HOLDINGS CORP., et al.

## THIRTY-SEVENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 5 TO EXHIBIT A – Modify Amount Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | ADVANCED ANALYTICAL LABORATORIES, LLC P.O. BOX 760 WHITEHOUSE, TX 75791 | 5779 | Luminant Generation Company LLC | Unsecured | Undetermined* | Luminant Generation Company LLC | Unsecured | $5,170.55 |

REASON FOR MODIFICATION: Modified amount reflects liquidation of claim to reflect the amount owed according to Debtors' books and records and the documentation filed with the proof of claim.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | ADVANCED ANALYTICAL LABORATORIES, LLC P.O. BOX 760 WHITEHOUSE, TX 75791 | 5780 | Sandow Power Company LLC | Unsecured | Undetermined* | Sandow Power Company LLC | Unsecured | $420.00 |

REASON FOR MODIFICATION: Modified amount reflects liquidation of claim to reflect the amount owed according to Debtors' books and records and the documentation filed with the proof of claim.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 3 | ADVANCED ANALYTICAL LABORATORIES, LLC P.O. BOX 760 WHITEHOUSE, TX 75791 | 5781 | Luminant Mining Company LLC | Unsecured | Undetermined* | Luminant Mining Company LLC | Unsecured | $9,711.97 |

REASON FOR MODIFICATION: Modified amount reflects liquidation of claim to reflect the amount owed according to Debtors' books and records and the documentation filed with the proof of claim.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 4 | ADVANCED ANALYTICAL LABORATORIES, LLC P.O. BOX 760 WHITEHOUSE, TX 75791 | 5782 | Oak Grove Management Company LLC | Unsecured | Undetermined* | Oak Grove Management Company LLC | Unsecured | $37,630.23 |

REASON FOR MODIFICATION: Modified amount reflects liquidation of claim to reflect the amount owed according to Debtors' books and records and the documentation filed with the proof of claim.

* - Indicates claim contains unliquidated and/or undetermined amounts

# ENERGY FUTURE HOLDINGS CORP., et al.

## THIRTY-SEVENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 5 TO EXHIBIT A – Modify Amount Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 5 | BRIDGELINE DIGITAL, INC. ATTN: CAROLE TYNER 80 BLANCHARD ROAD BURLINGTON, MA 01803 TRANSFERRED TO: SIERRA LIQUIDITY FUND, LLC TRANSFEROR: BRIDGELINE DIGITAL, INC. 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | 4493 | Energy Future Holdings Corp. | Unsecured | $22,107.05 | Energy Future Holdings Corp. | Unsecured | $21,505.80 |

REASON FOR MODIFICATION: Modified amount reflects adjustment per a review of the claimant's Proof of Claim, the documents attached thereto, a reasonable review of the Debtors' books and records, and further discussion with Claimant.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 6 | MISTRAS GROUP INC PO BOX 742420 ATLANTA, GA 30374-2420 | 7665 | Luminant Generation Company LLC | Unsecured | $8,261.00 | Luminant Generation Company LLC | Unsecured | $8,029.00 |

REASON FOR MODIFICATION: Modified amount reflects adjustment for amount paid via check 1002679229 on 10/08/2013.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 7 | PRINCESS THREE OPERATING, LLC PO BOX 1983 HENDERSON, TX 75653 | 1987 | Oak Grove Management Company LLC | Unsecured | $75,922.95 | Oak Grove Management Company LLC | Unsecured | $53,000.00 |

REASON FOR MODIFICATION: Modified amount reflects adjustment for work not authorized by the Debtor.

* - Indicates claim contains unliquidated and/or undetermined amounts

# ENERGY FUTURE HOLDINGS CORP., et al.

## THIRTY-SEVENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 5 TO EXHIBIT A – Modify Amount Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 8 | RYAN HERCO PRODUCTS CORP 1330 POST & PADDOCK RD GRAND PRAIRIE, TX 75050 | 4602 | Luminant Generation Company LLC | Unsecured | $5,630.53 | Luminant Generation Company LLC | Unsecured | $4,894.37 |

