**EXHIBIT 1** to **EXHIBIT A**

**Insufficient Documentation Claims**

RLF1 14088654v.1

ENERGY FUTURE HOLDINGS CORP., et al.

THIRTY-FIFTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claim

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | SOUTHWEST GAS CORPORATION<br>C/O BANKRUPTCY DESK<br>P.O. BOX 1498<br>VICTORVILLE, CA 92393-1498 | 14-11023 (CSS) | Luminant Energy Company LLC | 09/26/2014 | 4697 | $942.46 | Insufficient Documentation Claim |
| 2 | WANDER, AMY L.<br>7 STONEBROOK COURT<br>TIJERAS, NM 87059 | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/14/2015 | 11609 | $14,000,000.00 | Insufficient Documentation Claim |
| | | | | | TOTAL | $14,000,942.46 | |

Page 1 of 1

**EXHIBIT 2 to EXHIBIT A**

**Amended Claims**

ENERGY FUTURE HOLDINGS CORP., et al.

THIRTY-FIFTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 1 | CITY OF SULPHUR SPRINGS C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP ATTN: ELIZABETH WELLER 2777 N. STEMMONS FREEWAY, SUITE 1000 DALLAS, TX 75207 | 06/17/2014 | 14-10996 (CSS) | 2204 | $4,932.59* | CITY OF SULPHUR SPRINGS C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP ATTN: ELIZABETH WELLER 2777 N. STEMMONS FREEWAY, SUITE 1000 DALLAS, TX 75207 | 09/28/2015 | 14-10996 (CSS) | 11827 | $4,920.43* | Amended and superseded claim |
| 2 | CONGRESS HOLDINGS, LTD. C/O BILL MALONE, JR. 8650 SPICEWOOD SPRINGS #145-598 AUSTIN, TX 78759 | 08/14/2014 | 14-10997 (CSS) | 3672 | $238,805.58 | CONGRESS HOLDINGS, LTD. C/O BILL MALONE, JR. 8650 SPICEWOOD SPRINGS #145-598 AUSTIN, TX 78759 | 11/12/2015 | 14-10997 (CSS) | 13374 | $21,514.22 | Amended and superseded claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

THIRTY-FIFTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – Amended Claims

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 3 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE 1352 MARROWS ROAD, STE 204 NEWARK, DE 19711-5445 | 09/25/2015 | 14-10996 (CSS) | 11814 | $1,401,539.23 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE 1352 MARROWS ROAD STE 204 NEWARK, DE 19711-5445 | 11/25/2015 | 14-10996 (CSS) | 14480 | $15,490.10 | Amended and superseded claim |
| 4 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE 1352 MARROWS ROAD STE 204 NEWARK, DE 19711-5445 | 02/11/2015 | 14-10996 (CSS) | 9979 | $13,287.67 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE 1352 MARROWS ROAD, STE 204 NEWARK, DE 19711-5445 | 09/25/2015 | 14-10996 (CSS) | 11814 | $1,401,539.23 | Amended and superseded claim |
| 5 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE 1352 MARROWS ROAD STE 204 NEWARK, DE 19711-5445 | 02/11/2015 | 14-11022 (CSS) | 9980 | $3,342.71 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE 1352 MARROWS ROAD STE 204 NEWARK, DE 19711-5445 | 11/25/2015 | 14-11022 (CSS) | 14478 | $3,427.43 | Amended and superseded claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

THIRTY-FIFTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 6 DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE 1352 MARROWS ROAD STE 204 NEWARK, DE 19711-5445 | 02/11/2015 | 14-11023 (CSS) | 9981 | $4,485.13 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE 1352 MARROWS ROAD STE 204 NEWARK, DE 19711-5445 | 11/25/2015 | 14-11023 (CSS) | 14473 | $4,598.81 | Amended and superseded claim |
| 7 DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE 1352 MARROWS ROAD STE 204 NEWARK, DE 19711-5445 | 02/11/2015 | 14-11032 (CSS) | 9982 | $41,428.87 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE 1352 MARROWS ROAD STE 204 NEWARK, DE 19711-5445 | 11/25/2015 | 14-11032 (CSS) | 14475 | $42,478.94 | Amended and superseded claim |
| 8 DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE 1352 MARROWS ROAD STE 204 NEWARK, DE 19711-5445 | 02/11/2015 | 14-11042 (CSS) | 9983 | $11,049.85 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE 1352 MARROWS ROAD STE 204 NEWARK, DE 19711-5445 | 11/25/2015 | 14-11042 (CSS) | 14474 | $11,329.92 | Amended and superseded claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

