# EXHIBIT 1 to EXHIBIT A

**Substantive Duplicate Claims**

ENERGY FUTURE HOLDINGS CORP., et al.

THIRTY-SIXTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 1 | CASEY INDUSTRIAL, INC. 1400 W. 122ND AVE. STE. 200 WESTMINISTER, CO 80234 | 10/27/2014 | 14-11042 (CSS) | 7761 | $742,412.51 | AUTOMATIC SYSTEMS, INC. C/O CARMODY MACDONALD P.C. ATTN: GREGORY D. WILLARD, ESQ. 120 SOUTH CENTRAL AVE, STE 1800 SAINT LOUIS, MO 63105-1705 | 10/03/2014 | 14-11042 (CSS) | 4868 | $1,638,207.08* | Underlying liabilities for Claim 7761 are contained and duplicated in Claim 4868 filed by the general contractor Automatic Systems, Inc. |
| 2 | CITY OF DALLAS ATTN: MARK BAGGETT 1500 S. MARILLA, 7BN DALLAS, TX 75201 | 11/13/2015 | 14-11032 (CSS) | 13342 | $16,223,382.78 | CITY OF DALLAS ATTN: MARK BAGGETT 1500 S. MARILLA, 7BN DALLAS, TX 75201 | 11/12/2015 | 14-11032 (CSS) | 13319 | $16,223,382.78 | Underlying liability asserted in claim to be disallowed is contained in remaining claim. |

Page 1 of 7

ENERGY FUTURE HOLDINGS CORP., et al.

THIRTY-SIXTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 3 | CONTROL SYSTEMS COMPANY 1217 NORTON ROAD HUDSON, OH 44236 | 10/26/2015 | 14-11032 (CSS) | 12786 | $525.00 | CONTROL SYSTEMS COMPANY 1217 NORTON ROAD HUDSON, OH 44236 | 12/12/2014 | 14-10988 (CSS) | 9915 | $3,150.00 | This claim asserts liabilities and amounts identical to those asserted in Claim 9915, as amended by the order sustaining the 32nd Omnibus Objection [D.I. 7070]. |
| | CONTROL SYSTEMS COMPANY 1217 NORTON ROAD HUDSON, OH 44236 | 10/26/2015 | 14-11032 (CSS) | 12787 | $2,625.00 | CONTROL SYSTEMS COMPANY 1217 NORTON ROAD HUDSON, OH 44236 | 12/12/2014 | 14-10988 (CSS) | 9915 | $3,150.00 | This claim asserts liabilities and amounts identical to those asserted in Claim 9915, as amended by the order sustaining the 32nd Omnibus Objection [D.I. 7070]. |

ENERGY FUTURE HOLDINGS CORP., et al.

THIRTY-SIXTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims

| | NAME | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | |
| 5 | CONTROL SYSTEMS COMPANY 1217 NORTON ROAD HUDSON, OH 44236 | 10/26/2015 | 14-11033 (CSS) | 12788 | $5,932.00 | CONTROL SYSTEMS COMPANY 1217 NORTON ROAD HUDSON, OH 44236 | 12/12/2014 | 14-11033 (CSS) | 9916 | $9,787.00 | This claim asserts liabilities and amounts identical to those asserted in Claim 9916, as amended by the order sustaining the 32nd Omnibus Objection [D.I. 7070]. |
| 6 | CONTROL SYSTEMS COMPANY 1217 NORTON ROAD HUDSON, OH 44236 | 10/26/2015 | 14-11032 (CSS) | 12789 | $3,855.00 | CONTROL SYSTEMS COMPANY 1217 NORTON ROAD HUDSON, OH 44236 | 12/12/2014 | 14-11033 (CSS) | 9916 | $9,787.00 | This claim asserts liabilities and amounts identical to those asserted in Claim 9916, as amended by the order sustaining the 32nd Omnibus Objection [D.I. 7070]. |
| 7 | CONTROL SYSTEMS COMPANY 1217 NORTON ROAD HUDSON, OH 44236 | 11/12/2015 | 14-11032 (CSS) | 13315 | $2,625.00 | CONTROL SYSTEMS COMPANY 1217 NORTON ROAD HUDSON, OH 44236 | 12/12/2014 | 14-10988 (CSS) | 9915 | $3,150.00 | This claim asserts liabilities and amounts identical to those asserted in Claim 9915, as amended by the order sustaining the 32nd Omnibus Objection [D.I. 7070]. |

ENERGY FUTURE HOLDINGS CORP., et al.

THIRTY-SIXTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 8 | CONTROL SYSTEMS COMPANY 1217 NORTON ROAD HUDSON, OH 44236 | 11/12/2015 | 14-11032 (CSS) | 13316 | $3,855.00 | CONTROL SYSTEMS COMPANY 1217 NORTON ROAD HUDSON, OH 44236 | 12/12/2014 | 14-11033 (CSS) | 9916 | $9,787.00 | This claim asserts liabilities and amounts identical to those asserted in Claim 9916, as amended by the order sustaining the 32nd Omnibus Objection [D.I. 7070]. |
| 9 | CONTROL SYSTEMS COMPANY 1217 NORTON ROAD HUDSON, OH 44236 | 11/12/2015 | 14-11033 (CSS) | 13317 | $5,932.00 | CONTROL SYSTEMS COMPANY 1217 NORTON ROAD HUDSON, OH 44236 | 12/12/2014 | 14-11033 (CSS) | 9916 | $9,787.00 | This claim asserts liabilities and amounts identical to those asserted in Claim 9916, as amended by the order sustaining the 32nd Omnibus Objection [D.I. 7070]. |
| 10 | CONTROL SYSTEMS COMPANY 1217 NORTON ROAD HUDSON, OH 44236 | 11/12/2015 | 14-11032 (CSS) | 13318 | $525.00 | CONTROL SYSTEMS COMPANY 1217 NORTON ROAD HUDSON, OH 44236 | 12/12/2014 | 14-10988 (CSS) | 9915 | $3,150.00 | This claim asserts liabilities and amounts identical to those asserted in Claim 9915, as amended by the order sustaining the 32nd Omnibus Objection [D.I. 7070]. |

