IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------x
:
In re                                                           :    Chapter 11
                                                                :
ENERGY FUTURE HOLDINGS CORP., ET AL.,                           :    Case No. 14-10979 (CSS)
                                                                :
                         Debtors.                               :    (Jointly Administered)
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Robert D. Tomasch, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the communications agent for the Official Committee of Unsecured Creditors, in the above-captioned cases.

On March 8, 2016 at my direction and under my supervision, employees of KCC caused the following document to be served via First Class Mail on the service list attached hereto as **Exhibit A**:

- Fifteenth Monthly Fee Statement of Alixpartners, LLP for Compensation for Services Rendered and for Reimbursement of Expenses Incurred as Restructuring Advisor to the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance Inc., and EECI, Inc. for the Period From January 1, 2016 Through January 31, 2016 **(Docket No. 7975)**

Dated: March 9, 2016

_____
Robert D. Tomasch
Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245
310.823.9000

| A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document. |
|---|

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 9th day of March 2016, by Robert D. Tomasch, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

WITNESS my hand and official seal.

Signature: _____



CASEY MICHAEL SULLIVAN
Commission # 2130532
Notary Public - California
Los Angeles County
My Comm. Expires Oct 16, 2019

# Exhibit A

**Exhibit A**
Fee Application Service List - First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Party / Function |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp et al | Andrew W Wright and Cecily Gooch | 1601 Bryan St 43rd Fl | | Dallas | TX | 75201 | Debtors |
| Kirkland & Ellis LLP | Brian E Schartz | 601 Lexington Ave | | New York | NY | 10022 | Counsel to the Debtors |
| Kirkland & Ellis LLP | Chad Husnick | 300 N LaSalle St | | Chicago | IL | 60654 | Counsel to the Debtors |
| Milbank Tweed Haldey & McCloy LLP | Evan Fleck Matthew Brod | 1 Chase Manhattan Plaza | | New York | NY | 10005 | Counsel for the agent of the TCEH DIP Financing Facility |
| MORRISON & FOERSTER LLP | BRETT H MILLER AND LORENZO MARINUZZI | 250 W 55TH ST | | NEW YORK | NY | 10019 | Counsel for the TCEH Committee |
| POLSINELLI PC | CHRISTOPHER WARD JUSTIN EDELSON | 222 DELAWARE AVE STE 1101 | | WILMINGTON | DE | 19801 | Counsel for the TCEH Committee |
| Richards Layton & Finger PA | Daniel DeFranceschi Jason Madron | 920 N King St | | Wilmington | DE | 19801 | Co-Counsel to the Debtors |
| Sherman & Sterling LLP | Ned Schodek Fredric Sosnick | 599 Lexington Ave | | New York | NY | 10022 | Counsel to for the Agent of the EFIH First Lien DIP Financing Facility |
| US Department of Justice | Andrea B Schwartz Office of US Trustee | 201 Varick St Rm 1006 | US Federal Building | New York | NY | 10014 | Office of US Trustee |
| US Trustee Region 3 Roberta A DeAngelis | Richard L Schepacarter | 844 King St Rm 2207 | J Caleb Boggs Federal Bldg | Wilmington | DE | 19801 | Office of US Trustee |

In re: Energy Future Holdings Corp., et al.
Case No. 14-10979 (CSS)

Page 1 of 1