# EXHIBIT A

**Statement of Fees and Expenses By Subject Matter**

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---:|---|---:|---:|
| 6 | [ALL] Case Administration | 31.60 | $18,830.00 |
| 8 | [ALL] Claims Administration & Objections | 150.60 | $98,406.00 |
| 9 | [ALL] Contested Matters & Adv. Proceed. | 77.20 | $55,117.00 |
| 10 | [ALL] Corp. Governance and Sec. Issues | 148.20 | $138,217.50 |
| 11 | [ALL] Exec. Contracts & Unexpired Leases | 32.00 | $13,682.50 |
| 12 | [ALL] Hearings | 0.50 | $422.50 |
| 14 | [ALL] K&E Retention and Fee Applications | 157.70 | $93,260.50 |
| 15 | [ALL] Mediation | 0.50 | $140.00 |
| 17 | [ALL] Non-K&E Retentions & Fee Apps | 20.60 | $12,158.50 |
| 18 | [ALL] Non-Working Travel | 6.90 | $5,209.50 |
| 21 | [ALL] Plan and Disclosure Statements | 220.70 | $252,885.00 |
| 26 | [ALL] Retiree and Employee Issues/OPEB | 67.60 | $51,065.00 |
| 29 | [ALL] Tax Issues | 144.30 | $173,915.00 |
| 33 | [ALL] Vendor and Other Creditor Issues | 43.20 | $26,136.00 |
| 34 | [TCEH] Asset Dispositions and Purchases | 45.20 | $33,537.00 |
| 38 | [TCEH] Cash Collateral and DIP Financing | 9.70 | $6,012.50 |
| 39 | [TCEH] Claims Administration & Objection | 66.20 | $35,580.00 |
| 42 | [TCEH] Environmental Issues | 21.10 | $20,428.50 |
| 66 | [EFIH] Cash Collat./DIP Finan./Makewhole | 20.40 | $25,677.50 |
| 68 | [EFIH] Contested Matters & Advers. Pro. | 239.60 | $233,349.50 |
| 82 | [EFH] Asset Dispositions and Purchases | 21.30 | $13,597.50 |
| 89 | [EFH] EFH Properties | 2.40 | $2,424.00 |
| 108 | [TCEH] Exec. Contracts & Unexpired Lease | 5.30 | $3,731.50 |
| 113 | [ALL] Enforcement of TTI Rights | 682.70 | $441,443.00 |
| 115 | [TCEH] Exit Financing | 22.20 | $27,236.50 |
| **Totals:** | | **2,237.70** | **$1,782,462.50** |

| Service Description | Amount |
|---|---:|
| Third Party Telephone Charges | $1,024.41 |
| Standard Copies or Prints | $2,202.00 |
| Color Copies or Prints | $1,178.10 |
| Production Blowbacks | $831.70 |
| Overnight Delivery | $900.64 |
| Outside Messenger Services | $92.60 |
| Local Transportation | $184.61 |
| Travel Expense | $2,958.96 |
| Airfare | $7,459.63 |
| Transportation to/from airport | $739.75 |
| Travel Meals | $540.14 |
| Other Travel Expenses | $604.00 |
| Court Reporter Fee/Deposition | $5,142.65 |
| Filing Fees | $624.25 |
| Other Court Costs and Fees | $58.00 |
| Other Trial Expenses | $360.93 |
| Outside Contract Attorney Assistance | $231,531.50 |
| Outside Printing Services | $1,885.95 |
| Computer Database Research | $8,307.70 |
| Westlaw Research | $5,331.86 |
| LexisNexis Research | $140.47 |
| Overtime Transportation | $431.62 |
| Overtime Meals - Attorney | $360.00 |
| Miscellaneous Office Expenses | $240.00 |
| **Total:** | **$273,131.47** |