## **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The K&E attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| James Barolo | Associate | 2014 | Litigation - General | 585.00 | 19.30 | $11,290.50 |
| Rebecca Blake Chaikin | Associate | 2015 | Restructuring | 605.00 | 80.40 | $48,642.00 |
| Kevin Chang | Associate | 2014 | Litigation - General | 585.00 | 1.60 | $936.00 |
| Alexander Davis | Associate | 2012 | Litigation - General | 755.00 | 28.20 | $21,291.00 |
| Emily Geier | Associate | 2012 | Restructuring | 845.00 | 18.90 | $15,970.50 |
| Jason Gott | Associate | 2012 | Restructuring | 775.00 | 0.30 | $232.50 |
| Shayne Henry | Associate | 2014 | Litigation - General | 585.00 | 9.60 | $5,616.00 |
| Natasha Hwangpo | Associate | 2014 | Restructuring | 695.00 | 103.40 | $71,863.00 |
| Cyril V Jones | Associate | 2014 | Corporate - M&A/Private Equity | 845.00 | 18.80 | $15,886.00 |
| Lina Kaisey | Associate | 2015 | Restructuring | 605.00 | 68.30 | $41,321.50 |
| Austin Klar | Associate | 2013 | Litigation - General | 675.00 | 74.90 | $50,557.50 |
| Jeffery Lula | Associate | 2010 | Litigation - General | 845.00 | 1.50 | $1,267.50 |
| Veronica Nunn | Associate | 2010 | Corporate - M&A/Private Equity | 895.00 | 29.90 | $26,760.50 |
| Carleigh T Rodriguez | Associate | 2013 | Environment - Transactional | 695.00 | 1.10 | $764.50 |
| Daniel Rudewicz | Associate | Pending | Restructuring | 510.00 | 33.50 | $17,085.00 |
| Anthony Sexton | Associate | 2011 | Taxation | 895.00 | 50.50 | $45,197.50 |
| Justin Sowa | Associate | 2013 | Litigation - General | 755.00 | 167.00 | $126,085.00 |
| Adam Stern | Associate | 2013 | Litigation - General | 755.00 | 19.20 | $14,496.00 |
| Anna Terteryan | Associate | 2014 | Litigation - General | 585.00 | 184.00 | $107,640.00 |
| McClain Thompson | Associate | 2014 | Restructuring | 605.00 | 62.70 | $37,933.50 |
| Holly R Trogdon | Associate | 2014 | Litigation - General | 585.00 | 12.70 | $7,429.50 |
| Andrew D Walker | Associate | 2014 | Corporate - General | 605.00 | 10.90 | $6,594.50 |
| Spencer A Winters | Associate | 2013 | Restructuring | 695.00 | 26.70 | $18,556.50 |
| Aparna Yenamandra | Associate | 2013 | Restructuring | 775.00 | 65.90 | $51,072.50 |
| Jack N Bernstein | Partner | 1995 | Employee Benefits | 1,075.00 | 3.00 | $3,225.00 |
| Katherine Bolanowski | Partner | 2009 | Corporate - Debt Finance | 940.00 | 0.40 | $376.00 |
| Andrew Calder, P.C. | Partner | 2003 | Corporate - M&A/Private Equity | 1,245.00 | 14.70 | $18,301.50 |
| Andrew Calder, P.C. | Partner | 2003 | Corporate - M&A/Private Equity | 1,325.00 | 4.60 | $6,095.00 |
| Jeanne T Cohn-Connor | Partner | 1985 | Environment - Transactional | 1,010.00 | 19.00 | $19,190.00 |
| Cormac T Connor | Partner | 2002 | Litigation - Gov/Reg/Internal Investgn | 930.00 | 0.50 | $465.00 |
| Michael Esser | Partner | 2009 | Litigation - General | 875.00 | 11.10 | $9,712.50 |
| Gregory W Gallagher, P.C. | Partner | 1997 | Taxation | 1,325.00 | 46.20 | $61,215.00 |
| Jonathan F Ganter | Partner | 2010 | Litigation - General | 900.00 | 24.90 | $22,410.00 |
| Scott J Gordon | Partner | 1994 | Corporate - Asset Finance/Securitization | 1,170.00 | 0.70 | $819.00 |
| Jeffrey M Gould | Partner | 2006 | Litigation - General | 955.00 | 2.90 | $2,769.50 |

