# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

## **ALL - Expense Summary**

| Service Description | Amount |
|---|---:|
| Third Party Telephone Charges | $1,024.41 |
| Standard Copies or Prints | $1,649.00 |
| Color Copies or Prints | $948.30 |
| Production Blowbacks | $831.70 |
| Overnight Delivery | $900.64 |
| Outside Messenger Services | $92.60 |
| Local Transportation | $184.61 |
| Travel Expense | $2,958.96 |
| Airfare | $7,459.63 |
| Transportation to/from airport | $739.75 |
| Travel Meals | $540.14 |
| Other Travel Expenses | $604.00 |
| Court Reporter Fee/Deposition | $5,142.65 |
| Filing Fees | $624.25 |
| Other Court Costs and Fees | $58.00 |
| Other Trial Expenses | $360.93 |
| Outside Contract Attorney Assistance | $231,531.50 |
| Outside Printing Services | $1,885.95 |
| Computer Database Research | $8,307.70 |
| Westlaw Research | $5,331.86 |
| LexisNexis Research | $140.47 |
| Overtime Transportation | $431.62 |
| Overtime Meals - Attorney | $360.00 |
| Miscellaneous Office Expenses | $240.00 |
| **Total:** | **$272,348.67** |

## **TCEH - Expense Summary**

| Service Description | Amount |
|---|---|
| Standard Copies or Prints | $28.20 |
| Color Copies or Prints | $15.00 |
| **Total:** | **$43.20** |

## **EFIH - Expense Summary**

| Service Description | Amount |
|---|---:|
| Standard Copies or Prints | $101.10 |
| Color Copies or Prints | $12.00 |
| **Total:** | **$113.10** |

## EFH - Expense Summary

| Service Description | Amount |
|---|---|
| Standard Copies or Prints | $423.70 |
| Color Copies or Prints | $202.80 |
| **Total:** | **$626.50** |