## **EXHIBIT A**

**Statement of Fees and Expenses By Subject Matter**

| Description | Total Billed Hours | Total Fees |
|---|---:|---:|
| Chapter 11 General and Administrative | 2.90 | 2,908.50 |
| Plan and Disclosure | 15.10 | 18,875.00 |
| **TOTAL** | **18.00** | **$21,783.50** |