## **EXHIBIT B**

### **Attorney and Paraprofessionals Information**

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Philip Gelston | Partner | 1979 | Corporate | 1,250 | 15.10 | 18,875.00 |
| Andrew Needham | Partner | 1995 | Tax | 1,250 | 1.20 | 1,500.00 |
| Trevor Broad | Associate | 2009 | Litigation | 835 | 1.60 | 1,336.00 |
| Robert E. Novick | Litigation Specialist Attorney | 1977 | Litigation | 725 | 0.10 | 72.50 |
| | | | | **TOTAL** | **18.00** | **$21,783.50** |