## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS | ) | Case No. 14-10979 (CSS) |
| CORP., et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| _____ | ) | |
| DELAWARE TRUST COMPANY, as | ) | |
| TCEH First Lien Indenture Trustee, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Pro. No: 15-51239(CSS) |
| | ) | |
| WILMINGTON TRUST, N.A., as First Lien | ) | |
| Collateral Agent and First Lien Administrative | ) | |
| Agent, | ) | **Related Docket Nos. 56, 60 and 62** |
| | ) | |
| Defendant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MORGAN STANLEY CAPITAL GROUP INC., | ) | |
| J. ARON & COMPANY, and TITAN | ) | |
| INVESTMENT HOLDINGS LP, | ) | |
| | ) | |
| Intervenors. | ) | |

## ORDER

Upon consideration of (i) *Joint Motion of Defendants Morgan Stanley Capital Group Inc. and J. Aron & Company for Judgment on the Pleadings* (Adv. D.I. 56) (the "Morgan Stanley/J. Aron Motion"); (ii) *Titan Investment Holdings LP's Motion for Judgment on the Pleadings* (Adv. D.I. 60) ("Titan Motion"); and (iii) *Motion and Supporting Memorandum of*

*Law of Plaintiff Delaware Trust Company for Partial Judgment on the Pleadings or, in the Alternative, Partial Summary Judgment* (Adv. D.I. 62) (the "DTC Motion"), and the Court having reviewed the motions, and the Court having heard argument on the motions on March 4, 2016;

IT IS HEREBY ORDERED THAT, for the reasons set forth in the Opinion of this Court issued on the date hereof:

1.    The Morgan Stanley/J. Aron Motion is GRANTED.

2.    The Titan Motion is GRANTED, in part, and DENIED, in part.

3.    The DTC Motion is DENIED.

4.    The First Amended Complaint is DISMISSED WITH PREJUDICE.

5.    This Court shall retain jurisdiction with respect to all matters arising from or relating to the implementation of this Order.

Christopher S. Sontchi
United States Bankruptcy Judge

Date:  March 11, 2016