## EXHIBIT A

### Statement of Fees and Expenses By Subject Matter
### COMPENSATION BY SUBJECT MATTER[1]
### JANUARY 1, 2016 THROUGH JANUARY 31, 2016

| Matter Number | Matter Description | Total Billed | Total Fees |
|---|---|---|---|
| 11000-50 | EFH Restructuring | 218.60 | $50,000.00 |
| 11000-50.1 | EFH Restructuring – Case Administration | -- | |
| 11000-50.2 | EFH Restructuring – Budgeting | -- | |
| 11000-50.3 | EFH Restructuring – Fee Application | -- | |
| 11000-51 | EFH - 2015 Legislative Session | -- | |
| 11001 | Luminant | 169.90 | $100,000.00 |
| 11002 | TXU | 66.70 | $10,416.67 |
| 12050 | 4Change | 4.40 | $2,083.33 |
| | | | |
| | | | |
| | | | |
| | | | |
| **Totals:** | | **459.60** | **$162,500.00** |

### EXPENSE SUMMARY
### JANUARY 1, 2016 THROUGH JANUARY 31, 2016

| Expense Category | Amount |
|---|---|
| Delivery Service/Messenger | -- |
| Copies | $1,402.44 |
| Taxi | $50.00 |
| Parking | $23.00 |
| Airfare | $409.96 |
| Rental Car | -- |
| Fuel | -- |
| Postage | -- |
| Filing Fees | -- |
| Meals | -- |
| Hotel | -- |
| Court Reporter/Hearing Transcripts | -- |
| Professional Services | -- |
| **Total Expenses:** | **$1,885.40** |

---

[1] The work performed and expenses incurred by Enoch Kever during the compensation period were entirely on behalf of Energy Future Holdings, LLC and its debtor subsidiaries.