## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

**EXPENSE SUMMARY**
**JANUARY 1, 2016 THROUGH JANUARY 31, 2016**

| Expense Category | Amount |
|---|---:|
| Delivery Service/Messenger | -- |
| Copies | $1,402.44 |
| Taxi | $50.00 |
| Parking | $23.00 |
| Airfare | $409.96 |
| Rental Car | -- |
| Fuel | -- |
| Postage | -- |
| Filing Fees | -- |
| Meals | -- |
| Hotel | -- |
| Court Reporter/Hearing Transcripts | -- |
| Professional Services | -- |
| **Total Expenses:** | **$1,885.40** |