## EXHIBIT D

### Detailed Description of Expenses and Disbursements

#### DETAILED EXPENSE SUMMARY
#### JANUARY 1, 2016 THROUGH JANUARY 31, 2016

| Invoice Number | Matter | Date | Timekeeper Who Incurred | Expense Category | Unit Cost | # Of Unit | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 4400 | 1100050 | 1/31/16 | Various | Copies | 0.13 | 7433 | $966.29 | Copies for the month of January 2016 |
| 4396 | 1100116 | 1/31/16 | Various | Copies | 0.13 | 102 | $13.26 | Copies for the month of January 2016 |
| 4396 | 1100126 | 1/31/16 | Various | Copies | 0.13 | 9 | $1.17 | Copies for the month of January 2016 |
| 4396 | 1100127 | 1/31/16 | Various | Copies | 0.13 | 891 | $115.83 | Copies for the month of January 2016 |
| 4396 | 1100141 | 1/31/16 | Various | Copies | 0.13 | 258 | $33.54 | Copies for the month of January 2016 |
| 4396 | 1100180 | 1/31/16 | Various | Copies | 0.13 | 1195 | $155.35 | Copies for the month of January 2016 |
| 4396 | 1100182 | 1/31/16 | Various | Copies | 0.13 | 742 | $96.46 | Copies for the month of January 2016 |
| 4396 | 1100183 | 1/05/16 | Rasmussen, Kirk | Parking | 23.00 | 1 | $23.00 | Reimbursement for airport parking expenses for client meeting in Dallas on 1/5/16 |
| 4396 | 1100183 | 1/05/16 | Rasmussen, Kirk | Taxi | 50.00 | 1 | $50.00 | Reimbursement for taxi for client meeting in Dallas on 1/5/16 |
| 4396 | 1100183 | 1/05/16 | Rasmussen, Kirk | Airfare | 409.96 | 1 | $409.96 | Reimbursement for airfare for client meeting in Dallas on 1/5/16 |
| 4403 | 1100204 | 1/31/16 | Various | Copies | 0.13 | 150 | $19.50 | Copies for the month of January 2016 |
| 4402 | 1205002 | 1/31/16 | Various | Copies | 0.13 | 8 | $1.04 | Copies for the month of January 2016 |