**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
| | Re: Docket Nos. 3062, 3224 |

**SECOND SUPPLEMENTAL DECLARATION OF BRADLEY A. ROBINS IN SUPPORT OF APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF GREENHILL & CO., LLC AS INDEPENDENT FINANCIAL ADVISOR TO DEBTORS AND DEBTORS IN POSSESSION ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY LLC AND TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC EFFECTIVE *NUNC PRO TUNC* TO NOVEMBER 17, 2014**

I, Bradley A. Robins, state the following under penalty of perjury:

1. I am a Managing Director and the Co-Head of Financing Advisory & Restructuring for North America for the firm of Greenhill & Co., LLC ("**Greenhill**"), whose principal office is located at 300 Park Avenue, New York, New York 10022.

2. On January 13, 2015, the Court entered an order (the "**Initial Order**") [D.I. 3283] approving the *Application of Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC for Entry of an Order Authorizing Them to Retain and Employ Greenhill & Co., LLC as Independent Financial Advisor Effective Nunc Pro Tunc to November 17, 2014* (the "**Application**")[2] [D.I. 3062]. The Application was filed by debtors and debtors-in-possession Energy Future Competitive Holdings Company LLC ("**EFCH**") and Texas

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

Competitive Electric Holdings Company LLC ("**TCEH**" and together with EFCH and their debtor subsidiaries, the "**TCEH Debtors**") on December 17, 2014.  The Application authorized the TCEH Debtors to retain Greenhill & Co., LLC ("**Greenhill**") as their conflict matter financial advisor *nunc pro tunc* to November 17, 2014 [D.I. 3283].  The Initial Order was amended and restated on March 3, 2015 [D.I. 3728] (the "**Retention Order**").

3. My original declaration in support of the Application (the "**Initial Declaration**"), was submitted as *Exhibit C* to the Application.  I filed a supplemental declaration (the "**First Supplemental Declaration**" and together with the Initial Declaration, the "**Declarations**") [D.I. 3224] on January 9, 2015.

4. I submit this second supplemental declaration (the "**Second Supplemental Declaration**") on behalf of Greenhill in compliance with §§ 327 and 328 of the Bankruptcy Code and to provide the disclosures required under Bankruptcy Rules 2014(a), 2016 and 5002, and Local Rules 2014-1 and 2016-2 in further support of the Application.  Unless otherwise stated in this Second Supplemental Declaration or the Declarations, I have personal knowledge of the facts set forth herein or have been informed of such matters by professionals at Greenhill.

5. I submit this Second Supplemental Declaration to disclose certain additional information that has become available to Greenhill since the filing of the First Supplmental Declaration.

6. In connection with its proposed retention by the TCEH Debtors in these cases, Greenhill received from the Debtors and/or their representatives a list of the names of individuals and entities that may be parties-in-interest in these chapter 11 cases (the "**Potential Parties in Interest**").  Such list was attached as Exhibit 1 to my First Supplemental Declaration.

7. Subsequently, Greenhill was engaged (or may be engaged) by a number of

financial institutions on matters unrelated to Greenhill's work in these cases. After discussions with the Debtors' counsel, rather than merely disclosing such specific engagements, Greenhill determined to undertake a complete conflict review prior to making any subsequent disclosures. Subsequently, Greenhill received a second list of Parties-in-Interest (the "**Updated Potential Parties in Interest**") attached hereto as Exhibit 1, and undertook a full review of its records with respect to the Updated Potential Parties in Interest.

8. The supplemental disclosures below, which are incorporated into the Declarations by reference, have come to my attention since filing the First Supplemental Declaration. To the best of my knowledge, no individual relationship below accounts for more than 3% of Greenhill's gross annual revenue.

