IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., <u>et</u> <u>al</u>.¹, | ) ) | Case No. 14-10979 (CSS) |
| | ) | Jointly Administered |
| Debtors. | ) ) | |
| | ) | RE: Docket Nos. 3062, 3224 |

NOTICE OF SECOND SUPPLEMENTAL
DECLARATION OF BRADLEY A. ROBINS IN SUPPORT OF
APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING
THE RETENTION AND EMPLOYMENT OF GREENHILL & CO., LLC
AS INDEPENDENT FINANCIAL ADVISOR TO DEBTORS AND DEBTORS IN
POSSESSION ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY LLC
AND TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC
EFFECTIVE *NUNC PRO TUNC* TO NOVEMBER 17, 2014

PLEASE TAKE NOTICE that, on December 17, 2014, Energy Future Competitive Holdings Company LLC ("EFCH") and Texas Competitive Electric Holdings Company LLC ("TCEH" and together with EFCH and their debtor subsidiaries, the "TCEH Debtors"), certain of the above-captioned debtors and debtors in possession, filed *Application of Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC for Entry of an Order Authorizing Them to Retain and Employ Greenhill & Co., LLC as Independent Financial Advisor Effective Nunc Pro Tunc to November 17, 2014* [D.I. 3062] (the "Application") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 "Bankruptcy Court"). Pursuant to the Application, the TCEH Debtors were seeking entry of an order authorizing them to retain and

---

¹ The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

employ Greenhill & Co., LLC ("Greenhill") as their conflict matter financial advisor *nunc pro tunc* to November 17, 2014.

PLEASE TAKE FURTHER NOTICE that, in support of the Application, the TCEH Debtors filed the *Declaration of Bradley A. Robins In Support of Application For Entry of An Order Authorizing The Retention and Employment of Greenhill & Co., LLC As Independent Financial Advisor To Debtors and Debtors In Possession Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC Effective Nunc Pro Tunc To November 17, 2014*, which was filed as Exhibit C to the Application.

PLEASE TAKE FURTHER NOTICE that, today, the TCEH Debtors have filed the attached *Second Supplemental Declaration of Bradley A. Robins In Support of Application For Entry of An Order Authorizing The Retention and Employment of Greenhill & Co., LLC As Independent Financial Advisor To Debtors and Debtors In Possession Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC Effective Nunc Pro Tunc To November 17, 201* in further connection with, and in support of, the Application.

Dated: March 14, 2016

**McElroy, Deutsch, Mulvaney & Carpenter, LLP**

/s/ David Primack
David Primack, Esq. (No. 4449)
300 Delaware Ave., Suite 770
Wilmington, DE 19801
Phone: (302) 300-4515
Facsimile: (302) 654-4031
Email: dprimack@mdmc-law.com