IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) ) ) | (Jointly Administered) |
|  |  | **Re: D.I. 4997** |

## CERTIFICATION OF COUNSEL REGARDING
## STIPULATION AND ORDER GRANTING LATE-FILED
## CLAIM FORMS OF CERTAIN ASBESTOS-INJURY CLAIMANTS

The undersigned hereby certifies as follows:

1. On July 15, 2015, the United States Bankruptcy Court for the District of Delaware (the "Court") entered an order [D.I. 4997] setting the deadline to file proofs of claim relating to all prepetition asbestos claims, including unmanifested asbestos claims, against the debtors (the "Debtors") in the above-captioned chapter 11 cases as December 14, 2015 at 5:00 p.m. (ET) (the "Asbestos Bar Date").

2. Due to alleged postal errors beyond the control of their attorneys, certain proofs of claim (the "Claims") asserted by certain asbestos claimants (collectively, the "Asbestos Claimants") were not timely filed prior to the Asbestos Bar Date.[2]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] The Asbestos Claimants and their respective affected Claims are as follows: Joshua Paul Koshiol (claims 0000037531 and 0000037524); Libby Koshiol Barrett (claims 0000037529 and 0000037536); Forrest Norgaard (claims 0000037508 through 0000037522); Adam Jeffrey Norgaard (claims

3. Subsequently, counsel to the Asbestos Claimants and the Debtors entered into discussions regarding the treatment of the Claims and, ultimately, reached a compromise whereby the Debtors shall treat the Claims as timely filed. That agreement is embodied in the *Stipulation and Order Granting Late-Filed Claim Forms of Certain Asbestos-Injury Claimants*, attached hereto as **Exhibit A** (the "Stipulation and Proposed Order").

4. The Debtors have determined that entering into the compromise embodied in the Stipulation and Proposed Order is fair, reasonable and in the best interests of the Debtors' estates.

WHEREFORE, the Debtors respectfully request that the Court enter the Stipulation and Proposed Order, substantially in the form attached hereto as **Exhibit A**, at its earliest convenience.

[*Signature page follows*.]

---

0000037526 and 0000037533); Arthur Phillips (claims 0000037530 and 0000037523); and Linda Dixon (claims 0000037532 and 0000037525).

| | |
|---|---|
| Dated: March 15, 2016<br>Wilmington, Delaware | */s/ Joseph C. Barsalona II*<br>**RICHARDS, LAYTON & FINGER, P.A.**<br>Mark D. Collins (No. 2981)<br>Daniel J. DeFranceschi (No. 2732)<br>Jason M. Madron (No. 4431)<br>Joseph C. Barsalona II (No. 6102)<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone:   (302) 651-7700<br>Facsimile:    (302) 651-7701<br>Email:          collins@rlf.com<br>                    defranceschi@rlf.com<br>                    madron@rlf.com<br>                    barsalona@rlf.com<br><br>-and-<br><br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Edward O. Sassower, P.C. (admitted *pro hac vice*)<br>Stephen E. Hessler (admitted *pro hac vice*)<br>Brian E. Schartz (admitted *pro hac vice*)<br>601 Lexington Avenue<br>New York, New York 10022-4611<br>Telephone:   (212) 446-4800<br>Facsimile:    (212) 446-4900<br>Email:          edward.sassower@kirkland.com<br>                    stephen.hessler@kirkland.com<br>                    brian.schartz@kirkland.com<br><br>-and-<br><br>James H.M. Sprayregen, P.C. (admitted *pro hac vice*)<br>Marc Kieselstein, P.C. (admitted *pro hac vice*)<br>Chad J. Husnick (admitted *pro hac vice*)<br>Steven N. Serajeddini (admitted *pro hac vice*)<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone:   (312) 862-2000<br>Facsimile:    (312) 862-2200<br>Email:          james.sprayregen@kirkland.com<br>                    marc.kieselstein@kirkland.com<br>                    chad.husnick@kirkland.com<br>                    steven.serajeddini@kirkland.com<br><br>Co-Counsel to the Debtors and Debtors in Possession |