# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

## STIPULATION AND ORDER GRANTING LATE-FILED CLAIM FORMS OF CERTAIN ASBESTOS-INJURY CLAIMANTS

IT IS HEREBY STIPULATED AND ORDERED that, pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1), and because of alleged postal errors beyond the control of the undersigned attorneys, the late-filed claim forms of the following asbestos-injury claimants will be deemed to have been filed in a timely manner without prejudice to any party in interest's rights to object to the claims on any bases whatsoever other than late-filed:

- Joshua Paul Koshiol (claim #s 0000037531, 0000037524);
- Libby Koshiol Barrett (claim #s 0000037529, 0000037536);
- Forrest Norgaard (claim #s 0000037508-0000037522);
- Adam Jeffery Norgaard (claim #s 0000037526, 0000037533);
- Arthur Phillips (claim #s 0000037530, 0000037523); and
- Linda Dixon (claim #s 0000037532, 0000037525).

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

SO ORDERED:


Dated: March 16, 2016

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE


SO STIPULATED:


Dated: March 15, 2016

HOGAN McDANIEL

By      /s/ Daniel K. Hogan
        Daniel K. Hogan, Esq.

Attorneys for Interested Parties


Dated: March 15, 2016

KAZAN, McCLAIN, SATTERLEY & GREENWOOD
A Professional Law Corporation

By      /s/ Steven Kazan
        Steven Kazan, Esq.

Attorneys for Interested Parties


Dated: March 15, 2016

KIRKLAND & ELLIS LLP

By      /s/ Chad J. Husnick
        Chad J. Husnick, Esq.

Attorneys for Debtors