## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et. al.*, | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors.[1] | ) (Jointly Administered) |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Adv. Pro. No. 15-51386 (CSS) |
| v. | ) |
| | ) |
| TEXAS TRANSMISSION INVESTMENT LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| OVATION ACQUISITION I, L.L.C. and | ) |
| OVATION ACQUISITION II, L.L.C., | ) |
| | ) |
| Intervenor Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| TEXAS TRANSMISSION INVESTMENT LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON MARCH 21, 2016 STARTING AT 12:30 P.M. (EDT)[2]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at www.efbcaseinfo.com.

[2] The March 21, 2016 (the "March 21st Hearing") hearing will be held before The Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 beginning at 10:00 a.m. (EDT). Any

## I.    ORAL ARGUMENTS GOING FORWARD:

1.    Texas Transmission Investments LLC's Motion for Determination that the Court Lacks Authority to Enter a Final Judgment or Order in this Proceeding [Adv. D.I. 67; filed January 15, 2016] (the "Motion for Determination")

Answer Deadline:                    January 29, 2016

Reply Deadline:                    February 5, 2016

Related Documents:

i.     Memorandum of Law in Support of Texas Transmission Investment LLC's Motion for Determination that the Court Lacks Authority to Enter a Final Judgment or Order in this Proceeding [Adv. D.I. 68; filed January 15, 2016]

ii.    Joint Memorandum of Law in Support of Plaintiffs' Opposition to Texas Transmission Investment LLC's  Motion for Determination that the Court Lacks Authority to Enter a Final Judgment or Order in this Proceeding [Adv. D.I. 90; filed January 29, 2016]

iii.   Reply in Further Support of Texas Transmission Investment LLC's Motion for Determination that the Court Lacks Authority to Enter a Final Judgment or Order in this Proceeding [Adv. D.I. 96; filed February 5, 2016]

iv.    Defendant's Request for Oral Argument [Adv. D.I. 104; filed February 10, 2016]

v.     Notice of Completion of Briefing [Adv. D.I. 106; filed February 11, 2016]

Status: The oral argument in connection with the Motion for Determination will take place at the hearing.

2.    Plaintiffs' Joint Motion for Summary Judgment [Adv. D.I. 110; filed February 13, 2016] (the "Motion for Summary Judgment")

Objection Deadline:                    February 29, 2016

Reply Deadline:                    March 7, 2016

---

person who wishes to appear telephonically at the March 21st Hearing must contact COURTCALL, LLC at 866-582-6878 prior to **12:00 p.m. (noon) (EDT) on Friday, March 18, 2016** to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009.*

2

<u>Related Documents</u>:

i.      Memorandum of Law in Support of Plaintiffs' Joint Motion for Summary Judgment (SEALED) [Adv. D.I. 111; filed February 13, 2016]

ii.     Appendix in Support of Memorandum of Law in Support of Plaintiffs' Joint Motion for Summary Judgment (SEALED) [Adv. D.I. 114; filed February 14, 2016]

iii.    Memorandum of Law in Support of Plaintiffs' Joint Motion for Summary Judgment (REDACTED) [Adv. D.I. 120; filed February 16, 2016]

iv.     Appendix in Support of Memorandum of Law in Support of Plaintiffs' Joint Motion for Summary Judgment (REDACTED) [Adv. D.I. 121; filed February 16, 2016]

v.      Texas Transmission Investment LLC's Memorandum of Law in Opposition to Plaintiffs' Motion for Summary Judgment (SEALED) [Adv. D.I. 144; filed February 29, 2016]

vi.     Declaration of Jason M. Liberi in Opposition to Plaintiffs' Joint Motion for Summary Judgment (SEALED) [Adv. D.I. 145; filed February 29, 2016]

vii.    Declaration of Steven J. Zucchert in Opposition to Plaintiffs' Motion for Summary Judgment (SEALED) [Adv. D.I. 146; filed February 29, 2016]

viii.   Texas Transmission Investment LLC's Memorandum of Law in Opposition to Plaintiffs' Motion for Summary Judgment (REDACTED) [Adv. D.I. 150; filed March 2, 2016]

ix.     Declaration of Jason M. Liberi in Opposition to Plaintiffs' Joint Motion for Summary Judgment (REDACTED) [Adv. D.I. 151; filed March 2, 2016]

x.      Declaration of Steven J. Zucchet in Opposition to Plaintiffs' Motion for Summary Judgment (REDACTED) [Adv. D.I. 152; filed March 2, 2016]

xi.     Plaintiffs' Joint Reply in Support of Their Motion for Summary Judgment (SEALED) [Adv. D.I. 158; filed March 7, 2016]

xii.    Second Supplemental Appendix in Support of Plaintiffs' Joint Reply in Support of Their Motion for Summary Judgment (SEALED) [Adv. D.I. 159; filed March 7, 2016]

xiii.   Notice of Completion of Briefing [Adv. D.I. 161; filed March 8, 2016]

