# EXHIBIT A

**Professional Fees and Expenses**
**Monthly Fee Statement**

| Applicant | Fee Statement Period, Filing Date, & Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| Jenner & Block LLP<br><br>919 Third Avenue New York, NY 10022 | Eighth Monthly Fee Statement<br><br>01/01/2016 through 01/31/2016<br><br>Docket No. 7914 | $10,860.00 | $0.00 | 02/17/2016 | $8,688.00 | $0.00 | $2,172.00 |