## **EXHIBIT A**

**Statement of Fees By Subject Matter**

*Exhibit A*

*Combined - All Entities*
*Summary of Time Detail by Task*
*January 1, 2016 through January 31, 2016*

| *Task Description* | *Sum of Hours* | *Sum of Fees* |
|---|---:|---:|
| Accounting/Cut-off | 21.9 | $10,605.00 |
| Bankruptcy Support | 48.9 | $28,967.50 |
| Business Plan | 131.6 | $49,350.00 |
| Cash Management | 1.9 | $665.00 |
| Claims | 483.1 | $223,290.00 |
| Contracts | 92.9 | $60,302.50 |
| Coordination & Communication with UCC | 10.9 | $7,097.50 |
| Fee Applications | 32.9 | $12,395.00 |
| Status Meetings | 1.0 | $625.00 |
| Strategic Transaction Asset Sale | 123.4 | $76,010.00 |
| Travel Time | 24.0 | $10,500.00 |
| UST Reporting Requirements | 2.9 | $1,595.00 |
| Vendor Management | 4.3 | $3,332.50 |
| **Total** | **979.7** | **$484,735.00** |

*Travel time billed at 50% of time incurred*

*Exhibit A*

**TCEH**
**Summary of Time Detail by Task**
**January 1, 2016 through January 31, 2016**

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Accounting/Cut-off | 16.5 | $8,000.62 |
| Bankruptcy Support | 21.9 | $12,876.66 |
| Business Plan | 50.7 | $19,026.22 |
| Cash Management | 0.8 | $282.43 |
| Claims | 217.1 | $100,428.29 |
| Contracts | 69.2 | $44,914.38 |
| Coordination & Communication with UCC | 10.5 | $6,790.62 |
| Fee Applications | 14.0 | $5,264.27 |
| Status Meetings | 0.4 | $265.44 |
| Strategic Transaction Asset Sale | 0.1 | $79.63 |
| Travel Time | 10.2 | $4,459.44 |
| UST Reporting Requirements | 1.2 | $677.41 |
| Vendor Management | 3.5 | $2,673.75 |
| **Total** | **416.1** | **$205,739.17** |

*Travel time billed at 50% of time incurred*

*Exhibit A*

*EFH*
*Summary of Time Detail by Task*
*January 1, 2016 through January 31, 2016*

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Accounting/Cut-off | 5.4 | $2,604.38 |
| Bankruptcy Support | 8.0 | $4,681.53 |
| Business Plan | 28.5 | $10,697.96 |
| Cash Management | 0.3 | $107.55 |
| Claims | 81.4 | $37,629.49 |
| Contracts | 23.7 | $15,388.13 |
| Coordination & Communication with UCC | 0.4 | $306.88 |
| Fee Applications | 5.3 | $2,004.56 |
| Status Meetings | 0.2 | $101.08 |
| Strategic Transaction Asset Sale | 0.0 | $30.32 |
| Travel Time | 3.9 | $1,698.09 |
| UST Reporting Requirements | 0.5 | $257.95 |
| Vendor Management | 0.8 | $658.75 |
| *Total* | **158.4** | **$76,166.64** |

*Travel time billed at 50% of time incurred*

*Exhibit A*

**EFIH**
*Summary of Time Detail by Task*
*January 1, 2016 through January 31, 2016*

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Bankruptcy Support | 19.0 | $11,409.31 |
| Business Plan | 52.3 | $19,625.83 |
| Cash Management | 0.8 | $275.02 |
| Claims | 184.7 | $85,232.23 |
| Fee Applications | 13.6 | $5,126.18 |
| Status Meetings | 0.4 | $258.48 |
| Strategic Transaction Asset Sale | 123.2 | $75,900.04 |
| Travel Time | 9.9 | $4,342.46 |
| UST Reporting Requirements | 1.2 | $659.64 |
| **Total** | **405.2** | **$202,829.19** |

*Travel time billed at 50% of time incurred*