## <u>EXHIBIT B</u>

### Professionals' Information

The A&M professionals who rendered services in these cases during the Fee Period are:

*Combined - All Entities*
*Summary of Time Detail by Professional*
*January 1, 2016 through January 31, 2016*

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $950.00 | 1.5 | $1,425.00 |
| Tyler Horton | Managing Director | $950.00 | 15.6 | $14,820.00 |
| Emmett Bergman | Managing Director | $775.00 | 19.4 | $15,035.00 |
| Jonathan Vanderveen | Managing Director | $675.00 | 34.9 | $23,557.50 |
| Jodi Ehrenhofer | Senior Director | $625.00 | 41.4 | $25,875.00 |
| Jeff Gerarde | Director | $630.00 | 5.0 | $3,150.00 |
| Matt Frank | Director | $625.00 | 145.5 | $90,937.50 |
| Derek Myers | Director | $570.00 | 17.5 | $9,975.00 |
| Kevin Sullivan | Director | $550.00 | 2.9 | $1,595.00 |
| Paul Kinealy | Director | $550.00 | 122.6 | $67,430.00 |
| Holly Sjostrom | Director | $500.00 | 36.9 | $18,450.00 |
| Adam Buchler | Manager | $450.00 | 11.0 | $4,950.00 |
| Richard Carter | Consultant | $450.00 | 157.0 | $70,650.00 |
| Michael Williams | Consultant | $375.00 | 186.3 | $69,862.50 |
| Benjamin Strickler | Associate | $300.00 | 1.8 | $540.00 |
| Jon Rafpor | Analyst | $400.00 | 15.9 | $6,360.00 |
| Sarah Pittman | Analyst | $375.00 | 139.7 | $52,387.50 |
| Peyton Heath | Analyst | $350.00 | 5.9 | $2,065.00 |
| Mary Napoliello | Paraprofessional | $300.00 | 18.9 | $5,670.00 |
| | | *Total* | **979.7** | **$484,735.00** |

*Exhibit B*

**TCEH**
*Summary of Time Detail by Professional*
*January 1, 2016 through January 31, 2016*

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $950.00 | 0.7 | $691.04 |
| Emmett Bergman | Managing Director | $775.00 | 15.0 | $11,605.63 |
| Jodi Ehrenhofer | Senior Director | $625.00 | 18.0 | $11,233.32 |
| Matt Frank | Director | $625.00 | 95.8 | $59,880.57 |
| Kevin Sullivan | Director | $550.00 | 1.2 | $677.41 |
| Paul Kinealy | Director | $550.00 | 56.5 | $31,053.42 |
| Richard Carter | Consultant | $450.00 | 68.3 | $30,737.60 |
| Jon Rafpor | Analyst | $400.00 | 11.9 | $4,770.00 |
| Michael Williams | Consultant | $375.00 | 84.0 | $31,488.80 |
| Sarah Pittman | Analyst | $375.00 | 54.2 | $20,316.27 |
| Peyton Heath | Analyst | $350.00 | 2.5 | $877.02 |
| Mary Napoliello | Paraprofessional | $300.00 | 8.0 | $2,408.10 |
| | | **Total** | **416.1** | **$205,739.17** |

*Exhibit B*

**EFH**
*Summary of Time Detail by Professional*
*January 1, 2016 through January 31, 2016*

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $950.00 | 0.2 | $236.09 |
| Emmett Bergman | Managing Director | $775.00 | 4.4 | $3,429.37 |
| Jodi Ehrenhofer | Senior Director | $625.00 | 6.8 | $4,250.79 |
| Matt Frank | Director | $625.00 | 30.4 | $18,985.91 |
| Kevin Sullivan | Director | $550.00 | 0.5 | $257.95 |
| Paul Kinealy | Director | $550.00 | 21.0 | $11,560.44 |
| Richard Carter | Consultant | $450.00 | 25.8 | $11,624.35 |
| Jon Rafpor | Analyst | $400.00 | 4.0 | $1,590.00 |
| Michael Williams | Consultant | $375.00 | 31.4 | $11,791.62 |
| Sarah Pittman | Analyst | $375.00 | 29.8 | $11,189.19 |
| Peyton Heath | Analyst | $350.00 | 1.0 | $333.96 |
| Mary Napoliello | Paraprofessional | $300.00 | 3.1 | $916.97 |
| | | **Total** | **158.4** | **$76,166.64** |

*Exhibit B*

**EFIH**
*Summary of Time Detail by Professional*
*January 1, 2016 through January 31, 2016*

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $950.00 | 0.5 | $497.87 |
| Tyler Horton | Managing Director | $950.00 | 15.6 | $14,820.00 |
| Jonathan Vanderveen | Managing Director | $675.00 | 34.9 | $23,557.50 |
| Jeff Gerarde | Director | $630.00 | 5.0 | $3,150.00 |
| Jodi Ehrenhofer | Senior Director | $625.00 | 16.6 | $10,390.90 |
| Matt Frank | Director | $625.00 | 19.3 | $12,071.02 |
| Derek Myers | Director | $570.00 | 17.5 | $9,975.00 |
| Kevin Sullivan | Director | $550.00 | 1.2 | $659.64 |
| Paul Kinealy | Director | $550.00 | 45.1 | $24,816.15 |
| Holly Sjostrom | Director | $500.00 | 36.9 | $18,450.00 |
| Adam Buchler | Manager | $450.00 | 11.0 | $4,950.00 |
| Richard Carter | Consultant | $450.00 | 62.9 | $28,288.05 |
| Michael Williams | Consultant | $375.00 | 70.9 | $26,582.08 |
| Sarah Pittman | Analyst | $375.00 | 55.7 | $20,882.04 |
| Peyton Heath | Analyst | $350.00 | 2.4 | $854.02 |
| Benjamin Strickler | Associate | $300.00 | 1.8 | $540.00 |
| Mary Napoliello | Paraprofessional | $300.00 | 7.8 | $2,344.93 |
| | | *Total* | **405.2** | **$202,829.19** |