# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

*Exhibit C*

*Combined*
*Energy Future Holdings Corp., et al.,*
*Summary of Expense Detail by Category*
*January 1, 2016 through January 31, 2016*

| *Expense Category* | *Sum of Expenses* |
|---|---|
| Airfare | $11,363.47 |
| Lodging | $9,924.33 |
| Meals | $923.93 |
| Miscellaneous | $1.42 |
| Transportation | $3,560.53 |
| *Total* | **$25,773.68** |

*Exhibit C*

## TCEH
### Summary of Expense Detail by Category
### January 1, 2016 through January 31, 2016

| Expense Category | Sum of Expenses |
|---|---|
| Airfare | $4,826.08 |
| Lodging | $4,214.89 |
| Meals | $392.37 |
| Miscellaneous | $0.60 |
| Transportation | $1,512.13 |
| **Total** | **$10,946.07** |

*Exhibit C*

### EFH
### *Summary of Expense Detail by Category*
### *January 1, 2016 through January 31, 2016*

| *Expense Category* | *Sum of Expenses* |
|---|---:|
| Airfare | $1,837.46 |
| Lodging | $1,604.80 |
| Meals | $149.42 |
| Miscellaneous | $0.23 |
| Transportation | $575.84 |
| *Total* | **$4,167.75** |

*Exhibit C*

*EFIH*
*Summary of Expense Detail by Category*
*January 1, 2016 through January 31, 2016*

| Expense Category | Sum of Expenses |
|---|---:|
| Airfare | $4,699.93 |
| Lodging | $4,104.64 |
| Meals | $382.14 |
| Miscellaneous | $0.59 |
| Transportation | $1,472.56 |
| **Total** | **$10,659.86** |