# EXHIBIT D

**Detailed Description of Expenses and Disbursements**

*Exhibit D*

**Combined - All Entities**
**Expense Detail by Category**
**January 1, 2016 through January 31, 2016**

## Airfare

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Emmett Bergman | 11/2/2015 | $568.10 | Airfare one-way coach Dallas/San Francisco. |
| Emmett Bergman | 11/5/2015 | $418.10 | Airfare one-way coach San Francisco/Dallas. |
| Emmett Bergman | 11/16/2015 | $836.20 | Airfare roundtrip coach Dallas/San Francisco. |
| Paul Kinealy | 11/23/2015 | $712.00 | Airfare roundtrip coach Chicago/Dallas. |
| Paul Kinealy | 12/7/2015 | $693.99 | Airfare roundtrip coach Chicago/Dallas. |
| Emmett Bergman | 12/9/2015 | $418.10 | Airfare one-way coach San Francisco/Dallas. |
| Steve Kotarba | 12/21/2015 | $404.60 | Airfare one-way Philadelphia/Chicago. |
| Paul Kinealy | 12/28/2015 | $693.99 | Airfare roundtrip coach Chicago/Dallas. |
| Michael Williams | 1/4/2016 | $701.20 | Airfare roundtrip coach Chicago/Dallas. |
| Richard Carter | 1/10/2016 | $750.20 | Airfare roundtrip coach Chicago/Dallas. |
| Michael Williams | 1/11/2016 | $706.86 | Airfare roundtrip coach Chicago/Dallas. |
| Paul Kinealy | 1/11/2016 | $719.20 | Airfare roundtrip coach Chicago/Dallas. |
| Richard Carter | 1/14/2016 | $750.20 | Airfare roundtrip coach Chicago/Dallas. |
| Jodi Ehrenhofer | 1/18/2016 | $97.21 | Airfare one-way coach Chicago/NYC. |
| Michael Williams | 1/18/2016 | $791.47 | Airfare roundtrip coach Chicago/Dallas. |
| Jodi Ehrenhofer | 1/25/2016 | $103.55 | Airfare one-way coach NYC/Chicago. |
| Michael Williams | 1/25/2016 | $894.88 | Airfare roundtrip coach Chicago/Dallas. |
| Jodi Ehrenhofer | 1/26/2016 | $176.71 | Airfare one-way coach Chicago/Dallas. |
| Richard Carter | 1/26/2016 | $750.20 | Airfare roundtrip coach Chicago/Dallas. |
| Jodi Ehrenhofer | 1/28/2016 | $176.71 | Airfare one-way coach Dallas/Chicago. |
| **Expense Category Total** | | **$11,363.47** | |

## Lodging

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Emmett Bergman | 11/4/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Emmett Bergman | 11/18/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Paul Kinealy | 12/2/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Emmett Bergman | 12/9/2015 | $767.64 | Hotel in Dallas - 3 nights. |

*Exhibit D*

### Combined - All Entities
### Expense Detail by Category
### January 1, 2016 through January 31, 2016

## Lodging

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Paul Kinealy | 12/14/2015 | $255.88 | Hotel in Dallas - 1 night. |
| Paul Kinealy | 1/6/2016 | $767.64 | Hotel in Dallas - 3 nights. |
| Michael Williams | 1/7/2016 | $767.64 | Hotel in Dallas - 3 nights. |
| Richard Carter | 1/13/2016 | $767.64 | Hotel in Dallas - 3 nights. |
| Michael Williams | 1/14/2016 | $767.64 | Hotel in Dallas - 3 nights. |
| Paul Kinealy | 1/19/2016 | $511.76 | Hotel in Dallas - 2 nights. |
| Jodi Ehrenhofer | 1/20/2016 | $456.77 | Hotel in New York - 2 nights. |
| Michael Williams | 1/21/2016 | $767.64 | Hotel in Dallas - 3 nights. |
| Jodi Ehrenhofer | 1/26/2016 | $255.88 | Hotel in Dallas - 1 night. |
| Michael Williams | 1/27/2016 | $767.64 | Hotel in Dallas - 3 nights. |
| Richard Carter | 1/27/2016 | $767.64 | Hotel in Dallas - 3 nights. |
| **Expense Category Total** | | **$9,924.33** | |

