## Exhibit A

[Statement of Fees by Subject Matter]

55248282v2

| MATTER NUMBER | MATTER DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 001 | Case Administration | 2.2 | $1,757.50 |
| 003 | EFH Business Operations | 4.0 | $4,340.00 |
| 004 | EFH Contested Matters and Adversary Proceedings | 7.4 | $7,482.50 |
| 005 | EFH Corporate Governance and Board Matters | 29.0 | $32,497.50 |
| 008 | Fee Applications and Objections | 41.5 | $37,102.50 |
| 009 | Financing and Cash Collateral | 2.5 | $2,690.00 |
| 010 | Hearings | 0.5 | $500.00 |
| 011 | Claims Investigations, Analyses and Objections | 0.4 | $330.00 |
| 014 | Non-Working Travel | 39.1 | $22,450.00 |
| 015 | Plan and Disclosure Statement | 134.9 | $143,478.00 |
| 016 | Tax | 177.5 | $158,557.00 |
| **TOTAL FOR ALL MATTER NOS.** | | **439.0** | **$411,185.00** |

55248282v2