**Exhibit B**

[Attorneys' and Paraprofessionals' Information]

Proskauer attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Julie M. Allen | Partner | 1984 | Corporate | $1,350 | 0.3 | $405.00 |
| Richard M. Corn | Partner | 2005 | Tax | $925 | 54.0 | $49,950.00 |
| Michael A. Firestein | Partner | 1983 | Litigation | $1,025 | 12.8 | $13,120.00 |
| Daniel I. Ganitsky | Partner | 2001 | Corporate | $1,050 | 1.0 | $1,050.00 |
| Jeff J. Marwil | Partner | 1986 | Corporate | $1,200 | 2.6 | $3,120.00 |
| Paul Possinger | Partner | 1993 | Corporate | $1,025 | 0.4 | $410.00 |
| Lary Alan Rappaport | Partner | 1979 | Litigation | $950 | 2.6 | $2,470.00 |
| Stuart L. Rosow | Partner | 1976 | Tax | $1,350 | 26.4 | $35,640.00 |
| Mark K. Thomas | Partner | 1981 | Corporate | $1,200 | 86.4 | $103,680.00 |
|  |  |  |  | $600 | 29.0 | $17,400.00[1] |
| Peter J. Young | Partner | 2002 | Corporate | $1,000 | 95.4 | $95,400.00 |
|  |  |  |  | $500 | 10.1 | $5,050.00[1] |
| Joseph P. Malca | Associate | 2013 | Tax | $610 | 26.6 | $16,226.00 |
| Jennifer L. Roche | Associate | 2007 | Litigation | $850 | 0.2 | $170.00 |
| Gary Silber | Associate | 2011 | Tax | $770 | 49.5 | $38,115.00 |
| Jeramy Webb | Associate | 2015 | Corporate | $445 | 13.2 | $5,874.00 |
| Jared D. Zajac | Associate | 2009 | Corporate | $825 | 27.7 | $22,852.50 |
| **Total** |  |  |  |  | **438.2** | **$410,932.50** |

---

[1]  Represents a fifty percent (50%) reduction for non-working travel time.

55248282v2

Proskauer paraprofessionals who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Natasha Petrov | Paralegal | 1 year | Corporate | $300 | 0.3 | $90.00 |
| Javier Santiago | Legal Assistant | 13 years | Corporate | $325 | 0.5 | $162.50 |
| **Total** | | | | | **0.8** | **$252.50** |

| | | |
|---|---|---|
| **TOTAL FOR PROFESSIONALS AND PARAPROFESSIONALS** | **439.0** | **$411,185.00** |

55248282v2