## Exhibit C

[Summary of Actual and Necessary Expenses for the Fee Period]

55248282v2

| EXPENSE CATEGORY | AMOUNT |
|---|---:|
| Reproduction Costs (at $0.10 per page) | $173.10 |
| Telecommunications | $0.00[1] |
| Research (Lexis/Westlaw/Other Database Searches) | $2,591.25 |
| Litigation and Corporate Support Services[2] | $30.00 |
| Travel Out-of-Town – Transportation | $2,685.23[3] |
| Taxi, Carfare, Mileage, Parking | $640.61[4] |
| Business Meals | $305.30[5] |
| Out-of-Town Lodging | $1,300.00[6] |
| **Total** | **$7,725.49** |

---

[1] Reflects a reduction of $1.74 for telecommunication expenses incurred that are not reimbursable pursuant to the fee committee guidelines.

[2] Consists of CourtCall, PACER and outside copying expenses.

[3] Includes non-refundable first-class airfare reduced by 50% to approximate the cost differential between non-refundable first-class airfare and refundable coach-class fare, addressing the reimbursable cap imposed by the fee committee.

[4] Includes a reduction of $7.00 for cab and carfare expenses incurred going to and from airports in excess of the reimbursable cap imposed by the fee committee.

[5] Includes a reduction of $541.58 for business meal expenses in excess of the reimbursable cap imposed by the fee committee.

[6] Includes a reduction of $468.55 for lodging expenses in excess of the reimbursable cap imposed by the fee committee.

55248282v2