**Exhibit D**

[Detailed Description of Expenses and Disbursements]

**Disbursements and Other Charges**

| Date | Name | Description | Amount |
|---|---|---|---|
| 02/01/2016 | Jared Zajac | Reproduction | 2.20 |
| 02/01/2016 | Jared Zajac | Reproduction | 8.30 |
| 02/01/2016 | Jared Zajac | Reproduction | 5.30 |
| 02/01/2016 | Jared Zajac | Reproduction | 7.10 |
| 02/02/2016 | Jeramy Webb | Lexis | 288.00 |
| 02/03/2016 | Jeramy Webb | Lexis | 46.00 |
| 02/03/2016 | Paulette Lindo | Reproduction | 0.30 |
| 02/03/2016 | Paulette Lindo | Reproduction | 0.10 |
| 02/03/2016 | Paulette Lindo | Reproduction | 0.20 |
| 02/04/2016 | Jeramy Webb | Reproduction | 3.00 |
| 02/04/2016 | Jeramy Webb | Reproduction | 0.80 |
| 02/04/2016 | Jeramy Webb | Reproduction | 3.50 |
| 02/04/2016 | Jeramy Webb | Reproduction | 0.90 |
| 02/04/2016 | Jeramy Webb | Reproduction | 0.70 |
| 02/04/2016 | Jeramy Webb | Reproduction | 3.00 |
| 02/04/2016 | Jeramy Webb | Reproduction | 0.10 |
| 02/04/2016 | Jeramy Webb | Lexis | 703.00 |
| 02/04/2016 | Jeramy Webb | Westlaw | 396.00 |
| 02/05/2016 | Jared Zajac | Reproduction | 4.40 |
| 02/09/2016 | Kimberly White | Reproduction | 4.40 |
| 02/09/2016 | Kimberly White | Reproduction | 4.40 |
| 02/11/2016 | Peter J. Young | Taxicab/car Svc.-XYZ Car Service from LaGuardia to Hotel | 67.94 |
| 02/11/2016 | Peter J. Young | Out Of Town Meals | 6.33 |
| 02/11/2016 | Mark K. Thomas | Out Of Town Meals-M. Thomas, N. Luria and V. Lazar | 120.00 |
| 02/12/2016 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Parking at O'Hare | 54.00 |
| 02/12/2016 | Peter J. Young | Out Of Town Meals | 12.50 |
| 02/12/2016 | Peter J. Young | Out Of Town Meals | 6.47 |
| 02/12/2016 | Peter J. Young | Airplane-Chicago to/from New York on 2/11-12/16 | 481.10 |
| 02/12/2016 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Uber car from New York office to LaGuardia | 68.97 |
| 02/12/2016 | Peter J. Young | Lodging-1 Night New York | 500.00 |
| 02/12/2016 | Peter J. Young | Other Disbursements-Gratuities | 20.00 |
| 02/12/2016 | Peter J. Young | Airplane-United WiFi Service | 6.99 |
| 02/13/2016 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-Cab from LaGuardia to Hotel on 2/11/16 | 50.00 |

