# **EXHIBIT A**

**AMENDMENT A-22.3**

**DATED December 10, 2015**

**TO**

**MASTER SERVICES AGREEMENT**

**C0631124C**

**BY AND BETWEEN KPMG**

**LLP**

**AND**

**EFH CORPORATE SERVICES COMPANY**

**DATED NOVEMBER 1, 2009**

Contract No.  C0631124C

**Amendment A-22.3**

This Amendment A-22.3 amends Schedule A-22 dated September 24, 2015, between EFH Corporate Services Company ("Client" or "Company") and KPMG LLP ("CONTRACTOR"). The Parties agree that, except as otherwise amended by this Amendment A-22.3, the terms of Schedule A-22 and provisions of the Master Services Agreement dated November 1, 2009 ("Agreement") shall apply to the services being provided hereunder. Any terms used in this Amendment A-22.3 and not otherwise defined will have the same meaning as in the Agreement and/or Schedule A-22. In the event that there is a conflict between the terms of Schedule A-22 and Amendment A-22.3, Amendment A-22.3 shall control.

**MODIFICATIONS**

The Agreement is modified as follows:

**COMPENSATION, INVOICES AND PAYMENT**

The "COMPENSATION, INVOICES AND PAYMENT" provision is hereby deleted and replaced as follows:

"Estimated fees for this effort are $244,860, and this project is not authorized to exceed $269,346.  CONTRACTOR will bill only for hours spent performing substantive Work for COMPANY.  Any extension or increase in spend will require amendment to this Schedule A. This estimate assumes there will be no travel to the participant's site(s).  If travel is required, normal and reasonable travel expenses will be reimbursed in accordance with Article 5 and Attachment 5 of the Agreement (Reimbursable Expense Policy).

**PROFESSIONAL AND SUPPORT STAFF FEES SCHEDULE**

| Role | Rate | Extension Date | Estimated Fees |
|---|---|---|---|
| Senior Associate | $220/hr. | April 21, 2016 | $244,860 |
| **TOTAL** | | | **$244,860** |

The rates specified in the Schedule A will remain in effect, with respect to and until completion of the Work authorized pursuant to this Schedule A.

All invoices shall be sent to:
ap.invoicing@energyfutureholdings.com

Contract No. C0631124C

With a copy to:

Ms. Christy Dobry
Director of Corporate Accounting
Energy Future Holdings Corp.
1601 Bryan St., 3rd floor
Dallas, TX 75201"

The parties have signed this Amendment acknowledging their agreement to its provisions as of the Effective Date.

| **KPMG LLP** | **EFH CORPORATE SERVICES COMPANY** |
|---|---|
| By: _[signature]_ | By: _Tamar Willis_ |
| Signature | Signature |
| Name: Brad Stansberry | Name: Tamar Willis |
| Title: Partner | Title: Sr. Procurement Specialist |
| Date: February 19, 2015 | Date: February 29, 2016 |