# **EXHIBIT A**

**Statement of Fees and Expenses by Subject Matter**

## COMPENSATION BY PROJECT CATEGORY
## FEBRUARY 1, 2016 THROUGH FEBRUARY 29, 2016

| Matter Number | Project Category | Total Hours | Total Fees |
|---|---|---:|---:|
| Applicable to All Debtors[1] | | | |
| 12 | Tax Analysis | N/A | N/A |
| 25 | Public Policy Advice | N/A | N/A |
| 30 | Employment and Fee Applications | 14.6 | $6,993.00 |
| 46 | Budget-Related Work | 0.5 | $337.50 |
| Total for All-Debtor Matters | | 15.1 | $7,330.50 |
| Applicable to TCEH Debtors | | | |
| 4 | Litigation: Disputes and Potential Litigation with Aurelius | N/A | N/A |
| 8 | Litigation: FPL v. TXU (Texas Supreme Court) | N/A | N/A |
| 13 | Litigation: FOIA Disputes and EPA Matters | N/A | N/A |
| 16 | Litigation: Sierra Club – Eastern District of Texas | N/A | N/A |
| 17 | Litigation: Sierra Club – Western District of Texas | N/A | N/A |
| 18 | Litigation: NSR Case | 53.8 | $42,272.00 |
| 22 | Litigation: 2004 FPL Lawsuit | N/A | N/A |
| 23 | Litigation: 2011 FPL Lawsuit | N/A | N/A |
| 24 | Litigation: FPL Offer Curves Dispute | N/A | N/A |
| 41 | SEC Matters | N/A | N/A |
| 43 | Corporate Matters | N/A | N/A |
| 48 | TCEH Going Public Transactions | 62.5 | $42,218.00 |
| 49 | TCEH Notes Offering | 0.8 | $728.00 |
| 50 | Project Longhorn | 27.6 | $18,495.50 |
| Total for TCEH Matters | | 144.7 | $103,713.50 |
| Applicable to EFIH Debtors | | | |
| 27 | First Lien DIP Exchange Offer | N/A | N/A |
| 28 | Second Lien DIP Tender Offer | N/A | N/A |

---

[1] Matter categories applicable to all Debtors are allocated to each Debtor in the same proportion as the amount incurred by each Debtor to its direct benefit on a monthly basis. In this Monthly Fee Statement, 92.1% of the fees ($6,749.78) shall be allocated to the TCEH estate, 0.0% of the fees ($0.00) shall be allocated to the EFIH estate, and 7.9% of the fees ($580.72) shall be allocated to the EFH estate.

RLF1 14164049v.1

| 29 | Second Lien DIP Notes Offering | N/A | N/A |
|---|---|---|---|
| 34 | SEC Matters | N/A | N/A |
| 35 | Corporate Matters | N/A | N/A |
| Total for EFIH Matters | | N/A | N/A |
| Applicable to EFH Debtors | | | |
| 31 | SEC Matters | 10.9 | $8,923.00 |
| 32 | Corporate Matters | N/A | N/A |
| Total for EFH Matters | | 10.9 | $8,923.00 |
| **Total** | | **170.7** | **$119,967.00** |

**EXPENSE SUMMARY**
**FEBRUARY 1, 2016 THROUGH FEBRUARY 29, 2016**

| Expenses Category | Total Expenses |
|---|---:|
| Arbitrator/Special Master | $1,945.00 |
| Document Retrieval Service | $5.20 |
| Document Search And Retrieval | $416.50 |
| In House Duplication | $114.00 |
| Meals | $179.55 |
| Messenger And Courier Expense | $9.64 |
| Outside Services/Consultants | $8,310.23 |
| **Total:** | **$10,980.12** |

RLF1 14164049v.1