# **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The Gibson Dunn professionals and paraprofessionals who rendered professional services in these cases during the Fee Period are:

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| William B. Dawson | Partner. Joined firm as a Partner in 2011. Member of TX Bar since 1975. | $1,145.00 | 14.2 | $14,626.00 |
| Joseph Kattan | Partner. Became a Partner in 1997. Member of DC Bar since 1980. | $1,030.00 | 0.4 | $412.00 |
| Robert B. Little | Partner. Joined firm as a Partner in 2011. Member of TX Bar since 1998. | $910.00 | 30.3 | $27,573.00 |
| Michael L. Raiff | Partner. Joined firm as a Partner in 2011. Member of TX Bar since 1992. | $1,055.00 | 9.3 | $8,742.00 |
| Andrew Cline | Of Counsel. Joined firm as an associate in 1999. Member of D.C. Bar since 2000. | $745.00 | 0.5 | $372.50 |
| Matthew G. Bouslog | Associate. Joined firm as an associate in 2012. Member of CA Bar since 2011. | $675.00 | 4.3 | $2,902.50 |
| Caitlin Calloway | Associate. Joined firm as an Associate in 2012. Member of TX Bar since 2012. | $585.00 | 6.6 | $3,861.00 |
| Michael Q. Cannon | Associate. Joined firm as an Associate in 2014. Member of TX Bar since 2012. | $650.00 | 0.4 | $260.00 |
| Russell H. Falconer | Associate. Joined firm as an Associate in 2011. Member of TX Bar since 2009. | $770.00 | 16.7 | $11,272.50 |
| Timothy P. Fisher | Associate. Joined firm as an associate in 2013. Member of TX Bar since 2013. | $540.00 | 24.7 | $13,338.00 |

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Krista P. Hanvey | Associate. Joined firm as an associate in 2009. Member of TX Bar since 2009. | $770.00 | 1.3 | $1,001.00 |
| Jennafer M. Tryck | Associate. Joined firm as an associate in 2013. Member of AK Bar since 201 and CA Bar since 2013. | $650.00 | 0.6 | $390.00 |
| Needhi N. Vasavada | Associate. Joined firm as an associate in 2014. Member of TX Bar since 2014. | $480.00 | 9.4 | $4,512.00 |
| Elizabeth M. Viney | Associate. Joined firm as an Associate in 2012. Member of TX Bar since 2011, and LA Bar since 2011. | $675.00 | 12.0 | $6,900.00 |
| Jonathan M. Whalen | Associate. Joined firm as an Associate in 2009. Member of TX Bar since 2009. | $675.00 | 28.2 | $19,035.00 |
| Duke K. Amponsah | Paralegal. Joined firm as a Paralegal in 2012. | $410.00 | 10.8 | $4,428.00 |
| Gaya K. Holman | Paralegal. Joined firm as a Paralegal in 2013. | $385.00 | 0.7 | $269.50 |
| Carla H. Jones | Research Analyst. Joined firm in 1999. | $240.00 | 0.3 | $72.00 |
| **TOTAL** | | | **170.7** | **$119,967.00** |
| **Blended Rate** | | **$702.79** | | |

2