# EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

## EXPENSE SUMMARY
## FEBRUARY 1, 2016 THROUGH FEBRUARY 29, 2016

### Applicable to TCEH Debtors

| Expenses Category | Total Expenses |
|---|---:|
| Arbitrator/Special Master | $1,945.00 |
| Document Retrieval Service | $5.20 |
| Document Search And Retrieval | $416.50 |
| In House Duplication | $112.20 |
| Meals | $179.55 |
| Messenger And Courier Expense | $9.64 |
| Outside Services/Consultants | $8,310.23 |
| **Total:** | **$10,978.32** |

### Applicable to EFH Debtors

| Expenses Category | Total Expenses |
|---|---:|
| In House Duplication | $1.80 |
| **Total:** | **$1.80** |

**TOTAL EXPENSES:**                              **$10,980.12**