## **EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

RLF1 14164049v.1

| Invoice Number | Matter Name | Date | Name Of Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 2016032038 | EFH | 20160208 | Debra S. Uhl | In House Duplication | $0.10 | 18 | $1.80 | In House Duplication Charge via Equitrac |
| 2016032043 | TCEH | 20160202 | Russell H. Falconer | In House Duplication | $0.10 | 6 | $0.60 | In House Duplication Charge via Equitrac |
| 2016032043 | TCEH | 20160204 | Russell H. Falconer | In House Duplication | $0.10 | 8 | $0.80 | In House Duplication Charge via Equitrac |
| 2016032043 | TCEH | 20160204 | Russell H. Falconer | In House Duplication | $0.10 | 3 | $0.30 | In House Duplication Charge via Equitrac |
| 2016032043 | TCEH | 20160204 | Russell H. Falconer | In House Duplication | $0.10 | 12 | $1.20 | In House Duplication Charge via Equitrac |
| 2016032043 | TCEH | 20160204 | Russell H. Falconer | In House Duplication | $0.10 | 5 | $0.50 | In House Duplication Charge via Equitrac |
| 2016032043 | TCEH | 20160204 | Lora A. Faruque | In House Duplication | $0.10 | 36 | $3.60 | In House Duplication Charge via Equitrac |
| 2016032043 | TCEH | 20160204 | Russell H. Falconer | In House Duplication | $0.10 | 3 | $0.30 | In House Duplication Charge via Equitrac |
| 2016032043 | TCEH | 20160205 | Michael O. Clerkley | In House Duplication | $0.10 | 9 | $0.90 | In House Duplication Charge via Equitrac |
| 2016032043 | TCEH | 20160205 | Michael O. Clerkley | In House Duplication | $0.10 | 214 | $21.40 | In House Duplication Charge via Equitrac |
| 2016032043 | TCEH | 20160205 | Michael O. Clerkley | In House Duplication | $0.10 | 642 | $64.20 | In House Duplication Charge via Equitrac |
| 2016032043 | TCEH | 20160208 | Michael O. Clerkley | In House Duplication | $0.10 | 2 | $0.20 | In House Duplication Charge via Equitrac |
| 2016032043 | TCEH | 20160209 | Michael O. Clerkley | In House Duplication | $0.10 | 1 | $0.10 | In House Duplication Charge |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | via Equitrac |
| 2016032043 | TCEH | 20160209 | Michael O. Clerkley | In House Duplication | $0.10 | 1 | $0.10 | In House Duplication Charge via Equitrac |
| 2016032043 | TCEH | 20160210 | Michael O. Clerkley | In House Duplication | $0.10 | 51 | $5.10 | In House Duplication Charge via Equitrac |
| 2016032043 | TCEH | 20160211 | Michael O. Clerkley | In House Duplication | $0.10 | 2 | $0.20 | In House Duplication Charge via Equitrac |
| 2016032043 | TCEH | 20160216 | Kevin N. Paden | In House Duplication | $0.10 | 24 | $2.40 | In House Duplication Charge via Equitrac |
| 2016032043 | TCEH | 20160216 | Kevin N. Paden | In House Duplication | $0.10 | 16 | $1.60 | In House Duplication Charge via Equitrac |
| 2016032043 | TCEH | 20160216 | Kevin N. Paden | In House Duplication | $0.10 | 15 | $1.50 | In House Duplication Charge via Equitrac |
| 2016032043 | TCEH | 20160216 | Kevin N. Paden | In House Duplication | $0.10 | 1 | $0.10 | In House Duplication Charge via Equitrac |
| 2016032043 | TCEH | 20160216 | Kevin N. Paden | In House Duplication | $0.10 | 11 | $1.10 | In House Duplication Charge via Equitrac |
| 2016032043 | TCEH | 20160216 | Kevin N. Paden | In House Duplication | $0.10 | 24 | $2.40 | In House Duplication Charge via Equitrac |
| 2016032043 | TCEH | 20160216 | Kevin N. Paden | In House Duplication | $0.10 | 24 | $2.40 | In House Duplication Charge via Equitrac |
| 2016032043 | TCEH | 20160216 | Kevin N. Paden | In House Duplication | $0.10 | 10 | $1.00 | In House Duplication Charge via Equitrac |
| 2016032043 | TCEH | 20160216 | Kevin N. Paden | In House Duplication | $0.10 | 1 | $0.10 | In House Duplication Charge via Equitrac |
| 2016032043 | TCEH | 20160216 | Kevin N. Paden | In House Duplication | $0.10 | 1 | $0.10 | In House Duplication Charge via Equitrac |
| 2016032043 | TCEH | 20160204 | | Arbitrator/ | | 0 | $1,945.00 | DATE: |

2

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Special Master | | | | 2/4/2016 - REF: 1310022160 US v. Luminant Generation Company LLC Mediation Fee |
| 2016032043 | TCEH | 20160204 | James K. Chung | Messenger/ Courier Service | 0 | | $9.64 | United Parcel Service, Inc. Invoice#: UPS-20160206 DATE: 2/6/2016 Ship Date 02/04/2016 Tracking No: 1Z9937450199071375 From: ACCT, Gibson, Dunn & Crutcher LLP, Los Angeles, CA To: Lynne Hart, Jams, Irvine, CA |
| 2016032043 | TCEH | 20160204 | Joseph, Kattan | Outside Services/Consultants | 0 | | $8,310.23 | Economists Incorporated Invoice#: 18344 Date: 2/4/2016 0356-103/Outside Services/Consultants/Economist services |
| 2016032043 | TCEH | 20160224 | Paulette Lewis | Document Search And Retrieval | 0 | | $416.50 | February 2016- Document Retrieval Services |
| 2016032043 | TCEH | 20160218 | Debra L. Jones | Document Retrieval Service | 0 | | $5.20 | Pacer 01/05/16 01/19/16 Court Research |
| 2016032043 | TCEH | 20160122 | Michael L. Raiff | Meals | 0 | | $179.55 | TNT Quadrangle Partners, LP dba TNT/ TAC Invoice#: 3121 Date: 1/22/2016 Meals/Lunch for NSR client meeting. |

3