## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) (Jointly Administered) |
| Debtors. | **Objections Due: April 13, 2016** |

### NOTICE OF FEE STATEMENT

Goldin Associates, LLC (the "Applicant") has today filed the attached *Fifteenth Monthly Fee Statement of Goldin Associates, LLC for Allowance of an Administrative Claim for Compensation and Reimbursement of Expenses Incurred from February 1, 2016 through February 29, 2016* (the "Fee Statement") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

Objections, if any, to the Fee Statement must be made in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals*, dated September 16, 2014 [D.I. 2066] (the "Administrative Order") and must be filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, DE 19801, and be served upon and received by the undersigned and by: (i) the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), Energy Future Holdings Corp., *et al.*, 1601 Bryan Street, 43rd Floor, Dallas, TX, 75201, Attn: Stacy Doré, Andrew M. Wright and Cecily Gooch; (ii) co-counsel to the Debtors, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022, Attn: Edward O.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Sassower, P.C., Stephen E. Hessler, Brian E. Schartz and Kirkland & Ellis LLP, 300 North

LaSalle, Chicago, IL 60654, Attn: James H.M. Sprayregen, P.C., Chad Husnick, and Steven N.

Serajeddini; (iii) co-counsel to the Debtors, Proskauer Rose LLP, Three First National Plaza, 70

W. Madison Street, Suite 3800, Chicago, Illinois 60602, Attn: Jeff J. Marwil, Mark. K. Thomas,

and Peter J. Young; (iv) co-counsel to the Debtors, Cravath Swaine and Moore LLP, Worldwide

Plaza, 825 Eighth Avenue, New York, New York 10019, Attn: Philip Gelston; (v) co-counsel to

the Debtors, Jenner & Block LLP, 919 Third Avenue, New York, New York 10022, Attn:

Richard Levin; (vi) co-counsel to the Debtors, Munger, Tolles & Olson LLP, 355 South Grand

Avenue, 35th Floor, Los Angeles, California 90071, Attn: Thomas B. Walper and Seth Goldman;

(vii) Roberta A. DeAngelis, the United States Trustee for Region 3, J. Caleb Boggs Federal

Building, 844 King Street, Room 2207, Wilmington, DE 19801, Attn: Richard L. Schepacarter,

and U.S. Department of Justice, Office of the U.S. Trustee, U.S. Federal Building, 201 Varick

Street, Room 1006, New York, NY 10014, Attn: Andrea B. Schwartz; (v) counsel for the agent

of the EFIH First Lien DIP Financing Facility, Shearman & Sterling LLP, 599 Lexington

Avenue, New York, NY 10022, Attn: Ned Schodek and Fredric Sosnick; (vi) counsel for the

agent of the TCEH DIP Financing Facility, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase

Manhattan Plaza, New York, NY 10005, Attn: Evan Fleck and Karen Gartenberg; (vii) counsel

to the Official Committee of Unsecured Creditors, Morrison & Foerster LLP, 250 W. 55th Street,

New York, NY 10019, Attn: Brett H. Miller, James M. Peck, Lorenzo Marinuzzi and Todd M.

Goren; and (viii) counsel to the fee committee, Godfrey & Kahn, S.C., One East Main Street,

Madison, WI 53703, Attn: Katherine Stadler, by no later than **4:00 p.m. (Eastern Time) on**

**April 13, 2016** (the "Objection Deadline").

If any responses or objections to the Fee Statement are timely filed, served and received in accordance with this notice, and if such objections cannot be resolved as provided by the Administrative Order, a hearing on the Fee Statement and the objections will be held at the convenience of the Bankruptcy Court. Only those objections made in writing and timely filed and received in accordance with the Administrative Order and the procedures described herein will be considered by the Bankruptcy Court at such hearing.

Under the Administrative Order, if no objection to the Fee Statement is timely filed, served and received by the Objection Deadline, the Applicant may be paid an amount equal to the lesser of (i) 80% of the fees and 100% of expenses requested in the Fee Statement or (ii) 80% of the fees and 100% of the expenses not subject to an objection without the need for further order of the Bankruptcy Court.

Dated: March 22, 2016                     STEVENS & LEE, P.C.

                                          */s/ Joseph H. Huston, Jr.*
                                          Joseph H. Huston, Jr. (No. 4035)
                                          Camille C. Bent (*admitted pro hac vice*)
                                          919 North Market Street, Suite 1300
                                          Wilmington, Delaware 19801
                                          Tel: (302) 425-3310
                                          Fax: (610) 371-7972
                                          Email: jhh@stevenslee.com

                                                  and

                                          Richard Levin, Esquire
                                          JENNER & BLOCK
                                          919 Third Avenue
                                          New York, NY 10022-3908
                                          Tel:    (212) 891-1601
                                          Fax:    (212) 891-1699
                                          Email: rlevin@jenner.com

                                                  and

Michael A. Paskin, Esquire
Trevor M. Broad, Esquire
CRAVATH SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Tel:     (212) 474-1760
Fax:     (212) 474-3700
Email:  mpaskin@cravath.com
            tbroad@cravath.com

*Independent Counsel for Energy Future*
*Intermediate Holding Company LLC*