## Exhibit A

## Hours Expended by Goldin Professional

| | | |
|---|---|---|
| David Prager | Managing Director | 36.8 |
| Karthik Bhavaraju | Director | 38.7 |
| Brian Bromberg | Associate | 1.0 |
| Deborah Praga | Analyst | 106.6 |
| Troy Sarpen | Analyst | 4.5 |
| **Total** | | **187.6** |