## **Exhibit C**

**Expenses by Category**

| | |
|---|---|
| Meals | $265.72 |
| Photocopies | 110.81 |
| Research | 2,113.75 |
| Teleconference | 30.00 |
| Travel | 512.44 |
| **Total** | **$3,032.72** |