## Exhibit D

**Expense Detail**

**GoldinAssociates, LLC**

350 Fifth Avenue
The Empire State Building
New York, New York 10118

Tel.: 212 593 2255
Fax: 212 888 2841
www.goldinassociates.com

## *Detailed Expenses by Category:* EFIH

For Expenses Through 2/29/16

| Expense | Start Date | End Date | Invoice Date | | Description | Charges |
|---|---|---|---|---|---|---|
| : Meals & Entertainment | | | | | | |
| | 2/4/2016 | 2/4/2016 | 2/7/16 | DP | SeamlessWeb - Inv # 2315497 - Working Dinner - Ref # 1697826939 - D. Praga | $23.62 |
| | 2/6/2016 | 2/6/2016 | 2/7/16 | DP | SeamlessWeb - Inv # 2315497 - Weekend Lunch - Ref # 1698229904 - D. Praga | $15.25 |
| | 2/8/2016 | 2/8/2016 | 2/14/16 | DP | SeamlessWeb - Inv # 2321991 - Working Dinner - Ref # 1698761686 - D. Praga | $22.06 |
| | 2/9/2016 | 2/9/2016 | 2/14/16 | KB | SeamlessWeb - Inv # 2321991 - Working Dinner - Ref # 1699048692 - K. Bhavaraju | $23.76 |
| | 2/9/2016 | 2/9/2016 | 2/14/16 | DP | SeamlessWeb - Inv # 2321991 - Working Dinner - Ref # 1699044941 - D. Praga | $23.40 |
| | 2/16/2016 | 2/16/2016 | 2/21/16 | DP | SeamlessWeb - Inv # 2323449 - Working Dinner - Ref # 1701192616 - D. Praga | $23.91 |
| | 2/18/2016 | 2/18/2016 | 2/21/16 | KB | SeamlessWeb - Inv # 2323449 - Working Dinner - Ref # 1702099498 - K. Bhavaraju | $22.68 |
| | 2/18/2016 | 2/18/2016 | 2/21/16 | DP | SeamlessWeb - Inv # 2323449 - Working Dinner - Ref # 1702065868 - D. Praga | $14.62 |
| | 2/24/2016 | 2/24/2016 | 2/28/2016 | KB | SeamlessWeb - Inv # 2337689 - Working Dinner - Ref # 1704059923 - K. Bhavaraju | $24.04 |
| | 2/25/2016 | 2/25/2016 | 2/28/2016 | DP | SeamlessWeb - Inv # 2337689 - Working Dinner - Ref # 1704447443 - D. Praga | $24.08 |
| | 2/29/2016 | 2/29/2016 | 3/6/16 | DP | SeamlessWeb - Inv # 2339239 - Working Dinner - Ref # 1705457109 - D. Prager | $24.15 |
| | 2/29/2016 | 2/29/2016 | 3/6/16 | DP | SeamlessWeb - Inv # 2339239 - Working Dinner - Ref # 1705416522 - D. Praga | $24.15 |
| Total: Meals & Entertainment | | | | | | $265.72 |
| : Office Supplies/Miscellaneous | | | | | | |
| | 2/1/2016 | 2/29/2016 | 2/29/2016 | AJD | Photocopies for the period of February 1 through February 29, 2016 (1,583 pages at $0.07 per page) | $110.81 |
| Total: Office Supplies/Miscellaneous | | | | | | $110.81 |
| : Research | | | | | | |
| | 2/1/2016 | 2/29/2016 | 2/1/16 | JB | Capital IQ - research for the period 2/1 -2/29 - Cap IQ discounted rate | $648.65 |
| | 2/1/2016 | 2/29/2016 | 3/1/16 | RCD | Thomson Reuters - Service Dates 2/1/16 - 2/29/16 | $1,465.10 |
| Total: Research | | | | | | $2,113.75 |
| : Telephone, Fax, Postage | | | | | | |
| | 1/26/2016 | 2/25/2016 | 2/25/15 | RCD | AT&T - actual service dates 1/26/15 through 2/25/15 | $30.00 |
| Total: Telephone, Fax, Postage | | | | | | $30.00 |
| : Travel | | | | | | |
| | 2/2/2016 | 2/2/2016 | | DP | D. Praga - NYC Taxi - Working Late - Taxi from GA Office to Home | $9.95 |
| | 2/4/2016 | 2/4/2016 | | DP | D. Praga - Boulevard Taxi - Working Late - Taxi from GA Office to Home | $12.36 |
| | 2/4/2016 | 2/4/2016 | | DP | D. Praga - NYC Taxi - Working Late - Taxi from GA Office to Home | $10.55 |
| | 2/8/2016 | 2/8/2016 | | DP | D. Praga - NYC Taxi - Working Late - Taxi from GA Office to Home | $11.15 |
| | 2/9/2016 | 2/9/2016 | | DP | D. Praga - All Taxi Management - Working Late - Taxi from GA Office to Home | $10.56 |

**GoldinAssociates, LLC**

*Detailed Expenses by Category:* **EFIH**

For Expenses Through 2/29/16

| Expense | Start Date | End Date | Invoice Date | | Description | Charges |
|---|---|---|---|---|---|---|
| | 2/9/2016 | 2/9/2016 | 2/19/16 | KB | Primetime - Inv # 505326 - Car from Office to Home - Ref # 505886 - K. Bhavaraju | $118.90 |
| | 2/10/2016 | 2/10/2016 | 2/19/16 | KB | Primetime - Inv # 505326 - Car from Office to Home - Ref # 485360 - K. Bhavaraju | $127.10 |
| | 2/12/2016 | 2/12/2016 | | DP | D. Prager - Datar - Taxi to meeting at Kirkland | $9.36 |
| | 2/12/2016 | 2/12/2016 | | DP | D. Prager - United Mgmt - Taxi from meeting at Kirkland | $8.76 |
| | 2/16/2016 | 2/16/2016 | | DP | D. Praga - NYC Taxi - Working Late - Taxi from GA Office to Home | $9.95 |
| | 2/17/2016 | 2/17/2016 | | DP | D. Prager - Midtown Operation - Working Late - Taxi GA Office to Home | $19.56 |
| | 2/17/2016 | 2/17/2016 | | DP | D. Praga - NYC Taxi - Working Late - Taxi from GA Office to Home | $11.15 |
| | 2/18/2016 | 2/18/2016 | | DP | D. Praga - NYC Taxi - Working Late - Taxi from GA Office to Home | $10.55 |
| | 2/24/2016 | 2/24/2016 | 3/4/16 | KB | PrimeTime - Inv # 505605 - Car from Office to Home - Ref # 508190 - K. Bhavaraju | $118.18 |
| | 2/25/2016 | 2/25/2016 | | DP | D. Prager - Way2Ride -  Taxi during board call | $24.36 |

Total: Travel $512.44

**Grand Total** $3,032.72