## **EXHIBIT A**

### **Statement of Fees and Expenses By Subject Matter**

| Description | Total Billed Hours | Total Fees |
|---|---:|---:|
| General & Administrative | 1.40 | $1,680.00 |
| Plan and Disclosure | 27.10 | $29,842.50 |
| Tax Issues | 3.20 | $3,772.50 |
| Employment and Fee Applications | 27.70 | $27,817.50 |
| Non-Working Travel | 6.50 | $3,168.75 |
| **TOTAL** | **65.90** | **$66,281.25** |