## EXHIBIT B

### Attorney and Paraprofessionals Information

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Richard Levin | Partner | 1976 | Bankruptcy | 1200 | 23.10 | 27,720.00 |
| Vince Lazar | Partner | 1990 | Bankruptcy | 975 | 42.80 | 38,561.25 |
| | | | | **TOTAL** | **65.90** | **66,281.25** |

NYCorp 3534423v.1
03/22/2016 SL1 1408335v1 109285.00005

106080.1