6

## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

| Service Description | Amount |
|---|---|
| TRAVEL | $ 1,005.21 |
| APPEARANCE FEE | $    86.00 |
| TOTAL | $ 1,091.21 |