## **EXHIBIT D**

### Detailed Description of Expenses and Disbursements

| Matter | Date | Name | Title | Description | Amount | Narrative |
|---|---|---|---|---|---|---|
| 55152-10034 | 2/1/16 | LEVIN, R. | PARTNER | Appearance fee | 86.00 | Appearance Fee; Elan Corp Payments; 12/24/15; Docket 12/15 Stmt; Telephone appearance for R. Levin; 12/9/15 |
| 55152-10034 | 2/17/16 | LAZAR, V. | PARTNER | Travel | 1,005.21 | Travel, Vincent E. Lazar, 02/11 – 12/2016 to New York, NY for meeting |