# EXHIBIT A

## Statement of Fees By Subject Matter

| Matter Number | Matter Description | Total Billed Hours [1] | Total Fees Requested |
|---|---|---|---|
| 1 | Long-Range Forecast | 108.90 | $70,770.00 |
| 2 | Metric Analysis | 23.10 | $17,310.00 |
| 3 | Generation Analysis | 138.10 | $72,015.00 |
| 4 | Retail Analysis | 4.50 | $2,932.50 |
| 5 | Commodity Analysis | 92.90 | $56,650.00 |
| 6 | Competitor Analysis | 35.00 | $19,892.50 |
| 7 | EBITDA Projection | 16.50 | $8,362.50 |
| 8 | Environmental Analysis | 9.00 | $6,480.00 |
| 9 | Short-Range Forecast | 0.50 | $195.00 |
| 10 | Capital Projects | 3.00 | $1,630.00 |
| 11 | Wholesale Operations | 24.00 | $15,317.50 |
| 12 | Retail Operations | 6.50 | $3,237.50 |
| 13 | T&D Operations | 40.00 | $25,745.00 |
| 14 | Data Collection and Diligence | 30.60 | $18,157.50 |
| 15 | Reports | 35.50 | $24,627.50 |
| 16 | Hearings | 21.00 | $15,540.00 |
| 17 | On-Site Diligence | 77.00 | $52,005.00 |
| 18 | Project Management | 2.00 | $1,440.00 |
| 19 | Project Administration | 0.00 | $0.00 |
| 20 | T&D Forecast | 0.00 | $0.00 |
| 21 | Fee Objection Discussion and Litigation | 0.00 | $0.00 |
| 22 | Fee Application | 21.45 | $10,676.00 |
| | *Continued on next page* | | |

---

[1.] Non-working travel time has been billed at 50% of actual time incurred.

# EXHIBIT A (cont'd)

## Statement of Fees By Subject Matter

| Matter Number | Matter Description | Total Billed Hours [1] | Total Fees Requested |
|---|---|---|---|
| 23 | Business Services Analysis | 0.00 | $0.00 |
| 24 | Retail Margins | 0.00 | $0.00 |
| 25 | T&D Market Research | 0.00 | $0.00 |
| 26 | Wholesale Market Research | 51.00 | $25,182.50 |
| 27 | Retail Market Research | 3.00 | $1,635.00 |
| 28 | Performance Analysis | 5.5 | $3,960.00 |
| 29 | Sales, General & Administrative Analysis | 2.00 | $1,175.00 |
| 30 | Portfolio Analysis | 1.50 | $1,080.00 |
| 31 | Oncor Revenue Analysis | 0.00 | $0.00 |
| 32 | Oncor Capital Structure | 4.00 | $3,000.00 |
| 33 | Regulatory Analysis | 29.00 | $18,705.00 |
| 34 | Claims & Settlement Issues | 0.00 | $0.00 |
| 35 | Property Tax Analysis | 134.50 | $78,560.00 |
| | | | |
| | **Totals:** | **920.05** | **$556,281.00** |

---

[1.] Non-working travel time has been billed at 50% of actual time incurred.

RLF1 14161559v.1