**EXHIBIT B**

**Consultants' Information**

The FEP consultants who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Todd W. Filsinger | Senior Managing Director | $750 | 158.10 | $118,575.00 |
| Jean Agras | Managing Director | $720 | 82.50 | $59,400.00 |
| Gary Germeroth | Managing Director | $720 | 169.00 | $121,680.00 |
| Dave Andrus | Director | $645 | 68.00 | $43,860.00 |
| Scott Davis | Director | $545 | 43.50 | $23,707.50 |
| Michael Green | Director | $550 | 10.00 | $5,500.00 |
| Paul Harmon | Director | $575 | 41.50 | $23,862.50 |
| Tim Wang | Director | $575 | 28.00 | $16,100.00 |
| Kimberly Eckert | Managing Consultant | $495 | 1.50 | $742.50 |
| Michael Gadsden | Managing Consultant | $460 | 24.00 | $11,040.00 |
| Jill Kawakami | Managing Consultant | $430 | 41.00 | $17,630.00 |
| Nathan Pollak | Managing Consultant | $460 | 73.00 | $33,580.00 |
| Samuel Schreiber | Managing Consultant | $455 | 161.50 | $73,482.50 |
| Laura Hatanaka | Consultant | $390 | 11.00 | $4,290.00 |
| Pamela Morin | Consultant | $380 | 7.45 | $2,831.00 |
| | | **Totals:** | **920.05** | **$556,281.00** |