## EXHIBIT C

## Summary of Actual and Necessary Expenses for the Fee Period

### ALL - Expense Summary

| Service Description | Amount |
| --- | --- |
| Lodging | $7,327.09 |
| Airfare | $6,129.57 |
| Taxi | $1,499.92 |
| Travel Meals | $1,425.11 |
| Other Travel Expenses | $1,435.91 |
| Vehicle Rental Expenses | $216.16 |
| Market Research | $90.88 |
| Other | $30.00 |
| **Total:** | **$18,154.64** |

### TCEH - Expense Summary

| Service Description | Amount |
| --- | --- |
| Lodging | $6,610.79 |
| Airfare | $5,530.34 |
| Taxi | $1,353.29 |
| Travel Meals | $1,285.79 |
| Other Travel Expenses | $1,295.53 |
| Vehicle Rental Expenses | $195.03 |
| Market Data | $82.00 |
| Other | $27.07 |
| **Total:** | **$16,379.84** |

### EFIH - Expense Summary

| Service Description | Amount |
| --- | --- |
| Lodging | $292.25 |
| Airfare | $244.49 |

| Service Description | Amount |
|---|---:|
| Taxi | $59.83 |
| Travel Meals | $56.84 |
| Other Travel Expenses | $57.27 |
| Vehicle Rental Expenses | $8.62 |
| Market Data | $3.62 |
| Other | $1.20 |
| **Total:** | **$724.12** |

**EFH - Expense Summary**

| Service Description | Amount |
|---|---:|
| Lodging | $424.05 |
| Airfare | $354.74 |
| Taxi | $86.80 |
| Travel Meals | $82.48 |
| Other Travel Expenses | $83.11 |
| Vehicle Rental Expenses | $12.51 |
| Market Data | $5.26 |
| Other | $1.73 |
| **Total:** | **$1,050.68** |

RLF1 14161559v.1