| INVOICE NUMBER | MATTER | DATE | NAME OF TIMEKEEPER WHO INCURRED EXPENSE | EXPENSE CATEGORY | UNIT COST | # OF UNITS | TOTAL | EXPENSE DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| EFCH/TCH-CS-041 | On site Diligence | 20160201 | Laura Hatanaka | Market Research | | | $90.88 | CP litigation documents |
| EFCH/TCH-CS-041 | On site Diligence | 20160201 | Todd Filsinger | Hotel | | | $243.89 | The Highland - Dallas, TX |
| EFCH/TCH-CS-041 | On site Diligence | 20160201 | Todd Filsinger | Taxi | | | $28.47 | to office |
| EFCH/TCH-CS-041 | On site Diligence | 20160201 | Paul Harmon | Hotel | | | $242.32 | Marriott - Dallas, TX |
| EFCH/TCH-CS-041 | On site Diligence | 20160201 | Paul Harmon | Taxi | | | $6.96 | Office |
| EFCH/TCH-CS-041 | On site Diligence | 20160201 | Paul Harmon | Breakfast | | | $11.48 | Onsite - Dallas | P. Harmon |
| EFCH/TCH-CS-041 | On site Diligence | 20160201 | Paul Harmon | Lunch | | | $13.02 | Onsite - Dallas | P. Harmon |
| EFCH/TCH-CS-041 | On site Diligence | 20160201 | Sam Schreiber | Airfare | | | $242.10 | Airfare from New York to Dallas |
| EFCH/TCH-CS-041 | On site Diligence | 20160201 | Sam Schreiber | Hotel | | | $242.32 | Marriott - Dallas, TX |
| EFCH/TCH-CS-041 | On site Diligence | 20160201 | Sam Schreiber | Taxi | | | $68.35 | Uber - NYC - to LGA |
| EFCH/TCH-CS-041 | On site Diligence | 20160201 | Sam Schreiber | Taxi | | | $26.86 | Uber - Dallas - to Energy Plaza |
| EFCH/TCH-CS-041 | On site Diligence | 20160201 | Sam Schreiber | Breakfast | | | $4.18 | LaGuardia | Self |
| EFCH/TCH-CS-041 | On site Diligence | 20160201 | Sam Schreiber | Lunch | | | $8.21 | Sunrise Café | Self |
| EFCH/TCH-CS-041 | On site Diligence | 20160201 | Sam Schreiber | Dinner | | | $38.71 | Marriott | Self |
| EFCH/TCH-CS-041 | On site Diligence | 20160201 | Sam Schreiber | Taxi | | | $6.81 | Uber - Dallas - to Hotel |
| EFCH/TCH-CS-041 | On site Diligence | 20160201 | Gary Germeroth | Airfare | | | $220.98 | Airfare from Houston to Dallas |
| EFCH/TCH-CS-041 | On site Diligence | 20160201 | Gary Germeroth | Hotel | | | $206.31 | Hilton  Dallas, TX |
| EFCH/TCH-CS-041 | On site Diligence | 20160201 | Gary Germeroth | Taxi | | | $11.94 | Love Field to EFH Office |
| EFCH/TCH-CS-041 | On site Diligence | 20160201 | Gary Germeroth | Taxi | | | $20.10 | EFH Office to hotel |
| EFCH/TCH-CS-041 | On site Diligence | 20160201 | Gary Germeroth | Parking | | | $20.00 | Airport |
| EFCH/TCH-CS-041 | On site Diligence | 20160201 | Gary Germeroth | Personal Vehicle | $0.54 | 19 miles | $10.26 | Home to Airport |
| EFCH/TCH-CS-041 | On site Diligence | 20160201 | Gary Germeroth | Dinner | | | $30.17 | Room service | Self |
| EFCH/TCH-CS-041 | On site Diligence | 20160201 | Todd Filsinger | Taxi | | | $54.01 | To airport |
| EFCH/TCH-CS-041 | On site Diligence | 20160202 | Paul Harmon | Hotel | | | $174.04 | Courtyard - Dallas |
| EFCH/TCH-CS-041 | On site Diligence | 20160202 | Paul Harmon | Taxi | | | $15.00 | Hotel |
