**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al*.,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |

**FIFTH MONTHLY FEE STATEMENT OF BIELLI & KLAUDER, LLC
FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
FROM FEBRUARY 1, 2016 THROUGH FEBRUARY 29, 2016**

| | |
|---|---|
| Name of Applicant: | Bielli & Klauder, LLC |
| Authorized to Provide Professional Services to: | Energy Future Holdings Corp. |
| Date of Retention: | Retention Order Entered on November 12, 2015 (Effective as of October 1, 2015) |
| Period for which compensation and reimbursement is sought: | February 1, 2016 through February 29, 2016 |
| Amount of Compensation sought as actual, reasonable and necessary: | $3,096.40 (80% of $3,870.50) |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary | $13.30 |

This is an ☒ monthly ☐ interim ☐ final application.   No prior application filed for this Fee Period (as defined herein).[2]

---

[1]   The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]  Notice of this Monthly Fee Statement (as defined herein) shall be served in accordance with the Interim Compensation Order and Fee Committee Order (both as defined herein) and objections to the relief requested in this Monthly Fee Statement shall be addressed in accordance with the Interim Compensation Order and Fee Committee Order

Pursuant to sections 327, 330 and 331 of title 11 of the United States Code ("Bankruptcy

Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the

*Order Authorizing the Retention and Employment of Bielli & Klauder, LLC as Co-Counsel for*

*Debtor and Debtor in Possession Energy Future Holdings Corp. Effective* Nunc Pro Tunc *to*

*October 1, 2015*, dated November 12, 2015 [D.I. 6963] (the "Retention Order"), the *Order*

*Establishing Procedures for Interim Compensation and Reimbursement of Expenses for*

*Professionals*, dated September 16, 2014 [D.I. 2066] (the "Interim Compensation Order"), the

*Stipulation and Order Appointing a Fee Committee* [D.I. 1896] (the "Fee Committee Order"),

Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States

Bankruptcy Court for the District of Delaware (the "Local Bankruptcy Rules"), the law firm of

Bielli & Klauder, LLC ("BK"), Delaware co-counsel for Energy Future Holdings Corp.

("Debtor"), hereby files this monthly fee statement ("Monthly Fee Statement") for: (i)

compensation in the amount of $3,096.40 i.e., 80% of $3,870.50 for the reasonable and necessary

legal services BK rendered to the Debtor from February 1, 2016 through February 29, 2016 (the

"Fee Period"); and (ii) reimbursement for the actual and necessary expenses that BK incurred, in

the amount of $13.30 during the Fee Period:

### ITEMIZATION OF SERVICES RENDERED AND DISBURSEMENTS INCURRED

1.    In support of this Monthly Fee Statement, attached are the following exhibits:

- **Exhibit A** is a schedule of the number of hours expensed and fees incurred (on an aggregate basis) by BK partners, associates, and paraprofessionals during the Fee Period with respect to each of the subject matter categories BK established in accordance with its internal billing procedures.  As reflected in Exhibit A, BK incurred $3,870.50 in fees during the Fee Period.  Pursuant to this Monthly Fee Statement, BK seeks reimbursement for 80% of such fees $3,096.40 in the aggregate).

- **Exhibit B** is a schedule providing certain information regarding the BK attorneys and paraprofessionals for whose work on these chapter 11 cases

2

compensation is sought in this Monthly Fee Statement.  Attorneys and paraprofessionals of BK have expended a total of 18.3 hours in connection with these chapter 11 cases during the Fee Period.

- **Exhibit C** is a schedule for the Fee Period, setting forth the total amount of reimbursement sought with respect to each category of expenses for which BK is seeking reimbursement in this Monthly Fee Statement.  All of these disbursements comprise the requested sum for BK's out-of-pocket expenses.

- **Exhibit D** is a detailed listing of expenses, by subject matter category, that BK incurred during the Fee Period in the rendition of the professional services to the Debtor and its estate, for which BK seeks reimbursement.[3]

### Proposed Payment Allocation

2.      BK renders legal serves only to the Debtor.  Pursuant to paragraph 5 of the Retention Order, absent an order of the Court, the fees and expenses incurred by BK are paid by the Debtor.   As such, no allocation pursuant to paragraph 2(b) of the Interim Compensation Order is applicable.

### Representations

3.      Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period.   BK reserves the right to make further application to this Court for allowance of such fees and expenses not included herein. Subsequent fee applications will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, Local Bankruptcy Rules, the Fee Committee Order and the Interim Compensation Order.

---

[3] Regarding providers of on-line legal research (e.g., LEXIS and WESTLAW), BK charges all of its clients the standard usage rates these providers charge, which, due to contractual flat fees, may not always equal BK's actual cost.   BK is currently under contract to pay these providers a flat fee every month.   Charging its clients the on-line providers' standard usage rates allows BK to cover adequately the monthly flat fees it must pay to these types of providers.

WHEREFORE, BK requests: (i) allowance of its fees and expenses incurred during the Fee Period in the total amount of $3,109.70, consisting of: (A) $3,096.40, which is 80% of the fees incurred by the Debtor for reasonable and necessary professional services rendered by BK; and (B) $13.30 for actual and necessary costs and expenses; and (ii) that such fees and expenses be paid as administrative expenses of the Debtor's estate.

**BIELLI & KLAUDER, LLC**

Date:   March 23, 2016

*/s/ David M. Klauder*
David M. Klauder (No. 5769)
1204 N. King Street
Wilmington, DE   19801
Phone: (302) 803-4600
Fax: (302) 397-2557
dklauder@bk-legal.com

*Co-Counsel to the Debtor*
*Energy Future Holdings Corp.*