# EXHIBIT A

**[Statement of Fees by Subject Matter]**

| Description | Total Hours Billed | Total Fees |
|---|---|---|
| [ALL] BK Retention and Fee Applications | 11.3 | $2,087.50 |
| [ALL] Case Administration | 1.9 | $605.50 |
| [ALL] Claims Administration & Objections | 0.5 | $130.00 |
| [ALL] Contested Matters & Adv. Proceed. | 0.4 | $140.00 |
| [ALL] Non-BK Fee/Employment Applications | 4.1 | $872.50 |
| [ALL] Plan and Disclosure Statement | 0.1 | $35.00 |
| **Total** | **18.3** | **$3,870.50** |