## EXHIBIT C

**[Summary of Actual and Necessary Expenses for the Fee Period]**

| Expense Category | Total Expenses |
|---|---:|
| Filing/Court Fees | $13.30 |
| **Total** | **$13.30** |