# **EXHIBIT D**

**[Detailed Description of Expenses and Disbursements]**

Case 14-10979-CSS    Doc 8063-4    Filed 03/23/16    Page 1 of 2

| Date | Category | Description | Total Expenses |
|---|---|---|---:|
| 02/16/2016 | Filing/Court Fees | PACER | $8.30 |
| 02/17/2016 | Filing/Court Fees | PACER | $2.90 |
| 02/17/2016 | Filing/Court Fees | PACER | $2.10 |
| **Total** | | | **$13.30** |