## **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The RL&F attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Daniel J. DeFranceschi | Director | 1989 | Bankruptcy | $750 | 40.6 | $30,450.00 |
| Russell C. Silberglied | Director | 1996 | Bankruptcy | $725 | 0.2 | $145.00 |
| Jason M. Madron | Counsel | 2003 | Bankruptcy | $525 | 130.0 | $68,250.00 |
| Joseph C. Barsalona, II | Associate | 2014 | Bankruptcy | $260 | 40.4 | $10,504.00 |
| Andrew M. Dean | Associate | 2015 | Bankruptcy | $260 | 1.2 | $312.00 |
| **Total** | | | | | 212.4 | $109,661.00 |

The paraprofessionals of RL&F who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Barbara J. Witters | Paralegal | 16 | Bankruptcy | $235 | 74.2 | $17,437.00 |
| Caroline E. Dougherty | Paralegal | 1 | Bankruptcy | $235 | 6.1 | $1,433.50 |
| Rebecca V. Speaker | Paralegal | 14 | Bankruptcy | $235 | 3.6 | $846.00 |
| Cynthia McMenamin | Paralegal | 1 | Bankruptcy | $235 | 0.9 | $211.50 |
| **Total** | | | | | 84.8 | $19,928.00 |

**Total Fees** $129,589.00