# EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

## ALL - Expense Summary

| Service Description | Amount |
|---|---:|
| Binding | $0.00 |
| Business Meals | $225.65 |
| Conference Calling | $195.44 |
| Court Reporter Services | $159.34 |
| Document Retrieval | $370.94 |
| Electronic Legal Research | $0.00 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Cost | $0.00 |
| Long distance Telephone Charges | $59.16 |
| Messenger and Delivery Service | $160.70 |
| Overtime | $0.00 |
| Photocopying/Printing - Outside Vendor | $327.30 |
| Photocopying/Printing | $596.62 |
| Postage | $0.53 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Record Retrieval | $0.00 |
| Travel Expense | $0.00 |
| **Total:** | **$2,095.68** |

## TCEH - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $0.00 |
| Business Meals | $17.39 |
| Conference Calling | $15.06 |
| Court Reporter Services | $12.28 |
| Document Retrieval | $28.58 |
| Electronic Legal Research | $0.00 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Costs | $0.00 |
| Long distance Telephone Charges | $4.55 |
| Messenger and Delivery Service | $12.37 |
| Overtime | $0.00 |
| Photocopying/Printing - Outside Vendor | $25.22 |
| Photocopying/Printing | $45.97 |
| Postage | $0.04 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Record Retrieval | $0.00 |
| Travel Expense | $0.00 |
| **Total:** | **$161.46** |

## EFIH - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $0.00 |
| Business Meals | $62.81 |
| Conference Calling | $54.40 |
| Court Reporter Services | $44.35 |
| Document Retrieval | $103.25 |
| Electronic Legal Research | $0.00 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Costs | $0.00 |
| Long distance Telephone Charges | $16.44 |
| Messenger and Delivery Service | $44.72 |
| Overtime | $0.00 |
| Photocopying/Printing - Outside Vendor | $91.11 |
| Photocopying/Printing | $166.11 |
| Postage | $0.15 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Record Retrieval | $0.00 |
| Travel Expense | $0.00 |
| **Total:** | **$583.34** |

## EFH - Expense Summary

| Service Description | Amount |
|---|---:|
| Binding | $0.00 |
| Business Meals | $203.98 |
| Conference Calling | $176.68 |
| Court Reporter Services | $144.04 |
| Document Retrieval | $335.32 |
| Electronic Legal Research | $0.00 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Costs | $0.00 |
| Long distance Telephone Charges | $53.39 |
| Messenger and Delivery Service | $145.23 |
| Overtime | $0.00 |
| Photocopying/Printing - Outside Vendor | $295.87 |
| Photocopying/Printing | $539.45 |
| Postage | $0.49 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Record Retrieval | $0.00 |
| Travel Expense | $0.00 |
| **Total:** | **$1,894.45** |