## EXHIBIT E

## Detailed Description of Meal Expenses

| Date | Restaurant/ Provider | Meal | Number of People | Description | Average Amount Per Person | Amount |
|---|---|---|---|---|---|---|
| 2/8/16 | Rodney Grille | Snacks | 5 | Refreshments/snacks for visiting co-counsel, client representatives and estate professionals in connection with 2/9/16 District Court hearing | $6.78 | $33.88 |
| 2/9/16 | Rodney Grille | Breakfast | 4 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with 2/9/16 District Court hearing | $15.48 | $61.92 |
| 2/18/16 | Grotto's Pizza | Dinner | 1 | Working meal for RL&F team member in connection with afterhours filing of severance motion and declaration in support | $12.78 | $12.78 |
| 2/22/16 | Cavanaugh's Restaurant | Lunch | 25 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with 2/22/16 hearing | $16.05 | $401.25 |
| **TOTALS** | | | | | | $509.83 |