## Exhibit E
## Summary of Total Fees Incurred and Hours Billed During the Fee Period

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed In this Application | Hourly Rate Billed In the Second Interim Application | Fees Billed In this Application at Second Interim Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| Keator, Todd | Partner | Tax | TX: 2002 | $2,070.00 | 3.6 | | $575 | n/a | n/a |
| Liggins, Demetra | Partner | Bankruptcy and Restructuring | TX: 2000 NY: 2008 | $4,581.50 | 7.7 | 1 | $595 | $560 | $4,312.00 |
| McNulty, Mary | Partner | Tax | TX: 1989 | $74,245.00 | 95.8 | 1 | $775 | $725 | $69,455.00 |
| Munnerlyn, Neely | Partner | Tax | TX: 1998 | $224.00 | 0.4 | 1 | $560 | n/a | n/a |
| Wheat, R. David | Partner | Tax | TX: 1988 LA: 1988 | $171,619.50 | 203.1 | 1 | $845 | $805 | $163,495.50 |
| Merrill, Sam | Partner | Tax | TX: 2006 | $3,488.00 | 6.4 | | $545 | n/a | n/a |
| James, Megan | Associate | Tax | TX: 2014 | $23,826.00 | 72.2 | 1 | $330 | $280 | $20,216.00 |
| Meyercord, Leonora | Associate | Tax | TX: 2010 | $199,728.00 | 416.1 | 1 | $480 | $430 | $178,923.00 |
| Gerber, Katie | Associate | Tax | TX: 2015 | $6,100.00 | 12.2 | | $500 | n/a | n/a |
| Yin, Paul | Associate | Tax | TX: 2013 | $14,322.00 | 43.4 | | $330 | n/a | n/a |

| Paraprofessional Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed In this Application | Hourly Rate Billed In the Second Interim Application | Fees Billed In this Application at Second Interim Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| Parker, Nashira | Case Clerk | Bankruptcy and Restructuring | n/a | $1,974.00 | 14.1 | 1 | $140 | n/a | n/a |
| Savage, Shannon | Paralegal | Bankruptcy and Restructuring | n/a | $4,372.50 | 15.9 | n/a | $275 | n/a | n/a |