**Exhibit G**
**Summary of Fees and Expenses by Matter for the Fee Period**

| Matter No. | Project Category Description | Matter Summary | | | | | |
|---|---|---|---|---|---|---|---|
| | | Hours | | Total Compensation | | Expenses | Total |
| | | Budget | Billed | Budget | Billed | | |
| 21 | 2003-2006 Tax Years | 50.0 | 24.9 | $38,750.00 | $19,061.50 | $0.00 | $19,061.50 |
| 27 | Debt Restructuring Advice | 1,351.5 | 862.9 | $776,335.00 | $485,271.00 | $2,038.41 | $487,309.41 |
| 31 | Tax Advice and Acquisition of Gas Assets | 15.0 | 3.1 | $9,025.00 | $2,218.00 | $0.00 | $2,218.00 |
| | Totals | 1,416.5 | 890.9 | $824,110.00 | $506,550.50 | $2,038.41 | $508,588.91 |

| Task Summary | | | |
|---|---|---|---|
| Task Code | Project Category Description | Hours | Total Fees |
| B110 | Case Administration | .8 | $220.00 |
| B160 | Fee/Employment Applications | 9.1 | $3,064.50 |
| B161 | Budget/Staffing Plan | 7.9 | $4,988.50 |
| B162 | Fee Applications | 24.4 | $6,269.50 |
| B171 | Fee Objection Discussion And Litigation | .2 | $28.00 |
| B240 | Tax Issues | 848.5 | $491,980.00 |
| Totals | | 890.9 | $506,550.50 |