**<u>Exhibit H</u>**

**Detailed Invoice**

# THOMPSON & KNIGHT LLP
### ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
www.tklaw.com

AUSTIN
DALLAS
FORT WORTH
HOUSTON
LOS ANGELES
NEW YORK
ALGIERS
LONDON
MEXICO CITY
MONTERREY
PARIS

TAX ID No. 75-2813604
WWW.TKLAW.COM

October 31, 2015
Invoice 41531745

ENERGY FUTURE HOLDINGS CORP
ATTN: CARLA HOWARD
ENERGY PLAZA
1601 BRYAN ST   9-070
DALLAS TX 75201

## REMITTANCE COPY

For Services Rendered Through September 30, 2015

Our Matter #  508551.000021
2003-2006 TAX YEARS

Fees for Professional Services  ............................................................  8,056.50

Reimbursable Costs  ............................................................................  0.00

Current Billing For This Matter  ...............................................................  8,056.50

Net Current Billing For This Matter  ....................................................  $   8,056.50

Please remit payment within fifteen (15) days to
**Wiring Instructions for Thompson & Knight LLP**

| | |
|---|---|
| Receiving Bank: | Amegy Bank of Texas |
| | 4400 Post Oak Parkway |
| | Houston, TX 77027 |
| Beneficiary Account Name: | Thompson & Knight LLP |
| Beneficiary Address: | One Arts Plaza |
| | 1722 Routh St Ste 1500 |
| | Dallas, Texas 75201 |
| ABA Routing No. | 113011258 |
| Account No.: | 3324389 |
| SWIFT: | SWBKUS44 |

Thank you for informing us of the date of transaction by fax/email.
**Mailing Instructions for Thompson & Knight LLP**

P.O. BOX 660684, DALLAS, TX  75266-0684
To ensure proper credit please return this copy with your remittance.
Please reference client/matter name and number, attorney name, invoice number, etc.

# THOMPSON & KNIGHT LLP

### ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
www.tklaw.com

AUSTIN
DALLAS
FORT WORTH
HOUSTON
LOS ANGELES
NEW YORK
ALGIERS
LONDON
MEXICO CITY
MONTERREY
PARIS

TAX ID No. 75-2813604
WWW.TKLAW.COM

Page 1
October 31, 2015
Invoice 41531745

ENERGY FUTURE HOLDINGS CORP
ATTN: CARLA HOWARD
ENERGY PLAZA
1601 BRYAN ST   9-070
DALLAS TX 75201

## INVOICE SUMMARY

For Services Rendered Through September 30, 2015

Our Matter #  508551.000021
2003-2006 TAX YEARS

| | |
|---|---|
| Fees for Professional Services ............................................................. | 8,056.50 |
| Reimbursable Costs ............................................................................ | 0.00 |
| Current Billing For This Matter ............................................................... | 8,056.50 |
| Net Current Billing For This Matter ........................................................ | $    8,056.50 |

Please remit payment within fifteen (15) days

**THOMPSON & KNIGHT**
LLP

Page 2
October 31, 2015
Invoice 41531745

Our Matter #  508551.000021
2003-2006 TAX YEARS

| | | | | | |
|---|---|---|---|---|---|
| 09/04/2015 | Emails with J. Dowdy, IRS interest computation specialist, and M. Todd, IRS Appeals Team Case Leader, regarding time frame for completing interest computations and IRS transcripts of account (0.20); calls with M. Todd and M. Horn regarding same (0.3); direct preparation of transcript request form (0.20); advise regarding filing of refund claim for additional basis issue (0.2); gather information for interest computations and transmit to R. Gibson, KPMG, with explanatory emails (1.90) | | | | |
| | M MCNULTY | 2.80 hrs. | 775.00/hr | 2,170.00 | B240 |
| 09/04/2015 | Conference call with M. McNulty regarding account transcripts (0.20); prepare Forms 4506-T requesting same (0.60) | | | | |
| | L MEYERCORD | 0.80 hrs. | 480.00/hr | 384.00 | B240 |
| 09/09/2015 | Emails with R. Gibson, KPMG, regarding interest computations | | | | |
| | M MCNULTY | 0.40 hrs. | 775.00/hr | 310.00 | B240 |
| 09/10/2015 | Respond to request from R. Gibson, KPMG, for more information for interest computations (1.0); emails with M. Todd, IRS Appeals Officer, regarding transcripts for 2008 (0.10) | | | | |
| | M MCNULTY | 1.10 hrs. | 775.00/hr | 852.50 | B240 |
| 09/11/2015 | Emails with M. Todd, IRS Appeals Officer, regarding transcripts for 2008 and 2009 (0.10) | | | | |
| | M MCNULTY | 0.10 hrs. | 775.00/hr | 77.50 | B240 |
| 09/14/2015 | Call with S. Weise, IRS exam agent, regarding transcripts for EFH 2008-2009 and LSGT Sacroc 2008 and Form 2285; emails with R. Gibson, KPMG, regarding same (0.20); emails with M. Todd regarding same (0.20) | | | | |
| | M MCNULTY | 0.40 hrs. | 775.00/hr | 310.00 | B240 |
| 09/15/2015 | Emails and call with S. Weise, IRS Exam, M. Todd, IRS Appeals, R. Gibson, KPMG, and M. Horn, EFH, regarding interest computations and impact of 2007 carryback | | | | |
| | M MCNULTY | 2.50 hrs. | 775.00/hr | 1,937.50 | B240 |
| 09/16/2015 | Emails with R. Gibson, KPMG, and M. Horn, EFH, regarding interest computations for 2006 and Form 2285 | | | | |
| | M MCNULTY | 0.20 hrs. | 775.00/hr | 155.00 | B240 |
| 09/17/2015 | Emails with M. Horn regarding sending Form 2285 prepared by KPMG to IRS for interest computation (0.30); email and call with S. Weise, IRS exam, regarding Form 2285 prepared by KPMG and supporting computations (0.20); email R. Gibson, KPMG, for supporting computations (0.10) | | | | |
| | M MCNULTY | 0.60 hrs. | 775.00/hr | 465.00 | B240 |
| 09/23/2015 | Emails with S. Weise and M. Todd regarding tax computations supporting Form 2285 (0.80); review support provided by KPMG and transmit to S. Weise and M. Todd (0.40) | | | | |
| | M MCNULTY | 1.20 hrs. | 775.00/hr | 930.00 | B240 |
| 09/25/2015 | Provide status update of interest computations to M. Horn; emails with M. Todd, IRS Appeals Officer, and S. Weise, IRS Exam, regarding Form 2285 computations | | | | |
| | M MCNULTY | 0.20 hrs. | 775.00/hr | 155.00 | B240 |
| 09/28/2015 | Emails with S. Weiss (IRS Exam), M. Todd (IRS Appeals), and R. Gibson (KPMG) regarding interest computations and Form 2285 | | | | |
| | M MCNULTY | 0.40 hrs. | 775.00/hr | 310.00 | B240 |

Fees for Professional Services  ................................................................  $      8,056.50

**Summary of Fees**

**THOMPSON & KNIGHT**
LLP

Page 3
October 31, 2015
Invoice 41531745

| Name | Title | Hours | | Rate/Hr | | Amount |
|------|-------|-------|---|---------|---|--------|
| MCNULTY, M | PARTNER | 9.90 | $ | 775.00 | $ | 7,672.50 |
| MEYERCORD, L | ASSOCIATE | 0.80 | | 480.00 | | 384.00 |
| Total | | 10.70 | | | $ | 8,056.50 |

CURRENT FEES AND COSTS FOR THIS MATTER ................................................................. $    8,056.50

TOTAL CURRENT DUE FOR THIS MATTER ............................................................ $    8,056.50

# THOMPSON & KNIGHT LLP

## ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
www.tklaw.com

AUSTIN
DALLAS
FORT WORTH
HOUSTON
LOS ANGELES
NEW YORK
ALGIERS
LONDON
MEXICO CITY
MONTERREY
PARIS

TAX ID No. 75-2813604
WWW.TKLAW.COM

October 31, 2015
Invoice 41531746

ENERGY FUTURE HOLDINGS CORP
ATTN: CARLA HOWARD
ENERGY PLAZA
1601 BRYAN ST   9-070
DALLAS TX 75201

## REMITTANCE COPY

For Services Rendered Through September 30, 2015

Our Matter #  508551.000027
              DEBT RESTRUCTURING

| | |
|---|---|
| Fees for Professional Services ........................................................... | 124,491.00 |
| Reimbursable Costs ........................................................................... | 672.95 |
| Current Billing For This Matter ................................................................ | 125,163.95 |
| Net Current Billing For This Matter ........................................................ | $   125,163.95 |

Please remit payment within fifteen (15) days to
**Wiring Instructions for Thompson & Knight LLP**

| | |
|---|---|
| Receiving Bank: | Amegy Bank of Texas |
| | 4400 Post Oak Parkway |
| | Houston, TX 77027 |
| Beneficiary Account Name: | Thompson & Knight LLP |
| Beneficiary Address: | One Arts Plaza |
| | 1722 Routh St Ste 1500 |
| | Dallas, Texas 75201 |
| ABA Routing No. | 113011258 |
| Account No.: | 3324389 |
| SWIFT: | SWBKUS44 |

Thank you for informing us of the date of transaction by fax/email.
**Mailing Instructions for Thompson & Knight LLP**

P.O. BOX 660684, DALLAS, TX  75266-0684
To ensure proper credit please return this copy with your remittance.
Please reference client/matter name and number, attorney name, invoice number, etc.

# THOMPSON & KNIGHT LLP

### ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
www.tklaw.com

AUSTIN
DALLAS
FORT WORTH
HOUSTON
LOS ANGELES
NEW YORK
ALGIERS
LONDON
MEXICO CITY
MONTERREY
PARIS

TAX ID No. 75-2813604
WWW.TKLAW.COM

Page 1
October 31, 2015
Invoice 41531746

ENERGY FUTURE HOLDINGS CORP
ATTN: CARLA HOWARD
ENERGY PLAZA
1601 BRYAN ST   9-070
DALLAS TX 75201

## INVOICE SUMMARY

For Services Rendered Through September 30, 2015

Our Matter #  508551.000027
DEBT RESTRUCTURING

| | |
|---|---|
| Fees for Professional Services ............................................................ | 124,491.00 |
| Reimbursable Costs ........................................................................... | 672.95 |
| Current Billing For This Matter ...................................................................... | 125,163.95 |
| Net Current Billing For This Matter ....................................................................... | $   125,163.95 |

Please remit payment within fifteen (15) days

**THOMPSON & KNIGHT**
LLP

Our Matter #  508551.000027
DEBT RESTRUCTURING

| | | | | | |
|---|---|---|---|---|---|
| 09/01/2015 | Review and comment on August fee app and June certificate of no objection | | | | |
| | M MCNULTY | 0.20 hrs. | 775.00/hr | 155.00 | B162 |
| 09/01/2015 | Prepare certificate of no objection (.2); prepare monthly fee invoice for June 2015 fee statement (.2) | | | | |
| | N PARKER | 0.40 hrs. | 140.00/hr | 56.00 | B162 |
| 09/01/2015 | Revise July 2015 fee statement for cost addition (.1); prepare corresponding Exhibit D (.2) | | | | |
| | N PARKER | 0.30 hrs. | 140.00/hr | 42.00 | B162 |
| 09/01/2015 | Review comments from creditors on supplemental ruling request and revise supplemental ruling request to reflect same (6.10); conference call with D. Wheat, K&E and M. Davitt regarding active trade or business (0.80); revise summary of REIT business/streetlight services business summary in Jones Day excerpts (2.50); conference with D. Wheat regarding comments to structure slides (0.20) | | | | |
| | L MEYERCORD | 9.60 hrs. | 480.00/hr | 4,608.00 | B240 |
| 09/01/2015 | Research regarding accrued OID in Section 355 transaction and review of authorities analyzing same | | | | |
| | M JAMES | 6.30 hrs. | 330.00/hr | 2,079.00 | B240 |
| 09/01/2015 | Review and preparation of entity chart for years 2005, 2006, and 2008 to 2012 for Texas franchise tax analysis | | | | |
| | M JAMES | 2.60 hrs. | 330.00/hr | 858.00 | B240 |
| 09/01/2015 | Review and revise supplemental ruling request per creditor and Hunt comments and Oncor comments (6.8); conference call with Jones Day and K&E regarding above (0.5); conference call with Baker Botts regarding above (0.5); review and revise legal entity simplification slides (0.3) | | | | |
| | D WHEAT | 8.10 hrs. | 845.00/hr | 6,844.50 | B240 |
| 09/01/2015 | Prepare state franchise tax memorandum regarding amended franchise tax reports; analyze Texas tax code and regulations regarding same | | | | |
| | P YIN | 5.90 hrs. | 330.00/hr | 1,947.00 | B240 |
| 09/02/2015 | Review and revise supplemental ruling request per comments from Oncor and creditors (3.9); review and revise slides for submission (0.2); emails and telephone conferences with Baker Botts and K&E regarding above (1.2); emails and telephone conference with Jones Day and Oncor regarding above (2.4) | | | | |
| | D WHEAT | 7.70 hrs. | 845.00/hr | 6,506.50 | B240 |
| 09/02/2015 | Review and preparation of outline of Texas franchise tax rules for periods before 2008 and for periods occurring after 2008; research regarding taxable entities and taxable base under previous Texas franchise tax; research regarding tracing of MTM deduction for franchise tax purpose in 2005 tax year | | | | |
| | M JAMES | 10.40 hrs. | 330.00/hr | 3,432.00 | B240 |
| 09/02/2015 | Review comments to supplemental ruling request and prepare same (6.80); conference with D. Wheat, Oncor, Hunt, Baker Botts and client regarding active trade or business (0.90); conference with D. Wheat and S. Marcus regarding same (0.40); prepare structure slides and exhibits to supplemental ruling request (1.50) | | | | |
| | L MEYERCORD | 9.60 hrs. | 480.00/hr | 4,608.00 | B240 |
| 09/03/2015 | Conference with D. Wheat, K&E and client regarding debt issuance (0.60); prepare for same (0.50); conference with D. Wheat and M. Davitt regarding transmission engineering business (0.40); prepare supplemental ruling request and exhibits (6.70); conference call with B. Bloom regarding legal entity simplification update (0.30) | | | | |
| | L MEYERCORD | 8.50 hrs. | 480.00/hr | 4,080.00 | B240 |
| 09/03/2015 | Review fee committee letter and calendar deadlines regarding same | | | | |
| | N PARKER | 0.20 hrs. | 140.00/hr | 28.00 | B171 |

**THOMPSON & KNIGHT**
LLP

| 09/03/2015 | Research regarding legal entity status and federal tax status for Texas franchise tax analysis; review of mechanics of MTM deduction taken in 2005 | | | | |
| | M JAMES | 3.10 hrs. | 330.00/hr | 1,023.00 | B240 |
| 09/03/2015 | Review, revise and finalize supplemental submission (3.8); prepare for conference call regarding Spinco debt and Newco preferred stock (0.4); conference call with client regarding above (0.5); emails and telephone conference with Jones Day regarding IRS submission (0.7) | | | | |
| | D WHEAT | 5.40 hrs. | 845.00/hr | 4,563.00 | B240 |
| 09/03/2015 | Gather information for analysis of mark to market turn gain for purposes of Texas franchise tax | | | | |
| | M MCNULTY | 0.20 hrs. | 775.00/hr | 155.00 | B240 |
| 09/03/2015 | Continue preparation of memorandum regarding amended Texas franchise tax reports and timing of filing amended returns (4.0); exchange correspondence with M. McNulty regarding same (.3) | | | | |
| | P YIN | 4.30 hrs. | 330.00/hr | 1,419.00 | B240 |
| 09/04/2015 | Emails with client and L. Meyercord regarding LESS (0.2); coordinate filing of supplemental submission (0.2) | | | | |
| | D WHEAT | 0.40 hrs. | 845.00/hr | 338.00 | B240 |
| 09/04/2015 | Review of previous franchise tax rules and computation of franchise tax with MTM deduction; review of franchise tax rules for reporting of income by corporate members of LLCs; preparation of analysis regarding comparison of franchise tax pre and post 2008 | | | | |
| | M JAMES | 8.10 hrs. | 330.00/hr | 2,673.00 | B240 |
| 09/04/2015 | Emails with B. Bloom and M. Horn regarding case status updates | | | | |
| | M MCNULTY | 0.30 hrs. | 775.00/hr | 232.50 | B240 |
| 09/04/2015 | Prepare October budget estimates | | | | |
| | M MCNULTY | 0.70 hrs. | 775.00/hr | 542.50 | B161 |
| 09/04/2015 | Analyze Texas margin tax procedural requirements for reporting mark to market turn gain for 2008-2012 (1.60); analyze Texas franchise tax structure in 2005 and 2008-2012 for purposes of reporting mark to market turn gain (1.80) | | | | |
| | M MCNULTY | 3.40 hrs. | 775.00/hr | 2,635.00 | B240 |
| 09/04/2015 | Respond to discovery request from J. Sowa (2.70); revise legal entity simplification structure (3.20) | | | | |
| | L MEYERCORD | 5.90 hrs. | 480.00/hr | 2,832.00 | B240 |
| 09/05/2015 | Preparation of analysis regarding application of franchise tax with respect to MTM deduction issue in years 2005 and 2006, and 2008 to 2012; research regarding partner reporting of distributive share of income for franchise tax purposes under current and previous versions; prepare example of franchise tax calculation incorporating MTM deduction under rules for 2005 tax year | | | | |
| | M JAMES | 7.70 hrs. | 330.00/hr | 2,541.00 | B240 |
| 09/06/2015 | Prepare legal entity simplification structure (1.80); research procedural issues relating to filing amended Texas franchise tax returns (1.30) | | | | |
| | L MEYERCORD | 3.10 hrs. | 480.00/hr | 1,488.00 | B240 |
| 09/07/2015 | Emails with L. Meyercord regarding LESS project | | | | |
| | D WHEAT | 0.20 hrs. | 845.00/hr | 169.00 | B240 |
| 09/08/2015 | Review revised LESS charts and emails with L. Meyercord regarding above (0.2); review docs and information relating to supplemental ruling request (0.3); emails and conference with L. Meyercord regarding follow up items for supplemental PLR request (0.4); emails with IRS and K&E regarding supplemental ruling request (0.3); review press regarding Yahoo PLR and prepare email to B. Bloom regarding above (0.2) | | | | |
| | D WHEAT | 1.40 hrs. | 845.00/hr | 1,183.00 | B240 |
| 09/08/2015 | Research procedural issues relating to Texas franchise tax and settlement agreement (2.80) | | | | |
| | L MEYERCORD | 2.80 hrs. | 480.00/hr | 1,344.00 | B240 |

