## Exhibit I

## Detailed Description of Expenses and Disbursements

| Expense | Vendor (if any) | Amount |
|---|---|---|
| Airfare | | $315.00 |
| Appearance Fees | Court Call | $30.00 |
| Delivery Charges | | $53.15 |
| Parking | | $10.00 |
| Postage | USPS | $68.82 |
| Printing Charges | In-House Color Copies | $529.00 |
| Reproduction Charges | | $22.60 |
| Standard Copies ($0.10/page) | In-House | $336.20 |
| Travel (Lodging) | | $558.72 |
| Travel (Meals) | | $26.56 |
| Travel (Taxi) | | $88.36 |
| | Total: | $2,038.41 |