## EXHIBIT A

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket No. __** |

**ORDER SUSTAINING DEBTORS' THIRTY-NINTH**
**OMNIBUS (SUBSTANTIVE) OBJECTION TO SUBSTANTIVE**
**DUPLICATE AND NO LIABILITY CLAIMS PURSUANT TO**
**SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY**
**RULES 3001, 3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1**

Upon the objection (the "Objection")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), for entry of an order (this "Order"), disallowing and expunging the Disputed Claims set forth on **Exhibit 1** and **Exhibit 2** attached hereto, all as set forth in the Objection and the Kotarba Declaration; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of these cases and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Objection is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Court having found that the Debtors provided appropriate notice of the Objection and the opportunity for a

---

[1]   The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]   Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.

hearing on the Objection (the "Hearing") under the circumstances; and the Court having reviewed the Objection and having heard the statements in support of the relief requested therein at the Hearing, if any; and the Court having determined that the legal and factual bases set forth in the Objection and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The Objection is sustained as set forth herein.

2.      The Substantive Duplicate Claims set forth on the attached **Exhibit 1** are hereby disallowed in their entirety.

3.      The No Liability Claims set forth on the attached **Exhibit 2** are hereby disallowed in their entirety.

4.      The Claims Agent is authorized to modify the Claims Register to comport with the entry of this Order.

5.      Nothing set forth herein shall affect the parties' rights with respect to those claims identified as "Remaining Claims" on **Exhibit 1**, attached hereto, and the parties' rights with respect to such "Remaining Claims" are reserved, including, for the avoidance of doubt, the Debtors' right to object on any grounds permitted by bankruptcy or nonbankruptcy law, subject to any limitations set forth in the Local Bankruptcy Rules.

6.      Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed:  (a) an admission as to the validity of any particular claim (including the Proofs of Claim) against a Debtor entity; (b) a waiver of the Debtors' rights to dispute any particular claim (including the Proofs of Claim) on any grounds; (c) a promise or requirement to pay any particular claim (including the Proofs of Claim); (d) an

RLF1 14183021v.1

implication or admission that any particular claim is of a type specified or defined in this Objection (except as set forth herein); (e) an admission by the Debtors that any contract or lease is executory or unexpired, as applicable; (f) a waiver or limitation of the Debtors' rights under the Bankruptcy Code or any other applicable law; (g) a request or authorization to assume or reject any agreements under section 365 of the Bankruptcy Code; (h) a waiver of any party's rights to assert that any other party is in breach or default of any agreement; or (i) an admission that any contract or lease is integrated with any other contract or lease.

7.      Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

8.      The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Objection.

9.      This Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to this Order.

Wilmington, Delaware
Dated: _____, 2016          _____
                               THE HONORABLE CHRISTOPHER S. SONTCHI
                               UNITED STATES BANKRUPTCY JUDGE

