# Exhibit A

**Satisfied Claims**

## ENERGY FUTURE HOLDINGS CORP., et al.

### FIFTH NOTICE OF SATISFACTION: EXHIBIT A – Satisfied Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|
| 1 | AON HEWITT<br>ATTN: TERESA MUI, PARALEGAL<br>4 OVERLOOK POINT<br>40B-2N-3 (2329A)<br>LINCOLNSHIRE, IL 60069 | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/15/2014 | 5296 | $8,019.00 | Claim satisfied pursuant to court order entered on 6/4/2014 [Docket No. 786]. Claim satisfied by ACH numbers 8300015745 and 8300029746 on 11/12/2014 and 2/24/2015, respectively. |
| 2 | AON RISK SERVICES SOUTHWEST INC<br>AON RISK SERVICES COMPANIES INC<br>75 REMITTANCE DR STE 1943<br>CHICAGO, IL 60675-1943 | 14-11042 (CSS) | Luminant Mining Company LLC | 06/30/2014 | 504203670 | $214.74 | Claim satisfied pursuant to court order entered on 6/4/2014 [Docket No. 786]. Paid via ACH number 8300029928 on 02/25/2015. |
| 3 | AON RISK SERVICES SOUTHWEST INC<br>AON RISK SERVICES COMPANIES INC<br>75 REMITTANCE DR STE 1943<br>CHICAGO, IL 60675-1943 | 14-11022 (CSS) | Oak Grove Management Company LLC | 06/30/2014 | 502200560 | $26.67 | Claim satisfied pursuant to court order entered on 6/4/2014 [Docket No. 786]. Paid via ACH number 8300029928 on 02/25/2015. |
| 4 | CITIBANK NA<br>ATTN: CITI TAMPA BILLING<br>3800 CITIBANK CENTER<br>BLDG B 3RD FLOOR<br>TAMPA, FL 33610 | 14-11023 (CSS) | Luminant Energy Company LLC | 06/30/2014 | 502301760 | $3,603.20 | Satisfied via a draw down against restricted cash. |
| | | | | | TOTAL | $11,863.61 | |