**Exhibit B**

**Partially Satisfied Claims**

# ENERGY FUTURE HOLDINGS CORP., et al.

## FIFTH NOTICE OF SATISFACTION: EXHIBIT B – Partially Satisfied Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | REMAINING DEBTOR | REMAINING PRIORITY STATUS | REMAINING CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | DELL MARKETING, L.P. ATTN: NANCY MIMS ONE DELL WAY, RR1, MS 52 ROUND ROCK, TX 78682 | 1546 | EFH Corporate Services Company[1] | 503(b)(9) | $5,781.37 | EFH Corporate Services Company | 503(b)(9) | $4,989.13 |
| | | | Luminant Generation Company LLC | 503(b)(9) | $3,690.70 | Luminant Generation Company LLC | 503(b)(9) | $3,690.70 |
| | | | Luminant Mining Company LLC | 503(b)(9) | $3,727.19 | Luminant Mining Company LLC | 503(b)(9) | $3,727.19 |
| | | | TXU Energy Retail Company LLC | 503(b)(9) | $69.90 | TXU Energy Retail Company LLC | 503(b)(9) | $35.98 |
| | | | EFH Corporate Services Company | Unsecured | $12,381.79 | EFH Corporate Services Company | Unsecured | $12,381.79 |
| | | | Luminant Energy Company LLC | Unsecured | $410.29 | Luminant Energy Company LLC | Unsecured | $157.99 |
| | | | Luminant Generation Company LLC | Unsecured | $6,092.55 | Luminant Generation Company LLC | Unsecured | $1,006.44 |
| | | | Luminant Mining Company LLC | Unsecured | $459.97 | Luminant Mining Company LLC | Unsecured | $191.49 |
| | | | TXU Energy Retail Company LLC | Unsecured | $6,429.01 | TXU Energy Retail Company LLC | Unsecured | $6,429.01 |
| | | | | Subtotal | $39,042.77 | | Subtotal | $32,609.72 |

REASON FOR SATISFACTION: Claim included post-petition invoices, which were paid in the ordinary course of business. Paid via ACH numbers 8000942705, 8000943686, 8000945497, 8000946070, and 8300034959 on 5/27/2014, 6/3/2014, 6/23/2014, 6/25/2014, and 4/2/2015, respectively.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | REMAINING DEBTOR | REMAINING PRIORITY STATUS | REMAINING CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | HERTZ EQUIPMENT RENTAL CORPORATION PO BOX 650280 DALLAS, TX 75265-0280 | 504232450 | Luminant Mining Company LLC | Unsecured | $14,169.51 | Luminant Mining Company LLC | Unsecured | $12,154.51 |

REASON FOR SATISFACTION: Claim partially escheated to the State of Texas via wire reference number 7141001150 on 10/10/2014.

---

[1] Claim 1546 was modified 09/16/2015, by the Order Sustaining Debtors' Twenty-Eighth Omnibus (Substantive) Objection to Claims (DI. 6050).

**ENERGY FUTURE HOLDINGS CORP., et al.**

**FIFTH NOTICE OF SATISFACTION: EXHIBIT B – Partially Satisfied Claims**

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | REMAINING DEBTOR | REMAINING PRIORITY STATUS | REMAINING CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 3 | IBM CORPORATION ATTN: BANKRUPTCY COORDINATOR 275 VIGER E, 4TH FLOOR MONTREAL, QC H2X 3R7 CANADA | 582 | EFH Corporate Services Company | Unsecured | $335,778.20 | EFH Corporate Services Company | Unsecured | $317,420.52 |

**REASON FOR SATISFACTION:** Claim included post-petition amounts, which were paid in the ordinary course of business. Paid via ACH numbers 8000944477, 8000946844, and 8300008521 on 6/11/2014, 6/30/2014, and 9/29/2014, respectively.

| | | | | TOTAL | $388,990.48 | | TOTAL | $362,184.75 |