## EXHIBIT A

## Hours Expended by SOLIC Professionals

| NAME | TITLE | HOURS 02/01 – 02/29/2016 |
|---|---|---|
| Neil Luria | Sr. Managing Director | 86.5 |
| Raoul Nowitz | Managing Director | 139.0 |
| George Koutsonicolis | Managing Director | 1.0 |
| Paul Hogan | Director | 3.0 |
| Matthew Cumbee | Sr. Associate | 121.5 |
| TOTALS | | 351.0 |