## **EXHIBIT C**

**Expenses by Category**

|  | February 2016 |
|---|---|
| Airfare | $7,035.06 |
| Ground Transportation | $1,662.10 |
| Hotel & Lodging | $3,444.67 |
| Outside Litigation Support | $21.00 |
| Meals | $423.85 |
| Mileage | $66.96 |
| TOTALS | $12,653.64 |