# U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Christopher S. Sontchi
### #6

Amended Calendar 03/24/2016 11:40 AM

## Court Conference

**Calendar Date:** 03/24/2016
**Calendar Time:** 03:30 PM ET

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7516893 | Joseph Barsalona | (302) 651-7542 | Richards, Layton & Finger, P.A. | Debtor, Future Energy Holdings / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7516503 | Mark A. Cody | (312) 269-4392 | Jones Day | Creditor, Oncor Electric Delivery Holdings Company, LLC / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7516416 | Kent Collier | (212) 588-8890 | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7516432 | Michael D. DeBaecke | (302) 425-6400 | Blank Rome LLP | Creditor, Wilmington Trust / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7516368 | Daniel DeFranceschi | (302) 651-7700 | Richards, Layton & Finger, P.A. | Debtor, Energy Future Holdings Corp. / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7516501 | David M. Fournier | (302) 777-6565 | Pepper Hamilton LLP | Creditor, Oncor / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7516486 | R. Stephen McNeill | (302) 984-6171 | Potter Anderson & Corroon LLP | Creditor, Deutsche Bank National Trust Company / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7516634 | Steven R. Schwartz | (212) 848-7237 | Shearman & Sterling LLP | Creditor, DB / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 (15-5123) | Hearing | 7516424 | Jessica Liou | (212) 310-8192 | Weil, Gotshal & Manges LLP | Defendant(s), Titan Investments Holdings LP / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 (15-5123) | Hearing | 7516462 | Ashley Altschuler | (302) 468-5700 | DLA Piper US, LLP | Intervenor, Morgan Stanley / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 (15-5123) | Hearing | 7517180 | Bradley R Aronstam | (302) 576-1601 | Ross Aronstam & Moritz LLP | Creditor, GSO Capital Partners LP / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 (15-5123) | Hearing | 7516325 | Elsbeth Bennett | (202) 974-1911 | Cleary Gottlieb Steen and Hamilton | Defendant(s), J Aron & Company / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 (15-5123) | Hearing | 7516576 | Ronit Berkovich | (212) 310-8534 | Weil Gotshal & Manges LLP | Defendant(s), Titan Investments Holdings LP / LIVE |

Raymond Reyes ext. 881

Copyright © 2016 CourtCall, LLC. All Rights Reserved.

| Case Name | Case # | Proceeding | ID | Name | Phone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 (15-5123 9) | Hearing | 7516538 | Thomas Curtin | (212) 504-6063 | Cadwalader, Wickersham & Taft LLP | Defendant(s), Morgan Stanley / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (15-5123 9) | Hearing | 7516451 | Justin K. Edelson | (302) 252-0925 | Polsinelli PC | Debtor, Energy Future Holdings / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (15-5123 9) | Hearing | 7516704 | Mark Ellenberg | 202-862-2238 | Cadwalader, Wickersham & Taft LLP | Creditor, Morgan Stanley / LIVE |
| Energy Future Holdings Corp. | 14-10979 (15-5123 9) | Hearing | 7516408 | GianClaudio Finizio | (302) 429-9240 | Bayard P.A. | Interested Party, Delaware Trust Company / LIVE |
| Energy Future Holdings Corp. | 14-10979 (15-5123 9) | Hearing | 7517295 | Simon Fraser | (302) 295-2000 | Cozen O'Connor | Creditor, Delaware Trust Company / LIVE |
| Energy Future Holdings Corp. | 14-10979 (15-5123 9) | Hearing | 7516397 | Neil Glassman | 302-429-4224 | Bayard P.A. | Interested Party, Delaware Trust Company / LIVE |
| Energy Future Holdings Corp. | 14-10979 (15-5123 9) | Hearing | 7516544 | Howard Hawkins | (212) 504-6422 | Cadwalader, Wickersham & Taft LLP | Defendant(s), Stanley Morgan / LIVE |
| Energy Future Holdings Corp. | 14-10979 (15-5123 9) | Hearing | 7516379 | Jeremy Hollembeak | (212) 530-5189 | Kobre & Kim LLP | Interested Party, Delaware Trust Company / LIVE |
| Energy Future Holdings Corp. | 14-10979 (15-5123 9) | Hearing | 7516323 | Joseph H. Huston, Jr. | (302) 425-3310 | Stevens & Lee, P.C. | Creditor, Attorneys for Defendant Wilmington Trust, N.A., solely in its capacity as First / LIVE |
| Energy Future Holdings Corp. | 14-10979 (15-5123 9) | Hearing | 7516384 | Michael S. Kim | (212) 488-1201 | Kobre & Kim LLP | Interested Party, Delaware Trust Company / LIVE |
| Energy Future Holdings Corp. | 14-10979 (15-5123 9) | Hearing | 7516797 | Mark D. Kotwick | (212) 574-1545 | Seward & Kissel LLP | Interested Party, Wilmington Trust / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (15-5123 9) | Hearing | 7516997 | Sean O'Neal | (212) 225-2416 | Cleary Gottlieb Steen & Hamilton | Defendant(s), J Aron & Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (15-5123 9) | Hearing | 7516573 | Sal Romanello | (212) 310-8454 | Weil Gotshal & Manges LLP | Defendant(s), Titan Investments Holdings LP / LIVE |
| Energy Future Holdings Corp. | 14-10979 (15-5123 9) | Hearing | 7516390 | Benjamin Sauter | (212) 488-1288 | Kobre & Kim LLP | Interested Party, Delaware Trust Company / LIVE |
| Energy Future Holdings Corp. | 14-10979 (15-5123 9) | Hearing | 7517211 | Benjamin Schladweiler | (302) 576-1601 | Ross Aronstam & Moritz LLP | Creditor, GSO Capital Partners LP / LIVE |
| Energy Future Holdings Corp. | 14-10979 (15-5123 9) | Hearing | 7516332 | Daniel S. Shamah | (212) 326-2138 | O'Melveny & Myers, LLP | Defendant(s), Wilmington Trust / LIVE |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 (15-5123 9) | Hearing | 7517235 | David Singh | (650) 802-3000 | Weil Gotshal & Manges LLP | Creditor, GSO Capital Partners LP / LIVE |
| Energy Future Holdings Corp. | 14-10979 (15-5123 9) | Hearing | 7516401 | Ashley Stitzer | 302-655-5000 | Bayard P.A. | Interested Party, Delaware Trust Company / LIVE |

Copyright © 2016 CourtCall, LLC. All Rights Reserved.

Raymond Reyes ext. 881