## <u>EXHIBIT A</u>

**Statement of Fees By Subject Matter**

*Exhibit A*

**Combined - All Entities**
**Summary of Time Detail by Task**
**February 1, 2016 through February 29, 2016**

| Task Description | Sum of Hours | Sum of Fees |
|---|---|---|
| Accounting/Cut-off | 22.1 | $10,662.50 |
| Bankruptcy Support | 22.3 | $13,350.00 |
| Business Plan | 73.1 | $27,412.50 |
| Cash Management | 26.8 | $9,380.00 |
| Claims | 416.0 | $202,882.50 |
| Contracts | 72.4 | $47,065.00 |
| Coordination & Communication with UCC | 33.5 | $19,322.50 |
| Fee Applications | 40.8 | $19,662.50 |
| Status Meetings | 2.1 | $1,605.00 |
| Strategic Transaction Asset Sale | 213.2 | $121,342.00 |
| Travel Time | 38.2 | $20,560.00 |
| UST Reporting Requirements | 8.9 | $4,895.00 |
| Vendor Management | 3.9 | $3,022.50 |
| **Total** | **973.3** | **$501,162.00** |

*Travel time billed at 50% of time incurred*

*Exhibit A*

**TCEH**
**Summary of Time Detail by Task**
**February 1, 2016 through February 29, 2016**

| Task Description | Sum of Hours | Sum of Fees |
|---|---|---|
| Accounting/Cut-off | 16.4 | $7,892.12 |
| Bankruptcy Support | 7.5 | $4,497.38 |
| Business Plan | 20.6 | $7,735.44 |
| Cash Management | 8.9 | $3,104.76 |
| Claims | 149.0 | $73,572.25 |
| Contracts | 54.6 | $35,501.87 |
| Coordination & Communication with UCC | 32.4 | $18,585.63 |
| Fee Applications | 13.5 | $6,508.24 |
| Status Meetings | 0.7 | $531.25 |
| Travel Time | 12.6 | $6,805.32 |
| UST Reporting Requirements | 2.9 | $1,620.23 |
| Vendor Management | 2.9 | $2,266.88 |
| **Total** | **322.2** | **$168,621.38** |

*Travel time billed at 50% of time incurred*

**EFH**
**Summary of Time Detail by Task**
**February 1, 2016 through February 29, 2016**

| Task Description | Sum of Hours | Sum of Fees |
|---|---|---|
| Accounting/Cut-off | 5.5 | $2,627.89 |
| Bankruptcy Support | 2.3 | $1,350.72 |
| Business Plan | 12.2 | $4,560.33 |
| Cash Management | 2.7 | $929.16 |
| Claims | 45.1 | $22,281.81 |
| Contracts | 17.8 | $11,563.13 |
| Coordination & Communication with UCC | 1.1 | $736.88 |
| Fee Applications | 4.0 | $1,947.72 |
| Status Meetings | 0.2 | $158.99 |
| Travel Time | 3.8 | $2,036.63 |
| UST Reporting Requirements | 0.9 | $484.89 |
| Vendor Management | 1.0 | $755.62 |
| **Total** | **96.4** | **$49,433.76** |

*Travel time billed at 50% of time incurred*

*Exhibit A*

**EFIH**
*Summary of Time Detail by Task*
*February 1, 2016 through February 29, 2016*

| Task Description | Sum of Hours | Sum of Fees |
|---|---|---|
| Accounting/Cut-off | 0.2 | $142.49 |
| Bankruptcy Support | 12.5 | $7,501.89 |
| Business Plan | 40.3 | $15,116.73 |
| Cash Management | 15.3 | $5,346.08 |
| Claims | 221.9 | $107,028.44 |
| Fee Applications | 23.3 | $11,206.53 |
| Status Meetings | 1.2 | $914.76 |
| Strategic Transaction Asset Sale | 213.2 | $121,342.00 |
| Travel Time | 21.8 | $11,718.06 |
| UST Reporting Requirements | 5.1 | $2,789.88 |
| **Total** | **554.7** | **$283,106.86** |

*Travel time billed at 50% of time incurred*