**EXHIBIT B**

**Professionals' Information**

The A&M professionals who rendered services in these cases during the Fee Period are:

*Exhibit B*

*Combined - All Entities*
*Summary of Time Detail by Professional*
*February 1, 2016 through February 29, 2016*

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Tyler Horton | Managing Director | $950.00 | 4.4 | $4,180.00 |
| Jeff Stegenga | Managing Director | $950.00 | 1.5 | $1,425.00 |
| Emmett Bergman | Managing Director | $775.00 | 21.9 | $16,972.50 |
| Jonathan Vanderveen | Managing Director | $675.00 | 71.0 | $47,925.00 |
| Steve Kotarba | Managing Director | $675.00 | 7.8 | $5,265.00 |
| Jodi Ehrenhofer | Senior Director | $625.00 | 116.0 | $72,500.00 |
| Matt Frank | Director | $625.00 | 134.4 | $84,000.00 |
| Derek Myers | Director | $570.00 | 20.6 | $11,742.00 |
| Kevin Sullivan | Director | $550.00 | 9.3 | $5,115.00 |
| Paul Kinealy | Director | $550.00 | 55.0 | $30,250.00 |
| Mark Zeiss | Director | $525.00 | 0.6 | $315.00 |
| Holly Sjostrom | Director | $500.00 | 95.1 | $47,550.00 |
| Adam Buchler | Manager | $450.00 | 22.1 | $9,945.00 |
| Richard Carter | Consultant | $450.00 | 140.0 | $63,000.00 |
| Michael Williams | Consultant | $375.00 | 140.1 | $52,537.50 |
| Jon Rafpor | Analyst | $400.00 | 14.0 | $5,600.00 |
| Sarah Pittman | Analyst | $375.00 | 73.6 | $27,600.00 |
| Peyton Heath | Analyst | $350.00 | 29.4 | $10,290.00 |
| Mary Napoliello | Paraprofessional | $300.00 | 16.5 | $4,950.00 |
| | | *Total* | **973.3** | **$501,162.00** |

*Exhibit B*

### TCEH
### *Summary of Time Detail by Professional*
### *February 1, 2016 through February 29, 2016*

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $950.00 | 0.5 | $471.67 |
| Emmett Bergman | Managing Director | $775.00 | 14.3 | $11,105.74 |
| Steve Kotarba | Managing Director | $675.00 | 2.6 | $1,742.70 |
| Jodi Ehrenhofer | Senior Director | $625.00 | 48.5 | $30,286.18 |
| Matt Frank | Director | $625.00 | 85.5 | $53,429.88 |
| Kevin Sullivan | Director | $550.00 | 3.1 | $1,693.05 |
| Paul Kinealy | Director | $550.00 | 19.1 | $10,496.63 |
| Mark Zeiss | Director | $525.00 | 0.2 | $104.26 |
| Richard Carter | Consultant | $450.00 | 53.5 | $24,089.63 |
| Jon Rafpor | Analyst | $400.00 | 10.5 | $4,200.00 |
| Michael Williams | Consultant | $375.00 | 48.4 | $18,159.71 |
| Sarah Pittman | Analyst | $375.00 | 20.8 | $7,797.50 |
| Peyton Heath | Analyst | $350.00 | 9.7 | $3,405.97 |
| Mary Napoliello | Paraprofessional | $300.00 | 5.5 | $1,638.44 |
| | | ***Total*** | **322.2** | **$168,621.38** |

*Exhibit B*

### EFH
### Summary of Time Detail by Professional
### February 1, 2016 through February 29, 2016

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $950.00 | 0.1 | $141.16 |
| Emmett Bergman | Managing Director | $775.00 | 4.7 | $3,658.22 |
| Steve Kotarba | Managing Director | $675.00 | 0.8 | $521.54 |
| Jodi Ehrenhofer | Senior Director | $625.00 | 10.5 | $6,556.68 |
| Matt Frank | Director | $625.00 | 25.6 | $16,000.91 |
| Kevin Sullivan | Director | $550.00 | 0.9 | $506.68 |
| Paul Kinealy | Director | $550.00 | 5.8 | $3,170.84 |
| Mark Zeiss | Director | $525.00 | 0.1 | $31.20 |
| Richard Carter | Consultant | $450.00 | 13.1 | $5,876.39 |
| Jon Rafpor | Analyst | $400.00 | 3.5 | $1,400.00 |
| Michael Williams | Consultant | $375.00 | 14.6 | $5,481.60 |
| Sarah Pittman | Analyst | $375.00 | 12.2 | $4,578.90 |
| Peyton Heath | Analyst | $350.00 | 2.9 | $1,019.30 |
| Mary Napoliello | Paraprofessional | $300.00 | 1.6 | $490.34 |
| | | *Total* | **96.4** | **$49,433.76** |

*Exhibit B*

### EFIH
### Summary of Time Detail by Professional
### February 1, 2016 through February 29, 2016

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---:|---:|---:|
| Tyler Horton | Managing Director | $950.00 | 4.4 | $4,180.00 |
| Jeff Stegenga | Managing Director | $950.00 | 0.9 | $812.17 |
| Emmett Bergman | Managing Director | $775.00 | 2.8 | $2,208.53 |
| Jonathan Vanderveen | Managing Director | $675.00 | 71.0 | $47,925.00 |
| Steve Kotarba | Managing Director | $675.00 | 4.4 | $3,000.76 |
| Jodi Ehrenhofer | Senior Director | $625.00 | 57.1 | $35,657.15 |
| Matt Frank | Director | $625.00 | 23.3 | $14,569.20 |
| Derek Myers | Director | $570.00 | 20.6 | $11,742.00 |
| Kevin Sullivan | Director | $550.00 | 5.3 | $2,915.27 |
| Paul Kinealy | Director | $550.00 | 30.2 | $16,582.53 |
| Mark Zeiss | Director | $525.00 | 0.3 | $179.53 |
| Holly Sjostrom | Director | $500.00 | 95.1 | $47,550.00 |
| Adam Buchler | Manager | $450.00 | 22.1 | $9,945.00 |
| Richard Carter | Consultant | $450.00 | 73.4 | $33,033.98 |
| Michael Williams | Consultant | $375.00 | 77.1 | $28,896.18 |
| Sarah Pittman | Analyst | $375.00 | 40.6 | $15,223.60 |
| Peyton Heath | Analyst | $350.00 | 16.8 | $5,864.73 |
| Mary Napoliello | Paraprofessional | $300.00 | 9.4 | $2,821.22 |
| | | **Total** | **554.7** | **$283,106.86** |