**<u>EXHIBIT C</u>**

**Summary of Actual and Necessary Expenses for the Fee Period**

*Exhibit C*

*Combined*
*Energy Future Holdings Corp., et al.,*
*Summary of Expense Detail by Category*
*February 1, 2016 through February 29, 2016*

| *Expense Category* | *Sum of Expenses* |
|---|---|
| Airfare | $5,098.28 |
| Lodging | $4,869.67 |
| Meals | $779.73 |
| Miscellaneous | $103.92 |
| Transportation | $2,567.23 |
| *Total* | **$13,418.83** |

*Exhibit C*

### TCEH
### Summary of Expense Detail by Category
### February 1, 2016 through February 29, 2016

| Expense Category | Sum of Expenses |
|---|---:|
| Airfare | $1,687.54 |
| Lodging | $1,611.84 |
| Meals | $258.10 |
| Miscellaneous | $34.39 |
| Transportation | $849.87 |
| **Total** | **$4,441.74** |

*Page 1 of 1*

*Exhibit C*

## EFH
### Summary of Expense Detail by Category
### February 1, 2016 through February 29, 2016

| Expense Category | Sum of Expenses |
|---|---|
| Airfare | $505.24 |
| Lodging | $482.60 |
| Meals | $77.27 |
| Miscellaneous | $10.30 |
| Transportation | $254.43 |
| **Total** | **$1,329.84** |

*Exhibit C*

### EFIH
### Summary of Expense Detail by Category
### February 1, 2016 through February 29, 2016

| Expense Category | Sum of Expenses |
|---|---:|
| Airfare | $2,905.50 |
| Lodging | $2,775.23 |
| Meals | $444.36 |
| Miscellaneous | $59.23 |
| Transportation | $1,462.93 |
| **Total** | **$7,647.25** |