## <u>EXHIBIT D</u>

**Detailed Description of Expenses and Disbursements**

*Exhibit D*

---

*Combined - All Entities*
*Expense Detail by Category*
*February 1, 2016 through February 29, 2016*

---

## *Airfare*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Holly Sjostrom | 1/28/2016 | $179.10 | Airfare roundtrip Chicago/New York. |
| Jonathan Vanderveen | 1/28/2016 | $160.60 | Airfare roundtrip Chicago/New York. |
| Jodi Ehrenhofer | 2/1/2016 | $176.71 | Airfare one-way coach Chicago/Dallas. |
| Matt Frank | 2/2/2016 | $278.10 | Airfare one-way coach Chicago/Dallas. |
| Paul Kinealy | 2/2/2016 | $349.70 | Airfare roundtrip coach Chicago/Dallas. |
| Jodi Ehrenhofer | 2/4/2016 | $176.71 | Airfare one-way coach Dallas/Chiacgo. |
| Matt Frank | 2/4/2016 | $278.10 | Airfare one-way coach Dallas/Chicago. |
| Jodi Ehrenhofer | 2/8/2016 | $176.71 | Airfare one-way coach Chicago/Dallas. |
| Holly Sjostrom | 2/11/2016 | $210.05 | Airfare roundtrip Chicago/New York. |
| Jodi Ehrenhofer | 2/11/2016 | $280.72 | Airfare one-way coach Dallas/Chiacgo. |
| Richard Carter | 2/11/2016 | $780.20 | Airfare roundtrip coach Chicago/Dallas. |
| Jodi Ehrenhofer | 2/15/2016 | $176.71 | Airfare one-way coach Chicago/Dallas. |
| Richard Carter | 2/16/2016 | $780.20 | Airfare roundtrip coach Chicago/Dallas. |
| Jodi Ehrenhofer | 2/18/2016 | $176.71 | Airfare one-way coach Dallas/Chicago. |
| Jodi Ehrenhofer | 2/22/2016 | $176.71 | Airfare one-way coach Chicago/Dallas. |
| Jodi Ehrenhofer | 2/23/2016 | $190.05 | Airfare one-way coach Dallas/Chicago. |
| Matt Frank | 2/23/2016 | $278.10 | Airfare one-way coach Chicago/Dallas. |
| Matt Frank | 2/24/2016 | $273.10 | Airfare one-way coach Dallas/Chicago. |
| **Expense Category Total** | | **$5,098.28** | |

## *Lodging*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Matt Frank | 2/3/2016 | $463.30 | Hotel in Dallas - 2 nights. |
| Richard Carter | 2/3/2016 | $767.64 | Hotel in Dallas - 3 nights. |
| Jodi Ehrenhofer | 2/4/2016 | $383.82 | Hotel in Dallas - 3 nights. |
| Holly Sjostrom | 2/10/2016 | $578.46 | Hotel in New York - 2 nights. |
| Jonathan Vanderveen | 2/10/2016 | $249.07 | Hotel in New York - 1 night. |
| Paul Kinealy | 2/10/2016 | $360.75 | Hotel in Dallas - 3 nights. |

*Exhibit D*

## Combined - All Entities
### Expense Detail by Category
### February 1, 2016 through February 29, 2016

### Lodging

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Jodi Ehrenhofer | 2/11/2016 | $383.82 | Hotel in Dallas - 3 nights. |
| Richard Carter | 2/16/2016 | $511.76 | Hotel in Dallas - 2 nights. |
| Jodi Ehrenhofer | 2/17/2016 | $383.82 | Hotel in Dallas - 3 nights. |
| Jodi Ehrenhofer | 2/22/2016 | $127.94 | Hotel in Dallas - 1 night. |
| Matt Frank | 2/23/2016 | $147.53 | Hotel in Dallas - 1 night. |
| Richard Carter | 2/23/2016 | $511.76 | Hotel in Dallas - 2 nights. |
| **Expense Category Total** | | **$4,869.67** | |

