## **EXHIBIT A**

### **Statement of Fees by Subject Matter**

| Task Code # | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 926 | Retention | 16.50 | $7,386.50 |
| EFH.ET | Energy Trading | 50.50 | $38,555.00 |
| | **TOTAL** | **67.00** | **$45,941.50** |