## EXHIBIT B

### Professionals' Information

The Greenberg Traurig, LLP professionals who rendered professional services in this case during the Fee Period are:

| Professional Person | Position with the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Iskender H. Catto | Shareholder | $850 | 41.30 | $35,105.00 |
| Maria DiConza | Shareholder | $920 | 2.20 | $2,024.00 |
| Sara Hoffman | Associate | $375 | 14.30 | $5,362.50 |
| Brian Wheaton | Associate | $375 | 9.20 | $3,450.00 |
| **Total** | | | **67.00** | **$45,941.50** |

*NY 245767415v1*