## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

**TCEH – Expense Summary**

| Service Description | Service Provider | Amount |
|---|---|---:|
| Airfare | United Airlines | $243.34 |
| Lodging | Dallas Marriott Hotel | $481.78 |
| Car Rental | Budget Rental | $225.00 |
| Parking | Various Vendors | $169.96 |
| Miscellaneous | Shell Gas | $6.02 |
| **TOTAL** | | **$1,126.10** |

*NY 245767415v1*