# EXHIBIT D

**Detailed Description of Expenses and Disbursements**

*NY 245767415v1*

**Expense Detail by Category**

**November 1, 2015 through November 30, 2015**

### *AIRFARE*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | November 11, 2015 | $243.34 | Airfare Coach Houston/Dallas |
| **Expense Category Total:** | | **$243.34** | |

### *LODGING*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | November 11, 2015 | $240.89 | Dallas Marriott Hotel |
| Iskender H. Catto | November 12, 2015 | $240.89 | Dallas Marriott Hotel |
| **Expense Category Total:** | | **$481.78** | |

### *TRANSPORTATION*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | November 11- November 13, 2015 | $225.00 | Budget Car Rental (3 days @ $75/day, taxes and fees included) |
| **Expense Category Total:** | | **$225.00** | |

### *PARKING*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | November 11, 2015 | $9.00 | Stall Parking |
| Iskender H. Catto | November 12, 2015 | $51.96 | Dallas Marriott Hotel Parking |
| Iskender H. Catto | November 13, 2015 | $10.00 | Stall Parking |
| Iskender H. Catto | November 11- November 13, 2015 | $99.00 | Newark Liberty International Airport Parking |
| **Expense Category Total:** | | **$169.96** | |

### *MISCELLANEOUS*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | November 13, 2015 | $6.02 | Shell Gas |
| **Expense Category Total:** | | **$6.02** | |

*NY 245767415v1*