**<u>EXHIBIT A</u>**

**Statement of Fees by Subject Matter**

| Task Code # | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| EFH.ET | Energy Trading | 96.60 | $70,024.50 |
| | **TOTAL** | **96.60** | **$70,024.50** |