## EXHIBIT B

### Professionals' Information

The Greenberg Traurig, LLP professionals who rendered professional services in this case during the Fee Period are:

| Professional Person | Position with the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Iskender H. Catto | Shareholder | $850 | 67.10 | $57,035.00 |
| Todd F. Kimbrough | Shareholder | $600 | 8.20 | $4,920.00 |
| Ryan A. Wagner | Associate | $580 | 0.40 | $232.00 |
| Brian Wheaton | Associate | $375 | 20.90 | $7,837.50 |
| **Total** | | | **96.60** | **$70,024.50** |

*NY 245767416v1*