## **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

**TCEH – Expense Summary**

| Service Description | Service Provider | Amount |
|---|---|---|
| Airfare | United Airlines | $1,434.20 |
| Lodging | Dallas Marriott Hotel | $666.20 |
| Car Rental | Budget Rental | $134.17 |
| Parking | Various Vendors | $166.46 |
| Miscellaneous | Shell Gas | $9.63 |
| **TOTAL** | | **$2,410.66** |

*NY 245767416v1*