# EXHIBIT D

**Detailed Description of Expenses and Disbursements**

*NY 245767416v1*

**Expense Detail by Category**

**December 1, 2015 through December 31, 2015**

*AIRFARE*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | December 14, 2015 | $1,434.20 | Roundtrip Airfare Coach Newark/Dallas |

**Expense Category Total:** **$1,434.20**

*LODGING*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | December 14, 2015 | $321.57 | Dallas Marriott Hotel |
| Iskender H. Catto | December 15, 2015 | $344.63 | Dallas Marriott Hotel |

**Expense Category Total:** **$666.20**

*TRANSPORTATION*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | December 14- December 16, 2015 | $134.17 | Budget Car Rental (2 days @ $67.09/day, taxes and fees included) |

**Expense Category Total:** **$134.17**

*PARKING*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | December 14, 2015 | $58.46 | Dallas Marriott Hotel Parking |
| Iskender H. Catto | December 16, 2015 | $9.00 | Stall Parking |
| Iskender H. Catto | December 14- December 16, 2015 | $99.00 | Newark Liberty International Airport Parking |

**Expense Category Total:** **$166.46**

*NY 245767416v1*

## *MISCELLANEOUS*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | December 16, 2015 | $9.63 | Shell Gas |

**Expense Category Total:** **$9.63**