# Exhibit A

**Fee Summary by Professional for the Period
October 1, 2015 through October 31, 2015**

# EFH Corp
# Deloitte & Touche LLP
# Fees Sorted by Category for the Fee Period
# October 01, 2015 - October 31, 2015

*Bankruptcy Related Research Consultation and Transaction*

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Carr, Vickie | Partner/Principal | $720.00 | 9.9 | $7,128.00 |
| Bradfield, Derek | Partner/Principal | $720.00 | 4.2 | $3,024.00 |
| Coleman, Brandon | Partner/Principal | $720.00 | 1.0 | $720.00 |
| Davine, Christine | Partner/Principal | $720.00 | 1.0 | $720.00 |
| Favor, Rick | Partner/Principal | $720.00 | 6.5 | $4,680.00 |
| Halfacre, Dean | Partner/Principal | $720.00 | 14.0 | $10,080.00 |
| Hoffman, David | Partner/Principal | $720.00 | 7.9 | $5,688.00 |
| Kilkenny, Tom | Partner/Principal | $720.00 | 18.9 | $13,608.00 |
| Kushner, Jonathan | Partner/Principal | $720.00 | 15.6 | $11,232.00 |
| Mitrovich, Lisa | Partner/Principal | $720.00 | 3.6 | $2,592.00 |
| Parker, Matt | Partner/Principal | $720.00 | 75.9 | $54,648.00 |
| Poindexter, Heath | Partner/Principal | $720.00 | 4.2 | $3,024.00 |
| Smith, Wyn | Partner/Principal | $720.00 | 2.0 | $1,440.00 |
| Stokx, Randy | Partner/Principal | $720.00 | 85.1 | $61,272.00 |
| Wegener, Steve | Partner/Principal | $720.00 | 11.3 | $8,136.00 |
| Alimchandani, Hero | Senior Manager | $620.00 | 2.2 | $1,364.00 |
| Bowers, Rachel | Senior Manager | $620.00 | 0.5 | $310.00 |
| Degnan, Jen | Senior Manager | $620.00 | 0.5 | $310.00 |
| Handler, Benjamin | Senior Manager | $620.00 | 9.1 | $5,642.00 |
| Hickl, Jeff | Senior Manager | $620.00 | 8.5 | $5,270.00 |
| Freeman, Mike | Manager | $540.00 | 3.2 | $1,728.00 |
| Furry, Margaret | Manager | $540.00 | 14.7 | $7,938.00 |
| Heath, John | Manager | $540.00 | 4.0 | $2,160.00 |
| Murawski, Bryan | Manager | $540.00 | 81.6 | $44,064.00 |
| Butler, Mike | Senior Consultant | $425.00 | 19.5 | $8,287.50 |
| Coetzee, Rachelle | Senior Consultant | $425.00 | 2.5 | $1,062.50 |
| Salamon, David | Senior Consultant | $425.00 | 5.2 | $2,210.00 |
| Chesser, Taylor | Consultant | $350.00 | 1.0 | $350.00 |
| Lirely, Loren | Consultant | $350.00 | 6.7 | $2,345.00 |
| O'Bar, Brandon | Consultant | $350.00 | 0.8 | $280.00 |
| Pothoulakis, Tony | Consultant | $350.00 | 0.6 | $210.00 |
| **Professional Subtotal:** | | | **421.7** | **$271,523.00** |

