# Exhibit A

**Fee Summary by Professional for the Period November 1, 2015 through November 30, 2015**

# EFH Corp

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

## November 01, 2015 - November 30, 2015

*Bankruptcy Related Research Consultation and Transaction*

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Carr, Vickie | Partner/Principal | $720.00 | 6.3 | $4,536.00 |
| Gibian, Craig | Partner/Principal | $720.00 | 0.8 | $576.00 |
| Halfacre, Dean | Partner/Principal | $720.00 | 2.0 | $1,440.00 |
| Hoffman, David | Partner/Principal | $720.00 | 1.7 | $1,224.00 |
| Kilkenny, Tom | Partner/Principal | $720.00 | 2.4 | $1,728.00 |
| Kushner, Jonathan | Partner/Principal | $720.00 | 7.8 | $5,616.00 |
| Parker, Matt | Partner/Principal | $720.00 | 50.6 | $36,432.00 |
| Stokx, Randy | Partner/Principal | $720.00 | 22.7 | $16,344.00 |
| Wahrman, Julie | Partner/Principal | $720.00 | 5.4 | $3,888.00 |
| Wegener, Steve | Partner/Principal | $720.00 | 0.8 | $576.00 |
| Favor, Rick | Director | $720.00 | 5.6 | $4,032.00 |
| Handler, Benjamin | Senior Manager | $620.00 | 18.8 | $11,656.00 |
| Hickl, Jeff | Senior Manager | $620.00 | 7.9 | $4,898.00 |
| Woolf, Kristy | Senior Manager | $620.00 | 0.8 | $496.00 |
| Furry, Margaret | Manager | $540.00 | 0.7 | $378.00 |
| Murawski, Bryan | Manager | $540.00 | 21.6 | $11,664.00 |
| Zoltowski, Michelle | Manager | $540.00 | 0.5 | $270.00 |
| Butler, Mike | Senior Consultant | $425.00 | 29.8 | $12,665.00 |
| Yadav, Devavrata | Senior Consultant | $425.00 | 1.5 | $637.50 |
| Benvenuti, Christina | Consultant | $350.00 | 0.9 | $315.00 |
| Hamid, Mahvish | Consultant | $350.00 | 4.9 | $1,715.00 |
| **Professional Subtotal:** | | | **193.5** | **$121,086.50** |

# EFH Corp
# Deloitte & Touche LLP
# Fees Sorted by Category for the Fee Period
# November 01, 2015 - November 30, 2015

*Financial Statement Audit and Related Services*

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Adams, Keith | Partner/Principal | $365.00 | 0.5 | $182.50 |
| Becker, Paul | Partner/Principal | $365.00 | 0.9 | $328.50 |
| Benesh, Kay | Partner/Principal | $365.00 | 0.4 | $146.00 |
| Carr, Vickie | Partner/Principal | $365.00 | 8.7 | $3,175.50 |
| Kilkenny, Tom | Partner/Principal | $365.00 | 2.0 | $730.00 |
| Kulick, Sandie | Partner/Principal | $365.00 | 21.8 | $7,957.00 |
| Odom, Dan | Partner/Principal | $365.00 | 0.4 | $146.00 |
| Parker, Matt | Partner/Principal | $365.00 | 56.3 | $20,549.50 |
| Poindexter, Heath | Partner/Principal | $365.00 | 22.8 | $8,322.00 |
| Smith, Wyn | Partner/Principal | $365.00 | 1.3 | $474.50 |
| Stokx, Randy | Partner/Principal | $365.00 | 29.0 | $10,585.00 |
| Wahrman, Julie | Partner/Principal | $365.00 | 23.0 | $8,395.00 |
| Winger, Julie | Partner/Principal | $365.00 | 3.9 | $1,423.50 |
| Craig, Valerie | Director | $365.00 | 107.5 | $39,237.50 |
| Favor, Rick | Director | $365.00 | 18.0 | $6,570.00 |
| Ginsburg, Andy | Director | $365.00 | 0.5 | $182.50 |
| Khandelwal, Vinyas | Director | $365.00 | 9.5 | $3,467.50 |
| Miocic, Greg | Director | $365.00 | 1.0 | $365.00 |
| Sasso, Anthony | Director | $365.00 | 1.5 | $547.50 |
| Zenk, Joe | Director | $365.00 | 1.4 | $511.00 |
| Bowers, Rachel | Senior Manager | $290.00 | 119.1 | $34,539.00 |
| Dwivedi, Rajesh | Senior Manager | $290.00 | 4.0 | $1,160.00 |
| Garner, Kristen | Senior Manager | $290.00 | 2.5 | $725.00 |
| Genovese, Ralph | Senior Manager | $290.00 | 3.5 | $1,015.00 |
| Hannagan, Peter | Senior Manager | $290.00 | 2.3 | $667.00 |
| Hickl, Jeff | Senior Manager | $290.00 | 31.7 | $9,193.00 |
| Kennedy, Cade | Senior Manager | $290.00 | 0.1 | $29.00 |
| Alvarado, Jason | Manager | $265.00 | 4.5 | $1,192.50 |
| Freeman, Mike | Manager | $265.00 | 130.5 | $34,582.50 |
| Hall, Jeff | Manager | $265.00 | 1.4 | $371.00 |
| Jasion, Shahara | Manager | $265.00 | 6.0 | $1,590.00 |
| Kidd, Erin | Manager | $265.00 | 43.4 | $11,501.00 |
| Kowalk, Bennett | Manager | $265.00 | 107.0 | $28,355.00 |
| Morehead, David | Manager | $265.00 | 113.6 | $30,104.00 |
| Murawski, Bryan | Manager | $265.00 | 117.9 | $31,243.50 |
| Varkey, Jamie | Manager | $265.00 | 0.2 | $53.00 |

