# Exhibit A

**Fee Summary by Professional for the Period December 1, 2015 through December 31, 2015**

# EFH Corp
# Deloitte & Touche LLP
# Fees Sorted by Category for the Fee Period
# December 01, 2015 - December 31, 2015

*Bankruptcy Related Research Consultation and Transaction*

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Becker, Paul | Partner/Principal | $720.00 | 1.1 | $792.00 |
| Bradfield, Derek | Partner/Principal | $720.00 | 3.1 | $2,232.00 |
| Carr, Vickie | Partner/Principal | $720.00 | 1.0 | $720.00 |
| Clark, Brian | Partner/Principal | $720.00 | 1.7 | $1,224.00 |
| Halfacre, Dean | Partner/Principal | $720.00 | 3.5 | $2,520.00 |
| Hoffman, David | Partner/Principal | $720.00 | 1.0 | $720.00 |
| Kilkenny, Tom | Partner/Principal | $720.00 | 4.8 | $3,456.00 |
| Kushner, Jonathan | Partner/Principal | $720.00 | 21.8 | $15,696.00 |
| Mitrovich, Lisa | Partner/Principal | $720.00 | 2.5 | $1,800.00 |
| Odom, Dan | Partner/Principal | $720.00 | 1.1 | $792.00 |
| Parker, Matt | Partner/Principal | $720.00 | 43.9 | $31,608.00 |
| Smith, Wyn | Partner/Principal | $720.00 | 3.7 | $2,664.00 |
| Stokx, Randy | Partner/Principal | $720.00 | 38.0 | $27,360.00 |
| Wahrman, Julie | Partner/Principal | $720.00 | 2.1 | $1,512.00 |
| Craig, Valerie | Director | $720.00 | 0.4 | $288.00 |
| Favor, Rick | Director | $720.00 | 3.3 | $2,376.00 |
| Alimchandani, Hero | Senior Manager | $620.00 | 7.0 | $4,340.00 |
| Genovese, Ralph | Senior Manager | $620.00 | 7.7 | $4,774.00 |
| Handler, Benjamin | Senior Manager | $620.00 | 2.7 | $1,674.00 |
| Hickl, Jeff | Senior Manager | $620.00 | 1.2 | $744.00 |
| Horn, Dave | Senior Manager | $620.00 | 8.3 | $5,146.00 |
| Furry, Margaret | Manager | $540.00 | 3.6 | $1,944.00 |
| Morehead, David | Manager | $540.00 | 1.4 | $756.00 |
| Murawski, Bryan | Manager | $540.00 | 42.4 | $22,896.00 |
| Verma, Maneesh | Manager | $540.00 | 6.0 | $3,240.00 |
| Babanova, Maria | Senior Consultant | $425.00 | 0.8 | $340.00 |
| Butler, Mike | Senior Consultant | $425.00 | 4.2 | $1,785.00 |
| Coetzee, Rachelle | Senior Consultant | $425.00 | 0.3 | $127.50 |
| Miglani, Karan | Senior Consultant | $425.00 | 4.0 | $1,700.00 |
| Gupta, Malvi | Consultant | $350.00 | 6.0 | $2,100.00 |
| Lirely, Loren | Consultant | $350.00 | 1.0 | $350.00 |
| Mudgal, Mohit | Consultant | $350.00 | 29.0 | $10,150.00 |
| O'Bar, Brandon | Consultant | $350.00 | 9.2 | $3,220.00 |
| Persons, Hillary | Consultant | $350.00 | 1.0 | $350.00 |
| Pothoulakis, Tony | Consultant | $350.00 | 1.0 | $350.00 |
| Sachdeva, Sanidhi | Consultant | $350.00 | 10.5 | $3,675.00 |
| **Professional Subtotal:** | | | **280.3** | **$165,421.50** |

