# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
| | ) **Objection Deadline: April 12, 2016 at 4:00 p.m.** |
| | ) **Re: D.I. 506, 765, 1411, 2706** |

## NOTICE (SECOND) OF EXCESS FEES FOR K&L GATES LLP

**PLEASE TAKE NOTICE** that, on May 17, 2014, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Motion of Energy Future Holdings Corp., et al., for an Order Authorizing the Retention and Compensation of Certain Professionals Utilized in the Ordinary Course of Business* [D.I. 506] (the "OCP Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that, on June 3, 2014, the Court entered an order [D.I. 765] (the "OCP Order") granting the relief requested in the OCP Motion. Pursuant to paragraph 2(f) of the OCP Order, to the extent an Ordinary Course Professional[2] seeks monthly compensation in excess of the applicable OCP Cap, such Ordinary Course Professional shall file a notice of fees in excess of the OCP Cap (a "Notice of Excess Fees") and an invoice setting forth, in reasonable detail, the nature of the services rendered and disbursements actually

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the OCP Motion or the OCP Order, as applicable.

RLF1 14206595v.1

incurred. Following service of the Notice of Excess Fees, interested parties shall have fifteen (15) days to object to the Notice of Excess Fees. If, after fifteen (15) days, no objection is filed, the Excess Fees shall be deemed approved, and the Ordinary Course Professional may be paid 100% of its fees and 100% of its expenses without the need to file a fee application.

**PLEASE TAKE FURTHER NOTICE** that Ordinary Course Professional K&L Gates LLP ("K&L Gates") exceeded the Tier 1 OCP Cap for (a) the three month period ending October, 2015 (the "October Excess Fee Period") for which K&L Gates seeks a total of approximately $33,130.72 in excess fees (the "October Excess Fees") and (b) the three month period ending February, 2016 (the "February Excess Fee Period," and, together with the October Excess Fee Period, the "Excess Fee Periods") for which K&L Gates seeks a total of approximately $943,796.55 in excess fees (the "February Excess Fees," and, together with the October Excess Fees, the "K&L Gates Excess Fees"). In accordance with the procedures set forth above, K&L Gates' invoices for the Excess Fee Periods are attached hereto as **Exhibit A**. These invoices, redacted for attorney-client and attorney work-product privileges, detail the nature of the services rendered and the fees and expenses incurred by K&L Gates during the Excess Fee Periods.

**PLEASE TAKE FURTHER NOTICE** that if no objections to this Notice of Excess Fees are received by the undersigned co-counsel to the Debtors prior to **April 12, 2016 at 4:00 p.m. (EDT)**, the K&L Gates Excess Fees shall be deemed approved and K&L Gates may be paid 100% of its fees and 100% of its expenses for the Excess Fee Period without the need to file a formal fee application with the Court.

*[Remainder of page intentionally left blank.]*

Dated: March 28, 2016
Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:      (302) 651-7700
Facsimile:       (302) 651-7701
Email:             collins@rlf.com
                       defranceschi@rlf.com
                       madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:      (212) 446-4800
Facsimile:       (212) 446-4900
Email:             edward.sassower@kirkland.com
                       stephen.hessler@kirkland.com
                       brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:       (312) 862-2200
Email:             james.sprayregen@kirkland.com
                       marc.kieselstein@kirkland.com
                       chad.husnick@kirkland.com
                       steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession

RLF1 14206595v.1