## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: D.I. 7959** |

### CERTIFICATION OF NO OBJECTION REGARDING THE "EIGHTEENTH MONTHLY FEE APPLICATION OF SIDLEY AUSTIN LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM OCTOBER 1, 2015 THROUGH OCTOBER 31, 2015"

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading with respect to the eighteenth monthly fee application of for compensation and reimbursement of expenses (the "Monthly Fee Application") of **Sidley Austin LLP** (the "Applicant") listed on Exhibit A attached hereto. The Monthly Fee Application was filed with the United States Bankruptcy Court for the District of Delaware (the "Court") on March 1, 2016. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Monthly Fee Application appears thereon. Pursuant to the **Notice of Fee Statement** filed with the Monthly Fee Application, objections to the Monthly Fee Application were to be filed and served no later than **4:00 p.m. (Eastern Daylight Time) on March 22, 2016**. The Monthly Fee Application was filed and served in accordance with the **Stipulation and Order Appointing**

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

**a Fee Committee**, dated August 21, 2014 [D.I. 1896] and the **Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals**, dated September 16, 2014 [D.I. 2066] (the "Administrative Order").

Consequently, pursuant to the Administrative Order, the above-captioned debtors and debtors in possession in the above-captioned cases, are authorized to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Application upon the filing of this certification without the need for further order of the Court. A summary of the fees and expenses sought by the Applicant is annexed hereto as Exhibit A.

*[Remainder of page intentionally left blank.]*

RLF1 14218124v.1

Dated: March 29, 2016
    Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
    defranceschi@rlf.com
    madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    edward.sassower@kirkland.com
    stephen.hessler@kirkland.com
    brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    james.sprayregen@kirkland.com
    marc.kieselstein@kirkland.com
    chad.husnick@kirkland.com
    steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession

**EXHIBIT A**

Professional Fees and Expenses
Monthly Fee Statement

| Applicant | Fee Statement Period, Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees authorized to be paid @ 80%[1] | Amount of Expenses authorized to be paid @ 100%[2] | Amount of Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| Sidley Austin LLP, One South Dearborn, Chicago, IL 60603<br><br>(Special Counsel to the Debtors for certain corporate and litigation matters) | Eighteenth Monthly Fee Application<br><br>10/1/15 through 10/31/15<br><br>Filed 3/01/16<br><br>[D.I. 7959] | $51,470.20 | $714.45 | 3/22/2016 | $41,176.16 | $714.45 | $10,294.04 |

---

[1] Consistent with the terms of the Administration Order, the fees requested in the Monthly Fee Statement authorized to be paid at this time (*i.e.,* 80% of the fees requested in the Monthly Fee Statement) shall be allocated $10,308.16, $10,308.16, and $20,559.84 to EFH, EFIH, and TCEH, respectively.

[2] Consistent with the terms of the Administration Order, the expenses requested in the Monthly Fee Statement authorized to be paid at this time (*i.e.,* 100% of the expenses requested in the Monthly Fee Statement) shall be allocated $147.53, $147.53, and $419.39 to EFH, EFIH and TCEH, respectively.