# Exhibit D

## Voluntary Rate Disclosures

- The blended hourly rate for timekeepers in Greenberg's New York office (including both professionals and paraprofessionals) who billed to non-bankruptcy matters (collectively, the "Non-Bankruptcy Matters")[1] during the 12-month period beginning on January 1, 2015 and ending on December 31, 2015 (the "Comparable Period") was, in the aggregate, approximately $591 per hour (the "Non-Bankruptcy Blended Hourly Rate").[2]

- The blended hourly rate for all Greenberg timekeepers who billed to the Debtors during the Fee Period was approximately $709 per hour (the "Debtor Blended Hourly Rate").[3]

- A detailed comparison of these rates is as follows:

| Position at Greenberg | Debtor Blended Hourly Rate for This Fee Application | Non-Bankruptcy Blended Hourly Rate |
|---|---|---|
| Shareholders | $834 | $809 |
| Associates | $377 | $398 |
| Counsel | $0 | $592 |
| Paralegals | $0 | $208 |
| **Attorneys & Paraprofessionals** | **$709** | **$591** |

---

[1] It is the nature of Greenberg's practice that certain non-bankruptcy engagements require the advice and counsel of professionals and paraprofessionals who work primarily with Greenberg's Business Reorganization & Financial Restructuring Group. Accordingly, "Non-Bankruptcy Matters" consist of matters for which Greenberg New York office timekeepers represented a client in a matter other than an in-court bankruptcy proceeding. Moreover, the Non-Bankruptcy Matters include time billed by Greenberg domestic timekeepers who work primarily within Greenberg's Business Reorganization & Financial Restructuring Group.

[2] Greenberg calculated the blended rate for Non-Bankruptcy Matters by dividing the *total dollar amount* billed by Greenberg's New York office timekeepers to the Non-Bankruptcy Matters during the Comparable Period by the *total number of hours* billed by Greenberg New York office timekeepers to the Non-Bankruptcy Matters during the Comparable Period. Greenberg believes that the $118 difference between the Debtor Blended Hourly Rate and the Non-Bankruptcy Blended Hourly Rate reflects the highly specialized nature of Greenberg's energy and restructuring practices. The services performed by Greenberg professionals during the Fee Period frequently involved complex energy and bankruptcy issues that required the knowledge and expertise of more senior attorneys. Moreover, the services performed by Greenberg during the Fee Period did not require the assistance of any paraprofessionals.

[3] Greenberg calculated the blended hourly rate for timekeepers who billed to the Debtors by dividing the *total dollar amount billed* by such timekeepers during the Fee Period by the *total number of hours billed* by such timekeepers during the Fee Period.