## **Exhibit E**

**Summary of Total Fees Incurred and Hours Expended During the Fee Period**

| Timekeeper/Position | Department | Date/ State of Admission (if applicable) | Fees Billed in this Application | Hours Billed in this Application | Hourly Rate Billed in this Application | Number of Rate Increases Since Case Inception |
|---|---|---|---|---|---|---|
| | | | | | | |
| Iskender H. Catto, Shareholder | Energy | 2000 - New York | $92,140.00 | 108.40 | $850.00 | 0 |
| Maria J. DiConza, Shareholder | Bankruptcy | 1998 - New York | $2,024.00 | 2.20 | $920.00 | 0 |
| Todd F. Kimbrough, Shareholder | Energy | 2005 - Texas | $4,920.00 | 8.20 | $600.00 | 0 |
| Sara Hoffman, Associate | Bankruptcy | 2014 - New York | $5,362.50 | 14.30 | $375.00 | 0 |
| Ryan A. Wagner, Associate | Bankruptcy | 2012 - New York | $232.00 | 0.40 | $580.00 | 0 |
| Brian N. Wheaton, Associate | Bankruptcy | 2015 - New York | $11,287.50 | 30.10 | $375.00 | 0 |
| **TOTALS FOR ALL TIMEKEEPERS:** | | | **$115,966.00** | **163.60** | | **0** |