# Exhibit F

**Summary of Actual and Necessary Expenses for the Fee Period**

**Summary of Actual and Necessary Expenses for the Fee Period**

| Expense | Vendor (if any) | Unit Cost (if applicable) | Amount |
|---|---|---|---|
| Airfare | United Airlines | | $1,677.54 |
| Lodging | Dallas Marriott Hotel | | $1,147.98 |
| Car Rental | Budget Rental | | $359.17 |
| Parking | Various | | $336.42 |
| Miscellaneous | Various | | $15.65 |
| **Totals** | | | **$3,536.76** |