# Exhibit G

**Summary of Fees by Matter for the Fee Period**

| Project Category Description | Hours | Compensation |
|---|---:|---:|
| **Energy Trading (EFH.ET)** | 147.10 | $108,579.50 |
| | | |
| **Fee/Employment Applications (B.800.926)** | 16.50 | $7,386.50 |
| | | |
| **TOTAL** | **163.60** | **$115,966.00** |