## Exhibit H

## Detailed Description of Services Provided

Invoice No.:   4116976                                                                                     Page  1
Matter No.:    163738.010100

Description of Professional Services Rendered:

TASK CODE:     926         RETENTION

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/05/15 | Sara Hoffman | Draft declaration of I. Catto in support of GT's retention in case as special counsel. | 2.10 | 787.50 |
| 11/06/15 | Sara Hoffman | Review/draft declaration of I. Catto in support of GT's retention as special counsel. | 1.80 | 675.00 |
| 11/17/15 | Sara Hoffman | Draft of declaration of I. Catto in support of GT's retention as special counsel. | 2.40 | 900.00 |
| 11/18/15 | Sara Hoffman | Meeting with M. DiConza regarding conflicts check results (0.3); draft Schedule 2 to Catto Declaration in Support of GT Retention as special counsel to Debtors (0.6). | 0.90 | 337.50 |
| 11/19/15 | Sara Hoffman | Draft of Catto Declaration in support of GT's retention as special counsel to Debtors. | 5.30 | 1,987.50 |
| 11/20/15 | Sara Hoffman | Emails related to draft Catto Declaration with I. Catt and M. DiConza. | 0.40 | 150.00 |
| 11/23/15 | Maria J. DiConza | Review and comment on GT retention papers. | 1.30 | 1,196.00 |
| 11/23/15 | Sara Hoffman | Review of Debtors' Application to retain GT as special counsel and Declaration in support of Application (0.7); follow-up with Debtors' counsel regarding schedules to Catto Declaration (0.2). | 0.90 | 337.50 |
| 11/24/15 | Maria J. DiConza | Review/revise retention declaration (.6); emails with Kirkland re: finalizing same (.3). | 0.90 | 828.00 |
| 11/24/15 | Sara Hoffman | Revise Catto Declaration based on comments of I. Catto and M. DiConza. | 0.50 | 187.50 |

Total Hours:   16.50

Total Amount:   $ 7,386.50

Invoice No.:   4116976                                                                                                    Page 2
Matter No.:    163738.010100

Description of Professional Services Rendered

TIMEKEEPER SUMMARY FOR TASK CODE 926,

    RETENTION

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Maria J. DiConza | 2.20 | 920.00 | 2,024.00 |
| Sara Hoffman | 14.30 | 375.00 | 5,362.50 |
| Totals: | 16.50 | 447.67 | $ 7,386.50 |

Invoice No.:   4116976  
Matter No.:   163738.010100

Page 3

Description of Professional Services Rendered

TASK CODE:    ET    ENERGY TRADING

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/03/15 | Iskender H. Catto | Review draft gas supply presentation (.4); review draft asset agreement (.8). | 1.20 | 1,020.00 |
| 11/04/15 | Iskender H. Catto | Review and revise draft liquidation agreement (2.3); review and revise draft gas supply presentation (.4); review draft agreement (.7). | 3.40 | 2,890.00 |
| 11/05/15 | Iskender H. Catto | Telephone conference with T. Silvey re asset agreement (1.1); revise draft agreement (.6). | 1.70 | 1,445.00 |
| 11/06/15 | Iskender H. Catto | Review draft asset agreement (.6); review and revise draft liquidation agreements (3.6). | 4.20 | 3,570.00 |
| 11/11/15 | Iskender H. Catto | Review and revise draft stipulation and motion (1.6); correspondence with counterparty counsel re settlement documents (.7); review and revise draft settlement agreements (1.9) | 4.20 | 3,570.00 |
| 11/12/15 | Iskender H. Catto | Review counterparty revised draft agreements (1.8); review and revise draft fuel transport amendment (2.7) | 4.50 | 3,825.00 |
| 11/13/15 | Iskender H. Catto | Prepare for telephone conference with counterparty counsel (.5); telephone conference with counterparty counsel re settlement negotiation (.6); review and revise draft fuel transport amendment (1.1). | 2.20 | 1,870.00 |
| 11/16/15 | Iskender H. Catto | Draft stipulation re counterparty claim (2.1); review claim backup information (.6); telephone conference with T. Silvey, A. Sareen re counterparty claim (.5). | 3.20 | 2,720.00 |
| 11/17/15 | Iskender H. Catto | Telephone conference with counterparty counsel (.3); review revised stipulation draft (1.2); draft revised liquidation agreement (1.4). | 2.90 | 2,465.00 |
| 11/18/15 | Iskender H. Catto | Telephone conference with T. Silvey and team re termination claim (.5); telephone conference with counterparty counsel re draft stipulation (.6); telephone conference with T. Silvey, M. Chen re fuel transport matter; review and revise fuel transport agreement (2.2); telephone conference with M. Bergman, M. Frank re termination claim. | 3.50 | 2,975.00 |
| 11/19/15 | Iskender H. Catto | Review and revise draft transport agreement. | 1.40 | 1,190.00 |
| 11/19/15 | Brian N. Wheaton | Review liquidation procedures order (1.1); review liquidation agreement between counterparty and Luminant Energy | 3.90 | 1,462.50 |

