**Exhibit I**

**Detailed Description of Expenses and Disbursements**

*November 1, 2015 through November 30, 2015*

***AIRFARE***

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | November 11, 2015 | $243.34 | Airfare Coach Houston/Dallas |
| **Expense Category Total:** | | **$243.34** | |

***LODGING***

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | November 11, 2015 | $240.89 | Dallas Marriott Hotel |
| Iskender H. Catto | November 12, 2015 | $240.89 | Dallas Marriott Hotel |
| **Expense Category Total:** | | **$481.78** | |

***TRANSPORTATION***

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | November 11- November 13, 2015 | $225.00 | Budget Car Rental (3 days @ $75/day, taxes and fees included) |
| **Expense Category Total:** | | **$225.00** | |

***PARKING***

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | November 11, 2015 | $9.00 | Stall Parking |
| Iskender H. Catto | November 12, 2015 | $51.96 | Dallas Marriott Hotel Parking |
| Iskender H. Catto | November 13, 2015 | $10.00 | Stall Parking |
| Iskender H. Catto | November 11- November 13, 2015 | $99.00 | Newark Liberty International Airport Parking |
| **Expense Category Total:** | | **$169.96** | |

***MISCELLANEOUS***

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | November 13, 2015 | $6.02 | Shell Gas |
| **Expense Category Total:** | | **$6.02** | |

### *December 1, 2015 through December 31, 2015*

### *AIRFARE*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | December 14, 2015 | $1,434.20 | Roundtrip Airfare Coach Newark/Dallas |
| **Expense Category Total:** | | **$1,434.20** | |

### *LODGING*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | December 14, 2015 | $321.57 | Dallas Marriott Hotel |
| Iskender H. Catto | December 15, 2015 | $344.63 | Dallas Marriott Hotel |
| **Expense Category Total:** | | **$666.20** | |

### *TRANSPORTATION*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | December 14-December 16, 2015 | $134.17 | Budget Car Rental (2 days @ $67.09/day, taxes and fees included) |
| **Expense Category Total:** | | **$134.17** | |

### *PARKING*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | December 14, 2015 | $58.46 | Dallas Marriott Hotel Parking |
| Iskender H. Catto | December 16, 2015 | $9.00 | Stall Parking |
| Iskender H. Catto | December 14-December 16, 2015 | $99.00 | Newark Liberty International Airport Parking |
| **Expense Category Total:** | | **$166.46** | |

### *MISCELLANEOUS*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | December 16, 2015 | $9.63 | Shell Gas |
| **Expense Category Total:** | | **$9.63** | |