# Exhibit J

**Budget and Staffing Plan for First Interim Fee Period**

# Exhibit J-1

## Budget for First Interim Fee Period:

| Task Code Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted |
|---|---|---|---|
| B.800.802 | [TCEH] Asset Disposition | 30 | $22,000.00 |
| B.800.804 | [TCEH] Case Administration | 20 | $9,000.00 |
| B.800.805 | [TCEH] Claims Administration & Objections | 20 | $15,000.00 |
| B.800.812 | [TCEH] Plan and Disclosure Statement | 50 | $37,000.00 |
| B.800.813 | [TCEH] Fee/Employment Applications | 60 | $37,000.00 |
| EFH.ET | [TCEH] Energy Trading | 350 | $250,000.00 |
| B.800.833 | [TCEH] Court Hearings | 10 | $8,000.00 |
| B.800.837 | [TCEH] Utility Matters | 30 | $22,000.00 |
|  | **TOTAL** | **570** | **$400,000.00** |

**Exhibit J-2**

**Staffing Plan for First Interim Fee Period:**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter Categories During the Budget Period | Average Hourly Rate[1] |
|---|---|---|
| Shareholders | 3 | $875.00 |
| Associates | 3 | $580.00 |
| Paralegals | 1 | $340.00 |
| **Total Attorney** | **6** | **$720.00** |
| **Total Non-Attorney** | **1** | **$340.00** |
| **Total** | **7** | **$705.00** |

---

[1] The Average Hourly Rate is a weighted average based on the individual hourly rate of, and projected number of hours worked by, each timekeeper over the course of the chapter 11 cases.