## Exhibit K

## Summary of Legal Services Rendered During First Interim Fee Period

| Task Code Number | Project Category Description | Hours | | Total Compensation | |
|---|---|---|---|---|---|
| | | Budgeted | Billed | Budgeted | Billed |
| EFH.ET | [TCEH] Energy Trading | 350 | 147.1 | $250,000.00 | $108,579.50 |
| B800.813 | [TCEH] Fee/Employment Applications | 60 | 16.5 | $37,000.00 | $7,386.50 |
| | **TOTAL** | **410** | **163.6** | **$287,000.00** | **$115,966.00** |