## **EXHIBIT A**

### **Statement of Fees by Subject Matter**

| Description | Total Billed Hours | Total Fees |
|---|---|---|
| CASE ADMINISTRATION – GENERAL | 0.3 | $214.50 |
| FEE APPLICATIONS – OTHERS | 11.3 | $4,736.00 |
| FEE APPLICATIONS – S&L | 15.2 | $5,967.00 |
| HEARINGS | 1.3 | $929.50 |
| **TOTAL** | **28.1** | **$11,847.00** |