## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

| Service Description | Amount |
| --- | --- |
| COMPUTER RESEARCH (PACER) | $ 5.60 |
| DOCUMENT REPRODUCTION | $ 9.90 |
| **TOTAL** | **$ 15.50** |