## **EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

| Matter | Date | Description | Amount |
|---|---|---|---|
| 109285-00002 | 2/8/16 | Document Reproduction | $0.10 |
| 109285-00002 | 2/8/16 | Document Reproduction | $0.10 |
| 109285-00002 | 2/8/16 | Document Reproduction | $0.10 |
| 109285-00002 | 2/10/16 | Computer Research | $5.60 |
| 109285-00002 | 2/11/16 | Document Reproduction | $0.10 |
| 109285-00002 | 2/11/16 | Document Reproduction | $1.30 |
| 109285-00002 | 2/11/16 | Document Reproduction | $3.80 |
| 109285-00002 | 2/12/16 | Document Reproduction | $0.10 |
| 109285-00002 | 2/15/16 | Document Reproduction | $0.10 |
| 109285-00002 | 2/16/16 | Document Reproduction | $0.10 |
| 109285-00002 | 2/16/16 | Document Reproduction | $0.30 |
| 109285-00002 | 2/16/16 | Document Reproduction | $0.30 |
| 109285-00002 | 2/17/16 | Document Reproduction | $0.10 |
| 109285-00002 | 2/17/16 | Document Reproduction | $0.10 |
| 109285-00002 | 2/17/16 | Document Reproduction | $0.10 |
| 109285-00002 | 2/18/16 | Document Reproduction | $0.10 |
| 109285-00002 | 2/19/16 | Document Reproduction | $0.10 |
| 109285-00002 | 2/19/16 | Document Reproduction | $0.10 |
| 109285-00002 | 2/22/16 | Document Reproduction | $1.70 |
| 109285-00002 | 2/22/16 | Document Reproduction | $0.10 |
| 109285-00002 | 2/23/16 | Document Reproduction | $0.10 |
| 109285-00002 | 2/23/16 | Document Reproduction | $0.10 |
| 109285-00002 | 2/29/16 | Document Reproduction | $0.10 |
| 109285-00002 | 2/29/16 | Document Reproduction | $0.10 |
| 109285-00002 | 2/29/16 | Document Reproduction | $0.10 |
| 109285-00002 | 2/29/16 | Document Reproduction | $0.10 |
| 109285-00002 | 2/29/16 | Document Reproduction | $0.10 |
| 109285-00002 | 2/29/16 | Document Reproduction | $0.10 |
| 109285-00002 | 2/29/16 | Document Reproduction | $0.20 |
| 109285-00002 | 2/29/16 | Document Reproduction | $0.10 |
| | | **TOTAL** | **$ 15.50** |