## **EXHIBIT A**

### Statement of Fees By Subject Matter

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---:|---|---:|---:|
| 495 | Solicitation and Balloting | 162.50 | $34,641.00 |
| 642 | Fee Application Prep and Related Issues | 13.70 | $3,315.40 |
| 900 | Ediscovery Services | 39.50 | $5,530.00 |
| 901 | Ediscovery Services | 1.20 | $330.00 |
| **Totals:** | | **216.90** | **$43,816.40** |