# EXHIBIT B

## Professionals' Information

The Epiq professionals[1] who rendered services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jane Sullivan | EBS Practice Director | $385.00 | 26.80 | $10,318.00 |
| Sergio Riquelme | EDS Project Manager | $275.00 | 1.20 | $330.00 |
| J. Helen Cook | EBS Senior Consultant III | $242.00 | 13.00 | $3,146.00 |
| Stephenie Kjontvedt | EBS Senior Consultant III | $242.00 | 76.80 | $18,585.60 |
| Kathryn Mailloux | EBS Senior Consultant III | $242.00 | 0.70 | $169.40 |
| Joseph Arena | EBS Senior Consultant I | $176.00 | 16.30 | $2,868.80 |
| Ignazio Chisesi | EDS Project Manager | $140.00 | 1.0 | $140.00 |
| Alena Crabtree | EDS Project Manager | $140.00 | 0.30 | $42.00 |
| Chelsee Heckathorn | EDS Project Manager | $140.00 | 20.40 | $2,856.00 |
| Matthew Howard | EDS Project Manager | $140.00 | 2.90 | $406.00 |
| Katie Hursh | EDS Project Manager | $140.00 | 1.00 | $140.00 |
| Christopher Koe | EDS Project Manager | $140.00 | 0.80 | $112.00 |
| Jacqueline Koenig | EDS Project Manager | $140.00 | 2.80 | $392.00 |
| Daniel Larson | EDS Project Manager | $140.00 | 0.40 | $56.00 |
| Tanya Rivera | EDS Project Manager | $140.00 | 4.00 | $560.00 |
| Anthony Rowe | EDS Project Manager | $140.00 | 1.50 | $210.00 |
| Tisha Shurley | EDS Project Manager | $140.00 | 1.20 | $168.00 |
| Anthony Spicer | EDS Project Manager | $140.00 | 1.20 | $168.00 |
| Steven Sullivan | EDS Project Manager | $140.00 | 2.00 | $280.00 |
| John Chau | EBS Case Manager I | $83.00 | 28.70 | $2,382.10 |
| Thomas Vazquez | EBS Admin Support I | $35.00 | 13.90 | $486.50 |
| **Totals:** | | | **216.90** | **$43,816.40** |

---

[1] Note: Epiq Bankruptcy Solutions, LLC personnel are labelled "EBS" and Epiq eDiscovery Solutions personnel are labelled "EDS."