# EXHIBIT D

**Detailed Description of Epiq eDiscovery Solutions Expenses and Disbursements**

| Expense Category | Quantity | Unit Cost | Amount |
|---|---:|---:|---:|
| HST142 - Upload productions (images, natives, text and metadata) to the Relativity hosted repository | 31.160 GB | $35.00 | $1,090.60 |
| HST626 – Relativity License Fee | 45 licenses | $70.00 | $3,150.00 |
| HST756 - Billable storage fee (GB) for the eDiscovery Relativity repository | 3,449.800 GB | $15.00 | $51,747.00 |
| HST757 - Billable storage fee (GB) for the eDiscovery Relativity repository | 5.00 GB | $13.00 | $65.00 |
| PRO128 – Client media storage | 2 files | $10.00 | $20.00 |
| **TOTAL** | | | **$56,072.60** |