## **EXHIBIT B**

## **Summary of Fees Billed by Subject Matter for the Fourth Interim Fee Period**

| Activity Description | Sum of Hours | Sum of Amount |
|---|---:|---:|
| 495 Balloting/Solicitation Consultation | 326.10 | $68,621.90 |
| 642 Fee Application Prep and Related Issues | 59.70 | $14,518.90 |
| 900 Ediscovery Services | 126.20 | $17,668.00 |
| 901 Ediscovery Services | 1.20 | $330.00 |
| **Totals** | **513.20** | **$101,138.80** |