**EXHIBIT C**

**Summary of Hours Billed by Epiq Professionals[1] During the Fourth Interim Fee Period**

| Professional | Position With Applicant | Hourly Billing Rate | Sum of Hours | Sum of Amount |
|---|---|---|---|---|
| Jane Sullivan | EBS Practice Director | $385.00 | 35.10 | $13,513.50 |
| Sergio Riquelme | EDS Client Services Director | $275.00 | 1.20 | $330.00 |
| J Helen Cook | EBS Senior Consultant III | $242.00 | 55.70 | $13,479.40 |
| Stephenie Kjontvedt | EBS Senior Consultant III | $242.00 | 184.90 | $44,745.80 |
| Kathryn Mailloux | EBS Senior Consultant III | $242.00 | 4.80 | $1,161.60 |
| Joseph Arena | EBS Senior Consultant I | $176.00 | 26.20 | $4,611.20 |
| Paul Avila | EDS Project Manager | $140.00 | 2.90 | $406.00 |
| Michael Bevington | EDS Project Manager | $140.00 | 1.50 | $210.00 |
| Ignazio Chisesi | EDS Project Manager | $140.00 | 1.00 | $140.00 |
| Alena Crabtree | EDS Project Manager | $140.00 | 0.30 | $42.00 |
| Joshua Goodman | EDS Project Manager | $140.00 | 6.90 | $966.00 |
| Chelsee Heckathorn | EDS Project Manager | $140.00 | 24.40 | $3,416.00 |
| Matthew Howard | EDS Project Manager | $140.00 | 10.90 | $1,526.00 |
| Katie Hursh | EDS Project Manager | $140.00 | 1.00 | $140.00 |
| Christopher Koe | EDS Project Manager | $140.00 | 0.80 | $112.00 |
| Jacqueline Koenig | EDS Project Manager | $140.00 | 6.60 | $924.00 |
| Daniel Larson | EDS Project Manager | $140.00 | 0.40 | $56.00 |
| Beverly Laucus | EDS Project Manager | $140.00 | 2.00 | $280.00 |
| Michael Ouellette | EDS Project Manager | $140.00 | 13.50 | $1,890.00 |
| Merle Pete | EDS Project Manager | $140.00 | 3.00 | $420.00 |
| Chad Poorman | EDS Project Manager | $140.00 | 1.50 | $210.00 |
| Margery Renn | EDS Project Manager | $140.00 | 3.00 | $420.00 |
| Sergio Riquelme | EDS Project Manager | $140.00 | 0.70 | $98.00 |
| Tanya Rivera | EDS Project Manager | $140.00 | 12.50 | $1,750.00 |
| Anthony Rowe | EDS Project Manager | $140.00 | 1.50 | $210.00 |
| Tisha Shurley | EDS Project Manager | $140.00 | 5.90 | $826.00 |
| Anthony Spicer | EDS Project Manager | $140.00 | 14.90 | $2,086.00 |
| Steven Sullivan | EDS Project Manager | $140.00 | 2.00 | $280.00 |
| Thomas Wille | EDS Project Manager | $140.00 | 3.00 | $420.00 |
| Scott Umshler | EDS Project Manager | $140.00 | 6.00 | $840.00 |
| John Chau | EBS Case Manager I | $83.00 | 59.60 | $4,946.80 |
| Thomas Vazquez | EBS Admin Support I | $35.00 | 19.50 | $682.50 |
| **Totals** | | | **513.20** | **101,138.80** |

---

[1] Note: Epiq Bankruptcy Solutions, LLC personnel are labelled "EBS" and Epiq eDiscovery Solutions personnel are labelled "EDS."

RLF1 14246304v.1