# EXHIBIT E

## Summary of Actual and Necessary Epiq eDiscovery Solutions Expenses for the Fourth Interim Fee Period[1]

| Expense Category | Amount |
|---|---:|
| HST142 – Upload productions (images, natives, text and metadata) to the eDiscovery Relativity hosted repository | $1,109.50 |
| HST626 – Relativity License Fee | $12,825.00 |
| HST756 - Billable storage fee (GB) for the eDiscovery Relativity repository | $196,739.85 |
| HST757 - Billable storage fee (GB) for the eDiscovery Relativity repository | $65.00 |
| PRO128 – Client media storage | $80.00 |
| **TOTAL** | **$210,819.35** |

---

[1] Epiq Bankruptcy Solutions, LLC did not have any expenses related to its retention under the *Order Authorizing The Debtors To Retain And Employ Epiq Bankruptcy Solutions, LLC As The Administrative Advisor For The Debtors And Epiq eDiscovery Solutions As E-Discovery Vendor For The Debtors, Effective Nunc Pro Tunc To The Petition Date,* dated September 16, 2014 [D.I. 2053].