# **EXHIBIT F**

## **Detailed Description of Epiq eDiscovery Solutions Expenses and Disbursements**

| Month | Expense Category | Quantity | Unit Cost | Amount |
|---|---|---|---|---|
| 05/2015 | HST142 – Upload productions (images, natives, text and metadata) to the eDiscovery Relativity hosted repository | 0.50 GB | $35.00 | $17.50 |
| 05/2015 | HST626 – Relativity License Fee | 43 licenses | $75.00 | $3,225.00 |
| 05/2015 | HST756 - Billable storage fee (GB) for the eDiscovery Relativity repository | 3,005.040 GB | $15.00 | $45,075.60 |
| 05/2015 | PRO128 – Client media storage | 2 files | $10.00 | $20.00 |
| 06/2015 | HST142 – Upload productions (images, natives, text and metadata) to the eDiscovery Relativity hosted repository | 0.040 GB | $35.00 | $1.40 |
| 06/2015 | HST626 – Relativity License Fee | 43 licenses | $75.00 | $3,225.00 |
| 06/2015 | HST756 - Billable storage fee (GB) for the eDiscovery Relativity repository | 3,284.250 GB | $15.00 | $49,263.75 |
| 06/2015 | PRO128 – Client media storage | 2 files | $10.00 | $20.00 |
| 07/2015 | HST626 – Relativity License Fee | 43 licenses | $75.00 | $3,225.00 |
| 07/2015 | HST756 - Billable storage fee (GB) for the eDiscovery Relativity repository | 3,376.900 GB | $15.00 | $50,653.50 |
| 07/2015 | PRO128 – Client media storage | 2 files | $10.00 | $20.00 |
| 08/2015 | HST142 - Upload productions (images, natives, text and metadata) to the Relativity hosted repository | 31.160 GB | $35.00 | $1,090.60 |
| 08/2015 | HST626 – Relativity License Fee | 45 licenses | $70.00 | $3,150.00 |
| 08/2015 | HST756 - Billable storage fee (GB) for the eDiscovery Relativity repository | 3,449.800 GB | $15.00 | $51,747.00 |
| 08/2015 | HST757 - Billable storage fee (GB) for the eDiscovery Relativity repository | 5.00 GB | $13.00 | $65.00 |
| 08/2015 | PRO128 – Client media storage | 2 files | $10.00 | $20.00 |
| **TOTAL** | | | | **$210,819.35** |

RLF1 14246304v.1