# EXHIBIT A



KPMG LLP  
Suite 1400  
2323 Ross Avenue  
Dallas, TX 75201

Telephone  214 840 2000  
Fax             214 276 2297  
Internet      www.us.kpmg.com

## Addendum to SOW

We refer to the SOW letter dated 5/21/2015 (the "Agreement") between EFH Corporate Services Company ("COMPANY") and KPMG LLP for tax consulting services relating to the final tangible property regulations (the "Services").

It is hereby agreed by Company and KPMG that the Services and corresponding fees in the Agreement shall be modified as follows:

**Additional Services**

KPMG will assist COMPANY with the analysis of the 2015 fixed asset additions for the purpose of determining the repairs and maintenance deduction. KPMG may:

- work with COMPANY tax/finance/fixed asset specialists to calculate an estimated 2015 repairs and maintenance deduction for provision purposes,
- work with COMPANY tax/finance/fixed asset specialists to organize all necessary fixed asset and/or transactional level detail, and underlying documentation,
- create a statistical sample utilizing the KPMG Economic Valuation Services team,
- create a template to guide COMPANY in their analysis of the sample selection,
- assist with the repairs and maintenance determination (to the extent assistance is requested by COMPANY),
- extrapolate the sample repair and maintenance determination results, as determined by COMPANY, to the population, and
- prepare a process summary/technical memorandum summarizing the statistical sampling process.

**Additional Fees**

As a result of our discussions with you, our fees for these additional services ($65,000), as well as overages for the original Agreement ($117,000), will not exceed $182,000.

Any work performed in connection with this addendum before the date of this addendum is also governed by the terms and conditions contained in the addendum.

**Other**

Except as expressly amended hereby, the Agreement shall remain in full force and effect in accordance with all of the terms and conditions set forth therein.

Please sign and return the enclosed copy of this Addendum or acknowledge by return e-mail your confirmation of Client's agreement to this Addendum.

Any work performed in connection with this engagement before the date of execution of this addendum is also governed by the terms and conditions contained in the Agreement and addendum.

KPMG LLP is a Delaware limited liability partnership,  
the U.S. member firm of KPMG International  
Cooperative  
("KPMG International"), a Swiss entity.



*EFH Corporate Services Company*
*March 31, 2016*

KPMG LLP

By: *[signature: Peter Baltmanis]*

Name: Peter Baltmanis

Title: Principal

Date: 03/31/16

EFH Corporate Services Company

By: *[signature]*

Name: Carla Howard

Title: Sr Vice President & General Tax Counsel

Date: 03/31/2016

2