IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ENERGY FUTURE HOLDINGS CORP., *et. al.*, ) | Case No. 14-10979 (CSS) |
| ) | |
| Debtors.[1] ) | (Jointly Administered) |
| ) | |
| ENERGY FUTURE HOLDINGS CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Adv. Pro. No. 15-51386 (CSS) |
| v. ) | |
| ) | |
| TEXAS TRANSMISSION INVESTMENT LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| OVATION ACQUISITION I, L.L.C. and ) | |
| OVATION ACQUISITION II, L.L.C., ) | |
| ) | |
| Intervenor Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| TEXAS TRANSMISSION INVESTMENT LLC, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF RESCHEDULED *TELEPHONIC ONLY* HEARING

PLEASE TAKE NOTICE that, at the direction of the United States Bankruptcy Court for the District of Delaware (the "Court"), the *telephonic only* status conference that was previously scheduled to be held in connection with the above-captioned adversary proceeding

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at www.efhcaseinfo.com.

RLF1 14280681v.1

before The Honorable Christopher S. Sontchi, United States Bankruptcy Judge, at the Court on April 4, 2016 starting at 1:00 p.m. (Eastern Daylight Time) (the "Telephonic Hearing") has been rescheduled.

PLEASE TAKE FURTHER NOTICE that, at the direction of the Court, the Telephonic Hearing shall now take place before The Honorable Christopher S. Sontchi, United States Bankruptcy Judge, at the Court on **April 5, 2016 starting at 4:00 p.m. (Eastern Daylight Time)**.

PLEASE TAKE FURTHER NOTICE that, notwithstanding anything to the contrary set forth in the *Instructions for Telephonic Appearances Effective April 5, 2005, Revised April 27, 2009*, at the direction of Chambers, all parties wishing to appear at the Telephonic Hearing must contact CourtCall via telephone (for callers calling from within the United States of America: 866-582-6878; for callers calling from outside of the United States of America: 310-743-1886) or facsimile (for parties sending facsimiles from within the United States of America: 866-533-2946; for parties sending facsimiles from outside of the United States of America: 310-743-1850) no later than **2:00 p.m. (Eastern Daylight Time) on April 5, 2016** to register their telephonic appearances.

*[Remainder of page intentionally left blank.]*

Dated: April 4, 2016
     Wilmington, Delaware

/s/ Jason M. Madron

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:   collins@rlf.com
          defranceschi@rlf.com
          madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:   edward.sassower@kirkland.com
          stephen.hessler@kirkland.com
          brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:   james.sprayregen@kirkland.com
          marc.kieselstein@kirkland.com
          chad.husnick@kirkland.com
          steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession