# **EXHIBIT A**

**Statement of Fees and Expenses By Subject Matter**

**COMPENSATION BY SUBJECT MATTER[1]**
**FEBRUARY 1, 2016 THROUGH FEBRUARY 29, 2016**

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 4 | General Environmental Matters | 15.40 | $7,682.00 |
| 7 | EPA NSR Litigation | 84.50 | $30,969.50 |
| 8 | EGU MACT | 8.50 | $3,285.50 |
| 9 | Texas PM2.5 Interstate Transport Rule | 15.40 | $5,482.50 |
| 11 | EPA Regional Haze Rulemaking | 354.80 | $125,871.00 |
| 18 | EPA Affirmative Defense Litigation | 91.00 | $34,685.50 |
| 19 | EPA GHG Rules | 72.90 | $31,420.50 |
| 21 | Bankruptcy Application and Retention | 43.30 | $11,625.50 |
| 24 | La Frontera Gas Contracts | 1.20 | $540.00 |
| 25 | SO2 NAAQS | 28.20 | $13,966.50 |
| **Totals:** | | **715.20** | **$265,528.50** |

---

[1] The work performed and expenses incurred by Balch during the compensation period were entirely on behalf of Texas Competitive Electric Holdings Company, LLC and its debtor subsidiaries.

**EXPENSE SUMMARY**
**FEBRUARY 1, 2016 THROUGH FEBRUARY 29, 2016**

| Expense Category | Amount |
|---|---|
| Airfare | $2,301.86 |
| In-house Copying - Standard Copies or Prints | $3.40 |
| Court Fees | $500.00 |
| Deliveries | $50.04 |
| Equipment | $58.21 |
| Telephone Charges | $9.10 |
| Transportation to/from airport | $148.60 |
| Transportation | $38.39 |
| Travel Expenses – Lodging | $1,016.20 |
| Travel Meals | $600.25 |
| Other Travel Expenses | $119.00 |
| **Total Expenses Sought:** | **$4,845.05** |

RLF1 14278128v.1