## EXHIBIT B

**Attorneys and Paraprofessionals' Information**

The Balch attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Thomas L. Casey III | Partner | 2003 | Environmental | $395.00 | 85.70 | $33,851.50 |
| Thomas DeLawrence | Partner | 2006 | Environmental | $330.00 | 16.80 | $5,544.00 |
| P. Stephen Gidiere | Partner | 1996 | Environmental | $525.00 | 189.00 | $99,225.00 |
| Scott B. Grover | Partner | 2001 | Energy | $445.00 | 1.20 | $540.00 |
| C. Grady Moore | Partner | 1992 | Environmental | $525.00 | 44.70 | $23,467.50 |
| Mary F. Samuels | Partner | 2007 | Environmental | $330.00 | 4.30 | $1,419.00 |
| Julia Barber | Associate | 2014 | Environmental | $245.00 | 43.80 | $10,731.00 |
| S. Ellen Burgin | Associate | 2014 | Environmental | $240.00 | 38.50 | $9,240.00 |
| Jonathan Grayson | Associate | 2005 | Bankruptcy | $295.00 | 3.40 | $1,003.00 |
| David W. Mitchell | Associate | 2009 | Environmental | $300.00 | 183.00 | $54,900.00 |
| J. Patrick Runge | Associate | 2008 | Environmental | $280.00 | 16.00 | $4,480.00 |
| Amy Benschoter | Staff Attorney | 2005 | Environmental | $230.00 | 68.70 | $15,801.00 |
| Tal Simpson | Staff Attorney | 2011 | Environmental | $265.00 | 20.10 | $5,326.50 |
| | | | | | **715.20** | **$265,528.50** |

**Total Fees Requested**                **$265,528.50**