# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

**EXPENSE SUMMARY**
**FEBRUARY 1, 2016 THROUGH FEBRUARY 29, 2016**

| Expense Category | Amount |
|---|---|
| Airfare | $2,301.86 |
| In-house Copying  -  Standard Copies or Prints | $3.40 |
| Court Fees | $500.00 |
| Deliveries | $50.04 |
| Equipment | $58.21 |
| Telephone Charges | $9.10 |
| Transportation to/from airport | $148.60 |
| Transportation | $38.39 |
| Travel Expenses – Lodging | $1,016.20 |
| Travel Meals | $600.25 |
| Other Travel Expenses | $119.00 |
| **Total Expenses Sought:** | **$4,845.05** |