# EXHIBIT D

**Detailed Description of Expenses and Disbursements**

**DETAILED EXPENSE SUMMARY**
**FEBRUARY 1, 2016 THROUGH FEBRUARY 29, 2016**

| Invoice Number | Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 595123 | 004 | 2/25/16 | C. Grady Moore | Airfare | | | 445.98 | Travel from Austin, TX to Birmingham, AL |
| *595123* | *004* | *2/25/16* | *C. Grady Moore* | *Airfare* | | | *$22.10[1]* | *Airline extra fee* |
| 595123 | 004 | 2/25/16 | C. Grady Moore | Other Travel Expenses | | | $16.00 | Airport Parking |
| 595123 | 004 | 2/25/16 | C. Grady Moore | Transportation to/from Airport | | | $43.00 | Cab fare from airport to meeting |
| 595123 | 004 | 2/25/16 | C. Grady Moore | Transportation to/from Airport | | | $45.00 | Cab fare from meeting to airport |
| 595123 | 004 | 2/25/16 | C. Grady Moore | Travel Meals | | | $16.45 | Dinner (1 person) |
| 595123 | 004 | 2/25/16 | C. Grady Moore | Travel Meals | | | $13.00 | Lunch (1 person) |
| 595123 | 004 | 2/26/16 | P. Stephen Gidiere | Deliveries | | | $12.58 | Fed-Ex Shipping |
| 595123 | 004 | 2/26/16 | C. Grady Mitchell | In-house Copying | $0.10 | 32 | $3.20 | Standard Copies |
| 595124 | 007 | 1/21/16 | C. Grady Moore | Airfare | | | $735.96 | Roundtrip airfare between Birmingham, AL and Dallas, TX |
| *595124* | *007* | *1/21/16* | *C. Grady Moore* | *Other Travel Expenses* | | | *$35.00[2]* | *Travel agency service fees* |
| *595124* | *007* | *1/21/16* | *C. Grady Moore* | *Other Travel Expenses* | | | *$10.00[3]* | *Travel agency service fee* |
| 595124 | 007 | 1/21/16 | C. Grady Moore | Travel Meals | | | $90.78 | Dinner (3 people) |
| 595124 | 007 | 1/22/16 | C. Grady Moore | Other Travel Expenses | | | $29.00 | Airport Parking |
| *595124* | *007* | *1/22/16* | *C. Grady Moore* | *Other Travel Expenses* | | | *$10.00[4]* | *Travel agency service fee* |
| *595124* | *007* | *1/22/16* | *C. Grady Moore* | *Travel Expenses – Lodging* | | | *$377.68[5]* | *Lodging in Dallas, TX (1 night)* |
| 595124 | 007 | 1/22/16 | C. Grady Moore | Travel Meals | | | $30.79 | Breakfast (1 person) |
| 595124 | 007 | 2/2/16 | Amy Benschoter | Deliveries | | | $14.34 | Fed-Ex Shipping |
| 595124 | 007 | 2/10/16 | C. Grady Moore | Other Travel Expenses | | | $37.00 | Airport Parking |

---

[1]  Pursuant to the Fee Committee's Letter Report on the First Interim Application of Balch & Bingham LLP, dated May 20, 2015, service fees are not reimbursable. Therefore, $22.10 is not reimbursable.

[2]  Pursuant to the Fee Committee's Letter Report on the First Interim Application of Balch & Bingham LLP, dated May 20, 2015, service fees are not reimbursable. Therefore, $35.00 is not reimbursable.

[3]  Pursuant to the Fee Committee's Letter Report on the First Interim Application of Balch & Bingham LLP, dated May 20, 2015, service fees are not reimbursable. Therefore, $10.00 is not reimbursable.

[4]  Pursuant to the Fee Committee's Letter Report on the First Interim Application of Balch & Bingham LLP, dated May 20, 2015, service fees are not reimbursable. Therefore, $10.00 is not reimbursable.

