## EXHIBIT A

**Professional Fees and Expenses**
**Monthly Fee Statement**

| **Direct Benefit: $322,042.40** <br> **(comprised of $321,259.60 (80% of $401,574.50) and $782.80 expenses)** | |
| --- | --- |
| **Debtor(s)** | **Amount Sought to be Paid** |
| EFH Corp. | $13,443.70 |
| EFIH | $207,334.70 |
| TCEH Debtors | $101,264.00 |
| *Total:* | $322,042.40 |
| **Collective Benefit:  $1,377,059.07** <br><br> **(comprised of $1,104,710.40 fees (80% of $1,380,888.00) and $272,348.67 expenses)** | |
| **Debtor(s)** | **Amount Sought to be Paid** |
| EFH Corp. | $262,043.70 |
| EFIH | $751,919.00 |
| TCEH Debtors | $363,096.37 |
| *Total:* | $1,377,059.07 |
| *Grand Totals:* | $1,699,101.47 |