## EXHIBIT A

### Statement of Fees By Subject Matter

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 495 | Solicitation and Balloting | 373.80 | $73,413.90 |
| 642 | Fee Application Prep and Related Issues | 9.30 | $2,250.60 |
| 900 | Ediscovery Services | 69.90 | $9,801.00 |
| **Totals:** | | **453.00** | **$85,465.50** |