## EXHIBIT B

### Professionals' Information

The Epiq professionals[1] who rendered services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jane Sullivan | EBS Practice Director | $385.00 | 32.70 | $12,589.50 |
| J. Helen Cook | EBS Senior Consultant III | $242.00 | 9.30 | $2,250.60 |
| Stephenie Kjontvedt | EBS Senior Consultant III | $242.00 | 187.40 | $45,350.80 |
| Joseph Arena | EBS Senior Consultant I | $176.00 | 44.90 | $7,902.40 |
| R.E. Fort | EDS Project Trainer | $150.00 | 1.50 | $225.00 |
| Paul Avila | EDS Project Manager | $140.00 | 2.30 | $322.00 |
| Timothy Brown | EDS Project Manager | $140.00 | 0.30 | $42.00 |
| Alexis Carrigan | EDS Project Manager | $140.00 | 1.00 | $140.00 |
| Anna Cummens | EDS Project Manager | $140.00 | 0.60 | $84.00 |
| Jonathan Garcia | EDS Project Manager | $140.00 | 3.70 | $518.00 |
| Joshua Goodman | EDS Project Manager | $140.00 | 5.30 | $742.00 |
| Matthew Howard | EDS Project Manager | $140.00 | 1.10 | $154.00 |
| Jacqueline Koenig | EDS Project Manager | $140.00 | 2.60 | $364.00 |
| Tanya Rivera | EDS Project Manager | $140.00 | 6.70 | $938.00 |
| Anthony Rowe | EDS Project Manager | $140.00 | 6.20 | $868.00 |
| Sarah Simzyk | EDS Project Manager | $140.00 | 8.00 | $1,120.00 |
| Tisha Shurley | EDS Project Manager | $140.00 | 14.30 | $2,002.00 |
| Steven Sullivan | EDS Project Manager | $140.00 | 14.50 | $2,030.00 |
| Thomas Wille | EDS Project Manager | $140.00 | 1.80 | $252.00 |
| John Chau | EBS Case Manager I | $83.00 | 78.40 | $6,507.20 |
| Thomas Vazquez | EBS Admin Support I | $35.00 | 30.40 | $1,064.00 |
| **Totals:** | | | **453.00** | **$85,465.50** |

---

[1] Note: Epiq Bankruptcy Solutions, LLC personnel are labelled "EBS" and Epiq eDiscovery Solutions personnel are labelled "EDS."