## **EXHIBIT D**

**Detailed Description of Epiq eDiscovery Solutions Expenses and Disbursements**

| Expense Category | Quantity | Unit Cost | Amount |
|---|---:|---:|---:|
| HST142 - Upload productions (images, natives, text and metadata) to the Relativity hosted repository | 52.59 GB | $35.00 | $1,840.65 |
| HST626 – Relativity License Fee | 48 licenses | $70.00 | $3360.00 |
| HST756 - Billable storage fee (GB) for the eDiscovery Relativity repository | 4,159.40 GB | $15.00 | $62,391.00 |
| HST757 - Billable storage fee (GB) for the eDiscovery Relativity repository | 5 GB | $13.00 | $65.00 |
| PRO128 – Client media storage | 2 files | $10.00 | $20.00 |
| PRO250 – Conversion of images to .PDFs | 13 pages | $0.02 | $0.26 |
| PRO251 – Conversion of images to searchable .PDFs | 2,488 pages | $0.05 | $124.40 |
| **TOTAL** | | | **$67,801.31** |