## EXHIBIT A

### Statement of Fees By Subject Matter

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 495 | Solicitation and Balloting | 568.40 | $92,343.50 |
| 642 | Fee Application Prep and Related Issues | 8.30 | $2,008.60 |
| 900 | Ediscovery Services | 31.00 | $4,340.00 |
| 901 | Ediscovery Services | 17.80 | $3,115.00 |
| **Totals:** | | **625.50** | **$101,807.10** |