# EXHIBIT B

## Professionals' Information

The Epiq professionals[1] who rendered services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jane Sullivan | EBS Practice Director | $385.00 | 70.70 | $27,219.50 |
| Jaymi Cook | EBS Senior Consultant III | $242.00 | 8.30 | $2,008.60 |
| Stephenie Kjontvedt | EBS Senior Consultant III | $242.00 | 115.20 | $27,878.40 |
| Joseph Arena | EBS Senior Consultant I | $176.00 | 108.10 | $19,025.60 |
| Paul Avila | EDS Project Manager | $175.00 | 2.10 | $367.50 |
| Chelsee Heckathorn | EDS Project Manager | $175.00 | 20.00 | $350.00 |
| Katie Hursh | EDS Project Manager | $175.00 | 4.70 | $822.50 |
| Michael Mehltretter | EDS Project Manager | $175.00 | 1.50 | $262.50 |
| Merle Pete | EDS Project Manager | $175.00 | 7.00 | $1,225.00 |
| Scott Umshler | EDS Project Manager | $175.00 | 0.50 | $87.50 |
| Anna Cummens | EDS Project Manager | $140.00 | 0.60 | $84.00 |
| Matthew Howard | EDS Project Manager | $140.00 | 2.00 | $280.00 |
| Tanya Rivera | EDS Project Manager | $140.00 | 21.80 | $3,052.00 |
| Anthony Rowe | EDS Project Manager | $140.00 | 3.50 | $490.00 |
| Steven Sullivan | EDS Project Manager | $140.00 | 1.50 | $210.00 |
| Tisha Shurley | EDS Project Manager | $140.00 | 1.00 | $140.00 |
| Carl Wall | EDS Project Manager | $140.00 | 0.60 | $84.00 |
| John Chau | EBS Case Manager I | $83.00 | 179.50 | $14,898.50 |
| Thomas Vazquez | EBS Admin Support I | $35.00 | 94.90 | $3,321.50 |
| **Totals:** | | | **625.50** | **$101,807.10** |

---

[1] Note: Epiq Bankruptcy Solutions, LLC personnel are labelled "EBS" and Epiq eDiscovery Solutions personnel are labelled "EDS."