# EXHIBIT D

## Detailed Description of Epiq eDiscovery Solutions Expenses and Disbursements

| Expense Category | Quantity | Unit Cost | Amount |
|---|---|---|---|
| HST142 - Upload productions (images, natives, text and metadata) to the Relativity hosted repository | 5.35 GB | $35.00 | $187.25 |
| HST626 – Relativity License Fee | 48 licenses | $70.00 | $3,360.00 |
| HST756 - Billable storage fee (GB) for the eDiscovery Relativity repository | 4,312.61 GB | $15.00 | $64,689.14 |
| HST757 - - Billable storage fee (GB) for the eDiscovery Relativity repository | 5.1 GB | $13.00 | $66.30 |
| PRO128 – Client media storage | 2 files | $10.00 | $20.00 |
| PRO201 - Native File Processing | 0.01 GB | $200.00 | $2.00 |
| PRO260 - Native File Conversion | 444 pages | $0.01 | $4.44 |
| PRO270 - Pre-Filtering | 0.01 GB | $35.00 | $0.35 |
| PRO360 - Create Searchable Text for Processed Data | 22 pages | $0.02 | $0.44 |
| **TOTAL** | | | **$68,329.92** |