**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors.[1] | ) (Jointly Administered) |
| | ) |
| | ) **Objection Deadline:  April 26, 2016 at 4:00 p.m.** |
| | ) |

**NINETEENTH MONTHLY**
**FEE STATEMENT OF EPIQ BANKRUPTCY SOLUTIONS, LLC**
**AND EPIQ EDISCOVERY SOLUTIONS**
**FOR ALLOWANCE OF AN ADMINISTRATIVE**
**CLAIM FOR COMPENSATION AND REIMBURSEMENT**
**OF EXPENSES INCURRED FROM**
**NOVEMBER 1, 2015 THROUGH NOVEMBER 30, 2015**

| Name of Applicant | Epiq Bankruptcy Solutions, LLC and Epiq eDiscovery Solutions |
|---|---|
| Authorized to Provide Professional Services to: | Energy Future Holdings Corp, *et al.* Debtors and Debtors-in-Possession |
| Date of Retention: | Retention Order Entered on September 16, 2014 (Effective as of April 29, 2014) |
| Period for which compensation and reimbursement is sought: | November 1, 2015 through November 30, 2015 |
| Amount of Compensation sought as actual, reasonable and necessary: | $12,147.76 (80% of $15,184.70) |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $60,297.84 |

This is a **X** monthly ___ interim __ final application.

No prior application filed for this Fee Period.[2]

---

[1]   The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]   Notice of this Monthly Fee Statement (as defined herein) shall be served in accordance with the Interim Compensation Order and Fee Committee Order and objections to the relief requested in this Monthly Fee Statement shall be addressed in accordance with the Interim Compensation Order and Fee Order.

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code, (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the *Order Authorizing The Debtors To Retain And Employ Epiq Bankruptcy Solutions, LLC As The Administrative Advisor For The Debtors And Epiq eDiscovery Solutions As E-Discovery Vendor For The Debtors, Effective Nunc Pro Tunc To The Petition Date,* dated September 16, 2014 [D.I. 2053] (the "Retention Order"), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals,* dated September 16, 2014 [D.I. 2066] (the "Interim Compensation Order"), the *Stipulation and Order Appointing a Fee Committee* [D.I. 1896] (the "Fee Committee Order"), and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Bankruptcy Rules"), the firm of Epiq Bankruptcy Solutions, LLC and Epiq eDiscovery Solutions (together, "Epiq"), administrative advisor and e-discovery vendor for the above-captioned debtors and debtors in possession (collectively, the "Debtors"), hereby files this nineteenth monthly fee statement (this "Monthly Fee Statement") for: (i) compensation in the amount of $12,147.76 for the reasonable and necessary professional services Epiq rendered to the Debtors from November 1, 2015 through November 30, 2015 (the "Fee Period") (80% of $15,184.70); and (ii) reimbursement for the actual and necessary expenses that Epiq incurred, in the amount of $60,297.84 during the Fee Period.

### Itemization of Services Rendered and Disbursements Incurred

1. In support of this Monthly Fee Statement, attached are the following exhibits:

- **Exhibit A** is a schedule of the number of hours expended and fees incurred (on an aggregate basis) by Epiq professionals and paraprofessionals during the Fee Period with respect to each of the subject matter categories Epiq established in accordance with its internal billing procedures. As reflected in Exhibit A, Epiq incurred $15,184.70 in fees during the Fee Period. Pursuant to this Monthly Fee Statement, Epiq seeks reimbursement for 80% of such fees ($12,147.76 in the aggregate).

2

- **Exhibit B** is a schedule providing certain information regarding the Epiq professionals and paraprofessionals for whose work on these chapter 11 cases compensation is sought in this Monthly Fee Statement. Professionals and paraprofessionals of Epiq have expended a total of hours in connection with these chapter 11 cases during the Fee Period.

- **Exhibit C** is a schedule for the Fee Period, setting forth the total amount of reimbursement sought with respect to each category of expenses for which Epiq is seeking reimbursement in this Monthly Fee Statement.

- **Exhibit D** consists of Epiq's records of expenses incurred during the Fee Period in the rendition of the professional services to the Debtors and their estates.

## Proposed Payment Allocation

2.    In accordance with paragraph 2(b) of the Interim Compensation Order, Epiq proposes the following payment allocation of the fees and expenses sought in this Application among (a) Energy Future Holdings Corp. ("EFH Corp."), (b) Energy Future Intermediate Holding Company LLC ("EFIH"), and (c) Energy Future Competitive Holdings Company LLC and each of its direct and direct subsidiaries that are Debtors in these chapter 11 cases (collectively, the "TCEH Debtors"):

| Requested Fees & Expenses: $72,445.60 | |
|---|---|
| (comprised of $12,147.76 fees (80% of $15,184.70) and $60,297.84 expenses) | |
| **Debtor(s)** | **Amount Sought to be Paid** |
| EFH Corp. | $24,148.53 |
| EFIH | $24,148.53 |
| TCEH Debtors | $24,148.54 |
| *Total:* | $72,445.60 |

3

**Representations**

3.      Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period.  Epiq reserves the right to make further application to this Court for allowance of such fees and expenses not included herein.  Subsequent fee applications will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, Local Bankruptcy Rules, the Fee Committee Order, and the Interim Compensation Order.

WHEREFORE, Epiq requests that it be allowed reimbursement for its fees and expenses incurred during the Fee Period in the total amount of $72,445.60 consisting of (a) $12,147.76 which is 80% of the fees incurred by the Debtors for reasonable and necessary professional services rendered by Epiq and (b) $60,297.84 for actual and necessary costs and expenses, and that such fees and expenses be paid as administrative expenses of the Debtors' estates.

Dated: April 5, 2016              */s/ James Katchadurian*
                                 James Katchadurian
                                 Executive Vice President
                                 EPIQ BANKRUPTCY SOLUTIONS, LLC
                                 777 Third Avenue
                                 Twelfth Floor
                                 New York, New York 10017

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## VERIFICATION OF JAMES KATCHADURIAN

1.      I am an Executive Vice President, in the firm of Epiq Bankruptcy Solutions, LLC ("Epiq"), located at 777 Third Avenue, Twelfth Floor, New York, New York 10017.  I am the lead administrative advisor from Epiq working on the above-captioned chapter 11 cases.

2.      I have personally performed many of the services rendered by Epiq, as administrative advisor to the Debtors, and am familiar with all other work performed on behalf of the Debtors by the employees in the firm.

3.      The facts set forth in the foregoing Monthly Fee Statement are true and correct to the best of my knowledge, information, and belief.

4.      I have reviewed Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedures of the United States Bankruptcy Court for the District of Delaware and believe that the Monthly Fee Statement for Epiq complies with Rule 2016-2.

---

[1]      The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

*/s/ James Katchadurian*
James Katchadurian
Executive Vice President
EPIQ BANKRUPTCY SOLUTIONS, LLC

2