## EXHIBIT A

### Statement of Fees By Subject Matter

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---:|---:|
| 495 | Solicitation and Balloting | 60.20 | $13,140.70 |
| 900 | Ediscovery Services | 14.60 | $2,044.00 |
| **Totals:** | | **74.80** | **$15,184.70** |