# EXHIBIT B

## Professionals' Information

The Epiq professionals[1] who rendered services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jane Sullivan | EBS Practice Director | $385.00 | 14.70 | $5,659.50 |
| Stephenie Kjontvedt | EBS Senior Consultant III | $242.00 | 16.80 | $4,065.60 |
| Joseph Arena | EBS Senior Consultant I | $176.00 | 12.30 | $2,164.80 |
| Anna Cummens | EDS Project Manager | $140.00 | 0.30 | $42.00 |
| Luke Dziubczynski | EDS Project Manager | $140.00 | 2.50 | $350.00 |
| Joshua Goodman | EDS Project Manager | $140.00 | 1.00 | $140.00 |
| Sarah Simzyk | EDS Project Manager | $140.00 | 10.50 | $1,470.00 |
| Carl Wall | EDS Project Manager | $140.00 | 0.30 | $42.00 |
| John Chau | EBS Case Manager I | $83.00 | 14.10 | $1,170.30 |
| Thomas Vazquez | EBS Admin Support I | $35.00 | 2.30 | $80.50 |
| **Totals:** | | | **74.80** | **$15,184.70** |

---

[1] Note: Epiq Bankruptcy Solutions, LLC personnel are labelled "EBS" and Epiq eDiscovery Solutions personnel are labelled "EDS."