## **EXHIBIT C**

## **Summary of Actual and Necessary Expenses for the Fee Period**

| Expense Category | Amount |
|---|---:|
| HST142 - Upload productions (images, natives, text and metadata) to the Relativity hosted repository | $45.50 |
| HST161 – OCR Scan of Loaded Data | $131.48 |
| HST626 – Relativity License Fee | $3,360.00 |
| HST756 - Billable storage fee (GB) for the eDiscovery Relativity repository | $56,133.75 |
| HST757 - Billable storage fee (GB) for the eDiscovery Relativity repository | $66.30 |
| PRO110 – Stamping/Endorsement | $2.22 |
| PRO128 – Client media storage | $20.00 |
| PRO235 – Prepare Data, Text, Images | $2.22 |
| PRO260 - Conversion of native files to TIFF images | $170.37 |
| Transportation | $366.00 |
| **TOTAL** | **$60,297.84** |