# EXHIBIT D

## Detailed Description of Expenses and Disbursements

| Expense Category | Quantity | Unit Cost | Amount |
|---|---|---|---|
| HST142 - Upload productions (images, natives, text and metadata) to the Relativity hosted repository | 1.3 GB | $35 | $45.50 |
| HST161 – OCR Scan of Loaded Data | 6,574.00 pages | $0.02 | $131.48 |
| HST626 – Relativity License Fee | 48 licenses | $70 | $3,360.00 |
| HST756 - Billable storage fee (GB) for the eDiscovery Relativity repository | 4,317.98 GB | $13 | $56,133.75 |
| HST757 - - Billable storage fee (GB) for the eDiscovery Relativity repository | 5.1 GB | $13 | $66.30 |
| PRO110 - Stamping/Endorsement | 444 | $0.005 | $2.22 |
| PRO128 – Client media storage | 2 files | $10 | $20.00 |
| PRO235 - Prepare Data, Text, Images | 444 pages | $0.005 | $2.22 |
| PRO260 - Conversion of native files to TIFF images | 17,037 pages | $0.01 | $170.37 |
| **SUBTOTAL** | | | **$59,931.84** |
| **Transportation** | | | |
| **Professional** | **Date** | **Expense Description** | **Amount** |
| Jane Sullivan | November 3, 2015 | Round trip train New York to Wilmington | $366.00 |
| **SUBTOTAL** | | | **$366.00** |
| **TOTAL** | | | **$60,297.84** |