## EXHIBIT A

## Statement of Fees By Subject Matter

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 495 | Solicitation and Balloting | 47.00 | $10,063.00 |
| **Totals:** | | **47.00** | **$10,063.00** |