## EXHIBIT B

**Professionals' Information**

The Epiq professionals[1] who rendered services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jane Sullivan | EBS Practice Director | $385.00 | 9.90 | $3,811.50 |
| Stephenie Kjontvedt | EBS Senior Consultant III | $242.00 | 20.00 | $4,840.00 |
| Joseph Arena | EBS Senior Consultant I | $176.00 | 3.10 | $545.60 |
| John Chau | EBS Case Manager I | $83.00 | 9.80 | $813.40 |
| Thomas Vazquez | EBS Admin Support I | $35.00 | 1.50 | $52.50 |
| **Totals:** | | | **47.00** | **$10,063.00** |

---

[1] Note: Epiq Bankruptcy Solutions, LLC personnel are labelled "EBS" and Epiq eDiscovery Solutions personnel are labelled "EDS."