# Court Conference

**U.S. Bankruptcy Court-Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Christopher S. Sontchi**

Calendar Date: 04/05/2016
Calendar Time: 04:00 PM ET

#6

Amended Calendar 04/05/2016 09:45 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7530072 | Jacob A. Adlerstein | (212) 373-3142 | Paul Weiss Rifkind Wharton & Garrison | Interested Party, The Steering Committee of TCEH First Lien Lenders / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7530340 | Van Beckwith | (214) 953-6505 | Baker Botts LLP | Intervenor, Ovation Acquisition I & II, L.L.C. (Hunt Utility Services) / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7530288 | Sean M. Brennecke | (302) 426-1189 | Klehr Harrison Harvey Branzburg LLP | Interested Party, UMB / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7532094 | John B. Bringardner | (646) 378-3143 | Merger Market | Interested Party, Merger Market / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7530084 | Kellie Cairns | (212) 373-3012 | Paul Weiss Rifkind Wharton & Garrison | Interested Party, The Steering Committee of TCEH First Lien Lenders / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7530039 | Mark A. Cody | (312) 269-4392 | Jones Day | Creditor, Oncor Electric Delivery Holdings Company, LLC / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7530994 | Kent Collier | (212) 588-8890 | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7529718 | Daniel DeFranceschi | (302) 651-7700 | Richards, Layton & Finger, P.A. | Debtor, Energy Future Holdings Corp. / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7534843 | Stacey Dore | (212) 446-6411 | Energy Future Holdings Corp. | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7530978 | Justin K. Edelson | (302) 252-0925 | Polsinelli PC | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7533201 | Jamie L. Edmonson | (302) 298-3520 | Venable LLP | Interested Party, Pimco / LISTEN ONLY |

Raymond Reyes ext. 881

Copyright © 2016 CourtCall, LLC. All Rights Reserved.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7531038 | Mark A. Fink | (302) 504-7811 | Montgomery, McCracken, Walker & Rhoads, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7530049 | David M. Fournier | (302) 777-6565 | Pepper Hamilton LLP | Creditor, Oncor / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7530098 | Brian Glueckstein | 212-558-4000 | Sullivan & Cromwell LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7533295 | Matthew R. Gray | (972) 419-2523 | Highland Capital | Interested Party, Highland Capital / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7529687 | Warren Haskel | (212) 446-4800 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7533348 | Stuart Kovensky | (201) 541-2121 | Onex Credit Partners | Interested Party, Stuart Kovensky / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7529999 | Daniel A. Lowenthal | (212) 336-2720 | Patterson Belknap Webb & Tyler | Creditor, Law Debenture Trust Company of New York / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7529707 | Jason M. Madron | (302) 651-7793 | Richards, Layton & Finger, P.A. | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7529701 | Mark E. McKane | (415) 439-1400 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7531037 | Hal F. Morris | (512) 475-4550 | State of Texas - Office of the Attorney General -Bankruptcy & Collections Div.Only | Client, Public Utility Commission of Texas / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7532453 | Joanna S. Newdeck | (202) 887-4288 | Akin Gump Strauss Hauer & Feld LLP | Creditor, UNB Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7533288 | Meredith Pfister | (212) 412-1368 | Barclays Bank PLC | Interested Party, Barclays Bank PLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7534524 | Natalie D. Ramsey | (215) 772-7354 | Montgomery, McCracken, Walker & Rhoads, LLP | Creditor, Committee of Unsecured Creditors / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7535571 | Steven R. Schwartz | (212) 848-7237 | Shearman & Sterling LLP | Creditor, DB / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7530403 | Anna Terteryan | (415) 439-1864 | Kirkland & Ellis LLP | Debtor, Energy Future Holding Corporation / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7529993 | Andrew M. Thau | (212) 915-1232 | Cantor Fitzgerald | Interested Party, Cantor Fitzgerald / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7530087 | Michael Turkel | (212) 373-3689 | Paul Weiss Rifkind Wharton & Garrison | Interested Party, The Steering Committee of TCEH First Lien Lenders / LISTEN ONLY |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7530873 | Matthew Underwood | | 212-588-5148 | HBK Capital | Interested Party, HBK Capital / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7531565 | Michael J. Walsh | (646) 855-8154 | Bank of America | Creditor, Bank of America / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7530981 | Christopher A. Ward | (302) 252-0922 | Polsinelli PC | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7530012 | Andy Wright | (212) 446-6411 | Energy Future Holdings Corp. | Debtor, Energy Future Holdings Corp / LIVE |
| Energy Future Holdings Corp. | 14-10979 (15-5138 6) | Hearing | 7531820 | Ryan Bartley | (302) 571-5007 | Young, Conaway Stargatt & Taylor, LLP | Interested Party, Ad Hoc Committee of TCEH First Lien Creditors / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (15-5138 6) | Hearing | 7533282 | James W. Brown | (212) 735-2352 | Skadden Arps Slate Meagher & Flom (New York) | Defendant(s), Texas Transmission / LIVE |
| Energy Future Holdings Corp. | 14-10979 (15-5138 6) | Hearing | 7533466 | Nathan Christensen | (214) 978-8465 | Nathan Christensen - In Pro Per/Pro Se | Interested Party, Hunt Utility Service / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (15-5138 6) | Hearing | 7533293 | Michael D. DeBaecke | (302) 425-6400 | Blank Rome LLP | Creditor, Wilmington Trust, N.A. / LIVE |
| Energy Future Holdings Corp. | 14-10979 (15-5138 6) | Hearing | 7530027 | Kellie Fisher | (617) 856-8326 | Brown Rudnick LLP | Interested Party, Wilmington Savings Fund Society / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (15-5138 6) | Hearing | 7530499 | Seth Goldman | (213) 683-9554 | Munger, Tolles & Olson LLP | Interested Party, Energy Future Holdings / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (15-5138 6) | Hearing | 7530053 | Jason Liberi | (302) 651-3239 | Skadden, Arps, Slate, Meagher & Flom, LLP | Defendant(s), Texas Transmission Investment LLC / LIVE |
| Energy Future Holdings Corp. | 14-10979 (15-5138 6) | Hearing | 7530083 | Catherine LoTempio | (212) 574-1632 | Seward & Kissel LLP | Creditor, Wilmington Trust N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (15-5138 6) | Hearing | 7533455 | Luckey McDowell | (214) 953-6571 | Baker Botts LLP | Interested Party, Hunt Untility Services / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (15-5138 6) | Hearing | 7531236 | R. Stephen McNeill | (302) 984-6171 | Potter Anderson & Corroon LLP | Interested Party, Deutsche Bank / LIVE |
| Energy Future Holdings Corp. | 14-10979 (15-5138 6) | Hearing | 7531998 | Thomas E. O'Brien | 214-953-6934 | Baker Botts LLP | Intervenor, Ovation Acq. I & II LLC / LIVE |
| Energy Future Holdings Corp. | 14-10979 (15-5138 6) | Hearing | 7530029 | George N. Panagakis | (312) 407-0638 | Skadden Arps Slate Meagher & Flom (Chicago) | Defendant(s), Texas Transmission Investment LLC / LIVE |

