**STEPHEN SAKONCHICK II, P.C.**
6502 Canon Wren Drive
Austin, Texas 78746

-----

Telephone (512) 329-0375
Facsimile (512) 697-2859
email sakon@flash.net

June 9, 2014

**Via Certified Mail, Return Receipt Requested**

Luminant Mining Company, LLC
Attn: Randy Randolph
1601 Bryan Street-21st Floor
Dallas, Texas 75201

    Re:  Lien Claim of Ranger Excavating LP for unpaid sums for materials and labor provided to the Liberty South Construction Projects for the Liberty Mine owned by Luminant Mining Company, LLC in Rusk County Texas

Dear Mr. Randolph:

    I represent Ranger Excavating, LP ("Ranger") regarding the above referenced project ("Project"). Ranger is owed $68,781.64 for Application No. 11 (the final application), and retainage of $821,551.81, for a total of $890,333.45 ("Claim"), for work on the Project. This indebtedness has accrued under section 53.053 of the Texas Property Code and is to be paid to Ranger according to the agreement between Luminant Mining Company, LLC ("Luminant") and Ranger.

    This notice is not an attempt to collect the Claim, which is stayed by the automatic stay of 11 U.S.C. 362, as a result of Luminant's filing for bankruptcy under Chapter 11 of the Bankruptcy Code. Instead, this is notice of Ranger's filing of the enclosed lien claim affidavit, which is being filed in accordance with 11 U.S.C. Sections 362(b)(3) and 546(b), for the purpose of perfecting its lien claim under Texas law, and as a result of Luminant's filing for bankruptcy relief. In accordance with Section 53.124 of the Texas Property Code, the time of the inception of this lien claim began with the commencement of construction which was prior to the filing of Luminant's Chapter 11 bankruptcy.

                                              Very truly yours,

                                              Stephen Sakonchick, II

Exhibit A

**NOTICE:**

**THIS IS NOT A LIEN.  THIS IS ONLY AN
AFFIDAVIT CLAIMING A LIEN**

STATE OF TEXAS         §

COUNTY OF TRAVIS       §

BEFORE ME, the undersigned authority, personally appeared Brad McKenzie, who upon his oath, deposed and stated:

1. My name is Brad McKenzie and I am the Vice President of McKenzie Interests, Inc., the general partner of Ranger Excavating LP ("Claimant"). I have personal knowledge of the facts set forth below and am competent and authorized to make this affidavit.

2. Claimant's business address is 5222 Thunder Creek Road, Suite 81, Austin, Texas 78759.

3. Pursuant to a contract by and between Claimant, and Luminant Mining Company, LLC ("Luminant") dated March 1, 2013, Claimant provided labor and materials for improvements to the following real property owned by Luminant:

> The general location of the property is southeast of the intersection of Farm to Market Road ("FM") 2138 and FM 2144 in Rusk County, Texas, and consisting of approximately 1,611 acres, more or less, in 46 parcels in the D. Cortinas Survey-Abstract A-160, the T.J. Walling Survey-Abstract A-810, the E. Allred Survey- Abstract 53 and the T. Williams Survey-Abstract 833, in Rusk County, Texas ("Property"). The Property is more fully described in the attached Exhibit A.

4. Such labor and materials may be generally described as constructing access roads, Liberty Dragline Walkway, Liberty Haul Road, sediment ponds, diversion facilities and terracing on the Property, certified completed by Luminant on May 2, 2014 ("Work").

5. The owner or reputed owner of the Property is Luminant Mining Company, LLC, whose address is 1601 Bryan Street-21st Floor, Dallas, Texas 75201.

6. Luminant is being sent a notice of the claim, along with a copy of this lien claim affidavit prior to June 15, 2014, by certified mail to the address above.

7. Claimant has acted as a general contractor to Luminant for the improvements on which the Claimant asserts a lien.

8. After allowing all just credits, offsets, and payments, the amount of $68,781.64 for Application No. 11 (the final application), and retainage of $821,551.81, for a total of $890,333.45, remains unpaid by Luminant for the Work on the Property, and Claimant asserts a lien on said Property and the improvements thereon, to secure the payment of the amount claimed. Claimant asserts both a statutory and constitutional lien.

9. This lien claim affidavit is being filed in accordance with 11 U.S.C. Sections 362(b)(3) and 546(b) for the purpose of perfecting its lien claim under Texas law, and as a result of Luminant's filing a petition in bankruptcy under Chapter 11 of the Bankruptcy Code (11 U.S.C. Section 1101, et seq.). In accordance with Section 53.124 of the Texas Property Code, the time of the inception of this lien claim began with the commencement of construction which was prior to the filing of Luminant's bankruptcy petition.

_____
Brad McKenzie, Vice President
McKenzie Interests Inc, general partner of Ranger Excavating LP

SWORN AND SUBSCRIBED TO BEFORE ME on this 9th day of June 2014.

