**NOTICE:**

**THIS IS NOT A LIEN.  THIS IS ONLY AN
AFFIDAVIT CLAIMING A LIEN**

STATE OF TEXAS         §

COUNTY OF TRAVIS       §

BEFORE ME, the undersigned authority, personally appeared Brad McKenzie, who upon his oath, deposed and stated:

1.  My name is Brad McKenzie and I am the Vice President of McKenzie Interests, Inc., the general partner of Ranger Excavating LP ("Claimant").  I have personal knowledge of the facts set forth below and am competent and authorized to make this affidavit.

2.  Claimant's business address is 5222 Thunder Creek Road, Suite 81, Austin, Texas 78759.

3.  Pursuant to a contract by and between Claimant, and Luminant Mining Company, LLC ("Luminant") dated March 1, 2013, Claimant provided labor and materials for improvements to the following real property owned by Luminant:

> The general location of the property is southeast of the intersection of Farm to Market Road ("FM") 2138 and FM 2144 in Rusk County, Texas, and consisting of approximately 1,611 acres, more or less, in 46 parcels in the D. Cortinas Survey-Abstract A-160, the T.J. Walling Survey-Abstract A-810, the E. Allred Survey- Abstract 53 and the T. Williams Survey-Abstract 833, in Rusk County, Texas ("Property").  The Property is more fully described in the attached Exhibit A.

4.  Such labor and materials may be generally described as constructing access roads, Liberty Dragline Walkway, Liberty Haul Road, sediment ponds, diversion facilities and terracing on the Property, certified completed by Luminant on May 2, 2014 ("Work").

5.  The owner or reputed owner of the Property is Luminant Mining Company, LLC, whose address is 1601 Bryan Street-21st Floor, Dallas, Texas 75201.

6.  Luminant is being sent a notice of the claim, along with a copy of this lien claim affidavit prior to June 15, 2014, by certified mail to the address above.

Exhibit B

7.  Claimant has acted as a general contractor to Luminant for the improvements on which the Claimant asserts a lien.

8.  After allowing all just credits, offsets, and payments, the amount of $68,781.64 for Application No. 11 (the final application), and retainage of $821,551.81, for a total of $890,333.45, remains unpaid by Luminant for the Work on the Property, and Claimant asserts a lien on said Property and the improvements thereon, to secure the payment of the amount claimed. Claimant asserts both a statutory and constitutional lien.

9.  This lien claim affidavit is being filed in accordance with 11 U.S.C. Sections 362(b)(3) and 546(b) for the purpose of perfecting its lien claim under Texas law, and as a result of Luminant's filing a petition in bankruptcy under Chapter 11 of the Bankruptcy Code (11 U.S.C. Section 1101, et seq.). In accordance with Section 53.124 of the Texas Property Code, the time of the inception of this lien claim began with the commencement of construction which was prior to the filing of Luminant's bankruptcy petition.

_____
Brad McKenzie, Vice President
McKenzie Interests Inc, general partner of Ranger Excavating LP


SWORN AND SUBSCRIBED TO BEFORE ME on this 7th day of June 2014.

_____
Notary Public, State of Texas

LINDA GOETZ
My Commission Expires
June 02, 2017

After filing return to:

