## STEPHEN SAKONCHICK II, P.C.
6502 Canon Wren Drive
Austin, Texas 78746

Telephone (512) 329-0375
Facsimile (512) 697-2859
email sakon@flash.net

June 9, 2014

**Via Certified Mail, Return Receipt Requested**

Sandow Power Company, LLC
Attn: Mark Jenkins
1601 Bryan Street-21st Floor
Dallas, Texas 75201

    Re:  Lien Claim of Ranger Excavating LP for unpaid sums for materials and labor provided for the construction of the AX Fly Ash Disposal Pit Cell 1 and AX Fly Ash Disposal Haul Road in Milam County Texas

Dear Mr. Jenkins:

    I represent Ranger Excavating, LP ("Ranger") regarding the above referenced project ("Project"). Ranger is owed $80,993.00 as retainage on the contract for the construction of the AX Fly Ash Disposal Haul Road and $211,605.58 as retainage on the contract for the construction of the AX Fly Ash Disposal Pit Cell 1, for a total of $292,598.58 ("Claim"). This indebtedness has accrued under section 53.053 of the Texas Property Code and is to be paid to Ranger according to the agreement between Sandow Power Company, LLC ("Sandow") and Ranger.

    This notice is not an attempt to collect the Claim, which is stayed by the automatic stay of 11 U.S.C. 362, as a result of Sandow's filing for bankruptcy under Chapter 11 of the Bankruptcy Code. Instead, this is notice of Ranger's filing of the enclosed lien claim affidavit as to Sandow's interest in the property described therein. The lien claim affidavit is being filed in accordance with 11 U.S.C. Sections 362(b)(3) and 546(b), for the purpose of perfecting its lien claim under Texas law, and as a result of Sandow's filing for bankruptcy relief. In accordance with Section 53.124 of the Texas Property Code, the time of the inception of this lien claim began with the commencement of construction which was prior to the filing of Sandow's Chapter 11 bankruptcy.

                                   Very truly yours,

                                   Stephen Sakonchick, II

Exhibit A

cc: Alcoa, Inc.
P.O. Box 472
Rockdale, Texas 76567

Via Certified Mail, Return Receipt Requested

**NOTICE:**

**THIS IS NOT A LIEN.  THIS IS ONLY AN
AFFIDAVIT CLAIMING A LIEN**

STATE OF TEXAS           §

COUNTY OF TRAVIS         §

    BEFORE ME, the undersigned authority, personally appeared Brad McKenzie, who upon his oath, deposed and stated:

    1. My name is Brad McKenzie and I am the Vice President of McKenzie Interests, Inc., the general partner of Ranger Excavating LP ("Claimant"). I have personal knowledge of the facts set forth below and am competent and authorized to make this affidavit.

    2. Claimant's business address is 5222 Thunder Creek Road, Suite 81, Austin, Texas 78759.

    3. Pursuant to contracts by and between Claimant, and Sandow Power Company, LLC ("Sandow") dated November 30, 2012, for the construction of the AX Fly Ash Disposal Pit Cell 1 ("Disposal Pit Contract") and December 4, 2012, for the construction of the AX Fly Ash Disposal Haul Road ("Haul Road Contract"), Claimant provided labor and materials for improvements to the following real property:

> The general location of the property is at the intersection of the W.H. Temple Surveys-Abstracts 362 and 358, the J.B. Harris Survey-Abstract 207, and the S.L. Johnson Survey-Abstract 228, in Milam County, Texas and consists of a lease area of approximately 420 acres surrounding the AX Fly Ash Disposal Pit Cell 1, which is 48.16 acres, and the AX Fly Ash Disposal Haul Road, which is 8.46 acres, in Milam County, Texas. See attached 3 drawings and aerial photograph for more a precise location of the lease area and improvements.

    4. Such labor and materials may be generally described as the construction of the AX Fly Ash Disposal Pit Cell 1 and the AX Fly Ash Disposal Haul Road on the Property ("Work"). The Work is about 98% complete. However, Claimant has not yet received a Notice of Completion and Final Acceptance from Sandow.

    5. The owner or reputed owner of the Property is Alcoa, Inc. ("Alcoa"), whose address is P.O. Box 472, Rockdale, Texas 76567. Sandow informed Claimant that Alcoa leased the Property to Sandow, and/or granted Sandow some other interest related to the Property.

