16214

## NOTICE:

**THIS IS NOT A LIEN. THIS IS ONLY AN
AFFIDAVIT CLAIMING A LIEN**

STATE OF TEXAS         §

COUNTY OF TRAVIS       §

BEFORE ME, the undersigned authority, personally appeared Brad McKenzie, who upon his oath, deposed and stated:

1. My name is Brad McKenzie and I am the Vice President of McKenzie Interests, Inc., the general partner of Ranger Excavating LP ("Claimant"). I have personal knowledge of the facts set forth below and am competent and authorized to make this affidavit.

2. Claimant's business address is 5222 Thunder Creek Road, Suite 81, Austin, Texas 78759.

3. Pursuant to contracts by and between Claimant, and Sandow Power Company, LLC ("Sandow") dated November 30, 2012, for the construction of the AX Fly Ash Disposal Pit Cell 1 ("Disposal Pit Contract") and December 4, 2012, for the construction of the AX Fly Ash Disposal Haul Road ("Haul Road Contract"), Claimant provided labor and materials for improvements to the following real property:

> The general location of the property is at the intersection of the W.H. Temple Surveys-Abstracts 362 and 358, the J.B. Harris Survey-Abstract 207, and the S.L. Johnson Survey-Abstract 228, in Milam County, Texas and consists of a lease area of approximately 420 acres surrounding the AX Fly Ash Disposal Pit Cell 1, which is 48.16 acres, and the AX Fly Ash Disposal Haul Road, which is 8.46 acres, in Milam County, Texas. See attached 3 drawings and aerial photograph for more a precise location of the lease area and improvements.

4. Such labor and materials may be generally described as the construction of the AX Fly Ash Disposal Pit Cell 1 and the AX Fly Ash Disposal Haul Road on the Property ("Work"). The Work is about 98% complete. However, Claimant has not yet received a Notice of Completion and Final Acceptance from Sandow.

5. The owner or reputed owner of the Property is Alcoa, Inc. ("Alcoa"), whose address is P.O. Box 472, Rockdale, Texas 76567. Sandow informed Claimant that Alcoa leased the Property to Sandow, and/or granted Sandow some other interest related to the Property.

Exhibit B

6. Sandow's address is 1601 Bryan Street-21st Floor, Dallas, Texas 75201.

7. Alcoa and Sandow are being sent a notice of the claim, along with a copy of this lien claim affidavit prior to June 15, 2014, by certified mail to the addresses above.

8. Claimant has acted as a general contractor to Sandow for the improvements on which the Claimant asserts a lien on Sandow's interest in the Property.

9. After allowing all just credits, offsets, and payments, the amount of $80,993.00 is held as retainage by Sandow on the Haul Road Contract and $211,605.58 is held as retainage by Sandow on the Disposal Pit Contract, for a total of $292,598.58, which remains unpaid for the Work on the Property, and Claimant asserts a lien on Sandow's interest in the Property and the improvements thereon, to secure the payment of the amount claimed. Claimant asserts both a statutory and constitutional lien, to the extent applicable.

10. This lien claim affidavit is being filed in accordance with 11 U.S.C. Sections 362(b)(3) and 546(b) for the purpose of perfecting its lien claim under Texas law, and as a result of Sandow's filing a petition in bankruptcy under Chapter 11 of the Bankruptcy Code (11 U.S.C. Section 1101, et seq.). In accordance with Section 53.124 of the Texas Property Code, the time of the inception of this lien claim began with the commencement of construction which was prior to the filing of Sandow's bankruptcy petition.

_____
Brad McKenzie, Vice President
McKenzie Interests Inc, general partner of Ranger Excavating LP

SWORN AND SUBSCRIBED TO BEFORE ME on this 9th day of June 2014.

_____
Notary Public, State of Texas

After filing return to:

Stephen Sakonchick, II
6502 Canon Wren Drive
Austin, Texas 78746

LINDA GOETZ
My Commission Expires
June 02, 2017

VOL. 1228 PAGE 627
OFFICIAL RECORDS
MILAM COUNTY, TEXAS







VOL. 1228 PAGE 630
OFFICIAL RECORDS
MILAM COUNTY, TEXAS

CLERK'S NOTICE: ANY PROVISION HEREIN WHICH RESTRICTS THE SALE, RENTAL OR USE OF THE DESCRIBED REAL PROPERTY BECAUSE OF COLOR OR RACE, IS INVALID AND UNENFORCEABLE UNDER FEDERAL LAW.

FILED
AT 2:35 O'CLOCK P. M
ON THE 10 DAY OF June
A.D., 20 14

Barbara Vansa
COUNTY CLERK, MILAM COUNTY, TEXAS
BY Linda Hall DEPUTY

STATE OF TEXAS
COUNTY OF MILAM
I hereby certify that this instrument was FILED on the date and at the time stamped hereon by me and was duly RECORDED in the Volume and Page of the Official Records of Milam County, Texas.

Barbara Vansa
County Clerk, Milam County, Texas
VOL. 1228    PAGE 626
RECORDED 6-10-14 @ 5P
BY Linda Hall DEPUTY

42 K 5 pg

VOL. 1228 PAGE 631
OFFICIAL RECORDS
MILAM COUNTY, TEXAS