To Who It May Concern

I Maurice Jefferson Responses To the Objection what I have file in this case is to the best of what has on writing is to the God unse truth I have work for Energy Future Holding for 35 years over half have half my life until my healt started getting bad and most of it was due to on the job injurys, back injury, two time shosder hand, all in witch, I had surgery, I had task to some Lawer and was told that it would be very little money for them and me for them to take the case. So I file it my self. So please have a heart and acept my case.

P.S. I had to take a medical retirement in Feb-2007

Thank you

Maurice Jefferson

Case No 14-11042 (CSS)
~~14-11042~~ or 14-10979 (CSS)

FILED 2016 APR -6 AM 9:21 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE

**Epiq Bankruptcy Solutions, LLC**
PO BOX 4470
Beaverton, OR 97076-4470
Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



EFH OMNI39 03-24-2016 (MERGE2,TXNUM2) 4000034191

BAR(23) MAIL ID *** 000104338077 ***



JEFFERSON, MAURICE
PO BOX 1551
MEXIA, TX  76667

# THE REMAINDER OF THIS PAGE

# INTENTIONALLY LEFT BLANK

**Energy Future Holdings**

March 24, 2016

We are writing to you today about the claim (or claims) you filed as part of Energy Future Holdings' Chapter 11 proceedings.

The company is unable to allow your claim(s) – number(s) 9650. <u>Our response to your claim(s) is detailed in the enclosed materials</u>.

As indicated in the enclosed Notice, which has been customized to address your claim and the company's response to your claim, if you have a response, you must file it with the Bankruptcy Court on or before **April 8, 2016**. You must also send a copy of any such response to the debtors' counsel listed on the Notice so that it is **actually received** by April 8, 2016 at 4:00 PM (ET).

If you have any questions, please call our dedicated telephone hotline at (844) 415-6962 free of charge or send your contact information to efhcorrespondence@kirkland.com and a representative will be in touch with you shortly.

Thank you.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|   |   |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |

**NOTICE OF DEBTORS' THIRTY-NINTH OMNIBUS (SUBSTANTIVE) OBJECTION TO SUBSTANTIVE DUPLICATE AND NO LIABILITY CLAIMS PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON**

TO:    JEFFERSON, MAURICE
       PO BOX 1551
       MEXIA, TX 76667

**Basis for Objection**: No Liability Claim.

**Reason for Disallowance:** The proof of claim asserts a claim for a severance payment allegedly distributed to employees in connection with the 2007 restructuring. The company has no record of a severance program of the kind and at the time described and no record of unpaid amounts to the Claimant.

|   | **Claim Number** | **Claim Amount** |
|---|---|---|
| Claim(s) to be Expunged: | 9650 | $99,000.00 |

On March 24, 2016, the above-captioned debtors and debtors in possession (the "Debtors") filed the Debtors' Thirty-Ninth Omnibus (Substantive) Objection to Substantive Duplicate and No Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 (the "Objection")[2] a copy of which is attached hereto.

By the Objection, the Debtors seek to disallow the claim(s) listed as "Claim(s) to be Expunged" for the reason stated above and as further described in the Objection. Once disallowed, the "Claims to be Expunged" will be removed from the Claims Register.

Responses to the Objection, if any, must be in writing and filed on or before **April 8, 2016, at 4:00 PM (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of any such response upon the undersigned counsel to the Debtors listed so that the response is **actually received** on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **APRIL 27, 2016, AT 10:000 AM (ET)**, BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Objection.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

If you have questions about the Objection, please call (844) 415-6962 or send your contact information to efhcorrespondence@kirkland.com, both free of charge.

Wilmington, Delaware
Dated: March 24, 2016                          /s/ Jason M. Madron
                                             **RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:    (302) 651-7701
Email:         collins@rlf.com
               defranceschi@rlf.com
               madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900
Email:         edward.sassower@kirkland.com
               stephen.hessler@kirkland.com
               brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:    (312) 862-2200
Email:         james.sprayregen@kirkland.com
               marc.kieselstein@kirkland.com
               chad.husnick@kirkland.com
               steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

2

# PROOF OF CLAIM

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE
Energy Future Holdings Corp. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
Grand Central Station, P.O. Box 4613
New York, NY 10163-4613

COURT USE ONLY

| Name of Debtor: | Case Number: |
|---|---|
| LUMINANT MINING COMPANY LLC | 14-11042 (CSS) |

