**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| Debtors. | ) | (Jointly Administered) |
| | ) | **Ref. Docket Nos. 6005, 6010-6015, 6017, 6019, 6045, 6094, 6159, 6186-6190, 6220, 6231, 6402, 6431, 6480, 6562, 6584, 6630-6634** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

STEPHEN LAM, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 5, 2015, I caused to be served a personalized "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated November 5, 2015, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered by first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Stephen Lam

Sworn to before me this
20th day of November, 2015

Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA[illegible]
COMM. EXP. [illegible]

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:

ENERGY FUTURE HOLDINGS CORP., et al.

Chapter 11

Case No. 14-10979 (CSS)

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To: BAR(23) MAILID *** 000099857154 *** EFH TRFNTC (MERGE2, TXNUM2) 4000034781



ABLE COMMUNICATIONS, INC.
C/O BARLOW GARSEK & SIMON, LLP
ATTN: ROBERT A. SIMON
920 FOCH STREET
FORT WORTH, TX 76107

Please note that your claim # 2957-01 in the above referenced case and in the amount of $16,704.66 has been transferred (unless previously expunged by court order)

CLAIMS RECOVERY GROUP LLC
TRANSFEROR: ABLE COMMUNICATIONS, INC.
92 UNION AVENUE
CRESSKILL, NJ 07626

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
824 NORTH MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 6231 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/05/2015

David D. Bird, Clerk of Co

/s/ Sidney Garabato

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY: This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on November 5, 2015.

