1   UNITED STATES BANKRUPTCY COURT

2   DISTRICT OF DELAWARE

3

4   In re:                              :

                                        :    Chapter 11

5   ENERGY FUTURE HOLDINGS CORP., :

                                        :    Case No. 14-10979 (CSS)

6                                       :

            Debtors.                    :    (Jointly Administered)

7   _____           :

                                        :

8   ENERGY FUTURE HOLDINGS CORP., :

                                        :

9           Plaintiff,                  :

                                        :

10      v.                              :    Adv. Proc. No.

                                        :

11                                      :    1-15-51386 (CSS)

    TEXAS TRANSMISSION                  :

12  INVESTMENT, LLC,                    :

                                        :

13                                      :

            Defendant,                  :

14  _____:

15

16                                  United States Bankruptcy Court

17                                  824 North Market Street

18                                  Wilmington, Delaware

19                                  April 5, 2016

20                                  4:03 PM - 4:10 PM

21

22  B E F O R E :

23  HON CHRISTOPHER S. SONTCHI

24  U.S. BANKRUPTCY JUDGE

25  ECRO OPERATOR:  LESLIE MURIN

1   HEARING re Status Conference

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25   Transcribed by:  Sonya Ledanski Hyde

Page 3

```
 1    A P P E A R A N C E S :

 2

 3    DANIEL J. DEFRANCESCHI (TELEPHONICALLY)

 4    Attorney for Energy Future Holdings Corp.

 5

 6    JASON M. MADRON (TELEPHONICALLY)

 7    Attorney for Energy Future Holdings Corp.

 8

 9    JOSEPH SERINO, JR. (TELEPHONICALLY)

10    Attorney for Energy Future Holdings Corp.

11

12    JOSEPH CHARLES BARSALONA II (TELEPHONICALLY)

13    Attorney for Energy Future Holdings Corp.

14

15    WARREN HASKEL (TELEPHONICALLY)

16    Attorney for Energy Future Holdings Corp.

17

18    JASON M. LIBERI (TELEPHONICALLY)

19    Attorney for Texas Transmission Investment LLC

20

21    MARK A. MCDERMOTT (TELEPHONICALLY)

22    Attorney for Texas Transmission Investment LLC

23

24    JAMES W. BROWN (TELEPHONICALLY)

25    Attorney for Texas Transmission Investment LLC
```

```
1   ALSO APPEARING TELEPHONICALLY:
2   JACOB A. ADLERSTEIN
3   VAN BECKWITH
4   SEAN M. BRENNECKE
5   JPOHN B. BRINGARDNER
6   KELLIE CAIMS
7   MARK A. CODY
8   KENT COLLIER
9   STACEY DORE
10  JUSTIN K. EDELSON
11  JAMIE L. EDMONSON
12  MARK A. FINK
13  DAVID M. FOURNIER
14  BRIAN GLUECKSTEIN
15  MATTHEW R. GRAY
16  WARREN HASKEL
17  STUART KOVENSKY
18  DANIEL A. LOWENTHAL
19  JASON M. MADRON
20  MARK E. MCKANE
21  HAL F. MORRIS
22  JOANNA S. NEWDECK
23  MEREDITH PFISTER
24  NATALIE D. RAMSEY
25  STEVEN R. SCHWARTZ
```

```
 1   ANNA TERTERYAN
 2   ANDREW M. THAU
 3   MICHAEL TURKL
 4   MATTHEW UNDERWOOD
 5   MICHAEL J. WALSH
 6   CHRISTOPHER A. WARD
 7   ANDY WRIGHT
 8   RYAN BARTLEY
 9   JAMES W. BROWN
10   NATHAN CHRISTENSEN
11   MICHAEL D. DEBAECKE
12   KELLIE FISHER
13   SETH GOLDMAN
14   JASON LIBERI
15   CATHERINE LOTEMPIO
16   LUCKEY MCDOWELL
17   R. STEPHEN MCNEILL
18   THOMAS E. O'BRIEN
19   GEORGE N. PANAGAKIS
20   RICHARD PEDONE
21   DAVID P. PRIMACK
22   ERICA RICHARDS
23   RACHAEL RINGER
24   JEFFREY M. SCHLERF
25   J. CHRISTOPHER SHORE
```

1   AMER TIWANA

2   CARL TULLSON

3   TAMARA VAN HEEL

4   JASON C. VIGNA

5   THOMAS WALPER

6   GEORGE ZIMMERMAN

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    P R O C E E D I N G S

2

3          THE COURT:  Good afternoon, everybody.  This is

4    Judge Sontchi.  Thank you for making yourself available for

5    this short call, and I apologize about rescheduling from

6    yesterday.  I had a last minute scheduling snafu, so I had

7    to turn things over to today.

