IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) ) | (Jointly Administered) |
|  | ) | **Ref. Docket Nos. 6900, 6901, 6940, 6942 and 6948** |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                     ) ss.:
COUNTY OF NEW YORK  )

STEPHEN LAM, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 11, 2015, I caused to be served a personalized "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated November 11, 2015, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered by first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Stephen Lam

Sworn to before me this
12th day of November, 2015

/s/ Carol Zhang
Notary Public

CAROL IRIS ZHANG
Notary Public, State of New York
No. 01ZH6284996
Qualified in Kings County
Commission Expires July 01, 2017

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

T:\Clients\TXUENERG\Affidavits\Transfer Notices_re DI 6900, 6901, 6940, 6942, 6948_AFF_11-11-15.docx

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:

ENERGY FUTURE HOLDINGS CORP., et al.

Chapter 11

Case No. 14-10979 (CSS)

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To: BAR(23) MAILID *** 000099972128 ***    EFH TRFNTC (MERGE2, TXNUM2) 4000005726



AXWAY INC
DEP 0469
PO BOX 120469
DALLAS, TX 75315-0469

Please note that your schedule in the above referenced case and in the amount of $24,135.00 has been transferred (unless previously expunged by court order)

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: AXWAY INC
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
824 NORTH MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER    6940    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/11/2015    David D. Bird, Clerk of Co

/s/ Sidney Garabato
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on November 11, 2015.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| AXWAY INC | DEP 0469, PO BOX 120469, DALLAS, TX 75315-0469 |
| DRUM CAPITAL LIQUIDITY PARTNERS, LLC | TRANSFEROR: EPSILON DATA MANAGEMENT LLC, 4 STAMFORD PLAZA, STAMFORD, CT 06902 |
| DRUM CAPITAL LIQUIDITY PARTNERS, LLC | TRANSFEROR: SOLUTIONSET LLC, 4 STAMFORD PLAZA, STAMFORD, CT 06902 |
| EPSILON DATA MANAGEMENT LLC | ATTN: JO ANN SALAZAR, 6021 CONNECTION DRIVE, IRVING, TX 75039 |
| FAIR HARBOR CAPITAL, LLC | TRANSFEROR: TECHNOLOGY RESOURCE CTR OF, AMERICA; ANSONIA FINANCE STATION, PO BOX 237037, NEW YORK, NY 10023 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: AXWAY INC, ONE UNIVERSITY PLAZA, SUITE 312, HACKENSACK, NJ 07601 |
| ORION INSTRUMENTS | 2105 OAK VILLA BLVD, BATON ROUGE, LA 70815 |
| SOLUTIONSET LLC | 100 MONTGOMERY ST STE 1500, SAN FRANCISCO, CA 94104-4300 |
| SOLUTIONSET LLC | MOLLY SUTTLES, 6021 CONNECTION DRIVE, IRVING, TX 75039 |
| SOLUTIONSET LLC | 2100 GENG RD #105, PALO ALTO, CA 94303 |
| TANNOR PARTNERS CREDIT FUND, LP | TRANSFEROR: ORION INSTRUMENTS, 150 GRAND STREET, STE 401, WHITE PLAINS, NY 10601 |
| TECHNOLOGY RESOURCE CTR OF AMERICA, LLC | 2600 VIRGINIA CIRCLE, DENTON, TX 76209 |

**Total Creditor Count 12**

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



To:  RICHARDS LAYTON & FINGER
ATTN: BARB WITTERS
920 NORTH KING STREET
WILMINGTON, DE 19801

Phone    302-651-7700

Fax    302-651-7701