# SIGN-IN SHEET

CASE NAME: Energy Future
CASE NO: 14-10979

COURTROOM LOCATION: 6
DATE: 4/6/2016 at 2:00 P.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Peter Friedman | O'Melveny | Apollo et al |
| Daniel Shamah | " | " |
| Andrew Sorkin | " | " |
| Nicholas Mozal | Ross Aronstam & Moritz | Apollo et al |
| Gary Kaminski | Kahn Swick | NMB Bank, N.A. Industrial Trust |
| Daniel Prince cc | McElroy Deutsch | TCEH Debtors |
| C. Stephen McLain | Potter Anderson & Corroon | TCEH Debtors |
| Matt McGuire | Landis Rath & Cobb | Deutsche Bank New York |
| George Shuster | Wilmer Hale | Marathon et al. |
| Benjamin Loveland | " | |
| Michael DeBaecke | Blank Rome | Wilmington Trust Company as First Lien Administrative Agent and Collateral Agent |
| Mark Kotwick | Seward Kissel | " |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# Court Conference

**Calendar Date:** 04/06/2016
**Calendar Time:** 02:00 PM ET

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
### Honorable Christopher S. Sontchi
#6

Amended Calendar 04/06/2016 08:47 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7536316 | Kent Collier | (212) 588-8890 | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7536224 | Justin K. Edelson | (302) 252-0925 | Polsinelli PC | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7534127 | Jamie L. Edmonson | (302) 298-3520 | Venable LLP | Creditor, Pimco / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7537392 | Catherine Eisenhut | (941) 306-7283 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7536309 | Brian Guiney | (212) 336-2305 | Patterson Belknap Webb & Tyler | Interested Party, Law Debenture Trust Company of New York / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7537570 | ~~Patrick Holohan~~ Maria Chutchuin | (646) 412-5336 | Merger Market | Interested Party, Debtwire / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7534854 | Jason M. Madron | (302) 651-7793 | Richards, Layton & Finger, P.A. | Debtor, Energy Future Holding Corp. / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7526305 | Elizabeth Rasskazova | +44-207-901-8300 | Polygon Global Partners | Interested Party, Polygon Global Partners / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7535611 | Steven R. Schwartz | (212) 848-7237 | Shearman & Sterling LLP | Creditor, DB / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7533836 | Andrew M. Thau | (212) 915-1232 | Cantor Fitzgerald | Interested Party, Cantor Fitzgerald / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7533838 | Michael Turkel | (212) 373-3689 | Paul Weiss Rifkind Wharton & Garrison | Interested Party, Steering Committee / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7537428 | Matthew Underwood | 212-588-5148 | HBK Capital | Interested Party, HBK Capital / LISTEN ONLY |

| Peggy Drasal ext. 802 | | | | | | |
|---|---|---|---|---|---|---|
| | Energy Future Holdings Corp. | 14-10979 (15-5411) | Hearing | 7533987 | Kellie Fisher | (617) 856-8326 | Brown Rudnick LLP | Interested Party, Wilmington Savings Funds Society / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 (15-5138 6) | Hearing | 7534515 | Richard Pedone | (617) 345-6139 | Nixon Peabody LLP | Creditor, American Stock Transfer / LIVE |
| | Energy Future Holdings Corp. | 14-10979 (15-5191 7) | Hearing | 7535456 | Emily A Bussigel | (213) 683-9212 ext. 2428 | Munger, Tolles & Olson LLP | Interested Party, Energy Future Holdings / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 (15-5191 7) | Hearing | 7536027 | Christopher L. Carter | (617) 951-8063 | Morgan Lewis & Bockius LLP | Creditor, PIMCO / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 (15-5191 7) | Hearing | 7537625 | Thomas Curtin | (212) 504-6302 | Cadwalader, Wickersham & Taft LLP | Interested Party, Cadwalader, Wickersham & Taft LLP / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 (15-5191 7) | Hearing | 7538808 | Thomas Ross Hooper | (212) 574-1200 | Seward & Kissel LLP | Defendant(s), Wilmington Trust, N.A. / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 (15-5191 7) | Hearing | 7538975 | Stuart Kovensky | (201) 541-2121 | Onex Credit Partners | Interested Party, Onex Credit Partners / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 (15-5191 7) | Hearing | 7536221 | ~~Erica Richards~~ | (212) 468-8000 | Morrison & Foerster LLP | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |

David Harris (signature)