# **EXHIBIT A**

**Statement of Fees and Expenses By Subject Matter**

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---:|---|---:|---:|
| 5 | [ALL] Business Operations | 0.30 | $248.50 |
| 6 | [ALL] Case Administration | 19.50 | $8,908.50 |
| 8 | [ALL] Claims Administration & Objections | 143.50 | $94,839.50 |
| 9 | [ALL] Contested Matters & Adv. Proceed. | 88.60 | $32,896.50 |
| 10 | [ALL] Corp. Governance and Sec. Issues | 169.80 | $142,804.50 |
| 11 | [ALL] Exec. Contracts & Unexpired Leases | 7.20 | $5,758.00 |
| 12 | [ALL] Hearings | 7.70 | $6,254.00 |
| 14 | [ALL] K&E Retention and Fee Applications | 51.80 | $27,906.00 |
| 17 | [ALL] Non-K&E Retentions & Fee Apps | 22.10 | $12,837.50 |
| 18 | [ALL] Non-Working Travel | 47.80 | $51,649.50 |
| 21 | [ALL] Plan and Disclosure Statements | 276.30 | $332,346.50 |
| 26 | [ALL] Retiree and Employee Issues/OPEB | 164.00 | $133,710.00 |
| 29 | [ALL] Tax Issues | 120.30 | $143,105.00 |
| 34 | [TCEH] Asset Dispositions and Purchases | 38.30 | $29,136.00 |
| 38 | [TCEH] Cash Collateral and DIP Financing | 10.40 | $8,080.00 |
| 39 | [TCEH] Claims Administration & Objection | 31.90 | $13,491.00 |
| 42 | [TCEH] Environmental Issues | 11.30 | $10,238.50 |
| 57 | [TCEH] Trading and Hedging Contracts | 4.70 | $4,229.00 |
| 66 | [EFIH] Cash Collat./DIP Finan./Makewhole | 2.90 | $3,872.00 |
| 68 | [EFIH] Contested Matters & Advers. Pro. | 43.10 | $45,072.50 |
| 70 | [EFIH] Hearings | 6.00 | $7,290.00 |
| 108 | [TCEH] Exec. Contracts & Unexpired Lease | 0.90 | $544.50 |
| 113 | [ALL] Enforcement of TTI Rights | 454.90 | $320,051.50 |
| 115 | [TCEH] Exit Financing | 27.40 | $35,897.50 |
| **Totals:** | | **1,750.70** | **$1,471,166.50** |

RLF1 14311585v.1

| Service Description | Amount |
|---|---:|
| Third Party Telephone Charges | $1,805.87 |
| Standard Copies or Prints | $1,795.40 |
| Color Copies or Prints | $846.90 |
| Production Blowbacks | $384.50 |
| Overnight Delivery | $480.15 |
| Overnight Delivery - Refund | -$61.14 |
| Local Transportation | $463.82 |
| Travel Expense | $4,029.76 |
| Airfare | $10,170.17 |
| Transportation to/from airport | $1,141.67 |
| Travel Meals | $616.09 |
| Other Travel Expenses | $294.33 |
| Court Reporter Fee/Deposition | $13,822.82 |
| Other Court Costs and Fees | $909.58 |
| Professional Fees | $7,923.00 |
| Outside Video Services | $1,787.50 |
| Outside Copy/Binding Services | $247.20 |
| Working Meals/K&E and Others | $80.00 |
| Catering Expenses | $1,200.00 |
| Outside Retrieval Service | $364.80 |
| Computer Database Research | $1,165.00 |
| Westlaw Research | $2,010.90 |
| Overtime Transportation | $646.39 |
| Overtime Meals - Non-Attorney | $80.00 |
| Overtime Meals - Attorney | $735.97 |
| Leased Equipment | $1,500.00 |
| **Total:** | **$54,440.68** |