# **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The K&E attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Rebecca Blake Chaikin | Associate | 2015 | Restructuring | 605.00 | 99.60 | $60,258.00 |
| Ryan Copeland | Associate | 2012 | Corporate - Debt Finance | 775.00 | 24.60 | $19,065.00 |
| Emily Geier | Associate | 2012 | Restructuring | 845.00 | 21.90 | $18,505.50 |
| Jason Gott | Associate | 2012 | Restructuring | 775.00 | 0.40 | $310.00 |
| Shayne Henry | Associate | 2014 | Litigation - General | 585.00 | 0.20 | $117.00 |
| Natasha Hwangpo | Associate | 2014 | Restructuring | 695.00 | 110.70 | $76,936.50 |
| Cyril V Jones | Associate | 2014 | Corporate - M&A/Private Equity | 845.00 | 4.00 | $3,380.00 |
| Lina Kaisey | Associate | 2015 | Restructuring | 605.00 | 1.10 | $665.50 |
| Austin Klar | Associate | 2013 | Litigation - General | 675.00 | 0.70 | $472.50 |
| Jeffery Lula | Associate | 2010 | Litigation - General | 845.00 | 1.10 | $929.50 |
| David Moore | Associate | 2015 | Corporate - General | 510.00 | 0.90 | $459.00 |
| Veronica Nunn | Associate | 2010 | Corporate - M&A/Private Equity | 895.00 | 13.40 | $11,993.00 |
| Carleigh T Rodriguez | Associate | 2013 | Environment - Transactional | 695.00 | 2.00 | $1,390.00 |
| Daniel Rudewicz | Associate | Pending | Restructuring | 510.00 | 6.30 | $3,213.00 |
| Anthony Sexton | Associate | 2011 | Taxation | 895.00 | 58.30 | $52,178.50 |
| Justin Sowa | Associate | 2013 | Litigation - General | 755.00 | 122.00 | $92,110.00 |
| Adam Stern | Associate | 2013 | Litigation - General | 755.00 | 2.00 | $1,510.00 |
| Anna Terteryan | Associate | 2014 | Litigation - General | 585.00 | 102.70 | $60,079.50 |
| McClain Thompson | Associate | 2014 | Restructuring | 605.00 | 26.90 | $16,274.50 |
| Holly R Trogdon | Associate | 2014 | Litigation - General | 585.00 | 0.80 | $468.00 |
| Spencer A Winters | Associate | 2013 | Restructuring | 695.00 | 23.60 | $16,402.00 |
| Aparna Yenamandra | Associate | 2013 | Restructuring | 775.00 | 31.00 | $24,025.00 |
| Jack N Bernstein | Partner | 1995 | Employee Benefits | 1,075.00 | 7.40 | $7,955.00 |
| Andrew Calder, P.C. | Partner | 2003 | Corporate - M&A/Private Equity | 1,325.00 | 1.50 | $1,987.50 |
| Jeanne T Cohn-Connor | Partner | 1985 | Environment - Transactional | 1,010.00 | 12.10 | $12,221.00 |
| Gregory W Gallagher, P.C. | Partner | 1997 | Taxation | 1,325.00 | 72.30 | $95,797.50 |
| Jonathan F Ganter | Partner | 2010 | Litigation - General | 900.00 | 74.80 | $67,320.00 |
| Jeffrey M Gould | Partner | 2006 | Litigation - General | 955.00 | 0.50 | $477.50 |
| Warren Haskel | Partner | 2009 | Litigation - General | 900.00 | 129.50 | $116,550.00 |
| Richard U S Howell | Partner | 2006 | Litigation - General | 955.00 | 5.70 | $5,443.50 |
| Chad J Husnick | Partner | 2004 | Restructuring | 1,090.00 | 28.80 | $31,392.00 |
| Ellen M Jakovic | Partner | 1985 | Litigation - Antitrust/Competition | 1,100.00 | 29.40 | $32,340.00 |
| Marc Kieselstein, P.C. | Partner | 1988 | Restructuring | 1,310.00 | 64.00 | $83,840.00 |
| Michelle Kilkenney | Partner | 2002 | Corporate - Debt Finance | 1,120.00 | 12.30 | $13,776.00 |
| Michael Kim | Partner | 2003 | Corporate - Capital Markets | 1,080.00 | 1.00 | $1,080.00 |

