# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

## ALL - Expense Summary

| Service Description | Amount |
|---|---:|
| Third Party Telephone Charges | $1,805.87 |
| Standard Copies or Prints | $1,651.40 |
| Color Copies or Prints | $805.20 |
| Production Blowbacks | $384.50 |
| Overnight Delivery | $480.15 |
| Overnight Delivery - Refund | -$61.14 |
| Local Transportation | $463.82 |
| Travel Expense | $4,029.76 |
| Airfare | $10,170.17 |
| Transportation to/from airport | $1,141.67 |
| Travel Meals | $616.09 |
| Other Travel Expenses | $294.33 |
| Court Reporter Fee/Deposition | $13,822.82 |
| Other Court Costs and Fees | $909.58 |
| Professional Fees | $7,923.00 |
| Outside Video Services | $1,787.50 |
| Outside Copy/Binding Services | $247.20 |
| Working Meals/K&E and Others | $80.00 |
| Catering Expenses | $1,200.00 |
| Outside Retrieval Service | $364.80 |
| Computer Database Research | $1,165.00 |
| Westlaw Research | $2,010.90 |
| Overtime Transportation | $646.39 |
| Overtime Meals - Non-Attorney | $80.00 |
| Overtime Meals - Attorney | $735.97 |
| Leased Equipment | $1,500.00 |
| **Total:** | **$54,254.98** |

## TCEH - Expense Summary

| Service Description | Amount |
|---|---|
| Standard Copies or Prints | $135.40 |
| Color Copies or Prints | $41.70 |
| **Total:** | **$177.10** |

## EFIH - Expense Summary

| Service Description | Amount |
|---|---:|
| Standard Copies or Prints | $8.60 |
| **Total:** | **$8.60** |

## EFH - Expense Summary

| Service Description | Amount |
|---|---:|
| N/A | $0.00 |
| **Total:** | **$0.00** |