**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
-------------------------------------------------------------x
In re:                                          : Chapter 11
                                                :
ENERGY FUTURE HOLDINGS CORP., et al.,           : Case No. 14-10979 (CSS)
                                                :
              Debtors.                          : (Jointly Administered)
                                                :
                                                :
-------------------------------------------------------------x
```

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Cadwalader, Wickersham & Taft LLP hereby enters its appearance to represent claimants FPL Energy Pecos Wind I, LLC; FPL Energy Pecos Wind II, LLC; and Indian Mesa Wind Farm, LLC (collectively, the "Claimants") in the above-captioned proceedings. The undersigned hereby requests that notice of all matters, papers, and pleadings filed in the above-captioned proceedings that require notice pursuant to 11 U.S.C. §§ 342 and 1109(b) and Federal Rules of Bankruptcy Procedure 2002, 3017, 9007, and 9010(b) be given to and served upon the undersigned attorneys identified below at the addresses set forth below.

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise.

PLEASE TAKE FURTHER NOTICE that this appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive the Claimants' (i) right to have final orders in non-core matters entered only after de novo review by a United

States District Court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which the Claimants may or may be entitled under agreements, at law, or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments expressly are hereby reserved.

Dated: Washington, DC
April 6, 2016

    CADWALADER, WICKERSHAM & TAFT LLP

    /s/ Mark C. Ellenberg
    Mark C. Ellenberg
    700 6th Street, NW
    Washington, DC 20001
    Telephone: (202) 862-2200
    Facsimile: (202) 862-2400
    mark.ellenberg@cwt.com

    *Attorneys for FPL Energy Pecos Wind I, LLC, FPL Energy Pecos Wind II, LLC and Indian Mesa Wind Farm, LLC*