IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Ref. Docket Nos. 6959 and 7105** |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 24, 2015, I caused to be served a personalized "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated November 24, 2015, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered by first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Carol Zhang
Carol Zhang

Sworn to before me this
25th day of November, 2015

/s/ Cassandra Murray
Notary Public

Cassandra Murray
NOTARY PUBLIC STATE OF NEW YORK
No 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2018

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

T:\Clients\TXUENERG\Affidavits\Transfer Notices_re DI 6959 & 7105_AFF_11-24-15_KH & CZ.docx

**EXHIBIT A**

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



EFH TRFNTC (MERGE2, TXNUM2) 4000034766

To:   BAR(23) MAILID *** 000100596722 ***



ENERFLEX ENERGY SYSTEMS INC.
10815 TELGE RD
HOUSTON, TX 77095-5038

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:

ENERGY FUTURE HOLDINGS CORP., et al.

Chapter 11

Case No. 14-10979 (CSS)

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:   BAR(23) MAILID *** 000100596722 ***   EFH TRFNTC (MERGE2, TXNUM2) 4000034766



ENERFLEX ENERGY SYSTEMS INC.
10815 TELGE RD
HOUSTON, TX 77095-5038

Please note that your claim # 2524-01 in the above referenced case and in the amount of $62,482.38 has been transferred (unless previously expunged by court order)

TANNOR PARTNERS CREDIT FUND, LP
TRANSFEROR: ENERFLEX ENERGY SYSTEMS INC.
ATTN: ROBERT TANNOR
150 GRAND STREET, STE 401
WHITE PLAINS, NY 10601

No action is required if you do not object to the transfer of your claim.  However   **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
824 NORTH MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER   6959   in your objection.  If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/24/2015                    David D. Bird, Clerk of Co

/s/ Sidney Garabato
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  November 24, 2015.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| ENERFLEX ENERGY SYSTEMS INC. | 10815 TELGE RD, HOUSTON, TX 77095-5038 |
| ENERFLEX ENERGY SYSTEMS INC. | 10815 TELGE RD, HOUSTON, TX 77095-5038 |
| GENERAL DATATECH LP | 999 METRO MEDIA PL, DALLAS, TX 75247-4730 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: GENERAL DATATECH LP, ONE UNIVERSITY PLAZA, SUITE 312, HACKENSACK, NJ 07601 |
| TANNOR PARTNERS CREDIT FUND, LP | TRANSFEROR: ENERFLEX ENERGY SYSTEMS INC., ATTN: ROBERT TANNOR, 150 GRAND STREET, STE 401, WHITE PLAINS, NY 10601 |
| TANNOR PARTNERS CREDIT FUND, LP | TRANSFEROR: ENERFLEX ENERGY SYSTEMS INC., ATTN: ROBERT TANNOR, 150 GRAND STREET, STE 401, WHITE PLAINS, NY 10601 |

**Total Creditor Count 6**

RICHARDS LAYTON & FINGER
ATTN: BARB WITTERS
920 NORTH KING STREET
WILMINGTON, DE 19801