**Exhibit A**

**Satisfied Claims**

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SIXTH NOTICE OF SATISFACTION: EXHIBIT A – Satisfied Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ARCHER CITY ISD<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>ATTN: JEANMARIE BAER<br>PO BOX 8188<br>WICHITA FALLS, TX 76307 | 14-10996 (CSS) | EFH Corporate Services Company | 11/20/2015 | 13801 | $9.03 | Claim included post-petition amounts, which were paid in the ordinary course of business. Paid via check number 1010050706 on 01/26/2016. |
| 2 | ARLINGTON INDEPENDENT SCHOOL DISTRICT<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>ATTN: ELIZABETH BANDA CALVO<br>500 EAST BORDER ST., SUITE 640<br>ARLINGTON, TX 76010 | 14-11040 (CSS) | Luminant Mineral Development Company LLC | 11/02/2015 | 12900 | $4,195.06 | Claim included post-petition amounts, which were paid in the ordinary course of business. Paid via check number 1010050700 on 01/26/2016. |
| 3 | BAYLOR COUNTY<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>ATTN: JEANMARIE BAER<br>PO BOX 8188<br>WICHITA FALLS, TX 76307 | 14-10996 (CSS) | EFH Corporate Services Company | 11/20/2015 | 13800 | $250.20 | Claim included post-petition amounts, which were paid in the ordinary course of business. Paid via check number 1010050709 on 01/26/2016. |
| 4 | BLUE RIDGE INDEPENDENT SCHOOL DISTRICT<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>500 EAST BORDER ST, SUITE 640<br>ARLINGTON, TX 76010 | 14-10996 (CSS) | EFH Corporate Services Company | 10/27/2015 | 12715 | $84.86 | Claim included post-petition amounts, which were paid in the ordinary course of business. Paid via check number 1010050638 on 01/26/2016. |
| 5 | BONHAM INDEPENDENT SCHOOL DISTRICT<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>500 EAST BORDER ST, SUITE 640<br>ARLINGTON, TX 76010 | 14-10996 (CSS) | EFH Corporate Services Company | 10/27/2015 | 12720 | $126.60 | Claim included post-petition amounts, which were paid in the ordinary course of business. Paid via check number 1010050661 on 01/26/2016. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SIXTH NOTICE OF SATISFACTION: EXHIBIT A – Satisfied Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 6 | BURLESON INDEPENDENT SCHOOL DISTRICT<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>500 EAST BORDER ST, SUITE 640<br>ARLINGTON, TX 76010 | 14-11040 (CSS) | Luminant Mineral Development Company LLC | 11/06/2015 | 13132 | $224.22 | Claim included post-petition amounts, which were paid in the ordinary course of business. Paid via check number 1010050695 on 01/26/2016. |
| 7 | CAMERON ISD<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>3301 NORTHLAND DR, STE 505<br>AUSTIN, TX 78731 | 14-10996 (CSS) | EFH Corporate Services Company | 03/17/2015 | 10006 | $15.29* | Claim included post-petition amounts, which were paid in the ordinary course of business. Paid via check number 1010050720 on 01/26/2016. |
| 8 | CAMERON ISD<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>ATTN: JOHN T. BANKS<br>3301 NORTHLAND DR, STE 505<br>AUSTIN, TX 78731 | 14-10996 (CSS) | EFH Corporate Services Company | 03/24/2015 | 10023 | $15.29* | Claim included post-petition amounts, which were paid in the ordinary course of business. Paid via check number 1010050720 on 01/26/2016. |
| 9 | CASTLEBERRY INDEPENDENT SCHOOL DISTRICT<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>500 EAST BORDER ST, SUITE 640<br>ARLINGTON, TX 76010 | 14-11040 (CSS) | Luminant Mineral Development Company LLC | 11/06/2015 | 13135 | $63.42 | Claim included post-petition amounts, which were paid in the ordinary course of business. Paid via check number 1010050700 on 01/26/2016. |
| 10 | CHEMICAL LIME COMPANY OF TEXAS<br>5274 PAYSPHERE CIR<br>CHICAGO, IL 60674 | 14-11033 (CSS) | Sandow Power Company LLC | 06/30/2014 | 503301440 | $70,420.83 | Claim satisfied pursuant to court order entered on 12/01/2015 [Docket No. 7179]. Paid via ACH number 8300069310 on 12/08/2015. |
| 11 | CHILDRESS COUNTY APPRAISAL DISTRICT<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>PO BOX 9132<br>AMARILLO, TX 79105-9132 | 14-10979 (CSS) | Energy Future Holdings Corp. | 03/11/2015 | 10001 | $506.90* | Claim included post-petition amounts, which were paid in the ordinary course of business. Paid via check number 1010050748 on 01/26/2016. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# ENERGY FUTURE HOLDINGS CORP., et al.

