**Exhibit B**

**Partially Satisfied Claims**

# ENERGY FUTURE HOLDINGS CORP., et al.

## SIXTH NOTICE OF SATISFACTION: EXHIBIT B – Partially Satisfied Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | REMAINING DEBTOR | REMAINING PRIORITY STATUS | REMAINING CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | BROWN CENTRAL APPRAISAL DISTRICT<br>C/O MCCREARY VESELKA BRAGG & ALLEN P.C.<br>ATTN: LEE GORDON<br>P.O. BOX 1269<br>ROUND ROCK, TX 78680 | 37543 | Energy Future Holdings Corp. | Administrative | $8,920.59* | Energy Future Holdings Corp. | Administrative | $8,678.88* |
| | REASON FOR SATISFACTION: Claim included post-petition amounts, which were paid in the ordinary course of business. Paid via check number 1010050731 on 01/26/2016. | | | | | | | |
| 2 | CITY OF GARLAND<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>ATTN: ELIZABETH BANDA CALVO<br>500 EAST BORDER ST., SUITE 640<br>ARLINGTON, TX 76010 | 12905 | Texas Utilities Electric Company, Inc. | Administrative | $3,663.14 | Texas Utilities Electric Company, Inc. | Administrative | $3,233.26 |
| | REASON FOR SATISFACTION: Claim included post-petition amounts, which were paid in the ordinary course of business. Paid via check number 1010050637 on 01/26/2016. | | | | | | | |
| 3 | CITY OF MINERAL WELLS<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>500 EAST BORDER ST, SUITE 640<br>ARLINGTON, TX 76010 | 12714 | EFH Corporate Services Company | Administrative | $2,776.67 | EFH Corporate Services Company | Administrative | $2,753.19 |
| | REASON FOR SATISFACTION: Claim included post-petition amounts, which were paid in the ordinary course of business. Paid via check number 1010050718 on 01/26/2016. | | | | | | | |
| 4 | CORPORATE EXECUTIVE BOARD<br>3393 COLLECTION CTR DR<br>CHICAGO, IL 60693 | 599603110 | EFH Corporate Services Company | Unsecured | $17,845.05 | EFH Corporate Services Company | Unsecured | $13,149.26 |
| | REASON FOR SATISFACTION: Claim included post-petition amounts, which were paid in the ordinary course of business. Paid via check number 1010002580 on 08/13/2014. | | | | | | | |

# ENERGY FUTURE HOLDINGS CORP., et al.

## SIXTH NOTICE OF SATISFACTION: EXHIBIT B – Partially Satisfied Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | REMAINING DEBTOR | REMAINING PRIORITY STATUS | REMAINING CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 5 | COUNTY OF EASTLAND, TEXAS, THE<br>C/O MCCREARY VESELKA BRAGG & ALLEN P.C.<br>ATTN: LEE GORDON<br>P.O. BOX 1269<br>ROUND ROCK, TX 78680 | 37547 | Energy Future Holdings Corp. | Administrative | $23,088.83* | Energy Future Holdings Corp. | Administrative | $1,154.96* |
| | REASON FOR SATISFACTION: Claim included post-petition amounts, which were paid in the ordinary course of business. Paid via check number 1010050713 and 1010050714 on 01/26/2016. | | | | | | | |
| 6 | COUNTY OF HENDERSON, TEXAS, THE<br>C/O MCCREARY VESELKA BRAGG & ALLEN P.C.<br>ATTN: LEE GORDON<br>P.O. BOX 1269<br>ROUND ROCK, TX 78680 | 37550 | Energy Future Holdings Corp. | Administrative | $107,126.29* | Energy Future Holdings Corp. | Administrative | $10,404.25* |
| | REASON FOR SATISFACTION: Claim included post-petition amounts, which were paid in the ordinary course of business. Paid via check number 1010050682 on 01/26/2016. | | | | | | | |
| 7 | FORNEY INDEPENDEN SCHOOL DISTRICT<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>ATTN: ELIZABETH BANDA CALVO<br>500 EAST BORDER ST., SUITE 640<br>ARLINGTON, TX 76010 | 12904 | EFH Corporate Services Company | Administrative | $6,207.28 | EFH Corporate Services Company | Administrative | $6,194.96 |
| | REASON FOR SATISFACTION: Claim included post-petition amounts, which were paid in the ordinary course of business. Paid via check number 1010050644 on 01/26/2016. | | | | | | | |

