## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on this, the 8th day of April, 2016, a true and correct copy of the foregoing document has been personally served on the following recipients via the Court's CM/ECF electronic service:

| | |
|---|---|
| Jason M. Madron | Edward O. Sassower, P.C. |
| Mark D. Collins | Stephen E. Hessler |
| Daniel J. DeFranceschi | Brian E. Schartz |
| Richards, Layton & Finger, P.A. | Kirkland & Ellis LLP |
| 920 North King Street | Kirkland & Ellis International LLP |
| Wilmington, Delaware 19801 | 601 Lexington Avenue |
| | New York, New York 10022 |
| James H.M. Sprayregen, P.C. | |
| Marc Kieselstein, P.C. | |
| Chad J. Husnick | |
| Steven N. Serajeddini | |
| Kirkland & Ellis LLP | |
| Kirkland & Ellis International LLP | |
| 300 North LaSalle | |
| Chicago, Illinois 60654 | |

*/s/ Michael Busenkell*
Michael Busenkell (DE 3933)