# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Ref. Docket No. 7044** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 18, 2015, I caused to be served:

   a) the "Debtors' Third Notice of Claims Satisfied in Full or in Part," dated November 18, 2015 [Docket No. 7044], (the "3rd Notice of Claims Satisfied"),

   b) *a customized Cover Memo from Energy Future Holdings, to include the affected claim holder's claim number(s) regarding their claim Satisfied in Full*, dated November 18, 2015, a sample of which is annexed hereto as Exhibit A, (the "3rd Notice of Claims Satisfied in Full Cover Memo"),

   c) *a customized Cover Memo from Energy Future Holdings, to include the affected claim holder's claim number(s) regarding their claim as Satisfied in Part*, dated November 18, 2015, a sample of which is annexed hereto as Exhibit B, (the "3rd Notice of Claims Satisfied in Part Cover Memo"),

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

d) a customized version of the "Notice of Debtors' Third Notice of Claims Satisfied in Full or in Part," dated November 18, 2015, *relating to Docket No. 7044*, a sample of which is annexed hereto as <u>Exhibit C</u>, (the "3rd Notice of Claims Satisfied in Full Custom Notice"), and

e) a customized version of the "Notice of Debtors' Third Notice of Claims Satisfied in Full or in Part," dated November 18, 2015, *relating to Docket No. 7044*, a sample of which is annexed hereto as <u>Exhibit D</u>, (the "3rd Notice of Claims Satisfied in Part Custom Notice"),

by causing true and correct copies of the:

i. 3rd Notice of Claims Satisfied, to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit E</u>,

ii. 3rd Notice of Claims Satisfied, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit F</u>,

iii. 3rd Notice of Claims Satisfied in Full Cover Memo and 3rd Notice of Claims Satisfied in Full Custom Notice, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit G</u>, and

iv. 3rd Notice of Claims Satisfied in Part Cover Memo and 3rd Notice of Claims Satisfied in Part Custom Notice, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit H</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Sworn to before me this
19th day of November, 2015

_____
Notary Public

_____
Carol Zhang

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 20

**EXHIBIT A**

**Energy Future Holdings**

November 18, 2015

We are writing to you today about the claim (or claims) you filed as part of Energy Future Holdings' Chapter 11 proceedings.

The company is seeking to designate as satisfied your claim(s) – number(s) [CLAIM #]. This means that the Company has determined that you are not entitled to any further payment on account of your claim(s). Our basis for marking your claim(s) as satisfied is described in the enclosed materials.

You do not need to respond if you agree with the enclosed Notice, which has been customized to address your claim, and the company's response to your claim.  However, if you have a response, you must file it with the Bankruptcy Court on or before **December 18, 2015**.  You must also send a copy of any such response to the debtors' counsel listed on the Notice so that it is **actually received** by December 18, 2015 at 4:00 PM (ET).

If you have any questions, please call our dedicated telephone hotline at (844) 415-6962 free of charge or send your contact information to efhcorrespondence@kirkland.com and a representative will be in touch with you shortly.

Thank you.

**EXHIBIT B**

**Energy Future Holdings**

November 18, 2015

We are writing to you today about the claim (or claims) you filed as part of Energy Future Holdings' Chapter 11 proceedings.

The company is seeking to designate your claim(s) – number(s) [CLAIM #] as satisfied in part.  This means that the Company has determined that you are not entitled to any further payment on account of a portion of your claim(s). Our basis for marking your claim(s) as satisfied is described in the enclosed materials.

You do not need to respond if you agree with the enclosed Notice, which has been customized to address your claim, and the company's response to your claim.  However, if you have a response, you must file it with the Bankruptcy Court on or before **December 18, 2015**.  You must also send a copy of any such response to the debtors' counsel listed on the Notice so that it is **actually received** by December 18, 2015 at 4:00 PM (ET).

If you have any questions, please call our dedicated telephone hotline at (844) 415-6962 free of charge or send your contact information to efhcorrespondence@kirkland.com and a representative will be in touch with you shortly.

Thank you.

**EXHIBIT C**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### NOTICE OF DEBTORS' THIRD NOTICE OF CLAIMS SATISFIED IN FULL OR IN PART

To:   [NAME]
        [ADDRESS1]
        [ADDRESS2]
        [ADDRESS3]
        [CITY], [STATE] [ZIP CODE]

**Basis for Satisfaction:** Satisfied Claim.  Claim satisfied pursuant to court order entered on 6/4/2014 [Docket No. 785]. Paid via check number [#########] on 07/07/2014.

|  | **Claim Number** | **Claim Amount** |
|---|---|---|
| **Claim(s) Satisfied  In Full:** | [#########] | [$$.$$] |

On November 18, 2015, the above-captioned debtors and debtors in possession (the "Debtors") filed the **Debtors' Third Notice of Claims Satisfied in Full or in Part** (the "Notice").[2]  A copy of the filed notice, which does not include exhibits, declarations, or other attachments, is included herein for your reference only, and the full notice may be viewed at http://www.efhcaseinfo.com.

By the Notice, the Debtors seek to designate as satisfied the claim(s) listed as "Claim(s) Satisfied In Full" for the reason stated above and as further described in the Notice.  If you do not respond, the "Claim(s) Satisfied In Full" will be designated as such on the Claims Register, and no further distribution on account of such claim(s) will be made.

Responses to the Notice, if any, must be in writing and filed on or before **December 18, 2015, at 4:00 PM (ET)** (the "Response Deadline"), with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of any such response upon the undersigned counsel to the Debtors listed so that the response is **actually received** on or before the Response Deadline.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE NOTICE WITHOUT FURTHER NOTICE OR HEARING.

If you have questions about the Notice, please call (844) 415-6962 or send your contact information to efhcorrespondence@kirkland.com, both free of charge.

---

[1]   The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]   Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Notice.

Wilmington, Delaware
Dated:  November 18, 2015

*/s/ Jason M. Madron*
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:     (302) 651-7700
Facsimile:     (302) 651-7701
Email:          collins@rlf.com
                defranceschi@rlf.com
                madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900
Email:          edward.sassower@kirkland.com
                stephen.hessler@kirkland.com
                brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200
Email:          james.sprayregen@kirkland.com
                marc.kieselstein@kirkland.com
                chad.husnick@kirkland.com
                steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

2

**EXHIBIT D**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### NOTICE OF DEBTORS' THIRD NOTICE OF CLAIMS SATISFIED IN FULL OR IN PART

TO: A[NAME]
[ADDRESS]
[CITY], [STATE] [ZIP CODE]

**Basis for Satisfaction:** Partially Satisfied Claim. Claim partially escheated to the State of Texas via wire reference number [#########] on 10/10/2014.

| | Claim Number | Asserted Priority Status | Asserted Amount | Remaining Priority Status | Remaining Amount |
|---|---|---|---|---|---|
| Claim(s) Satisfied In Part: | [#########] | Unsecured | [$$.$$] | Unsecured | [$$.$$] |

On November 18, 2015, the above-captioned debtors and debtors in possession (the "Debtors") filed the **Debtors' Third Notice of Claims Satisfied in Full or in Part** (the "Notice")[2]. A copy of the filed notice, which does not include exhibits, declarations, or other attachments, is included herein for your reference only, and the full notice may be viewed at http://www.efhcaseinfo.com.

By the Notice, the Debtors seek to designate as satisfied in part the claim(s) listed as "Claim(s) Satisfied In Part" for the reason stated above and as further described in the Notice. If you do not respond, the "Claim(s) Satisfied In Part" will be designated as such on the Claims Register, and no further distribution on account of that portion such claim(s) will be made.

Responses to the Notice, if any, must be in writing and filed on or before **December 18, 2015, at 4:00 PM (ET)** (the "Response Deadline"), with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of any such response upon the undersigned counsel to the Debtors listed so that the response is **actually received** on or before the Response Deadline.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE NOTICE WITHOUT FURTHER NOTICE OR HEARING.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Notice.

If you have questions about the Notice, please call (844) 415-6962 or send your contact information to efhcorrespondence@kirkland.com, both free of charge.

Wilmington, Delaware
Dated:  November 18, 2015

<table>
<tr><td></td><td><u><em>/s/ Jason M. Madron</em></u></td></tr>
</table>

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:      (302) 651-7700
Facsimile:      (302) 651-7701
Email:          collins@rlf.com
                defranceschi@rlf.com
                madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:      (212) 446-4800
Facsimile:      (212) 446-4900
Email:          edward.sassower@kirkland.com
                stephen.hessler@kirkland.com
                brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:      (312) 862-2200
Email:          james.sprayregen@kirkland.com
                marc.kieselstein@kirkland.com
                chad.husnick@kirkland.com
                steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

3

**EXHIBIT E**

ENERGY FUTURE HOLDINGS CORP., ET AL.
CONSENTED TO EMAIL FED. R. BANKR. P. RULE 2002 LIST PARTIES
EMAIL NOTICE

| Name | Counsel To / Attention | Email Address |
|------|------------------------|---------------|
| BAILEY BRAUER PLLC | (COUNSEL TO PINNACLE TECHNICAL RESOURCES INC) ATTN: BENJAMIN L STEWART ESQ | bstewart@baileybrauer.com |
| BARNES & THORNBURG LLP | (COUNSEL TO COVERDYN) ATTN: PAULA J JACOBI ESQ | pjacobi@btlaw.com |
| BARNES & THORNBURG LLP | (COUNSEL TO COVERDYN & GATX CORPORATION) ATTN: KEVIN G COLLINS ESQ | Kevin.Collins@btlaw.com |
| CRAVATH SWAINE & MOORE LLP | (COUNSEL TO ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC/EFIH) ATTN: MICHAEL A PASKIN ESQ | mpaskin@cravath.com; tbroad@cravath.com |
| CROWE & DUNLEVY, PC | (COUNSEL TO DEVON ENERGY) ATTN: JUDY HAMILTON MORSE ESQ | judy.morse@crowedunlevy.com |
| GREGORY D. WILLARD, ESQ. | (COUNSEL TO AUTOMATIC SYSTEMS, INC.) | gregoryd.willard@gmail.com |
| JENNER & BLOCK | (COUNSEL TO ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC/EFIH) ATTN: RICHARD LEVIN ESQ AND VINCENT E LAZAR ESQ | rlevin@jenner.com; vlazar@jenner.com |
| PERKINS COIE LLP | (COUNSEL TO DELAWARE TRUST COMPANY, AS SUCC TTEE UNDER TCEH 11.5% SENIOR SECURED NOTES INDENTURE) ATTN: TINA N MOSS ESQ | tmoss@perkinscoie.com |
| PINCKNEY, WEIDINGER, URBAN & JOYCE LLC | (COUNSEL TO AUTOMATIC SYSTEMS, INC.) ATTN: GREGORY T DONILON ESQ | gdonilon@pwujlaw.com |
| SEARCY & SEARCY PC | (COUNSEL TO D.COURTNEY CONSTRUCTION INC) ATTN: JASON R SEARCY ESQ AND JOSHUA P SEARCY ESQ | jsearcy@jrsearcylaw.com; joshsearcy@jrsearcylaw.com |
| STEPHEN SAKONCHICK II, PC | (COUNSEL TO RANGER EXCAVATING LP) | sakon@flash.net; ssakon@gmail.com |

| | |
|---|---|
| **Total Creditor Count** | **11** |
| **Total Email Count** | **15** |

# EXHIBIT F

| Claim Name | Address Information |
|---|---|
| ABRAMS & BAYLISS LLP | (COUNSEL TO GOLDMAN SACHS & CO) KEVIN G. ABRAMS & JOHN M. SEAMAN 20 MONTCHANIN RD STE 200 WILMINGTON DE 19807 |
| AKERMAN LLP | (COUNSEL TO SIEMENS POWER GENERATION INC) ATTN: SUNDEEP S. SIDHU 420 S ORANGE AVE STE 1200 ORLANDO FL 32801-4904 |
| AKIN GUMP STRAUSS HAUER & FELD LLP | (COUNSEL TO AD HOC COMMITTEE OF EFIH UNSECURED NOTEHOLDERS AND EFIH SECOND LIEN DIP COMMITMENT) ATTN: IRA DIZENGOFF; ABID QURESHI; STEPHEN BALDINI MEREDITH LAHAIE; ROBERT BOLLER; CHRISTOPHER CARTY 1 BRYANT PARK, BANK OF AMERICA TOWER NEW YORK NY 10036-6745 |
| AKIN GUMP STRAUSS HAUER & FELD LLP | (COUNSEL TO AD HOC COMMITTEE OF EFIH UNSECURED NOTEHOLDERS AND EFIH SECOND LIEN DIP COMMITMENT) ATTN: SCOTT ALBERINO; JOANNA NEWDECK ROBERT S. STRAUSS BUILDING 1333 NEW HAMPSHIRE AVE, NW WASHINGTON DC 20036-1564 |
| ALDINE INDEPENDENT SCHOOL DISTRICT | ATTN: COURTENEY F HARRIS ESQ 14910 ALDINE WESTFIELD RD HOUSTON TX 77032 |
| ALSTON & BIRD LLP | (COUNSEL TO SIMEIO) ATTN: SAGE M SIGLER ESQ ONE ATLANTIC CENTER 1201 W PEACHTREE ST STE 4900 ATLANTA GA 30309-3424 |
| ALVAREZ & MARSAL | ATTN: PAUL KINEALY 55 W MONROE STE 4000 CHICAGO IL 60603 |
| AMERICAN STOCK TRANSFER & TRUST CO LLC | ATTN: GENERAL COUNSEL 6201 15TH AVE BROOKLYN NY 11219 |
| AMERICAN STOCK TRANSFER & TRUST CO LLC | ATTN: PAUL KIM 6201 15TH AVE BROOKLYN NY 11219 |
| ASHBY & GEDDES PA | (COUNSEL TO WILMINGTON SAVINGS/WSFS) ATTN: WILLIAM BOWDEN ESQ & GREGORY TAYLOR ESQ PO BOX 1150 WILMINGTON DE 19899 |
| BAKER BOTTS LLP | (COUNSEL TO CENTERPOINT) ATTN: JAMES PRINCE; OMAR J ALANIZ 2001 ROSS AVE DALLAS TX 75201-2980 |
| BALLARD SPAHR LLP | (COUNSEL TO LOUISIANA ENERGY & URENCO) ATTN: MATTHEW G SUMMERS ESQ 919 N MARKET ST 11TH FL WILMINGTON DE 19801 |
| BARNES & THORNBURG LLP | (COUNSEL TO GATX CORPORATION) ATTN: KEVIN G COLLINS ESQ 1000 N WEST ST STE 1500 WILMINGTON DE 19801 |
| BARNES & THORNBURG LLP | (COUNSEL TO GATX CORPORATION) ATTN: DAVID M POWLEN ESQ 1000 N WEST ST STE 1500 WILMINGTON DE 19801 |
| BARNES & THORNBURG LLP | (COUNSEL TO GATX) ATTN: KEVIN C DRISCOLL JR ESQ 1 N WACKER DR STE 4400 CHICAGO IL 60606-2833 |
| BAYARD PA | (COUNSEL TO CSC TRUST CO OF DELAWARE, SUCC TTEE UNDER THE TCEH 11.5% SR SECURED NOTES INDENTURE) ATTN: NEIL GLASSMAN ESQ 222 DELAWARE AVE STE 900 WILMINGTON DE 19801 |
| BENESCH FRIEDLANDER COPLAN & ARONOFF LLP | (COUNSEL TO THERMO FISHER) ATTN: KEVIN M. CAPUZZI 222 DELAWARE AVE STE 801 WILMINGTON DE 19801-1611 |
| BIELLI & KLAUDER LLC | (COUNSEL TO ENERGY FUTURE HOLDINGS CORP) ATTN: DAVID M KLAUDER ESQ & CORY P STEPHENSON ESQ 1204 N KING STREET WILMINGTON DE 19801 |
| BLANK ROME LLP | (COUNSEL TO WILMINGTON TRUST NA-FIRST LIEN AGENT) ATTN: MICHAEL B. SCHAEDLE ONE LOGAN SQUARE 130 N 18TH ST PHILADELPHIA PA 19103 |
| BLANK ROME LLP | (COUNSEL TO WILMINGTON TRUST NA-FIRST LIEN AGENT) ATTN: MICHAEL DEBAECHE; STANLEY TARR 1201 MARKET ST STE 800 WILMINGTON DE 19801 |
| BROWN & CONNERY LLP | (COUNSEL TO SAP INDUSTRIES INC) ATTN: DONALD K. LUDMAN 6 NORTH BROAD ST STE 100 WOODBURY NJ 08096 |
| BROWN RUDNICK LLP | (COUNSEL TO WILMINGTON SAVINGS/WSFS) ATTN: EDWARD WEISFELNER ESQ 7 TIMES SQUARE NEW YORK NY 10036 |
| BROWN RUDNICK LLP | ATTN: JEREMY B. COFFEY SEVEN TIMES SQUARE NEW YORK NY 10036 |
| BROWN RUDNICK LLP | (COUNSEL TO WILMINGTON SAVINGS/WSFS) ATTN: HOWARD SIEGEL ESQ 185 ASYLUM ST HARTFORD CT 06103 |
| BROWN RUDNICK LLP | (COUNSEL TO WILMINGTON SAVINGS/WSFS) ATTN: JEFFREY JONAS, ANDREW STREHLE ONE FINANCIAL CENTER BOSTON MA 02111 |
| BRYAN CAVE LLP | (COUNSEL TO INDENTURE TRUSTEE OF 11% & 11.75% SR) ATTN: STEPHANIE WICKOUSKI; MICHELLE MCMAHON 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| BRYAN CAVE LLP | ATTN: ROBERT E. PEDERSEN 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104-3300 |
| BUCHALTER NEMER, A PROFESSIONAL | (COUNSEL TO ORACLE AMERICA INC) ATTN: SHAWN M. CHRISTIANSON 55 SECOND ST 17TH |

