# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
|  | (Jointly Administered) |
| *Debtors.* | **Ref. Docket No. 7123** |
| COMPUTERSHARE TRUST COMPANY, N.A. and COMPUTERSHARE TRUST COMPANY OF CANADA, as INDENTURE TRUSTEE | Adversary Proceeding No. 14-50405 (CSS) |
| *Appellant*, |  |
| v. |  |
| ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC, *et. al.*, |  |
| *Appellees.* | **Ref. Docket No. 86** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                   ) ss.:
COUNTY OF NEW YORK  )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

2. On November 24, 2015, I caused to be served the "EFIH Debtors' Opposition to the Second Lien Trustee's Motion for Direct Appeal," dated November 24, 2015 [Docket No. 7123 in Main Case No. 14-10979 and Docket No. 86 in Adv. Proc. Case No. 14-50405], by causing true and correct copies to be:

    i. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A, and

    ii. delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Carol Zhang

Sworn to before me this
25th day of November, 2015

_____
Notary Public

Cassandra Murray
NOTARY PUBLIC STATE OF NEW YORK
No 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2018

-2-

T:\Clients\TXUENERG\Affidavits\Opposition to 2nd Lien Mtn for Direct Appeal_DI 7123 & DI 86 in Adv 14-50405_AFF_11-24-15.docx

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| BRYAN CAVE LLP | (COUNSEL TO INDENTURE TRUSTEE OF 11% & 11.75% SR) ATTN: STEPHANIE WICKOUSKI; MICHELLE MCMAHON 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | (COUNSEL TO INDENTURE TRUSTEE OF 11% & 11.75% SR) ATTN: THOMAS MOERS MAYER; GREGORY HOROWITZ; JOSHUA BRODY; PHILIP BENTLEY 1177 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| MORRISON & FOERSTER LLP | (COUNSEL TO TCEH CREDITORS COMMITTEE) ATTN: JAMES PECK ESQ, BRETT H MILLER ESQ LORENZO MARINUZZI ESQ 250 W 55TH ST NEW YORK NY 10019 |
| OFFICE OF THE UNITED STATES TRUSTEE | U.S. FEDERAL OFFICE BUILDING ATTN: ANDREA SCHWARTZ 201 VARICK STREET, SUITE 1006 NEW YORK NY 10014 |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: RICHARD L. SCHEPACARTER J. CALEB BOGGS FEDERAL BUILDING 844 KING STREET, SUITE 2207 – LOCKBOX #35 WILMINGTON DE 19801 |
| PACHULSKI STANG ZIEHL & JONES LLP | (COUNSEL TO INDENTURE TRUSTEE) ATTN: LAURA DAVIS JONES; ROBERT FEINSTEIN 919 N MARKET ST 17TH FL WILMINGTON DE 19899 |
| POLSINELLI PC | (COUNSEL TO TCEH CREDITORS COMMITTEE) ATTN: CHRISTOPHER WARD ESQ, JUSTIN EDELSON ESQ SHANTI KATONA ESQ 222 DELAWARE AVE STE 1101 WILMINGTON DE 19801 |

**Total Creditor count  7**

**EXHIBIT B**

**ENERGY FUTURE HOLDINGS CORP., ET AL.**
**Adversary List Case No. 14-50405 - Debtors' Counsel**
**Email Notice**

| Name | Counsel To /Attention | Email Address |
|---|---|---|
| KIRKLAND & ELLIS LLP | (CO-COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION) ATTN: EDWARD O SASSOWER PC; STEPHEN E HESSLER ESQ; BRIAN E SCHARTZ ESQ; JAMES H.M. SPRAYREGEN PC; MARC KIESELSTEIN PC; CHAD J HUSNICK ESQ; STEVEN N SERAJEDDINI ESQ | edward.sassower@kirkland.com; stephen.hessler@kirkland.com; brian.schartz@kirkland.com; james.sprayregen@kirkland.com; marc.kieselstein@kirkland.com; chad.husnick@kirkland.com; steven.serajeddini@kirkland.com |
| RICHARDS, LAYTON & FINGER, P.A. | (CO-COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION) ATTN: MARK D. COLLINS, ESQ.; DANIEL J. DEFRANCESCHI, ESQ; JASON M. MADRON, ESQ. | collins@rlf.com; defranceschi@rlf.com; madron@rlf.com; Shapiro@rlf.com; Barsalona@rlf.com |

| Total Email Count | 12 |
|---|---|