# EXHIBIT A

## Statement of Fees and Expenses By Subject Matter

| Matter Number | Matter Description | Total Hours Billed | Total Fees Requested |
|---|---|---|---|
| 13 | CAO Financial Reporting Support[1] | 608.8 | $ 133,998.40 |
| 26 | OneSource Indirect Tax | 26.9 | $ 16,005.50 |
| 28 | Tax Accounting Support (Current Quarter) | 28.5 | $ 15,502.50 |
| 29 | SOX Compliance | 206.5 | $ 47,794.50 |
| 30 | Earnings and Profit Study | 146.0 | $ 81,068.50 |
| 32 | Tax Accounting Support (Restructuring) | 170.4 | $ 87,293.80 |
| 33 | Fresh Start | 405.2 | $ 130,492.50 |
| 34 | 2015 Bankruptcy Cost Analysis[1] | 538.8 | $ 210,247.00 |
| 35 | Fee Statement and Fee Application Preparation | 75.1 | $ 21,695.30 |
| 36 | Retention Services | 7.8 | $ 2,436.70 |
| 37 | Allegro Implementation Internal Audit | 28.0 | $ 8,060.00 |
| | **Total** | **2,242.0** | **$ 754,594.70[2]** |

| Service Description | Service Provider | Amount |
|---|---|---|
| Airfare | N/A | $ 7,794.97 |
| Lodging | N/A | $ 12,518.18 |
| Travel Meals | N/A | $ 1,044.90 |
| Ground Transportation | N/A | $ 5,143.82 |
| Miscellaneous | N/A | $ - |
| **Total** | | **$ 26,501.87[3]** |

---

[1] Inclusive of fees previously deferred pending court approval of these services.

[2] KPMG bills for services at discounted billing rates as specified in the Retention Application dated May 29, 2014. During the Fee Period, KPMG's standard rates for services rendered totaled $1,464,409.50. KPMG's services at the agreed upon discounted rates result in a voluntary discount of fees in the amount of $709,814.80 thus benefitting the Chapter 11 estate by same amount.

[3] Inclusive of expenses previously deferred pending court approval of related services.