**EXHIBIT B**
**Professionals' Information**
The KPMG professionals who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position & Department | | Total Billed Hours | | Hourly Billing Rate | | | Total Compensation |
|---|---|---|---|---|---|---|---|---|
| Johnson, Brent | Partner - Tax | | 14.0 | $ | 805 | | $ | 11,270.00 |
| Carpenter, John | Partner - Tax | | 12.0 | $ | 720 | | $ | 8,640.00 |
| Nesta, Michael G | Partner - Advisory | * | 12.4 | $ | 610 | | $ | 7,564.00 |
| Crockett, Clifford M | Partner - Tax | | 7.5 | $ | 575 | ** | $ | 4,312.50 |
| Lyons, Stacy L | Partner - Tax | | 41.0 | $ | 575 | | $ | 23,575.00 |
| Bradford, Steven | Partner - Advisory | | 2.0 | $ | 325 | | $ | 650.00 |
| Geracimos, John | Managing Director - Tax | | 5.7 | $ | 680 | | $ | 3,876.00 |
| Cargile, David | Managing Director - Advisory | | 16.5 | $ | 325 | | $ | 5,362.50 |
| Calloway, Robert | Senior Manager - Tax | | 10.3 | $ | 700 | | $ | 7,210.00 |
| Harris, Deanna | Director  - WNT | | 3.0 | $ | 700 | | $ | 2,100.00 |
| Meredith, Kyle | Senior Manager - Tax | | 26.9 | $ | 595 | | $ | 16,005.50 |
| Booe, Amanda | Senior Manager- Tax | | 136.8 | $ | 500 | | $ | 68,400.00 |
| Gibson, Rhonda | Senior Manager - Tax | | 10.5 | $ | 500 | | $ | 5,250.00 |
| Jandera, Judy | Director - Advisory | | 41.1 | $ | 500 | | $ | 20,550.00 |
| Lancy, Bradley | Director - Advisory | | 111.2 | $ | 500 | | $ | 55,600.00 |
| Lee, Catherine | Director - Advisory | | 1.0 | $ | 500 | | $ | 500.00 |
| Summer, Jenna L | Senior Manager- Tax | | 0.5 | $ | 500 | | $ | 250.00 |
| Seeman, Nick | Director - Advisory | | 17.3 | $ | 290 | | $ | 5,017.00 |
| Gram, Mark | Director - Advisory | | 26.0 | $ | 285 | | $ | 7,410.00 |
| Plangman, Monica | Associate Director - Bankruptcy | | 3.9 | $ | 325 | | $ | 1,267.50 |
| Doyle, Matthew | Manager - Tax | | 12.5 | $ | 560 | | $ | 7,000.00 |
| Laukhuff, Britny | Manager - Tax | | 53.1 | $ | 560 | ** | $ | 29,736.00 |
| Laukhuff, Britny | Manager - Tax | | 53.5 | $ | 545 | ** | $ | 29,157.50 |
| Puckett, Vaishali | Manager - Advisory | | 5.0 | $ | 545 | | $ | 2,725.00 |
| Wigmore, Andrew | Manager - Tax | * | 14.5 | $ | 545 | | $ | 7,902.50 |
| Marchand, Elizabeth | Manager - Tax | | 2.6 | $ | 388 | | $ | 1,008.80 |
| Campbell, Celeste | Manager - Bankruptcy | | 65.4 | $ | 298 | | $ | 19,489.20 |
| Myrick, Cristina | Manager - Advisory | | 76.7 | $ | 250 | | $ | 19,175.00 |
| Payne, Lani | Senior Associate - Tax | | 46.7 | $ | 455 | ** | $ | 21,248.50 |
| Johnson, Audra | Senior Associate - Tax | | 50.5 | $ | 420 | | $ | 21,210.00 |
| Payne, Lani | Senior Associate - Tax | | 114.6 | $ | 420 | ** | $ | 48,111.00 |
| Ruzicka, Emily | Senior Associate - Tax | | 56.9 | $ | 420 | | $ | 23,898.00 |
| Wyatt, Darrin | Senior Associate - Tax | | 45.6 | $ | 420 | | $ | 19,152.00 |
| Berryman, Ben | Senior Associate - Advisory | | 9.1 | $ | 275 | | $ | 2,502.50 |
| Shaffer, Wendy | Senior Associate - Bankruptcy | | 5.3 | $ | 228 | | $ | 1,208.40 |
| Jeffcott, David | Senior Associate - Advisory | | 592.0 | $ | 220 | | $ | 130,240.00 |
| Lange, Jolandi de | Senior Associate - Advisory | | 16.0 | $ | 220 | | $ | 3,520.00 |
| Ravishanker, Venkatesh | Senior Associate - Advisory | | 96.0 | $ | 190 | | $ | 18,240.00 |
| Arce, Erika | Associate - Tax | | 22.3 | $ | 260 | | $ | 5,798.00 |
| Benage, Meredith Levine | Associate - Tax | | 41.3 | $ | 260 | | $ | 10,738.00 |
| Freeman, Katherine | Associate - Tax | | 39.0 | $ | 260 | | $ | 10,140.00 |
| Klaudt, David | Associate - Tax | | 43.0 | $ | 260 | | $ | 11,180.00 |
| Klein, Allie | Associate - Tax | | 43.3 | $ | 260 | | $ | 11,258.00 |

| Professional Person | Position & Department | | Total Billed Hours | | Hourly Billing Rate | | Total Compensation |
|---|---|---|---|---|---|---|---|
| Garza, Juanita | Associate - Bankruptcy | | 7.1 | $ | 193 | $ | 1,370.30 |
| Bozon, Brianna | Associate - Advisory | | 55.5 | $ | 190 | $ | 10,545.00 |
| Fritsche, Philip | Associate - Advisory | | 174.9 | $ | 190 | $ | 33,231.00 |
| **Total Hours and Fees** | | | **2,242.0** | | | $ | **754,594.70** |

\* Promoted effective 10/1/15
\*\* Rates differ due to services provided under multiple Statements of Work