# EXHIBIT C

## Summary of Actual and Necessary Expenses for the Fee Period

### ALL - Expense Summary

| Service Description | Service Provider | Amount |
|---|---|---:|
| Airfare | N/A | $ 7,794.97 |
| Lodging | N/A | $ 12,518.18 |
| Travel Meals | N/A | $ 1,044.90 |
| Ground Transportation | N/A | $ 5,143.82 |
| Miscellaneous | N/A | $ - |
| **Total** | | **$ 26,501.87** |

### EFH - Expense Summary

| Service Description | Service Provider | Amount |
|---|---|---:|
| Airfare | N/A | $ 7,794.97 |
| Lodging | N/A | $ 12,518.18 |
| Travel Meals | N/A | $ 1,044.90 |
| Ground Transportation | N/A | $ 5,143.82 |
| Miscellaneous | N/A | $ - |
| **Total** | | **$ 26,501.87** |