**EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

**KPMG LLP**
**EFH Expense Detail**
**January 1, 2016 through January 31, 2016**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 11646566 | CAO Financial Reporting Support | 20150928 | Lange, Jolandi De | air | | | $ 412.20 | Roundtrip coach class airfare from Houston, TX to Dallas, TX. Departure Date: 09/28/2015 Return Date: 09/28/2015. Business Purpose: Energy Future Holdings |
| 11646566 | CAO Financial Reporting Support | 20150929 | Jeffcott, David | air | | | $ 206.10 | Economy Airfare from Houston Hobby airport on 09/29/15 flight to Dallas Love airport while performing work for EFH Corporate Accounting project. |
| 11646566 | CAO Financial Reporting Support | 20151001 | Jeffcott, David | air | | | $ 217.10 | One-way economy Airfare from Dallas Fort Worth (DFW) airport on 10/1/15 flight to Houston Bush airport while performing work for EFH Corporate Accounting project. |
| 11646566 | CAO Financial Reporting Support | 20151004 | Jeffcott, David | air | | | $ 217.10 | One-way Economy Airfare from Bush Airport on 10/04/15 flight to Dallas DFW airport while performing work for EFH Corporate Accounting project. |
| 11646566 | CAO Financial Reporting Support | 20151007 | Jeffcott, David | air | | | $ 217.10 | Economy Airfare from Dallas Love Airport on 10/07/15 flight to Chicago Midway Airport while performing work for EFH Corporate Accounting project. |
| 11646566 | CAO Financial Reporting Support | 20151012 | Jeffcott, David | air | | | $ 206.10 | One-way Economy Airfare from Hobby Airport to Dallas, TX on 10/12/15 while performing work for EFH Corporate Accounting project. |
| 11646566 | CAO Financial Reporting Support | 20151015 | Jeffcott, David | air | | | $ 206.10 | One-way Economy Airfare from Dallas, TX to Houston, TX on 10/15/15 while performing work for EFH Corporate Accounting project. |
| 11646566 | CAO Financial Reporting Support | 20151022 | Jeffcott, David | air | | | $ 412.20 | Roundtrip Economy Airfare from Hobby Airport to Dallas, TX airport Departure Date: 10/18/15 Return Date: 10/22/15 while performing work for EFH Corporate Accounting project. |
| 11646566 | CAO Financial Reporting Support | 20151025 | Jeffcott, David | air | | | $ 412.20 | Roundtrip Economy Airfare from Hobby Airport on 10/25/15 to Dallas Love airport while performing work for EFH Corporate Accounting project. |
| 11646566 | CAO Financial Reporting Support | 20151105 | Jeffcott, David | air | | | $ 412.20 | Roundtrip Economy Airfare from Hobby Airport on 11/01/15 - 11/05/15 to Dallas Love airport while performing work for EFH Corporate Accounting project. |
| 11646566 | CAO Financial Reporting Support | 20151112 | Jeffcott, David | air | | | $ 412.20 | Roundtrip Economy Airfare from Hobby Airport on 11/08/15 - 11/12/15 to Dallas Love airport while performing work for EFH Corporate Accounting project. |
| 11646566 | CAO Financial Reporting Support | 20151119 | Jeffcott, David | air | | | $ 412.20 | Roundtrip Economy Airfare from Hobby Airport on 11/15/15 - 11/19/15 to Dallas Love airport while performing work for EFH Corporate Accounting project. |
| 11646566 | CAO Financial Reporting Support | 20151203 | Jeffcott, David | air | | | $ 412.20 | Roundtrip Economy Airfare from Hobby Airport 11/29- 12/3/15 to Dallas Love airport while performing work for EFH Corporate Accounting project. |
| 11646566 | CAO Financial Reporting Support | 20151210 | Jeffcott, David | air | | | $ 412.20 | Roundtrip Economy Airfare from Hobby Airport on 12/06/15 and returning 12/10/15 to Dallas Love airport while performing work for EFH Corporate Accounting project. |
| 11646566 | CAO Financial Reporting Support | 20151217 | Jeffcott, David | air | | | $ 412.20 | Roundtrip Economy Airfare from Hobby Airport on 12/16/15 and returning 12/17/15 to Dallas Love airport while performing work for EFH Corporate Accounting project. |
| 11646566 | CAO Financial Reporting Support | 20160107 | Jeffcott, David | air | | | $ 412.20 | Roundtrip Economy Airfare from Hobby Airport to Dallas Love airport on 1/03/16 returning on 1/07/16 while performing work for EFH Corporate Accounting project. |
| 11646566 | CAO Financial Reporting Support | 20160114 | Jeffcott, David | air | | | $ 412.20 | Roundtrip Economy Airfare from Hobby Airport on 1/10/16 returning 1/14/16 to Dallas Love airport while performing work for EFH Corporate Accounting project. |
| 11646566 | Fresh Start | 20160118 | Lancy, Bradley | air | | | $ 322.29 | Roundtrip coach class airfare from Chicago, IL to Dallas, TX. Departure Date:1/18/16 Return Date:1/22/16. Business Purpose: To travel to client, Energy Future Holdings (EFH). |
