# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**
Energy Future Holdings Corp.
Energy Plaza
1601 Bryan Street                                  **Chapter:** 11
Dallas, TX 75201
  **EIN:** 46–2488810
TXU Corp.
TXU Corp
Texas Utilities

*Case No*.: 14–10979–CSS

### *NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION*

A transcript of the proceeding held on 4/6/16 was filed on 4/8/16 . The following deadlines apply:

The parties have  7 days to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is 4/29/16 .

If a request for redaction is filed, the redacted transcript is due 5/9/16 .

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 7/7/16 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber (see docket for Transcriber's information) or you may view the document at the clerk's office public terminal.

David D. Bird, Clerk of Court

Date: 4/8/16

(ntc)

```
                         United States Bankruptcy Court
                              District of Delaware
In re:                                                       Case No. 14-10979-CSS
Energy Future Holdings Corp.                                 Chapter 11
       Debtor                    CERTIFICATE OF NOTICE
District/off: 0311-1         User: LeslieM              Page 1 of 2                  Date Rcvd: Apr 08, 2016
                             Form ID: ntcBK             Total Noticed: 39


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 10, 2016.
db            +Energy Future Holdings Corp.,   Energy Plaza,   1601 Bryan Street,   Dallas, TX 75201-3483
aty           +Andrew McGaan,   Kirkland & Ellis LLP,   300 North LaSalle,   Chicago, IL 60654-5412
aty           +Anna Terteryan,   Kirkland & Ellis LLP,   555 California Street,   San Francisco, CA 94104-1603
aty           +Anthony V. Sexton,   Kirkland & Ellis LLP,   300 North LaSalle,   Chicago, IL 60654-5412
aty           +Aparna Yenamandra,   Kirkland & Ellis LLP,   601 Lexington Avenue,   New York, NY 10022-4643
aty           +Brenton Rogers,   Kirkland & Ellis LLP,   300 North LaSalle,   Chicago, IL 60654-5412
aty           +Bridget K. O'Connor,   Kirkland & Ellis LLP,   655 Fifteenth Street, N.W.,
                Washington, DC 20005-5793
aty           +Bryan M. Stephany,   Kirkland & Ellis LLP,   655 Fifteenth Street, N.W.,
                Washington, DC 20005-5793
aty           +Christopher W. Keegan,   Kirkland & Ellis LLP,   555 California Street,
                San Francisco, CA 94104-1603
aty           +Cormac T. Connor,   Kirkland & Ellis LLP,   655 Fifteenth Street, N.W.,
                Washington, DC 20005-5793
aty           +Emily E. Geier,   Kirkland & Ellis LLP,   300 N. LaSalle,   Chicago, IL 60654-5412
aty           +Iskender H. Catto,   McDermott Will & Emery LLP,   340 Madison Avenue,
                New York, NY 10173-1922
aty           +James H.M. Sprayregen,   Kirkland & Ellis LLP,   601 Lexington Avenue,
                New York, NY 10022-4643
aty           +Jeff J. Marwil,   Proskauer Rose LLP,   Three First National Plaza,   70 W. Madison Street,
                Suite 3800,   Chicago, IL 60602-4342
aty           +Jeremy L. Graves,   GIBSON DUNN & CRUTCHER LLP,   1801 California Street,   Suite 4200,
                Denver, CO 80202-2694
aty           +Jeremy L. Retherford,   Balch & Bingham LLP,   1901 Sixth Avenue North,   Suite 1500,
                Birmingham, AL 35203-4642
aty           +Jonathan F. Ganter,   Kirkland & Ellis LLP,   655 Fifteenth Street, N.W.,
                Washington, DC 20005-5793
aty           +Justin Sowa,   Kirkland & Ellis LLP,   555 California Street,   San Francisco, CA 94104-1603
aty           +Kevin Chang,   Kirkland & Ellis LLP,   555 California Street,   San Francisco, CA 94104-1603
aty            Lary Alan Rappaport,   Proskauer Rose LLP,   2049 Century Park East,
                Los Angeles, CA 90067-3206
aty           +Marc Kieselstein,   Kirkland & Ellis LLP,   300 North LaSalle,   Chicago, IL 60654-5412
aty           +Mark E. McKane, Esq.,   Kirkland & Ellis LLP,   555 California Street,
                San Francisco, CA 94104-1603
aty           +Mark K. Thomas,   Proskauer Rose LLP,   Three First National Plaza,   70 W. Madison Street,
                Suite 3800,   Chicago, IL 60602-4342
aty           +Matthew E. Papez,   Kirkland & Ellis LLP,   655 Fifteenth Street, N.W.,
                Washington, DC 20005-5793
aty            Michael A. Firestein,   Proskauer Rose LLP,   2049 Century Park East,
                Los Angeles, CA 90067-3206
aty           +Michael A. Petrino,   Kirkland & Ellis LLP,   655 Fifteenth Street, N.W.,
                Washington, DC 20005-5793
aty           +Michael B. Slade,   Kirkland & Ellis LLP,   300 North LaSalle,   Chicago, IL 60654-5412
aty           +Michael L. Raiff,   Gibson Dunn & Crutcher LLP,   2100 McKinney Avenue,   Dallas, TX 75201-2106
aty           +Michael P. Esser,   Kirkland & Ellis LP,   555 California Street,
                San Francisco, CA 94104-1503
aty           +Natalie Hoyer Keller,   Kirkland & Ellis LLP,   300 North LaSalle,   Chicago, IL 60654-5412
aty            P. Stephen Gidiere, III,   Balch & Bingham LLP,   1901 Sixth Avenue North,   Suite 1500,
                Birmingham, AL 35203-4642
aty           +Richard M. Cieri,   Kirkland & Ellis LLP,   601 Lexington Avenue,   New York, NY 10022-4643
aty           +Richard U.S. Howell,   Kirkland & Ellis LLP,   300 North LaSalle,   Chicago, IL 60654-5412
aty           +Stephen E. Hessler,   Kirkland & Ellis LLP,   601 Lexington Avenue,   New York, NY 10022-4643
aty           +Steven N. Serajeddini,   Kirkland & Ellis LLP,   300 North LaSalle,   Chicago, IL 60654-5412
aty           +Todd F. Maynes,   Kirkland & Ellis LLP,   300 North LaSalle,   Chicago, IL 60654-5412
aty            W. Clark Watson,   Balch & Bingham LLP,   1901 Sixth Avenue North,   Suite 1500,
                Birmingham, AL 35203-4642
aty           +William Guerrieri,   Kirkland & Ellis LLP,   300 North LaSalle,   Chicago, IL 60654-5412
aty           +William T. Pruitt,   Kirkland & Ellis LLP,   300 North LaSalle,   Chicago, IL 60654-5412

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0311-1          User: LeslieM            Page 2 of 2            Date Rcvd: Apr 08, 2016
                              Form ID: ntcBK           Total Noticed: 39
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2016                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 8, 2016 at the address(es) listed below:
NONE.                                                                                    TOTAL: 0
```