IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., et al., | ) ) | Case No. 14-10979 (CSS) (Jointly Administered) |
| | ) | |
| Debtors. | ) ) | |
| MARATHON ASSET MANAGEMENT, LP, POLYGON CONVERTIBLE OPPORTUNITY MASTER FUND, and POLYGON DISTRESSED OPPORTUNITIES MASTER FUND, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Adv. Pro. No: 15-51917 (CSS) |
| WILMINGTON TRUST, N.A., as First Collateral Agent and First Lien Administrative Agent; ANGELO GORDON & CO., LP, APOLLO ADVISORS VII, L.P., and BROOKFIELD ASSET MANAGEMENT PRIVATE INSTITUTIONAL CAPITAL ADVISOR (CANADA), L.P.; and JOHN DOE #1 Through JOHN DOE #10, | ) ) ) ) ) ) ) ) ) ) | Adv. Docket No.: 8 |
| Defendants. | ) ) | |

## **ORDER**

For the reasons set forth in the Court's opinion dated April 12, 2016, Lender Defendants' Motion to Dismiss Complaint [Adv. D.I. 8] is Granted and the adversary

proceeding is dismissed with prejudice.

Dated: April 12, 2016

_____
Christopher S. Sontchi
Judge, United States Bankruptcy Court