**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|                                                      |     |                              |
| ---------------------------------------------------- | --- | ---------------------------- |
| In re:                                               | )   | Chapter 11                   |
|                                                      | )   |                              |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]           | )   | Case No. 14-10979 (CSS)      |
|                                                      | )   |                              |
| Debtors.                                             | )   | (Jointly Administered)       |
|                                                      | )   |                              |
|                                                      | )   | **Re: D.I. 8071**            |
|                                                      | )   |                              |

**CERTIFICATION OF NO OBJECTION REGARDING**
**"DEBTORS' FORTIETH OMNIBUS (SUBSTANTIVE) OBJECTION**
**TO NO LIABILITY AND OVERSTATED CLAIMS PURSUANT TO**
**SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES**
**3001, 3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1" [D.I. 8071]**

The undersigned hereby certifies that, as of the date hereof, he has received no answer,

objection or any other responsive pleading to the *Debtors' Fortieth Omnibus (Substantive)*

*Objection to No Liability and Overstated Claims Pursuant to Section 502(b) of the Bankruptcy*

*Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1* [D.I. 8071]

(the "Objection") filed by the above-captioned debtors and debtors in possession (collectively,

the "Debtors"), with the United States Bankruptcy Court for the District of Delaware (the

"Court") on March 24, 2016.[2]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] On March 24, 2016, the Debtors also filed the *Declaration of Steven R. Kotarba, Managing Director with Alvarez & Marsal North America, LLC, in Support of the Debtors' Fortieth Omnibus (Substantive) Objection to No Liability and Overstated Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1* [D.I. 8072] in connection with, and in support of, the Objection.

The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Objection appears thereon.  Pursuant to the *Notice of "Debtors' Fortieth Omnibus (Substantive) Objection to No Liability and Overstated Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1" and Hearing Thereon* filed contemporaneously with the Objection, responses to the Objection were to be filed and served no later than 4:00 p.m. (Eastern Daylight Time) on April 7, 2016.

*[Remainder of page intentionally left blank.]*

2

The Debtors therefore respectfully request that the proposed form of order attached

hereto as **Exhibit A**, which is materially in the same form filed with the Objection, be entered at

the earliest convenience of the Court.

Dated: April 12, 2016
      Wilmington, Delaware

*/s/ Jason M. Madron*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
    defranceschi@rlf.com
    madron@rlf.com

*Co-Counsel and Conflicts Counsel to*
*the Debtors and Debtors in Possession*

**EXHIBIT A**

**Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: D.I. 8071, 8072** |

## ORDER SUSTAINING DEBTORS' FORTIETH OMNIBUS (SUBSTANTIVE) OBJECTION TO NO LIABILITY AND OVERSTATED CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1

Upon the objection (the "Objection")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order") disallowing, expunging, and/or modifying and reducing, as applicable, the Disputed Claims set forth on **Exhibit 1** and **Exhibit 2** attached hereto, all as set forth in the Objection and the Kotarba Declaration; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of these cases and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Objection is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Court having found that the Debtors provided appropriate

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.

notice of the Objection and the opportunity for a hearing on the Objection (the "Hearing") under

the circumstances; and the Court having reviewed the Objection and having heard the statements

in support of the relief requested therein at the Hearing, if any; and the Court having determined

that the legal and factual bases set forth in the Objection and at the Hearing establish just cause

for the relief granted herein; and upon all of the proceedings had before the Court; and after due

deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.     The Objection is SUSTAINED as set forth herein.

2.     The No Liability Claim set forth on the attached **Exhibit 1** is hereby disallowed

and expunged in its entirety.

3.     The Overstated Claims set forth on the attached **Exhibit 2** are hereby reduced

and/or modified as indicated under the heading "Modified" on the attached **Exhibit 2**.

4.     The Claims Agent is authorized to modify the Claims Register to comport with

the entry of this Order.

5.     Notwithstanding the relief granted in this Order and any actions taken pursuant to

such relief, nothing in this Order shall be deemed:  (a) an admission as to the validity of any

particular claim (including the Proofs of Claim) against a Debtor entity; (b) a waiver of the

Debtors' rights to dispute any particular claim (including the Proofs of Claim) on any grounds;

(c) a promise or requirement to pay any particular claim (including the Proofs of Claim); (d) an

implication or admission that any particular claim is of a type specified or defined in this

Objection (except as set forth herein); (e) an admission by the Debtors that any contract or lease

is executory or unexpired, as applicable; (f) a waiver or limitation of the Debtors' rights under

the Bankruptcy Code or any other applicable law; (g) a request or authorization to assume or

reject any agreements under section 365 of the Bankruptcy Code; (h) a waiver of any party's

rights to assert that any other party is in breach or default of any agreement; or (i) an admission that any contract or lease is integrated with any other contract or lease.

6.      Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, or 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7.      The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Objection.

8.      This Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to this Order.

Dated:  April _____, 2016
        Wilmington, Delaware      _____
                                  THE HONORABLE CHRISTOPHER S. SONTCHI
                                  UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT 1** to **EXHIBIT A**

**No Liability Claim**

**ENERGY FUTURE HOLDINGS CORP., et al.**

**FORTIETH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | WILDER, C. ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/29/2014 | 4747 | $22,327,349.81 | The asserted claim is for a contingent interest in funds held in trust, pursuant to that certain agreement dated October 10, 2007 by and between Energy Future Holdings Corp. and Claimant. The contingency did not occur and, pursuant to article 4 of the agreement, the claimant's interest in the funds did not vest. In accordance with Article 5, section (b) of the agreement, the funds have been returned to Energy Future Holdings Corp. |
| | | | | | TOTAL | $22,327,349.81 | |

**EXHIBIT 2** to **EXHIBIT A**

**Overstated Claims**

# ENERGY FUTURE HOLDINGS CORP., et al.

## FORTIETH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – Overstated Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | ROMERO, ROGELIO D/B/A YOLANDA CERRILLO 12566 COLEMAN ST TYLER, TX 75704-8804 | 5821 | Oak Grove Management Company LLC | Secured | $50,600.50 | Oak Grove Management Company LLC | Secured | $50,600.50 |
| | | | Oak Grove Management Company LLC | Unsecured | $8,346.50 | Oak Grove Management Company LLC | Unsecured | $2,060.50 |
| | | | | Subtotal | $58,947.00 | | Subtotal | $52,661.00 |

REASON: Modified amount reflects adjustment for invoices satisfied to Ratliff Ready-Mix LP as subcontractor to Romero's Concrete Construction.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | SIEMENS INDUSTRY, INC. ATTN: LEIGH-ANNE BEST 100 TECHNOLOGY DRIVE ALPHARETTA, GA 30005 | 3941 | Luminant Generation Company LLC | Unsecured | $19,327.57 | Luminant Generation Company LLC | Unsecured | $1,807.57 |

REASON: Modified amount reflects adjustment per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.

| | | | | TOTAL | $78,274.57 | | TOTAL | $54,468.57 |