**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered)<br><br>**Re:  D.I. 8060** |

**CERTIFICATE OF NO OBJECTION REGARDING THE**
**SIXTEENTH MONTHLY FEE STATEMENT OF ALIXPARTNERS, LLP**
**FOR COMPENSATION FOR SERVICES RENDERED AND FOR**
**REIMBURSEMENT OF EXPENSES INCURRED AS RESTRUCTURING**
**ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED**
**CREDITORS OF ENERGY FUTURE HOLDINGS CORPORATION,**
**ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC,**
**EFIH FINANCE INC., AND EECI, INC. FOR THE PERIOD**
**FROM FEBRUARY 1, 2016 THROUGH FEBRUARY 29, 2016**

The undersigned hereby certifies that, as of the date hereof, he has received no written

answer, objection or other responsive pleading to the *Sixteenth Monthly Fee Statement of*

*AlixPartners, LLP for Compensation for Services Rendered and for Reimbursement of*

*Expenses Incurred as Restructuring Advisor to the Official Committee of Unsecured Creditors*

*of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company LLC,*

*EFIH Finance Inc., and EECI, Inc. for the Period from February 1, 2016 through February 29,*

*2016* [D.I. 8060] (the "**Fee Statement**").  The undersigned further certifies that after reviewing

the Court's docket in this case, no answer, objection or other responsive pleading to the Fee

Statement appears thereon.  Pursuant to the Notice of Fee Statement, responses to the Fee

Statement were to be filed and served no later than April 13, 2016 at 4:00 p.m. (ET).  The Fee

---

[1]    The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  A complete list of the debtors and the last four digits of their federal tax identification numbers is available at http://www.efhcaseinfo.com.

4017610

Statement was filed and served in accordance with the *Stipulation and Order Appointing a Fee Committee*, dated August 21, 2014 [D.I. 1896] and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals*, dated September 16, 2014 [D.I. 2066] (the "**Administrative Order"**).

Consequently, pursuant to the Administrative Order, the above-captioned debtors and debtors-in-possession are authorized to pay AlixPartners, LLP, 80% of its fees and 100% of its expenses requested in the Fee Statement upon filing of this certificate without the need for further order of the Court. A summary of the fees and expenses sought by AlixPartners, LLP is annexed hereto as <u>Exhibit A</u>.

Dated: Wilmington, Delaware
April 14, 2016

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

*/s/ Mark A. Fink*
Natalie D. Ramsey (DE Bar No. 5378)
Davis Lee Wright (DE Bar No. 4324)
Mark A. Fink (DE Bar No. 3946)
1105 North Market Street, 15th Floor
Wilmington, DE 19801
Telephone: (302) 504-7800
Facsimile: (302) 504-7820
E-mail:        nramsey@mmwr.com
               dwright@mmwr.com
               mfink@mmwr.com

*Counsel for The Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc.*

4017610

**EXHIBIT A**

Professional Fees and Expenses Monthly Fee Statement

| Applicant | Compensation Period | Objection Deadline | Total Fees Requested | Requested Expenses | Approved Fees | Approved Expenses | 20% Holdback |
|---|---|---|---|---|---|---|---|
| AlixPartners, LLP | 02/1/2016 through 02/29/2016 | 04/13/2015 | $4,983.00 | $0.00 | $3,986.40 | $0.00 | $996.60 |