# Exhibit A

## Summary of Total Fees Incurred and Hours Billed During the Fee Period

The Sidley attorneys who rendered professional services in these cases during the Fee Period and their hourly billing rate for these matters are:

| Name | TITLE OR POSITION | Department, group or section | Date of first admission | Fees billed in this application | Hours billed in this application | Hourly rate billed | | Number of rate increases since case inception |
|---|---|---|---|---|---|---|---|---|
| | | | | | | In this application | In first interim application | |
| C. Frederick Beckner | Partner | Litigation | 1997 | $18,139.00 | 19.40 | $935 | $878 | 1 |
| Peter D. Keisler | Partner | Litigation | 1989 | $1,447.60 | 1.40 | $1,034 | $970 | 1 |
| Roger R. Martella | Partner | Environmental | 1997 | $10,148.00 | 11.80 | $860 | $809 | 1 |
| Ryan C. Morris | Partner | Litigation | 2007 | $1,536.00 | 2.40 | $640 | N/A | N/A |
| Catherine Karen | Counsel | Environmental | 2001 | $5,742.40 | 9.70 | $592 | N/A | N/A |
| Geoffrey M. King | Associate | Bankruptcy | 2009 | $4,958.00 | 6.70 | $740 | $665 | 1 |
| Joel F. Visser | Associate | Environmental | 2009 | $114.00 | .20 | $570 | $540 | 1 |
| | | | **Attorney Totals** | **$42,085.00** | **51.60** | | | |

The paraprofessionals of Sidley who rendered professional services in these cases during the Fee Period and their hourly billing rate for these matters:

| Name | TITLE OR POSITION | Department, group or section | Number of Years in that Position | Fees billed in this application | Hours billed in this application | Hourly rate billed | | Number of rate increases since case inception |
|---|---|---|---|---|---|---|---|---|
| | | | | | | In this application | In first interim application | |
| David J. Lutes | Paralegal | Bankruptcy | 29 | $9,972.00 | 27.70 | $360 | $345 | 1 |
| | | | **Paraprofessional Totals** | **$9,972.00** | **27.70** | | | |