**Exhibit B**

**Summary of Actual and Necessary Expenses for the Fee Period**

RLF1 14357501v.1

**Summary of Actual and Necessary Expenses for the Fee Period**

| Service Description | Amount |
|---|---:|
| Duplicating | $166.26 |
| Legal Support Services | $1,327.50 |
| Meals | $140.00 |
| Telephone Tolls | $17.87 |
| Westlaw | $52.88 |
| **Total** | **$1,704.51** |