## Exhibit E

**Time Records**



**SIDLEY AUSTIN LLP**
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SHANGHAI |
| BOSTON | HOUSTON | SINGAPORE |
| BRUSSELS | LONDON | SYDNEY |
| CENTURY CITY | LOS ANGELES | TOKYO |
| CHICAGO | NEW YORK | WASHINGTON, D.C. |
| DALLAS | PALO ALTO | |
| GENEVA | SAN FRANCISCO | |

FOUNDED 1866

FEDERAL ID 36-███

February 25, 2016

Energy Future Holdings Corp.
1601 Bryan Street
43rd Floor
Dallas, TX  75291

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 36021012
Client Matter 58409-30090

For professional services rendered through September 30, 2015 re Fee
Applications

Fees                                                                                            $1,778.00

**Total Due This Bill**                                                      **$1,778.00**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: ███
ABA Number: ███
Swift Code: ███

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN LLP**

Invoice Number:  36021012
Energy Future Holdings Corp.

RE: Fee Applications

### T I M E   D E T A I L

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 09/01/15 | DJ Lutes | Review fee application materials for B. Beaton (.7); prepare email summary re: same (.2); TC with L. Cuello re: same (.2) | 1.10 |
| 09/25/15 | DJ Lutes | Review and upload exhibits, expense documentation and related materials to electronic files | 1.10 |
| 09/29/15 | GM King | Analyze materials in connection with monthly fee application (0.7) | .70 |
| 09/29/15 | DJ Lutes | Review monthly EFH fee application materials (.3); emails with billing specialists re: same (.2) | .50 |
| 09/30/15 | DJ Lutes | Prepare monthly EFH and Luminant monthly and interim fee application materials | .80 |
| | | **Total Hours** | **4.20** |

**SIDLEY AUSTIN LLP**

Invoice Number:  36021012
Energy Future Holdings Corp.

RE: Fee Applications


## T I M E   S U M M A R Y

| Name | Hours | Rate | Amount |
|---|---|---|---|
| GM King | .70 | $740.00 | $518.00 |
| DJ Lutes | 3.50 | 360.00 | 1,260.00 |
| **Total Hours and Fees** | **4.20** | | **$1,778.00** |



**SIDLEY AUSTIN LLP**
1501 K STREET, N.W.
WASHINGTON, D.C.  20005
(202) 736 8000
(202) 736 8711 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SHANGHAI |
| BOSTON | HOUSTON | SINGAPORE |
| BRUSSELS | LONDON | SYDNEY |
| CENTURY CITY | LOS ANGELES | TOKYO |
| CHICAGO | NEW YORK | WASHINGTON, D.C. |
| DALLAS | PALO ALTO | |
| GENEVA | SAN FRANCISCO | |

**FOUNDED 1866**

FEDERAL ID 36-

November 11, 2015

Dan Kelly
Energy Future Holdings
Attn: Daniel J. Kelly
1601 Bryan Street, 43rd Floor
Dallas, TX  75201

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 35064450
Client Matter 55784-40080

For professional services rendered through September 30, 2015 re
Counseling on Regulations for Existing Generating Units

Fees                                                                              $14,812.00

Expenses                                                                          3,932.40

**Total Due This Bill**                                                          **$18,744.40**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:
ABA Number:
Swift Code:

Payment is Due Within 30 Days of Receipt of Invoice

SIDLEY AUSTIN LLP

Invoice Number:  35064450
Luminant Generation Company LLC

Counseling on Regulations for Existing Generating Units

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| RR Martella | 1.00 | $860.00 | $860.00 |
| RC Morris | 21.80 | 640.00 | 13,952.00 |
| **Total Hours and Fees** | **22.80** | | **$14,812.00** |

## EXPENSE SUMMARY

| Category/Description | Amount |
|----------------------|-------:|
| Air Transportation | $2,992.59 |
| Ground Transportation | 149.38 |
| Meals - Out of Town | 6.50 |
| Travel/Lodging | 783.93 |
| **Total** | **$3,932.40** |

**SIDLEY AUSTIN LLP**

Invoice Number: 35064450
Luminant Generation Company LLC

Counseling on Regulations for Existing Generating Units

### T I M E   D E T A I L

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 09/01/15 | RC Morris | Meeting regarding litigation preparations | 6.00 |
| 09/02/15 | RC Morris | Correspond with in-house counsel regarding litigation preparations | .20 |
| 09/02/15 | RC Morris | Correspond regarding litigation preparations | .40 |
| 09/04/15 | RC Morris | Review and analyze pre-litigation analysis | 2.40 |
| 09/08/15 | RC Morris | Continue working on pre-litigation analysis | 1.20 |
| 09/10/15 | RC Morris | Review and analyze pre-litigation analysis | 3.00 |
| 09/16/15 | RC Morris | Continue working on litigation preparations | 2.00 |
| 09/24/15 | RC Morris | Review and analyze pre-litigation analysis | 3.30 |
| 09/24/15 | RC Morris | Work on litigation preparations | .70 |
| 09/25/15 | RR Martella | Teleconference with in-house counsel regarding litigation and next steps | 1.00 |
| 09/25/15 | RC Morris | Participate in conference call regarding case strategy and coordination | 1.40 |
| 09/28/15 | RC Morris | Participate in conference call regarding pre-litigation analysis | .50 |
| 09/28/15 | RC Morris | Review pre-litigation analysis | .40 |
| 09/28/15 | RC Morris | Work on litigation preparations | .30 |
| | | **Total Hours** | **22.80** |

