## Exhibit F

## Record of Expenses

**SIDLEY AUSTIN LLP**

Invoice Number: 36010164
Energy Future Holdings Corp.

RE: Case Administration

## EXPENSE DETAIL

| Date | Type | Description | Amount |
|---|---|---|---:|
| 09/16/15 | CPY | 09/15/15-Duplicating charges Time: 15:57:00 | $.30 |
| 09/16/15 | CPY | 09/15/15-Duplicating charges Time: 16:42:00 | .10 |
| 09/16/15 | CPY | 09/15/15-Duplicating charges Time: 16:30:00 | .20 |
| 09/16/15 | CPY | 09/15/15-Duplicating charges Time: 16:18:00 | .40 |
| 09/16/15 | CPY | 09/15/15-Duplicating charges Time: 16:24:00 | .10 |
| 09/17/15 | CPY | 09/16/15-Duplicating charges Time: 11:51:00 | .30 |
| 09/17/15 | CPY | 09/16/15-Duplicating charges Time: 11:43:00 | .60 |
| 09/17/15 | CPY | 09/16/15-Duplicating charges Time: 11:06:00 | .10 |
| 09/19/15 | LIT | 09/01/15-Monthly Electronic Data Storage Fee 88.50 GB @ $5.00 | 442.50 |
| 09/24/15 | CPY | 09/23/15-Duplicating charges Time: 17:14:00 | .20 |
| 09/24/15 | CPY | 09/23/15-Duplicating charges Time: 17:04:00 | .30 |
| 09/25/15 | CPY | 09/23/15-Duplicating charges Time: 17:45:00 | .30 |
| 09/25/15 | CPY | 09/23/15-Duplicating charges Time: 17:30:00 | .10 |
| 09/29/15 | CPY | 09/28/15-Duplicating Charges (Color) Time: 18:58:00 | 7.00 |
| | | **Total Expenses** | **$452.50** |

**SIDLEY AUSTIN LLP**

Invoice Number: 35064449
Luminant Generation Company LLC

MSS Appeal

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| C Beckner | 2.50 | $935.00 | $2,337.50 |
| **Total Hours and Fees** | **2.50** | | **$2,337.50** |

## EXPENSE SUMMARY

| Category/Description | Amount |
|---|---|
| Telephone Tolls | $4.07 |
| Westlaw Research Service | 52.88 |
| **Total** | **$56.95** |

**SIDLEY AUSTIN LLP**

Invoice Number: 36002319
Luminant Energy Company LLC

Regional Haze Program

## EXPENSE DETAIL

| Date | Narrative | Amount |
|---|---|---|
| 10/14/15 | 10/13/15-Duplicating Charges (Color) Time: 16:18:00 | $127.68 |
| 10/15/15 | 10/14/15-Duplication charges Time: 8:53:00 | 3.60 |
| 10/16/15 | 10/15/15-Duplicating Charges (Color) Time: 12:08:00 | .57 |
| 10/30/15 | 10/14/15 - Meals | 140.00 |
| | **Total Expenses** | **$271.85** |

**SIDLEY AUSTIN LLP**

Invoice Number: 36010170
Energy Future Holdings Corp.

RE: Case Administration

## EXPENSE DETAIL

| Date | Type | Description | Amount |
|---|---|---|---|
| 10/14/15 | LIT | 10/01/15-Monthly Electronic Data Storage Fee 88.50 GB @  $5.00 | $442.50 |
| 10/28/15 | CPY | 10/27/15-Duplicating charges Time: 16:32:00 | .10 |
| | | **Total Expenses** | **$442.60** |

**SIDLEY AUSTIN LLP**

Invoice Number: 36010172
Energy Future Holdings Corp.

RE: Case Administration

## EXPENSE DETAIL

| Date | Type | Description | | Amount |
|---|---|---|---|---:|
| 11/20/15 | CPY | 11/19/15-Duplicating Charges (Color) Time: 16:13:00 | | $.50 |
| 11/25/15 | LIT | 11/01/15-Monthly Electronic Data Storage Fee 88.50 GB @ | $5.00 | 442.50 |
| | | | **Total Expenses** | **$443.00** |

**SIDLEY AUSTIN LLP**

Invoice Number: 36002329
Luminant Energy Company LLC

Clean Air Transport Rule

## EXPENSE DETAIL

| Date | Narrative | Amount |
|---|---|---|
| 11/07/15 | 10/27/15-Telephone Charges Conference Call | $.06 |
| 11/24/15 | 11/18/15 - Williams Lea - 0000606644-000 Reprographics | 24.31 |
| | **Total Expenses** | **$24.37** |

**SIDLEY AUSTIN LLP**

Invoice Number: 36010175
Energy Future Holdings Corp.

RE: Case Administration

## EXPENSE DETAIL

| Date | Type | Description | | Amount |
|---|---|---|---|---|
| 12/22/15 | LIT | 12/01/15-Monthly Electronic Data Storage Fee 88.50 GB @ | $5.00 | $442.50 |
| | | | **Total Expenses** | **$442.50** |

SIDLEY AUSTIN LLP

Invoice Number: 36007294
Luminant Energy Company LLC

Clean Air Transport Rule

## EXPENSE DETAIL

| Date | Narrative | Amount |
|---|---|---|
| 12/09/15 | 11/02/15-Telephone Charges Conference Call | $3.40 |
| 12/09/15 | 11/06/15-Telephone Charges Conference Call | 1.94 |
| 12/09/15 | 11/04/15-Telephone Charges Conference Call | 4.80 |
| | **Total Expenses** | **$10.14** |

SIDLEY AUSTIN LLP

SIDLEY AUSTIN LLP

Invoice Number: 36007298
Luminant Generation Company LLC

Counseling on Regulations for Existing Generating Units

## EXPENSE DETAIL

| Date | Narrative | Amount |
|---|---|---|
| 12/15/15 | 10/28/15-Telephone Call | $3.60 |
| | **Total Expenses** | **$3.60** |