## Exhibit G

## Monthly Budget and Staffing Plans

**September 2015 Budget**

## Exhibit A

## Aggregate Budget for Matter Categories
## for the Period Beginning on September 1, 2015 and Ending on September 30, 2015

Case Name and Number: *In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)
Law firm:  Sidley Austin LLP

| Matter Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted[1] |
|---|---|---|---|
| Applicable to All Debtors: | | | |
| 1 | [ALL] First Day Motions | 0 | $0 |
| 2 | [ALL] DIP Financing Matters/Cash Collateral | 0 | $0 |
| 3 | [ALL] Executory Contracts and Leases | 0 | $0 |
| 4 | [ALL] Use/Sale/Lease of Assets | 0 | $0 |
| 5 | [ALL] Plan and Disclosure Statement | 0 | $0 |
| 6 | [ALL] Professional Retention | 5-20 | $10,000-$15,000 |
| 7 | [ALL] Claims Processing | 0 | $0 |
| 8 | [ALL] Fee Applications | 10-50 | $5,000-$35,000 |
| 9 | [ALL] Case Administration | 5-10 | $5,000-$10,000 |
| 10 | [ALL] Bankruptcy Schedules | 0 | $0 |
| 11 | [ALL] Litigated Matters | 0 | $0 |
| 12 | [ALL] Committee-Related Matters | 0 | $0 |
| 13 | [ALL] Vendor Issues | 0 | $0 |
| 14 | [ALL] Creditor Communications | 0 | $0 |
| 15 | [ALL] Employee Issues | 0 | $0 |
| 16 | [ALL] Labor Issues | 0 | $0 |
| 17 | [ALL] Insurance Matters | 0 | $0 |
| 18 | [ALL] Environmental Issues | 0 | $0 |
| 19 | [ALL] Intellectual Property Issues | 0 | $0 |
| 20 | [ALL] Securities and Tax Issues | 0 | $0 |
| 21 | [ALL] Corporate General | 0 | $0 |
| 22 | [ALL] Business Operations | 0 | $0 |
| 23 | [ALL] Inter-Company Issues | 5-15 | $5,000-$20,000 |
| 24 | [ALL] Travel Time | 0 | $0 |
| 25 | [ALL] Sponsor Matters | 20-50 | $25,000-$50,000 |
| Applicable to Certain Debtors: | | | |
| 26 | [Luminant Energy Company LLC][2] Clean Air Transport Rule Litigation | 5-10 | $4,000-$8,000 |

---

[1]  Budgeted numbers do not necessarily amount to a 1:1 ratio because they reflect a blended hourly rate and a variable allocation of timekeepers and hours, depending on the needs for each matter number.

[2]  In addition to Debtor Luminant Energy Company LLC, the work provided in this matter category also benefits, or may potentially benefit, Debtors Luminant Generation Company LLC, Sandow Power Company LLC, Big

| Matter Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted[1] |
|---|---|---|---|
| 27 | [Luminant Energy Company LLC] Regional Haze Program[3] | 5-10 | $4,000-$8,000 |
| 28 | [Luminant Energy Company LLC] EPA July 2012 (5th Circuit)[3] | 0-5 | $0-$4,000 |
| 29 | [Luminant Energy Company LLC] Greenhouse Cases[3] | 5-15 | $4,000-$11,000 |
| 30 | [Luminant Energy Company LLC] Counseling on Regulations for Existing Generating Units[3] | 5-10 | $4,000-$8,000 |
| 31 | [Luminant Energy Company LLC] Startup, Shutdown and Maintenance (SSM) Litigation[3] | 5-10 | $4,000-$8,000 |
| **Total** | | **70-205** | **$69,000-$177,000** |

Brown Power Company LLC, Oak Grove Management Company LLC, Luminant Mining Company LLC, Big Brown Lignite Company LLC, Luminant Big Brown Mining Company LLC, and Luminant Holding Company LLC.

