# Exhibit E

## Summary of Total Fees Incurred and Hours Billed During the Fee Period

| Attorney/Paraprofessional Name | Position | Department | Date of Admission | Fees Billed in this Application | Number of Rate Increases During Fee Period | Hours Billed in this Application | Hourly Rate Billed | Fees Billed in this Application at First Interim Application Billing Rate |
|---|---|---|---|---|---|---|---|---|
| Mark D. Collins | Director | Bankruptcy | 1998 | $165.00 | 0 | 0.2 | $825 | $160.00 |
| Daniel J. DeFranceschi | Director | Bankruptcy | 1989 | $203,100.00 | 0 | 270.8 | $750 | $196,330.00 |
| Russell C. Silberglied | Director | Bankruptcy | 1996 | $72.50 | 0 | 0.1 | $725 | $70.00 |
| Michael J. Merchant | Director | Bankruptcy | 1999 | $325.00 | 0 | 0.5 | $650 | $312.50 |
| Marcos A. Ramos | Director | Bankruptcy | 2003 | $3,802.50 | 0 | 6.5 | $585 | $3,640.00 |
| Jason M. Madron | Counsel | Bankruptcy | 2003 | $340,200.00 | 0 | 648.0 | $525 | $317,520.00 |
| Zachary I. Shapiro | Associate | Bankruptcy | 2008 | $3,038.00 | 0 | 6.2 | $490 | $2,883.00 |
| Marisa A. Terranova Fissel | Associate | Bankruptcy | 2009 | $4,320.00 | 0 | 9.6 | $450 | $4,224.00 |
| Amanda R. Steele | Associate | Bankruptcy | 2010 | $85.00 | 0 | 0.2 | $425 | $78.00 |
| Joseph C. Barsalona II | Associate | Bankruptcy | 2014 | $83,070.00 | 0 | 319.5 | $260 | $79,875.00 |
| Arun J. Mohan | Associate | Bankruptcy | 2014 | $0.00 | 0 | 0.0 | $260 | N/A |
| Rachel L. Biblo | Associate | Bankruptcy | 2014 | $3,666.00 | 0 | 14.1 | $260 | $3,525.00 |
| Brendan J. Schlauch | Associate | Bankruptcy | 2015 | $2,470.00 | 0 | 9.5 | $260 | $2,375.00 |
| Alexander G. Najemy | Associate | Bankruptcy | 2015 | $806.00 | 0 | 3.1 | $260 | $775.00 |
| Andrew M. Dean | Associate | Bankruptcy | 2015 | $31,616.00 | 0 | 121.6 | $260 | $31,616.00 |
| Barbara J. Witters | Paralegal | Bankruptcy | 15 | $94,634.50 | 0 | 402.7 | $235 | $94,634.50 |
| Rebecca V. Speaker | Paralegal | Bankruptcy | 13 | $9,870.00 | 0 | 42.0 | $235 | $9,870.00 |
| Ann Jerominski | Paralegal | Bankruptcy | 15 | $30,103.50 | 0 | 128.1 | $235 | $30,103.50 |
| Caroline E. Dougherty | Paralegal | Bankruptcy | 1 | $4,253.50 | 0 | 18.1 | $235 | N/A |
| Cynthia M. McMenamin | Paralegal | Bankruptcy | 1 | $8,883.00 | 0 | 37.8 | $235 | N/A |
| Lesley Morris | CMA | Bankruptcy | 1 | $37.50 | 0 | 0.3 | $125 | N/A |
| Daniel D. White | Technical/Trial Support | Litigation | 11 | $25,175.00 | 0 | 100.7 | $250 | $23,664.50 |
| Carlos B. Terreforte | Technical/Trial Support | Litigation | 1 | $8,930.00 | 0 | 38.0 | $235 | N/A |

| Attorney/Paraprofessional Name | Position | Department | Date of Admission | Fees Billed in this Application | Number of Rate Increases During Fee Period | Hours Billed in this Application | Hourly Rate Billed | Fees Billed in this Application at First Interim Application Billing Rate |
|---|---|---|---|---|---|---|---|---|
| William S. Stephens | Technical/Trial Support | Litigation | 17 | $292.50 | 0 | 1.5 | $195 | $292.50 |
| Christopher Koran | Technical/Trial Support | Litigation | 3 | $1,365.00 | 0 | 7.0 | $195 | $1,365.00 |
| Total | | | | $860,280.50 | | 2,186.1 | | 825,417.5 |

**TOTAL FEES**     **$860,280.50**