## Exhibit F

**Summary of Actual and Necessary Expenses for the Fee Period**

## Summary of Actual and Necessary Expenses for the Fee Period

| Expense | Vendor (if any)[1] | Unit Cost (if applicable) | Amount |
|---|---|---|---|
| Binding | | | $65.00 |
| Business Meals | | | $24,117.99 |
| Conference Calling | | | $4,141.00 |
| Court Reporter | J&J Court Transcribers, Inc. | | $384.00 |
| Document Retrieval | Pacer | $.10/pg. | $5,516.50 |
| Electronic Legal Research | Bloomberg & Westlaw | | $2,119.50 |
| Equipment Rental | Aquipt | | $3,937.28 |
| Filing/Court Fee | American Express | | $575.00 |
| Long distance telephone charges | | | $804.81 |
| Messenger and delivery service | Fed Ex & Blue Marble | | $4,588.39 |
| Overtime | | | $10,804.76 |
| Photocopying/Printing - outside vendor | Parcels Inc. | | $15,176.87 |
| Photocopying/Printing | | $.10/pg. | $16,765.40 |
| Postage | | | $46.05 |
| Travel Expense | Limo Exchange & Roadrunner | | $449.40 |
| **TOTAL** | | | **$89,491.95** |

---

[1] RL&F may use one or more service providers. The service providers identified herein are the primary service providers for the categories described.