## Exhibit G

**Summary of Fees and Expenses by Matter for the Fee Period**

| Matter Code | Project Category Description | Hours Billed | Hours Budgeted | Total Compensation Billed | Fees Budgeted |
|---|---|---|---|---|---|
| 180326A | [ALL] Case Administration | 79.2 | 88.0 | $28,175.50 | $30,992.50 |
| 180326B | [ALL] Creditor Inquiries | 2.9 | 3.2 | $937.00 | $1,031.00 |
| 180326C | [ALL] Meetings | 17.8 | 19.6 | $11,077.50 | $12,185.30 |
| 180326D | [ALL] Executory Contracts/Unexpired Leases | 18.0 | 19.8 | $6,353.00 | $6,988.30 |
| 180326E | [ALL] Automatic Stay/Adequate Protection | 0.0 | 0.00 | $0.00 | $0.00 |
| 180326F | [ALL] Plan of Reorganization/Disclosure Statement | 502.4 | 552.6 | $216,454.50 | $238,100.00 |
| 180326G | [ALL] Use, Sale of Assets | 6.9 | 7.6 | $3,043.00 | $3,347.30 |
| 180326H | [ALL] Cash Collateral/DIP Financing | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326I | [ALL] Claims Administration | 53.2 | 58.5 | $16,980.50 | $18,678.60 |
| 180326J | [ALL] Court Hearings | 760.2 | 836.2 | $271,394.50 | $298,533.90 |
| 180326K | [ALL] General Corporate/Real Estate | 0.9 | 1.0 | $231.50 | $254.70 |
| 180326L | [ALL] Schedules/SOFA/U.S. Trustee Reports | 4.7 | 5.2 | $1,684.50 | $1,852.90 |
| 180326M | [ALL] Employee Issues | 12.3 | 13.5 | $5,120.00 | $5,632.00 |
| 180326N | [ALL] Environmental | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326O | [ALL] Tax Issues | 0.1 | 1.0 | $75.00 | $750.00 |
| 180326P | [ALL] Litigation/Adversary Proceedings | 66.3 | 72.9 | $24,885.00 | $27,373.50 |
| 180326Q-1 | [ALL] RLF Retention | 25.7 | 28.3 | $7,779.00 | $9,117.10 |
| 180326Q-2 | [ALL] Retention of Others | 15.3 | 16.8 | $6,038.50 | $6,642.40 |
| 180326R-1 | [ALL] RLF Fee Applications | 65.2 | 71.7 | $26,267.00 | $28,893.70 |
| 180326R-2 | [ALL] Fee Applications of Others | 123.8 | 136.2 | $47,613.00 | $52,374.30 |
| 180326S | [ALL] Vendors/Suppliers | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326T | [ALL] Non-Working Travel | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326U | [ALL] Utilities | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326V | [ALL] Insurance | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326A | [TCEH] Case Administration | 0.2 | 1.0 | $150.00 | $750.00 |
| 180326B | [TCEH] Creditor Inquiries | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326C | [TCEH] Meetings | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326D | [TCEH] Executory Contracts/Unexpired Leases | 34.0 | 37.4 | $15,089.00 | $16,598.00 |
| 180326E | [TCEH] Automatic Stay/Adequate Protection | 0.0 | 0.0 | $0.00 | $0.00 |

| Matter Code | Project Category Description | Hours Billed | Hours Budgeted | Total Compensation Billed | Fees Budgeted |
|---|---|---|---|---|---|
| 180326F | [TCEH] Plan of Reorganization/Disclosure Statement | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326G | [TCEH] Use, Sale of Assets | 25.2 | 27.7 | $10,714.50 | $11,786.00 |
| 180326H | [TCEH] Cash Collateral/DIP Financing | 6.3 | 6.9 | $2,891.50 | $3,180.70 |
| 180326I | [TCEH] Claims Administration | 18.7 | 20.6 | $7,454.00 | $8,199.40 |
| 180326J | [TCEH] Court Hearings | 14.5 | 15.9 | $4,529.00 | $4,981.90 |
| 180326K | [TCEH] General Corporate/Real Estate | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326L | [TCEH] Schedules/SOFA/U.S. Trustee Reports | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326M | [TCEH] Employee Issues | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326N | [TCEH] Environmental | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326O | [TCEH] Tax Issues | 10.9 | 12.0 | $4,748.00 | $5,222.80 |
| 180326P | [TCEH] Litigation/Adversary Proceedings | 2.1 | 2.3 | $1,015.50 | $1,117.10 |
| 180326Q-1 | [TCEH] RLF Retention | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326Q-2 | [TCEH] Retention of Others | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326R-1 | [TCEH] RLF Fee Applications | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326R-2 | [TCEH] Fee Applications of Others | 1.8 | 2.0 | $510.00 | $561.00 |
| 180326S | [TCEH] Vendors/Suppliers | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326T | [TCEH] Non-Working Travel | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326U | [TCEH] Utilities | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326V | [TCEH] Insurance | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326A | [EFIH] Case Administration | 1.4 | 1.6 | $735.00 | $808.50 |
| 180326B | [EFIH] Creditor Inquiries | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326C | [EFIH] Meetings | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326D | [EFIH] Executory Contracts/Unexpired Leases | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326E | [EFIH] Automatic Stay/Adequate Protection | 1.2 | 1.3 | $604.00 | $664.40 |
| 180326F | [EFIH] Plan of Reorganization/Disclosure Statement | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326G | [EFIH] Use, Sale of Assets | 1.4 | 1.5 | $738.00 | $790.70 |
| 180326H | [EFIH] Cash Collateral/DIP | 0.0 | 0.0 | $0.00 | $0.00 |

