# EXHIBIT A

**From:** "Rogers, Brenton" <brogers@kirkland.com>
**To:** "Daniel Hogan" <dan@dkhogan.com>
**Cc:** "*madron@rlf.com" <madron@rlf.com>, "*skazan@kazanlaw.com" <skazan@kazanlaw.com>, "Ethan Early (eearly@elslaw.com) (eearly@elslaw.com)" <eearly@elslaw.com>
**Subject: RE: Ch-11 14-10979-CSS Energy Future Hold Motion to Establish Deadline to File Proofs of Claim**

Dan -

Each Subsequently Identified Party is a co-defendant to six asbestos-related litigation matters that were (a) either included in the Debtors' schedules and statements or (b) in one instance, inadvertently left off those schedules and statements. None are asbestos plaintiffs.

Sixty-five are co-defendants to five litigation matters included in the Debtors' schedules and statements. See the below excerpt from the schedules and statements the Debtors' filed in June 2014:

Caption of Suit

Matter Number

Schedule F

Sofa 4A

JIMMY L. TUNNELL AND SPOUSE NADINE GAY TUNNELL V. ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY, ET AL.

CC1002970E, 2010-36027-ASB

Closed matter, not included on Schedule F

Page 1 of 1 on SOFA 4a rider - EFCH

WILLA MAYE SHEPHERD, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF THOMAS SHEPHERD V. 4520 CORP., INC., ET AL. (INCLUDING EECI, INC.)

13-L-2051

Pg 151 of Schedule F on EECI.

pg 30 of 31 for SOFA 4a rider - EECI

CRAIG PHILIPS, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF JANICE PHILIPS AND CRAIG PHILIPS, INDIVIDUALLY V. 84 LUMBER COMPANY, ET AL. INCLUDING ENSERCH E & C, INC.

N14C-04-100 ASB

Pg 28 of Schedule F on EECI

pg 5 of 31 for SOFA 4a rider - EECI

RUBY LITTRELL, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR FOR THE ESTATE OF CLYDE LITTRELL, DECEASED V. A.W. CHESTERTON COMPANY, ET AL. INCLUDING EECI INC.

14-L-346

Pg 127 of Schedule F on EECI

pg 25 of 31 for SOFA 4a rider - EECI

GEORGE CORDES AND KAREN CORDES V. ENTERGY NEW ORLEANS, INC., ET AL., INCLUDING EECI, INC., INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO EBASCO SERVICES, INC. AND AMERICAN MOTORISTS INSURANCE COMPANY (AS THE INSURER OF EBASCO SERVICES, INC.)

2005 -00875

Closed matter, not included on Schedule F

pg 11 of 31 for SOFA 4a rider - EECI

The remaining 25 are co-defendants in one litigation matter inadvertently left off the Debtors' schedules and statements.  The plaintiff in that action -- Cleon Nolan Edwards, Individually and as Personal Representative of the Estate of Dianne S. Edwards, Deceased -- filed the attached proof of claim, which includes the complaint.

Thanks.

Brent Rogers
-------------------------------------------------------
KIRKLAND & ELLIS LLP
300 North LaSalle, Chicago, IL 60654
T +1 312 862 7119
F +1 312 862 2200
-------------------------------------------------------
brogers@kirkland.com<mailto:brogers@kirkland.com>

From: Daniel Hogan [mailto:dan@dkhogan.com]
Sent: Tuesday, April 12, 2016 9:39 AM
To: Rogers, Brenton
Cc: *madron@rlf.com; *skazan@kazanlaw.com; Ethan Early (eearly@elslaw.com) (eearly@elslaw.com)
Subject: Ch-11 14-10979-CSS Energy Future Hold Motion to Establish Deadline to File Proofs of Claim

Brent:

I noticed the Debtors' attached motion for an order authorizing the Debtors to establish a supplemental deadline for filing proofs of claim against the Debtors solely as to ninety (90) Subsequently Identified Parties that may not have received the Bar Date Notice.  Please provide us with the identify of each of the Subsequently Identified Parties. Are any of the claims asserted against the Asbestos Debtors? Are they E-side claims or T-Side claims? Have the Debtors amended their schedules to account for these Subsequently Identified Parties? The motion does not specify anything other than the fact that the listed Debtors are co-defendants in certain litigation matters.  Are any of the claims asbestos-related litigation?  Please advise.

Daniel K. Hogan, Esquire
Hogan♦McDaniel
1311 Delaware Avenue
Wilmington, DE 19806
Direct: 302.656.7540 Ext. 16
Fax: 302.656.7599
email:   dkhogan@dkhogan.com<mailto:dkhogan@dkhogan.com>
www.HoganMcDaniel.com<http://www.hoganmcdaniel.com/>

***********************************************************************
The information contained in this Communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It

is the property of Hogan♦McDaniel. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to dkhogan@dkhogan.com<mailto:dkhogan@dkhogan.com>, and destroy this communication and all copies thereof, including all attachments.

IRS Circular 230 Disclosure:   To ensure compliance with requirements imposed by U.S. Treasury Regulations, we inform you that any Federal tax advice contained in this communication (or any attachments) is not intended or written to be used, and cannot be used, for the purpose of: (1) avoiding penalties under U.S. federal tax laws, or (2) promoting, marketing or recommending to another party any transaction or matter that is contained herein.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com<mailto:postmaster@kirkland.com>, and destroy this communication and all copies thereof, including all attachments.