# EXHIBIT A

## Professional Fees and Expenses
## Monthly Fee Statement

| Applicant | Fee Statement Period, Filing Date, & Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| Jenner & Block LLP<br><br>919 Third Avenue New York, NY 10022 | Ninth Monthly Fee Statement<br><br>02/01/2016 through 02/29/2016<br><br>Docket No. 8055 | $66,281.25 | $1,091.21 | 04/13/2016 | $53,025.00 | $1,091.21 | $13,256.25 |