# EXHIBIT A

## Statement of Fees By Subject Matter

***Exhibit A***

***Combined - All Entities***
***Summary of Time Detail by Task***
***March 1, 2016 through March 31, 2016***

| Task Description | Sum of Hours | Sum of Fees |
|---|---|---|
| Accounting/Cut-off | 12.5 | $5,112.50 |
| Bankruptcy Support | 2.2 | $1,142.50 |
| Business Plan | 20.3 | $7,612.50 |
| Cash Management | 18.9 | $6,615.00 |
| Claims | 452.4 | $214,695.00 |
| Contracts | 5.7 | $3,562.50 |
| Coordination & Communication with UCC | 3.9 | $2,140.00 |
| Fee Applications | 24.4 | $9,885.00 |
| Status Meetings | 3.3 | $2,517.50 |
| Strategic Transaction Asset Sale | 41.9 | $25,062.50 |
| Travel Time | 13.6 | $6,880.00 |
| UST Reporting Requirements | 19.6 | $10,780.00 |
| Vendor Management | 0.4 | $250.00 |
| ***Total*** | **619.1** | **$296,255.00** |

***Travel time billed at 50% of time incurred***

*Exhibit A*

**TCEH**
**Summary of Time Detail by Task**
**March 1, 2016 through March 31, 2016**

| Task Description | Sum of Hours | Sum of Fees |
|---|---|---|
| Accounting/Cut-off | 9.4 | $3,834.38 |
| Bankruptcy Support | 1.1 | $545.83 |
| Business Plan | 6.1 | $2,286.61 |
| Cash Management | 9.0 | $3,160.30 |
| Claims | 232.8 | $110,851.00 |
| Contracts | 4.1 | $2,544.42 |
| Coordination & Communication with UCC | 3.9 | $2,140.00 |
| Fee Applications | 11.7 | $4,722.53 |
| Status Meetings | 1.6 | $1,202.73 |
| Travel Time | 6.5 | $3,286.90 |
| UST Reporting Requirements | 9.4 | $5,150.11 |
| Vendor Management | 0.3 | $187.50 |
| *Total* | **295.8** | **$139,912.30** |

*Travel time billed at 50% of time incurred*

*Exhibit A*

**EFH**
**Summary of Time Detail by Task**
**March 1, 2016 through March 31, 2016**

| Task Description | Sum of Hours | Sum of Fees |
|---|---|---|
| Accounting/Cut-off | 3.1 | $1,278.13 |
| Bankruptcy Support | 0.3 | $164.69 |
| Business Plan | 6.3 | $2,367.41 |
| Cash Management | 2.7 | $953.56 |
| Claims | 66.7 | $31,499.93 |
| Contracts | 1.1 | $710.87 |
| Fee Applications | 3.5 | $1,424.94 |
| Status Meetings | 0.5 | $362.90 |
| Travel Time | 2.0 | $991.76 |
| UST Reporting Requirements | 2.8 | $1,553.95 |
| Vendor Management | 0.1 | $62.50 |
| *Total* | **89.2** | **$41,370.64** |

*Travel time billed at 50% of time incurred*

*Exhibit A*

## *EFIH*
## *Summary of Time Detail by Task*
## *March 1, 2016 through March 31, 2016*

| *Task Description* | *Sum of Hours* | *Sum of Fees* |
|---|---|---|
| Bankruptcy Support | 0.8 | $431.98 |
| Business Plan | 7.9 | $2,958.48 |
| Cash Management | 7.1 | $2,501.14 |
| Claims | 152.8 | $72,344.07 |
| Contracts | 0.5 | $307.21 |
| Fee Applications | 9.2 | $3,737.53 |
| Status Meetings | 1.2 | $951.87 |
| Strategic Transaction Asset Sale | 41.9 | $25,062.50 |
| Travel Time | 5.1 | $2,601.34 |
| UST Reporting Requirements | 7.4 | $4,075.94 |
| *Total* | **234.1** | **$114,972.06** |

*Travel time billed at 50% of time incurred*