**EXHIBIT B**

**Professionals' Information**

The A&M professionals who rendered services in these cases during the Fee Period are:

*Exhibit B*

**Combined - All Entities**
*Summary of Time Detail by Professional*
*March 1, 2016 through March 31, 2016*

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $950.00 | 1.4 | $1,330.00 |
| Steve Kotarba | Managing Director | $700.00 | 4.7 | $3,290.00 |
| Jonathan Vanderveen | Managing Director | $675.00 | 23.5 | $15,862.50 |
| Jodi Ehrenhofer | Senior Director | $625.00 | 109.2 | $68,250.00 |
| Matt Frank | Director | $625.00 | 11.0 | $6,875.00 |
| Kevin Sullivan | Director | $550.00 | 19.6 | $10,780.00 |
| Paul Kinealy | Director | $550.00 | 54.3 | $29,865.00 |
| Holly Sjostrom | Director | $500.00 | 18.4 | $9,200.00 |
| Richard Carter | Consultant | $450.00 | 141.4 | $63,630.00 |
| Michael Williams | Consultant | $375.00 | 170.4 | $63,900.00 |
| Jon Rafpor | Analyst | $400.00 | 12.0 | $4,800.00 |
| Sarah Pittman | Analyst | $375.00 | 20.5 | $7,687.50 |
| Peyton Heath | Analyst | $350.00 | 19.5 | $6,825.00 |
| Mary Napoliello | Paraprofessional | $300.00 | 13.2 | $3,960.00 |
| | | **Total** | **619.1** | **$296,255.00** |

*Exhibit B*

# TCEH
## Summary of Time Detail by Professional
## March 1, 2016 through March 31, 2016

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $950.00 | 0.7 | $635.40 |
| Steve Kotarba | Managing Director | $700.00 | 3.6 | $2,485.73 |
| Jodi Ehrenhofer | Senior Director | $625.00 | 56.4 | $35,244.26 |
| Matt Frank | Director | $625.00 | 7.0 | $4,354.79 |
| Kevin Sullivan | Director | $550.00 | 9.4 | $5,150.11 |
| Paul Kinealy | Director | $550.00 | 28.1 | $15,462.16 |
| Richard Carter | Consultant | $450.00 | 74.0 | $33,302.50 |
| Jon Rafpor | Analyst | $400.00 | 9.0 | $3,600.00 |
| Michael Williams | Consultant | $375.00 | 85.9 | $32,202.40 |
| Sarah Pittman | Analyst | $375.00 | 6.2 | $2,322.44 |
| Peyton Heath | Analyst | $350.00 | 9.3 | $3,260.62 |
| Mary Napoliello | Paraprofessional | $300.00 | 6.3 | $1,891.88 |
| | | **Total** | **295.8** | **$139,912.30** |

*Exhibit B*

### EFH
### Summary of Time Detail by Professional
### March 1, 2016 through March 31, 2016

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $950.00 | 0.2 | $191.72 |
| Steve Kotarba | Managing Director | $700.00 | 0.3 | $221.99 |
| Jodi Ehrenhofer | Senior Director | $625.00 | 14.8 | $9,279.87 |
| Matt Frank | Director | $625.00 | 2.6 | $1,645.85 |
| Kevin Sullivan | Director | $550.00 | 2.8 | $1,553.95 |
| Paul Kinealy | Director | $550.00 | 8.6 | $4,712.10 |
| Richard Carter | Consultant | $450.00 | 19.5 | $8,770.03 |
| Jon Rafpor | Analyst | $400.00 | 3.0 | $1,200.00 |
| Michael Williams | Consultant | $375.00 | 26.3 | $9,862.23 |
| Sarah Pittman | Analyst | $375.00 | 6.3 | $2,378.22 |
| Peyton Heath | Analyst | $350.00 | 2.8 | $983.83 |
| Mary Napoliello | Paraprofessional | $300.00 | 1.9 | $570.84 |
| | | **Total** | **89.2** | **$41,370.64** |

*Exhibit B*

### EFIH
### Summary of Time Detail by Professional
### March 1, 2016 through March 31, 2016

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $950.00 | 0.5 | $502.88 |
| Steve Kotarba | Managing Director | $700.00 | 0.8 | $582.28 |
| Jonathan Vanderveen | Managing Director | $675.00 | 23.5 | $15,862.50 |
| Jodi Ehrenhofer | Senior Director | $625.00 | 38.0 | $23,725.88 |
| Matt Frank | Director | $625.00 | 1.4 | $874.36 |
| Kevin Sullivan | Director | $550.00 | 7.4 | $4,075.94 |
| Paul Kinealy | Director | $550.00 | 17.6 | $9,690.74 |
| Holly Sjostrom | Director | $500.00 | 18.4 | $9,200.00 |
| Richard Carter | Consultant | $450.00 | 47.9 | $21,557.46 |
| Michael Williams | Consultant | $375.00 | 58.2 | $21,835.37 |
| Sarah Pittman | Analyst | $375.00 | 8.0 | $2,986.83 |
| Peyton Heath | Analyst | $350.00 | 7.4 | $2,580.54 |
| Mary Napoliello | Paraprofessional | $300.00 | 5.0 | $1,497.28 |
| | | *Total* | **234.1** | **$114,972.06** |