# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

*Exhibit C*

**Combined**
**Energy Future Holdings Corp., et al.,**
**Summary of Expense Detail by Category**
**March 1, 2016 through March 31, 2016**

| Expense Category | Sum of Expenses |
|---|---|
| Airfare | $5,048.58 |
| Lodging | $4,142.08 |
| Meals | $346.09 |
| Miscellaneous | $29.59 |
| Transportation | $1,389.53 |
| **Total** | **$10,955.87** |

*Exhibit C*

## TCEH
### Summary of Expense Detail by Category
### March 1, 2016 through March 31, 2016

| Expense Category | Sum of Expenses |
|---|---|
| Airfare | $2,411.71 |
| Lodging | $1,978.65 |
| Meals | $165.32 |
| Miscellaneous | $14.13 |
| Transportation | $663.81 |
| *Total* | **$5,233.62** |

*Exhibit C*

### EFH
### Summary of Expense Detail by Category
### March 1, 2016 through March 31, 2016

| Expense Category | Sum of Expenses |
|---|---|
| Airfare | $727.99 |
| Lodging | $597.29 |
| Meals | $49.94 |
| Miscellaneous | $4.27 |
| Transportation | $200.35 |
| **Total** | **$1,579.84** |

*Exhibit C*

## EFIH
### Summary of Expense Detail by Category
### March 1, 2016 through March 31, 2016

| Expense Category | Sum of Expenses |
|---|---|
| Airfare | $1,908.86 |
| Lodging | $1,566.14 |
| Meals | $130.84 |
| Miscellaneous | $11.19 |
| Transportation | $525.38 |
| **Total** | **$4,142.41** |