# EXHIBIT D

**Detailed Description of Expenses and Disbursements**

*Exhibit D*

### Combined - All Entities
### Expense Detail by Category
### March 1, 2016 through March 31, 2016

## Airfare

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Michael Williams | 2/1/2016 | $706.86 | Airfare coach roundtrip Chicago/Dallas. |
| Michael Williams | 2/15/2016 | $706.86 | Airfare coach roundtrip Chicago/Dallas. |
| Michael Williams | 2/22/2016 | $353.43 | Airfare coach one-way Chicago/Dallas. |
| Michael Williams | 2/23/2016 | $380.10 | Airfare coach one-way Chicago/Dallas. |
| Jonathan Vanderveen | 2/26/2016 | $296.10 | Airfare roundtrip Chicago/New York. |
| Holly Sjostrom | 2/29/2016 | $212.55 | Airfare Chicago/Dallas. |
| Richard Carter | 2/29/2016 | $760.20 | Airfare roundtrip coach Chicago/Dallas. |
| Michael Williams | 3/7/2016 | $904.28 | Airfare roundtrip coach Chicago/Dallas. |
| Paul Kinealy | 3/9/2016 | $364.10 | Airfare roundtrip coach Chicago/Dallas. |
| Paul Kinealy | 3/13/2016 | $364.10 | Airfare one-way coach Dallas/Chicago. |
| **Expense Category Total** | | **$5,048.58** | |

## Lodging

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Michael Williams | 2/3/2016 | $767.64 | Hotel in Dallas - 3 nights. |
| Michael Williams | 2/16/2016 | $511.76 | Hotel in Dallas - 2 nights. |
| Michael Williams | 2/22/2016 | $255.88 | Hotel in Dallas - 1 night. |
| Jonathan Vanderveen | 3/2/2016 | $339.72 | Hotel in New York - 1 night. |
| Holly Sjostrom | 3/4/2016 | $231.85 | Hotel in Dallas - 1 night. |
| Michael Williams | 3/9/2016 | $767.64 | Hotel in Dallas - 3 nights. |
| Richard Carter | 3/9/2016 | $767.64 | Hotel in Dallas - 3 nights. |
| Paul Kinealy | 3/16/2016 | $255.88 | Hotel in Dallas - 1 night. |
| Paul Kinealy | 3/23/2016 | $244.07 | Hotel in Dallas - 1 night. |
| **Expense Category Total** | | **$4,142.08** | |

*Exhibit D*

## Combined - All Entities
## Expense Detail by Category
## March 1, 2016 through March 31, 2016

### Meals

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Michael Williams | 2/1/2016 | $12.36 | Out of town dinner - M. Williams. |
| Jonathan Vanderveen | 3/2/2016 | $80.00 | Out of town dinner - J. Sjostrom, J. Vanderveen - 2. |
| Jonathan Vanderveen | 3/3/2016 | $26.55 | Out of town breakfast - J. Vanderveen. |
| Michael Williams | 3/7/2016 | $14.52 | Out of town dinner - M. Williams. |
| Richard Carter | 3/7/2016 | $29.90 | Out of town dinner - R. Carter. |
| Richard Carter | 3/7/2016 | $11.87 | Out of town breakfast - R. Carter. |
| Michael Williams | 3/8/2016 | $37.58 | Out of town dinner - M. Williams. |
| Richard Carter | 3/8/2016 | $40.00 | Out of town dinner - R. Carter. |
| Michael Williams | 3/9/2016 | $37.58 | Out of town dinner - M. Williams. |
| Richard Carter | 3/9/2016 | $36.30 | Out of town dinner - R. Carter. |
| Richard Carter | 3/10/2016 | $7.57 | Out of town dinner - R. Carter. |
| Paul Kinealy | 3/15/2016 | $5.93 | Out of town breakfast - P. Kinealy. |
| Paul Kinealy | 3/23/2016 | $5.93 | Out of town breakfast - P. Kinealy. |
| **Expense Category Total** | | **$346.09** | |

### Miscellaneous

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Jodi Ehrenhofer | 3/1/2016 | $3.65 | Verizon conference call charges. |
| Matt Frank | 3/1/2016 | $15.66 | Verizon conference call charges. |
| Paul Kinealy | 3/1/2016 | $10.28 | Verizon conference call charges. |
| **Expense Category Total** | | **$29.59** | |

