**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors.[1] | ) (Jointly Administered) |
| | ) |
| | ) **Objection Deadline: May 12, 2016 at 4:00 p.m.** |
| | ) |

**TWENTY-THIRD MONTHLY**
**FEE STATEMENT OF FILSINGER ENERGY PARTNERS**
**FOR ALLOWANCE OF AN ADMINISTRATIVE**
**CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**
**INCURRED FROM MARCH 1, 2016 THROUGH MARCH 31, 2016**

| **Name of Applicant** | **FILSINGER ENERGY PARTNERS** |
|---|---|
| Authorized to Provide Professional Services to: | Energy Future Holdings Corp, *et al.* Debtors and Debtors-in-Possession |
| Date of Retention: | Retention Order Entered on September 16, 2014 (Effective as of April 29, 2014) |
| Period for which compensation and reimbursement is sought: | March 1, 2016 through March 31, 2016 |
| Amount of Compensation sought as actual, reasonable and necessary: | $414,251.20 (80% of $517,814.00) |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $54,761.30 |

This is a **X** monthly ___ interim __ final application.
No prior application filed for this Fee Period.[2]

---

[1]   The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code, (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the *Order Authorizing The Debtors To Retain And Employ Filsinger Energy Partners As Energy Consultant Effective Nunc Pro Tunc To The Petition Date,* dated September 16, 2014 [D.I. 2057] (the "Retention Order"), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals,* dated September 16, 2014 [D.I. 2066] (the "Interim Compensation Order"), the *Stipulation and Order Appointing a Fee Committee* [D.I. 1896] (the "Fee Committee Order"), and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Bankruptcy Rules"), the firm of FILSINGER ENERGY PARTNERS ("FEP"), energy consultant for the above-captioned debtors and debtors in possession (collectively, the "Debtors"), hereby files this monthly fee statement (this "Monthly Fee Statement") for: (i) compensation in the amount of $414,251.20 for the reasonable and necessary consulting services FEP rendered to the Debtors from March 1, 2016 through March 31, 2016 (the "Fee Period") (80% of $517,814.00); and (ii) reimbursement for the actual and necessary expenses that FEP incurred, in the amount of $54,761.30 during the Fee Period.

### Itemization of Services Rendered and Disbursements Incurred

1.      In support of this Monthly Fee Statement, attached are the following exhibits:

- **Exhibit A** is a schedule of the number of hours expended and fees incurred (on an aggregate basis) by FEP directors, consultants, and analysts during the Fee Period with respect to each of the subject matter categories FEP established in accordance with its internal billing procedures. As reflected in Exhibit A, FEP incurred $517,814.00 in fees during the Fee Period. Pursuant

---

2       Notice of this Monthly Fee Statement (as defined herein) shall be served in accordance with the Interim Compensation Order and Fee Committee Order and objections to the relief requested in this Monthly Fee Statement shall be addressed in accordance with the Interim Compensation Order and Fee Order.

RLF1 14400252v.1

to this Monthly Fee Statement, FEP seeks reimbursement for 80% of such fees ($414,251.20 in the aggregate).

- **Exhibit B** is a schedule providing certain information regarding the FEP consultants for whose work on these chapter 11 cases compensation is sought in this Monthly Fee Statement. Consultants of FEP have expended a total of 908.15 hours in connection with these chapter 11 cases during the Fee Period.

- **Exhibit C** is a schedule for the Fee Period, setting forth the total amount of reimbursement sought with respect to each category of expenses for which FEP is seeking reimbursement in this Monthly Fee Statement. All of these disbursements comprise the requested sum for FEP's out-of-pocket expenses.

- **Exhibit D** consists of FEP's records of expenses incurred during the Fee Period in the rendition of the professional services to the Debtors and their estates.

### Proposed Payment Allocation

2.      In accordance with paragraph 2(b) of the Interim Compensation Order, FEP proposes the following payment allocation of the fees and expenses sought in this Application among (a) Energy Future Holdings Corp. ("EFH Corp."), (b) Energy Future Intermediate Holding Company LLC ("EFIH"), and (c) Energy Future Competitive Holdings Company LLC and each of its direct and direct subsidiaries that are Debtors in these chapter 11 cases (collectively, the "TCEH Debtors"):

| Direct Benefit Fees:  $466,401.30 | |
|---|---|
| (comprised of $411,640.00 fees (80% of $514,550.00) plus $54,761.30 expenses) | |
| **Debtor(s)** | **Amount Sought to be Paid** |
| EFH Corp. | $27,444.98 |
| EFIH | $14,196.89 |
| TCEH Debtors | $424,759.43 |
| *Totals:* | **$466,401.30** |

| Collective Benefit Fees (1): $2,611.20 | |
| :--- | :--- |
| **(comprised of $2,611.20 fees (80% of $3,264.00) plus $0 expenses)** | |
| **Debtor(s)** | **Amount Sought to be Paid** |
| EFH Corp. | $153.65 |
| EFIH | $79.48 |
| TCEH Debtors | $2,378.07 |
| *Totals:* | **$2,611.20** |
| *Grand Totals:* | **$469,012.50** |

### Representations

3.    Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period.  FEP reserves the right to make further application to this Court for allowance of such fees and expenses not included herein.  Subsequent fee applications will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, Local Bankruptcy Rules, the Fee Committee Order, and the Interim Compensation Order.

[*Remainder of page intentionally left blank.*]

---

[1]    Collective Benefit Fees represent the fees associated with the Project Management, Project Administration and Fee Application matters, allocated based on the proportional amounts of the Direct Benefit Fees.

4

WHEREFORE, FEP requests that it be allowed reimbursement for its fees and expenses incurred during the Fee Period in the total amount of $469,012.50 consisting of (a) $414,251.20 which is 80% of the fees incurred by the Debtors for reasonable and necessary professional services rendered by FEP, and (b) $54,761.30 for actual and necessary costs and expenses, and that such fees and expenses be paid as administrative expenses of the Debtors' estates.


Date:   April 21, 2016                                 */s/ Todd W. Filsinger*
       Denver, Colorado                        Todd W. Filsinger
                                    as Senior Managing Director
                                    Filsinger Energy Partners


Filsinger Energy Partners
290 Fillmore St, Ste 4
Denver, CO 80206
Phone: 303-974-5884

RLF1 14400252v.1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) | (Jointly Administered) |

### VERIFICATION OF TODD W. FILSINGER

1.    I am Todd W. Filsinger, Senior Managing Director in the consulting firm of FILSINGER ENERGY PARTNERS, located at 290 Fillmore Street Suite 4, Denver, CO 80206, ("FEP").  I am a Senior Managing Director from FEP working on the above-captioned chapter 11 cases.

2.    I have personally performed many of the consulting services rendered by FEP as energy consultant to the Debtors, and am familiar with all other work performed on behalf of the Debtors by the employees in the firm.

3.    The facts set forth in the foregoing Monthly Fee Statement are true and correct to the best of my knowledge, information, and belief.

4.    I have reviewed Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedures of the United States Bankruptcy Court for the District of Delaware and believe that the Monthly Fee Statement for FEP complies with Rule 2016-2.

---

[1]    The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

5.      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing

is true and correct.


                                        Respectfully submitted,


                                        _____*/s/ Todd W. Filsinger*_____
                                        Todd W. Filsinger
                                        as Senior Managing Director, of
                                        FILSINGER ENERGY PARTNERS

2