# EXHIBIT A

## Statement of Fees By Subject Matter

| Matter Number | Matter Description | Total Billed Hours [1] | Total Fees Requested |
|---|---|---|---|
| 1 | Long-Range Forecast | 122.50 | $69,547.50 |
| 2 | Metric Analysis | 4.00 | $3,000.00 |
| 3 | Generation Analysis | 238.50 | $132,602.50 |
| 4 | Retail Analysis | 33.50 | $18,765.00 |
| 5 | Commodity Analysis | 31.75 | $16,945.00 |
| 6 | Competitor Analysis | 43.00 | $25,927.50 |
| 7 | EBITDA Projection | 47.75 | $25,382.50 |
| 8 | Environmental Analysis | 49.50 | $23,910.00 |
| 9 | Short-Range Forecast | 5.00 | $3,750.00 |
| 10 | Capital Projects | 4.00 | $1,820.00 |
| 11 | Wholesale Operations | 45.60 | $28,640.00 |
| 12 | Retail Operations | 48.00 | $29,785.00 |
| 13 | T&D Operations | 41.50 | $27,500.00 |
| 14 | Data Collection and Diligence | 21.50 | $10,815.00 |
| 15 | Reports | 6.25 | $2,757.50 |
| 16 | Hearings | 2.50 | $1,150.00 |
| 17 | On-Site Diligence | 25.50 | $15,717.50 |
| 18 | Project Management | 2.00 | $1,440.00 |
| 19 | Project Administration | 0.00 | $0.00 |
| 20 | T&D Forecast | 0.00 | $0.00 |
| 21 | Fee Objection Discussion and Litigation | 0.00 | $0.00 |
| 22 | Fee Application | 4.80 | $1,824.00 |
| *Continued on next page* | | | |

---

[1] Non-working travel time has been billed at 50% of actual time incurred.

## EXHIBIT A (cont'd)

## Statement of Fees By Subject Matter

| Matter Number | Matter Description | Total Billed Hours [1] | Total Fees Requested |
|---|---|---|---|
| 23 | Business Services Analysis | 8.00 | $5,850.00 |
| 24 | Retail Margins | 9.00 | $4,905.00 |
| 25 | T&D Market Research | 4.00 | $2,087.50 |
| 26 | Wholesale Market Research | 13.00 | $5,965.00 |
| 27 | Retail Market Research | 38.50 | $20,982.50 |
| 28 | Performance Analysis | 2.00 | $920.00 |
| 29 | Sales, General & Administrative Analysis | 9.00 | $6,585.00 |
| 30 | Portfolio Analysis | 10.00 | $5,157.50 |
| 31 | Oncor Revenue Analysis | 2.50 | $1,150.00 |
| 32 | Oncor Capital Structure | 0.00 | $0.00 |
| 33 | Regulatory Analysis | 22.50 | $14,512.50 |
| 34 | Claims & Settlement Issues | 0.00 | $0.00 |
| 35 | Property Tax Analysis | 12.50 | $8,420.00 |
| | | | |
| | **Totals:** | **908.15** | **$517,814.00** |

---

[1] Non-working travel time has been billed at 50% of actual time incurred.