**EXHIBIT B**

**Consultants' Information**

The FEP consultants who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Todd W. Filsinger | Senior Managing Director | $750 | 79.10 | $59,325.00 |
| Jean Agras | Managing Director | $720 | 64.50 | $46,440.00 |
| Gary Germeroth | Managing Director | $720 | 138.50 | $99,720.00 |
| Dave Andrus | Director | $645 | 52.50 | $33,862.50 |
| Scott Davis | Director | $545 | 120.00 | $65,400.00 |
| Paul Harmon | Director | $575 | 59.00 | $33,925.00 |
| Tim Wang | Director | $575 | 40.00 | $23,000.00 |
| Michael Gadsden | Managing Consultant | $460 | 59.75 | $27,485.00 |
| Jill Kawakami | Managing Consultant | $430 | 107.50 | $46,225.00 |
| Nathan Pollak | Managing Consultant | $460 | 34.00 | $15,640.00 |
| Samuel Schreiber | Managing Consultant | $455 | 108.50 | $49,367.50 |
| Laura Hatanaka | Consultant | $390 | 40.00 | $15,600.00 |
| Pamela Morin | Consultant | $380 | 4.80 | $1,824.00 |
| | | **Totals:** | **908.15** | **$517,814.00** |