## EXHIBIT C

### Summary of Actual and Necessary Expenses for the Fee Period

## ALL - Expense Summary

| Service Description | Amount |
|---|---|
| Lodging | $4,369.82 |
| Airfare | $5,887.05 |
| Taxi | $1,168.64 |
| Travel Meals | $915.65 |
| Other Travel Expenses | $420.14 |
| Vehicle Rental Expenses | $0.00 |
| Market Research | $42,000.00 |
| | |
| **Total:** | **$54,761.30** |

### TCEH - Expense Summary

| Service Description | Amount |
|---|---|
| Lodging | $3,979.67 |
| Airfare | $5,361.43 |
| Taxi | $1,064.30 |
| Travel Meals | $833.90 |
| Other Travel Expenses | $382.63 |
| Vehicle Rental Expenses | $0.00 |
| Market Data | $38,250.10 |
| | |
| **Total:** | **$49,872.03** |

### EFIH - Expense Summary

| Service Description | Amount |
|---|---|
| Lodging | $133.01 |
| Airfare | $179.20 |

| Service Description | Amount |
|---|---:|
| Taxi | $35.57 |
| Travel Meals | $27.87 |
| Other Travel Expenses | $12.79 |
| Vehicle Rental Expenses | $0.00 |
| Market Data | $1,278.45 |
| | |
| **Total:** | **$1,666.89** |

**EFH - Expense Summary**

| Service Description | Amount |
|---|---:|
| Lodging | $257.14 |
| Airfare | $346.42 |
| Taxi | $68.77 |
| Travel Meals | $53.88 |
| Other Travel Expenses | $24.72 |
| Vehicle Rental Expenses | $0.00 |
| Market Data | $2,471.45 |
| | |
| **Total:** | **$3,222.38** |

2