FILSINGER ENERGY PARTNERS
EXHIBIT D

| INVOICE NUMBER | MATTER | DATE | NAME OF TIMEKEEPER WHO INCURRED EXPENSE | EXPENSE CATEGORY | UNIT COST | # OF UNITS | TOTAL | EXPENSE DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| EFCH/TCH-CS-042 | On site Diligence | 20160301 | Todd Filsinger | Hotel | | | $350.00 | The highland - Dallas, TX (capped at maximum) |
| EFCH/TCH-CS-042 | On site Diligence | 20160301 | Todd Filsinger | Taxi | | | $15.55 | to office |
| EFCH/TCH-CS-042 | On site Diligence | 20160301 | Todd Filsinger | Taxi | | | $11.22 | to hotel |
| EFCH/TCH-CS-042 | On site Diligence | 20160301 | Todd Filsinger | Breakfast | | | $2.71 | The Fairmont | self |
| EFCH/TCH-CS-042 | On site Diligence | 20160301 | Todd Filsinger | Dinner | | | $40.00 | Stephen Pyle | self |
| EFCH/TCH-CS-042 | On site Diligence | 20160302 | Sam Schreiber | Dinner | | | $80.00 | Nada Sushi | Todd, Sam |
| EFCH/TCH-CS-042 | On site Diligence | 20160302 | Todd Filsinger | Airfare | | | $507.10 | Airfare from DFW to New York (LGA) (first class ticket purchased at $666.09; cost of average economy class ticket submitted for reimbursement - see supporting documentation. |
| EFCH/TCH-CS-042 | On site Diligence | 20160302 | Todd Filsinger | Hotel | | | $350.00 | The highland - Dallas, TX (capped at maximum) |
| EFCH/TCH-CS-042 | On site Diligence | 20160302 | Todd Filsinger | Taxi | | | $47.07 | to airport |
| EFCH/TCH-CS-042 | On site Diligence | 20160302 | Todd Filsinger | Airfare | | | $34.59 | On flight internet |
| EFCH/TCH-CS-042 | On site Diligence | 20160303 | Sam Schreiber | Breakfast | | | $33.31 | Hilton | Todd, Sam |
| EFCH/TCH-CS-042 | On site Diligence | 20160303 | Todd Filsinger | Airfare | | | $549.10 | Airfare from New York (LGA) to Denver |
| EFCH/TCH-CS-042 | On site Diligence | 20160303 | Todd Filsinger | Hotel | | | $324.00 | Hilton - New York, NY |
| EFCH/TCH-CS-042 | On site Diligence | 20160303 | Todd Filsinger | Taxi | | | $42.84 | taxi to office |
| EFCH/TCH-CS-042 | On site Diligence | 20160303 | Todd Filsinger | Taxi | | | $78.52 | taxi to LGA |
| EFCH/TCH-CS-042 | On site Diligence | 20160303 | Todd Filsinger | Lunch | | | $10.27 | Starbucks | self |
| EFCH/TCH-CS-042 | On site Diligence | 20160303 | Todd Filsinger | Dinner | | | $63.62 | Ted's Montana Grill | self. Sam Schreiber |
| EFCH/TCH-CS-042 | On site Diligence | 20160303 | Todd Filsinger | Taxi | | | $70.00 | taxi - home |
| EFCH/TCH-CS-042 | On site Diligence | 20160306 | Paul Harmon | Airfare | | | $349.98 | Airfare from Denver to Dallas |
| EFCH/TCH-CS-042 | On site Diligence | 20160306 | Paul Harmon | Hotel | | | $216.81 | Highland - Dallas |
| EFCH/TCH-CS-042 | On site Diligence | 20160306 | Paul Harmon | Taxi | | | $15.65 | Hotel |
| EFCH/TCH-CS-042 | On site Diligence | 20160307 | Gary Germeroth | Airfare | | | $225.98 | Airfare from Houston to Dallas |
| EFCH/TCH-CS-042 | On site Diligence | 20160307 | Gary Germeroth | Hotel | | | $237.56 | Hilton Highland Dallas, TX |
