## EXHIBIT A

## Hours Expended by SOLIC Professionals

| NAME | TITLE | HOURS 03/01 – 03/31/2016 |
|---|---|---|
| Neil Luria | Sr. Managing Director | 62.0 |
| Raoul Nowitz | Managing Director | 168.0 |
| George Koutsonicolis | Managing Director | 4.0 |
| Paul Hogan | Director | 3.0 |
| Matthew Cumbee | Sr. Associate | 119.5 |
| TOTALS | | 356.5 |