## **EXHIBIT C**

**Expenses by Category**

|  | March 2016 |
|---|---|
| Airfare | $3,364.70 |
| Ground Transportation | $844.07 |
| Hotel & Lodging | $2,360.62 |
| Meals | $265.82 |
| Mileage | $50.22 |
| TOTALS | $6,885.43 |