# **EXHIBIT D**

**Expenses Detail**

**Energy Future Holdings Corp – March 2016**

| Date | Person | Expense Code | Fee |
|---|---|---|---:|
| 3/1/2016 | Cumbee, Matthew | AIR - Airfare | $ 193.10 |
| | | One-way economy class from LGA to ORD for return flight for Evercore Meetings (*note: the first leg was billed in February). | |
| 3/2/2016 | Luria, Neil | AIR - Airfare | $ 607.10 |
| | | One-way economy class from EWR to MCO for return flight after Evercore Meetings | |
| 3/9/2016 | Luria, Neil | AIR - Airfare | $ 309.10 |
| | | One-way economy class from MCO to EWR for meetings at K&E | |
| 3/10/2016 | Luria, Neil | AIR - Airfare | $ 566.10 |
| | | One-way economy class from EWR to CLE for return flight after meetings at K&E | |
| 3/2/2016 | Nowitz, Raoul | AIR - Airfare | $ 563.10 |
| | | One-way economy class from LGA to ATL for return flight from Evercore Meetings | |
| 3/9/2016 | Nowitz, Raoul | AIR - Airfare | $ 1,126.20 |
| | | Round-trip economy class from ATL to LGA for Plan B DDA meetings | |
| | | Total Airfare: | **$ 3,364.70** |
| 3/1/2016 | Cumbee, Matthew | GRTRAN - Ground Transportation | $ 11.75 |
| | | Taxi from hotel to meeting | |
| 3/1/2016 | Cumbee, Matthew | GRTRAN - Ground Transportation | $ 67.72 |
| | | Taxi from hotel to LGA | |
| 3/1/2016 | Cumbee, Matthew | GRTRAN - Ground Transportation | $ 30.15 |
| | | Taxi from hotel to home | |
| 3/1/2016 | Luria, Neil | GRTRAN - Ground Transportation | $ 100.00 |
| | | Car Service to Newark Airport. | |
| 3/1/2016 | Luria, Neil | GRTRAN - Ground Transportation | $ 12.00 |
| | | Taxi to Proskauer | |
| 3/9/2016 | Luria, Neil | GRTRAN - Ground Transportation | $ 100.00 |
| | | Car Service from EWR to Proskauer | |
| 3/10/2016 | Luria, Neil | GRTRAN - Ground Transportation | $ 92.98 |
| | | Car Service to CLE | |
| 3/10/2016 | Luria, Neil | GRTRAN - Ground Transportation | $ 100.00 |
| | | Car service to EWR | |
| 3/1/2016 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 23.46 |
| | | Taxi from Proskauer to Evercore | |
| 3/1/2016 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 14.04 |
| | | Taxi to Proskauer offices from hotel | |
| 3/2/2016 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 49.84 |
| | | Taxi from hotel to airport | |
| 3/2/2016 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 104.00 |
| | | Hartsfield Jax Atl Int'l Airport parking | |
| 3/9/2016 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 32.00 |
| | | Hartsfield Jax Atl Int'l Airport parking | |
| 3/9/2016 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 59.59 |
| | | Taxi from K&E to airport | |
| 3/10/2016 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 46.54 |
| | | Taxi to Proskauer from airport | |
| | | Total Ground Transportation: | **$ 844.07** |

**Energy Future Holdings Corp – March 2016**

| Date | Person | Expense Code | Fee |
|---|---|---|---|
| 3/2/2016 | Cumbee, Matthew | HOTEL - Hotel and Lodging<br>Room rate and taxes - 2 nights in New York | $ 714.38 |
| 3/1/2016 | Luria, Neil | HOTEL - Hotel and Lodging<br>Room rate and taxes - 1 night in New York | $ 475.98 |
| 3/10/2016 | Luria, Neil | HOTEL - Hotel and Lodging<br>Room rate and taxes - 1 night in New York | $ 500.00 |
| 3/2/2016 | Nowitz, Raoul | HOTEL - Hotel and Lodging<br>Room rate and taxes - 2 nights in New York | $ 670.26 |
| | | Total Hotel and Lodging: | **$ 2,360.62** |
| 3/1/2016 | Luria, Neil | MEALS - Out of Town Meals<br>Attendee(s): N. Luria | $ 12.79 |
| 3/1/2016 | Luria, Neil | MEALS - Out of Town Meals<br>Attendee(s): N. Luria | $ 40.00 |
| 3/9/2016 | Luria, Neil | MEALS - Out of Town Meals<br>Attendee(s): N. Luria | $ 8.80 |
| 3/10/2016 | Luria, Neil | MEALS - Out of Town Meals<br>Attendee(s): N. Luria | $ 40.00 |
| 3/1/2016 | Nowitz, Raoul | MEALS - Out of Town Meals<br>Attendee(s): R. Nowitz | $ 40.00 |
| 3/1/2016 | Nowitz, Raoul | MEALS - Out of Town Meals<br>Attendee(s): R. Nowitz, N. Luria, M. Cumbee | $ 34.55 |
| 3/2/2016 | Nowitz, Raoul | MEALS - Out of Town Meals<br>Attendee(s): R. Nowitz | $ 12.68 |
| 3/2/2016 | Nowitz, Raoul | MEALS - Out of Town Meals<br>Attendee(s): R. Nowitz | $ 5.99 |
| 3/9/2016 | Nowitz, Raoul | MEALS - Out of Town Meals<br>Attendee(s): R. Nowitz | $ 13.50 |
| 3/9/2016 | Nowitz, Raoul | MEALS - Out of Town Meals<br>Attendee(s): R. Nowitz | $ 40.00 |
| 3/9/2016 | Nowitz, Raoul | MEALS - Out of Town Meals<br>Attendee(s): R. Nowitz | $ 17.51 |
| | | Total Out of Town Meals: | **$ 265.82** |
| 3/2/2016 | Nowitz, Raoul | MILES - USA - Mileage<br>from airport to home | $ 16.74 |
| 3/9/2016 | Nowitz, Raoul | MILES - USA - Mileage<br>from home to airport | $ 16.74 |
| 3/10/2016 | Nowitz, Raoul | MILES - USA - Mileage<br>from airport to home | $ 16.74 |
| | | Total USA - Mileage: | **$ 50.22** |
| | | | **$ 6,885.43** |

SOLIC Capital Advisors, LLC | 1603 Orrington Ave, Suite 1600 | Evanston, Illinois 60201
Phone 847-583-1618 | Fax 847-583-1719