## **Exhibit A**

## **Hours Expended by Goldin Professional**

| | | |
|---|---|---:|
| David Prager | Managing Director | 35.0 |
| Karthik Bhavaraju | Director | 27.5 |
| Brian Bromberg | Associate | 12.5 |
| Deborah Praga | Analyst | 25.4 |
| **Total** | | **100.4** |