## **Exhibit C**

**Expenses by Category**

| | |
|---|---:|
| Meals | $96.54 |
| Photocopies | 95.90 |
| Research | 578.59 |
| Teleconference | 21.50 |
| Travel | 238.27 |
| **Total** | **$1,040.80** |