## Exhibit D

**Expense Detail**

04/21/2016 SL1 1412443v1 109285.00005

# GoldinAssociates, LLC

350 Fifth Avenue
The Empire State Building
New York, New York 10118

Tel.: 212 593 2255
Fax: 212 888 2841
www.goldinassociates.com

***Detailed Expenses by Category:***   EFIH

For Expenses Through 3/31/16

| Expense | Start Date | End Date | Invoice Date | | Description | Charges |
|---|---|---|---|---|---|---|
| : Meals | | | | | | |
| | 3/1/2016 | 3/1/2016 | 3/6/16 | DP | SeamlessWeb - Inv # 2339239 - Working Dinner - Ref # 1705883231 - D. Prager | $24.15 |
| | 3/2/2016 | 3/2/2016 | 3/6/16 | DP | SeamlessWeb - Inv # 2339239 - Working Dinner - Ref # 1706306800 - D. Praga | $24.10 |
| | 3/2/2016 | 3/2/2016 | 3/6/16 | DP | SeamlessWeb - Inv # 2339239 - Working Dinner - Ref # 1706341716 - D. Prager | $24.15 |
| | 3/3/2016 | 3/3/2016 | 3/6/16 | BB | SeamlessWeb - Inv # 2339239 - Working Dinner - Ref # 1706731819 - B. Bromberg | $24.14 |
| Total: Meals | | | | | | $96.54 |
| : Office Supplies/Miscellaneous | | | | | | |
| | 3/1/2016 | 3/31/2016 | 3/31/2016 | AJD | Photocopies for the period of March 1 through March 31, 2016 (1,370 pages at $0.07 per page) | $95.90 |
| Total: Office Supplies/Miscellaneous | | | | | | $95.90 |
| : Research | | | | | | |
| | 3/1/2016 | 3/31/2016 | 4/1/15 | RCD | Capital IQ - research for the period 3/1 - 3/31 - Cap IQ discounted rate: retail rate per click would equal $556.71 | $363.25 |
| | 3/1/2016 | 3/31/2016 | 3/1/16 | JB | Thomson Reuters - Service Dates 3/1/16 - 3/31/16 | $215.34 |
| Total: Research | | | | | | $578.59 |
| : Telephone, Postage | | | | | | |
| | 2/26/2016 | 3/25/2016 | 3/25/15 | RCD | AT&T - actual service dates 2/26/15 through 3/25/15 | $31.50 |
| Total: Telephone, Postage | | | | | | $31.50 |
| : Travel | | | | | | |
| | 2/26/2016 | 2/26/2016 | | DP | D. Praga - S&R Medalion - Working Late - Taxi from GA Office to Home | $12.25 |
| | 2/29/2016 | 2/29/2016 | | DP | D. Praga - NYC Taxi - Working Late - Taxi from GA Office to Home | $13.55 |
| | 3/1/2016 | 3/1/2016 | | DP | D. Prager - Mohammad Arshad - Working Late - Taxi from GA Office to Home | $15.96 |
| | 3/3/2016 | 3/3/2016 | | BB | B. Bromberg - Uber - Working Late - Taxi from GA Office to Home | $30.70 |
| | 3/3/2016 | 3/3/2016 | 3/11/16 | KB | PrimeTime - Inv # 505739 - Car from Office to Home - Working Late - Ref # 511762- K. Bhavaraju | $141.45 |
| | 3/4/2016 | 3/4/2016 | | DP | D. Prager - Way2Ride - Working Late - Taxi from GA Office to Home | $24.36 |
| Total: Travel | | | | | | $238.27 |
| Grand Total | | | | | | $1,040.80 |