1

## EXHIBIT A

### Statement of Fees and Expenses By Subject Matter

| Description | Total Billed Hours | Total Fees |
|---|---:|---:|
| Plan and Disclosure | 36.50 | $40,740.00 |
| Tax Issues | 3.80 | $4,560.00 |
| Employment and Fee Applications | .80 | $960.00 |
| TOTAL | **41.10** | **$42,260.00** |