## EXHIBIT B

### Attorney and Paraprofessionals Information

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Richard Levin | Partner | 1976 | Bankruptcy | 1200 | 28.00 | 33,600.00 |
| Vince Lazar | Partner | 1990 | Bankruptcy | 975 | 11.60 | 11,310.00 |
| Randall E. Mehrberg | Partner | 1980 | Bankruptcy | 900 | 1.50 | 1,350.00 |
| | | | | **TOTAL** | **41.10** | **46,260.00** |