# **EXHIBIT A**

**Professional Fees and Expenses**
**Monthly Fee Statement**

| Applicant | Fee Statement Period, Filing Date, & Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| Stevens & Lee, P.C. 919 N. Market St. Suite 1300 Wilmington, DE 19801 | Fourteenth Monthly Fee Statement 01/01/2016 through 01/31/2016 D.I. 7940 | $6,012.50 | $57.20 | 2/15/2016 | $4,810.00 | $57.20 | $1,202.50 |

SL1 1412518v1 109285.00006