## **EXHIBIT A**

## SCHEDULE A34

Following the Parties' execution of this Schedule A34 ("SOW"), CONTRACTOR (also referred as "KPMG LLP" or "KPMG") is authorized to perform the services ("Services") as defined below on behalf of COMPANY (also referred as "EFH Corporate Services Company") pursuant to the terms and conditions contained in the Master Services Agreement C0631124C dated November 1, 2009 and subsequently amended (collectively referred to as the "Agreement").

This SOW shall be effective as of April 18, 2016 (the "Effective Date") and shall remain in full force and effect until it is either (a) superseded by a change order ("CO") or Schedule A-X, or (b) until terminated in accordance with the Agreement or this SOW, or (c) June 3, 2016, whichever occurs first (the "Expiration Date"). Notwithstanding anything to the contrary in the Agreement, COMPANY, in its sole discretion may terminate this SOW for convenience upon the delivery of a written 15 day notice ("Notice") to CONTRACTOR. In the event COMPANY elects to terminate for convenience, the SOW shall end by operation of law at the close of business on the 15th day after receipt of notice by CONTRACTOR.

## SCOPE OF WORK AND APPROACH

CONTRACTOR will assist COMPANY in assessing the current state of user access management processes to achieve the following key objectives:
- understand current state of controls, processes, and tools supporting user access for in-scope systems
- understand current status of user access control automation efforts associated with in-scope systems
- identify key risks to successful achievement of desired automation plans.

CONTRACTOR will assist COMPANY's Internal Audit department with respect to the TXU Energy (TXUE), Luminant, and EFH Corporate Services environments. Assessment will be limited to the following process areas and IT Components:

- **IT Process Areas –** we will focus our assessment on processes, tools, and controls related to the following user access management elements across IT Components which are noted following this section,
  - Provisioning and changing of user access for employees and contractors
  - Removal of user access for employees and contractors
  - User access certification including method of review, escalation of access discrepancies and access remediation processes
  - Segregation of Duties assessment and exception response processes. Privileged Access provisioning and monitoring including standing administrative access, temporary access, and generic accounts
  - Logging and monitoring of user activities
  - Critical authentication elements including password standards and policies and single sign on

- **IT Components –** This assessment will focus on the SOX and PCI related applications and their supporting IT infrastructure elements listed below:

Applications

| | | |
|---|---|---|
| PeopleSoft (FIM) | Maximo | Hyperion |
| SAP | SAP GRC | LodeStar |
| Zai*Net | Nodal Shadow Settlements | Workday |
| Sabrix | Citrix | TXU.com |

Databases

| | |
|---|---|
| Oracle | SQL Server |

Operating Systems

| | | |
|---|---|---|
| Windows | Linux | UNIX |

Active Directory

| | | |
|---|---|---|
| TCEH | CORPAD | ADTXU |
| TXUENERGY | TXUER | TXUCORP |

- **Key Assessment Activities**
  - Conduct interviews with identified process area and IT component owners to gain an understanding of the current state processes, responsibilities, tools, and status of current automation efforts related to the IT components identified in the section above.
  - Observe process owners performing process tasks within target applications and supporting tools that assist in automating elements of the process
  - Inspect processes and controls documentation related to the process areas and IT components in the sections above along with documentation of any ongoing automation initiatives (e.g. project plans, charters, status reports, control assessments, etc.)

COMPANY may request changes that affect the scope or duration of the Services and CONTRACTOR may notify COMPANY that it has encountered issues or circumstances related to the Services that are beyond the scope documented above. If COMPANY requests such a change or if CONTRACTOR notifies COMPANY of issues or circumstances beyond the applicable scope of Services, the CONTRACTOR shall promptly notify COMPANY if CONTRACTOR believes that an adjustment in the scope of Services, fees to be paid to CONTRACTOR with respect to the applicable CO or applicable deadlines is required and the parties shall negotiate in good faith a reasonable and equitable adjustment in the applicable scope, fees, or deadlines. Unless COMPANY directs CONTRACTOR to stop work pending acceptance of such change, CONTRACTOR shall continue work pursuant to the existing CO and shall not be bound by any change requested by COMPANY until CONTRACTOR has accepted such change in writing.

It is understood and agreed that CONTRACTOR's Services may include advice and recommendations; but all decisions in connection with the implementation of such advice and recommendations shall be the responsibility of, and made by, COMPANY. CONTRACTOR will not perform management functions or make management decisions for COMPANY.

