**MITSUBISHI ELECTRIC**
**Changes for the Better**

MITSUBISHI ELECTRIC US, INC.
AMERICAS CORPORATE OFFICE – LEGAL DEPARTMENT
116 VILLAGE BLVD, SUITE 200, PRINCETON, NJ 08540
PHONE: 609.734.7415      FAX: 609.228.5823
www.MitsubishiElectric-USA.com

April 22, 2016

BY E-MAIL
(efhclaimwithdrawals@epiqsystems.com)
Energy Future Holdings Corp.
Claim Processing Center
c/o Epiq Bankruptcy Solutions LLC
757 Third Avenue, 3rd Floor
New York, NY 10017

Re:     In Re: Luminant Generation Company LLC - Cse No. 14-11032 (CSS)
        Schedule/Claim No. 503224790, dated June 30, 2014

Dear Sir or Madam:

I am corporate counsel for Mitsubishi Electric Power Products, Inc. located at 530 Keystone Blvd.,
Warrendale, PA 15086 ("MEPPI"), and I am writing in response to your request that MEPPI sign a
withdrawal of claim form. MEPPI has been advised that Luminant Generation Company LLC
("Debtor") erroneously identified MEPPI as holding Claim No. 503224790, as set forth on P.329 of
Schedule F to Debtor's June 30, 2014 filing.

By this letter, MEPPI confirms that Claim No. 503224790 in the amount of $25,000 has been discharged
and is not pending. Accordingly, MEPPI requests that the Claims Agent withdraw Claim No.
503224790 from the official claims register for the Debtor.

Should you have any questions or comments, please contact the undersigned.

Very truly yours,

Helaine E. Lobman
Assistant General Counsel
Helaine.Lobman@meus.mea.com

cc:     Paul Kinealy, Alvarez & Marshal
        Chris Holko, MEPPI
        Marie Soltis, MEPPI