# EXHIBIT A

**Statement of Fees and Expenses By Subject Matter**

**COMPENSATION BY SUBJECT MATTER[1]**
**MARCH 1, 2016 THROUGH MARCH 31, 2016**

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 4 | General Environmental Matters | 18.50 | $7,993.50 |
| 7 | EPA NSR Litigation | 99.60 | $31,604.50 |
| 8 | EGU MACT | 1.80 | $789.00 |
| 9 | Texas PM2.5 Interstate Transport Rule | 0.10 | $52.50 |
| 11 | EPA Regional Haze Rulemaking | 374.70 | $138,165.50 |
| 17 | Regional Haze Section 114 Request | 66.20 | $20,358.50 |
| 18 | EPA Affirmative Defense Litigation | 82.0 | $34,568.50 |
| 19 | EPA GHG Rules | 21.70 | $9,143.50 |
| 21 | Bankruptcy Application and Retention | 22.30 | $6,079.00 |
| 24 | La Frontera Gas Contracts | 2.70 | $1,215.00 |
| 25 | SO2 NAAQS | 319.60 | $108,236.00 |
| **Totals:** | | **1009.20** | **$358,236.00** |

---

[1] The work performed and expenses incurred by Balch during the compensation period were entirely on behalf of Texas Competitive Electric Holdings Company, LLC and its debtor subsidiaries.

# EXPENSE SUMMARY
## MARCH 1, 2016 THROUGH MARCH 31, 2016

| Expense Category | Amount |
|---|---|
| Airfare | $1,977.76 |
| In-house Copying  -  Standard Copies or Prints | $360.10 |
| Court Fees | $1,000.00 |
| Deliveries | $276.76 |
| Telephone Charges | $47.62 |
| Transportation to/from airport | $47.83 |
| Transportation | $20.00 |
| Travel Expenses – Lodging | $1,000.00 |
| Travel Meals | $189.35 |
| Other Travel Expenses | $19.77 |
| **Total Expenses Sought:** | **$5,036.09** |