## **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The Balch attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Thomas L. Casey III | Partner | 2003 | Environmental | $395.00 | 58.20 | $22,989.00 |
| Thomas DeLawrence | Partner | 2006 | Environmental | $330.00 | 37.80 | $12,474.00 |
| P. Stephen Gidiere | Partner | 1996 | Environmental | $525.00 | 210.50 | $110,512.50 |
| Scott B. Grover | Partner | 2001 | Energy | $445.00 | 2.70 | $1,215.00 |
| Ed R. Haden | Partner | 1993 | Litigation | $475.00 | 0.40 | $190.00 |
| C. Grady Moore | Partner | 1992 | Environmental | $525.00 | 50.00 | $26,250.00 |
| Mary F. Samuels | Partner | 2007 | Environmental | $330.00 | 157.50 | $51,975.00 |
| Jeff Wood | Partner | 2003 | Environmental | $465.00 | 4.90 | $2,278.50 |
| Julia Barber | Associate | 2014 | Environmental | $245.00 | 101.30 | $24,818.50 |
| S. Ellen Burgin | Associate | 2014 | Environmental | $240.00 | 24.40 | $5,856.00 |
| Steven Corhern | Associate | 2005 | Bankruptcy | $285.00 | 11.90 | $3,391.50 |
| Jonathan Grayson | Associate | 2005 | Bankruptcy | $295.00 | 12.80 | $3,776.00 |
| David W. Mitchell | Associate | 2009 | Environmental | $300.00 | 201.40 | $60,420.00 |
| J. Patrick Runge | Associate | 2008 | Environmental | $280.00 | 10.00 | $2,800.00 |
| Amy Benschoter | Staff Attorney | 2005 | Environmental | $230.00 | 112.60 | $25,898.00 |
| Tal Simpson | Staff Attorney | 2011 | Environmental | $265.00 | 12.80 | $3,392.00 |
| | | | **Total Fees Requested** | | | **$358,236.00** |