# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

RLF1 14413900v.1

# EXPENSE SUMMARY
## MARCH 1, 2016 THROUGH MARCH 31, 2016

| Expense Category | Amount |
|---|---|
| Airfare | $1,977.76 |
| In-house Copying  -  Standard Copies or Prints | $360.10 |
| Court Fees | $1,000.00 |
| Deliveries | $276.76 |
| Telephone Charges | $47.62 |
| Transportation to/from airport | $47.83 |
| Transportation | $20.00 |
| Travel Expenses – Lodging | $1,000.00 |
| Travel Meals | $189.35 |
| Other Travel Expenses | $19.77 |
| **Total Expenses Sought:** | **$5,036.09** |