# **EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

## DETAILED EXPENSE SUMMARY
## MARCH 1, 2016 THROUGH MARCH 31, 2016

| Invoice Number | Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 596670 | 004 | 2/4/16 | P. Stephen Gidiere | Telephone Charges | | | $16.23 | Conference Call |
| *596670* | *004* | *2/5/16* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$4.62[1]* | *Long Distance* |
| *596670* | *004* | *2/5/16* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$6.70* | *Long Distance* |
| 596670 | 004 | 2/18/16 | P. Stephen Gidiere | Telephone Charges | | | $19.99 | Conference Call |
| *596670* | *004* | *2/19/16* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$4.85* | *Long Distance* |
| *596670* | *004* | *2/19/16* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$1.78* | *Long Distance* |
| *596670* | *004* | *2/19/16* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$3.82* | *Long Distance* |
| *596670* | *004* | *2/26/16* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$9.91* | *Long Distance* |
| *596670* | *004* | *2/26/16* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$4.34* | *Long Distance* |
| *596670* | *018* | *3/10/16* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$0.80* | *Long Distance* |
| 596671 | 007 | 3/1816 | P. Stephen Gidiere | Transportation to/from Airport | | | $22.26 | Cab fare from hotel to airport |
| 596671 | 007 | 2/9/16 | C. Grady Moore | Airfare | | | $367.98 | Air travel from Birmingham, AL to Dallas, TX |
| *596671* | *007* | *2/9/16* | *C. Grady Moore* | *Other Travel Expenses* | | | *$10.00[2]* | *Travel agency service fee* |
| 596671 | 007 | 2/10/16 | C. Grady Moore | Airfare | | | $367.98 | Air travel from Dallas, TX to Birmingham, AL |
| *596671* | *007* | *2/10/16* | *C. Grady Moore* | *Other Travel Expenses* | | | *$10.00[3]* | *Travel agency service fee* |
| 596671 | 007 | 2/23/16 | C. Grady Moore | Airfare | | | $433.60 | Roundtrip airfare from Birmingham, AL to Dallas, TX |
| *596671* | *007* | *2/23/16* | *C. Grady Moore* | *Other Travel Expenses* | | | *$10.00[4]* | *Travel agency service fee* |
| 596671 | 007 | 3/2/16 | P. Stephen Gidiere | Telephone Charges | | | $0.30 | Conference Call |

---

[1] Italicized entries for Telephone Charges represent those calls which cannot be classified as multi-party conference calls. A total of $57.62 in telephone charges is not reimbursable.

[2] Pursuant to the Fee Committee's Letter Report on the First Interim Application of Balch & Bingham LLP, dated May 20, 2015, service fees are not reimbursable. Therefore, $10.00 is not reimbursable.

[3] Pursuant to the Fee Committee's Letter Report on the First Interim Application of Balch & Bingham LLP, dated May 20, 2015, service fees are not reimbursable. Therefore, $10.00 is not reimbursable.

[4] Pursuant to the Fee Committee's Letter Report on the First Interim Application of Balch & Bingham LLP, dated May 20, 2015, service fees are not reimbursable. Therefore, $10.00 is not reimbursable.

