United States Bankruptcy Court for the  District of Delaware

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Energy Future Holdings Corp./14-10979-CSS |
|---|---|
| Creditor Name and Address: | Paymentech, LLC (aka Chase Paymentech, LLC)<br>14221 Dallas Parkway, Building II<br>Dallas, TX 75254-2942 |
| Court Claim Number (if known): | 1859 |
| Date Claim Filed: | 06/12/2014 |
| Total Amount of Claim Filed: | $1.00 Contingent & Unliquidated |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor.  I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 4-18-16

Print Name: LAZONIA CLARK

Title (if applicable): Vice President

--------------------------------------------------------------------------------

## DEFINITIONS

**Debtor**
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

**Creditor**
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

**Proof of Claim**
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

## ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

**Court, Name of Debtor and Case Number:**
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

**Information about Creditor:**
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

**Information identifying the Claim that is to be withdrawn:**
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

**Sign and print the name and title, if any, of the creditor or other person authorized to file this  withdrawal of claim (attach copy of power of attorney, if any).**

This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed or, if applicable, with their duly appointed Claims Agent as per any procedure approved by the court in the above-referenced bankruptcy proceeding.

Filed: USBC - District of Delaware
Energy Future Holdings Corp., et al., Et Al.
14-10979 (CSS)          0000001859



B10 (Form 10) (12/11)

| United States Bankruptcy Court | Proof Of Claim |
|---|---|

| In re (Name of Debtor) **Energy Future Holdings Corp.** | Case Number **14-10979-CSS** |
|---|---|

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

**Name of Creditor**
*(The person or other entity to whom the debtor owes money or property)*

Chase Paymentech, LLC

**Name and Address Where Notices & Payment Should be Sent**

14221 Dallas Parkway, Building II
Dallas, Texas 75254-2942
Attn: Lazonia Clark
Telephone No. (801) 823-3410
Email:lazonia.clark@chasepaymentech.com

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

☐ Check this box if this claim amends a previously filed claim.

Court Claim Number:_____ *(if known)*

Filed On: _____

**FILED / RECEIVED**

JUN 1 2 2014

**Epiq Bankruptcy Solutions, LLC**

**Last Four Digits Of Any Number By Which Creditor Identifies Debtor:**

MID: 9514

**1. Basis For Claim**
☐ Goods sold
☒ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other (Describe briefly)

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (Fill out below)
Your social security number _____
Unpaid compensation for services performed
from _____ to _____
   (date)                    (date)

**2. Date Debt Was Incurred**

Merchant Agreement dated 02/08/2007

**3. If Court Judgment, Date Obtained:**

**4. Classification Of Claim.** Under the Bankruptcy Code all claims are classified as one or more of the following:
(1) Unsecured non-priority,
(2) Unsecured Priority,
(3) Secured. It is possible for part of a claim to be in one category and part in another.

CHECK THE APPROPRIATE BOX OR BOXES that best describes your claim and STATE THE AMOUNT OF THE CLAIM AT TIME CASE FILED.

☐ SECURED CLAIM $_____
Attach evidence of perfection of security interest
Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other (Describe briefly)
         --FMV of collateral $_____

Amount of arrearage and other charges at time case filed included in secured Claim above, if any $_____

☒ **Unsecured Non-Priority Claim $1.00 Contingent & Unliquidated**
A claim is unsecured if there is no collateral or lien on property of the debtor securing the claim or to the extent that the value of such property is less than the amount of the claim

☐ UNSECURED PRIORITY CLAIM - _____
Specify the priority of the claim.
☐ Wages, salaries, or commissions (up to $2000), earned not more than 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier--11 U.S.C. § 507(a)(3)

☐ Contributions to an employee benefit plan--11 U.S.C. § 507(a)(4)

☐ Up to $900 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use--11 U.S.C. § 507(a)(6)

☐ Taxes or penalties of governmental units--11 U.S.C. § 507(a)(7)

☐ Other--Specify applicable paragraph of 11 U.S.C. § 507(a)

**5. Total Amount Of Claim At Time Case Filed**

$1.00 Contingent & Unliquidated + $_____ + $_____ = $1.00 Contingent & Unliquidated
(Unsecured)        (Secured)        (Priority)        (Total)

☐ Check this box if claim includes charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges

**6. Credits And Setoffs.** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim in filing this claim, claimant has deducted all amounts that claimant owes to debtor.

**7. Documents.** Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements.

**8. Signature:**

Check the appropriate box.
- ☐ I am the creditor.
- ☒ I am the creditor's authorized agent (Attach copy of power of attorney, if any.)
- ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)
- ☐ I am a guarantor, surety, endorser, or other co debtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name:  Lazonia Clark
Title:          Business Analyst
Company:   Chase Paymentech, LLC

Address and telephone number (if different from notice address above):  N/A

_____          6/5/14
(Signature)                                          (Date)

*Penalty for presenting fraudulent claim:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 and 3571.

**Case No. 14-10979-CSS**

Attachment to Proof of Claim
of Chase Paymentech, LLC

Chase Paymentech, LLC ("Paymentech") processed MasterCard and Visa credit card transactions
pursuant to the attached Merchant Agreement (the "Agreement"), a true and correct copy of which is
attached hereto.  The debtor's merchant account with Paymentech is charged for fees and charge backs
pursuant to the Agreement and to MasterCard and Visa regulations relating to such transactions.  The
debtor is obligated to Paymentech for all fees, charge backs and other amounts due under the Agreement,
which amounts are presently **$1.00 Contingent & Unliquidated.**  In addition, Paymentech claims all
rights of setoffs and recoupment to which it is entitled under the Agreement and applicable law.
Paymentech reserves the right to file an amended proof of claim when the total liability of the debt to
Paymentech (if any) has been ascertained and becomes certain in amount.