# **<u>EXHIBIT A</u>**

52905324.1

## SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY

(See Guidelines C.8. for project category information.)

| Project Category | Hours Budgeted | Fees Budgeted | Hours Billed | Fees Sought |
|---|---|---|---|---|
| Administration | | | - | $ - |
| Asset Analysis & Recovery | | | 0.20 | $ 123.00 |
| Asset Disposition | | | 0.20 | $ 112.00 |
| Assumption/Rejection of Leases & Contracts | | | 0.40 | $ 247.00 |
| Bankruptcy-Related Advice | | | 15.90 | $ 6,191.50 |
| Business Operations | | | 1.70 | $ 1,009.50 |
| Case Administration | | | 5.80 | $ 3,522.50 |
| Claims Administration & Objections | | | 3.10 | $ 1,885.50 |
| Employment/Fee Applications | | | 35.90 | $ 16,049.00 |
| Financing & Cash Collateral | | | 1.00 | $ 560.00 |
| General Bankruptcy Advice/Opinions | | | 0.20 | $ 80.00 |
| Litigation Contested Matters(excl assump/rejection motions | | | 5.30 | $ 2,906.50 |
| Meetings of & Communications with Creditors or the Comm | | | 0.40 | $ 187.50 |
| Operations | | | 61.30 | $ 31,496.50 |
| Plan & Disclosure Statement (including business plan) | | | 0.50 | $ 268.50 |
| | | | 131.90 | $ 64,639.00 |

# **EXHIBIT B**

SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FEE APPLICATION

| Name | Title | Section | Date of First Admission | Fees Billed | Hours Billed | Hourly Rate Billed in This Application | Hourly Rate Billed in First Interim Application | Number of Rate Increases Since Case Inception |
|---|---|---|---|---|---|---|---|---|
| Bird, James E. | Shareholder | FR Bankruptcy and Restructuring | 10/15/1980 | $ 1,845.00 | 3.00 | 615.00 | - | 0 |
| Callenbach, Anne E. | Shareholder | BU Energy | 05/01/1998 | $ 14,976.00 | 31.20 | 480.00 | - | 0 |
| Church, Jr., William H. | Shareholder | LI Commercial Litigation | 11/01/1988 | $ 240.00 | 0.40 | 600.00 | - | 0 |
| Edelson, Justin K. | Shareholder | FR Bankruptcy and Restructuring | 05/01/2007 | $ - | - | - | - | 0 |
| Edelson, Justin K. | Shareholder | FR Bankruptcy and Restructuring | 05/01/2007 | $ 15,931.00 | 35.80 | 445.00 | - | 0 |
| Ward, Chris A. | Shareholder | FR Bankruptcy and Restructuring | 12/15/1999 | $ - | - | - | - | 0 |
| Ward, Chris A. | Shareholder | FR Bankruptcy and Restructuring | 12/15/1999 | $ 13,567.50 | 20.00 | 675.00 | - | 0 |
| Ross, Matthew E. | Shareholder | BU Energy | 01/01/1999 | $ 11,913.00 | 20.90 | 570.00 | - | 0 |
| Hagedorn, Luke A. | Associate | BU Energy | 05/01/2009 | $ 1,369.00 | 3.70 | 370.00 | - | 0 |
| Vine, Jarrett K. | Associate | FR Bankruptcy and Restructuring | 01/01/2009 | $ 480.00 | 1.20 | 400.00 | - | 0 |
| Suprum, Lindsey M. | Paralegal | FR Bankruptcy and Restructuring | | $ 4,317.50 | 15.70 | 275.00 | - | 0 |
| | | | | $ 64,639.00 | 131.90 | 490.06 | | |

CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES WITH FEE APPLICATIONS

(See Guidelines C.3. for definitions of terms used in this Exhibit.)

| Category of Timekeeper (using categories already maintained by the firm) | BLENDED HOURLY RATE | |
| --- | --- | --- |
| | BILLED OR COLLECTED Firm or offices for preceding year, excluding bankruptcy | BILLED In this fee application |
| Shareholder | $ 455.48 | $ 525.36 |
| Associate | $ 329.24 | $ 377.35 |
| Paralegal | $ 233.41 | $ 275.00 |
| | | |
| All timekeepers averaged | $ 442.31 | $ 489.55 |

# **EXHIBIT C**

52905324.1

## SUMMARY OF EXPENSE REIMBURSEMENT REQUESTED BY CATEGORY

(See Guidelines C.8. for project category information.)

| Category | Amount |
|---|---|
| Document Reproduction | $ 474.45 |
| Deliveries | $ 37.00 |
| On-Line Searches | $ - |
| Meals | $ 149.61 |
| Transcript of Proceedings | $ 502.80 |
| | **$ 1,163.86** |

# **EXHIBIT D**

52905324.1



# Invoice Detail

For Professional Services Through 2/29/16  
File No. 078582-475724  
**Re: Energy Future Holdings Bankruptcy**

Page 46  
April 13, 2016  
Invoice No: 1272922

## Disbursements

| Date | Description | Amount |
|---|---|---:|
| 01/05/16 | On-Line Searches | $0.00 |
| 02/05/16 | Deliveries Reliable Wilmington 2/4/16 (lunch pickup/delivery) | 37.00 |
| 02/10/16 | Transcript of Proceedings Veritext New York Reporting Co. certified transcript | 40.80 |
| 02/12/16 | Transcript of Proceedings Veritext New York Reporting Co. transcript of proceedings (electronic copy) | 42.00 |
| 02/15/16 | Transcript of Proceedings Veritext New York Reporting Co. transcript of proceedings (electronic copy) | 18.00 |
| 02/18/16 | Transcript of Proceedings Veritext New York Reporting Co. certified transcript | 42.00 |
| 02/18/16 | Meals Reliable Wilmington meal pickup/delivery | 58.38 |
| 02/22/16 | Transcript of Proceedings Leonard A Dibbs transcript of proceedings 2/9/16 | 360.00 |
| 02/22/16 | Meals Working meal lunch 94282672 | 12.60 |
| 02/22/16 | Document Reproduction Reliable Wilmington binder production (document reproduction) | 474.45 |
| 02/28/16 | Meals Reliable Wilmington working lunch- 2/25 | 78.63 |
| | **Total Disbursements** | **$1,163.86** |

Total Disbursements     1,163.86

**Total Current Charges Due**     **$65,802.86**