**<u>EXHIBIT A</u>**

**Statement of Fees and Expenses by Subject Matter**

| Project Category Number | Matter Description | Total Hours Billed | Total Fees Requested |
|---|---|---|---|
| 006 | Business Operations | 0.40 | $390.00 |
| 007 | Case Administration | 9.00 | $2,960.00 |
| 008 | Claims Administration and Objections | 4.30 | $4,116.50 |
| 011 | Employment and Fee Applications | 10.00 | $7,073.00 |
| 014 | Other Litigation | 13.30 | $12,553.50 |
| 015 | Meetings and Communications with Creditors | 15.20 | $15,039.50 |
| 016 | Non-Working Travel | 20.20 | $17,621.00 |
| 017 | Plan and Disclosure Statement | 24.10 | $24,397.00 |
| 021 | Tax | 2.80 | $2,578.00 |
| 023 | Discovery | 2.30 | $1,399.00 |
| 024 | Hearings | 49.90 | $43,557.50 |
| 029 | Other Motions/Applications | 2.40 | $2,340.00 |
| 032 | Time Entry Review | 8.60 | $7,385.00 |
| 033 | Fee Objection Discussion and Litigation | 1.70 | $1,397.50 |
| **Total Incurred** | | **164.2** | **$142,807.50** |
| **Less Client Accommodation for Non-Working Travel (50% of fees incurred)** | | | **$(8,810.50)** |
| **Less Client Accommodation for Time Entry Review (100% of fees incurred)** | | | **$(7,385.00)** |
| **Total Requested** | | | **$126,612.00** |

| Service Description | Amount |
|---|---:|
| Filing Fees | $170.00 |
| Reporting Fees | $1,282.10 |
| Travel | $2,812.76 |
| On-line Research - LEXIS | $259.53 |
| On-line Research - OTHER DATABASE | $314.80 |
| EDiscovery Fees | $24,036.78 |
| Business Meals | $176.20 |
| Travel Meals | $36.30 |
| On-line Research - OTHER DATABASE | $19.70 |
| **Total Requested** | **$29,108.17** |

## **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The Morrison & Foerster attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Goren, Todd M. | Partner | 2003 | Business Restructuring & Insolvency | $975.00 | 55.30 | $53,917.50 |
| Humphreys, Thomas A. | Partner | 1977 | Tax | $1,300.00 | 0.80 | $1,040.00 |
| Kerr, Charles L. | Partner | 1984 | Litigation | $1,100.00 | 12.30 | $13,530.00 |
| Lawrence, J. Alexander | Partner | 1996 | Litigation | $995.00 | 0.40 | $398.00 |
| Miller, Brett H. | Partner | 1992 | Business Restructuring & Insolvency | $1,150.00 | 14.10 | $16,215.00 |
| Reigersman, Remmelt A. | Partner | 2007 | Tax | $925.00 | 0.80 | $740.00 |
| Birkenfeld, Alexander | Associate | 2014 | Tax | $510.00 | 0.80 | $408.00 |
| Harris, Daniel J. | Associate | 2008 | Business Restructuring & Insolvency | $775.00 | 11.30 | $8,757.50 |
| Richards, Erica J. | Associate | 2007 | Business Restructuring & Insolvency | $785.00 | 55.50 | $43,567.50 |

The paraprofessionals of Morrison & Foerster who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Guido, Laura | Senior Paralegal | 8.5 years | Business Restructuring & Insolvency | $330.00 | 11.10 | $3,663.00 |
| Braun, Danielle Eileen | Paralegal | 2.5 years | Business Restructuring & Insolvency | $310.00 | 0.50 | $155.00 |
| Bergelson, Vadim | eDiscovery Project Manager | 7 years | Litigation | $320.00 | 1.30 | $416.00 |
| **Total Incurred:** | | | | | 164.2 | **$142,807.50** |
| **Less Client Accommodation for Non-Working Travel (50% of fees incurred)** | | | | | | **$(8,810.50)** |
| **Less Client Accommodation for Time Entry Review (100% of fees incurred)** | | | | | | **$(7,385.00)** |
| **Total Requested** | | | | | | **$126,612.00** |

## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

**ALL - Expense Summary**

| Service Description | Amount |
|---|---:|
| Filing Fees | $58.00 |
| Travel | $3,401.27 |
| Online Research – Other Database | $360.20 |
| Court Filing Service | $86.00 |
| Business Meals | $152.21 |
| Travel Meals | $9.61 |
| Miscellaneous Disbursement | $146.00 |
| Transportation | $49.73 |
| **Total Requested** | **$29,108.17** |

