IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CHAPTER 11 |
| ENERGY FUTURE HOLDINGS CORP., | § | |
| ET AL | § | CASE NO. 14-10979 (CSS) |
| | § | |
| DEBTORS | § | (JOINTLY ADMINISTERED) |

## CREDITOR'S RESPONSE TO NOTICE OF DEBTORS' FOURTH NOTICE OF CLAIMS SATISFIED IN WHOLE OR IN PART

TO THE HONORABLE JUDGE OF THIS COURT:

**NOW COMES** Creditor, Brahmtex, Inc., in the above-entitled and numbered cause, and files this Response, and shows the Court:

1. Brahmtex, Inc. timely filed its Proof of Claim, being designated as Claim # 504208850 asserting an unsecured claim in the amount of $6,538.00 (the "Claim").

2. By filing the Claim, Brahmtex, Inc. introduced prima facie evidence that the claim is both valid and accurate. The Debtor cannot shift the burden to prove the validity of the Claim without providing evidence showing that the Claim is not accurate. Unless the Debtor successfully shifts the burden to Brahmtex, Inc. and Brahmtex, Inc. fails to satisfy the burden, the Brahmtex, Inc. claim must prevail.

3. The priorities asserted in the Claim are consistent, in whole or in part, with the nature of the parties' obligations. Debtors seek to reduce the amount of the Claim to $158.93.

4. The Debtor misconstrues the nature of the Claim as including post-petition amounts, which were paid in the ordinary course of business. 5. It is the understanding of Brahmtex, Inc. that the Debtor objects to the sum of $6,379.07 representing amounts due

pursuant to Invoices #300069AB and #30083 (the "Invoices"). Debtors' petition was filed April 29, 2014 and such invoices were for work performed and materials provided in March, 2014. True and correct copies are attached hereto. The Invoices represent agreed upon amounts due for work performed by Brahmtex, Inc. and the Debtor does not dispute receiving the benefit of the work and materials.

## PRAYER

Defendant prays the Court, and after notice and hearing or trial, enters judgment in favor of Defendant, awards Defendant the costs of court, attorney's fees, and such other and further relief as Defendant may be entitled to in law or in equity.

Respectfully submitted,

Brahmtex, Inc.

By: _____
Rob McMillan, President
Email: rob@brahmtex.com
5756 Easterling Drive
Bryan, Texas 77808
Tel. (979) 229-7933

## CERTIFICATE OF SERVICE

I certify that on April 22, 2016 a true and correct copy of CREDITOR'S RESPONSE TO NOTICE OF DEBTORS' FOURTH NOTICE OF CLAIMS SATISFIED IN WHOLE OR IN PART was served to each person listed below.

_____
Rob McMillan

Jason M. Madron
920 North King Street
Wilmington, Delaware 19801
Via fax (302) 651-7701

Edward O. Sassower  
601 Lexington Avenue  
New York, New York 10022  
Via fax (212) 446-4900

James H.M. Sprayregen  
300 North LaSalle  
Chicago, Illinois  
Via fax (312) 862-2200

**BRAHMTEX INC**
TACLA014236C

5756 Easterling Dr.
Bryan, Tx. 77808
(979) 229-7933

| Date | Invoice # |
|---|---|
| 4/30/2015 | 30083 |

**Bill To**

Future Energy Holding Corp
7207 w. fm 696
Elgin TX 75621
PO # 92561

Regulated by the Texas Department of
Licensing and Regulation, PO Box 12157
Austin Tx. 78711
1-800-803-9202, 512-463-6599

| P.O. No. | Terms |
|---|---|
| 4-30 | Net 60 |

| Item | Qty | Description | Rate | Amount |
|---|---|---|---|---|
| PM labor @ 48 hr. | 2 | 6:45-11:45PM belt line 3-28-2014<br>11:45-1:45 DL79 3-28-2014<br>window unit installation- Rob old unit compressor bad 3-28-2014 | 0.00<br>48.00 | 0.00<br>96.00 |
| Parts | | Parts<br>FRIEM 24N34A<br>ADAY02926 9.4EER<br>230ULT 24 Heat/cool | 1,600.00 | 1,600.00 |
| PM<br>Misc. | | Monthly Pm for April<br>Monthly Ice machine April | 2,184.00<br>200.00<br>0.00% | 2,184.00<br>200.00<br>0.00 |

**Total** $4,080.00

**BRAHMTEX INC**
TACLA014236C

5756 Easterling Dr.
Bryan, Tx. 77808
(979) 229-7933

**Bill To**

Future Energy Holding Corp
7207 w. fm 696
Elgin TX 75621
PO # 92561

Regulated by the Texas Department of
Licensing and Regulation, PO Box 12157
Austin Tx. 78711
1-800-803-9202, 512-463-6599

| Date | Invoice # |
|---|---|
| 3/4/2014 | 30069AB |

| P.O. No. | Terms |
|---|---|
| 3-29pre | Net 60 |

| Item | Qty | Description | Rate | Amount |
|---|---|---|---|---|
| | | | 0.00 | 0.00 |
| labor @ 48 hr. | 4 | Rob March 5 2014 7:30-11:30 DL 80 Hooked up tstat. Bill 11:30-4:00 PM's N/c Belt line filters checked operation. ok. | 48.00 | 192.00 |
| labor @ 48 hr. | 11.25 | 7-6.15 3-19-2014 inv 30079 Rob ran copper to Drag line ac and started unit checked operation 12 -2.30 pm changerd filter on power plant coal anilyzer and belt line Blend fac. Adjusted heat to beverlys area. Set to 80*. Put hail guard on new A/C bdlg 510. | 48.00 | 540.00 |
| Fuel charge | | Fuel charge/misc materials | 40.00 | 40.00 |
| Parts | | Hail gaurd | 399.00 | 399.00 |
| T stat | | T stat | 99.00 | 99.00 |
| labor @ 48 hr. | 4.75 | 3-5-2014 inv 30071 12.15-5.00 Rob ZBooster drive intermittently failing Put new compressor control time delay on ac 1 bypassed hpc for now 60 ton on adminstration building put freeze stat on # 3 compressor to prevent icing | 48.00 | 228.00 |
| FreezeStat | | Freezestat | 129.00 | 129.00 |
| Parts | | Parts time delay module | 51.00 | 51.00 |
| labor @ 48 hr. | 4 | 3-9-2014 inv 30072 4-8 Booster ac running when arrived replaced t stat on ac 1 and 3 gave electrician # to call if goes out again and showed operation of unit | 48.00 | 192.00 |
| T stat | 2 | T stat | 198.00 | 396.00 |
| labor @ 48 hr. | 4 | 3-15-2014 7-12 inv 30076 Rob Booster ac running when arrived put tstat on ac # 2 and compressor module on # 2 and 3 ac | 48.00 | 192.00 |
| Parts | | Parts T stat and 2 module relays Total 2458 Bankrupty | 0.00 | 0.00 |
| | | | 0.00% | 0.00 |

**Total** $2,458.00