**EXHIBIT 1 to EXHIBIT A**

**Insufficient Documentation Claim**

RLF1 14364528v.1

ENERGY FUTURE HOLDINGS CORP., et al.

THIRTY-EIGHTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claim

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | HARTFORD FIRE INSURANCE COMPANY BANKRUPTCY UNIT, T-1-55 HARTFORD PLAZA HARTFORD, CT 06115 | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/17/2014 | 2197 | Undetermined* | Insufficient Documentation Claim |
| | | | | | TOTAL | Undetermined* | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 1