## EXHIBIT 2 to EXHIBIT A

## Amended Claim

RLF1 14364528v.1

ENERGY FUTURE HOLDINGS CORP., et al.

THIRTY-EIGHTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – Amended Claims

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 1 | ROBERTSON COUNTY C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP ATTN: DIANE W. SANDERS P.O. BOX 17428 AUSTIN, TX 78760-7428 | 06/24/2014 | 14-11024 (CSS) | 2531 | $29,764.51* | ROBERTSON COUNTY C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP ATTN: DIANE W. SANDERS P.O. BOX 17428 AUSTIN, TX 78760-7428 | 11/04/2015 | 14-11024 (CSS) | 13007 | $16.89* | Amended and superseded claim |
| | | | TOTAL | | $29,764.51* | | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 1