## EXHIBIT 1 to EXHIBIT A

**Substantive Duplicate Claims**

ENERGY FUTURE HOLDINGS CORP., et al.

THIRTY-NINETH OMNIBUS (SUBSTANTIVE): EXHIBT 1 TO EXHIBIT A – Substantive Duplicate Claims

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 1 | COLORADO BANKERS LIFE INSURANCE CO. C/O ADVANTUS CAPITAL MANAGEMENT, INC. ATTN: ADVANTUS LEGAL DEPT. 400 ROBERT STREET NORTH SAINT PAUL, MN 55101 | 10/24/2014 | 14-10978 (CSS) | 7638 | Undetermined* | SOJITZ AMERICA CAPITAL CORPORATION ATTN: NOBORU HIBINO 1120 AVENUE OF THE AMERICAS NEW YORK, NY 10036 | 01/06/2016 | 14-10978 (CSS) | 37472 | $280,823.88 | Claimed liabilities in claim to be disallowed appear to be included in remaining claim. |
| 2 | DEARBORN NATIONAL LIFE INSURANCE CO. C/O ADVANTUS CAPITAL MANAGEMENT, INC. ATTN: ADVANTUS LEGAL DEPT. 400 ROBERT STREET NORTH SAINT PAUL, MN 55101 | 10/24/2014 | 14-10978 (CSS) | 7639 | Undetermined* | SOJITZ AMERICA CAPITAL CORPORATION ATTN: NOBORU HIBINO 1120 AVENUE OF THE AMERICAS NEW YORK, NY 10036 | 01/06/2016 | 14-10978 (CSS) | 37472 | $280,823.88 | Claimed liabilities in claim to be disallowed appear to be included in remaining claim. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

THIRTY-NINETH OMNIBUS (SUBSTANTIVE): EXHIBT 1 TO EXHIBIT A – Substantive Duplicate Claims

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 3 | GREAT WESTERN INSURANCE COMPANY C/O ADVANTUS CAPITAL MANAGEMENT INC. ATTN: ADVANTUS LEGAL DEPT. 400 ROBERT STREET NORTH ST PAUL, MN 55101 | 10/24/2014 | 14-10978 (CSS) | 7640 | Undetermined* | SOJITZ AMERICA CAPITAL CORPORATION ATTN: NOBORU HIBINO 1120 AVENUE OF THE AMERICAS NEW YORK, NY 10036 | 01/06/2016 | 14-10978 (CSS) | 37472 | $280,823.88 | Claimed liabilities in claim to be disallowed appear to be included in remaining claim. |
| 4 | GUGGENHEIM LIFE AND ANNUITY COMPANY C/O GUGGENHEIM PARTNERS INVESTMENT MANAGEMENT, LLC; ATTN: BEN GOODMAN 330 MADISON AVENUE, 10TH FLOOR NEW YORK, NY 10017 | 10/27/2014 | 14-11045 (CSS) | 8020 | $15,125.00 | SOJITZ AMERICA CAPITAL CORPORATION ATTN: NOBORU HIBINO 1120 AVENUE OF THE AMERICAS NEW YORK, NY 10036 | 01/06/2016 | 14-10978 (CSS) | 37472 | $280,823.88 | Claimed liabilities in claim to be disallowed appear to be included in remaining claim. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

THIRTY-NINETH OMNIBUS (SUBSTANTIVE): EXHIBT 1 TO EXHIBIT A – Substantive Duplicate Claims

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 5 | MTL INSURANCE COMPANY C/O ADVANTUS CAPITAL MANAGEMENT INC. ATTN: ADVANTUS LEGAL DEPT. 400 ROBERT STREET NORTH SAINT PAUL, MN 55101 | 10/24/2014 | 14-10978 (CSS) | 7641 | Undetermined* | SOJITZ AMERICA CAPITAL CORPORATION ATTN: NOBORU HIBINO 1120 AVENUE OF THE AMERICAS NEW YORK, NY 10036 | 01/06/2016 | 14-10978 (CSS) | 37472 | $280,823.88 | Claimed liabilities in claim to be disallowed appear to be included in remaining claim. |
| 6 | NATIONAL GUARDIAN LIFE INSURANCE CO. ATTN: ROBERT A. MUCCI 2 E GILMAN ST MADISON, WI 53703 | 10/31/2014 | 14-10978 (CSS) | 9710 | $85,523.75 | SOJITZ AMERICA CAPITAL CORPORATION ATTN: NOBORU HIBINO 1120 AVENUE OF THE AMERICAS NEW YORK, NY 10036 | 01/06/2016 | 14-10978 (CSS) | 37472 | $280,823.88 | Claimed liabilities in claim to be disallowed appear to be included in remaining claim. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

THIRTY-NINETH OMNIBUS (SUBSTANTIVE): EXHIBT 1 TO EXHIBIT A – Substantive Duplicate Claims

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 7 | PPM AMERICA, INC. ON BEHALF OF JACKSON NATIONAL LIFE INSURANCE COMPANY ATTN: JAMES C. LEDA 750 LEXINGTON AVENUE, 10TH FLOOR NEW YORK, NY 10022 | 10/27/2014 | 14-11045 (CSS) | 8017 | $163,000.00 | SOJITZ AMERICA CAPITAL CORPORATION ATTN: NOBORU HIBINO 1120 AVENUE OF THE AMERICAS NEW YORK, NY 10036 | 01/06/2016 | 14-10978 (CSS) | 37472 | $280,823.88 | Claimed liabilities in claim to be disallowed appear to be included in remaining claim. |
| 8 | PPM AMERICA, INC. ON BEHALF OF JACKSON NATIONAL LIFE INSURANCE COMPANY ATTN: JAMES C. LEDA 750 LEXINGTON AVENUE, 10TH FLOOR NEW YORK, NY 10022 | 10/27/2014 | 14-10978 (CSS) | 8018 | $163,000.00 | SOJITZ AMERICA CAPITAL CORPORATION ATTN: NOBORU HIBINO 1120 AVENUE OF THE AMERICAS NEW YORK, NY 10036 | 01/06/2016 | 14-10978 (CSS) | 37472 | $280,823.88 | Claimed liabilities in claim to be disallowed appear to be included in remaining claim. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

THIRTY-NINETH OMNIBUS (SUBSTANTIVE): EXHIBT 1 TO EXHIBIT A – Substantive Duplicate Claims

| | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 9 | PPM AMERICA, INC., ON BEHALF OF JACKSON NATIONAL LIFE INSURANCE COMPANY ATTN: JAMES C. LEDA 750 LEXINGTON AVENUE, 10TH FLOOR NEW YORK, NY 10022 | 10/27/2014 | 14-11005 (CSS) | 8019 | $163,000.00 | SOJITZ AMERICA CAPITAL CORPORATION ATTN: NOBORU HIBINO 1120 AVENUE OF THE AMERICAS NEW YORK, NY 10036 | 01/06/2016 | 14-10978 (CSS) | 37472 | $280,823.88 | Claimed liabilities in claim to be disallowed appear to be included in remaining claim. |
| | | | TOTAL | $589,648.75* | | | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts