**EXHIBIT 2** to **EXHIBIT A**

**No Liability Claims**

ENERGY FUTURE HOLDINGS CORP., et al.

THIRTY-NINETH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | CITY OF WACO AND/OR WACO ISD C/O MCCREARY VESELKA BRAGG & ALLEN P.C. ATTN: LEE GORDON P.O. BOX 1269 ROUND ROCK, TX 78680 | 14-10979 (CSS) | Energy Future Holdings Corp. | 01/14/2016 | 37559 | $199,875.60* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 2 | COUNTY OF STEPHENS, TEXAS, THE C/O MCCREARY VESELKA BRAGG & ALLEN P.C. ATTN: LEE GORDON P.O. BOX 1269 ROUND ROCK, TX 78680 | 14-10979 (CSS) | Energy Future Holdings Corp. | 01/14/2016 | 37557 | $1,403.71* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 3 | CUMMINS SOUTHERN PLAINS LLC 600 NORTH WATSON ROAD ARLINGTON, TX 76011-5319 | 14-11032 (CSS) | Luminant Generation Company LLC | 01/29/2015 | 9957 | $8,121.08 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The proof of claim asserts a claim that has already been disallowed pursuant to the Order Sustaining Debtors' Second Omnibus Objection Docket No. 3237. |
| 4 | EUROPEAN MUTUAL ASSOCIATION FOR NUCLEAR INSURANCE AVENUE JULES BORDET, 166 BRUXELLES, B 1140 BELGIUM | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/17/2014 | 2213 | $30,744.00* | The proof of claim asserts a contingent claim for potential retroactive additional contributions for the year 2014 that could be assessed against the Debtors. Such additional contributions were never assessed. |
| 5 | ITOCHU CORPORATION ATTN: MOTOI MITANIHARA 5-1, KITA-AOYAMA 2-CHOME MINATO-KU TOKYO, 107-8077 JAPAN | 14-11032 (CSS) | Luminant Generation Company LLC | 10/27/2014 | 8107 | $3,801,727.90* | Debtors are not liable for the asserted claim. The contract underlying the claim contains a limitation of liability provision: Article 10 of the contract expressly limits Debtor liability to the purchase price of goods delivered by the claimant. No amounts remain unpaid for goods that were delivered. |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

THIRTY-NINETH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 6 | LUBRIZOL CORPORATION - THE ATTN: WILLIAM J. WEBB 022A ATTN: LEGAL DEPARTMENT 29400 LAKELAND BLVD WICKLIFF, OH 44092-2298 | 14-11032 (CSS) | Luminant Generation Company LLC | 10/27/2014 | 7990 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The proof of claim appears to assert a claim for contribution for environmental clean up costs. The Debtors are signatories to a consent decree dated May 2009 governing the relevant site, which provided contribution protection to all signatories. |
| 7 | LUBRIZOL CORPORATION - THE ATTN: WILLIAM J. WEBB, 022A ATTN: LEGAL DEPARTMENT 29400 LAKELAND BLVD WICKLIFF, OH 44092-2298 | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/27/2014 | 7992 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The proof of claim appears to assert a claim for contribution for environmental clean up costs. The Debtors are signatories to a consent decree dated May 2009 governing the relevant site, which provided contribution protection to all signatories. |
| 8 | LUBRIZOL CORPORATION - THE ATTN: WILLIAM J. WEBB, 022A ATTN: LEGAL DEPT. 29400 LAKELAND BLVD WICKLIFFE, OH 44092-2298 | 14-11005 (CSS) | Energy Future Competitive Holdings Company LLC | 10/27/2014 | 7993 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The proof of claim appears to assert a claim for contribution for environmental clean up costs. The Debtors are signatories to a consent decree dated May 2009 governing the relevant site, which provided contribution protection to all signatories. |

ENERGY FUTURE HOLDINGS CORP., et al.

