# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,<br><br>                              Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered) |
| DELAWARE TRUST COMPANY, as TCEH First Lien Indenture Trustee,<br><br>                              Plaintiff,<br><br>-against-<br><br>WILMINGTON TRUST, N.A., as First Lien Collateral Agent and First Lien Administrative Agent,<br><br>                              Defendants,<br><br>-and-<br><br>MORGAN STANLEY CAPITAL GROUP INC., J. ARON & COMPANY, and TITAN INVESTMENT HOLDINGS LP,<br><br>                              Intervenors. | Adversary Proceeding<br><br>Case No. 15-51239 (CSS) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON APRIL 29, 2016 AT 10:00 A.M. (EASTERN TIME)[1]

**I.  CONTESTED MATTER**

    1. Motion of Delaware Trust Company for Stay Pending Appeal of Allocation Order Pursuant to Bankruptcy Rule 8007 [Filing Date: 3/23/16; Adv. D.I. 95]

        Related Documents:

---

[1] Please note that the hearing is before the Honorable Christopher S. Sontchi in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801. Any person who wishes to appear telephonically at the hearing must contact COURTCALL, LLC at 866-582-6878 by noon one (1) day prior to the hearing.

A. Order Granting Motion of Delaware Trust Company for Temporary Stay Pending Appeal of Allocation Order Pursuant to Bankruptcy Rule 8007 [Filing Date: 3/24/16; D.I. 104]

<u>Response Deadline</u>:  Updated Opposition Brief 4/15/16; Reply Brief 4/25/16

<u>Responses Received</u>:

A. Defendants' Brief in Opposition to Plaintiff's Motion for Stay Pending Appeal of Allocation Order Pursuant to Bankruptcy Rule 8007 [Filing Date: 3/24/16; D.I. 103]

B. Intervenor Defendants' Updated Brief in Opposition to Plaintiff's Motion for Stay Pending Appeal of Allocation Order Pursuant to Bankruptcy Rule 8007 [Filing Date: 4/15/16; D.I. 112]

C. Reply Brief in Further Support of Motion of Plaintiff-Appellant Delaware Trust Company for Stay Pending Appeal [Filing Date: 4/25/16; D.I. 113]

<u>Status</u>: The Parties are exploring a potential agreement to resolve the Intervenors' opposition to the Motion.  Delaware Trust Company will notify the Court promptly if an agreement in principal is reached, at which time a request to adjourn or cancel the hearing may be made.

Dated: April 26, 2016  
Wilmington, Delaware

**BAYARD, P.A.**

*/s/ GianClaudio Finizio* _____  
Neil B. Glassman (No. 2087)  
GianClaudio Finizio (No. 4253)  
222 Delaware Avenue, Suite 900  
Wilmington, Delaware 19801  
Telephone: (302) 655-5000  
Facsimile: (302) 658-6395

-and-

**KOBRE & KIM LLP**  
Michael S. Kim  
Jeremy C. Hollembeak  
Benjamin J.A. Sauter  
Melanie L. Oxhorn  
800 Third Avenue  
New York, New York 10022  
Telephone:  (212) 488-1200  
Facsimile:  (212) 488-1220

*Attorneys for Appellant, Delaware Trust Company, as TCEH First Lien Indenture Trustee*