

# CONTROLLED FLUIDS, INC.
## Motion Controls for Industry

### RESPONSE TO DEBTORS NOTICE OF CLAIMS SATISFIED OR IN PART

**Vendor**
CONTROLLED FLUIDS, INC.

**Debtor**
ENERGY FUTURE HOLDINGS CORP., et al.,

### COUNTERCLAIM

TAKE NOTICE that the vendor **CONTROLLED FLUIDS, INC** DOES NOT AGREE that the claims are satisfied in full or in part.

**Part 1:** Reasons are due to the **DEBTOR, ENERGY FUTURE HOLDINGS CORP** still owing a substantial amount:

1. for services rendered for labor performed and completed on an outstanding invoice(s)

2. for parts sold, delivered, and received on outstanding invoice(s)

**Part 2: Vendor, CONTROLLED FLUIDS, INC** is seeking relief from the **Debtor, ENERGY FUTURE HOLDINGS CORP**, owing a substantial amount in unpaid or partially paid invoice(s) listed below:

1. 122773 - $3,213.56
2. 122810 - $1,500.00
3. 122813 - $24,000.00
4. 122828 - $24,712.00
5. 122939 - $640.00
6. 123030 - $9,020.00
7. 123192 - $1,267.20
8. 123244 - $2,100.00
9. 123298 - $420.00
10. 123321 - 2,172.00
11. 123479 - $1,368.00
12. 123556 - $1,448.00
13. 123723 - $72.00
14. 123809 - $1,446.00
15. 123916 - $4,070.00
16. 123901 - $1,104.00
17. 125592 - $1418.34 (owed $2255.00 received partial payment of $836.66)

**Total Balance Owed: $79,971.10**

Date:   April 22, 2016

Signature  Mary Ann Diaz, Finance & Accounting Manager

Print Name  Mary Ann Diaz

---

2220 Calder Ave.
Beaumont, TX  77701
P: 409.833.2630, F: 409.833.7722

2100 S. Great Southwest Pkwy, Ste 505
Grand Prairie, TX  75051
P: 800.722.2630, F: 409.833.7722

68361-8 Commercial Way South
Mandeville, LA (USA) 70471
P: 985.892.6363, F: 985.892.6365

· www.confluids.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] ) | Case No. 14-10979 (CSS) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |

**NOTICE OF DEBTORS' FOURTH NOTICE OF CLAIMS SATISFIED IN FULL OR IN PART**

TO: CONTROLLED FLUIDS INC
2220 CALDER AVE
BEAUMONT, TX 77701

Basis for Satisfaction: Partially Satisfied Claim. Claim included post-petition amounts, which were paid in the ordinary course of business. Paid via ACH number 8300009266 on 10/03/2014.

| | Claim Number | Asserted Priority Status | Amount | Remaining Priority Status | Amount |
|---|---|---|---|---|---|
| Claim(s) Satisfied In Part: | 4947 | 503(b)(9) | $9,951.41 | 503(b)(9) | $6,620.00 |
| | | Unsecured | $71,964.20 | Unsecured | $71,964.20 |

*[handwritten: $3331.41]*

On March 24, 2016, the above-captioned debtors and debtors in possession (the "Debtors") filed the Debtors' Fourth Notice of Claims Satisfied in Full or in Part (the "Notice")[2]. A copy of the filed notice, which does not include exhibits, declarations, or other attachments, is included herein for your reference only, and the full notice may be viewed at http://www.efhcaseinfo.com.

By the Notice, the Debtors seek to designate as satisfied in part the claim(s) listed as "Claim(s) Satisfied In Part" for the reason stated above and as further described in the Notice. If you do not respond, the "Claim(s) Satisfied In Part" will be designated as such on the Claims Register, and no further distribution on account of that portion of such claim(s) will be made.

Responses to the Notice, if any, must be in writing and filed on or before April 25, 2016, at 4:00 PM (ET) (the "Response Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of any such response upon the undersigned counsel to the Debtors listed so that the response is actually received on or before the Response Deadline.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE NOTICE WITHOUT FURTHER NOTICE OR HEARING.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Notice.

**ENERGY FUTURE HOLDINGS CORP., et al.**

**THIRTY-SEVENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 8 TO EXHIBIT A – Modify Priority Claims**

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | | NAME | CLAIM # | MODIFIED DEBTOR | PRIORITY STATUS |
|---|---|---|---|---|---|---|---|---|---|
| 1 | CLARK WELDING SERVICE 369 CALLAHAN AVENUE APPALACHIA, VA 24216 | 2918 | Luminant Mining Company LLC | 503(b)(9) | $139,407.45 | Luminant Mining Company LLC | | 503(b)(9) | $120,811.95 |
| | | | | | | Luminant Mining Company LLC | | Unsecured | $18,595.50 |
| | | | | | | | | Subtotal | $139,407.45 |

REASON: Modified priority reflects that, according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority.

| 2 | CONTROLLED FLUIDS INC 2220 CALDER AVE BEAUMONT, TX 77701 | 4947 | Luminant Generation Company LLC | 503(b)(9) | $11,471.41 | Luminant Generation Company LLC | | 503(b)(9) | $9,951.41 |
| | | | Luminant Generation Company LLC | Unsecured | $70,444.20 | Luminant Generation Company LLC | | Unsecured | $71,964.20 |
| | | | | Subtotal | $81,915.61 | | | Subtotal | $81,915.61 |

