

Brendan J. Dunphy
Director of Credit

201 Estes Drive
Longview, TX 75602
USA

T 903.381.4041
F 903.757.8864
Email

April 25, 2016

Court Clerk
U.S. Bankruptcy Court
District of Delaware
824 North Market Street
Wilmington, DE 19801

FILED
2016 APR 25 PM 1:42
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Subject:     ENERGY FUTURE HOLDINGS CORP.
             Case No. 14-10979 (CSS)
             Our Claim Amount $49,751.73

Sirs,

Arrowhead Contractor Supply has no record of receiving the ACH payment referenced in the attachment and therefore does not agree with the designation that our claim has been satisfied. This letter serves as the required written notification of our objection.

Sincerely,

BDunphy

Brendan J. Dunphy
Global Director of Credit
Tel. 1-201-414-9455
Email bdunphy@beis.com


cc:     collins@rlf.com
        Edward.sassower@kirkland.com
        efhcorrespondence@kirkland.com

**Energy Future Holdings**

March 24, 2016

We are writing to you today about the claim (or claims) you filed as part of Energy Future Holdings' Chapter 11 proceedings.

The company is seeking to designate your claim(s) – number(s) 7920 as satisfied in part. This means that the Company has determined that you are not entitled to any further payment on account of a portion of your claim(s). Our basis for marking your claim(s) as satisfied is described in the enclosed materials.

You do not need to respond if you agree with the enclosed Notice, which has been customized to address your claim, and the company's response to your claim. However, if you have a response, you must file it with the Bankruptcy Court on or before **April 25, 2016**. You must also send a copy of any such response to the debtors' counsel listed on the Notice so that it is **actually received** by April 25, 2016 at 4:00 PM (ET).

If you have any questions, please call our dedicated telephone hotline at (844) 415-6962 free of charge or send your contact information to efhcorrespondence@kirkland.com and a representative will be in touch with you shortly.

Thank you.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., et al.,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**NOTICE OF DEBTORS' FOURTH NOTICE OF CLAIMS SATISFIED IN FULL OR IN PART**

TO: ARROWHEAD CONTRACTOR SUPPLY
201 ESTES DR
LONGVIEW, TX  75602

**Basis for Satisfaction:** Partially Satisfied Claim. Claim included post-petition amounts, which were paid in the ordinary course of business. Paid via ACH number 8300025728 on 01/26/2015.

| | Claim Number | Asserted Priority Status | Asserted Amount | Remaining Priority Status | Remaining Amount |
|---|---|---|---|---|---|
| Claim(s) Satisfied In Part: | 7920 | Unsecured | $45,774.53 | Unsecured | $45,691.79 |
| | | Unsecured | $3,977.20 | Unsecured | $3,977.20 |

On March 24, 2016, the above-captioned debtors and debtors in possession (the "Debtors") filed the Debtors' Fourth Notice of Claims Satisfied in Full or in Part (the "Notice")[2]. A copy of the filed notice, which does not include exhibits, declarations, or other attachments, is included herein for your reference only, and the full notice may be viewed at http://www.efhcaseinfo.com.

By the Notice, the Debtors seek to designate as satisfied in part the claim(s) listed as "Claim(s) Satisfied In Part" for the reason stated above and as further described in the Notice. If you do not respond, the "Claim(s) Satisfied In Part" will be designated as such on the Claims Register, and no further distribution on account of that portion of such claim(s) will be made.

Responses to the Notice, if any, must be in writing and filed on or before **April 25, 2016, at 4:00 PM (ET)** (the "Response Deadline"), with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of any such response upon the undersigned counsel to the Debtors listed so that the response is **actually received** on or before the Response Deadline.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE NOTICE WITHOUT FURTHER NOTICE OR HEARING.**

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Notice.

2

If you have questions about the Notice, please call (844) 415-6962 or send your contact information to efhcorrespondence@kirkland.com, both free of charge.

Wilmington, Delaware
Dated: March 24, 2016

/s/ Jason M. Madron
RICHARDS, LAYTON & FINGER, P.A.
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:     (302) 651-7700
Facsimile:     (302) 651-7701
Email:         collins@rlf.com
               defranceschi@rlf.com
               madron@rlf.com

-and-

KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900
Email:         edward.sassower@kirkland.com
               stephen.hessler@kirkland.com
               brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200
Email:         james.sprayregen@kirkland.com
               marc.kieselstein@kirkland.com
               chad.husnick@kirkland.com
               steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

3