## EXHIBIT A
### Statement of Fees by Subject Matter

| Task Code | Project Category Description | Hours | Total Fees (Prior to Holdback) | 80% of Total Fees |
|---|---|---|---|---|
| B110 | Case Administration | .7 | $203.00 | $162.40 |
| B160 | Employment Applications | 8.7 | $5,249.00 | $4,199.20 |
| B161 | Budget/Staffing Plan | 2.1 | $1,125.00 | $900.00 |
| B162 | Fee Applications | 6.3 | $2,819.00 | $2,255.20 |
| B210 | Business Operations | 2.2 | $1,144.00 | $915.20 |
| B240 | Tax Issues | 121.4 | $76,907.00 | $61,525.60 |
| | **Totals** | **141.4** | **$87,447.00** | **$69,957.60** |