**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) ) | Case No. 14-10979 (CSS) |
| Debtors.[1] | ) ) ) ) | (Jointly Administered) **Objection Deadline: May 17, 2016 at 4:00 p.m.** |

**MONTHLY FEE STATEMENT**
**OF THOMPSON & KNIGHT LLP FOR ALLOWANCE OF AN**
**ADMINISTRATIVE CLAIM FOR COMPENSATION AND**
**REIMBURSEMENT OF EXPENSES INCURRED FROM**
**FEBRUARY 1, 2016 THROUGH FEBRUARY 29, 2016**

| **Name of Applicant** | **Thompson & Knight LLP** |
|---|---|
| Authorized to Provide Professional Services to: | Energy Future Holdings Corp, *et al.* Debtors and Debtors-in-Possession |
| Date of Retention: | Retention Order Entered on September 16, 2014 (Effective as of April 29, 2014) |
| Period for which compensation and reimbursement is sought: | February 1, 2016 through February 29, 2016 |
| Amount of Compensation sought as actual, reasonable and necessary: | $73,739.20 (80% of $92,174.00) |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $30.00 |

This is a  X  monthly ___ interim __ final application. No prior application filed.[2]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Notice of this Monthly Fee Statement shall be served in accordance with the Interim Compensation Order and Fee Committee Order and objections to the relief requested in this Application shall be addressed in accordance with the Interim Compensation Order and Fee Order.

(Continued…)

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code, (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the *Order Authorizing the Debtors to Retain and Employ Thompson & Knight LLP as Special Counsel for Certain Tax Related Matters Effective Nunc Pro Tunc to the Petition Date,* dated September 16, 2014 (the "Retention Order"),[3] the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals,* dated September 16, 2014 (the "Interim Compensation Order"),[4] the *Stipulation and Order Appointing a Fee Committee* (the "Fee Committee Order"),[5] and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Bankruptcy Rules"), the law firm of Thompson & Knight LLP ("T&K"), special tax counsel for the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), hereby files this monthly fee statement (the "Fee Statement") for compensation in the amount of $73,739.20 for the reasonable and necessary legal services T&K rendered to the Debtors from February 1, 2016 through February 29, 2016 (the "Fee Period") (80% of $92,174.00).

---

[3] D.I. 2061.

[4] D.I. 2066.

[5] D.I. 1896.

**Itemization of Services Rendered and Disbursements Incurred**

1. In support of this Application, attached are the following exhibits:

    - **Exhibit A** is a schedule of the number of hours expended and fees incurred (on an aggregate basis) by T&K partners, associates, and paraprofessionals during the Fee Period with respect to each of the matters T&K established in accordance with its internal billing procedures. As reflected in Exhibit A, T&K incurred $92,174.00 in fees during the Fee Period. Pursuant to this Application, T&K seeks reimbursement for 80% of such fees ($73,739.20 in the aggregate).

    - **Exhibit B** is a schedule providing certain information regarding the T&K attorneys and paraprofessionals for whose work on these chapter 11 cases compensation is sought in this Application. Attorneys and paraprofessionals of T&K have expended a total of 155.6 hours in connection with these chapter 11 cases during the Fee Period.

    - **Exhibit C** is a schedule for the Fee Period, setting forth the total amount of reimbursement sought with respect to each category of expenses for which T&K is seeking reimbursement in this Application. All of these disbursements comprise the requested sum for T&K's out-of-pocket expenses.

**Representations**

2. Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Fee Statement due to delays caused by accounting and processing during the Fee Period. T&K reserves the right to make further application to this Court for allowance of such fees and expenses not included herein. Subsequent fee statements will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, Local Bankruptcy Rules, the Fee Committee Order, and the Interim Compensation Order.

**WHEREFORE**, T&K respectfully requests that it be allowed reimbursement for its fees and expenses incurred during the Fee Period in the total amount of $73,769.20 consisting of (a) $73,739.20 which is 80% of the fees incurred by the Debtors for reasonable and necessary professional services rendered by T&K; and (b) $ 30.00 for actual and necessary costs and expenses, and that such fees and expenses be paid as administrative expenses of the Debtors' estates.

Dated: April 26, 2016

                                                  */s/ Mary A. McNulty*
**THOMPSON & KNIGHT LLP**
Mary A. McNulty
Texas State Bar No. 13839680
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Phone: 214.969.1700
Fax: 214.969.1751

                                                                    – and –

Demetra L. Liggins
Texas State Bar No. 24026844
Three Allen Center
333 Clay Street, Suite 3300
Houston, Texas 77002
Phone: 713-654-8111
Fax: 713-654-1871

*Special Tax Counsel to the Debtors and Debtors-in-Possession*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) | (Jointly Administered) |

**VERIFICATION OF MARY MCNULTY**

1. I am a partner in the law firm of Thompson & Knight LLP ("T&K"), located at One Arts Plaza, 1722 Routh Street, Suite 1500, Dallas, Texas. I am one of the lead attorneys from T&K working on the these chapter 11 cases. I am a member in good standing of the Bar of the State of Texas. There are no disciplinary proceedings pending against me.

2. I have personally performed many of the legal services rendered by T&K as special tax counsel to the Debtors and am familiar with all other work performed on the Debtors' behalf by the lawyers and other persons in the firm.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information, and belief.

4. I have reviewed Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedures of the United States Bankruptcy Court for the District of Delaware and believe that the Application for Thompson & Knight LLP complies with Rule 2016-2.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

**Dated this 26th Day of April, 2016.**

*/s/ Mary A. McNulty*
Mary A. McNulty
as Partner of Thompson & Knight LLP