**<u>EXHIBIT A</u>**
**Statement of Fees by Subject Matter**

| Task Code | Project Category Description | Hours | Total Fees (Prior to Holdback) | 80% of Total Fees |
|---|---|---|---|---|
| B110 | Case Administration | .9 | $261.00 | $208.80 |
| B160 | Employment Applications | 3.8 | $1,476.00 | $1,180.80 |
| B161 | Budget/Staffing Plan | 6.4 | $3,270.00 | $2,616.00 |
| B162 | Fee Applications | 15.8 | $5,092.00 | $4,073.60 |
| B240 | Tax Issues | 128.7 | $82,075.00 | $65,660.00 |
| **Totals** | | **155.6** | **$92,174.00** | **$73,739.20** |