## **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

| Expense | Vendor (if any) | Amount |
|---|---|---:|
| Telephone | CourtCall | $30.00 |
| | **Total:** | **$30.00** |