**EXHIBIT 1** to **EXHIBIT A**

**No Liability Claim**

ENERGY FUTURE HOLDINGS CORP., et al.

FORTIETH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | WILDER, C. ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/29/2014 | 4747 | $22,327,349.81 | The asserted claim is for a contingent interest in funds held in trust, pursuant to that certain agreement dated October 10, 2007 by and between Energy Future Holdings Corp. and Claimant. The contingency did not occur and, pursuant to article 4 of the agreement, the claimant's interest in the funds did not vest. In accordance with Article 5, section (b) of the agreement, the funds have been returned to Energy Future Holdings Corp. |
| | | | | | TOTAL | $22,327,349.81 | |

**EXHIBIT 2** to **EXHIBIT A**

**Overstated Claims**

**ENERGY FUTURE HOLDINGS CORP., et al.**

**FORTIETH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – Overstated Claims**

| | NAME | CLAIM # | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 1 | ROMERO, ROGELIO D/B/A YOLANDA CERRILLO 12566 COLEMAN ST TYLER, TX 75704-8804 | 5821 | Oak Grove Management Company LLC | Secured | $50,600.50 | Oak Grove Management Company LLC | Secured | $50,600.50 |
| | | | Oak Grove Management Company LLC | Unsecured | $8,346.50 | Oak Grove Management Company LLC | Unsecured | $2,060.50 |
| | | | | Subtotal | $58,947.00 | | Subtotal | $52,661.00 |
| | REASON: Modified amount reflects adjustment for invoices satisfied to Ratliff Ready-Mix LP as subcontractor to Romero's Concrete Construction. | | | | | | | |
| 2 | SIEMENS INDUSTRY, INC. ATTN: LEIGH-ANNE BEST 100 TECHNOLOGY DRIVE ALPHARETTA, GA 30005 | 3941 | Luminant Generation Company LLC | Unsecured | $19,327.57 | Luminant Generation Company LLC | Unsecured | $1,807.57 |
| | REASON: Modified amount reflects adjustment per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. | | | | | | | |
| | | | | TOTAL | $78,274.57 | | TOTAL | $54,468.57 |