**<u>EXHIBIT A</u>**

**Statement of Fees by Subject Matter**

| Task Code # | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| EFH.ET | Energy Trading | 74.90 | $50,201.00 |
| 837 | Utility Matters | 9.80 | $4,658.00 |
| | **TOTAL** | **84.70** | **$54,859.00** |