**EXHIBIT B**

**Professionals' Information**

The Greenberg Traurig, LLP professionals who rendered professional services in this case during the Fee Period are:

| Professional Person | Position with the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Iskender H. Catto | Shareholder | $850 | 22.10 | $18,785.00 |
| Ryan A. Wagner | Associate | $595 | 52.80 | $31,416.00 |
| Leo Muchnik | Associate | $530 | 3.10 | $1,643.00 |
| Brian Wheaton | Associate | $450 | 6.70 | $3,015.00 |
| **Total** | | | **84.70** | **$54,859.00** |