## EXHIBIT A

### Statement of Fees by Subject Matter

| Task Code # | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| EFH.ET | Energy Trading | 101.10 | $76,576.50 |
| 813 | Fee/Employment Applications | 0.40 | $238.00 |
| | **TOTAL** | **101.50** | **$76,814.50** |

*NY 245826059v1*