## EXHIBIT B

### Professionals' Information

The Greenberg Traurig, LLP professionals who rendered professional services in this case during the Fee Period are:

| Professional Person | Position with the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Iskender H. Catto | Shareholder | $850 | 64.40 | $54,740.00 |
| Ryan A. Wagner | Associate | $595 | 37.10 | $22,074.50 |
| **Total** | | | **101.50** | **$76,814.50** |

*NY 245826059v1*