## EXHIBIT A

### Statement of Fees by Subject Matter

| Task Code # | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| EFH.ET | Energy Trading | 87.10 | $62,768.50 |
| 813 | Fee/Employment Applications | 14.60 | $8,661.50 |
|  | **TOTAL** | **101.70** | **$71,430.00** |