## EXHIBIT B

### Professionals' Information

The Greenberg Traurig, LLP professionals who rendered professional services in this case during the Fee Period are:

| Professional Person | Position with the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Iskender H. Catto | Shareholder | $850 | 46.50 | $39,525.00 |
| Ryan A. Wagner | Associate | $595 | 48.80 | $29,036.00 |
| Brian Wheaton | Associate | $450 | 6.30 | $2,835.00 |
| Elizabeth Thomas | Paralegal | $340 | 0.10 | $34.00 |
| **Total** | | | **101.70** | **$71,430.00** |

*NY 245826060v1*