# EXHIBIT A

## Statement of Fees by Subject Matter

| Description | Total Billed Hours | Total Fees |
|---|---|---|
| COMMUNICATIONS WITH PROFESSIONALS | 0.6 | $429.00 |
| FEE APPLICATIONS – OTHERS | 5.6 | $1,964.50 |
| FEE APPLICATIONS – S&L | 4.1 | $1,507.00 |
| LEGAL & FACTUAL RESEARCH | 1.6 | $1,144.00 |
| PLANS OF REORGANIZATION | 0.4 | $286.00 |
| **TOTAL** | **12.3** | **$5,330.50** |