## EXHIBIT B

## Attorney and Paraprofessionals Information

| Name of Professional | Title | Year Admitted | Practicing Group | 2016 Hourly Billing Rate[1] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Joseph H. Huston, Jr. | Practice Leader | 1975 (PA) 2001 (DE) | Bankruptcy and Financial Restructuring | $715.00 | 3.5 | $2,502.50 |
| Camille C. Bent | Associate | 2010 (NY) | Bankruptcy and Financial Restructuring | $355.00 | 7.2 | $2,556.00 |
| Stephanie L. Foster | Legal Assistant | N/A | Bankruptcy Support | $170.00 | 1.6 | $272.00 |
| | | | **TOTAL (at 2016 Rates):** | | **12.3** | **$5,330.50** |

| Name of Professional | Title | Year Admitted | Practicing Group | 2015 Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Joseph H. Huston, Jr. | Practice Leader | 1975 (PA) 2001 (DE) | Bankruptcy and Financial Restructuring | $695.00 | 3.5 | $2,432.50 |
| Camille C. Bent | Associate | 2010 (NY) | Bankruptcy and Financial Restructuring | $335.00 | 7.2 | $2,412.00 |
| Stephanie L. Foster | Legal Assistant | N/A | Bankruptcy Support | $165.00 | 1.6 | $264.00 |
| | | | **TOTAL (at 2014 Rates):** | | **12.3** | **$5,108.50** |

---

[1] These hourly rates represent in the aggregate an increase of approximately 2.9% over S&L's rates for 2015 and are in accordance with S&L's policy of reviewing and increasing its rates annually to reflect its attorneys' increased seniority and experience. The anticipated occurrence of these increases was expressly stated in S&L's engagement letter (at page 3) and agreed to by EFIH.

SL1 1412626v1 109285.00006