## **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

| Service Description | Amount |
|---|---|
| COMPUTER RESEARCH (PACER) | $ 2.30 |
| COURT CALL | $ 138.00 |
| DOCUMENT REPRODUCTION | $ 2.00 |
| TRANSCRIPT FEES | $ 163.20 |
| **TOTAL** | **$ 305.50** |