## **EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

| Matter | Date | Description | Amount |
|---|---|---|---|
| 109285-00002 | 3/10/16 | Document Reproduction | $0.10 |
| 109285-00002 | 3/1/16 | Computer Research - Pacer | $2.30 |
| 109285-00002 | 3/11/16 | Document Reproduction | $0.40 |
| 109285-00002 | 3/22/16 | Document Reproduction | $0.00 |
| 109285-00002 | 3/22/16 | Document Reproduction | $0.10 |
| 109285-00002 | 3/22/16 | Document Reproduction | $0.10 |
| 109285-00002 | 3/22/16 | Document Reproduction | $0.40 |
| 109285-00002 | 3/22/16 | Document Reproduction | $0.10 |
| 109285-00002 | 3/22/16 | Document Reproduction | $0.10 |
| 109285-00002 | 3/24/16 | Document Reproduction | $0.10 |
| 109285-00002 | 3/24/16 | Document Reproduction | $0.10 |
| 109285-00002 | 3/24/16 | Document Reproduction | $0.10 |
| 109285-00002 | 3/8/16 | Veritext Corp: Certified Transcript | $163.20 |
| 109285-00002 | 3/31/16 | Document Reproduction | $0.10 |
| 109285-00002 | 3/31/16 | Document Reproduction | $0.10 |
| 109285-00002 | 3/31/16 | Document Reproduction | $0.10 |
| 109285-00002 | 3/31/16 | Document Reproduction | $0.10 |
| 109285-00002 | 3/31/16 | Joseph H. Huston, Jr: Car For Vince Lazar Btwn Wilmington & PHL re Hearing (11/19/15) | $108.00 |
| 109285-00002 | 3/24/16 | Joseph H. Huston, Jr: Courtcall Appearance on 3/24/16 (JHH) | $30.00 |
| | | **TOTAL** | **$ 305.50** |