# **EXHIBIT A**

**Statement of Fees and Expenses by Subject Matter**

| Project Category Number | Matter Description | Total Hours Billed | Total Fees Requested |
|---|---|---|---|
| 006 | Business Operations | 0.90 | $930.00 |
| 007 | Case Administration | 12.20 | $5,278.50 |
| 008 | Claims Administration and Objections | 5.50 | $5,362.50 |
| 010 | Employee Benefits and Pensions | 3.40 | $3,220.00 |
| 011 | Employment and Fee Applications | 14.70 | $9,098.00 |
| 014 | Other Litigation | 18.10 | $18,019.00 |
| 015 | Meetings and Communications with Creditors | 7.60 | $7,734.50 |
| 016 | Non-Working Travel | 2.40 | $2,640.00 |
| 017 | Plan and Disclosure Statement | 20.70 | $20,850.00 |
| 021 | Tax | 0.60 | $585.00 |
| 024 | Hearings | 9.40 | $9,807.50 |
| 032 | Time Entry Review | 1.20 | $930.00 |
| 033 | Fee Objection Discussion and Litigation | 1.10 | $1,072.50 |
| **Total Incurred** | | **97.80** | **$85,527.50** |
| **Less Client Accommodation for Non-Working Travel (50% of fees incurred)** | | | **$(1,320.00)** |
| **Less Client Accommodation for Time Entry Review (100% of fees incurred)** | | | **$(930.00)** |
| **Total Requested** | | | **$83,277.50** |

ny-1230874

| Service Description | Amount |
|---|---|
| Travel | $260.00 |
| On-line Research - LEXIS | $67.20 |
| On-line Research - OTHER DATABASE | $338.00 |
| EDiscovery Fees | $9,645.54 |
| Court Filing Service | $37.00 |
| Miscellaneous Disbursement | $30.00 |
| **Total Requested** | **$10,377.74** |

ny-1230874

## **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The Morrison & Foerster attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Goren, Todd M. | Partner | 2003 | Business Restructuring & Insolvency | $975.00 | 40.20 | $39,195.00 |
| Kerr, Charles L. | Partner | 1984 | Litigation | $1,100.00 | 10.10 | $11,110.00 |
| Miller, Brett H. | Partner | 1992 | Business Restructuring & Insolvency | $1,150.00 | 14.20 | $16,330.00 |
| Harris, Daniel J. | Associate | 2008 | Business Restructuring & Insolvency | $775.00 | 9.50 | $7,362.50 |
| Richards, Erica J. | Associate | 2007 | Business Restructuring & Insolvency | $785.00 | 7.20 | $5,652.00 |
| Peck, James Michael | Senior Of Counsel | 1971 | Business Restructuring & Insolvency | $1,130 | 0.50 | $565.00 |

The paraprofessionals of Morrison & Foerster who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Guido, Laura | Senior Paralegal | 8.5 years | Business Restructuring & Insolvency | $330.00 | 16.10 | 5,313.00 |
| **Total Incurred:** | | | | | 97.80 | $85,527.50 |
| **Less Client Accommodation for Non-Working Travel (50% of fees incurred)** | | | | | | $(1,320.00) |
| **Less Client Accommodation for Time Entry Review (100% of fees incurred)** | | | | | | $(930.00) |
| **Total Requested** | | | | | | $83,277.50 |

# EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

## ALL - Expense Summary

| Service Description | Amount |
|---|---:|
| Travel | $260.00 |
| On-line Research - LEXIS | $67.20 |
| On-line Research - OTHER DATABASE | $338.00 |
| EDiscovery Fees | $9,645.54 |
| Court Filing Service | $37.00 |
| Miscellaneous Disbursement | $30.00 |
| **Total Requested** | **$10,377.74** |

ny-1230874

# **EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

**MORRISON | FOERSTER**

P.O. BOX 742335
LOS ANGELES
CALIFORNIA 90074-2335

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON D.C.,
DENVER, NORTHERN VIRGINIA,
SACRAMENTO

TOKYO, BEIJING, SHANGHAI,
HONG KONG, SINGAPORE

LONDON, BRUSSELS, BERLIN

Paul Keglevic
Energy Future Holdings Corp.
1601 Bryan Street
Dallas, Texas  75201

**Taxpayer ID #** ▮▮▮▮▮▮▮
Invoice Number: 5520328
Invoice Date: April 27, 2016

Client/Matter Number: 073697-0000001

Matter Name:   BANKRUPTCY OF ENERGY FUTURE HOLDINGS

RE:         BANKRUPTCY OF ENERGY FUTURE HOLDINGS

*For Disbursements Incurred through February 29, 2016*

|  | U.S. Dollars |
|---|---:|
| Current Disbursements | 10,377.74 |
| **Total This Invoice** | **10,377.74** |

**Payment may be made by Electronic Funds transfer to the firm's account**

[redacted]

**MORRISON | FOERSTER**

Matter Number: 073697-0000001  Invoice Number: 5520328
Matter Name: BANKRUPTCY OF ENERGY FUTURE HOLDINGS  Invoice Date: April 27, 2016

## Disbursement Detail

| Date | Description | Value |
|---|---|---|
| 29-Feb-16 | On-line Research – LEXIS (FEB 1-FEB 29) | 67.20 |
| 29-Feb-16 | On-line Research - OTHER DATABASE (FEB 1-FEB 29) | 338.00 |
| 09-Feb-16 | Travel, train, C. Kerr, travel to Delaware for hearing, 2/9/16 | 115.00 |
| 09-Feb-16 | Travel, train, C. Kerr, return travel from hearing in Delaware, 2/9/16 | 145.00 |
| 24-Feb-16 | Miscellaneous disbursement, T. Goren, CourtCall, 2/18 hearing | 30.00 |
| 08-Feb-16 | EDiscovery fees, EPIQ, review user monthly fee for January | 525.00 |
| 29-Feb-16 | EDiscovery fees, IRIS, eDiscovery services for February | 9,120.54 |
| 08-Feb-16 | Miscellaneous disbursement, E. Richards, CourtCall, 2/8 hearing | 37.00 |
| | **Current Disbursements** | **10,377.74** |