# EXHIBIT A

**Statement of Fees and Expenses by Subject Matter**

ny-1230883

| Project Category Number | Matter Description | Total Hours Billed | Total Fees Requested |
|---|---|---|---|
| 006 | Business Operations | 1.80 | $1,755.00 |
| 007 | Case Administration | 9.70 | $3,193.00 |
| 008 | Claims Administration and Objections | 6.90 | $5,948.50 |
| 014 | Other Litigation | 10.20 | $9,534.50 |
| 015 | Meetings and Communications with Creditors | 4.60 | $4,103.00 |
| 016 | Non-Working Travel | 4.20 | $4,095.00 |
| 017 | Plan and Disclosure Statement | 29.10 | $31,447.50 |
| 021 | Tax | 8.50 | $7,735.00 |
| 023 | Discovery | 1.20 | $654.00 |
| 024 | Hearings | 24.80 | $20,285.50 |
| 029 | Other Motions/Applications | 0.40 | $314.00 |
| **Total Incurred** | | **101.40** | **$89,065.00** |
| **Less Client Accommodation for Non-Working Travel (50% of fees incurred)** | | | **$(2,047.50)** |
| **Total Requested** | | | **$87,017.50** |

| Service Description | Amount |
|---|---|
| Travel | $237.00 |
| On-line Research - OTHER DATABASE | $264.50 |
| EDiscovery Fees | $525.00 |
| Court Filing Service | $114.00 |
| Business Meals | $12.58 |
| Miscellaneous Disbursement | $30.00 |
| On-line Research - OTHER DATABASE | $16.94 |
| **Total Requested** | **$1,200.02** |

# EXHIBIT B

**Attorneys and Paraprofessionals' Information**

ny-1230883

The Morrison & Foerster attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Goren, Todd M. | Partner | 2003 | Business Restructuring & Insolvency | $975.00 | 27.00 | $26,325.00 |
| Humphreys, Thomas A. | Partner | 1977 | Tax | $1,300.00 | 5.80 | $7,540.00 |
| Lawrence, J. Alexander | Partner | 1996 | Litigation | $995.00 | 0.40 | $398.00 |
| Miller, Brett H. | Partner | 1992 | Business Restructuring & Insolvency | $1,150.00 | 19.00 | $21,850.00 |
| Reigersman, Remmelt A. | Partner | 2007 | Tax | $925.00 | 2.00 | $1,850.00 |
| Birkenfeld, Alexander | Associate | 2014 | Tax | $510.00 | 3.00 | $1,530.00 |
| Harris, Daniel J. | Associate | 2008 | Business Restructuring & Insolvency | $775.00 | 8.20 | $6,355.00 |
| Richards, Erica J. | Associate | 2007 | Business Restructuring & Insolvency | $785.00 | 24.60 | $19,311.00 |
| Peck, James Michael | Senior Of Counsel | 1971 | Business Restructuring & Insolvency | $1,130.00 | 0.20 | $226.00 |

The paraprofessionals of Morrison & Foerster who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Guido, Laura | Senior Paralegal | 8.5 years | Business Restructuring & Insolvency | $330.00 | 10.00 | $3,300.00 |
| Braun, Danielle Eileen | Paralegal | 2.5 years | Business Restructuring & Insolvency | $310.00 | 0.40 | $124.00 |
| Bergelson, Vadim | eDiscovery Project Manager | 6 years | Litigation | $320.00 | 0.80 | $256.00 |
| **Total Incurred:** | | | | | 101.40 | $89,065.00 |
| **Less Client Accommodation for Non-Working Travel (50% of fees incurred)** | | | | | | $(2,047.50) |
| **Total Requested** | | | | | | $87,017.50 |

ny-1230883

# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

ny-1230883

## ALL - Expense Summary

| Service Description | Amount |
|---|---:|
| Travel | $237.00 |
| On-line Research - OTHER DATABASE | $264.50 |
| EDiscovery Fees | $525.00 |
| Court Filing Service | $114.00 |
| Business Meals | $12.58 |
| Miscellaneous Disbursement | $30.00 |
| On-line Research - OTHER DATABASE | $16.94 |
| **Total Requested** | **$1,200.02** |

# EXHIBIT D

**Detailed Description of Expenses and Disbursements**

**MORRISON | FOERSTER**

P.O. BOX 742335
LOS ANGELES
CALIFORNIA 90074-2335

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON D.C.,
DENVER, NORTHERN VIRGINIA,
SACRAMENTO

TOKYO, BEIJING, SHANGHAI,
HONG KONG, SINGAPORE

LONDON, BRUSSELS, BERLIN

Paul Keglevic
Energy Future Holdings Corp.
1601 Bryan Street
Dallas, Texas  75201

**Taxpayer ID #**
Invoice Number: 5520330
Invoice Date:  April 27, 2016

Client/Matter Number:  073697-0000001

Matter Name:    BANKRUPTCY OF ENERGY FUTURE HOLDINGS

RE:         BANKRUPTCY OF ENERGY FUTURE HOLDINGS

*For Disbursements Incurred through March 31, 2016*

|  | U.S.Dollars |
|---|---:|
| Current Disbursements | 1,200.02 |
| **Total This Invoice** | **1,200.02** |

**Payment may be made by Electronic Funds transfer to the firm's account**

# MORRISON | FOERSTER

Matter Number: 073697-0000001  
Matter Name: BANKRUPTCY OF ENERGY FUTURE HOLDINGS  
Invoice Number: 5520330  
Invoice Date: April 27, 2016

## Disbursement Detail

| Date | Description | Value |
|---|---|---:|
| 31-Mar-16 | On-line Research - OTHER DATABASE (MAR 1- MAR 31) | 264.50 |
| 18-Mar-16 | Travel, train, T. Goren, to/from Delaware for hearing, 3/21/16 | 216.00 |
| 21-Mar-16 | Travel, parking, T. Goren, parking at train station, 3/21/16 | 21.00 |
| 18-Mar-16 | Court filing service, B. Miller, CourtCall, 3/21/16 hearing | 30.00 |
| 08-Mar-16 | EDiscovery fees, EPIQ, review user monthly fee for February | 525.00 |
| 10-Mar-16 | Court filing service, D. Harris, CourtCall, 3/4/16 hearing | 114.00 |
| 21-Mar-16 | Travel meals, T. Goren, lunch while in Delaware for hearing, 3/21/16 | 8.75 |
| 21-Mar-16 | Travel meals, T. Goren, breakfast while traveling for hearing, 3/21/16 | 3.83 |
| 16-Mar-16 | On-line Research - OTHER DATABASE 6400 CSC TRUST CO. OF DELAWARE V. ENERGY FUTURE HOLDI 19 | 8.47 |
| 16-Mar-16 | On-line Research - OTHER DATABASE 6375 IN RE: ENERGY FUTURE HOLDINGS 19 | 8.47 |
| | **Current Disbursements** | **1,200.02** |