## **Exhibit A**

[Statement of Fees by Subject Matter]

55928096v1

| MATTER NUMBER | MATTER DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 001 | Case Administration | 0.6 | $535.00 |
| 003 | EFH Business Operations | 2.8 | $2,800.00 |
| 004 | EFH Contested Matters and Adversary Proceedings | 7.5 | $7,552.50 |
| 005 | EFH Corporate Governance and Board Matters | 23.0 | $24,542.50 |
| 006 | Discovery | 0.2 | $205.00 |
| 008 | Fee Applications and Objections | 11.5 | $10,555.00 |
| 010 | Hearings | 0.7 | $840.00 |
| 011 | Claims Investigations, Analyses and Objections | 0.6 | $565.00 |
| 014 | Non-Working Travel | 18.2 | $10,100.00 |
| 015 | Plan and Disclosure Statement | 154.3 | $157,572.00 |
| 016 | Tax | 290.6 | $238,619.00 |
| **TOTAL FOR ALL MATTER NOS.** | | **510.0** | **$453,886.00** |