# Exhibit B

[Attorneys' and Paraprofessionals' Information]

Proskauer attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Julie M. Allen | Partner | 1984 | Corporate | $1,350 | 10.5 | $14,175.00 |
| Richard M. Corn | Partner | 2005 | Tax | $925 | 60.4 | $55,870.00 |
| Michael E. Ellis | Partner | 2007 | Corporate | $925 | 1.4 | $1,295.00 |
| Michael A. Firestein | Partner | 1983 | Litigation | $1,025 | 11.5 | $11,787.50 |
| Daniel I. Ganitsky | Partner | 2001 | Corporate | $1,050 | 4.1 | $4,305.00 |
| Jeff J. Marwil | Partner | 1986 | Corporate | $1,200 | 2.9 | $3,480.00 |
| Lary Alan Rappaport | Partner | 1979 | Litigation | $950 | 1.3 | $1,235.00 |
| Stuart L. Rosow | Partner | 1976 | Tax | $1,350 | 33.0 | $44,550.00 |
| Mark K. Thomas | Partner | 1981 | Corporate | $1,200 | 63.0 | $75,600.00 |
|  |  |  |  | $600 | 10.0 | $6,000.00[1] |
| Peter J. Young | Partner | 2002 | Corporate | $1,000 | 106.6 | $106,600.00 |
|  |  |  |  | $500 | 8.2 | $4,100.00[1] |
| Bowon Koh | Associate | 2015 | Corporate | $445 | 3.0 | $1,335.00 |
| Joseph P. Malca | Associate | 2013 | Tax | $610 | 118.6 | $72,346.00 |
| Lara B. Miller | Associate | 2012 | Corporate | $695 | 5.6 | $3,892.00 |
| Jennifer L. Roche | Associate | 2007 | Litigation | $850 | 0.3 | $255.00 |
| Gary Silber | Associate | 2011 | Tax | $770 | 43.0 | $33,110.00 |
| Jeramy Webb | Associate | 2015 | Corporate | $445 | 20.9 | $9,300.50 |
| Jared D. Zajac | Associate | 2009 | Corporate | $825 | 5.6 | $4,620.00 |
| **Total** |  |  |  |  | **509.9** | **$453,856.00** |

---

[1] Represents a fifty percent (50%) reduction for non-working travel time.

55928096v1

Proskauer paraprofessionals who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Natasha Petrov | Paralegal | 1 year | Corporate | $300 | 0.1 | $30.00 |
| **Total** | | | | | **0.1** | **$30.00** |

| | | |
|---|---|---|
| **TOTAL FOR PROFESSIONALS AND PARAPROFESSIONALS** | 510.0 | $453,886.00 |