# Exhibit C

[Summary of Actual and Necessary Expenses for the Fee Period]

55928096v1

| EXPENSE CATEGORY | AMOUNT |
|---|---:|
| Reproduction Costs (at $0.10 per page) | $263.30 |
| Research (Lexis/Westlaw/Other Database Searches) | $4,344.00 |
| Travel Out-of-Town – Transportation | $1,351.35[1] |
| Taxi, Carfare, Mileage, Parking | $702.86[2] |
| Business Meals | $1,013.65[3] |
| Out-of-Town Lodging | $1,000.00[4] |
| Word Processing | $0.00[5] |
| Other Disbursements | $0.00[6] |
| **Total** | **$8,675.16** |

---

[1] Includes non-refundable first-class airfare reduced by 50% to approximate the cost differential between non-refundable first-class airfare and refundable coach-class fare, addressing the reimbursable cap imposed by the fee committee.

[2] Includes a reduction of $428.14 for cab and carfare expenses incurred that are not reimbursable pursuant to the fee committee guidelines.

[3] Includes a reduction of $629.65 for business meal expenses either (i) in excess of the reimbursable cap or (ii) that are not otherwise reimbursable pursuant to the fee committee guidelines.

[4] Includes a reduction of $292.20 for lodging expenses in excess of the reimbursable cap imposed by the fee committee.

[5] Reflects a reduction of $31.85 for word processing and proofreading expenses incurred that are not reimbursable pursuant to the fee committee guidelines.

[6] Reflects a reduction of $1,046.20 for certain professional service expenses that are not reimbursable pursuant to the fee committee guidelines.