## **Exhibit D**

[Detailed Description of Expenses and Disbursements]

**Disbursements and Other Charges**

| Date | Name | Description | Amount |
|---|---|---|---|
| 02/16/2016 | Gary Silber | Taxicab/car Svc.-Car service from office to home after 8:00 pm-4.1 hours worked | 94.15 |
| 02/29/2016 | Gary Silber | Taxicab/car Svc.-Car service from office to home after 8:00 pm-6.4 hours worked | 94.15 |
| 03/01/2016 | Gary Silber | Taxicab/car Svc.-Car service from office to home after 8:00 pm-5.3 hours worked | 94.15 |
| 03/01/2016 | Joseph P. Malca | Meals/dinner Voucher-Dinner after 8:00 pm-5.3 hours worked. | 31.45 |
| 03/01/2016 | Gary Silber | Dinner Voucher/sweb-Dinner after 8:00 pm-5/3 hours worked. | 35.73 |
| 03/01/2016 | Joseph P. Malca | Reproduction | 7.20 |
| 03/01/2016 | Joseph P. Malca | Reproduction | 5.30 |
| 03/01/2016 | Joseph P. Malca | Reproduction | 0.10 |
| 03/01/2016 | Peter J. Young | Reproduction | 1.00 |
| 03/02/2016 | Joseph P. Malca | Reproduction | 0.20 |
| 03/02/2016 | Joseph P. Malca | Reproduction | 0.20 |
| 03/02/2016 | Joseph P. Malca | Reproduction | 1.60 |
| 03/02/2016 | Joseph P. Malca | Reproduction | 5.30 |
| 03/02/2016 | Joseph P. Malca | Reproduction | 5.30 |
| 03/02/2016 | Gary Silber | Dinner Voucher/sweb-Dinner after 8:00 pm-4.8 hours worked. | 36.75 |
| 03/03/2016 | Gary Silber | Reproduction | 3.00 |
| 03/03/2016 | Joseph P. Malca | Reproduction | 1.60 |
| 03/03/2016 | Joseph P. Malca | Reproduction | 0.70 |
| 03/03/2016 | Mark K. Thomas | Reproduction | 1.80 |
| 03/03/2016 | Mark K. Thomas | Reproduction | 3.60 |
| 03/03/2016 | Kimberly White | Reproduction | 2.60 |
| 03/04/2016 | Paulette Lindo | Reproduction | 0.50 |
| 03/04/2016 | Paulette Lindo | Reproduction | 6.80 |
| 03/04/2016 | Paulette Lindo | Reproduction | 0.10 |
| 03/04/2016 | Paulette Lindo | Reproduction | 11.90 |
| 03/04/2016 | Paulette Lindo | Reproduction | 6.80 |
| 03/04/2016 | Gary Silber | Reproduction | 0.30 |
| 03/04/2016 | Joseph P. Malca | Reproduction | 11.80 |
| 03/04/2016 | Joseph P. Malca | Reproduction | 1.10 |
| 03/04/2016 | Gary Silber | Reproduction | 0.40 |
| 03/04/2016 | Gary Silber | Reproduction | 0.20 |
| 03/04/2016 | Gary Silber | Reproduction | 0.10 |
| 03/04/2016 | Joseph P. Malca | Reproduction | 0.10 |
| 03/04/2016 | Joseph P. Malca | Reproduction | 1.20 |

