**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| | ) | Jointly Administered |
| Debtors. | ) | **Objection Deadline: 5/11/16 @ 4:00 p.m. (ET)** |
| | ) | **Hearing Date: 5/18/16 @ 2:00 p.m. (ET).** |

**NOTICE OF APPLICATION TO AUTHORIZE EMPLOYMENT OF BENESCH,
FRIEDLANDER, COPLAN & ARONOFF, LLP AS DELAWARE COUNSEL
TO THE ENERGY FUTURE HOLDINGS CORP. FEE COMMITTEE,
*NUNC PRO TUNC* TO APRIL 7, 2016**

PLEASE TAKE NOTICE that the Fee Committee, appointed by Order of this Court in the above-captioned cases, has filed the *Application to Authorize Employment of Benesch, Friedlander, Coplan & Aronoff, LLP as Delaware Counsel to the Energy Future Holdings Corp. Fee Committee, Nunc Pro Tunc to April 7, 2016* (the "Application").

PLEASE TAKE FURTHER NOTICE that objections, if any to the Application, must be filed and served as to be received by **4:00 p.m. on May 11, 2016** (the "Objection Deadline"), by the Court, Debtors' counsel, and the following:

| | |
|---|---|
| Katherine Stadler, Esquire | Jennifer R. Hoover, Esquire |
| Godfrey & Kahn, S.C. | William M. Alleman, Jr., Esquire |
| One East Main Street | Benesch, Friedlander, Coplan & Aronoff, LLP |
| Madison, WI 53703 | 222 Delaware Avenue, Suite 801 |
| | Wilmington, DE 19801-1611 |

A HEARING ON THE APPLICATION WILL BE HELD BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, COURTROOM 6, U.S. BANKRUPTCY COURT, 5TH FLOOR, 824 NORTH MARKET STREET, WILMINGTON, DELAWARE, ON **MAY 18, 2016 AT 2:00 P.M. (ET).** IF NO OBJECTIONS ARE FILED AND RECEIVED BY THE OBJECTION DEADLINE, THE COURT MAY APPROVE THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these Chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

<table>
<tr><td>Dated:  April 27, 2016</td><td><b>BENESCH, FRIEDLANDER,<br>    COPLAN & ARONOFF LLP</b><br><br>By:     <i>/s/ Jennifer R. Hoover</i><br>Jennifer R. Hoover, Esquire (DE #5111)<br>William M. Alleman, Jr., Esquire (DE #5449)<br>222 Delaware Avenue, Suite 801<br>Wilmington, DE 19801<br>302-442-7010 telephone<br>302-442-7012 facsimile<br>jhoover@beneschlaw.com<br>walleman@beneschlaw.com<br><br><i>Proposed Counsel to the Energy Future Holdings Corp. Fee Committee</i><br><br>- and -<br><br><b>GODFREY & KAHN, S.C.</b><br>Katherine Stadler, Esquire<br>One East Main Street<br>Madison, WI 53703<br>(608) 257-3911 telephone<br>(608) 257-0609 facsimile<br>KStadler@gklaw.com<br><br><i>Counsel to the Energy Future Holdings Corp. Fee Committee</i></td></tr>
</table>