# **EXHIBIT B**

**IN THE UNITED STATE BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al*.,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| | ) | Jointly Administered |
| Debtors. | ) ) | **Re: D.I. _____** |

**ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION**
**OF BENESCH, FRIEDLANDER, COPLAN & ARONOFF, LLP**
**AS DELAWARE COUNSEL TO THE FEE COMMITTEE**

Upon the application (the "Application") of the Fee Committee in the above-captioned cases for entry of an order pursuant to sections 328 and 1103 of title 11 of the United States Code (the "Bankruptcy Code"), authorizing the Fee Committee to employ and to retain the law firm of Benesch, Friedlander, Coplan & Aronoff, LLP ("Benesch") as Delaware counsel in this case, *nunc pro tunc* to April 7, 2016, and upon the affidavit of Jennifer R. Hoover, a partner of Benesch (the "Hoover Declaration"); and the Court being satisfied based on the representations made in the Application and the Hoover Affidavit that Benesch neither holds nor represents any interest adverse to the Fee Committee or the estates of the Debtors with respect to the matters on which Benesch will be employed, that Benesch is a "disinterested" person as that term is defined in section 101(14) of the Bankruptcy Code, and that Benesch's employment is necessary and would be in the best interests of the estates herein; and due notice of the Application having been

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these Chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

given, and it appearing that no other notice need be given; and after due deliberation and sufficient cause appearing therefore, it is:

ORDERED that the Application is approved, as set forth herein; and it is further

ORDERED that, pursuant to section 1103 of the Bankruptcy Code, the Fee Committee is authorized to employ and retain Benesch as Delaware counsel to the Fee Committee, *nunc pro tunc* to April 7, 2016; and it is further

ORDERED that Benesch shall file applications and be compensated in accordance with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, the required U.S. Trustee Guidelines, and such other procedures as may be fixed by order of this Court. Benesch shall make a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures as set forth in the UST Guidelines, both in connection with this Application and the interim and final fee applications to be filed by Benesch in these chapter 11 cases; and it is further

ORDERED that this Court shall have exclusive jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

Dated: _____ 2016
       Wilmington, Delaware

 

                                                THE HONORABLE CHRISTOPHER S. SONTCHI
                                                U.S. Bankruptcy Court Judge