# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

IN RE:                                §

EFH CORPORATE SERVICES COMPANY        §
                                      §    CASE NO. 14-10996-CSS
Debtor(s)                                  (Chapter 11)
                                      §

## WITHDRAWAL

NOW COMES, City of Mineral Wells in the above-entitled bankruptcy proceeding, by and through its attorneys, PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P., and does hereby withdraw its proof of claim filed on or about 10/27/15 (Claim No. 12714) in this bankruptcy case.

Respectfully Submitted,

**PERDUE, BRANDON, FIELDER,
COLLINS & MOTT, L.L.P.**
Attorneys for Claimant

By: _____
EBONEY COBB
State Bar No. 24048397
500 E. Border St, Suite 640
Arlington, Texas 76010
Phone: (817) 461-3344
Fax: (817) 860-6509
Email: ecobb@pbfcm.com

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above document was sent via regular U.S. first class mail to the following parties on this the 14th day of April, 2016:

| Daniel J DeFranceschi | US Trustee |
|---|---|
| One Rodney Square | 844 King Street, Room 2207 |
| PO Box 551 | Lockbox #35 |
| Wilmington, DE 19899 | Wilmington, DE 19899-0035 |

_____
EBONEY COBB



02 1P   $ 001.99⁰
0000832029   APR 22 2016
MAILED FROM ZIP CODE 76010



USPS TRACKING #

9114 9999 9170 3232 5310 49

RECEIVED

APR 2 6 2016

LEGAL SERVICES



PerdueBrandonFielderCollins&Mott LLP
ATTORNEYS AT LAW
500 E. BORDER STREET, Ste. 640
ARLINGTON, TEXAS 76010

TO:

ENERGY FUTURE HOLDINGS CORP
c/o Epiq Bankruptcy Solutions, LLC
PO BO 4421
BEAVERTON OR 97076-4421

FIRST CLASS MAIL



COPY

Document Control