## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

2016 APR 19 AM 9: 05

US BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN RE:                                                    §

EFH CORPORATE SERVICES COMPANY    §

                                                                  §    CASE NO. 14-10996-CSS

Debtor(s)                                                        (Chapter 11

Filed: USBC - District of Delaware
Energy Future Holdings Corp. (COR)
14-10979(CSS)

0000001579

                                                                  §

### WITHDRAWAL

NOW COMES, Forney ISD in the above-entitled bankruptcy proceeding, by and through its attorneys, PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P., and does hereby withdraw its proof of claim filed on or about 5/12/14 (Claim No. 62) in this bankruptcy case.

Respectfully Submitted,

PERDUE, BRANDON, FIELDER,
COLLINS & MOTT, L.L.P.
Attorneys for Claimant

By: _____
EBONEY COBB
State Bar No. 24048397
500 E. Border St, Suite 640
Arlington, Texas 76010
Phone: (817) 461-3344
Fax: (817) 860-6509
Email: ecobb@pbfcm.com

### CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above document was sent via regular U.S. first class mail to the following parties on this the 14th day of April, 2016:

| | |
|---|---|
| Daniel J DeFranceschi<br>One Rodney Square<br>PO Box 551<br>Wilmington, DE 19899 | US Trustee<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19899-0035 |

EBONEY COBB



**UNITED STATES POSTAL SERVICE**

**USPS TRACKING #**

9114 9999 9170 3232 5310 18

**RECEIVED**

APR 2 6 2016

**LEGAL SERVICES**

PerdueBrandonFielderCollins&Mott LLP
ATTORNEYS AT LAW
500 E. BORDER STREET, Ste. 640
ARLINGTON, TEXAS 76010

TO:

ENERGY FUTURE HOLDINGS CORP
c/o Epiq Bankruptcy Solutions, LLC
PO Box 4421
BEAVERTON OR 97076-4421

**FIRST CLASS MAIL**

**COPY**
Document Control