UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:

LUMINANT MINERAL DEVELOPMENT
COMPANY, LLC

Debtor(s)

§
§
§
§
§

CASE NO. 14-11040-CSS
(Chapter 11)

FILED
2016 APR 19 AM 9:03
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Filed: USBC - District of Delaware
Energy Future Holdings Corp. (COR)
14-10979(CSS)
0000001595

## WITHDRAWAL

NOW COMES, Everman ISD in the above-entitled bankruptcy proceeding, by and through its attorneys, PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P., and does hereby withdraw its proof of claim filed on or about 11/6/15 (Claim No. 13133) in this bankruptcy case.

Respectfully Submitted,

PERDUE, BRANDON, FIELDER,
COLLINS & MOTT, L.L.P.
Attorneys for Claimant

By: _____
EBONEY COBB
State Bar No. 24048397
500 E. Border St, Suite 640
Arlington, Texas 76010
Phone: (817) 461-3344
Fax: (817) 860-6509
Email: ecobb@pbfcm.com

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above document was sent via regular U.S. first class mail to the following parties on this the 14th day of April, 2016:

| | |
|---|---|
| Daniel J DeFranceschi<br>One Rodney Square<br>PO Box 551<br>Wilmington, DE 19899 | US Trustee<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19899-0035 |

EBONEY COBB





RECEIVED

APR 26 2016

LEGAL SERVICES

**COPY**

Document Control

**PerdueBrandonFielderCollins&Mott LLP**
ATTORNEYS AT LAW
500 E. BORDER STREET, Ste. 640
ARLINGTON, TEXAS 76010

TO:

ENERGY FUTURE HOLDINGS CORP
c/o Epiq Bankruptcy Solutions, LLC
PO Box 4421
BEAVERTON OR 97076-4421

**FIRST CLASS MAIL**