# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,<br><br>　　　　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered) |
| DELAWARE TRUST COMPANY, as TCEH First Lien Indenture Trustee,<br><br>　　　　　　　　　　　　　　Plaintiff,<br><br>　　-against-<br><br>WILMINGTON TRUST, N.A., as First Lien Collateral Agent and First Lien Administrative Agent,<br><br>　　　　　　　　　　　　　　Defendants,<br><br>　　-and-<br><br>MORGAN STANLEY CAPITAL GROUP INC., J. ARON & COMPANY, and TITAN INVESTMENT HOLDINGS LP,<br><br>　　　　　　　　　　　　　　Intervenors. | Adversary Proceeding<br><br>Case No. 15-51239 (CSS) |

**AMENDED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON APRIL 29, 2016 AT 10:00 A.M. (EASTERN TIME)**[1]

**BY AGREEMENT OF THE PARTIES AND THE COURT, THE HEARING HAS BEEN CONTINUED TO MAY 16, 2016 AT 11 A.M.**

---

[1] Please note that the hearing is before the Honorable Christopher S. Sontchi in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801. Any person who wishes to appear telephonically at the hearing must contact COURTCALL, LLC at 866-582-6878 by noon one (1) day prior to the hearing.

I. **CONTINUED MATTER**

1. Motion of Delaware Trust Company for Stay Pending Appeal of Allocation Order Pursuant to Bankruptcy Rule 8007 [Filing Date: 3/23/16; Adv. D.I. 95]

    Related Documents:

    A. Order Granting Motion of Delaware Trust Company for Temporary Stay Pending Appeal of Allocation Order Pursuant to Bankruptcy Rule 8007 [Filing Date: 3/24/16; D.I. 104]

    Response Deadline:  Updated Opposition Brief 4/15/16; Reply Brief 4/25/16

    Responses Received:

    A. Defendants' Brief in Opposition to Plaintiff's Motion for Stay Pending Appeal of Allocation Order Pursuant to Bankruptcy Rule 8007 [Filing Date: 3/24/16; D.I. 103]

    B. Intervenor Defendants' Updated Brief in Opposition to Plaintiff's Motion for Stay Pending Appeal of Allocation Order Pursuant to Bankruptcy Rule 8007 [Filing Date: 4/15/16; D.I. 112]

    C. Reply Brief in Further Support of Motion of Plaintiff-Appellant Delaware Trust Company for Stay Pending Appeal [Filing Date: 4/25/16; D.I. 113]

    Status: The Parties are exploring a potential agreement to resolve the Intervenors' opposition to the Motion. **By agreement of the Parties and the Court, the hearing has been continued to May 16, 2016 at 11 a.m. Following consultation with Intervenors' counsel, Delaware Trust Company intends to submit an Amended Order Granting Motion of Delaware Trust Company for Temporary Stay Pending Appeal of Allocation Order Pursuant to Bankruptcy Rule 8007 further extending the temporary stay through May 16, 2016.**

Dated: April 28, 2016         **BAYARD, P.A.**
Wilmington, Delaware

*/s/ GianClaudio Finizio*_____
Neil B. Glassman (No. 2087)
GianClaudio Finizio (No. 4253)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395

-and-

**KOBRE & KIM LLP**
Michael S. Kim
Jeremy C. Hollembeak
Benjamin J.A. Sauter
Melanie L. Oxhorn
800 Third Avenue
New York, New York 10022
Telephone:  (212) 488-1200
Facsimile:  (212) 488-1220

*Attorneys for Appellant, Delaware Trust Company, as TCEH First Lien Indenture Trustee*