**EXHIBIT A**

**Statement of Fees and Expenses by Subject Matter**

**COMPENSATION BY PROJECT CATEGORY**
**MARCH 1, 2016 THROUGH MARCH 31, 2016**

| Matter Number | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| Applicable to All Debtors[1] | | | |
| 12 | Tax Analysis | N/A | N/A |
| 25 | Public Policy Advice | N/A | N/A |
| 30 | Employment and Fee Applications | 12.5 | $5,337.00 |
| 46 | Budget-Related Work | 1.6 | $1,151.00 |
| Total for All-Debtor Matters | | 14.1 | $6,488.00 |
| Applicable to TCEH Debtors | | | |
| 4 | Litigation:  Disputes and Potential Litigation with Aurelius | N/A | N/A |
| 8 | Litigation:  FPL v. TXU (Texas Supreme Court) | N/A | N/A |
| 13 | Litigation:  FOIA Disputes and EPA Matters | N/A | N/A |
| 16 | Litigation:  Sierra Club – Eastern District of Texas | N/A | N/A |
| 17 | Litigation:  Sierra Club – Western District of Texas | N/A | N/A |
| 18 | Litigation:  NSR Case | 16.7 | $14,287.00 |
| 22 | Litigation:  2004 FPL Lawsuit | N/A | N/A |
| 23 | Litigation:  2011 FPL Lawsuit | N/A | N/A |
| 24 | Litigation:  FPL Offer Curves Dispute | N/A | N/A |
| 41 | SEC Matters | N/A | N/A |
| 43 | Corporate Matters | 3.2 | $2,800.00 |
| 48 | TCEH Going Public Transactions | 124.1 | $87,981.50 |
| 49 | TCEH Notes Offering | N/A | N/A |
| 50 | Project Longhorn | 133.9 | $85,732.00 |
| 52 | Project Titan | 7.0 | $5,082.00 |
| Total for TCEH Matters | | 284.9 | $195,882.50 |
| Applicable to EFIH Debtors | | | |
| 27 | First Lien DIP Exchange Offer | N/A | N/A |

---

[1]   Matter categories applicable to all Debtors are allocated to each Debtor in the same proportion as the amount incurred by each Debtor to its direct benefit on a monthly basis.  In this Monthly Fee Statement, 100% of the fees ($202,370.50) shall be allocated to the TCEH estate, 0.0% of the fees ($0.00) shall be allocated to the EFIH estate, and 0.0% of the fees ($0.00) shall be allocated to the EFH estate.

| 28 | Second Lien DIP Tender Offer | N/A | N/A |
|----|------------------------------|-----|-----|
| 29 | Second Lien DIP Notes Offering | N/A | N/A |
| 34 | SEC Matters | N/A | N/A |
| 35 | Corporate Matters | N/A | N/A |
| Total for EFIH Matters | | N/A | N/A |
| Applicable to EFH Debtors | | | |
| 31 | SEC Matters | N/A | N/A |
| 32 | Corporate Matters | N/A | N/A |
| Total for EFH Matters | | N/A | N/A |
| **Total** | | **299.0** | **$202,370.50** |

2

## EXPENSE SUMMARY
## MARCH 1, 2016 THROUGH MARCH 31, 2016

| Expenses Category | Total Expenses |
| --- | --- |
| Filing Fees | $2,075.00 |
| **Total:** | **$2,075.00** |