# EXHIBIT B

**Attorneys and Paraprofessionals' Information**

The Gibson Dunn professionals and paraprofessionals who rendered professional services in these cases during the Fee Period are:

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| William B. Dawson | Partner. Joined firm as a Partner in 2011. Member of TX Bar since 1975. | $1,030.00 | 1.8 | $1,854.00 |
| Andrew L. Fabens | Partner. Became a Partner in 2009. Member of NY Bar since 2001. | $1,100.00 | 5.3 | $5,830.00 |
| Stacie B. Fletcher | Partner. Became a Partner in 2006. Member of VA Bar since 2006, and DC Bar since 2007. | $895.00 | 0.9 | $805.50 |
| Joseph Kattan | Partner. Became a Partner in 1997. Member of DC Bar since 1980. | $1,030.00 | 2.8 | $2,884.00 |
| Robert B. Little | Partner. Joined firm as a Partner in 2011. Member of TX Bar since 1998. | $875.00 | 43.9 | $38,412.50 |
| Michael L. Raiff | Partner. Joined firm as a Partner in 2011. Member of TX Bar since 1992. | $930.00 | 9.3 | $8,649.00 |
| David L. Sinak | Partner. Joined firm as a Partner in 2002. Member of TX Bar since 1979. | $1,110.00 | 1.7 | $1,887.00 |
| Andrew Cline | Of Counsel. Joined firm as an associate in 1999. Member of D.C. Bar since 2000. | $745.00 | 0.5 | $372.50 |
| Eric M. Scarazzo | Of Counsel. Joined firm as an associate in 2005. Member of NY Bar since 2006. | $855.00 | 6.9 | $5,899.50 |
| Matthew G. Bouslog | Associate. Joined firm as an associate in 2012. Member of CA Bar since 2011. | $675.00 | 2.2 | $1,485.00 |

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Caitlin Calloway | Associate. Joined firm as an Associate in 2012. Member of TX Bar since 2012. | $560.00 | 6.5 | $3,640.00 |
| Michael Q. Cannon | Associate. Joined firm as an Associate in 2014. Member of TX Bar since 2012. | $650.00 | 10.6 | $6,890.00 |
| Russell H. Falconer | Associate. Joined firm as an Associate in 2011. Member of TX Bar since 2009. | $650.00 | 3.8 | $2,470.00 |
| Timothy P. Fisher | Associate. Joined firm as an associate in 2013. Member of TX Bar since 2013. | $535.00 | 70.1 | $37,503.50 |
| Krista P. Hanvey | Associate. Joined firm as an associate in 2009. Member of TX Bar since 2009. | $770.00 | 0.9 | $693.00 |
| Robert Nichols | Associate. Joined firm as an Associate in 2015. Member of CA Bar since 2012, and DC Bar since 2014. | $650.00 | 5.6 | $3,640.00 |
| Needhi N. Vasavada | Associate. Joined firm as an associate in 2014. Member of TX Bar since 2014. | $480.00 | 12.7 | $6,096.00 |
| Elizabeth M. Viney | Associate. Joined firm as an Associate in 2012. Member of TX Bar since 2011, and LA Bar since 2011. | $565.00 | 0.9 | $508.50 |
| Jonathan M. Whalen | Associate. Joined firm as an Associate in 2009. Member of TX Bar since 2009. | $675.00 | 100.7 | $67,972.50 |

RLF1 14444158v.1

3

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Duke K. Amponsah | Paralegal. Joined firm as a Paralegal in 2012. | $410.00 | 11.7 | $4,797.00 |
| Louie S. Hopkins | Paralegal. Joined firm as a Paralegal in 1998. | $405.00 | 0.2 | $81.00 |
| **TOTAL** | | | **299.0** | **$202,370.50** |
| **Blended Rate** | | **$676.82** | | |

3