## **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

## EXPENSE SUMMARY
## MARCH 1, 2016 THROUGH MARCH 31, 2016

**Applicable to TCEH Debtors**

| Expenses Category | Total Expenses |
|---|---:|
| Filing Fees | $2,075.00 |
| **Total:** | **$2,075.00** |

**TOTAL EXPENSES:**                                                                  **$2,075.00**

RLF1 14444158v.1