## EXHIBIT D

**Detailed Description of Expenses and Disbursements**

| Invoice Number | Matter Name | Date | Name Of Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 2016043066 | TCEH | 2016418 | Hopkins, Louie S. | Filing Fees | | 0 | $1,650.00 | La Frontera Generation, LLC, et al; Delaware Franchise Tax Filing In Preparation For Merger |
| 2016043066 | TCEH | 2016418 | Fisher, Timothy P. | Filing Fees | | 0 | $425.00 | Filing Merger With Secretary Of State Of Delaware. LA Frontera Generation, LLC et al With And Into LA Frontera Holdings LLC |