# Court Conference

## U.S. Bankruptcy Court-Delaware
### Confirmed Telephonic Appearance Schedule
### Honorable Christopher S. Sontchi

Calendar Date: 04/28/2016
Calendar Time: 03:00 PM ET

#6
1st Revision 04/28/2016 11:02 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10919 | Hearing | 7580733 | Joshua H. Apfel | (212) 408-1118 | Chadbourne & Parke LLP | Interested Party, NextEra Energy / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7575523 | Derek C. Abbott | (302) 351-9357 | Morris Nichols Arsht & Tunnell LLP | Creditor, Kohlberg Kravis & Robert Co., et al / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7575424 | Jacob A. Adlerstein | (212) 373-3142 | Paul Weiss Rifkind Wharton & Garrison | Creditor, Steeling Comitee of Lenders / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7575467 | Scott L. Alberino | (202) 887-4000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Ad Hoc Committee of Unsecure Note Holders / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7576405 | Ashley F. Bartram | (512) 475-4937 | State of Texas - Office of the Attorney General -Bankruptcy & Collections Div.Only | Interested Party, Public Utility of Texas / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7581394 | Monica S. Blacker | (214) 953-6000 | Jackson Walker LLP | Interested Party, Holtcat / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7575460 | Peg A. Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Dow Jones & Co. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7575501 | Matthew Brod | (212) 530-5460 | Milbank, Tweed, Hadley & McCloy, LLP | Creditor, Citibank / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7575480 | Mark A. Cody | (312) 269-4392 | Jones Day | Creditor, Oncor Electric Delivery Holdings Company, LLC / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7575428 | Howard A. Cohen | (302) 467-4200 | Drinker Biddle & Reath LLP | Creditor, Citi Bank / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7575830 | Michael D. DeBaecke | (302) 425-6400 | Blank Rome LLP | Interested Party, Wilmington Trust / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7575579 | Daniel DeFranceschi | (302) 651-7700 | Richards, Layton & Finger, P.A. | Debtor, Energy Future Holdings Corp. / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7580786 | Gregory T. Donilon | (302) 504-1737 | Pinckney, Weidinger, Urban & Joyce LLC | Creditor, Automatic Systems, Inc. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7574423 | Stacey Dore | (212) 446-6411 | Energy Future Holdings Corp. | Debtor, Energy Future Holdings / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7575419 | Justin K. Edelson | (302) 252-0925 | Polsinelli PC | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7575466 | Catherine Eisenhut | (941) 306-7283 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Ad Hoc Committee of Unsecure Note Holders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7575376 | Jamie L. Edmonson | (302) 298-3520 | Venable LLP | Creditor, Pimco / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7575493 | Benjamin D. Feder | (212) 808-7925 | Kelley Drye & Warren LLP | Creditor, CSC Inventure / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7576825 | Jeffrey R. Fine | (214) 462-6455 | Dykema Gossett PLLC | Interested Party, Tex-la Electric / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7576036 | GianClaudio Finizio | (302) 429-9240 | Bayard P.A. | Trustee, Delaware Trust / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7575753 | Mark A. Fink | (302) 504-7811 | Montgomery, McCracken, Walker & Rhoads, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7575475 | Mark Flannagan | (212) 808-7925 | UMB Bank | Creditor, UMB Bank N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7575484 | David M. Fournier | (302) 777-6565 | Pepper Hamilton LLP | Creditor, Oncor / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7578029 | Simon Fraser | (302) 295-2000 | Cozen O'Connor | Creditor, J. Aron / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7575415 | Julia Frost-Davies | (617) 951-8422 | Morgan Lewis & Bockius LLP | Interested Party, Pacific Investment Management Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7580704 | Richard Gitlin - Client | (608) 284-2654 | Godfrey & Kahn, S. C. | Client, Richard Gitlin / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7575478 | Brian Glueckstein | 212-558-4000 | Sullivan & Cromwell LLP | Creditor, Unsecured Creditors Committee / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7575638 | Todd M. Goren | (212) 468-8000 | Morrison & Foerster LLP | Representing, The Official Committee of Unsecured Creditors / LIVE |

