## **Exhibit A**

RLF1 14453824v.1

**Ordinary Course Professional Quarterly Statement of Payments**

| OCP | Service Description | For the Postpetition Period of January 01, 2016 to March 31, 2016 | | | Aggregate Postpetition Payments Through March 31, 2016 | |
|---|---|---|---|---|---|---|
| | | Compensation for Services / Expense Reimbursement [1] | Average Monthly Compensation | Total Payments | Compensation for Services / Expense Reimbursement [1] | Total Payments |
| **Tier 1 OCP's (3-Month Rolling Average Cap of $450,000)** | | | | | | |
| Bracewell & Giuliani LLP | Environmental Advice / Political Consultant | 30,102 | 10,034 | 30,102 | 766,859 | 766,859 |
| Duff & Phelps LLC | Valuation - Impairment; Property Tax | 274,959 | 91,653 | 274,959 | 1,105,340 | 1,105,340 |
| Hawkins Parnell Thackston & Young | Litigation - Asbestos | 14 | 5 | 14 | 12,633 | 12,633 |
| Hunton & Williams LLP | Benefits-Immigration, Political Consultant | 332,639 | 110,880 | 332,639 | 1,974,767 | 1,974,767 |
| K&L Gates | Transaction Advice; Non-Income Tax Litigation | 12,603 | 4,201 | 12,603 | 842,944 | 842,944 |
| Morgan Lewis & Bockius LLP | Regulatory (NRC) and Labor | 388,480 | 129,493 | 388,480 | 1,854,664 | 1,877,694 |
| Vinson & Elkins LLP | Regulatory, Real Estate Advice | 115,836 | 38,612 | 115,836 | 1,730,707 | 1,730,707 |
| **Tier 2 OCP's (3-Month Rolling Average Cap of $195,000)** | | | | | | |
| Alliance Consulting Group | Depreciation Study | - | - | - | - | - |
| Allison McCombe Small | Political Consultant | 9,000 | 3,000 | 9,000 | 63,000 | 63,000 |
| American Appraisal | Property Tax Expert for Litigation | - | - | - | - | - |
| Armstrong & Associates LLP | Litigation - Asbestos | - | - | - | 1,353 | 1,353 |
| Arnold & Porter LLP | Consulting Services | 30,000 | 10,000 | 30,000 | 555,000 | 555,000 |
| AYCO Company LP | Financial Executive counseling | 58,832 | 19,611 | 58,832 | 235,570 | 235,570 |
| Baker Botts LLP | IP, Transactional, and Contract Restructure | 192,854 | 64,285 | 192,854 | 897,132 | 897,132 |
| Beirne Maynard & Parsons LLP | Litigation - Asbestos | - | - | - | 281 | 281 |
| Beveridge and Diamond PC | Litigation - Water | 3,043 | 1,014 | 3,043 | 165,647 | 165,647 |
| Bluewater Strategies LLC | Consulting Services | 22,500 | 7,500 | 22,500 | 247,500 | 247,500 |
| Boulette Golden & Marin L.L.P. | Legal Advice -Labor and Employment | - | - | - | 18,403 | 18,403 |
| Bradley Arant Boult Cummings LLP | Adv- Asbestos Exposure | - | - | - | - | - |
| Brady & Peavey, P.C. | Public affairs and political consulting services | 10,000 | 3,333 | 10,000 | 122,500 | 122,500 |
| Burford & Ryburn LLP | Litigation - Asbestos | - | - | - | 10,817 | 10,817 |
| Carl S. Richie, Jr. Attorney At Law | Political Consultant | - | - | - | 203,641 | 203,641 |
| DCI Group LLC | Consulting Services | - | - | - | 405,429 | 405,429 |
| Deloitte Tax LLP | FIRPTA Advisory Services | 25,261 | 8,420 | 25,261 | 25,261 | 25,261 |
| Diane Yanaway | Political Consultant | - | - | - | 78,438 | 78,438 |
| Dykema Gossett | Counsel for TXU Chyba case | - | - | - | - | - |
| Eddie Cavazos | Political Consultant | 12,420 | 4,140 | 12,420 | 135,439 | 135,439 |
| Edward M. Shack | Political Activities Law Advice | - | - | - | 4,000 | 4,000 |
| Estes Okon Thorne & Carr PLLC | Litigation - General | 765 | 255 | 765 | 198,742 | 198,742 |
| Fish & Richardson PC | Litigation - General | - | - | - | - | - |
| Goldberg Godles Wiener & Wright | Regulatory Advice | 3,835 | 1,278 | 3,835 | 24,167 | 24,167 |
| Goodmans LLP | Canadian Counsel for Ebasco Services of | - | - | - | - | - |
| Gruber Hurst Johansen Hail | Litigation - General | 1,516 | 505 | 1,516 | 42,734 | 42,734 |
| Haley Olson | Environmental Litigation | - | - | - | 2,703 | 2,703 |
| Harris & Dickey LLC | Tax Consulting | - | - | - | - | - |
| HMWK LLC | Political Consultant | 7,500 | 2,500 | 7,500 | 150,000 | 150,000 |
| Husch Blackwell Sanders LLP | Employment Litigation/Political Consultant | - | - | - | 25,949 | 25,949 |
| Imperium Public Affairs | Political Consultant | 24,522 | 8,174 | 24,522 | 253,198 | 253,198 |
| Ireland Carroll & Kelley PC | Environmental Litigation | - | - | - | 18 | 18 |
| Jack Roberts | Political Consultant | 24,000 | 8,000 | 24,000 | 168,000 | 168,000 |

