# EXHIBIT B

## Attorneys and Paraprofessionals' Information

The RL&F attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Daniel J. DeFranceschi | Director | 1989 | Bankruptcy | $775 | 40.9 | $31,697.50 |
| Jason M. Madron | Counsel | 2003 | Bankruptcy | $550 | 150.9 | $82,995.00 |
| Joseph C. Barsalona II | Associate | 2014 | Bankruptcy | $360 | 35.2 | $12,672.00 |
| Andrew M. Dean | Associate | 2015 | Bankruptcy | $295 | 8.1 | $2,389.50 |
| **Total** | | | | | **235.1** | **$129,754.00** |

The paraprofessionals of RL&F who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Barbara J. Witters | Paralegal | 16 | Bankruptcy | $240 | 77.9 | $18,696.00 |
| Caroline E. Dougherty | Paralegal | 1 | Bankruptcy | $240 | 0.6 | $144.00 |
| Rebecca V. Speaker | Paralegal | 14 | Bankruptcy | $240 | 1.9 | $456.00 |
| Carlos B. Terreforte | MIS/Trial Support | 1 | Bankruptcy | $240 | 6.0 | $1,440.00 |
| Lesley Morris | Case Management Assistant | 1 | Bankruptcy | $130 | 0.6 | $78.00 |
| **Total** | | | | | **87.0** | **$20,814.00** |

|  | **Total Fees** | **$150,568.00** |
|---|---|---|