# EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

## ALL - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $0.00 |
| Business Meals | $127.09 |
| Conference Calling | $414.38 |
| Court Reporter Services | $285.00 |
| Document Retrieval | $285.14 |
| Electronic Legal Research | $785.08 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Cost | $0.00 |
| Long distance Telephone Charges | $31.69 |
| Messenger and Delivery Service | $331.67 |
| Overtime | $0.00 |
| Photocopying/Printing - Outside Vendor | $1,279.56 |
| Photocopying/Printing | $753.16 |
| Postage | $42.06 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Record Retrieval | $0.00 |
| Travel Expense | $0.00 |
| **Total:** | **$4,334.83** |

## TCEH - Expense Summary

| Service Description | Amount |
| --- | --- |
| Binding | $0.00 |
| Business Meals | $18.73 |
| Conference Calling | $61.07 |
| Court Reporter Services | $42.00 |
| Document Retrieval | $42.02 |
| Electronic Legal Research | $115.70 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Costs | $0.00 |
| Long distance Telephone Charges | $4.67 |
| Messenger and Delivery Service | $48.88 |
| Overtime | $0.00 |
| Photocopying/Printing - Outside Vendor | $188.56 |
| Photocopying/Printing | $110.99 |
| Postage | $6.20 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Record Retrieval | $0.00 |
| Travel Expense | $0.00 |
| **Total:** | **$638.82** |

## EFIH - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $0.00 |
| Business Meals | $17.39 |
| Conference Calling | $56.70 |
| Court Reporter Services | $39.00 |
| Document Retrieval | $39.02 |
| Electronic Legal Research | $107.43 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Costs | $0.00 |
| Long distance Telephone Charges | $4.34 |
| Messenger and Delivery Service | $45.39 |
| Overtime | $0.00 |
| Photocopying/Printing - Outside Vendor | $175.10 |
| Photocopying/Printing | $103.06 |
| Postage | $5.76 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Record Retrieval | $0.00 |
| Travel Expense | $0.00 |
| **Total:** | **$593.19** |

## EFH - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $0.00 |
| Business Meals | $104.35 |
| Conference Calling | $340.22 |
| Court Reporter Services | $234.00 |
| Document Retrieval | $234.12 |
| Electronic Legal Research | $644.59 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Costs | $0.00 |
| Long distance Telephone Charges | $26.02 |
| Messenger and Delivery Service | $272.33 |
| Overtime | $0.00 |
| Photocopying/Printing - Outside Vendor | $1,050.58 |
| Photocopying/Printing | $618.38 |
| Postage | $34.53 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Record Retrieval | $0.00 |
| Travel Expense | $0.00 |
| **Total:** | **$3,559.12** |