## EXHIBIT E

## Detailed Description of Meal Expenses

| Date | Restaurant/ Provider | Meal | Number of People | Description | Average Amount Per Person | Amount |
|---|---|---|---|---|---|---|
| 3/7/2016 | Chelsea Tavern | Dinner | 1 | Working meal for RL&F team member in connection with afterhours preparation and filing of sealed joint reply to summary judgment motion and appendix in Texas Transmission Investment adversary proceeding and McDermott Will fifth interim fee application | $25.47 | $25.47 |
| 3/21/2016 | Rodney Grille | Breakfast | 15 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with 3/21/16 hearing | $13.71 | $205.70 |
| 3/21/2016 | Rodney Grille | Lunch | 1 | Working meal for visiting co-counsel in connection with 3/21/16 hearing | 14.99 | $14.99 |
| 3/24/2016 | Chelsea Tavern | Dinner | 2 | Working meal for RL&F team members in connection with afterhours preparation and filing of three omnibus claim objections and notices of claim satisfaction | $10.70 | $21.40 |
| **TOTALS** | | | | | | $267.56 |