## **EXHIBIT A**

**[Statement of Fees by Subject Matter]**

| Description | Total Hours Billed | Total Fees |
|---|---|---|
| [ALL] BK Retention and Fee Applications | 4.3 | $762.50 |
| [ALL] Case Administration | 1.1 | $370.50 |
| [ALL] Claims Administration & Objections | 1.0 | $305.00 |
| [ALL] Contested Matters & Adv. Proceed. | 1.2 | $420.00 |
| [ALL] Non-BK Fee/Employment Applications | 3.4 | $794.50 |
| [ALL] Plan and Disclosure Statement | 0.6 | $210.00 |
| **Total** | **11.6** | **$2,862.50** |