## **EXHIBIT D**

**[Detailed Description of Expenses and Disbursements]**

| Date | Category | Description | Total Expenses |
|---|---|---|---:|
| 03-09-2016 | Filing/Court Fees | PACER | $5.90 |
| 03-17-2016 | Filing/Court Fees | PACER | $2.10 |
| 03-21-2016 | Filing/Court Fees | PACER | $2.00 |
| 03-23-2016 | Filing/Court Fees | PACER | $1.70 |
| **Total** | | | **$11.70** |