# EXHIBIT A

## Statement of Fees and Expenses By Subject Matter

| Matter Number | Matter Description | Total Hours Billed | Total Fees Requested |
|---|---|---|---|
| 13 | CAO Financial Reporting Support | 168.0 | $ 36,960.00 |
| 26 | OneSource Indirect Tax | 3.0 | $ 1,872.00 |
| 27 | Repairs & Maintenance Review[1] | 111.6 | $ 67,512.00 |
| 28 | Tax Accounting Support (Current Quarter) | 40.7 | $ 23,402.50 |
| 29 | SOX Compliance | 148.6 | $ 34,298.00 |
| 30 | Earnings and Profit Study | 110.6 | $ 58,711.50 |
| 32 | Tax Accounting Support (Restructuring) | 175.0 | $ 77,652.50 |
| 33 | Fresh Start | 318.6 | $ 106,189.00 |
| 35 | Fee Statement and Fee Application Preparation | 64.5 | $ 18,898.00 |
| 36 | Retention Services | 3.4 | $ 1,879.20 |
| 37 | Allegro Implementation Internal Audit | 8.0 | $ 2,340.00 |
| 38 | 2015 Repairs and Maintenance [1] | 65.8 | $ 41,136.00 |
| | **Total** | **1,217.8** | **$ 470,850.70**[2] |

| Service Description | Service Provider | Amount |
|---|---|---|
| Airfare | N/A | $ 3,130.46 |
| Lodging | N/A | $ 5,706.44 |
| Travel Meals | N/A | $ 520.96 |
| Ground Transportation | N/A | $ 2,103.79 |
| Miscellaneous | N/A | $ - |
| **Total** | | **$ 11,461.65** |

---

[1] Inclusive of expenses previously deferred pending court approval of related services.

[2] KPMG bills for services at discounted billing rates as specified in the Retention Application dated May 29, 2014. During the Fee Period, KPMG's standard rates for services rendered totaled $854,528.50. KPMG's services at the agreed upon discounted rates result in a voluntary discount of fees in the amount of $383,677.80 thus benefitting the Chapter 11 estate by same amount.