**EXHIBIT B**
**Professionals' Information**
The KPMG professionals who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position & Department | | Total Billed Hours | Hourly Billing Rate | | Total Compensation |
|---|---|---|---|---|---|---|
| Johnson, Brent | Partner - Tax | | 3.6 | $ 805 | | $ 2,898.00 |
| Atkinson, James | Principal - Tax | | 2.0 | $ 720 | | $ 1,440.00 |
| Baltmanis, Peter | Principal - Tax | | 7.4 | $ 720 | | $ 5,328.00 |
| Carpenter, John | Partner - Tax | | 0.5 | $ 720 | | $ 360.00 |
| Nesta, Michael G | Partner - Advisory | * | 8.1 | $ 610 | | $ 4,941.00 |
| Crockett, Clifford M | Partner - Tax | | 16.0 | $ 575 | | $ 9,200.00 |
| Lyons, Stacy L | Partner - Tax | | 37.0 | $ 575 | | $ 21,275.00 |
| Bradford, Steven | Partner - Advisory | | 1.5 | $ 325 | | $ 487.50 |
| Kleppel, Robert | Partner - Tax | | 1.0 | $ 682 | | $ 682.00 |
| Cargile, David | Managing Director - Advisory | | 9.6 | $ 325 | | $ 3,120.00 |
| Calloway, Robert | Senior Manager - Tax | | 18.7 | $ 700 | | $ 13,090.00 |
| Homen, Greg | Senior Manager- Tax | | 40.0 | $ 660 | | $ 26,400.00 |
| Plantes, James | Senior Manager- Tax | | 90.5 | $ 660 | | $ 59,730.00 |
| LeCompte, Dan | Senior Manager - Tax | | 1.0 | $ 595 | | $ 595.00 |
| Meredith, Kyle | Senior Manager - Tax | | 1.0 | $ 595 | | $ 595.00 |
| Booe, Amanda | Senior Manager- Tax | | 123.3 | $ 500 | | $ 61,650.00 |
| Lancy, Bradley | Director - Advisory | | 136.3 | $ 500 | | $ 68,150.00 |
| Seeman, Nick | Director - Advisory | | 20.2 | $ 290 | | $ 5,858.00 |
| Gram, Mark | Director - Advisory | | 6.5 | $ 285 | | $ 1,852.50 |
| Brannon, Andrew | Senior Manager - Tax | * | 1.0 | $ 500 | | $ 500.00 |
| Plangman, Monica | Associate Director - Bankruptcy | | 3.0 | $ 325 | | $ 975.00 |
| Laukhuff, Brittny | Manager - Tax | | 2.5 | $ 560 | ** | $ 1,400.00 |
| Laukhuff, Brittny | Manager - Tax | | 26.8 | $ 545 | ** | $ 14,606.00 |
| Wigmore, Andrew | Manager - Tax | * | 2.5 | $ 545 | | $ 1,362.50 |
| Campbell, Celeste | Manager - Bankruptcy | | 54.7 | $ 298 | | $ 16,300.60 |
| Myrick, Cristina | Manager - Advisory | | 45.8 | $ 250 | | $ 11,450.00 |
| Corum, Ashby | Partner - Tax | | 2.0 | $ 575 | | $ 1,150.00 |
| Payne, Lani | Senior Associate - Tax | | 60.0 | $ 455 | | $ 27,300.00 |
| Suttle, Chrissie | Senior Associate - Tax | | 37.5 | $ 420 | | $ 15,750.00 |
| Jeffcott, David | Senior Associate - Advisory | | 168.0 | $ 220 | | $ 36,960.00 |
| Ravishanker, Venkatesh | Senior Associate - Advisory | | 73.0 | $ 190 | | $ 13,870.00 |
| Klein, Allie | Associate - Tax | | 36.4 | $ 200 | | $ 7,280.00 |
| Garza, Juanita | Associate - Bankruptcy | | 6.2 | $ 193 | | $ 1,196.60 |
| Fritsche, Philip | Associate - Advisory | | 174.2 | $ 190 | | $ 33,098.00 |
| **Total Hours and Fees** | | | **1,217.8** | | | **$ 470,850.70** |

\* Promoted effective 10/1/15
\*\* Rates differ due to services provided under multiple Statements of Work