# **EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

**KPMG LLP**
**EFH Expense Detail**
**February 1, 2016 through February 29, 2016**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 02465668 | Allegro Implementation Internal Audit | 20160202 | Gram, Mark | air | | | $ 417.28 | Roundtrip coach airfare from Houston, Texas to Dallas, Texas on 02/02/16. |
| 02465668 | Fresh Start | 20160205 | Lancy, Bradley | air | | | $ 205.39 | Roundtrip coach class airfare from Chicago, IL to Dallas, TX. Departure Date:2/3/16 Return Date:2/5/16. Business Purpose: To travel to client, Energy Future Holdings (EFH). |
| 02465668 | CAO Financial Reporting Support | 20160207 | Jeffcott, David | air | | | $ 220.10 | One Way Economy Airfare from Bush Airport on 2/7/16 to DFW airport while performing work for EFH Corporate Accounting project. |
| 02465668 | CAO Financial Reporting Support | 20160211 | Jeffcott, David | air | | | $ 208.64 | One Way Economy Airfare from Dallas Love Airport on 2/11/16 to Dallas Love airport while performing work for EFH Corporate Accounting project. |
| 02465668 | Fresh Start | 20160212 | Lancy, Bradley | air | | | $ 432.28 | Roundtrip coach class airfare from Chicago, IL to Dallas, TX. Departure Date:2/8/16 Return Date:2/12/16. Business Purpose: To travel to client, Energy Future Holdings (EFH) (changed to fly a day earlier to get to client site to attend meeting with client) |
| 02465668 | CAO Financial Reporting Support | 20160218 | Jeffcott, David | air | | | $ 417.28 | Roundtrip Economy Airfare from Hobby Airport on 2/14/16 through 02/18/16 to Love airport while performing work for EFH Corporate Accounting project. |
| 02465668 | Fresh Start | 20160219 | Lancy, Bradley | air | | | $ 427.28 | Roundtrip coach class airfare from Chicago, IL to Dallas, TX. Departure Date:2/16/16 Return Date:2/19/16. Business Purpose: To travel to client, Energy Future Holdings (EFH). |
| 02465668 | Fresh Start | 20160225 | Lancy, Bradley | air | | | $ 384.93 | Roundtrip coach class airfare from Chicago, IL to Dallas, TX. Departure Date:2/23/16 Return Date:2/25/16. Business Purpose: To travel to client, Energy Future Holdings (EFH) (changed departure date to 2/25/16, and therefore no hotel fee and 2/26 meal charges) |
| 02465668 | CAO Financial Reporting Support | 20160225 | Jeffcott, David | air | | | $ 417.28 | Roundtrip Economy Airfare from Hobby Airport on 2/21/16 through 02/25/16 to Love airport while performing work for EFH Corporate Accounting project. |
| | | | | **Total Air** | | | **$ 3,130.46** | |

**KPMG LLP**
**EFH Expense Detail**
**February 1, 2016 through February 29, 2016**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 02465668 | CAO Financial Reporting Support | 20160204 | Jeffcott, David | lodging | | | $ 820.64 | Hotel fees incurred in Dallas, TX for 4 nights (1/31-2/4) while performing work for Energy Future Holdings. |
| 02465668 | Fresh Start | 20160205 | Lancy, Bradley | lodging | | | $ 410.32 | Hotel fees incurred in Dallas, TX for 2 nights (2/3-2/5) while performing work for Energy Future Holdings. |
| 02465668 | Allegro Implementation Internal Audit | 20160205 | Gram, Mark | lodging | | | $ 167.12 | Lodging while traveling from 02/04/16 through 02/05/16. |
| 02465668 | CAO Financial Reporting Support | 20160211 | Jeffcott, David | lodging | | | $ 820.64 | Hotel fees incurred in Dallas, TX for 4 nights (2/7-2/11) while performing work for Energy Future Holdings. |
| 02465668 | Fresh Start | 20160212 | Lancy, Bradley | lodging | | | $ 820.64 | Hotel fees incurred in Dallas, TX for 4 nights (2/8-2/12) while performing work for Energy Future Holdings. |
