## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re | ) Chapter 11 |
|  | ) |
| ENERGY FUTURE HOLDINGS CORP, et. al. | ) Case No. 14-10979 (CSS) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |
|  | ) **Docket Ref. Nos. 3126 and 3346** |

### THIRD SUPPLEMENTAL DECLARATION OF ALAN D. HOLTZ OF ALIXPARTNERS, LLP AS RESTRUCTURING ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ENERGY FUTURES HOLDINGS CORPORATION, ET AL.

I, Alan D. Holtz, declare, pursuant to section 1746 of title 28 of the United States Code, as follows:

1.      I am a managing director of AlixPartners, LLP (together with its parent and subsidiary-affiliates, "**AlixPartners**"), which has a place of business at 2000 Town Center, Suite 2400, Southfield, Michigan 48075.

2.      Except as otherwise noted, I have personal knowledge of the matters set forth herein and, if called as a witness, would testify competently thereto.

3.      I am filing this third supplemental declaration to supplement my original declaration (the "Original Declaration")[1] executed on December 22, 2014, my first supplemental declaration (the "First Supplemental Declaration") executed on January 21, 2015 and my second supplemental declaration (the "Second Supplemental Declaration") executed on May 20, 2015.

4.      In the Original Declaration, AlixPartners reserved the right to supplement the Original Declaration in the event that AlixPartners discovered any additional information. Accordingly, AlixPartners would like to disclose the following:

---

[1] Capitalized terms used herein and not otherwise defined shall have the meanings ascribed to them in the Original Declaration.

- ABB, Inc. ("ABB"), a claims registrant to the Debtors, is affiliated with entities that are current and former clients in matters unrelated to the Debtors. ABB and affiliated entities are vendors, creditors, litigation parties, material contract counterparties, director's affiliated companies.

- Accenture, PLC ("Accenture"), a contract party and vendor to the Debtors, is a creditor, joint venture party, director-affiliated company, litigation party, and professional in interest to current and former AlixPartners clients in matters unrelated to the Debtors. Accenture is a former AlixPartners client in matters unrelated to the Debtors. Accenture is the former employer of current AlixPartners employees.

- Akin Gump Strauss Hauer & Feld ("Akin Gump"), a professional in interest in this bankruptcy matter, is opposing counsel, creditor and a professional in interest to current and former AlixPartners clients in matters unrelated to the Debtors.  Akin Gump is a current and former AlixPartners client in matters unrelated to the Debtors.

- Angelo Gordon & Co. and Angelo Gordon & Co. LP – Private Account ("Angelo") debtholder and bondholder to the Debtors and Rule 2019 party in this bankruptcy matter, is a significant shareholder, lender, bondholder, creditor, executory contract counterparty, professional in interest, and parent company to current and former AlixPartners clients in matters unrelated to the Debtors. Angelo is a current AlixPartners client in matters unrelated to the Debtors. Angelo is an AlixPartners vendor.

- Aon Hewitt LLP, a SoAL party in these Chapter 11 cases, is a professional in interest, creditor, insurance provider, contract party, bondholder, litigation party, creditor, lender, vendor, defendant, and executory contract counterparty to current and former AlixPartners clients in matters unrelated to the Debtor. Aon Consulting, an affiliated entity, and related entities are current and former AlixPartners clients in matters unrelated to the Debtors.  Aon Hewitt Japan Ltd. is an AlixPartners vendor. Aon Consulting is a former employer to current AlixPartners employees.

- Areva NC Inc. and Areva NP Inc., a contract party and vendor to the Debtors, is affiliated with entities that are litigation parties and adverse parties to current and former AlixPartners clients in matters unrelated to the Debtors. AREVA Wind GmbH, an affiliated entity, is a current AlixPartners client.

- Arnold & Porter LLP, a vendor to the Debtors, is a creditor, counsel, and professional in interest to current and former AlixPartners clients in matters unrelated to the Debtors. Arnold & Porter is a current and former AlixPartners client in matters unrelated to the Debtors.

- Ascension Health, debtholders to the Debtors, is an adverse party and vendor to current and former AlixPartners client in matters unrelated to the Debtors.

