**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) | Case No. 14-10979 (CSS) |
| *Debtors*. | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF INTENT TO PARTICIPATE IN DISCLOSURE STATEMENT PROCEEDINGS AND CONFIRMATION PROCEEDINGS FOR NEW PLAN

In accordance with the Motion of Energy Future Holdings Corp., et al., for Entry of an Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors Joint Plan of Reorganization and the Approval of Debtors Disclosure Statement dated May 1, 2016 (No. 14-10979, D.I. 8358)[1] (the "New Plan Confirmation Scheduling Motion"), Delaware Trust Company (the "Trustee"), indenture trustee for first lien notes ("Notes") issued by Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. (together "EFIH"), and as collateral trustee, hereby provides notice of intent to participate in the Disclosure Statement Proceedings and the Confirmation Proceedings (as defined in the New Plan Confirmation Scheduling Motion).

1. The address of the Trustee is:

    Delaware Trust Company
    Attn: Sandra E. Horwitz
    2711 Centerville Road
    Wilmington, DE 19808

2. The Trustee's claims against the Debtors are set forth in (among other pleadings, orders and filings) the following:

---

[1] Unless otherwise specified, references to case numbers and docket entries refer to cases in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

(a) The motion seeking (i) a determination that acceleration of the Notes could be rescinded without violating the automatic stay or (ii) in the alternative, relief from the automatic stay to rescind acceleration of the Notes (No. 14-10979, D.I. 473);

(b) The action for a declaratory judgment that EFIH's repayment of the Notes would require it to pay a "make whole" or other damages to holders of the Notes (No. 14-10979, D.I. 470; No. 14-50363, D.I. 1);

(c) The appeal[2] from the Memorandum Order dated February 16, 2016 of the United States District Court for the District of Delaware (No. 15-00620, D.I. 57, D. Del.) and from the following orders, judgments, and decrees of the Bankruptcy Court: (i) Order dated July 8, 2015 (No. 14-10979, D.I. 4940; No. 14-50363, D.I. 305); (ii) Findings of Fact and Conclusions of Law dated July 8, 2015 (No. 14-10979, D.I. 4939; No. 14-50363, D.I. 304); (iii) Order dated March 26, 2015 (No. 14-10979, D.I. 3985; No. 14-50363, D.I. 246); (iv) Findings of Facts and Conclusions of Law Regarding Cross-Motions for Summary Judgment dated March 26, 2015 (No. 14-10979, D.I. 3984; No. 14-50363, D.I. 245); (v) Any and all orders, opinions, findings of fact, conclusions of law, rulings, or other decisions that merged in the foregoing Orders, Findings of Fact and Conclusions of Law; and

(d) Proofs of claim filed by the Trustee with the following claim numbers[3]:

- 8024
- 8025
- 8026

---

[2] *See* Notice of Appeal filed on February 17, 2016 (No. 15-00620, D.I. 58, D. Del.); Notice of Appeal filed on July 17, 2015 (No. 14-10979, D.I. 5035; No. 14-50363, D.I. 308) as amended on July 22, 2015 (No. 14-10979, D.I. 5074; No. 14-50363, D.I. 312).

[3] This list does not include proofs of claim filed by the Trustee that were disallowed, without prejudice, by order of this Court as having been amended or superseded by subsequent proofs of claim.

- 8027
- 8028
- 8029
- 8030
- 8031
- 8032
- 8033

3. The names and addresses of counsel to the Trustee are:

| | |
|---|---|
| COLE SCHOTZ P.C. | |
| Norman L. Pernick (Bar No. 2290) | |
| J. Kate Stickles (Bar No. 2917) | Warren A. Usatine |
| 500 Delaware Avenue, Suite 1410 | Court Plaza North |
| Wilmington, DE  19801 | 25 Main Street |
| Telephone: 302-652-3131 | Hackensack, NJ 07602 |
| Facsimile:  302-652-3117 | Telephone: 201-489-3000 |
| npernick@coleschotz.com | Facsimile:  201-489-1536 |
| kstickles@coleschotz.com | wusatine@coleschotz.com |

| | |
|---|---|
| WILMER CUTLER PICKERING HALE AND DORR LLP | |
| Philip D. Anker | Dennis L. Jenkins |
| Charles C. Platt | 60 State Street |
| 7 World Trade Center | Boston, MA 02109 |
| 250 Greenwich Street | Telephone:  617-526-6000 |
| New York, NY 10007 | Facsimile: 617-526-5000 |
| Telephone: 212-230-8800 | Dennis.Jenkins@wilmerhale.com |
| Facsimile:  212-230-8888 | |
| Philip.Anker@wilmerhale.com | |
| Charles.Platt@wilmerhale.com | |

| | |
|---|---|
| DRINKER BIDDLE & REATH LLP | |
| James H. Millar | Todd C. Schiltz |
| 1177 Avenue of the Americas | 222 Delaware Ave, Suite 1410 |
| 41st Floor | Wilmington, DE  19801-1612 |
| New York, NY 10036-2714 | Telephone:  302-467-4200 |
| Telephone:  212-248-3264 | Facsimile:  302-467-4201 |
| Facsimile:  212-248-3141 | todd.schiltz@dbr.com |
| James.Millar@dbr.com | |

Dated: May 9, 2016

*/s/ Norman L. Pernick*

| | |
|---|---|
| COLE SCHOTZ P.C. | |
| Norman L. Pernick (Bar No. 2290) | Warren A. Usatine |
| J. Kate Stickles (Bar No. 2917) | Court Plaza North |
| 500 Delaware Avenue, Suite 1410 | 25 Main Street |
| Wilmington, DE 19801 | Hackensack, NJ 07602 |
| Telephone: 302-652-3131 | Telephone: 201-489-3000 |
| Facsimile: 302-652-3117 | Facsimile: 201-489-1536 |
| npernick@coleschotz.com | wusatine@coleschotz.com |
| kstickles@coleschotz.com | |

WILMER CUTLER PICKERING HALE AND DORR LLP

| | |
|---|---|
| Philip D. Anker | Dennis L. Jenkins |
| Charles C. Platt | 60 State Street |
| 7 World Trade Center | Boston, MA 02109 |
| 250 Greenwich Street | Telephone: 617-526-6000 |
| New York, NY 10007 | Facsimile: 617-526-5000 |
| Telephone: 212-230-8800 | Dennis.Jenkins@wilmerhale.com |
| Facsimile: 212-230-8888 | |
| Philip.Anker@wilmerhale.com | |
| Charles.Platt@wilmerhale.com | |

DRINKER BIDDLE & REATH LLP

| | |
|---|---|
| James H. Millar | Todd C. Schiltz |
| 1177 Avenue of the Americas | 222 Delaware Ave, Suite 1410 |
| 41st Floor | Wilmington, DE 19801-1612 |
| New York, NY 10036-2714 | Telephone: 302-467-4200 |
| Telephone: 212-248-3264 | Facsimile: 302-467-4201 |
| Facsimile: 212-248-3141 | todd.schiltz@dbr.com |
| James.Millar@dbr.com | |

*Counsel for Delaware Trust Company,
as successor indenture trustee*