# EXHIBIT A

53117337.1

**SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY**

**(See Guidelines C.8. for project category information.)**

| Project Category | Hours Budgeted | Fees Budgeted | Hours Billed | Fees Sought |
|---|---|---|---|---|
| Administration | | | - | $ - |
| Asset Disposition | | | 1.10 | $ 604.50 |
| Bankruptcy-Related Advice | | | 11.00 | $ 4,550.00 |
| Business Operations | | | 2.00 | $ 1,097.00 |
| Case Administration | | | 4.20 | $ 2,329.00 |
| Claims Administration & Objections | | | 3.00 | $ 1,818.00 |
| Corporate Governance & Board Matters | | | 0.20 | $ 135.00 |
| Employment/Fee Applications | | | 13.30 | $ 6,664.50 |
| Financing & Cash Collateral | | | 0.10 | $ 67.50 |
| General Bankruptcy Advice/Opinions | | | 0.20 | $ 80.00 |
| Litigation Contested Matters(excl assump/rejection motions | | | 20.40 | $ 9,380.50 |
| Meetings of & Communications with Creditors or the Comm | | | 4.70 | $ 2,117.50 |
| Operations | | | 67.90 | $ 35,778.00 |
| | | | 128.10 | $ 64,621.50 |

# EXHIBIT B

SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FEE APPLICATION

| Name | Title | Section | Date of First Admission | Fees Billed | Hours Billed | Hourly Rate Billed in This Application | Hourly Rate Billed in First Interim Application | Number of Rate Increases Since Case Inception |
|---|---|---|---|---|---|---|---|---|
| Bird, James E. | Shareholder | FR Bankruptcy and Restructuring | 10/15/1980 | $ 2,152.50 | 3.50 | 615.00 | - | 0 |
| Callenbach, Anne E. | Shareholder | BU Energy | 05/01/1998 | $ 15,648.00 | 32.60 | 480.00 | - | 0 |
| Caro, Jr., Frank A. | Shareholder | BU Energy | 05/01/1983 | $ 720.00 | 1.20 | 600.00 | - | 0 |
| Church, Jr., William H. | Shareholder | LI Commercial Litigation | 11/01/1988 | $ 660.00 | 1.10 | 600.00 | - | 0 |
| Edelson, Justin K. | Shareholder | FR Bankruptcy and Restructuring | 05/01/2007 | $ - | - | - | - | 0 |
| Edelson, Justin K. | Shareholder | FR Bankruptcy and Restructuring | 05/01/2007 | $ 15,931.00 | 35.80 | 445.00 | - | 0 |
| Ward, Chris A. | Shareholder | FR Bankruptcy and Restructuring | 12/15/1999 | $ 11,137.50 | 16.50 | 675.00 | - | 0 |
| Ross, Matthew E. | Shareholder | BU Energy | 01/01/1999 | $ 14,250.00 | 25.00 | 570.00 | - | 0 |
| Vine, Jarrett K. | Associate | FR Bankruptcy and Restructuring | 01/01/2009 | $ 2,280.00 | 5.70 | 400.00 | - | 0 |
| Suprum, Lindsey M. | Paralegal | FR Bankruptcy and Restructuring | | $ 1,842.50 | 6.70 | 275.00 | - | 0 |
| | | | | $ 64,621.50 | 128.10 | 504.46 | | |

CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES WITH FEE APPLICATIONS

( See Guidelines C.3. for definitions of terms used in this Exhibit.)

| Category of Timekeeper (using categories already maintained by the firm) | BLENDED HOURLY RATE | |
|---|---|---|
| | BILLED OR COLLECTED | BILLED |
| | Firm or offices for preceding year, excluding bankruptcy | In this fee application |
| Shareholder | $ 463.10 | $ 522.90 |
| Associate | $ 332.34 | $ 400.00 |
| Paralegal | $ 230.54 | $ 275.00 |
| | | |
| All timekeepers averaged | $ 447.27 | $ 504.46 |

# EXHIBIT C

SUMMARY OF EXPENSE REIMBURSEMENT REQUESTED BY CATEGORY

(See Guidelines C.8. for project category information.)

| Category | Amount |
|----------|--------|
| Document Reproduction | $ 1,028.85 |
| Deliveries | $ 15.00 |
| Meals | $ 175.68 |
| Transcript of Proceedings | $ 580.80 |
| | $ 1,800.33 |

# EXHIBIT D



# Invoice Detail

For Professional Services Through 3/31/16
File No. 078582-475724
**Re: Energy Future Holdings Bankruptcy**

Page 38
April 30, 2016
Invoice No: 1279342

## Disbursements

| Date | Description | Amount |
|------|-------------|--------|
| 02/29/16 | Transcript of Proceedings Veritext New York Reporting Co. transcript (electronic copy) | $27.60 |
| 03/03/16 | Meals Matthew E. Ross SKWR - Lunch during Hearing | 9.09 |
| 03/07/16 | Veritext New York Reporting Co. certified transcript | 163.20 |
| 03/07/16 | Veritext New York Reporting Co. certified transcript | 163.20 |
| 03/09/16 | Meals Reliable Wilmington Working lunch- 3/8 | 74.13 |
| 03/15/16 | Meals Jarrett K. Vine Hearing. Meal for Jarrett Vine. | 9.50 |
| 03/16/16 | Meals Reliable Wilmington meal pickup/delivery 3/15/16 | 58.33 |
| 03/22/16 | Reliable Wilmington print from cm/ecf site document reproduction/binders | 1,028.85 |
| 03/22/16 | Meals Reliable Wilmington pickup/delivery on 3.21.16 | 24.63 |
| 03/22/16 | Transcript of Proceedings electronic copy of transcript | 192.00 |
| 03/23/16 | Deliveries Reliable Wilmington hand delivery to Judge Sontchi on 3/21/16 | 15.00 |
| 03/28/16 | Transcript of Proceedings certified transcript | 34.80 |
| | **Total Disbursements** | **$1,800.33** |

Total Disbursements                                      1,800.33

**Total Current Charges Due**                     **$66,421.83**