# EXHIBIT A

## Statement of Fees and Expenses By Subject Matter
## COMPENSATION BY SUBJECT MATTER[1]
## FEBRUARY 1, 2016 THROUGH FEBRUARY 29, 2016

| Matter Number | Matter Description | Total Billed | Total Fees |
|---|---|---|---|
| 11000-50 | EFH Restructuring | 122.00 | $50,000.00 |
| 11000-50.1 | EFH Restructuring – Case Administration | -- | |
| 11000-50.2 | EFH Restructuring – Budgeting | -- | |
| 11000-50.3 | EFH Restructuring – Fee Application | 1.50 | |
| 11000-51 | EFH - 2015 Legislative Session | -- | |
| 11001 | Luminant | 265.50 | $100,000.00 |
| 11002 | TXU | 48.10 | $10,416.67 |
| 12050 | 4Change | 6.00 | $2,083.33 |
| | | | |
| | | | |
| | | | |
| | | | |
| **Totals:** | | **443.10** | **$162,500.00** |

## EXPENSE SUMMARY
## FEBRUARY 1, 2016 THROUGH FEBRUARY 29, 2016

| Expense Category | Amount |
|---|---|
| Delivery Service/Messenger | $25.57 |
| Copies | $79.30 |
| Taxi | -- |
| Parking | -- |
| Airfare | -- |
| Rental Car | -- |
| Fuel | -- |
| Postage | -- |
| Filing Fees | -- |
| Meals | -- |
| Hotel | -- |
| Court Reporter/Hearing Transcripts | -- |
| Professional Services | -- |
| **Total Expenses:** | **$104.87** |

---

[1] The work performed and expenses incurred by Enoch Kever during the compensation period were entirely on behalf of Energy Future Holdings, LLC and its debtor subsidiaries.