## EXHIBIT C

### Summary of Actual and Necessary Expenses for the Fee Period

**EXPENSE SUMMARY**
**FEBRUARY 1, 2016 THROUGH FEBRUARY 29, 2016**

| Expense Category | Amount |
|---|---|
| Delivery Service/Messenger | $25.57 |
| Copies | $79.30 |
| Taxi | -- |
| Parking | -- |
| Airfare | -- |
| Rental Car | -- |
| Fuel | -- |
| Postage | -- |
| Filing Fees | -- |
| Meals | -- |
| Hotel | -- |
| Court Reporter/Hearing Transcripts | -- |
| Professional Services | -- |
| **Total Expenses:** | **$104.87** |