## EXHIBIT D

### Detailed Description of Expenses and Disbursements

### DETAILED EXPENSE SUMMARY
### FEBRUARY 1, 2016 THROUGH FEBRUARY 29, 2016

| Invoice Number | Matter | Date | Timekeeper Who Incurred | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 4451 | 1100050 | 2/29/16 | Various | Copies | 0.13 | 250 | $32.50 | Copies for the month of February 2016 |
| 4451 | 1100050 | 2/24/16 | Kever, Andy | Delivery/Messenger | 25.57 | 1 | $25.57 | FedEx overnight delivery of audit letter |
| 4450 | 1100116 | 2/29/16 | Various | Copies | 0.13 | 114 | $14.82 | Copies for the month of February 2016 |
| 4450 | 1100126 | 2/29/16 | Various | Copies | 0.13 | 30 | $3.90 | Copies for the month of February 2016 |
| 4450 | 1100182 | 2/29/16 | Various | Copies | 0.13 | 117 | $15.21 | Copies for the month of February 2016 |
| 4448 | 1100204 | 2/29/16 | Various | Copies | 0.13 | 36 | $4.68 | Copies for the month of February 2016 |
| 4449 | 1205002 | 2/29/16 | Various | Copies | 0.13 | 63 | $8.19 | Copies for the month of February 2016 |