# **EXHIBIT F**

# **REORGANIZED EFH-EFIH FINANCIAL PROJECTIONS**

**I.     Development of EFH/EFIH's Financial Projections**

    **A. Responsibility for and Purpose of the Financial Projections.**

As a condition to confirmation of a plan, the Bankruptcy Code[1] requires, among other things, that the Bankruptcy Court determine that confirmation is not likely to be followed by the liquidation or the need for further financial reorganization of the debtor, unless such liquidation is contemplated by the plan, i.e., that the plan meets the feasibility standard. In connection with the development of the Plan, and for purposes of demonstrating that the Plan satisfies this feasibility standard, the Debtors' management, with the assistance of its financial advisors, has analyzed the ability of the Reorganized EFH/EFIH Debtors to meet their obligations under the Plan and retain sufficient liquidity and capital resources to conduct business. The EFH/EFIH Debtors believe that the Plan meets the Bankruptcy Code's feasibility standard.

The Debtors and Oncor provided the financial projections (the "Financial Projections"), which are attached hereto as **Exhibit 1** (Reorganized EFH/EFIH) and **Exhibit 2** (Oncor) for the fiscal years ending December 31, 2016 through December 31, 2022. The Financial Projections have been presented on a consolidated Reorganized EFH/EFIH basis and include the operations of all EFH/EFIH Debtors excluding certain assets, liabilities and expenses of EFH Debtors required for the Reorganized TCEH to operate as a stand-alone company. Oncor projections are presented on a consolidated basis. EFH/EFIH does not, as a matter of course, publish its or Oncor's financial projections or anticipated financial position. Accordingly, EFH/EFIH does not anticipate that it will, and disclaims any obligation to, furnish updated financial projections in the future to Holders of Claims or Interests after the Confirmation Date, or to include such information in documents required to be filed with the SEC (if any), or otherwise make such information public.

The Financial Projections assume that the Plan will be implemented in accordance with its stated terms. This information is given in summary form and does not purport to be a complete presentation of all underlying information.

The Debtors received the Oncor Financial Projections from Oncor based on information available to it, including information derived from public sources that have not been independently verified. No representation or warranty, express or implied, is provided in relation to the fairness, accuracy, correctness, completeness, or reliability of the information, opinions, or conclusions expressed herein. The Debtors have prepared the EFH/EFIH Financial Projections based on information available to them, including information derived from public sources that have not been independently verified. No representation or warranty, express or implied, is provided in relation to the fairness, accuracy, correctness, completeness, or reliability of the information, opinions, or conclusions expressed herein.

---

[1]     Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the *Disclosure Statement for the Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al. Pursuant to Chapter 11 of the Bankruptcy Code* (the "Disclosure Statement") to which the Financial Projections are attached.

### B. The Financial Projections are Subject to the Following Cautionary Statement.

The financial information reflected in this document does not purport to present EFH/EFIH's or Oncor's financial condition in accordance with generally accepted accounting practices in the United States ("U.S. GAAP"). Neither EFH/EFIH's or Oncor's independent accountants, nor any other accounting firm, have audited or performed any review procedures on the financial information reflected in this document. Such financial information includes certain measures that are not measures recognized under U.S. GAAP, such as EBITDA. These measures do not purport to be alternatives to measures presented in accordance with U.S. GAAP.

The Financial Projections reflect "pro forma adjustments" related to the adoption of "fresh start" reporting which may be required by Accounting Standards Codification 852, *Reorganizations* or fair value adjustments which may be required by Accounting Standards Codification 805, *Business Combinations*.

