## EXHIBIT H

## ONCOR VALUATION ANALYSIS

## "TO COME"