**<u>EXHIBIT J</u>**

**DISCLOSURE STATEMENT ORDER**

**"TO COME"**