# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Christopher S. Sontchi
#6

| Calendar Date: | 05/10/2016 |
| --- | --- |
| Calendar Time: | 03:00 PM ET |

Amended Calendar 05/10/2016 10:13 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7600176 | Arlene R. Alves | (212) 574-1204 | Seward & Kissel LLP | Creditor, Wilmington Trust as First Lien Collateral Agent and Administrative Agent / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7603195 | Ashley F. Bartram | (512) 475-4937 | State of Texas - Office of the Attorney General -Bankruptcy & Collections Div.Only | Interested Party, Public Utility Commission of Texas / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7600898 | Ward Benson | (202) 514-9642 | U.S. Department of Justice | Creditor, United States of America / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7602734 | Peg A. Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Dow Jones & Co. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7599407 | Matthew Brod | (212) 530-5460 | Milbank, Tweed, Hadley & McCloy, LLP | Creditor, Citibank N.A. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7600180 | Christopher L. Carter | (617) 951-8063 | Morgan Lewis & Bockius LLP | Creditor, Pacific Investment Management Company / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7600544 | Mark A. Cody | (312) 269-4392 | Jones Day | Creditor, Oncor Electric Delivery Holdings Company, LLC / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7600132 | Amanda D. Darwin | (617) 345-1042 | Nixon Peabody LLP | Interested Party, American Stock Transfer & Trust Company LLC / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7596726 | Daniel DeFranceschi | (302) 651-7700 | Richards, Layton & Finger, P.A. | Debtor, Energy Future Holings Corp. / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7600751 | Stacey Dore | (212) 446-6411 | Energy Future Holdings Corp. | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7600113 | Justin K. Edelson | (302) 252-0925 | Polsinelli PC | Creditor, Official Committee of Unsecured Creditors / LIVE |

Raymond Reyes ext. 881

Page 3 of 6

Copyright © 2016 CourtCall, LLC. All Rights Reserved.

