# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
| | ) **Re: D.I. 8123** |

**CERTIFICATION OF NO OBJECTION REGARDING
THE EIGHTEENTH MONTHLY FEE STATEMENT OF EPIQ
BANKRUPTCY SOLUTIONS, LLC AND EPIQ EDISCOVERY SOLUTIONS
FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES INCURRED FROM OCTOBER 1, 2015
THROUGH OCTOBER 31, 2015 (NO ORDER REQUIRED)**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading with respect to the eighteenth monthly fee statement for compensation and reimbursement of expenses (the "Monthly Fee Statement") of **Epiq Bankruptcy Solutions, LLC** and **Epiq eDiscovery Solutions** (together, the "Applicant") listed on Exhibit A attached hereto. The Monthly Fee Statement was filed with the United States Bankruptcy Court for the District of Delaware (the "Court") on April 5, 2016. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Monthly Fee Statement appears thereon. Pursuant to the **Notice of Fee Statement** filed with the Monthly Fee Statement, objections to the Monthly Fee Statement were to be filed and served no later than **April 26, 2016 at 4:00 p.m. (Eastern Daylight Time)**. The Monthly Fee Statement was filed and served in accordance with the

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

**Stipulation and Order Appointing a Fee Committee**, dated August 21, 2014 [D.I. 1896] and the **Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals**, dated September 16, 2014 [D.I. 2066] (the "Administrative Order").

Consequently, pursuant to the Administrative Order, the above-captioned debtors and debtors in possession in the above-captioned cases, are authorized to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement upon the filing of this certification without the need for a further order of the Court. A summary of the fees and expenses sought by the Applicant is annexed hereto as Exhibit A.

*[Remainder of page intentionally left blank.]*

Dated: May 11, 2016
Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:        collins@rlf.com
              defranceschi@rlf.com
              madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:        edward.sassower@kirkland.com
              stephen.hessler@kirkland.com
              brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:        james.sprayregen@kirkland.com
              marc.kieselstein@kirkland.com
              chad.husnick@kirkland.com
              steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession

# EXHIBIT A

Professional Fees and Expenses of
Epiq Bankruptcy Solutions, LLC and Epiq eDiscovery Solutions
Monthly Fee Statement

| Monthly Fee Period, Date Filed & D.I. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid (80%)[1] | Amount of Expenses Authorized to be Paid (100%)[2] | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|
| Eighteenth Monthly Fee Statement 10/1/2015 – 10/31/2015 Filed: 4/05/2016 D.I. 8123 | $101,807.10 | $68,329.92 | 4/26/2016 | $81,445.68 | $68,329.92 | $20,361.42 |

---

[1] Consistent with the terms of the Administrative Order, the fees authorized to be paid shall be allocated $27,148.56, $27,148.56, $27,148.56 to TCEH, EFIH, and EFH, respectively.

[2] Consistent with the terms of the Administrative Order, the expenses authorized to be paid shall be allocated $22,776.64, $22,776.64, $22,776.64 to TCEH, EFIH, and EFH, respectively.