**Exhibit A**

| Omnibus Objection to Which Claim is Subject | Claim No. | Claimant | Claimant Response ECF No. |
|---|---|---|---|
| 23rd [ECF No. 4978] | 1862 | Flanders Electric Inc. | N/A |
| 23rd [ECF No. 4978] | 1863 | Flanders Electric Inc. | N/A |
| 23rd [ECF No. 4978] | 1866 | Flanders Electric Inc. | N/A |
| 23rd [ECF No. 4978] | 5714 | Sungard Consulting Services LLC | N/A |

56206294v1