**Exhibit B**

| Omnibus Objection to Which Claim is Subject | Claim No. | Claimant | Claimant Response ECF No. |
|---|---|---|---|
| 27th [ECF No. 5371] | 3961 | Lhoist North America of Texas, Ltd. | N/A |

56206294v1