**Exhibit C**

| Omnibus Objection to Which Claim is Subject | Claim No. | Claimant | Claimant Response ECF No. |
|---|---|---|---|
| 28th [ECF No. 5373] | 7852 | Clyde Bergemann Power Group Americas, Inc. | N/A |
| 28th [ECF No. 5373] | 5718 | Rexel, Inc. | 5838 |

56206294v1