# **EXHIBIT A**

**Statement of Fees and Expenses By Subject Matter**

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---:|---|---:|---:|
| 6 | [ALL] Case Administration | 16.10 | $7,010.50 |
| 7 | [ALL] Cash Management | 1.10 | $764.50 |
| 8 | [ALL] Claims Administration & Objections | 213.50 | $138,044.50 |
| 9 | [ALL] Contested Matters & Adv. Proceed. | 37.80 | $25,735.50 |
| 10 | [ALL] Corp. Governance and Sec. Issues | 107.50 | $76,345.50 |
| 12 | [ALL] Hearings | 14.40 | $11,254.50 |
| 14 | [ALL] K&E Retention and Fee Applications | 50.10 | $28,771.50 |
| 17 | [ALL] Non-K&E Retentions & Fee Apps | 9.30 | $6,279.50 |
| 18 | [ALL] Non-Working Travel | 11.80 | $11,803.00 |
| 21 | [ALL] Plan and Disclosure Statements | 263.10 | $311,409.00 |
| 26 | [ALL] Retiree and Employee Issues/OPEB | 63.90 | $54,447.50 |
| 29 | [ALL] Tax Issues | 213.10 | $254,066.00 |
| 30 | [ALL] U.S. Trustee Issues | 2.00 | $2,212.00 |
| 34 | [TCEH] Asset Dispositions and Purchases | 32.00 | $21,526.00 |
| 37 | [TCEH] Business Operations | 2.20 | $1,980.00 |
| 38 | [TCEH] Cash Collateral and DIP Financing | 32.90 | $32,120.50 |
| 39 | [TCEH] Claims Administration & Objection | 27.40 | $12,134.50 |
| 42 | [TCEH] Environmental Issues | 17.80 | $17,757.50 |
| 57 | [TCEH] Trading and Hedging Contracts | 2.50 | $1,937.50 |
| 68 | [EFIH] Contested Matters & Advers. Pro. | 15.60 | $15,141.50 |
| 89 | [EFH] EFH Properties | 1.00 | $1,010.00 |
| 113 | [ALL] Enforcement of TTI Rights | 445.00 | $323,572.00 |
| 115 | [TCEH] Exit Financing | 99.20 | $117,201.50 |
| | **Totals:** | **1,679.30** | **$1,472,524.50** |

| Service Description | Amount |
|---|---:|
| Third Party Telephone Charges | $1,129.91 |
| Standard Copies or Prints | $572.00 |
| Color Copies or Prints | $468.30 |
| Production Blowbacks | $2,193.30 |
| Postage | $1.41 |
| Overnight Delivery | $242.92 |
| Local Transportation | $74.31 |
| Travel Expense | $1,756.97 |
| Airfare | $3,433.94 |
| Transportation to/from airport | $1,765.50 |
| Travel Meals | $263.60 |
| Other Travel Expenses | $132.50 |
| Court Reporter Fee/Deposition | $4,960.12 |
| Other Court Costs and Fees | $1,296.17 |
| Professional Fees | $2,813.50 |
| Outside Paralegal Assistance | $40,258.00 |
| Outside Video Services | $1,297.50 |
| Outside Retrieval Service | $296.00 |
| Computer Database Research | $547.39 |
| Westlaw Research | $1,381.31 |
| Overtime Transportation | $458.13 |
| Overtime Meals - Attorney | $347.65 |
| **Total:** | **$65,690.43** |