# **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The K&E attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Josh Altman | Associate | 2015 | Restructuring | 605.00 | 3.60 | $2,178.00 |
| Andrew Barton | Associate | 2010 | Executive Compensation | 940.00 | 0.30 | $282.00 |
| Rebecca Blake Chaikin | Associate | 2015 | Restructuring | 605.00 | 55.60 | $33,638.00 |
| Emily Geier | Associate | 2012 | Restructuring | 845.00 | 27.00 | $22,815.00 |
| Shayne Henry | Associate | 2014 | Litigation - General | 585.00 | 8.40 | $4,914.00 |
| Natasha Hwangpo | Associate | 2014 | Restructuring | 695.00 | 67.00 | $46,565.00 |
| Cyril V Jones | Associate | 2014 | Corporate - M&A/Private Equity | 845.00 | 7.30 | $6,168.50 |
| Veronica Nunn | Associate | 2010 | Corporate - M&A/Private Equity | 895.00 | 19.70 | $17,631.50 |
| Carleigh T Rodriguez | Associate | 2013 | Environment - Transactional | 695.00 | 0.70 | $486.50 |
| Daniel Rudewicz | Associate | 2016 | Restructuring | 510.00 | 6.10 | $3,111.00 |
| Anthony Sexton | Associate | 2011 | Taxation | 895.00 | 78.90 | $70,615.50 |
| Daniel Sito | Associate | 2015 | Taxation | 525.00 | 0.50 | $262.50 |
| Justin Sowa | Associate | 2013 | Litigation - General | 755.00 | 169.30 | $127,821.50 |
| Adam Stern | Associate | 2013 | Litigation - General | 755.00 | 2.50 | $1,887.50 |
| Anna Terteryan | Associate | 2014 | Litigation - General | 585.00 | 115.40 | $67,509.00 |
| McClain Thompson | Associate | 2014 | Restructuring | 605.00 | 37.30 | $22,566.50 |
| Holly R Trogdon | Associate | 2014 | Litigation - General | 585.00 | 0.40 | $234.00 |
| Bryan Uelk | Associate | 2014 | Restructuring | 510.00 | 9.30 | $4,743.00 |
| Andrew D Walker | Associate | 2014 | Corporate - General | 605.00 | 15.30 | $9,256.50 |
| Spencer A Winters | Associate | 2013 | Restructuring | 695.00 | 31.40 | $21,823.00 |
| Aparna Yenamandra | Associate | 2013 | Restructuring | 775.00 | 19.80 | $15,345.00 |
| Jack N Bernstein | Partner | 1995 | Employee Benefits | 1,075.00 | 3.20 | $3,440.00 |
| Andrew Calder, P.C. | Partner | 2003 | Corporate - M&A/Private Equity | 1,325.00 | 0.50 | $662.50 |
| Jeanne T Cohn-Connor | Partner | 1985 | Environment - Transactional | 1,010.00 | 24.90 | $25,149.00 |
| Thad Davis | Partner | 2005 | Taxation | 1,045.00 | 2.10 | $2,194.50 |
| Gregory W Gallagher, P.C. | Partner | 1997 | Taxation | 1,325.00 | 78.20 | $103,615.00 |
| Jonathan F Ganter | Partner | 2010 | Litigation - General | 900.00 | 47.60 | $42,840.00 |
| Warren Haskel | Partner | 2009 | Litigation - General | 900.00 | 86.50 | $77,850.00 |
| Richard U S Howell | Partner | 2006 | Litigation - General | 955.00 | 9.20 | $8,786.00 |
| Chad J Husnick | Partner | 2004 | Restructuring | 1,090.00 | 7.70 | $8,393.00 |
| Ellen M Jakovic | Partner | 1985 | Litigation - Antitrust/Competition | 1,100.00 | 8.10 | $8,910.00 |
| Marc Kieselstein, P.C. | Partner | 1988 | Restructuring | 1,310.00 | 32.90 | $43,099.00 |
| Michelle Kilkenney | Partner | 2002 | Corporate - Debt Finance | 1,120.00 | 23.70 | $26,544.00 |
| Joshua N Korff, P.C. | Partner | 1994 | Corporate - Capital Markets | 1,325.00 | 1.20 | $1,590.00 |
| William A Levy, P.C. | Partner | 1998 | Taxation | 1,325.00 | 10.80 | $14,310.00 |
| Todd F Maynes, P.C. | Partner | 1988 | Taxation | 1,445.00 | 52.30 | $75,573.50 |

