# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

## ALL - Expense Summary

| Service Description | Amount |
|---|---:|
| Third Party Telephone Charges | $1,129.91 |
| Standard Copies or Prints | $441.70 |
| Color Copies or Prints | $344.40 |
| Production Blowbacks | $2,193.30 |
| Postage | $1.41 |
| Overnight Delivery | $242.92 |
| Local Transportation | $74.31 |
| Travel Expense | $1,756.97 |
| Airfare | $3,433.94 |
| Transportation to/from airport | $1,765.50 |
| Travel Meals | $263.60 |
| Other Travel Expenses | $132.50 |
| Court Reporter Fee/Deposition | $4,960.12 |
| Other Court Costs and Fees | $1,296.17 |
| Professional Fees | $2,813.50 |
| Outside Paralegal Assistance | $40,258.00 |
| Outside Video Services | $1,297.50 |
| Outside Retrieval Service | $296.00 |
| Computer Database Research | $547.39 |
| Westlaw Research | $1,381.31 |
| Overtime Transportation | $458.13 |
| Overtime Meals - Attorney | $347.65 |
| **Total:** | **$65,436.23** |

## **TCEH - Expense Summary**

| Service Description | Amount |
|---|---:|
| Standard Copies or Prints | $81.30 |
| Color Copies or Prints | $84.60 |
| **Total:** | **$165.90** |

RLF1 14506783v.1

## **EFH - Expense Summary**

| Service Description | Amount |
|---|---:|
| Standard Copies or Prints | $49.00 |
| Color Copies or Prints | $39.30 |
| **Total:** | **$88.30** |