REASON FOR MODIFICATION: Modified amount reflects (1) adjustment for amount paid via check numbers 1002617007 and 1002617418 on 5/15/2012 and 5/18/2012, respectively and (2) adjustment for invoice number 7463116 which is a duplicate of invoice number 7430480 and paid via check number 1002637336 on 10/15/2012.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 9 | TNT CRANE & RIGGING, INC. C/O ANDREWS MYERS, P.C. ATTN: LISA M. NORMAN 3900 ESSEX LANE, SUITE 800 HOUSTON, TX 77027 | 4944 | Luminant Mining Company LLC | Secured | $356,315.00 | Luminant Mining Company LLC | Secured | $51,808.00 |

REASON FOR MODIFICATION: Modified amount reflects (1) adjustment for the difference of $304,427.50 which is accounted for in claim nos. 4941 and 4942 on the claim register; and (2) per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 10 | TOP LINE RENTAL, LLC ATTN: STANLEY BERRY P.O. BOX 2290 HENDERSON, TX 75653 | 3340 | Luminant Mining Company LLC | Secured | $1,000.00* | Luminant Mining Company LLC | Secured | $3,000.00 |
| | | | Luminant Mining Company LLC | Unsecured | $20,261.24* | Luminant Mining Company LLC | Unsecured | $18,261.24 |
| | | | | Subtotal | $21,261.24* | | Subtotal | $21,261.24 |

REASON FOR MODIFICATION: Modified amount reflects liquidation of claim to reflect the amount owed according to Debtors' books and records.

* - Indicates claim contains unliquidated and/or undetermined amounts

# ENERGY FUTURE HOLDINGS CORP., et al.

## THIRTY-SEVENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 5 TO EXHIBIT A – Modify Amount Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | DEBTOR | MODIFIED PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 11 | WILLIAMS SCOTSMAN INC.<br>ATTN: KRISTIE REYES<br>901 S. BOND ST.<br>SUITE 600<br>BALTIMORE, MD 21231 | 1708 | Luminant Generation Company LLC | Unsecured | $43,092.88 | Luminant Generation Company LLC | Unsecured | $42,943.50 |

REASON FOR MODIFICATION: Modified amount reflects adjustment (1) for sales tax asserted (Debtor pays sales tax through a Texas Direct Pay Exemption Certificate), and (2) per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | TOTAL | $532,590.65* | | TOTAL | $256,374.66 |

* - Indicates claim contains unliquidated and/or undetermined amounts

**EXHIBIT 6** to **EXHIBIT A**

**Modify Amount and Modify Priority Claims**

# ENERGY FUTURE HOLDINGS CORP., et al.

## THIRTY-SEVENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 6 TO EXHIBIT A – Modify Amount and Modify Priority Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | GE INSPECTION TECHNOLOGIES, LP C/O REISMAN LAW FIRM LLC ATTN: GLENN M. REISMAN, ESQ. 12 OLD HOLLOW ROAD, SUITE B TRUMBULL, CT 06611 | 7860 | Luminant Generation Company LLC Luminant Generation Company LLC | Priority Unsecured Subtotal | $36,170.25 $19,428.79 $55,599.04 | Luminant Generation Company LLC | Unsecured | $54,995.09 |

REASON FOR MODIFICATION: Modified amount reflects adjustment for sales tax asserted (Debtor pays sales tax through a Texas Direct Pay Exemption Certificate). Modified priority reflects that, though priority asserted under 11 U.S.C. § 507(a), claimant's supporting documentation and Debtors' books and records provide no basis for priority.

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | GENERAL ELECTRIC INTERNATIONAL C/O REISMAN LAW FIRM LLC ATTN: GLENN M. REISMAN, ESQ. 12 OLD HOLLOW ROAD, SUITE B TRUMBULL, CT 06611 | 7861 | Luminant Generation Company LLC Luminant Generation Company LLC Luminant Generation Company LLC | 503(b)(9) Priority Unsecured Subtotal | $1,674.25 $33,843.18 $40,599.01 $76,116.44 | Luminant Generation Company LLC Luminant Generation Company LLC Luminant Generation Company LLC | 503(b)(9) Priority Unsecured Subtotal | $361.68 $23,834.45 $51,911.49 $76,107.62 |

REASON FOR MODIFICATION: Modified amount reflects adjustment per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. Modified priority reflects (1) goods that were received by the Debtor more than 20 days before the petition date, claims for which are ineligible for 503(b)(9) priority status, and (2) that, according to claimant's supporting documentation and Debtors' books and records, there is no basis for the priority asserted.