THIRTY-FIFTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – Amended Claims

| | NAME | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | |
| 9 | HOPKINS COUNTY C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP ATTN: ELIZABETH WELLER 2777 N. STEMMONS FREEWAY, SUITE 1000 DALLAS, TX 75207 | 10/23/2014 | 14-10996 (CSS) | 6202 | $103,343.83* | HOPKINS COUNTY C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP ATTN: ELIZABETH WELLER 2777 N. STEMMONS FREEWAY, SUITE 1000 DALLAS, TX 75207 | 09/28/2015 | 14-10996 (CSS) | 11825 | $13,688.84* | Amended and superseded claim |
| | KSB INC. ATTN: ANN MCGUIRE 4415 SARELLEN ROAD RICHMOND, VA 23231 | 06/20/2014 | | 2353 | $48,457.40 | KSB, INC. ATTN: ANN MCGUIRE 4415 SARELLEN RD RICHMOND, VA 23231 | 10/22/2015 | | 12543 | $25,765.40 | Amended and superseded claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

THIRTY-FIFTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – Amended Claims

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 11 | SMITH COUNTY C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP ATTN: ELIZABETH WELLER 2777 N. STEMMONS FREEWAY, SUITE 1000 DALLAS, TX 75207 | 08/28/2015 | 14-10996 (CSS) | 11185 | $49.13* | SMITH COUNTY C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP ATTN: ELIZABETH WELLER 2777 N. STEMMONS FREEWAY, SUITE 1000 DALLAS, TX 75207 | 10/13/2015 | 14-10996 (CSS) | 12296 | $49.13* | Amended and superseded claim |
| | SULPHUR SPRINGS ISD C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP ATTN: ELIZABETH WELLER 2777 N. STEMMONS FREEWAY, SUITE 1000 DALLAS, TX 75207 | 07/18/2014 | 14-10996 (CSS) | 3187 | $71,713.38* | SULPHUR SPRINGS ISD C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP ATTN: ELIZABETH WELLER 2777 N. STEMMONS FREEWAY, SUITE 1000 DALLAS, TX 75207 | 09/28/2015 | 14-10996 (CSS) | 11826 | $18,262.51* | Amended and superseded claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

THIRTY-FIFTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 13 | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS OFFICE OF THE ATTORNEY GENERAL BANKRUPTCY-COLLECTIONS DIVISION MC-008 PO BOX 12548 AUSTIN, TX 78711-2548 | 10/27/2014 | 14-10997 (CSS) | 8088 | $47,975,391.80 | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS OFFICE OF THE ATTORNEY GENERAL BANKRUPTCY-COLLECTIONS DIVISION MC-008 PO BOX 12548 AUSTIN, TX 78711-2548 | 12/22/2014 | 14-10997 (CSS) | 9926 | $47,975,391.80 | Amended and superseded claim |
| | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS OFFICE OF THE ATTORNEY GENERAL BANKRUPTCY-COLLECTIONS DIVISION MC-008 PO BOX 12548 AUSTIN, TX 78711-2548 | 10/27/2014 | 14-10997 (CSS) | 8089 | $9,815,025.25 | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS OFFICE OF THE ATTORNEY GENERAL BANKRUPTCY-COLLECTIONS DIVISION MC-008 PO BOX 12548 AUSTIN, TX 78711-2548 | 01/05/2015 | 14-10997 (CSS) | 9936 | $9,815,025.25 | Amended and superseded claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

THIRTY-FIFTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – Amended Claims

| | NAME | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | |
| 15 | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS OFFICE OF THE ATTORNEY GENERAL BANKRUPTCY- COLLECTIONS DIVISION MC-008 PO BOX 12548 AUSTIN, TX 78711-2548 | 10/27/2014 | 14-11042 (CSS) | 8094 | $4,341,939.19 | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS OFFICE OF THE ATTORNEY GENERAL BANKRUPTCY- COLLECTIONS DIVISION MC-008 PO BOX 12548 AUSTIN, TX 78711-2548 | 12/22/2014 | 14-11042 (CSS) | 9925 | $4,341,939.19 | Amended and superseded claim |
| | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS OFFICE OF THE ATTORNEY GENERAL BANKRUPTCY- COLLECTIONS DIVISION MC-008 PO BOX 12548 AUSTIN, TX 78711-2548 | 10/27/2014 | 14-10997 (CSS) | 8095 | $17,739,346.32 | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS OFFICE OF THE ATTORNEY GENERAL BANKRUPTCY- COLLECTIONS DIVISION MC-008 PO BOX 12548 AUSTIN, TX 78711-2548 | 12/30/2014 | 14-10997 (CSS) | 9940 | $17,739,346.32 | Amended and superseded claim |