ENERGY FUTURE HOLDINGS CORP., et al.

THIRTY-SIXTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 11 | FLSMIDTH KREBS INC DEPT 3252 PO BOX 123252 DALLAS, TX 75312-3252 | 10/27/2014 | 14-11022 (CSS) | 7999 | $1,053.00 | FLSMIDTH USA INC. F/D/B/A FLSMIDTH KREBS C/O CURTIN & HEEFNER LLP ATTN: ROBERT SZWAJKOS, ESQ. 250 N PENNSYLVANIA AVE MORRISVILLE, PA 19067 | 10/22/2014 | 14-11032 (CSS) | 5897 | $1,831.00 | Claimed invoice in claim to be disallowed appears to be included in the remaining claim. |

ENERGY FUTURE HOLDINGS CORP., et al.

THIRTY-SIXTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims

| | NAME | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | |
| 12 | FLSMIDTH KREBS INC DEPT 3252 PO BOX 123252 DALLAS, TX 75312-3252 | 10/27/2014 | 14-11032 (CSS) | 8000 | $386.00 | FLSMIDTH USA INC. F/D/B/A FLSMIDTH KREBS C/O CURTIN & HEEFNER LLP ATTN: ROBERT SZWAJKOS, ESQ. 250 N PENNSYLVANIA AVE MORRISVILLE, PA 19067 | 10/22/2014 | 14-11032 (CSS) | 5897 | $1,831.00 | Claimed invoice in claim to be disallowed appears to be included in the remaining claim. |

ENERGY FUTURE HOLDINGS CORP., et al.

THIRTY-SIXTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 13 | FLSMIDTH KREBS INC DEPT 3252 PO BOX 123252 DALLAS, TX 75312-3252 | 10/27/2014 | 14-11032 (CSS) | 8001 | $392.00 | FLSMIDTH USA INC. F/D/B/A FLSMIDTH KREBS C/O CURTIN & HEEFNER LLP ATTN: ROBERT SZWAJKOS, ESQ. 250 N PENNSYLVANIA AVE MORRISVILLE, PA 19067 | 10/22/2014 | 14-11032 (CSS) | 5897 | $1,831.00 | Claimed invoices in claim to be disallowed appear to be included in remaining claim. |
| 14 | KSB, INC. ATTN: ANN MCGUIRE 4415 SARELLEN RD RICHMOND, VA 23231 | 10/22/2015 | 14-10979 (CSS) | 12607 | $48,457.40 | KSB, INC. ATTN: ANN MCGUIRE 4415 SARELLEN RD RICHMOND, VA 23231 | 10/22/2015 | | 2353 | $48,457.40 | Claimed invoices in claim to be disallowed appear to be included in remaining claim. |
| | | | TOTAL | | $17,041,957.69 | | | | | | |

Page 7 of 7

**EXHIBIT 2** to **EXHIBIT A**

**No Liability Claims**

RLF1 14094801v.1

ENERGY FUTURE HOLDINGS CORP., et al.

THIRTY-SIXTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | BURLESON INDEPENDENT SCHOOL DISTRICT<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>ATTN: R. BRUCE MEDLEY<br>P.O. BOX 13430<br>ARLINGTON, TX 76094-0430 | 14-11040 (CSS) | Luminant Mineral Development Company LLC | 05/09/2014 | 22 | $96.17 | According to the Debtors' books and records, Debtors believe that a portion of the liability, if any, is owed by a non-Debtor entity. The Debtors determined that Debtors already paid claimant on account of the remaining portion of this claim via check number 1002544902 on 01/25/2011. |
| 2 | BURLESON INDEPENDENT SCHOOL DISTRICT<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>ATTN: ELIZABETH BANDA CALVO<br>500 EAST BORDER ST, SUITE 640<br>ARLINGTON, TX 76010 | 14-11040 (CSS) | Luminant Mineral Development Company LLC | 03/23/2015 | 10034 | $96.79 | According to the Debtors' books and records, Debtors believe that a portion of the liability, if any, is owed by a non-Debtor entity. The Debtors determined that Debtors already paid claimant on account of the remaining portion of this claim via check number 1002544902 on 01/25/2011. |
| 3 | CITY OF COPPELL<br>C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP<br>ATTN: ELIZABETH WELLER<br>2777 N. STEMMONS FREEWAY, SUITE 1000<br>DALLAS, TX 75207 | 14-10989 (CSS) | TXU Electric Company, Inc. | 09/28/2015 | 11824 | $16.44* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| | | | | | TOTAL | $209.40* | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 1