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Warren Haskel | Partner | 2009 | Litigation - General | 900.00 | 97.40 | $87,660.00 |
| Richard U S Howell | Partner | 2006 | Litigation - General | 955.00 | 7.80 | $7,449.00 |
| Chad J Husnick | Partner | 2004 | Restructuring | 1,090.00 | 19.50 | $21,255.00 |
| Ellen M Jakovic | Partner | 1985 | Litigation - Antitrust/Competition | 1,100.00 | 38.30 | $42,130.00 |
| Christopher Keegan | Partner | 2002 | Litigation - General | 1,000.00 | 1.30 | $1,300.00 |
| Marc Kieselstein, P.C. | Partner | 1988 | Restructuring | 1,310.00 | 36.30 | $47,553.00 |
| Michelle Kilkenney | Partner | 2002 | Corporate - Debt Finance | 1,120.00 | 6.10 | $6,832.00 |
| Michael Kim | Partner | 2003 | Corporate - Capital Markets | 1,080.00 | 4.00 | $4,320.00 |
| Todd F Maynes, P.C. | Partner | 1988 | Taxation | 1,445.00 | 42.40 | $61,268.00 |
| Andrew R McGaan, P.C. | Partner | 1986 | Litigation - General | 1,215.00 | 97.20 | $118,098.00 |
| Mark E McKane | Partner | 1997 | Litigation - General | 1,075.00 | 37.10 | $39,882.50 |
| Amber J Meek | Partner | 2009 | Corporate - M&A/Private Equity | 995.00 | 15.30 | $15,223.50 |
| Roberto S Miceli | Partner | 2000 | Real Estate | 995.00 | 1.00 | $995.00 |
| Dennis M Myers, P.C. | Partner | 1991 | Corporate - Capital Markets | 1,325.00 | 1.00 | $1,325.00 |
| Linda K Myers, P.C. | Partner | 1990 | Corporate - Debt Finance | 1,380.00 | 38.10 | $52,578.00 |
| Michael A Petrino | Partner | 2008 | Litigation - General | 900.00 | 103.50 | $93,150.00 |
| John Pitts | Partner | 2010 | Corporate - M&A/Private Equity | 995.00 | 2.50 | $2,487.50 |
| Scott D Price | Partner | 1998 | Executive Compensation | 1,325.00 | 3.50 | $4,637.50 |
| Brenton A Rogers | Partner | 2007 | Litigation - General | 940.00 | 9.70 | $9,118.00 |
| Joshua Samis | Partner | 2005 | Corporate - Debt Finance | 995.00 | 8.80 | $8,756.00 |
| Edward O Sassower, P.C. | Partner | 2000 | Restructuring | 1,310.00 | 63.80 | $83,578.00 |
| Brian E Schartz | Partner | 2007 | Restructuring | 995.00 | 0.60 | $597.00 |
| Steven Serajeddini | Partner | 2010 | Restructuring | 940.00 | 6.50 | $6,110.00 |
| Joseph Serino, Jr., P.C. | Partner | 1988 | Litigation - General | 1,225.00 | 2.40 | $2,940.00 |
| James H M Sprayregen, P.C. | Partner | 1985 | Restructuring | 1,380.00 | 30.70 | $42,366.00 |
| Bryan M Stephany | Partner | 2007 | Litigation - General | 955.00 | 32.70 | $31,228.50 |
| Wayne E Williams | Partner | 2006 | Corporate - Capital Markets | 1,020.00 | 1.10 | $1,122.00 |
| Sara B Zablotney | Partner | 2003 | Taxation | 1,225.00 | 3.90 | $4,777.50 |
| **Grand Total** | | | | | **1,929.80** | **$1,687,804.50** |

The paraprofessionals of K&E who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Stephanie Ding | Case Assistant | 1 year | Litigation - General | 220.00 | 1.10 | $242.00 |
| Jason Douangsanith | Case Assistant | 6 months | Litigation - General | 205.00 | 32.50 | $6,662.50 |
| Abdulyekinni Fasinro | Case Assistant | 6 months | Restructuring | 200.00 | 20.30 | $4,060.00 |
| Michael S Fellner | Legal Assistant | 9.5 years | Litigation - General | 280.00 | 9.20 | $2,576.00 |
| Beth Friedman | Legal Assistant | 10 years | Restructuring | 400.00 | 1.80 | $720.00 |
| Jacob Goldfinger | Legal Assistant | 10 years | Restructuring | 355.00 | 9.20 | $3,266.00 |
| Paul M Jones | Legal Assistant | 5 months | Litigation - General | 345.00 | 2.00 | $690.00 |
| Travis J Langenkamp | Legal Assistant | 12 years | Litigation - General | 370.00 | 2.80 | $1,036.00 |
| Bella More | Legal Assistant | 14 years | Litigation - General | 380.00 | 12.40 | $4,712.00 |
| Robert Orren | Legal Assistant | 6 years | Restructuring | 325.00 | 65.70 | $21,352.50 |
| Nancy Pittman | Legal Assistant | 19 years | Litigation - General | 335.00 | 5.30 | $1,775.50 |
| Meghan Rishel | Legal Assistant | 1 year | Litigation - General | 280.00 | 15.90 | $4,452.00 |
| Colleen C Caamano | Litigation Suppt Cons | 2.5 years | Litigation - General | 325.00 | 2.30 | $747.50 |
| Chad M Papenfuss | Litigation Suppt Cons | 1.5 years | Litigation - General | 330.00 | 87.70 | $28,941.00 |
| Mark Cuevas | Litigation Suppt Spec | 2 years | Litigation - General | 325.00 | 16.70 | $5,427.50 |
| Olivia Altmayer | Litigation - Antitrust | 1 year | Litigation - Antitrust/Competition | 245.00 | 15.50 | $3,797.50 |
| Kurt Wunderlich | Other | 11 years | Litigation - Antitrust/Competition | 560.00 | 7.50 | $4,200.00 |
| **Grand Total** | | | | | **307.90** | **$94,658.00** |

| | | | | **Total Fees Requested** | **2,237.70** | **$1,782,462.50** |