9. Further, based on the results of Greenhill's review, to the best of my knowledge, information and belief, Greenhill has not represented any of the paries listed on the Updated Potential Parties in Interest in matters relating to the Debtors' chapter 11 cases, their estates, assets or businesses and will not represent other entities which are creditors of, or have other relationships to, the Debtors in matters relating to these chapter 11 cases, except as set forth herein and in the Declarations.

| Party in Interest | Nature of Connection |
| --- | --- |
| AllianceBernstein | Greenhill has provided or is providing financial advisory services to AllianceBernstein on a confidential matter or matters unrelated to the Debtors. |
| Canyon Capital Advisors | Greenhill has provided or is providing financial advisory services to Canyon Capital Advisors on a confidential matter or matters unrelated to the Debtors. |
| Centerbridge Partners LP and certain of its affiliates | Greenhill has provided or is providing financial advisory services to Centerbridge (or an affiliate thereof) on a confidential matter or matters unrelated to the Debtors. |

| | |
|---|---|
| CT Corporation System | Vendor |
| Dynegy Power Corp. | Greenhill has provided or is providing financial advisory services to Dynegy Power Corp. on a confidential matter or matters unrelated to the Debtors. |
| Emerson Electric | Greenhill has provided or is providing financial advisory services to Emerson Electric on a confidential matter or matters unrelated to the Debtors. |
| Evalueserve Inc. | Vendor |
| Experian and certain of its affiliates | Greenhill has provided or is providing financial advisory services to Experian (or an affiliate thereof) on a confidential matter or matters unrelated to the Debtors. |
| Guggenheim Investments | Greenhill has provided or is providing financial advisory services to Guggenheim Investments (or an affiliate thereof) on a confidential matter or matters unrelated to the Debtors. |
| Intercall | Vendor |
| International Flavors & Fragrances Inc. | Greenhill has provided or is providing financial advisory services to International Flavors & Fragrances on a confidential matter or matters unrelated to the Debtors. |
| Invesco and certain of its affiliates | Greenhill has provided or is providing financial advisory services to Invesco (or an affiliate thereof) on a confidential matter or matters unrelated to the Debtors. |
| King Street Capital Management LP and certain of its affiliates | Greenhill has provided or is providing financial advisory services to King Street Calital Management LP (or an affiliate thereof) on a confidential matter or matters unrelated to the Debtors. |
| Konica Photo Service U.S.A.Inc. | Vendor |
| Linkedin Corp. | Vendor |
| Marathon Asset Management and certain of its affiliates | Greenhill has provided or is providing financial advisory services to Marathon Asset Management (or an affiliate thereof) on a confidential matter or matters unrelated to the Debtors. |

| | |
|---|---|
| MeadWestvaco Corp. and certain of its affiliates | Greenhill has provided or is providing financial advisory services to MeadWestvaco Corp. (or an affiliate thereof) on a confidential matter or matters unrelated to the Debtors. |
| MSC Industrial Supply Co. and certain of its affiliates | Greenhill has provided or is providing financial advisory services to MSC Industrial Supply Co. (or an affiliate thereof) on a confidential matter or matters unrelated to the Debtors. |
| Reed Smith LLP | Vendor |
| Silver Point Capital and certain of its affiliates | Greenhill has provided or is providing financial advisory services to Silver Point Capital (or an affiliate thereof) on a confidential matter or matters unrelated to the Debtors. |
| Taconic Capital Advisors and certain of its affiliates | Greenhill has provided or is providing financial advisory services to Taconic Capital Advisors (or an affiliate thereof) on a confidential matter or matters unrelated to the Debtors. |
| Volvo Rents 139 | Greenhill has provided or is providing financial advisory services to Volvo Rents 139 on a confidential matter or matters unrelated to the Debtors. |
| XL Specialty Insurance Co. | Greenhill has provided or is providing financial advisory services to XL Specialty Insurance Co. on a confidential matter or matters unrelated to the Debtors. |

10. If Greenhill discovers any additional information that requires disclosure, Greenhill will promptly file a supplemental declaration with the Court.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: March 14, 2016

Respectfully submitted,

/s/ Bradley A. Robins
Bradley A. Robins,

Managing Director of Greenhill & Co., LLC

5