3

xiv.    Plaintiffs' Joint Reply in Support of Their Motion for Summary Judgment (REDACTED) [Adv. D.I. 163; filed March 9, 2016]

xv.    Second Supplemental Appendix in Support of Plaintiffs' Joint Reply in Support of Their Motion for Summary Judgment (REDACTED) [Adv. D.I. 164; filed March 9, 2016]

Status: The oral argument in connection with the Motion for Summary Judgment will take place at the hearing.

3.    Texas Transmission Investments LLC's Motion for Summary Judgment [Adv. D.I. 112; filed February 13, 2016] (the "Cross-Motion for Summary Judgment")

Answer Deadline:                    February 29, 2016

Reply Deadline:                    March 7, 2016

Related Documents:

i.    Texas Transmission Investment LLC's Memorandum of Law in Support of its Motion for Summary Judgment (SEALED) [Adv. D.I. 113; filed February 13, 2016]

ii.    Declaration of Jason M. Liberi in Support of Texas Transmission Investment LLC's Motion for Summary Judgment (SEALED) [Adv. D.I. 115; filed February 13, 2016]

iii.    Texas Transmission Investment LLC's Memorandum of Law in Support of its Motion for Summary Judgment (REDACTED) [Adv. D.I. 122; filed February 16, 2016]

iv.    Declaration of Jason M. Liberi in Support of Texas Transmission Investment LLC's Motion for Summary Judgment (REDACTED) [Adv. D.I. 123; filed February 16, 2016]

v.    Plaintiffs' Joint Response in Opposition to Texas Transmission Investments LLC's Motion for Summary Judgment (SEALED) [Adv. D.I. 142; filed February 29, 2016]

vi.    Appendix in Support of Plaintiffs' Joint Response in Opposition to Texas Transmission Investment LLC's Motion for Summary Judgment (SEALED) [Adv. D.I. 143; filed February 29, 2016]

vii.    Plaintiffs' Joint Response in Opposition to Texas Transmission Investments LLC's Motion for Summary Judgment (REDACTED) [Adv. D.I. 148; filed March 2, 2016]

RLF1 14129194v.1

viii.    Appendix in Support of Plaintiffs' Joint Response in Opposition to Texas Transmission Investment LLC's Motion for Summary Judgment (REDACTED) [Adv. D.I. 149; filed March 2, 2016]

ix.    Texas Transmission Investment LLC's Reply Memorandum of Law in Further Support of its Motion for Summary Judgment (SEALED) [Adv. D.I. 156; filed March 7, 2016]

x.    Declaration of Jason M. Liberi in Further Support of Texas Transmission Investment LLC's Motion for Summary Judgment (SEALED) [Adv. D.I. 157; filed March 2, 2016]

xi.    Notice of Completion of Briefing [Adv. D.I. 160; filed March 8, 2016]

xii.    Texas Transmission Investment LLC's Reply Memorandum of Law in Further Support of its Motion for Summary Judgment (REDACTED) [Adv. D.I. 165; filed March 9, 2016]

xiii.    Declaration of Jason M. Liberi in Further Support of Texas Transmission Investment LLC's Motion for Summary Judgment (REDACTED) [Adv. D.I. 166; filed March 9, 2016]

<u>Status</u>: The oral argument in connection with the Cross-Motion for Summary Judgment will take place at the hearing.

[*Remainder of page intentionally left blank.*]

RLF1 14129194v.1

Dated: March 17, 2016
      Wilmington, Delaware

*/s/ Joseph C. Barsalona II*
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
Joseph C. Barsalona II (No. 6102)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:        collins@rlf.com
            defranceschi@rlf.com
            madron@rlf.com
            barsalona@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:        edward.sassower@kirkland.com
            stephen.hessler@kirkland.com
            brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:        james.sprayregen@kirkland.com
            marc.kieselstein@kirkland.com
            chad.husnick@kirkland.com
            steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*