## Meals

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Emmett Bergman | 11/3/2015 | $10.50 | Out of town breakfast - E. Bergman. |
| Emmett Bergman | 11/19/2015 | $13.74 | Out of town breakfast - E. Bergman. |
| Paul Kinealy | 11/30/2015 | $7.40 | Out of town breakfast - P. Kinealy. |
| Paul Kinealy | 11/30/2015 | $58.52 | Out of town dinner - P. Kinealy, R. Carter, M. Frank - 3. |
| Paul Kinealy | 12/1/2015 | $46.56 | Out of town dinner - M. Williams and Kinealy - 2. |
| Paul Kinealy | 12/2/2015 | $5.93 | Out of town breakfast - P. Kinealy. |
| Paul Kinealy | 12/3/2015 | $5.93 | Out of town breakfast - P. Kinealy. |
| Paul Kinealy | 12/14/2015 | $13.11 | Out of town dinner - P. Kinealy. |
| Paul Kinealy | 12/14/2015 | $7.40 | Out of town breakfast - P. Kinealy. |
| Steve Kotarba | 12/16/2015 | $10.50 | Out of town dinner - S. Kotarba. |
| Emmett Bergman | 12/18/2015 | $18.40 | Out of town breakfast - E. Bergman. |
| Paul Kinealy | 1/4/2016 | $7.40 | Out of town breakfast - P. Kinealy. |
| Paul Kinealy | 1/4/2016 | $64.62 | Out of town dinner - P. Kinealy, M. Williams - 2. |

*Exhibit D*

*Combined - All Entities*
*Expense Detail by Category*
*January 1, 2016 through January 31, 2016*

## *Meals*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Michael Williams | 1/5/2016 | $12.15 | Out of town dinner - M. Williams. |
| Paul Kinealy | 1/5/2016 | $5.93 | Out of town breakfast - P. Kinealy. |
| Paul Kinealy | 1/5/2016 | $22.40 | Out of town dinner - P. Kinealy. |
| Paul Kinealy | 1/6/2016 | $5.93 | Out of town breakfast - P. Kinealy. |
| Paul Kinealy | 1/6/2016 | $13.11 | Out of town dinner - P. Kinealy. |
| Paul Kinealy | 1/7/2016 | $5.93 | Out of town breakfast - P. Kinealy. |
| Richard Carter | 1/11/2016 | $40.00 | Out of town dinner - R. Carter. |
| Michael Williams | 1/12/2016 | $21.40 | Out of town dinner - M. Williams. |
| Michael Williams | 1/13/2016 | $27.74 | Out of town dinner - M. Williams. |
| Richard Carter | 1/13/2016 | $40.00 | Out of town dinner - R. Carter. |
| Michael Williams | 1/14/2016 | $22.40 | Out of town dinner - M. Williams. |
| Richard Carter | 1/14/2016 | $20.59 | Out of town dinner - R. Carter. |
| Richard Carter | 1/14/2016 | $4.85 | Out of town breakfast - R. Carter. |
| Richard Carter | 1/15/2016 | $34.06 | Out of town dinner - R. Carter. |
| Michael Williams | 1/18/2016 | $12.36 | Out of town dinner - M. Williams. |
| Paul Kinealy | 1/18/2016 | $7.47 | Out of town breakfast - P. Kinealy. |
| Paul Kinealy | 1/18/2016 | $13.43 | Out of town dinner - P. Kinealy. |
| Paul Kinealy | 1/19/2016 | $5.93 | Out of town breakfast - P. Kinealy. |
| Paul Kinealy | 1/19/2016 | $38.48 | Out of town dinner - P. Kinealy. |
| Michael Williams | 1/20/2016 | $37.58 | Out of town dinner - M. Williams. |
| Paul Kinealy | 1/20/2016 | $12.31 | Out of town dinner - P. Kinealy. |
| Paul Kinealy | 1/20/2016 | $8.09 | Out of town breakfast - P. Kinealy. |
| Michael Williams | 1/21/2016 | $22.40 | Out of town dinner - M. Williams. |
| Richard Carter | 1/25/2016 | $39.94 | Out of town dinner - R. Carter. |
| Richard Carter | 1/25/2016 | $7.75 | Out of town breakfast - R. Carter. |
| Michael Williams | 1/26/2016 | $37.58 | Out of town dinner - M. Williams. |
| Richard Carter | 1/26/2016 | $31.06 | Out of town dinner - R. Carter. |
| Jodi Ehrenhofer | 1/27/2016 | $3.98 | Out of town breakfast - J. Ehrenhofer. |
| Jodi Ehrenhofer | 1/27/2016 | $9.73 | Out of town dinner - J. Ehrenhofer. |

*Exhibit D*

*Combined - All Entities*
*Expense Detail by Category*
*January 1, 2016 through January 31, 2016*

## *Meals*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Richard Carter | 1/27/2016 | $20.55 | Out of town dinner - R. Carter. |
| Richard Carter | 1/28/2016 | $22.00 | Out of town dinner - R. Carter. |
| Richard Carter | 1/28/2016 | $8.60 | Out of town breakfast - R. Carter. |
| Paul Kinealy | 12/2/2016 | $38.19 | Out of town dinner - P. Kinealy. |
| **Expense Category Total** | | **$923.93** | |