| Date | Name | Description | Amount |
|---|---|---|---|
| 02/13/2016 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-A-1 Airport Limo from O'Hare to Home on 2/12/16 | 75.00 |
| 02/13/2016 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-Uber car from Home to O'Hare on 2/13/16 | 49.70 |
| 02/13/2016 | Mark K. Thomas | Airplane-Tucson to New York to Chicago to Tucson on 2/11-13/16 | 1,511.59 |
| 02/13/2016 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-Cab from Home to Tucson Airport on 2/11/16 | 65.00 |
| 02/13/2016 | Mark K. Thomas | Lodging-1 Night New York | 500.00 |
| 02/13/2016 | Mark K. Thomas | Airplane-GoGo Internet Service | 19.95 |
| 02/16/2016 | Jared Zajac | Reproduction | 0.40 |
| 02/16/2016 | Jared Zajac | Reproduction | 2.10 |
| 02/16/2016 | Jared Zajac | Reproduction | 4.50 |
| 02/16/2016 | Michele M. Reetz | Reproduction | 1.30 |
| 02/16/2016 | Michele M. Reetz | Reproduction | 0.60 |
| 02/18/2016 | Jeramy Webb | Reproduction | 1.50 |
| 02/18/2016 | Jeramy Webb | Westlaw | 198.00 |
| 02/18/2016 | Jeramy Webb | Lexis | 192.00 |
| 02/19/2016 | Jeramy Webb | Lexis | 165.00 |
| 02/19/2016 | Jeramy Webb | Westlaw | 99.00 |
| 02/19/2016 | Jared Zajac | Reproduction | 1.80 |
| 02/19/2016 | Jeramy Webb | Reproduction | 0.20 |
| 02/19/2016 | Jeramy Webb | Reproduction | 0.20 |
| 02/22/2016 | Paulette Lindo | Reproduction | 0.20 |
| 02/22/2016 | Paulette Lindo | Reproduction | 0.50 |
| 02/22/2016 | Paulette Lindo | Reproduction | 0.10 |
| 02/22/2016 | Paulette Lindo | Reproduction | 10.50 |
| 02/22/2016 | Jared Zajac | Reproduction | 0.50 |
| 02/22/2016 | Gary Silber | Reproduction | 1.40 |
| 02/22/2016 | Gary Silber | Reproduction | 4.10 |
| 02/22/2016 | Peter J. Young | Reproduction | 0.70 |
| 02/22/2016 | Peter J. Young | Reproduction | 4.10 |
| 02/22/2016 | Peter J. Young | Reproduction | 4.20 |
| 02/24/2016 | Natasha Petrov | Court Reporting Service-CourtCall | 30.00 |
| 02/24/2016 | Mark K. Thomas | Out Of Town Meals-M. Thomas, N. Luria, R. Nowitz & T. Walper | 160.00 |
| 02/24/2016 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-Cab from Dallas Airport to Hotel | 60.00 |
| 02/24/2016 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-Cab from Home to Airport | 70.00 |
| 02/25/2016 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-Cab from Hotel to Dallas Airport | 60.00 |
| 02/25/2016 | Paulette Lindo | Reproduction | 11.30 |

| Date | Name | Description | Amount |
|---|---|---|---|
| 02/25/2016 | Paulette Lindo | Reproduction | 11.00 |
| 02/25/2016 | Paulette Lindo | Reproduction | 2.30 |
| 02/25/2016 | Paulette Lindo | Reproduction | 0.60 |
| 02/26/2016 | Mark K. Thomas | Airplane-Tucson to/from Dallas on 2/24-25/16 | 665.60 |
| 02/26/2016 | Paulette Lindo | Reproduction | 8.50 |
| 02/26/2016 | Paulette Lindo | Reproduction | 0.10 |
| 02/26/2016 | Paulette Lindo | Reproduction | 0.10 |
| 02/26/2016 | Paulette Lindo | Reproduction | 0.50 |
| 02/26/2016 | Paulette Lindo | Reproduction | 4.70 |
| 02/26/2016 | Paulette Lindo | Reproduction | 0.10 |
| 02/26/2016 | Paulette Lindo | Reproduction | 12.40 |
| 02/26/2016 | Jared Zajac | Reproduction | 0.20 |
| 02/26/2016 | Joseph P. Malca | Reproduction | 0.70 |
| 02/26/2016 | Joseph P. Malca | Reproduction | 4.20 |
| 02/26/2016 | Joseph P. Malca | Reproduction | 0.40 |
| 02/26/2016 | Joseph P. Malca | Reproduction | 0.80 |
| 02/26/2016 | Joseph P. Malca | Reproduction | 0.40 |
| 02/26/2016 | Lorena Ramirez | Reproduction | 0.20 |
| 02/26/2016 | Lorena Ramirez | Reproduction | 7.10 |
| 02/26/2016 | Lorena Ramirez | Reproduction | 13.50 |
| 02/26/2016 | Mark K. Thomas | Lodging-1 Night Dallas | 300.00 |
| 02/29/2016 | Richard M. Corn | Lexis | 504.25 |
| 02/29/2016 | Paulette Lindo | Reproduction | 0.20 |
| 02/29/2016 | Joseph P. Malca | Reproduction | 2.10 |
| 02/29/2016 | Joseph P. Malca | Reproduction | 0.10 |
| 02/29/2016 | Joseph P. Malca | Reproduction | 1.00 |
| 02/29/2016 | Joseph P. Malca | Reproduction | 0.10 |
| 02/29/2016 | Joseph P. Malca | Reproduction | 2.00 |
| 02/29/2016 | Joseph P. Malca | Reproduction | 0.80 |
| 02/29/2016 | Joseph P. Malca | Reproduction | 0.10 |

**Disbursements and Other Charges** $ **7,725.49**