| EFCH/TCH-CS-041 | On site Diligence | 20160202 | Paul Harmon | Dinner | | | $80.00 | Onsite - Dallas | P. Harmon, T. Filsinger |
| EFCH/TCH-CS-041 | On site Diligence | 20160202 | Sam Schreiber | Hotel | | | $242.32 | Marriott - Dallas, TX |
| EFCH/TCH-CS-041 | On site Diligence | 20160202 | Sam Schreiber | Taxi | | | $6.89 | Uber - Dallas - to Energy Plaza |
| EFCH/TCH-CS-041 | On site Diligence | 20160202 | Sam Schreiber | Taxi | | | $11.85 | Uber - Dallas - to Hotel |
| EFCH/TCH-CS-041 | On site Diligence | 20160202 | Gary Germeroth | Hotel | | | $206.31 | Hilton  Dallas, TX |
| EFCH/TCH-CS-041 | On site Diligence | 20160202 | Gary Germeroth | Taxi | | | $13.99 | Hotel to EFH Office |
| EFCH/TCH-CS-041 | On site Diligence | 20160202 | Gary Germeroth | Taxi | | | $14.14 | Dinner to Hotel |
| EFCH/TCH-CS-041 | On site Diligence | 20160202 | Gary Germeroth | Parking | | | $20.00 | Airport |
| EFCH/TCH-CS-041 | On site Diligence | 20160202 | Gary Germeroth | Lunch | | | $20.57 | Café Strada | Self, Sam Schreiber |
| EFCH/TCH-CS-041 | On site Diligence | 20160202 | Gary Germeroth | Dinner | | | $57.48 | NEO Pizza | Self, Sam Schreiber |
| EFCH/TCH-CS-041 | On site Diligence | 20160202 | Todd Filsinger | Hotel | | | $183.26 | Courtyard Marriott, Dallas, TX |
| EFCH/TCH-CS-041 | On site Diligence | 20160202 | Todd Filsinger | Taxi | | | $58.86 | to office |
| EFCH/TCH-CS-041 | On site Diligence | 20160202 | Todd Filsinger | Taxi | | | $15.00 | to dinner |
| EFCH/TCH-CS-041 | On site Diligence | 20160203 | Paul Harmon | Parking | | | $84.00 | DIA |
| EFCH/TCH-CS-041 | On site Diligence | 20160203 | Paul Harmon | Breakfast | | | $9.37 | Onsite - Dallas | P. Harmon |
| EFCH/TCH-CS-041 | On site Diligence | 20160203 | Paul Harmon | Lunch | | | $10.00 | Onsite - Dallas | P. Harmon |
| EFCH/TCH-CS-041 | On site Diligence | 20160203 | Sam Schreiber | Airfare | | | $198.10 | Airfare from Dallas to New York |
| EFCH/TCH-CS-041 | On site Diligence | 20160203 | Sam Schreiber | Taxi | | | $14.68 | Uber - Dallas - to Energy Plaza |
| EFCH/TCH-CS-041 | On site Diligence | 20160203 | Sam Schreiber | Taxi | | | $55.61 | Uber - Dallas - to DFW |
| EFCH/TCH-CS-041 | On site Diligence | 20160203 | Sam Schreiber | Dinner | | | $38.46 | Blue Mesa Grill | Self |
| EFCH/TCH-CS-041 | On site Diligence | 20160203 | Sam Schreiber | Taxi | | | $43.59 | Taxi - NYC - from LGA |
| EFCH/TCH-CS-041 | On site Diligence | 20160203 | Gary Germeroth | Airfare | | | $220.98 | Airfare from Dallas to Houston |
| EFCH/TCH-CS-041 | On site Diligence | 20160203 | Gary Germeroth | Taxi | | | $14.87 | Hotel to EFH Office |
| EFCH/TCH-CS-041 | On site Diligence | 20160203 | Gary Germeroth | Taxi | | | $11.82 | EFH Office to Love Field |
| EFCH/TCH-CS-041 | On site Diligence | 20160203 | Gary Germeroth | Parking | | | $20.00 | Airport |
| EFCH/TCH-CS-041 | On site Diligence | 20160203 | Gary Germeroth | Personal Vehicle | $0.54 | 19 miles | $10.26 | Airport to Home |
| EFCH/TCH-CS-041 | On site Diligence | 20160203 | Todd Filsinger | Airfare | | | $344.10 | Airfare from Dallas to Denver |