**Thompson & Knight**
LLP

| | | | | | |
|---|---|---|---|---|---|
| 09/08/2015 | Analyze Texas Tax Code, Regulations and Comptroller Rulings regarding the effect of bankruptcy court determinations upon a taxpayer's taxable margin, a taxpayer's corresponding obligation to file amended franchise tax reports (if any), and the deadline for the filing of any amended franchise tax reports | | | | |
| | P YIN | 5.80 hrs. | 330.00/hr | 1,914.00 | B240 |
| 09/09/2015 | Continue preparation of memorandum regarding required filings of amended franchise tax reports upon the taxpayer's signing of a closing agreement with the IRS and the effect of future bankruptcy court determinations | | | | |
| | P YIN | 5.30 hrs. | 330.00/hr | 1,749.00 | B240 |
| 09/09/2015 | Conference with N. Munnerlyn regarding withholding issues (0.20); e-mail correspondence with B. Bloom analyzing withholding and federal income tax issues in revised legal entity simplification structure (1.90); e-mail correspondence with D. Wheat regarding tax opinion required by deal documents (0.80) | | | | |
| | L MEYERCORD | 2.90 hrs. | 480.00/hr | 1,392.00 | B240 |
| 09/09/2015 | Review press reports regarding above Yahoo spin and conference call with client regarding above (0.5); prepare talking points regarding above (0.2) | | | | |
| | D WHEAT | 0.70 hrs. | 845.00/hr | 591.50 | B240 |
| 09/09/2015 | Review case updates (.1); call with E. O'Brien regarding deduction of professional fees and filing of disclosures at beginning of 2010-2012 abbreviated audit (.2) | | | | |
| | M MCNULTY | 0.30 hrs. | 775.00/hr | 232.50 | B240 |
| 09/09/2015 | Confer with L. Meyercord regarding FICA Tax issues for LESS project (0.2); review email correspondence regarding same (0.2) | | | | |
| | N MUNNERLYN | 0.40 hrs. | 560.00/hr | 224.00 | B240 |
| 09/10/2015 | Follow-up with E. O'Brien regarding deduction of professional fees in light of court order and Fee Committee requirements | | | | |
| | M MCNULTY | 0.40 hrs. | 775.00/hr | 310.00 | B240 |
| 09/10/2015 | Emails with T. Maynes and IRS regarding conference call (0.2); prepare for and participate in conference call with IRS regarding PLR (1.7); prepare email summary regarding above (0.5); prepare email to Baker Botts regarding above (0.40) | | | | |
| | D WHEAT | 2.60 hrs. | 845.00/hr | 2,197.00 | B240 |
| 09/10/2015 | Conference with D. Wheat regarding supplemental submission (0.20); e-mail correspondence regarding same (0.10) | | | | |
| | L MEYERCORD | 0.30 hrs. | 480.00/hr | 144.00 | B240 |
| 09/10/2015 | Finalize draft of memorandum regarding required filings of amended franchise tax reports upon the taxpayer's signing of a closing agreement with the IRS and the effect of future bankruptcy court determinations; exchange correspondence with M. McNulty regarding same | | | | |
| | P YIN | 3.50 hrs. | 330.00/hr | 1,155.00 | B240 |
| 09/11/2015 | Review and comment on revised disclosure statement (1.40) | | | | |
| | L MEYERCORD | 1.40 hrs. | 480.00/hr | 672.00 | B240 |
| 09/11/2015 | Review and revise Disclosure Statement (0.5); emails with K&E regarding above (0.2); prepare email to client regarding PLR update (0.2) | | | | |
| | D WHEAT | 0.90 hrs. | 845.00/hr | 760.50 | B240 |
| 09/11/2015 | Emails regarding status of pending projects with B. Bloom, M. Horn, E. O'Brien, and D. Wheat | | | | |
| | M MCNULTY | 0.20 hrs. | 775.00/hr | 155.00 | B240 |
| 09/14/2015 | Prepare initial draft of the October budget and staffing plan | | | | |
| | D LIGGINS | 1.10 hrs. | 595.00/hr | 654.50 | B161 |
| 09/14/2015 | Analyze law and draft email regarding deduction of fees under all-events test (1.60); analyze court order regarding payment of fees (0.80); conference with D. Liggins regarding same (0.30) | | | | |
| | M MCNULTY | 2.70 hrs. | 775.00/hr | 2,092.50 | B240 |
| 09/14/2015 | Review new 355 ruling procedure and prepare email to client and K&E regarding above (0.4); review email from L. Meyercord regarding tax opinion re spin and analyze issues regarding above (1.2); review tax return materials from client (0.2) | | | | |

|  | D WHEAT | 1.80 hrs. | 845.00/hr | 1,521.00 | B240 |
|---|---|---|---|---|---|
| 09/14/2015 | Review material issues list and election to accelerate AMT credit (2.40) | | | | |
|  | L MEYERCORD | 2.40 hrs. | 480.00/hr | 1,152.00 | B240 |
| 09/15/2015 | Conference with White & Case, Baker Botts and K&E regarding IRS Rev. Proc. with additional no-rule areas (0.60); conference with D. Wheat regarding post-spin merger (0.50); research step transaction issues relating to same (1.2); review Rev. Proc. with guidance on electing acceleration of AMT credits in lieu of bonus depreciation and email correspondence with B. Bloom regarding same (1.30); revise legal entity simplification slides (1.10); research procedural issues regarding state tax claims relating to IRS settlement (4.20) | | | | |
|  | L MEYERCORD | 8.90 hrs. | 480.00/hr | 4,272.00 | B240 |
| 09/15/2015 | Review emails and slides from Gibson Dunn regarding Reorganized TCEH and LESS project (1.6); prepare emails to client regarding above (0.4); emails and telephone conference with counsel for Hunts and T uns regarding changes in IRS ruling policy (0.9); analyze tax issues regarding change in ruling policy (1.9); telephone conference with IRS regarding above (0.3); conference with T. Maynes (KE) regarding above (0.2); emails and telephone conference with V&E regarding above (0.6); review email and slides from client regarding EFH Properties (0.2); analyze tax issues regarding possible acquisition of TCEH and telephone conference with T. Maynes (K&E) regarding above (2.2) | | | | |
|  | D WHEAT | 8.80 hrs. | 845.00/hr | 7,436.00 | B240 |
| 09/15/2015 | Analyze law and draft email regarding deduction of professional fees under all-events test (1.10); conference with E. O'Brien regarding same (0.20) | | | | |
|  | M MCNULTY | 1.30 hrs. | 775.00/hr | 1,007.50 | B240 |
| 09/16/2015 | Review and reply to emails regarding revised disclosure statement (0.4); emails with client and KE Tax regarding COI issues regarding sales of EFH stock (1.2); prepare for conference call regarding taking TCEH public (0.4); conference call regarding above with client, PW and others (1.2); emails with K&E regarding above (0.4); | | | | |
|  | D WHEAT | 3.60 hrs. | 845.00/hr | 3,042.00 | B240 |
| 09/16/2015 | Conference call on emergence of Reorganized TCEH as a public company (0.80); research and analyze application of step-transaction to post-spin merger (4.60); review REIT ruling for impact on supplemental ruling request (0.70) | | | | |
|  | L MEYERCORD | 6.10 hrs. | 480.00/hr | 2,928.00 | B240 |
| 09/17/2015 | Analyze impact of revised structure on spin (1.0); e-mail correspondence with D. Wheat regarding same (0.40) | | | | |
|  | L MEYERCORD | 1.40 hrs. | 480.00/hr | 672.00 | B240 |
| 09/17/2015 | Analyze tax issues and reply to emails from K&E regarding T creditors election to receive notes (1.3); review and reply to K&E emails regarding sales of EFH equity after spin (0.2); analyze tax issues regarding new IRS no rule regarding 355 and prepare email to client and K&E regarding above (0.9); analyze tax issues regarding possible spinco reorg after spin and reply to emails from K&E and client regarding above (0.6) | | | | |
|  | D WHEAT | 3.00 hrs. | 845.00/hr | 2,535.00 | B240 |
| 09/17/2015 | Review and comment on draft October Budget & Staffing Plan | | | | |
|  | M MCNULTY | 0.20 hrs. | 775.00/hr | 155.00 | B161 |
| 09/17/2015 | Review M. McNulty changes to the October budget and staffing plan | | | | |
|  | D LIGGINS | 0.30 hrs. | 595.00/hr | 178.50 | B161 |
| 09/18/2015 | Emails with K&E and client regarding TCEH risk factor (0.2); status call with client (0.4); conference call with client regarding Hunt due diligence (0.4); analyze tax opinion issues raised by IRS no rule notice (0.8) | | | | |
|  | D WHEAT | 1.80 hrs. | 845.00/hr | 1,521.00 | B240 |
| 09/19/2015 | Prepare summary email to client and D&E regarding IRS no rule position | | | | |
|  | D WHEAT | 0.50 hrs. | 845.00/hr | 422.50 | B240 |
| 09/21/2015 | Conference with L. Meyercord regarding potential TCEH merger, timeline, and impact on ruling request; review case updates | | | | |

**THOMPSON & KNIGHT**
LLP

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | M MCNULTY | 0.40 hrs. | 775.00/hr | 310.00 | B240 |
| 09/21/2015 | Conference call with D. Wheat and client regarding gain on assumption of debt by Newco and post-spin acquisition (0.40); review timeline and tax slide regarding post-spin acquisition (0.30) | | | | |
|  | L MEYERCORD | 0.70 hrs. | 480.00/hr | 336.00 | B240 |
| 09/21/2015 | Email with the Company regarding the October budget and staffing plan (.20) | | | | |
|  | D LIGGINS | 0.20 hrs. | 595.00/hr | 119.00 | B161 |
| 09/21/2015 | Review and analyze emails from B. Bloom regarding busted 351(0.3); telephone conference with client regarding above (0.3); review and analyze emails from C. Howard and T. Maynes regarding reorg of TCEH post emergence (0.7); telephone conference with client regarding above (0.3); review tax research from L. Meyercord regarding above (0.3); telephone conference with S. Marcus (Baker Botts)regarding PLR request (0.3); review new case regarding 363 sales (0.2); analyze tax issues raised by new IRS ruling practice and possible impact on PLR (0.5); call to IRS regarding PLR and email client and K&E regarding above (0.4) | | | | |
|  | D WHEAT | 3.30 hrs. | 845.00/hr | 2,788.50 | B240 |
| 09/22/2015 | Prepare for conference call (0.2); conference call with MoFo (0.5); prepare supplemental ruling request regarding post-spin acquisition of TCEH (0.3); review and analyze slides from K&E regarding TCEH sale process and prepare emails to client and K&E regarding above (1.5); telephone conference and emails with T. Maynes regarding above (0.7); analyze tax issues regarding TRA per email from V&E (0.3) | | | | |
|  | D WHEAT | 3.50 hrs. | 845.00/hr | 2,957.50 | B240 |
| 09/22/2015 | Review and comment on slides on post-spin acquisition (0.70); conference with D. Wheat regarding COI issue relating to same (0.20); research regarding same (0.80) | | | | |
|  | L MEYERCORD | 1.70 hrs. | 480.00/hr | 816.00 | B240 |
| 09/22/2015 | Review case updates and draft 8-K related to amended disclosure statement and plan | | | | |
|  | M MCNULTY | 0.30 hrs. | 775.00/hr | 232.50 | B240 |
| 09/23/2015 | Draft email to M. Horn regarding additional information needed to analyze mark to market turn gain issue for Texas franchise tax purposes; conference with L. Meyercord regarding same | | | | |
|  | M MCNULTY | 0.40 hrs. | 775.00/hr | 310.00 | B240 |
| 09/23/2015 | Review revised slides on post-spin acquisition (0.20); review Third Circuit opinion in stranded tax case (0.90) | | | | |
|  | L MEYERCORD | 1.10 hrs. | 480.00/hr | 528.00 | B240 |
| 09/23/2015 | Telephone conference with V&E (D. Peck) regarding PLR issues (0.6) review revised slides regarding acquisition of Reorganized TCEH (0.2) | | | | |
|  | D WHEAT | 0.80 hrs. | 845.00/hr | 676.00 | B240 |
| 09/24/2015 | Emails with Baker Botts regarding PLR request | | | | |
|  | D WHEAT | 0.20 hrs. | 845.00/hr | 169.00 | B240 |
| 09/24/2015 | Review and reply to emails from client and K&E regarding TCEH reorg (0.3) | | | | |
|  | D WHEAT | 0.30 hrs. | 845.00/hr | 253.50 | B240 |
| 09/24/2015 | Research regarding IRS new no-rules and possible rethinking of device requirement as a GU repeal concern (1.40) | | | | |
|  | L MEYERCORD | 1.40 hrs. | 480.00/hr | 672.00 | B240 |
| 09/24/2015 | Prepare Certificate of no objection regarding July 2015 fee statement | | | | |
|  | N PARKER | 0.30 hrs. | 140.00/hr | 42.00 | B162 |
| 09/25/2015 | Research regarding procedural issues regarding impact of mark-to-market settlement on Texas franchise tax claims (2.40) | | | | |
|  | L MEYERCORD | 2.40 hrs. | 480.00/hr | 1,152.00 | B240 |
| 09/25/2015 | Review and comment on certificate of no objection and MFIS for July fees | | | | |
|  | M MCNULTY | 0.10 hrs. | 775.00/hr | 77.50 | B162 |
| 09/25/2015 | Analyze tax issues regarding post spin acquisition of TCEH (0.6); telephone conference with B. Bloom regarding above (0.4); analyze tax issues regarding new IRS no rule on 355 and impact on PLR request (0.2) | | | | |
|  | D WHEAT | 1.20 hrs. | 845.00/hr | 1,014.00 | B240 |

**THOMPSON & KNIGHT**
LLP

Page 7
October 31, 2015
Invoice 41531746

| | | | | | |
|---|---|---|---|---|---|
| 09/27/2015 | Research Texas Attorney General's ability to amend claims to reflect MTM settlement (3.10) | | | | |
| | L MEYERCORD | 3.10 hrs. | 480.00/hr | 1,488.00 | B240 |
| 09/28/2015 | Review and comment on TDP on acceleration of deferred CODI and related calculation (1.60); research and prepare memo on Attorney General's ability to amend claims to reflect MTM settlement (2.70) | | | | |
| | L MEYERCORD | 4.30 hrs. | 480.00/hr | 2,064.00 | B240 |
| 09/28/2015 | Review TDP from B. Bloom regarding 108(i) (0.2); analyze issues raised by IRS regarding PLR and email IRS regarding above (0.4); analyze issues regarding possible 337 regulation impacting PLR request (0.3) | | | | |
| | D WHEAT | 0.90 hrs. | 845.00/hr | 760.50 | B240 |
| 09/28/2015 | Review and comment on Transactional Decision Paper relating to charitable contributions and acceleration of Section 108(i) COD income | | | | |
| | M MCNULTY | 0.50 hrs. | 775.00/hr | 387.50 | B240 |
| 09/29/2015 | Email and telephone conference with IRS regarding PLR request (0.6); prepare emails to client and K&E regarding above (0.4); analyze issues regarding information from IRS and prepare for conference call regarding above; (1.2); conference call with client and K&E regarding above (0.3); review information request from IRS (0.2); prepare email to client and K&E regarding above (0.2); telephone conference with K&E regarding above (0.5) | | | | |
| | D WHEAT | 3.40 hrs. | 845.00/hr | 2,873.00 | B240 |
| 09/29/2015 | Review and analysis of August proforma (.4); prepare August 2015 Fee Statement (.9) | | | | |
| | N PARKER | 1.30 hrs. | 140.00/hr | 182.00 | B162 |
| 09/29/2015 | Conference call with B. Bloom and M. McNulty regarding calculation re acceleration of CODI (0.40); prepare for same (0.40); conference call with client and K&E regarding questions from F. Kelly on take-back debt and TRA (0.30); analyze tax treatment of take-back debt and TRA in the spin (1.20); conference with D. Wheat regarding same (0.30); review questions from IRS on supplemental ruling request (0.60); conference call with K&E regarding same (0.30) | | | | |
| | L MEYERCORD | 3.50 hrs. | 480.00/hr | 1,680.00 | B240 |
| 09/29/2015 | Conferences with L. Meyercord and B. Bloom regarding Transactional Decision Paper relating to charitable contributions and acceleration of Section 108(i) COD income | | | | |
| | M MCNULTY | 0.60 hrs. | 775.00/hr | 465.00 | B240 |
| 09/30/2015 | Respond to email from C. Howard regarding proposed tax language for DOJ | | | | |
| | M MCNULTY | 0.20 hrs. | 775.00/hr | 155.00 | B240 |
| 09/30/2015 | E-mail correspondence with D. Wheat regarding proposed timing plan for IRS information request (0.90); prepare response to IRS information request (3.40) | | | | |
| | L MEYERCORD | 4.30 hrs. | 480.00/hr | 2,064.00 | B240 |
| 09/30/2015 | Continued preparation of August 2015 fee statement | | | | |
| | N PARKER | 0.20 hrs. | 140.00/hr | 28.00 | B162 |
| 09/30/2015 | Prepare response to IRS information request (0.3); review emails and information from client and K&E regarding busted 351 (0.2) | | | | |
| | D WHEAT | 0.50 hrs. | 845.00/hr | 422.50 | B240 |

Fees for Professional Services ................................................................. $   124,491.00

**Summary of Fees**

| Name | Title | Hours | Rate/Hr | Amount |
|---|---|---|---|---|
| WHEAT, D | PARTNER | 61.00 | $   845.00 | $   51,545.00 |
| MCNULTY, M | PARTNER | 12.40 | 775.00 | 9,610.00 |
| LIGGINS, D | PARTNER | 1.60 | 595.00 | 952.00 |
| MUNNERLYN, N | PARTNER | 0.40 | 560.00 | 224.00 |

**THOMPSON & KNIGHT**
LLP

Page 8
October 31, 2015
Invoice 41531746

| Name | Title | Hours | Rate/Hr | Amount |
|------|-------|-------|---------|--------|
| MEYERCORD, L | ASSOCIATE | 85.40 | 480.00 | 40,992.00 |
| YIN, P | ASSOCIATE | 24.80 | 330.00 | 8,184.00 |
| JAMES, M | ASSOCIATE | 38.20 | 330.00 | 12,606.00 |
| PARKER, N | PARALEGAL | 2.70 | 140.00 | 378.00 |
| Total | | 226.50 | | $ 124,491.00 |

### Reimbursable Costs

| | |
|---|---|
| Copy Charges | 102.90 |
| Postage Charges | 18.45 |
| Reprographics | 551.60 |
| Total Reimbursable Costs | $ 672.95 |

CURRENT FEES AND COSTS FOR THIS MATTER ............................................................... $ 125,163.95

TOTAL CURRENT DUE FOR THIS MATTER ......................................................................... $ 125,163.95

# THOMPSON & KNIGHT LLP

### ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
www.tklaw.com

AUSTIN
DALLAS
FORT WORTH
HOUSTON
LOS ANGELES
NEW YORK
ALGIERS
LONDON
MEXICO CITY
MONTERREY
PARIS

TAX ID No. 75-2813604
WWW.TKLAW.COM

November 25, 2015
Invoice 41533853

ENERGY FUTURE HOLDINGS CORP
ATTN: CARLA HOWARD
ENERGY PLAZA
1601 BRYAN ST   9-070
DALLAS TX 75201

## REMITTANCE COPY

For Services Rendered Through October 31, 2015

Our Matter #  508551.000021
                    2003-2006 TAX YEARS

| | |
|---|---|
| Fees for Professional Services ............................................................. | 5,502.50 |
| Reimbursable Costs ............................................................................. | 0.00 |
| Current Billing For This Matter ............................................................... | 5,502.50 |
| Net Current Billing For This Matter ........................................................ $ | 5,502.50 |

Please remit payment within fifteen (15) days to
**Wiring Instructions for Thompson & Knight LLP**

| | |
|---|---|
| Receiving Bank: | Amegy Bank of Texas |
| | 4400 Post Oak Parkway |
| | Houston, TX 77027 |
| Beneficiary Account Name: | Thompson & Knight LLP |
| Beneficiary Address: | One Arts Plaza |
| | 1722 Routh St Ste 1500 |
| | Dallas, Texas 75201 |
| ABA Routing No. | 113011258 |
| Account No.: | 3324389 |
| SWIFT: | SWBKUS44 |

Thank you for informing us of the date of transaction by fax/email.
**Mailing Instructions for Thompson & Knight LLP**

P.O. BOX 660684, DALLAS, TX  75266-0684
To ensure proper credit please return this copy with your remittance.
Please reference client/matter name and number, attorney name, invoice number, etc.