RLF1 14183021v.1

## **EXHIBIT 1** to **EXHIBIT A**

**Substantive Duplicate Claims**

**ENERGY FUTURE HOLDINGS CORP., et al.**

**THIRTY-NINETH OMNIBUS (SUBSTANTIVE): EXHIBT 1 TO EXHIBIT A – Substantive Duplicate Claims**

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 1 | COLORADO BANKERS LIFE INSURANCE CO. C/O ADVANTUS CAPITAL MANAGEMENT, INC. ATTN: ADVANTUS LEGAL DEPT. 400 ROBERT STREET NORTH SAINT PAUL, MN 55101 | 10/24/2014 | 14-10978 (CSS) | 7638 | Undetermined* | SOJITZ AMERICA CAPITAL CORPORATION ATTN: NOBORU HIBINO 1120 AVENUE OF THE AMERICAS NEW YORK, NY 10036 | 01/06/2016 | 14-10978 (CSS) | 37472 | $280,823.88 | Claimed liabilities in claim to be disallowed appear to be included in remaining claim. |
| 2 | DEARBORN NATIONAL LIFE INSURANCE CO. C/O ADVANTUS CAPITAL MANAGEMENT, INC. ATTN: ADVANTUS LEGAL DEPT. 400 ROBERT STREET NORTH SAINT PAUL, MN 55101 | 10/24/2014 | 14-10978 (CSS) | 7639 | Undetermined* | SOJITZ AMERICA CAPITAL CORPORATION ATTN: NOBORU HIBINO 1120 AVENUE OF THE AMERICAS NEW YORK, NY 10036 | 01/06/2016 | 14-10978 (CSS) | 37472 | $280,823.88 | Claimed liabilities in claim to be disallowed appear to be included in remaining claim. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**THIRTY-NINETH OMNIBUS (SUBSTANTIVE): EXHIBT 1 TO EXHIBIT A – Substantive Duplicate Claims**

| | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | |
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | GREAT WESTERN INSURANCE COMPANY C/O ADVANTUS CAPITAL MANAGEMENT INC. ATTN: ADVANTUS LEGAL DEPT. 400 ROBERT STREET NORTH ST PAUL, MN 55101 | 10/24/2014 | 14-10978 (CSS) | 7640 | Undetermined* | SOJITZ AMERICA CAPITAL CORPORATION ATTN: NOBORU HIBINO 1120 AVENUE OF THE AMERICAS NEW YORK, NY 10036 | 01/06/2016 | 14-10978 (CSS) | 37472 | $280,823.88 | Claimed liabilities in claim to be disallned appear to be included in remaining claim. |
| 4 | GUGGENHEIM LIFE AND ANNUITY COMPANY C/O GUGGENHEIM PARTNERS INVESTMENT MANAGEMENT, LLC; ATTN: BEN GOODMAN 330 MADISON AVENUE, 10TH FLOOR NEW YORK, NY 10017 | 10/27/2014 | 14-11045 (CSS) | 8020 | $15,125.00 | SOJITZ AMERICA CAPITAL CORPORATION ATTN: NOBORU HIBINO 1120 AVENUE OF THE AMERICAS NEW YORK, NY 10036 | 01/06/2016 | 14-10978 (CSS) | 37472 | $280,823.88 | Claimed liabilities in claim to be disallowed appear to be included in remaining claim. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**THIRTY-NINETH OMNIBUS (SUBSTANTIVE): EXHIBT 1 TO EXHIBIT A – Substantive Duplicate Claims**

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 5 | MTL INSURANCE COMPANY C/O ADVANTUS CAPITAL MANAGEMENT INC. ATTN: ADVANTUS LEGAL DEPT. 400 ROBERT STREET NORTH SAINT PAUL, MN 55101 | 10/24/2014 | 14-10978 (CSS) | 7641 | Undetermined* | SOJITZ AMERICA CAPITAL CORPORATION ATTN: NOBORU HIBINO 1120 AVENUE OF THE AMERICAS NEW YORK, NY 10036 | 01/06/2016 | 14-10978 (CSS) | 37472 | $280,823.88 | Claimed liabilities in claim to be disallowed appear to be included in remaining claim. |
| 6 | NATIONAL GUARDIAN LIFE INSURANCE CO. ATTN: ROBERT A. MUCCI 2 E GILMAN ST MADISON, WI 53703 | 10/31/2014 | 14-10978 (CSS) | 9710 | $85,523.75 | SOJITZ AMERICA CAPITAL CORPORATION ATTN: NOBORU HIBINO 1120 AVENUE OF THE AMERICAS NEW YORK, NY 10036 | 01/06/2016 | 14-10978 (CSS) | 37472 | $280,823.88 | Claimed liabilities in claim to be disallowed appear to be included in remaining claim. |