### Meals

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Richard Carter | 2/1/2016 | $27.82 | Out of town dinner - R. Carter. |
| Richard Carter | 2/1/2016 | $10.48 | Out of town breakfast - R. Carter. |
| Jodi Ehrenhofer | 2/2/2016 | $67.72 | Out of town dinner - J. Ehrenhofer, R. Carter, M. Williams - 3. |
| Jodi Ehrenhofer | 2/2/2016 | $3.98 | Out of town breakfast - J. Ehrenhofer. |
| Matt Frank | 2/3/2016 | $19.24 | Out of town dinner - M. Frank. |
| Matt Frank | 2/4/2016 | $13.83 | Out of town breakfast - M. Frank. |
| Richard Carter | 2/4/2016 | $21.86 | Out of town dinner - R. Carter. |
| Richard Carter | 2/5/2016 | $39.64 | Out of town dinner - R. Carter. |
| Holly Sjostrom | 2/8/2016 | $12.91 | Out of town breakfast - H. Sjostrom, J. Vanderveen - 2. |
| Jonathan Vanderveen | 2/8/2016 | $80.00 | Out of town dinner - J. Vanderveen, H. Sjostrom - 2. |
| Jonathan Vanderveen | 2/8/2016 | $25.42 | Working lunch - J. Vanderveen, H. Sjostrom - 2. |
| Paul Kinealy | 2/8/2016 | $7.47 | Out of town breakfast - P. Kinealy. |
| Jonathan Vanderveen | 2/9/2016 | $11.92 | Out of town breakfast - J. Vanderveen, H. Sjostrom - 2. |
| Paul Kinealy | 2/9/2016 | $8.09 | Out of town breakfast - P. Kinealy. |
| Jodi Ehrenhofer | 2/10/2016 | $15.49 | Out of town dinner - J. Ehrenhofer. |
| Paul Kinealy | 2/10/2016 | $5.93 | Out of town breakfast - P. Kinealy. |
| Jodi Ehrenhofer | 2/11/2016 | $3.98 | Out of town breakfast - J. Ehrenhofer. |
| Jodi Ehrenhofer | 2/11/2016 | $30.77 | Out of town dinner - J. Ehrenhofer. |

*Exhibit D*

**Combined - All Entities**
**Expense Detail by Category**
**February 1, 2016 through February 29, 2016**

## Meals

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Paul Kinealy | 2/11/2016 | $10.16 | Out of town dinner - P. Kinealy. |
| Paul Kinealy | 2/11/2016 | $5.93 | Out of town breakfast - P. Kinealy. |
| Richard Carter | 2/15/2016 | $7.41 | Out of town breakfast - R. Carter. |
| Jodi Ehrenhofer | 2/16/2016 | $88.13 | Out of town dinner- J. Ehrenhofer, M. Williams, R. Carter - 3. |
| Jodi Ehrenhofer | 2/16/2016 | $3.98 | Out of town breakfast - J. Ehrenhofer. |
| Richard Carter | 2/17/2016 | $30.21 | Out of town dinner - R. Carter. |
| Richard Carter | 2/17/2016 | $6.68 | Out of town breakfast - R. Carter. |
| Richard Carter | 2/18/2016 | $39.64 | Out of town dinner - R. Carter. |
| Jodi Ehrenhofer | 2/22/2016 | $72.94 | Out of town dinner - J. Ehrenhofer, M. Williams, R. Carter - 3. |
| Richard Carter | 2/22/2016 | $10.93 | Out of town breakfast - R. Carter. |
| Jodi Ehrenhofer | 2/23/2016 | $3.98 | Out of town breakfast - J. Ehrenhofer. |
| Matt Frank | 2/23/2016 | $6.41 | Out of town breakfast - M. Frank. |
| Matt Frank | 2/23/2016 | $40.00 | Out of town dinner - M. Frank. |
| Matt Frank | 2/24/2016 | $7.57 | Out of town breakfast - M. Frank. |
| Richard Carter | 2/24/2016 | $2.91 | Out of town breakfast - R. Carter. |
| Richard Carter | 2/25/2016 | $36.30 | Out of town dinner - R. Carter. |
| **Expense Category Total** | | **$779.73** | |