# EFH Corp
# Deloitte & Touche LLP
# Fees Sorted by Category for the Fee Period
# October 01, 2015 - October 31, 2015

*Financial Statement Audit and Related Services*

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Blaufuss, John | Partner/Principal | $365.00 | 2.3 | $839.50 |
| Carr, Vickie | Partner/Principal | $365.00 | 28.0 | $10,220.00 |
| Craig, Valerie | Partner/Principal | $365.00 | 75.0 | $27,375.00 |
| Favor, Rick | Partner/Principal | $365.00 | 29.6 | $10,804.00 |
| Fisher, Mark | Partner/Principal | $365.00 | 1.9 | $693.50 |
| Ginsburg, Andy | Partner/Principal | $365.00 | 2.0 | $730.00 |
| Hoffman, David | Partner/Principal | $365.00 | 1.6 | $584.00 |
| Janiak, Stacy | Partner/Principal | $365.00 | 5.2 | $1,898.00 |
| Johnson, Michael | Partner/Principal | $365.00 | 7.3 | $2,664.50 |
| Khandelwal, Vinyas | Partner/Principal | $365.00 | 9.2 | $3,358.00 |
| Kilkenny, Tom | Partner/Principal | $365.00 | 17.8 | $6,497.00 |
| Mano, Patrice | Partner/Principal | $365.00 | 1.9 | $693.50 |
| Parker, Matt | Partner/Principal | $365.00 | 115.9 | $42,303.50 |
| Poindexter, Heath | Partner/Principal | $365.00 | 31.7 | $11,570.50 |
| Sasso, Anthony | Partner/Principal | $365.00 | 1.0 | $365.00 |
| Stokx, Randy | Partner/Principal | $365.00 | 64.1 | $23,396.50 |
| Tamulis, Stefanie | Partner/Principal | $365.00 | 1.2 | $438.00 |
| Wahrman, Julie | Partner/Principal | $365.00 | 31.6 | $11,534.00 |
| Wiltsie, Karen | Partner/Principal | $365.00 | 1.9 | $693.50 |
| Winger, Julie | Partner/Principal | $365.00 | 7.2 | $2,628.00 |
| Bowers, Rachel | Senior Manager | $290.00 | 121.4 | $35,206.00 |
| Capocci, Sarah | Senior Manager | $290.00 | 2.1 | $609.00 |
| Dwivedi, Rajesh | Senior Manager | $290.00 | 4.2 | $1,218.00 |
| Genovese, Ralph | Senior Manager | $290.00 | 2.0 | $580.00 |
| Hickl, Jeff | Senior Manager | $290.00 | 67.6 | $19,604.00 |
| Horn, Dave | Senior Manager | $290.00 | 6.2 | $1,798.00 |
| Alvarado, Jason | Manager | $265.00 | 3.2 | $848.00 |
| Freeman, Mike | Manager | $265.00 | 139.9 | $37,073.50 |
| Jasion, Shahara | Manager | $265.00 | 0.5 | $132.50 |
| Kidd, Erin | Manager | $265.00 | 87.1 | $23,081.50 |
| Kowalk, Bennett | Manager | $265.00 | 26.4 | $6,996.00 |
| Morehead, David | Manager | $265.00 | 140.3 | $37,179.50 |
| Murawski, Bryan | Manager | $265.00 | 100.0 | $26,500.00 |
| Patterson, Sara | Manager | $265.00 | 0.5 | $132.50 |
| Risinger, Colin | Manager | $265.00 | 1.5 | $397.50 |
| Salch, Ryan | Manager | $265.00 | 14.0 | $3,710.00 |
| Babanova, Maria | Senior Consultant | $215.00 | 172.2 | $37,023.00 |
| Brunson, Steve | Senior Consultant | $215.00 | 191.4 | $41,151.00 |