# EFH Corp
# Deloitte & Touche LLP
# Fees Sorted by Category for the Fee Period
# November 01, 2015 - November 30, 2015

*Financial Statement Audit and Related Services*

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Continued | | | | |
| Babanova, Maria | Senior Consultant | $215.00 | 100.2 | $21,543.00 |
| Brunson, Steve | Senior Consultant | $215.00 | 175.8 | $37,797.00 |
| Casey, Chris | Senior Consultant | $215.00 | 142.9 | $30,723.50 |
| Coetzee, Rachelle | Senior Consultant | $215.00 | 68.6 | $14,749.00 |
| Evetts, Erin | Senior Consultant | $215.00 | 9.4 | $2,021.00 |
| Henry, Diane | Senior Consultant | $215.00 | 170.5 | $36,657.50 |
| Jain, Shweta | Senior Consultant | $215.00 | 4.0 | $860.00 |
| Reynolds, Matt | Senior Consultant | $215.00 | 11.0 | $2,365.00 |
| Richards, Nick | Senior Consultant | $215.00 | 71.9 | $15,458.50 |
| Salamon, David | Senior Consultant | $215.00 | 1.2 | $258.00 |
| Schneider, Stephen | Senior Consultant | $215.00 | 22.9 | $4,923.50 |
| Twigge, Daniel | Senior Consultant | $215.00 | 147.3 | $31,669.50 |
| Yadav, Devavrata | Senior Consultant | $215.00 | 52.9 | $11,373.50 |
| Vasudeva Rao, Ranjeetha | Senior Consultant | $215.00 | 6.0 | $1,290.00 |
| Arora, Shriya | Consultant | $175.00 | 7.5 | $1,312.50 |
| Baylis, Jessica | Consultant | $175.00 | 53.0 | $9,275.00 |
| Benvenuti, Christina | Consultant | $175.00 | 170.7 | $29,872.50 |
| Chesser, Taylor | Consultant | $175.00 | 129.3 | $22,627.50 |
| Danwani, Nikita | Consultant | $175.00 | 20.5 | $3,587.50 |
| Goetz, Christian | Consultant | $175.00 | 5.6 | $980.00 |
| Koprivnik, Xander | Consultant | $175.00 | 8.2 | $1,435.00 |
| Lemoine, Lydia | Consultant | $175.00 | 106.4 | $18,620.00 |
| Lirely, Loren | Consultant | $175.00 | 141.7 | $24,797.50 |
| Nasa, Srishti | Consultant | $175.00 | 11.6 | $2,030.00 |
| O'Bar, Brandon | Consultant | $175.00 | 151.4 | $26,495.00 |
| O'Donnell, Chris | Consultant | $175.00 | 9.0 | $1,575.00 |
| Pansari, Anubhav | Consultant | $175.00 | 66.2 | $11,585.00 |
| Persons, Hillary | Consultant | $175.00 | 160.8 | $28,140.00 |
| Pothoulakis, Tony | Consultant | $175.00 | 157.0 | $27,475.00 |
| Prabhu, Upesh | Consultant | $175.00 | 10.4 | $1,820.00 |
| Prakash, Divya | Consultant | $175.00 | 8.5 | $1,487.50 |
| Stanchi, Paolo | Consultant | $175.00 | 1.5 | $262.50 |
| Thomas, Dona | Consultant | $175.00 | 32.0 | $5,600.00 |
| **Professional Subtotal:** | | | **3,234.0** | **$730,283.00** |

# EFH Corp

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

## November 01, 2015 - November 30, 2015

*Non-Working Travel*

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Genovese, Ralph | Senior Manager | $290.00 | 5.0 | $1,450.00 |
| Hickl, Jeff | Senior Manager | $290.00 | 5.0 | $1,450.00 |
| **Professional Subtotal:** | | | **10.0** | **$2,900.00** |

| Adjustment | | | | |
|---|---|---|---|---:|
| Less 50% Non-Working Travel Deduction | | | | ($1,450.00) |
| **Total** | | | | **$1,450.00** |

# EFH Corp

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

## November 01, 2015 - November 30, 2015

*Preparation of Fee Applications*

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Murawski, Bryan | Manager | $265.00 | 11.2 | $2,968.00 |
| Gutierrez, Dalia | Project Controller | $175.00 | 66.3 | $11,602.50 |
| **Professional Subtotal:** | | | **77.5** | **$14,570.50** |