# EFH Corp
# Deloitte & Touche LLP
# Fees Sorted by Category for the Fee Period
# December 01, 2015 - December 31, 2015

*Financial Statement Audit and Related Services*

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Adams, Keith | Partner/Principal | $365.00 | 0.5 | $182.50 |
| Benesh, Kay | Partner/Principal | $365.00 | 0.5 | $182.50 |
| Carr, Vickie | Partner/Principal | $365.00 | 15.9 | $5,803.50 |
| Fogarty, john | Partner/Principal | $365.00 | 1.5 | $547.50 |
| Parker, Matt | Partner/Principal | $365.00 | 33.0 | $12,045.00 |
| Poindexter, Heath | Partner/Principal | $365.00 | 7.5 | $2,737.50 |
| Stokx, Randy | Partner/Principal | $365.00 | 16.1 | $5,876.50 |
| Wahrman, Julie | Partner/Principal | $365.00 | 6.8 | $2,482.00 |
| Winger, Julie | Partner/Principal | $365.00 | 3.9 | $1,423.50 |
| Craig, Valerie | Director | $365.00 | 67.3 | $24,564.50 |
| Favor, Rick | Director | $365.00 | 36.6 | $13,359.00 |
| Johnson, Michael | Director | $365.00 | 5.1 | $1,861.50 |
| Khandelwal, Vinyas | Director | $365.00 | 8.0 | $2,920.00 |
| Sasso, Anthony | Director | $365.00 | 0.2 | $73.00 |
| Bowers, Rachel | Senior Manager | $290.00 | 69.5 | $20,155.00 |
| Genovese, Ralph | Senior Manager | $290.00 | 5.6 | $1,624.00 |
| Groves, Amy | Senior Manager | $290.00 | 3.2 | $928.00 |
| Hickl, Jeff | Senior Manager | $290.00 | 53.1 | $15,399.00 |
| Freeman, Mike | Manager | $265.00 | 44.5 | $11,792.50 |
| Kidd, Erin | Manager | $265.00 | 62.0 | $16,430.00 |
| Kowalk, Bennett | Manager | $265.00 | 91.6 | $24,274.00 |
| Morehead, David | Manager | $265.00 | 63.8 | $16,907.00 |
| Murawski, Bryan | Manager | $265.00 | 37.8 | $10,017.00 |
| Tillman, Kyle | Manager | $265.00 | 0.5 | $132.50 |
| Babanova, Maria | Senior Consultant | $215.00 | 119.5 | $25,692.50 |
| Brunson, Steve | Senior Consultant | $215.00 | 144.9 | $31,153.50 |
| Casey, Chris | Senior Consultant | $215.00 | 22.3 | $4,794.50 |
| Coetzee, Rachelle | Senior Consultant | $215.00 | 39.4 | $8,471.00 |
| Godbole, Dipti | Senior Consultant | $215.00 | 2.0 | $430.00 |
| Henry, Diane | Senior Consultant | $215.00 | 133.8 | $28,767.00 |
| Reynolds, Matt | Senior Consultant | $215.00 | 119.1 | $25,606.50 |
| Richards, Nick | Senior Consultant | $215.00 | 6.6 | $1,419.00 |
| Twigge, Daniel | Senior Consultant | $215.00 | 114.8 | $24,682.00 |
| Yadav, Devavrata | Senior Consultant | $215.00 | 18.5 | $3,977.50 |
| Arora, Shriya | Consultant | $175.00 | 6.0 | $1,050.00 |
| Baylis, Jessica | Consultant | $175.00 | 2.6 | $455.00 |
| Benvenuti, Christina | Consultant | $175.00 | 135.6 | $23,730.00 |

# EFH Corp
# Deloitte & Touche LLP
# Fees Sorted by Category for the Fee Period
# December 01, 2015 - December 31, 2015

*Financial Statement Audit and Related Services*

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Continued | | | | |
| Chesser, Taylor | Consultant | $175.00 | 104.8 | $18,340.00 |
| Friedland, Eric | Consultant | $175.00 | 6.0 | $1,050.00 |
| Koprivnik, Xander | Consultant | $175.00 | 40.4 | $7,070.00 |
| Lemoine, Lydia | Consultant | $175.00 | 1.2 | $210.00 |
| Lirely, Loren | Consultant | $175.00 | 87.2 | $15,260.00 |
| Nasa, Srishti | Consultant | $175.00 | 9.0 | $1,575.00 |
| O'Bar, Brandon | Consultant | $175.00 | 92.8 | $16,240.00 |
| Pansari, Anubhav | Consultant | $175.00 | 5.5 | $962.50 |
| Persons, Hillary | Consultant | $175.00 | 119.8 | $20,965.00 |
| Pothoulakis, Tony | Consultant | $175.00 | 142.5 | $24,937.50 |
| Williams, Darryl | Consultant | $175.00 | 4.5 | $787.50 |
| **Professional Subtotal:** | | | **2,113.3** | **$479,343.50** |

# EFH Corp

# Deloitte & Touche LLP

# Fees Sorted by Category for the Fee Period

# December 01, 2015 - December 31, 2015

*Non-Working Travel*

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Favor, Rick | Partner/Principal | $365.00 | 16.0 | $5,840.00 |
| Genovese, Ralph | Senior Manager | $290.00 | 5.0 | $1,450.00 |
| Hickl, Jeff | Senior Manager | $290.00 | 20.2 | $5,858.00 |
| **Professional Subtotal:** | | | **41.2** | **$13,148.00** |

| Adjustment | |
|---|---:|
| Less 50% Non-Working Travel Deduction | ($6,574.00) |
| **Total** | **$6,574.00** |

# EFH Corp

# Deloitte & Touche LLP

# Fees Sorted by Category for the Fee Period

# December 01, 2015 - December 31, 2015

*Preparation of Fee Applications*

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Murawski, Bryan | Manager | $265.00 | 2.4 | $636.00 |
| Gutierrez, Dalia | Project Controller | $175.00 | 61.9 | $10,832.50 |
| **Professional Subtotal:** | | | **64.3** | **$11,468.50** |