Invoice No.:   4116976
Matter No.:    163738.010100

Page 4

Description of Professional Services Rendered

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| | | Company (0.9); draft notice of entry into liquidation agreement (1.7); meet w/I. Catto re: counterparty (0.2). | | |
| 11/20/15 | Iskender H. Catto | Review draft liquidation agreement. | 0.60 | 510.00 |
| 11/20/15 | Brian N. Wheaton | Revise notice of settlement re: Luminant and Iberdrola. | 0.30 | 112.50 |
| 11/23/15 | Iskender H. Catto | Review and revise gas supply agreement (1.9); review energy agreement (1.2); telephone conferences with T. Silvey (.4). | 3.50 | 2,975.00 |
| 11/23/15 | Brian N. Wheaton | Review counterparty docket re: motions requesting authority to post collateral. | 0.90 | 337.50 |
| 11/24/15 | Iskender H. Catto | Review and revise draft liquidation agreement. | 1.40 | 1,190.00 |
| 11/25/15 | Iskender H. Catto | Review claims settlement issue (1.4); correspondence with A. Alaman re claim negotiation (.3). | 1.70 | 1,445.00 |
| 11/25/15 | Brian N. Wheaton | Review counterparty DIP order re: authority to post collateral. | 2.00 | 750.00 |
| 11/30/15 | Iskender H. Catto | Prepare for telephone conference with counterparty counsel re claim settlement (1.4); telephone conference with counterparty counsel re claim (.3). | 1.70 | 1,445.00 |
| 11/30/15 | Brian N. Wheaton | Review counterparty motion to enter into and perform under coal sale contracts re: authority to post collateral. | 2.10 | 787.50 |

Total Hours:   50.50

Total Amount:   $ 38,555.00


TIMEKEEPER SUMMARY FOR TASK CODE ET,

ENERGY TRADING

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Iskender H. Catto | 41.30 | 850.00 | 35,105.00 |
| Brian N. Wheaton | 9.20 | 375.00 | 3,450.00 |
| Totals: | 50.50 | 763.47 | $ 38,555.00 |

Invoice No.: 4116977  
Matter No.: 163738.010100

Page 1

Description of Professional Services Rendered:

TASK CODE:    ET    ENERGY TRADING

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/01/15 | Iskender H. Catto | Review and revise fuel transport agreement (1.3); review and revise draft liquidation agreement (1.8). | 3.10 | 2,635.00 |
| 12/01/15 | Brian N. Wheaton | Meet w/I. Catto re: counterparty's ability to post collateral in connection with coal sale agreements (0.9); review coal sale motion and coal sale order (1.0). | 1.90 | 712.50 |
| 12/02/15 | Iskender H. Catto | Review and revise draft fuel transport agreement (3.3); negotiations re liquidation agreements (1.4). | 4.70 | 3,995.00 |
| 12/03/15 | Iskender H. Catto | Review gas agreement (.4); negotiations re liquidation agreement (2.1); review PPA amendment transaction documents (1.4); telephone conferences with T. Silvey re amendment (.4). | 4.30 | 3,655.00 |
| 12/03/15 | Brian N. Wheaton | Draft communication re: counterparty's ability to issue surety bonds in connection with Coal Sale Contracts. | 0.90 | 337.50 |
| 12/04/15 | Iskender H. Catto | Review and revise draft agreement (1.8); negotiations re liquidation agreement (3.5); correspondence with T. Silvey and O. Marx re settlement (.8). | 6.10 | 5,185.00 |
| 12/07/15 | Iskender H. Catto | Coal contract review (.6); review amendment (.5); negotiations re liquidation agreement (1.2). | 2.30 | 1,955.00 |
| 12/07/15 | Brian N. Wheaton | Call w/I. Catto re: counterparty's ability to enter into surety bonds in connection with coal sale contracts. | 0.10 | 37.50 |
| 12/08/15 | Iskender H. Catto | Review consent (.6); telephone conference with T. Silvey re draft consent (.3). | 0.90 | 765.00 |
| 12/09/15 | Todd F. Kimbrough | Review draft O&M agreement (1.4) and revise same (1.4). | 2.80 | 1,680.00 |
| 12/10/15 | Iskender H. Catto | Revise draft liquidation agreement (2.8); review PPA amendments (.9); telephone conference with T. Silvey (.3). | 4.00 | 3,400.00 |
| 12/10/15 | Todd F. Kimbrough | Review draft O&M agreement (1.8) and revise same (1.9). | 3.70 | 2,220.00 |
| 12/10/15 | Brian N. Wheaton | Revise counterparty Liquidation Agreement (2.3); draft Notice of counterparty Liquidation Agreement (1.2); communications w/Epiq re: same (0.1). | 3.60 | 1,350.00 |
| 12/11/15 | Iskender H. Catto | Revise liquidation agreement transaction documents. | 4.20 | 3,570.00 |
| 12/11/15 | Todd F. Kimbrough | Review proposed O&M agreements (.4); email redlines and comments regarding same to Alex Catto (.4). | 0.80 | 480.00 |