[5]  Pursuant to the Fee Committee's initial memorandum, dated October 3, 2014, hotel rooms are capped at $350.00 per night. Therefore, $27.68 is not reimbursable.

| Invoice Number | Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| *595124* | *007* | *2/10/16* | *C. Grady Moore* | *Other Travel Expenses* | | | *$18.00[6]* | *Hotel and baggage tips* |
| 595124 | 007 | 2/10/16 | C. Grady Moore | Travel Expenses – Lodging | | | $333.10 | Lodging in Dallas, TX (1 night) |
| 595124 | 007 | 2/10/16 | C. Grady Moore | Travel Meals | | | $39.37 | Dinner (1 person) |
| 595124 | 007 | 2/11/16 | n/a | Equipment | | | $58.21 | Portable hard drive for document production |
| *595125* | *008* | *2/2/16* | *Linda Shaper* | *Telephone Charges* | | | *$0.90[7]* | *Long Distance* |
| *595125* | *008* | *2/11/16* | *Linda Shaper* | *Telephone Charges* | | | *$0.20* | *Long Distance* |
| *595125* | *008* | *2/24/16* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$0.80* | *Long Distance* |
| 595127 | 011 | 2/9/10 | P. Stephen Gidiere | Travel Meals | | | $42.86 | Lunch (3 people) |
| 595127 | 011 | 2/2/16 | David Mitchell | In-house Copying | $0.10 | 1 | $0.10 | Standard Copies |
| *595127* | *011* | *2/2/16* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$0.70* | *Long Distance* |
| 595127 | 011 | 2/3/16 | P. Stephen Gidiere | Telephone Charges | | | $0.30 | Conference Call |
| 595127 | 011 | 2/9/16 | P. Stephen Gidiere | Transportation | | | $15.00 | Cab fare from office to hotel |
| 595127 | 011 | 2/9/16 | P. Stephen Gidiere | Transportation to/from Airport | | | $28.00 | Cab fare from airport to office |
| 595127 | 011 | 2/9/16 | P. Stephen Gidiere | Transportation to/from Airport | | | $2.30 | Transportation to Birmingham, AL airport |
| *595127* | *011* | *2/9/16* | *P. Stephen Gidiere* | *Travel Meals* | | | *$330.37[8]* | *Dinner (4 people)* |
| 595127 | 011 | 2/9/16 | P. Stephen Gidiere | Travel meals | | | $6.36 | Breakfast (1 person) |
| 595127 | 011 | 2/10/16 | P. Stephen Gidiere | Airfare | | | $735.96 | Roundtrip airfare between Birmingham, AL and Dallas, TX |
| 595127 | 011 | 2/10/16 | P. Stephen Gidiere | Airfare | | | $383.96 | Roundtrip airfare between Dallas, TX and Austin, TX |
| 595127 | 011 | 2/10/16 | P. Stephen Gidiere | Other Travel Expenses | | | $37.00 | Airport parking |
| *595127* | *011* | *2/10/16* | *P. Stephen Gidiere* | *Other Travel Expenses* | | | *$5.00[9]* | *Luggage tips* |

---

[6] Pursuant to the Fee Committee's correspondence, baggage fees and tips are not reimbursable.

[7] Italicized entries for Telephone Charges represent those calls which cannot be classified as multi-party conference calls.  A total of $7.20 in telephone charges is not reimbursable.

[8] Pursuant to the Fee Committee's initial memorandum, dated October 3, 2014, meals are capped at $40.00 per person, per meal.   Therefore, $170.37 is not reimbursable.

[9] Pursuant to the Fee Committee's correspondence, baggage fees and tips are not reimbursable.