Copyright © 2016 CourtCall, LLC. All Rights Reserved.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 (15-5138 6) | Hearing | 7531395 | Richard Pedone | (617) 345-6139 | Nixon Peabody LLP | Creditor, American Stock Transfer / LIVE |
| Energy Future Holdings Corp. | 14-10979 (15-5138 6) | Hearing | 7531042 | David P. Primack | (302) 300-4515 | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Representing, TECH Debtors / LIVE |
| Energy Future Holdings Corp. | 14-10979 (15-5138 6) | Hearing | 7530085 | Erica Richards | (212) 468-8000 | Morrison & Foerster LLP | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (15-5138 6) | Hearing | 7533674 | Rachael Ringer | (212) 715-9506 | Kramer Levin Naftalis & Frankel LLP | Creditor, 10% note holders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (15-5138 6) | Hearing | 7529660 | Jeffrey M. Schlerf | (302) 622-4212 | Fox Rothschild LLP | Intervenor, Ovation Acquisition I, LLC and Ovation Acquisition II, LLC / LIVE |
| Energy Future Holdings Corp. | 14-10979 (15-5138 6) | Hearing | 7530975 | J. Christopher Shore | 212-819-8394 | White & Case LLP | Creditor, Ad Hoc Committee of TECH Unsecured Noteholders / LIVE |
| Energy Future Holdings Corp. | 14-10979 (15-5138 6) | Hearing | 7532134 | Amer Tiwana | (203) 569-4318 | CRT Capital Group, LLC | Interested Party, CRT Capital / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (15-5138 6) | Hearing | 7530044 | Carl Tullson | (312) 407-0379 | Skadden Arps Slate Meagher & Flom (Chicago) | Defendant(s), Texas Transmission Investment LLC / LIVE |
| Energy Future Holdings Corp. | 14-10979 (15-5138 6) | Hearing | 7530984 | Tamara Van Heel | (305) 995-5232 | White and Case | Creditor, Ad Hoc Committee of TECH Unsecured Noteholders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (15-5138 6) | Hearing | 7530035 | Jason C. Vigna | (212) 735-3000 | Skadden Arps Slate Meagher & Flom (New York) | Defendant(s), Texas Transmission Investment LLC / LIVE |
| Energy Future Holdings Corp. | 14-10979 (15-5138 6) | Hearing | 7530515 | Thomas Walper | (213) 593-5393 | Munger, Tolles & Olson LLP | Interested Party, Energy Future Holdings / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (15-5138 6) | Hearing | 7530023 | George Zimmerman | (212) 735-3000 | Skadden Arps Slate Meagher & Flom (New York) | Defendant(s), Texas Transmission Investment LLC / LIVE |

Copyright © 2016 CourtCall, LLC. All Rights Reserved.