_____
Notary Public, State of Texas

[Notary Seal: LINDA GOETZ, My Commission Expires June 02, 2017]

After filing return to:

Stephen Sakonchick, II
6502 Canon Wren Drive
Austin, Texas 78746

## Rusk County Property

| # | Rusk CAD Prop ID | Total Acres | Abstract/Survey | Track/Area | Deed Date | Volume | Page |
|---|---|---|---|---|---|---|---|
| | | | **West Roadway and Construction Area** | | | | |
| 1 | 35521 | 19.032 | AB-160/D Cortinas | 1223/271 | 2/23/2010 | 2990 | 714 |
| 2 | 35522 | 1.880 | AB-160/D Cortinas | 1222/271 | 2/23/2010 | 2990 | 714 |
| 3 | 9537 | 18.773 | AB-160/D Cortinas | 1219/361 | 1/5/2011 | 3057 | 377 |
| 4 | 9538 | 27.685 | AB-160/D Cortinas | 1221/271 | 2/23/2010 | 2990 | 714 |
| 5 | 45707 | 26.618 | AB-160/D Cortinas | 1224/271 | 2/23/2010 | 2990 | 714 |
| 6 | 32880 | 102.382 | AB-160/D Cortinas | 1239/361 | 11/30/2010 | 3050 | 439 |
| 7 | 9219 | 5.00 | AB-160/D Cortinas | 1248/361 | 9/15/2010 | 3036 | 7001 |
| 8 | 63947 | 0.999 | AB-160/D Cortinas | 1249/361 | 9/15/2010 | 3036 | 7001 |
| 9 | 64431 | 2.109 | AB-160/D Cortinas | 1252 | 8/2/2010 | 3028 | 184 |
| 10 | 3684 | 29.257 | AB-160/D Cortinas | 1251 | 8/2/2010 | 3028 | 184 |
| 11 | 54445 | 100.419 | AB-160/D Cortinas | 1214/361 | 12/20/2010 | 3054 | 211 |
| 12 | 26605 | 41.189 | AB-160/D Cortinas | 1215/361 | 12/20/2010 | 3054 | 211 |
| 13 | 11345 | 24.925 | AB-160/D Cortinas | 1216/361 | 11/2/2010 | 3046 | 413 |
| 14 | 49363 | 25.131 | AB-160/D Cortinas | 1236/361 | 11/2/2010 | 3046 | 413 |
| 15 | 10628 | 49.845 | AB-160/D Cortinas | 1237/361 | 10/28/2010 | 3045 | 457 |
| 16 | 34032 | 55.452 | AB-160/D Cortinas | 1238/361 | 11/2/2010 | 3046 | 403 |
| 17 | 24838 | 275.856 | AB-160/D Cortinas | 1204/361 | 5/19/2010 | 3010 | 756 |
| 18 | 17339 | 66.706 | AB-810/TJ Walling | 1255/361 | 8/17/2011 | 3096 | 704 |
| 19 | 7247 | 27.130 | AB-810/TJ Walling | 1273/361 | 12/2/2010 | 3051 | 213 |
| 20 | 7245 | 16.451 | AB-810/TJ Walling | 1345/361 | 12/2/2010 | 3051 | 213 |
| 21 | 21049 | 30.196 | AB-810/TJ Walling | 590/361 | 8/18/2011 | 3097 | 78 |
| 22 | 11346 | 4.966 | AB-810/TJ Walling | 1348/361 | 1/5/2011 | 3057 | 407 |
| 23 | 49366 | 15.844 | AB-810/TJ Walling | 1349/361 | 11/18/2010 | 3049 | 336 |
| 24 | 39213 | 25.319 | AB-833/T Williams | 592/361 | 8/18/2011 | 3097 | 78 |
| 25 | 11358 | 7.466 | AB-833/T Williams | 592A/361 | 10/19/2010 | 3043 | 377 |
| 26 | 11357 | 24.917 | AB-810/TJ Walling | 1351/361 | 11/2/2010 | 3046 | 403 |
| 27 | 32161 | 3.870 | AB-53/E Allred | 1352/361 | 10/1/2010 | 3040 | 665 |
| 28 | 7959 | 6.054 | AB-53/E Allred | 1355/361 | 4/5/2011 | 3073 | 584 |
| 29 | 11344 | 5.376 | AB-810/TJ Walling | 1357/361 | 4/12/2011 | 3075 | 91 |
| 30 | 11343 | 27.574 | AB-53/E Allred | 1356/361 | 4/12/2011 | 3075 | 91 |
| 31 | 24836 | 61.663 | AB-53/E Allred and AB-810/TJ Walling | 1358/361 | 12/20/2010 | 3054 | 172 |
| 32 | 3687 | 43.756 | AB-53/E Allred | 594/361 | 3/26/2012 | 3133 | 12 |
| 33 | 48006 | 9.315 | AB-53/EK Allred | 594/361 | 6/14/2011 | 3085 | 714 |
| 34 | 26572 | 0.994 | AB-53/E Allred | 1372/361 | 7/24/2012 | 3153 | 437 |
| | | | **East Roadway and Construction Area** | | | | |
| 35 | 32217 | 11.292 | AB-810/TJ Walling | 545A/361 | 2/27/2013 | 3199 | 371 |
| 36 | 49312 | 11.023 | AB-810/TJ Walling | 545C/361 | 11/9/2010 | 3047 | 626 |
| 37 | 32223 | 9.930 | AB-810/TJ Walling | 545/361 | 10/19/2010 | 3043 | 383 |
| 38 | 17339 | 66.706 | AB-810/TJ Walling | 1255/361 | 8/17/2011 | 3096 | 704 |
| 39 | 7246 | 41.292 | AB-160/D Cortinas | 1271/361 | 12/2/2010 | 3051 | 213 |
| 40 | 1834 | 25.326 | AB-160/D Cortinas | 1262/361 | 12/21/2010 | 3054 | 395 |
| 41 | 24841 | 33.082 | AB-160/D Cortinas | 1264/361 | 9/21/2010 | 3038 | 186 |
| 42 | 21048 | 23.441 | AB-833/T Williams | 596/361 | 8/18/2011 | 3097 | 78 |
| 43 | 12431 | 3.029 | AB-833/T Williams | 1334/361 | 9/14/2011 | 3101 | 817 |
| 44 | 35276 | 109.819 | AB-53/E Allred | 1361/361 | 10/18/2011 | 3106 | 510 |
| 45 | 35279 | 68.129 | AB-53/E Allred | 1367/361 | 11/2/2010 | 3046 | 422 |
| 46 | 45232 | 24.756 | AB-53/E Allred | 572/361 | 7/21/2011 | 3092 | 405 |