Stephen Sakonchick, II
6502 Canon Wren Drive
Austin, Texas 78746

## Rusk County Property

|    | Rusk CAD Prop ID | Total Acres | Abstract/Survey | Track/Area | Deed Date | Volume | Page |
|----|------|---------|-----------------|------------|-----------|--------|------|
|    |      |         | **West Roadway and Construction Area** | | | | |
| 1  | 35521 | 19.032 | AB-160/D Cortinas | 1223/271 | 2/23/2010 | 2990 | 714 |
| 2  | 35522 | 1.880 | AB-160/D Cortinas | 1222/271 | 2/23/2010 | 2990 | 714 |
| 3  | 9537 | 18.773 | AB-160/D Cortinas | 1219/361 | 1/5/2011 | 3057 | 377 |
| 4  | 9538 | 27.685 | AB-160/D Cortinas | 1221/271 | 2/23/2010 | 2990 | 714 |
| 5  | 45707 | 26.618 | AB-160/D Cortinas | 1224/271 | 2/23/2010 | 2990 | 714 |
| 6  | 32880 | 102.382 | AB-160/D Cortinas | 1239/361 | 11/30/2010 | 3050 | 439 |
| 7  | 9219 | 5.00 | AB-160/D Cortinas | 1248/361 | 9/15/2010 | 3036 | 7001 |
| 8  | 63947 | 0.999 | AB-160/D Cortinas | 1249/361 | 9/15/2010 | 3036 | 7001 |
| 9  | 64431 | 2.109 | AB-160/D Cortinas | 1252 | 8/2/2010 | 3028 | 184 |
| 10 | 3684 | 29.257 | AB-160/D Cortinas | 1251 | 8/2/2010 | 3028 | 184 |
| 11 | 54445 | 100.419 | AB-160/D Cortinas | 1214/361 | 12/20/2010 | 3054 | 211 |
| 12 | 26605 | 41.189 | AB-160/D Cortinas | 1215/361 | 12/20/2010 | 3054 | 211 |
| 13 | 11345 | 24.925 | AB-160/D Cortinas | 1216/361 | 11/2/2010 | 3046 | 413 |
| 14 | 49363 | 25.131 | AB-160/D Cortinas | 1236/361 | 11/2/2010 | 3046 | 413 |
| 15 | 10628 | 49.845 | AB-160/D Cortinas | 1237/361 | 10/28/2010 | 3045 | 457 |
| 16 | 34032 | 55.452 | AB-160/D Cortinas | 1238/361 | 11/2/2010 | 3046 | 403 |
| 17 | 24838 | 275.856 | AB-160/D Cortinas | 1204/361 | 5/19/2010 | 3010 | 756 |
| 18 | 17339 | 66.706 | AB-810/TJ Walling | 1255/361 | 8/17/2011 | 3096 | 704 |
| 19 | 7247 | 27.130 | AB-810/TJ Walling | 1273/361 | 12/2/2010 | 3051 | 213 |
| 20 | 7245 | 16.451 | AB-810/TJ Walling | 1345/361 | 12/2/2010 | 3051 | 213 |
| 21 | 21049 | 30.196 | AB-810/TJ Walling | 590/361 | 8/18/2011 | 3097 | 78 |
| 22 | 11346 | 4.966 | AB-810/TJ Walling | 1348/361 | 1/5/2011 | 3057 | 407 |
| 23 | 49366 | 15.844 | AB-810/TJ Walling | 1349/361 | 11/18/2010 | 3049 | 336 |
| 24 | 39213 | 25.319 | AB-833/T Williams | 592/361 | 8/18/2011 | 3097 | 78 |
| 25 | 11358 | 7.466 | AB-833/T Williams | 592A/361 | 10/19/2010 | 3043 | 377 |
| 26 | 11357 | 24.917 | AB-810/TJ Walling | 1351/361 | 11/2/2010 | 3046 | 403 |
| 27 | 32161 | 3.870 | AB-53/E Allred | 1352/361 | 10/1/2010 | 3040 | 665 |
| 28 | 7959 | 6.054 | AB-53/E Allred | 1355/361 | 4/5/2011 | 3073 | 584 |
| 29 | 11344 | 5.376 | AB-810/TJ Walling | 1357/361 | 4/12/2011 | 3075 | 91 |
| 30 | 11343 | 27.574 | AB-53/E Allred | 1356/361 | 4/12/2011 | 3075 | 91 |
| 31 | 24836 | 61.663 | AB-53/E Allred and AB-810/TJ Walling | 1358/361 | 12/20/2010 | 3054 | 172 |
| 32 | 3687 | 43.756 | AB-53/E Allred | 594/361 | 3/26/2012 | 3133 | 12 |
| 33 | 48006 | 9.315 | AB-53/EK Allred | 594/361 | 6/14/2011 | 3085 | 714 |
| 34 | 26572 | 0.994 | AB-53/E Allred | 1372/361 | 7/24/2012 | 3153 | 437 |
|    |      |         | **East Roadway and Construction Area** | | | | |
| 35 | 32217 | 11.292 | AB-810/TJ Walling | 545A/361 | 2/27/2013 | 3199 | 371 |
| 36 | 49312 | 11.023 | AB-810/TJ Walling | 545C/361 | 11/9/2010 | 3047 | 626 |
| 37 | 32223 | 9.930 | AB-810/TJ Walling | 545/361 | 10/19/2010 | 3043 | 383 |
| 38 | 17339 | 66.706 | AB-810/TJ Walling | 1255/361 | 8/17/2011 | 3096 | 704 |
| 39 | 7246 | 41.292 | AB-160/D Cortinas | 1271/361 | 12/2/2010 | 3051 | 213 |
| 40 | 1834 | 25.326 | AB-160/D Cortinas | 1262/361 | 12/21/2010 | 3054 | 395 |
| 41 | 24841 | 33.082 | AB-160/D Cortinas | 1264/361 | 9/21/2010 | 3038 | 186 |
| 42 | 21048 | 23.441 | AB-833/T Williams | 596/361 | 8/18/2011 | 3097 | 78 |
| 43 | 12431 | 3.029 | AB-833/T Williams | 1334/361 | 9/14/2011 | 3101 | 817 |
| 44 | 35276 | 109.819 | AB-53/E Allred | 1361/361 | 10/18/2011 | 3106 | 510 |
| 45 | 35279 | 68.129 | AB-53/E Allred | 1367/361 | 11/2/2010 | 3046 | 422 |
| 46 | 45232 | 24.756 | AB-53/E Allred | 572/361 | 7/21/2011 | 3092 | 405 |