6. Sandow's address is 1601 Bryan Street-21st Floor, Dallas, Texas 75201.

7. Alcoa and Sandow are being sent a notice of the claim, along with a copy of this lien claim affidavit prior to June 15, 2014, by certified mail to the addresses above.

8. Claimant has acted as a general contractor to Sandow for the improvements on which the Claimant asserts a lien on Sandow's interest in the Property.

9. After allowing all just credits, offsets, and payments, the amount of $80,993.00 is held as retainage by Sandow on the Haul Road Contract and $211,605.58 is held as retainage by Sandow on the Disposal Pit Contract, for a total of $292,598.58, which remains unpaid for the Work on the Property, and Claimant asserts a lien on Sandow's interest in the Property and the improvements thereon, to secure the payment of the amount claimed. Claimant asserts both a statutory and constitutional lien, to the extent applicable.

10. This lien claim affidavit is being filed in accordance with 11 U.S.C. Sections 362(b)(3) and 546(b) for the purpose of perfecting its lien claim under Texas law, and as a result of Sandow's filing a petition in bankruptcy under Chapter 11 of the Bankruptcy Code (11 U.S.C. Section 1101, et seq.). In accordance with Section 53.124 of the Texas Property Code, the time of the inception of this lien claim began with the commencement of construction which was prior to the filing of Sandow's bankruptcy petition.

_____
Brad McKenzie, Vice President
McKenzie Interests Inc, general partner of Ranger Excavating LP


SWORN AND SUBSCRIBED TO BEFORE ME on this 9th day of June 2014.

_____
Notary Public, State of Texas

After filing return to:

Stephen Sakonchick, II
6502 Canon Wren Drive
Austin, Texas 78746

LINDA GOETZ
My Commission Expires
June 02, 2017







## Return Receipt 1

**Article Number:** 7012 1010 0001 1381 2987

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**
- A. Signature: X [signed] Mark Wells — ☐ Agent ☐ Addressee
- B. Received by (Printed Name): [illegible]
- C. Date of Delivery: [blank]
- D. Is delivery address different from item 1? ☐ Yes ☐ No

**1. Article Addressed to:**

Alcoa, Inc.
P.O. Box 472
Rockdale, Texas 76567

**3. Service Type:** ☒ Certified Mail

**4. Restricted Delivery?** (Extra Fee) ☐ Yes

**2. Article Number (Transfer from service label):** 7012 1010 0001 1381 2987

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540

### Certified Mail Receipt 1

U.S. Postal Service — CERTIFIED MAIL RECEIPT (Domestic Mail Only; No Insurance Coverage Provided)

7012 1010 0001 1381 2987

- Postage: $0.70
- Certified Fee: $3.30
- Return Receipt Fee: $2.70
- Restricted Delivery Fee: $0.00
- Total Postage & Fees: $6.70

Sent To: Alcoa, Inc.
Street, Apt. No. or PO Box No.: P.O. Box 472
City, State, ZIP+4: Rockdale, Texas 76567

Postmark: Westlake Station, Austin, TX 78746 — 06/09/2014

---

## Return Receipt 2

**Article Number:** 7012 1010 0001 1381 3007

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**
- A. Signature: X [signed] Perry Alexander — ☒ Agent ☐ Addressee
- B. Received by (Printed Name): Perry Alexander Jr.
- C. Date of Delivery: 6-13-14
- D. Is delivery address different from item 1? ☐ Yes ☐ No

**1. Article Addressed to:**

Sandow Power Company LLC
Attn: Mark Jenkins
1601 Bryan Street - 21st Flr
Dallas, Texas 75201

**3. Service Type:** ☒ Certified Mail

**4. Restricted Delivery?** (Extra Fee) ☐ Yes

**2. Article Number (Transfer from service label):** 7012 1010 0001 1381 3007

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540

### Certified Mail Receipt 2

U.S. Postal Service — CERTIFIED MAIL RECEIPT (Domestic Mail Only; No Insurance Coverage Provided)

7012 1010 0001 1381 3007

- Postage: $0.70
- Certified Fee: $3.30
- Return Receipt Fee: $2.70
- Restricted Delivery Fee: $0.00
- Total Postage & Fees: $6.70

Sent To: Sandow Power Company LLC
Attn: Mark Jenkins
Street, Apt. No. or PO Box No.: 1601 Bryan Street - 21st Flr
City, State, ZIP+4: Dallas, TX 75201

Postmark: Westlake Station, Austin, TX 78746 — 06/09/2014