**NOTE:** Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.

Name and address where notices should be sent:

EFH (MERGE2.DBF,SCHED_NO) SCHEDULE #: 504204560*****
BAR(23) MAILID *** 000088814201 ***
AURICE JEFFERSON
PO BOX 1551
MEXIA TX 76667

Telephone number: 254-562-7013     Email:

☐ Check this box if this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Your claim is scheduled by the Debtor as:
UNSECURED
UNLIQUIDATED
CONTINGENT
UNDETERMINED

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

Name and address where payment should be sent (if different from above):
MAURICE JEFFERSON
PO BOX 1551
MEXIA TX 76667
Telephone number: 254-562-7013   Email:

COURT USE ONLY

5. **Amount of Claim Entitled to Priority under 11 U.S.C. § 507 (a).** If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries or commissions (up to $12,475), earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).

☐ Up to $2,775 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

Amount entitled to priority:
$ 99,000

1. **Amount of Claim as of Date Case Filed:** $ 99,000
If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
If all or part of the claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete item 6.
☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest charges.

2. **Basis for Claim:** EXPLAIN IN letter
(See instruction #2)

3. **Last four digits of any number by which creditor identifies debtor:** ___ ___ ___ ___
3a. Debtor may have scheduled account as: _____
(See instruction #3a)

4. **Secured Claim (See instruction #4)**
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Amount of arrearage and other charges, as of time case was filed, included in secured claim, if any:
$ _____

**Nature of property or right of setoff:**
☐ Real Estate   ☐ Motor Vehicle   ☑ Other
Describe: PERSONAL - explain in letter
Value of Property: $ _____
Annual Interest Rate _____ % ☐ Fixed or ☐ Variable
(when case was filed)

Basis for perfection: _____
Amount of Secured Claim: $ _____
Amount Unsecured: $ _____

6. **Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $ _____ (See instruction #6)**
7. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)
8. **Documents:** Attach **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. (See instruction #8 and definition of "redacted".)
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

9. **Signature:** (See instruction #9)  Check the appropriate box:
☐ I am the creditor.  ☐ I am the creditor's authorized agent.  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)
(Attached a copy of power of attorney, if any.)
I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: MAURICE JEFFERSON
Title: FUEL OPERATOR
Company: TXU - EFH BIGBROWN MINE
(Signature) Maurice Jefferson
(Date) 10-23-2014

Address, telephone number, and email
(if different from notice address above):
Telephone number: 254-562-7013
Email: _____

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

My name is Maurice Jefferson

I have work for TXU or Energy Future Holding 36 years + from Aug-8-1973 until 2009. I really did like my job and company doing my last few years in health started going down hill for many years I work many long hours working lot of over time some years I work over -1,000 hours of over time most years 700 or 800 hours of over time yes that right check it out. My record some work I did on my own some time I was made to work. I did not mine I had a family in 2007 Feb- I had a heart atact and the company was in process of being sold I had to take a medical retirement due to a on the job injury and heart atact. Each employee recive about 35,000 each even employee that had been there 4 or 5 years or less recive the money but I did not because I was on long term disability and I was not active employer I was not entitle to the money this is not right I work 34 long years with TXU- Energy Future Holding I feel I deserve the money and more because my retirement money was still with the company at the time it was being sold. I had a on the job injury on Feb-13-2007 and a heart atact on Feb-14-2007 I was under a lot of stress from from a nother on the job injury 5-18-06 to my to the same sholder and neck

Due to my heart attack I had to wait two years before I had any treatment to my on the job injurys that cause me to have 2 surgery on my hand, elbo an sholder and injection in my neck and until this day I still have pain and still being treated for the on the job injury. Due to my medical problems and my childrens in college I had to take my retire money an help my children and pay medical bill for the family. The company stop paying me my disability payment from Aug. 2009 until this day six years a payment of six hundred and 80 dollars a month, add up to a bout 30,000 dollars. I feel they owe me more for being un. fair

```
Company
Be sold  - 35,000
Disability - 30,000
Un Fair
Stress   - 34,000
           ------
           99,000.
```

Truely
MAURICE JEFFERSON
Maurice Jefferson

10-23-2014




**TXU**

Identification Card #104

Maurice Jefferson
Name

Big Brown Mine
P. O. Box 800
Fairfield, Texas



Approved – J. Denny Kingsley
Manager of Mines



For Identification Only in the
Transaction of Company Business

NOW ENERGY FUTURE HOLdings CORP.