# EXHIBIT B

| Claim Name | Address Information |
|---|---|
| ABLE COMMUNICATIONS, INC. | C/O BARLOW GARSEK & SIMON, LLP, ATTN: ROBERT A. SIMON, 920 FOCH STREET, FORT WORTH, TX 76107 |
| ABLE COMMUNICATIONS, INC. | C/O BARLOW GARSEK & SIMON, LLP, ATTN: ROBERT A. SIMON, 920 FOCH STREET, FORT WORTH, TX 76107 |
| ABLE COMMUNICATIONS, INC. | C/O BARLOW GARSEK & SIMON, LLP, ATTN: ROBERT A. SIMON, 920 FOCH STREET, FORT WORTH, TX 76107 |
| AREVA NP INC | ATTN: STEVEN J. CUEVAS, ESQ., 3315 OLD FOREST ROAD, LYNCHBURG, VA 24501 |
| AREVA NP INC | 7207 IBM DR CLT-2D, CHARLOTTE, NC 28262 |
| BI-INFORM, INC. | C/O LEECH TISHMAN FUSCALDO & LAMPL LLC, ATTN: PATRICK W. CAROTHERS, ESQ., 525 WILLIAM PENN PLACE, 28TH FL., PITTSBURGH, PA 15219 |
| BI-INFORM, INC. | 2114 ASHWOOD AVE, NASHVILLE, TN 37212 |
| BRIDGELINE DIGITAL, INC. | ATTN: CAROLE TYNER, 80 BLANCHARD ROAD, BURLINGTON, MA 01803 |
| C.L. SMITH INDUSTRIAL COMPANY | 2972 ARNOLD TENBROOK ROAD, ARNOLD, MO 63010 |
| CAT GLOBAL MINING | C/O CATERPILLAR INC., 100 N.E. ADAMS STREET, PEORIA, IL 61629-7310 |
| CAT GLOBAL MINING | CATERPILLAR GLOBAL MINING LLC, 6774 S HOWELL AVE, OAK CREEK, WI 53154 |
| CATERPILLAR GLOBAL MINING LLC | PO BOX 689464, CHICAGO, IL 60695-9464 |
| CATERPILLAR GLOBAL MINING LLC | ATTN: DAN L MCCLINTOCK, 6744 S HOWELL AVE, OAK CREEK, WI 53154 |
| CFJ MANUFACTURING,LP | 5001 NORTH FREEWAY, FORTH WORTH, TX 76106 |
| CLAIMS RECOVERY GROUP LLC | TRANSFEROR: ABLE COMMUNICATIONS, INC., 92 UNION AVENUE, CRESSKILL, NJ 07626 |
| CLAIMS RECOVERY GROUP LLC | TRANSFEROR: ABLE COMMUNICATIONS, INC., 92 UNION AVENUE, CRESSKILL, NJ 07626 |
| CLAIMS RECOVERY GROUP LLC | TRANSFEROR: ABLE COMMUNICATIONS, INC., 92 UNION AVENUE, CRESSKILL, NJ 07626 |
| CLAIMS RECOVERY GROUP LLC | TRANSFEROR: AREVA NP INC, 92 UNION AVENUE, CRESSKILL, NJ 07626 |
| CLAIMS RECOVERY GROUP LLC | TRANSFEROR: BI-INFORM, INC., 92 UNION AVENUE, CRESSKILL, NJ 07626 |
| CLAIMS RECOVERY GROUP LLC | TRANSFEROR: GFS TEXAS, 92 UNION AVENUE, CRESSKILL, NJ 07626 |
| CLAIMS RECOVERY GROUP LLC | TRANSFEROR: GLOBAL KNOWLEDGE TRAINING LL, 92 UNION AVENUE, CRESSKILL, NJ 07626 |
| CLAIMS RECOVERY GROUP LLC | TRANSFEROR: GROPPE LONG & LITTELL, 92 UNION AVENUE, CRESSKILL, NJ 07626 |
| CLAIMS RECOVERY GROUP LLC | TRANSFEROR: PROTEC, INC., 92 UNION AVENUE, CRESSKILL, NJ 07626 |
| CLAIMS RECOVERY GROUP LLC | TRANSFEROR: RESULTS POSITIVE INC, 92 UNION AVENUE, CRESSKILL, NJ 07626 |
| CLAIMS RECOVERY GROUP LLC | TRANSFEROR: STANLEY CONSULTANTS INC, 92 UNION AVENUE, CRESSKILL, NJ 07626 |
| CLAIMS RECOVERY GROUP LLC | TRANSFEROR: STANLEY CONSULTANTS INC, 92 UNION AVENUE, CRESSKILL, NJ 07626 |
| CLAIMS RECOVERY GROUP LLC | TRANSFEROR: STATE INDUSTRIAL PRODUCTS, 92 UNION AVENUE, CRESSKILL, NJ 07626 |
| CLAIMS RECOVERY GROUP LLC | TRANSFEROR: STATE INDUSTRIAL PRODUCTS, 92 UNION AVENUE, CRESSKILL, NJ 07626 |
| COMMUNICATIONS WORKERS OF AMERICA | LOCAL 6222, 1730 JEFFERSON ST, HOUSTON, TX 77003 |
| CONLEY GROUP, INC. | 5800 E. CAMPUS CIRCLE, STE 250, IRVING, TX 75063 |
| DRA, TAGGART, LLC | F/K/A FORGE GROUP NORTH AMERICA, LLC, ATTN: KENNETH J. LUND, CCO, 4000 TOWN CENTER BLVD., CANONSBURG, PA 15317 |
| EASTEX TELEPHONE COOP INC | PO BOX 150, HENDERSON, TX 75653-0150 |
| EVCO PARTNERS LP | DBA BURGOON COMPANY, PO BOX 1168, GALVESTON, TX 77553 |
| FAIR HARBOR CAPITAL, LLC | TRANSFEROR: CONLEY GROUP, INC., ANSONIA FINANCE STATION, PO BOX 237037, NEW YORK, NY 10023 |
| GFS TEXAS | 1375 RIVER BEND DR, DALLAS, TX 75247 |
| GLOBAL KNOWLEDGE TRAINING LLC | 9000 REGENCY PARKWAY, SUITE 400, CARY, NC 27518 |
| GROPPE LONG & LITTELL | 5300 MEMORIAL DR SUITE 375, HOUSTON, TX 77007 |
| LANNY COUNTS LLC | 21508 LAKEPARK DRIVE, LAGO VISTA, TX 78645 |
| LANNY COUNTS LLC | ATTN: TINA BROWN, 20811 DAWN DR #905, LAGO VISTA, TX 78645 |
| MID-STATE ENVIRONMENTAL LL | DBA MID-STATE ENVIRONMENTAL SERVICES LL, PO BOX 2920, WICHITA, KS 67201-2920 |
| NORTH HOUSTON VALVE & FITTING CO | DEPT 235, PO BOX 4346, HOUSTON, TX 77210-4346 |
| NORTH HOUSTON VALVE & FITTING CO | ATTN: CHRIS JONES, 10811 W FAIRMONT PKWY, LA PORTE, TX 77571 |
| PROTEC, INC. | 1205 W. NORTH CARRIER PARKWAY, SUITE 203, GRAND PRAIRIE, TX 75050 |
| RESULTS POSITIVE INC | 2250 E GERMANN RD STE 14, CHANDLER, AZ 85286 |