8              I asked you together to discuss the pending

9    motions in front of the Court and the schedule for trial.  I

10   -- and by motions pending before the Court, I mean the

11   cross-motions for summary judgment as well as the motion for

12   determination that this is a core -- or not -- excuse me,

13   motion for determination that's a non-core proceeding.

14             As we discussed on numerous occasions, I committed

15   to rendering a decision this week so that we would know

16   where we stood for trial that is scheduled to begin on

17   Monday the 11th, and unfortunately, it is a complicated

18   matter, as you all know, and it's taking longer for the

19   Court to render its opinion or opinions, I'm actually

20   working on two, one for the summary judgment motions and one

21   on the core proceedings motion, than I had hoped it would

22   take.

23             Nonetheless, I called you together today to inform

24   you of what my rulings will be on those motions, how that

25   will affect trial for next week, with formal opinions and

1    orders incorporating those rulings to be issued at a later

2    date.  I think it's important to get you the conclusion

3    without the reasoning because of the upcoming trial.

4            So, without further ado, in connection with the

5    motion for determination that's a non-core proceeding, I

6    intend to issue an opinion finding that the matter is a core

7    proceeding, both the Debtor's initial complaint and

8    Ovation's intervenor complaint are core proceedings.

9            In addition, in connection with the cross motions

10   for summary judgment, the Court is going to find that the

11   contract is unambiguous and -- excuse me, the Court's going

12   to find that it's unambiguous and I'm going to enter summary

13   judgment in favor of the Plaintiffs and the intervenors in

14   the entirety, and deny the cross motion of TTI for summary

15   judgment.

16           And I plan to enter an order granting the motions

17   for summary judgment and entering the relief requested in

18   the complaint in favor of the Plaintiffs and the

19   intervenors.  This is based, as I said, on the fact that the

20   contract is unambiguous.  In addition, there are, I believe,

21   non-controverted facts that also weigh in favor of finding

22   in favor of the plaintiffs.  I don't want to -- if I start

23   to go down the road of saying much more, frankly, we end up

24   with a 45-minute call, so I don't want to get into the

25   details, but I wanted to get you all on the phone.  I'm

1    going to grant summary judgment on behalf of the Plaintiffs,

2    deny it on behalf of the Defendants.  I'm going to find it's

3    a core proceeding, I'm going to issue opinions with

4    companion orders in the future.  I'm not going to make any

5    promises on timing, and the trial for next week, April 11th,

6    is obviously canceled.

7              Not much to say other than that, and I would open

8    it up for not a discussion of the merits but if there are

9    any questions.

10              Okay, I don't hear any.  Does anyone have anything

11    they'd like to say before we sign off?

12              It's a quiet crowd.  Okay, very good.  Thank you

13    very much for your time.  We're adjourned.

14

15

16

17                         * * * * *

18

19

20

21

22

23

24

25

Page 10

1                    C E R T I F I C A T I O N

2

3    I, Sonya Ledanski Hyde, certified that the foregoing

4    transcript is a true and accurate record of the proceedings.

5

6    Sonya

Digitally signed by Sonya Ledanski
Hyde

7    Ledanski Hyde   DN: cn=Sonya Ledanski Hyde, o, ou,
email=digital1@veritext.com, c=US
Date: 2016.04.06 15:32:33 -04'00'

8    Sonya Ledanski Hyde

9

10

11

12

13

14

15

16

17

18

19

20    Veritext Legal Solutions

21    330 Old Country Road

22    Suite 300

23    Mineola, NY 11501

24

25    Date:  April 6, 2016