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Joshua N Korff, P.C. | Partner | 1994 | Corporate - Capital Markets | 1,325.00 | 0.30 | $397.50 |
| William A Levy, P.C. | Partner | 1998 | Taxation | 1,325.00 | 1.40 | $1,855.00 |
| Todd F Maynes, P.C. | Partner | 1988 | Taxation | 1,445.00 | 45.40 | $65,603.00 |
| Andrew R McGaan, P.C. | Partner | 1986 | Litigation - General | 1,215.00 | 32.00 | $38,880.00 |
| Mark E McKane | Partner | 1997 | Litigation - General | 1,075.00 | 61.20 | $65,790.00 |
| Amber J Meek | Partner | 2009 | Corporate - M&A/Private Equity | 995.00 | 19.20 | $19,104.00 |
| Linda K Myers, P.C. | Partner | 1990 | Corporate - Debt Finance | 1,380.00 | 49.20 | $67,896.00 |
| Michael A Petrino | Partner | 2008 | Litigation - General | 900.00 | 10.10 | $9,090.00 |
| John Pitts | Partner | 2010 | Corporate - M&A/Private Equity | 995.00 | 0.20 | $199.00 |
| Scott D Price | Partner | 1998 | Executive Compensation | 1,325.00 | 3.80 | $5,035.00 |
| Brenton A Rogers | Partner | 2007 | Litigation - General | 940.00 | 11.60 | $10,904.00 |
| Joshua Samis | Partner | 2005 | Corporate - Debt Finance | 995.00 | 8.70 | $8,656.50 |
| Edward O Sassower, P.C. | Partner | 2000 | Restructuring | 1,310.00 | 52.80 | $69,168.00 |
| Brian E Schartz | Partner | 2007 | Restructuring | 995.00 | 1.80 | $1,791.00 |
| Steven Serajeddini | Partner | 2010 | Restructuring | 940.00 | 7.10 | $6,674.00 |
| Joseph Serino, Jr., P.C. | Partner | 1988 | Litigation - General | 1,225.00 | 0.70 | $857.50 |
| James H M Sprayregen, P.C. | Partner | 1985 | Restructuring | 1,380.00 | 30.30 | $41,814.00 |
| Bryan M Stephany | Partner | 2007 | Litigation - General | 955.00 | 2.60 | $2,483.00 |
| Sara B Zablotney | Partner | 2003 | Taxation | 1,225.00 | 18.50 | $22,662.50 |
| **Grand Total** | | | | | **1,450.40** | **$1,369,782.00** |

The paraprofessionals of K&E who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Audrey Schlicht | Admin Services | 1 year | Admin Services | 400.00 | 0.30 | $120.00 |
| Jason Douangsanith | Case Assistant | 6 months | Litigation - General | 205.00 | 6.00 | $1,230.00 |
| Michael S Fellner | Legal Assistant | 9.5 years | Litigation - General | 280.00 | 6.80 | $1,904.00 |
| Beth Friedman | Legal Assistant | 10 years | Restructuring | 400.00 | 2.20 | $880.00 |
| Jacob Goldfinger | Legal Assistant | 10 years | Restructuring | 355.00 | 22.10 | $7,845.50 |
| Bella More | Legal Assistant | 14 years | Litigation - General | 380.00 | 37.80 | $14,364.00 |
| Robert Orren | Legal Assistant | 6 years | Restructuring | 325.00 | 38.00 | $12,350.00 |
| Meghan Rishel | Legal Assistant | 1 year | Litigation - General | 280.00 | 6.00 | $1,680.00 |
| Chad M Papenfuss | Litigation Suppt Cons | 1.5 years | Litigation - General | 330.00 | 112.90 | $37,257.00 |
| Mark Cuevas | Litigation Suppt Spec | 2 years | Litigation - General | 325.00 | 8.30 | $2,697.50 |
| Song Lin | Litigation Suppt Spec | 3 months | Litigation - General | 325.00 | 1.00 | $325.00 |
| Olivia Altmayer | Litigation - Antitrust | 1 year | Litigation - Antitrust/Competition | 245.00 | 33.70 | $8,256.50 |
| Libby A Cooper | Other | 4.5 years | Admin Services | 220.00 | 2.00 | $440.00 |
| Jenny C DeLeon | Other | 3.5 years | Admin Services | 250.00 | 0.30 | $75.00 |
| Leah Lancaster | Other | 6 months | Admin Services | 200.00 | 2.40 | $480.00 |
| Kurt Wunderlich | Other | 11 years | Litigation - Antitrust/Competition | 560.00 | 20.50 | $11,480.00 |
| **Grand Total** | | | | | **300.30** | **$101,384.50** |

|  |  | **Total Fees Requested** | **1,750.70** | **$1,471,166.50** |
|---|---|---|---|---|