## SIXTH NOTICE OF SATISFACTION: EXHIBIT A – Satisfied Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 12 | CITY OF BENBROOK<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>ATTN: ELIZABETH BANDA CALVO<br>500 EAST BRODER ST., SUITE 640<br>ARLINGTON, TX 76010 | 14-11040 (CSS) | Luminant Mineral Development Company LLC | 11/02/2015 | 12907 | $377.40 | Claim included post-petition amounts, which were paid in the ordinary course of business. Paid via check number 1010050700 on 01/26/2016. |
| 13 | CITY OF COLORADO CITY<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>ATTN: ELIZABETH BANDA CALVO<br>500 EAST BORDER ST., SUITE 640<br>ARLINGTON, TX 76010 | 14-10996 (CSS) | EFH Corporate Services Company | 11/02/2015 | 12901 | $33.77 | Claim included post-petition amounts, which were paid in the ordinary course of business. Paid via check number 1010050749 on 01/26/2016. |
| 14 | CITY OF COLORADO CITY<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>ATTN: ELIZABETH BANDA CALVO<br>500 EAST BORDER ST., SUITE 640<br>ARLINGTON, TX 76010 | 14-11023 (CSS) | Luminant Energy Company LLC | 11/02/2015 | 12910 | $51,661.82 | Claim included post-petition amounts, which were paid in the ordinary course of business. Paid via check number 1010050749 on 01/26/2016. |
| 15 | CITY OF GARLAND<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>500 EAST BORDER ST, SUITE 640<br>ARLINGTON, TX 76010 | 14-10997 (CSS) | TXU Energy Retail Company LLC | 10/27/2015 | 12705 | $117.81 | Claim included post-petition amounts, which were paid in the ordinary course of business. Paid via check number 1010050637 on 01/26/2016. |
| 16 | CITY OF GARLAND<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>500 EAST BORDER ST, SUITE 640<br>ARLINGTON, TX 76010 | 14-10996 (CSS) | EFH Corporate Services Company | 10/27/2015 | 12719 | $48.62 | Claim included post-petition amounts, which were paid in the ordinary course of business. Paid via check number 1010050637 on 01/26/2016. |
| 17 | CITY OF GLEN ROSE<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>500 EAST BORDER ST, SUITE 640<br>ARLINGTON, TX 76010 | 14-11032 (CSS) | Luminant Generation Company LLC | 10/27/2015 | 12709 | $24.85 | Claim included post-petition amounts, which were paid in the ordinary course of business. Paid via check number 1010050697 on 01/26/2016. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SIXTH NOTICE OF SATISFACTION: EXHIBIT A – Satisfied Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 18 | CITY OF RIVER OAKS<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>500 EAST BORDER ST, SUITE 640<br>ARLINGTON, TX 76010 | 14-11040 (CSS) | Luminant Mineral Development Company LLC | 11/06/2015 | 13134 | $25.23 | Claim included post-petition amounts, which were paid in the ordinary course of business.  Paid via check number 1010050700 on 01/26/2016. |
| 19 | COLORADO CITY ISD<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>ATTN: ELIZABETH BANDA CALVO<br>500 EAST BORDER ST., SUITE 640<br>ARLINGTON, TX 76010 | 14-11032 (CSS) | Luminant Generation Company LLC | 11/03/2015 | 12977 | $76,964.55 | Claim included post-petition amounts, which were paid in the ordinary course of business.  Paid via check number 1010050749 on 01/26/2016. |