# ENERGY FUTURE HOLDINGS CORP., et al.

## SIXTH NOTICE OF SATISFACTION: EXHIBIT B – Partially Satisfied Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | REMAINING DEBTOR | REMAINING PRIORITY STATUS | REMAINING CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 8 | GARLAND INDEPENDENT SCHOOL DISTRICT<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>ATTN: ELIZABETH BANDA CALVO<br>500 EAST BORDER ST., SUITE 640<br>ARLINGTON, TX 76010 | 12903 | Texas Utilities Electric Company, Inc. | Administrative | $225,963.19 | Texas Utilities Electric Company, Inc. | Administrative | $19,112.51 |
| | **REASON FOR SATISFACTION:** Claim included post-petition amounts, which were paid in the ordinary course of business. Paid via check number 1010050748 on 01/26/2016. | | | | | | | |
| 9 | GLOBAL RAIL SYSTEMS, INC<br>C/O ARCHER & GREINER, PC<br>ATTN: JERROLD S. KULBACK, ESQ.<br>ONE CENTENNIAL SQUARE<br>HADDONFIELD, NJ 08033 | 9707 | Luminant Mining Company LLC | 503(b)(9) | $2,906.80 | Luminant Mining Company LLC | 503(b)(9) | $2,906.80 |
| | | | Luminant Mining Company LLC | Unsecured | $42,625.32 | Luminant Mining Company LLC | Unsecured | $42,120.32 |
| | | | | Subtotal | $45,532.12 | | Subtotal | $45,027.12 |
| | **REASON FOR SATISFACTION:** Claim included post-petition amounts, which were paid in the ordinary course of business. Paid via ACH number 8000947296 on 7/2/2014. | | | | | | | |
| 10 | MINERAL WELLS ISD<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>500 EAST BORDER ST, SUITE 640<br>ARLINGTON, TX 76010 | 13124 | EFH Corporate Services Company | Administrative | $7,492.03 | EFH Corporate Services Company | Administrative | $7,426.25 |
| | **REASON FOR SATISFACTION:** Claim included post-petition amounts, which were paid in the ordinary course of business. Paid via check number 1010050718 on 01/26/2016. | | | | | | | |
| 11 | PALO PINTO COUNTY<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>500 EAST BORDER ST, SUITE 640<br>ARLINGTON, TX 76010 | 13125 | EFH Corporate Services Company | Administrative | $3,518.13 | EFH Corporate Services Company | Administrative | $3,487.24 |
| | **REASON FOR SATISFACTION:** Claim included post-petition amounts, which were paid in the ordinary course of business. Paid via check number 1010050718 on 01/26/2016. | | | | | | | |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SIXTH NOTICE OF SATISFACTION: EXHIBIT B – Partially Satisfied Claims**

|   | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | REMAINING DEBTOR | REMAINING PRIORITY STATUS | REMAINING CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 12 | SCURRY COUNTY TAX OFFICE C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: LAURA J. MONROE P.O. BOX 817 LUBBOCK, TX 79408 | 10028 | Energy Future Holdings Corp. | Administrative | $6,163.77* | Energy Future Holdings Corp. | Administrative | $6,109.34* |
|   |   |   | Energy Future Holdings Corp. | Secured | Undetermined* | Energy Future Holdings Corp. | Secured | Undetermined* |
|   |   |   |   | Subtotal | $6,163.77* |   | Subtotal | $6,109.34* |

**REASON FOR SATISFACTION:** Claim included post-petition amounts, which were paid in the ordinary course of business. Paid via check number 1010050750 on 01/26/2016.

|   |   |   |   | **TOTAL** | **$458,297.09*** |   | **TOTAL** | **$126,731.22*** |