| Claim Name | Address Information |
|---|---|
| CORPORATION | FL SAN FRANCISCO CA 94105-3493 |
| BUCHANAN INGERSOLL & ROONEY PC | (COUNSEL TO CATERPILLAR FINANCIAL SERVICES CORP) ATTN: KATHLEEN A. MURPHY 919 N MARKET ST STE 1500 WILMINGTON DE 19801 |
| CADWALADER WICKERSHAM & TAFT LLP | (COUNSEL TO DEF. MORGAN STANLEY CAPITAL GRP, INC.) ATTN: HOWARD R. HAWKINS, JR.; ELLEN M. HALSTEAD; MICHELE MAMAN & THOMAS J. CURTIN, ESQS. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| CADWALADER WICKERSHAM & TAFT LLP | (COUNSEL TO DEF. MORGAN STANLEY CAPITAL GRP INC) ATTN: MARK C ELLENBERG ESQ 700 SIXTH STREET, N.W. WASHINGTON DC 20001 |
| CHADBOURNE & PARKE LLP | (COUNSEL TO NEXTERA ENERGY RESOURCES LLC) ATTN: HOWARD SEIFE, DAVID M LEMAY AND CHRISTY RIVERA ESQS 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019-6022 |
| CHIPMAN BROWN CICERO & COLE LLP | (COUNSEL TO AD HOC COMMITTEE OF EFIH UNSECURED NOTEHOLDERS AND EFIH SECOND LIEN DIP COMMITMENT) ATTN: WILLIAM CHIPMAN JR ESQ; MARK OLIVERE ESQ 1007 N ORANGE ST STE 1110 WILMINGTON DE 19801 |
| CIARDI CIARDI & ASTIN | (COUNSEL TO ATMOS ENERGY; TXU 2007-1 RAILCAR, & RED BALL OXYGEN) ATTN: D ASTIN, J MCLAUGHLIN JR, J MCMAHON JR 1204 N KING STREET WILMINGTON DE 19801 |
| CITIBANK N.A. | ATTN: ZORI MIGLIORINI 388 GREENWICH ST 21ST FL NEW YORK NY 10013 |
| CITIBANK N.A. | ATTN: ERIC O LIGAN, VICE PRESIDENT 388 GREENWICH ST 32ND FL NEW YORK NY 10013 |
| CITIBANK N.A. | ATTN: RYAN FALCONER 388 GREENWICH STREET NEW YORK NY 10013 |
| CITIBANK N.A. | ATTN: OWEN COYLE 1615 BRETT ROAD, OPS III NEW CASTLE DE 19720 |
| CITIBANK N.A. | BANK LOAN SYNDICATIONS DEPARTMENT 1615 BRETT ROAD, BUILDING III NEW CASTLE DE 19720 |
| CITIBANK N.A. | ATTN: ANNEMARIE E PAVCO SECURITIES PROCESSING SENIOR ANALYST GLOBAL LOANS, 1615 BRETT RD., OPS III NEW CASTLE DE 19720 |
| CITY OF FORT WORTH | ATTN: CHRISTOPHER B. MOSLEY 1000 THROCKMORTON ST FORT WORTH TX 76102 |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | (COUNSEL TO J ARON & COMPANY) ATTN: THOMAS MOLONEY; SEAN O'NEAL; HUMAYUN KHALID ONE LIBERTY PLAZA NEW YORK NY 10006 |
| COHEN & GRIGSBY, PC | (COUNSEL TO NOVA CHEMICALS INC) ATTN: THOMAS D. MAXSON 625 LIBERTY AVE PITTSBURGH PA 15222-3152 |
| COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TX | OFFICE OF THE TEXAS ATTORNEY GENERAL BANKRUPTCY & COLLECTIONS DIVISION ATTN: RACHEL OBALDO & JOHN MARK STERN PO BOX 12548 AUSTIN TX 78711-2548 |
| COMPUTERSHARE | ATTN: TINA VITALE, BA; LL.B. 480 WASHINGTON BLVD JERSEY CITY NJ 07310 |
| COMPUTERSHARE TRUST COMPANY OF CANADA | ATTN: ALESSANDRA PANSERA 1500 ROBERT-BOURASSA BOULEVARD, 7TH FLOOR MONTREAL QC H3A 3S8 CANADA |
| COWLES & THOMPSON | (COUNSEL TO ATMOS ENERGY CORPORATION) ATTN: STEPHEN C. STAPLETON BANK OF AMERICA PLAZA 901 MAIN ST STE 3900 DALLAS TX 75202 |
| COZEN O'CONNOR | (COUNSEL TO J ARON & COMPANY) ATTN: MARK E. FELGER 1201 N MARKET ST STE 1001 WILMINGTON DE 19801 |
| CROSS & SIMON LLC | (COUNSEL TO FIDELITY MANAGEMENT & RESEARCH CO) ATTN: MICHAEL J JOYCE ESQ 1105 N MARKET ST STE 901 WILMINGTON DE 19801 |
| CSC TRUST COMPANY OF DELAWARE | ATTN: SANDRA E HORWITZ MANAGING DIRECTOR 2711 CENTERVILLE RD STE 400 WILMINGTON DE 19808 |
| DAVIS POLK & WARDWELL LLP | (COUNSEL TO GOLDMAN SACHS, ET AL) ATTN: MARSHALL HUEBNER; BENJAMIN KAMINETZKY; ELLIOT MOSKOWITZ; DAMON MEYER 450 LEXINGTON AVE NEW YORK NY 10017 |
| DEUTSCHE BANK | ATTN: MARCUS M TARKINGTON 60 WALL STREET (NYCC60-0266) NEW YORK NY 10005-2836 |
| DLA PIPER LLP (US) | (COUNSEL TO DEF. MORGAN STANLEY CAPITAL GRP, INC.) ATTN: ASHLEY R. ALTSCHULER; R.CRAIG MARTIN & SCOTT CZERWONKA, ESQS. 1201 NORTH MARKET STREET, SUITE 2100 WILMINGTON DE 19801 |
| DORSEY & WHITNEY DELAWARE LLP | (COUNSEL TO U.S. BANK NATIONAL ASSOCIATION) ATTN: ERIC LOPEZ SCHNABEL, ROBERT W. MALLARD & ALESSANDRA GLORIOSO 300 DELAWARE AVE STE 1010 WILMINGTON DE 19801 |
| DRINKER BIDDLE & REATH LLP | (COUNSEL TO CITIBANK NA, TCEH DIP AGENT) ATTN: HOWARD A. COHEN & ROBERT K. MALONE 222 DELAWARE AVE STE 1410 WILMINGTON DE 19801-1621 |
| DYKEMA GOSSETT PLLC | (COUNSEL TO TEX-LA ELECTRIC COOPERATIVE OF TEXAS) ATTN: JEFFREY R FINE ESQ 1717 MAIN ST STE 4200 DALLAS TX 75201 |

| Claim Name | Address Information |
|---|---|
| EMC CORPORATION | C/O RECEIVABLE MANAGEMENT SERVICES (RMS) ATTN: RONALD L ROWLAND ESQ, AGENT 305 FELLOWSHIP RD STE 100 MOUNT LAUREL NJ 08054 |
| EPIQ BANKRUPTCY SOLUTIONS LLC | (CLAIMS AGENT) ATTN: JAMES KATCHADURIAN, E.V.P. 777 THIRD AVE 12TH FL NEW YORK NY 10017 |
| EPSTEIN BECKER & GREEN PC | (COUNSEL TO BENBROOKE) ATTN: WENDY G MARCARI ESQ & STEPHANIE LERMAN ESQ 250 PARK AVE NEW YORK NY 10017 |
| FISHER BOYD JOHNSON & HUGUENARD LLP | (COUNSEL TO MILAM APPRAISAL DISTRICT) ATTN: BERNARD G JOHNSON III ESQ & WAYNE FISHER ESQ 2777 ALLEN PKWY 14TH FL HOUSTON TX 77019 |
| FOLEY & LARDNER LLP | (COUNSEL TO UMB BANK, INDENTURE TRUSTEE) ATTN: HAROLD KAPLAN ESQ, MARK HEBBELN ESQ LARS PETERSON ESQ 321 N CLARK ST STE 2800 CHICAGO IL 60654-5313 |
| FOX ROTHSCHILD LLP | (COUNSEL TO AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS) ATTN: JEFFREY SCHLERF; JOHN STROCK; L. JOHN BIRD 919 N MARKET ST STE 300 WILMINGTON DE 19801 |
| FRANKGECKER LLP | (COUNSEL TO EXPERIAN; THE PI LAW FIRMS/ASBESTOS) ATTN: JOSEPH D FRANK ESQ AND REED HEILIGMAN ESQ 325 N LASALLE ST STE 625 CHICAGO IL 60654 |
| FRANKGECKER LLP | (COUNSEL TO THE PI LAW FIRMS/ASBESTOS CLAIMANTS) ATTN: FRANCES GECKER ESQ 325 N LASALLE ST STE 625 CHICAGO IL 60654 |
| FRIED FRANK HARRIS SHRIVER & JACOBSON LLP | (COUNSEL TO FIDELITY MANGEMENT & RESEARCH CO) ATTN: BRAD E SCHELER ESQ, GARY L KAPLAN ESQ MATTHEW M ROOSE ESQ ONE NEW YORK PLAZA NEW YORK NY 10004 |
| GARDERE WYNNE SEWELL LLP | (COUNSEL TO ROMCO EQUIPMENT CO) ATTN: JOHN P. MELKO & MICHAEL K. RIORDAN 1000 LOUISIANA, STE 3400 HOUSTON TX 77002 |
| GAY MCCALL ISAACKS GORDON & ROBERTS PC | (COUNSEL TO GARLAND INDEPENDENT SCHOOL DISTRICT & CITY OF GARLAND) ATTN: DUSTIN L BANKS ESQ 1919 S SHILOH RD STE 310 LB 40 GARLAND TX 75042 |
| GAY MCCALL ISAACKS GORDON & ROBERTS PC | (COUNSEL TO COLLIN COUNTY) ATTN: DAVID MCCALL ESQ 777 E 15TH ST PLANO TX 75074 |
| GEBHARDT & SMITH LLP | (COUNSEL TO MILAM APPRAISAL DISTRICT) ATTN: LISA BITTLE TANCREDI ESQ 1000 N WEST ST STE 1200 WILMINGTON DE 19801 |
| GELLERT SCALI BUSENKELL & BROWN LLC | (COUNSEL TO AURELIUS) ATTN: MICHAEL G. BUSENKELL 913 N MARKET ST 10TH FL WILMINGTON DE 19801 |
| GIBBONS PC | (COUNSEL TO VEOLIA) ATTN: DALE E BARNEY ESQ ONE GATEWAY CENTER NEWARK NJ 07102-5310 |
| GIBBONS PC | (COUNSEL TO VEOLIA) ATTN: NATASHA M SONGONUGA ESQ 1000 N WEST ST STE 1200 WILMINGTON DE 19801-1058 |
| GLAST PHILLIPS & MURRAY PC | (COUNSEL TO RED BALL OXYGEN COMPANY) ATTN: JONATHAN L HOWELL PLLC 14801 QUORUM DR STE 500 DALLAS TX 75254 |
| GOODWIN PROCTER LLP | (COUNSEL TO AURELIUS CAPITAL MANAGEMENT LP) ATTN: WILLIAM P. WEINTRAUB; KIZZY L. JARASHOW THE NEW YORK TIMES BUILDING 620 EIGHTH AVENUE NEW YORK NY 10018 |
| GREER HERZ & ADAMS LLP | (COUNSEL TO SOMERVELL CAD) ATTN: ANDREW J MYTELKA ESQ, MICHAEL ADAMS ESQ J SCOTT ANDREWS ESQ, JAMES M ROQUEMORE ESQ 1 MOODY PLAZA 18TH FL GALVESTON TX 77550 |
| HAYNES AND BOONE LLP | (COUNSEL TO AIRGAS USA LLC) ATTN: JONATHAN HOOK 30 ROCKEFELLER CENTER, 26TH FL NEW YORK NY 10112 |
| HAYNES AND BOONE LLP | (COUNSEL TO BNSF RAILWAY COMPANY) ATTN: IAN T PECK ESQ 301 COMMERCE ST STE 2600 FORT WORTH TX 76102 |
| HAYNES AND BOONE LLP | (COUNSEL TO AIRGAS USA LLC) ATTN: PATRICK L HUGHES 1221 MCKINNEY ST STE 2100 HOUSTON TX 77010 |
| HILLER & ARBAN LLC | (COUNSEL TO STEAG) ATTN: ADAM HILLER ESQ, BRIAN ARBAN ESQ JOHNNA M DARBY ESQ 1500 N FRENCH ST 2ND FL WILMINGTON DE 19801 |
| HINCKLEY ALLEN | (COUNSEL TO INVENSYS SYSTEMS INC) ATTN: JENNIFER V. DORAN 28 STATE ST BOSTON MA 02109 |
| HOGAN MCDANIEL | (COUNSEL TO THE RICHARDS GROUP; PI LAW FIRMS/ ASBESTOS CLAIMANTS) ATTN: DANIEL K HOGAN ESQ 1311 DELAWARE AVE WILMINGTON DE 19806 |
| HOGAN MCDANIEL | (COUNSEL TO AD HOC GROUP OF EFH LEGACY NOTEHOLDER) ATTN: GARVAN F MCDANIEL ESQ 1311 DELAWARE AVE WILMINGTON DE 19806 |
| HOLLAND & KNIGHT LLP | (COUNSEL TO TEX-LA ELECTRIC COOPERATIVE OF TEXAS) ATTN: CHRISTINE C RYAN ESQ |