| 11646566 | CAO Financial Reporting Support | 20160121 | Jeffcott, David | air | | | $ 412.20 | Roundtrip Economy Airfare from Hobby Airport to Dallas Love airport on 1/17/16 returning 1/21/16 while performing work for EFH Corporate Accounting project. |

**KPMG LLP**
**EFH Expense Detail**
**January 1, 2016 through January 31, 2016**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 11646566 | Fresh Start | 20160126 | Lancy, Bradley | air | | | $ 432.28 | Roundtrip coach class airfare from Chicago, IL to Dallas, TX. Departure Date:1/26/16 Return Date:1/29/16. Business Purpose: To travel to client, Energy Future Holdings (EFH). |
| 11646566 | CAO Financial Reporting Support | 20160128 | Jeffcott, David | air | | | 412.20 | Roundtrip Economy Airfare from Hobby Airport to Dallas Love airport on 1/24/16 returning 1/28/16 while performing work for EFH Corporate Accounting project. |
| 11646566 | CAO Financial Reporting Support | 20160131 | Jeffcott, David | air | | | 412.20 | Roundtrip Economy Airfare from Hobby Airport on 1/31/16 to Dallas Love airport while performing work for EFH Corporate Accounting project. |
| | | | | **Total Air** | | | **$ 7,794.97** | |

**KPMG LLP**
**EFH Expense Detail**
**January 1, 2016 through January 31, 2016**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 11646566 | CAO Financial Reporting Support | 20151001 | Jeffcott, David | lodging | | | $ 389.58 | Lodging at Dallas Hotel for EFH from for 2 nights from 9/29/15 thru 10/1/15. |
| 11646566 | CAO Financial Reporting Support | 20151007 | Jeffcott, David | lodging | | | $ 584.37 | Lodging at Dallas Hotel for EFH for 3 nights from 10/04/15 thru 10/07/15. |
| 11646566 | CAO Financial Reporting Support | 20151015 | Jeffcott, David | lodging | | | $ 584.37 | Lodging at Dallas Hotel for EFH for 3 nights from 10/12/15 thru 10/15/15. |
| 11646566 | CAO Financial Reporting Support | 20151022 | Jeffcott, David | lodging | | | $ 779.16 | Lodging at Dallas Hotel for EFH for 4 nights from 10/18/15 thru 10/22/15. |
| 11646566 | CAO Financial Reporting Support | 20151029 | Jeffcott, David | lodging | | | $ 779.16 | Lodging while traveling at Dallas Hotel for EFH for 4 nights from 10/25/15 thru 10/29/15. |
| 11646566 | CAO Financial Reporting Support | 20151105 | Jeffcott, David | lodging | | | $ 779.16 | Lodging in Dallas while traveling for EFH for 4 nights from 11/01/15 thru 11/05/15. |
| 11646566 | CAO Financial Reporting Support | 20151112 | Jeffcott, David | lodging | | | $ 779.16 | Lodging in Dallas while traveling for EFH for 4 nights from 11/08/15 thru 11/12/15. |
| 11646566 | CAO Financial Reporting Support | 20151119 | Jeffcott, David | lodging | | | $ 779.16 | Lodging in Dallas while traveling for EFH for 4 nights from 11/15/15 thru 11/19/15. |
| 11646566 | CAO Financial Reporting Support | 20151203 | Jeffcott, David | lodging | | | $ 779.16 | Dallas Hotel for EFH 11/29/15 - 12/3/15 |
| 11646566 | CAO Financial Reporting Support | 20151210 | Jeffcott, David | lodging | | | $ 779.16 | Lodging in Dallas, TX for EFH for 4 nights from 12/06/15 thru 12/10/15. |
| 11646566 | CAO Financial Reporting Support | 20151217 | Jeffcott, David | lodging | | | $ 194.79 | Lodging in Dallas, TX for EFH for 1 night from 12/16/15 thru 12/17/15. |
| 11646566 | CAO Financial Reporting Support | 20160107 | Jeffcott, David | lodging | | | $ 820.64 | Dallas Hotel for EFH 1/3/16 - 1/7/16. |
| 11646566 | Allegro Implementation Internal Audit | 20160112 | Gram, Mark | lodging | | | $ 167.12 | Lodging in Dallas, TX for EFH for 1 night from 1/11/16 thru 1/12/16 |
| 11646566 | CAO Financial Reporting Support | 20160114 | Jeffcott, David | lodging | | | $ 820.64 | Lodging in Dallas, TX for EFH for 4 nights from 1/10 - 1/14 |
| 11646566 | CAO Financial Reporting Support | 20160121 | Jeffcott, David | lodging | | | $ 820.64 | Lodging in Dallas, TX for EFH for 4 nights from 1/17 - 1/21/16 |
| 11646566 | Fresh Start | 20160122 | Lancy, Bradley | lodging | | | $ 825.24 | Hotel fees incurred in Dallas, TX for 4 nights (1/18-1/22) while performing work for Energy Future Holdings. |
| 11646566 | Allegro Implementation Internal Audit | 20160122 | Gram, Mark | lodging | | | $ 252.42 | Lodging in Dallas, TX for EFH for 1 night from 1/21/16 thru 1/22/16 |
| 11646566 | CAO Financial Reporting Support | 20160128 | Jeffcott, David | lodging | | | $ 821.65 | Dallas Hotel for EFH 1/24/16 - 1/28/16. |
| 11646566 | Fresh Start | 20160129 | Lancy, Bradley | lodging | | | $ 615.48 | Hotel fees incurred in Dallas, TX for 3 nights (1/26-1/29) while performing work for Energy Future Holdings. |
| 11646566 | Allegro Implementation Internal Audit | 20160129 | Gram, Mark | lodging | | | $ 167.12 | Lodging in Dallas, TX for EFH for 1 night from 1/28/16 thru 1/29/16 |
| | | | **Total Lodging** | | | | **$ 12,518.18** | |