**SIDLEY AUSTIN LLP**

Invoice Number: 35064450
Luminant Generation Company LLC

Counseling on Regulations for Existing Generating Units

### E X P E N S E   D E T A I L

| Date | Narrative | Amount |
|------|-----------|--------|
| 09/08/15 | 08/31/15-09/01/15 Washington D.C. to Dallas - Aug 28, 2015 - Ryan C. Morris - Airfare - Meet to discuss litigation preparation - American Airlines | $946.20 |
| 09/08/15 | 08/31/15-09/01/15 Washington D.C. to Dallas - Aug 28, 2015 - Ryan C. Morris - Agent Fee - Meet to discuss litigation preparation | 41.00 |
| 09/08/15 | 08/31/15-09/01/15 Washington D.C. to Dallas - Aug 31, 2015 - Ryan C. Morris - Taxi/Car Service - Meet to discuss litigation preparation - To/From Airport | 57.60 |
| 09/08/15 | 08/31/15-09/01/15 Washington D.C. to Dallas - Sep 01, 2015 - Ryan C. Morris - Taxi/Car Service - Meet to discuss litigation preparation - To/From Airport | 54.00 |
| 09/08/15 | 08/31/15-09/01/15 Washington D.C. to Dallas - Sep 01, 2015 - Ryan C. Morris - Internet - Meet to discuss litigation preparation | 23.76 |
| 09/08/15 | 08/31/15-09/01/15 Washington D.C. to Dallas - Aug 31, 2015 - Ryan C. Morris - Hotel - Internet - Meet to discuss litigation preparation - Other (not listed) | 25.93 |
| 09/08/15 | 08/31/15-09/01/15 Washington D.C. to Dallas - Sep 01, 2015 - Ryan C. Morris - Lodging - Meet to discuss litigation preparation - Other (not listed) | 240.89 |
| 09/09/15 | 08/20/15-08/21/15 Washington D.C. to Austin - Aug 17, 2015 - Roger R. Martella, Jr. - Airfare - Meeting with client re: ongoing business - United Airlines | 1,923.39 |
| 09/09/15 | 08/20/15-08/21/15 Washington D.C. to Austin - Aug 17, 2015 - Roger R. Martella, Jr. - Agent Fee - Meeting with client re: ongoing business | 41.00 |
| 09/09/15 | 08/20/15-08/21/15 Washington D.C. to Austin - Aug 19, 2015 - Roger R. Martella, Jr. - Agent Fee - Meeting with client re: ongoing business | 41.00 |
| 09/09/15 | 08/20/15-08/21/15 Washington D.C. to Austin - Aug 21, 2015 - Roger R. Martella, Jr. - Taxi/Car Service - Meeting with client re: ongoing business - While Traveling | 37.78 |
| 09/09/15 | 08/20/15-08/21/15 Washington D.C. to Austin - Aug 21, 2015 - Roger R. Martella, Jr. - Hotel - Meals Other - Meeting with client re: ongoing business - Hilton Hotels - Roger R. Martella, Jr. - Roger R. Martella, Jr. - 2 total attendees | 6.50 |
| 09/09/15 | 08/20/15-08/21/15 Washington D.C. to Austin - Aug 21, 2015 - Roger R. Martella, Jr. - Lodging - Meeting with client re: ongoing business - Hilton Hotels | 493.35 |

**Total Expenses**    **$3,932.40**



**SIDLEY AUSTIN LLP**
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

| BEIJING | HONG KONG | SHANGHAI |
|---|---|---|
| BOSTON | HOUSTON | SINGAPORE |
| BRUSSELS | LONDON | SYDNEY |
| CENTURY CITY | LOS ANGELES | TOKYO |
| CHICAGO | NEW YORK | WASHINGTON, D.C. |
| DALLAS | PALO ALTO | |
| GENEVA | SAN FRANCISCO | |

**FOUNDED 1866**

FEDERAL ID 36-■■■

November 11, 2015

Luminant Generation Company LLC
Attn: Stephanie Zapata Moore, General Counsel
1601 Bryan Street, 22nd Floor
Dallas, TX 75201-3411

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 35064449
Client Matter 55784-40030

For professional services rendered through September 30, 2015 re MSS
Appeal

Fees      $2,337.50

Expenses      56.95

**Total Due This Bill**      **$2,394.45**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois 60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: ■■■
ABA Number: ■■■
Swift Code: ■■■

Payment is Due Within 30 Days of Receipt of Invoice

SIDLEY AUSTIN LLP

Invoice Number: 35064449
Luminant Generation Company LLC

MSS Appeal

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| C Beckner | 2.50 | $935.00 | $2,337.50 |
| **Total Hours and Fees** | **2.50** | | **$2,337.50** |

## EXPENSE SUMMARY

| Category/Description | Amount |
|----------------------|--------|
| Telephone Tolls | $4.07 |
| Westlaw Research Service | 52.88 |
| **Total** | **$56.95** |

**SIDLEY AUSTIN LLP**

Invoice Number: 35064449
Luminant Generation Company LLC

MSS Appeal

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 09/01/15 | C Beckner | Call with co-counsel re. strategy issues in connection with regulatory challenge | .40 |
| 09/02/15 | C Beckner | Analysis of procedural options and correspondence with co-counsel re. same | .70 |
| 09/03/15 | C Beckner | Calls and correspondence with co-counsel re. procedural options | .60 |
| 09/10/15 | C Beckner | Review and comment on procedural options | .70 |
| 09/10/15 | C Beckner | Correspondence re. procedural options | .10 |
| | | **Total Hours** | **2.50** |



**SIDLEY AUSTIN LLP**
1501 K STREET, N.W.
WASHINGTON, D.C.  20005
(202) 736 8000
(202) 736 8711 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SHANGHAI |
| BOSTON | HOUSTON | SINGAPORE |
| BRUSSELS | LONDON | SYDNEY |
| CENTURY CITY | LOS ANGELES | TOKYO |
| CHICAGO | NEW YORK | WASHINGTON, D.C. |
| DALLAS | PALO ALTO | |
| GENEVA | SAN FRANCISCO | |