## Exhibit B

**Aggregate Staffing Plan Across All Matter Categories**
**for the Period Beginning on September 1, 2015 and Ending on September 30, 2015**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter Categories During the Budget Period | Average Hourly Rate[3] |
|---|---|---|
| Partner | 5-15 | $865.00 |
| Counsel | 0-4 | $745.00 |
| Associate (4+ years since first admission) | 2-10 | $625.00 |
| Jr. Associate (1-3 years since first admission) | 2-10 | $520.00 |
| Legal Assistant | 1-5 | $335.00 |
| Case Assistant | N/A | $210.00 |
| Project Assistants (and other support staff) | N/A | $180.00 |
| **Total Attorney** | **9-39** | **$765.00** |
| **Total Non-Attorney** | **1-5** | **$350.00** |
| **Total** | **10-44** | **$705.00** |

---

[3] The Average Hourly Rate is a weighted average based on the individual hourly rate of, and projected number of hours worked by, each timekeeper over the course of the chapter 11 cases.

**October 2015**

## Exhibit A

## Aggregate Budget for Matter Categories
## for the Period Beginning on October 1, 2015 and Ending on October 31, 2015

Case Name and Number: *In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)
Law firm:  Sidley Austin LLP

| Matter Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted[1] |
|---|---|---|---|
| Applicable to All Debtors: | | | |
| 1 | [ALL] First Day Motions | 0 | $0 |
| 2 | [ALL] DIP Financing Matters/Cash Collateral | 0 | $0 |
| 3 | [ALL] Executory Contracts and Leases | 0 | $0 |
| 4 | [ALL] Use/Sale/Lease of Assets | 0 | $0 |
| 5 | [ALL] Plan and Disclosure Statement | 0 | $0 |
| 6 | [ALL] Professional Retention | 5-20 | $10,000-$15,000 |
| 7 | [ALL] Claims Processing | 0 | $0 |
| 8 | [ALL] Fee Applications | 10-50 | $5,000-$35,000 |
| 9 | [ALL] Case Administration | 5-10 | $5,000-$10,000 |
| 10 | [ALL] Bankruptcy Schedules | 0 | $0 |
| 11 | [ALL] Litigated Matters | 0 | $0 |
| 12 | [ALL] Committee-Related Matters | 0 | $0 |
| 13 | [ALL] Vendor Issues | 0 | $0 |
| 14 | [ALL] Creditor Communications | 0 | $0 |
| 15 | [ALL] Employee Issues | 0 | $0 |
| 16 | [ALL] Labor Issues | 0 | $0 |
| 17 | [ALL] Insurance Matters | 0 | $0 |
| 18 | [ALL] Environmental Issues | 0 | $0 |
| 19 | [ALL] Intellectual Property Issues | 0 | $0 |
| 20 | [ALL] Securities and Tax Issues | 0 | $0 |
| 21 | [ALL] Corporate General | 0 | $0 |
| 22 | [ALL] Business Operations | 0 | $0 |
| 23 | [ALL] Inter-Company Issues | 5-15 | $5,000-$20,000 |
| 24 | [ALL] Travel Time | 0 | $0 |
| 25 | [ALL] Sponsor Matters | 20-50 | $25,000-$50,000 |
| Applicable to Certain Debtors: | | | |
| 26 | [Luminant Energy Company LLC][2] Clean Air Transport Rule Litigation | 5-10 | $4,000-$8,000 |

---

[1]  Budgeted numbers do not necessarily amount to a 1:1 ratio because they reflect a blended hourly rate and a variable allocation of timekeepers and hours, depending on the needs for each matter number.