| Matter Code | Project Category Description | Hours Billed | Hours Budgeted | Total Compensation Billed | Fees Budgeted |
|---|---|---|---|---|---|
|  | Financing |  |  |  |  |
| 180326I | [EFIH] Claims Administration | 117.3 | 129.0 | $50,137.00 | $55,150.70 |
| 180326J | [EFIH] Court Hearings | 46.1 | 50.7 | $16,073.50 | $17,680.90 |
| 180326K | [EFIH] General Corporate/Real Estate | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326L | [EFIH] Schedules/SOFA/U.S. Trustee Reports | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326M | [EFIH] Employee Issues | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326N | [EFIH] Environmental | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326O | [EFIH] Tax Issues | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326P | [EFIH] Litigation/Adversary Proceedings | 67.2 | 73.9 | $33,642.00 | $37,006.20 |
| 180326Q-1 | [EFIH] RLF Retention | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326Q-2 | [EFIH] Retention of Others | 0.1 | 1.0 | $23.50 | $235.00 |
| 180326R-1 | [EFIH] RLF Fee Applications | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326R-2 | [EFIH] Fee Applications of Others | 1.8 | 2.0 | $452.00 | $497.20 |
| 180326S | [EFIH] Vendors/Suppliers | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326T | [EFIH] Non-Working Travel | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326U | [EFIH] Utilities | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326V | [EFIH] Insurance | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326A | [EFH] Case Administration | 1.9 | 2.1 | $678.50 | $746.50 |
| 180326B | [EFH] Creditor Inquiries | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326C | [EFH] Meetings | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326D | [EFH] Executory Contracts/Unexpired Leases | 0.1 | 1.0 | $52.50 | $525.00 |
| 180326E | [EFH] Automatic Stay/Adequate Protection | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326F | [EFH] Plan of Reorganization/Disclosure Statement | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326G | [EFH] Use, Sale of Assets | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326H | [EFH] Cash Collateral/DIP Financing | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326I | [EFH] Claims Administration | 10.4 | 11.4 | $4,438.50 | $4,882.40 |
| 180326J | [EFH] Court Hearings | 22.7 | 25.0 | $10,161.50 | $11,177.70 |
| 180326K | [EFH] General Corporate/Real Estate | 0.0 | 0.0 | $0.00 | $0.00 |

RLF1 14330970v.1

| Matter Code | Project Category Description | Hours Billed | Hours Budgeted | Total Compensation Billed | Fees Budgeted |
|---|---|---|---|---|---|
| 180326L | [EFH] Schedules/SOFA/U.S. Trustee Reports | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326M | [EFH] Employee Issues | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326N | [EFH] Environmental | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326O | [EFH] Tax Issues | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326P | [EFH] Litigation/Adversary Proceedings | 40.3 | 44.3 | $19,230.00 | $21,153.00 |
| 180326Q-1 | [EFH] RLF Retention | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326Q-2 | [EFH] Retention of Others | 3.0 | 3.3 | $1,406.00 | $1,546.60 |
| 180326R-1 | [EFH] RLF Fee Applications | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326R-2 | [EFH] Fee Applications of Others | 2.6 | 2.9 | $698.00 | $767.80 |
| 180326S | [EFH] Vendors/Suppliers | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326T | [EFH] Non-Working Travel | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326U | [EFH] Utilities | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326V | [EFH] Insurance | 0.0 | 0.0 | $0.00 | $0.00 |

RLF1 14330970v.1