### Transportation

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Michael Williams | 2/1/2016 | $60.00 | Taxi from DFW Airport to Energy. |
| Michael Williams | 2/1/2016 | $15.00 | Taxi from Energy to hotel. |
| Michael Williams | 2/1/2016 | $47.90 | Taxi from home to O'Hare Airport. |

*Exhibit D*

*Combined - All Entities*
*Expense Detail by Category*
*March 1, 2016 through March 31, 2016*

## Transportation

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Michael Williams | 2/3/2016 | $15.00 | Taxi from Energy to hotel. |
| Michael Williams | 2/4/2016 | $15.00 | Taxi from hotel to Energy. |
| Michael Williams | 2/4/2016 | $60.00 | Taxi from O'Hare Airport to home. |
| Michael Williams | 2/4/2016 | $60.00 | Taxi from Energy to DFW Airport. |
| Michael Williams | 2/15/2016 | $47.90 | Taxi from home to O'Hare Airport. |
| Michael Williams | 2/18/2016 | $60.00 | Taxi from Energy to DFW Airport. |
| Michael Williams | 2/18/2016 | $60.00 | Taxi from O'Hare Airport to home. |
| Michael Williams | 2/22/2016 | $48.80 | Taxi from home to O'Hare Airport. |
| Michael Williams | 2/22/2016 | $60.00 | Taxi from Energy to DFW Airport. |
| Michael Williams | 2/23/2016 | $60.00 | Taxi from O'Hare Airport to home. |
| Michael Williams | 2/23/2016 | $60.00 | Taxi from Energy to DFW Airport. |
| Holly Sjostrom | 2/29/2016 | $11.00 | Taxi to office. |
| Jonathan Vanderveen | 3/2/2016 | $38.00 | Taxi from home to Chicago O'Hare. |
| Jonathan Vanderveen | 3/2/2016 | $43.01 | Taxi from LaGuardio to Kirkland & Ellis. |
| Holly Sjostrom | 3/3/2016 | $7.00 | Taxi to hotel. |
| Holly Sjostrom | 3/3/2016 | $8.50 | Taxi to K&E. |
| Jonathan Vanderveen | 3/4/2016 | $38.00 | Taxi from Chicago Airport to home. |
| Michael Williams | 3/7/2016 | $28.02 | Taxi from DFW Airport to Energy. |
| Michael Williams | 3/7/2016 | $52.40 | Taxi from home to O'Hare Airport. |
| Michael Williams | 3/7/2016 | $15.00 | Taxi from Energy to hotel. |
| Richard Carter | 3/7/2016 | $57.00 | Taxi from DFW Airport to Energy. |
| Michael Williams | 3/8/2016 | $15.00 | Taxi from Energy to hotel. |
| Michael Williams | 3/8/2016 | $15.00 | Taxi from hotel to Energy. |
| Richard Carter | 3/8/2016 | $15.00 | Taxi from Energy to hotel. |
| Richard Carter | 3/8/2016 | $5.00 | Taxi from hotel to Energy. |
| Michael Williams | 3/9/2016 | $15.00 | Taxi from Energy to hotel. |
| Michael Williams | 3/9/2016 | $15.00 | Taxi from hotel to Energy. |
| Michael Williams | 3/10/2016 | $50.00 | Taxi from O'Hare Airport to home. |
| Richard Carter | 3/10/2016 | $140.00 | Parking at Chicago Airport. |

*Exhibit D*

## Combined - All Entities
## Expense Detail by Category
## March 1, 2016 through March 31, 2016

### Transportation

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Richard Carter | 3/10/2016 | $15.00 | Taxi from hotel to Energy. |
| Richard Carter | 3/14/2016 | $58.00 | Taxi from Energy to DFW Airport. |
| Paul Kinealy | 3/15/2016 | $15.00 | Taxi from hotel to Energy. |
| Paul Kinealy | 3/24/2016 | $64.00 | Parking at Chicago Airport. |
| **Expense Category Total** | | **$1,389.53** | |
| *Grand Total* | | $10,955.87 | |