| EFCH/TCH-CS-042 | On site Diligence | 20160307 | Gary Germeroth | Taxi | | | $7.61 | Love Field to EFH Office |
| EFCH/TCH-CS-042 | On site Diligence | 20160307 | Gary Germeroth | Parking | | | $20.00 | Airport |
| EFCH/TCH-CS-042 | On site Diligence | 20160307 | Gary Germeroth | Personal Vehicle | $0.54 | 19 miles | $10.26 | Home to Airport |
| EFCH/TCH-CS-042 | On site Diligence | 20160307 | Gary Germeroth | Lunch | | | $7.46 | LP Café | Self |
| EFCH/TCH-CS-042 | On site Diligence | 20160307 | Gary Germeroth | Other Transportation | | | $2.50 | Light rail ticket to hotel |
| EFCH/TCH-CS-042 | On site Diligence | 20160307 | Paul Harmon | Hotel | | | $216.81 | Highland - Dallas |
| EFCH/TCH-CS-042 | On site Diligence | 20160307 | Paul Harmon | Taxi | | | $2.50 | Office |
| EFCH/TCH-CS-042 | On site Diligence | 20160307 | Paul Harmon | Taxi | | | $2.50 | Hotel |
| EFCH/TCH-CS-042 | On site Diligence | 20160307 | Paul Harmon | Breakfast | | | $11.42 | Onsite - Dallas | P. Harmon |
| EFCH/TCH-CS-042 | On site Diligence | 20160307 | Paul Harmon | Lunch | | | $12.00 | Onsite - Dallas | P. Harmon |
| EFCH/TCH-CS-042 | On site Diligence | 20160307 | Paul Harmon | Dinner | | | $65.60 | Onsite - Dallas | P. Harmon, G. Germeroth |
| EFCH/TCH-CS-042 | On site Diligence | 20160307 | Sam Schreiber | Airfare | | | $250.10 | Airfare from New York to Dallas |
| EFCH/TCH-CS-042 | On site Diligence | 20160307 | Sam Schreiber | Hotel | | | $242.32 | Marriott - Dallas, TX |
| EFCH/TCH-CS-042 | On site Diligence | 20160307 | Sam Schreiber | Taxi | | | $37.15 | Lyft - NYC - to LGA |
| EFCH/TCH-CS-042 | On site Diligence | 20160307 | Sam Schreiber | Taxi | | | $17.88 | Uber - Dallas - to Energy Plaza |
| EFCH/TCH-CS-042 | On site Diligence | 20160307 | Sam Schreiber | Lunch | | | $11.85 | Taco Borracho | Self |
| EFCH/TCH-CS-042 | On site Diligence | 20160307 | Sam Schreiber | Dinner | | | $31.16 | Marriott | Self |
| EFCH/TCH-CS-042 | On site Diligence | 20160307 | Sam Schreiber | Taxi | | | $23.06 | Uber - Dallas - to Hotel |
| EFCH/TCH-CS-042 | On site Diligence | 20160307 | Jean Agras | Airfare | | | $73.60 | Airfare from Denver to Dallas |
| EFCH/TCH-CS-042 | On site Diligence | 20160307 | Jean Agras | Taxi | | | $55.00 | Energy Plaza |
| EFCH/TCH-CS-042 | On site Diligence | 20160307 | Jean Agras | Parking | | | $24.00 | DIA |
| EFCH/TCH-CS-042 | On site Diligence | 20160307 | Jean Agras | Personal Vehicle | $0.54 | 45 miles | $24.30 | to DIA |
| EFCH/TCH-CS-042 | On site Diligence | 20160307 | Jean Agras | Lunch | | | $9.50 | Star Café | Jean |
| EFCH/TCH-CS-042 | On site Diligence | 20160307 | Jean Agras | Dinner | | | $22.64 | Fairmont | Jean |
| EFCH/TCH-CS-042 | On site Diligence | 20160307 | Todd Filsinger | Airfare | | | $349.98 | Airfare from Denver to Dallas |
| EFCH/TCH-CS-042 | On site Diligence | 20160307 | Todd Filsinger | Taxi | | | $32.30 | To office |