## DELIVERABLES

The intended deliverables associated with this project include:

- **Current state summary matrix which will include the components below:**
    - Current tools used to support control activities
    - Organizational responsibilities associated with control activities
    - Summary status of automation plans
    - Key risks to attaining automation objectives

- **Internal Audit Report containing observations and recommendations as a result of the assessment**

Deliverables will neither be prepared on KPMG letterhead nor contain the KPMG logo or other references to KPMG. These deliverables, however, may be prepared on COMPANY letterhead or contain the COMPANY logo if instructed to do so by the Project Sponsor.

Each deliverable will be provided to the Project Sponsor and other members of senior management, as applicable, for their review. Management will take full responsibility for each deliverable and is solely responsible for classifying any control matters of concern as deficiencies, significant deficiencies or material weaknesses, if applicable. Each deliverable is considered an internal COMPANY report or deliverable that may be distributed as management determines to be appropriate for its needs.

CONTRACTOR may attach a transmittal communication to each deliverable, or provide a periodic transmittal communications referring to the deliverables that have been provided previously. Neither this CONTRACTOR transmittal communication, nor a copy thereof, should accompany any reports or deliverables shared outside COMPANY.  Should COMPANY attach its own transmittal letter when reports or deliverables are shared externally, such transmittal letter may not indicate that the report or deliverable was prepared by CONTRACTOR or that the findings were based on input or test work provided by CONTRACTOR.  Further, CONTRACTOR's role in supporting COMPANY's internal compliance function or other projects may not be publicly disclosed (other than to COMPANY's external auditor) without CONTRACTOR's written consent.

## COMPANY PARTICIPATION AND RESPONSIBILITIES

During the development of this Agreement, CONTRACTOR has been guided by certain assumptions about the project scope, and level of COMPANY's involvement and support.

COMPANY's management is responsible for establishing and maintaining an effective internal control process. Our assistance is intended to help management in fulfilling these responsibilities.

COMPANY will designate a project sponsor ("Project Sponsor" - a senior member of management who has the requisite skills and competencies to oversee the services being provided).  The Project Sponsor is responsible for establishing the objectives & scope, and determining the nature, timing, and extent of procedures; for approving the service delivery plan; and for maintaining appropriate day-to-day oversight of the CONTRACTOR team.  In addition, the Project Sponsor will have responsibility for reviewing, approving, and taking full responsibility for engagement deliverables prepared during the engagement that document the results; for coordinating with management to determine whether control matters of concern noted constitute deficiencies, significant deficiencies or material weaknesses; for reporting the results within COMPANY's reporting structure, including the Audit Committee; for evaluating the observations and recommendations that arise from the services; and for monitoring corrective action taken.

Notwithstanding the foregoing, CONTRACTOR shall not be obligated to fulfill any particular obligation to provide Services to the extent (and only to the extent) that CONTRACTOR is unable to fulfill such obligation, as a direct result of any of the following dependencies not being completed in all material respects:

- Appropriate access to the number and type of resources agreed upon by the parties and/or relevant documentation
- Timely management review and approval of recommendations
- Appropriate access to relevant data associated with security process(es) and structure(s)

## OTHER MATTERS

KPMG will provide Services in accordance with the terms and conditions of this SOW. The Services as outlined in this SOW constitute an Advisory Engagement conducted under the American Institute of Certified Public Accountants ("AICPA") Standards for Consulting Services. Such Services are not intended to be an audit, examination, attestation, special report or agreed-upon procedures engagement as those services are defined in AICPA literature applicable to such engagements conducted by independent auditors. Accordingly, these services will not result in the issuance of a written communication to third parties by KPMG directly reporting on financial data or internal control or expressing a conclusion or any other form of assurance.

CONTRACTOR uses third party service providers within and without the United States to provide at CONTRACTOR's direction, administrative and clerical services to CONTRACTOR. Accordingly, COMPANY consents to CONTRACTOR's disclosure to such third party service providers of data and information received from or at the request or direction of COMPANY for the foregoing purposes; however, such COMPANY authorization does not relieve CONTRACTOR of its confidentiality obligations hereunder and CONTRACTOR shall remain responsible and liable for breaches of confidentiality committed by any such third party provider.