| Invoice Number | Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| *596671* | *007* | *3/4/16* | *C. Grady Moore* | *Telephone Charges* | | | *$1.20* | *Long Distance* |
| *596671* | *007* | *3/10/16* | *C. Grady Moore* | *Telephone Charges* | | | *$1.50* | *Long Distance* |
| *596671* | *007* | *3/10/16* | *C. Grady Moore* | *Telephone Charges* | | | *$0.20* | *Long Distance* |
| *596671* | *007* | *3/14/16* | *C. Grady Moore* | *Telephone Charges* | | | *$0.90* | *Long Distance* |
| 596671 | 007 | 3/15/16 | C. Grady Moore | Telephone Charges | | | $0.70 | Conference Call |
| 596671 | 007 | 3/16/16 | P. Stephen Gidiere | Other Travel Expenses | | | $19.95 | In-flight internet service |
| 596671 | 007 | 3/16/16 | P. Stephen Gidiere | Transportation to/from Airport | | | $21.25 | Cab fare from airport to hotel |
| 596671 | 007 | 3/16/16 | P. Stephen Gidiere | Transportation to/from Airport | | | $2.16 | Travel to Birmingham airport |
| 596671 | 007 | 3/16/16 | P. Stephen Gidiere | Travel Meals | | | $3.78 | Lunch (1 person) |
| *596671* | *007* | *3/16/16* | *P. Stephen Gidiere* | *Travel Meals* | | | *$167.20[5]* | *Dinner (2 people)* |
| 596671 | 007 | 3/16/16 | P. Stephen Gidiere | Travel Meals | | | $6.55 | Lunch (1 person) |
| 596671 | 007 | 3/17/16 | P. Stephen Gidiere | Transportation | | | $20.00 | Cab fare from hotel to office. |
| *596671* | *007* | *3/17/16* | *P. Stephen Gidiere* | *Travel Expenses – Lodging* | | | *$1,230.88[6]* | *Lodging in Washington DC (2 nights)* |
| *596671* | *007* | *3/17/16* | *P. Stephen Gidiere* | *Travel Meals* | | | *$212.60[7]* | *Dinner (2 people)* |
| 596671 | 007 | 3/18/16 | P. Stephen Gidiere | Airfare | | | $808.20 | Roundtrip travel from Birmingham, AL to Washington, DC |
| 596671 | 007 | 3/18/16 | P. Stephen Gidiere | Other Travel Expenses | | | $24.95 | In-flight internet service |
| 596671 | 007 | 3/18/16 | P. Stephen Gidiere | Other Travel Expenses | | | $52.00 | Airport Parking |
| 596671 | 007 | 3/18/16 | P. Stephen Gidiere | Transportation to/from Airport | | | $2.16 | Travel from Birmingham airport |
| 596671 | 007 | 3/18/16 | P. Stephen Gidiere | Travel Meals | | | $14.24 | Lunch (1 person) |
| 596671 | 007 | 3/18/16 | P. Stephen Gidiere | Travel Meals | | | $4.78 | Breakfast (1 person) |

---

[5] Pursuant to the Fee Committee's initial memorandum, dated October 3, 2014, meals are capped at $40.00 per person, per meal.   Therefore, $87.20 is not reimbursable.

[6] Pursuant to the Fee Committee's correspondence dated August 20, 2015, hotel rooms are capped at $500.00 per night for Washington, DC.   Therefore, $230.88 is not reimbursable.

[7] Pursuant to the Fee Committee's initial memorandum, dated October 3, 2014, meals are capped at $40.00 per person, per meal.   Therefore, $132.60 is not reimbursable.