## EXHIBIT D

**Detailed Description of Expenses and Disbursements**

# MORRISON | FOERSTER

P.O. BOX 742335
LOS ANGELES
CALIFORNIA 90074-2335

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON D.C.,
DENVER, NORTHERN VIRGINIA,
SACRAMENTO

TOKYO, BEIJING, SHANGHAI,
HONG KONG, SINGAPORE

LONDON, BRUSSELS, BERLIN

Paul Keglevic
Energy Future Holdings Corp.
1601 Bryan Street
Dallas, Texas  75201

**Taxpayer ID #** ██████
Invoice Number:  5519302
Invoice Date:  April 25, 2016

Client/Matter Number:  073697-0000001

Matter Name:    BANKRUPTCY OF
ENERGY FUTURE
HOLDINGS

RE:         BANKRUPTCY OF ENERGY FUTURE HOLDINGS

*For Disbursements Incurred through January 31, 2016*

|                          | U.S.Dollars |
| ------------------------ | ----------- |
| Current Disbursements    | 29,108.17   |
| **Total This Invoice**   | **29,108.17** |

**Payment may be made by Electronic Funds transfer to the firm's account**

MORRISON | FOERSTER

Matter Number:  073697-0000001                                      Invoice Number:  5519302
Matter Name:  BANKRUPTCY OF ENERGY FUTURE HOLDINGS          Invoice Date: April 25, 2016

## Disbursement Detail

| Date | Description | Value |
|------|-------------|------:|
| 31-Jan-16 | On-line Research – LEXIS (JAN 1-JAN 31) | 259.53 |
| 31-Jan-16 | On-line Research - OTHER DATABASE (JAN 1-JAN 31) | 314.80 |
| 21-Jan-16 | Filing fees, CourtCall, telephonic court appearance for E. Richards, 11/3/15 | 170.00 |
| 28-Sep-15 | Reporting fees, TSG Reporting, D. Ying transcript, 9/23/15 | 1,282.10 |
| 10-Jan-16 | Travel, taxi/car service, E. Richards, ground travel from airport to hotel, 1/10/16 | 33.00 |
| 10-Jan-16 | Travel, taxi/car service, E. Richards, ground travel from home to airport, 1/10/16 | 50.00 |
| 10-Jan-16 | Travel, plane, E. Richards, travel to Texas for PUC hearing, 1/10 - 1/15/16 | 579.20 |
| 10-Jan-16 | Travel, taxi/car service, E. Richards, ground travel from hotel to airport, 1/15/16 | 40.31 |
| 12-Jan-16 | Travel, hotel, C. Kerr, one-night stay at Hotel Dupont in Delaware, 1/12/16 | 300.00 |
| 12-Jan-16 | Travel, train, C. Kerr, travel to Delaware for hearing, 1/12/16 | 133.00 |
| 13-Jan-16 | Travel, train, C. Kerr, return travel from Delaware for hearing, 1/12/16 | 145.00 |
| 15-Jan-16 | Travel, taxi/car service, E. Richards, ground travel from home from airport, 1/15/16 | 65.30 |
| 25-Jan-16 | Travel, hotel, E. Richards, five-night stay at Sheraton Hotel in Texas for hearing, 1/10 - 1/15/16 | 1,466.95 |
| 08-Oct-15 | EDiscovery fees, EPIQ, review user monthly fee for September | 525.00 |
| 08-Nov-15 | EDiscovery fees, EPIQ, review user monthly fee for October | 525.00 |
| 08-Dec-15 | EDiscovery fees, EPIQ, review user monthly fee for November | 525.00 |
| 31-Dec-15 | EDiscovery fees, IRIS, eDiscovery services for December | 12,778.74 |
| 08-Jan-16 | EDiscovery fees, EPIQ, review user monthly fee for December | 525.00 |
| 31-Jan-16 | EDiscovery fees, IRIS, eDiscovery services for January | 9,158.04 |
| 12-Jan-16 | Travel meals, C. Kerr, lunch while in Delaware for hearing, 1/12/16 | 56.20 |
| 13-Jan-16 | Travel meals, E. Richards, 3 attendees, working dinner while in Texas for hearing, 1/13/16 | 120.00 |
| 10-Jan-16 | Travel meals, E. Richards, dinner while traveling for hearing, 1/10/16 | 18.15 |
| 15-Jan-16 | Travel meals, E. Richards, dinner while traveling for hearing, 1/15/16 | 18.15 |
| 01-Dec-15 | On-line Research - OTHER DATABASE 6375 IN RE: ENERGY FUTURE HOLDINGS 22 | 9.85 |
| 01-Dec-15 | On-line Research - OTHER DATABASE 6400 CSC TRUST CO. OF DELAWARE V. ENERGY FUTURE HOLDI 22 | 9.85 |

|  | **Current Disbursements** | **29,108.17** |