THIRTY-NINETH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 9 | LUBRIZOL CORPORATION, THE ATTN: WILLIAM J. WEBB 022A 29400 LAKELAND BLVD. WICKLIFFE, OH 44092-2298 | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/27/2014 | 7764 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The proof of claim appears to assert a claim for contribution for environmental clean up costs. The Debtors are signatories to a consent decree dated May 2009 governing the relevant site, which provided contribution protection to all signatories. |
| 10 | LUBRIZOL CORPORATION, THE ATTN: WILLIAM J. WEBB, 022A 29400 LAKELAND BOULEVARD WICKLIFFE, OH 44092-2298 | 14-11032 (CSS) | Luminant Generation Company LLC | 10/27/2014 | 7991 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The proof of claim appears to assert a claim for contribution for environmental clean up costs. The Debtors are signatories to a consent decree dated May 2009 governing the relevant site, which provided contribution protection to all signatories. |
| 11 | LUBRIZOL CORPORATION, THE ATTN: WILLIAM J. WEBB, 022A 29400 LAKELAND BOULEVARD WICKLIFFE, OH 44092-2298 | 14-11005 (CSS) | Energy Future Competitive Holdings Company LLC | 10/27/2014 | 7994 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The proof of claim appears to assert a claim for contribution for environmental clean up costs. The Debtors are signatories to a consent decree dated May 2009 governing the relevant site, which provided contribution protection to all signatories. |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

THIRTY-NINETH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|------|-------------|-------------|------------|---------|--------------|-----------------------------------|
| 12 | LUBRIZOL CORPORATION, THE ATTN: WILLIAM J. WEBB, 022A 29400 LAKELAND BOULEVARD WICKLIFFE, OH 44092-2298 | 14-11000 (CSS) | Dallas Power & Light Company, Inc. | 10/27/2014 | 7995 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The proof of claim appears to assert a claim for contribution for environmental clean up costs. The Debtors are signatories to a consent decree dated May 2009 governing the relevant site, which provided contribution protection to all signatories. |
| 13 | MCALOON, CATHERINE ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 07/28/2014 | 3362 | $130,000.00 | Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' records. Claimant was discharged from her employment for a legitimate, non-discriminatory, non-retaliatory reason — namely, her failure to satisfy the performance expectations of her employer after receiving coaching and feedback regarding her performance deficiencies and being placed on a performance improvement plan, all of which occurred before her employer became aware of any alleged disability. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

THIRTY-NINETH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 14 | MCALOON, CATHERINE ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/15/2014 | 4391 | $130,000.00 | Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' records. Claimant was discharged from her employment for a legitimate, non-discriminatory, non-retaliatory reason—namely, her failure to satisfy the performance expectations of her employer after receiving coaching and feedback regarding her performance deficiencies and being placed on a performance improvement plan, all of which occurred before her employer became aware of any alleged disability. |
| 15 | NL INDUSTRIES, INC 5430 LYNDON B JOHNSON FWY STE 1700 DALLAS, TX 75240 | 14-11045 (CSS) | Texas Utilities Electric Company, Inc. | 10/10/2014 | 5112 | $5,000.00 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The proof of claim appears to assert a claim for contribution for environmental clean up costs. The Debtors are signatories to a consent decree dated June 30, 1994 governing the relevant site, which provided contribution protection to all signatories. |
| 16 | PENNSYLVANIA DEPARTMENT OF REVENUE BANKRUPTCY DIVISION PO BOX 280946 HARRISBURG, PA 17128-0946 | 14-10996 (CSS) | EFH Corporate Services Company | 09/04/2014 | 4126 | $1,125.00* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtor qualifies and has filed inactive corporate tax reports with the claimant in June 2015 in response to show that there is no liability due. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