REASON: Modified priority reflects goods that were received by the Debtor more than 20 days before the petition date, claims for which are ineligible for 503(b)(9) priority status.

| 3 | TERRASOURCE GLOBAL CORPORATION 100 N BROADWAY SUITE 1600 SAINT LOUIS, MO 63102 | 4472 | Luminant Generation Company LLC | 503(b)(9) | $32,361.74 | Luminant Generation Company LLC | | 503(b)(9) | $28,349.00 |
| | | | Luminant Generation Company LLC | Unsecured | $36,356.43 | Luminant Generation Company LLC | | Unsecured | $40,369.17 |
| | | | | Subtotal | $68,718.17 | | | Subtotal | $68,718.17 |

REASON: Modified priority reflects goods that were received by the Debtor more than 20 days before the petition date, claims for which are ineligible for 503(b)(9) priority status.

| | | | | TOTAL | $290,041.23 | | | TOTAL | $290,041.23 |

# Controlled Fluids, Inc.

## Aged Receivables Report

Select By: Apply Date   Aged as of: 4/22/2016 (By Due Date)
Currency: (USD/Base Currency.)

Contact Person: *Accounts Payable*   Phone: 903.389.6074

Customer: *Luminant Generation Company, LLC / L*

| Inv # | Cust # | Inv Date | Due Date | Amount |
|---|---|---|---|---|
| 135298 | 323010 | 2/19/2016 | 4/19/2016 | 63.00 |
| 135366 | 320600 | 2/24/2016 | 4/24/2016 | 2,178.00 / 58.00 |
| 135393 | 324502 | 2/25/2016 | 4/25/2016 | 840.00 / 57.00 |
| 135472 | 325444 | 3/1/2016 | 4/30/2016 | 2,900.00 / 52.00 |
| 135473 | 325443 | 3/1/2016 | 4/30/2016 | 2,288.00 / 52.00 |
| 135498 | 326371 | 3/2/2016 | 5/1/2016 | 3,330.00 / 51.00 |
| 135499 | 326378 | 3/2/2016 | 5/1/2016 | 118.00 / 51.00 |
| 135522 | 324502 | 3/3/2016 | 5/2/2016 | 297.00 / 50.00 |
| 135557 | 329796 | 3/8/2016 | 5/7/2016 | 842.00 / 45.00 |
| 135673 | 329220 | 3/14/2016 | 5/13/2016 | 4,672.94 / 39.00 |
| 135683 | 318447 | 3/15/2016 | 5/14/2016 | 2,100.00 / 38.00 |
| 135705 | 318881 | 3/16/2016 | 5/15/2016 | 5,022.20 / 37.00 |
| 135719 | 329889 | 3/16/2016 | 5/15/2016 | 6,200.00 / 37.00 |
| 135720 | 329535 | 3/16/2016 | 5/15/2016 | 844.80 / 37.00 |
| 135721 | 330154 | 3/16/2016 | 5/15/2016 | 1,555.80 / 37.00 |
| 135722 | 330169 | 3/16/2016 | 5/15/2016 | 273.84 / 37.00 |
| 135785 | 320766 | 3/21/2016 | 5/20/2016 | 6,178.00 / 32.00 |
| 135806 | 331886 | 3/22/2016 | 5/21/2016 | 1,446.00 / 31.00 |
| 135872 | 329796 | 3/28/2016 | 5/27/2016 | 166.00 / 25.00 |

| RptUserID: | carolyng | | | | | | | |
|---|---|---|---|---|---|---|---|---|

**Controlled Fluids, Inc.**

**Aged Receivables Report**

Select By: Apply Date  Aged as of: 4/22/2016 (By Due Date)
Currency: (USD/Base Currency:)

Date: 4/22/2016
Page: 2 of 2

| Customer: | Luminant Generation Company, LLC / L | | Contact Person: | | Phone: 903.389.6074 | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Accounts Payable | | | | |
| 135873 | 331782 | 3/28/2016 | 5/27/2016 | 25.00 | 747.00 | | | |
| 135914 | 332197 | 3/29/2016 | 5/28/2016 | 24.00 | 184.00 | | | |
| 135915 | 333054 | 3/29/2016 | 5/28/2016 | 24.00 | 732.00 | | | |
| 135993 | 333854 | 4/1/2016 | 5/31/2016 | 21.00 | 780.00 | | | |
| 136020 | 333557 | 4/4/2016 | 6/3/2016 | 18.00 | 3,196.00 | | | |
| 136132 | 337308 | 4/12/2016 | 6/11/2016 | 10.00 | 1,550.00 | | | |
| 136144 | 339853 | 4/13/2016 | 6/12/2016 | 9.00 | 420.00 | | | |
| 136240 | 341981 | 4/19/2016 | 6/18/2016 | 3.00 | 747.00 | | | |
| 136280 | 339853 | 4/21/2016 | 6/20/2016 | 1.00 | 3,780.00 | | | |
| Customer Total: (LUM001) | | | | | 53,388.58 | 183.00 | 0.00 | 0.00 | 0.00 | 80,002.54 |

| | | | | | 133,574.12 | | | | | |

| | **Report Total:** | | | **Future** | **CURRENT** | **Over 30** | **Over 60** | **Over 90** | **Over 120** |
|---|---|---|---|---|---|---|---|---|---|
| | 133,574.12 | | | 53,388.58 | 183.00 | 0.00 | 0.00 | 0.00 | 80,002.54 |