| Date | Name | Description | Amount |
|---|---|---|---|
| 03/04/2016 | Joseph P. Malca | Reproduction | 1.20 |
| 03/04/2016 | Joseph P. Malca | Reproduction | 11.20 |
| 03/05/2016 | Joseph P. Malca | Reproduction | 0.20 |
| 03/06/2016 | Joseph P. Malca | Reproduction | 0.50 |
| 03/06/2016 | Joseph P. Malca | Reproduction | 0.70 |
| 03/06/2016 | Joseph P. Malca | Reproduction | 0.70 |
| 03/06/2016 | Joseph P. Malca | Reproduction | 0.40 |
| 03/06/2016 | Joseph P. Malca | Reproduction | 0.40 |
| 03/06/2016 | Joseph P. Malca | Reproduction | 0.70 |
| 03/06/2016 | Joseph P. Malca | Reproduction | 0.10 |
| 03/06/2016 | Joseph P. Malca | Reproduction | 0.10 |
| 03/07/2016 | Paulette Lindo | Reproduction | 0.10 |
| 03/07/2016 | Paulette Lindo | Reproduction | 1.40 |
| 03/07/2016 | Paulette Lindo | Reproduction | 0.10 |
| 03/07/2016 | Paulette Lindo | Reproduction | 0.20 |
| 03/07/2016 | Gary Silber | Reproduction | 2.40 |
| 03/07/2016 | Joseph P. Malca | Reproduction | 0.20 |
| 03/07/2016 | Gary Silber | Reproduction | 2.40 |
| 03/07/2016 | Richard M. Corn | Lexis | 362.00 |
| 03/08/2016 | Jeramy Webb | Lexis | 270.00 |
| 03/08/2016 | Peter J. Young | Reproduction | 12.40 |
| 03/08/2016 | Jeramy Webb | Reproduction | 0.10 |
| 03/08/2016 | Jeramy Webb | Reproduction | 1.90 |
| 03/08/2016 | Jeramy Webb | Reproduction | 2.70 |
| 03/08/2016 | Jeramy Webb | Reproduction | 1.40 |
| 03/08/2016 | Jeramy Webb | Reproduction | 2.70 |
| 03/08/2016 | Jeramy Webb | Westlaw | 612.00 |
| 03/08/2016 | Jeramy Webb | Lexis | 119.00 |
| 03/09/2016 | Peter J. Young | Taxicab/car Svc.-XYZ Car Service from LaGuardia to hotel. | 56.81 |
| 03/09/2016 | Jeramy Webb | Westlaw | 1,329.00 |
| 03/09/2016 | Mark K. Thomas | Out Of Town Meals-M. Thomas, P. Young and J. Allen. | 120.00 |
| 03/09/2016 | Peter J. Young | Food Service/conf. Dining | 18.51 |
| 03/09/2016 | Peter J. Young | Food Service/conf. Dining | 13.07 |
| 03/09/2016 | Jeramy Webb | Lexis | 420.00 |
| 03/09/2016 | Peter J. Young | Out Of Town Meals-P. Young and M. Thomas | 45.11 |
| 03/09/2016 | Peter J. Young | Out Of Town Meals | 17.15 |
| 03/10/2016 | Peter J. Young | Airplane-Chicago to/from New York 3/9-10/16. | 615.10 |
| 03/10/2016 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Uber car service from O'Hare to home. | 75.00 |
| 03/10/2016 | Peter J. Young | Lodging-1 Night New York. | 500.00 |
| 03/10/2016 | Peter J. Young | Airplane-GoGo Air Internet. | 7.99 |

| Date | Name | Description | Amount |
|---|---|---|---|
| 03/10/2016 | Peter J. Young | Airplane-GoGo Air Internet on 3/9/16. | 7.98 |
| 03/10/2016 | Julie M. Allen | Food Service/conf. Dining | 69.41 |
| 03/10/2016 | Julie M. Allen | Food Service/conf. Dining | 412.36 |
| 03/10/2016 | Mark K. Thomas | Airplane-Chicago to New York on 3/9-10/16. | 720.28 |
| 03/10/2016 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-Uber car from home to O'Hare on 3/9/16. | 50.90 |
| 03/10/2016 | Mark K. Thomas | Lodging-1 Night New York. | 500.00 |
| 03/10/2016 | Jeramy Webb | Westlaw | 158.00 |
| 03/10/2016 | Peter J. Young | Out Of Town Meals | 5.87 |
| 03/10/2016 | Peter J. Young | Taxicab/car Svc.-XYZ Car Service from New York office to LaGuardia. | 57.70 |
| 03/10/2016 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Cab from O'Hare to home. | 60.00 |
| 03/10/2016 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-Cab from LaGuardia to Hotel on 3/9/16. | 45.00 |
| 03/10/2016 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-A1 Limo Service from O'Hare to home. | 75.00 |
| 03/11/2016 | Michael A. Firestein | Reproduction | 3.80 |
| 03/11/2016 | Peter J. Young | Local Meals-Working Lunch with M. Thomas. | 18.79 |
| 03/11/2016 | Paulette Lindo | Reproduction | 0.60 |
| 03/11/2016 | Paulette Lindo | Reproduction | 3.70 |
| 03/11/2016 | Paulette Lindo | Reproduction | 9.80 |
| 03/11/2016 | Paulette Lindo | Reproduction | 10.40 |
| 03/11/2016 | Richard M. Corn | Lexis | 362.00 |
| 03/13/2016 | Joseph P. Malca | Reproduction | 0.30 |
| 03/13/2016 | Joseph P. Malca | Reproduction | 0.20 |
| 03/13/2016 | Joseph P. Malca | Reproduction | 0.20 |
| 03/14/2016 | Joseph P. Malca | Reproduction | 1.60 |
| 03/14/2016 | Joseph P. Malca | Reproduction | 0.80 |
| 03/14/2016 | Joseph P. Malca | Reproduction | 0.60 |
| 03/14/2016 | Kimberly White | Reproduction | 0.80 |
| 03/14/2016 | Joseph P. Malca | Meals/dinner Voucher-Dinner after 8:00 pm-6.3 hours worked. | 28.20 |
| 03/15/2016 | Joseph P. Malca | Meals/dinner Voucher-Dinner after 8:00 pm-6.5 hours worked. | 28.90 |
| 03/15/2016 | Richard M. Corn | Lexis | 181.00 |
| 03/15/2016 | Jeramy Webb | Lexis | 184.00 |
| 03/15/2016 | Jeramy Webb | Westlaw | 99.00 |
| 03/15/2016 | Jeramy Webb | Reproduction | 0.10 |
| 03/15/2016 | Jeramy Webb | Reproduction | 2.60 |