| Party | Case | Type | CourtCall ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7578938 | Isley M Gostin | (202) 663-6551 | WilmerHale LLP | Creditor, Delaware Trust Co. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7578974 | Jennifer Guerard | (416) 361-3385 | Borealis Infrastructure | Interested Party, Borealis Infrastructure / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7575372 | Kurt Gwynne | (302) 778-7550 | Reed Smith LLP | Creditor, Bank of New York Mellon / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7575504 | Christopher Hahm | (212) 530-5198 | Milbank, Tweed, Hadley & McCloy, LLP | Creditor, Citibank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7580665 | Thomas Hals | (610) 544-2712 | Thomson & Reuters | Interested Party, Thomson & Reuters / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7574107 | Mark W. Hancock | (608) 284-2654 | Godfrey & Kahn, S. C. | Interested Party, The Fee Committee / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7575472 | Mark F. Hebbeln | (312) 832-4394 | Foley & Lardner, LLP | Creditor, UMB Bank N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7575514 | Daniel K. Hogan | (302) 656-7540 | Hogan McDaniel | Creditor, Fenicle / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7576179 | Jeremy Hollembeak | (212) 530-5189 | Kobre & Kim LLP | Trustee, Delaware Trust Company et al / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7574382 | Chad J. Husnick | (312) 862-2009 | Kirkland & Ellis LLP | Creditor, UMB / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7573281 | Harold Kaplan | (312) 832-4393 | Foley & Lardner LLP | Debtor, Energy Future Holdings / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7574440 | Natasha Hwangpo | (212) 909-3198 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7575613 | David M. Klauder | (302) 803-4600 | Bielli & Klauder, LLC | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7574151 | Alan Kornberg | 212-373-3209 | Paul Weiss Rifkind Wharton & Garrison | Interested Party, Steering Committee of TCEH Lenders / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7574402 | Marc Kieselstein | 312-861-2287 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7578149 | Amy Kyle | 617-951-8288 | Morgan Lewis & Bockius LLP | Interested Party, Pacific Investment Management Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7578148 | Thomas Lauria | (212) 819-8200 | White & Case LLP | Creditor, Ad Hoc Committee TCEH Unsecured Note Holders / LIVE |

| Case Name | Case # | Type | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7576118 | Vincent Lazar | 312-923-2989 | Jenner & Block LLP | Debtor, Energy Future Intermediate Holding Company LLC / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7575425 | Raymond Lemisch | (302) 552-5503 | Klehr Harrison Harvey Branzburg LLP | Creditor, UMB Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7575452 | Carol W. Levy | (212) 307-5500 | Venable LLP | Creditor, Pacific Investement Management Company / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7575086 | Catherine LoTempio | (212) 574-1632 | Seward & Kissel LLP | Creditor, Wilmington Trust N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7575450 | Daniel A. Lowenthal | (212) 336-2720 | Patterson Belknap Webb & Tyler | Creditor, Law Debenture Trust Company of New York / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7575574 | Jason M. Madron | (302) 651-7793 | Richards, Layton & Finger, P.A. | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7575369 | Jonathan D. Marshall | (617) 856-8326 | Brown Rudnick LLP | Interested Party, Wilmington Savings Fund Society, FSB / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7580862 | Luckey McDowell | (214) 953-6571 | Baker Botts LLP | Interested Party, Hunt Utility Services / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7574393 | Mark E. McKane | (415) 439-1400 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7575483 | R. Stephen McNeill | (302) 984-6171 | Potter Anderson & Corroon LLP | Interested Party, Deutsche Bank / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7575461 | Stephen Miller | (302) 888-6853 | Morris James LLP | Creditor, Law Debenture Trust Company of New York / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7575698 | Pauline K. Morgan | (302) 571-6707 | Young, Conaway Stargatt & Taylor, LLP | Creditor, TCEH First Lein Creditor / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7576426 | Hal F. Morris | (512) 475-4550 | State of Texas - Office of the Attorney General - Bankruptcy & Collections Div. Only | Interested Party, Public Utility of Texas / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7576046 | Tina Moss | (212) 262-6910 | Perkins Coie LLP | Trustee, Delaware Trust Company / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7575465 | Joanna S. Newdeck | (202) 887-4288 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Ad Hoc Committee of Unsecure Note Holders / LISTEN ONLY |