**Ordinary Course Professional Quarterly Statement of Payments**

| OCP | Service Description | For the Postpetition Period of January 01, 2016 to March 31, 2016 | | | Aggregate Postpetition Payments Through March 31, 2016 | |
|---|---|---|---|---|---|---|
| | | Compensation for Services / Expense Reimbursement [1] | Average Monthly Compensation | Total Payments | Compensation for Services / Expense Reimbursement [1] | Total Payments |
| Jack W Gullahorn PC | Political Consultant | 60,000 | 20,000 | 60,000 | 621,566 | 621,566 |
| Jackson Gilmour & Dobbs, PC | Regulatory - Environmental | 120,011 | 40,004 | 120,011 | 285,050 | 285,050 |
| Jackson Kelly PLLC | Regulatory - MSHA/OSHA | 33,933 | 11,311 | 33,933 | 139,950 | 139,950 |
| Jackson Lewis, P.C. | Legal Advice - Labor and Employment | - | - | - | 19,563 | 19,563 |
| Jackson Sjoberg Mccarthy | Real Estate Mining | 7,554 | 2,518 | 7,554 | 272,727 | 272,727 |
| John Hildreth | Political Consultant | 10,000 | 3,333 | 10,000 | 200,000 | 200,000 |
| John Sherwood | Collections for TXU | 2,093 | 698 | 2,093 | 8,093 | 8,093 |
| Kelly Hart & Hallman | Litigation - Environmental and General | - | - | - | - | - |
| Kyle Bibb | Federal Income Tax Advice | 35,225 | 11,742 | 35,225 | 205,350 | 205,350 |
| Lam Lyn & Philip PC | Collections for TXU | 2,078 | 693 | 2,078 | 4,085 | 4,085 |
| Laurie Fenstemaker Pair | Ethics Consultant | 11,550 | 3,850 | 11,550 | 113,833 | 113,833 |
| Law Offices Of Dan Gus | Litigation - General | - | - | - | 8,025 | 8,025 |
| LeClairRyan | Retail Advice | 2,525 | 842 | 2,525 | 18,657 | 18,657 |
| Lillard Wise Szygenda PLLC | Litigation - General | - | - | - | 3,792 | 3,792 |
| Lisa Garcia | Political Consultant | 22,500 | 7,500 | 22,500 | 167,581 | 167,581 |
| Littler Mendelson PC | Employment Litigation | 33,544 | 11,181 | 33,544 | 290,998 | 290,998 |
| Locke Lord Bissell & Liddell | Benefits Advice | 12,416 | 4,139 | 12,416 | 231,467 | 231,467 |
| LPI Consulting Inc | Consulting Services | 20,000 | 6,667 | 20,000 | 220,000 | 220,000 |
| Madison Group LLC | Consulting Services | 56,250 | 18,750 | 56,250 | 417,655 | 417,655 |
| McConnell & Jones LLP | Employee Benefits Auditor | 4,250 | 1,417 | 4,250 | 123,396 | 123,396 |
| McGivney & Kluger P.C | Litigation - Asbestos | - | - | - | 216 | 216 |
| McGlinchey Stafford PLLC | Bankruptcy for TXU | 14,283 | 4,761 | 14,283 | 132,055 | 132,055 |
| Mcguirewoods LLP | Federal Political Consultant | 43,307 | 14,436 | 43,307 | 443,450 | 443,450 |
| Mehlman Vogel Castagnetti Inc | Consulting Services | - | - | - | 240,000 | 240,000 |
| Mercer Global | 401k Consulting | - | - | - | 51,674 | 51,674 |
| Mgroup Strategies | Political Consultant | 28,419 | 9,473 | 28,419 | 280,925 | 280,925 |
| Mignon McGarry | Political Consultant | 19,000 | 6,333 | 19,000 | 190,000 | 190,000 |
| Mike Kelly | Political Consultant | - | - | - | 93,636 | 93,636 |
| Miller & Chevalier Chartered [2] | Federal Income Tax and Benefits Legal Advice | 145,258 | 48,419 | 145,258 | 546,583 | 546,583 |
| Norton Rose Fulbright | Legal Counsel for Gross Receipts Tax Matters | 443 | 148 | 443 | 5,535 | 5,535 |
| O'Neill, Athy & Casey PC | Consulting Services | 15,000 | 5,000 | 15,000 | 165,000 | 165,000 |
| Perry Street Communications LLC | Financial communications | 27,258 | 9,086 | 27,258 | 344,128 | 344,128 |
| Phenix & Crump, PLLC | Local Counsel in Partition Actions | - | - | - | 4,407 | 4,407 |
| Phil Gamble | Political Consultant | 20,000 | 6,667 | 20,000 | 200,566 | 200,566 |
| Philips & Meachum Public Affairs | Political Consultant | 43,500 | 14,500 | 43,500 | 304,500 | 304,500 |
| Pillsbury Winthrop Shaw Pittman | Litigation - General | - | - | - | 12,214 | 12,214 |
| Polan Culley Advocacy Group | Political Consultant | 32,000 | 10,667 | 32,000 | 264,665 | 264,665 |
| Prickett Jones & Elliott PA | Delaware Corp. Law Advice | - | - | - | - | - |
| Public Strategies Inc | Consulting Services | - | - | - | - | - |
| R. H. Sweeney Associates | Leadership Development & Recruiting | - | - | - | - | - |
| Reed Smith | Litigation - General | - | - | - | - | - |
| Rissing Strategic | External Federal Lobbyist | 30,000 | 10,000 | 30,000 | 60,000 | 60,000 |
| Robert Half Finance & Accounting | Tax Consulting | - | - | - | 31,720 | 31,720 |