| 02465668 | CAO Financial Reporting Support | 20160218 | Jeffcott, David | lodging | | | $ 820.64 | Hotel fees incurred in Dallas, TX for 4 nights (2/14-2/18) while performing work for Energy Future Holdings. |
| 02465668 | Fresh Start | 20160219 | Lancy, Bradley | lodging | | | $ 615.48 | Hotel fees incurred in Dallas, TX for 3 nights (2/16-2/19) while performing work for Energy Future Holdings. |
| 02465668 | Fresh Start | 20160225 | Lancy, Bradley | lodging | | | $ 410.32 | Hotel fees incurred in Dallas, TX for 2 nights (2/23-2/25) while performing work for Energy Future Holdings. |
| 02465668 | CAO Financial Reporting Support | 20160225 | Jeffcott, David | lodging | | | $ 820.64 | Hotel fees incurred in Dallas, TX for 4 nights (2/21-2/25) while performing work for Energy Future Holdings. |
| | **Total Lodging** | | | | | | **$ 5,706.44** | |

**KPMG LLP**
**EFH Expense Detail**
**February 1, 2016 through February 29, 2016**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 02465668 | CAO Financial Reporting Support | 20160201 | Jeffcott, David | Travel Meals | | | $ 10.22 | Out of town lunch at Senor Bean while working on EFH Corporate Accounting Project. |
| 02465668 | CAO Financial Reporting Support | 20160202 | Jeffcott, David | Travel Meals | | | $ 14.63 | Out of town dinner at Beyond the Box while working on EFH Corporate Accounting Project. |
| 02465668 | Fresh Start | 20160203 | Lancy, Bradley | Travel Meals | | | $ 7.50 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 02465668 | Fresh Start | 20160203 | Lancy, Bradley | Travel Meals | | | $ 8.66 | Dinner while traveling to Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 02465668 | CAO Financial Reporting Support | 20160203 | Jeffcott, David | Travel Meals | | | $ 14.63 | Out of town dinner at Beyond the Box while working on EFH Corporate Accounting Project. |
| 02465668 | Fresh Start | 20160204 | Lancy, Bradley | Travel Meals | | | $ 34.24 | Dinner while traveling to Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 02465668 | Allegro Implementation Internal Audit | 20160204 | Gram, Mark | Travel Meals | | | $ 38.00 | Dinner while traveling out of town. |
| 02465668 | Allegro Implementation Internal Audit | 20160204 | Gram, Mark | Travel Meals | | | $ 13.00 | Lunch while traveling out of town. |
| 02465668 | Allegro Implementation Internal Audit | 20160205 | Gram, Mark | Travel Meals | | | $ 24.00 | Dinner while traveling out of town. |
| 02465668 | Fresh Start | 20160205 | Lancy, Bradley | Travel Meals | | | $ 7.50 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 02465668 | Allegro Implementation Internal Audit | 20160205 | Gram, Mark | Travel Meals | | | $ 10.00 | Breakfast while traveling out of town. |
| 02465668 | Allegro Implementation Internal Audit | 20160205 | Gram, Mark | Travel Meals | | | $ 14.00 | Lunch while traveling out of town. |
| 02465668 | Fresh Start | 20160208 | Lancy, Bradley | Travel Meals | | | $ 7.50 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 02465668 | Fresh Start | 20160208 | Lancy, Bradley | Travel Meals | | | $ 32.16 | Dinner while traveling to Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 02465668 | CAO Financial Reporting Support | 20160208 | Jeffcott, David | Travel Meals | | | $ 12.77 | Out of town dinner at Beyond the Box while working on EFH Corporate Accounting Project. |
| 02465668 | Fresh Start | 20160209 | Lancy, Bradley | Travel Meals | | | $ 7.50 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 02465668 | CAO Financial Reporting Support | 20160209 | Jeffcott, David | Travel Meals | | | $ 14.63 | Out of town dinner at Beyond the Box while working on EFH Corporate Accounting Project. |