- Baker Botts, LLP, a professional in interest in these bankruptcy matters, is a legal counsel, litigation party, creditor, director's affiliated company, opposing legal counsel,

2

professional in interest, and vendor to current and former AlixPartners clients in matters unrelated to the Debtors. Baker Botts LLP is a current AlixPartners client in matters unrelated to the Debtors.

- BHP Billiton and BHP Billiton Olympic Dam Corp. Pty Ltd. ("BHP"), claims registrant, vendor and contractual counterparty to the Debtors and SoFAS party in these bankruptcy matters, is a lessor and litigation party to current and former AlixPartners clients in matters unrelated to the Debtors. BHP is a current AlixPartners client in matters unrelated to the Debtors.

- Blackstone and certain affiliates, a professional in interest in this bankruptcy matter, are current and former AlixPartners clients in matters unrelated to the Debtors.  Certain affiliates of Blackstone are professionals in interest, significant shareholders, bondholders, creditors, parent companies, and lenders to current and former AlixPartners clients in matters unrelated to the Debtors. The Blackstone Group, an affiliated entity, is a former employer to current AlixPartners employees.

- BP America Production Co., BP Energy Co., BP America Production Co., BP Amoco Chemical Co., BP Products North America Inc., BP America, Inc., BP Canada Energy Marketing Corp., and BP Corp. North America, ("BP"), a claims registrant, vendor, customer, and contractual counterparty to the Debtors and potentially responsible party and SoALs party in these bankruptcy matters, is affiliated with entities that are current and former AlixPartners clients in matters unrelated to the Debtors.  BP and affiliated entities are material contract parties, litigation parties, associated companies, shareholders, creditors, director-affiliated companies, lessors, professionals in interest, vendors, and customers to current and former AlixPartners clients in matters unrelated to the Debtors.

- Capital One, a contractual counterparty and litigation party to the Debtors, is a current and former AlixPartners client in matters unrelated to the Debtors.  Capital One is an adverse party, creditor, lender, and material contract party to former AlixPartners clients in matters unrelated to the Debtors.

- Carlson Capital, debtholders and vendors to the Debtors, is a bondholder, adverse party, creditor, lender and significant shareholder to current and former AlixPartners clients in matters unrelated to the Debtors.  Carlson Capital is parent company to a current AlixPartners client in matters unrelated to the Debtors.  Carlson Companies, an affiliated entity, is a current AlixPartners client in matters unrelated to the Debtors.

- CH2M Hill Engineers Inc., a SoFAS party in these Chapter 11 cases, is affiliated with a current AlixPartners client in matters unrelated to the Debtors. CH2M Hill Engineers is a professional in interest and vendor to current and former AlixPartners clients in matters unrelated to the Debtors. CH2M Hill Engineers is a former employer to current AlixPartners employees.

3

- Chadbourne & Parke LLP, a Rule 2002 party in these Chapter 11 cases, is a current AlixPartners client in matters unrelated to the Debtors. Chadbourne & Parke LLP is a professional in interest and client counsel to current and former AlixPartners clients in matters unrelated to the Debtors.

- Chevron Natural Gas, a division of Chevron USA Inc. and Chevron USA Inc. ("Chevron"), contract parties and litigants to the Debtors, are affiliated with entities that are executory contract counterparties, creditors, adverse parties, vendors, litigation parties, and customers to current and former AlixPartners clients in matters unrelated to the Debtors.  Chevron is a current client and was a client through membership in a creditors committee to a former AlixPartners client in matters unrelated to the Debtors. Chevron is an AlixPartners vendor.

- CIT Group ("CIT"), a SoAL party in these Chapter 11 cases, and affiliated entities are lenders, creditors, material contract parties and lessors to current and former AlixPartners clients in matters unrelated to the Debtors. CIT is a current AlixPartners client in matters unrelated to the Debtors. CIT Group is the previous employer of a current AlixPartners employee.

- Cleary Gottlieb Steen & Hamilton LLP, a rule 2002 part in these Chapter 11 cases, is legal counsel, opposing counsel, and a professional in interest to current and former AlixPartners clients in matters unrelated to the Debtors.

- Continental AG, a SoAL party in these Chapter 11 cases, is a litigation party and creditor to current and former AlixPartners clients in matters unrelated to the Debtors. Continental Automotive GmbH is a current AlixPartners client in matters unrelated to the Debtors. Continental AG and Continental Automotive are former employers of current AlixPartners employees.