This document includes "forward-looking statements", as that term is defined under the Private Securities Litigation Reform Act of 1995. Forward-looking statements include statements concerning Reorganized EFH/EFIH's and Oncor's plans, objectives, goals, strategies, future events, future revenue or performance, liquidity, cash flows, capital expenditures, financing needs, plans, or business trends, and other information that is not historical information. When used in this document, the words "estimates," "expects," "anticipates," "projects," "plans," "intends," "believes," "forecasts," or future or conditional verbs, such as "will," "should," "could," or "may," and variations of such words or similar expressions are intended to identify forward-looking statements. All forward-looking statements, including, without limitation, management's examination of historical operating trends and data are based upon EFH/EFIH's and Oncor's expectations and various assumptions. Future events or results may differ from those anticipated or expressed in these forward-looking statements. Important factors that could cause actual events or results to differ materially from these forward-looking statements include, among others, the risks and uncertainties described under the heading "Risk Factors" in each respective company's most recent Annual Report on Form 10–K filed by EFH and EFIH on February 29, 2016 and Oncor Electric on February 26, 2016, and the most recent Quarterly Reports on Form 10-Q filed by EFH and EFIH on May 9, 2016 and Oncor Electric on May 5, 2016, and those described in filings made by the Debtors with the U.S. Bankruptcy Court for the District of Delaware and in other filings made with the SEC from time to time.

There may be other factors that may cause Reorganized EFH/EFIH's and Oncor's actual results to differ materially from the forward-looking statements. All forward-looking statements attributable to the Debtors or persons acting on their behalf apply only as of the date of this disclosure statement, and are expressly qualified in their entirety by the cautionary statements included in this document. The Debtors undertake no obligation to update or revise forward-looking statements to reflect events or circumstances that arise after the date of this Disclosure Statement or to reflect the occurrence of unanticipated events.

### C. Forecasting Process.

The Financial Projections are based on the forecast developed through EFH/EFIH's 2015 and Oncor's 2016 forecasting processes. Each year, EFH/EFIH and Oncor undergo detailed

annual forecasting processes. These processes ensures organizational and resource alignment, unified focus, and a clear direction for each organization. The ultimate objectives of the annual forecasting processes are to develop detailed operating plans for the subsequent calendar-year period and years beyond, in order to ensure that EFH/EFIH's and Oncor's strategic plans are on target to be achieved.

### D. Risk Factors.

Important factors that could cause actual events or results to differ materially from the financial projections include, among others, the risks and uncertainties described under the heading "Risk Factors" in each respective company's most recent Annual Report on Form 10–K filed by EFH and EFIH on February 29, 2016 and Oncor Electric on February 26, 2016, and the most recent Quarterly Reports on Form 10-Q filed by EFH and EFIH on May 9, 2016 and Oncor Electric on May 5, 2016, and those described in filings made by the Debtors with the U.S. Bankruptcy Court for the District of Delaware and in other filings made with the SEC from time to time.

## II. REORGANIZED EFH/EFIH

### A. Background on Reorganized EFH/EFIH's Projections.

The Financial Projections are based on the business strategy described in more detail in the Disclosure Statement to which the Financial Projections are attached.

The Financial Projections reflect "pro forma adjustments" related to the adoption of "fresh start" reporting, which is required by Topic 852, Reorganizations, of the FASB Accounting Standards Codification. Under fresh start reporting, the reorganization value is assigned to assets and liabilities based upon their fair values. If the fair value of all identifiable assets exceeds reorganization value, the excess is recognized as a gain in earnings. If the reorganization value exceeds the fair value of all identifiable assets, goodwill is established for the excess. Neither outcome has an impact on cash. As required by Topic 350, Intangibles—Goodwill and Other, of the FASB Accounting Standards Codification, goodwill related to the investment in Oncor Holdings is reflected as an adjustment to the carrying amount of the investment.

### B. Income Statement Assumptions.

- Selling, general and administrative expenses – 2016 amount reflects EFH, EFIH, and EFH Properties (non-Debtor) corporate administrative expenses and EFH Discontinued Operations; 2017-2022 amounts reflect EFIH corporate administrative expenses.

- Depreciation and amortization – 2016 amounts reflect depreciation and amortization of office furniture and equipment, leasehold improvements and IT assets.