| Case | Type | Name | ID | Attendee | Phone | Firm | Party / Status |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7602838 | Catherine Eisenhut | (941) 306-7283 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Ad Hoc Committee of Unsecured Note Holders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7600404 | Mark A. Fink | (302) 504-7811 | Montgomery, McCracken, Walker & Rhoads, LLP | Creditor, Official committee of unsecured creditors / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7600554 | David M. Fournier | (302) 777-6565 | Pepper Hamilton LLP | Creditor, Oncor / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7599413 | Seth Goldman | (213) 683-9554 | Munger, Tolles & Olson LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7596702 | Warren Haskel | (212) 446-4800 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7602898 | Mark F. Hebbeln | (312) 832-4394 | Foley & Lardner, LLP | Creditor, UMB Bank N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7599605 | Harold Kaplan | (312) 832-4393 | Foley & Lardner LLP | Trustee, UMB Bank / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7600346 | David M. Klauder | (302) 803-4600 | Bielli & Klauder, LLC | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7599643 | Vincent Lazar | (312) 923-2989 | Jenner & Block LLP | Debtor, Energy Future Intermediate Holding Company LLC / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7600223 | Raymond Lemisch | (302) 552-5503 | Klehr Harrison Harvey Branzburg LLP | Creditor, UMB Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7600167 | Daniel A. Lowenthal | (212) 336-2720 | Patterson Belknap Webb & Tyler | Creditor, Law Debenture Trust Company of New York / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7596716 | Jason M. Madron | (302) 651-7793 | Richards, Layton & Finger, P.A. | Debtor, Energy Future Holings Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7596689 | Mark E. McKane | (415) 439-1400 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7602757 | Hal F. Morris | (512) 475-4550 | State of Texas - Office of the Attorney General -Bankruptcy & Collections Div.Only | Interested Party, Public Utility Commission of Texas / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7600178 | Tina Moss | (212) 262-6910 | Perkins Coie LLP | Trustee, Delaware Trust Company / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7600179 | David P. Primack | (302) 300-4515 | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Respondent, TCEH / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7599269 | Matthew M. Roose | (212) 859-8029 | Fried, Frank, Harris, Shriver & Jacobson LLP | Creditor, Fidelity Management and Research / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7600520 | Jason B. Sanjana | (212) 588-8890 | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7602042 | Anna Terteryan | (415) 439-1864 | Kirkland & Ellis LLP | Debtor, Energy Future Holding Corporation / LISTEN ONLY |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7599419 | Thomas Walper | (213) 593-5393 | Munger, Tolles & Olson LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7600108 | Christopher A. Ward | (302) 252-0922 | Polsinelli PC | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7596730 | Andy Wright | (212) 446-6411 | Energy Future Holdings Corp. | Debtor, Energy Future Holings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (15-5138 6) | Hearing | 7599428 | Joshua H. Apfel | (212) 408-1118 | Chadbourne & Parke LLP | Interested Party, NextEra / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (15-5138 6) | Hearing | 7601561 | Ryan M. Bartley | (302) 571-5007 | Young, Conaway Stargatt & Taylor, LLP | Interested Party, Ad Hoc Committee of TCEH First Lien Creditors / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (15-5138 6) | Hearing | 7601516 | Van Beckwith | (214) 953-6505 | Baker Botts LLP | Intervenor, Ovation Acquisition I & II, L.L.C. (Hunt Utility Services) / LIVE |
| Energy Future Holdings Corp. | 14-10979 (15-5138 6) | Hearing | 7600188 | Michael D. DeBaecke | (302) 425-6400 | Blank Rome LLP | Creditor, Wilmington Trust, N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (15-5138 6) | Hearing | 7600216 | Jamie L. Edmonson | (302) 298-3520 | Venable LLP | Creditor, Pacific Investement Management Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (15-5138 6) | Hearing | 7600173 | GianClaudio Finizio | (302) 429-9240 | Bayard P.A. | Creditor, Delaware Trust Co. / LIVE |
| Energy Future Holdings Corp. | 14-10979 (15-5138 6) | Hearing | 7599540 | Brian Glueckstein | 212-558-4000 | Sullivan & Cromwell LLP | Creditor, Creditor Committee / LIVE |
| Energy Future Holdings Corp. | 14-10979 (15-5138 6) | Hearing | 7600332 | Thomas Lauria | (212) 819-8200 | White & Case LLP | Creditor, Ad Hoc Committee of TECH Unsecured Note Holders / LIVE |
| Energy Future Holdings Corp. | 14-10979 (15-5138 6) | Hearing | 7600681 | Carol W. Levy | (212) 307-5500 | Venable LLP | Creditor, Pacific Investment Management Company / LIVE |
| Energy Future Holdings Corp. | 14-10979 (15-5138 6) | Hearing | 7600238 | Jason Liberi | (302) 651-3239 | Skadden, Arps, Slate, Meagher & Flom, LLP | Defendant(s), Texas Transmission Investment LLC / LIVE |
| Energy Future Holdings Corp. | 14-10979 (15-5138 6) | Hearing | 7600191 | Jonathan D. Marshall | (617) 856-8326 | Brown Rudnick LLP | Interested Party, Wilmington Savings Funds Society / LISTEN ONLY |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 (15-51386) | Hearing | 7601231 | Mark A. McDermott | (212) 735-3000 | Skadden Arps Slate Meagher & Flom (New York) | Defendant(s), Texas Transmission Investment LLC / LIVE |
| Energy Future Holdings Corp. | 14-10979 (15-51386) | Hearing | 7600218 | R. Stephen McNeill | (302) 984-6171 | Potter Anderson & Corroon LLP | Interested Party, Deutsche Bank / LIVE |
| Energy Future Holdings Corp. | 14-10979 (15-51386) | Hearing | 7600231 | George N. Panagakis | (312) 407-0638 | Skadden Arps Slate Meagher & Flom (Chicago) | Defendant(s), Texas Transmission Investment LLC / LIVE |
| Energy Future Holdings Corp. | 14-10979 (15-51386) | Hearing | 7600758 | Richard Pedone | (617) 345-6139 | Nixon Peabody LLP | Creditor, American Stock Transfer / LIVE |
| Energy Future Holdings Corp. | 14-10979 (15-51386) | Hearing | 7603151 | Rachael Ringer | (212) 715-9506 | Kramer Levin Naftalis & Frankel LLP | Creditor, 10% Note Holders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (15-51386) | Hearing | 7600674 | Jeffrey S. Sabin | (212) 307-5500 | Venable LLP | Creditor, Pacific Investment Management Company / LIVE |
| Energy Future Holdings Corp. | 14-10979 (15-51386) | Hearing | 7600459 | Jeffrey M. Schlerf | (302) 622-4212 | Fox Rothschild LLP | Intervenor, Ovation Acquisition I, LLC and Ovation Acquisition II, LLC / LIVE |
| Energy Future Holdings Corp. | 14-10979 (15-51386) | Hearing | 7599409 | Noah M Schottenstein | (214) 953-6500 | Baker Botts LLP | Interested Party, Hunt Utility Services / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (15-51386) | Hearing | 7600343 | J. Christopher Shore | 212-819-8394 | White & Case LLP | Creditor, Ad Hoc Committee of TCEH Unsecured Note Holders / LIVE |
| Energy Future Holdings Corp. | 14-10979 (15-51386) | Hearing | 7600236 | Carl Tullson | (312) 407-0379 | Skadden Arps Slate Meagher & Flom (Chicago) | Defendant(s), Texas Transmission Investment LLC / LIVE |
| Energy Future Holdings Corp. | 14-10979 (15-51386) | Hearing | 7600353 | Tamara Van Heel | (305) 995-5232 | White and Case | Creditor, Ad Hoc Committee of TCEH Unsecured Note Holders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (15-51386) | Hearing | 7600228 | George Zimmerman | (212) 735-3000 | Skadden Arps Slate Meagher & Flom (New York) | Defendant(s), Texas Transmission Investment LLC / LIVE |
| Energy Future Holdings Corp. | 15-51386 | Hearing | 7602259 | James W. Brown | (212) 735-2352 | Skadden Arps Slate Meagher & Flom (New York) | Creditor, Texas Transmission Investment LLC / LIVE |