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Mark McKane, P.C. | Partner | 1997 | Litigation - General | 1,075.00 | 117.60 | $126,420.00 |
| Amber J Meek | Partner | 2009 | Corporate - M&A/Private Equity | 995.00 | 26.60 | $26,467.00 |
| Linda K Myers, P.C. | Partner | 1990 | Corporate - Debt Finance | 1,380.00 | 86.70 | $119,646.00 |
| Michael A Petrino | Partner | 2008 | Litigation - General | 900.00 | 2.40 | $2,160.00 |
| John Pitts | Partner | 2010 | Corporate - M&A/Private Equity | 995.00 | 1.70 | $1,691.50 |
| Scott D Price | Partner | 1998 | Executive Compensation | 1,325.00 | 0.80 | $1,060.00 |
| Brenton A Rogers | Partner | 2007 | Litigation - General | 940.00 | 6.80 | $6,392.00 |
| Joshua Samis | Partner | 2005 | Corporate - Debt Finance | 995.00 | 52.20 | $51,939.00 |
| Edward O Sassower, P.C. | Partner | 2000 | Restructuring | 1,310.00 | 44.30 | $58,033.00 |
| Brian E Schartz | Partner | 2007 | Restructuring | 995.00 | 0.50 | $497.50 |
| Steven Serajeddini | Partner | 2010 | Restructuring | 940.00 | 19.70 | $18,518.00 |
| Joseph Serino, Jr., P.C. | Partner | 1988 | Litigation - General | 1,225.00 | 0.50 | $612.50 |
| James H M Sprayregen, P.C. | Partner | 1985 | Restructuring | 1,380.00 | 28.30 | $39,054.00 |
| Bryan M Stephany | Partner | 2007 | Litigation - General | 955.00 | 1.30 | $1,241.50 |
| Wayne E Williams | Partner | 2006 | Corporate - Capital Markets | 1,020.00 | 1.60 | $1,632.00 |
| Sara B Zablotney | Partner | 2003 | Taxation | 1,225.00 | 24.70 | $30,257.50 |
| **Grand Total** | | | | | **1,480.40** | **$1,408,431.50** |

The paraprofessionals of K&E who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Stephanie Ding | Case Assistant | 1 year | Litigation - General | 220.00 | 1.90 | $418.00 |
| Jason Douangsanith | Case Assistant | 6 months | Litigation - General | 205.00 | 21.90 | $4,489.50 |
| Elizabeth Burns | Legal Assistant | 10 years | Corporate - General | 360.00 | 1.00 | $360.00 |
| Michael S Fellner | Legal Assistant | 9.5 years | Litigation - General | 280.00 | 3.30 | $924.00 |
| Beth Friedman | Legal Assistant | 10 years | Restructuring | 400.00 | 1.90 | $760.00 |
| Jacob Goldfinger | Legal Assistant | 10 years | Restructuring | 355.00 | 17.00 | $6,035.00 |
| Gabriel King | Legal Assistant | 1 year | Litigation - General | 280.00 | 1.30 | $364.00 |
| Maureen McCarthy | Legal Assistant | 12 years | Restructuring | 370.00 | 0.80 | $296.00 |
| Bella More | Legal Assistant | 14 years | Litigation - General | 380.00 | 10.50 | $3,990.00 |
| Robert Orren | Legal Assistant | 6 years | Restructuring | 325.00 | 51.40 | $16,705.00 |
| Nancy J Pittman | Legal Assistant | 19 years | Litigation - General | 335.00 | 8.70 | $2,914.50 |
| Meghan Rishel | Legal Assistant | 1 year | Litigation - General | 280.00 | 3.00 | $840.00 |
| Chad M Papenfuss | Litigation Suppt Cons | 1.5 years | Litigation - General | 330.00 | 47.60 | $15,708.00 |
| Mark Cuevas | Litigation Suppt Spec | 2 years | Litigation - General | 325.00 | 0.90 | $292.50 |
| Olivia Altmayer | Other | 1 year | Litigation - Antitrust/Competition | 245.00 | 17.20 | $4,214.00 |
| Kurt J Wunderlich | Other | 11 years | Litigation - Antitrust/Competition | 560.00 | 10.20 | $5,712.00 |
| Library Document Retrieval | Research Specialist | N/A | Admin Services | 235.00 | 0.30 | $70.50 |
| Grand Total | | | | | 198.90 | $64,093.00 |
| | | | **Total Fees Requested** | | **1,679.30** | **$1,472,524.50** |