* - Indicates claim contains unliquidated and/or undetermined amounts

## ENERGY FUTURE HOLDINGS CORP., et al.

### THIRTY-SEVENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 6 TO EXHIBIT A – Modify Amount and Modify Priority Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED | | MODIFIED | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 3 | PROGRESS RAIL SERVICES | 6252 | Luminant Mining Company LLC | 503(b)(9) | $62,882.52* | Luminant Mining Company LLC | 503(b)(9) | $5,390.52 |
| | C/O WINSTEAD PC, ATTN: ELI COLUMBUS 500 WINSTEAD | | Luminant Mining Company LLC | Unsecured | $63,206.82* | Luminant Mining Company LLC | Unsecured | $102,993.82 |
| | BUILDING 2728 N. HARWOOD, SUITE 500 DALLAS, TX 75201 | | | Subtotal | $126,089.34* | | Subtotal | $108,384.34 |

REASON: Modified amount reflects (1) liquidation of claim to reflect the amount owed according to Debtors' books and records and the documentation filed with the proof of claim; and (2) adjustment for work not authorized by the Debtor. Modified priority reflects (1) goods that were received by the Debtor more than 20 days before the petition date, claims for which are ineligible for 503(b)(9) priority status; and (2) the portion of the claim which is, according to Debtors' books and records and/or documentation filed with the proof of claim, for services or other non-goods, which do not qualify for 503(b)(9) priority.

| | | | | TOTAL | $257,804.82* | | TOTAL | $239,487.05 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**EXHIBIT 7** to **EXHIBIT A**

**Modify Amount and Modify Classification Claims**

**ENERGY FUTURE HOLDINGS CORP., et al.**

**THIRTY-SEVENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 7 TO EXHIBIT A – Modify Amount and Modify Classification Claims**

| | NAME | CLAIM # | DEBTOR | ASSERTED CLASSIFICATION | AMOUNT | MODIFIED DEBTOR | CLASSIFICATION | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | DATA SYSTEMS AND SOLUTIONS LLC C/O ROLLS-ROYCE - NUCLEAR SERVICES ATTN: C. DAVID THOMPSON 5959 SHALLOWFORD ROAD, SUITE 511 CHATTANOOGA, TN 37421 | 7507 | Luminant Generation Company LLC | Secured | $171,276.00* | Luminant Generation Company LLC | Unsecured | $171,276.00 |
| | | | Luminant Generation Company LLC | Unsecured | Undetermined* | | | |
| | | | | Subtotal | $171,276.00* | | | |

**REASON FOR MODIFICATION:** Modified amount reflects liquidation of claim to reflect the amount owed according to Debtors' books and records and the documentation filed with the proof of claim. Modified classification reflects no evidence of perfected lien or security interest provided.

| | MILLER-STARNES CHEVROLET-BUICK INC 476 W CAMERON AVE ROCKDALE, TX 76567 | 4765 | Luminant Mining Company LLC | Secured | $9,728.88 | Luminant Mining Company LLC | Unsecured | $9,728.88 |
|---|---|---|---|---|---|---|---|---|
| | | | Luminant Mining Company LLC | Unsecured | $648.00 | | | |
| | | | | Subtotal | $10,376.88 | | | |

**REASON FOR MODIFICATION:** Modified amount reflects reduction due to disputed amount in the form of interest on outstanding invoices. Modified classification reflects no evidence of perfected lien or security interest provided.

| | | | | TOTAL | $181,652.88* | | TOTAL | $181,004.88 |
|---|---|---|---|---|---|---|---|---|

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 1

**EXHIBIT 8** to **EXHIBIT A**

**Modify Priority Claims**

**ENERGY FUTURE HOLDINGS CORP., et al.**

**THIRTY-SEVENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 8 TO EXHIBIT A – Modify Priority Claims**

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | NAME | MODIFIED CLAIM # | DEBTOR | PRIORITY STATUS |
|---|---|---|---|---|---|---|---|---|
| 1 | CLARK WELDING SERVICE 369 CALLAHAN AVENUE APPALACHIA, VA 24216 | 2918 | Luminant Mining Company LLC | 503(b)(9) | $139,407.45 | Luminant Mining Company LLC | 503(b)(9) | $120,811.95 |
| | | | | | | Luminant Mining Company LLC | Unsecured | $18,595.50 |
| | | | | | | | Subtotal | $139,407.45 |