TOTAL    $81,814,137.93*

\* - Indicates claim contains unliquidated and/or undetermined amounts

**EXHIBIT 3 to EXHIBIT A**

**Wrong Debtor Claims**

ENERGY FUTURE HOLDINGS CORP., et al.

THIRTY-FIFTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A – Wrong Debtor Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | DARR EQUIPMENT 6917 WOODWAY DR. WOODWAY, TX 76712 | 4805 | Multiple Debtors Asserted | Unsecured | $7,397.33 | Luminant Generation Company LLC | Unsecured | $5,089.19 |
| | | | | | | Luminant Mining Company LLC | Unsecured | $1,149.78 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | $1,158.36 |
| | | | | | | Subtotal | | $7,397.33 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | ETTL ENGINEERS & CONSULTANTS INC PO BOX 2017 TYLER, TX 75710 | 4196 | Luminant Generation Company LLC | Unsecured | $71,364.00 | Luminant Generation Company LLC | Unsecured | $67,034.00 |
| | | | | | | Luminant Mining Company LLC | Unsecured | $4,330.00 |
| | | | | | | Subtotal | | $71,364.00 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 3 | FLSMIDTH USA INC. F/K/A EXCEL FOUNDARY & MACHINE C/O CURTIN HEEFNER/ATTN: R. SZWAJKOS 250 N PENNSYLVANIA AVE MORRISVILLE, PA 19067 | 5900 | Luminant Big Brown Mining Company LLC | 503(b)(9) | $2,040.00 | Luminant Mining Company LLC | 503(b)(9) | $2,040.00 |
| | | | Luminant Big Brown Mining Company LLC | Unsecured | $6,013.00 | Luminant Mining Company LLC | Unsecured | $6,013.00 |
| | | | | Subtotal | $8,053.00 | | Subtotal | $8,053.00 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

Page 1 of 3

## ENERGY FUTURE HOLDINGS CORP., et al.

### THIRTY-FIFTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A – Wrong Debtor Claims

| # | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 4 | HI-TECH TESTING SERVICE INC<br>PO BOX 12568<br>LONGVIEW, TX 75607-2568 | 9653 | Martin Lake 4 Power Company LLC | Unsecured | $30,763.65 | Luminant Generation Company LLC | Unsecured | $29,257.65 |
|   |   |   |   |   |   | Oak Grove Management Company LLC | Unsecured | $1,506.00 |
|   |   |   |   |   |   |   | Subtotal | $30,763.65 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| # | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 5 | HI-TECH TESTING SERVICE INC<br>PO BOX 12568<br>LONGVIEW, TX 75607-2568 | 9665 | Luminant Mining Company LLC | Unsecured | $351.00 | Luminant Generation Company LLC | Unsecured | $351.00 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| # | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 6 | KSB, INC.<br>ATTN: ANN MCGUIRE<br>4415 SARELLEN RD<br>RICHMOND, VA 23231 | 12543 | Multiple Debtors Asserted | Unsecured | $25,765.40 | Luminant Generation Company LLC | Unsecured | $25,765.40 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| # | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 7 | MHCX-PLORATION<br>PO BOX 7405<br>TYLER, TX 75711-7405 | 4085 | Luminant Mining Company LLC | Unsecured | $181,806.88 | Luminant Mining Company LLC | Unsecured | $96,437.40 |
|   |   |   |   |   |   | Oak Grove Management Company LLC | Unsecured | $85,369.48 |
|   |   |   |   |   |   |   | Subtotal | $181,806.88 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

## ENERGY FUTURE HOLDINGS CORP., et al.

### THIRTY-FIFTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A – Wrong Debtor Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 8 | TRC ENVIRONMENTAL CORP<br>21 GRIFFIN RD N<br>WINDSOR, CT 06095-1512 | 7799 | Luminant Energy Company LLC | Unsecured | $64,287.00 | Luminant Generation Company LLC | Unsecured | $64,287.00 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| | | | | TOTAL | $389,788.26 | | TOTAL | $389,788.26 |