## *Miscellaneous*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Emmett Bergman | 1/5/2016 | $1.42 | Verizon conference call charges. |
| **Expense Category Total** | | **$1.42** | |

## *Transportation*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Emmett Bergman | 11/2/2015 | $26.00 | Taxi from Energy to Dallas Airport. |
| Emmett Bergman | 11/2/2015 | $100.00 | Taxi from San Francisco Airport to home. |
| Emmett Bergman | 11/4/2015 | $4.20 | Taxi from Energy to hotel. |
| Emmett Bergman | 11/5/2015 | $30.00 | Taxi from Dallas Airport to Energy. |
| Emmett Bergman | 11/5/2015 | $74.38 | Taxi from San Francisco Airport to home. |
| Emmett Bergman | 11/16/2015 | $100.00 | Taxi from San Francisco Airport to home. |
| Emmett Bergman | 11/16/2015 | $30.00 | Taxi from Energy to Dallas Airport. |
| Emmett Bergman | 11/16/2015 | $4.20 | Taxi from Energy to hotel. |
| Emmett Bergman | 11/19/2015 | $70.91 | Taxi from San Francisco Airport to home. |
| Emmett Bergman | 11/19/2015 | $25.00 | Taxi from Energy to Dallas Airport. |
| Paul Kinealy | 11/30/2015 | $25.80 | Taxi from DFW Airport to Energy. |
| Paul Kinealy | 12/2/2015 | $22.43 | Taxi to dinner. |
| Paul Kinealy | 12/3/2015 | $28.00 | Taxi to Dallas Airport. |
| Paul Kinealy | 12/3/2015 | $114.00 | Parking at Chicago Airport. |

*Exhibit D*

**Combined - All Entities**
**Expense Detail by Category**
**January 1, 2016 through January 31, 2016**

## Transportation

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Emmett Bergman | 12/7/2015 | $100.00 | Taxi from home to San Francisco Airport. |
| Emmett Bergman | 12/7/2015 | $26.00 | Taxi from Energy to Dallas Airport. |
| Emmett Bergman | 12/9/2015 | $100.00 | Taxi from San Francisco Airport to home. |
| Emmett Bergman | 12/9/2015 | $30.00 | Taxi from Energy to Dallas Airport. |
| Emmett Bergman | 12/9/2015 | $4.20 | Taxi from hotel to Energy. |
| Paul Kinealy | 12/14/2015 | $30.00 | Taxi from Dallas airport to Energy. |
| Paul Kinealy | 12/15/2015 | $6.70 | Taxi from Energy to Dallas Airport. |
| Paul Kinealy | 12/15/2015 | $15.06 | Team taxi from hotel to Energy. |
| Paul Kinealy | 12/15/2015 | $64.00 | Parking at Chicago Airport. |
| Steve Kotarba | 12/15/2015 | $186.00 | Amtrak from NYC to Wilmington. |
| Steve Kotarba | 12/15/2015 | $15.00 | Taxi from Amtrak to hotel. |
| Steve Kotarba | 12/16/2015 | $10.00 | Taxi from court to Amtrak. |
| Steve Kotarba | 12/16/2015 | $18.30 | Taxi from Amtrak to hotel. |
| Steve Kotarba | 12/16/2015 | $156.00 | Amtrak from Wilmington to New York. |
| Steve Kotarba | 12/18/2015 | $60.00 | Taxi from Midway Airport to home. |
| Michael Williams | 1/4/2016 | $51.80 | Taxi from home to O'Hare Airport. |
| Michael Williams | 1/4/2016 | $60.00 | Taxi from DFW Airport to Energy. |
| Michael Williams | 1/4/2016 | $15.00 | Taxi from Energy to hotel. |
| Paul Kinealy | 1/4/2016 | $29.00 | Taxi from Dallas Airport to Energy. |
| Michael Williams | 1/5/2016 | $15.00 | Taxi from hotel to Energy. |
| Michael Williams | 1/5/2016 | $15.00 | Taxi from Energy to hotel. |
| Paul Kinealy | 1/6/2016 | $15.00 | Taxi from hotel to Energy. |
| Paul Kinealy | 1/6/2016 | $15.00 | Taxi from dinner to hotel. |
| Michael Williams | 1/7/2016 | $50.00 | Taxi from O'Hare Airport to home. |
| Michael Williams | 1/7/2016 | $60.00 | Taxi from Energy to DFW Airport. |
| Michael Williams | 1/7/2016 | $15.00 | Taxi from hotel to Energy. |
| Paul Kinealy | 1/7/2016 | $26.00 | Taxi from Energy to Dallas Airport. |
| Paul Kinealy | 1/7/2016 | $120.00 | Parking: airport parking |
| Michael Williams | 1/11/2016 | $50.00 | Taxi from Home to O'Hare Airport. |