| EFCH/TCH-CS-041 | On site Diligence | 20160203 | Todd Filsinger | Taxi | | | $39.09 | to office |
| EFCH/TCH-CS-041 | On site Diligence | 20160203 | Todd Filsinger | Taxi | | | $20.39 | to airport |
| EFCH/TCH-CS-041 | On site Diligence | 20160203 | Todd Filsinger | Taxi | | | $70.00 | taxi home |
| EFCH/TCH-CS-041 | On site Diligence | 20160208 | Sam Schreiber | Airfare | | | $242.10 | Airfare from New York to Dallas |
| EFCH/TCH-CS-041 | On site Diligence | 20160208 | Sam Schreiber | Hotel | | | $321.57 | Hilton - Dallas, TX |
| EFCH/TCH-CS-041 | On site Diligence | 20160208 | Sam Schreiber | Taxi | | | $38.87 | Uber - NYC - to LGA |
| EFCH/TCH-CS-041 | On site Diligence | 20160208 | Sam Schreiber | Taxi | | | $30.42 | Uber - Dallas - to Hotel |
| EFCH/TCH-CS-041 | On site Diligence | 20160208 | Sam Schreiber | Dinner | | | $18.00 | Laguardia | Self |
| EFCH/TCH-CS-041 | On site Diligence | 20160208 | Gary Germeroth | Airfare | | | $220.98 | Airfare from Houston to Dallas |
| EFCH/TCH-CS-041 | On site Diligence | 20160208 | Gary Germeroth | Hotel | | | $298.52 | Hilton  Dallas, TX |
| EFCH/TCH-CS-041 | On site Diligence | 20160208 | Gary Germeroth | Taxi | | | $12.55 | Love Field to Hotel |
| EFCH/TCH-CS-041 | On site Diligence | 20160208 | Gary Germeroth | Personal Vehicle | $0.54 | 19 miles | $10.26 | Home to Airport |
| EFCH/TCH-CS-041 | On site Diligence | 20160208 | Gary Germeroth | Dinner | | | $20.65 | Buffalo Wild Wings | Self |
| EFCH/TCH-CS-041 | On site Diligence | 20160209 | Sam Schreiber | Hotel | | | $321.57 | Hilton - Dallas, TX |
| EFCH/TCH-CS-041 | On site Diligence | 20160209 | Sam Schreiber | Taxi | | | $24.87 | Uber - Dallas - to Hotel |
| EFCH/TCH-CS-041 | On site Diligence | 20160209 | Sam Schreiber | Breakfast | | | $13.04 | Starbucks | Sam, Todd, Gary |
| EFCH/TCH-CS-041 | On site Diligence | 20160209 | Sam Schreiber | Lunch | | | $12.81 | Pho Colonial | Self |
| EFCH/TCH-CS-041 | On site Diligence | 20160209 | Gary Germeroth | Hotel | | | $298.52 | Hilton  Dallas, TX |
| EFCH/TCH-CS-041 | On site Diligence | 20160209 | Gary Germeroth | Taxi | | | $7.51 | Hotel to EFH Offices |
| EFCH/TCH-CS-041 | On site Diligence | 20160209 | Gary Germeroth | Lunch | | | $30.10 | Pho Colonial | Self, Todd Filsinger, Sam Schreiber |
| EFCH/TCH-CS-041 | On site Diligence | 20160209 | Gary Germeroth | Dinner | | | $110.94 | Hotel - Knife | Self, Todd Filsinger, Sam Schreiber |
| EFCH/TCH-CS-041 | On site Diligence | 20160209 | Paul Harmon | Hotel | | | $273.16 | Highland - Dallas |
| EFCH/TCH-CS-041 | On site Diligence | 20160209 | Paul Harmon | Parking | | | $29.23 | Dallas Hotel |
| EFCH/TCH-CS-041 | On site Diligence | 20160209 | Paul Harmon | Personal Vehicle | $0.54 | 900 miles | $486.00 | Drive personal vehicle in lieu of flight; 900 miles home to Dallas |
| EFCH/TCH-CS-041 | On site Diligence | 20160209 | Paul Harmon | Dinner | | | $33.28 | Onsite - Dallas | P. Harmon |
| EFCH/TCH-CS-041 | On site Diligence | 20160209 | Todd Filsinger | Airfare | | | $344.99 | Airfare from Denver to Dallas |