## THOMPSON & KNIGHT LLP
### ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
www.tklaw.com

AUSTIN
DALLAS
FORT WORTH
HOUSTON
LOS ANGELES
NEW YORK
ALGIERS
LONDON
MEXICO CITY
MONTERREY
PARIS

TAX ID No. 75-2813604
WWW.TKLAW.COM

Page 1
November 25, 2015
Invoice 41533853

ENERGY FUTURE HOLDINGS CORP
ATTN: CARLA HOWARD
ENERGY PLAZA
1601 BRYAN ST   9-070
DALLAS TX 75201

## INVOICE SUMMARY

For Services Rendered Through October 31, 2015

Our Matter #  508551.000021
                      2003-2006 TAX YEARS

| | |
|---|---|
| Fees for Professional Services ............................................................. | 5,502.50 |
| Reimbursable Costs ........................................................................... | 0.00 |
| Current Billing For This Matter ................................................................... | 5,502.50 |
| Net Current Billing For This Matter ....................................................................... | $    5,502.50 |

Please remit payment within fifteen (15) days

**Thompson & Knight**
LLP

Page 2
November 25, 2015
Invoice 41533853

Our Matter #  508551.000021
2003-2006 TAX YEARS

| | | | | |
|---|---|---|---|---|
| 10/08/2015 | Analyze pre-netting interest computations from KPMG, discuss with M. Horn, and emails with KPMG regarding same (2.0); advise regarding FPAAs received for TCEH 2003 and 2004 tax years (1.4) | | | |
| | M MCNULTY | 3.40 hrs. | 775.00/hr | 2,635.00 | B240 |
| 10/09/2015 | Analyze pre-netting interest computations from KPMG, emails with KPMG and M. Horn, regarding same (1.0); emails with S. Wiese, IRS Exam, and M. Todd, IRS Appeals, on status of IRS interest computations (.3) advise regarding FPAAs received for TCEH 2003 and 2004 tax years and draft letter to outside investors regarding same (2.1); emails with M. Horn and C. Howard regarding 2010-2012 audit cycle and lignite depletion (.2) | | | |
| | M MCNULTY | 3.60 hrs. | 775.00/hr | 2,790.00 | B240 |
| 10/30/2015 | Emails with R. Gibson, KPMG, and S. Wiese, IRS, regarding status of interest computations | | | |
| | M MCNULTY | 0.10 hrs. | 775.00/hr | 77.50 | B240 |

Fees for Professional Services .................................................................................. $     5,502.50

**Summary of Fees**

| Name | Title | Hours | | Rate/Hr | | Amount |
|---|---|---|---|---|---|---|
| MCNULTY, M | PARTNER | 7.10 | $ | 775.00 | $ | 5,502.50 |
| Total | | 7.10 | | | $ | 5,502.50 |

CURRENT FEES AND COSTS FOR THIS MATTER .................................................................. $     5,502.50

TOTAL CURRENT DUE FOR THIS MATTER .......................................................................... $     5,502.50

# THOMPSON & KNIGHT LLP

## ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
www.tklaw.com

AUSTIN
DALLAS
FORT WORTH
HOUSTON
LOS ANGELES
NEW YORK
ALGIERS
LONDON
MEXICO CITY
MONTERREY
PARIS

TAX ID No. 75-2813604
WWW.TKLAW.COM

November 25, 2015
Invoice 41533854

ENERGY FUTURE HOLDINGS CORP
ATTN: CARLA HOWARD
ENERGY PLAZA
1601 BRYAN ST   9-070
DALLAS TX 75201

## REMITTANCE COPY

For Services Rendered Through October 31, 2015

Our Matter #  508551.000027
              DEBT RESTRUCTURING

| | |
|---|---|
| Fees for Professional Services ............................................................ | 192,756.50 |
| Reimbursable Costs ............................................................................ | 1,350.86 |
| Current Billing For This Matter ............................................................................. | 194,107.36 |
| Net Current Billing For This Matter ....................................................................... | $   194,107.36 |

Please remit payment within fifteen (15) days to
**Wiring Instructions for Thompson & Knight LLP**

| | |
|---|---|
| Receiving Bank: | Amegy Bank of Texas |
| | 4400 Post Oak Parkway |
| | Houston, TX 77027 |
| Beneficiary Account Name: | Thompson & Knight LLP |
| Beneficiary Address: | One Arts Plaza |
| | 1722 Routh St Ste 1500 |
| | Dallas, Texas 75201 |
| ABA Routing No. | 113011258 |
| Account No.: | 3324389 |
| SWIFT: | SWBKUS44 |

Thank you for informing us of the date of transaction by fax/email.
**Mailing Instructions for Thompson & Knight LLP**

P.O. BOX 660684, DALLAS, TX  75266-0684
To ensure proper credit please return this copy with your remittance.
Please reference client/matter name and number, attorney name, invoice number, etc.

# THOMPSON & KNIGHT LLP

## ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
www.tklaw.com

AUSTIN
DALLAS
FORT WORTH
HOUSTON
LOS ANGELES
NEW YORK
ALGIERS
LONDON
MEXICO CITY
MONTERREY
PARIS

TAX ID No. 75-2813604
WWW.TKLAW.COM

Page 1
November 25, 2015
Invoice 41533854

ENERGY FUTURE HOLDINGS CORP
ATTN: CARLA HOWARD
ENERGY PLAZA
1601 BRYAN ST   9-070
DALLAS TX 75201

## INVOICE SUMMARY

For Services Rendered Through October 31, 2015

Our Matter #  508551.000027
                     DEBT RESTRUCTURING

| | |
|---|---:|
| Fees for Professional Services ............................................................. | 192,756.50 |
| Reimbursable Costs ........................................................................ | 1,350.86 |
| Current Billing For This Matter ...................................................................... | 194,107.36 |
| Net Current Billing For This Matter ..................................................................... | $   194,107.36 |

Please remit payment within fifteen (15) days

**THOMPSON & KNIGHT**
LLP

Our Matter #  508551.000027
DEBT RESTRUCTURING

| | | | | | |
|---|---|---|---|---|---|
| 10/01/2015 | Respond to question from M. Horn regarding filing deadline for amended franchise tax returns reporting MTM turn gain (2.7) | | | | |
| | M MCNULTY | 2.70 hrs. | 775.00/hr | 2,092.50 | B240 |
| 10/01/2015 | Prepare response to IRS information request (4.4) | | | | |
| | L MEYERCORD | 4.40 hrs. | 480.00/hr | 2,112.00 | B240 |
| 10/01/2015 | Prepare email to Baker Botts regarding IRS document request (.2); emails with client and K&E regarding above (.4); prepare responses to IRS information request (1.4); review emails from client and K&E regarding busted 351 (.2) | | | | |
| | D WHEAT | 2.20 hrs. | 845.00/hr | 1,859.00 | B240 |
| 10/02/2015 | Prepare response to IRS information request (.4); emails with Baker Botts regarding IRS information request (.2); review email from K&E regarding IRS ruling policy (.2) | | | | |
| | D WHEAT | 0.80 hrs. | 845.00/hr | 676.00 | B240 |
| 10/02/2015 | Review and comment on August fee statement | | | | |
| | M MCNULTY | 0.20 hrs. | 775.00/hr | 155.00 | B162 |
| 10/02/2015 | Prepare consideration list for creditors of TCEH Debtors (3.2); exchange correspondence with L. Meyercord regarding same (.2) | | | | |
| | P YIN | 3.40 hrs. | 330.00/hr | 1,122.00 | B240 |
| 10/02/2015 | Review structure chart for mark to market turn gain questions for Texas franchise tax (1.9); review case updates (.1) | | | | |
| | M MCNULTY | 2.00 hrs. | 775.00/hr | 1,550.00 | B240 |
| 10/02/2015 | Prepare memo analyzing procedures regarding Texas franchise tax claims for taxes from MTM settlement (3.9); prepare response to IRS questions (3.2); conference with P. Yin regarding same (.2) | | | | |
| | L MEYERCORD | 7.30 hrs. | 480.00/hr | 3,504.00 | B240 |
| 10/03/2015 | Prepare memo analyzing procedures regarding Texas franchise tax claims for taxes from MTM settlement (3.6) | | | | |
| | L MEYERCORD | 3.60 hrs. | 480.00/hr | 1,728.00 | B240 |
| 10/04/2015 | Prepare response to IRS information request (6.1) | | | | |
| | L MEYERCORD | 6.10 hrs. | 480.00/hr | 2,928.00 | B240 |
| 10/04/2015 | Review and revise slides for presentation to Deloitte (1.2); consider tax opinion issues (1.5) | | | | |
| | D WHEAT | 2.70 hrs. | 845.00/hr | 2,281.50 | B240 |
| 10/05/2015 | Review and revise slides (.4); emails with client and K&E regarding slides for presentation to Deloitte Tax (.2); prepare response to IRS information request regarding PLR (1.3) | | | | |
| | D WHEAT | 1.90 hrs. | 845.00/hr | 1,605.50 | B240 |
| 10/05/2015 | Prepare responses to IRS information request (2.4); review and comment on slides for meeting with Deloitte (1.9) | | | | |
| | L MEYERCORD | 4.30 hrs. | 480.00/hr | 2,064.00 | B240 |
| 10/05/2015 | Review memo on proof of claim for Texas franchise taxes resulting from mark to market turn gain and advise M. Horn | | | | |
| | M MCNULTY | 1.20 hrs. | 775.00/hr | 930.00 | B240 |
| 10/05/2015 | Prepare November budget | | | | |
| | M MCNULTY | 0.50 hrs. | 775.00/hr | 387.50 | B161 |
| 10/05/2015 | Review and comment on Third Circuit's opinion in ICL Holding Company regarding stranded tax | | | | |
| | M MCNULTY | 0.70 hrs. | 775.00/hr | 542.50 | B240 |
| 10/05/2015 | E-mail with the Company regarding certificate of no objection, Monthly Fee Invoice Statement and payment of TK's July Fees (.2) | | | | |
| | D LIGGINS | 0.20 hrs. | 595.00/hr | 119.00 | B162 |

**THOMPSON & KNIGHT**
LLP

| 10/06/2015 | Attend meeting with Deloitte, K&E and TK on ruling request and restructuring (4.0); review and comment on draft responses to IRS Information Request provided by Baker Botts and K&E (2.3); prepare email summary of appeal involving stranded tax case for M. McNulty and D. Wheat (.3); prepare responses to IRS Information Request (1.2) | | | | |
|---|---|---|---|---|---|
| | L MEYERCORD | 7.80 hrs. | 480.00/hr | 3,744.00 | B240 |
| 10/06/2015 | Review and reply to emails from M. McNulty and L. Meyercord regarding recent bankruptcy tax case (.2); prepare response to IRS information request (2.3); prepare for conference call with Deloitte Tax (.2); conference call with Deloitte Tax, K&E and client (3.5); review and analyze email from White & Case regarding COI issues regarding rights (.3) | | | | |
| | D WHEAT | 6.50 hrs. | 845.00/hr | 5,492.50 | B240 |
| 10/07/2015 | Prepare response to IR request #3 from IRS (1.6 ); analyze tax issues and emails with K&E regarding COI issues raised by White & Case (.4 ); emails and telephone conference with IRS regarding PLR request (.8); prepare email to client and K&E regarding call with IRS (.5); review and analyze new IRS questions regarding PLR (.8); conference call with client and K&E regarding above (.4); prepare emails to Baker Botts and Jones Day regarding above; (.4); telephone conference with V&E Tax (D. Peck) regarding information request (.4) | | | | |
| | D WHEAT | 5.30 hrs. | 845.00/hr | 4,478.50 | B240 |
| 10/07/2015 | Research regarding franchise tax issues with respect to mark to market deduction and related turn gain | | | | |
| | M JAMES | 3.60 hrs. | 330.00/hr | 1,188.00 | B240 |
| 10/07/2015 | Review and comment on questions from G. Raineri (IRS) (1.6); conference call with client and K&E regarding same (.3); review and comment on draft responses from PW to IRS questions on take-back debt and TRA (1.1); prepare composite response to IRS questions dated September 29 (3.8) | | | | |
| | L MEYERCORD | 6.80 hrs. | 480.00/hr | 3,264.00 | B240 |
| 10/07/2015 | Review information from S. Lee regarding Texas franchise tax structure and update charts and analysis of business loss carryforward for mark to market loss, reporting of mark to market turn gain, and due date for 2007 amended franchise tax return | | | | |
| | M MCNULTY | 2.80 hrs. | 775.00/hr | 2,170.00 | B240 |
| 10/08/2015 | Update analysis of business loss carryforward for mark to market loss, reporting of mark to market turn gain, and due date for 2007 amended franchise tax return | | | | |
| | M MCNULTY | 1.10 hrs. | 775.00/hr | 852.50 | B240 |
| 10/08/2015 | Prepare November budget | | | | |
| | M MCNULTY | 0.20 hrs. | 775.00/hr | 155.00 | B161 |
| 10/08/2015 | Prepare response to IRS information request (7.4) | | | | |
| | L MEYERCORD | 7.40 hrs. | 480.00/hr | 3,552.00 | B240 |
| 10/08/2015 | Research regarding calculation of Texas franchise tax in 2005 and 2006 with respect to income or loss from limited partnerships and computation of the business loss carry forward credit | | | | |
| | M JAMES | 6.80 hrs. | 330.00/hr | 2,244.00 | B240 |
| 10/08/2015 | Prepare response to IR #3 (1.7); review emails/charts and telephone conference with Jones Day and L. Meyercord regarding above (.7); investigate tax law and analyze tax opinion issues raised by IRS questions (1.2); status call with client (.3); review and analyze tax issues raised by IR #4 and conference with L. Meyercord regarding above (.7); prepare response to IR #4 (.4); emails with Baker Botts regarding above (.2) | | | | |
| | D WHEAT | 4.50 hrs. | 845.00/hr | 3,802.50 | B240 |
| 10/09/2015 | Prepare response to IR #3 (2.7); review emails/charts and telephone conference with Jones Day and L. Meyercord regarding above (.7); investigate tax law and analyze tax opinion issues raised by IRS questions (1.2); status call with client (.3); review and analyze tax issues raised by IR #4 and conference with L. Meyercord regarding above (.7); prepare response to IR #4 (.4); emails with Baker Botts regarding above (.2) | | | | |
| | D WHEAT | 6.20 hrs. | 845.00/hr | 5,239.00 | B240 |
| 10/09/2015 | Research regarding reporting and taxation of limited liability company's share of limited partnership profits and loss and computation of business loss carry forward credit | | | | |