## ENERGY FUTURE HOLDINGS CORP., et al.

### THIRTY-NINETH OMNIBUS (SUBSTANTIVE): EXHIBT 1 TO EXHIBIT A – Substantive Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 7  PPM AMERICA, INC. ON BEHALF OF JACKSON NATIONAL LIFE INSURANCE COMPANY ATTN: JAMES C. LEDA 750 LEXINGTON AVENUE, 10TH FLOOR NEW YORK, NY 10022 | 10/27/2014 | 14-11045 (CSS) | 8017 | $163,000.00 | SOJITZ AMERICA CAPITAL CORPORATION ATTN: NOBORU HIBINO 1120 AVENUE OF THE AMERICAS NEW YORK, NY 10036 | 01/06/2016 | 14-10978 (CSS) | 37472 | $280,823.88 | Claimed liabilities in claim to be disallowed appear to be included in remaining claim. |
| 8  PPM AMERICA, INC. ON BEHALF OF JACKSON NATIONAL LIFE INSURANCE COMPANY ATTN: JAMES C. LEDA 750 LEXINGTON AVENUE, 10TH FLOOR NEW YORK, NY 10022 | 10/27/2014 | 14-10978 (CSS) | 8018 | $163,000.00 | SOJITZ AMERICA CAPITAL CORPORATION ATTN: NOBORU HIBINO 1120 AVENUE OF THE AMERICAS NEW YORK, NY 10036 | 01/06/2016 | 14-10978 (CSS) | 37472 | $280,823.88 | Claimed liabilities in claim to be disallowed appear to be included in remaining claim. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**THIRTY-NINETH OMNIBUS (SUBSTANTIVE): EXHIBT 1 TO EXHIBIT A – Substantive Duplicate Claims**

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 9 PPM AMERICA, INC., ON BEHALF OF JACKSON NATIONAL LIFE INSURANCE COMPANY ATTN: JAMES C. LEDA 750 LEXINGTON AVENUE, 10TH FLOOR NEW YORK, NY 10022 | 10/27/2014 | 14-11005 (CSS) | 8019 | $163,000.00 | SOJITZ AMERICA CAPITAL CORPORATION ATTN: NOBORU HIBINO 1120 AVENUE OF THE AMERICAS NEW YORK, NY 10036 | 01/06/2016 | 14-10978 (CSS) | 37472 | $280,823.88 | Claimed liabilities in claim to be disallowed appear to be included in remaining claim. |