## Miscellaneous

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Jodi Ehrenhofer | 12/2/2015 | $1.75 | Verizon conference call charges. |
| Paul Kinealy | 12/2/2015 | $4.55 | Verizon conference call charges. |
| Matt Frank | 2/1/2016 | $12.94 | Verizon conference call charges. |
| Paul Kinealy | 2/1/2016 | $15.30 | Verizon conference call charges. |
| Matt Frank | 2/2/2016 | $49.95 | Internet/Online Fees: Internet Access on flights 2/2/2016-3/1/2016 |
| Richard Carter | 2/4/2016 | $19.43 | In flight wifi charges. |
| **Expense Category Total** | | **$103.92** | |

*Exhibit D*

*Combined - All Entities*
*Expense Detail by Category*
*February 1, 2016 through February 29, 2016*

### Transportation

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Jodi Ehrenhofer | 2/1/2016 | $24.55 | Taxi from home to O'Hare Airport. |
| Richard Carter | 2/1/2016 | $59.10 | Taxi from DFW Airport to Energy. |
| Matt Frank | 2/2/2016 | $65.00 | Taxi from DFW Airport to Energy. |
| Matt Frank | 2/2/2016 | $65.00 | Taxi from home to Chicago O'Hare. |
| Jodi Ehrenhofer | 2/3/2016 | $15.00 | Parking at Energy office. |
| Matt Frank | 2/3/2016 | $15.00 | Taxi from dinner to hotel. |
| Jodi Ehrenhofer | 2/4/2016 | $40.50 | Parking at hotel in Dallas - 3 nights. |
| Jodi Ehrenhofer | 2/4/2016 | $123.98 | Rental car in Dallas - 4 days. |
| Jodi Ehrenhofer | 2/4/2016 | $22.50 | Taxi from O'Hare Airport to home. |
| Matt Frank | 2/4/2016 | $65.00 | Taxi from Energy to DFW Airport. |
| Matt Frank | 2/4/2016 | $10.00 | Taxi from hotel to Energy. |
| Matt Frank | 2/4/2016 | $65.00 | Taxi from Chicago Airport to home. |
| Richard Carter | 2/4/2016 | $58.80 | Taxi from Energy to DFW Airport. |
| Richard Carter | 2/4/2016 | $15.00 | Taxi from hotel to Energy. |
| Richard Carter | 2/4/2016 | $140.00 | Parking at Chicago O'Hare. |
| Holly Sjostrom | 2/8/2016 | $15.35 | Taxi from train to client. |
| Holly Sjostrom | 2/8/2016 | $35.75 | Taxi from airport to Amtrak. |
| Holly Sjostrom | 2/8/2016 | $56.30 | Taxi from home to Chicago Airport. |
| Holly Sjostrom | 2/8/2016 | $122.00 | Train from Philadelphia to NYC. |
| Holly Sjostrom | 2/8/2016 | $11.90 | Taxi from hotel to dinner. |
| Jodi Ehrenhofer | 2/8/2016 | $22.50 | Taxi from home to O'Hare Airport. |
| Jonathan Vanderveen | 2/8/2016 | $122.00 | Train one-way Philadelphia to New York. |
| Jonathan Vanderveen | 2/8/2016 | $38.00 | Taxi from home to Chicago O'Hare. |
| Paul Kinealy | 2/8/2016 | $28.80 | Taxi from Dallas Airport to Energy. |
| Holly Sjostrom | 2/9/2016 | $3.00 | Train to dinner. |
| Holly Sjostrom | 2/9/2016 | $7.39 | Taxi to client. |
| Holly Sjostrom | 2/9/2016 | $9.96 | Taxi to office. |
| Holly Sjostrom | 2/9/2016 | $11.75 | Taxi to hotel. |
| Jonathan Vanderveen | 2/9/2016 | $7.60 | Taxi from dinner to hotel. |