# EFH Corp
# Deloitte & Touche LLP
# Fees Sorted by Category for the Fee Period
# October 01, 2015 - October 31, 2015

*Financial Statement Audit and Related Services*

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Continued | | | | |
| Casey, Chris | Senior Consultant | $215.00 | 139.0 | $29,885.00 |
| Coetzee, Rachelle | Senior Consultant | $215.00 | 114.3 | $24,574.50 |
| Evetts, Erin | Senior Consultant | $215.00 | 30.9 | $6,643.50 |
| Haupt, Elise | Senior Consultant | $215.00 | 0.6 | $129.00 |
| Henry, Diane | Senior Consultant | $215.00 | 197.6 | $42,484.00 |
| Jain, Shweta | Senior Consultant | $215.00 | 18.5 | $3,977.50 |
| Reynolds, Matt | Senior Consultant | $215.00 | 66.5 | $14,297.50 |
| Richards, Nick | Senior Consultant | $215.00 | 19.9 | $4,278.50 |
| Schneider, Stephen | Senior Consultant | $215.00 | 65.3 | $14,039.50 |
| Twigge, Daniel | Senior Consultant | $215.00 | 175.9 | $37,818.50 |
| Vasudeva Rao, Ranjeetha | Senior Consultant | $215.00 | 22.0 | $4,730.00 |
| Yadav, Devavrata | Senior Consultant | $215.00 | 42.4 | $9,116.00 |
| Arora, Shriya | Consultant | $175.00 | 3.5 | $612.50 |
| Baylis, Jessica | Consultant | $175.00 | 58.0 | $10,150.00 |
| Benvenuti, Christina | Consultant | $175.00 | 175.7 | $30,747.50 |
| Chesser, Taylor | Consultant | $175.00 | 126.7 | $22,172.50 |
| Gupta, Srishti | Consultant | $175.00 | 6.5 | $1,137.50 |
| Kinchen, Ashley | Consultant | $175.00 | 5.6 | $980.00 |
| Koprivnik, Xander | Consultant | $175.00 | 5.6 | $980.00 |
| Lemoine, Lydia | Consultant | $175.00 | 101.2 | $17,710.00 |
| Lirely, Loren | Consultant | $175.00 | 148.0 | $25,900.00 |
| Loharuka, Vijeta | Consultant | $175.00 | 0.5 | $87.50 |
| Luthra, Chetali | Consultant | $175.00 | 1.0 | $175.00 |
| Madan, Rohit | Consultant | $175.00 | 2.0 | $350.00 |
| Nasa, Srishti | Consultant | $175.00 | 23.5 | $4,112.50 |
| O'Bar, Brandon | Consultant | $175.00 | 159.6 | $27,930.00 |
| O'Donnell, Chris | Consultant | $175.00 | 71.6 | $12,530.00 |
| Pansari, Anubhav | Consultant | $175.00 | 103.0 | $18,025.00 |
| Persons, Hillary | Consultant | $175.00 | 159.1 | $27,842.50 |
| Pothoulakis, Tony | Consultant | $175.00 | 200.9 | $35,157.50 |
| Prabhu, Upesh | Consultant | $175.00 | 3.0 | $525.00 |
| Prakash, Divya | Consultant | $175.00 | 43.0 | $7,525.00 |
| Saini, Sonali | Consultant | $175.00 | 12.0 | $2,100.00 |
| Thomas, Dona | Consultant | $175.00 | 9.5 | $1,662.50 |
| Vij, Aanchal | Consultant | $175.00 | 8.0 | $1,400.00 |
| **Professional Subtotal:** | | | 3,837.3 | $874,312.00 |

# EFH Corp
# Deloitte & Touche LLP
# Fees Sorted by Category for the Fee Period
# October 01, 2015 - October 31, 2015

*Non-Working Travel*

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Carr, Vickie | Partner/Principal | $365.00 | 10.0 | $3,650.00 |
| Favor, Rick | Partner/Principal | $365.00 | 12.0 | $4,380.00 |
| Wegener, Steve | Partner/Principal | $365.00 | 6.7 | $2,445.50 |
| Hickl, Jeff | Senior Manager | $290.00 | 15.0 | $4,350.00 |
| Pothoulakis, Tony | Consultant | $175.00 | 2.2 | $385.00 |
| **Professional Subtotal:** | | | **45.9** | **$15,210.50** |

| Adjustment | |
|---|---:|
| Less 50% Non-Working Travel Deduction | ($7,605.25) |
| **Total** | **$7,605.25** |

# EFH Corp
# Deloitte & Touche LLP
# Fees Sorted by Category for the Fee Period
# October 01, 2015 - October 31, 2015

*Preparation of Fee Applications*

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Murawski, Bryan | Manager | $265.00 | 5.6 | $1,484.00 |
| Gutierrez, Dalia | Project Controller | $175.00 | 38.7 | $6,772.50 |
| Lirely, Loren | Consultant | $175.00 | 0.6 | $105.00 |
| **Professional Subtotal:** | | | **44.9** | **$8,361.50** |