Invoice No.: 4116977　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 2
Matter No.: 163738.010100

Description of Professional Services Rendered

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 12/11/15 | Brian N. Wheaton | Revise Notice of Entry into counterparty Liquidation Agreement. | 1.50 | 562.50 |
| 12/12/15 | Iskender H. Catto | Negotiations re settlement agreement. | 5.70 | 4,845.00 |
| 12/13/15 | Iskender H. Catto | Finalize settlement agreement. | 3.80 | 3,230.00 |
| 12/14/15 | Todd F. Kimbrough | Telephone conference with I. Catto regarding draft O&M agreement (.6) and email correspondence with I. Catto (.3). | 0.90 | 540.00 |
| 12/14/15 | Brian N. Wheaton | Draft notice of entry into counterparty Liquidation Agreements. | 1.40 | 525.00 |
| 12/15/15 | Iskender H. Catto | Review revised consent (.3); review revise liquidation agreements (2.1); review revised stipulation (1.3). | 3.70 | 3,145.00 |
| 12/15/15 | Brian N. Wheaton | Draft notice of entry of Energy Future Holdings Corp. into counterparty Liquidation Agreement (0.7); draft notice of entry of Texas Competitive Electric Holdings Company into counterparty Liquidation Agreement (0.5); review settlement procedures order re: claim settlement stipulation (2.0). | 3.20 | 1,200.00 |
| 12/16/15 | Iskender H. Catto | Review and revise draft fuel transport amendment. | 2.10 | 1,785.00 |
| 12/16/15 | Brian N. Wheaton | Draft counterparty Liquidation Agreement. | 1.40 | 525.00 |
| 12/17/15 | Iskender H. Catto | Review and revise draft stipulation (1.1); review and revise draft fuel transport amendment (2.3); telephone conferences with counterparty counsel (.3). | 3.70 | 3,145.00 |
| 12/17/15 | Brian N. Wheaton | Meet w/I. Catto re: counterparty claim settlement stipulation, notices of counterparty liquidation agreements, counterparty liquidation agreement, and notice of counterparty liquidation agreement (0.9); emails w/Epiq re: service of notice of counterparty liquidation agreement (0.2); revise notice of counterparty liquidation agreements (0.4); emails w/Epiq re: service of same (0.1); revise counterparty claim settlement stipulation (2.2); draft certification of no objection re: liquidation agreements (1.7); communications w/counterparty re: claim (0.4). | 5.90 | 2,212.50 |
| 12/18/15 | Iskender H. Catto | Review and revise draft fuel transport amendment and assumption agreement. | 1.80 | 1,530.00 |
| 12/22/15 | Iskender H. Catto | Negotiations re amendment and assumption. | 4.60 | 3,910.00 |
| 12/23/15 | Iskender H. Catto | Review draft instruction letter (.6); negotiations re fuel transport amendment (1.1). | 1.70 | 1,445.00 |
| 12/23/15 | Brian N. Wheaton | Draft counterparty Liquidation Agreement. | 0.80 | 300.00 |
| 12/27/15 | Iskender H. Catto | Review revised draft instruction letter. | 0.30 | 255.00 |
| 12/28/15 | Iskender H. Catto | Review and revise draft instruction letter. | 1.20 | 1,020.00 |
| 12/29/15 | Iskender H. Catto | Telephone conferences with counterparty | 0.60 | 510.00 |

Invoice No.:   4116977                                                                                              Page 3
Matter No.:   163738.010100

Description of Professional Services Rendered

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| | | counsel re fuel transport agreement amendment. | | |
| 12/29/15 | Ryan Wagner | Review draft CNO in connection with counterparty liquidation agreement (.3); Exchange emails with B. Wheaton and A. Catto regarding same (.1). | 0.40 | 232.00 |
| 12/29/15 | Brian N. Wheaton | Communications w/R. Wagner, A. Yenamandra and J. Madron re: filing certificate of no objection to notice of entry into counterparty liquidation agreement. | 0.20 | 75.00 |
| 12/30/15 | Iskender H. Catto | Review and revise instruction letter (1.6); review and revise draft fuel transport agreement (2.8). | 4.60 | 3,910.00 |
| 12/31/15 | Iskender H. Catto | Attend to fuel transport amendment and assumption (3.7). | 3.70 | 3,145.00 |

Total Hours:   96.60

Total Amount:   $ 70,024.50

TIMEKEEPER SUMMARY FOR TASK CODE ET,

ENERGY TRADING

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Iskender H. Catto | 67.10 | 850.00 | 57,035.00 |
| Todd F. Kimbrough | 8.20 | 600.00 | 4,920.00 |
| Ryan Wagner | 0.40 | 580.00 | 232.00 |
| Brian N. Wheaton | 20.90 | 375.00 | 7,837.50 |
| Totals: | 96.60 | 724.89 | $ 70,024.50 |