| Invoice Number | Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 595127 | 011 | 2/10/16 | P. Stephen Gidiere | Transportation | | | $17.40 | Cab fare from hotel to client's office. |
| 595127 | 011 | 2/10/16 | P. Stephen Gidiere | Transportation | | | $5.99 | Cab fare from client's office to hotel |
| 595127 | 011 | 2/10/16 | P. Stephen Gidiere | Transportation to/from Airport | | | $28.00 | Cab fare from hotel to airport |
| 595127 | 011 | 2/10/16 | P. Stephen Gidiere | Transportation to/from Airport | | | $2.30 | Transportation from Birmingham, AL airport |
| 595127 | 011 | 2/10/16 | P. Stephen Gidiere | Travel Expenses – Lodging | | | $333.10 | Lodging in Dallas, TX (1 night) |
| *595127* | *011* | *2/10/16* | *P. Stephen Gidiere* | *Travel Meals* | | | *$55.61[10]* | *Breakfast (1 person)* |
| 595127 | 011 | 2/10/16 | P. Stephen Gidiere | Travel Meals | | | $40.64 | Lunch (2 people) |
| *595127* | *011* | *2/10/16* | *P. Stephen Gidiere* | *Travel Meals* | | | *$148.57[11]* | *Dinner (3 people)* |
| 595127 | 011 | 2/16/16 | P. Stephen Gidiere | Telephone Charges | | | $1.80 | Conference Call |
| 595127 | 011 | 2/17/16 | P. Stephen Gidiere | Telephone Charges | | | $0.30 | Conference Call |
| 595127 | 011 | 2/18/16 | P. Stephen Gidiere | Telephone Charges | | | $1.10 | Conference Call |
| 595127 | 011 | 2/23/16 | P. Stephen Gidiere | Telephone Charges | | | $1.00 | Conference Call |
| 595127 | 011 | 2/24/16 | P. Stephen Gidiere | Telephone Charges | | | $0.90 | Conference Call |
| 595127 | 011 | 2/25/16 | P. Stephen Gidiere | Telephone Charges | | | $0.70 | Conference Call |
| 595127 | 011 | 2/25/16 | P. Stephen Gidiere | Telephone Charges | | | $0.50 | Conference Call |
| 595127 | 011 | 2/26/16 | Julia Barber | Court Fees | | | $500.00 | Filing fee for Petition for Review |
| 595127 | 011 | 2/26/16 | Julia Barber | In-house Copying | $0.10 | 1 | $0.10 | Standard Copies |
| 595127 | 011 | 2/26/16 | P. Stephen Gidiere | Telephone Charges | | | $0.40 | Conference Call |
| 595127 | 011 | 2/26/16 | P. Stephen Gidiere | Telephone Charges | | | $0.20 | Conference Call |
| 595127 | 011 | 2/29/16 | P. Stephen Gidiere | Deliveries | | | $23.12 | Fed-Ex Shipping |
| 595127 | 011 | 2/29/16 | P. Stephen Gidiere | Telephone Charges | | | $0.40 | Conference Call |
| 595127 | 011 | 2/29/16 | P. Stephen Gidiere | Telephone Charges | | | $1.20 | Conference Call |

---

[10] Pursuant to the Fee Committee's initial memorandum, dated October 3, 2014, meals are capped at $40.00 per person, per meal. Therefore, $15.61 is not reimbursable.

[11] Pursuant to the Fee Committee's initial memorandum, dated October 3, 2014, meals are capped at $40.00 per person, per meal. Therefore, $28.57 is not reimbursable.

| Invoice Number | Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 595127 | 011 | 2/29/16 | P. Stephen Gidiere | Telephone Charges | | | $0.30 | Conference Call |
| *595127* | *011* | *2/29/16* | *Julia Barber* | *Telephone Charges* | | | *$0.30* | *Long Distance* |
| *595127* | *011* | *2/29/16* | *Julia Barber* | *Telephone Charges* | | | *$0.30* | *Long Distance* |
| *595127* | *011* | *2/29/16* | *Julia Barber* | *Telephone Charges* | | | *$0.50* | *Long Distance* |
| *595128* | *018* | *1/20/16* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$0.60* | *Long Distance* |
| *595128* | *018* | *1/25/16* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$1.60* | *Long Distance* |
| *595128* | *018* | *2/1/16* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$0.20* | *Long Distance* |
| *595128* | *018* | *2/5/16* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$0.20* | *Long Distance* |
| *595129* | *019* | *2/17/16* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$0.90* | *Long Distance* |
| Total Expenses: | | | | | | | $5,194.58 | |
| *Less: Expense Adjustment*[12] | | | | | | | *$349.53* | |
| **Total Expenses Sought:** | | | | | | | **$4,845.05** | |

---

[12] Reflects actual expenses incurred during Fee Period which are not reimbursable pursuant to the Fee Committee's initial memorandum, dated October 3, 2014.

RLF1 14278128v.1