Total Acres   1,611.974

Exhibit A

## Notice of Completion and Final Acceptance

| | | | |
|---|---|---|---|
| **Contractor** | RANGER EXCAVATING, L.P. | **Contractor Representative:** | Name: MARK McKENZIE <br> Cell: 512-695-7602 <br> Email: MARK.MCKENZIE@RANGEREXCAVATING.COM |
| **Owner** | LUMINANT MINING COMPANY, LLC | **Owner Representative:** | Name: MIKE NUTT <br> Cell: 903-371-2009 <br> Email: MNUTT@LUMINANT.COM |
| **Project** | LIBERTY SOUTH CONSTRUCTION PROJECTS <br> LIBERTY MINE | | |

**Project Description:**
EXCAVATION, SITE WORK

**Work is accepted by Owner as final and complete:** [X] YES  [ ] NO (Critical Defects Remain)

**Comments:**
WORK COMPLETED AS PER CONTRACT REQUIREMENTS.

**Work is (accepted)/rejected as follows: (also see attached punchlist or list of critical defects)**
**Comments:** Contractor is hereby instructed to submit a correction and completion scheduled immediately.

NO PUNCHLIST. WORK ACCEPTED "AS IS".

The undersigned customer representative acknowledges that the above described equipment furnished and installed by Contractor meets the contract specifications regarding materials, workmanship and performance as indicated. This Notice of Final Acceptance constitutes assumption of care, custody, and control for the portion of work specified above. This notice does not relieve the Contractor of any responsibilities surviving the completion and acceptance of the work (i.e. warranty, confidentiality, service obligations, etc.) as specified in the contract terms.

_[signature]_   5/2/14
**Owner Representative Signature**   **Date**

MICHAEL G NUTT   PROJECT MGR, SR.
**Print Name**   **Title**

_[signature]_   4.29.14
**Contractor Representative Signature**   **Date**

Mark M. Kenzie, President
of McKenzie Interests, Inc.
G.P. of Ranger Excavating, L.P.
**Print Name**   **Title**

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| | | |
|---|---|---|
| Postage | $ | $0.70 |
| Certified Fee | | $3.30 |
| Return Receipt Fee (Endorsement Required) | | $2.70 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.70 |

Postmark Here — WESTLAKE STATION AUSTIN, JUN 2014

Sent To: Luminant Mining Company LLC
Attn: Randy Rudolph
Street, Apt. No.; or PO Box No.: 1601 Bryan Street - 21st Flr
City, State, ZIP+4: Dallas, Texas 75201

PS Form 3800, August 2006

Article Number: 7012 1010 0001 1381 2994

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Luminant Mining Company LLC
   Attn: Randy Rudolph
   1601 Bryan Street - 21st Flr
   Dallas, Texas 75201

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]  ☑ Agent  ☐ Addressee

B. Received by (Printed Name): [Randy Alexander]
C. Date of Delivery: 6-13-14

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7012 1010 0001 1381 2994

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540