Total Acres   1,611.974

Exhibit A

## Notice of Completion and Final Acceptance

| Contractor | RANGER EXCAVATING, L.P. |
|---|---|
| Owner | LUMINANT MINING COMPANY, LLC |
| Project | LIBERTY SOUTH CONSTRUCTION PROJECTS<br>LIBERTY MINE |

**Contractor Representative:**
Name: MARK MCKENZIE
Cell: 512-695-7602
Email: MARK.MCKENZIE@RANGEREXCAVATING.COM

**Owner Representative:**
Name: MIKE NUTT
Cell: 903-371-2009
Email: MNUTT@LUMINANT.COM

**Project Description:**
EXCAVATION, SITE WORK

Work is accepted by Owner as final and complete:  [X] YES    [ ] NO (Critical Defects Remain)
**Comments:** WORK COMPLETED AS PER CONTRACT REQUIREMENTS.

Work is (accepted)/rejected as follows: (also see attached punchlist or list of critical defects)
**Comments:** Contractor is hereby instructed to submit a correction and completion scheduled immediately.

NO PUNCHLIST. WORK ACCEPTED "AS IS".

The undersigned customer representative acknowledges that the above described equipment furnished and installed by Contractor meets the contract specifications regarding materials, workmanship and performance as indicated. This Notice of Final Acceptance constitutes assumption of care, custody, and control for the portion of work specified above. This notice does not relieve the Contractor of any responsibilities surviving the completion and acceptance of the work (i.e. warranty, confidentiality, service obligations, etc.) as specified in the contract terms

Owner Representative Signature / Date: 5/2/14
Print Name: MICHAEL G NUTT / Title: PROJECT MGR, SR.

Contractor Representative Signature / Date: 4.29.14
Print Name: Mark McKenzie, President of McKenzie Interests, Inc. G.P. of Ranger Excavating, L.P. / Title:

00143405  VOL: 3300  PG:    83

| | | |
|---|---|---|
| STATE OF TEXAS | COUNTY OF RUSK | FILED FOR RECORD |

I hereby certify that this instrument was filed on the date and time stamped hereon by me and was duly recorded in the volume and page of the named records of Rusk County, Texas as stamped hereon by me.  OFFICIAL PUBLIC RECORDS

Jun 10, 2014 02:01P

JOYCE LEWIS-KUGLE, COUNTY CLERK

RUSK COUNTY, TEXAS

FILED FOR RECORD

Jun 10, 2014 02:01P

JOYCE LEWIS-KUGLE,
COUNTY CLERK
RUSK COUNTY, TEXAS

By:

Joyce Mills
DEPUTY