Mnt. MAURICE JEFFERSON
sgn ~ Maurice Jefferson
bRth ~ 07-08-1953
ss ~ 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
heAdt ~ BIG BROWN MINE
work      FAIR FIELD TX.
mailing Adress PO BOX 1551
                MEXIA, TX 76667

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE | **PROOF OF CLAIM** |
|---|---|
| Energy Future Holdings Corp. Claims Processing Center c/o Epiq Bankruptcy Solutions, LLC Grand Central Station, P.O. Box 4613 New York, NY 10163-4613 | COURT USE ONLY |

Name of Debtor: 

Case Number:

NOTE: Do not use this form to make a claim for an administrative expense that arises **after** the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.

Name and address where notices should be sent:

EFH (CREDITOR.DBF,CREDNUM)CREDNUM # 1000004873******
BAR(23) MAILID *** 000088942000 ***
MAURICE JEFFERSON
129 LCR 456
MEXIA, TX 76667

Telephone number: 254 562-7015    Email:

☐ Check this box if this claim amends a previously filed claim.

Court Claim Number:
(*If known*) _____
Filed on: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

Name and address where payment should be sent (if different from above):
MAURICE JEFFERSON
129 LCR-456 - MEXIA TX 76667
Telephone number:    Email:

COURT USE ONLY

5. **Amount of Claim Entitled to Priority under 11 U.S.C. § 507 (a).** If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries or commissions (up to $12,475), earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. § 507(a)(4).

☑ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).

☐ Up to $2,775 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

Amount entitled to priority:

$ 35,000 + 30,000 +34,000
explain in letter
99,000

1. Amount of Claim as of Date Case Filed: $ 35,000 +
   If all or part of the claim is secured, complete item 4.
   If all or part of the claim is entitled to priority, complete item 5.
   If all or part of the claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete item 6.
   ☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest charges.

2. Basis for Claim: I feel they owe me 35,000 +
   (See instruction #2)

3. Last four digits of any number by which creditor identifies debtor: 3 8 5 8
   3a. Debtor may have scheduled account as: _____
   (See instruction #3a)

4. Secured Claim (See instruction #4)
   Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.
   Nature of property or right of setoff:
   ☐ Real Estate    ☐ Motor Vehicle    ☑ Other
   Describe: _____
   Value of Property: $ _____
   Annual Interest Rate ____ %  ☐ Fixed or ☐ Variable
   (when case was filed)

   Amount of arrearage and other charges, as of time case was filed, included in secured claim, if any:
   $ _____
   Basis for perfection: _____
   Amount of Secured Claim: $ _____
   Amount Unsecured: $ _____

6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $ _____ (See instruction #6)
7. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)
8. **Documents:** Attach **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. (*See instruction #8 and definition of "redacted"*.)
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

9. Signature: (See instruction #9)    Check the appropriate box:
☑ I am the creditor.  ☐ I am the creditor's authorized agent.  ☐ I am the trustee, or the debtor, or their  ☐ I am a guarantor, surety, indorser, or other codebtor.
    (Attached a copy of power of attorney, if any.)    authorized agent. (See Bankruptcy Rule 3004.)  (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: MAURICE JEFFERSON    *Maurice Jefferson*
Title: Fuel Operator    (Signature)
Company: TXU-EFH BIGBROWN MINE
(Date) 10-20-2014

Address, telephone number, and email (if different from notice address above):
_____
Telephone number: 254-562-7015
Email: _____

My name is Maurice Jefferson
I have work for TXU-Energy Future Holding for 3 years-from Aug-8-1973-until 2009.
I love my Job and Company doing my last few years my health started going down ove work in long hours putting in lot of over time some years I work over 1,000 hours over time yes that right one thousand hours hour. Check my record some I did on my own son was manetory. In 2007 Feb-I had a heart atac the company was in process of being sold I had to take a medical retirement the company was in prosse of being sold each employee recive about 35,000 dollars even employees that wk theirs about 2 or three years but I did not because they said I was not a atrue inploees, I was on long term disability the said I was not intitle to the money. This is not rig. I desured the money like every one else.
Your truly Maurice Jefferson
129 LCR 456
Mexia Texas 76667
SS-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
Birth 07-08-1953