| Claim Name | Address Information |
|---|---|
| SIERRA LIQUIDITY FUND, LLC | TRANSFEROR: BRIDGELINE DIGITAL, INC., 19772 MACARTHUR BLVD., SUITE 200, IRVINE, CA 92612 |
| STANLEY CONSULTANTS INC | ATTN: LEGAL DEPT, 225 IOWA AVE, MUSCATINE, IA 52761 |
| STANLEY CONSULTANTS INC | 6836 AUSTIN CENTER BLVD STE 350, AUSTIN, TX 78731 |
| STANLEY CONSULTANTS INC | ATTN: LEGAL DEPT, 225 IOWA AVE, MUSCATINE, IA 52761 |
| STATE INDUSTRIAL PRODUCTS | PO BOX 74189, CLEVELAND, OH 44194-0268 |
| STATE INDUSTRIAL PRODUCTS | PO BOX 74189, CLEVELAND, OH 44194-0268 |
| TANNOR PARTNERS CREDIT FUND, LP | TRANSFEROR: DRA, TAGGART, LLC, ATTN: ROBERT TANNOR, 150 GRAND STREET, STE 401, WHITE PLAINS, NY 10601 |
| TANNOR PARTNERS CREDIT FUND, LP | TRANSFEROR: MID-STATE ENVIRONMENTAL LL, 150 GRAND STREET, STE 401, WHITE PLAINS, NY 10601 |
| TANNOR PARTNERS CREDIT FUND, LP | TRANSFEROR: VEOLIA ES INDUSTRIAL SERVICE, 150 GRAND STREET, STE 401, WHITE PLAINS, NY 10601 |
| TANNOR PARTNERS CREDIT FUND, LP | TRANSFEROR: WESTERN FILTER CO., 150 GRAND STREET, STE 401, WHITE PLAINS, NY 10601 |
| TANNOR PARTNERS CREDIT FUND, LP | TRANSFEROR: WESTERN FILTER CO., 150 GRAND STREET, STE 401, WHITE PLAINS, NY 10601 |
| TANNOR PARTNERS CREDIT FUND, LP | TRANSFEROR: WESTERN FILTER CO., 150 GRAND STREET, STE 401, WHITE PLAINS, NY 10601 |
| TEXAS COUNTRY MUSIC HALL OF FAME | 300 W PANOLA ST, CARTHAGE, TX 75633 |
| TURNKEY SECURITY INC | PO BOX 1889, MANCHACA, TX 78652-1889 |
| VENDOR RECOVERY FUND IV, LLC | TRANSFEROR: C.L. SMITH INDUSTRIAL COMPAN, C/O DRUM CAPITAL MANAGEMENT, 4 STAMFORD PLAZA, STAMFORD, CT 06902 |
| VENDOR RECOVERY FUND IV, LLC | TRANSFEROR: CAT GLOBAL MINING, C/O DRUM CAPITAL MANAGEMENT, 4 STAMFORD PLAZA, STAMFORD, CT 06902 |
| VENDOR RECOVERY FUND IV, LLC | TRANSFEROR: CATERPILLAR GLOBAL MINING LL, C/O DRUM CAPITAL MANAGEMENT, 4 STAMFORD PLAZA, STAMFORD, CT 06902 |
| VENDOR RECOVERY FUND IV, LLC | TRANSFEROR: CFJ MANUFACTURING,LP, C/O DRUM CAPITAL MANAGEMENT, 4 STAMFORD PLAZA, STAMFORD, CT 06902 |
| VENDOR RECOVERY FUND IV, LLC | TRANSFEROR: COMMUNICATIONS WORKERS OF, AMERICA; C/O DRUM CAPITAL MANAGEMENT, 4 STAMFORD PLAZA, STAMFORD, CT 06902 |
| VENDOR RECOVERY FUND IV, LLC | TRANSFEROR: EASTEX TELEPHONE COOP INC, C/O DRUM CAPITAL MANAGEMENT, 4 STAMFORD PLAZA, STAMFORD, CT 06902 |
| VENDOR RECOVERY FUND IV, LLC | TRANSFEROR: EVCO PARTNERS LP, C/O DRUM CAPITAL MANAGEMENT, 4 STAMFORD PLAZA, STAMFORD, CT 06902 |
| VENDOR RECOVERY FUND IV, LLC | TRANSFEROR: LANNY COUNTS LLC, C/O DRUM CAPITAL MANAGEMENT, 4 STAMFORD PLAZA, STAMFORD, CT 06902 |
| VENDOR RECOVERY FUND IV, LLC | TRANSFEROR: NORTH HOUSTON VALVE &, FITTING CO; C/O DRUM CAPITAL MANAGEMENT, 4 STAMFORD PLAZA, STAMFORD, CT 06902 |
| VENDOR RECOVERY FUND IV, LLC | TRANSFEROR: TEXAS COUNTRY MUSIC HALL OF, FAME; C/O DRUM CAPITAL MANAGEMENT, 4 STAMFORD PLAZA, STAMFORD, CT 06902 |
| VENDOR RECOVERY FUND IV, LLC | TRANSFEROR: TURNKEY SECURITY INC, C/O DRUM CAPITAL MANAGEMENT, 4 STAMFORD PLAZA, STAMFORD, CT 06902 |
| VEOLIA ES INDUSTRIAL SERVICES INC | C/O TANNOR PARTNERS CREDIT FUND LP, 150 GRAND ST STE 401, WHITE PLAINS, NY 10601 |
| WESTERN FILTER CO. | 10702 E 11TH ST, TULSA, OK 74128 |
| WESTERN FILTER CO. | 10702 E 11TH ST, TULSA, OK 74128 |
| WESTERN FILTER CO. | 10702 E 11TH ST, TULSA, OK 74128 |

| Claim Name | Address Information |
| --- | --- |

**Total Creditor Count 73**

RICHARDS LAYTON & FINGER
ATTN: BARB WITTERS
920 NORTH KING STREET
WILMINGTON, DE 19801