| 20 | COMPLIANCE ASSURANCE ASSOCIATES, INC.<br>682 ORVIL SMITH RD.<br>HARVEST, AL 35749 | | No Debtor Asserted | 11/10/2015 | 13269 | $450.00 | Claim included post-petition amounts, which were paid in the ordinary course of business. Paid via check number 1010045095 on 11/13/2015. |
| 21 | COOKE COUNTY APPRAISAL DISTRICT<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>ATTN: JEANMARIE BAER<br>PO BOX 8188<br>WICHITA FALLS, TX 76307 | 14-10996 (CSS) | EFH Corporate Services Company | 11/20/2015 | 13802 | $87.02 | Claim included post-petition amounts, which were paid in the ordinary course of business.  Paid via check number 1010050704 on 01/26/2016. |
| 22 | COPPERAS COVE INDEPENDENT SCHOOL DISTRIC<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>ATTN: JOHN T. BANKS<br>3301 NORTHLAND DRIVE, SUITE 505<br>AUSTIN, TX 78731 | 14-10996 (CSS) | EFH Corporate Services Company | 03/24/2015 | 10020 | $176.47* | Claim included post-petition amounts, which were paid in the ordinary course of business.  Paid via check number 1010050721 on 01/26/2016. |
| 23 | COPPERAS COVE ISD<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>3301 NORTHLAND DR, STE 505<br>AUSTIN, TX 78731 | 14-10996 (CSS) | EFH Corporate Services Company | 03/17/2015 | 10012 | $176.47* | Claim included post-petition amounts, which were paid in the ordinary course of business.  Paid via check number 1010050721 on 01/26/2016. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SIXTH NOTICE OF SATISFACTION: EXHIBIT A – Satisfied Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 24 | COUNTY OF ANDERSON, TEXAS, THE C/O MCCREARY VESELKA BRAGG & ALLEN P.C. ATTN: LEE GORDON P.O. BOX 1269 ROUND ROCK, TX 78680 | 14-10979 (CSS) | Energy Future Holdings Corp. | 01/14/2016 | 37539 | $60,866.41* | Claim included post-petition amounts, which were paid in the ordinary course of business. Paid via check numbers 1010050032 and 1010050848 on 01/15/2016 and 01/27/2016, respectively. |
| 25 | CROWLEY INDEPENDENT SCHOOL DISTRICT C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: ELIZABETH BANDA CALVO 500 EAST BORDER ST., SUITE 640 ARLINGTON, TX 76010 | 14-11040 (CSS) | Luminant Mineral Development Company LLC | 11/02/2015 | 12899 | $691.03 | Claim included post-petition amounts, which were paid in the ordinary course of business. Paid via check number 1010050700 on 01/26/2016. |
| 26 | DONNA WILLIAMS ADDRESS ON FILE | 14-11042 (CSS) | Luminant Mining Company LLC | 06/30/2014 | 504219920 | $10,146.37 | Claim included post-petition amounts, which were paid in the ordinary course of business. Paid via check number 1002702092 on 06/03/2014. |
| 27 | EAGLE MOUNTAIN-SAGINAW ISD C/O PERDUE BRANDON FIELDER COLLINS MOTT 500 EAST BORDER ST, SUITE 640 ARLINGTON, TX 76010 | 14-11040 (CSS) | Luminant Mineral Development Company LLC | 11/06/2015 | 13136 | $11.70 | Claim included post-petition amounts, which were paid in the ordinary course of business. Paid via check number 1010050700 on 01/26/2016. |
| 28 | EAGLE MOUNTAIN-SAGINAW ISD C/O PERDUE BRANDON FIELDER COLLINS MOTT 500 EAST BORDER ST, SUITE 640 ARLINGTON, TX 76010 | 14-11032 (CSS) | Luminant Generation Company LLC | 11/06/2015 | 13137 | $19,604.09 | Claim included post-petition amounts, which were paid in the ordinary course of business. Paid via check number 1010050700 on 01/26/2016. |