| Claim Name | Address Information |
|---|---|
| HOLLAND & KNIGHT LLP | 800 17TH ST NW STE 1100 WASHINGTON DC 20006 |
| INTERNAL REVENUE SERVICE | PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE | DEPARTMENT OF THE TREASURY OGDEN UT 84201 |
| JACKSON WALKER LLP | (COUNSEL TO HOLT TEXAS LTD D/B/A HOLT CAT) ATTN: MONICA S. BLACKER 901 MAIN ST STE 6000 DALLAS TX 75202 |
| JACKSON WALKER LLP | (COUNSEL TO MILAM APPRAISAL DISTRICT) ATTN: BRUCE J RUZINSKY ESQ & MATTHEW D CAVENAUGH ESQ 1401 MCKINNEY ST STE 1900 HOUSTON TX 77010 |
| JACKSON WALKER LLP | (COUNSEL TO HOLT TEXAS LTD D/B/A HOLT CAT) ATTN: J. SCOTT ROSE WESTON CENTRE 112 E PECAN ST STE 2400 SAN ANTONIO TX 78205 |
| JONES DAY | (COUNSEL TO ONCOR) ATTN: PATRICIA VILLAREAL 2727 N HARWOOD STREET DALLAS TX 75201 |
| JONES DAY | (COUNSEL TO ONCOR) ATTN: MICHAEL L. DAVITT 2727 N HARWOOD STREET DALLAS TX 75201 |
| KASOWITZ BENSON TORRES & FRIEDMAN LLP | (COUNSEL TO AD HOC GROUP OF EFH LEGACY NOTEHOLDER) ATTN: DAVID ROSNER, ANDREW GLENN, DANIEL FLIMAN 1633 BROADWAY NEW YORK NY 10019 |
| KELLEY DRYE & WARREN LLP | (COUNSEL TO CSC TRUST OF DE, AS PROPOSED SUCC INDENTURE TTEE FOR 7.46% & 7.48% TCEH SECURED FACILITY BONDS) ATTN: JAMES CARR, BENJAMINN FEDER, GILBERT SAYDAH 101 PARK AVE NEW YORK NY 10178 |
| KELLY HART & HALLMAN LLP | (COUNSEL TO ONCOR STEERING COMMITTEE) ATTN: MICHAEL MCCONNELL ESQ & CLAY TAYLOR ESQ KATHERINE THOMAS ESQ 201 MAIN ST STE 2500 FORT WORTH TX 76102 |
| KLEHR HARRISON HARVEY BRANZBURG LLP | (COUNSEL TO UMB BANK N.A. INDENTURE TRUSTEE) ATTN: RAYMOND H LEMISCH ESQ 919 MARKET ST STE 1000 WILMINGTON DE 19801 |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | (COUNSEL TO INDENTURE TRUSTEE OF 11% & 11.75% SR) ATTN: THOMAS MOERS MAYER; GREGORY HOROWITZ; JOSHUA BRODY; PHILIP BENTLEY 1177 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| LACKEY HERSHMAN LLP | (COUNSEL TO THE RICHARDS GROUP INC) ATTN: JAMIE R WELTON ESQ 3102 OAK LAWN AVE STE 777 DALLAS TX 75219 |
| LANDIS RATH & COBB LLP | (COUNSEL TO MARATHON MGMT, ALCOA AND NEXTERA ENERGY RESOURCES, LLC) ATTN: ADAM G LANDIS ESQ, MATTHEW B MCGUIRE ESQ 919 MARKET ST STE 1800 WILMINGTON DE 19801 |
| LAW DEBENTURE TRUST COMPANY OF NEW YORK | ATTN: FRANK GODINO, VP 400 MADISON AVE STE 4D NEW YORK NY 10017 |
| LAW OFFICE OF CURTIS A HEHN | (COUNSEL TO SOMERVELL CAD) ATTN: CURTIS A HEHN ESQ 1000 N WEST ST STE 1200 WILMINGTON DE 19801 |
| LAW OFFICE OF PATRICIA WILLIAMS PREWITT | (COUNSEL TO TARGA GAS MARKETING; KINDER MORGAN TEXAS PIPELINE; KINDER MORGAN TEJAS PIPELINE LLCS; NAT. GAS PIPELINE CO OF AMERICA; EL PASO NAT. GAS) ATTN: PATRICIA WILLIAMS PREWITT 10953 VISTA LAKE COURT NAVASOTA TX 77868 |
| LAW OFFICES OF ROBERT E LUNA PC | (COUNSEL TO CARROLLTON-FARMERS BRANCH ISD) ATTN: DANIEL K BEARDEN ESQ 4411 N CENTRAL EXPRESSWAY DALLAS TX 75205 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | (COUNSEL TO TARRANT & DALLAS COUNTY) ATTN: ELIZABETH WELLER ESQ 2777 N STEMMONS FWY STE 1000 DALLAS TX 75207 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | (COUNSEL TO HARRIS, ANGELINA & FORT BEND COUNTIES) ATTN: JOHN P DILLMAN ESQ PO BOX 3064 HOUSTON TX 77253-3064 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | (COUNSEL TO WALNUT SPRINGS ISD, FRANKLIN ISD, ROBERTSON CTY, LEE CTY, MCLENNAN CTY, FALLS CTY, ROUND ROCK ISD, NEUCES CTY, LIMESTONE CTY) ATTN: DIANE WADE SANDERS PO BOX 17428 AUSTIN TX 78760 |
| LLOYD GOSSELINK ROCHELLE & TOWNSEND PC | (COUNSEL TO ONCOR STEERING COMMITTEE) ATTN: GEOFFREY GAY ESQ 816 CONGRESS AVE STE 1900 AUSTIN TX 78701 |
| LOCKE LORD LLP | (COUNSEL TO BP AMERICA PRODUCTION CO) ATTN: C. DAVIN BOLDISSAR ESQ 601 POYDRAS ST STE 2660 NEW ORLEANS LA 70130 |
| LOCKE LORD LLP | (COUNSEL TO AMECO, FLUOR, & AMERICAN EQUIPMENT) ATTN: PHILIP EISENBERG ESQ 2800 JPMORGAN CHASE TOWER 600 TRAVIS HOUSTON TX 77002 |
| LOWER COLORADO RIVER AUTHORITY | LOWER COLORADO RIVER AUTHORITY TRANSMISSION SERVICES CORPORATION (LCRA TSC) LEGAL SERVICES ATTN: WILLIAM T. MEDAILLE PO BOX 220 AUSTIN TX 78767 |
| MANION GAYNOR & MANNING LLP | (COUNSEL TO ONCOR STEERING COMMITTEE) ATTN: MARC PHILLIPS ESQ THE NEMOURS |

| Claim Name | Address Information |
|---|---|
| MANION GAYNOR & MANNING LLP | BUILDING 1007 N ORANGE ST 10TH FL WILMINGTON DE 19801 |
| MARGOLIS EDELSTEIN | (COUNSEL TO URS ENERGY & CONSTRUCTION INC) ATTN: JAMES E. HUGGETT & AMY D. BROWN 300 DELAWARE AVE STE 800 WILMINGTON DE 19801 |
| MASLON EDELMAN BORMAN & BRAND LLP | (COUNSEL TO U.S. BANK NATIONAL ASSOCIATION) ATTN: CLARK T. WHITMORE, ANA CHILINGARISHVILI 90 S SEVENTH ST STE 3300 MINNEAPOLIS MN 55402 |
| MCCREARY VESELKA BRAGG & ALLEN PC | (COUNSEL TO TEXAS AD VALOREM TAXING JURISDICTIONS) ATTN: LEE GORDON PO BOX 1269 ROUND ROCK TX 78680 |
| MCELROY DEUTSCH MULVANEY & CARPENTER LLP | (COUNSEL TO TCEH DEBTORS) ATTN: DAVID P PRIMACK ESQ 300 DELAWARE AVE STE 770 WILMINGTON DE 19801 |
| MCKOOL SMITH | (COUNSEL TO ALCOA) ATTN: PETER S. GOODMAN; MICHAEL R. CARNEY ONE BRYANT PARK, 47TH FL NEW YORK NY 10036 |
| MCKOOL SMITH | (COUNSEL TO ALCOA) ATTN: PAUL D. MOAK, ESQ. 600 TRAVIS ST STE 7000 HOUSTON TX 77002 |
| MICHAEL G. SMITH | (COUNSEL TO VALERO TEXAS POWER MARKETING INC) 111 N 6TH ST PO BOX 846 CLINTON OK 73601 |
| MILBANK TWEED HADLEY & MCCLOY LLP | (COUNSEL TO CITIBANK NA, TCEH DIP AGENT) ATTN: DENNIS F DUNNE ESQ, EVAN R FLECK ESQ KAREN GARTENBERG ESQ 28 LIBERTY STREET NEW YORK NY 10005-1413 |
| MISSOURI DEPARTMENT OF REVENUE | BANKRUPTCY UNIT ATTN: STEVEN A. GINTHER PO BOX 475 JEFFERSON CITY MO 65105-0475 |
| MONTGOMERY MCCRACKEN WALKER & RHOADS LLP | (COUNSEL TO EFH CREDITORS COMMITTEE) ATTN: NATALIE D RAMSEY ESQ, DAVIS LEE WRIGHT ESQ MARK A FINK ESQ, SIDNEY S LIEBESMAN ESQ 1105 N MARKET ST 15TH FL WILMINGTON DE 19801 |
| MORGAN LEWIS BOCKIUS LLP | (COUNSEL TO PACFIC INVESTMENT MGMT CO/PIMCO) ATTN: JULIA FROST-DAVIES ESQ, C. CARTER ESQ 1 FEDERAL ST BOSTON MA 02110-1726 |
| MORRIS JAMES LLP | (COUNSEL TO LAW DEBENTURE TRUST COMPANY OF NY) ATTN: STEPHEN M MILLER ESQ PO BOX 2306 WILMINGTON DE 19899-2306 |
| MORRIS NICHOLS ARSHT & TUNNELL LLP | (COUNSEL TO THE "EFH EQUITY INTEREST HOLDERS") ATTN: DERK ABBOTT; ANDREW REMMING; ERIN FAY 1201 N MARKET ST STE 1600 WILMINGTON DE 19801 |
| MORRISON & FOERSTER LLP | (COUNSEL TO TCEH CREDITORS COMMITTEE) ATTN: JAMES PECK ESQ, BRETT H MILLER ESQ LORENZO MARINUZZI ESQ 250 W 55TH ST NEW YORK NY 10019 |
| MUNGER TOLLES & OLSON LLP | (COUNSEL TO TCEH DEBTORS) ATTN: THOMAS B WALPER ESQ, TODD J ROSEN ESQ; SETH GOLDMAN ESQ; JOHN W SPIEGEL ESQ 355 S GRAND AVE 35TH FL LOS ANGELES CA 90071 |
| MUNSCH HARDT KOPF & HARR PC | (COUNSEL TO ELECTRIC RELIABILITY COUNCIL OF TEXAS/ ERCOT) ATTN: KEVIN M LIPPMAN ESQ 500 N AKARD ST STE 3800 DALLAS TX 75201-6659 |
| MUNSCH HARDT KOPF & HARR PC | (COUNSEL TO ELECTRIC RELIABILITY COUNCIL OF TEXAS/ ERCOT) ATTN: RUSSELL L MUNSCH ESQ 303 COLORADO ST STE 2600 AUSTIN TX 78701-3924 |
| NAMAN HOWELL SMITH & LEE PLLC | (COUNSEL TO BUFFALO INDUSTRIAL SUPPLY INC) ATTN: KERRY L HALIBURTON ESQ PO BOX 1470 WACO TX 76703-1470 |
| NELSON MULLINS RILEY & SCARBOROUGH LLP | (COUNSEL TO MICHELIN NORTH AMERICA INC) ATTN: JODY A. BEDENBAUGH AND GEORGE B. CAUTHEN 1320 MAIN ST 17TH FL PO BOX 11070 (29211) COLUMBIA SC 29201 |
| NIXON PEABODY | (COUNSEL TO AMERICAN STOCK TRANSFER & TRUST CO) ATTN: RICHARD C PEDONE ESQ; AMANDA D DARWIN ESQ 100 SUMMER ST BOSTON MA 02110 |
| O'MELVENY & MYERS LLP | (COUNSEL TO APOLLO GLOBAL MANAGEMENT LLC) ATTN: GEORGE A. DAVIS 7 TIMES SQUARE NEW YORK NY 10036 |
| O'MELVENY & MYERS LLP | (COUNSEL TO ANGELO GORDON, APOLLO, AND BROOKFIELD) ATTN: DANIEL S SHAMAH ESQ 7 TIMES SQUARE NEW YORK NY 10036 |
| O'MELVENY & MYERS LLP | (COUNSEL TO ANGELO GORDON, APOLLO, AND BROOKFIELD) ATTN: PETER FRIEDMAN ESQ AND ANDREW SORKIN ESQ 1625 EYE ST, NW WASHINGTON DC 20006 |
| OFFICE OF THE TEXAS ATTORNEY GENERAL | (COUNSEL TO PUBLIC UTILITY COMMISSION OF TEXAS) ATTN: HAL MORRIS & ASHLEY BARTRAM BANKRUPTCY REGULATORY SECTION BANKRUPTCY & COLLECTIONS DIVISION PO BOX 12548 AUSTIN TX 78711-2548 |
| OFFICE OF THE TEXAS ATTORNEY GENERAL | (COUNSEL TO TEXAS COMMISSION ON ENVIRONMENTAL QUALITY & RAILROAD COMMISSION) ATTN: HAL F MORRIS ESQ & ASHLEY BARTRAM ESQ BANKRUPTCY REGULATORY SECTION BANKRUPTCY & COLLECTIONS DIVISION PO BOX 12548 AUSTIN TX 78711-2548 |