**KPMG LLP**
**EFH Expense Detail**
**January 1, 2016 through January 31, 2016**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---:|---|
| 11646566 | CAO Financial Reporting Support | 20150929 | Jeffcott, David | travel meals | | | $ 12.86 | Out of town dinner at Beyond the Box while working on EFH Corporate Accounting Project. |
| 11646566 | CAO Financial Reporting Support | 20150930 | Jeffcott, David | travel meals | | | $ 7.52 | Out of town dinner at Beyond the Box while working for EFH on Corporate Accounting Project. |
| 11646566 | CAO Financial Reporting Support | 20151005 | Jeffcott, David | travel meals | | | $ 15.04 | Out of town dinner at Beyond the Box while working on EFH Corporate Accounting Project. |
| 11646566 | CAO Financial Reporting Support | 20151006 | Jeffcott, David | travel meals | | | $ 7.52 | Out of town dinner at Beyond the Box while working for EFH on Corporate Accounting Project. |
| 11646566 | CAO Financial Reporting Support | 20151012 | Jeffcott, David | travel meals | | | $ 15.04 | Out of town dinner at Beyond the Box while working on EFH Corporate Accounting Project. |
| 11646566 | CAO Financial Reporting Support | 20151013 | Jeffcott, David | travel meals | | | $ 7.52 | Out of town dinner at Beyond the Box while working for EFH on Corporate Accounting Project. |
| 11646566 | CAO Financial Reporting Support | 20151019 | Jeffcott, David | travel meals | | | $ 15.04 | Out of town dinner at Beyond the Box while working on EFH Corporate Accounting Project. |
| 11646566 | CAO Financial Reporting Support | 20151020 | Jeffcott, David | travel meals | | | $ 7.52 | Out of town dinner at Beyond the Box while working for EFH on Corporate Accounting Project. |
| 11646566 | CAO Financial Reporting Support | 20151022 | Jeffcott, David | travel meals | | | $ 6.89 | Out of town lunch at Moe's while working for EFH on Corporate Accounting Project. |
| 11646566 | CAO Financial Reporting Support | 20151026 | Jeffcott, David | travel meals | | | $ 15.04 | Out of town dinner at Beyond the Box while working on EFH Corporate Accounting Project. |
| 11646566 | CAO Financial Reporting Support | 20151027 | Jeffcott, David | travel meals | | | $ 7.52 | Out of town dinner at Beyond the Box while working for EFH on Corporate Accounting Project. |
| 11646566 | CAO Financial Reporting Support | 20151028 | Jeffcott, David | travel meals | | | $ 7.52 | Out of town dinner at Beyond the Box while working for EFH on Corporate Accounting Project. |
| 11646566 | CAO Financial Reporting Support | 20151028 | Jeffcott, David | travel meals | | | $ 8.62 | Out of town lunch at Miguels Cantina while working for EFH on Corporate Accounting Project. |
| 11646566 | CAO Financial Reporting Support | 20151102 | Jeffcott, David | travel meals | | | $ 15.04 | Dinner while traveling at Beyond the Box while working on EFH Corporate Accounting Project. |
| 11646566 | CAO Financial Reporting Support | 20151103 | Jeffcott, David | travel meals | | | $ 7.52 | Dinner while traveling at Beyond the Box while working for EFH on Corporate Accounting Project. |
| 11646566 | CAO Financial Reporting Support | 20151104 | Jeffcott, David | travel meals | | | $ 36.35 | Dinner while traveling at CBD Provision while working for EFH on Corporate Accounting Project. |
| 11646566 | CAO Financial Reporting Support | 20151105 | Jeffcott, David | travel meals | | | $ 20.32 | Lunch while traveling at Noodle Nexus while working for EFH on Corporate Accounting Project. |
| 11646566 | CAO Financial Reporting Support | 20151109 | Jeffcott, David | travel meals | | | $ 15.04 | Dinner while traveling at Beyond the Box while working on EFH Corporate Accounting Project. |
| 11646566 | CAO Financial Reporting Support | 20151110 | Jeffcott, David | travel meals | | | $ 7.52 | Dinner while traveling at Beyond the Box while working for EFH on Corporate Accounting Project. |
| 11646566 | CAO Financial Reporting Support | 20151111 | Jeffcott, David | travel meals | | | $ 31.23 | Dinner while traveling at Sushiya while working for EFH on Corporate Accounting Project. |
| 11646566 | CAO Financial Reporting Support | 20151112 | Jeffcott, David | travel meals | | | $ 8.96 | Lunch while travleing at Miguels Cantina while working for EFH on Corporate Accounting Project. |
| 11646566 | CAO Financial Reporting Support | 20151115 | Jeffcott, David | travel meals | | | $ 13.28 | Dinner at Hobby Airport while working on EFH Corporate Accounting Project. |
| 11646566 | CAO Financial Reporting Support | 20151116 | Jeffcott, David | travel meals | | | $ 15.04 | Dinner while traveling at Beyond the Box while working on EFH Corporate Accounting Project. |