**FOUNDED 1866**

FEDERAL ID 36-

November 11, 2015

Stephanie Zapata Moore
Luminant Energy Company LLC
Attn:  Stephanie Zapata Moore, General Counsel
1601 Bryan Street, 22nd Floor
Dallas, TX  75201-3411

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 35064447
Client Matter 52698-10050

For professional services rendered through September 30, 2015 re
Regional Haze Program

Fees                                                                                    $2,912.00

**Total Due This Bill**                                                      <u>**$2,912.00**</u>

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:
ABA Number:
Swift Code:

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN LLP**

Invoice Number: 35064447
Luminant Energy Company LLC

Regional Haze Program

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| RR Martella | .50 | $860.00 | $430.00 |
| C Karen | 4.00 | 592.00 | 2,368.00 |
| JF Visser | .20 | 570.00 | 114.00 |
| **Total Hours and Fees** | **4.70** | | **$2,912.00** |

SIDLEY AUSTIN LLP

Invoice Number: 35064447
Luminant Energy Company LLC

Regional Haze Program

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 09/10/15 | C Karen | Coordinate litigation and regulatory strategy meetings | .50 |
| 09/14/15 | C Karen | Review comments regarding litigation and regulatory strategy meetings | 1.00 |
| 09/14/15 | JF Visser | Meet with C. Karen regarding Texas Regional Haze SIP disapproval/FIP proposal | .20 |
| 09/15/15 | C Karen | Outreach regarding litigation and regulatory strategy meetings | .30 |
| 09/15/15 | RR Martella | Coordination regarding litigation and regulatory strategy meetings on regional haze | .50 |
| 09/17/15 | C Karen | Calls to counsel regarding litigation and regulatory strategy meetings | .30 |
| 09/17/15 | C Karen | Phone discussion with counsel regarding litigation and regulatory strategy meetings | .30 |
| 09/17/15 | C Karen | Coordinate pre-meeting and follow-up discussions regarding litigation and regulatory strategy meetings | .50 |
| 09/18/15 | C Karen | Call and outreach with co-counsel regarding litigation and regulatory strategy meetings | .50 |
| 09/21/15 | C Karen | Email correspondence with counsel | .30 |
| 09/22/15 | C Karen | Various emails and phone calls to coordinate litigation and regulatory strategy meetings | .30 |

**Total Hours** 4.70



**SIDLEY AUSTIN LLP**
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SHANGHAI |
| BOSTON | HOUSTON | SINGAPORE |
| BRUSSELS | LONDON | SYDNEY |
| CENTURY CITY | LOS ANGELES | TOKYO |
| CHICAGO | NEW YORK | WASHINGTON, D.C. |
| DALLAS | PALO ALTO | |
| GENEVA | SAN FRANCISCO | |

**FOUNDED 1866**

FEDERAL ID 36-

November 11, 2015

Stephanie Zapata Moore
Luminant Energy Company LLC
Attn: Stephanie Zapata Moore, General Counsel
1601 Bryan Street, 22nd Floor
Dallas, TX 75201-3411

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 35064447
Client Matter 52698-10050

For professional services rendered through September 30, 2015 re
Regional Haze Program

Fees                                                                                        $2,912.00

**Total Due This Bill**                                                    **$2,912.00**

Remit Check Payments To:                        Remit Wire Payments To:
Sidley Austin LLP                                         Sidley Austin LLP
P.O. Box 0642                                              JP Morgan Chase Bank, NA
Chicago, Illinois 60690                               Account Number:
                                                                     ABA Number:
                                                                     Swift Code:

Payment is Due Within 30 Days of Receipt of Invoice

SIDLEY AUSTIN LLP

Invoice Number: 35064447
Luminant Energy Company LLC

Regional Haze Program

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| RR Martella | .50 | $860.00 | $430.00 |
| C Karen | 4.00 | 592.00 | 2,368.00 |
| JF Visser | .20 | 570.00 | 114.00 |
| **Total Hours and Fees** | **4.70** | | **$2,912.00** |

SIDLEY AUSTIN LLP

Invoice Number: 35064447
Luminant Energy Company LLC

Regional Haze Program

## TIME DETAIL

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 09/10/15 | C Karen | Coordinate litigation and regulatory strategy meetings | .50 |
| 09/14/15 | C Karen | Review comments regarding litigation and regulatory strategy meetings | 1.00 |
| 09/14/15 | JF Visser | Meet with C. Karen regarding Texas Regional Haze SIP disapproval/FIP proposal | .20 |
| 09/15/15 | C Karen | Outreach regarding litigation and regulatory strategy meetings | .30 |
| 09/15/15 | RR Martella | Coordination regarding litigation and regulatory strategy meetings on regional haze | .50 |
| 09/17/15 | C Karen | Calls to counsel regarding litigation and regulatory strategy meetings | .30 |
| 09/17/15 | C Karen | Phone discussion with counsel regarding litigation and regulatory strategy meetings | .30 |
| 09/17/15 | C Karen | Coordinate pre-meeting and follow-up discussions regarding litigation and regulatory strategy meetings | .50 |
| 09/18/15 | C Karen | Call and outreach with co-counsel regarding litigation and regulatory strategy meetings | .50 |
| 09/21/15 | C Karen | Email correspondence with counsel | .30 |
| 09/22/15 | C Karen | Various emails and phone calls to coordinate litigation and regulatory strategy meetings | .30 |
| | | **Total Hours** | **4.70** |



**SIDLEY AUSTIN LLP**
1501 K STREET, N.W.
WASHINGTON, D.C.  20005
(202) 736 8000
(202) 736 8711 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SHANGHAI |
| BOSTON | HOUSTON | SINGAPORE |
| BRUSSELS | LONDON | SYDNEY |
| CENTURY CITY | LOS ANGELES | TOKYO |
| CHICAGO | NEW YORK | WASHINGTON, D.C. |
| DALLAS | PALO ALTO | |
| GENEVA | SAN FRANCISCO | |

**FOUNDED 1866**

FEDERAL ID 36

February 25, 2016

Energy Future Holdings Corp.
1601 Bryan Street
43rd Floor
Dallas, TX  75291

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 36021013
Client Matter 58409-30090

For professional services rendered through October 31, 2015 re Fee
Applications

Fees                                                                                           $9,224.00

**Total Due This Bill**                                                        **$9,224.00**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:
ABA Number:
Swift Code:

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN LLP**

Invoice Number:  36021013
Energy Future Holdings Corp.