[2]  In addition to Debtor Luminant Energy Company LLC, the work provided in this matter category also benefits, or may potentially benefit, Debtors Luminant Generation Company LLC, Sandow Power Company LLC, Big

| Matter Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted[1] |
|---|---|---|---|
| 27 | [Luminant Energy Company LLC] Regional Haze Program[3] | 5-10 | $4,000-$8,000 |
| 28 | [Luminant Energy Company LLC] EPA July 2012 (5th Circuit)[3] | 0-5 | $0-$4,000 |
| 29 | [Luminant Energy Company LLC] Greenhouse Cases[3] | 5-15 | $4,000-$11,000 |
| 30 | [Luminant Energy Company LLC] Counseling on Regulations for Existing Generating Units[3] | 5-10 | $4,000-$8,000 |
| 31 | [Luminant Energy Company LLC] Startup, Shutdown and Maintenance (SSM) Litigation[3] | 5-15 | $4,000-$12,000 |
| **Total** | | **70-210** | **$70,000-$181,000** |

Brown Power Company LLC, Oak Grove Management Company LLC, Luminant Mining Company LLC, Big Brown Lignite Company LLC, Luminant Big Brown Mining Company LLC, and Luminant Holding Company LLC.

## Exhibit B

### Aggregate Staffing Plan Across All Matter Categories
### for the Period Beginning on October 1, 2015 and Ending on October 31, 2015

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter Categories During the Budget Period | Average Hourly Rate[3] |
|---|---|---|
| Partner | 5-15 | $865.00 |
| Counsel | 0-4 | $745.00 |
| Associate (4+ years since first admission) | 2-10 | $625.00 |
| Jr. Associate (1-3 years since first admission) | 2-10 | $520.00 |
| Legal Assistant | 1-5 | $335.00 |
| Case Assistant | N/A | $210.00 |
| Project Assistants (and other support staff) | N/A | $180.00 |
| **Total Attorney** | **9-39** | **$765.00** |
| **Total Non-Attorney** | **1-5** | **$350.00** |
| **Total** | **10-44** | **$705.00** |

---

[3] The Average Hourly Rate is a weighted average based on the individual hourly rate of, and projected number of hours worked by, each timekeeper over the course of the chapter 11 cases.

**November 2015 Budget**

**Exhibit A**

**Aggregate Budget for Matter Categories
for the Period Beginning on November 1, 2015 and Ending on November 30, 2015**

Case Name and Number: *In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)
Law firm: Sidley Austin LLP

| Matter Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted[1] |
|---|---|---|---|
| Applicable to All Debtors: | | | |
| 1 | [ALL] First Day Motions | 0 | $0 |
| 2 | [ALL] DIP Financing Matters/Cash Collateral | 0 | $0 |
| 3 | [ALL] Executory Contracts and Leases | 0 | $0 |
| 4 | [ALL] Use/Sale/Lease of Assets | 0 | $0 |
| 5 | [ALL] Plan and Disclosure Statement | 0 | $0 |
| 6 | [ALL] Professional Retention | 10-20 | $8,000-$15,000 |
| 7 | [ALL] Claims Processing | 0 | $0 |
| 8 | [ALL] Fee Applications | 50-90 | $33,000-$55,000 |
| 9 | [ALL] Case Administration | 5-10 | $5,000-$10,000 |
| 10 | [ALL] Bankruptcy Schedules | 0 | $0 |
| 11 | [ALL] Litigated Matters | 0 | $0 |
| 12 | [ALL] Committee-Related Matters | 0 | $0 |
| 13 | [ALL] Vendor Issues | 0 | $0 |
| 14 | [ALL] Creditor Communications | 0 | $0 |
| 15 | [ALL] Employee Issues | 0 | $0 |
| 16 | [ALL] Labor Issues | 0 | $0 |
| 17 | [ALL] Insurance Matters | 0 | $0 |
| 18 | [ALL] Environmental Issues | 0 | $0 |
| 19 | [ALL] Intellectual Property Issues | 0 | $0 |
| 20 | [ALL] Securities and Tax Issues | 0 | $0 |
| 21 | [ALL] Corporate General | 0 | $0 |
| 22 | [ALL] Business Operations | 0 | $0 |
| 23 | [ALL] Inter-Company Issues | 5-15 | $4,000-$20,000 |
| 24 | [ALL] Travel Time | 0 | $0 |
| 25 | [ALL] Sponsor Matters | 40-100 | $50,000-$100,000 |
| Applicable to Certain Debtors: | | | |
| 26 | [Luminant Energy Company LLC][2] Clean Air Transport Rule Litigation | 5-15 | $4,000-$11,000 |