| EFCH/TCH-CS-042 | On site Diligence | 20160307 | Todd Filsinger | Taxi | | | $70.00 | taxi to DIA |
| EFCH/TCH-CS-042 | On site Diligence | 20160308 | Gary Germeroth | Airfare | | | $225.98 | Airfare from Dallas to Houston |
| EFCH/TCH-CS-042 | On site Diligence | 20160308 | Gary Germeroth | Taxi | | | $4.82 | Hotel to EFH Office |
| EFCH/TCH-CS-042 | On site Diligence | 20160308 | Gary Germeroth | Taxi | | | $6.10 | EFH Office to Love Field |
| EFCH/TCH-CS-042 | On site Diligence | 20160308 | Gary Germeroth | Parking | | | $20.00 | Airport |
| EFCH/TCH-CS-042 | On site Diligence | 20160308 | Gary Germeroth | Personal Vehicle | $0.54 | 19 miles | $10.26 | Airport to Home |
| EFCH/TCH-CS-042 | On site Diligence | 20160308 | Gary Germeroth | Lunch | | | $11.26 | Noodle Nexus | Self |
| EFCH/TCH-CS-042 | On site Diligence | 20160308 | Gary Germeroth | Dinner | | | $12.21 | Jason's Deli | Self |
| EFCH/TCH-CS-042 | On site Diligence | 20160308 | Paul Harmon | Airfare | | | $349.98 | Airfare from Dallas to Denver |
| EFCH/TCH-CS-042 | On site Diligence | 20160308 | Paul Harmon | Taxi | | | $15.44 | Airport |
| EFCH/TCH-CS-042 | On site Diligence | 20160308 | Paul Harmon | Taxi | | | $2.50 | Office |
| EFCH/TCH-CS-042 | On site Diligence | 20160308 | Paul Harmon | Parking | | | $54.00 | DIA |
| EFCH/TCH-CS-042 | On site Diligence | 20160308 | Paul Harmon | Breakfast | | | $19.00 | Onsite - Dallas | P. Harmon |
| EFCH/TCH-CS-042 | On site Diligence | 20160308 | Paul Harmon | Lunch | | | $8.97 | Onsite - Dallas | P. Harmon |
| EFCH/TCH-CS-042 | On site Diligence | 20160308 | Sam Schreiber | Airfare | | | $250.10 | Airfare from Dallas to New York |
| EFCH/TCH-CS-042 | On site Diligence | 20160308 | Sam Schreiber | Taxi | | | $5.23 | Uber - Dallas - to Energy Plaza |
| EFCH/TCH-CS-042 | On site Diligence | 20160308 | Sam Schreiber | Taxi | | | $17.22 | Uber - Dallas - to DFW |
| EFCH/TCH-CS-042 | On site Diligence | 20160308 | Sam Schreiber | Lunch | | | $8.38 | Café Solara | Self |
| EFCH/TCH-CS-042 | On site Diligence | 20160308 | Sam Schreiber | Taxi | | | $46.01 | Taxi - NYC - from LGA |
| EFCH/TCH-CS-042 | On site Diligence | 20160308 | Jean Agras | Airfare | | | $73.60 | Airfare from Dallas to Denver |
| EFCH/TCH-CS-042 | On site Diligence | 20160308 | Jean Agras | Hotel | | | $169.44 | Fairmont, Dallas, TX |
| EFCH/TCH-CS-042 | On site Diligence | 20160308 | Jean Agras | Taxi | | | $27.38 | DFW-Uber |
| EFCH/TCH-CS-042 | On site Diligence | 20160308 | Jean Agras | Parking | | | $24.00 | DIA |
| EFCH/TCH-CS-042 | On site Diligence | 20160308 | Jean Agras | Personal Vehicle | $0.54 | 45 miles | $24.30 | to Boulder |
| EFCH/TCH-CS-042 | On site Diligence | 20160308 | Jean Agras | Lunch | | | $10.27 | Blimpie's | Jean |
| EFCH/TCH-CS-042 | On site Diligence | 20160308 | Jean Agras | Other Transportation | | | $8.50 | Tolls |
| EFCH/TCH-CS-042 | On site Diligence | 20160308 | Jean Agras | Airfare | | | $75.00 | AA Change Fee |