**Sarbanes-Oxley Act of 2002**

The following paragraph supersedes Article 43(a) of the Agreement:

In accepting this engagement, COMPANY acknowledges that completion of this engagement or acceptance of deliverables resulting from this engagement will not constitute the sole basis for its assessment or evaluation of internal control over financial reporting or the primary basis for its compliance with its principal officer certification requirements under Section 302 of the Sarbanes-Oxley Act of 2002 (the Act). This engagement shall not be construed to be the sole basis to support the COMPANY'S responsibilities under Section 404 of the Act requiring each annual report filed under Section 13(a) or 15(d) of the Securities Exchange Act of 1934 to contain an internal control report from management. It is the responsibility of COMPANY management to establish and maintain an adequate internal control structure and procedures for financial reporting and to assess, as of the end of the most recent fiscal year of the COMPANY, the effectiveness of the internal control structure and procedures of the COMPANY for financial reporting.

## WORK SITE

The work site will be the following location(s): CONTRACTOR &/or COMPANY offices located in or near Dallas, TX.

**COMPENSATION, INVOICES AND PAYMENT**

As full compensation for the satisfactory performance by CONTRACTOR of the Work authorized pursuant to this Schedule A34, COMPANY will compensate CONTRACTOR as follows.

**PROFESSIONAL AND SUPPORT STAFF FEES SCHEDULE**

| Role | Rate |
| --- | --- |
| Partner / Managing Director | $325/hr |
| Director / Senior Manager | $290/hr |
| Manager | $250/hr |
| Senior Associate | $190/hr |
| Associate | $125/hr |

The estimated effort for this project is 550 - 650 hours with related professional fees of $115,000 – $135,000 and this project is not authorized to exceed $142,000.  CONTRACTOR will bill only for hours spent performing substantive Services for COMPANY; substantive Services do not include any administrative expenses of whatsoever kind.  Any extension or increase in spend will require a CO signed by an authorized agent of each party.  If travel is required, normal and reasonable travel expenses will be reimbursed in accordance with Article 5 and Attachment 5 of the Agreement (Reimbursable Expense Policy).  These expenses will not exceed 5% of total fees incurred during the engagement period; additional expenses require a CO signed by an authorized agent of each party.

The rates specified in this Schedule A34 will remain in effect, with respect to and until completion of the Work authorized pursuant to this Schedule A34.

All invoices shall be submitted to the United States Bankruptcy Court for the District of Delaware and electronically to:

> P. O. Box 20
> Dallas, Texas  75221-0020
>
> OR, BUT NOT BOTH PAPER AND ELECTRONIC, ONE INVOICE PER EMAIL
>
> Email:  ap.invoicing@energyfutureholdings.com  Include location where Work was performed.

With an electronic copy to:

Drew.Cameron@energyfutureholdings.com

The COMPANY mailing address is as follows:

> EFH Corporate Services Company
> 1601 Bryan St
> Dallas, TX  75201

## LIST OF ATTACHMENTS

COMPANY and CONTRACTOR agree that the following described attachments, if any, are incorporated herein in their entirety as fully as completely rewritten herein.

1. None noted

Services not specified above may be authorized only through a separate Schedule A-X, or through a CO signed by a duly authorized agent of each party.

## RESERVATION OF RIGHTS

PRIVILEGES CLAIMED BY COMPANY, WITH RESPECT TO DELIVERABLES OR OTHER DOCUMENTS HEREAFTER DESIGNATED BY COMPANY

_____ ATTORNEY-CLIENT COMMUNICATION

_____ ATTORNEY WORK PRODUCT

_____ TAX ADVISOR

__X__ OTHER: _____ COMPANY-owned intellectual property and or COMPANY-owned trade secrets, business know-how or the like.

Nothing in this Statement of Work shall constitute or be deemed (a) an allowance or disallowance of any claim, including administrative expense claims under section 503(b) of the Bankruptcy Code, (b) an assumption or rejection of this Statement of Work, any other agreement between the parties, or any other executory contract or unexpired lease under section 365 of the Bankruptcy Code, (c) a waiver of any right of the COMPANY to dispute claims asserted against the COMPANY in the chapter 11 cases commenced by the COMPANY, or (d) change of any priority levels existing in the absence of this Statement of Work.

| KPMG LLP | EFH CORPORATE SERVICES COMPANY |
|---|---|
| By: _[signature]_<br>Signature | By: _[signature]_<br>Signature |
| Name: David Cargile | Name: Drew Cameron |
| Title: Managing Director | Title: VP, Internal Audit |
| Date: April 20, 2016 | Date: April 21, 2016 |