| Invoice Number | Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 596671 | 007 | 3/30/16 | Amy Benschoter | Deliveries | | | $14.23 | Federal Express |
| *596674* | *011* | *3/1/16* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$0.20* | *Long Distance* |
| *596674* | *011* | *3/1/16* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$0.90* | *Long Distance* |
| 596674 | 011 | 3/2/16 | P. Stephen Gidiere | Deliveries | | | $28.27 | Federal Express |
| 596674 | 011 | 3/2/16 | P. Stephen Gidiere | Telephone Charges | | | $1.90 | Conference Call |
| *596674* | *011* | *3/2/16* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$0.40* | *Long Distance* |
| *596674* | *011* | *3/2/16* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$0.30* | *Long Distance* |
| 596674 | 011 | 3/2/16 | P. Stephen Gidiere | Working Meals | | | $19.77 | Working lunch (2 people) |
| 596674 | 011 | 3/3/16 | P. Stephen Gidiere | Deliveries | | | $29.80 | Federal Express |
| 596674 | 011 | 3/3/16 | P. Stephen Gidiere | Deliveries | | | $43.22 | Federal Express |
| 596674 | 001 | 3/3/16 | P. Stephen Gidiere | In-house Copying | $0.10 | 2493 | $249.30 | Standard Copies |
| 596674 | 011 | 3/3/16 | P. Stephen Gidiere | In-house Copying | $0.10 | 1108 | $110.80 | Standard Copies |
| *596674* | *011* | *3/3/16* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$3.30* | *Long Distance* |
| *596674* | *011* | *3/3/16* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$1.20* | *Long Distance* |
| 596674 | 011 | 3/4/16 | P. Stephen Gidiere | Court Fees | | | $500.00 | Filing fee for Petition for Review |
| 596674 | 011 | 3/7/16 | P. Stephen Gidiere | Court Fees | | | $500.00 | Filing fee for Petition for Review |
| *596674* | *011* | *3/7/16* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$0.60* | *Long Distance* |
| 596674 | 011 | 3/8/16 | P. Stephen Gidiere | Telephone Charges | | | $1.40 | Conference Call |
| 596674 | 011 | 3/10/16 | P. Stephen Gidiere | Telephone Charges | | | $1.50 | Conference Call |
| 596674 | 011 | 3/10/16 | P. Stephen Gidiere | Telephone Charges | | | $0.60 | Conference Call |
| 596674 | 011 | 3/10/16 | P. Stephen Gidiere | Telephone Charges | | | $1.10 | Conference Call |
| 596674 | 011 | 3/10/16 | P. Stephen Gidiere | Telephone Charges | | | $1.00 | Conference Call |
| *596674* | *011* | *3/10/16* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$0.30* | *Long Distance* |
| *596674* | *011* | *3/11/16* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$0.70* | *Long Distance* |
| *596674* | *011* | *3/11/16* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$0.20* | *Long Distance* |
| 596674 | 011 | 3/11/16 | P. Stephen Gidiere | Telephone Charges | | | $0.80 | Conference Call |
| *596674* | *011* | *3/14/16* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$1.70* | *Long Distance* |
| *596674* | *011* | *3/15/16* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$0.90* | *Long Distance* |

RLF1 14413900v.1

| Invoice Number | Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| *596674* | *011* | *3/15/16* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$0.30* | *Long Distance* |
| *596674* | *011* | *3/15/16* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$1.00* | *Long Distance* |
| 596674 | 011 | 3/18/16 | P. Stephen Gidiere | Deliveries | | | $152.36 | Postage |
| 596674 | 011 | 3/23/16 | P. Stephen Gidiere | Telephone Charges | | | $0.60 | Conference call |
| 596674 | 011 | 3/23/16 | P. Stephen Gidiere | Telephone Charges | | | $0.30 | Conference call |
| 596674 | 011 | 3/23/16 | P. Stephen Gidiere | Telephone Charges | | | $0.20 | Conference call |
| 596674 | 011 | 3/29/16 | P. Stephen Gidiere | Deliveries | | | $8.88 | Postage |
| *596676* | *018* | *3/10/16* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$0.80* | *Long Distance* |
| 596676 | 018 | 3/10/16 | P. Stephen Gidiere | Telephone Charges | | | $1.00 | Conference Call |
| *596677* | *019* | *3/22/16* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$2.40* | *Long Distance* |
| *596677* | *019* | *3/22/16* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$1.60* | *Long Distance* |
| *596679* | *024* | *3/19/16* | *Scott B. Grover* | *Telephone Charges* | | | *$0.20* | *Long Distance* |
| Total Expenses: | | | | | | | $5,574.39 | |
| *Less: Expense Adjustment*[8] | | | | | | | *$538.30* | |
| **Total Expenses Sought:** | | | | | | | **$5,036.09** | |

---

[8] Reflects actual expenses incurred during Fee Period which are not reimbursable pursuant to the Fee Committee's initial memorandum, dated October 3, 2014.

RLF1 14413900v.1