THIRTY-NINETH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 17 | PENNSYLVANIA DEPARTMENT OF REVENUE BANKRUPTCY DIVISION PO BOX 280946 HARRISBURG, PA 17128-0946 | 14-10995 (CSS) | Brighten Holdings LLC | 09/04/2014 | 4127 | $884.00* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtor qualifies and has filed inactive corporate tax reports with the claimant in June 2015 in response to show that there is no liability due. |
| 18 | PENNSYLVANIA DEPARTMENT OF REVENUE BANKRUPTCY DIVISION PO BOX 280946 HARRISBURG, PA 17128-0946 | 14-10991 (CSS) | Brighten Energy LLC | 09/04/2014 | 4128 | $1,326.00* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtor qualifies and has filed inactive corporate tax reports with the claimant in June 2015 in response to show that there is no liability due. |
| 19 | PENNSYLVANIA DEPARTMENT OF REVENUE BANKRUPTCY DIVISION PO BOX 280946 HARRISBURG, PA 17128-0946 | 14-11005 (CSS) | Energy Future Competitive Holdings Company LLC | 08/24/2015 | 10981 | $0.00 | No liability owed to claimant per Debtors' books and records. Claimant does not appear to assert a claim. |
| 20 | STALDER, LEIGH ADDRESS ON FILE | | No Debtor Asserted | 08/06/2015 | 10139 | $1,400.51 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The proof of claim asserts a claim that has already been disallowed pursuant to the Order Sustaining Debtors' Third Omnibus Objection Docket No. 3236. |
| 21 | TAYLOR CENTRAL APPRAISAL DISTRICT C/O MCCREARY VESELKA BRAGG & ALLEN P.C. ATTN: LEE GORDON P.O. BOX 1269 ROUND ROCK, TX 78680 | 14-10979 (CSS) | Energy Future Holdings Corp. | 01/14/2016 | 37558 | $318.15* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

THIRTY-NINETH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 22 | TEXAS COMMISSION ON ENVIRONMENTAL QUALITY, OFFICE OF THE ATTORNEY GENERAL ATTN: HAL F. MORRIS, ASSISTANT AG 300 WEST 15TH ST. AUSTIN, TX 78701 | 14-11041 (CSS) | Texas Power & Light Company, Inc. | 10/23/2014 | 6192 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 23 | TEXAS COMMISSION ON ENVIRONMENTAL QUALITY, OFFICE OF THE ATTORNEY GENERAL ATTN: HAL F. MORRIS, ASSISTANT AG 300 WEST 15TH ST. AUSTIN, TX 78701 | 14-11034 (CSS) | Texas Electric Service Company, Inc. | 10/23/2014 | 6294 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 24 | TEXAS COMMISSION ON ENVIRONMENTAL QUALITY, OFFICE OF THE ATTORNEY GENERAL ATTN: HAL F. MORRIS, ASSISTANT AG 300 WEST 15TH ST. AUSTIN, TX 78701 | 14-11042 (CSS) | Luminant Mining Company LLC | 10/23/2014 | 6295 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 25 | TEXAS COMMISSION ON ENVIRONMENTAL QUALITY, OFFICE OF THE ATTORNEY GENERAL ATTN: HAL F. MORRIS, ASSISTANT AG 300 WEST 15TH ST. AUSTIN, TX 78701 | 14-11000 (CSS) | Dallas Power & Light Company, Inc. | 10/23/2014 | 6296 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

THIRTY-NINETH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 26 | TEXAS COMMISSION ON ENVIRONMENTAL QUALITY, OFFICE OF THE ATTORNEY GENERAL ATTN: HAL F. MORRIS, ASSISTANT AG 300 WEST 15TH ST. AUSTIN, TX 78701 | 14-11005 (CSS) | Energy Future Competitive Holdings Company LLC | 10/23/2014 | 6297 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| | | | | | TOTAL | $4,311,925.95 | |

* - Indicates claim contains unliquidated and/or undetermined amounts

Page 8 of 8

**Exhibit B**

**Redline of Exhibit 2**

**(No Liability Claims)**

ENERGY FUTURE HOLDINGS CORP., et al.

REDLINE OF THIRTY-NINETH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | CITY OF WACO AND/OR WACO ISD C/O MCCREARY VESELKA BRAGG & ALLEN P.C. ATTN: LEE GORDON P.O. BOX 1269 ROUND ROCK, TX 78680 | 14-10979 (CSS) | Energy Future Holdings Corp. | 01/14/2016 | 37559 | $199,875.60* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 2 | COPELAND, WENDY ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 04/07/2015 | 10042 | $12,000.00 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The proof of claim asserts a claim that has already been disallowed pursuant to the Order Sustaining Debtors' Thirteenth Omnibus Objection Docket No. 4373. |
| 3 | COPELAND, WENDY ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/18/2015 | 10074 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The proof of claim asserts a claim that has already been disallowed pursuant to the Order Sustaining Debtors' Thirteenth Omnibus Objection Docket No. 4373. |
| 4 | COPELAND, WENDY ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 08/17/2015 | 10619 | $19,000.00 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The proof of claim asserts a claim that has already been disallowed pursuant to the Order Sustaining Debtors' Thirteenth Omnibus Objection Docket No. 4373. |
| 25 | COUNTY OF STEPHENS, TEXAS, THE C/O MCCREARY VESELKA BRAGG & ALLEN P.C. ATTN: LEE GORDON P.O. BOX 1269 ROUND ROCK, TX 78680 | 14-10979 (CSS) | Energy Future Holdings Corp. | 01/14/2016 | 37557 | $1,403.71* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