| Date | Name | Description | Amount |
|---|---|---|---|
| 03/15/2016 | Jeramy Webb | Reproduction | 2.60 |
| 03/15/2016 | Jeramy Webb | Reproduction | 3.60 |
| 03/16/2016 | Jared Zajac | Reproduction | 0.40 |
| 03/16/2016 | Jeramy Webb | Reproduction | 1.00 |
| 03/16/2016 | Jeramy Webb | Reproduction | 0.50 |
| 03/16/2016 | Jeramy Webb | Reproduction | 0.50 |
| 03/16/2016 | Kimberly White | Reproduction | 2.70 |
| 03/16/2016 | Jeramy Webb | Reproduction | 0.10 |
| 03/16/2016 | Jeramy Webb | Reproduction | 0.10 |
| 03/16/2016 | Jeramy Webb | Westlaw | 99.00 |
| 03/16/2016 | Jeramy Webb | Lexis | 142.00 |
| 03/17/2016 | Jared Zajac | Reproduction | 2.00 |
| 03/17/2016 | Joseph P. Malca | Meals/dinner Voucher-Dinner after 8:00 pm-9.5 hours worked. | 6.65 |
| 03/18/2016 | Joseph P. Malca | Dinner Voucher/sweb-Dinner after 8:00 pm-10.0 hours worked. | 36.75 |
| 03/21/2016 | Jared Zajac | Reproduction | 0.20 |
| 03/21/2016 | Joseph P. Malca | Meals/dinner Voucher-Dinner after 8:00 pm-10.5 hours worked. | 29.90 |
| 03/22/2016 | Joseph P. Malca | Meals/dinner Voucher-Dinner after 8:00 pm-8.0 hours worked. | 30.60 |
| 03/22/2016 | Joseph P. Malca | Reproduction | 1.00 |
| 03/22/2016 | Joseph P. Malca | Reproduction | 0.60 |
| 03/22/2016 | Joseph P. Malca | Reproduction | 0.30 |
| 03/23/2016 | Joseph P. Malca | Reproduction | 1.60 |
| 03/23/2016 | Joseph P. Malca | Reproduction | 1.80 |
| 03/23/2016 | Joseph P. Malca | Reproduction | 3.90 |
| 03/23/2016 | Joseph P. Malca | Reproduction | 4.80 |
| 03/23/2016 | Joseph P. Malca | Reproduction | 0.20 |
| 03/23/2016 | Joseph P. Malca | Reproduction | 0.40 |
| 03/24/2016 | Paulette Lindo | Reproduction | 0.60 |
| 03/24/2016 | Paulette Lindo | Reproduction | 3.30 |
| 03/24/2016 | Joseph P. Malca | Reproduction | 19.80 |
| 03/24/2016 | Joseph P. Malca | Meals/dinner Voucher-Dinner after 8:00 pm-7.5 hours worked. | 28.45 |
| 03/25/2016 | Joseph P. Malca | Reproduction | 0.30 |
| 03/25/2016 | Joseph P. Malca | Reproduction | 3.70 |
| 03/25/2016 | Joseph P. Malca | Reproduction | 0.80 |
| 03/28/2016 | Joseph P. Malca | Reproduction | 2.50 |
| 03/28/2016 | Joseph P. Malca | Reproduction | 0.50 |
| 03/28/2016 | Joseph P. Malca | Reproduction | 2.10 |
| 03/28/2016 | Richard M. Corn | Lexis | 7.00 |
| 03/29/2016 | Joseph P. Malca | Reproduction | 0.60 |
| 03/29/2016 | Joseph P. Malca | Reproduction | 0.60 |
| 03/29/2016 | Joseph P. Malca | Reproduction | 0.60 |

| Date | Name | Description | Amount |
|---|---|---|---|
| 03/30/2016 | Joseph P. Malca | Reproduction | 0.10 |
| 03/31/2016 | Joseph P. Malca | Reproduction | 0.20 |
| 03/31/2016 | Joseph P. Malca | Reproduction | 6.20 |
| 03/31/2016 | Joseph P. Malca | Reproduction | 4.00 |
| 03/31/2016 | Joseph P. Malca | Reproduction | 2.80 |
| 03/31/2016 | Joseph P. Malca | Reproduction | 0.20 |
| 03/31/2016 | Joseph P. Malca | Reproduction | 0.80 |
| 03/31/2016 | Joseph P. Malca | Reproduction | 0.80 |
| 03/31/2016 | Joseph P. Malca | Reproduction | 0.30 |
| 03/31/2016 | Joseph P. Malca | Reproduction | 2.00 |
| 03/31/2016 | Joseph P. Malca | Reproduction | 0.20 |
| 03/31/2016 | Joseph P. Malca | Reproduction | 21.10 |
| 03/31/2016 | Joseph P. Malca | Reproduction | 0.40 |

**Disbursements and Other Charges** **$8,675.16**