| Case | Type | CourtCall ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7575572 | Rachel R. Obaldo | (512) 475-4932 | State of Texas - Office of the Attorney General - Bankruptcy & Collections Div. Only | Creditor, Texas Controller of Public Accounts / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7574170 | Kevin O'Neill | (212) 373-3000 | Paul Weiss Rifkind Wharton & Garrison | Creditor, Steering Committee of TCEH Lenders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7575395 | Richard Pedone | (617) 345-6139 | Nixon Peabody LLP | Creditor, Americna Stock Transfer / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7575652 | Erica Richards | (212) 468-8000 | Morrison & Foerster LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7578052 | Rachael Ringer | (212) 715-9506 | Kramer Levin Naftalis & Frankel LLP | Creditor, Second Lien Noteholders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7575528 | Matthew M. Roose | (212) 859-8029 | Fried, Frank, Harris, Shriver & Jacobson LLP | Creditor, Fidelity / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7576325 | Jeff Rosenbaum | (212) 300-1309 | York Capital Management, (U.S. Advisors) LP | Creditor, York Capital Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7575448 | Jeffrey S. Sabin | (212) 307-5500 | Venable LLP | Creditor, Pacific Investement Management Company / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7574309 | Edward Sassower | 212-446-4733 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7581498 | Richard Schepacarter | 302-573-6491 | Office of the United States Trustee | U.S. Trustee, Richard Schepacarter / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7575665 | Jeffrey M. Schlerf | (302) 622-4212 | Fox Rothschild LLP | Interested Party, Ad Hoc Group of TCEH Unsecured Noteholders / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7580603 | Erik Schneider | (617) 345-1112 | Nixon Peabody LLP | Creditor, American Stock Transfer / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7575494 | Ned S. Schodek | (212) 848-7052 | Shearman & Sterling LLP | Interested Party, Deutsche Bank AG New York Branch / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7575616 | Steven R. Schwartz | (212) 848-7237 | Shearman & Sterling LLP | Creditor, DB / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7578145 | J. Christopher Shore | 212-819-8394 | White & Case LLP | Creditor, Ad Hoc Committee TCEH Unsecured Note Holders / LIVE |

| Party | Case | Type | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7578804 | Angelo Thalassinos | (212) 566-6690 | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7578801 | Andrew M. Thau | (212) 915-1232 | Cantor Fitzgerald | Interested Party, Cantor Fitzgerald / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7575565 | Mark K. Thomas | (312) 962-3550 | Proskauer Rose LLP | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7580700 | Amer Tiwana | (203) 569-4318 | CRT Capital Group, LLC | Interested Party, CRT Capital / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7575404 | Carl Tullson | (312) 407-0379 | Skadden Arps Slate Meagher & Flom (Chicago) | Creditor, Texas Transmission Investment LLC / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7575344 | Matthew Underwood | 212-588-5148 | HBK Capital | Interested Party, HBK Capital / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7578141 | Tamara Van Heel | (305) 995-5232 | White and Case | Creditor, Ad Hoc Committee TCEH Unsecured Note holders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7575373 | Christopher A. Ward | (302) 252-0922 | Polsinelli PC | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7581431 | Jeffrey Weiss | (214) 977-8708 | Dallas Morning News | Interested Party, Jeffrey Weiss / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7582285 | Brady C. Williamson | (608) 284-2642 | Godfrey & Kahn, S. C. | Interested Party, Godfrey & Kahn, S.C. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7574458 | Aparna Yenamandra | (212) 446-4800 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7575554 | Peter Young | (312) 962-3528 | Proskauer Rose LLP | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7578953 | Steven Zucchet | (416) 361-5675 | Borealis Infrastructure | Interested Party, Borealis Infrastructure / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (15-5138 6) | Hearing | 7573399 | Seth Goldman | (213) 683-9554 | Munger, Tolles & Olson LLP | Interested Party, Energy Future Holdings / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (15-5138 6) | Hearing | 7576601 | David P. Primack | (302) 300-4515 | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Representing, TECH Debtors / LIVE |
| Energy Future Holdings Corp. | 14-10979 (15-5138 6) | Hearing | 7573381 | Thomas Walper | (213) 593-5393 | Munger, Tolles & Olson LLP | Interested Party, Energy Future Holdings / LIVE |

| Energy Future Holdings Corp. | 14-10979 (15-5191 7) | Hearing | 7573413 | Emily A Bussigel | (213) 683-9212 ext. 2428 | Munger, Tolles & Olson LLP | Interested Party, Energy Future Holdings / LISTEN ONLY |

Copyright © 2016 CourtCall, LLC. All Rights Reserved.