**Ordinary Course Professional Quarterly Statement of Payments**

| | | For the Postpetition Period of January 01, 2016 to March 31, 2016 | | | Aggregate Postpetition Payments Through March 31, 2016 | |
|---|---|---|---|---|---|---|
| **OCP** | **Service Description** | **Compensation for Services / Expense Reimbursement [1]** | **Average Monthly Compensation** | **Total Payments** | **Compensation for Services / Expense Reimbursement [1]** | **Total Payments** |
| Ryan LLC | Tax abatement/reduction strategies for new | - | - | - | - | - |
| Ryan Mackinnon Vasapoli & Berzok | Consulting Services | - | - | - | 305,732 | 305,732 |
| SAK Consulting, LLC | Tax Consulting | - | - | - | 36,419 | 36,419 |
| San Jacinto Consulting Group, LLC | Consulting Services | 49,500 | 16,500 | 49,500 | 206,250 | 206,250 |
| Scheef & Stone LLP | Bankruptcy Advice | - | - | - | 157,079 | 157,079 |
| SHL US Inc. | Recruiting | - | - | - | 14,415 | 14,415 |
| Simpson Thacher & Bartlett LLP | Corporate and Financing Advice | - | - | - | 90,559 | 90,559 |
| Slover & Loftus | Transportation Advice | 3,105 | 1,035 | 3,105 | 29,718 | 29,718 |
| Stroz Friedberg LLC [3] | IT and Data Security Advisor | 234,694 | 78,231 | 234,694 | 455,283 | 455,283 |
| Susman Godfrey LLP | Litigation - General | 107,336 | 35,779 | 107,336 | 115,460 | 115,460 |
| Sutherland Asbill & Brennan LLP | Regulatory Advice | 71,127 | 23,709 | 71,127 | 234,162 | 234,162 |
| Swetman Baxter Massenburg LLC | Litigation - Asbestos | - | - | - | - | - |
| Talley & Associates | Consulting Services | - | - | - | 150,000 | 150,000 |
| The Beshear Group, Inc. | Public Relations and Community Affairs | - | - | - | 95,236 | 95,236 |
| The EOP Group | Consulting Services | 15,000 | 5,000 | 15,000 | 300,000 | 300,000 |
| The Schlueter Group | Political Consultant | 10,000 | 3,333 | 10,000 | 205,500 | 205,500 |
| The Willis Law Group, PLLC | Litigation - General | 148 | 49 | 148 | 3,658 | 3,658 |
| Thomas Long Niesen & Kennard | Regulatory Advice | - | - | - | 1,793 | 1,793 |
| TLG Services, Inc. | Nuclear Decommissioning Study | - | - | - | - | - |
| Towers Watson Pennsylvania, Inc. [4] | Compensation Advisor | 41,656 | 13,885 | 41,656 | 698,359 | 698,359 |
| Travis Eugene Jernigan | Political Consultant | 36,913 | 12,304 | 36,913 | 310,011 | 310,011 |
| Weber Shandwick | Media relations, visual comm | 24,750 | 8,250 | 24,750 | 81,154 | 81,154 |
| Webfilings LLC | XBRL coding, application hosting | - | - | - | 73,814 | 73,814 |
| Winston & Strawn LLP | Regulatory Advice | 48,380 | 16,127 | 48,380 | 399,026 | 399,026 |
| Zolfo Cooper, LLC | Conflicts Matter Advisor | - | - | - | - | - |

1. For purposes of this report, includes aggregate amounts paid as compensation for services rendered and reimbursement of expenses incurred unless otherwise noted.
2. A notice of excess fees was filed on 2/10/2016 related to three month service period ending November 30, 2015.
3. A notice of excess fees was filed on 1/28/2016 related to three month service period ending in July 31, 2015.
4. Includes $57k omission related to Q3 2015.