| 02465668 | Fresh Start | 20160210 | Lancy, Bradley | Travel Meals | | | $ 7.50 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 02465668 | Fresh Start | 20160210 | Lancy, Bradley | Travel Meals | | | $ 12.80 | Dinner while traveling to Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 02465668 | CAO Financial Reporting Support | 20160210 | Jeffcott, David | Travel Meals | | | $ 14.63 | Out of town dinner at Beyond the Box while working on EFH Corporate Accounting Project. |
| 02465668 | Fresh Start | 20160211 | Lancy, Bradley | Travel Meals | | | $ 8.87 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 02465668 | Fresh Start | 20160211 | Lancy, Bradley | Travel Meals | | | $ 7.85 | Dinner while traveling to Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 02465668 | CAO Financial Reporting Support | 20160215 | Jeffcott, David | Travel Meals | | | $ 14.63 | Purchased lunch and dinner at Beyond the Box while working on EFH Corporate Accounting Project. |
| 02465668 | Fresh Start | 20160216 | Lancy, Bradley | Travel Meals | | | $ 7.50 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 02465668 | Fresh Start | 20160216 | Lancy, Bradley | Travel Meals | | | $ 7.85 | Dinner while traveling to Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |

**KPMG LLP**
**EFH Expense Detail**
**February 1, 2016 through February 29, 2016**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 02465668 | Fresh Start | 20160217 | Lancy, Bradley | Travel Meals | | | $ 7.50 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 02465668 | Fresh Start | 20160217 | Lancy, Bradley | Travel Meals | | | $ 7.85 | Dinner while traveling to Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 02465668 | CAO Financial Reporting Support | 20160217 | Jeffcott, David | Travel Meals | | | $ 14.63 | Out of town dinner at Beyond the Box while working on EFH Corporate Accounting Project. |
| 02465668 | Fresh Start | 20160218 | Lancy, Bradley | Travel Meals | | | $ 7.50 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 02465668 | Fresh Start | 20160218 | Lancy, Bradley | Travel Meals | | | $ 7.85 | Dinner while traveling to Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 02465668 | Allegro Implementation Internal Audit | 20160218 | Gram, Mark | Travel Meals | | | $ 13.52 | Lunch while traveling out of town. |
| 02465668 | CAO Financial Reporting Support | 20160222 | Jeffcott, David | Travel Meals | | | $ 14.63 | Out of town dinner at Beyond the Box while working on EFH Corporate Accounting Project. |
| 02465668 | Fresh Start | 20160223 | Lancy, Bradley | Travel Meals | | | $ 7.50 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 02465668 | Fresh Start | 20160223 | Lancy, Bradley | Travel Meals | | | $ 21.32 | Dinner while traveling to Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 02465668 | CAO Financial Reporting Support | 20160223 | Jeffcott, David | Travel Meals | | | $ 14.63 | Out of town dinner at Beyond the Box while working on EFH Corporate Accounting Project. |
| 02465668 | Fresh Start | 20160224 | Lancy, Bradley | Travel Meals | | | $ 7.50 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 02465668 | Fresh Start | 20160224 | Lancy, Bradley | Travel Meals | | | $ 7.85 | Dinner while traveling to Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 02465668 | Fresh Start | 20160225 | Lancy, Bradley | Travel Meals | | | $ 13.48 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 02465668 | CAO Financial Reporting Support | 20160225 | Jeffcott, David | Travel Meals | | | $ 22.63 | Out of town lunch at Senor Bean while working on EFH Corporate Accounting project. |