- Contrarian Capital Management LLC and Contrarian Funds LLC, bondholders and debtholders to the Debtors, are creditors, lenders, and director-affiliated companies to current and former AlixPartners clients in matters unrelated to the Debtors. Contrarian Capital Management is a current AlixPartners client in matters unrelated to the Debtors.

- CoStar Realty Information, Inc., a SoALs party in these Chapter 11 cases, is a current AlixPartners client in a matter unrelated to the Debtors. CoStar Realty Information is a related party to a current AlixPartners client in a matter unrelated to the Debtors.

- Covington & Burling, a vendor to the Debtors, is a professional in interest, counsel, opposing counsel, and creditor to current and former AlixPartners clients in matters unrelated to the Debtors. Covington & Burling is a current and former AlixPartners client in matters unrelated to the Debtors.

- CPP Investment Board (USRE II) Inc. ("CPPIB") is affiliated with entities that are investors to current AlixPartners clients in matters unrelated to the Debtors. CPPIB is a current AlixPartners client in matters unrelated to the Debtors.

3900773

- Cravath Swaine & Moore, a Rule 2002 party in these Chapter 11 cases, is opposing counsel, client counsel and professional in interest to current and former AlixPartners clients in matters unrelated to the Debtors.  Cravath Swaine & Moore is a current and former AlixPartners client in matters unrelated to the Debtors.  Cravath Swaine & Moore is a vendor to AlixPartners.

- Delta Airlines, a SoFAS party in these Chapter 11 cases, is a current AlixPartners client in matters unrelated to the Debtors. Delta Airlines director's affiliated company, customer, and litigation party to current and former AlixPartners clients in matters unrelated to the Debtors.

- DirecTV, a SoAL party in these Chapter 11 cases, is a current and former AlixPartners client in matters unrelated to the Debtors. DirecTV is a vendor to AlixPartners.

- Dykema Gossett, a rule 2002 party in these Chapter 11 cases, is client counsel, opposing counsel, professional in interest, and vendor to current and former AlixPartners clients in matters unrelated to the Debtors. Dykema Gossett is a current and former AlixPartners client in matters unrelated to the Debtors. AlixPartners is a current client of Dykema Gossett in matters unrelated to the Debtors. Dykema Gossett is the former employer of a current AlixPartners employee.

- E.I. Dupont ("Dupont"), a SoAL party in these Chapter 11 cases, is affiliated with entities that are current and former AlixPartners client in matters unrelated to the Debtors. DuPont is a creditor, vendor, material contract party and adverse party to current and former AlixPartners clients in matters unrelated to the Debtors. DuPont is the former employer of current AlixPartners employees.

- Elliott Associates LP, Elliott International Capital Advisors Inc., and Elliott International LP ("Elliott"), debtholders and shareholders to the Debtors, are affiliated with entities that are bondholders and adverse litigation parties to current and former AlixPartners clients in matters unrelated to the Debtors. Elliott is a current AlixPartners client in matters unrelated to the Debtors.

- EOn New Build & Technology ("EOn"), a SoFAS party in these Chapter 11 cases, is affiliated with an entity that is an associated company to a former AlixPartners client in matters unrelated to the Debtor. EOn is a vendor to AlixPartners.

- Exide, a SoAL party in these Chapter 11 cases, is a current and former AlixPartners client in matters unrelated to the Debtors.

- First Solar Inc., a SoAL party in these Chapter 11 cases, is a current and former AlixPartners client in matters unrelated to the Debtors.

- First Trust Advisors LP, First Trust High Yield Long Short ETF, First Trust Senior Floating Rate Income Fund II, First Trust Senior Loan Fund, First Trust Short Duration High Income Fund, First Trust Strategic High Income Fund II, First Trust Tactical High

Yield ETF, and  First Trust/Four Corners Senior Floating Rate Income Fund II, debtholders to the Debtors, are lenders, creditors, associated companies, lenders, material contract counterparties, and bondholders to current and former AlixPartners clients in matters unrelated to the Debtors.

- Fish & Richardson, a vendor to the Debtors, is a current and former AlixPartners client in matters unrelated to the Debtors.  Fish & Richardson is a professional in interest, counsel, and opposing counsel to current and former AlixPartners clients in matters unrelated to the Debtors.