- Reorganization items – Reorganization items primarily include professional fees and expenses related to the Chapter 11 Cases.

4

- Other (income) deductions – 2016 amount includes income from rental of office space to third parties; all periods include costs related to EFH Discontinued Operations.

- Interest expense and related charges – Through December 2016, includes interest on the EFIH DIP Facilities. Beginning January 1, 2017 (Post emergence) interest reflects the debt reflected on the balance sheet. All periods reflect interest earned on cash balance.

- Income tax benefit – Provision for state and federal income tax at statutory rates, taking into account projected permanent differences.

- Equity in earnings of unconsolidated subsidiaries – reflects EFH/EFIH's share of net income of Oncor Holdings.

C. **Balance Sheet Assumptions.**

- Cash and cash equivalents – At emergence, there is forecasted unrestricted cash and cash equivalents of approximately $45. The Financial Projections reflect estimated cash flow from operations, and amounts paid pursuant to the Plan, including, but not limited to, payment of certain administrative, priority, miscellaneous secured claims, cure costs, and accrued professional fees related to restructuring.

- Other current assets – Consists principally of prepaid insurance; 2016 also includes estimated receivable for intercompany tax sharing payments attributable to Texas gross margin tax, net of Texas gross margin tax payable to the Texas State Comptroller.

- Investment in Oncor Holdings – Reflects estimated fair value, including related goodwill, of EFH/EFIH's investment in Oncor Holdings.

- Other noncurrent assets – Primarily reflects unamortized issuance costs of the revolving credit facility.

- Borrowings under credit facilities – Borrowings under $250 million revolving credit facility.

- Other current liabilities – Includes estimated payable for annual Texas gross margin tax and accrued interest, net of estimated receivable for intercompany tax sharing payments attributable to Texas gross margin tax.

- Accumulated deferred income taxes – Primarily reflects tax effect at statutory rates of estimated difference between book and tax basis of investment in Oncor Holdings and other items.

- Long-term debt – The Financial Projections assume that EFH/EFIH will obtain an exit facility consisting of $3.2 billion of term loans, $1.5 billion of second lien or unsecured notes and a $250 million revolving credit facility. Balances include estimated unamortized discount and unamortized issuance costs related to the term loans and second lien or unsecured notes.

- Other noncurrent liabilities and deferred credits – reflects EFH Discontinued Operations' other employee benefits and reserve for asbestos claims.

- Shareholders' Equity – At emergence, the equity balance assumes $4.0 billion of Reorganized EFH Common Stock is issued.

D. **Notes on Emergence Balance Sheet.**

- The consolidated pro forma projected balance sheet includes certain of the basic principles of "fresh start" reporting, which will be required for financial reporting following confirmation of the Plan. Under "fresh start" reporting, which is required by Topic 852, Reorganizations, of the FASB Accounting Standards Codification, the reorganization value is assigned to assets and liabilities based upon their fair values. As required by Topic 350, Intangibles—Goodwill and Other, of the FASB Accounting Standards Codification, goodwill related to the investment in Oncor Holdings is reflected as an adjustment to the carrying amount of the investment. The term "pro forma" as used herein is not intended to comply with the guidance outlined by the Securities Exchange Commission in Article 11 of Regulation S-X. Because determination of specific asset and liability fair values has not been completed, estimates of the fair values are utilized for illustrative purposes in the pro forma projected balance sheet. When the determination of specific asset and liability fair values is completed post-emergence, each asset and liability will be stated at their respective fair values. If the fair value of all identifiable assets exceeds the reorganization value, the excess will be recognized as a gain in earnings. If the reorganization value exceeds the fair value of all identifiable assets, investment in Oncor Holdings will be adjusted for the excess.