REASON: Modified priority reflects that, according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | NAME | MODIFIED CLAIM # | DEBTOR | PRIORITY STATUS |
|---|---|---|---|---|---|---|---|---|
| 2 | CONTROLLED FLUIDS INC 2220 CALDER AVE BEAUMONT, TX 77701 | 4947 | Luminant Generation Company LLC | 503(b)(9) | $11,471.41 | Luminant Generation Company LLC | 503(b)(9) | $9,951.41 |
| | | | Luminant Generation Company LLC | Unsecured | $70,444.20 | Luminant Generation Company LLC | Unsecured | $71,964.20 |
| | | | | Subtotal | $81,915.61 | | Subtotal | $81,915.61 |

REASON: Modified priority reflects goods that were received by the Debtor more than 20 days before the petition date, claims for which are ineligible for 503(b)(9) priority status.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | NAME | MODIFIED CLAIM # | DEBTOR | PRIORITY STATUS |
|---|---|---|---|---|---|---|---|---|
| 3 | TERRASOURCE GLOBAL CORPORATION 100 N BROADWAY SUITE 1600 SAINT LOUIS, MO 63102 | 4472 | Luminant Generation Company LLC | 503(b)(9) | $32,361.74 | Luminant Generation Company LLC | 503(b)(9) | $28,349.00 |
| | | | Luminant Generation Company LLC | Unsecured | $36,356.43 | Luminant Generation Company LLC | Unsecured | $40,369.17 |
| | | | | Subtotal | $68,718.17 | | Subtotal | $68,718.17 |

REASON: Modified priority reflects goods that were received by the Debtor more than 20 days before the petition date, claims for which are ineligible for 503(b)(9) priority status.

| | | | | TOTAL | $290,041.23 | | TOTAL | $290,041.23 |

**EXHIBIT 9** to **EXHIBIT A**

**Modify Classification Claims**

RLF1 14094818v.1

## ENERGY FUTURE HOLDINGS CORP., et al.

### THIRTY-SEVENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 9 TO EXHIBIT A – Modify Classification Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | CLASSIFICATION | AMOUNT | MODIFIED DEBTOR | CLASSIFICATION | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | LIBERTY FARM LANDSCAPING PO BOX 85 LADONIA, TX 75449 | 4896 | Luminant Generation Company LLC | Secured | $651.17 | Luminant Generation Company LLC | Unsecured | $651.17 |

REASON FOR MODIFICATION: Modified classification reflects no evidence of perfected lien or security interest provided.

| | NAME | CLAIM # | ASSERTED DEBTOR | CLASSIFICATION | AMOUNT | MODIFIED DEBTOR | CLASSIFICATION | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | TNT CRANE & RIGGING, INC. C/O ANDREWS MYERS, P.C. ATTN: LISA M. NORMAN 3900 ESSEX LANE, SUITE 800 HOUSTON, TX 77027 | 4941 | Oak Grove Management Company LLC | Secured | $291,831.00 | Oak Grove Management Company LLC | Secured | $74,226.75 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | $217,604.25 |
| | | | | | | | Subtotal | $291,831.00 |

REASON FOR MODIFICATION: Modified classification reflects amounts for liens that were not properly perfected as the underlying liabilities do not fall within the scope of Chapter 53 of the Texas Property Code.

| | NAME | CLAIM # | ASSERTED DEBTOR | CLASSIFICATION | AMOUNT | MODIFIED DEBTOR | CLASSIFICATION | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 3 | WILLIAMS PRODUCTS INC 1750 MAPLELAWN BLVD TROY, MI 48084-4604 | 3937 | Luminant Generation Company LLC | Secured | $0.00 | Luminant Generation Company LLC | Unsecured | $3,432.00 |
| | | | Luminant Generation Company LLC | Unsecured | $3,432.00 | | | |
| | | | | Subtotal | $3,432.00 | | | |

REASON FOR MODIFICATION: Modified classification reflects no evidence of perfected lien or security interest provided.

| | | | | TOTAL | $295,914.17 | | TOTAL | $295,914.17 |
|---|---|---|---|---|---|---|---|---|

Page 1 of 1