*Exhibit D*

**Combined - All Entities**
**Expense Detail by Category**
**January 1, 2016 through January 31, 2016**

*Transportation*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Michael Williams | 1/11/2016 | $60.00 | Taxi from DFW Airport to Energy. |
| Michael Williams | 1/11/2016 | $15.00 | Taxi from Energy to hotel. |
| Michael Williams | 1/12/2016 | $15.00 | Taxi from hotel to Energy. |
| Michael Williams | 1/12/2016 | $15.00 | Taxi from Energy to hotel. |
| Richard Carter | 1/12/2016 | $57.60 | Taxi from DFW to Hotel. |
| Michael Williams | 1/13/2016 | $15.00 | Taxi from hotel to Energy. |
| Michael Williams | 1/13/2016 | $16.15 | Taxi from Energy to hotel. |
| Michael Williams | 1/14/2016 | $15.00 | Taxi from hotel to Energy. |
| Michael Williams | 1/14/2016 | $60.00 | Taxi from O'Hare Airport to home. |
| Richard Carter | 1/14/2016 | $109.00 | Parking: Airport Parking - ORD |
| Michael Williams | 1/18/2016 | $15.00 | Taxi from Energy to hotel. |
| Michael Williams | 1/18/2016 | $60.00 | Taxi from O'Hare Airport to home. |
| Michael Williams | 1/18/2016 | $52.40 | Taxi from home to O'Hare Airport. |
| Paul Kinealy | 1/18/2016 | $30.00 | Taxi from Dallas Airport to Energy. |
| Michael Williams | 1/19/2016 | $15.00 | Taxi from hotel to Energy. |
| Michael Williams | 1/19/2016 | $15.00 | Taxi from Energy to hotel. |
| Richard Carter | 1/19/2016 | $60.00 | Taxi from Energy to DFW Airport. |
| Michael Williams | 1/20/2016 | $15.00 | Taxi from Energy to hotel. |
| Paul Kinealy | 1/20/2016 | $96.00 | Parking at Chicago Airport. |
| Paul Kinealy | 1/20/2016 | $15.00 | Taxi from hotel to Energy. |
| Paul Kinealy | 1/20/2016 | $11.26 | Taxi from Energy to Dallas Airport. |
| Michael Williams | 1/21/2016 | $60.00 | Taxi from DFW Airport to Energy. |
| Michael Williams | 1/21/2016 | $60.00 | Taxi from O'Hare Airport to home. |
| Michael Williams | 1/21/2016 | $15.00 | Taxi from hotel to Energy. |
| Michael Williams | 1/25/2016 | $49.10 | Taxi from home to O'Hare Airport. |
| Michael Williams | 1/25/2016 | $15.00 | Taxi from Energy to hotel. |
| Michael Williams | 1/25/2016 | $60.00 | Taxi from DFW Airport to Energy. |
| Richard Carter | 1/25/2016 | $58.86 | Taxi from DFW to Energy. |
| Jodi Ehrenhofer | 1/26/2016 | $22.50 | Taxi from home to O'Hare |

*Exhibit D*

## Combined - All Entities
## Expense Detail by Category
## January 1, 2016 through January 31, 2016

### Transportation

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Jodi Ehrenhofer | 1/26/2016 | $27.00 | Parking: Hotel in Dallas - 2 nights |
| Michael Williams | 1/26/2016 | $15.00 | Taxi from Energy to hotel. |
| Michael Williams | 1/26/2016 | $15.00 | Taxi from hotel to Energy. |
| Michael Williams | 1/27/2016 | $15.00 | Taxi from Energy to hotel. |
| Jodi Ehrenhofer | 1/28/2016 | $69.88 | Rental car in Dallas - 3 days. |
| Jodi Ehrenhofer | 1/28/2016 | $27.50 | Taxi from O'Hare to office. |
| Michael Williams | 1/28/2016 | $60.00 | Taxi from O'Hare Airport to home. |
| Richard Carter | 1/28/2016 | $60.30 | Taxi from Energy to DFW Airport. |
| Richard Carter | 1/28/2016 | $15.00 | Taxi from hotel to Energy. |
| Richard Carter | 1/28/2016 | $140.00 | Parking: Airport Parking - 1/25-1/28 |
| **Expense Category Total** | | **$3,560.53** | |
| *Grand Total* | | **$25,773.68** | |