| EFCH/TCH-CS-041 | On site Diligence | 20160209 | Todd Filsinger | Hotel | | | $298.91 | The Highland - Dallas, TX |
| EFCH/TCH-CS-041 | On site Diligence | 20160209 | Todd Filsinger | Taxi | | | $22.05 | to office |
| EFCH/TCH-CS-041 | On site Diligence | 20160209 | Todd Filsinger | Taxi | | | $70.00 | to DIA |
| EFCH/TCH-CS-041 | On site Diligence | 20160210 | Sam Schreiber | Hotel | | | $321.57 | Hilton - Dallas, TX |
| EFCH/TCH-CS-041 | On site Diligence | 20160210 | Sam Schreiber | Taxi | | | $15.98 | Uber - Dallas - to Energy Plaza |
| EFCH/TCH-CS-041 | On site Diligence | 20160210 | Sam Schreiber | Taxi | | | $37.11 | Uber - Dallas - to Hotel |
| EFCH/TCH-CS-041 | On site Diligence | 20160210 | Sam Schreiber | Breakfast | | | $12.00 | Hilton | Self |
| EFCH/TCH-CS-041 | On site Diligence | 20160210 | Sam Schreiber | Lunch | | | $9.72 | Murphy's Deli | Self |
| EFCH/TCH-CS-041 | On site Diligence | 20160210 | Gary Germeroth | Hotel | | | $298.52 | Hilton  Dallas, TX |
| EFCH/TCH-CS-041 | On site Diligence | 20160210 | Gary Germeroth | Lunch | | | $9.28 | Taco Borracho | Self |

| INVOICE NUMBER | MATTER | DATE | NAME OF TIMEKEEPER WHO INCURRED EXPENSE | EXPENSE CATEGORY | UNIT COST | # OF UNITS | TOTAL | EXPENSE DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| EFCH/TCH-CS-041 | On site Diligence | 20160210 | Gary Germeroth | Dinner | | | $160.00 | Reikyu Sushi \| Self, Todd Filsinger, Paul Harmon, Sam Schreiber |
| EFCH/TCH-CS-041 | On site Diligence | 20160210 | Paul Harmon | Hotel | | | $273.16 | Highland - Dallas |
| EFCH/TCH-CS-041 | On site Diligence | 20160210 | Paul Harmon | Taxi | | | $5.00 | Roundtrip Dart Hotel - Office |
| EFCH/TCH-CS-041 | On site Diligence | 20160210 | Paul Harmon | Parking | | | $29.23 | Dallas Hotel |
| EFCH/TCH-CS-041 | On site Diligence | 20160210 | Paul Harmon | Breakfast | | | $9.97 | Onsite - Dallas \| P. Harmon |
| EFCH/TCH-CS-041 | On site Diligence | 20160210 | Paul Harmon | Lunch | | | $14.75 | Onsite - Dallas \| P. Harmon, T. Filsinger |
| EFCH/TCH-CS-041 | On site Diligence | 20160210 | Todd Filsinger | Hotel | | | $298.91 | The Highland - Dallas, TX |
| EFCH/TCH-CS-041 | On site Diligence | 20160211 | Sam Schreiber | Airfare | | | $502.10 | Airfare from Dallas to New York |
| EFCH/TCH-CS-041 | On site Diligence | 20160211 | Sam Schreiber | Taxi | | | $26.70 | Uber - Dallas - to Energy Plaza |
| EFCH/TCH-CS-041 | On site Diligence | 20160211 | Sam Schreiber | Taxi | | | $28.33 | Uber - Dallas - to DFW |
| EFCH/TCH-CS-041 | On site Diligence | 20160211 | Sam Schreiber | Breakfast | | | $8.00 | Hilton \| Self |
| EFCH/TCH-CS-041 | On site Diligence | 20160211 | Sam Schreiber | Lunch | | | $12.18 | Dickie's \| Self |
| EFCH/TCH-CS-041 | On site Diligence | 20160211 | Sam Schreiber | Dinner | | | $22.49 | Fly Bar \| Self |
| EFCH/TCH-CS-041 | On site Diligence | 20160211 | Sam Schreiber | Taxi | | | $44.79 | Taxi - NYC - from LGA |
| EFCH/TCH-CS-041 | On site Diligence | 20160211 | Gary Germeroth | Airfare | | | $220.98 | Airfare from Dallas to Houston |