THOMPSON & KNIGHT
LLP

Page 4
November 25, 2015
Invoice 41533854

| | M JAMES | 3.30 hrs. | 330.00/hr | 1,089.00 | B240 |
|---|---|---|---|---|---|
| 10/09/2015 | Research procedural issues regarding MTM settlement and Texas franchise tax (1.8); prepare response to IRS information request (5.6); conference with D. Wheat regarding 355(d) issues (.2); conference with D. Wheat regarding information provided by Oncor (.2) | | | | |
| | L MEYERCORD | 7.80 hrs. | 480.00/hr | 3,744.00 | B240 |
| 10/09/2015 | Conference with M. Horn regarding Texas franchise tax reporting of mark to market loss in 2005 and MTM turn gain in 2008-2012, including process for preserving right to litigate issue (.4); emails with S. Lee regarding same (.3) | | | | |
| | M MCNULTY | 0.70 hrs. | 775.00/hr | 542.50 | B240 |
| 10/12/2015 | Emails with R. Gibson, S. Wiese, and M. Horn regarding EFH 2008-2009 interest computations (.9); analyze impact of side letter regarding corrections to 2008-2009 RAR that will be made in 2010-2012 RAR (.5) | | | | |
| | M MCNULTY | 1.40 hrs. | 775.00/hr | 1,085.00 | B240 |
| 10/12/2015 | Review additional information from S. Lee regarding Texas franchise tax returns; review research relating to ability to claim additional adjustments unrelated to RAR | | | | |
| | M MCNULTY | 0.40 hrs. | 775.00/hr | 310.00 | B240 |
| 10/12/2015 | Research and analyze IRS 355(d) question (4.8); conference with S. Marcus and D. Wheat regarding 355(d) issues (.5); conference with D. Wheat regarding same (.6) | | | | |
| | L MEYERCORD | 5.90 hrs. | 480.00/hr | 2,832.00 | B240 |
| 10/12/2015 | Analyze Texas franchise tax issues related to the claiming of additional deductions beyond the statute of limitations when amended reports are required | | | | |
| | P YIN | 5.90 hrs. | 330.00/hr | 1,947.00 | B240 |
| 10/12/2015 | Research tax issues relating to tax receivable agreement (2.9); prepare e-mail to D. Wheat regarding the same (.9) | | | | |
| | S MERRILL | 3.80 hrs. | 545.00/hr | 2,071.00 | B240 |
| 10/12/2015 | Research regarding limited liability company's share of partnership profits and loss for Texas franchise tax purposes | | | | |
| | M JAMES | 3.20 hrs. | 330.00/hr | 1,056.00 | B240 |
| 10/12/2015 | Prepare response to IRS request #4 (1.6 ); emails and telephone conference with Baker Botts regarding above (.7); conference with L. Meyercord and analyze tax issues raised by Baker Botts (.5); analyze tax issues raised by IRS IR #4 (.2); review and analyze Tax Receivable Agreement term sheet from T Firsts (.2); emails and conference with S. Merrill regarding above (.7); review draft response to IR #3 per client and K&E comments (.4); review and revise EFH rights procedures (.8); prepare email to K&E regarding above (.5) | | | | |
| | D WHEAT | 5.60 hrs. | 845.00/hr | 4,732.00 | B240 |
| 10/13/2015 | Research regarding accounting for partnership profits and losses for franchise tax purposes under net taxable capital and net earned surplus methods (7.2); research regarding computation of business loss carry forward (1.4) | | | | |
| | M JAMES | 8.60 hrs. | 330.00/hr | 2,838.00 | B240 |
| 10/13/2015 | Research tax issues relating to tax receivable agreement (.7); prepare e-mail to D. Wheat regarding the same (.4) | | | | |
| | S MERRILL | 1.10 hrs. | 545.00/hr | 599.50 | B240 |
| 10/13/2015 | Prepare response to IRS Information Request No. 4 (8.2); conference with A. Sexton regarding cash-out election (.2); conference with D. Wheat regarding same (.2) | | | | |
| | L MEYERCORD | 8.60 hrs. | 480.00/hr | 4,128.00 | B240 |
| 10/13/2015 | Call with C. Ohlenforst and D. Wheat regarding valuations for busted 351 transaction and impact on property tax cases | | | | |
| | M MCNULTY | 0.20 hrs. | 775.00/hr | 155.00 | B240 |

**THOMPSON & KNIGHT**
LLP

| | | | | | |
|---|---|---|---|---|---|
| 10/13/2015 | Emails and telephone conference with C. Ohlenforst (K&L Gates) regarding Busted 351 (.4); review and analyze term sheet regarding spinco debt (.6); prepare response to IR #3 (.8); emails and telephone conference with M. Davitt (Jones Day) regarding above (.6); emails with K&E and White & Case regarding above (.4 ); review and revise IR #3 per Baker Botts and PW comments (.9); review email from S Merrill regarding tax issues raised by TRA (.2); prepare response to IR # 4 regarding 355d issues (1.0) | | | | |
| | D WHEAT | 4.90 hrs. | 845.00/hr | 4,140.50 | B240 |
| 10/14/2015 | Review and revise IR response #3 per comments from K&E, creditors, Oncor and Hunt counsel (3.3); emails and telephone conference with Jones Day regarding above (.5 ); emails with Baker Botts regarding above (.2); prepare response to IR response #4 and analyze related 355d issues(2.5); | | | | |
| | D WHEAT | 6.50 hrs. | 845.00/hr | 5,492.50 | B240 |
| 10/14/2015 | Prepare responses to IRS Information Request No. 4 (7.2); prepare response to IRS Information Request No. 3 (2.3); review and comment on draft response from M. Davitt (.7) | | | | |
| | L MEYERCORD | 10.20 hrs. | 480.00/hr | 4,896.00 | B240 |
| 10/15/2015 | Prepare response to IRS Information Request No. 3 (3.1); prepare response to IRS Information Request No. 4 (4.2); research procedural issues regarding Texas franchise taxes on MTM settlement (2.7) | | | | |
| | L MEYERCORD | 10.00 hrs. | 480.00/hr | 4,800.00 | B240 |
| 10/15/2015 | Prepare for meeting with S. Lee on Texas franchise tax issues relating to mark to market turn gain | | | | |
| | M MCNULTY | 0.40 hrs. | 775.00/hr | 310.00 | B240 |
| 10/15/2015 | Research regarding computation of business loss carry forward for franchise tax purposes (3.9); update memorandum describing franchise tax in years 2005 and 2008 and forward (3.7) | | | | |
| | M JAMES | 7.60 hrs. | 330.00/hr | 2,508.00 | B240 |
| 10/15/2015 | Review and revise response to IR # 3 per comments from K&E (.9); prepare to IR #4 (1.8 ); analyze section 355(d) issues regarding above (.7); emails with IRS regarding E&P allocation and COD estimates (.2); emails to IRS regarding 355(d) issues (.2); emails with client and K&E regarding TRA (.2); emails with client and K&E regarding impact of Project Longhorn on PLR (.2) | | | | |
| | D WHEAT | 4.20 hrs. | 845.00/hr | 3,549.00 | B240 |
| 10/15/2015 | Review November budget estimates | | | | |
| | D LIGGINS | 0.40 hrs. | 595.00/hr | 238.00 | B161 |
| 10/16/2015 | Conference call regarding Tax Receivable Agreement and review and reply to emails regarding above (.9); review and revise response to IR #3 (.5); review and revise response to IR #4 (1.0); review comments from Baker Botts (.4); consider tax opinion issues regarding Section 355(d) issues raised by IRS (.8); prepare email to IRS regarding E&P question (.4); review and reply to email from M. McNulty regarding TMT question for EFH (.2) | | | | |
| | D WHEAT | 4.20 hrs. | 845.00/hr | 3,549.00 | B240 |
| 10/16/2015 | Analyze Bankruptcy Code and state tax issues to determine how to report mark to market turn gain on amended returns filed for Texas franchise tax | | | | |
| | P YIN | 2.80 hrs. | 330.00/hr | 924.00 | B240 |
| 10/16/2015 | Prepare for meeting with S. Lee on Texas franchise tax issues relating to mark to market turn gain (2.9); meeting with S. Lee, M. Horn, and E. O'Brien regarding Texas franchise tax issue relating to mark to market gain (1.3); follow up on meeting and research computation of Texas franchise tax in 2005 and exclusion of MTM loss in earned surplus component under nexus and apportionment rules (4.2) | | | | |
| | M MCNULTY | 8.40 hrs. | 775.00/hr | 6,510.00 | B240 |
| 10/16/2015 | Meeting with client and M. McNulty on MTM turn-gain and Texas franchise tax (1.8); prepare for same (3.7); prepare response to IRS information requests (3.4) | | | | |
| | L MEYERCORD | 8.90 hrs. | 480.00/hr | 4,272.00 | B240 |
| 10/18/2015 | Review TRA term sheet and analyze tax issues regarding above (.4); review tax research from S. Merrill (.5); review tax benefit calculations regarding TRA (.2); prepare email to client and K&E regarding TRA term sheet (.4); | | | | |

|  | D WHEAT | 1.50 hrs. | 845.00/hr | 1,267.50 | B240 |

10/19/2015 Review and revise response to IR #3 for comments of creditor's counsel (1.4); review exhibits (.2); review and revise response to IR #4 (.2); consider tax opinion issues raised by MTO (.6); review tax benefit calculations regarding TRA and emails with K&E regarding above (.5); emails with S. Merrill regarding above (.2); prepare email to IRS regarding E&P issues (.2)

|  | D WHEAT | 3.30 hrs. | 845.00/hr | 2,788.50 | B240 |

10/19/2015 Analyze tax receivable agreement spreadsheet and related tax issues (.8); prepare e-mail to D. Wheat regarding the same (.7)

|  | S MERRILL | 1.50 hrs. | 545.00/hr | 817.50 | B240 |

10/19/2015 Various emails with company to determine status of the August Monthly Fee Statement

|  | D LIGGINS | 0.20 hrs. | 595.00/hr | 119.00 | B160 |

10/19/2015 Prepare response to IRS information request no. 3 (2.1); research tax treatment of MTM loss under old Texas franchise tax laws (4.3)

|  | L MEYERCORD | 6.40 hrs. | 480.00/hr | 3,072.00 | B240 |

10/19/2015 Analyze questions from C. Howard regarding current EFH tax lawyers providing services under transition services agreement (.3); conferences with G. Hani, Miller & Chevalier, and L. Meyercord regarding same (.6); review and comment on same (1.3)

|  | M MCNULTY | 2.20 hrs. | 775.00/hr | 1,705.00 | B240 |

10/19/2015 Research computation of Texas franchise tax in 2005 and exclusion of MTM loss in earned surplus component under nexus and apportionment rules

|  | M MCNULTY | 0.20 hrs. | 775.00/hr | 155.00 | B240 |

10/19/2015 Prepare fourth interim fee statement

|  | N PARKER | 1.20 hrs. | 140.00/hr | 168.00 | B162 |

10/20/2015 Conference with M. Horn, B. Bloom, and G. Hani regarding current EFH tax lawyers providing services under transition services agreement (.3); draft privilege provision for transition services agreement and email to G. Hani (.3)

|  | M MCNULTY | 0.60 hrs. | 775.00/hr | 465.00 | B240 |

10/20/2015 Respond to questions for information for exhibits relating to IRS-as-golden-creditor theory

|  | M MCNULTY | 0.80 hrs. | 775.00/hr | 620.00 | B240 |

10/20/2015 * Research regarding tax treatment of MTM loss for Texas franchise tax purposes (3.60); conference with M. McNulty, G. Hani and client regarding transition services agreement (0.20); prepare response to IRS information request (2.40)

|  | L MEYERCORD | 6.20 hrs. | 480.00/hr | 2,976.00 | B240 |

10/20/2015 Research regarding apportionment of partner's distributive share of partnership income for franchise tax purposes

|  | M JAMES | 0.60 hrs. | 330.00/hr | 198.00 | B240 |

10/20/2015 Review, finalize and submit IR #3 (1.1); finalize and submit email to IRS regarding E&P issue (.3); review and revise IR #3 per comments from K&E and B. Bloom (.4); emails and telephone conference with A. Sexton (K&E)and L. Meyercord regarding registration rights agreement and related tax issues (.6)

|  | D WHEAT | 2.40 hrs. | 845.00/hr | 2,028.00 | B240 |

10/20/2015 Continue to prepare fourth interim fee statement

|  | N PARKER | 2.70 hrs. | 140.00/hr | 378.00 | B162 |

10/21/2015 Prepare response to IR #4 (.3); review and revise response #4 per comments from Baker Botts (2.4)

|  | D WHEAT | 2.70 hrs. | 845.00/hr | 2,281.50 | B240 |

10/21/2015 Emails with K. Stadler regarding status of the Third Interim Fee Application (.1); Review of report about same (.2)

|  | D LIGGINS | 0.30 hrs. | 595.00/hr | 178.50 | B160 |

10/21/2015 Review and comment on Baker Botts comments to 355(d) discussion in IRS submission (2.1); conference with A. Sexton regarding same (.2); prepare response to IRS Information Request No. 4 (4.6); e-mail correspondence with T. Lancaster regarding option rules (.4)

THOMPSON & KNIGHT
LLP

| | | | | |
|---|---|---|---|---|
| | L MEYERCORD | 7.30 hrs. | 480.00/hr | 3,504.00 | B240 |

10/21/2015    Respond to questions for information for exhibit lists for IRS-as-golden-creditor theory

| | M MCNULTY | 0.40 hrs. | 775.00/hr | 310.00 | B240 |

10/21/2015    Emails with C. Howard, M. Horn, B. Bloom, and G. Hani regarding current EFH tax lawyers providing services under transition services agreement (.7)

| | M MCNULTY | 0.70 hrs. | 775.00/hr | 542.50 | B240 |

10/21/2015    Contine to prepare fourth interim fee statement and preparation of exhibits for same (5.4)

| | N PARKER | 5.40 hrs. | 140.00/hr | 756.00 | B162 |

10/22/2015    Gather information to respond to question from M. Horn regarding sequestration refunds (.5); emails with M. Horn regarding same (.2)

| | M MCNULTY | 0.70 hrs. | 775.00/hr | 542.50 | B240 |

10/22/2015    Review and revise response to IR #4 per Baker Botts and K&E comments (.8)

| | D WHEAT | 0.80 hrs. | 845.00/hr | 676.00 | B240 |

10/22/2015    Research Texas franchise tax issues regarding MTM turn gain (2.1); research regarding 355(d) issue (1.3)

| | L MEYERCORD | 3.40 hrs. | 480.00/hr | 1,632.00 | B240 |

10/22/2015    Analyze Texas franchise tax loss carry-forward issue and necessary notiece to Comptroller

| | P YIN | 4.40 hrs. | 330.00/hr | 1,452.00 | B240 |

10/23/2015    Analyze federal law regarding sequestration of AMT refund credits

| | P YIN | 2.10 hrs. | 330.00/hr | 693.00 | B240 |

10/23/2015    Review and revise response to IR #4 (.8); review revised LESS slides per comments from L. Meyercord (.3); review and revise S-11 regarding rights offering (1.1); status call with client (.4)

| | D WHEAT | 2.60 hrs. | 845.00/hr | 2,197.00 | B240 |

10/23/2015    Weekly status call with B. Bloom, E. O'Brien, and D. Wheat regarding status of IRS audits and appeals and pending projects in bankruptcy case (.6); respond to question from M. Horn regarding Sequestration reductions to AMT credit refund (.9)

| | M MCNULTY | 1.50 hrs. | 775.00/hr | 1,162.50 | B240 |

10/23/2015    Research issues relating to treatment of MTM turn gain for Texas franchise tax purposes (3.7); conference with D. Wheat regarding IRS information request and LESS (.3); conference with T. Lancaster regarding response to IRS Information Request No. 4 (.4); review and comment on prospectus for issuance of rights (4.4)

| | L MEYERCORD | 8.80 hrs. | 480.00/hr | 4,224.00 | B240 |

10/26/2015    Prepare IRS information request (4.3); email correspondence with Baker Botts and W&C regarding reimbursement rights (.9); review and comment on rights prospectus (.9)

| | L MEYERCORD | 6.10 hrs. | 480.00/hr | 2,928.00 | B240 |

10/26/2015    Prepare summary of September invoice for fee statement

| | S SAVAGE | 0.60 hrs. | 275.00/hr | 165.00 | B162 |

10/26/2015    Review and reply to email from K&E regarding spin-off issues regarding lien on EFH assets (.2); review and revise response to IR #4 per comments from Baker Botts (1.2); review and respond to K&E comments to Ovation rights offering document (.4); review email and info from K&E regarding cash out election (.2)

| | D WHEAT | 2.00 hrs. | 845.00/hr | 1,690.00 | B240 |

10/27/2015    Review and revise response to IR #4 per various comments (3.1)

| | D WHEAT | 3.10 hrs. | 845.00/hr | 2,619.50 | B240 |

10/27/2015    Prepare September monthly fee statement (.7)

| | S SAVAGE | 0.70 hrs. | 275.00/hr | 192.50 | B162 |

10/27/2015    Prepare IRS Information Request No. 4 (3.2); conference with T. Lancaster regarding response and reimbursement question (.3); conference with D. Wheat regarding 355(d) issues (.3); prepare analysis of treatment of MTM loss for Texas franchise tax purposes (4.1)

| | L MEYERCORD | 7.90 hrs. | 480.00/hr | 3,792.00 | B240 |

**THOMPSON & KNIGHT**
LLP

| | | | | | |
|---|---|---|---|---|---|
| 10/28/2015 | Review MTM loss protest to determine reporting of the MTM loss on TXU Energy LLC's 2005 tax return | | | | |
| | M JAMES | 0.30 hrs. | 330.00/hr | 99.00 | B240 |
| 10/28/2015 | Review and revise response to IR #4 per comments from K&E (.3); finalize and submit response to IR #4 (.3) | | | | |
| | D WHEAT | 0.60 hrs. | 845.00/hr | 507.00 | B240 |
| 10/28/2015 | Prepare analysis of treatment of MTM loss for Texas franchise tax purposes (5.1); review and comment on S-1 for rights issued by OV1 (1.6); prepare IRS information request no. 4 (.7) | | | | |
| | L MEYERCORD | 7.40 hrs. | 480.00/hr | 3,552.00 | B240 |
| 10/28/2015 | Review and comment on November budget (.3), September fee app (.2), and Fourth Interim Fee App (2.4) | | | | |
| | M MCNULTY | 2.90 hrs. | 775.00/hr | 2,247.50 | B240 |
| 10/28/2015 | Conference with L. Meyercord regarding reporting of mark to market gain for purposes of Texas franchise tax | | | | |
| | M MCNULTY | 0.20 hrs. | 775.00/hr | 155.00 | B240 |
| 10/29/2015 | Conference with L. Meyercord regarding reporting of mark to market gain for purposes of Texas franchise tax; emails with E. O'Brien regarding same | | | | |
| | M MCNULTY | 0.20 hrs. | 775.00/hr | 155.00 | B240 |
| 10/29/2015 | Review and comment on OV1 S-11 (2.6); conference with D. Wheat regarding same (.2); conference call with D. Wheat, K&E, Baker Botts and W&C regarding trading of rights (.3); prepare analysis for settlement proposal of MTM turn-gain (3.7) | | | | |
| | L MEYERCORD | 6.80 hrs. | 480.00/hr | 3,264.00 | B240 |
| 10/29/2015 | Review and revise registration rights Form S-11 (1.6); emails and telephone conferences with K&E regarding tax issues regarding above (.6); conference call with Baker Botts and W&C regarding above (.2) | | | | |
| | D WHEAT | 2.40 hrs. | 845.00/hr | 2,028.00 | B240 |
| 10/30/2015 | Review tax comments to Form S-11 (.2); analyze tax issues regarding trading of rights (.3); prepare email to B. Bloom regarding trading of rights (.2); emails regarding REIT meeting with IRS and telephone conference with IRS regarding above (.4) | | | | |
| | D WHEAT | 1.10 hrs. | 845.00/hr | 929.50 | B240 |
| 10/30/2015 | Email correspondence with D. Wheat, BB and K&E regarding REIT call (.6); circulate as-filed response to IRS Information Request No. 4 to creditors (.2); conference call with A. Sexton regarding IRS REIT follow-up (.2) | | | | |
| | L MEYERCORD | 1.00 hrs. | 480.00/hr | 480.00 | B240 |
| 10/30/2015 | Review and comment on revised draft of Fourth Interim Fee App | | | | |
| | M MCNULTY | 0.20 hrs. | 775.00/hr | 155.00 | B162 |
| 10/30/2015 | Review research regarding reporting of mark to market gain for purposes of Texas franchise tax | | | | |
| | M MCNULTY | 0.10 hrs. | 775.00/hr | 77.50 | B240 |
| 10/31/2015 | Review and revise Fourth Interim Fee Application | | | | |
| | D LIGGINS | 1.10 hrs. | 595.00/hr | 654.50 | B162 |