TOTAL  $589,648.75*

**EXHIBIT 2** to **EXHIBIT A**

**No Liability Claims**

**ENERGY FUTURE HOLDINGS CORP., et al.**

**THIRTY-NINETH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | CITY OF WACO AND/OR WACO ISD C/O MCCREARY VESELKA BRAGG & ALLEN P.C. ATTN: LEE GORDON P.O. BOX 1269 ROUND ROCK, TX 78680 | 14-10979 (CSS) | Energy Future Holdings Corp. | 01/14/2016 | 37559 | $199,875.60* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 2 | COPELAND, WENDY ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 04/07/2015 | 10042 | $12,000.00 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The proof of claim asserts a claim that has already been disallowed pursuant to the Order Sustaining Debtors' Thirteenth Omnibus Objection Docket No. 4373. |
| 3 | COPELAND, WENDY ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/18/2015 | 10074 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The proof of claim asserts a claim that has already been disallowed pursuant to the Order Sustaining Debtors' Thirteenth Omnibus Objection Docket No. 4373. |
| 4 | COPELAND, WENDY ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 08/17/2015 | 10619 | $19,000.00 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The proof of claim asserts a claim that has already been disallowed pursuant to the Order Sustaining Debtors' Thirteenth Omnibus Objection Docket No. 4373. |
| 5 | COUNTY OF STEPHENS, TEXAS, THE C/O MCCREARY VESELKA BRAGG & ALLEN P.C. ATTN: LEE GORDON P.O. BOX 1269 ROUND ROCK, TX 78680 | 14-10979 (CSS) | Energy Future Holdings Corp. | 01/14/2016 | 37557 | $1,403.71* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**THIRTY-NINETH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 6 | CUMMINS SOUTHERN PLAINS LLC 600 NORTH WATSON ROAD ARLINGTON, TX 76011-5319 | 14-11032 (CSS) | Luminant Generation Company LLC | 01/29/2015 | 9957 | $8,121.08 | According to the Debtors' books and records, Debtors are not liable for the asserted claim.  The proof of claim asserts a claim that has already been disallowed pursuant to the Order Sustaining Debtors' Second Omnibus Objection Docket No. 3237. |
| 7 | EUROPEAN MUTUAL ASSOCIATION FOR NUCLEAR INSURANCE AVENUE JULES BORDET, 166 BRUXELLES, B 1140 BELGIUM | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/17/2014 | 2213 | $30,744.00* | The proof of claim asserts a contingent claim for potential retroactive additional contributions for the year 2014 that could be assessed against the Debtors. Such additional contributions were never assessed. |
| 8 | FPL ENERGY PECOS WIND I, LLC C/O NEXTERA ENERGY RESOURCES, LLC ATTN: ROBERT B. SENDLER 700 UNIVERSE BOULEVARD JUNO BEACH, FL 33408 | 14-11023 (CSS) | Luminant Energy Company LLC | 10/24/2014 | 7485 | $1,250,000.00* | The proof of claim asserts a claim for return of of funds drawn on a letter of credit; the Debtors believe that liability, if any, for such amounts would be owed by a non-Debtor third party.  The proof of claim also asserts unliquidated amounts for damages resulting from an alleged breach of contract; the Texas Supreme Court has ruled on this claim and found that the Debtors did not breach the contract.  See  FPL Energy, LLC v. TXU Portfolio Mgmt. Co., L.P., 426 S.W.3d 59, 72-73 (Tex. 2014). |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**THIRTY-NINETH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 9 | FPL ENERGY PECOS WIND II, LLC C/O NEXTERA ENERGY RESOURCES, LLC ATTN: ROBERT B. SENDLER 700 UNIVERSE BOULEVARD JUNO BEACH, FL 33408 | 14-11023 (CSS) | Luminant Energy Company LLC | 10/24/2014 | 7483 | $1,250,000.00* | The proof of claim asserts a claim for return of funds drawn on a letter of credit; the Debtors believe that liability, if any, for such amounts would be owed by a non-Debtor third party. The proof of claim also asserts unliquidated amounts for damages resulting from an alleged breach of contract; the Texas Supreme Court has ruled on this claim and found that the Debtors did not breach the contract. See FPL Energy, LLC v. TXU Portfolio Mgmt. Co., L.P., 426 S.W.3d 59, 72-73 (Tex. 2014). |
| 10 | HERBERT, WILLIAM JEFFERY ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/12/2014 | 4364 | Undetermined* | Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' records. Claimant has failed to exhaust Title VII's administrative prerequisites as to his allegation of gender/sex discrimination. All of his allegations fail for the additional reason that claimant was discharged from his employment for a legitimate, non-discriminatory, non-retaliatory reason—namely, his refusal to report to work after his supervisor repeatedly instructed him to do so. |
| 11 | HOPKINS COUNTY C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP ATTN: ELIZABETH WELLER 2777 N. STEMMONS FREEWAY, SUITE 1000 DALLAS, TX 75207 | 14-10996 (CSS) | EFH Corporate Services Company | 09/28/2015 | 11825 | $13,688.84* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |

## ENERGY FUTURE HOLDINGS CORP., et al.

### THIRTY-NINETH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 12 | INDIAN MESA WIND FARM, LLC C/O NEXTERA ENERGY RESOURCES, LLC ATTN: ROBERT B. SENDLER 700 UNIVERSE BOULEVARD JUNO BEACH, FL 33408 | 14-11023 (CSS) | Luminant Energy Company LLC | 10/24/2014 | 7484 | $575,000.00* | The proof of claim asserts a claim for return of funds drawn on a letter of credit; the Debtors believe that liability, if any, for such amounts would be owed by a non-Debtor third party.  The proof of claim also asserts unliquidated amounts for damages resulting from an alleged breach of contract; the Texas Supreme Court has ruled on this claim and found that the Debtors did not breach the contract.  See FPL Energy, LLC v. TXU Portfolio Mgmt. Co., L.P., 426 S.W.3d 59, 72-73 (Tex. 2014). |
| 13 | ITOCHU CORPORATION ATTN: MOTOI MITANIHARA 5-1, KITA-AOYAMA 2-CHOME MINATO-KU TOKYO, 107-8077 JAPAN | 14-11032 (CSS) | Luminant Generation Company LLC | 10/27/2014 | 8107 | $3,801,727.90* | Debtors are not liable for the asserted claim.  The contract underlying the claim contains a limitation of liability provision: Article 10 of the contract expressly limits Debtor liability to the purchase price of goods delivered by the claimant.  No amounts remain unpaid for goods that were delivered. |
| 14 | JEFFERSON, MAURICE ADDRESS ON FILE | | No Debtor Asserted | 10/24/2014 | 7526 | $35,000.00* | The proof of claim asserts a claim for a severance payment allegedly distributed to employees in connection with the 2007 restructuring.  The company has no record of a severance program of the kind and at the time described and no record of unpaid amounts to the Claimant. |

## ENERGY FUTURE HOLDINGS CORP., et al.

### THIRTY-NINETH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 15 | JEFFERSON, MAURICE ADDRESS ON FILE | 14-11042 (CSS) | Luminant Mining Company LLC | 10/29/2014 | 9650 | $99,000.00 | The proof of claim asserts a claim for a severance payment allegedly distributed to employees in connection with the 2007 restructuring.  The company has no record of a severance program of the kind and at the time described and no record of unpaid amounts to the Claimant. |
| 16 | LUBRIZOL CORPORATION - THE ATTN: WILLIAM J. WEBB 022A ATTN: LEGAL DEPARTMENT 29400 LAKELAND BLVD WICKLIFF, OH 44092-2298 | 14-11032 (CSS) | Luminant Generation Company LLC | 10/27/2014 | 7990 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The proof of claim appears to assert a claim for contribution for environmental clean up costs. The Debtors are signatories to a consent decree dated May 2009 governing the relevant site, which provided contribution protection to all signatories. |
| 17 | LUBRIZOL CORPORATION - THE ATTN: WILLIAM J. WEBB, 022A ATTN: LEGAL DEPARTMENT 29400 LAKELAND BLVD WICKLIFF, OH 44092-2298 | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/27/2014 | 7992 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim.  The proof of claim appears to assert a claim for contribution for environmental clean up costs.  The Debtors are signatories to a consent decree dated May 2009 governing the relevant site, which provided contribution protection to all signatories. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**THIRTY-NINETH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 18 | LUBRIZOL CORPORATION - THE ATTN: WILLIAM J. WEBB, 022A ATTN: LEGAL DEPT. 29400 LAKELAND BLVD WICKLIFFE, OH 44092-2298 | 14-11005 (CSS) | **Energy Future Competitive Holdings Company LLC** | 10/27/2014 | 7993 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The proof of claim appears to assert a claim for contribution for environmental clean up costs. The Debtors are signatories to a consent decree dated May 2009 governing the relevant site, which provided contribution protection to all signatories. |
| 19 | LUBRIZOL CORPORATION, THE ATTN: WILLIAM J. WEBB 022A 29400 LAKELAND BLVD. WICKLIFFE, OH 44092-2298 | 14-10979 (CSS) | **Energy Future Holdings Corp.** | 10/27/2014 | 7764 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The proof of claim appears to assert a claim for contribution for environmental clean up costs. The Debtors are signatories to a consent decree dated May 2009 governing the relevant site, which provided contribution protection to all signatories. |
| 20 | LUBRIZOL CORPORATION, THE ATTN: WILLIAM J. WEBB, 022A 29400 LAKELAND BOULEVARD WICKLIFFE, OH 44092-2298 | 14-11032 (CSS) | **Luminant Generation Company LLC** | 10/27/2014 | 7991 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The proof of claim appears to assert a claim for contribution for environmental clean up costs. The Debtors are signatories to a consent decree dated May 2009 governing the relevant site, which provided contribution protection to all signatories. |