*Exhibit D*

***Combined - All Entities***
***Expense Detail by Category***
***February 1, 2016 through February 29, 2016***

### *Transportation*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Holly Sjostrom | 2/10/2016 | $47.21 | Taxi to airport. |
| Jodi Ehrenhofer | 2/11/2016 | $3.36 | Fuel for rental car. |
| Jodi Ehrenhofer | 2/11/2016 | $40.50 | Parking at hotel in Dallas - 3 nights. |
| Jodi Ehrenhofer | 2/11/2016 | $22.50 | Taxi from O'Hare Airport to home. |
| Jodi Ehrenhofer | 2/11/2016 | $15.00 | Parking at Energy office. |
| Jodi Ehrenhofer | 2/11/2016 | $92.99 | Rental car in Dallas - 3 days. |
| Paul Kinealy | 2/11/2016 | $64.00 | Parking at Chicago Airport. |
| Jodi Ehrenhofer | 2/15/2016 | $21.70 | Taxi from home to O'Hare Airport. |
| Richard Carter | 2/15/2016 | $60.25 | Taxi from DFW Airport to Energy. |
| Jodi Ehrenhofer | 2/17/2016 | $40.50 | Parking at hotel in Dallas - 3 nights. |
| Richard Carter | 2/17/2016 | $105.00 | Parking at Chicago O'Hare. |
| Richard Carter | 2/17/2016 | $15.00 | Taxi from hotel to Energy. |
| Jodi Ehrenhofer | 2/18/2016 | $3.23 | Fuel for rental car. |
| Jodi Ehrenhofer | 2/18/2016 | $22.50 | Taxi from O'Hare Airport to home. |
| Jodi Ehrenhofer | 2/18/2016 | $123.98 | Rental car in Dallas - 4 days. |
| Jodi Ehrenhofer | 2/22/2016 | $21.85 | Taxi from home to O'Hare Airport. |
| Jodi Ehrenhofer | 2/22/2016 | $13.50 | Parking at hotel in Dallas - 1 night. |
| Richard Carter | 2/22/2016 | $56.00 | Taxi from DFW Airport to Energy. |
| Jodi Ehrenhofer | 2/23/2016 | $61.85 | Rental car in Dallas - 2 days. |
| Jodi Ehrenhofer | 2/23/2016 | $22.50 | Taxi from O'Hare Airport to home. |
| Jodi Ehrenhofer | 2/23/2016 | $2.08 | Fuel for rental car. |
| Jodi Ehrenhofer | 2/23/2016 | $15.00 | Parking at Energy office. |
| Matt Frank | 2/23/2016 | $65.00 | Taxi from home to Chicago O'Hare. |
| Matt Frank | 2/23/2016 | $65.00 | Taxi from DFW Airport to Energy. |
| Matt Frank | 2/24/2016 | $65.00 | Taxi from Energy to DFW Airport. |
| Matt Frank | 2/24/2016 | $65.00 | Taxi from Chicago Airport to home. |
| Richard Carter | 2/24/2016 | $85.00 | Parking at Chicago O'Hare. |
| Richard Carter | 2/24/2016 | $60.00 | Taxi from hotel to DFW Airport. |
| Richard Carter | 2/24/2016 | $15.00 | Taxi from Energy to hotel. |

*Combined - All Entities*
*Expense Detail by Category*
*February 1, 2016 through February 29, 2016*

*Transportation*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| **Expense Category Total** | | **$2,567.23** | |
| *Grand Total* | | **$13,418.83** | |