| 29 | ELIZABETH V WILLIAMS ADDRESS ON FILE | 14-11042 (CSS) | Luminant Mining Company LLC | 06/30/2014 | 504223180 | $17,140.00 | Claim included post-petition amounts, which were paid in the ordinary course of business. Paid via check number 1002702098 on 06/03/2014. |

* - Indicates claim contains unliquidated and/or undetermined amounts

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SIXTH NOTICE OF SATISFACTION: EXHIBIT A – Satisfied Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 30 | EVERMAN INDEPENDENT SCHOOL DSITRICT C/O PERDUE BRANDON FIELDER COLLINS MOTT 500 EAST BORDER ST, SUITE 640 ARLINGTON, TX 76010 | 14-11040 (CSS) | Luminant Mineral Development Company LLC | 11/06/2015 | 13133 | $36.25 | Claim included post-petition amounts, which were paid in the ordinary course of business.  Paid via check number 1010050700 on 01/26/2016. |
| 31 | GARLAND INDEPENDENT SCHOOL DISTRICT C/O PERDUE BRANDON FIELDER COLLINS MOTT 500 EAST BORDER ST, SUITE 640 ARLINGTON, TX 76010 | 14-10997 (CSS) | TXU Energy Retail Company LLC | 10/27/2015 | 12706 | $226.27 | Claim included post-petition amounts, which were paid in the ordinary course of business.  Paid via check number 1010050636 on 01/26/2016. |
| 32 | GARLAND INDEPENDENT SCHOOL DISTRICT C/O PERDUE BRANDON FIELDER COLLINS MOTT 500 EAST BORDER ST, SUITE 640 ARLINGTON, TX 76010 | 14-11032 (CSS) | Luminant Generation Company LLC | 10/27/2015 | 12710 | $4,070.73 | Claim included post-petition amounts, which were paid in the ordinary course of business.  Paid via check number 1010050636 on 01/26/2016. |
| 33 | GARLAND INDEPENDENT SCHOOL DISTRICT C/O PERDUE BRANDON FIELDER COLLINS MOTT 500 EAST BORDER ST, SUITE 640 ARLINGTON, TX 76010 | 14-11023 (CSS) | Luminant Energy Company LLC | 10/27/2015 | 12711 | $53,081.84 | Claim included post-petition amounts, which were paid in the ordinary course of business.  Paid via check number 1010050636 on 01/26/2016. |
| 34 | GARLAND INDEPENDENT SCHOOL DISTRICT C/O PERDUE BRANDON FIELDER COLLINS MOTT 500 EAST BORDER ST, SUITE 640 ARLINGTON, TX 76010 | 14-10996 (CSS) | EFH Corporate Services Company | 10/27/2015 | 12718 | $123.15 | Claim included post-petition amounts, which were paid in the ordinary course of business.  Paid via check number 1010050636 on 01/26/2016. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SIXTH NOTICE OF SATISFACTION: EXHIBIT A – Satisfied Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 35 | GLASSCOCK COUNTY TAX OFFICE C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: LAURA J. MONROE P.O. BOX 817 LUBBOCK, TX 79408 | 14-10979 (CSS) | Energy Future Holdings Corp. | 03/23/2015 | 10016 | $74.99* | Claim included post-petition amounts, which were paid in the ordinary course of business. Paid via check number 1010050755 on 01/26/2016. |
| 36 | GLEN ROSE INDEPENDENT SCHOOL DISTRICT C/O PERDUE BRANDON FIELDER COLLINS MOTT 500 EAST BORDER ST, SUITE 640 ARLINGTON, TX 76010 | 14-10996 (CSS) | EFH Corporate Services Company | 11/06/2015 | 13126 | $460.46 | Claim included post-petition amounts, which were paid in the ordinary course of business. Paid via wire number 9162000305 on 01/28/2016. |