| Claim Name | Address Information |
|---|---|
| OFFICE OF THE UNITED STATES ATTORNEY | ATTN: ELLEN SLIGHTS ESQ PO BOX 2046 WILMINGTON DE 19899-2046 |
| OFFICE OF THE UNITED STATES TRUSTEE | U.S. FEDERAL OFFICE BUILDING ATTN: ANDREA SCHWARTZ 201 VARICK STREET, SUITE 1006 NEW YORK NY 10014 |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: RICHARD L. SCHEPACARTER J. CALEB BOGGS FEDERAL BUILDING 844 KING STREET, SUITE 2207 – LOCKBOX #35 WILMINGTON DE 19801 |
| PACHULSKI STANG ZIEHL & JONES LLP | (COUNSEL TO INDENTURE TRUSTEE OF 11% & 11.75% SR) ATTN: LAURA DAVIS JONES ESQ; ROBERT FEINSTEIN ESQ PO BOX 8705 WILMINGTON DE 19899 |
| PATTERSON BELKNAP WEBB & TYLER LLP | (COUNSEL TO LAW DEBENTURE TRUST COMPANY OF NY) ATTN: DANIEL A LOWENTHAL ESQ; CRAIG W DENT ESQ BRIAN P GUINEY ESQ 1133 AVENUE OF THE AMERICAS NEW YORK NY 10036-6710 |
| PAUL WEISS RIFKIND WHARTON & GARRISON LLP | (COUNSEL TO AD HOC COMMITTEE OF TCEH FIRST LIEN) ATTN: ALAN KORNBERG; KELLEY CORNISH; BRIAN HERMANN JACOB ADLERSTEIN 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| PENSION BENEFIT GUARANTY CORPORATION (PBGC) | OFFICE OF THE CHIEF COUNSEL ATTN: DESIREE M AMADOR, ATTY 1200 K STREET, NW WASHINGTON DC 20005-4026 |
| PENSION BENEFIT GUARANTY CORPORATION (PBGC) | ATTN: JON CHATALIAN OFFICE OF THE CHIEF COUNSEL 1200 K STREET, NW WASHINGTON DC 20005-4026 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | (COUNSEL TO SOMERVELL COUNTY ET AL) ATTN: ELIZABETH BANDA CALVO ESQ 500 E BORDER ST STE 640 ARLINGTON TX 76010 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | (COUNSEL TO YOUNG CTY, GRAHAM ISD, GRAHAM HOSPITAL DISTRICT & NORTH CENTRAL TEXAS COLLEGE DISTRICT) ATTN: JEANMARIE BAER PO BOX 8188 WICHITA FALLS TX 76307 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | (COUNSEL TO GALENA PARK ISD) ATTN: OWEN M SONIK ESQ 1235 N LOOP WEST STE 600 HOUSTON TX 77008 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | (COUNSEL TO ISD: CAMERON, THORNDALE, BUCKHOLTS, COPPERAS COVE, MCALLEN; HIDALGO COUNTY ET AL) ATTN: JOHN T BANKS ESQ 3301 NORTHLAND DR STE 505 AUSTIN TX 78731 |
| POLSINELLI PC | (COUNSEL TO TCEH CREDITORS COMMITTEE) ATTN: CHRISTOPHER WARD ESQ, JUSTIN EDELSON ESQ SHANTI KATONA ESQ 222 DELAWARE AVE STE 1101 WILMINGTON DE 19801 |
| POPE HARDWICKE CHRISTIE SCHELL KELLY & RAY LLP | (COUNSEL TO TARRANT REGIONAL WATER DISTRICT & NORTH TEXAS MUNICIPAL WATER DISTRICT) ATTN: MICHAEL L. ATCHLEY; MATTHEW T. TAPLETT 500 W 7TH ST STE 600 FORT WORTH TX 76102 |
| POTTER ANDERSON & CORROON LLP | (COUNSEL TO DEUTSCHE BANK, AGENT TO DIP FINANCING) ATTN: JEREMY RYAN ESQ 1313 N MARKET ST 6TH FL PO BOX 951 WILMINGTON DE 19801 |
| PROSKAUER ROSE LLP | (OF COUNSEL TO ENERGY FUTURE HOLDINGS CORP) ATTN: JEFF J MARWIL ESQ, MARK K THOMAS ESQ PETER J YOUNG ESQ THREE FIRST NATIONAL PLAZA 70 W MADISON ST STE 3800 CHICAGO IL 60602 |
| PURDUE AWSUMB & BAUDLER PA | (COUNSEL TO BARR ENGINEERING CO) ATTN: AMY R BAUDLER 4700 W 77TH ST STE 240 MINNEAPOLIS MN 55435 |
| QUARLES & BRADY LLP | (COUNSEL TO TXU 2007-1 RAILCAR LEASING LLC) ATTN: HOHN A. HARRIS; JASON D. CURRY RENAISSANCE ONE TWO N CENTRAL AVE PHOENIX AZ 85004-2391 |
| REED SMITH LLP | (COUNSEL TO BANK OF NEW MELLON, PCRB TRUSTEE) ATTN: SARAH K KAM ESQ 599 LEXINGTON AVE 22ND FL NEW YORK NY 10022 |
| REED SMITH LLP | (COUNSEL TO THE BANK OF NEW YORK MELLON AND THE BANK OF NEW YORK MELLON TRUST COMPANY NA, AS INDENTURE TRUSTEES) ATTN: KURT F GWYNNE; KIMBERLY E.C. LAWSON ESQS 1201 MARKET ST STE 1500 WILMINGTON DE 19801 |
| REED SMITH LLP | (COUNSEL TO THE BANK OF NEW YORK MELLON SOLELY IN ITS CAPACITY AS TTEE RE ENUMERATED TRUSTS) ATTN: RICHARD A ROBINSON ESQ 1201 MARKET ST STE 1500 WILMINGTON DE 19801 |
| REED SMITH LLP | (COUNSEL TO THE BANK OF NEW YORK MELLON SOLELY IN ITS CAPACITY AS TRUSTEE UNDER ENUMERATED TRUST) INDENTURE TRUSTEES) ATTN: ROBERT P SIMONS ESQ REED SMITH CENTRE 225 FIFTH AVE STE 1200 PITTSBURGH PA 15222 |
| RIDDELL WILLIAMS P.S. | (COUNSEL TO MICROSOFT) ATTN: JOSEPH E SHICKICH JR & HILARY B MOHR ESQS 1001 – 4TH AVE STE 4500 SEATTLE WA 98154 |

| Claim Name | Address Information |
|---|---|
| ROPES & GRAY LLP | ATTN: MARK R SOMERSTEIN 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704 |
| ROSS ARONSTAM & MORITZ LLP | (COUNSEL TO ANGELO GORDON, APOLLO, AND BROOKFIELD) ATTN: BRADLEY ARONSTAM, BENJAMIN SCHLADWEILER ESQS 100 S WEST ST STE 400 WILMINGTON DE 19801 |
| SATTERLEE STEPHENS BURKE & BURKE LLP | (COUNSEL TO MOODY'S ANALYTICS) ATTN: CHRISTOPHER R BELMONTE ESQ AND PAMELA A BOSSWICK ESQ 230 PARK AVE NEW YORK NY 10169 |
| SAUL EWING LLP | (COUNSEL TO ELECTRIC RELIABILITY COUNCIL OF TEXAS/ ERCOT) ATTN: MARK MINUTI ESQ PO BOX 1266 WILMINGTON DE 19899 |
| SAUL EWING LLP | (COUNSEL TO JOHNSON MATTHEY) ATTN: LUCIAN B MURLEY ESQ 222 DELAWARE AVE STE 1200 WILMINGTON DE 19899 |
| SCHNADER HARRISON SEGAL & LEWIS LLP | (COUNSEL TO CCP CREDIT ACQUISITION/CENTERBRIDGE) ATTN: RICHARD A BARKASY ESQ 824 N MARKET ST STE 800 WILMINGTON DE 19801 |
| SECURITIES AND EXCHANGE COMMISSION | 100 F STREET, NE WASHINGTON DC 20549 |
| SEWARD & KISSEL LLP | (COUNSEL TO WILMINGTON TRUST NA, FIRST LIEN AGENT) ATTN: JOHN ASHMEAD, KALYAN DAS, ARLENE ALVES ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| SHEARMAN & STERLING LLP | (COUNSEL TO DEUTSCHE BANK, AGENT TO DIP FINANCING) ATTN: FREDERIC SOSNICK ESQ & NED SCHODEK ESQ 599 LEXINGTON AVE NEW YORK NY 10022 |
| SHEEHY LOVELACE & MAYFIELD, PC | (COUNSEL TO CENTRAL TEXAS SECURITY & FIRE EQUIPMENT, INC.) ATTN: STEVEN M. BURTON 510 N VALLEY MILLS DR STE 500 WACO TX 76710 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | (COUNSEL TO BOREALIS INFRASTRUCTURE) ATTN: JAY M GOFFMAN ESQ 4 TIMES SQUARE NEW YORK NY 10036-6522 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | (COUNSEL TO BOREALIS INFRASTRUCTURE MGMT INC) ATTN: MARK S CHEHI ESQ PO BOX 636 WILMINGTON DE 19899-0636 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | (COUNSEL TO BOREALIS INFRASTRUCTURE MGMT INC) ATTN: GEORGE N PANAGAKIS ESQ; CARL T TULLSON ESQ 155 N WACKER DR STE 2700 CHICAGO IL 60606-1720 |
| SMITH KATZENSTEIN & JENKINS LLP | (COUNSEL TO AIRGAS USA LLC & VALERO TEXAS POWER) ATTN: KATHLEEN M MILLER ESQ PO BOX 410 WILMINGTON DE 19899 |
| SNELL & WILMER LLP | (COUNSEL TO HEADWATERS RESOURCES INC) ATTN: DAVID E LETA ESQ 15 W SOUTH TEMPLE STE 1200 SALT LAKE CITY UT 84101-1547 |
| SQUIRE SANDERS (US) LLP | (COUNSEL TO ARCELORMITTLA USA LLC) ATTN: STEPHEN D. LERNER & ANDREW M. SIMON 221 E FOURTH ST STE 2900 CINCINNATI OH 45202 |
| STEFFES VINGIELLO & MCKENZIE LLC | (COUNSEL TO SETPOINT INTEGRATED SOLUTIONS) ATTN: NOEL STEFFES MELANCON ESQ 13702 COURSEY BLVD BLDG 3 BATON ROUGE LA 70817 |
| STREUSAND LANDON & OZBURN LLP | (COUNSEL TO ALLEN SHRODE) ATTN: SABRINA L. STREUSAND 811 BARTON SPRINGS RD STE 811 AUSTIN TX 78704 |
| SULLIVAN & CROMWELL LLP | (COUNSEL TO EFH CREDITORS COMMITTEE) ATTN: ANDREW G DIETDERICH, BRIAN D GLUECKSTEIN MICHAEL H TORKIN ESQS 125 BROAD ST NEW YORK NY 10004 |
| SULLIVAN HAZELTINE ALLINSON LLC | (COUNSEL TO HENRY PRATT COMPANY LLC) ATTN: ELIHU E. ALLINSON, III 901 N MARKET ST STE 1300 WILMINGTON DE 19801 |
| SUTHERLAND ASBILL & BRENNAN LLP | (COUNSEL TO TITUS COUNTY FRESH WATER SUPPLY DISTRICT NO. 1) ATTN: LINO MENDIOLA, III, ESQ. ONE AMERICAN CENTER 600 CONGRESS AVENUE, SUITE 2000 AUSTIN TX 78701 |
| TAYLOR ENGLISH DUMA LLP | (COUNSEL TO HENRY PRATT COMPANY LLC) ATTN: STEPHEN C GREENBERG ESQ 1600 PARKWOOD CIR STE 400 ATLANTA GA 30339 |
| TEXAS OFFICE OF PUBLIC UTILITY COUNSEL (OPUC) | BANKRUPTCY & COLLECTIONS DIVISION ATTN: JASON A STARKS, ASST ATTORNEY GENERAL PO BOX 12548 AUSTIN TX 78711-2548 |
| THE BANK OF NEW YORK MELLON | TRUST COMPANY ATTN: THOMAS VLAHAKIS,VP 385 RIFLE CAMP RD 3RD FL WOODLAND PARK NJ 07424 |
| THE BANK OF NEW YORK MELLON | TRUST COMPANY ATTN: RAFAEL MARTINEZ,VP – CSM 601 TRAVIS ST 16TH FL HOUSTON TX 77002 |
| THE BANK OF NEW YORK MELLON | TRUST COMPANY ATTN: DENNIS ROEMLEIN 601 TRAVIS ST 16TH FL HOUSTON TX 77002 |
| THE UNIVERSITY OF TEXAS SYSTEM | ON BEHALF OF THE UNIVERSITY OF TEXAS AT ARLINGTON OFFICE OF GENERAL COUNSEL ATTN: TRACI L COTTON ESQ 201 W SEVENTH ST AUSTIN TX 78701 |
| THOMPSON COBURN LLP | (COUNSEL TO MARTIN ENGINEERING COMPANY) ATTN: DAVID D. FARRELL ONE US BANK |