| 11646566 | CAO Financial Reporting Support | 20151117 | Jeffcott, David | travel meals | | | $ 7.52 | Dinner while traveling at Beyond the Box while working for EFH on Corporate Accounting Project. |
| 11646566 | CAO Financial Reporting Support | 20151118 | Jeffcott, David | travel meals | | | $ 35.65 | Dinner while traveling at CBD Provisions while working for EFH on Corporate Accounting Project. |
| 11646566 | CAO Financial Reporting Support | 20151119 | Jeffcott, David | travel meals | | | $ 8.96 | Lunch while traveling at Taco Boracho while working for EFH on Corporate Accounting Project. |
| 11646566 | CAO Financial Reporting Support | 20151129 | Jeffcott, David | travel meals | | | $ 12.26 | Dinner at Hobby Airport while working on EFH Corporate Accounting Project. |
| 11646566 | CAO Financial Reporting Support | 20151201 | Jeffcott, David | travel meals | | | $ 7.52 | Out of town dinner at Beyond the Box while working for EFH on Corporate Accounting Project. |
| 11646566 | CAO Financial Reporting Support | 20151202 | Jeffcott, David | travel meals | | | $ 15.04 | Out of town dinner at Beyond the Box while working on EFH Corporate Accounting Project. |
| 11646566 | CAO Financial Reporting Support | 20151203 | Jeffcott, David | travel meals | | | $ 8.96 | Out of town lunch at Wild Salsa while working for EFH on Corporate Accounting Project. |

**KPMG LLP**
**EFH Expense Detail**
**January 1, 2016 through January 31, 2016**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 11646566 | CAO Financial Reporting Support | 20151206 | Jeffcott, David | travel meals | | | $ 12.26 | Dinner at Hobby Airport while working on EFH Corporate Accounting Project. |
| 11646566 | CAO Financial Reporting Support | 20151207 | Jeffcott, David | travel meals | | | $ 15.04 | Out of town dinner at Beyond the Box while working on EFH Corporate Accounting Project. |
| 11646566 | CAO Financial Reporting Support | 20151208 | Jeffcott, David | travel meals | | | $ 13.63 | Out of town dinner while working for EFH on Corporate Accounting Project. |
| 11646566 | CAO Financial Reporting Support | 20151209 | Jeffcott, David | travel meals | | | $ 15.04 | Out of town dinner at Beyond the Box while working on EFH Corporate Accounting Project. |
| 11646566 | CAO Financial Reporting Support | 20151210 | Jeffcott, David | travel meals | | | $ 11.22 | Out of town lunch at Senor Bean while working for EFH on Corporate Accounting Project. |
| 11646566 | CAO Financial Reporting Support | 20151216 | Jeffcott, David | travel meals | | | $ 12.11 | Out of town lunch at Wild Salsa while working for EFH Corporate Accounting Project. |
| 11646566 | CAO Financial Reporting Support | 20151217 | Jeffcott, David | travel meals | | | $ 19.34 | Out of town lunch at CBD Provisions while working on EFH Corporate Accounting Project. |
| 11646566 | CAO Financial Reporting Support | 20160104 | Jeffcott, David | travel meals | | | $ 12.31 | Purchased lunch at Senor Bean while working on EFH Corporate Accounting Project. |
| 11646566 | CAO Financial Reporting Support | 20160105 | Jeffcott, David | travel meals | | | $ 8.26 | Purchased lunch at Noodle Nexus while working on EFH Corporate Accounting Project. |
| 11646566 | CAO Financial Reporting Support | 20160106 | Jeffcott, David | travel meals | | | $ 7.52 | Purchased lunch at Miguels Cantina while working on EFH Corporate Accounting Project. |
| 11646566 | Allegro Implementation Internal Audit | 20160111 | Gram, Mark | travel meals | | | $ 10.00 | Out of town breakfast for self |
| 11646566 | Allegro Implementation Internal Audit | 20160111 | Gram, Mark | travel meals | | | $ 38.00 | Out of town dinner for self |
| 11646566 | Allegro Implementation Internal Audit | 20160111 | Gram, Mark | travel meals | | | $ 13.00 | Out of town lunch for self |
| 11646566 | CAO Financial Reporting Support | 20160111 | Jeffcott, David | travel meals | | | $ 15.67 | Purchased lunch at Miguels Cantina while working on EFH Corporate Accounting Project. |
| 11646566 | Allegro Implementation Internal Audit | 20160112 | Gram, Mark | travel meals | | | $ 10.00 | Out of town breakfast for self |
| 11646566 | Allegro Implementation Internal Audit | 20160112 | Gram, Mark | travel meals | | | $ 12.00 | Out of town lunch for self |
| 11646566 | CAO Financial Reporting Support | 20160112 | Jeffcott, David | travel meals | | | $ 8.26 | Purchased lunch at Taco Borracho while working on EFH Corporate Accounting Project. |
| 11646566 | CAO Financial Reporting Support | 20160113 | Jeffcott, David | travel meals | | | $ 7.25 | Purchased lunch at Taco Borracho while working on EFH Corporate Accounting Project. |
| 11646566 | Allegro Implementation Internal Audit | 20160115 | Gram, Mark | travel meals | | | $ 10.00 | Out of town breakfast for self |