RE: Fee Applications

T I M E   D E T A I L

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 10/07/15 | DJ Lutes | Prepare May monthly fee application materials (2.3); prepare June monthly fee application materials (1.9); prepare materials for interim fee application (.4); emails with J. Romero, G. King and B. Beaton re: fee application issues (.4) | 4.60 |
| 10/12/15 | GM King | Research materials re: EFH fees during second interim period (1.4) | 1.40 |
| 10/13/15 | GM King | Finalize monthly fee applications (1.4); correspondence with Sidley team re: fee applications (0.4). | 1.80 |
| 10/15/15 | DJ Lutes | Revise and prepare May monthly fee application (.8); revise and prepare June monthly fee application (.9); revise and prepare July monthly fee application (.9); revise and prepare August monthly fee application (.6); prepare exhibits to 4th interim fee application including redaction of invoice for filing (3.2); revise 4th interim fee application spreadsheet and fee application (.9); emails and tcs with L. Cuello re: invoices (.5); tc with G. King re: fee application issues (.3); prepare email summary report to G. King re: same (.4) | 8.50 |
| 10/16/15 | GM King | Finalize interim fee applications (0.6); call with D. Lutes re: fee application status (0.2) | .80 |
| 10/21/15 | DJ Lutes | Revise and prepare redacted time detail and cost exhibits for 4th interim fee application per B. Beaton email (.5); email G. King re: status (.1) | .60 |
| 10/27/15 | DJ Lutes | Email with J. Romero re: August fee application materials (.1); review August monthly and 4th interim fee application materials re: same (.2); emails with G. King re: same (.2) | .50 |
| 10/28/15 | DJ Lutes | Email with J. Romero re: August fee application materials (.1); prepare August monthly fee application (.9); prepare 4th interim fee application and materials re: same (1.4); emails with G. King re: same (.3); prepare expense materials and summaries in response to same (.5) | 3.20 |
| | | **Total Hours** | **21.40** |

**SIDLEY AUSTIN LLP**

Invoice Number:  36021013
Energy Future Holdings Corp.

RE: Fee Applications

## T I M E  S U M M A R Y

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| GM King | 4.00 | $740.00 | $2,960.00 |
| DJ Lutes | 17.40 | 360.00 | 6,264.00 |
| **Total Hours and Fees** | **21.40** | | **$9,224.00** |



**SIDLEY AUSTIN LLP**
1501 K STREET, N.W.
WASHINGTON, D.C.  20005
(202) 736 8000
(202) 736 8711 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SHANGHAI |
| BOSTON | HOUSTON | SINGAPORE |
| BRUSSELS | LONDON | SYDNEY |
| CENTURY CITY | LOS ANGELES | TOKYO |
| CHICAGO | NEW YORK | WASHINGTON, D.C. |
| DALLAS | PALO ALTO | |
| GENEVA | SAN FRANCISCO | |

**FOUNDED 1866**

January 20, 2016

FEDERAL ID 36–

Dan Kelly
Energy Future Holdings
Attn: Daniel J. Kelly
1601 Bryan Street, 43rd Floor
Dallas, TX  75201

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 36002322
Client Matter 55784-40080

For professional services rendered through October 31, 2015 re
Counseling on Regulations for Existing Generating Units

Fees                                                                 $430.00

**Total Due This Bill**                                              **$430.00**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:
ABA Number:
Swift Code:

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN LLP**

Invoice Number: 36002322
Luminant Generation Company LLC

Counseling on Regulations for Existing Generating Units

## T I M E   S U M M A R Y

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| RR Martella | .50 | $860.00 | $430.00 |
| **Total Hours and Fees** | **.50** | | **$430.00** |

**SIDLEY AUSTIN LLP**

Invoice Number: 36002322
Luminant Generation Company LLC

Counseling on Regulations for Existing Generating Units

### TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 10/28/15 | RR Martella | Teleconference with in-house counsel regarding litigation updates | .50 |
| | | **Total Hours** | **.50** |



**SIDLEY AUSTIN LLP**
1501 K STREET, N.W.
WASHINGTON, D.C.  20005
(202) 736 8000
(202) 736 8711 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SHANGHAI |
| BOSTON | HOUSTON | SINGAPORE |
| BRUSSELS | LONDON | SYDNEY |
| CENTURY CITY | LOS ANGELES | TOKYO |
| CHICAGO | NEW YORK | WASHINGTON, D.C. |
| DALLAS | PALO ALTO | |
| GENEVA | SAN FRANCISCO | |

**FOUNDED 1866**

January 20, 2016

FEDERAL ID 36-▮▮▮

Stephanie Zapata Moore
Luminant Energy Company LLC
Attn:  Stephanie Zapata Moore, General Counsel
1601 Bryan Street, 22nd Floor
Dallas, TX  75201-3411

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 36002319
Client Matter 52698-10050

For professional services rendered through October 31, 2015 re
Regional Haze Program

| | |
|---|---|
| Fees | $10,684.40 |
| Expenses | 271.85 |
| **Total Due This Bill** | **$10,956.25** |