---

[1] Budgeted numbers do not necessarily amount to a 1:1 ratio because they reflect a blended hourly rate and a variable allocation of timekeepers and hours, depending on the needs for each matter number.

[2] In addition to Debtor Luminant Energy Company LLC, the work provided in this matter category also benefits, or may potentially benefit, Debtors Luminant Generation Company LLC, Sandow Power Company LLC, Big

RLF1 14357501v.1

| Matter Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted[1] |
|---|---|---|---|
| 27 | [Luminant Energy Company LLC] Regional Haze Program[3] | 5-15 | $4,000-$11,000 |
| 28 | [Luminant Energy Company LLC] EPA July 2012 (5th Circuit)[3] | 0-5 | $0-$4,000 |
| 29 | [Luminant Energy Company LLC] Greenhouse Cases[3] | 5-15 | $4,000-$11,000 |
| 30 | [Luminant Energy Company LLC] Counseling on Regulations for Existing Generating Units[3] | 10-20 | $10,000-15,000 |
| 31 | [Luminant Energy Company LLC] Startup, Shutdown and Maintenance (SSM) Litigation[3] | 10-25 | $8,000-$20,000 |
| **Total** | | **145-330** | **$130,000-$272,000** |

Brown Power Company LLC, Oak Grove Management Company LLC, Luminant Mining Company LLC, Big Brown Lignite Company LLC, Luminant Big Brown Mining Company LLC, and Luminant Holding Company LLC.

**Exhibit B**

**Aggregate Staffing Plan Across All Matter Categories
for the Period Beginning on November 1, 2015 and Ending on November 30, 2015**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter Categories During the Budget Period | Average Hourly Rate[3] |
|---|---|---|
| Partner | 5-15 | $865.00 |
| Counsel | 0-4 | $745.00 |
| Associate (4+ years since first admission) | 2-10 | $625.00 |
| Jr. Associate (1-3 years since first admission) | 2-10 | $520.00 |
| Legal Assistant | 1-5 | $335.00 |
| Case Assistant | N/A | $210.00 |
| Project Assistants (and other support staff) | N/A | $180.00 |
| **Total Attorney** | **9-39** | **$765.00** |
| **Total Non-Attorney** | **1-5** | **$350.00** |
| **Total** | **10-44** | **$705.00** |

---

[3] The Average Hourly Rate is a weighted average based on the individual hourly rate of, and projected number of hours worked by, each timekeeper over the course of the chapter 11 cases.

RLF1 14357501v.1

**December 2015**

# Exhibit A

## Aggregate Budget for Matter Categories
## for the Period Beginning on December 1, 2015 and Ending on December 31, 2015

Case Name and Number: *In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)
Law firm:  Sidley Austin LLP