| EFCH/TCH-CS-042 | On site Diligence | 20160308 | Todd Filsinger | Airfare | | | $349.98 | Airfare from Dallas to Denver |
| EFCH/TCH-CS-042 | On site Diligence | 20160308 | Todd Filsinger | Taxi | | | $31.75 | To DFW |
| EFCH/TCH-CS-042 | On site Diligence | 20160308 | Todd Filsinger | Taxi | | | $70.00 | Taxi - home |
| EFCH/TCH-CS-042 | On site Diligence | 20160321 | Todd Filsinger | Airfare | | | $349.98 | Airfare from Denver to Dallas |
| EFCH/TCH-CS-042 | On site Diligence | 20160321 | Todd Filsinger | Taxi | | | $36.95 | To office |
| EFCH/TCH-CS-042 | On site Diligence | 20160321 | Todd Filsinger | Breakfast | | | $4.28 | Starbucks | self |
| EFCH/TCH-CS-042 | On site Diligence | 20160321 | Todd Filsinger | Lunch | | | $20.31 | Cool River | self |
| EFCH/TCH-CS-042 | On site Diligence | 20160321 | Todd Filsinger | Taxi | | | $70.00 | taxi to DIA |
| EFCH/TCH-CS-042 | On site Diligence | 20160321 | Todd Filsinger | Airfare | | | $349.98 | Airfare from Dallas to Denver |
| EFCH/TCH-CS-042 | On site Diligence | 20160321 | Todd Filsinger | Taxi | | | $31.98 | To airport |
| EFCH/TCH-CS-042 | On site Diligence | 20160321 | Todd Filsinger | Taxi | | | $70.00 | Taxi home |
| EFCH/TCH-CS-042 | On site Diligence | 20160328 | Sam Schreiber | Airfare | | | $320.10 | Airfare from New York to Dallas |
| EFCH/TCH-CS-042 | On site Diligence | 20160328 | Sam Schreiber | Hotel | | | $242.32 | Marriott - Dallas, TX |
| EFCH/TCH-CS-042 | On site Diligence | 20160328 | Sam Schreiber | Taxi | | | $47.19 | Taxi - NYC - to LGA |
| EFCH/TCH-CS-042 | On site Diligence | 20160328 | Sam Schreiber | Taxi | | | $27.39 | Uber - Dallas - to Energy Plaza |
| EFCH/TCH-CS-042 | On site Diligence | 20160328 | Sam Schreiber | Dinner | | | $33.77 | Marriott | Self |
| EFCH/TCH-CS-042 | On site Diligence | 20160328 | Sam Schreiber | Taxi | | | $6.78 | Uber - Dallas - to Hotel |
| EFCH/TCH-CS-042 | On site Diligence | 20160328 | Paul Harmon | Airfare | | | $349.98 | Airfare from Denver to Dallas |
| EFCH/TCH-CS-042 | On site Diligence | 20160328 | Paul Harmon | Hotel | | | $206.43 | Highland Dallas |
| EFCH/TCH-CS-042 | On site Diligence | 20160328 | Paul Harmon | Taxi | | | $14.22 | Hotel |

FILSINGER ENERGY PARTNERS
EXHIBIT D

| INVOICE NUMBER | MATTER | DATE | NAME OF TIMEKEEPER WHO INCURRED EXPENSE | EXPENSE CATEGORY | UNIT COST | # OF UNITS | TOTAL | EXPENSE DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| EFCH/TCH-CS-042 | On site Diligence | 20160328 | Paul Harmon | Dinner | | | $34.94 | Onsite Diligence \| P. Harmon |
| EFCH/TCH-CS-042 | On site Diligence | 20160328 | Gary Germeroth | Airfare | | | $250.98 | Airfare from Houston to Dallas |
| EFCH/TCH-CS-042 | On site Diligence | 20160328 | Gary Germeroth | Hotel | | | $224.77 | Hilton Highland Dallas, TX |
| EFCH/TCH-CS-042 | On site Diligence | 20160328 | Gary Germeroth | Taxi | | | $12.23 | Love Field to EFH Offices |