<u>REDLINE OF</u> THIRTY-NINETH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 36 | CUMMINS SOUTHERN PLAINS LLC 600 NORTH WATSON ROAD ARLINGTON, TX 76011-5319 | 14-11032 (CSS) | Luminant Generation Company LLC | 01/29/2015 | 9957 | $8,121.08 | According to the Debtors' books and records, Debtors are not liable for the asserted claim.  The proof of claim asserts a claim that has already been disallowed pursuant to the Order Sustaining Debtors' Second Omnibus Objection Docket No. 3237. |
| 47 | EUROPEAN MUTUAL ASSOCIATION FOR NUCLEAR INSURANCE AVENUE JULES BORDET, 166 BRUXELLES, B 1140 BELGIUM | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/17/2014 | 2213 | $30,744.00* | The proof of claim asserts a contingent claim for potential retroactive additional contributions for the year 2014 that could be assessed against the Debtors. Such additional contributions were never assessed. |
| 8 | ~~FPL ENERGY PECOS WIND I, LLC C/O NEXTERA ENERGY RESOURCES, LLC ATTN: ROBERT B. SENDLER 700 UNIVERSE BOULEVARD JUNO BEACH, FL 33408~~ | ~~14-11023 (CSS)~~ | ~~Luminant Energy Company LLC~~ | ~~10/24/2014~~ | ~~7488~~ | ~~$1,250,000.00*~~ | ~~The proof of claim asserts a claim for return of of funds drawn on a letter of credit; the Debtors believe that liability, if any, for such amounts would be owed by a non-Debtor third party.  The proof of claim also asserts unliquidated amounts for damages resulting from an alleged breach of contract; the Texas Supreme Court has ruled on this claim and found that the Debtors did not breach the contract.  See  FPL Energy, LLC v. TXU Portfolio Mgmt. Co., L.P., 426 S.W.3d 59, 72-73 (Tex. 2014).~~ |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## ENERGY FUTURE HOLDINGS CORP., et al.

REDLINE OF THIRTY-NINETH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 9 | FPL ENERGY PECOS WIND II, LLC C/O NEXTERA ENERGY RESOURCES, LLC ATTN: ROBERT B. SENDLER 700 UNIVERSE BOULEVARD JUNO BEACH, FL 33408 | 14-11023 (CSS) | Luminant Energy Company LLC | 10/24/2014 | 7483 | $1,250,000.00* | The proof of claim asserts a claim for return of funds drawn on a letter of credit; the Debtors believe that liability, if any, for such amounts would be owed by a non-Debtor third party. The proof of claim also asserts unliquidated amounts for damages resulting from an alleged breach of contract; the Texas Supreme Court has ruled on this claim and found that the Debtors did not breach the contract. See FPL Energy, LLC v. TXU Portfolio Mgmt. Co., L.P., 426 S.W.3d 59, 72-73 (Tex. 2014). |
| 10 | HERBERT, WILLIAM JEFFERY ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/12/2014 | 4364 | Undetermined* | Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' records. Claimant has failed to exhaust Title VII's administrative prerequisites as to his allegation of gender/sex discrimination. All of his allegations fail for the additional reason that claimant was discharged from his employment for a legitimate, non-discriminatory, non-retaliatory reason—namely, his refusal to report to work after his supervisor repeatedly instructed him to do so. |
| 11 | HOPKINS COUNTY C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP ATTN: ELIZABETH WELLER 2777 N. STEMMONS FREEWAY, SUITE 1000 DALLAS, TX 75207 | 14-10996 (CSS) | EFH Corporate Services Company | 04/28/2015 | 13825 | $13,688.84* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