| | **Total Travel Meals** | | | | | | **$ 520.96** | |

**KPMG LLP**
**EFH Expense Detail**
**February 1, 2016 through February 29, 2016**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 02465668 | Allegro Implementation Internal Audit | 20160202 | Gram, Mark | Ground | | | $ 20.00 | Parking at airport while traveling on 02/02/16. |
| 02465668 | Allegro Implementation Internal Audit | 20160202 | Gram, Mark | Ground | | | $ 30.00 | Taxi from Dallas airport to EFH site. |
| 02465668 | Allegro Implementation Internal Audit | 20160202 | Gram, Mark | Ground | | | $ 27.11 | Taxi from EFH to Dallas Love Airport. |
| 02465668 | Allegro Implementation Internal Audit | 20160202 | Gram, Mark | Ground | | | $ 30.24 | Roundtrip mileage from The Woodlands TX to Houston Hobby airport (56 miles @ .54 = $30.24) |
| 02465668 | Fresh Start | 20160203 | Lancy, Bradley | Ground | | | $ 25.34 | Taxi - ground transportation from home to airport in Chicago, IL related to Energy Future Holdings work travel. |
| 02465668 | Fresh Start | 20160203 | Lancy, Bradley | Ground | | | $ 69.60 | Taxi - ground transportation from airport to hotel in Dallas, TX related to Energy Future Holdings work travel. |
| 02465668 | CAO Financial Reporting Support | 20160204 | Jeffcott, David | Ground | | | $ 40.00 | Taxi from EFH to Dallas Love Airport. |
| 02465668 | CAO Financial Reporting Support | 20160204 | Jeffcott, David | Ground | | | $ 75.00 | Taxi from Houston Hobby Airport to Home. |
| 02465668 | Allegro Implementation Internal Audit | 20160204 | Gram, Mark | Ground | | | $ 10.00 | Parking at EFH while traveling out of town. |
| 02465668 | Fresh Start | 20160205 | Lancy, Bradley | Ground | | | $ 54.00 | Taxi - ground transportation from client offices to airport in Dallas, TX related to Energy Future Holdings work travel. |
| 02465668 | Fresh Start | 20160205 | Lancy, Bradley | Ground | | | $ 49.40 | Taxi - ground transportation from airport to home in Chicago, IL related to Energy Future Holdings work travel. |
| 02465668 | Allegro Implementation Internal Audit | 20160205 | Gram, Mark | Ground | | | $ 22.73 | Parking while traveling from 02/04/16 through 02/05/16. |
| 02465668 | Allegro Implementation Internal Audit | 20160205 | Gram, Mark | Ground | | | $ 235.44 | Roundtrip mileage from The Woodlands TX to 1601 Bryan, Dallas TX on 02/04/16 and returning 02/05/16 (436 miles @.54 = $235.44). |
| 02465668 | CAO Financial Reporting Support | 20160207 | Jeffcott, David | Ground | | | $ 75.00 | Taxi from Home to Hobby Airport. |
| 02465668 | CAO Financial Reporting Support | 20160207 | Jeffcott, David | Ground | | | $ 60.00 | Taxi from DFW Airport to Marriott City Centre. |
| 02465668 | Fresh Start | 20160208 | Lancy, Bradley | Ground | | | $ 39.50 | Taxi - ground transportation from home to airport in Chicago, IL related to Energy Future Holdings work travel. |
| 02465668 | Fresh Start | 20160208 | Lancy, Bradley | Ground | | | $ 30.00 | Taxi - ground transportation from airport to hotel in Dallas, TX related to Energy Future Holdings work travel. |
| 02465668 | CAO Financial Reporting Support | 20160211 | Jeffcott, David | Ground | | | $ 40.00 | Taxi from EFH to Dallas Love Airport. |
| 02465668 | CAO Financial Reporting Support | 20160211 | Jeffcott, David | Ground | | | $ 75.00 | Taxi from Houston Hobby Airport to Home. |
| 02465668 | Fresh Start | 20160212 | Lancy, Bradley | Ground | | | $ 26.40 | Taxi - ground transportation from client offices to airport in Dallas, TX related to Energy Future Holdings work travel. |