- Gates Corp., a SoAL party in these Chapter 11 cases, is affiliated with entities that are current and former AlixPartners clients in matters unrelated to the Debtors. Gates is a vendor, associated company, director, and related party to current and former AlixPartners clients in matters unrelated to the Debtors.

- General Electric, General Electric International Inc., and General Electric Pension Trust ("GE"), vendors and debtholders to the Debtors, are affiliated with entities that are creditors, customers, lenders, vendors, litigation parties, adverse parties, associated companies, lessors, and bondholders to current and former AlixPartners clients in matters unrelated to the Debtors. GE affiliated entities are current and former AlixPartners clients in matters unrelated to the Debtors. GE affiliated entities are the former employers of current AlixPartners employees.

- Genesis Solutions and Genesis Systems Inc. ("Genesis"), vendors to the Debtors and SoALs parties in these Chapter 11 cases, are affiliated with entities that are lenders, customers, associated companies, and adverse litigation parties to current and former AlixPartners clients in matters unrelated to the Debtors. Genesis Co., LTD is a current AlixPartners client in matters unrelated to the Debtors. Genesis is a former employer of current AlixPartners employees.

- Geotech Environmental Equipment Inc., a SoALs party in these Chapter 11 cases, is an associated company to a current AlixPartners client in matters unrelated to the Debtors.

- Goodmans LLP, a SoFAS party in these Chapter 11 cases, is a related party to a current AlixPartners client in a matter unrelated to the Debtors. Goodmans LLP is a current AlixPartners client in a matter unrelated to the Debtors.

- Greystone Investments, a bondholder to the Debtors, is affiliated with an entity that is an associated company to a current AlixPartners client in matters unrelated to the Debtors.

- GSC Capital, GSC Enterprises Inc., GSC Group CDO Fund VIII Ltd., GSC Partners, GSC CDO Funds IV Ltd., GSC CDO Funds V Ltd., GSC CDO Funds VII Ltd., GSC CDO Funds VIII Ltd., contractual counterparties, debtholders, and bondholder to the Debtors, are affiliated with entities that are associated companies to current and former AlixPartners clients in matters unrelated to the Debtors. GSC Group is a former AlixPartners client in matters unrelated to the Debtors.

3900773

- HBK Investments LP and HBK Master Fund LP ("HBK"), debtholders to the Debtors, is a current and former AlixPartners client in matters unrelated to the Debtors. HBK is an affiliate to a current AlixPartners client in matters unrelated to the Debtors. HBK is a creditor, shareholder, and lender to current and former AlixPartners clients in matters unrelated to the Debtors.

- HCL America Inc. ("HCL"), a contractual counterparty, vendor, creditor, UCC member and proposed advisor, is affiliated with entities that are associated companies to current and former AlixPartners clients in matters unrelated to the Debtors.

- Hewlett-Packard and Hewlett Packard Financial Services Co. ("HP"), contract parties and vendors to the Debtors, are lenders, vendors, adverse parties, associated companies, material contract parties, and creditors to current and former AlixPartners clients in matters unrelated to the Debtors. HP and an affiliated entity are former AlixPartners clients in matters unrelated to the Debtors. HP is the former employer of a current AlixPartners employee. HP is a vendor to AlixPartners.

- Holland & Knight, a claims registrant to the Debtors, is a creditor and professional in interest to current and former AlixPartners clients in matters unrelated to the Debtors. Holland & Knight is a current and former AlixPartners client in matters unrelated to the Debtors.

- Honeywell and Honeywell Industry Solutions ("Honeywell), litigants and vendors to the Debtors, are creditors and director-affiliated companies to former AlixPartners clients in matters unrelated to the Debtors. Honeywell or its affiliates are client related parties to a current AlixPartners client in matters unrelated to the Debtors. Honeywell is a current and former AlixPartners client in matters unrelated to the Debtors. Honeywell is the former employer of a current AlixPartners employee.

- HSBC Bank PLC, HSBC Card Services Inc., HSBC Holdings PLC and HSBC Wealth Management ("HSBC"), litigants, debtholders, and bondholders to the Debtors, are affiliated with entities that are lenders, creditors, associated companies, adverse parties, vendors, bondholders, shareholders, and indenture trustees to current and former AlixPartners clients in matters unrelated to the Debtors. HSBC and affiliated entities are current and former AlixPartners clients in matters unrelated to the Debtors. HSBC is a former employer of current AlixPartners employees.