- The adjustments in the condensed consolidated pro forma projected balance sheet are based on estimates. Actual adjustments will be based on the determined fair value and may be materially different than those presented herein

# **EXHIBIT 1**

**REORGANIZED EFH-EFIH FINANCIAL PROJECTIONS**

# EFH/EFIH Consolidated Post Emergence Pro Forma Financial Summary
**($ in millions, unless stated otherwise)**

| INCOME STATEMENT | 2016E | 2017E | 2018E | 2019E | 2020E | 2021E | 2022E |
|---|---|---|---|---|---|---|---|
| Selling, general and administrative expenses | (33) | (7) | (7) | (7) | (7) | (7) | (7) |
| Depreciation and amortization | (9) | - | - | - | - | - | - |
| Reorganization Items | (69) | - | - | - | - | - | - |
| Other income (deductions) | 17 | (3) | (2) | (2) | (2) | (2) | (2) |
| Interest expense and related charges | (228) | (282) | (283) | (284) | (282) | (281) | (278) |
| **Loss before income taxes and equity in earnings of unconsolidated subsidiaries** | **(322)** | **(292)** | **(292)** | **(293)** | **(291)** | **(290)** | **(287)** |
| Income tax benefit | 45 | 102 | 102 | 102 | 102 | 101 | 100 |
| **Net income** | **(277)** | **(190)** | **(190)** | **(191)** | **(189)** | **(189)** | **(187)** |
| Equity in earnings of unconsolidated subsidiaries | 359 | 360 | 399 | 428 | 444 | 466 | 485 |
| **Net income (loss) available for common stock** | **82** | **170** | **209** | **237** | **255** | **277** | **298** |

## EFH/EFIH Consolidated Post Emergence Pro Forma Financial Summary
**($ in millions, unless stated otherwise)**

| CASH FLOW STATEMENT | 2016E | 2017E | 2018E | 2019E | 2020E | 2021E | 2022E |
|---|---|---|---|---|---|---|---|
| Cash flows - operating activities: | | | | | | | |
| Net loss | 82 | 170 | 209 | 237 | 255 | 277 | 298 |
| Adjustments to reconcile net loss to cash provided by (used in) operating activities: | | | | | | | |
| Amortization of debt issue costs | 4 | 15 | 15 | 15 | 15 | 15 | 15 |
| Deferred income tax benefit, net | (172) | (30) | 2 | 26 | 16 | 1 | 1 |
| Loss on extinguishment of debt | (170) | - | - | - | - | - | - |
| Equity in earnings of unconsolidated subsidiaries | (359) | (360) | (399) | (428) | (444) | (466) | (485) |
| Distributions of earnings from unconsolidated subsidiaries | 195 | 231 | 190 | 199 | 199 | 218 | 266 |
| Changes in operating assets and liabilities: | | | | | | | |
| Other - net assets | 16 | 2 | 2 | 2 | 1 | 2 | 2 |
| Other - net liabilities | (163) | 3 | (4) | - | (2) | 1 | (1) |
| Cash provided by (used in) operating activities | (567) | 31 | 15 | 51 | 40 | 48 | 96 |
| Cash flows - financing activities: | | | | | | | |
| Retirement of debt | (8) | (32) | (32) | (32) | (32) | (32) | (32) |
| Change in revolver | - | - | 10 | 12 | 14 | (4) | (33) |
| Debt transaction costs | - | - | - | - | - | (4) | - |
| Cash provided by (used in) financing activities | (8) | (32) | (22) | (20) | (18) | (40) | (65) |
| Cash flows - investing activities: | | | | | | | |
| Capital expenditures | (2) | - | - | - | - | - | - |
| Advances to affiliates | (6) | - | - | - | - | - | - |
| Proceeds from sale of assets | 5 | - | - | - | - | - | - |
| Other investing cash flows | 19 | - | - | - | - | - | - |
| Cash provided by (used in) investing activities | 16 | - | - | - | - | - | - |
| Net change in cash and cash equivalents | (559) | (1) | (7) | 31 | 22 | 8 | 31 |
| Cash and cash equivalents - beginning balance | 886 | 45 | 44 | 37 | 68 | 90 | 98 |
| Cash and cash equivalents - ending balance | 327 | 44 | 37 | 68 | 90 | 98 | 129 |
| Cash from emergence financing transactions | (282) | | | | | | |
| Cash and cash equivalents - post-emergence | 45 | | | | | | |