| EFCH/TCH-CS-041 | On site Diligence | 20160211 | Gary Germeroth | Taxi | | | $36.76 | EFH Offices to Love Field |
| EFCH/TCH-CS-041 | On site Diligence | 20160211 | Gary Germeroth | Taxi | | | $22.73 | Hobby Airport to Home |
| EFCH/TCH-CS-041 | On site Diligence | 20160211 | Gary Germeroth | Breakfast | | | $4.00 | Hotel - Knife \| Self |
| EFCH/TCH-CS-041 | On site Diligence | 20160211 | Gary Germeroth | Lunch | | | $17.05 | Dickey's BBQ \| Self |
| EFCH/TCH-CS-041 | On site Diligence | 20160211 | Paul Harmon | Hotel | | | $273.16 | Highland - Dallas |
| EFCH/TCH-CS-041 | On site Diligence | 20160211 | Paul Harmon | Breakfast | | | $6.50 | Onsite Dallas \| P. Harmon |
| EFCH/TCH-CS-041 | On site Diligence | 20160211 | Paul Harmon | Lunch | | | $12.72 | Onsite Dallas \| P. Harmon |
| EFCH/TCH-CS-041 | On site Diligence | 20160211 | Paul Harmon | Dinner | | | $39.81 | Onsite Dallas \| P. Harmon |
| EFCH/TCH-CS-041 | On site Diligence | 20160211 | Todd Filsinger | Airfare | | | $544.10 | Airfare from Dallas to Denver |
| EFCH/TCH-CS-041 | On site Diligence | 20160211 | Todd Filsinger | Taxi | | | $32.34 | To DFW |
| EFCH/TCH-CS-041 | On site Diligence | 20160211 | Todd Filsinger | Breakfast | | | $10.38 | Starbucks \| TWF |
| EFCH/TCH-CS-041 | On site Diligence | 20160211 | Todd Filsinger | Taxi | | | $70.00 | taxi home |
| EFCH/TCH-CS-041 | On site Diligence | 20160212 | Paul Harmon | Breakfast | | | $12.40 | Onsite Dallas \| P. Harmon |
| EFCH/TCH-CS-041 | On site Diligence | 20160215 | Sam Schreiber | Airfare | | | $242.10 | Airfare from New York to Dallas |
| EFCH/TCH-CS-041 | On site Diligence | 20160215 | Sam Schreiber | Hotel | | | $106.59 | Comfort Inn - Glen Rose, TX |
| EFCH/TCH-CS-041 | On site Diligence | 20160215 | Sam Schreiber | Rental Car | | | $50.38 | Hertz - Dallas - On-Site Diligence |
| EFCH/TCH-CS-041 | On site Diligence | 20160215 | Sam Schreiber | Taxi | | | $34.15 | Uber - NYC - to LGA |
| EFCH/TCH-CS-041 | On site Diligence | 20160215 | Sam Schreiber | Other Transportation expense | | | $17.64 | Toll Roads - Dallas to Glen Rose |
| EFCH/TCH-CS-041 | On site Diligence | 20160215 | Gary Germeroth | Hotel | | | $106.59 | Holiday Inn Glen Rose, TX |
| EFCH/TCH-CS-041 | On site Diligence | 20160215 | Gary Germeroth | Personal Vehicle | $0.54 | 296 miles | $159.84 | Home to Glen Rose, TX |
| EFCH/TCH-CS-041 | On site Diligence | 20160215 | Gary Germeroth | Dinner | | | $46.50 | Big Cup Eatery \| Self, Sam Schreiber |
| EFCH/TCH-CS-041 | On site Diligence | 20160216 | Sam Schreiber | Hotel | | | $106.59 | Comfort Inn - Glen Rose, TX |
| EFCH/TCH-CS-041 | On site Diligence | 20160216 | Sam Schreiber | Rental Car | | | $50.38 | Hertz - Dallas - On-Site Diligence |
| EFCH/TCH-CS-041 | On site Diligence | 20160216 | Sam Schreiber | Other Transportation expense | | | $4.95 | Toll Roads - Dallas |
| EFCH/TCH-CS-041 | On site Diligence | 20160216 | Gary Germeroth | Hotel | | | $106.59 | Holiday Inn Glen Rose, TX |