Fees for Professional Services .................................................................................. $   192,756.50

## Summary of Fees

| Name | Title | Hours | | Rate/Hr | | Amount |
|---|---|---|---|---|---|---|
| WHEAT, D | PARTNER | 78.00 | $ | 845.00 | $ | 65,910.00 |
| MCNULTY, M | PARTNER | 33.60 | | 775.00 | | 26,040.00 |
| LIGGINS, D | PARTNER | 2.20 | | 595.00 | | 1,309.00 |
| MERRILL, S | PARTNER | 6.40 | | 545.00 | | 3,488.00 |

**THOMPSON & KNIGHT**
LLP

Page 9
November 25, 2015
Invoice 41533854

| Name | Title | Hours | Rate/Hr | Amount |
|------|-------|-------|---------|--------|
| MEYERCORD, L | ASSOCIATE | 160.40 | 480.00 | 76,992.00 |
| YIN, P | ASSOCIATE | 18.60 | 330.00 | 6,138.00 |
| JAMES, M | ASSOCIATE | 34.00 | 330.00 | 11,220.00 |
| SAVAGE, S | PARALEGAL | 1.30 | 275.00 | 357.50 |
| PARKER, N | PARALEGAL | 9.30 | 140.00 | 1,302.00 |
| Total | | 343.80 | | $ 192,756.50 |

### Reimbursable Costs

| | | | |
|------|------|---|---|
| 10/05/2015 | Taxi/Car Service for Leonora Meyercord - Travel from Airport to Hotel | $ | 38.94 |
| 10/05/2015 | Travel - Taxi/Car Service for Leonora Meyercord - Cab from office to Love Field | $ | 10.00 |
| 10/06/2015 | Meals - Leonora Meyercord - Chicago to meet with C. Howard, B. Bloom and Deloitte | $ | 26.56 |
| 10/07/2015 | Travel - Lodging for Leonora Meyercord - Chicago to meet with C. Howard, B. Bloom and Deloitte | $ | 558.72 |
| 10/07/2015 | Taxi/Car Service for Leonora Meyercord - Travel from hotel to airport | $ | 39.42 |
| 10/07/2015 | Airfare - Leonora Meyercord - Travel to Chicago to meet with C. Howard, B. Bloom and Deloitte 10/05/2015 - 10/07/2015 | $ | 307.00 |
| 10/07/2015 | Airfare - Miscellaneous airfare charges for Leonora Meyercord - Travel to Chicago to meet with C. Howard, B. Bloom and Deloitte | $ | 8.00 |
| 10/16/2015 | Travel - Parking for Mary McNulty - Parking for client meeting on Texas franchise tax issues | $ | 10.00 |
| 10/26/2015 | Filing Fees - Attendance by telephone on Hearing Interim Fee Application | $ | 30.00 |
| | Copy Charges | | 233.30 |
| | Delivery Charges | | 53.15 |
| | Postage Charges | | 35.77 |
| | Total Reimbursable Costs ......................................................................... | $ | 1,350.86 |

CURRENT FEES AND COSTS FOR THIS MATTER ................................................... $   194,107.36

TOTAL CURRENT DUE FOR THIS MATTER ........................................................ $   194,107.36

# THOMPSON & KNIGHT LLP

### ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
www.tklaw.com

AUSTIN
DALLAS
FORT WORTH
HOUSTON
LOS ANGELES
NEW YORK
ALGIERS
LONDON
MEXICO CITY
MONTERREY
PARIS

TAX ID No. 75-2813604
WWW.TKLAW.COM

November 25, 2015
Invoice 41533855

ENERGY FUTURE HOLDINGS CORP
ATTN: CARLA HOWARD
ENERGY PLAZA
1601 BRYAN ST   9-070
DALLAS TX 75201

## REMITTANCE COPY

For Services Rendered Through October 31, 2015

Our Matter #  508551.000031
TAX ADVICE ON ACQUISITION OF GAS ASSETS

Fees for Professional Services ............................................................. 697.00

Reimbursable Costs .............................................................. 0.00

Current Billing For This Matter ............................................................................ 697.00

Net Current Billing For This Matter ....................................................... $ 697.00

Please remit payment within fifteen (15) days to
**Wiring Instructions for Thompson & Knight LLP**

Receiving Bank:              Amegy Bank of Texas
                             4400 Post Oak Parkway
                             Houston, TX 77027

Beneficiary Account Name:    Thompson & Knight LLP
Beneficiary Address:         One Arts Plaza
                             1722 Routh St Ste 1500
                             Dallas, Texas 75201

ABA Routing No.              113011258
Account No.:                 3324389
SWIFT:                       SWBKUS44
Thank you for informing us of the date of transaction by fax/email.
**Mailing Instructions for Thompson & Knight LLP**

P.O. BOX 660684, DALLAS, TX  75266-0684
To ensure proper credit please return this copy with your remittance.
Please reference client/matter name and number, attorney name, invoice number, etc.

# THOMPSON & KNIGHT LLP

### ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
www.tklaw.com

AUSTIN
DALLAS
FORT WORTH
HOUSTON
LOS ANGELES
NEW YORK
ALGIERS
LONDON
MEXICO CITY
MONTERREY
PARIS

TAX ID No. 75-2813604
WWW.TKLAW.COM

Page 1
November 25, 2015
Invoice 41533855

ENERGY FUTURE HOLDINGS CORP
ATTN: CARLA HOWARD
ENERGY PLAZA
1601 BRYAN ST   9-070
DALLAS TX 75201

## INVOICE SUMMARY

For Services Rendered Through October 31, 2015

Our Matter #  508551.000031
TAX ADVICE ON ACQUISITION OF GAS ASSETS

| | |
|---|---|
| Fees for Professional Services ............................................................ | 697.00 |
| Reimbursable Costs ............................................................................ | 0.00 |
| Current Billing For This Matter ....................................................... | 697.00 |
| Net Current Billing For This Matter ....................................................... | $    697.00 |

Please remit payment within fifteen (15) days

**THOMPSON & KNIGHT**
LLP

Our Matter #  508551.000031
TAX ADVICE ON ACQUISITION OF GAS ASSETS

| Date | Description | | | | |
|---|---|---|---|---|---|
| 10/04/2015 | Review bid materials for asset acquisition (1.10) | | | | |
| | L MEYERCORD | 1.10 hrs. | 480.00/hr | 528.00 | B240 |
| 10/05/2015 | Review email from L. Meyercord regarding Project Longhorn (0.2) | | | | |
| | D WHEAT | 0.20 hrs. | 845.00/hr | 169.00 | B240 |

Fees for Professional Services  ................................................................... $      697.00

**<u>Summary of Fees</u>**

| Name | Title | Hours | Rate/Hr | | Amount |
|---|---|---|---|---|---|
| WHEAT, D | PARTNER | 0.20 | $    845.00 | $ | 169.00 |
| MEYERCORD, L | ASSOCIATE | 1.10 | 480.00 | | 528.00 |
| Total | | 1.30 | | $ | 697.00 |

CURRENT FEES AND COSTS FOR THIS MATTER .................................................. $      697.00

TOTAL CURRENT DUE FOR THIS MATTER .......................................................... $      697.00

# THOMPSON & KNIGHT LLP
## ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
www.tklaw.com

AUSTIN
DALLAS
FORT WORTH
HOUSTON
LOS ANGELES
NEW YORK
ALGIERS
LONDON
MEXICO CITY
MONTERREY
PARIS

TAX ID No. 75-2813604
WWW.TKLAW.COM

January 26, 2016
Invoice 41538480

ENERGY FUTURE HOLDINGS CORP
ATTN: CARLA HOWARD
ENERGY PLAZA
1601 BRYAN ST   9-070
DALLAS TX 75201

## REMITTANCE COPY

For Services Rendered Through November 30, 2015

Our Matter #  508551.000021
              2003-2006 TAX YEARS

| | |
|---|---|
| Fees for Professional Services ........................................................... | 3,487.50 |
| Reimbursable Costs ........................................................... | 0.00 |
| Current Billing For This Matter ................................................. | 3,487.50 |
| Net Current Billing For This Matter ....................................... $ | 3,487.50 |

Please remit payment within fifteen (15) days to
**Wiring Instructions for Thompson & Knight LLP**

| | |
|---|---|
| Receiving Bank: | Amegy Bank of Texas |
| | 4400 Post Oak Parkway |
| | Houston, TX 77027 |
| Beneficiary Account Name: | Thompson & Knight LLP |
| Beneficiary Address: | One Arts Plaza |
| | 1722 Routh St Ste 1500 |
| | Dallas, Texas 75201 |
| ABA Routing No. | 113011258 |
| Account No.: | 3324389 |
| SWIFT: | SWBKUS44 |

Thank you for informing us of the date of transaction by fax/email.
**Mailing Instructions for Thompson & Knight LLP**

P.O. BOX 660684, DALLAS, TX  75266-0684
To ensure proper credit please return this copy with your remittance.
Please reference client/matter name and number, attorney name, invoice number, etc.

# THOMPSON & KNIGHT LLP

### ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
www.tklaw.com

AUSTIN
DALLAS
FORT WORTH
HOUSTON
LOS ANGELES
NEW YORK
ALGIERS
LONDON
MEXICO CITY
MONTERREY
PARIS

TAX ID No. 75-2813604
WWW.TKLAW.COM

Page 1
January 26, 2016
Invoice 41538480

ENERGY FUTURE HOLDINGS CORP
ATTN: CARLA HOWARD
ENERGY PLAZA
1601 BRYAN ST   9-070
DALLAS TX 75201

## INVOICE SUMMARY

For Services Rendered Through November 30, 2015

Our Matter #  508551.000021
             2003-2006 TAX YEARS

| | |
|---|---|
| Fees for Professional Services ............................................................ | 3,487.50 |
| Reimbursable Costs ........................................................................... | 0.00 |
| Current Billing For This Matter ................................................................ | 3,487.50 |
| Net Current Billing For This Matter ....................................................... $ | 3,487.50 |

Please remit payment within fifteen (15) days

**THOMPSON & KNIGHT**
LLP

Page 2
January 26, 2016
Invoice 41538480

Our Matter #  508551.000021
2003-2006 TAX YEARS

| | | | | | |
|---|---|---|---|---|---|
| 11/02/2015 | Emails with M. Todd and R. Gibson regarding interest computations | | | | |
| | M MCNULTY | 0.40 hrs. | 775.00/hr | 310.00 | B240 |
| 11/03/2015 | Emails with M. Todd and R. Gibson regarding interest computations | | | | |
| | M MCNULTY | 0.40 hrs. | 775.00/hr | 310.00 | B240 |
| 11/04/2015 | Review KPMG netting computations (.60); emails with M. Todd, IRS Appeals Officer (.20) | | | | |
| | M MCNULTY | 0.80 hrs. | 775.00/hr | 620.00 | B240 |
| 11/16/2015 | Emails with M. Todd and S. Wiess regarding interest computations (.20); prepare updated netting request and transmit to M. Horn, S. Wiess, and M. Todd (.90) | | | | |
| | M MCNULTY | 1.10 hrs. | 775.00/hr | 852.50 | B240 |
| 11/30/2015 | Review articles regarding bankruptcy trial and settlement to update M. Todd, IRS Appeals Officer (.40); emails with M. Todd regarding same (.40); gather information to respond to request from J. Dowdy, IRS Appeals, to offset LSGT/Sacroc 2003-2006 overpayments against EFH 2006 and 2009 underpayments (.80); emails with R. Gibson, KPMG, regarding same (.20) | | | | |
| | M MCNULTY | 1.80 hrs. | 775.00/hr | 1,395.00 | B240 |

Fees for Professional Services ................................................................. $    3,487.50


**Summary of Fees**

| Name | Title | Hours | | Rate/Hr | | Amount |
|---|---|---|---|---|---|---|
| MCNULTY, M | PARTNER | 4.50 | $ | 775.00 | $ | 3,487.50 |
| Total | | 4.50 | | | $ | 3,487.50 |


CURRENT FEES AND COSTS FOR THIS MATTER ................................................... $    3,487.50


TOTAL CURRENT DUE FOR THIS MATTER ........................................................ $    3,487.50

# THOMPSON & KNIGHT LLP

### ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
www.tklaw.com

AUSTIN
DALLAS
FORT WORTH
HOUSTON
LOS ANGELES
NEW YORK
ALGIERS
LONDON
MEXICO CITY
MONTERREY
PARIS

TAX ID No. 75-2813604
WWW.TKLAW.COM

January 26, 2016
Invoice 41538481

ENERGY FUTURE HOLDINGS CORP
ATTN: CARLA HOWARD
ENERGY PLAZA
1601 BRYAN ST   9-070
DALLAS TX 75201

## REMITTANCE COPY

For Services Rendered Through November 30, 2015

Our Matter #  508551.000027
DEBT RESTRUCTURING

Fees for Professional Services ............................................................. 112,864.00

Reimbursable Costs ............................................................................. 0.00

Current Billing For This Matter ............................................................................. 112,864.00

Net Current Billing For This Matter ..................................................................... $   112,864.00

Please remit payment within fifteen (15) days to
**Wiring Instructions for Thompson & Knight LLP**

| | |
|---|---|
| Receiving Bank: | Amegy Bank of Texas |
| | 4400 Post Oak Parkway |
| | Houston, TX 77027 |
| Beneficiary Account Name: | Thompson & Knight LLP |
| Beneficiary Address: | One Arts Plaza |
| | 1722 Routh St Ste 1500 |
| | Dallas, Texas 75201 |
| ABA Routing No. | 113011258 |
| Account No.: | 3324389 |
| SWIFT: | SWBKUS44 |

Thank you for informing us of the date of transaction by fax/email.
**Mailing Instructions for Thompson & Knight LLP**

P.O. BOX 660684, DALLAS, TX  75266-0684
To ensure proper credit please return this copy with your remittance.
Please reference client/matter name and number, attorney name, invoice number, etc.

# THOMPSON & KNIGHT LLP

## ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
www.tklaw.com

AUSTIN
DALLAS
FORT WORTH
HOUSTON
LOS ANGELES
NEW YORK
ALGIERS
LONDON
MEXICO CITY
MONTERREY
PARIS

TAX ID No. 75-2813604
WWW.TKLAW.COM

Page 1
January 26, 2016
Invoice 41538481

ENERGY FUTURE HOLDINGS CORP
ATTN: CARLA HOWARD
ENERGY PLAZA
1601 BRYAN ST   9-070
DALLAS TX 75201

## INVOICE SUMMARY

For Services Rendered Through November 30, 2015

Our Matter #  508551.000027
DEBT RESTRUCTURING

| | |
|---|---|
| Fees for Professional Services ............................................................ | 112,864.00 |
| Reimbursable Costs .......................................................................... | 0.00 |
| Current Billing For This Matter .................................................................. | 112,864.00 |
| Net Current Billing For This Matter ...................................................... | $   112,864.00 |

Please remit payment within fifteen (15) days

THOMPSON & KNIGHT
LLP

Our Matter #  508551.000027
               DEBT RESTRUCTURING

| Date | Description | Hours | Rate | Amount | Task |
|---|---|---|---|---|---|
| 11/02/2015 | Read prior supplemental declarations regarding disclosure of T&K potential conflicts (.30); Prepare Fifth Supplemental declaration in connection with TK employment (.80) | | | | |
| | S SAVAGE | 1.10 hrs. | 275.00/hr | 302.50 | B160 |
| 11/02/2015 | Conference call with S. Lee regarding treatment of MTM loss (.30); research and e-mail correspondence with M. McNulty regarding same (2.60); e-mail correspondence with A. Sexton regarding call with IRS (.60) | | | | |
| | L MEYERCORD | 3.50 hrs. | 480.00/hr | 1,680.00 | B240 |
| 11/02/2015 | Organize REIT call with IRS and telephone conference and emails with IRS regarding same (.70) | | | | |
| | D WHEAT | 0.70 hrs. | 845.00/hr | 591.50 | B240 |
| 11/02/2015 | Conference with L. Meyercord regarding Texas franchise tax issue for reporting of mark to market turn gain | | | | |
| | M MCNULTY | 0.20 hrs. | 775.00/hr | 155.00 | B240 |
| 11/03/2015 | Conference and emails with D. Liggins regarding September fee statement and Fourth Interim Fee Application | | | | |
| | M MCNULTY | 0.20 hrs. | 775.00/hr | 155.00 | B162 |
| 11/03/2015 | Organize and prepare for REIT call with IRS (.30) | | | | |
| | D WHEAT | 0.30 hrs. | 845.00/hr | 253.50 | B240 |
| 11/03/2015 | E-mail correspondence regarding call with IRS regarding REIT rulings (.90); prepare Form 8821 for same (.70) | | | | |
| | L MEYERCORD | 1.60 hrs. | 480.00/hr | 768.00 | B240 |
| 11/03/2015 | Research database regarding disclosure of potential conflict parties (.40); correspond with D. Liggins regarding same (.10); revise November budget (.20); telephone conference with D. Liggins regarding budget and conflict disclosure issues (.30) | | | | |
| | S SAVAGE | 1.00 hrs. | 275.00/hr | 275.00 | B160 |
| 11/04/2015 | Review and comment on Rev. Proc. 94-69 disclosure statements (7.40); conference with client and K&E regarding IRS REIT call (.60); e-mail correspondence with D. Wheat regarding same (.30) | | | | |
| | L MEYERCORD | 8.30 hrs. | 480.00/hr | 3,984.00 | B240 |
| 11/04/2015 | Prepare for conference call with IRS regarding REIT issues and email participants regarding same (.50); conference call with IRS regarding same (.70); follow up emails and conference calls with client and K&E regarding same (1.10); emails and telephone conferences with Baker Botts regarding same (.6 ); telephone conference with Jones Day (M. Davitt) regarding same (.20); prepare email to client regarding Baker Botts analysis (.40); review IRS statements regarding spin-off ruling policy (.20) | | | | |
| | D WHEAT | 3.70 hrs. | 845.00/hr | 3,126.50 | B240 |
| 11/05/2015 | Conference call with Baker Botts, K&E and others regarding strategy regarding REIT ruling (1.00); conference with L. Meyercord regarding next steps regarding supplemental REIT ruling (.20); emails with client and K&E regarding REIT ruling (.30); emails and telephone conference with Jones Day (Mike Davitt) regarding REIT rulings (.70); analyze tax issues re revised REIT rulings (.30) | | | | |
| | D WHEAT | 2.50 hrs. | 845.00/hr | 2,112.50 | B240 |
| 11/05/2015 | Review and comment on Rev. Proc. 94-69 disclosures (8.10); conference with M. McNulty regarding TMT MTM turn gain issue (.80); conference with K&E, Baker Botts, W&C and S&W regarding IRS REIT submission (1.00); conference with D. Wheat regarding timeline for REIT submission (.20); e-mail correspondence with working group regarding same (.30) | | | | |
| | L MEYERCORD | 10.40 hrs. | 480.00/hr | 4,992.00 | B240 |
| 11/05/2015 | Analyze Texas franchise tax issue for reporting of mark to market turn gain (2.20); conference with L. Meyercord regarding same (1.20) | | | | |
| | M MCNULTY | 3.40 hrs. | 775.00/hr | 2,635.00 | B240 |