## ENERGY FUTURE HOLDINGS CORP., et al.

### THIRTY-NINETH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 21 | LUBRIZOL CORPORATION, THE ATTN: WILLIAM J. WEBB, 022A 29400 LAKELAND BOULEVARD WICKLIFFE, OH 44092-2298 | 14-11005 (CSS) | **Energy Future Competitive Holdings Company LLC** | 10/27/2014 | 7994 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The proof of claim appears to assert a claim for contribution for environmental clean up costs. The Debtors are signatories to a consent decree dated May 2009 governing the relevant site, which provided contribution protection to all signatories. |
| 22 | LUBRIZOL CORPORATION, THE ATTN: WILLIAM J. WEBB, 022A 29400 LAKELAND BOULEVARD WICKLIFFE, OH 44092-2298 | 14-11000 (CSS) | **Dallas Power & Light Company, Inc.** | 10/27/2014 | 7995 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The proof of claim appears to assert a claim for contribution for environmental clean up costs. The Debtors are signatories to a consent decree dated May 2009 governing the relevant site, which provided contribution protection to all signatories. |
| 23 | MCALOON, CATHERINE ADDRESS ON FILE | 14-10979 (CSS) | **Energy Future Holdings Corp.** | 07/28/2014 | 3362 | $130,000.00 | Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' records. Claimant was discharged from her employment for a legitimate, non-discriminatory, non-retaliatory reason—namely, her failure to satisfy the performance expectations of her employer after receiving coaching and feedback regarding her performance deficiencies and being placed on a performance improvement plan, all of which occurred before her employer became aware of any alleged disability. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**THIRTY-NINETH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 24 | MCALOON, CATHERINE ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/15/2014 | 4391 | $130,000.00 | Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' records. Claimant was discharged from her employment for a legitimate, non-discriminatory, non-retaliatory reason—namely, her failure to satisfy the performance expectations of her employer after receiving coaching and feedback regarding her performance deficiencies and being placed on a performance improvement plan, all of which occurred before her employer became aware of any alleged disability. |
| 25 | MCALOON, CATHERINE ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/30/2014 | 4780 | $130,000.00 | Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' records. Claimant was discharged from her employment for a legitimate, non-discriminatory, non-retaliatory reason—namely, her failure to satisfy the performance expectations of her employer after receiving coaching and feedback regarding her performance deficiencies and being placed on a performance improvement plan, all of which occurred before her employer became aware of any alleged disability. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**THIRTY-NINETH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 26 | NL INDUSTRIES, INC 5430 LYNDON B JOHNSON FWY STE 1700 DALLAS, TX 75240 | 14-11045 (CSS) | Texas Utilities Electric Company, Inc. | 10/10/2014 | 5112 | $5,000.00 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The proof of claim appears to assert a claim for contribution for environmental clean up costs.  The Debtors are signatories to a consent decree dated June 30, 1994 governing the relevant site, which provided contribution protection to all signatories. |
| 27 | PENNSYLVANIA DEPARTMENT OF REVENUE BANKRUPTCY DIVISION PO BOX 280946 HARRISBURG, PA 17128-0946 | 14-10996 (CSS) | EFH Corporate Services Company | 09/04/2014 | 4126 | $1,125.00* | According to the Debtors' books and records, Debtors are not liable for the asserted claim.  The Debtor qualifies and has filed inactive corporate tax reports with the claimant in June 2015 in response to show that there is no liability due. |
| 28 | PENNSYLVANIA DEPARTMENT OF REVENUE BANKRUPTCY DIVISION PO BOX 280946 HARRISBURG, PA 17128-0946 | 14-10995 (CSS) | Brighten Holdings LLC | 09/04/2014 | 4127 | $884.00* | According to the Debtors' books and records, Debtors are not liable for the asserted claim.  The Debtor qualifies and has filed inactive corporate tax reports with the claimant in June 2015 in response to show that there is no liability due. |
| 29 | PENNSYLVANIA DEPARTMENT OF REVENUE BANKRUPTCY DIVISION PO BOX 280946 HARRISBURG, PA 17128-0946 | 14-10991 (CSS) | Brighten Energy LLC | 09/04/2014 | 4128 | $1,326.00* | According to the Debtors' books and records, Debtors are not liable for the asserted claim.  The Debtor qualifies and has filed inactive corporate tax reports with the claimant in June 2015 in response to show that there is no liability due. |
| 30 | PENNSYLVANIA DEPARTMENT OF REVENUE BANKRUPTCY DIVISION PO BOX 280946 HARRISBURG, PA 17128-0946 | 14-11005 (CSS) | Energy Future Competitive Holdings Company LLC | 08/24/2015 | 10981 | $0.00 | No liability owed to claimant per Debtors' books and records. Claimant does not appear to assert a claim. |