| 37 | GROESBECK INDEPENDENT SCHOOL DISTRICT C/O MCCREARY VESELKA BRAGG & ALLEN P.C. ATTN: LEE GORDON P.O. BOX 1269 ROUND ROCK, TX 78680 | 14-10979 (CSS) | Energy Future Holdings Corp. | 01/14/2016 | 37549 | $1,526,360.12* | Claim included post-petition amounts, which were paid in the ordinary course of business. Paid via check number 1010050724 on 01/26/2016. |
| 38 | HUNTON & WILLIAMS LLP PO BOX 840686 DALLAS, TX 75284-0686 | 14-11023 (CSS) | Luminant Energy Company LLC | 06/30/2014 | 502304390 | $874.87 | Claim satisfied through application of invoices to retainer payment. |
| 39 | IOWA PARK ISD C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: JEANMARIE BAER PO BOX 8188 WICHITA FALLS, TX 76307 | 14-10996 (CSS) | EFH Corporate Services Company | 11/20/2015 | 13795 | $643.72 | Claim included post-petition amounts, which were paid in the ordinary course of business. Paid via check number 1010050708 on 01/26/2016. |
| 40 | JOHNSON COUNTY C/O PERDUE BRANDON FIELDER COLLINS MOTT 500 EAST BORDER ST, SUITE 640 ARLINGTON, TX 76010 | 14-11040 (CSS) | Luminant Mineral Development Company LLC | 11/06/2015 | 13130 | $4.68 | Claim included post-petition amounts, which were paid in the ordinary course of business. Paid via check number 1010050695 on 01/26/2016. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SIXTH NOTICE OF SATISFACTION: EXHIBIT A – Satisfied Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 41 | JOSHUA INDEPENDENT SCHOOL DISTRICT<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>500 EAST BORDER ST, SUITE 640<br>ARLINGTON, TX 76010 | 14-11040 (CSS) | Luminant Mineral Development Company LLC | 11/06/2015 | 13131 | $10.77 | Claim included post-petition amounts, which were paid in the ordinary course of business. Paid via check number 1010050695 on 01/26/2016. |
| 42 | KAREN GRAY DABBS<br>ADDRESS ON FILE | 14-11042 (CSS) | Luminant Mining Company LLC | 06/30/2014 | 504244050 | $6,064.99 | Claim included post-petition amounts, which were paid in the ordinary course of business. Paid via check number 1002702089 on 06/03/2014. |
| 43 | KENNETH GRAY<br>ADRESS ON FILE | 14-11042 (CSS) | Luminant Mining Company LLC | 06/30/2014 | 504245030 | $13,574.37 | Claim included post-petition amounts, which were paid in the ordinary course of business. Paid via check number 1002702088 on 06/03/2014. |
| 44 | LHOIST NORTH AMERICA OF TEXAS LTD<br>5274 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 | 14-11018 (CSS) | Luminant Big Brown Mining Company LLC | 06/30/2014 | 501800870 | $0.01 | Claim satisfied pursuant to court order entered on 12/01/2015 [Docket No. 7179]. Paid via ACH number 8300069310 on 12/08/2015. |
| 45 | MANSFIELD INDEPENDENT SCHOOL DISTRICT<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>500 EAST BORDER ST, SUITE 640<br>ARLINGTON, TX 76010 | 14-10989 (CSS) | TXU Electric Company, Inc. | 10/27/2015 | 12713 | $69.00 | Claim included post-petition amounts, which were paid in the ordinary course of business. Paid via check number 1010050700 on 01/26/2016. |
| 46 | MANSFIELD INDEPENDENT SCHOOL DISTRICT<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>ATTN: ELIZABETH BANDA CALVO<br>500 EAST BORDER ST., SUITE 640<br>ARLINGTON, TX 76010 | 14-11040 (CSS) | Luminant Mineral Development Company LLC | 11/02/2015 | 12906 | $1,975.24 | Claim included post-petition amounts, which were paid in the ordinary course of business. Paid via check number 1010050700 on 01/26/2016. |