| Claim Name | Address Information |
|---|---|
| THOMPSON COBURN LLP | PLAZA, STE 3200 SAINT LOUIS MO 63101 |
| TRAVIS COUNTY | ATTN: KAY D. BROCK, ASSISTANT COUNTY ATTORNEY PO BOX 1748 AUSTIN TX 78767 |
| TROUTMAN SANDERS LLP | (COUNSEL TO WILMINGTON SAVINGS FUND SOCIETY, FSG, IN ITS CAPACITY AS SUCCESSOR INDENTURE TTEE (WSFS) ATTN: HUGH MCDONALD ESQ, LOUIS CURCIO ESQ AND BRETT GOODMAN ESQ 875 THIRD AVENUE NEW YORK NY 10022 |
| TUCKER ARENSBERG, PC | (COUNSEL TO THERMO FISHER) ATTN: JORDAN S. BLASK, LARA E. SHIPKOVITZ 1500 ONE PPG PLACE PITTSBURGH PA 15222 |
| TW TELECOM INC | ATTN: LINDA BOYLE 10475 PARK MEADOWS DR #400 LITTLETON CO 80124 |
| UMB BANK N.A. | ATTN: LAURA ROBERSON, VP 2 S BROADWAY STE 600 ST. LOUIS MO 63102 |
| UNION PACIFIC RAILROAD COMPANY | ATTN: MARY ANN KILGORE & JENNIE L. ANDERSON 1400 DOUGLAS ST STOP 1580 OMAHA NE 68179 |
| UNITED STATES DEPARTMENT OF JUSTICE | (COUNSEL TO THE UNITED STATES OF AMERICA) ATTN: ARI D KUNOFSKY ESQ & WARD W BENSON ESQ PO BOX 227 BEN FRANKLIN STATION WASHINGTON DC 20044 |
| UNITED STATES DEPARTMENT OF JUSTICE | (ON BEHALF OF UNITED STATES OF AMERICA, DEPT. OF AGRICULTURE, RURAL UTILITIES SERVICE) ATTN: MATTHEW J TROY ESQ CIVIL DIVISION PO BOX 875 BEN FRANKLIN STATION WASHINGTON DC 20044-0875 |
| UNITED STATES DEPARTMENT OF JUSTICE | (COUNSEL TO THE UNITED STATES OF AMERICA) FEDERAL COMMUNICATIONS COMMISSION ATTN: MATTHEW J TROY, CIVIL DIVISION PO BOX 875 BEN FRANKLIN STATION WASHINGTON DC 20044-0875 |
| UNITED STATES DEPARTMENT OF JUSTICE | (COUNSEL TO THE UNITED STATES OF AMERICA) ENVIRONMENTAL ENFORCEMENT SECTION, ENRD ATTN: ANNA GRACE AND BRANDON ROBERS, TRIAL ATTYS P.O. BOX 7611 WASHINGTON DC 20044-7611 |
| VARNUM LLP | (COUNSEL TO APPLABS) ATTN: MARY KAY SHAVER ESQ BRIDGEWATER PLACE PO BOX 352 GRAND RAPIDS MI 49501-0352 |
| VEDDER PRICE PC | (COUNSEL TO FIRST UNION RAIL CORPORATION) ATTN: MICHAEL L SCHEIN ESQ 1633 BROADWAY 47TH FL NEW YORK NY 10019 |
| VENABLE LLP | (COUNSEL TO PACIFIC INVESTMENT MANAGEMENT CO LLC) ATTN: JEFFREY S. SABIN ESQ 1270 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| VENABLE LLP | (COUNSEL TO PACIFIC INVESTMENT MANAGEMENT CO LLC) ATTN: JAMIE L. EDMONSON 1201 NORTH MARKET STREET WILMINGTON DE 19801 |
| WACHTELL LIPTON ROSEN & KATZ | (COUNSEL TO THE "EFH EQUITY INTEREST HOLDERS") ATTN: RICHARD MASON; EMIL KLEINHAUS; AUSTIN WITT 51 W 52ND ST NEW YORK NY 10019 |
| WEINSTEIN RADCLIFF LLP | (COUNSEL TO MARIO SINACOLA & SONS EXCAVATING INC) ATTN: GREGORY M WEINSTEIN ESQ 8350 N CENTRAL EXPY STE 1550 DALLAS TX 75206 |
| WEIR & PARTNERS LLP | (COUNSEL TO EVERCORE GROUP LLC) ATTN: JEFFREY S CIANCIULLI ESQ 824 N MARKET ST STE 800 WILMINGTON DE 19801 |
| WERB & SULLIVAN | (COUNSEL TO THE KANSAS CITY SOUTHERN RAILWAY) ATTN: "J" JACKSON SHRUM ESQ & DUANE D WERB ESQ PO BOX 25046 WILMINGTON DE 19899 |
| WHITE & CASE LLP | (COUNSEL TO AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS; AND LAW DEBENTURE) ATTN: J. CHRISTOPHER SHORE; GREGORY STARNER 1155 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| WHITE & CASE LLP | (COUNSEL TO AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS; AND LAW DEBENTURE) ATTN: THOMAS LAURIA ESQ; MATTHEW BROWN ESQ 200 S BISCAYNE BLVD STE 4900 MIAMI FL 33131 |
| WHITEFORD TAYLOR & PRESTON LLC | (COUNSEL TO SIMEIO) ATTN: L KATHERINE GOOD ESQ, CHATELLE D MCCLAMB ESQ THE RENAISSANCE CENTRE 405 N KING ST STE 500 WILMINGTON DE 19801 |
| WILMER CUTLER PICKERING HALE & DORR LLP | (COUNSEL TO MARATHON ASSET MGMT) ATTN: PHILIP ANKER ESQ & GEORGE SHUSTER ESQ 7 WORLD TRADE CENTER, 205 GREENWICH ST NEW YORK NY 10007 |
| WILMER CUTLER PICKERING HALE & DORR LLP | (COUNSEL TO CSC TRUST COMPANY OF DELAWARE AS IND. & COLLATERAL TTEE FOR 10% SR SECUR NOTES DUE 2020) ATTN: PHILIP D ANKER; CHARLES C PLATT; DENNIS L JENKINS & GEORGE W SHUSTER JR ESQ 7 WORLD TRADE CENTER 250 GREENWICH ST NEW YORK NY 10007 |
| WILMER CUTLER PICKERING HALE & DORR LLP | (COUNSEL TO MARATHON ASSET MGMT) ATTN: BENJAMIN LOVELAND ESQ 60 STATE ST BOSTON MA 02109 |

| Claim Name | Address Information |
| --- | --- |
| WILMINGTON SAVINGS FUND SOCIETY | ATTN: PATRICK J HEALY 500 DELAWARE AVENUE WILMINGTON DE 19801 |
| WILMINGTON TRUST FSB | ATTN: JEFFREY T. ROSE 50 S SIXTH ST STE 1290 MINNEAPOLIS MN 55402 |
| WINSTON & STRAWN LLP | (COUNSEL TO CHICAGO BRIDGE & IRON COMPANY N.V.) ATTN: DAVID NEIER, ESQ. 200 PARK AVE NEW YORK NY 10166 |
| WOMAC LAW | (COUNSEL TO 2603 AUGUST INVESTORS LP) ATTN: STACEY L KREMLING ESQ 8301 KATY FREEWAY HOUSTON TX 77024 |
| WOMBLE CARLYLE SANDRIDGE & RICE LLP | (COUNSEL TO CENTERPOINT) ATTN: STEVEN K KORTANEK; MARK L DESGROSSEILLIERS 222 DELAWARE AVE STE 1501 WILMINGTON DE 19801 |
| WOMBLE CARLYLE SANDRIDGE & RICE LLP | (COUNSEL TO 2603 AUGUST) ATTN: MARK L DESGROSSEILLIERS ESQ 222 DELAWARE AVE STE 1501 WILMINGTON DE 19801 |
| WOMBLE CARLYLE SANDRIDGE & RICE LLP | (COUNSEL TO AMECO, FLUOR, & AMERICAN EQUIPMENT) ATTN: FRANCIS A MONACO JR & KEVIN J MANGAN ESQS 222 DELAWARE AVE STE 1501 WILMINGTON DE 19801 |
| WOMBLE CARLYLE SANDRIDGE & RICE LLP | (COUNSEL TO ALLTITE) ATTN: KEVIN J MANGAN ESQ 222 DELAWARE AVE STE 1501 WILMINGTON DE 19801 |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | (COUNSEL TO AD HOC COMMITTEE OF TCEH FIRST LIEN) ATTN: PAULINE MORGAN; JOEL WAITE; RYAN BARTLEY; ANDREW MAGAZINER RODNEY SQUARE 1000 NORTH KING STREET WILMINGTON DE 19801 |

**Total Creditor count  218**

**EXHIBIT G**

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  November 18, 2015**

**NOTICE OF DEBTORS' THIRD NOTICE
OF CLAIMS SATISFIED IN FULL OR IN PART**

Page 1 of  10

**Exhibit A**

ALPHA BARNES REAL
[ADDRESS REDACTED]

AMY SMITH
[ADDRESS REDACTED]

APS AMERICA LLC
5151 E BROADWAY BLVD STE 1600
TUCSON, AZ  85711-3777

ARCHER CITY ISD
C/O PERDUE BRANDON FIELDER COLLINS MOTT
ATTN: JEANMARIE BAER
PO BOX 8188
WICHITA FALLS, TX  76307

ARLINGTON INDEPENDENT SCHOOL DISTRICT
C/O PERDUE BRANDON FIELDER COLLINS MOTT
ATTN: R. BRUCE MEDLEY
P.O. BOX 13430
ARLINGTON, TX  76094-0430

AT&T INC
PO BOX 5019
CAROL STREAM, IL  60197-5019

AT&T INC
PO BOX 5091
CAROL STREAM, IL  60197-5091

AT&T
PO BOX 105068
ATLANTA, GA  30348-5068

AT&T
PO BOX 105414
ATLANTA, GA  30348-5414

AT&T
PO BOX 5001
CAROL STREAM, IL  60197-5001

AT&T
PO BOX 5011
CAROL STREAM, IL  60197-5011

AT&T
PO BOX 5014
CAROL STREAM, IL  60197-5014

AT&T
PO BOX 5080
CAROL STREAM, IL  60197-5080

BAYLOR COUNTY
C/O PERDUE BRANDON FIELDER COLLINS MOTT
ATTN: JEANMARIE BAER
PO BOX 8188
WICHITA FALLS, TX  76307

BENJAMIN L & HEATHER L HARRISON
[ADDRESS REDACTED]

BLACKWELL INDEPENDENT SCHOOL DISTRICT
C/O PERDUE BRANDON FIELDER COLLINS MOTT
ATTN: R. BRUCE MEDLEY
P.O. BOX 13430
ARLINGTON, TX  76094-0430

BLUE RIDGE INDEPENDENT SCHOOL DISTRICT
C/O PERDUE BRANDON FIELDER COLLINS MOTT
ATTN: R. BRUCE MEDLEY
P.O. BOX 13430
ARLINGTON, TX  76094-0430

BNY MELLON ASSET SERVICING
PO BOX 371791
PITTSBURGH, PA  15251-7791

**NOTICE OF DEBTORS' THIRD NOTICE
OF CLAIMS SATISFIED IN FULL OR IN PART**

**Exhibit A**

BRECKENRIDGE ISD
C/O PERDUE BRANDON FIELDER COLLINS MOTT
ATTN: JEANMARIE BAER
PO BOX 8188
WICHITA FALLS, TX  76307

BREMOND BACK TO SCHOOL RALLY
PO BOX 343
BREMOND, TX  76629

BUKOWSKI BROTHERS PLUMBING
633 ESTHER
WACO, TX  76710

CAMERON INDEPENDENT SCHOOL DISTRICT
C/O PERDUE BRANDON FIELDER COLLINS MOTT
ATTN: JOHN T. BANKS
3301 NORTHLAND DRIVE, SUITE 505
AUSTIN, TX  78731

CASTLEROCK COMMUNITIES LP
7670 WOODWAY DR #300
HOUSTON, TX  77063

CCET
700 LAVACA ST STE 1400
AUSTIN, TX  78701-3102

CHARLES D FAVORS
[ADDRESS REDACTED]

CHARLES L DENNARD JR
[ADDRESS REDACTED]

CITY AND COUNTY OF DENVER/TREASURY
ATTN: KAREN KATROS, BANKRUPTCY ANALYST
201 W. COLFAX AVENUE
DEPARTMENT 1001
DENVER, CO  80202

CITY OF BENBROOK
C/O PERDUE BRANDON FIELDER COLLINS MOTT
ATTN: R. BRUCE MEDLEY
P.O. BOX 13430
ARLINGTON, TX  76094-0430

CITY OF CLEBURNE
C/O PERDUE BRANDON FIELDER COLLINS MOTT
ATTN: R. BRUCE MEDLEY
P.O. BOX 13430
ARLINGTON, TX  76094-0430

CITY OF GLEN ROSE
C/O PERDUE BRANDON FIELDER COLLINS MOTT
ATTN: R. BRUCE MEDLEY
P.O. BOX 13430
ARLINGTON, TX  76094-0430

CITY OF GRAPEVINE
C/O PERDUE BRANDON FIELDER COLLINS MOTT
ATTN: R. BRUCE MEDLEY
P.O. BOX 13430
ARLINGTON, TX  76094-0430

CITY OF GREENVILLE
C/O PERDUE BRANDON FIELDER COLLINS MOTT
ATTN: TAB BEALL
PO BOX 2007
TYLER, TX  75710-2007

CITY OF JOSHUA
C/O PERDUE BRANDON FIELDER COLLINS MOTT
ATTN: R. BRUCE MEDLEY
P.O. BOX 13430
ARLINGTON, TX  76094-0430

CITY OF MESQUITE & MESQUITE ISD
C/O SCHUERENBERG & GRIMES
120 W. MAIN, SUITE 201
MESQUITE, TX  75149

CLEBURNE INDEPENDENT SCHOOL DISTRICT
C/O PERDUE BRANDON FIELDER COLLINS MOTT
ATTN: R. BRUCE MEDLEY
P.O. BOX 13430
ARLINGTON, TX  76094-0430

CLEORA SHIVERS
[ADDRESS REDACTED]

Debtor: ENERGY FUTURE HOLDINGS CORP., et al.

Case #:  14-10979 (CSS)

Notices mailed by:  November 18, 2015

NOTICE OF DEBTORS' THIRD NOTICE
OF CLAIMS SATISFIED IN FULL OR IN PART

Page 3 of  10

**Exhibit A**

COLORADO CITY INDEPENDENT SCHOOL DIST.
C/O PERDUE BRANDON FIELDER COLLINS MOTT
ATTN: R. BRUCE MEDLEY
P.O. BOX 13430
ARLINGTON, TX  76094-0430

COLORADO CITY ISD
C/O PERDUE BRANDON FIELDER COLLINS MOTT
ATTN: R. BRUCE MEDLEY
P.O. BOX 13430
ARLINGTON, TX  76094-0430

COMMERCE INDEPENDENT SCHOOL DISTRICT
C/O PERDUE BRANDON FIELDER COLLINS MOTT
ATTN: TAB BEALL
PO BOX 2007
TYLER, TX  75710-2007

CONG DO
5035 N 131ST DR
KANSAS CITY, KS  66109

COOKE COUNTY APPRAISAL DISTRICT
C/O PERDUE BRANDON FIELDER COLLINS MOTT
ATTN: JEANMARIE BAER
PO BOX 8188
WICHITA FALLS, TX  76307

COPPERAS COVE ISD
C/O PERDUE BRANDON FIELDER COLLINS MOTT
ATTN: JOHN T. BANKS
3301 NORTHLAND DR, STE 505
AUSTIN, TX  78731

COUNTY OF HILL, TEXAS, THE
C/O MCCREARY VESELKA BRAGG & ALLEN P.C.
ATTN: LEE GORDON
P.O. BOX 1269
ROUND ROCK, TX  78680-1269

COUNTY OF LEON, TEXAS, THE, ET AL
C/O MCCREARY VESELKA BRAGG & ALLEN P.C.
ATTN: LEE GORDON
P.O. BOX 1269
ROUND ROCK, TX  78680-1269

COUNTY OF WILLIAMSON, TEXAS, THE, ET AL
C/O MCCREARY VESELKA BRAGG & ALLEN P.C.
ATTN: LEE GORDON
P.O. BOX 1269
ROUND ROCK, TX  78680-1269

CRAIG ANDERSON
[ADDRESS REDACTED]

CREEK POINT LIMITED PARTNERSHIP
3300 N MCDONALD ST
MCKINNEY, TX  75069

CT CORPORATION SYSTEM
PO BOX 4349
CAROL STREAM, IL  60197-4349

CURTIS HUMPHREY
6333 HIDDEN TRL
DALLAS, TX  75241-5925

DANIEL HICKS AND GAIL HICKS
[ADDRESS REDACTED]

DELANO TEXAS LP
13155 NOEL RD SUITE 825
DALLAS, TX  75240

DR BRUCE CARPENTER MD
[ADDRESS REDACTED]

D-TEC INC
PO BOX 3627
OLATHE, KS  66063

E R SEALY
[ADDRESS REDACTED]

Debtor: ENERGY FUTURE HOLDINGS CORP., et al.