| 11646566 | Allegro Implementation Internal Audit | 20160115 | Gram, Mark | travel meals | | | $ 13.00 | Out of town lunch for self |
| 11646566 | Fresh Start | 20160118 | Lancy, Bradley | travel meals | | | $ 13.62 | Dinner while traveling to Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 11646566 | Fresh Start | 20160118 | Lancy, Bradley | travel meals | | | $ 7.50 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 11646566 | CAO Financial Reporting Support | 20160118 | Jeffcott, David | travel meals | | | $ 15.67 | Purchased lunch at Miguels Cantina while working on EFH Corporate Accounting Project. |
| 11646566 | Fresh Start | 20160119 | Lancy, Bradley | travel meals | | | $ 14.75 | Dinner while traveling to Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 11646566 | Fresh Start | 20160119 | Lancy, Bradley | travel meals | | | $ 8.66 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 11646566 | CAO Financial Reporting Support | 20160119 | Jeffcott, David | travel meals | | | $ 8.26 | Purchased lunch at Taco Borracho while working on EFH Corporate Accounting Project. |
| 11646566 | Fresh Start | 20160120 | Lancy, Bradley | travel meals | | | $ 34.24 | Dinner while traveling to Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 11646566 | Fresh Start | 20160120 | Lancy, Bradley | travel meals | | | $ 7.50 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 11646566 | CAO Financial Reporting Support | 20160120 | Jeffcott, David | travel meals | | | $ 14.63 | Purchased lunch at Beyond the Box while working on EFH Corporate Accounting Project. |
| 11646566 | Allegro Implementation Internal Audit | 20160121 | Gram, Mark | travel meals | | | $ 10.00 | Out of town breakfast for self |
| 11646566 | Allegro Implementation Internal Audit | 20160121 | Gram, Mark | travel meals | | | $ 33.00 | Out of town dinner for self |

**KPMG LLP**
**EFH Expense Detail**
**January 1, 2016 through January 31, 2016**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 11646566 | Fresh Start | 20160121 | Lancy, Bradley | travel meals | | | $ 7.31 | Dinner while traveling to Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 11646566 | Allegro Implementation Internal Audit | 20160121 | Gram, Mark | travel meals | | | $ 14.00 | Out of town lunch for self |
| 11646566 | Fresh Start | 20160121 | Lancy, Bradley | travel meals | | | $ 7.50 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 11646566 | Allegro Implementation Internal Audit | 20160122 | Gram, Mark | travel meals | | | $ 9.00 | Out of town breakfast for self |
| 11646566 | Allegro Implementation Internal Audit | 20160122 | Gram, Mark | travel meals | | | $ 12.00 | Out of town lunch for self |
| 11646566 | Fresh Start | 20160122 | Lancy, Bradley | travel meals | | | $ 6.32 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 11646566 | CAO Financial Reporting Support | 20160125 | Jeffcott, David | travel meals | | | $ 10.22 | Purchased lunch at Senor Bean while working on EFH Corporate Accounting Project. |
| 11646566 | Fresh Start | 20160126 | Lancy, Bradley | travel meals | | | $ 8.66 | Dinner while traveling to Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 11646566 | Fresh Start | 20160126 | Lancy, Bradley | travel meals | | | $ 7.50 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 11646566 | CAO Financial Reporting Support | 20160126 | Jeffcott, David | travel meals | | | $ 8.26 | Purchased lunch at Taco Borracho while working on EFH Corporate Accounting Project. |
| 11646566 | Fresh Start | 20160127 | Lancy, Bradley | travel meals | | | $ 8.66 | Dinner while traveling to Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 11646566 | Fresh Start | 20160127 | Lancy, Bradley | travel meals | | | $ 7.50 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 11646566 | CAO Financial Reporting Support | 20160127 | Jeffcott, David | travel meals | | | $ 14.63 | Purchased lunch and dinner at Beyond the Box while working on EFH Corporate Accounting Project. |
| 11646566 | Allegro Implementation Internal Audit | 20160128 | Gram, Mark | travel meals | | | $ 22.00 | Out of town dinner for self |
| 11646566 | Fresh Start | 20160128 | Lancy, Bradley | travel meals | | | $ 34.24 | Dinner while traveling to Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 11646566 | Allegro Implementation Internal Audit | 20160128 | Gram, Mark | travel meals | | | $ 18.00 | Out of town lunch for self |
| 11646566 | Fresh Start | 20160128 | Lancy, Bradley | travel meals | | | $ 7.50 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 11646566 | Allegro Implementation Internal Audit | 20160129 | Gram, Mark | travel meals | | | $ 10.00 | Out of town breakfast for self |
| | **Total Travel Meals** | | | | | | **$ 1,044.90** | |