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: ▮▮▮▮
ABA Number: ▮▮▮▮
Swift Code: ▮▮▮▮

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN LLP**

Invoice Number:  36002319
Luminant Energy Company LLC

Regional Haze Program

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| RR Martella | 8.50 | $860.00 | $7,310.00 |
| C Karen | 5.70 | 592.00 | 3,374.40 |
| **Total Hours and Fees** | **14.20** | | **$10,684.40** |

## EXPENSE SUMMARY

| Category/Description | Amount |
|---|---|
| Duplicating Charges | $131.85 |
| Meals | 140.00 |
| **Total** | **$271.85** |

SIDLEY AUSTIN LLP

Invoice Number: 36002319
Luminant Energy Company LLC

Regional Haze Program

TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 10/09/15 | RR Martella | Prepare for meeting re: regulatory issues; correspondence with co-counsel re: same | 1.50 |
| 10/09/15 | RR Martella | Edit and revise regulatory advice correspondence with in-house counsel re: same | 1.50 |
| 10/12/15 | RR Martella | Review, edit and revise presentation for meeting re: regulatory issues | 1.00 |
| 10/13/15 | C Karen | Review slides | 1.00 |
| 10/13/15 | C Karen | Correspond with counsel and regulatory staff regarding meeting re: regulatory issues | .80 |
| 10/13/15 | C Karen | Draft briefing document | 1.50 |
| 10/14/15 | C Karen | Finalize briefing paper; prepare for meeting | .80 |
| 10/14/15 | C Karen | Participate in meetings re: regulatory issues | 1.00 |
| 10/14/15 | C Karen | Follow-up discussion with R. Martella | .30 |
| 10/14/15 | C Karen | Provide follow-up information to in-house counsel | .30 |
| 10/14/15 | RR Martella | Prepare for, participate in, and follow up regarding meeting on regulatory issues; edit, revise and finalize talking points and backgrounder | 4.50 |

**Total Hours**    **14.20**

**SIDLEY AUSTIN LLP**

Invoice Number:  36002319
Luminant Energy Company LLC

Regional Haze Program

## E X P E N S E   D E T A I L

| Date | Narrative | Amount |
|------|-----------|--------|
| 10/14/15 | 10/13/15-Duplicating Charges (Color) Time: 16:18:00 | $127.68 |
| 10/15/15 | 10/14/15-Duplication charges Time:  8:53:00 | 3.60 |
| 10/16/15 | 10/15/15-Duplicating Charges (Color) Time: 12:08:00 | .57 |
| 10/30/15 | 10/14/15 - Meals | 140.00 |
| | **Total Expenses** | **$271.85** |



**SIDLEY AUSTIN LLP**
1501 K STREET, N.W.
WASHINGTON, D.C.  20005
(202) 736 8000
(202) 736 8711 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SHANGHAI |
| BOSTON | HOUSTON | SINGAPORE |
| BRUSSELS | LONDON | SYDNEY |
| CENTURY CITY | LOS ANGELES | TOKYO |
| CHICAGO | NEW YORK | WASHINGTON, D.C. |
| DALLAS | PALO ALTO | |
| GENEVA | SAN FRANCISCO | |

**FOUNDED 1866**

FEDERAL ID 36-

January 20, 2016

Luminant Energy Company LLC
Attn:  Stacey Doré, General Counsel
Energy Future Holdings, 1601 Bryan Street, 41st Floor
Dallas, TX  75201-3411

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 36002317
Client Matter 52698-10040

For professional services rendered through October 31, 2015 re Clean
Air Transport Rule

Fees                                                                          $1,515.80

**Total Due This Bill**                                                **$1,515.80**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:
ABA Number:
Swift Code:

Payment is Due Within 30 Days of Receipt of Invoice

SIDLEY AUSTIN LLP

Invoice Number:  36002317
Luminant Energy Company LLC

Clean Air Transport Rule

## T I M E   S U M M A R Y

| Name | Hours | Rate | Amount |
|---|---|---|---|
| PD Keisler | .20 | $1,034.00 | $206.80 |
| C Beckner | 1.40 | 935.00 | 1,309.00 |
| **Total Hours and Fees** | **1.60** | | **$1,515.80** |

SIDLEY AUSTIN LLP

Invoice Number: 36002317
Luminant Energy Company LLC

Clean Air Transport Rule

### TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 10/26/15 | C Beckner | Correspondence with counsel re. procedural issues | .30 |
| 10/27/15 | C Beckner | Call with co-counsel re. appeal strategy | .50 |
| 10/27/15 | C Beckner | Correspondence with counsel re. appeal strategy | .40 |
| 10/29/15 | C Beckner | Update P. Keisler re. litigation strategy | .20 |
| 10/29/15 | PD Keisler | Office conference with R. Beckner regarding appeal strategy | .20 |
| | | **Total Hours** | **1.60** |



**SIDLEY AUSTIN LLP**
1501 K STREET, N.W.
WASHINGTON, D.C.  20005
(202) 736 8000
(202) 736 8711 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SHANGHAI |
| BOSTON | HOUSTON | SINGAPORE |
| BRUSSELS | LONDON | SYDNEY |
| CENTURY CITY | LOS ANGELES | TOKYO |
| CHICAGO | NEW YORK | WASHINGTON, D.C. |
| DALLAS | PALO ALTO | |
| GENEVA | SAN FRANCISCO | |

**FOUNDED 1866**

February 25, 2016

FEDERAL ID 36▮▮▮▮▮

Energy Future Holdings Corp.
1601 Bryan Street
43rd Floor
Dallas, TX  75291

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 36021017
Client Matter 58409-30090

For professional services rendered through November 30, 2015 re Fee
Applications

Fees                                                                                    $986.00

**Total Due This Bill**                                                          **$986.00**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: ▮▮▮▮▮▮
ABA Number: ▮▮▮▮▮▮

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN LLP**

Invoice Number:  36021017
Energy Future Holdings Corp.