| Matter Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted[1] |
|---|---|---|---|
| Applicable to All Debtors: | | | |
| 1 | [ALL] First Day Motions | 0 | $0 |
| 2 | [ALL] DIP Financing Matters/Cash Collateral | 0 | $0 |
| 3 | [ALL] Executory Contracts and Leases | 0 | $0 |
| 4 | [ALL] Use/Sale/Lease of Assets | 0 | $0 |
| 5 | [ALL] Plan and Disclosure Statement | 0 | $0 |
| 6 | [ALL] Professional Retention | 10-20 | $8,000-$15,000 |
| 7 | [ALL] Claims Processing | 0 | $0 |
| 8 | [ALL] Fee Applications | 50-90 | $33,000-$55,000 |
| 9 | [ALL] Case Administration | 5-10 | $5,000-$10,000 |
| 10 | [ALL] Bankruptcy Schedules | 0 | $0 |
| 11 | [ALL] Litigated Matters | 0 | $0 |
| 12 | [ALL] Committee-Related Matters | 0 | $0 |
| 13 | [ALL] Vendor Issues | 0 | $0 |
| 14 | [ALL] Creditor Communications | 0 | $0 |
| 15 | [ALL] Employee Issues | 0 | $0 |
| 16 | [ALL] Labor Issues | 0 | $0 |
| 17 | [ALL] Insurance Matters | 0 | $0 |
| 18 | [ALL] Environmental Issues | 0 | $0 |
| 19 | [ALL] Intellectual Property Issues | 0 | $0 |
| 20 | [ALL] Securities and Tax Issues | 0 | $0 |
| 21 | [ALL] Corporate General | 0 | $0 |
| 22 | [ALL] Business Operations | 0 | $0 |
| 23 | [ALL] Inter-Company Issues | 5-15 | $4,000-$20,000 |
| 24 | [ALL] Travel Time | 0 | $0 |
| 25 | [ALL] Sponsor Matters | 40-100 | $50,000-$100,000 |
| Applicable to Certain Debtors: | | | |
| 26 | [Luminant Energy Company LLC][2] Clean Air Transport Rule Litigation | 5-15 | $4,000-$11,000 |

---

[1] Budgeted numbers do not necessarily amount to a 1:1 ratio because they reflect a blended hourly rate and a variable allocation of timekeepers and hours, depending on the needs for each matter number.

[2] In addition to Debtor Luminant Energy Company LLC, the work provided in this matter category also benefits, or may potentially benefit, Debtors Luminant Generation Company LLC, Sandow Power Company LLC, Big

| Matter Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted[1] |
|---|---|---|---|
| 27 | [Luminant Energy Company LLC] Regional Haze Program[3] | 5-15 | $4,000-$11,000 |
| 28 | [Luminant Energy Company LLC] EPA July 2012 (5th Circuit)[3] | 0-5 | $0-$4,000 |
| 29 | [Luminant Energy Company LLC] Greenhouse Cases[3] | 5-15 | $4,000-$11,000 |
| 30 | [Luminant Energy Company LLC] Counseling on Regulations for Existing Generating Units[3] | 10-20 | $10,000-15,000 |
| 31 | [Luminant Energy Company LLC] Startup, Shutdown and Maintenance (SSM) Litigation[3] | 10-25 | $8,000-$20,000 |
| **Total** | | **145-330** | **$130,000-$272,000** |

Brown Power Company LLC, Oak Grove Management Company LLC, Luminant Mining Company LLC, Big Brown Lignite Company LLC, Luminant Big Brown Mining Company LLC, and Luminant Holding Company LLC.

## Exhibit B

### Aggregate Staffing Plan Across All Matter Categories
### for the Period Beginning on December 1, 2015 and Ending on December 31, 2015

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter Categories During the Budget Period | Average Hourly Rate[3] |
|---|---|---|
| Partner | 5-15 | $865.00 |
| Counsel | 0-4 | $745.00 |
| Associate (4+ years since first admission) | 2-10 | $625.00 |
| Jr. Associate (1-3 years since first admission) | 2-10 | $520.00 |
| Legal Assistant | 1-5 | $335.00 |
| Case Assistant | N/A | $210.00 |
| Project Assistants (and other support staff) | N/A | $180.00 |
| **Total Attorney** | **9-39** | **$765.00** |
| **Total Non-Attorney** | **1-5** | **$350.00** |
| **Total** | **10-44** | **$705.00** |

---

[3] The Average Hourly Rate is a weighted average based on the individual hourly rate of, and projected number of hours worked by, each timekeeper over the course of the chapter 11 cases.

RLF1 14357501v.1