| EFCH/TCH-CS-042 | On site Diligence | 20160328 | Gary Germeroth | Parking | | | $20.00 | Airport |
| EFCH/TCH-CS-042 | On site Diligence | 20160328 | Gary Germeroth | Personal Vehicle | $0.54 | 19 miles | $10.26 | Home to Airport |
| EFCH/TCH-CS-042 | On site Diligence | 20160328 | Gary Germeroth | Lunch | | | $9.00 | Salata \| Self |
| EFCH/TCH-CS-042 | On site Diligence | 20160328 | Gary Germeroth | Dinner | | | $40.00 | Room Service \| Self |
| EFCH/TCH-CS-042 | On site Diligence | 20160328 | Gary Germeroth | Other Transportation | | | $2.50 | DART Ticket |
| EFCH/TCH-CS-042 | On site Diligence | 20160329 | Sam Schreiber | Hotel | | | $242.32 | Marriott - Dallas, TX |
| EFCH/TCH-CS-042 | On site Diligence | 20160329 | Sam Schreiber | Taxi | | | $6.92 | Uber - Dallas - to Energy Plaza |
| EFCH/TCH-CS-042 | On site Diligence | 20160329 | Sam Schreiber | Taxi | | | $6.33 | Uber - Dallas - to Hotel |
| EFCH/TCH-CS-042 | On site Diligence | 20160329 | Sam Schreiber | Lunch | | | $16.06 | Pho Colonial \| Self |
| EFCH/TCH-CS-042 | On site Diligence | 20160329 | Paul Harmon | Hotel | | | $206.43 | Highland Dallas |
| EFCH/TCH-CS-042 | On site Diligence | 20160329 | Paul Harmon | Breakfast | | | $5.00 | Onsite Diligence \| P. Harmon |
| EFCH/TCH-CS-042 | On site Diligence | 20160329 | Paul Harmon | Lunch | | | $14.05 | Onsite Diligence \| P. Harmon |
| EFCH/TCH-CS-042 | On site Diligence | 20160329 | Paul Harmon | Other Transportation | | | $10.00 | DART Pass |
| EFCH/TCH-CS-042 | On site Diligence | 20160329 | Gary Germeroth | Hotel | | | $224.77 | Hilton Highland Dallas, TX |
| EFCH/TCH-CS-042 | On site Diligence | 20160329 | Gary Germeroth | Parking | | | $20.00 | Airport |
| EFCH/TCH-CS-042 | On site Diligence | 20160329 | Gary Germeroth | Lunch | | | $11.14 | Pho Colonial \| Self |
| EFCH/TCH-CS-042 | On site Diligence | 20160329 | Gary Germeroth | Dinner | | | $60.75 | NEO Pizza \| Self, Paul Harmon, Sam Schreiber |
| EFCH/TCH-CS-042 | On site Diligence | 20160329 | Gary Germeroth | Other Transportation | | | $2.50 | DART Ticket |
| EFCH/TCH-CS-042 | On site Diligence | 20160329 | Gary Germeroth | Other Transportation | | | $2.50 | DART Ticket |
| EFCH/TCH-CS-042 | On site Diligence | 20160330 | Sam Schreiber | Hotel | | | $242.32 | Marriott - Dallas, TX |
| EFCH/TCH-CS-042 | On site Diligence | 20160330 | Sam Schreiber | Taxi | | | $6.87 | Uber - Dallas - to Energy Plaza |
| EFCH/TCH-CS-042 | On site Diligence | 20160330 | Sam Schreiber | Taxi | | | $2.50 | Train - Dallas |
| EFCH/TCH-CS-042 | On site Diligence | 20160330 | Sam Schreiber | Lunch | | | $11.85 | Taco Borracho \| Self |
| EFCH/TCH-CS-042 | On site Diligence | 20160330 | Sam Schreiber | Taxi | | | $9.75 | Uber - Dallas - to Hotel |
| EFCH/TCH-CS-042 | On site Diligence | 20160330 | Paul Harmon | Hotel | | | $206.43 | Highland Dallas |
| EFCH/TCH-CS-042 | On site Diligence | 20160330 | Paul Harmon | Breakfast | | | $9.33 | Onsite Diligence \| P. Harmon |