REDLINE OF THIRTY-NINETH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| ~~12~~ | ~~INDIAN MESA WIND FARM, LLC~~ ~~C/O NEXTERA ENERGY RESOURCES, LLC~~ ~~ATFN: ROBERT B. SENDLER~~ ~~700 UNIVERSE BOULEVARD~~ ~~JUNO BEACH, FL 33408~~ | ~~14-11023 (CSS)~~ | ~~Luminant Energy Company LLC~~ | ~~10/24/2014~~ | ~~7484~~ | ~~$575,000.00†~~ | ~~The proof of claim asserts a claim for return of funds drawn on a letter of credit; the Debtors believe that liability, if any, for such amounts would be owed by a non-Debtor third party. The proof of claim also asserts unliquidated amounts for damages resulting from an alleged breach of contract; the Texas Supreme Court has ruled on this claim and found that the Debtors did not breach the contract. See FPL Energy, LLC v. TXU Portfolio Mgmt. Co., L.P., 426 S.W.3d 59, 72-73 (Tex. 2014).~~ |
| ~~5~~13 | ITOCHU CORPORATION ATTN: MOTOI MITANIHARA 5-1, KITA-AOYAMA 2-CHOME MINATO-KU TOKYO, 107-8077 JAPAN | 14-11032 (CSS) | Luminant Generation Company LLC | 10/27/2014 | 8107 | $3,801,727.90* | Debtors are not liable for the asserted claim. The contract underlying the claim contains a limitation of liability provision: Article 10 of the contract expressly limits Debtor liability to the purchase price of goods delivered by the claimant. No amounts remain unpaid for goods that were delivered. |
| ~~14~~ | ~~JEFFERSON, MAURICE~~ ~~ADDRESS ON FILE~~ | | ~~No Debtor Asserted~~ | ~~10/24/2014~~ | ~~7526~~ | ~~$35,000.00†~~ | ~~The proof of claim asserts a claim for a severance payment allegedly distributed to employees in connection with the 2007 restructuring. The company has no record of a severance program of the kind and at the time described and no record of unpaid amounts to the Claimant.~~ |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

REDLINE OF THIRTY-NINETH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 45 | JEFFERSON, MAURICE ADDRESS ON FILE | 14-11042 (CSS) | Luminant Mining Company LLC | 10/28/2014 | 9650 | $99,000.00 | The proof of claim asserts a claim for a severance payment allegedly distributed to employees in connection with the 2007 restructuring. The company has no record of a severance program of the kind and at the time described and no record of unpaid amounts to the Claimant. |
| 6̶4̶6 | LUBRIZOL CORPORATION - THE ATTN: WILLIAM J. WEBB 022A ATTN: LEGAL DEPARTMENT 29400 LAKELAND BLVD WICKLIFF, OH 44092-2298 | 14-11032 (CSS) | Luminant Generation Company LLC | 10/27/2014 | 7990 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The proof of claim appears to assert a claim for contribution for environmental clean up costs. The Debtors are signatories to a consent decree dated May 2009 governing the relevant site, which provided contribution protection to all signatories. |
| 7̶4̶7 | LUBRIZOL CORPORATION - THE ATTN: WILLIAM J. WEBB, 022A ATTN: LEGAL DEPARTMENT 29400 LAKELAND BLVD WICKLIFF, OH 44092-2298 | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/27/2014 | 7992 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The proof of claim appears to assert a claim for contribution for environmental clean up costs. The Debtors are signatories to a consent decree dated May 2009 governing the relevant site, which provided contribution protection to all signatories. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