| 02465668 | Fresh Start | 20160212 | Lancy, Bradley | Ground | | | $ 49.70 | Taxi - ground transportation from airport to home in Chicago, IL related to Energy Future Holdings work travel. |
| 02465668 | CAO Financial Reporting Support | 20160214 | Jeffcott, David | Ground | | | $ 75.00 | Taxi from Home to Hobby Airport. |
| 02465668 | CAO Financial Reporting Support | 20160214 | Jeffcott, David | Ground | | | $ 40.00 | Taxi from Love Airport to Marriott City Centre. |
| 02465668 | Fresh Start | 20160216 | Lancy, Bradley | Ground | | | $ 41.10 | Taxi ground transportation from home to airport in Chicago, IL related to Energy Future Holdings work travel. |
| 02465668 | Fresh Start | 20160216 | Lancy, Bradley | Ground | | | $ 25.50 | Taxi ground transportation from airport to hotel in Dallas, TX related to Energy Future Holdings work travel. |
| 02465668 | CAO Financial Reporting Support | 20160218 | Jeffcott, David | Ground | | | $ 40.00 | Taxi from EFH to Dallas Love Airport. |
| 02465668 | CAO Financial Reporting Support | 20160218 | Jeffcott, David | Ground | | | $ 75.00 | Taxi from Houston Hobby Airport to Home. |
| 02465668 | Allegro Implementation Internal Audit | 20160218 | Gram, Mark | Ground | | | $ 235.44 | Roundtrip mileage from The Woodlands TX to 1601 Bryan, Dallas TX on 02/18/16 (436 miles @.54 = $235.44). |
| 02465668 | Allegro Implementation Internal Audit | 20160218 | Gram, Mark | Ground | | | $ 15.00 | Parking at EFH while traveling out of town. |
| 02465668 | Fresh Start | 20160219 | Lancy, Bradley | Ground | | | $ 27.00 | Taxi - ground transportation from client offices to airport in Dallas, TX related to Energy Future Holdings work travel. |
| 02465668 | Fresh Start | 20160219 | Lancy, Bradley | Ground | | | $ 40.70 | Taxi - ground transportation from airport to home in Chicago, IL related to Energy Future Holdings work travel. |
| 02465668 | CAO Financial Reporting Support | 20160221 | Jeffcott, David | Ground | | | $ 75.00 | Taxi from Home to Hobby Airport. |

**KPMG LLP**
**EFH Expense Detail**
**February 1, 2016 through February 29, 2016**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 02465668 | CAO Financial Reporting Support | 20160221 | Jeffcott, David | Ground | | | $ 40.00 | Taxi from Love Airport to Marriott City Centre. |
| 02465668 | Fresh Start | 20160223 | Lancy, Bradley | Ground | | | 42.84 | Taxi - ground transportation from home to airport in Chicago, IL related to Energy Future Holdings work travel. |
| 02465668 | Fresh Start | 20160223 | Lancy, Bradley | Ground | | | 30.65 | Taxi - ground transportation from airport to hotel in Dallas, TX related to Energy Future Holdings work travel. |
| 02465668 | CAO Financial Reporting Support | 20160224 | Jeffcott, David | Ground | | | 30.00 | Taxi while working on EFH Corp Accounting Project. |
| 02465668 | Fresh Start | 20160225 | Lancy, Bradley | Ground | | | 27.00 | Taxi - ground transportation from client offices to airport in Dallas, TX related to Energy Future Holdings work travel. |
| 02465668 | Fresh Start | 20160225 | Lancy, Bradley | Ground | | | 44.10 | Taxi - ground transportation from airport to home in Chicago, IL related to Energy Future Holdings work travel. |
| 02465668 | CAO Financial Reporting Support | 20160225 | Jeffcott, David | Ground | | | 40.00 | Taxi from EFH to Dallas Love Airport. |
| 02465668 | CAO Financial Reporting Support | 20160225 | Jeffcott, David | Ground | | | 75.00 | Taxi from Houston Hobby Airport to Home. |
| | | | **Total Ground** | | | | **$ 2,103.79** | |