- ICF Resources LLC ("ICF"), professional in interest and SoFAS party in these Chapter 11 cases, is affiliated with an entity that is an associated company to a current AlixPartners client in matters unrelated to the Debtors. ICF is a former employer of current AlixPartners employees.

- Indigo Energy and Indigo Minerals LLC, SoALs parties in these Chapter 11 cases, are affiliated with an entity that is an associated company to a current AlixPartners client in matters unrelated to the Debtors.

7

- Jackson Walker, a vendor to the Debtors, is a current and former AlixPartners client in matters unrelated to the Debtors. Jackson Walker is an adverse party, professional in interest, executory contract counterparty and legal counsel to current and former AlixPartners clients in matters unrelated to the Debtors. Jackson Walker is a vendor to AlixPartners.

- Kelley Drye & Warren LLP, a Rule 2002 party in these Chapter 11 cases, is a professional in interest, legal counsel, and opposing legal counsel to current and former AlixPartners clients in matters unrelated to the Debtors. Kelley Drye & Warren LLP is a former AlixPartners client in matters unrelated to the Debtors.

- KPMG LLP ("KPMG"), a professional in interest in this bankruptcy matter and vendor to the Debtors, is a former AlixPartners client in matters unrelated to the Debtors. KPMG is a co-client to a current AlixPartners engagement in matters unrelated to the Debtors. KPMG is a professional in interest, auditor, adverse party, and creditor to current and former AlixPartners clients in matters unrelated to the Debtors. KPMG provides auditing services to AlixPartners. KPMG is a vendor to AlixPartners. KPMG is the former employer of several current AlixPartners employees.

- Libra Global Ltd., a debtholder to the Debtors, is a former AlixPartners client in matters unrelated to the Debtors.

- Locke Lord Bissell & Liddell ("Locke Lord"), a vendor to the Debtors, is co-counsel and professional in interest to current former AlixPartners client and is a professional in interest to current AlixPartners in matters unrelated to the Debtors. Locke Lord is a current AlixPartners client in matters unrelated to the Debtors.

- NCR Corporation, a SoALs party in these Chapter 11 cases, is an acquisition target, defendant, and material contract party to current and former AlixPartners clients in matters unrelated to the Debtors. NCR Corporation is a current AlixPartners client in matters unrelated to the Debtors.

- Neuberger Berman is a debtholder to the Debtors, is an associated company to a current AlixPartners client in matters unrelated to the Debtors. The spouse of a current AlixPartners employee is employed by an affiliate of Neuberger Berman. AlixPartners confirmed that the spouse is not involved in any work that is, was or could be related to this matter.

- Oaktree Capital Management LP, Oaktree FF Investment Fund LP, Oaktree High Yield Fund II LP, Oaktree High Yield Fund LP, Oaktree High Yield Plus Fund LP, Oaktree Huntington Investment Fund LP, Oaktree Loan Fund 2X (Cayman) LP, Oaktree Opportunities Fund VIII (Parallel 2) LP, Oaktree Opportunities Fund VIII Delaware LP, Oaktree Opportunities Fund VIIIB Delaware LP, Oaktree Opps IX Holdco Ltd., Oaktree Opps IX Parallel 2 Holdco Ltd., Oaktree Senior Loan Fund LP, and Oaktree Value Opportunities Fund Holdings LP ("Oaktree") are bondholders and debtholders to the Debtors. Oaktree and affiliated entities are current and former clients to AlixPartners in matters unrelated to the Debtors. Oaktree and affiliated entities are bondholders, parent

companies, lenders, vendors, significant shareholders, associated companies, co-clients and creditors to current and former AlixPartners clients in matters unrelated to the Debtors.

- OpenLink Financial LLC, a SoALs party in these Chapter 11 cases, is a current AlixPartners client in matters unrelated to the Debtors. OpenLink Financial LLC is a related party to a current AlixPartners client in matters unrelated to the Debtors.