# EFH/EFIH Consolidated Post Emergence Pro Forma Financial Summary
**($ in millions, unless stated otherwise)**

| BALANCE SHEET | 2016E | 2017E | 2018E | 2019E | 2020E | 2021E | 2022E |
|---|---:|---:|---:|---:|---:|---:|---:|
| **ASSETS** | | | | | | | |
| **Current assets:** | | | | | | | |
| Cash and cash equivalents | 45 | 44 | 37 | 68 | 90 | 98 | 129 |
| Other current assets | 19 | 8 | 7 | 6 | 7 | 6 | 6 |
| Current assets | 64 | 52 | 44 | 74 | 97 | 104 | 135 |
| Investment in Oncor Holdings | 9,345 | 9,473 | 9,683 | 9,911 | 10,156 | 10,404 | 10,623 |
| Other noncurrent assets | 5 | 5 | 4 | 3 | 2 | 5 | 4 |
| Total assets | 9,414 | 9,530 | 9,731 | 9,988 | 10,255 | 10,513 | 10,762 |
| **LIABILITIES AND EQUITY** | | | | | | | |
| Current liabilities | | | | | | | |
| Borrowings under credit facilities | - | - | 10 | 22 | 36 | 33 | - |
| Other current liabilities | 1 | 3 | 1 | 1 | 1 | 1 | 1 |
| Total current liabilities | 1 | 3 | 11 | 23 | 37 | 34 | 1 |
| Accumulated deferred income taxes | 793 | 755 | 757 | 783 | 799 | 801 | 802 |
| Long-term debt | 4,598 | 4,580 | 4,562 | 4,544 | 4,526 | 4,509 | 4,491 |
| Other noncurrent liabilities and deferred credits | 62 | 62 | 62 | 62 | 62 | 61 | 61 |
| Total liabilities | 5,454 | 5,400 | 5,392 | 5,412 | 5,424 | 5,405 | 5,355 |
| Shareholders' equity | 3,960 | 4,130 | 4,339 | 4,576 | 4,831 | 5,108 | 5,407 |
| Total liabilities and equity | 9,414 | 9,530 | 9,731 | 9,988 | 10,255 | 10,513 | 10,762 |