| EFCH/TCH-CS-041 | On site Diligence | 20160216 | Gary Germeroth | Personal Vehicle | $0.54 | 40 miles | $21.60 | Hotel to office and dinner |
| EFCH/TCH-CS-041 | On site Diligence | 20160216 | Gary Germeroth | Lunch | | | $35.08 | La Vita \| Self, Todd Filsinger, Sam Schreiber |
| EFCH/TCH-CS-041 | On site Diligence | 20160217 | A. Scott Davis | Airfare | | | $220.98 | Airfare from Houston to Dallas |
| EFCH/TCH-CS-041 | On site Diligence | 20160217 | A. Scott Davis | Taxi | | | $17.77 | Sierra |
| EFCH/TCH-CS-041 | On site Diligence | 20160217 | A. Scott Davis | Taxi | | | $15.54 | Love Field |
| EFCH/TCH-CS-041 | On site Diligence | 20160217 | A. Scott Davis | Parking | | | $20.00 | New South |
| EFCH/TCH-CS-041 | On site Diligence | 20160217 | A. Scott Davis | Personal Vehicle | $0.54 | 30 miles | $16.20 | r.t. Hobby |
| EFCH/TCH-CS-041 | On site Diligence | 20160217 | A. Scott Davis | Breakfast | | | $8.53 | Moe's \| self |
| EFCH/TCH-CS-041 | On site Diligence | 20160217 | A. Scott Davis | Lunch | | | $11.89 | Fast Furious \| self |
| EFCH/TCH-CS-041 | On site Diligence | 20160217 | A. Scott Davis | Airfare | | | $220.98 | Airfare from Dallas to Houston |
| EFCH/TCH-CS-041 | On site Diligence | 20160217 | Sam Schreiber | Hotel | | | $250.16 | Hilton - Dallas, TX |
| EFCH/TCH-CS-041 | On site Diligence | 20160217 | Sam Schreiber | Rental Car | | | $50.38 | Hertz - Dallas - On-Site Diligence |
| EFCH/TCH-CS-041 | On site Diligence | 20160217 | Sam Schreiber | Parking | | | $15.00 | Energy Plaza |
| EFCH/TCH-CS-041 | On site Diligence | 20160217 | Sam Schreiber | Lunch | | | $28.87 | Pho Colonial \| Sam, Todd |
| EFCH/TCH-CS-041 | On site Diligence | 20160217 | Sam Schreiber | Dinner | | | $80.00 | Tei Tei \| Sam, Todd |
| EFCH/TCH-CS-041 | On site Diligence | 20160217 | Sam Schreiber | Other Transportation expense | | | $4.95 | Toll Roads - Dallas |
| EFCH/TCH-CS-041 | On site Diligence | 20160217 | Gary Germeroth | Personal Vehicle | $0.54 | 340 miles | $183.60 | Glen Rose, TX to various power plants and Home |
| EFCH/TCH-CS-041 | On site Diligence | 20160218 | Sam Schreiber | Airfare | | | $216.10 | Airfare from Dallas to New York |
| EFCH/TCH-CS-041 | On site Diligence | 20160218 | Sam Schreiber | Rental Car | | | $50.38 | Hertz - Dallas - On-Site Diligence |
| EFCH/TCH-CS-041 | On site Diligence | 20160218 | Sam Schreiber | Taxi | | | $50.81 | Taxi - NYC - from LGA |
| EFCH/TCH-CS-041 | On site Diligence | 20160218 | Sam Schreiber | Parking | | | $27.00 | Hilton |
| EFCH/TCH-CS-041 | On site Diligence | 20160218 | Sam Schreiber | Breakfast | | | $4.00 | Hilton \| Sam, Todd |
| EFCH/TCH-CS-041 | On site Diligence | 20160218 | Sam Schreiber | Other Transportation expense | | | $10.35 | Toll Roads - Dallas |
| EFCH/TCH-CS-041 | On site Diligence | 20160218 | Sam Schreiber | Rental Car | | | $14.64 | Rental Fuel |
| EFCH/TCH-CS-041 | On site Diligence | 20160218 | Pamela Morin | Other | | | $30.00 | Courtcall fee |
| EFCH/TCH-CS-041 | On site Diligence | 20160218 | Todd Filsinger | Airfare | | | $344.99 | Airfare from Dallas to Denver |