**THOMPSON & KNIGHT**
LLP

| | | | | |
|---|---|---|---|---|
| 11/05/2015 | Review and comment on qualified disclosures for 2010-2014 audit (.40); advise regarding timing of informal refund claim items (.20) | | | |
| | M MCNULTY | 0.60 hrs. | 775.00/hr | 465.00 | B240 |
| 11/06/2015 | Review and comment on debt disclosure and prepare recapitalization statement for same (2.70); conference with A. Sexton regarding REIT assets (.20); review transaction documents and e-mail correspondence with D. Wheat regarding same (1.10) | | | |
| | L MEYERCORD | 4.00 hrs. | 480.00/hr | 1,920.00 | B240 |
| 11/09/2015 | Conference with L. Meyercord regarding Texas franchise tax mark to market issue (.20); review email to S. Lee regarding same (.20) | | | |
| | M MCNULTY | 0.40 hrs. | 775.00/hr | 310.00 | B240 |
| 11/09/2015 | Emails and telephone conference with M. Davitt and Oncor regarding REIT issues (.70); prepare email to Baker Botts regarding same (.30); coordinate with L. Meyercord regarding response to IRS's REIT questions (.30); prepare issues list for TK tax opinion (.90) | | | |
| | D WHEAT | 2.20 hrs. | 845.00/hr | 1,859.00 | B240 |
| 11/09/2015 | E-mail correspondence with D. Wheat regarding 355(d) and IRS updates (2.50); review analysis regarding treatment of MTM loss for Texas franchise tax purposes and email correspondence with S. Lee regarding same (3.10); review and comment on Rev. Proc. 94-69 disclosure on tangible property regulations (1.60) | | | |
| | L MEYERCORD | 7.20 hrs. | 480.00/hr | 3,456.00 | B240 |
| 11/10/2015 | Review and comment on REIT asset write-up (1.40); analyze impact of Fidelity equity commitment on spin and email correspondence with D. Wheat regarding same (1.30); conference with A. Sexton regarding settlement and E&P issues (.30); e-mail correspondence with D. Wheat on outstanding issues (1.30) | | | |
| | L MEYERCORD | 4.30 hrs. | 480.00/hr | 2,064.00 | B240 |
| 11/10/2015 | Review draft REIT response to IRS from Baker Botts and email K&E and client regarding same (.50); prepare email to Baker Botts regarding REIT submission (.20); review settlement docs with Fidelity and analyze tax issues regarding same (.90) | | | |
| | D WHEAT | 1.60 hrs. | 845.00/hr | 1,352.00 | B240 |
| 11/10/2015 | Follow up on August and September fee applications and Fourth Interim Fee Application | | | |
| | M MCNULTY | 0.30 hrs. | 775.00/hr | 232.50 | B162 |
| 11/11/2015 | Conference with D. Liggins regarding November budget | | | |
| | M MCNULTY | 0.10 hrs. | 775.00/hr | 77.50 | B161 |
| 11/11/2015 | Conference with D. Wheat regarding REIT ruling and IRS reviewer, J. Allen | | | |
| | M MCNULTY | 0.10 hrs. | 775.00/hr | 77.50 | B240 |
| 11/11/2015 | Emails with S. Lee, E. O'Brien, and L. Meyercord regarding Texas franchise tax issue and mark to market gain | | | |
| | M MCNULTY | 0.20 hrs. | 775.00/hr | 155.00 | B240 |
| 11/11/2015 | Review and comment on asset analysis for REIT submission (2.90); conference with K&E and Baker Botts regarding facts section for REIT submission (.90); conference with K&E regarding asset analysis (.30); email correspondence with client and M. McNulty regarding MTM turn gain and Texas franchise tax (1.10); research Darden investment spin and email correspondence with D. Wheat regarding same (1.20) | | | |
| | L MEYERCORD | 6.40 hrs. | 480.00/hr | 3,072.00 | B240 |
| 11/11/2015 | Emails with BB regarding REIT submission to IRS (.20); emails and conference call with K&E regarding same (.60); prepare email to client regarding same (.20); review and revise REIT submission (.80); conference call with Baker Botts and K&E regarding same (.7 ); emails with Jones Day regarding same (.20); analyze tax issues re COI in Fidelity settlement (1.10); emails with K&E regarding same (.40); review recent PLR similar to EFH PLR (.20) | | | |
| | D WHEAT | 4.40 hrs. | 845.00/hr | 3,718.00 | B240 |
| 11/11/2015 | Finalize November Budget (.70) | | | |
| | D LIGGINS | 0.70 hrs. | 595.00/hr | 416.50 | B161 |
| 11/11/2015 | Revise November budget (.40); conferences with D. Liggins regarding budget revisions (.30) | | | |

**THOMPSON & KNIGHT**
LLP

| | | | | |
|---|---|---|---|---|
| | S SAVAGE | 0.70 hrs. | 275.00/hr | 192.50 | B161 |

11/12/2015 Review and revise REIT submission (.70); prepare email to Jones Day regarding same (.20); reply to email from K&E regarding potential side letter regarding REIT issues (.20); analyze tax issues regarding Fidelity settlement and telephone conference with K&E regarding same (.70); conference call with B. Bloom and Deloitte regarding PLR request (.40); telephone conference with B. Bloom regarding same (.20); analyze potential PFAs per telephone conference with Deloitte (.20); analyze Deloitte's request for tax opinions and/or memos regarding certain issues (.40); prepare email to C. Howard analyzing recent PLR (.50)

| | | | | |
|---|---|---|---|---|
| | D WHEAT | 3.50 hrs. | 845.00/hr | 2,957.50 | B240 |

11/12/2015 Review and comment on revised facts discussion for REIT submission (3.40); analyze EFH commitments regarding busted 351 and pre-filing agreements and email correspondence with D. Wheat regarding same (2.10); conference call with D. Wheat regarding Fidelity settlement (.20); conference call with T. Lancaster regarding asset descriptions for REIT submission (.30); conference call with M. McNulty regarding Texas franchise tax issue (.30); e-mail correspondence with client and M. McNulty regarding same (1.50)

| | | | | |
|---|---|---|---|---|
| | L MEYERCORD | 7.80 hrs. | 480.00/hr | 3,744.00 | B240 |

11/12/2015 Emails with M. Horn, S. Lee, E. O'Brien, and L. Meyercord regarding strategy for filing returns and discussing with Texas Comptroller the Texas franchise tax issue relating to the mark to market gain

| | | | | |
|---|---|---|---|---|
| | M MCNULTY | 2.20 hrs. | 775.00/hr | 1,705.00 | B240 |

11/13/2015 Prepare estimate for December budget

| | | | | |
|---|---|---|---|---|
| | M MCNULTY | 0.90 hrs. | 775.00/hr | 697.50 | B161 |

11/13/2015 Review research relating to potential penalty on Texas franchise tax mark to market turn gain issue (.70); status call with B. Bloom and D. Wheat regarding PFA procedure and E&P study (.70)

| | | | | |
|---|---|---|---|---|
| | M MCNULTY | 1.40 hrs. | 775.00/hr | 1,085.00 | B240 |

11/13/2015 Research penalties relating to Texas margins tax issue and email correspondence with M. McNulty regarding same (1.80); research ability to increase tax claim post-plan confirmation (2.90); prepare settlement proposal for Texas margins tax issue (2.70)

| | | | | |
|---|---|---|---|---|
| | L MEYERCORD | 7.40 hrs. | 480.00/hr | 3,552.00 | B240 |

11/13/2015 Status call with B. Bloom and M. McNulty (.60); analyze tax issues regarding PFA needed for ruling (.20); review IRS statements regarding REIT spins and prepare email to client regarding same (.20); review revised REIT submission (.20)

| | | | | |
|---|---|---|---|---|
| | D WHEAT | 1.40 hrs. | 845.00/hr | 1,183.00 | B240 |

11/14/2015 Prepare settlement proposal for Texas margins tax issues (3.40)

| | | | | |
|---|---|---|---|---|
| | L MEYERCORD | 3.40 hrs. | 480.00/hr | 1,632.00 | B240 |

11/15/2015 Review and comment on analysis for REIT submission (3.10)

| | | | | |
|---|---|---|---|---|
| | L MEYERCORD | 3.10 hrs. | 480.00/hr | 1,488.00 | B240 |

11/16/2015 Review and comment on analysis for REIT submission (2.60); prepare settlement proposal for MTM turn gain (2.80)

| | | | | |
|---|---|---|---|---|
| | L MEYERCORD | 5.40 hrs. | 480.00/hr | 2,592.00 | B240 |

11/16/2015 Review and revise REIT response to IRS questions (2.10)

| | | | | |
|---|---|---|---|---|
| | D WHEAT | 2.10 hrs. | 845.00/hr | 1,774.50 | B240 |

11/17/2015 Review EFH committee settlement term sheet (.20); review and revise REIT submission (.60); review revised facts from Oncor regarding same (.30); conference call with K&E regarding same (.70); review and reply to email from K&E regarding Busted 351 schedule (.20); review and reply to emails from K&E regarding REIT ruling side letter (.20); conference call with EY and Hunt regarding tax due diligence (1.50)

| | | | | |
|---|---|---|---|---|
| | D WHEAT | 3.70 hrs. | 845.00/hr | 3,126.50 | B240 |

11/17/2015 Revise certificate of no objection for August fee statement (.20); prepare monthly fee invoice statement for payment of August invoice (.60)

| | | | | |
|---|---|---|---|---|
| | S SAVAGE | 0.80 hrs. | 275.00/hr | 220.00 | B162 |

THOMPSON & KNIGHT
LLP

| 11/17/2015 | Review and comment on Oncor comments to facts section of REIT submission (3.90); conference call with D. Wheat and K&E regarding analysis for REIT submission (.70); review and comment on REIT analysis (3.30); e-mail correspondence regarding REIT required ruling (.30) | | | |
| | L MEYERCORD | 7.20 hrs. | 480.00/hr | 3,456.00 | B240 |
| 11/17/2015 | Follow up on Fourth Interim Fee app and August and September fee apps | | | |
| | M MCNULTY | 0.10 hrs. | 775.00/hr | 77.50 | B162 |
| 11/18/2015 | Respond to question from E. O'Brien regarding disclosures relating to debt (.10); working group emails regarding NextEra bid (.30); call with D. Wheat regarding PFA; prepare for same (.40); review and comment on draft offer for resolution of MTM turn gain issue and draft transmittal email also addressing disclosure and penalty issues (3.20) | | | |
| | M MCNULTY | 4.00 hrs. | 775.00/hr | 3,100.00 | B240 |
| 11/18/2015 | Review article on NextEra proposal and e-mail correspondence with D. Wheat regarding same (.30); conference with K&E and Baker Botts regarding required REIT ruling (.20); voicemail and e-mail correspondence with M. McNulty regarding debt disclosure (.30); prepare offer to resolve MTM turn gain for Texas franchise tax purposes (1.60) | | | |
| | L MEYERCORD | 2.40 hrs. | 480.00/hr | 1,152.00 | B240 |
| 11/18/2015 | Revise monthly fee income statement (20); correspond with D. Liggins regarding August 2015 fee statement submission (.10) | | | |
| | S SAVAGE | 0.30 hrs. | 275.00/hr | 82.50 | B162 |
| 11/18/2015 | Analyze issues regarding PFAs and conference with M. McNulty regarding same (.60); review revised discussion of facts from Oncor (.20); telephone conference with M. Davitt (Jones Day) regarding same (.50); prepare email to Baker Botts and K&E regarding same (.30); emails with client regarding same (.20); emails and conference call with Baker Botts regarding Plan amendment regarding revised PLR process (.30); analyze tax issues regarding Nextera bid for EFH and emails with client regarding same (.70); conference call with K&E regarding tax issues regarding reinstatement of debt (.60); analyze tax issues regarding same (.20); analyze tax issues regarding potential acquisition of TCEH post spin (.60) | | | |
| | D WHEAT | 4.20 hrs. | 845.00/hr | 3,549.00 | B240 |
| 11/19/2015 | Prepare for telephone conference with IRS (Fran Kelly) regarding PLR (.70); emails and telephone conference with IRS (Fran Kelly) regarding PLR (.70); prepare email to client and K&E regarding same (.20); review TCEH S-1 and emails from client and conference with L. Meyercord regarding same (.40) | | | |
| | D WHEAT | 2.00 hrs. | 845.00/hr | 1,690.00 | B240 |
| 11/19/2015 | Review and comment on debt disclosure (5.60); review and comment on S-1 (1.20); conference with D. Wheat regarding Newco assets (.30); review schedule regarding same (.90); analyze entities converted to DREs and contributed to Newco (.90); review and comment on revised draft of MTM settlement proposal (.80); email correspondence with D. Wheat regarding COBE write-up and questions from F. Kelly (.20) | | | |
| | L MEYERCORD | 9.90 hrs. | 480.00/hr | 4,752.00 | B240 |
| 11/20/2015 | Review and comment on affirmative adjustment request disclosure (1.50); conference call with C. Howard, B. Bloom, M. McNulty and D. Wheat regarding pre-filing agreement and gap issues (.80); conference call with Baker Botts and K&E regarding timing (.20); conference call with T. Maynes, D. Wheat and A. Sexton regarding IRS questions (.20); research ability of IRS to offset prepetition refund against prepetition tax liability and email correspondence with M. McNulty regarding same (2.70); prepare tax disclosure for S-1 (2.30) | | | |
| | L MEYERCORD | 7.70 hrs. | 480.00/hr | 3,696.00 | B240 |
| 11/20/2015 | Review and comment on qualified amended return disclosures relating to debt and to affirmative adjustments (.90); conference with D. Wheat regarding PFAs and formula clause (.20); conference with C. Howard, B. Bloom, D. Wheat, and L. Meyercord regarding PFA process, E&P, and certainty on busted 351 transaction (.90) | | | |
| | M MCNULTY | 2.00 hrs. | 775.00/hr | 1,550.00 | B240 |

**THOMPSON & KNIGHT**
LLP

| 11/20/2015 | Prepare for conference call with client regarding PFAs and conference with M. McNulty regarding same (.40); conference call with client regarding PFAs, E&P and various tax matters (.90); review and revise Form S-1 for Spinco (.70); review revised REIT submission from Baker Botts (.20); conference call with K&E and Baker Botts regarding REIT submission (.20); call to IRS (Matt Howard) regarding same (.20); telephone conference with K&E regarding COBE (.20); analyze tax issues raised by Fidelity stock purchase and emails with K&E regarding same (.30); prepare email update to parties regarding call from IRS regarding PLR (.20); telephone conference with analyze tax opinion issues (.80) | | | |
|---|---|---|---|---|
| | D WHEAT | 4.10 hrs. | 845.00/hr | 3,464.50 | B240 |
| 11/20/2015 | Review October invoices (.40); Emails with G. Moor regarding Certificate of No Objection and Monthly Fee Invoice Statement for August Fee Statement (.20) | | | |
| | D LIGGINS | 0.60 hrs. | 595.00/hr | 357.00 | B162 |
| 11/21/2015 | Review August Certificate of No Objection and Monthly Fee Invoice Statement (.20); Follow-up with N. Parker regarding changes needed to Monthly Fee Invoice Statement (.10) | | | |
| | D LIGGINS | 0.30 hrs. | 595.00/hr | 178.50 | B162 |
| 11/23/2015 | Review revised Monthly Fee Invoice Statement for August (.10) | | | |
| | D LIGGINS | 0.10 hrs. | 595.00/hr | 59.50 | B162 |
| 11/23/2015 | Review and revise REIT submission (1.00); review and revise S-1 (.20); review emails from K&E regarding plan amendment language (.20); conference call with PW regarding Busted 351 (.40); review emails from K&E and client regarding same (.2); review and revise IRS submission regarding Fidelity stock purchase (.20) | | | |
| | D WHEAT | 2.20 hrs. | 845.00/hr | 1,859.00 | B240 |
| 11/23/2015 | Review and comment on current draft of REIT submission (2.80); conference call with Paul Weiss and K&E regarding busted 351 schedule (.40); conference call with T. Lancaster regarding REIT submission (.30); conference call with A. Sexton regarding AHYDO issue (.30); e-mail correspondence with B. Bloom regarding REIT Submission (.20); review and comment on S-1 (4.20); prepare supplemental on COBE issue (1.60) | | | |
| | L MEYERCORD | 9.80 hrs. | 480.00/hr | 4,704.00 | B240 |
| 11/23/2015 | Respond to S. Lee's questions regarding netting of underpayments and overpayments for Texas franchise tax 2007-2009 years and strength of MTM position | | | |
| | M MCNULTY | 0.40 hrs. | 775.00/hr | 310.00 | B240 |
| 11/24/2015 | Prepare IRS supplemental submission on continuity of business enterprise requirement (3.80); conference call on REIT submission with K&E and Baker Botts (.60); e-mail correspondence with D. Wheat regarding same (.20) | | | |
| | L MEYERCORD | 4.60 hrs. | 480.00/hr | 2,208.00 | B240 |
| 11/24/2015 | Advise S. Lee of applicable penalties for failure to pay with amended Texas franchise tax 2007-2009 years if Comptroller does not accept netting | | | |
| | M MCNULTY | 0.30 hrs. | 775.00/hr | 232.50 | B240 |
| 11/24/2015 | Emails with Jones Day, K&E and Baker Botts regarding REIT submission (.30); review and revise Form S-1 (.80) | | | |
| | D WHEAT | 1.10 hrs. | 845.00/hr | 929.50 | B240 |
| 11/24/2015 | Review and analyze invoice data for preparation of October 2015 fee statement and prepare fee statement and exhibits from same (2.10) | | | |
| | N PARKER | 2.10 hrs. | 140.00/hr | 294.00 | B162 |
| 11/25/2015 | Review and comment on October fee statement | | | |
| | M MCNULTY | 0.10 hrs. | 775.00/hr | 77.50 | B162 |
| 11/25/2015 | Conference call with client and K&E regarding Busted 351 (.70); review and revise supplemental submission to IRS regarding Fidelity settlement (.3); prepare IRS submission regarding COBE issue (2.30) | | | |
| | D WHEAT | 3.30 hrs. | 845.00/hr | 2,788.50 | B240 |
| 11/25/2015 | Conference call with K&E and client regarding busted 351 (.80); e-mail correspondence with D. Wheat regarding Fidelity settlement (.20) | | | |