## ENERGY FUTURE HOLDINGS CORP., et al.

### THIRTY-NINETH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 31 | STALDER, LEIGH ADDRESS ON FILE | | No Debtor Asserted | 08/06/2015 | 10139 | $1,400.51 | According to the Debtors' books and records, Debtors are not liable for the asserted claim.  The proof of claim asserts a claim that has already been disallowed pursuant to the Order Sustaining Debtors' Third Omnibus Objection Docket No. 3236. |
| 32 | TAYLOR CENTRAL APPRAISAL DISTRICT C/O MCCREARY VESELKA BRAGG & ALLEN P.C. ATTN: LEE GORDON P.O. BOX 1269 ROUND ROCK, TX 78680 | 14-10979 (CSS) | Energy Future Holdings Corp. | 01/14/2016 | 37558 | $318.15* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 33 | TEXAS COMMISSION ON ENVIRONMENTAL QUALITY, OFFICE OF THE ATTORNEY GENERAL ATTN: HAL F. MORRIS, ASSISTANT AG 300 WEST 15TH ST. AUSTIN, TX 78701 | 14-11041 (CSS) | Texas Power & Light Company, Inc. | 10/23/2014 | 6192 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 34 | TEXAS COMMISSION ON ENVIRONMENTAL QUALITY, OFFICE OF THE ATTORNEY GENERAL ATTN: HAL F. MORRIS, ASSISTANT AG 300 WEST 15TH ST. AUSTIN, TX 78701 | 14-11034 (CSS) | Texas Electric Service Company, Inc. | 10/23/2014 | 6294 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |

## ENERGY FUTURE HOLDINGS CORP., et al.

### THIRTY-NINETH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 35 | TEXAS COMMISSION ON ENVIRONMENTAL QUALITY, OFFICE OF THE ATTORNEY GENERAL ATTN: HAL F. MORRIS, ASSISTANT AG 300 WEST 15TH ST. AUSTIN, TX 78701 | 14-11042 (CSS) | Luminant Mining Company LLC | 10/23/2014 | 6295 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 36 | TEXAS COMMISSION ON ENVIRONMENTAL QUALITY, OFFICE OF THE ATTORNEY GENERAL ATTN: HAL F. MORRIS, ASSISTANT AG 300 WEST 15TH ST. AUSTIN, TX 78701 | 14-11000 (CSS) | Dallas Power & Light Company, Inc. | 10/23/2014 | 6296 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 37 | TEXAS COMMISSION ON ENVIRONMENTAL QUALITY, OFFICE OF THE ATTORNEY GENERAL ATTN: HAL F. MORRIS, ASSISTANT AG 300 WEST 15TH ST. AUSTIN, TX 78701 | 14-11005 (CSS) | Energy Future Competitive Holdings Company LLC | 10/23/2014 | 6297 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| | | | | | TOTAL | $7,695,614.79 | |