# ENERGY FUTURE HOLDINGS CORP., et al.

### SIXTH NOTICE OF SATISFACTION: EXHIBIT A – Satisfied Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 47 | MICHAEL WILLIAMS<br>ADDRESS ON FILE | 14-11042 (CSS) | Luminant Mining Company LLC | 06/30/2014 | 504256250 | $10,146.37 | Claim included post-petition amounts, which were paid in the ordinary course of business. Paid via check number 1002702093 on 06/03/2014. |
| 48 | MILDRED WASHINGTON<br>ADDRESS ON FILE | 14-11042 (CSS) | Luminant Mining Company LLC | 06/30/2014 | 504256710 | $8,350.61 | Claim included post-petition amounts, which were paid in the ordinary course of business. Paid via check number 1002702097 on 06/03/2014. |
| 49 | MITCHELL COUNTY<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>ATTN: ELIZABETH BANDA CALVO<br>500 EAST BORDER ST., SUITE 640<br>ARLINGTON, TX 76010 | 14-10996 (CSS) | EFH Corporate Services Company | 11/02/2015 | 12902 | $19.47 | Claim included post-petition amounts, which were paid in the ordinary course of business.  Paid via check number 1010050749 on 01/26/2016. |
| 50 | MITCHELL COUNTY<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>ATTN: ELIZABETH BANDA CALVO<br>500 EAST BORDER ST., SUITE 640<br>ARLINGTON, TX 76010 | 14-11023 (CSS) | Luminant Energy Company LLC | 11/02/2015 | 12914 | $29,798.04 | Claim included post-petition amounts, which were paid in the ordinary course of business.  Paid via check number 1010050749 on 01/26/2016. |
| 51 | MITCHELL COUNTY<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>ATTN: ELIZABETH BANDA CALVO<br>500 EAST BORDER ST., SUITE 640<br>ARLINGTON, TX 76010 | 14-11032 (CSS) | Luminant Generation Company LLC | 11/03/2015 | 12978 | $55,010.21 | Claim included post-petition amounts, which were paid in the ordinary course of business.  Paid via check number 1010050749 on 01/26/2016. |
| 52 | RICHARDSON INDEPENDENT SCHOOL DISTRICT<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>500 EAST BORDER ST, SUITE 640<br>ARLINGTON, TX 76010 | 14-10996 (CSS) | EFH Corporate Services Company | 10/27/2015 | 12708 | $41.81 | Claim included post-petition amounts, which were paid in the ordinary course of business.  Paid via check number 1010050640 on 01/26/2016. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SIXTH NOTICE OF SATISFACTION: EXHIBIT A – Satisfied Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 53 | SMITH COUNTY<br>C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP<br>ATTN: ELIZABETH WELLER<br>2777 N. STEMMONS FREEWAY, SUITE 1000<br>DALLAS, TX 75207 | 14-10996 (CSS) | EFH Corporate Services Company | 10/13/2015 | 12296 | $49.13* | Claim satisfied pursuant to court order entered on 06/04/2014 [Docket No. 799]. Paid via check number 1010017423 on 01/20/2015. |
| 54 | SOMERVELL COUNTY<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>500 EAST BORDER ST, SUITE 640<br>ARLINGTON, TX 76010 | 14-10996 (CSS) | EFH Corporate Services Company | 11/06/2015 | 13129 | $321.97 | Claim included post-petition amounts, which were paid in the ordinary course of business. Paid via wire number 7162000306 on 01/28/2016. |
| 55 | STATE OF DELAWARE, DIV. OF CORPORATIONS<br>401 FEDERAL STREET, STE 4<br>DOVER, DE 19901 | 14-11005 (CSS) | Energy Future Competitive Holdings Company LLC | 10/23/2014 | 6331 | $97.81 | Claim satisfied pursuant to court order entered on 06/04/2014 [Docket No. 799]. Claim satisfied by credit card on 07/07/2015. |