Case #: 14-10979 (CSS)

Notices mailed by: November 18, 2015

NOTICE OF DEBTORS' THIRD NOTICE
OF CLAIMS SATISFIED IN FULL OR IN PART

Page 4 of 10

**Exhibit A**

EAGLE MOUNTAIN-SAGINAW ISD
C/O PERDUE BRANDON FIELDER COLLINS MOTT
ATTN: R. BRUCE MEDLEY
P.O. BOX 13430
ARLINGTON, TX  76094-0430

EL PASO COUNTY TREASURER
P.O. BOX 2018
COLORADO SPRINGS, CO  80901-2018

EMMA JANE WILLIAMS
[ADDRESS REDACTED]

EMMA LEE BEASLEY
[ADDRESS REDACTED]

ESI ACQUISITION INC
6451 N FEDERAL HWY SUITE 1000
FT LAUDERDALE, FL  33308

EVELYN ROBERTS
[ADDRESS REDACTED]

FAIRFIELD CHAMBER OF COMMERCE OF
FAIRFIELD TEXAS
PO BOX 899
FAIRFIELD, TX  75840

FAVILL FUNDING INTEREST LP
DBA FLAMINGO TERRACE APTS LLC
7430 SCHULLER
HOUSTON, TX  77093

FORT WORTH COWTOWN MARATHON
PO BOX 11565
FORT WORTH, TX  76110

FOUR SEASONS RESORT & CLUB
4150 N MACARTHUR BLVD
IRVING, TX  75038

FRANKLIN COUNTY
PO BOX 70
MT VERNON, TX  75457

FREESTONE COUNTY 4H ADULT
LEADER ASSOC
440 EAST MAIN ST BOX 10
ATTN ERIN HENSLEY
FAIRFIELD, TX  75840

FREESTONE COUNTY AGRILIFE
440 E MAIN ST STE 5
FAIRFIELD, TX  75840-4338

GRACE STANDARD C/O CARL STANDARD
[ADDRESS REDACTED]

GRAPEVINE-COLLEYVILLE ISD
C/O PERDUE BRANDON FIELDER COLLINS MOTT
ATTN: R. BRUCE MEDLEY
P.O. BOX 13430
ARLINGTON, TX  76094-0430

GREENVILLE INDEPENDENT SCHOOL DISTRICT
C/O PERDUE BRANDON FIELDER COLLINS MOTT
ATTN: TAB BEALL
PO BOX 2007
TYLER, TX  75710-2007

GROESBECK INDEPENDENT SCHOOL DISTRICT
C/O MCCREARY VESELKA BRAGG & ALLEN P.C.
ATTN: LEE GORDON
P.O. BOX 1269
ROUND ROCK, TX  78680-1269

GROESBECK LIONS CLUB
PO BOX 372
GROESBECK, TX  76642

Debtor: ENERGY FUTURE HOLDINGS CORP., et al.
Case #:  14-10979 (CSS)

Notices mailed by:  November 18, 2015

NOTICE OF DEBTORS' THIRD NOTICE
OF CLAIMS SATISFIED IN FULL OR IN PART

Page 5 of  10

**Exhibit A**

HAZEL GREEN
3509 HOLDER ST
FT WORTH, TX  76118

HCB INC
CNB TRUST DEPT
PO BOX 1009
HENDERSON, TX  75653-1009

HEARNE ISD PROJECT GRADUATION
1201 WEST BROWN ST
HEARNE, TX  77859

HIGH PLAINS RADIOLOGY
PO BOX 3780
AMARILLO, TX  79116

HILL COUNTY APPRAISAL DISTRICT ET AL
C/O MCCREARY VESELKA BRAGG & ALLEN P.C.
ATTN: LEE GORDON
P.O. BOX 1269
ROUND ROCK, TX  78680-1269

HOUSTON COUNTY TAX OFFICE
C/O PERDUE BRANDON FIELDER COLLINS MOTT
ATTN: TAB BEALL
PO BOX 2007
TYLER, TX  75710-2007

INEZE SQUIRES
[ADDRESS REDACTED]

IPC SYSTEMS INC
PO BOX 26644
NEW YORK, NY  10087-6644

IPSOS-ASI INC
PO BOX 30764
NEW YORK, NY  10087-0764

J C MCNEILL
[ADDRESS REDACTED]

JAMES DAVID FOSTER ETUX
[ADDRESS REDACTED]

JAMES LOCKHART
[ADDRESS REDACTED]

JAMES RANDALL LUMMUS
PO BOX 300
TEAGUE, TX  75860

JEFFERSON COUNTY TREASURER
100 JEFFERSON COUNTY PARKWAY #2520
GOLDEN, CO  80419-2520

JOE MILES
[ADDRESS REDACTED]

JOHN E WILLIAMS
[ADDRESS REDACTED]

JOSHUA INDEPENDENT SCHOOL DISTRICT
C/O PERDUE BRANDON FIELDER COLLINS MOTT
ATTN: R. BRUCE MEDLEY
P.O. BOX 13430
ARLINGTON, TX  76094-0430

KATHRYN L SHULL
[ADDRESS REDACTED]

**NOTICE OF DEBTORS' THIRD NOTICE
OF CLAIMS SATISFIED IN FULL OR IN PART**

**Exhibit A**

KC SPRING CREEK APARTMENTS LP
DBA THE GIOVANNA APARTMENTS
1800 E SPRING CREEK PARKWAY
PLANO, TX  75074

KENNETH BRADLEY
[ADDRESS REDACTED]

KENNETH MORRIS & MARTHA HEARD
[ADDRESS REDACTED]

KEVEN RICHARDSON
[ADDRESS REDACTED]

KIMBERLY BREVARD REYNOLDS
100 EASTRIDGE RD
KILGORE, TX  75662

KOSSE ROPING CLUB
7286 FM 339 SOUTH
KOSSE, TX  77653

KRYSTAL WOOD
3637 TIMBERGLEN RD APT 2215
DALLAS, TX  75287

L A WATSON
[ADDRESS REDACTED]

L D WRIGHT ESTATE
[ADDRESS REDACTED]

LA QUINTA INN #0505
4015 SW FWY (HWY 59)
HOUSTON, TX  77027

LA QUINTA INN #0558
1002 S EXPWY
HARLINGEN, TX  78552

LA QUINTA INN #0960
4001 SCOTS LEGACY DRIVE
ARLINGTON, TX  76015

LARIMER COUNTY TREASURER
ATTN: VICKY GLASS
PO BOX 1250
FORT COLLINS, CO  80522

LAUREN LONG HALL
[ADDRESS REDACTED]

LINDA GAY PEARCE CONE
[ADDRESS REDACTED]

LINDA GENOLA
7296 COUNTY ROAD 4837
LARUE, TX  75770

LOGAN COUNTY TREASURER
PATRICIA BARTLETT
315 MAIN STREET
STERLING, CO  80751

LOGAN COUNTY TREASURER
PO BOX 1151
STERLING, CO  80751

Debtor: **ENERGY FUTURE HOLDINGS CORP.**, et al.

Case #:  **14-10979 (CSS)**

Notices mailed by:  **November 18, 2015**

**NOTICE OF DEBTORS' THIRD NOTICE
OF CLAIMS SATISFIED IN FULL OR IN PART**

Page 7 of  10

**Exhibit A**

MAMMIE R WATSON & DAVID H WATSON
[ADDRESS REDACTED]

MANSFIELD INDEPENDENT SCHOOL DISTRICT
C/O PERDUE BRANDON FIELDER COLLINS MOTT
ATTN: R. BRUCE MEDLEY
P.O. BOX 13430
ARLINGTON, TX  76094-0430

MARY ANN CLEMMONS
[ADDRESS REDACTED]

MAXINE KROLL ESTATE
[ADDRESS REDACTED]

MIDWAY TOWNHOMES LTD
PO BOX 1625
WACO, TX  76703

MITCHELL COUNTY
C/O PERDUE BRANDON FIELDER COLLINS MOTT
ATTN: R. BRUCE MEDLEY
P.O. BOX 13430
ARLINGTON, TX  76094-0430

MORGAN COUNTY TREASURER
PO BOX 593
FORT MORGAN, CO  80701

MR & MRS JOHN KOMANDOSKY
[ADDRESS REDACTED]

MT PLEASANT RODEO ASSOCIATION
PO BOX 304
MOUNT PLEASANT, TX  75456

NEUNDORFER, INC.
ATTN: JEAN OCKULY
4590 HAMANN PARKWAY
WILLOUGHBY, OH  44094

NEWBERRY EXECUTIVE SOLUTIONS LLC
14902 PRESTON RD STE 404118
DALLAS, TX  75254

NOLAN COUNTY
C/O PERDUE BRANDON FIELDER COLLINS MOTT
ATTN: R. BRUCE MEDLEY
P.O. BOX 13430
ARLINGTON, TX  76094-0430

NORTH STAR REAL ESTATE SERVICES
DBA FALL LAKE APTS
1415 GREENS PKWY
HOUSTON, TX  77067-4000

NORTH STAR REAL ESTATE SERVICES
DBA THE WORTHINGTON
1415 GREENS PKWY
HOUSTON, TX  77067-4000

OLA WORSHAM
[ADDRESS REDACTED]

OTERO COUNTY
13 W. THIRD STREET
LA JUNTA, CO  81050-1536

OTIS ELEVATOR COMPANY, ET AL
ATTN: TREASURY SERVICES - CREDIT/
COLLECTIONS - 1ST FLOOR
1 FARM SPRINGS
FARMINGTON, CT  06032

PAM WOOD
[ADDRESS REDACTED]

Debtor: ENERGY FUTURE HOLDINGS CORP., et al.

Case #:  14-10979 (CSS)

Notices mailed by:  November 18, 2015

NOTICE OF DEBTORS' THIRD NOTICE
OF CLAIMS SATISFIED IN FULL OR IN PART

Page 8 of  10

**Exhibit A**

| | | |
|---|---|---|
| PAMELA A DENSON<br>[ADDRESS REDACTED] | PANOLA COUNTY<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>ATTN: TAB BEALL<br>PO BOX 2007<br>TYLER, TX  75710-2007 | PATRICIA WRIGHT<br>262 PRIVATE ROAD 5483<br>MEXIA, TX  76667 |
| PAULA MCNEILL<br>[ADDRESS REDACTED] | PLEASANT CREEK CORNERS ASSOC<br>DBA PLEASANT CREEK APARTMENTS<br>BRANDON MILL OFFICE<br>8081 MARVIN D LOVE FREEWAY<br>DALLAS, TX  75237 | QUESTCARE MEDICAL SERVICES<br>PO BOX 201611<br>DALLAS, TX  75320-1611 |
| RAYNALDO PARTIDA<br>1124 HIDDEN LAKE DR<br>BURLESON, TX  76028-6061 | RICHARD WEIGN BREVARD<br>241 COUNTY ROAD 212<br>BECKVILLE, TX  75631 | RICHARDSON INDEPENDENT SCHOOL DISTRICT<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>ATTN: R. BRUCE MEDLEY<br>P.O. BOX 13430<br>ARLINGTON, TX  76094-0430 |
| RON DAFFAN<br>[ADDRESS REDACTED] | RON GILBERT<br>8027 BEECH PARK LN<br>HOUSTON, TX  77083 | ROUND ROCK ISD<br>C/O LINEBARGER GOGGAN BLAIR SAMPSON,<br>LLP<br>ATTN: DIANE W. SANDERS<br>P.O. BOX 17428<br>AUSTIN, TX  78760-7428 |
| RURAL RENTAL HOUSING ASSOC. OF TEXAS<br>417-C WEST CENTRAL<br>TEMPLE, TX  76501 | SALLY THOMPSON AND JAKE THOMPSON<br>[ADDRESS REDACTED] | SHERIDAN PARK<br>[ADDRESS REDACTED] |
| SHERRY A BROWN<br>[ADDRESS REDACTED] | SMITH WELCH MEMORIAL LIBRARY<br>[ADDRESS REDACTED] | SOMERVELL COUNTY<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>ATTN: R. BRUCE MEDLEY<br>P.O. BOX 13430<br>ARLINGTON, TX  76094-0430 |

Debtor: ENERGY FUTURE HOLDINGS CORP., et al.

Case #:  14-10979 (CSS)

Notices mailed by:  November 18, 2015

NOTICE OF DEBTORS' THIRD NOTICE
OF CLAIMS SATISFIED IN FULL OR IN PART

Page 9 of  10

**Exhibit A**

SOUTHERN TIRE MART #49
529 INDUSTRIAL PARK RD
COLUMBIA, MS  39429-8783

SOUTHERN TIRE MART
3259 GREIG DR I 35
WACO, TX  76706

SOUTHERN TIRE MART
3259 GREIG DR
WACO, TX  76706

SOUTHERN TIRE MART
3744 WEST LOOP 281
LONGVIEW, TX  75604

SOUTHERN TIRE MART
529 INDUSTRIAL PARK RD
COLUMBIA, MS  39429-8783

SOUTHERN TIRE MART
9665 US 290 E
AUSTIN, TX  78724

SOUTHERN TIRE MART, LLC
529 INDUSTRIAL PARK ROAD
COLUMBIA, MS  39429

ST JOSEPH REGIONAL HEALTH CENTER
2801 FRANCISCAN
BRYAN, TX  77802-2544

ST JOSEPH REGIONAL HEALTH CENTER
PO BOX 202536
DALLAS, TX  75320-2536

STEPHANIE MULLIN
[ADDRESS REDACTED]

SWEETWATER INDEPENDENT SCHOOL DISTRICT
C/O PERDUE BRANDON FIELDER COLLINS MOTT
ATTN: R. BRUCE MEDLEY
P.O. BOX 13430
ARLINGTON, TX  76094-0430

TERRY NICHOLAS
[ADDRESS REDACTED]

TES INCORPORATED
3928 BUENA VISTA CIRCLE
GRANBURY, TX  76049

TEXAS ASSOCIATION OF APPRAISAL
DISTRICTS
7700 CHEVY CHASE DR
BLDG ONE STE 425
AUSTIN, TX  78752-1558

TEXAS POINTE ROYALE APARTMENTS
11315 FONDREN
HOUSTON, TX  77035

TIMBER RIDGE HOUSING II LTD
18729 FM 1887
HEMPSTEAD, TX  77449

TIMBER RIDGE HOUSING LTD
18729 FM 1887
HAMPSTEAD, TX  77445

TOWN OF PANTEGO
C/O PERDUE BRANDON FIELDER COLLINS MOTT
ATTN: R. BRUCE MEDLEY
P.O. BOX 13430
ARLINGTON, TX  76094-0430

**NOTICE OF DEBTORS' THIRD NOTICE
OF CLAIMS SATISFIED IN FULL OR IN PART**

**Exhibit A**

TRANSWESTERN
1900 WEST LOOP SOUTH
STE# 1300
HOUSTON, TX  77027

TRANSWESTERN
5001 SPRING VALLEY ROAD STE 400W
DALLAS, TX  75244

TRAVIS COUNTY
ATTN: KAY D. BROCK
P.O. BOX 1748
AUSTIN, TX  78767

TYLER INDEPENDENT SCHOOL DISTRICT
C/O PERDUE BRANDON FIELDER COLLINS MOTT
ATTN: TAB BEALL
PO BOX 2007
TYLER, TX  75710-2007