**KPMG LLP**
**EFH Expense Detail**
**January 1, 2016 through January 31, 2016**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 11646566 | CAO Financial Reporting Support | 20150928 | Lange, Jolandi De | ground | | | $ 66.00 | Taxi from Houston apartment to airport while performing work for EFH Corporate Accounting project. |
| 11646566 | CAO Financial Reporting Support | 20150928 | Lange, Jolandi De | ground | | | $ 26.00 | Taxi from Dallas airport to client while performing work for EFH Corporate Accounting project. |
| 11646566 | CAO Financial Reporting Support | 20150928 | Lange, Jolandi De | ground | | | $ 36.90 | Taxi from client to airport while performing work for EFH Corporate Accounting project. |
| 11646566 | CAO Financial Reporting Support | 20150928 | Lange, Jolandi De | ground | | | $ 66.00 | Taxi from Houston airport to apartment while performing work for EFH Corporate Accounting project. |
| 11646566 | CAO Financial Reporting Support | 20150929 | Jeffcott, David | ground | | | $ 75.00 | Taxi for travel from home to Hobby Airport, Houston, TX. |
| 11646566 | CAO Financial Reporting Support | 20150929 | Jeffcott, David | ground | | | $ 40.00 | Taxi from Dallas Love airport to EFH client site. |
| 11646566 | CAO Financial Reporting Support | 20151001 | Jeffcott, David | ground | | | $ 75.00 | Taxi for travel from Houston Bush Airport to home. |
| 11646566 | CAO Financial Reporting Support | 20151001 | Jeffcott, David | ground | | | $ 60.00 | Taxi from EFH client site to Dallas Fort Worth (DFW) airport |
| 11646566 | CAO Financial Reporting Support | 20151004 | Jeffcott, David | ground | | | $ 75.00 | Taxi for travel from home to Bush Airport, Houston, TX. |
| 11646566 | CAO Financial Reporting Support | 20151004 | Jeffcott, David | ground | | | $ 60.00 | Taxi from Dallas Forth Worth (DFW) Airport to Marriott City Centre. |
| 11646566 | CAO Financial Reporting Support | 20151007 | Jeffcott, David | ground | | | $ 60.00 | Taxi for travel from EFH client site to Dallas Love Airport. |
| 11646566 | CAO Financial Reporting Support | 20151007 | Jeffcott, David | ground | | | $ 75.00 | Taxi for travel from Houston Bush Airport to home. |
| 11646566 | CAO Financial Reporting Support | 20151012 | Jeffcott, David | ground | | | $ 40.00 | Taxi for travel from Dallas Love Airport to EFH client site. |
| 11646566 | CAO Financial Reporting Support | 20151012 | Jeffcott, David | ground | | | $ 75.00 | Taxi for travel from home to Hobby Airport, Houston, TX. |
| 11646566 | CAO Financial Reporting Support | 20151015 | Jeffcott, David | ground | | | $ 40.00 | Taxi for travel from EFH client site to Dallas Love Airport. |
| 11646566 | CAO Financial Reporting Support | 20151015 | Jeffcott, David | ground | | | $ 75.00 | Taxi for travel from Houston Hobby Airport to home. |
| 11646566 | CAO Financial Reporting Support | 20151018 | Jeffcott, David | ground | | | $ 40.00 | Taxi for travel from Dallas Love Airport to Marriott. |
| 11646566 | CAO Financial Reporting Support | 20151018 | Jeffcott, David | ground | | | $ 75.00 | Taxi for travel from home to Hobby Airport, Houston, TX. |
| 11646566 | CAO Financial Reporting Support | 20151022 | Jeffcott, David | ground | | | $ 40.00 | Taxi for travel from EFH client site to Dallas Love Airport. |
| 11646566 | CAO Financial Reporting Support | 20151022 | Jeffcott, David | ground | | | $ 75.00 | Taxi for travel from Houston Hobby Airport to home. |
| 11646566 | CAO Financial Reporting Support | 20151025 | Jeffcott, David | ground | | | $ 40.00 | Taxi for travel from Dallas Love Airport to Marriott. |
| 11646566 | CAO Financial Reporting Support | 20151025 | Jeffcott, David | ground | | | $ 75.00 | Taxi for travel from home to Hobby Airport, Houston, TX. |
| 11646566 | CAO Financial Reporting Support | 20151029 | Jeffcott, David | ground | | | $ 40.00 | Taxi for travel from EFH client site to Dallas Love Airport. |
| 11646566 | CAO Financial Reporting Support | 20151029 | Jeffcott, David | ground | | | $ 75.00 | Taxi for travel from Houston Hobby Airport to Home. |
| 11646566 | CAO Financial Reporting Support | 20151101 | Jeffcott, David | ground | | | $ 40.00 | Taxi for travel from Dallas Love Airport, TX to Marriott. |
| 11646566 | CAO Financial Reporting Support | 20151101 | Jeffcott, David | ground | | | $ 75.00 | Taxi for travel from home to Hobby Airport, TX. |
| 11646566 | CAO Financial Reporting Support | 20151105 | Jeffcott, David | ground | | | $ 40.00 | Taxi for travel from EFH client site to Dallas Love Airport, TX. |
| 11646566 | CAO Financial Reporting Support | 20151105 | Jeffcott, David | ground | | | $ 75.00 | Taxi for travel from Houston Hobby, TX Airport to home. |