RE: Fee Applications

### T I M E  D E T A I L

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 11/04/15 | GM King | Review expense back-up (0.7) | .70 |
| 11/09/15 | DJ Lutes | Review October monthly materials | .40 |
| 11/10/15 | DJ Lutes | Emails with G. King re: status and October monthly (.1); prepare October materials (.4) | .50 |
| 11/11/15 | DJ Lutes | Edit monthly fee statement materials | .40 |
| | | **Total Hours** | **2.00** |

**SIDLEY AUSTIN LLP**

Invoice Number:  36021017
Energy Future Holdings Corp.

RE: Fee Applications

# T I M E  S U M M A R Y

| Name | Hours | Rate | Amount |
|---|---|---|---|
| GM King | .70 | $740.00 | $518.00 |
| DJ Lutes | 1.30 | 360.00 | 468.00 |
| **Total Hours and Fees** | **2.00** | | **$986.00** |



**SIDLEY AUSTIN LLP**
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SHANGHAI |
| BOSTON | HOUSTON | SINGAPORE |
| BRUSSELS | LONDON | SYDNEY |
| CENTURY CITY | LOS ANGELES | TOKYO |
| CHICAGO | NEW YORK | WASHINGTON, D.C. |
| DALLAS | PALO ALTO | |
| GENEVA | SAN FRANCISCO | |

**FOUNDED 1866**

FEDERAL ID 36-

January 20, 2016

Dan Kelly
Energy Future Holdings
Attn: Daniel J. Kelly
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 36002331
Client Matter 55784-40080

For professional services rendered through November 30, 2015 re
Counseling on Regulations for Existing Generating Units

Fees                                                                                $523.50

**Total Due This Bill**                                                    **$523.50**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois 60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:
ABA Number:
Swift Code:

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN LLP**

Invoice Number:  36002331
Luminant Generation Company LLC

Counseling on Regulations for Existing Generating Units

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| C Beckner | .10 | $935.00 | $93.50 |
| RR Martella | .50 | 860.00 | 430.00 |
| **Total Hours and Fees** | **.60** | | **$523.50** |

**SIDLEY AUSTIN LLP**

Invoice Number: 36002331
Luminant Generation Company LLC

Counseling on Regulations for Existing Generating Units

TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 11/13/15 | RR Martella | Teleconference with client counsel regarding regulatory and litigation updates | .50 |
| 11/20/15 | C Beckner | Correspondence with co-counsel re. regulatory submissions | .10 |
| | | **Total Hours** | **.60** |



**SIDLEY AUSTIN LLP**
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SHANGHAI |
| BOSTON | HOUSTON | SINGAPORE |
| BRUSSELS | LONDON | SYDNEY |
| CENTURY CITY | LOS ANGELES | TOKYO |
| CHICAGO | NEW YORK | WASHINGTON, D.C. |
| DALLAS | PALO ALTO | |
| GENEVA | SAN FRANCISCO | |

**FOUNDED 1866**

FEDERAL ID 36-

January 20, 2016

Stephanie Zapata Moore
Luminant Energy Company LLC
Attn: Stephanie Zapata Moore, General Counsel
1601 Bryan Street, 22nd Floor
Dallas, TX 75201-3411

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 36002330
Client Matter 52698-10050

For professional services rendered through November 30, 2015 re
Regional Haze Program

Fees                                                                $1,683.00

**Total Due This Bill**                                      **$1,683.00**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois 60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:
ABA Number:
Swift Code:

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN LLP**

Invoice Number:  36002330
Luminant Energy Company LLC

Regional Haze Program

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| C Beckner | 1.80 | $935.00 | $1,683.00 |
| **Total Hours and Fees** | **1.80** | | **$1,683.00** |

**SIDLEY AUSTIN LLP**

Invoice Number:  36002330
Luminant Energy Company LLC

Regional Haze Program

### T I M E  D E T A I L

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 11/09/15 | C Beckner | Coordinate position with co-counsel re. litigation strategy | .20 |
| 11/12/15 | C Beckner | Calls and correspondence re. litigation strategy | 1.50 |
| 11/13/15 | C Beckner | Review and circulate procedural proposal | .10 |
| | | **Total Hours** | **1.80** |



**SIDLEY AUSTIN LLP**
1501 K STREET, N.W.
WASHINGTON, D.C.  20005
(202) 736 8000
(202) 736 8711 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SHANGHAI |
| BOSTON | HOUSTON | SINGAPORE |
| BRUSSELS | LONDON | SYDNEY |
| CENTURY CITY | LOS ANGELES | TOKYO |
| CHICAGO | NEW YORK | WASHINGTON, D.C. |
| DALLAS | PALO ALTO | |
| GENEVA | SAN FRANCISCO | |

**FOUNDED 1866**

January 20, 2016

FEDERAL ID 36-

Luminant Energy Company LLC
Attn:  Stacey Doré, General Counsel
Energy Future Holdings, 1601 Bryan Street, 41st Floor
Dallas, TX  75201-3411

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 36002329
Client Matter 52698-10040

For professional services rendered through November 30, 2015 re Clean
Air Transport Rule

| | |
|---|---|
| Fees | $10,216.80 |
| Expenses | 24.37 |
| **Total Due This Bill** | **$10,241.17** |

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:
ABA Number:
Swift Code:

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN LLP**

Invoice Number: 36002329
Luminant Energy Company LLC

Clean Air Transport Rule

TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| PD Keisler | 1.20 | $1,034.00 | $1,240.80 |
| C Beckner | 9.60 | 935.00 | 8,976.00 |
| **Total Hours and Fees** | **10.80** | | **$10,216.80** |