| EFCH/TCH-CS-042 | On site Diligence | 20160330 | Paul Harmon | Lunch | | | $12.72 | Onsite Diligence \| P. Harmon |
| EFCH/TCH-CS-042 | On site Diligence | 20160330 | Gary Germeroth | Hotel | | | $224.77 | Hilton Highland Dallas, TX |
| EFCH/TCH-CS-042 | On site Diligence | 20160330 | Gary Germeroth | Parking | | | $20.00 | Airport |
| EFCH/TCH-CS-042 | On site Diligence | 20160330 | Gary Germeroth | Lunch | | | $10.36 | Taco Baracho \| Self |
| EFCH/TCH-CS-042 | On site Diligence | 20160330 | Gary Germeroth | Dinner | | | $64.00 | Trinity Hall \| Self, Paul Harmon, Sam Schreiber |
| EFCH/TCH-CS-042 | On site Diligence | 20160330 | Gary Germeroth | Other Transportation | | | $2.50 | DART Ticket |
| EFCH/TCH-CS-042 | On site Diligence | 20160330 | Gary Germeroth | Other Transportation | | | $2.50 | DART Ticket |
| EFCH/TCH-CS-042 | On site Diligence | 20160331 | Sam Schreiber | Hotel | | | $242.32 | Marriott - Dallas, TX |
| EFCH/TCH-CS-042 | On site Diligence | 20160331 | Sam Schreiber | Taxi | | | $6.70 | Uber - Dallas - to Energy Plaza |
| EFCH/TCH-CS-042 | On site Diligence | 20160331 | Sam Schreiber | Taxi | | | $6.95 | Uber - Dallas - to Hotel |
| EFCH/TCH-CS-042 | On site Diligence | 20160331 | Sam Schreiber | Lunch | | | $10.83 | Which Wich \| Self |
| EFCH/TCH-CS-042 | On site Diligence | 20160331 | Sam Schreiber | Dinner | | | $38.71 | Marriott \| Self |
| EFCH/TCH-CS-042 | On site Diligence | 20160331 | Paul Harmon | Airfare | | | $349.98 | Airfare from Dallas to Denver |
| EFCH/TCH-CS-042 | On site Diligence | 20160331 | Paul Harmon | Taxi | | | $9.60 | Hotel |
| EFCH/TCH-CS-042 | On site Diligence | 20160331 | Paul Harmon | Parking | | | $75.00 | DIA |
| EFCH/TCH-CS-042 | On site Diligence | 20160331 | Paul Harmon | Lunch | | | $16.12 | Onsite Diligence \| P. Harmon |
| EFCH/TCH-CS-042 | On site Diligence | 20160331 | Gary Germeroth | Airfare | | | $250.98 | Airfare from Dallas to Houston |
| EFCH/TCH-CS-042 | On site Diligence | 20160331 | Gary Germeroth | Taxi | | | $28.94 | Hilton Highland to EFH Office |
| EFCH/TCH-CS-042 | On site Diligence | 20160331 | Gary Germeroth | Taxi | | | $12.04 | EFH Offices to Love Field |
| EFCH/TCH-CS-042 | On site Diligence | 20160331 | Gary Germeroth | Parking | | | $20.00 | Airport |
| EFCH/TCH-CS-042 | On site Diligence | 20160331 | Gary Germeroth | Personal Vehicle | $0.54 | 19 miles | $10.26 | Airport to Home |
| EFCH/TCH-CS-042 | On site Diligence | 20160331 | Gary Germeroth | Breakfast | | | $11.33 | Knife \| Self, Paul Harmon |
| EFCH/TCH-CS-042 | On site Diligence | 20160331 | Gary Germeroth | Lunch | | | $9.47 | Which Wich \| Self |
| EFCH/TCH-CS-042 | On site Diligence | 20160331 | n/a | Market Research | | | $42,000.00 | AURORAxmp - License Renewal (9/17/14 - 9/16/15). $70,000 in total, a portion allocated based on client usage; usage of the Debtor in relation to other clients is estimated at 60%. |
| | | | | | | | $54,761.30 | |