REDLINE OF THIRTY-NINETH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 848 | LUBRIZOL CORPORATION - THE ATTN: WILLIAM J. WEBB, 022A ATTN: LEGAL DEPT. 29400 LAKELAND BLVD WICKLIFFE, OH 44092-2298 | 14-11005 (CSS) | Energy Future Competitive Holdings Company LLC | 10/27/2014 | 7993 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The proof of claim appears to assert a claim for contribution for environmental clean up costs. The Debtors are signatories to a consent decree dated May 2009 governing the relevant site, which provided contribution protection to all signatories. |
| 848 | LUBRIZOL CORPORATION, THE ATTN: WILLIAM J. WEBB 022A 29400 LAKELAND BLVD. WICKLIFFE, OH 44092-2298 | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/27/2014 | 7764 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The proof of claim appears to assert a claim for contribution for environmental clean up costs. The Debtors are signatories to a consent decree dated May 2009 governing the relevant site, which provided contribution protection to all signatories. |
| 1020 | LUBRIZOL CORPORATION, THE ATTN: WILLIAM J. WEBB, 022A 29400 LAKELAND BOULEVARD WICKLIFFE, OH 44092-2298 | 14-11032 (CSS) | Luminant Generation Company LLC | 10/27/2014 | 7991 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The proof of claim appears to assert a claim for contribution for environmental clean up costs. The Debtors are signatories to a consent decree dated May 2009 governing the relevant site, which provided contribution protection to all signatories. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

REDLINE OF THIRTY-NINETH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 11 2 1 | LUBRIZOL CORPORATION, THE ATTN: WILLIAM J. WEBB, 022A 29400 LAKELAND BOULEVARD WICKLIFFE, OH 44092-2298 | 14-11005 (CSS) | Energy Future Competitive Holdings Company LLC | 10/27/2014 | 7994 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The proof of claim appears to assert a claim for contribution for environmental clean up costs. The Debtors are signatories to a consent decree dated May 2009 governing the relevant site, which provided contribution protection to all signatories. |
| 12 2 2 | LUBRIZOL CORPORATION, THE ATTN: WILLIAM J. WEBB, 022A 29400 LAKELAND BOULEVARD WICKLIFFE, OH 44092-2298 | 14-11000 (CSS) | Dallas Power & Light Company, Inc. | 10/27/2014 | 7995 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The proof of claim appears to assert a claim for contribution for environmental clean up costs. The Debtors are signatories to a consent decree dated May 2009 governing the relevant site, which provided contribution protection to all signatories. |
| 13 2 3 | MCALOON, CATHERINE ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 07/28/2014 | 3362 | $130,000.00 | Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' records. Claimant was discharged from her employment for a legitimate, non-discriminatory, non-retaliatory reason—namely, her failure to satisfy the performance expectations of her employer after receiving coaching and feedback regarding her performance deficiencies and being placed on a performance improvement plan, all of which occurred before her employer became aware of any alleged disability. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

REDLINE OF THIRTY-NINETH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 142 4 | MCALOON, CATHERINE ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/15/2014 | 4391 | $130,000.00 | Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' records. Claimant was discharged from her employment for a legitimate, non-discriminatory, non-retaliatory reason—namely, her failure to satisfy the performance expectations of her employer after receiving coaching and feedback regarding her performance deficiencies and being placed on a performance improvement plan, all of which occurred before her employer became aware of any alleged disability. |
| 25 | MCALOON, CATHERINE ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/30/2014 | 4780 | $130,000.00 | Debtors are not liable for the asserted claim per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' records. Claimant was discharged from her employment for a legitimate, non-discriminatory, non-retaliatory reason—namely, her failure to satisfy the performance expectations of her employer after receiving coaching and feedback regarding her performance deficiencies and being placed on a performance improvement plan, all of which occurred before her employer became aware of any alleged disability. |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