- Oracle Credit Corporation, Oracle America, and Oracle Corporation ("Oracle"), vendors, claims registrants and contract parties to the Debtors, are current and former AlixPartners clients in matters unrelated to the Debtors. Oracle is a creditor, associated company, and adverse party to former AlixPartners clients in matters unrelated to the Debtors. Oracle is the former employer of a current AlixPartners employee.

- Pentair Valves & Controls Inc., contractual counterparty and claims registrant to the Debtors and SoALs party in these Chapter 11 cases, is a current AlixPartners client in matters unrelated to the Debtors.

- Pillsbury Winthrop Shaw Pittman LLP, a vendor to the Debtors, is a professional in interest, client counsel, and opposing counsel to current and former AlixPartners clients in matters unrelated to the Debtors. Pillsbury Winthrop Shaw Pittman LLP is current and former AlixPartners client in matters unrelated to the Debtors.

- Pioneer Investment and Pioneer Investment Management Inc., bondholders, creditors, and debtholders to the Debtors, are bondholders, lenders, associated companies, and co-clients to current and former AlixPartners clients in matters unrelated to the Debtors.

- Polsinelli PC, an unsecured creditors' committee member and proposed advisor in this bankruptcy matter, is a current AlixPartners client in matters unrelated to the Debtors. Polsinelli Shughart, PC, an affiliated entity  is a former AlixPartners client in matters unrelated to the Debtors. Polsinelli Shughart, PC is a professional in interest to a former AlixPartners client in matters unrelated to the Debtors. Polsinelli PC is a vendor to AlixPartners.

- PPG Industries, Inc., a SoALs party in these Chapter 11 cases, is a current AlixPartners client in matters unrelated to the Debtors. PPG Industries, Inc. is affiliated with entities that are vendors, bondholders, customers, and material contract parties to current and former AlixPartners clients in matters unrelated to the Debtors.

- Prudential Insurance, Prudential Investment Management Inc., Prudential Series Fund: Diversified Bond Portfolio, and Prudential Series Fund: High Yield Bond Portfolio ("Prudential"), debtholders and bondholders to the Debtors, are affiliated with entities that are adverse parties, lenders, vendors, material contract parties, insurance providers, co-clients, lessors, adverse parties, litigation parties, vendors, and bondholders to current and former AlixPartners clients in matters unrelated to the Debtors.   Prudential is a current and former AlixPartners client in matters unrelated to the Debtors.

- Raytheon Engineering & Constructors, a SoFAS party in these Chapter 11 cases, is affiliated with current and former AlixPartners clients in matters unrelated to the Debtors. Raytheon and affiliated entities are lessors, lenders, vendors, and litigation parties to current and former AlixPartners clients in matters unrelated to the Debtors. Raytheon International, an affiliated entity, is a former employer to current AlixPartners employees.

- Rhodia Inc., a SoALs party in these Chapter 11 cases, is an associated company to a current AlixPartners client in matters unrelated to the Debtors.

- Royal Bank of Scotland Group PLC ("RBS"), a debtholder, bondholder and noteholder to the Debtors, is a lender, executory contract counterparty, director, shareholder, associated company, and creditor to current and former AlixPartners clients in matters unrelated to the Debtors. A former AlixPartners employee is currently the UK Head of the Global Restructuring Group of The Royal Bank of Scotland, but had no involvement with this matter while employed at AlixPartners. RBS is a current and former AlixPartners client in matters unrelated to the Debtors.

- Royal Mail Pension Plan ("Royal Mail"), a debtholder to the Debtors, is an AlixPartners vendor and creditor to a former AlixPartners client in matters unrelated to the Debtors. Royal Mail is a current AlixPartners client in matters unrelated to the Debtors.

- RPM Inc. and RPM Services, litigation parties and vendors to the Debtors, are associated companies and director affiliated companies to current and former AlixPartners clients in matters unrelated to the Debtors.

- Samsung Austin Semiconductor LP, ("Samsung"), a contractual counterparty to the Debtors, is affiliated with entities that are creditors and litigation parties to former AlixPartners clients in matters unrelated to the Debtors. Samsung is an adverse litigant to a current AlixPartners client in matters unrelated to the Debtor. Samsung is a vendor and material contract party to current AlixPartners clients in matters unrelated to the Debtors. An affiliate of Samsung is a current and former AlixPartners client in matters unrelated to the Debtors. Samsung is the former employer of a current AlixPartners employee.