|  | Unadjusted Balance | Settlement Transactions | | Plan Transactions | | Exit Financing/ Debt Discharge | | Fresh Start Adjustments | | Post-Restructuring As of 12/31/16 |
|---|---|---|---|---|---|---|---|---|---|---|
| **ASSETS:** | | | | | | | | | | |
| **Current Assets** | | | | | | | | | | |
| Cash and cash equivalents | 559 | (122) | (a) | (111) | (b) | (282) | (e) | | | 45 |
| Accounts receivable, affiliates | 23 | (23) | (a) | | | | | | | (0) |
| Other current assets | 26 | (14) | (a) | (3) | (b) | | | 9 | (h) | 19 |
| **Total Current Assets** | **609** | **(158)** | | **(114)** | | **(282)** | | **9** | | **63** |
| | | | | | | | | | | |
| Restricted Cash | 4 | (4) | (a) | | | | | | | 0 |
| Property, plant and equipment - net | 65 | (65) | (a) | | | | | | | (0) |
| Investment in Affiliates | (16,961) | (56) | (a) | | | | | 26,363 | (f), (h) | 9,345 |
| Long-term receivable from Oncor | 48 | | | | | | | (48) | (h) | 0 |
| Other investment | 27 | (25) | (a) | | | | | | | 2 |
| Identifiable intangible assets - net | 10 | (10) | (a) | | | | | | | (0) |
| Accumulated deferred income taxes asset - noncurrent | 666 | | | | | | | (666) | (h) | 0 |
| Other noncurrent assets | 36 | (32) | (a) | | | | | | | 4 |
| **Total Assets** | **(15,497)** | **(352)** | | **(114)** | | **(282)** | | **25,658** | | **9,414** |
| | | | | | | | | | | |
| **LIABILITIES AND MEMBERSHIP INTERESTS:** | | | | | | | | | | |
| **Current Liabilities** | | | | | | | | | | |
| Trade accounts payable | 6 | (6) | (a) | | | | | | | 0 |
| Accrued income taxes | 108 | | | | | | | (108) | (h) | 0 |
| Accrued taxes other than income | 3 | (3) | (a) | | | | | | | (0) |
| Accrued interest | 1 | (1) | (a) | | | | | | | 0 |
| Other current liabilities | 88 | (37) | (a) | (51) | (b) | | | | | 1 |
| **Total Current Liabilities** | **206** | **(46)** | | **(51)** | | **0** | | **(108)** | | **1** |
| | | | | | | | | | | |
| Long-term debt, less amounts due currently | 5,437 | (34) | (a) | | | (806) | (c),(d) | | | 4,598 |
| Accumulated deferred income taxes | (140) | | | | | | | 933 | (h) | 793 |
| Liabilities subject to compromise | 3,633 | (10) | (a) | | | (3,623) | (e) | | | (0) |
| Notes Payable from affiliates - non-current | 17 | (17) | (a) | | | | | | | (0) |
| Other noncurrent liabilities and deferred credits | 357 | (145) | (a) | | | | | (149) | (h) | 62 |
| **Total Liabilities** | **9,510** | **(252)** | | **(51)** | | **(4,429)** | | **676** | | **5,454** |
| | | | | | | | | | | |
| Shareholders' equity | (25,007) | (99) | (a) | (63) | (b) | 4,147 | (d),(e) | 24,982 | (f),(g),(h) | 3,960 |
| **Total shareholders' equity** | **(25,007)** | **(99)** | | **(63)** | | **4,147** | | **24,982** | | **3,960** |
| | | | | | | | | | | |
| **Total liabilities and membership interests** | **(15,496)** | **(352)** | | **(114)** | | **(282)** | | **25,658** | | **9,414** |

## EFH/EFIH Emergence Balance Sheet Footnotes

(a) Reflects cash settlement of certain assets and liabilities transferred to TCEH, settlement of final month service bill to TCEH; transfer of TCEH related pension, OPEB, and other employee related liabilities assumed by TCEH; return of rabbi trust assets related to salary deferral, supplemental pension and split dollar life insurance plans; and settlement of balance of trade payables and accrued liabilities.

(b) Reflects payment of estimated success fees and accrued professional fees, less prepaid fees.

(c) Reflects issuance of $3.2 billion 1st lien term loans at a 1% discount and $1.5 billion second lien or unsecured bonds.

(d) Reflects retirement of EFIH $5.4 billion DIP Facility with $4.7 billion proceeds from debt issued and $0.7 billion proceeds from issuance of Reorganized EFH Common Stock.

(e) Issuance of $3.26 billion of Reorganized EFH Common Stock and $0.2 billion of cash to Holders of EFH and EFIH Second Lien and Unsecured Claims and TCEH Intercompany Claim with the remainder reflecting the elimination of the remainder of liabilities subject to compromise.

(f) Reflects write-off of investment in TCEH resulting from the spin-off of the reorganized TCEH

(g) In accordance with Topic 852 of FASB Accounting Standards Codification, historical equity is eliminated, and equity is adjusted for the net impact of fair value adjustments.

(h) Reflects adjustment of assets and liabilities to estimated fair value. Based on the assumed enterprise value of $8.7 billion, there is approximately $3.1 billion of reorganization value in excess of identifiable assets which will be reflected in Reorganized EFH/EFIH's initial recording of its investment in Oncor at fair value.