| EFCH/TCH-CS-041 | On site Diligence | 20160218 | Todd Filsinger | Hotel | | | $281.25 | The Highland - Dallas, TX |
| EFCH/TCH-CS-041 | On site Diligence | 20160218 | Todd Filsinger | Taxi | | | $9.38 | to office |
| EFCH/TCH-CS-041 | On site Diligence | 20160218 | Todd Filsinger | Taxi | | | $18.62 | To dinner |
| EFCH/TCH-CS-041 | On site Diligence | 20160218 | Todd Filsinger | Breakfast | | | $6.55 | Starbucks \| TWF |
| EFCH/TCH-CS-041 | On site Diligence | 20160218 | Todd Filsinger | Taxi | | | $70.00 | taxi home |
| EFCH/TCH-CS-041 | On site Diligence | 20160223 | Gary Germeroth | Airfare | | | $225.98 | Airfare from Houston to Dallas |
| EFCH/TCH-CS-041 | On site Diligence | 20160223 | Gary Germeroth | Hotel | | | $308.97 | Hilton Garden Inn  Dallas, TX |
| EFCH/TCH-CS-041 | On site Diligence | 20160223 | Gary Germeroth | Taxi | | | $12.06 | Love Field to EFH Office |
| EFCH/TCH-CS-041 | On site Diligence | 20160223 | Gary Germeroth | Parking | | | $20.00 | Airport |
| EFCH/TCH-CS-041 | On site Diligence | 20160223 | Gary Germeroth | Personal Vehicle | $0.54 | 19 miles | $10.26 | Home to Airport |
| EFCH/TCH-CS-041 | On site Diligence | 20160223 | Gary Germeroth | Lunch | | | $10.25 | LP Café \| Self |
| EFCH/TCH-CS-041 | On site Diligence | 20160223 | Gary Germeroth | Dinner | | | $95.61 | CBD Provisions \| Self, Jean Agras, Jill Kawakami |
| EFCH/TCH-CS-041 | On site Diligence | 20160223 | Jean Agras | Airfare | | | $43.99 | Airfare from Denver to Dallas |
| EFCH/TCH-CS-041 | On site Diligence | 20160223 | Jean Agras | Hotel | | | $183.26 | Hotel Indigo, Dallas, TX |
| EFCH/TCH-CS-041 | On site Diligence | 20160223 | Jean Agras | Parking | | | $24.00 | DIA |
| EFCH/TCH-CS-041 | On site Diligence | 20160223 | Jean Agras | Personal Vehicle | $0.54 | 45 miles | $24.30 | to DIA |
| EFCH/TCH-CS-041 | On site Diligence | 20160223 | Jean Agras | Breakfast | | | $7.00 | Einstein Bagel \| Jean |
| EFCH/TCH-CS-041 | On site Diligence | 20160223 | Jill Kawakami | Airfare | | | $43.99 | Airfare from Denver to Dallas |
| EFCH/TCH-CS-041 | On site Diligence | 20160223 | Jill Kawakami | Hotel | | | $183.26 | Hotel Indigo - Dallas, TX |
| EFCH/TCH-CS-041 | On site Diligence | 20160223 | Jill Kawakami | Taxi | | | $12.21 | Energy Plaza |
| EFCH/TCH-CS-041 | On site Diligence | 20160223 | Jill Kawakami | Personal Vehicle | $0.54 | 24 miles | $12.96 | Home - DIA |
| EFCH/TCH-CS-041 | On site Diligence | 20160223 | Jill Kawakami | Lunch | | | $18.35 | Taco Borracho \| Jill, Jean |
| EFCH/TCH-CS-041 | On site Diligence | 20160224 | Gary Germeroth | Hotel | | | $308.97 | Hilton Garden Inn  Dallas, TX |

| INVOICE NUMBER | MATTER | DATE | NAME OF TIMEKEEPER WHO INCURRED EXPENSE | EXPENSE CATEGORY | UNIT COST | # OF UNITS | TOTAL | EXPENSE DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| EFCH/TCH-CS-041 | On site Diligence | 20160224 | Gary Germeroth | Parking | | | $20.00 | Airport |
| EFCH/TCH-CS-041 | On site Diligence | 20160224 | Gary Germeroth | Dinner | | | $12.18 | Wingbucket \| Self |