**THOMPSON & KNIGHT**
LLP

Page 7
January 26, 2016
Invoice 41538481

| | | | | |
|---|---|---|---|---|
| L MEYERCORD | 1.00 hrs. | 480.00/hr | 480.00 | B240 |

11/27/2015 Emails with K&E regarding COBE analysis for IRS (.20)

| | | | | |
|---|---|---|---|---|
| D WHEAT | 0.20 hrs. | 845.00/hr | 169.00 | B240 |

11/29/2015 Prepare response to IRS questions regarding Fidelity settlement and continuity of business enterprise (3.40)

| | | | | |
|---|---|---|---|---|
| L MEYERCORD | 3.40 hrs. | 480.00/hr | 1,632.00 | B240 |

11/30/2015 Conference call with Oncor, Jones Day, K&E and Baker Botts regarding REIT submission (1.10); prepare disclosure statement for amended Texas franchise tax returns (1.90); prepare IRS submission on COBE and Fidelity settlement (1.10)

| | | | | |
|---|---|---|---|---|
| L MEYERCORD | 4.10 hrs. | 480.00/hr | 1,968.00 | B240 |

11/30/2015 Prepare October 2015 fee statement for filing (.30)

| | | | | |
|---|---|---|---|---|
| S SAVAGE | 0.30 hrs. | 275.00/hr | 82.50 | B162 |

11/30/2015 Emails with Jones Day and K&E regarding REIT submission (.20); review information from Oncor (.20); conference call with Jones Day and Oncor regarding same (1.10)

| | | | | |
|---|---|---|---|---|
| D WHEAT | 1.50 hrs. | 845.00/hr | 1,267.50 | B240 |

11/30/2015 Emails with B. Bloom regarding E&P and achieving certainty on busted 351 (.10); email E. O'Brien regarding case on deduction of bonuses relating to affirmative adjustment request for 2011 (.30); emails with S. Lee regarding settlement proposal for mark to market turn gain for Texas franchise tax and disclosure statement for amended returns (.20)

| | | | | |
|---|---|---|---|---|
| M MCNULTY | 0.60 hrs. | 775.00/hr | 465.00 | B240 |

11/30/2015 Follow up on supplemental declaration

| | | | | |
|---|---|---|---|---|
| M MCNULTY | 0.10 hrs. | 775.00/hr | 77.50 | B160 |

Fees for Professional Services ..................................................................... $   112,864.00

### Summary of Fees

| Name | Title | Hours | | Rate/Hr | | Amount |
|---|---|---|---|---|---|---|
| WHEAT, D | PARTNER | 44.70 | $ | 845.00 | $ | 37,771.50 |
| MCNULTY, M | PARTNER | 17.60 | | 775.00 | | 13,640.00 |
| LIGGINS, D | PARTNER | 1.70 | | 595.00 | | 1,011.50 |
| MEYERCORD, L | ASSOCIATE | 122.90 | | 480.00 | | 58,992.00 |
| SAVAGE, S | PARALEGAL | 4.20 | | 275.00 | | 1,155.00 |
| PARKER, N | PARALEGAL | 2.10 | | 140.00 | | 294.00 |
| Total | | 193.20 | | | $ | 112,864.00 |

CURRENT FEES AND COSTS FOR THIS MATTER .................................................... $   112,864.00

TOTAL CURRENT DUE FOR THIS MATTER ........................................................... $   112,864.00

# THOMPSON & KNIGHT LLP

### ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
www.tklaw.com

AUSTIN
DALLAS
FORT WORTH
HOUSTON
LOS ANGELES
NEW YORK
ALGIERS
LONDON
MEXICO CITY
MONTERREY
PARIS

TAX ID No. 75-2813604
WWW.TKLAW.COM

January 26, 2016
Invoice 41538482

ENERGY FUTURE HOLDINGS CORP
ATTN: CARLA HOWARD
ENERGY PLAZA
1601 BRYAN ST   9-070
DALLAS TX 75201

## REMITTANCE COPY

For Services Rendered Through November 30, 2015

Our Matter #  508551.000031
              TAX ADVICE ON ACQUISITION OF GAS ASSETS

Fees for Professional Services ............................................................. 253.50

Reimbursable Costs ............................................................. 0.00

Current Billing For This Matter ............................................................. 253.50

Net Current Billing For This Matter ....................................................... $    253.50

Please remit payment within fifteen (15) days to
**Wiring Instructions for Thompson & Knight LLP**

| | |
|---|---|
| Receiving Bank: | Amegy Bank of Texas |
| | 4400 Post Oak Parkway |
| | Houston, TX 77027 |
| Beneficiary Account Name: | Thompson & Knight LLP |
| Beneficiary Address: | One Arts Plaza |
| | 1722 Routh St Ste 1500 |
| | Dallas, Texas 75201 |
| ABA Routing No. | 113011258 |
| Account No.: | 3324389 |
| SWIFT: | SWBKUS44 |

Thank you for informing us of the date of transaction by fax/email.
**Mailing Instructions for Thompson & Knight LLP**

P.O. BOX 660684, DALLAS, TX  75266-0684
To ensure proper credit please return this copy with your remittance.
Please reference client/matter name and number, attorney name, invoice number, etc.

# THOMPSON & KNIGHT LLP

## ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
www.tklaw.com

AUSTIN
DALLAS
FORT WORTH
HOUSTON
LOS ANGELES
NEW YORK
ALGIERS
LONDON
MEXICO CITY
MONTERREY
PARIS

TAX ID No. 75-2813604
WWW.TKLAW.COM

Page 1
January 26, 2016
Invoice 41538482

ENERGY FUTURE HOLDINGS CORP
ATTN: CARLA HOWARD
ENERGY PLAZA
1601 BRYAN ST   9-070
DALLAS TX 75201

## INVOICE SUMMARY

For Services Rendered Through November 30, 2015

Our Matter #  508551.000031
            TAX ADVICE ON ACQUISITION OF GAS ASSETS

| | |
|---|---|
| Fees for Professional Services  ............................................................. | 253.50 |
| Reimbursable Costs  .......................................................................... | 0.00 |
| Current Billing For This Matter  .................................................................. | 253.50 |
| Net Current Billing For This Matter  ....................................................... $ | 253.50 |

Please remit payment within fifteen (15) days

**THOMPSON & KNIGHT**
LLP

Page 2
January 26, 2016
Invoice 41538482

Our Matter #  508551.000031
TAX ADVICE ON ACQUISITION OF GAS ASSETS

| | | | | |
|---|---|---|---|---|
| 11/16/2015 | Review and reply to email from B.Bloom regarding tax issues regarding Project Longhorn (.30) | | | |
| | D WHEAT | 0.30 hrs. | 845.00/hr | 253.50 | B240 |

Fees for Professional Services  ................................................................................. $      253.50

**Summary of Fees**

| Name | Title | Hours | | Rate/Hr | | Amount |
|---|---|---|---|---|---|---|
| WHEAT, D | PARTNER | 0.30 | $ | 845.00 | $ | 253.50 |
| Total | | 0.30 | | | $ | 253.50 |

CURRENT FEES AND COSTS FOR THIS MATTER  ................................................................... $      253.50

TOTAL CURRENT DUE FOR THIS MATTER  .......................................................................... $      253.50

# THOMPSON & KNIGHT LLP

### ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
www.tklaw.com

AUSTIN
DALLAS
FORT WORTH
HOUSTON
LOS ANGELES
NEW YORK
ALGIERS
LONDON
MEXICO CITY
MONTERREY
PARIS

TAX ID No. 75-2813604
WWW.TKLAW.COM

January 29, 2016
Invoice 41539485

ENERGY FUTURE HOLDINGS CORP
ATTN: CARLA HOWARD
ENERGY PLAZA
1601 BRYAN ST  9-070
DALLAS TX 75201

## REMITTANCE COPY

For Services Rendered Through December 31, 2015

Our Matter #  508551.000021
              2003-2006 TAX YEARS

| | |
|---|---:|
| Fees for Professional Services ............................................................. | 2,015.00 |
| Reimbursable Costs ............................................................................ | 0.00 |
| Current Billing For This Matter ............................................................... | 2,015.00 |
| Net Current Billing For This Matter ....................................................... $ | 2,015.00 |

Please remit payment within fifteen (15) days to
**Wiring Instructions for Thompson & Knight LLP**

| | |
|---|---|
| Receiving Bank: | Amegy Bank of Texas |
| | 4400 Post Oak Parkway |
| | Houston, TX 77027 |
| Beneficiary Account Name: | Thompson & Knight LLP |
| Beneficiary Address: | One Arts Plaza |
| | 1722 Routh St Ste 1500 |
| | Dallas, Texas 75201 |
| ABA Routing No. | 113011258 |
| Account No.: | 3324389 |
| SWIFT: | SWBKUS44 |

Thank you for informing us of the date of transaction by fax/email.
**Mailing Instructions for Thompson & Knight LLP**

P.O. BOX 660684, DALLAS, TX  75266-0684
To ensure proper credit please return this copy with your remittance.
Please reference client/matter name and number, attorney name, invoice number, etc.

# THOMPSON & KNIGHT LLP

### ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
www.tklaw.com

AUSTIN
DALLAS
FORT WORTH
HOUSTON
LOS ANGELES
NEW YORK
ALGIERS
LONDON
MEXICO CITY
MONTERREY
PARIS

TAX ID No. 75-2813604
WWW.TKLAW.COM

Page 1
January 29, 2016
Invoice 41539485

ENERGY FUTURE HOLDINGS CORP
ATTN: CARLA HOWARD
ENERGY PLAZA
1601 BRYAN ST   9-070
DALLAS TX 75201

## INVOICE SUMMARY

For Services Rendered Through December 31, 2015

Our Matter #  508551.000021
          2003-2006 TAX YEARS

| | |
|---|---|
| Fees for Professional Services ................................................................ | 2,015.00 |
| Reimbursable Costs ........................................................................... | 0.00 |
| Current Billing For This Matter .................................................................. | 2,015.00 |
| Net Current Billing For This Matter ........................................................... | $ 2,015.00 |

Please remit payment within fifteen (15) days

**THOMPSON & KNIGHT**
LLP

Page 2
January 29, 2016
Invoice 41539485

Our Matter #  508551.000021
2003-2006 TAX YEARS

| Date | Description | Timekeeper | Hours | Rate | Amount | Code |
|---|---|---|---|---|---|---|
| 12/01/2015 | Emails with R. Gibson, M. Todd, and J. Dowdy regarding offsets between EFH and LSGT Sacroc | | | | | |
| | | M MCNULTY | 0.30 hrs. | 775.00/hr | 232.50 | B240 |
| 12/02/2015 | Call with S. Wiess, IRS Exam (0.3); emails with J. Dowdy, IRS Complex Interest, and M. Todd, IRS Appeals, regarding interest computations for 2003-2009, including status, offsets, and interest-to date (0.4) | | | | | |
| | | M MCNULTY | 0.70 hrs. | 775.00/hr | 542.50 | B240 |
| 12/04/2015 | Emails with M. Todd, IRS Appeals Officer, regarding confirmation of plan | | | | | |
| | | M MCNULTY | 0.30 hrs. | 775.00/hr | 232.50 | B240 |
| 12/07/2015 | Review articles on case status to update M. Todd, IRS Appeals Officer (0.4); emails with M. Todd (0.1) | | | | | |
| | | M MCNULTY | 0.50 hrs. | 775.00/hr | 387.50 | B240 |
| 12/17/2015 | Follow up on status of interest netting computations and respond to question from M. Horn regarding pre-petition interest | | | | | |
| | | M MCNULTY | 0.10 hrs. | 775.00/hr | 77.50 | B240 |
| 12/18/2015 | Emails with M. Todd and M. Horn regarding interest netting computations | | | | | |
| | | M MCNULTY | 0.60 hrs. | 775.00/hr | 465.00 | B240 |
| 12/22/2015 | Emails with J. Dowdy, IRS Appeals Interest Computation Specialist, regarding status of computations | | | | | |
| | | M MCNULTY | 0.10 hrs. | 775.00/hr | 77.50 | B240 |

Fees for Professional Services ............................................................... $    2,015.00

**Summary of Fees**

| Name | Title | Hours | | Rate/Hr | | Amount |
|---|---|---|---|---|---|---|
| MCNULTY, M | PARTNER | 2.60 | $ | 775.00 | $ | 2,015.00 |
| Total | | 2.60 | | | $ | 2,015.00 |

CURRENT FEES AND COSTS FOR THIS MATTER .............................................. $    2,015.00

TOTAL CURRENT DUE FOR THIS MATTER ......................................................... $    2,015.00

# THOMPSON & KNIGHT LLP

## ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
www.tklaw.com

AUSTIN
DALLAS
FORT WORTH
HOUSTON
LOS ANGELES
NEW YORK
ALGIERS
LONDON
MEXICO CITY
MONTERREY
PARIS

TAX ID No. 75-2813604
WWW.TKLAW.COM

January 29, 2016
Invoice 41539486

ENERGY FUTURE HOLDINGS CORP
ATTN: CARLA HOWARD
ENERGY PLAZA
1601 BRYAN ST   9-070
DALLAS TX 75201

## REMITTANCE COPY

For Services Rendered Through December 31, 2015

Our Matter #  508551.000027
              DEBT RESTRUCTURING

Fees for Professional Services ............................................................ 55,159.50

Reimbursable Costs ............................................................ 14.60

Current Billing For This Matter ............................................................ 55,174.10

Net Current Billing For This Matter ....................................................... $    55,174.10

Please remit payment within fifteen (15) days to
**Wiring Instructions for Thompson & Knight LLP**

| | |
|---|---|
| Receiving Bank: | Amegy Bank of Texas |
| | 4400 Post Oak Parkway |
| | Houston, TX 77027 |
| Beneficiary Account Name: | Thompson & Knight LLP |
| Beneficiary Address: | One Arts Plaza |
| | 1722 Routh St Ste 1500 |
| | Dallas, Texas 75201 |
| ABA Routing No. | 113011258 |
| Account No.: | 3324389 |
| SWIFT: | SWBKUS44 |

Thank you for informing us of the date of transaction by fax/email.
**Mailing Instructions for Thompson & Knight LLP**

P.O. BOX 660684, DALLAS, TX  75266-0684
To ensure proper credit please return this copy with your remittance.
Please reference client/matter name and number, attorney name, invoice number, etc.