| 56 | THORNDALE ISD<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>ATTN: JOHN T. BANKS<br>3301 NORTHLAND DR, STE 505<br>AUSTIN, TX 78731 | 14-11033 (CSS) | Sandow Power Company LLC | 03/24/2015 | 10022 | $38,706.18* | Claim included post-petition amounts, which were paid in the ordinary course of business. Paid via check number 1010050720 on 01/26/2016. |
| 57 | VALWOOD IMPROVEMENT AUTHORITY<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>500 EAST BORDER ST, SUITE 640<br>ARLINGTON, TX 76010 | 14-10996 (CSS) | EFH Corporate Services Company | 10/27/2015 | 12707 | $10.53 | Claim included post-petition amounts, which were paid in the ordinary course of business. Paid via check number 1010050633 on 01/26/2016. |

# ENERGY FUTURE HOLDINGS CORP., et al.

## SIXTH NOTICE OF SATISFACTION: EXHIBIT A – Satisfied Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 58 | WESTBROOK INDEPENDENT SCHOOL DISTRICT<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>ATTN: ELIZABETH BANDA CALVO<br>500 EAST BORDER ST., SUITE 640<br>ARLINGTON, TX 76010 | 14-11032 (CSS) | Luminant Generation Company LLC | 11/03/2015 | 12976 | $9,584.31 | Claim included post-petition amounts, which were paid in the ordinary course of business. Paid via check number 1010050749 on 01/26/2016. |
| 59 | WICHITA COUNTY<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>ATTN: JEANMARIE BAER<br>PO BOX 8188<br>WICHITA FALLS, TX 76307 | 14-10996 (CSS) | EFH Corporate Services Company | 11/20/2015 | 13780 | $2,246.00 | Claim included post-petition amounts, which were paid in the ordinary course of business. Paid via check number 1010050705 on 01/26/2016. |
| 60 | YOUNG COUNTY<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>ATTN: JEANMARIE BAER<br>PO BOX 8188<br>WICHITA FALLS, TX 76307 | 14-11023 (CSS) | Luminant Energy Company LLC | 11/20/2015 | 13793 | $17,073.44 | Claim included post-petition amounts, which were paid in the ordinary course of business. Paid via check number 1010050715 on 01/26/2016. |
| 61 | YOUNG COUNTY<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>ATTN: JEANMARIE BAER<br>PO BOX 8188<br>WICHITA FALLS, TX 76307 | 14-11032 (CSS) | Luminant Generation Company LLC | 11/20/2015 | 13794 | $93,377.18 | Claim included post-petition amounts, which were paid in the ordinary course of business. Paid via check number 1010050715 on 01/26/2016. |
| 62 | YOUNG COUNTY<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>ATTN: JEANMARIE BAER<br>PO BOX 8188<br>WICHITA FALLS, TX 76307 | 14-10996 (CSS) | EFH Corporate Services Company | 11/20/2015 | 13799 | $183.67 | Claim included post-petition amounts, which were paid in the ordinary course of business. Paid via check number 1010050715 on 01/26/2016. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SIXTH NOTICE OF SATISFACTION: EXHIBIT A – Satisfied Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 63 | YOUNG COUNTY<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>ATTN: JEANMARIE BAER<br>PO BOX 8188<br>WICHITA FALLS, TX 76307 | 14-11032 (CSS) | Luminant Generation Company LLC | 11/20/2015 | 13804 | $11,195.00 | Claim included post-petition amounts, which were paid in the ordinary course of business. Paid via check number 1010050715 on 01/26/2016. |
| | | | | | TOTAL | $2,198,378.50* | |