WANDA BRANDES
[ADDRESS REDACTED]

WARD COUNTY
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ATTN: DAVID G. AELVOET
711 NAVARRO ST, STE 300
SAN ANTONIO, TX  78205

WESTWOOD RESIDENTIAL
DBA SCOTLAND YARD APARTMENTS
2250 HOLLY HALL
HOUSTON, TX  77054

WICHITA COUNTY
C/O PERDUE BRANDON FIELDER COLLINS MOTT
ATTN: JEANMARIE BAER
PO BOX 8188
WICHITA FALLS, TX  76307

YOUNG COUNTY
C/O PERDUE BRANDON FIELDER COLLINS MOTT
ATTN: JEANMARIE BAER
PO BOX 8188
WICHITA FALLS, TX  76307

Total Parties: 171

**EXHIBIT H**

**NOTICE OF DEBTORS' THIRD NOTICE
OF CLAIMS SATISFIED IN FULL OR IN PART**

**Exhibit B**

4-STAR HOSE AND SUPPLY, INC.
PO BOX 541356
DALLAS, TX  75354-1356

6425 GESS LTD
DBA CARLINGFORD PHASE II
6425 SOUTH GESSNER
HOUSTON, TX  77036

ADELE WEAVER
[ADDRESS REDACTED]

AD-GIFTS/EMBROID ART
2506 UNIVERSITY BLVD.
TYLER, TX  75701

AHF ASPEN CHASE LLC
DBA ASPEN CHASE APARTMENTS
11760 FERGUSON RD
DALLAS, TX  75228

AHF COMMUNITY DEVELOPMENT LLC
DBA ASTON BROOK
6919 PORTWEST STE 160
HOUSTON, TX  77024

AHF COMMUNITY DEVELOPMENT LLC
DBA FOUNTAINGATE
6919 PORTWEST STE 160
HOUSTON, TX  77024

AHF COMMUNITY DEVELOPMENT LLC
DBA NORTHWOODS
6919 PORTWEST STE 160
HOUSTON, TX  77024

AHF COMMUNITY DEVELOPMENT LLC
DBA RIDGE AT WILLOWCHASE
6919 PORTWEST STE 160
HOUSTON, TX  77024

AHF COMMUNITY DEVELOPMENT LLC
DBA SHADOWRIDGE VILLAGE
6919 PORTWEST STE 160
HOUSTON, TX  77024

AHF COMMUNITY DEVELOPMENT LLC
DBA WOODEDGE
6919 PORTWEST STE 160
HOUSTON, TX  77024

AHL PRINCETON LLC
DBA PRINCETON
6919 PORTWEST STE 160
HOUSTON, TX  77024

AIRGAS USA, LLC
ATTN: TIFFANY JEANS
110 W. 7TH STREET, SUITE 1300
TULSA, OK  74119

AIRGAS USA, LLC
KATHLENN M. MILLER
PO BOX 410
WILMINGTON, DE  19899

ALEX L SPENCER SR
[ADDRESS REDACTED]

ALLIED WASTE/REPUBLIC SERVICES
ATTN: GENERAL COUNSEL
18500 N ALLIED WAY
PHOENIX, AZ  85054

ALVIN E GLENN & LINDA GLENN
[ADDRESS REDACTED]

AMELIA G FUSSELL
[ADDRESS REDACTED]

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #:  14-10979 (CSS)**

**NOTICE OF DEBTORS' THIRD NOTICE OF CLAIMS SATISFIED IN FULL OR IN PART**

**Notices mailed by:  November 18, 2015**

**Exhibit B**

| | | |
|---|---|---|
| AMY MCDONOUGH<br>[ADDRESS REDACTED] | ANGELA M DOROUGH<br>[ADDRESS REDACTED] | ANGUS SYSTEMS GROUP INC<br>1273 BOUND BROOK RD STE 11<br>MIDDLESEX, NJ  08846-1490 |
| ARBILL INDUSTRIES<br>10450 DRUMMOND ROAD<br>PHILADELPHIA, PA  19154 | AVIS BOX<br>[ADDRESS REDACTED] | AXWAY INC<br>DEP 0469<br>PO BOX 120469<br>DALLAS, TX  75315-0469 |
| BABCOCK & WILCOX POWER GENERATION<br>GROUP<br>ATTN: JENNIFER SCHREIBER<br>20 SOUTH VAN BUREN AVE<br>BARBERTON, OH  44203 | BARBARA LANCASTER<br>[ADDRESS REDACTED] | BAYLESS AUTO SUPPLY<br>357 W COMMERCE ST<br>FAIRFIELD, TX  75840 |
| BENETTE SIMON MORELAND<br>[ADDRESS REDACTED] | BERNICE SIMON<br>[ADDRESS REDACTED] | BEVERLY K MILLER<br>[ADDRESS REDACTED] |
| BILLY LYNN<br>[ADDRESS REDACTED] | BILLY W ARNOLD<br>[ADDRESS REDACTED] | BLUEBONNET ELECTRIC COOPERATIVE<br>P.O. BOX 729<br>BASTROP, TX  78602 |
| BOBBY R & GAYLE FAULKNER<br>[ADDRESS REDACTED] | BOBBYE MARIE WARRICK BURKHART<br>[ADDRESS REDACTED] | BUSINESS INTERIORS<br>1111 VALLEY VIEW LANE<br>IRVING, TX  75015-2121 |

Debtor: ENERGY FUTURE HOLDINGS CORP., et al.

Case #:  14-10979 (CSS)

Notices mailed by:  November 18, 2015

NOTICE OF DEBTORS' THIRD NOTICE
OF CLAIMS SATISFIED IN FULL OR IN PART

Page 3 of  15

**Exhibit B**

C J WRIGHT
[ADDRESS REDACTED]

CALVERT CHAMBER OF COMMERCE
PO BOX 132
300 MAIN ST HWY 6
CALVERT, TX  77837

CANTU FOODS & SUPPLY
1601 BRYAN ST #210
DALLAS, TX  75201-3480

CARLOS OLIVO
[ADDRESS REDACTED]

CAROLYN ALLUMS
[ADDRESS REDACTED]

CARRIE GRAY
[ADDRESS REDACTED]

CARTER NORRIS LANGFORD JR
[ADDRESS REDACTED]

CASEY AND COURTNEY ASHMORE
[ADDRESS REDACTED]

CASSIDY TURLEY, INC.
C/O SETTLE POU
ATTN: DAVID M. O'DENS & MICHAEL P. MENTO
3333 LEE PARKWAY, EIGHTH FLOOR
DALLAS, TX  75219

CAT GLOBAL MINING
C/O CATERPILLAR INC.
100 N.E. ADAMS STREET
PEORIA, IL  61629-7310

CDW
ATTN: RONELLE ERICKSON
200 N. MILWAUKEE AVE
VERNON HILLS, IL  60061

CHARLES MOORE
[ADDRESS REDACTED]

CHARRLA SMITH
[ADDRESS REDACTED]

CHEMTEX INDUSTRIAL
ATTN: JERRY PAUL FUDGE
117 EDGEWOOD ST
LONGVIEW, TX  75604

CHRISTOPHER D AND LORI BAKER
[ADDRESS REDACTED]

CHRISTOPHER RYAN HARVEY
[ADDRESS REDACTED]

CINDY L MURRAY
[ADDRESS REDACTED]

CITY OF DALLAS - CITY ATTORNEY'S OFFICE
ATTN: MARK BAGGETT
1500 MARILLA STREET, 7BN
DALLAS, TX  75201

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  November 18, 2015**

**Exhibit B**

CITY OF DALLAS - CITY ATTORNEY'S OFFICE
CRYSTAL TREVINO
1500 MARILLA STREET, 2DS
DALLAS, TX  75201

CLAIMS RECOVERY GROUP LLC
TRANSFEROR: ABLE COMMUNICATIONS, INC.
92 UNION AVENUE
CRESSKILL, NJ  07626

CLAIMS RECOVERY GROUP LLC
TRANSFEROR: CENTRAL TEXAS SECURITY &
FIRE & EQUIPMENT, INC.
92 UNION AVENUE
CRESSKILL, NJ  07626

CLAIMS RECOVERY GROUP LLC
TRANSFEROR: STANLEY CONSULTANTS INC
92 UNION AVENUE
CRESSKILL, NJ  07626

CLEM SIMON
[ADDRESS REDACTED]

COLETHA HAINES
[ADDRESS REDACTED]

COMPETITRACK INC
PO BOX 29220
NEW YORK, NY  10087-9220

CONTINENTAL WIRELESS INC
10455 VISTA PARK RD
DALLAS, TX  75238-1645

CONVERGENT OUTSOURCING INC.
C/O MOSS & BARNETT
ATTN: ISSA K. MOE, ESQ.
150 SOUTH FIFTH STREET, SUITE 1200
MINNEAPOLIS, MN  55402

CORA BELL WILLIAMS
[ADDRESS REDACTED]

CREATIVE SPARK
2531 23RD ST
SAN FRANCISCO, CA  94116

CYNTHIA ABBOTT
[ADDRESS REDACTED]

DARRELL W AND STACI L TROJACEK
[ADDRESS REDACTED]

DAVID RICHARDSON
[ADDRESS REDACTED]

DAVID SHUMATE JR & TANYA SHUMATE
[ADDRESS REDACTED]

DBA ALL PRO AUTOMOTIVE
701 US HIGHWAY 79 N
HENDERSON, TX  75652-6107

DENNIS DALE & BILLIE J CARPENTER
[ADDRESS REDACTED]

DIANA SPHAR
[ADDRESS REDACTED]

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**
**Case #:  14-10979 (CSS)**

**Notices mailed by:  November 18, 2015**

NOTICE OF DEBTORS' THIRD NOTICE
OF CLAIMS SATISFIED IN FULL OR IN PART

Page 5 of  15

**Exhibit B**

DISTRIBUTION NOW L.P.
ATTN: MS. KORI MILLS
7402 N. ELDRIDGE PARKWAY
HOUSTON, TX  77041

DNOW L.P.
C/O DISTRIBUTION NOW L.P.
ATTN: MS. KORI MILLS
7402 N. ELDRIDGE PARKWAY
HOUSTON, TX  77041

DON LEACH
[ADDRESS REDACTED]

DOROTHY GLASGOW ESTATE
[ADDRESS REDACTED]

DOROTHY JEAN JONES
[ADDRESS REDACTED]

DOROTHY WRIGHT
[ADDRESS REDACTED]

DR MICHAEL E JOHNSON SR
[ADDRESS REDACTED]

DRAPER TIPPS
[ADDRESS REDACTED]

DRESSER, INC.
C/O REISMAN LAW FIRM LLC
ATTN: GLENN M. REISMAN, ESQ.
12 OLD HOLLOW ROAD, SUITE B
TRUMBULL, CT  06611

DUNNIER, JEFF
C/O EAST TEXAS WILDLIFE DAMAGE CONTROL
5286 HARRIS LAKE RD
MARSHALL, TX  75672

DXP ENTERPRISES INC
7272 PINEMONT
HOUSTON, TX  77040

EARNESTINE E ANDERSON
[ADDRESS REDACTED]

EDDIE & JOY APPLEGATE
[ADDRESS REDACTED]

EDDIE WRIGHT
[ADDRESS REDACTED]

EDGAR GOODGION
[ADDRESS REDACTED]

ELECTROMARK
JOANNE WILLIAMS, ASST. GENERAL COUNSEL
C/O BRADY CORPORATION
6555 W. GOOD HOPE RD.
MILWAUKEE, WI  53223

ELECTROMARK
PO BOX 571
MILWAUKEE, WI  53201-0571

ELIZABETH SELLS
[ADDRESS REDACTED]

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**
**Case #:  14-10979 (CSS)**

**Notices mailed by:  November 18, 2015**

**NOTICE OF DEBTORS' THIRD NOTICE**
**OF CLAIMS SATISFIED IN FULL OR IN PART**

**Exhibit B**

| | | |
|---|---|---|
| ELLA D THOMPSON MAPLES<br>[ADDRESS REDACTED] | EMILE STERNBERG<br>[ADDRESS REDACTED] | ENERFLEX ENERGY SYSTEMS INC.<br>10815 TELGE RD<br>HOUSTON, TX  77095-5038 |
| ESTATE OF EARLY & B W REECE<br>[ADDRESS REDACTED] | ESTATE OF EARLY & B W REECE<br>[ADDRESS REDACTED] | ESTATE OF LOLA B WILLIAMS, THE<br>[ADDRESS REDACTED] |
| FASTENAL<br>PO BOX 978<br>WINONA, MN  55987-0978 | FASTENAL<br>PO BOX 978<br>WINONA, MN  55987-0978 | FASTENAL<br>PO BOX 978<br>WINONA, MN  55987-0978 |
| FASTENAL<br>PO BOX 978<br>WINONA, MN  55987-0978 | FAY FERGUSON<br>[ADDRESS REDACTED] | FAY FERGUSON<br>[ADDRESS REDACTED] |
| FE MORAN, INC. SPECIAL HAZARD SYSTEMS<br>2265 CARLSON DR<br>NORTHBROOK, IL  60062-6705 | FLOYD & TOMMIE M GREENEY<br>[ADDRESS REDACTED] | GABRIEL JORDAN CHEVROLET<br>1704 KILGORE DR<br>HENDERSON, TX  75652 |
| GENESTER RHYMES<br>[ADDRESS REDACTED] | GENEVA LARRY<br>[ADDRESS REDACTED] | GEORGIA MAE JOHNSON ESTATE<br>[ADDRESS REDACTED] |

NOTICE OF DEBTORS' THIRD NOTICE
OF CLAIMS SATISFIED IN FULL OR IN PART

**Exhibit B**

| | | |
|---|---|---|
| GLOBAL RAIL SYSTEMS, INC<br>C/O ARCHER & GREINER, PC<br>ATTN: JERROLD S. KULBACK, ESQ.<br>ONE CENTENNIAL SQUARE<br>HADDONFIELD, NJ  08033 | GRAYSON ABBOTT<br>[ADDRESS REDACTED] | GROVER TYLER ESTATE<br>[ADDRESS REDACTED] |
| H M & GLADYS LILLIAN SMITH<br>[ADDRESS REDACTED] | HANNAH SIMONS ARNETT<br>[ADDRESS REDACTED] | HANNAH SIMONS ARNETT<br>[ADDRESS REDACTED] |
| HARRY & BOBBYE LUNSFORD<br>[ADDRESS REDACTED] | HELEN IRVING OEHLER TRUST<br>[ADDRESS REDACTED] | HERBERT BANKS<br>[ADDRESS REDACTED] |
| HERSCHEL D CHRISTIAN<br>[ADDRESS REDACTED] | HIGHWAY MACHINE CO INC<br>ATTN: JANET FISHER<br>3010 S OLD US HWY 41<br>PRINCETON, IN  47670 | HUGH M HENSON<br>[ADDRESS REDACTED] |
| INSTRUMENT AND VALVE SERVICES COMPANY<br>ATTN: JOSEPH MIKSCHE<br>8000 NORMAN CENTER DR.<br>SUITE 1200<br>BLOMMINGTON, MN  55437 | ISAIAH SIMON<br>[ADDRESS REDACTED] | J D WRIGHT<br>[ADDRESS REDACTED] |
| J R HANES<br>[ADDRESS REDACTED] | JACK W BARNETT<br>[ADDRESS REDACTED] | JACK WELDON<br>[ADDRESS REDACTED] |