| 11646566 | CAO Financial Reporting Support | 20151108 | Jeffcott, David | ground | | | $ 40.00 | Taxi for travel from Dallas Love Airport, TX to Marriott. |
| 11646566 | CAO Financial Reporting Support | 20151108 | Jeffcott, David | ground | | | $ 75.00 | Taxi for travel from home to Hobby Airport, TX. |
| 11646566 | CAO Financial Reporting Support | 20151112 | Jeffcott, David | ground | | | $ 40.00 | Taxi for travel from EFH client site to Dallas Love Airport, TX. |
| 11646566 | CAO Financial Reporting Support | 20151112 | Jeffcott, David | ground | | | $ 75.00 | Taxi for travel from Houston Hobby Airport, TX to home. |
| 11646566 | CAO Financial Reporting Support | 20151115 | Jeffcott, David | ground | | | $ 40.00 | Taxi for travel from Dallas Love Airport to Marriott. |
| 11646566 | CAO Financial Reporting Support | 20151115 | Jeffcott, David | ground | | | $ 75.00 | Taxi for travel from home to Hobby Airport, TX. |
| 11646566 | CAO Financial Reporting Support | 20151119 | Jeffcott, David | ground | | | $ 40.00 | Taxi for travel from EFH to Dallas Love Airport. |
| 11646566 | CAO Financial Reporting Support | 20151119 | Jeffcott, David | ground | | | $ 75.00 | Taxi for travel from Houston Hobby Airport to home. |
| 11646566 | CAO Financial Reporting Support | 20151129 | Jeffcott, David | ground | | | $ 75.00 | Taxi from Home to Hobby Airport |

**KPMG LLP**
**EFH Expense Detail**
**January 1, 2016 through January 31, 2016**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 11646566 | CAO Financial Reporting Support | 20151129 | Jeffcott, David | ground | | | $ 40.00 | Taxi from Dallas Love Airport to Marriott. |
| 11646566 | CAO Financial Reporting Support | 20151203 | Jeffcott, David | ground | | | $ 40.00 | Taxi from EFH client site to Dallas Love Airport. |
| 11646566 | CAO Financial Reporting Support | 20151203 | Jeffcott, David | ground | | | $ 75.00 | Taxi from Houston Hobby Airport to Home. |
| 11646566 | CAO Financial Reporting Support | 20151206 | Jeffcott, David | ground | | | $ 40.00 | Taxi from Dallas Love Airport to Marriott Hotel. |
| 11646566 | CAO Financial Reporting Support | 20151206 | Jeffcott, David | ground | | | $ 75.00 | Taxi from home to Hobby Airport, TX. |
| 11646566 | CAO Financial Reporting Support | 20151210 | Jeffcott, David | ground | | | $ 40.00 | Taxi from EFH client site to Dallas Love Airport. |
| 11646566 | CAO Financial Reporting Support | 20151210 | Jeffcott, David | ground | | | $ 75.00 | Taxi from Houston Hobby Airport, TX to home. |
| 11646566 | CAO Financial Reporting Support | 20151216 | Jeffcott, David | ground | | | $ 40.00 | Taxi from Dallas Love Airport to EFH client site. |
| 11646566 | CAO Financial Reporting Support | 20151216 | Jeffcott, David | ground | | | $ 75.00 | Taxi from home to Hobby Airport, Houston, TX.. |
| 11646566 | CAO Financial Reporting Support | 20151217 | Jeffcott, David | ground | | | $ 40.00 | Taxi from EFH client site to Dallas Love Airport. |
| 11646566 | CAO Financial Reporting Support | 20151217 | Jeffcott, David | ground | | | $ 75.00 | Taxi from Houston Hobby Airport, Houston, TX to home. |
| 11646566 | CAO Financial Reporting Support | 20160103 | Jeffcott, David | ground | | | $ 40.00 | Taxi from Dallas Love Airport to Marriott City Centre. |
| 11646566 | CAO Financial Reporting Support | 20160103 | Jeffcott, David | ground | | | $ 75.00 | Taxi from Home to Hobby Airport. |
| 11646566 | CAO Financial Reporting Support | 20160107 | Jeffcott, David | ground | | | $ 40.00 | Taxi from EFH to Dallas Love Airport. |
| 11646566 | CAO Financial Reporting Support | 20160107 | Jeffcott, David | ground | | | $ 75.00 | Taxi from Houston Hobby Airport to Home. |
| 11646566 | CAO Financial Reporting Support | 20160110 | Jeffcott, David | ground | | | $ 40.00 | Taxi from Dallas Love Airport to Marriott City Centre. |
| 11646566 | CAO Financial Reporting Support | 20160110 | Jeffcott, David | ground | | | $ 75.00 | Taxi from Home to Hobby Airport. |
| 11646566 | Allegro Implementation Internal Audit | 20160111 | Gram, Mark | ground | | | $ 15.00 | Parking at EFH |
| 11646566 | Allegro Implementation Internal Audit | 20160112 | Gram, Mark | ground | | | $ 235.44 | Roundtrip mileage in excess of normal commute- 38 N Beech Springs Cir, The Woodlands TX to 1601 Bryan, Dallas TX (436 miles) |
| 11646566 | Allegro Implementation Internal Audit | 20160112 | Gram, Mark | ground | | | $ 22.73 | Overnite parking at hotel while travelling on behalf of EFH |
| 11646566 | Allegro Implementation Internal Audit | 20160112 | Gram, Mark | ground | | | $ 15.00 | Parking at EFH |
| 11646566 | CAO Financial Reporting Support | 20160114 | Jeffcott, David | ground | | | $ 40.00 | Taxi from EFH to Dallas Love Airport. |