EXPENSE SUMMARY

| Category/Description | Amount |
|----------------------|-------:|
| Duplicating Charges | $24.31 |
| Telephone Tolls | .06 |
| **Total** | **$24.37** |

SIDLEY AUSTIN LLP

Invoice Number: 36002329
Luminant Energy Company LLC

Clean Air Transport Rule

TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 11/02/15 | C Beckner | Call with co-counsel re. litigation strategy | .80 |
| 11/02/15 | PD Keisler | Conference call with co-counsel regarding litigation strategy | .90 |
| 11/03/15 | C Beckner | Coordinate call re. litigation strategy | .20 |
| 11/04/15 | C Beckner | Call with petitioners and co-counsel re. litigation strategy | .80 |
| 11/06/15 | C Beckner | Prepare for and call with co-counsel to discuss litigation strategy | .80 |
| 11/06/15 | C Beckner | Correspondence with co-petitioners re. litigation strategy | .30 |
| 11/06/15 | C Beckner | Correspondence re. co-petitioners' litigation strategy | .20 |
| 11/06/15 | C Beckner | Research and analysis to develop litigation strategy | .40 |
| 11/10/15 | C Beckner | Correspondence with co-counsel re. litigation strategy | .10 |
| 11/12/15 | C Beckner | Correspondence re. litigation strategy | .10 |
| 11/12/15 | PD Keisler | Telephone conference with co-counsel regarding litigation strategy | .30 |
| 11/18/15 | C Beckner | Review and analysis of proposed regulation | 2.80 |
| 11/19/15 | C Beckner | Further review and analysis of proposed regulation | 3.10 |
| | | **Total Hours** | **10.80** |

**SIDLEY AUSTIN LLP**

Invoice Number:  36002329
Luminant Energy Company LLC

Clean Air Transport Rule

# E X P E N S E   D E T A I L

| Date | Narrative | Amount |
|------|-----------|--------|
| 11/07/15 | 10/27/15-Telephone Charges Conference Call | $.06 |
| 11/24/15 | 11/18/15 - Williams Lea - 0000606644-000 Reprographics | 24.31 |
| | **Total Expenses** | **$24.37** |



**SIDLEY AUSTIN LLP**
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SHANGHAI |
| BOSTON | HOUSTON | SINGAPORE |
| BRUSSELS | LONDON | SYDNEY |
| CENTURY CITY | LOS ANGELES | TOKYO |
| CHICAGO | NEW YORK | WASHINGTON, D.C. |
| DALLAS | PALO ALTO | |
| GENEVA | SAN FRANCISCO | |

**FOUNDED 1866**

February 25, 2016

FEDERAL ID 36-▮▮▮

Energy Future Holdings Corp.
1601 Bryan Street
43rd Floor
Dallas, TX  75291

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 36021019
Client Matter 58409-30090

For professional services rendered through December 31, 2015 re Fee
Applications

Fees                                                                        $2,942.00

**Total Due This Bill**                                          <u>**$2,942.00**</u>

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: ▮▮▮
ABA Number: ▮▮▮
Swift Code: ▮▮▮

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN LLP**

Invoice Number:  36021019
Energy Future Holdings Corp.

RE: Fee Applications

### T I M E  D E T A I L

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 12/04/15 | GM King | Prepare CNO's for filing (0.4); call with D. Lutes re: CNO's and MFIS (0.4); draft budget (0.3) | 1.10 |
| 12/10/15 | GM King | Revise CNO's (0.2) | .20 |
| 12/23/15 | DJ Lutes | Emails with L. Cuello, J. Romero and G. King re: monthly fee application materials and status (.4); review materials re: same (.3); prepare 17th monthly fee application materials with regard to TCEH materials (1.7); review EFH fee application materials for Sept, Oct and Nov (.8) | 3.20 |
| 12/24/15 | DJ Lutes | Emails to L. Cuello re: fee application materials (.2); prepare September monthly fee application materials (1.4); prepare October and November monthly fee application materials (.4); emails re allocations (.1) | 2.10 |
| 12/28/15 | DJ Lutes | Assess and prepare final fee application materials (.2) | .20 |
| | | **Total Hours** | **6.80** |

**SIDLEY AUSTIN LLP**

Invoice Number:  36021019
Energy Future Holdings Corp.

RE: Fee Applications

## T I M E  S U M M A R Y

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| GM King | 1.30 | $740.00 | $962.00 |
| DJ Lutes | 5.50 | 360.00 | 1,980.00 |
| **Total Hours and Fees** | **6.80** | | **$2,942.00** |



**SIDLEY AUSTIN LLP**
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SHANGHAI |
| BOSTON | HOUSTON | SINGAPORE |
| BRUSSELS | LONDON | SYDNEY |
| CENTURY CITY | LOS ANGELES | TOKYO |
| CHICAGO | NEW YORK | WASHINGTON, D.C. |
| DALLAS | PALO ALTO | |
| GENEVA | SAN FRANCISCO | |

**FOUNDED 1866**

FEDERAL ID 36-█████

February 11, 2016

Luminant Energy Company LLC
Attn: Stacey Doré, General Counsel
Energy Future Holdings, 1601 Bryan Street, 41st Floor
Dallas, TX 75201-3411

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 36007294
Client Matter 52698-10040

For professional services rendered through December 31, 2015 re Clean
Air Transport Rule

| | |
|---|---|
| Fees | $2,244.00 |
| Expenses | 10.14 |
| **Total Due This Bill** | **$2,254.14** |

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois 60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: █████
ABA Number: █████
Swift Code: █████