REDLINE OF THIRTY-NINETH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1526 | NL INDUSTRIES, INC 5430 LYNDON B JOHNSON FWY STE 1700 DALLAS, TX 75240 | 14-11045 (CSS) | Texas Utilities Electric Company, Inc. | 10/10/2014 | 5112 | $5,000.00 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The proof of claim appears to assert a claim for contribution for environmental clean up costs. The Debtors are signatories to a consent decree dated June 30, 1994 governing the relevant site, which provided contribution protection to all signatories. |
| 1627 | PENNSYLVANIA DEPARTMENT OF REVENUE BANKRUPTCY DIVISION PO BOX 280946 HARRISBURG, PA 17128-0946 | 14-10996 (CSS) | EFH Corporate Services Company | 09/04/2014 | 4126 | $1,125.00* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtor qualifies and has filed inactive corporate tax reports with the claimant in June 2015 in response to show that there is no liability due. |
| 1728 | PENNSYLVANIA DEPARTMENT OF REVENUE BANKRUPTCY DIVISION PO BOX 280946 HARRISBURG, PA 17128-0946 | 14-10995 (CSS) | Brighten Holdings LLC | 09/04/2014 | 4127 | $884.00* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtor qualifies and has filed inactive corporate tax reports with the claimant in June 2015 in response to show that there is no liability due. |
| 1829 | PENNSYLVANIA DEPARTMENT OF REVENUE BANKRUPTCY DIVISION PO BOX 280946 HARRISBURG, PA 17128-0946 | 14-10991 (CSS) | Brighten Energy LLC | 09/04/2014 | 4128 | $1,326.00* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtor qualifies and has filed inactive corporate tax reports with the claimant in June 2015 in response to show that there is no liability due. |
| 1930 | PENNSYLVANIA DEPARTMENT OF REVENUE BANKRUPTCY DIVISION PO BOX 280946 HARRISBURG, PA 17128-0946 | 14-11005 (CSS) | Energy Future Competitive Holdings Company LLC | 08/24/2015 | 10981 | $0.00 | No liability owed to claimant per Debtors' books and records. Claimant does not appear to assert a claim. |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

REDLINE OF THIRTY-NINETH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 20<s>3</s> 1 | STALDER, LEIGH ADDRESS ON FILE | | No Debtor Asserted | 08/06/2015 | 10139 | $1,400.51 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The proof of claim asserts a claim that has already been disallowed pursuant to the Order Sustaining Debtors' Third Omnibus Objection Docket No. 3236. |
| 21<s>3</s> 2 | TAYLOR CENTRAL APPRAISAL DISTRICT C/O MCCREARY VESELKA BRAGG & ALLEN P.C. ATTN: LEE GORDON P.O. BOX 1269 ROUND ROCK, TX 78680 | 14-10979 (CSS) | Energy Future Holdings Corp. | 01/14/2016 | 37558 | $318.15* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 22<s>3</s> 3 | TEXAS COMMISSION ON ENVIRONMENTAL QUALITY, OFFICE OF THE ATTORNEY GENERAL ATTN: HAL F. MORRIS, ASSISTANT AG 300 WEST 15TH ST. AUSTIN, TX 78701 | 14-11041 (CSS) | Texas Power & Light Company, Inc. | 10/23/2014 | 6192 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 23<s>3</s> 4 | TEXAS COMMISSION ON ENVIRONMENTAL QUALITY, OFFICE OF THE ATTORNEY GENERAL ATTN: HAL F. MORRIS, ASSISTANT AG 300 WEST 15TH ST. AUSTIN, TX 78701 | 14-11034 (CSS) | Texas Electric Service Company, Inc. | 10/23/2014 | 6294 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

REDLINE OF THIRTY-NINETH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 24.3 5 | TEXAS COMMISSION ON ENVIRONMENTAL QUALITY, OFFICE OF THE ATTORNEY GENERAL ATTN: HAL F. MORRIS, ASSISTANT AG 300 WEST 15TH ST. AUSTIN, TX 78701 | 14-11042 (CSS) | Luminant Mining Company LLC | 10/23/2014 | 6295 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 25.3 6 | TEXAS COMMISSION ON ENVIRONMENTAL QUALITY, OFFICE OF THE ATTORNEY GENERAL ATTN: HAL F. MORRIS, ASSISTANT AG 300 WEST 15TH ST. AUSTIN, TX 78701 | 14-11000 (CSS) | Dallas Power & Light Company, Inc. | 10/23/2014 | 6296 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 26.3 7 | TEXAS COMMISSION ON ENVIRONMENTAL QUALITY, OFFICE OF THE ATTORNEY GENERAL ATTN: HAL F. MORRIS, ASSISTANT AG 300 WEST 15TH ST. AUSTIN, TX 78701 | 14-11005 (CSS) | Energy Future Competitive Holdings Company LLC | 10/23/2014 | 6297 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| | | | | | | TOTAL | $1,311,925,937.693 ,614.79 |

* - Indicates claim contains unliquidated and/or undetermined amounts