- Santander Consumer USA Inc., a contractual counterparty to the Debtors, is affiliated with entities that are lenders, professionals in interest, executory contract counterparties, litigation parties, and associated companies to current and former AlixPartners clients in matters unrelated to the Debtors. Banco Santander, an affiliated entity, is a former employer of current AlixPartners employees.

- Sears Holdings Pension Trust and Sears Roebuck & Co. ("Sears"), debtholders to the Debtors and SoALs parties in these Chapter 11 cases, is a former AlixPartners client in matters unrelated to the Debtors. Sears is an adverse party, co-defendant, and parent company to former AlixPartners clients in matters unrelated to the Debtors.

- Siemens Energy Inc., Siemens Industry Inc., Siemens Power Generation Inc. Siemens Water Technologies Inc. and Siemens Westinghouse Power Corp. ("Siemens"), a vendor, litigant, contractual counterparty, and creditor to the Debtors, and affiliated entities are

10

creditors, lenders, adverse parties, associated companies, and lessors to former AlixPartners clients in matters unrelated to the Debtor.  Siemens AG is a current AlixPartners client.  Affiliated entities of Siemens are current and former clients of AlixPartners in matters unrelated to the Debtors.

- Standard Life Investments (USA) Ltd., a bondholder to the Debtors, is affiliated with entities that are executory contract counterparties, lessors, vendors, co-clients, and adverse parties to current and former AlixPartners clients in matters unrelated to the Debtors. Standard Life is a vendor to AlixPartners. Standard Life Assurance Company is a current AlixPartners client in matters unrelated to the Debtors.

- Sullivan & Cromwell LLP, a Rule 2002 party in these Chapter 11 cases, is a professional in interest, counsel, and opposing counsel to current and former AlixPartners clients in matters unrelated to the Debtors.

- Sungard Consulting Services, LLC, Sungard Consulting Services Inc., Sungard Energy Systems, ("Sungard"), a vendor, claims registrant, and contractual counterparty to the Debtor, is an adverse party to a current AlixPartners client in matters unrelated to the Debtors. Sungard is a creditor and executory contract counterparty to former AlixPartners clients in matters unrelated to the Debtors. Sungard Availability Services, an affiliated entity, is a current AlixPartners client in matters unrelated to the Debtors.

- Symantec Corporation, SoFAs party to these Chapter 11 cases, is a current and former AlixPartners client in matters unrelated to the Debtors. Symantec Corporation is the former employer of a current AlixPartners Employee.

- T. Rowe Price, T. Rowe Price Institutional Floating Rate Fund, T. Rowe Price Institutional High Yield Fund ("T. Rowe Price"), debtholders and DIP lenders to the Debtors, are affiliated with entities that are bondholders, creditors, insurance providers, litigation parties, and significant shareholders to current and former AlixPartners clients in maters unrelated to the Debtors. T. Rowe Price is a current AlixPartners client in matters unrelated to the Debtors.

- ThyssenKrupp Elevator Corp., ThyssenKrupp Robins Inc. and ThyssenKrupp Safway Inc. ("ThyssenKrupp"), vendors and claims registrants to the Debtors and SoALs parties in these Chapter 11 cases, are affiliated with entities that are current and former AlixPartners client in matters unrelated to the Debtors. ThyssenKrupp affiliated entities are material contract parties, creditors, and vendors to current and former AlixPartners clients in matters unrelated to the Debtors.

- Toshiba International ("Toshiba"), a vendor to the Debtors, is affiliated with entities that are vendors, litigation parties, significant shareholders, associated companies, adverse parties and creditors to former AlixPartners clients in matters unrelated to the Debtors. Toshiba is a current and former AlixPartners client in matters unrelated to the Debtors. Toshiba is a vendor to AlixPartners.

3900773

- TPG Capital LP, TPG Capital Management LP, TPG FOF V-A LP, TPG FOF V-B LP, TPG Management LP, TPG Partners IV LP, TPG Partners V LP and TPG Partners V LP, vendors and shareholders to the Debtors, are affiliated with entities that are significant shareholders and associated companies to current and former AlixPartners clients in matters unrelated to the Debtors. Affiliated entities are current and former AlixPartners clients in matters unrelated to the Debtors.