# EXHIBIT 2

## ONCOR FINANCIAL PROJECTIONS

**Oncor Long Range Plan (LRP) key drivers:**
- Capital investment increases from approximately $1.4 billion annually to $1.6 billion by 2018 driven in part by on system growth, distribution automation and distribution maintenance.
    - Assumes ongoing use of Transmission Cost of Service (TCOS) tracker, use of rate cases and distribution tracker filings for recovery of distribution investment.
- Rate case related revenue increase beginning 2018 based on a 2016 test year. Additional rate case revenue increase in 2020 (resulting from second rate case based on a 2018 test year).
- Pension funding accounted for from 2016 through 2022.
    - Driven by actuarial estimates utilizing revised mortality tables as of October 2014.
    - Cash impact is back-loaded due to extension of tax legislation.
- 2016 cash taxes are impacted by 2015 and 2016 bonus depreciation at 50% and 2017 - 2019 cash taxes are impacted by bonus depreciation at 50%, 40%, and 30%, respectively.
- Financial projections do not assume a technical termination of the Oncor partnership. If the reorganization of the EFH Debtors results in a technical termination of the Oncor partnership, tax depreciation of assets would restart and result in higher cash tax distributions, partially offset by a decrease in dividends.
- Base distribution premise growth estimated at 1.5% for 2016, increasing to 1.7% annually thereafter.

**Financial Summary ($ millions)**

| | **Oncor Financial Summary** | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | **2015** | **2016** | **2017** | **2018** | **2019** | **2020** | **2021** | **2022** |
| Revenue | $3,758 | $3,932 | $4,022 | $4,222 | $4,390 | $4,546 | $4,705 | $4,864 |
| Adjusted EBITDA(1) | 1,761 | 1,812 | 1,824 | 1,900 | 1,981 | 2,069 | 2, 163 | 2,258 |
| Adjusted Net Income | 432 | 448 | 449 | 499 | 534 | 555 | 582 | 606 |
| Dividends | 436 | 271 | 318 | 264 | 276 | 276 | 300 | 360 |
| Cash Tax Distributions | 154 | (115) | 52 | 104 | 136 | 281 | 289 | 307 |
| Capital Expenditures (2) | 1,113 | 1,363 | 1,551 | 1,586 | 1,596 | 1,596 | 1,596 | 1,596 |
| Total Debt  (Excl. BondCo) | 6,541 | 6,564 | 6,891 | 7,234 | 7,610 | 8,037 | 8,442 | 8,826 |
| Interest Expense | 326 | 338 | 342 | 354 | 364 | 386 | 406 | 417 |

(1) EBITDA means net income (loss) before interest expense and related charges, income tax expense (benefit) and depreciation and amortization (including amortization of regulatory assets reported in operation and maintenance expense) and other income related to purchase accounting. EBITDA is also adjusted for certain noncash and unusual items, none of which is material in the years presented. EBITDA is a financial measure not calculated in accordance with GAAP. EBITDA is not intended to be an alternative to net income as a measure of operating performance, an alternative to cash flows from operating activities as a measure of liquidity or an alternative to any other measure of financial performance presented in accordance with GAAP, nor is it intended to be used as a measure of free cash flow available for discretionary use, because the measure excludes certain cash requirements such as interest payments, tax payments and other debt service requirements. EBITDA as presented in the table reflects EFH Corp.'s calculations of EBITDA for Oncor on a basis consistent with EFH Corp.'s prior public disclosures, except for the exclusion of amortization of regulatory assets reported in operation and maintenance expense. Accordingly, and because not all companies use identical calculations, EBITDA may not be comparable to EBITDA as calculated by Oncor or to similarly titled measures of other companies.

(2) Capital expenditures include expenditures for transmission facilities, infrastructure maintenance, information technology initiatives, distribution facilities to serve new customers and other general investments.