| EFCH/TCH-CS-041 | On site Diligence | 20160224 | Jean Agras | Hotel | | | $183.26 | Hotel Indigo, Dallas, TX |
| EFCH/TCH-CS-041 | On site Diligence | 20160224 | Jean Agras | Parking | | | $24.00 | DIA |
| EFCH/TCH-CS-041 | On site Diligence | 20160224 | Jean Agras | Breakfast | | | $5.00 | CVS \| Jean |
| EFCH/TCH-CS-041 | On site Diligence | 20160224 | Jean Agras | Lunch | | | $57.44 | Café Izmir \| Jean, Jill, Gary |
| EFCH/TCH-CS-041 | On site Diligence | 20160224 | Jean Agras | Dinner | | | $33.42 | Indigo \| Jean |
| EFCH/TCH-CS-041 | On site Diligence | 20160224 | Jill Kawakami | Hotel | | | $183.26 | Hotel Indigo - Dallas, TX |
| EFCH/TCH-CS-041 | On site Diligence | 20160224 | Jill Kawakami | Breakfast | | | $5.67 | Coffee at the Corner \| Jill |
| EFCH/TCH-CS-041 | On site Diligence | 20160224 | Jill Kawakami | Dinner | | | $10.73 | Pho Colonial \| Jill |
| EFCH/TCH-CS-041 | On site Diligence | 20160225 | Gary Germeroth | Airfare | | | $225.98 | Airfare from Dallas to Houston |
| EFCH/TCH-CS-041 | On site Diligence | 20160225 | Gary Germeroth | Taxi | | | $16.68 | EFH Office to Love Field |
| EFCH/TCH-CS-041 | On site Diligence | 20160225 | Gary Germeroth | Parking | | | $20.00 | Airport |
| EFCH/TCH-CS-041 | On site Diligence | 20160225 | Gary Germeroth | Personal Vehicle | $0.54 | 19 miles | $10.26 | Airport to Home |
| EFCH/TCH-CS-041 | On site Diligence | 20160225 | Jean Agras | Airfare | | | $344.99 | Airfare from Dallas to Denver |
| EFCH/TCH-CS-041 | On site Diligence | 20160225 | Jean Agras | Parking | | | $24.00 | DIA |
| EFCH/TCH-CS-041 | On site Diligence | 20160225 | Jean Agras | Personal Vehicle | $0.54 | 45 miles | $24.30 | to Boulder |
| EFCH/TCH-CS-041 | On site Diligence | 20160225 | Jean Agras | Lunch | | | $9.08 | Moe's \| Jean |
| EFCH/TCH-CS-041 | On site Diligence | 20160225 | Jean Agras | Other Transportation expense | | | $8.50 | Tolls |
| EFCH/TCH-CS-041 | On site Diligence | 20160225 | Jean Agras | Airfare | | | $8.00 | Wifi-SW |
| EFCH/TCH-CS-041 | On site Diligence | 20160225 | Jill Kawakami | Airfare | | | $344.99 | Airfare from Dallas to Denver |
| EFCH/TCH-CS-041 | On site Diligence | 20160225 | Jill Kawakami | Taxi | | | $9.58 | Love Field |
| EFCH/TCH-CS-041 | On site Diligence | 20160225 | Jill Kawakami | Personal Vehicle | $0.54 | 24 miles | $12.96 | DIA - Home |
| EFCH/TCH-CS-041 | On site Diligence | 20160225 | Jill Kawakami | Lunch | | | $6.48 | Toasty Pita \| Jill |
| EFCH/TCH-CS-041 | On site Diligence | 20160229 | Todd Filsinger | Airfare | | | $344.99 | Airfare from Denver to Dallas |
| EFCH/TCH-CS-041 | On site Diligence | 20160229 | Todd Filsinger | Taxi | | | $7.83 | to office |
| EFCH/TCH-CS-041 | On site Diligence | 20160229 | Todd Filsinger | Breakfast | | | $4.28 | Starbucks \| TWF |
| EFCH/TCH-CS-041 | On site Diligence | 20160229 | Todd Filsinger | Lunch | | | $6.48 | Poblanos \| TWF |
| EFCH/TCH-CS-041 | On site Diligence | 20160229 | Todd Filsinger | Taxi | | | $70.00 | To DIA |

**$18,154.64**