# THOMPSON & KNIGHT LLP

### ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
www.tklaw.com

AUSTIN
DALLAS
FORT WORTH
HOUSTON
LOS ANGELES
NEW YORK
ALGIERS
LONDON
MEXICO CITY
MONTERREY
PARIS

TAX ID No. 75-2813604
WWW.TKLAW.COM

Page 1
January 29, 2016
Invoice 41539486

ENERGY FUTURE HOLDINGS CORP
ATTN: CARLA HOWARD
ENERGY PLAZA
1601 BRYAN ST   9-070
DALLAS TX 75201

## INVOICE SUMMARY

For Services Rendered Through December 31, 2015

Our Matter #  508551.000027
            DEBT RESTRUCTURING

Fees for Professional Services  ...............................................................  55,159.50

Reimbursable Costs  .............................................................................  14.60

Current Billing For This Matter  ...................................................................  55,174.10

Net Current Billing For This Matter  ..........................................................  $    55,174.10

Please remit payment within fifteen (15) days

**THOMPSON & KNIGHT**
LLP

Our Matter #  508551.000027
DEBT RESTRUCTURING

| | | | | | |
|---|---|---|---|---|---|
| 12/01/2015 | Review revised REIT submission (.20); conference call regarding same (1.00); review confirmation order regarding TRA and emails with K&E regarding same (.40) | | | | |
| | D WHEAT | 1.60 hrs. | 845.00/hr | 1,352.00 | B240 |
| 12/01/2015 | Conference call with K&E and Baker Botts regarding REIT submission (1.10); prepare IRS submission on COBE and Fidelity settlement (3.40); review and comment on disclosure statement for amended Texas franchise tax returns (.30); review revised draft of REIT submission (.90) | | | | |
| | L MEYERCORD | 5.70 hrs. | 480.00/hr | 2,736.00 | B240 |
| 12/01/2015 | Prepare disclosure statement for Texas amended franchise tax returns regarding mark to market turn gain (1.10); advise regarding offsets of payments and refunds shown on Texas amended franchise tax returns (1.10); emails with M. Horn and S. Lee regarding filing of amended Texas franchise tax returns (.20) | | | | |
| | M MCNULTY | 2.40 hrs. | 775.00/hr | 1,860.00 | B240 |
| 12/02/2015 | Email exchange with M. Horn regarding Offer for Resolution of Texas franchise tax mark to market turn gain issue (.20); revise Offer for Resolution(.90) | | | | |
| | M MCNULTY | 1.10 hrs. | 775.00/hr | 852.50 | B240 |
| 12/02/2015 | Prepare MTM turn-gain settlement offer and exhibits (1.10); conference with D. Wheat regarding COBE (.30); prepare supplemental submission on same (.80) | | | | |
| | L MEYERCORD | 2.20 hrs. | 480.00/hr | 1,056.00 | B240 |
| 12/02/2015 | Review revised REIT submission (.30); prepare COBE submission to IRS (.80) | | | | |
| | D WHEAT | 1.10 hrs. | 845.00/hr | 929.50 | B240 |
| 12/03/2015 | Prepare IRS submission regarding COBE (.20); coordinate filing of REIT submission (.20); emails with Jones Day regarding REIT submission (.20) | | | | |
| | D WHEAT | 0.60 hrs. | 845.00/hr | 507.00 | B240 |
| 12/03/2015 | Prepare comments to S-1 (1.90); conference with D. Wheat regarding same (.20); prepare supplemental IRS submission on COBE (2.40) | | | | |
| | L MEYERCORD | 4.50 hrs. | 480.00/hr | 2,160.00 | B240 |
| 12/03/2015 | Analyze disclosure information to determine conflict status | | | | |
| | S SAVAGE | 0.80 hrs. | 275.00/hr | 220.00 | B110 |
| 12/04/2015 | Weekly update call with B. Bloom, M. Horn, E. O'Brien, D. Wheat, and L. Meyercord regarding E&P, certainty on busted 351 transaction, chart with support for tax positions, and 2010-2014 audits (.60); prepare for same (1.00); analyze E&P legal issues, including retroactive for audit adjustments and impact on E&P calculation resulting from LBO distribution, Oncor depreciation and 704(c) remedial allocations (1.50) | | | | |
| | M MCNULTY | 3.10 hrs. | 775.00/hr | 2,402.50 | B240 |
| 12/04/2015 | Conference with D. Wheat, M. McNulty and client regarding E&P and pre-filing agreement process (.60); prepare COBE write-up (2.5); conference with D. Wheat regarding same (.20); revise and finalize REIT submission (.40) | | | | |
| | L MEYERCORD | 3.70 hrs. | 480.00/hr | 1,776.00 | B240 |
| 12/04/2015 | Revise and submit REIT submission (.70); status call with clients regarding PFAs, E&P, and TRA (.5 ); analyze tax opinion issues per status call (.60); review and revise TCEH IPO summary (.30); prepare IRS submission regarding COBE (.20) | | | | |
| | D WHEAT | 2.30 hrs. | 845.00/hr | 1,943.50 | B240 |
| 12/06/2015 | Consider issues for PFA v. tax opinion; analyze tax opinion issues (1.20) | | | | |
| | D WHEAT | 1.20 hrs. | 845.00/hr | 1,014.00 | B240 |
| 12/07/2015 | Prepare IRS submission regarding Fidelity settlement and COBE (1.00) | | | | |
| | D WHEAT | 1.00 hrs. | 845.00/hr | 845.00 | B240 |
| 12/07/2015 | Research closed year and consistency tax doctrines for E&P adjustment | | | | |
| | K GERBER | 2.10 hrs. | 500.00/hr | 1,050.00 | B240 |

THOMPSON & KNIGHT
LLP

Page 3
January 29, 2016
Invoice 41539486

| Date | Description | Hours | Rate | Amount | Code |
|---|---|---|---|---|---|
| 12/07/2015 | EFH Conflicts Call | | | | |
| | D LIGGINS | 0.50 hrs. | 595.00/hr | 297.50 | B160 |
| 12/08/2015 | Emails with Company on proposed December budget (.10) | | | | |
| | D LIGGINS | 0.10 hrs. | 595.00/hr | 59.50 | B161 |
| 12/08/2015 | Call with M. McNulty (.20); review IRS closing agreement from audit (.70); tax research regarding E&P adjustments (.60) | | | | |
| | K GERBER | 1.50 hrs. | 500.00/hr | 750.00 | B240 |
| 12/08/2015 | Conferences with D. Wheat and E. Parker regarding proposal in tax extenders' legislation to make post-spin REITs taxable (.30); conference with K. Gerber regarding E&P issue relating to adjustment for Europe COD income (.30) | | | | |
| | M MCNULTY | 0.60 hrs. | 775.00/hr | 465.00 | B240 |
| 12/08/2015 | Review and analyze possible change in law regarding REIT spins (.60); emails from creditor's counsel regarding same (.10); emails with K&E and Baker Botts regarding same (.20); conference call with K&E regarding same (.30); conference call with client regarding grandfather rule for new legislation (.20); review and reply to emails from client and K&E regarding grandfather rule (.20) | | | | |
| | D WHEAT | 1.60 hrs. | 845.00/hr | 1,352.00 | B240 |
| 12/08/2015 | Research regarding earnings and profits question and impact of 704(c) remedial method on same (.10) | | | | |
| | T KEATOR | 0.10 hrs. | 575.00/hr | 57.50 | B240 |
| 12/09/2015 | Research and analysis of how remedial allocations are treated for purposes of computing earnings and profits where partnership depreciation must be recomputed for a corporate partner using the alternate depreciation system instead of an accelerated method (3.0); draft email to M. McNulty regarding analysis of same (.50) | | | | |
| | T KEATOR | 3.50 hrs. | 575.00/hr | 2,012.50 | B240 |
| 12/09/2015 | Tax research regarding E&P issues (1.0); draft outline of relevant cases (.40) | | | | |
| | K GERBER | 1.40 hrs. | 500.00/hr | 700.00 | B240 |
| 12/09/2015 | Upload December budget and staffing plan (.20) | | | | |
| | S SAVAGE | 0.20 hrs. | 275.00/hr | 55.00 | B161 |
| 12/10/2015 | Emails with client and K&E regarding Brady bill (.40); emails and telephone conference with Baker Botts (Steve Marcus) regarding same (.40) | | | | |
| | D WHEAT | 0.80 hrs. | 845.00/hr | 676.00 | B240 |
| 12/10/2015 | Prepare January budget estimates (.20) | | | | |
| | M MCNULTY | 0.20 hrs. | 775.00/hr | 155.00 | B161 |
| 12/10/2015 | Review January budget estimates (.20) | | | | |
| | D LIGGINS | 0.20 hrs. | 595.00/hr | 119.00 | B161 |
| 12/11/2015 | Research closed year and consistency rules for E&P | | | | |
| | K GERBER | 4.10 hrs. | 500.00/hr | 2,050.00 | B240 |
| 12/11/2015 | Emails with client and K&E regarding proposed legislation affecting PLR (.20) | | | | |
| | D WHEAT | 0.20 hrs. | 845.00/hr | 169.00 | B240 |
| 12/11/2015 | Revise November pro forma (1.70) | | | | |
| | S SAVAGE | 1.70 hrs. | 275.00/hr | 467.50 | B162 |
| 12/14/2015 | Revise joint survivor merger agreement (2.10); revise lease agreement (1.90); revise IPO conversion plan (2.40); revise Tax and Securities Matters Letter Agreement (.90) | | | | |
| | L MEYERCORD | 7.30 hrs. | 480.00/hr | 3,504.00 | B240 |
| 12/14/2015 | Review IPO plan documents (.30) | | | | |
| | D WHEAT | 0.30 hrs. | 845.00/hr | 253.50 | B240 |
| 12/15/2015 | Email exchange with K&E regarding tax structure issues regarding Ovation (.20); revise Oncor AssetCo LLCA (.20); read Ovation management agreement (.20); read joint survivor merger agreement (.20); read emails from A. Sexton regarding transaction documents (.20) | | | | |
| | D WHEAT | 1.00 hrs. | 845.00/hr | 845.00 | B240 |

**THOMPSON & KNIGHT**
LLP

| 12/15/2015 | Review and comment on Reorganized TCEH S-1 (3.10); review and comment on Ovation Partners, LP agreement (1.10); review and comment on the management agreement (1.80); e-mail correspondence with D. Wheat regarding Brady bill update (.40) | | | | |
| | L MEYERCORD | 6.40 hrs. | 480.00/hr | 3,072.00 | B240 |
| 12/16/2015 | Revise Reorganized TCEH S-1 (3.90); email correspondence regarding same (.40) | | | | |
| | L MEYERCORD | 4.30 hrs. | 480.00/hr | 2,064.00 | B240 |
| 12/16/2015 | Read docket regarding objections to T&K September fee statement (.10); prepare certificate of no objection (.30); prepare supplemental declaration regarding 2016 rates (.70) | | | | |
| | S SAVAGE | 1.10 hrs. | 275.00/hr | 302.50 | B162 |
| 12/16/2015 | Review transition rule and consider issues regarding EFH PLR request (.20); review and revise TCEH S-1 (1.40) | | | | |
| | D WHEAT | 1.60 hrs. | 845.00/hr | 1,352.00 | B240 |
| 12/16/2015 | Determine 2016 rates for supplement to McNulty declaration and transmit to M. McNulty for company approval (.60) | | | | |
| | D LIGGINS | 0.60 hrs. | 595.00/hr | 357.00 | B160 |
| 12/17/2015 | Emails with client and L. Meyercord regarding TCEH S-1 (.20) | | | | |
| | D WHEAT | 0.20 hrs. | 845.00/hr | 169.00 | B240 |
| 12/17/2015 | Prepare January budget (.80) | | | | |
| | D LIGGINS | 0.80 hrs. | 595.00/hr | 476.00 | B161 |
| 12/17/2015 | Analyze 2016 fee increase to determine range of fees (.20); revise Fifth Supplemental Declaration of M. McNulty in support of T&K employment (.40) | | | | |
| | S SAVAGE | 0.60 hrs. | 275.00/hr | 165.00 | B160 |
| 12/17/2015 | Draft summary of tax research regarding closed year rule and impact on E&P issue (3.0); send to M. McNulty (.10) | | | | |
| | K GERBER | 3.10 hrs. | 500.00/hr | 1,550.00 | B240 |
| 12/17/2015 | Research (3.5); prepare memo on E&P issues (.80) | | | | |
| | L MEYERCORD | 4.30 hrs. | 480.00/hr | 2,064.00 | B240 |
| 12/18/2015 | Conference with D. Wheat regarding Fidelity COI and liquidation/reincorporation issues (.30); prepare memo on treatment of MTM settlement in E&P calculation (2.50); prepare IRS submission on Fidelity acquisition of stock and COBE and reincorporation issues (2.90) | | | | |
| | L MEYERCORD | 5.70 hrs. | 480.00/hr | 2,736.00 | B240 |
| 12/18/2015 | Review and comment on January budget (.40) | | | | |
| | M MCNULTY | 0.40 hrs. | 775.00/hr | 310.00 | B161 |
| 12/18/2015 | Review analysis of E&P issues (.30) | | | | |
| | M MCNULTY | 0.30 hrs. | 775.00/hr | 232.50 | B240 |
| 12/18/2015 | Revise September MFIS (.30) | | | | |
| | S SAVAGE | 0.30 hrs. | 275.00/hr | 82.50 | B162 |
| 12/18/2015 | Analyze additional information needed for supplemental disclosure (.30); prepare Fourth Supplemental declaration of M. McNulty regarding T&K employment (1.50) | | | | |
| | S SAVAGE | 1.80 hrs. | 275.00/hr | 495.00 | B160 |
| 12/18/2015 | Telephone conference with T. Maynes regarding PLR (.20); prepare for and telephone conference with IRS (F. Kelly) regarding same (.30); revise COBE COI submission per call (2.20) | | | | |
| | D WHEAT | 2.70 hrs. | 845.00/hr | 2,281.50 | B240 |
| 12/21/2015 | Review IPO conversion documents (.20) | | | | |
| | D WHEAT | 0.20 hrs. | 845.00/hr | 169.00 | B240 |
| 12/22/2015 | Prepare CNO for October fee statement (.50); draft MFIS for October fee statement (.30) | | | | |
| | S SAVAGE | 0.80 hrs. | 275.00/hr | 220.00 | B162 |
| 12/23/2015 | Confer with D. Liggins regarding November fees, October CNO and October MFIS (.20) | | | | |
| | S SAVAGE | 0.20 hrs. | 275.00/hr | 55.00 | B162 |
| 12/23/2015 | Review and revise COBE submission regarding K&E (.20) | | | | |
| | D WHEAT | 0.20 hrs. | 845.00/hr | 169.00 | B240 |

**THOMPSON & KNIGHT**
LLP

Page 5
January 29, 2016
Invoice 41539486

| 12/23/2015 | Review K&E comments to IRS submission and email correspondence regarding same (.80) | | | | |
| | L MEYERCORD | 0.80 hrs. | 480.00/hr | 384.00 | B240 |
| 12/28/2015 | Revise COBE submission per comments from K&E (.30); conference call with K&E regarding same (.50) | | | | |
| | D WHEAT | 0.80 hrs. | 845.00/hr | 676.00 | B240 |
| 12/28/2015 | Review comments from A. Sexton on Fidelity/COBE submission (.30); conference with K&E and D. Wheat regarding same (.30) | | | | |
| | L MEYERCORD | 0.60 hrs. | 480.00/hr | 288.00 | B240 |
| 12/29/2015 | Research claims register information to determine whether additional conflict disclosure is necessary (.70) | | | | |
| | S SAVAGE | 0.70 hrs. | 275.00/hr | 192.50 | B160 |
| 12/30/2015 | Revise Fourth Supplemental Declaration of McNulty regarding conflicts and potential parties in interest (.60); conference with D. Liggins regarding disclosure (.20); correspond with M. McNulty regarding supplemental disclosure (.10) | | | | |
| | S SAVAGE | 0.90 hrs. | 275.00/hr | 247.50 | B160 |
| 12/31/2015 | Revise supplemental declaration (1.20); correspond with M. McNulty and D. Liggins regarding disclosure and declaration (.10) | | | | |
| | S SAVAGE | 1.30 hrs. | 275.00/hr | 357.50 | B160 |

Fees for Professional Services ...................................................................... $   55,159.50

**Summary of Fees**

| Name | Title | Hours | Rate/Hr | Amount |
|------|-------|-------|---------|--------|
| WHEAT, D | PARTNER | 17.40 | $   845.00 | $   14,703.00 |
| MCNULTY, M | PARTNER | 8.10 | 775.00 | 6,277.50 |
| LIGGINS, D | PARTNER | 2.20 | 595.00 | 1,309.00 |
| KEATOR, T | PARTNER | 3.60 | 575.00 | 2,070.00 |
| GERBER, K | ASSOCIATE | 12.20 | 500.00 | 6,100.00 |
| MEYERCORD, L | ASSOCIATE | 45.50 | 480.00 | 21,840.00 |
| SAVAGE, S | PARALEGAL | 10.40 | 275.00 | 2,860.00 |
| Total | | 99.40 | | $   55,159.50 |

**Reimbursable Costs**

Postage Charges                                                                             14.60

Total Reimbursable Costs ....................................................................... $        14.60

CURRENT FEES AND COSTS FOR THIS MATTER ................................................. $   55,174.10

TOTAL CURRENT DUE FOR THIS MATTER .......................................................... $   55,174.10

# THOMPSON & KNIGHT LLP

### ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
www.tklaw.com

AUSTIN
DALLAS
FORT WORTH
HOUSTON
LOS ANGELES
NEW YORK
ALGIERS
LONDON
MEXICO CITY
MONTERREY
PARIS

TAX ID No. 75-2813604
WWW.TKLAW.COM

January 29, 2016
Invoice 41539487

ENERGY FUTURE HOLDINGS CORP
ATTN: CARLA HOWARD
ENERGY PLAZA
1601 BRYAN ST   9-070
DALLAS TX 75201

## REMITTANCE COPY

For Services Rendered Through December 31, 2015

Our Matter #  508551.000031
            TAX ADVICE ON ACQUISITION OF GAS ASSETS

Fees for Professional Services ............................................................ 1,267.50

Reimbursable Costs ............................................................ 0.00

Current Billing For This Matter ................................................................ 1,267.50

Net Current Billing For This Matter ...................................................... $    1,267.50

Please remit payment within fifteen (15) days to
**Wiring Instructions for Thompson & Knight LLP**

| | |
|---|---|
| Receiving Bank: | Amegy Bank of Texas |
| | 4400 Post Oak Parkway |
| | Houston, TX 77027 |
| Beneficiary Account Name: | Thompson & Knight LLP |
| Beneficiary Address: | One Arts Plaza |
| | 1722 Routh St Ste 1500 |
| | Dallas, Texas 75201 |
| ABA Routing No. | 113011258 |
| Account No.: | 3324389 |
| SWIFT: | SWBKUS44 |

Thank you for informing us of the date of transaction by fax/email.
**Mailing Instructions for Thompson & Knight LLP**

P.O. BOX 660684, DALLAS, TX  75266-0684
To ensure proper credit please return this copy with your remittance.
Please reference client/matter name and number, attorney name, invoice number, etc.

# THOMPSON & KNIGHT LLP

## ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
www.tklaw.com

AUSTIN
DALLAS
FORT WORTH
HOUSTON
LOS ANGELES
NEW YORK
ALGIERS
LONDON
MEXICO CITY
MONTERREY
PARIS

TAX ID No. 75-2813604
WWW.TKLAW.COM

Page 1
January 29, 2016
Invoice 41539487

ENERGY FUTURE HOLDINGS CORP
ATTN: CARLA HOWARD
ENERGY PLAZA
1601 BRYAN ST   9-070
DALLAS TX 75201

## INVOICE SUMMARY

For Services Rendered Through December 31, 2015

Our Matter #  508551.000031
TAX ADVICE ON ACQUISITION OF GAS ASSETS

| | |
|---|---|
| Fees for Professional Services ................................................... | 1,267.50 |
| Reimbursable Costs ........................................................... | 0.00 |
| Current Billing For This Matter ................................................. | 1,267.50 |
| Net Current Billing For This Matter ....................................... $ | 1,267.50 |

Please remit payment within fifteen (15) days

**THOMPSON & KNIGHT**
LLP

Page 2
January 29, 2016
Invoice 41539487

Our Matter #  508551.000031
            TAX ADVICE ON ACQUISITION OF GAS ASSETS

12/03/2015      Revise TCEH Form S-1 (1.50)
                D WHEAT           1.50 hrs.    845.00/hr        1,267.50            B240

                Fees for Professional Services  ................................................................  $    1,267.50

### Summary of Fees

| Name | Title | Hours | | Rate/Hr | | Amount |
|------|-------|-------|---|---------|---|--------|
| WHEAT, D | PARTNER | 1.50 | $ | 845.00 | $ | 1,267.50 |
| Total | | 1.50 | | | $ | 1,267.50 |

CURRENT FEES AND COSTS FOR THIS MATTER  ....................................................  $    1,267.50

TOTAL CURRENT DUE FOR THIS MATTER  ...........................................................  $    1,267.50