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  November 18, 2015**

**Exhibit B**

| | | |
|---|---|---|
| JAKE H FEARS DECEASED<br>[ADDRESS REDACTED] | JAMES & JUDY FOSTER<br>[ADDRESS REDACTED] | JAMES A SHARP<br>[ADDRESS REDACTED] |
| JAMES F & JAMIE F MONDELLO<br>[ADDRESS REDACTED] | JAMES MCCURDY<br>[ADDRESS REDACTED] | JAMES SPROUSE<br>[ADDRESS REDACTED] |
| JAMES WRIGHT<br>[ADDRESS REDACTED] | JAN JOHNSON SHEETS<br>[ADDRESS REDACTED] | JANET CONWAY<br>[ADDRESS REDACTED] |
| JEREMY FAVORS<br>[ADDRESS REDACTED] | JERRY & DELMA C HAMILTON<br>[ADDRESS REDACTED] | JERRY D & TALMA DILL<br>[ADDRESS REDACTED] |
| JERRY NORTON<br>[ADDRESS REDACTED] | JERRYE STEWARD PERSFUL<br>[ADDRESS REDACTED] | JESSIE C FAVORS<br>[ADDRESS REDACTED] |
| JESSIE MAE SIMON ESTATE<br>[ADDRESS REDACTED] | JIM ANDERSON ESTATE<br>[ADDRESS REDACTED] | JIMMY L MCKINNEY<br>[ADDRESS REDACTED] |

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**
**Case #:  14-10979 (CSS)**

**Notices mailed by:  November 18, 2015**

**NOTICE OF DEBTORS' THIRD NOTICE**
**OF CLAIMS SATISFIED IN FULL OR IN PART**

Page 9 of  15

**Exhibit B**

JO ANN WALTERS INDV AND AS IND
[ADDRESS REDACTED]

JOHN & ANN HULSE
[ADDRESS REDACTED]

JOHN J & BETTY HEFFERNAN
[ADDRESS REDACTED]

JOHN WRIGHT
[ADDRESS REDACTED]

JOHNNY EARL BROOKS
[ADDRESS REDACTED]

JOHNNY MILES
[ADDRESS REDACTED]

KAY ANN MCKINNEY TRUST
[ADDRESS REDACTED]

KENNETH AND DORIS I KEITH
[ADDRESS REDACTED]

KENNETH K KENNY II TRUST
[ADDRESS REDACTED]

KEVIN W FOSTER
[ADDRESS REDACTED]

LABORATORY QUALITY SERVICES
INTERNATIONAL
16130 VAN DRUNEN ROAD
SOUTH HOLLAND, IL  60473

LAJUAN JENNINGS
[ADDRESS REDACTED]

LANNY & RENEA FREEMAN
[ADDRESS REDACTED]

LILLIAN M MCELROY
[ADDRESS REDACTED]

LINDA KAY WICKER
[ADDRESS REDACTED]

LUBERTA MENEFEE ESTATE
[ADDRESS REDACTED]

LUDVINA CARVAJAL
[ADDRESS REDACTED]

LURLINE F KIRKENDALL
[ADDRESS REDACTED]

**NOTICE OF DEBTORS' THIRD NOTICE**
**OF CLAIMS SATISFIED IN FULL OR IN PART**

**Exhibit B**

LUTHER BRIGHTWELL ESTATE
[ADDRESS REDACTED]

M S BOWEN DECD
[ADDRESS REDACTED]

MAIL SYSTEMS MANAGEMENT ASSN
PO BOX 764264
DALLAS, TX  75376


MARIE S BROWN ESTATE
[ADDRESS REDACTED]

MARK WOOD
[ADDRESS REDACTED]

MARVIN & ROWANA STARR SOILEAU
[ADDRESS REDACTED]


MARY DELL SMITH
[ADDRESS REDACTED]

MARY LEWIS
[ADDRESS REDACTED]

MARY S JONES
[ADDRESS REDACTED]


MATTIE ODELL PELHAM
[ADDRESS REDACTED]

METTIE SHETTLESWORTH
[ADDRESS REDACTED]

MICHAEL GLENN ADAMS
11109 CR 2128 N
HENDERSON, TX  75652


MICHAEL R COOK
[ADDRESS REDACTED]

MIGUEL A & DONNA F TREJO
[ADDRESS REDACTED]

MILDRED C JUSTISS
[ADDRESS REDACTED]


MILDRED HOLLIDAY
[ADDRESS REDACTED]

MITCHELL COUNTY UTILITY COMPANY
5353 LAKE COUNTY RD 256
COLORADO CITY, TX  79512

MR O B (OSCAR) VANSICKLE
[ADDRESS REDACTED]

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**
**Case #:  14-10979 (CSS)**

**NOTICE OF DEBTORS' THIRD NOTICE**
**OF CLAIMS SATISFIED IN FULL OR IN PART**

**Notices mailed by:  November 18, 2015**

**Exhibit B**

| | | |
|---|---|---|
| MRS EUGENE DANSBY<br>[ADDRESS REDACTED] | MURLYENE BUDD<br>[ADDRESS REDACTED] | MUSTANG DRILLING INC<br>PO BOX 1810<br>HENDERSON, TX  75653 |
| NANCY RUTH COLLEY MOORE<br>[ADDRESS REDACTED] | NATHANIEL HARPER<br>[ADDRESS REDACTED] | NAVASOTA VALLEY ELECTRIC<br>PO BOX 848<br>FRANKLIN, TX  77856-0848 |
| NETA ABBOTT MARION<br>[ADDRESS REDACTED] | NEWARK ELEMENT14<br>300 S RIVERSIDE PLZ STE 2200<br>CHICAGO, IL  60606-6765 | NINA MAE DAVIS<br>[ADDRESS REDACTED] |
| NOVELLA SIRLS ROSS<br>[ADDRESS REDACTED] | O A VARNADO<br>[ADDRESS REDACTED] | O W GARRETSON<br>[ADDRESS REDACTED] |
| ODIES MOORE ESTATE<br>[ADDRESS REDACTED] | ODIES SIMON<br>[ADDRESS REDACTED] | OLIVER D THOMAS<br>[ADDRESS REDACTED] |
| ORLAND W MONAGHAN<br>[ADDRESS REDACTED] | ORVILLE D JONES<br>[ADDRESS REDACTED] | PANDA LYNN TURNER VACKER<br>[ADDRESS REDACTED] |

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**
**Case #: 14-10979 (CSS)**

**Notices mailed by: November 18, 2015**

**NOTICE OF DEBTORS' THIRD NOTICE**
**OF CLAIMS SATISFIED IN FULL OR IN PART**

Page 12 of 15

**Exhibit B**

PAT SEIMEARS
[ADDRESS REDACTED]

PENTAIR VALVES & CONTROLS INC.
5500 WAYZATA BOULEVARD, STE. 800
MINNEAPOLIS, MN  55416

PENTAIR VALVES & CONTROLS INC.
MARY WEINER
10707 CLAY RD
HOUSTON, TX  77041

PERMELIA ELIZABETH KELLY
[ADDRESS REDACTED]

QUEST DIAGNOSTICS CLINICAL LABS, INC.
ATTN: HEATHER KRATZ-MAILCODE-CV-2035
1201 S. COLLEGEVILLE RD.
COLLEGEVILLE, PA  19426

R E SIMON
[ADDRESS REDACTED]

R L SIMMONS
[ADDRESS REDACTED]

REALTY ASSOCIATES FUND VII LP
DBA LEGACY PARK APARTMENTS
10801 LEGACY PARK DR
HOUSTON, TX  77064

REGIONAL STEEL INC
PO BOX 3887
VICTORIA, TX  77903

RIATA FORD LTD.
PO BOX 4648
AUSTIN, TX  78765

RICHARD Y MONAGHAN
[ADDRESS REDACTED]

ROBERT & LUCILLE HAMMONDS
[ADDRESS REDACTED]

ROBERT G STEWART
[ADDRESS REDACTED]

ROBERT JOHNSON JR
[ADDRESS REDACTED]

ROMCO EQUIPMENT CO. LLC
C/O GARDERE WYNNE SEWELL, LLP
ATTN: JOHN P. MELKO
1000 LOUISIANA, STE 3400
HOUSTON, TX  77002-5007

ROMCO EQUIPMENT CO. LLC
GERALD COOK, FINANCE MANAGER
PO BOX 560248
DALLAS, TX  75356-0248

RONALD & RUSSELL & RICKY CRAIG
[ADDRESS REDACTED]

ROSCOE WRIGHT
[ADDRESS REDACTED]

Debtor: ENERGY FUTURE HOLDINGS CORP., et al.
Case #: 14-10979 (CSS)

Notices mailed by: November 18, 2015

NOTICE OF DEBTORS' THIRD NOTICE
OF CLAIMS SATISFIED IN FULL OR IN PART

Page 13 of 15

**Exhibit B**

| | | |
|---|---|---|
| ROY LEE ANDERSON<br>[ADDRESS REDACTED] | RR DONNELLEY<br>4101 WINFIELD RD<br>WARRENVILLE, IL  60555 | RUBIE NELL FAULKNER<br>[ADDRESS REDACTED] |
| RUBY L BULLOCK<br>[ADDRESS REDACTED] | RUBY STEWART ESTATE<br>[ADDRESS REDACTED] | SADIE MENEPHEE<br>[ADDRESS REDACTED] |
| SANDRA RICHARDSON WRIGHT<br>[ADDRESS REDACTED] | SGS NORTH AMERICA INC<br>16130 VAN DRUNEN RD<br>SOUTH HOLLAND, IL  60473-1244 | SHERRY A GREEN<br>[ADDRESS REDACTED] |
| SHI INTERNATIONAL CORP.<br>ATTN: ELAINE BINOSA - ACCOUNTING<br>290 DAVIDSON AVENUE<br>SOMERSET, NJ  08873 | SHREVEPORT RUBBER & GASKET CO<br>PO BOX 65115<br>SHREVEPORT, LA  71136-5115 | SILVER POP SYSTEMS INC.<br>ATTN: DENISE JONES<br>200 GALLERIA PKWY, SUITE 1000<br>ATLANTA, GA  30339 |
| SIMPLEXGRINNELL<br>ATTN: BANKRUPTCY<br>50 TECHNOLOGY DR<br>WESTMINSTER, MA  01441 | SONAR CREDIT PARTNERS III, LLC<br>AS ASSIGNEE OF "ARBILL INDUSTRIES"<br>SUITE 208<br>80 BUSINESS PARK DRIVE<br>ARMONK, NY  10504 | STUART C IRBY CO<br>STUART C IRBY<br>PO BOX 1819<br>JACKSON, MS  39215-1819 |
| STUDIO 206<br>1308 MOSSWOOD LANE<br>IRVING, TX  75061 | SUSAN JEAN COLLEY TATOM<br>[ADDRESS REDACTED] | T C BOWENS & FANNIE BOWENS<br>[ADDRESS REDACTED] |

Debtor: ENERGY FUTURE HOLDINGS CORP., et al.

Case #:  14-10979 (CSS)

Notices mailed by:  November 18, 2015

NOTICE OF DEBTORS' THIRD NOTICE
OF CLAIMS SATISFIED IN FULL OR IN PART

Page 14 of  15

**Exhibit B**

TANNOR PARTNERS CREDIT FUND LP
AS ASSIGNEE FOR POWERRAIL DISTRIBUTION
150 GRAND ST STE 401
WHITE PLAINS, NY  10601

TANNOR PARTNERS CREDIT FUND LP
AS ASSIGNEE FOR POWERRAIL DISTRIBUTION
150 GRAND ST STE 401
WHITE PLAINS, NY  10601

TANNOR PARTNERS CREDIT FUND LP
AS ASSIGNEE FOR THE EADS COMPANY
150 GRAND ST STE 401
WHITE PLAINS, NY  10601

TEXAS ENERGY RESEARCH ASSOC INC
PO BOX 27884
AUSTIN, TX  78755

TIM DENNIS
[ADDRESS REDACTED]

TIMOTHY W HATLEY
[ADDRESS REDACTED]

TX KIRNWOOD APTS LP
DBA COURTYARDS AT KIRNWOOD APTS
ATTN: JOHN JETER
5055 KELLER SPRINGS ROAD STE 400
ADDISON, TX  75001

UNITED TELEPHONE COMPANY OF TEXAS, INC
DBA CENTURYLINK
ATTN: BANKRUPTCY
1801 CALIFORNIA ST, RM 900
DENVER, CO  80202-265

UNITED TELEPHONE COMPANY OF TEXAS, INC
DBA CENTURYLINK
ATTN: BANKRUPTCY
1801 CALIFORNIA ST, RM 900
DENVER, CO  80202-265

UNITED TELEPHONE COMPANY OF TEXAS, INC
JUDY BURNS, CREDIT CONSULTANT
220 N 5TH ST
BISMARCK, ND  58501

UNITED TELEPHONE COMPANY OF TEXAS, INC
JUDY BURNS, CREDIT CONSULTANT
220 N 5TH ST
BISMARCK, ND  58501

VAN HOWARD BURKHART JR
[ADDRESS REDACTED]

VENDOR RECOVERY FUND IV, LLC
TRANSFEROR: CAT GLOBAL MINING
C/O DRUM CAPITAL MANAGEMENT
4 STAMFORD PLAZA
STAMFORD, CT  06902

VERIFICATIONS INC.
140 FOUNTAIN PARKWAY N
SUITE 410
SAINT PETERSBURG, FL  33716

W M GOSS & LILLIE GOSS
[ADDRESS REDACTED]

WALTER AND SALLY WILKERSON
[ADDRESS REDACTED]

WALTER L BAILEY
[ADDRESS REDACTED]

WASTE MANAGEMENT - RMC
2625 W. GRANDVIEW RD. STE. 150
PHOENIX, AZ  85023

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  November 18, 2015**

**Exhibit B**

WAUKESHA-PEARCE INDUSTRIES, INC.
PO BOX 35068
HOUSTON, TX  77235-5068

WILFORD ANDERSON ESTATE
[ADDRESS REDACTED]

WILLIAM D STRANGE JR
[ADDRESS REDACTED]

WILLIE A GAMBLE JR
[ADDRESS REDACTED]

WILSON COMPANY
PO BOX 9100
ADDISON, TX  75001

ZELVIN HANCOCK
[ADDRESS REDACTED]

ZEP SALES & SERVICES
C/O ENGEL, HAIRSTON & JOHANSON, P.C.
ATTN: JONATHAN E. RAULSTON
P.O. BOX 11405
BIRMINGHAM, AL  35202

Total Parties: 259