| 11646566 | CAO Financial Reporting Support | 20160114 | Jeffcott, David | ground | | | $ 75.00 | Taxi from Houston Hobby Airport to Home. |
| 11646566 | Allegro Implementation Internal Audit | 20160115 | Gram, Mark | ground | | | $ 235.44 | Roundtrip mileage in excess of normal commute - 38 N Beech Springs Cir, The Woodlands TX to 1601 Bryan, Dallas TX (436 miles) |
| 11646566 | Allegro Implementation Internal Audit | 20160115 | Gram, Mark | ground | | | $ 15.00 | Parking at EFH |
| 11646566 | CAO Financial Reporting Support | 20160117 | Jeffcott, David | ground | | | $ 40.00 | Taxi from Dallas Love Airport to Marriott City Centre. |
| 11646566 | CAO Financial Reporting Support | 20160117 | Jeffcott, David | ground | | | $ 75.00 | Taxi from Home to Hobby Airport. |
| 11646566 | Fresh Start | 20160118 | Lancy, Bradley | ground | | | $ 27.60 | Taxi ground transportation from airport to hotel in Dallas, TX related to Energy Future Holdings work travel. |
| 11646566 | Fresh Start | 20160118 | Lancy, Bradley | ground | | | $ 26.42 | Taxi ground transportation from home to airport in Chicago, IL related to Energy Future Holdings work travel. |
| 11646566 | Allegro Implementation Internal Audit | 20160121 | Gram, Mark | ground | | | $ 15.00 | Parking at EFH |
| 11646566 | CAO Financial Reporting Support | 20160121 | Jeffcott, David | ground | | | $ 40.00 | Taxi from EFH to Dallas Love Airport. |
| 11646566 | CAO Financial Reporting Support | 20160121 | Jeffcott, David | ground | | | $ 75.00 | Taxi from Houston Hobby Airport to Home. |
| 11646566 | Allegro Implementation Internal Audit | 20160122 | Gram, Mark | ground | | | $ 235.44 | Roundtrip mileage in excess of normal commute from 38 N Beech Springs Circle, The Woodlands TX to 1601 Bryan, Dallas TX (436 miles) |
| 11646566 | Allegro Implementation Internal Audit | 20160122 | Gram, Mark | ground | | | $ 15.16 | Overnite parking at hotel while travelling on behalf of EFH |
| 11646566 | Allegro Implementation Internal Audit | 20160122 | Gram, Mark | ground | | | $ 15.00 | Parking at EFH |
| 11646566 | Fresh Start | 20160122 | Lancy, Bradley | ground | | | $ 44.00 | Taxi ground transportation from airport to home in Chicago, IL related to Energy Future Holdings work travel. |

**KPMG LLP**
**EFH Expense Detail**
**January 1, 2016 through January 31, 2016**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 11646566 | Fresh Start | 20160122 | Lancy, Bradley | ground | | | $ 10.90 | Taxi ground transportation from client offices to airport in Dallas, TX related to Energy Future Holdings work travel. |
| 11646566 | CAO Financial Reporting Support | 20160124 | Jeffcott, David | ground | | | $ 40.00 | Taxi from Dallas Love Airport to Marriott City Centre. |
| 11646566 | CAO Financial Reporting Support | 20160124 | Jeffcott, David | ground | | | $ 75.00 | Taxi from Home to Hobby Airport. |
| 11646566 | Fresh Start | 20160126 | Lancy, Bradley | ground | | | $ 25.00 | Taxi ground transportation from airport to hotel in Dallas, TX related to Energy Future Holdings work travel. |
| 11646566 | Fresh Start | 20160126 | Lancy, Bradley | ground | | | $ 39.80 | Taxi ground transportation from home to airport in Chicago, IL related to Energy Future Holdings work travel. |
| 11646566 | Allegro Implementation Internal Audit | 20160128 | Gram, Mark | ground | | | $ 15.00 | Parking at EFH |
| 11646566 | CAO Financial Reporting Support | 20160128 | Jeffcott, David | ground | | | $ 40.00 | Taxi from EFH to Dallas Love Airport. |
| 11646566 | CAO Financial Reporting Support | 20160128 | Jeffcott, David | ground | | | $ 75.00 | Taxi from Houston Hobby Airport to Home. |
| 11646566 | Allegro Implementation Internal Audit | 20160129 | Gram, Mark | ground | | | $ 22.73 | Overnite parking at hotel while travelling on behalf of EFH |
| 11646566 | Fresh Start | 20160129 | Lancy, Bradley | ground | | | $ 47.30 | Taxi ground transportation from airport to home in Chicago, IL related to Energy Future Holdings work travel. |
| 11646566 | Fresh Start | 20160129 | Lancy, Bradley | ground | | | $ 10.52 | Taxi ground transportation from client offices to airport in Dallas, TX related to Energy Future Holdings work travel. |
| 11646566 | Allegro Implementation Internal Audit | 20160129 | Gram, Mark | ground | | | $ 235.44 | Roundtrip mileage in excess of normal commute from 38 N Beech Springs Circle, The Woodlands TX to 1601 Bryan, Dallas TX (436 miles) |
| 11646566 | CAO Financial Reporting Support | 20160131 | Jeffcott, David | ground | | | $ 40.00 | Taxi from Dallas Love Airport to Marriott City Centre. |
| 11646566 | CAO Financial Reporting Support | 20160131 | Jeffcott, David | ground | | | $ 75.00 | Taxi from Home to Hobby Airport. |
| | **Total Ground** | | | | | | **$ 5,143.82** | |