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN LLP**

Invoice Number:  36007294
Luminant Energy Company LLC

Clean Air Transport Rule

T I M E  S U M M A R Y

| Name | Hours | Rate | Amount |
|---|---|---|---|
| C Beckner | 2.40 | $935.00 | $2,244.00 |
| **Total Hours and Fees** | **2.40** | | **$2,244.00** |

E X P E N S E  S U M M A R Y

| Category/Description | Amount |
|---|---|
| Telephone Tolls | $10.14 |
| **Total** | **$10.14** |

**SIDLEY AUSTIN LLP**

Invoice Number: 36007294
Luminant Energy Company LLC

Clean Air Transport Rule

TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 12/01/15 | C Beckner | Review court orders and follow up call re. regulation | .30 |
| 12/09/15 | C Beckner | Call with clients and co-counsel re: regulation | .30 |
| 12/09/15 | C Beckner | Correspondence with affected parties re. regulation | .10 |
| 12/10/15 | C Beckner | Call with affected parties re. comments on regulation | .70 |
| 12/16/15 | C Beckner | Discuss regulation with client and co-counsel | 1.00 |
| | | **Total Hours** | **2.40** |

**SIDLEY AUSTIN LLP**

Invoice Number:  36007294
Luminant Energy Company LLC

Clean Air Transport Rule

## EXPENSE DETAIL

| Date | Narrative | Amount |
|------|-----------|-------:|
| 12/09/15 | 11/02/15-Telephone Charges Conference Call | $3.40 |
| 12/09/15 | 11/06/15-Telephone Charges Conference Call | 1.94 |
| 12/09/15 | 11/04/15-Telephone Charges Conference Call | 4.80 |
| | **Total Expenses** | **$10.14** |



**SIDLEY AUSTIN LLP**
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SHANGHAI |
| BOSTON | HOUSTON | SINGAPORE |
| BRUSSELS | LONDON | SYDNEY |
| CENTURY CITY | LOS ANGELES | TOKYO |
| CHICAGO | NEW YORK | WASHINGTON, D.C. |
| DALLAS | PALO ALTO | |
| GENEVA | SAN FRANCISCO | |

**FOUNDED 1866**

FEDERAL ID 36-

February 11, 2016

Stephanie Zapata Moore
Luminant Energy Company LLC
Attn: Stephanie Zapata Moore, General Counsel
1601 Bryan Street, 22nd Floor
Dallas, TX 75201-3411

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 36007297
Client Matter 52698-10050

For professional services rendered through December 31, 2015 re
Regional Haze Program

Fees                                                                  $1,215.50

**Total Due This Bill**                                     **$1,215.50**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois 60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:
ABA Number:
Swift Code:

Payment is Due Within 30 Days of Receipt of Invoice

SIDLEY AUSTIN LLP

Invoice Number:  36007297
Luminant Energy Company LLC

Regional Haze Program

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| C Beckner | 1.30 | $935.00 | $1,215.50 |
| **Total Hours and Fees** | **1.30** | | **$1,215.50** |

**SIDLEY AUSTIN LLP**

Invoice Number:  36007297
Luminant Energy Company LLC

Regional Haze Program

### TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 12/09/15 | C Beckner | Call with co-counsel and clients re. regulation | .30 |
| 12/16/15 | C Beckner | Discuss litigation options with client and co-counsel | 1.00 |
| | | **Total Hours** | **1.30** |



**SIDLEY AUSTIN LLP**
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SHANGHAI |
| BOSTON | HOUSTON | SINGAPORE |
| BRUSSELS | LONDON | SYDNEY |
| CENTURY CITY | LOS ANGELES | TOKYO |
| CHICAGO | NEW YORK | WASHINGTON, D.C. |
| DALLAS | PALO ALTO | |
| GENEVA | SAN FRANCISCO | |

**FOUNDED 1866**

February 11, 2016

FEDERAL ID 36-▇▇▇

Dan Kelly
Energy Future Holdings
Attn: Daniel J. Kelly
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 36007298
Client Matter 55784-40080

For professional services rendered through December 31, 2015 re
Counseling on Regulations for Existing Generating Units

| | |
|---|---|
| Fees | $1,067.00 |
| Expenses | 3.60 |
| **Total Due This Bill** | **$1,070.60** |

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois 60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: ▇▇▇
ABA Number: ▇▇▇
Swift Code: ▇▇▇

Payment is Due Within 30 Days of Receipt of Invoice

SIDLEY AUSTIN LLP

Invoice Number: 36007298
Luminant Generation Company LLC

Counseling on Regulations for Existing Generating Units

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| C Beckner | .20 | $935.00 | $187.00 |
| RR Martella | .80 | 860.00 | 688.00 |
| RC Morris | .30 | 640.00 | 192.00 |
| **Total Hours and Fees** | **1.30** | | **$1,067.00** |

## EXPENSE SUMMARY

| Category/Description | Amount |
|----------------------|--------|
| Telephone Tolls | $3.60 |
| **Total** | **$3.60** |

SIDLEY AUSTIN LLP

Invoice Number: 36007298
Luminant Generation Company LLC

Counseling on Regulations for Existing Generating Units

### TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 12/16/15 | C Beckner | Review regulatory filings | .20 |
| 12/16/15 | RR Martella | Meeting with client regarding regulatory and litigation issues | .80 |
| 12/16/15 | RC Morris | Review filings | .30 |
| | | **Total Hours** | **1.30** |

SIDLEY AUSTIN LLP

Invoice Number: 36007298
Luminant Generation Company LLC

Counseling on Regulations for Existing Generating Units

## E X P E N S E  D E T A I L

| Date | Narrative | Amount |
|------|-----------|--------|
| 12/15/15 | 10/28/15-Telephone Call | $3.60 |
| | **Total Expenses** | **$3.60** |