- Trico Corp, a vendor to the Debtors, is affiliated with entities that are vendors and associated companies to current and former AlixPartners clients in matters unrelated to the Debtors. Trico Marine Services, an affiliated entity, is a current AlixPartners client in matters unrelated to the Debtors.

- TRW Inc. and TRW Mission Manufacturing Co. ("TRW"), SoAL parties in these Chapter 11 cases, are customers, vendors, litigation parties and creditors to current and former AlixPartners clients in matters unrelated to the Debtors. TRW Automotive, an affiliated entity, is a current AlixPartners client. TRW is the former employer of a current AlixPartners employee.

- Unisys, a SoALs party in these chapter 11 cases, is an associated company, creditor and shareholder to current and former AlixPartners clients in matters unrelated to the Debtors. Unisys is a current and former AlixPartners client in matters unrelated to the Debtors.

- Wachovia Bank, a debtholder, vendor, contractual counterparty, landlord, lienholder, and litigant to the Debtors, is affiliated with entities that are lenders, indenture trustees, bondholders, creditors, associated companies, adverse parties, co-defendants, and professionals in interest to current and former AlixPartners clients in matters unrelated to the Debtors. Wachovia Bank is a current and former AlixPartners client in matters unrelated to the Debtors. Wachovia is the former employer of current AlixPartners employees.

- Wells Fargo, a lender to the Debtors, is affiliated with entities that are lenders, creditors, lessors, bondholders, indenture trustees, co-defendants, adverse parties, insurance providers, associated companies, investors, material contract parties, professionals in interest, shareholders and vendors to current and former AlixPartners clients in matters unrelated to the Debtors. Wells Fargo is a current and former AlixPartners client in matters unrelated to the Debtors. Wells Fargo is a vendor to AlixPartners.

- White & Case, a professional in interest in this bankruptcy matter and vendor to the Debtors, is a professional in interest, opposing counsel, associated company, professional in interest, vendor and co-counsel to current and former AlixPartners clients in matters unrelated to the Debtors. White & Case is a current and former AlixPartners client in matters unrelated to the Debtors. White & Case is a vendor to AlixPartners.

- Wilmer Cutler Pickering Hale and Dorr LLP, a Rule 2002 party in these Chapter 11 cases, is a current and former AlixPartners client in matters unrelated to the Debtors.

3900773

- WireCo WorldGroup Inc., a contractual counterparty to the Debtors is a current and former AlixPartners client in matters unrelated to the Debtors.

- XL Specialty Insurance and XL Insurance (Bermuda) Ltd., insurance providers to the Debtors and SoALs parties in these Chapter 11 cases, insurance providers to the Debtors, are affiliated with entities that are material contract parties, associated companies, insurance providers and co-defendants to current and former AlixPartners clients in matters unrelated to the Debtors.

- York Capital, York Capital Management Global Advisors LLC, York Capital Management LP, York Credit Opportunities Fund LP, York Credit Opportunities Master Fund LP, York International Corp., and York Multi Strategy Master Fund, vendors, litigants, bondholders to the Debtors and Rule 2019 parties in these Chapter 11 cases, are bondholders, shareholders, and associated companies to current and former AlixPartners clients in matters unrelated to the Debtors.

- Zolfo Cooper LLC ("Zolfo Cooper"), a vendor to the Debtors and professional in interest in this bankruptcy matter, is a professional in interest to a current AlixPartners client in matters unrelated to the Debtors. Zolfo Cooper is a current AlixPartners client in matters unrelated to the Debtors. Zolfo Cooper is the former employer of current AlixPartners employees.

5.      Additionally, certain of AlixPartners' employees, managing directors, board members, equity holders, or an affiliate of any of the foregoing may have financial accounts or insurance relationships with a potential party in interest.

6.      I continue to reserve the right to submit additional supplemental disclosures in the event that AlixPartners discovers any facts bearing on matters regarding AlixPartners' employment by the Committee.  AlixPartners will promptly file a supplemental declaration pursuant to Bankruptcy Rule 2014(a) if any new material, relevant facts, or relationships are discovered or arise.

I declare under penalty of perjury pursuant to 28 U.S.C. §1746 that the foregoing is true and correct.

3900773

_____
Alan D. Holtz

Dated this 9th day of May, 2016

14