# EXHIBIT D

## Detailed Description of Expenses and Disbursements

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY  10022

FEIN 36-1326630

May 11, 2016

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas, TX  75201

Attention:  Stacey Dore

**Invoice Number:  4857337**
**Client Matter: 14356-109**

---

**In the matter of    [ALL] Expenses**

For legal services rendered through March 31, 2016
(see attached Description of Legal Services for detail)                              $ .00

For expenses incurred through March 31, 2016
(see attached Description of Expenses for detail)                        $ 65,436.23

Total legal services rendered and expenses incurred                    $ 65,436.23

Legal Services for the Period Ending March 31, 2016
Energy Future Competitive Holdings Co.
   109 - [ALL] Expenses

## Description of Expenses

| **Description** | **Amount** |
|---|---|
| Third Party Telephone Charges | 1,129.91 |
| Standard Copies or Prints | 441.70 |
| Color Copies or Prints | 344.40 |
| Production Blowbacks | 2,193.30 |
| Postage | 1.41 |
| Overnight Delivery | 242.92 |
| Local Transportation | 74.31 |
| Travel Expense | 1,756.97 |
| Airfare | 3,433.94 |
| Transportation to/from airport | 1,765.50 |
| Travel Meals | 263.60 |
| Other Travel Expenses | 132.50 |
| Court Reporter Fee/Deposition | 4,960.12 |
| Other Court Costs and Fees | 1,296.17 |
| Professional Fees | 2,813.50 |
| Outside Contract Attorney | 40,258.00 |
| Outside Video Services | 1,297.50 |
| Outside Retrieval Service | 296.00 |
| Computer Database Research | 547.39 |
| Westlaw Research | 1,381.31 |
| Overtime Transportation | 458.13 |
| Overtime Meals - Attorney | 347.65 |
| | |
| TOTAL EXPENSES | $ 65,436.23 |

Legal Services for the Period Ending March 31, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL] Expenses


## Description of Expenses


### Third Party Telephone Charges

| Date | Description | Amount |
|------|-------------|-------:|
| 1/31/16 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - PO BOX 281866 (TP), Teleconference, Teleconferences. | 6.62 |
| 2/29/16 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Teleconference | 55.91 |
| 2/29/16 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, teleconference | 21.68 |
| 2/29/16 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Conference Calls | 319.40 |
| 2/29/16 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, conf calls | 29.78 |
| 3/17/16 | Mark McKane, Internet, Oral argument prep | 39.95 |
| 3/31/16 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - PO BOX 281866 (TP), Teleconference, Monthly March Conference Calls | 2.60 |
| 3/31/16 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephonic conferences | 10.21 |
| 3/31/16 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephonic conferences | 1.67 |
| 3/31/16 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephonic conferences | 27.01 |
| 3/31/16 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephonic conferences | 7.45 |
| 3/31/16 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephonic conferences | 2.84 |
| 3/31/16 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephonic conferences | 7.11 |
| 3/31/16 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephonic conferences | 12.36 |
| 3/31/16 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Teleconference | 7.67 |
| 3/31/16 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Teleconference | 13.27 |
| 3/31/16 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - PO BOX | 9.55 |

Legal Services for the Period Ending March 31, 2016
Energy Future Competitive Holdings Co.
 109 - [ALL] Expenses

|         |                                                                                                                              |          |
|---------|------------------------------------------------------------------------------------------------------------------------------|----------|
|         | 281866 (TP), Teleconference, teleconference.                                                                                  |          |
| 3/31/16 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - PO BOX 281866 (TP), Teleconference, Teleconference.                              | 2.72     |
| 3/31/16 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Conf Calls.                 | 360.18   |
| 3/31/16 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Conference Calls            | 152.01   |
| 3/31/16 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, teleconference              | 23.02    |
| 3/31/16 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - FILE 51089 (TP), Teleconference, Telephone Conference.                           | 3.48     |
| 3/31/16 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Teleconference services     | 5.47     |
| 3/31/16 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephone conferences       | 7.95     |
|         | **Total:**                                                                                                                   | **1,129.91** |

Legal Services for the Period Ending March 31, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL] Expenses

## Description of Expenses

### Standard Copies or Prints

| Date | Description | Amount |
|------|-------------|-------:|
| 3/01/16 | Standard Prints | 0.20 |
| 3/01/16 | Standard Prints | 1.00 |
| 3/01/16 | Standard Prints | 8.40 |
| 3/01/16 | Standard Prints | 0.10 |
| 3/01/16 | Standard Prints | 0.30 |
| 3/01/16 | Standard Prints | 3.90 |
| 3/01/16 | Standard Prints | 0.70 |
| 3/01/16 | Standard Prints | 4.50 |
| 3/02/16 | Standard Prints | 1.50 |
| 3/02/16 | Standard Prints | 0.30 |
| 3/02/16 | Standard Prints | 2.00 |
| 3/02/16 | Standard Prints | 0.70 |
| 3/02/16 | Standard Prints | 1.70 |
| 3/02/16 | Standard Prints | 0.40 |
| 3/03/16 | Standard Prints | 0.10 |
| 3/03/16 | Standard Prints | 0.10 |
| 3/03/16 | Standard Prints | 0.30 |
| 3/03/16 | Standard Prints | 0.20 |
| 3/03/16 | Standard Prints | 0.40 |
| 3/03/16 | Standard Prints | 3.80 |
| 3/03/16 | Standard Prints | 6.00 |
| 3/04/16 | Standard Copies or Prints | 0.10 |
| 3/04/16 | Standard Prints | 0.30 |
| 3/04/16 | Standard Prints | 3.50 |
| 3/04/16 | Standard Prints | 1.00 |
| 3/04/16 | Standard Prints | 2.30 |
| 3/04/16 | Standard Prints | 1.80 |
| 3/04/16 | Standard Prints | 0.10 |
| 3/04/16 | Standard Prints | 3.60 |
| 3/04/16 | Standard Prints | 0.10 |
| 3/07/16 | Standard Prints | 3.90 |
| 3/07/16 | Standard Prints | 4.10 |
| 3/07/16 | Standard Prints | 5.80 |
| 3/07/16 | Standard Prints | 2.50 |
| 3/07/16 | Standard Prints | 17.80 |
| 3/07/16 | Standard Prints | 3.60 |

Legal Services for the Period Ending March 31, 2016
Energy Future Competitive Holdings Co.
109 - [ALL] Expenses

| 3/08/16 | Standard Prints | 3.00 |
|---|---|---|
| 3/08/16 | Standard Prints | 0.30 |
| 3/08/16 | Standard Prints | 1.60 |
| 3/08/16 | Standard Prints | 0.60 |
| 3/08/16 | Standard Prints | 5.80 |
| 3/08/16 | Standard Prints | 3.90 |
| 3/08/16 | Standard Prints | 1.80 |
| 3/09/16 | Standard Prints | 0.40 |
| 3/09/16 | Standard Prints | 0.80 |
| 3/09/16 | Standard Prints | 2.00 |
| 3/09/16 | Standard Prints | 0.30 |
| 3/09/16 | Standard Prints | 1.30 |
| 3/10/16 | Standard Prints | 14.10 |
| 3/10/16 | Standard Prints | 3.50 |
| 3/10/16 | Standard Prints | 0.40 |
| 3/11/16 | Standard Prints | 0.20 |
| 3/11/16 | Standard Prints | 1.20 |
| 3/14/16 | Standard Prints | 6.30 |
| 3/14/16 | Standard Prints | 4.20 |
| 3/14/16 | Standard Prints | 1.20 |
| 3/14/16 | Standard Prints | 0.50 |
| 3/14/16 | Standard Prints | 0.20 |
| 3/14/16 | Standard Prints | 0.40 |
| 3/14/16 | Standard Prints | 13.50 |
| 3/15/16 | Standard Prints | 0.60 |
| 3/15/16 | Standard Prints | 55.60 |
| 3/15/16 | Standard Prints | 6.00 |
| 3/15/16 | Standard Prints | 0.20 |
| 3/16/16 | Standard Prints | 1.00 |
| 3/16/16 | Standard Prints | 3.30 |
| 3/17/16 | Standard Prints | 1.20 |
| 3/17/16 | Standard Prints | 5.00 |
| 3/17/16 | Standard Prints | 1.10 |
| 3/18/16 | Standard Prints | 0.20 |
| 3/18/16 | Standard Prints | 0.40 |
| 3/18/16 | Standard Prints | 1.50 |
| 3/18/16 | Standard Prints | 0.20 |
| 3/18/16 | Standard Prints | 12.10 |
| 3/21/16 | Standard Prints | 0.30 |
| 3/21/16 | Standard Prints | 1.70 |
| 3/21/16 | Standard Prints | 0.40 |
| 3/21/16 | Standard Prints | 4.70 |

Legal Services for the Period Ending March 31, 2016
Energy Future Competitive Holdings Co.
109 - [ALL] Expenses

| | | |
|---|---|---|
| 3/21/16 | Standard Prints | 19.70 |
| 3/21/16 | Standard Prints | 0.30 |
| 3/23/16 | Standard Prints | 3.10 |
| 3/23/16 | Standard Prints | 28.20 |
| 3/23/16 | Standard Prints | 6.00 |
| 3/23/16 | Standard Prints | 1.40 |
| 3/23/16 | Standard Prints | 0.90 |
| 3/23/16 | Standard Prints | 3.10 |
| 3/24/16 | Standard Prints | 0.20 |
| 3/24/16 | Standard Prints | 0.20 |
| 3/24/16 | Standard Prints | 0.50 |
| 3/25/16 | Standard Prints | 33.20 |
| 3/25/16 | Standard Prints | 0.40 |
| 3/25/16 | Standard Prints | 1.20 |
| 3/28/16 | Standard Prints | 0.40 |
| 3/28/16 | Standard Prints | 6.30 |
| 3/28/16 | Standard Prints | 3.70 |
| 3/28/16 | Standard Prints | 51.20 |
| 3/28/16 | Standard Prints | 7.80 |
| 3/29/16 | Standard Prints | 0.40 |
| 3/29/16 | Standard Prints | 0.90 |
| 3/30/16 | Standard Prints | 3.70 |
| 3/30/16 | Standard Prints | 1.40 |
| 3/30/16 | Standard Prints | 5.20 |
| 3/30/16 | Standard Prints | 12.20 |
| | **Total:** | **441.70** |

Legal Services for the Period Ending March 31, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL] Expenses

## Description of Expenses

### Color Copies or Prints

| Date | Description | Amount |
|------|-------------|-------:|
| 3/01/16 | Color Prints | 0.60 |
| 3/01/16 | Color Prints | 0.90 |
| 3/01/16 | Color Prints | 1.20 |
| 3/01/16 | Color Prints | 1.20 |
| 3/01/16 | Color Prints | 0.90 |
| 3/02/16 | Color Prints | 3.00 |
| 3/02/16 | Color Prints | 0.60 |
| 3/02/16 | Color Prints | 0.60 |
| 3/03/16 | Color Prints | 0.90 |
| 3/03/16 | Color Prints | 1.20 |
| 3/03/16 | Color Prints | 1.20 |
| 3/04/16 | Color Prints | 6.60 |
| 3/04/16 | Color Prints | 2.40 |
| 3/04/16 | Color Prints | 0.60 |
| 3/04/16 | Color Prints | 0.60 |
| 3/04/16 | Color Prints | 0.60 |
| 3/04/16 | Color Prints | 0.60 |
| 3/04/16 | Color Prints | 0.60 |
| 3/04/16 | Color Prints | 0.90 |
| 3/04/16 | Color Prints | 0.30 |
| 3/04/16 | Color Prints | 8.70 |
| 3/04/16 | Color Prints | 0.30 |
| 3/04/16 | Color Prints | 0.90 |
| 3/04/16 | Color Prints | 0.30 |
| 3/04/16 | Color Prints | 1.80 |
| 3/07/16 | Color Prints | 32.70 |
| 3/07/16 | Color Prints | 2.40 |
| 3/07/16 | Color Prints | 3.60 |
| 3/07/16 | Color Prints | 8.70 |
| 3/07/16 | Color Prints | 8.70 |
| 3/07/16 | Color Prints | 0.30 |
| 3/07/16 | Color Prints | 0.30 |
| 3/07/16 | Color Prints | 0.30 |
| 3/07/16 | Color Prints | 3.30 |
| 3/07/16 | Color Prints | 6.30 |
| 3/07/16 | Color Prints | 5.40 |

Legal Services for the Period Ending March 31, 2016
Energy Future Competitive Holdings Co.
109 - [ALL] Expenses

| | | |
|---|---|---:|
| 3/07/16 | Color Prints | 0.90 |
| 3/07/16 | Color Prints | 9.00 |
| 3/08/16 | Color Prints | 0.60 |
| 3/08/16 | Color Prints | 0.90 |
| 3/08/16 | Color Prints | 0.60 |
| 3/09/16 | Color Prints | 7.20 |
| 3/09/16 | Color Prints | 4.20 |
| 3/09/16 | Color Prints | 1.80 |
| 3/09/16 | Color Prints | 0.90 |
| 3/09/16 | Color Prints | 3.30 |
| 3/09/16 | Color Prints | 3.30 |
| 3/09/16 | Color Prints | 1.80 |
| 3/09/16 | Color Prints | 9.90 |
| 3/14/16 | Color Copies or Prints | 42.00 |
| 3/14/16 | Color Prints | 0.30 |
| 3/14/16 | Color Prints | 0.60 |
| 3/14/16 | Color Prints | 7.80 |
| 3/14/16 | Color Prints | 2.10 |
| 3/14/16 | Color Prints | 0.90 |
| 3/16/16 | Color Prints | 50.40 |
| 3/16/16 | Color Prints | 4.80 |
| 3/16/16 | Color Prints | 4.80 |
| 3/18/16 | Color Prints | 17.40 |
| 3/21/16 | Color Prints | 0.60 |
| 3/23/16 | Color Prints | 5.10 |
| 3/30/16 | Color Prints | 1.50 |
| 3/30/16 | Color Prints | 27.30 |
| 3/30/16 | Color Prints | 5.40 |
| 3/30/16 | Color Prints | 19.50 |
| | **Total:** | **344.40** |

Legal Services for the Period Ending March 31, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL] Expenses

## Description of Expenses

### Production Blowbacks

| Date | Description | Amount |
|------|-------------|--------|
| 3/14/16 | Production Blowbacks | 1,413.80 |
| 3/14/16 | Production Blowbacks | 113.90 |
| 3/14/16 | Production Blowbacks | 76.20 |
| 3/14/16 | Production Blowbacks | 304.90 |
| 3/15/16 | Production Blowbacks | 50.40 |
| 3/30/16 | Production Blowbacks | 234.10 |
| | **Total:** | **2,193.30** |

Legal Services for the Period Ending March 31, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL] Expenses

## Description of Expenses

### Postage

| Date | Description | Amount |
|------|-------------|-------:|
| 2/25/16 | Postage | 1.41 |
| | **Total:** | **1.41** |

Legal Services for the Period Ending March 31, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL] Expenses

## Description of Expenses

### Overnight Delivery

| Date | Description | Amount |
|------|-------------|--------|
| 3/18/16 | Overnight Delivery, Fed Exp to:Mark McKane c/o Jason Madron WILMINGTON,DE from:Mark McKane | 121.46 |
| 3/18/16 | Overnight Delivery, Fed Exp to:Mark McKane c/o Jason Madron WILMINGTON,DE from:Mark McKane | 121.46 |
| | **Total:** | **242.92** |

Legal Services for the Period Ending March 31, 2016
Energy Future Competitive Holdings Co.
109 - [ALL] Expenses

## Description of Expenses

### Local Transportation

| Date | Description | Amount |
|------|-------------|--------|
| 2/12/16 | VITAL TRANSPORTATION INC, Passenger: HORTON,TONY, Local Transportation, Date: 2/3/2016, Pickup at 601 Lexington Ave, New York, NY Dropoff at 155 E 50 St, New York, NY | 41.15 |
| 3/08/16 | Anthony Sexton, Taxi, Travel to Dallas for meeting with Deloitte | 10.00 |
| 3/21/16 | Warren Haskel, Taxi, Attend hearing | 23.16 |
| | **Total:** | **74.31** |

Legal Services for the Period Ending March 31, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL] Expenses

## Description of Expenses

### Travel Expense

| Date | Description | Amount |
|------|-------------|--------|
| 3/08/16 | Anthony Sexton, Lodging, Dallas, TX 03/06/2016 to 03/08/2016, Travel to Dallas for meeting with Deloitte | 700.00 |
| 3/10/16 | Marc Kieselstein, Lodging, New York, NY 03/08/2016 to 03/08/2016, Late cancellation fee for change of meetings. | 308.67 |
| 3/17/16 | Mark McKane, Lodging, New York, NY 03/15/2016 to 03/17/2016, Oral argument prep | 748.30 |
| | **Total:** | **1,756.97** |

Legal Services for the Period Ending March 31, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL] Expenses

## Description of Expenses

### Airfare

| Date | Description | Amount |
|------|-------------|--------|
| 2/22/16 | Anthony Sexton, Airfare, Dallas, TX 03/06/2016 to 03/08/2016, Travel to Dallas for meeting with Deloitte | 760.20 |
| 2/22/16 | Anthony Sexton, Agency Fee, Travel to Dallas for meeting with Deloitte | 58.00 |
| 3/02/16 | Marc Kieselstein, Airfare, Dallas, TX 03/04/2016 to 03/04/2016, Meeting with client | 29.82 |
| 3/02/16 | Marc Kieselstein, Airfare, New York, NY 03/04/2016 to 03/04/2016, Meeting with client | 539.60 |
| 3/09/16 | Warren Haskel, Rail, Wilmington, DE 03/21/2016 to 03/21/2016, Attend hearing | 364.00 |
| 3/13/16 | Mark McKane, Airfare, Newark, NJ 03/15/2016 to 03/17/2016, Oral argument prep | 1,624.32 |
| 3/13/16 | Mark McKane, Agency Fee, Oral argument prep | 58.00 |
| | **Total:** | **3,433.94** |

Legal Services for the Period Ending March 31, 2016
Energy Future Competitive Holdings Co.
109 - [ALL] Expenses

## Description of Expenses

### Transportation to/from airport

| Date | Description | Amount |
|------|-------------|--------|
| 2/01/16 | E-UBER TECHNOLOGIES INC - 1455 MARKET STREET 4TH FLOOR (NT), Transportation to/from Airport, Anna Terteryan 2/5/16, pickup at 148-170 E 53rd St, New York, NY dropoff at JFK from depositions | 51.87 |
| 2/01/16 | E-UBER TECHNOLOGIES INC - 1455 MARKET STREET 4TH FLOOR (NT), Transportation to/from Airport, Anna Terteryan 2/5/16, pickup at LAX dropff at 328 W Lorraine St, Glendale, CA | 35.81 |
| 2/12/16 | CROWN CARS & LIMOUSINES, Transportation to/from airport, 2/12/2016, CHAD JOHN HUSNICK, 747 BRENTWOOD AVENUE,GLEN ELLYN,IL 60137, to ORD-CHICAGO,IL ORD, 4:30 AM | 75.00 |
| 2/12/16 | CROWN CARS & LIMOUSINES, Transportation to/from airport, 2/12/2016, CHAD JOHN HUSNICK, ORD-CHICAGO,IL ORD, to 747 BRENTWOOD AVENUE,GLEN ELLYN,IL 60137, 5:07 PM | 75.00 |
| 2/12/16 | CROWN CARS & LIMOUSINES, Transportation to/from airport, 2/12/2016, CHAD JOHN HUSNICK, 747 BRENTWOOD AVENUE,GLEN ELLYN,IL 60137, ORD-CHICAGO,IL ORD, 4:30 AM | (101.15) |
| 2/12/16 | CROWN CARS & LIMOUSINES, Transportation to/from airport, 2/12/2016, CHAD JOHN HUSNICK, ORD-CHICAGO,IL ORD, to 747 BRENTWOOD AVENUE,GLEN ELLYN,IL 60137, 5:07 PM | (105.15) |
| 2/12/16 | CROWN CARS & LIMOUSINES, Transportation to/from airport, 2/12/2016, CHAD JOHN HUSNICK, 747 BRENTWOOD AVENUE,GLEN ELLYN,IL 60137, to ORD-CHICAGO,IL ORD, 4:30 AM | 75.00 |
| 2/12/16 | CROWN CARS & LIMOUSINES, Transportation to/from airport, 2/12/2016, CHAD JOHN HUSNICK, ORD-CHICAGO,IL ORD, to 747 BRENTWOOD AVENUE,GLEN ELLYN,IL 60137, 5:07 PM | 75.00 |
| 2/12/16 | VITAL TRANSPORTATION INC, Passenger: MCKANE,MARK, Transportation to/from airport, Date: 2/1/2016, Pickup at Newark Airport dropoff at 301 Park Ave, New York, NY | 85.79 |
| 2/12/16 | VITAL TRANSPORTATION INC, Passenger: KEGLEVIC PAUL, Transportation to/from airport, Date: 2/4/2016, Pickup at 601 Lexington Ave, New York, NY dropoff at JFK Airport | 72.56 |
| 2/12/16 | VITAL TRANSPORTATION INC, Passenger: MCKANE,MARK, Transportation to/from airport, Date: 2/4/2016, pickup at 601 Lexington Ave, New York, NY dropoff at Newark Airport | 85.18 |
| 2/16/16 | CROWN CARS & LIMOUSINES, Transportation to/from airport, 2/16/2016, GREGORY WILLIAM GALLAGHER, 300  N LASALLE,CHICAGO,IL 60654, to ORD-CHICAGO,IL ORD, 5:45 PM | 75.00 |
| 2/16/16 | CROWN CARS & LIMOUSINES, Transportation to/from airport, 2/16/2016, GREGORY WILLIAM GALLAGHER, 300  N LASALLE,CHICAGO,IL 60654, to ORD-CHICAGO,IL ORD, 5:45 PM | (80.75) |
| 2/16/16 | CROWN CARS & LIMOUSINES, Transportation to/from airport, | 75.00 |

Legal Services for the Period Ending March 31, 2016
Energy Future Competitive Holdings Co.
109 - [ALL] Expenses

|  |  |  |
|---|---|---|
|  | 2/16/2016, GREGORY WILLIAM GALLAGHER, 300  N LASALLE,CHICAGO,IL 60654, to ORD-CHICAGO,IL ORD, 5:45 PM |  |
| 2/19/16 | VITAL TRANSPORTATION INC, Passenger: GALLAGHER GREGORY, Transportation to/from airport, Date: 2/12/2016, pick up at 601 Lexington Ave dropoff at LGA Airport | 58.81 |
| 2/19/16 | VITAL TRANSPORTATION INC, Passenger: KIESELSTEIN MARC, Transportation to/from airport, Date: 2/11/2016, pickup at LGA dropoff at 455 Madison Ave, New York, NY | 58.81 |
| 2/24/16 | BOSTON COACH CORPORATION, Transportation to/from airport, MARC KIESELSTEIN, pick up at Dallas Fort Worth Airport   Dallas TX and drop off at IRVING 4150 NORTH MAC-ARTHUR BLVD IRVING TX | 75.00 |
| 2/25/16 | BOSTON COACH CORPORATION, Transportation to/from airport, MARC KIESELSTEIN, pick up at DALLAS 1601 BRYAN ST DALLAS TX and drop off at Dallas Fort Worth Airport   Dallas TX | 75.00 |
| 2/26/16 | VITAL TRANSPORTATION INC, Passenger: HUSNICK,CHAD Transportation to/from airport, Date: 2/12/2016, pickup at LGA Airport dropoff at 601 Lexington Ave. New York, NY | 58.81 |
| 2/26/16 | VITAL TRANSPORTATION INC, Passenger: GALLAGHER GREGORY,WILLIAM, Transportation to/from airport, Date: 2/17/2016, pickup at LGA Airport dropoff at 517 Lexington Ave, New York, NY | 78.30 |
| 2/26/16 | VITAL TRANSPORTATION INC, Passenger: HUSNICK,CHAD JOHN, Transportation to/from airport, Date: 2/17/2016, pickup at LGA Airport dropoff at 601 Lexington Ave, New York, NY | 70.50 |
| 2/26/16 | VITAL TRANSPORTATION INC, Passenger: GALLAGHER GREGORY, Transportation to/from airport, Date: 2/17/2016, pickup at 601 Lexington Ave dropoff at LGA Airport | 58.81 |
| 3/04/16 | Marc Kieselstein, Transportation To/From Airport, Pickup at 601 Lexington Ave, New York, NY dropoff at LGA, Meeting with client | 37.30 |
| 3/06/16 | BOSTON COACH CORPORATION, Transportation to/from airport, ANTHONY VINCENZO SEXTON, pick up at Dallas Fort Worth Airport Dallas TX and drop off at DALLAS 555 SOUTH LAMAR STREET DALLAS TX | 75.00 |
| 3/06/16 | CROWN CARS & LIMOUSINES, Transportation to/from airport, 3/6/2016, ANTHONY V SEXTON, 600  SOUTH DEARBORN ST 803,CHICAGO,IL 60605, ,ORD-CHICAGO,IL ORD, 6:30 AM | 75.00 |
| 3/08/16 | BOSTON COACH CORPORATION, Transportation to/from airport, ANTHONY VINCENZO SEXTON, pick up at DALLAS 1601 BRYAN ST DALLAS TX and drop off at Dallas Fort Worth Airport   Dallas TX | 75.00 |
| 3/08/16 | CROWN CARS & LIMOUSINES, Transportation to/from airport, 3/8/2016, ANTHONY V SEXTON, ,ORD-CHICAGO IL ORD, 600  SOUTH DEARBORN ST 803,CHICAGO,IL 60605, 7:45 PM | 75.00 |
| 3/09/16 | CROWN CARS & LIMOUSINES, Transportation to/from airport, 3/9/2016, STEVEN N SERAJEDDINI, 1833 W MELROSE ST,CHICAGO,IL 60657, ,ORD-CHICAGO,IL ORD, 5:30 AM | 75.00 |
| 3/10/16 | CROWN CARS & LIMOUSINES, Transportation to/from airport, | 75.00 |

Legal Services for the Period Ending March 31, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL] Expenses

|  |  |  |
|---|---|---:|
|  | 3/10/2016, STEVEN N SERAJEDDINI, ORD-CHICAGO,IL ORD, 1833 W MELROSE ST,CHICAGO,IL 60657, 5:44 PM |  |
| 3/20/16 | BOSTON COACH CORPORATION, Transportation to/from airport, MARK EDWARD MCKANE, pick up at Philadelphia Airport   Philadelphia PA and drop off at WILMINGTON . 11TH AND MARKET STREETS WILMINGTON DE | 125.00 |
| 3/22/16 | BOSTON COACH CORPORATION, Transportation to/from airport, Mark Edward McKane, pick up at WILMINGTON 42 W 11th St WILMINGTON DE and drop off at Philadelphia Airport   Philadelphia PA | 125.00 |
|  | **Total:** | **1,765.50** |

Legal Services for the Period Ending March 31, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL] Expenses

**Description of Expenses**

**Travel Meals**

| Date | Description | Amount |
|------|-------------|-------:|
| 2/09/16 | Andrew McGaan, Travel Meals, Wilmington, Delaware Court Hearing (1) Breakfast | 2.00 |
| 3/06/16 | Anthony Sexton, Travel Meals, Chicago, IL Travel to Dallas for meeting with Deloitte (1) Breakfast | 19.17 |
| 3/06/16 | Anthony Sexton, Travel Meals, Dallas, TX Travel to Dallas for meeting with Deloitte (1) Dinner | 40.00 |
| 3/06/16 | Anthony Sexton, Travel Meals, Dallas, TX Travel to Dallas for meeting with Deloitte (1) Lunch | 29.36 |
| 3/07/16 | Anthony Sexton, Travel Meals, Dallas, TX Travel to Dallas for meeting with Deloitte (1) Breakfast | 24.57 |
| 3/08/16 | Anthony Sexton, Travel Meals, Dallas, TX Travel to Dallas for meeting with Deloitte (1) Lunch | 38.58 |
| 3/08/16 | Anthony Sexton, Travel Meals, Dallas, TX Travel to Dallas for meeting with Deloitte | 24.57 |
| 3/15/16 | Mark McKane, Travel Meals, New York, NY Oral argument prep (1) Dinner | 40.00 |
| 3/16/16 | Mark McKane, Travel Meals, New York, NY Oral argument prep (1) Dinner | 40.00 |
| 3/21/16 | Warren Haskel, Travel Meals, New York, NY Attend hearing (1) Breakfast | 5.35 |
| | **Total:** | **263.60** |

Legal Services for the Period Ending March 31, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL] Expenses

## Description of Expenses

**Other Travel Expenses**

| Date | Description | Amount |
|------|-------------|--------|
| 3/04/16 | Marc Kieselstein, Parking, Chicago, IL Meeting with client | 44.50 |
| 3/17/16 | Mark McKane, Parking, San Francisco, CA Oral argument prep | 88.00 |
| | **Total:** | **132.50** |

Legal Services for the Period Ending March 31, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL] Expenses

## Description of Expenses

### Court Reporter Fee/Deposition

| Date | Description | Amount |
|---|---|---|
| 3/02/16 | E-TSG REPORTING INC - 747 THIRD AVENUE (NT), Court Reporter Deposition, Deposition Transcript of R. Reilly. | 3,930.95 |
| 3/08/16 | E-VERITEXT - PO BOX 71303 (NT), Court Reporter Deposition, Original Transcript & Electronic Copy | 1,029.17 |
| | **Total:** | **4,960.12** |

Legal Services for the Period Ending March 31, 2016
Energy Future Competitive Holdings Co.
109 - [ALL] Expenses

## Description of Expenses

**Other Court Costs and Fees**

| Date | Description | Amount |
|------|-------------|--------|
| 3/21/16 | E-COURTCALL LLC - 6383 ARIZONA CIRCLE (NT), Court Costs and Fees, Telephonic Hearing | 93.00 |
| 3/23/16 | E-VERITEXT - PO BOX 71303 (NT), Court Costs and Fees, Original Transcript & Electronic Copy | 1,203.17 |
| | **Total:** | **1,296.17** |

Legal Services for the Period Ending March 31, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL] Expenses

## Description of Expenses

### Professional Fees

| Date | Description | Amount |
|---|---|---|
| 3/14/16 | E-TSG REPORTING INC - 747 THIRD AVENUE (NT), Professional Fees, Video transcript of J. Vanderveen. | 517.50 |
| 3/14/16 | E-TSG REPORTING INC - 747 THIRD AVENUE (NT), Professional Fees, Deposition transcript of J. Vanderveen. | 2,296.00 |
| | **Total:** | **2,813.50** |

Legal Services for the Period Ending March 31, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL] Expenses

## Description of Expenses

### Outside Contract Attorneys

| Date | Description | Amount |
|------|-------------|--------|
| 10/25/15 | E-SPECIAL COUNSEL - PO BOX 1024140 (NT), Outside Contract Attorneys, Document Review | 25,981.00 |
| 11/22/15 | E-SPECIAL COUNSEL - PO BOX 1024140 (NT), Outside Contract Attorneys, Document Review | 14,277.00 |
| | **Total:** | **40,258.00** |

Legal Services for the Period Ending March 31, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL] Expenses

## Description of Expenses

### Outside Video Services

| Date | Description | Amount |
|------|-------------|--------|
| 3/02/16 | E-TSG REPORTING INC - 747 THIRD AVENUE (NT), Outside Video Services, Deposition Video of R. Reilly. | 1,297.50 |
| | **Total:** | **1,297.50** |

Legal Services for the Period Ending March 31, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL] Expenses

<h2 style="text-align:center">Description of Expenses</h2>

**Outside Retrieval Service**

| Date | Description | Amount |
|---|---|---|
| 3/30/16 | E-CT CORPORATION - PO BOX 4349 (NT), Outside Retrieval Service, Doc retrieval | 296.00 |
| | **Total:** | **296.00** |

Legal Services for the Period Ending March 31, 2016
Energy Future Competitive Holdings Co.
   109 - [ALL] Expenses


## Description of Expenses


## Computer Database Research

| Date | Description | Amount |
|------|-------------|-------:|
| 2/02/16 | RESTRUCTURING CONCEPTS LLC, Computer Database Research, Chapter 11 Dockets Usage for 02/2016, Robert Orren | 43.00 |
| 2/02/16 | RESTRUCTURING CONCEPTS LLC, Computer Database Research, Chapter 11 Dockets Usage for 02/2016, Natasha Hwangpo | 5.00 |
| 2/03/16 | RESTRUCTURING CONCEPTS LLC, Computer Database Research, Chapter 11 Dockets Usage for 02/2016, Robert Orren | 5.00 |
| 2/03/16 | RESTRUCTURING CONCEPTS LLC, Computer Database Research, Chapter 11 Dockets Usage for 02/2016, Aparna Yenamandra | 11.00 |
| 2/04/16 | RESTRUCTURING CONCEPTS LLC, Computer Database Research, Chapter 11 Dockets Usage for 02/2016, Robert Orren | 8.00 |
| 2/05/16 | RESTRUCTURING CONCEPTS LLC, Computer Database Research, Chapter 11 Dockets Usage for 02/2016, Robert Orren | 46.00 |
| 2/08/16 | RESTRUCTURING CONCEPTS LLC, Computer Database Research, Chapter 11 Dockets Usage for 02/2016, Aparna Yenamandra | 5.00 |
| 2/09/16 | RESTRUCTURING CONCEPTS LLC, Computer Database Research, Chapter 11 Dockets Usage for 02/2016, Aparna Yenamandra | 8.00 |
| 2/16/16 | RESTRUCTURING CONCEPTS LLC, Computer Database Research, Chapter 11 Dockets Usage for 02/2016, Aparna Yenamandra | 17.00 |
| 2/17/16 | RESTRUCTURING CONCEPTS LLC, Computer Database Research, Chapter 11 Dockets Usage for 02/2016, Robert Orren | 20.00 |
| 2/18/16 | RESTRUCTURING CONCEPTS LLC, Computer Database Research, Chapter 11 Dockets Usage for 02/2016, Robert Orren | 162.00 |
| 2/19/16 | RESTRUCTURING CONCEPTS LLC, Computer Database Research, Chapter 11 Dockets Usage for 02/2016, Robert Orren | 53.00 |
| 2/22/16 | RESTRUCTURING CONCEPTS LLC, Computer Database Research, Chapter 11 Dockets Usage for 02/2016, Spencer Winters | 5.00 |
| 2/24/16 | RESTRUCTURING CONCEPTS LLC, Computer Database Research, Chapter 11 Dockets Usage for 02/2016, Robert Orren | 14.00 |
| 2/25/16 | RESTRUCTURING CONCEPTS LLC, Computer Database Research, Chapter 11 Dockets Usage for 02/2016, Robert Orren | 20.00 |
| 2/25/16 | RESTRUCTURING CONCEPTS LLC, Computer Database Research, Chapter 11 Dockets Usage for 02/2016, Aparna Yenamandra | 11.00 |
| 2/26/16 | RESTRUCTURING CONCEPTS LLC, Computer Database Research, Chapter 11 Dockets Usage for 02/2016, Robert Orren | 8.00 |
| 2/28/16 | RESTRUCTURING CONCEPTS LLC, Computer Database Research, Chapter 11 Dockets Usage for 02/2016, Anthony Sexton | 5.00 |
| 2/28/16 | RESTRUCTURING CONCEPTS LLC, Computer Database Research, Chapter 11 Dockets Usage for 02/2016, Aparna Yenamandra | 11.00 |
| 3/17/16 | LEXISNEXIS, Computer Database Research, 03/2016, JACOB GOLDFINGER | 90.39 |
| | **Total:** | **547.39** |

Legal Services for the Period Ending March 31, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL] Expenses

## Description of Expenses

### Westlaw Research

| Date | Description | Amount |
|------|-------------|--------|
| 2/01/16 | WEST, Westlaw Research, GEIER,EMILY, 2/1/2016 | 88.37 |
| 2/01/16 | WEST, Westlaw Research, HOWELL,RICHARD, 2/1/2016 | 20.58 |
| 2/03/16 | WEST, Westlaw Research, TERTERYAN,ANNA, 2/3/2016 | 18.96 |
| 2/04/16 | WEST, Westlaw Research, TERTERYAN,ANNA, 2/4/2016 | 58.79 |
| 2/04/16 | WEST, Westlaw Research, HWANGPO,NATASHA, 2/4/2016 | 85.45 |
| 2/05/16 | WEST, Westlaw Research, GANTER,JONATHAN, 2/5/2016 | 150.34 |
| 2/07/16 | WEST, Westlaw Research, PETRINO,MICHAEL, 2/7/2016 | 79.07 |
| 2/08/16 | WEST, Westlaw Research, SOWA,JUSTIN, 2/8/2016 | 58.79 |
| 2/09/16 | WEST, Westlaw Research, PETRINO,MICHAEL, 2/9/2016 | 244.78 |
| 2/10/16 | WEST, Westlaw Research, CHAIKIN,REBECCA, 2/10/2016 | 40.67 |
| 2/12/16 | WEST, Westlaw Research, ROGERS,BRENT, 2/12/2016 | 41.17 |
| 2/16/16 | WEST, Westlaw Research, CHAIKIN,REBECCA, 2/16/2016 | 142.35 |
| 2/20/16 | WEST, Westlaw Research, GEIER,EMILY, 2/20/2016 | 20.58 |
| 2/22/16 | WEST, Westlaw Research, GEIER,EMILY, 2/22/2016 | 20.58 |
| 2/23/16 | WEST, Westlaw Research, CHAIKIN,REBECCA, 2/23/2016 | 101.68 |
| 2/24/16 | WEST, Westlaw Research, CHAIKIN,REBECCA, 2/24/2016 | 20.34 |
| 2/25/16 | WEST, Westlaw Research, WINTERS,SPENCER, 2/25/2016 | 41.17 |
| 2/29/16 | WEST, Westlaw Research, SOWA,JUSTIN, 2/29/2016 | 147.64 |
| | **Total:** | **1,381.31** |

Legal Services for the Period Ending March 31, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL] Expenses

## Description of Expenses

### Overtime Transportation

| Date | Description | Amount |
|------|-------------|-------:|
| 2/04/16 | Rebecca Chaikin, Taxi, Overtime taxi. | 30.96 |
| 2/05/16 | Rebecca Chaikin, Taxi, Overtime taxi. | 29.16 |
| 2/08/16 | Rebecca Chaikin, Taxi, Overtime taxi. | 29.76 |
| 2/09/16 | Rebecca Chaikin, Taxi, Overtime taxi. | 33.36 |
| 2/10/16 | Rebecca Chaikin, Taxi, Overtime taxi. | 29.76 |
| 2/11/16 | Rebecca Chaikin, Taxi, Overtime taxi. | 8.76 |
| 2/16/16 | Rebecca Chaikin, Taxi, Overtime taxi. | 29.16 |
| 2/16/16 | Natasha Hwangpo, Taxi, OT Cab Fare | 17.15 |
| 2/18/16 | Natasha Hwangpo, Taxi, OT Cab Fare | 11.75 |
| 2/25/16 | Natasha Hwangpo, Taxi, OT Cab Fare | 9.95 |
| 3/01/16 | Anthony Sexton, Taxi, working late | 8.25 |
| 3/01/16 | Warren Haskel, Taxi, Overtime transportation | 29.16 |
| 3/01/16 | Anna Terteryan, Taxi, OT Transportation. | 7.80 |
| 3/02/16 | Anna Terteryan, Taxi, OT Transportation. | 8.80 |
| 3/03/16 | Warren Haskel, Taxi, Overtime transportation | 30.96 |
| 3/06/16 | Rebecca Chaikin, Taxi, Overtime taxi. | 27.96 |
| 3/08/16 | Rebecca Chaikin, Taxi, Overtime taxi. | 28.56 |
| 3/14/16 | Warren Haskel, Taxi, Overtime transportation | 29.16 |
| 3/16/16 | Warren Haskel, Taxi, Overtime transportation | 33.96 |
| 3/17/16 | Anna Terteryan, Taxi, OT Transportation. | 8.00 |
| 3/23/16 | Bryan Uelk, Taxi, Overtime Transportation | 7.25 |
| 3/31/16 | Anthony Sexton, Taxi, Working late | 8.50 |
| | **Total:** | **458.13** |

Legal Services for the Period Ending March 31, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL] Expenses

## Description of Expenses

### Overtime Meals - Attorney

| Date | Description | Amount |
|------|-------------|-------:|
| 2/16/16 | SEAMLESS NORTH AMERICA INC, Rebecca Blake Chaikin Overtime Meals - Attorney, 2/16/2016 | 20.00 |
| 2/18/16 | SEAMLESS NORTH AMERICA INC, Natasha Hwangpo, Overtime Meals - Attorney, 2/18/2016 | 20.00 |
| 2/19/16 | SEAMLESS NORTH AMERICA INC, Rebecca Blake Chaikin Overtime Meals - Attorney, 2/19/2016 | 20.00 |
| 2/22/16 | SEAMLESS NORTH AMERICA INC, Anthony Sexton, Overtime Meals - Attorney, 2/22/2016 | 15.35 |
| 2/23/16 | SEAMLESS NORTH AMERICA INC, Rebecca Blake Chaikin Overtime Meals - Attorney, 2/23/2016 | 20.00 |
| 2/25/16 | SEAMLESS NORTH AMERICA INC, Warren Haskel, Overtime Meals - Attorney, 2/25/2016 | 20.00 |
| 2/28/16 | SEAMLESS NORTH AMERICA INC, Rebecca Blake Chaikin Overtime Meals - Attorney, 2/28/2016 | 17.21 |
| 2/29/16 | SEAMLESS NORTH AMERICA INC, Anthony Sexton, Overtime Meals - Attorney, 2/29/2016 | 17.98 |
| 3/01/16 | Justin Sowa, Overtime Meals - Attorney, OT Meal. | 20.00 |
| 3/01/16 | SEAMLESS NORTH AMERICA INC, Anna Terteryan, Overtime Meals - Attorney, 3/1/2016 | 20.00 |
| 3/01/16 | SEAMLESS NORTH AMERICA INC, Anthony Sexton, Overtime Meals - Attorney, 3/1/2016 | 16.23 |
| 3/02/16 | Jonathan Ganter, Overtime Meals - Attorney, OT Meal | 14.20 |
| 3/21/16 | SEAMLESS NORTH AMERICA INC, Ryan Copeland, Overtime Meals - Attorney, 3/21/2016 | 20.00 |
| 3/23/16 | Bryan Uelk, Overtime Meals - Attorney, Overtime Meal | 20.00 |
| 3/29/16 | SEAMLESS NORTH AMERICA INC, Ryan Copeland, Overtime Meals - Attorney, 3/29/2016 | 20.00 |
| 3/30/16 | Justin Sowa, Overtime Meals - Attorney, OT Meal. | 11.69 |
| 3/30/16 | SEAMLESS NORTH AMERICA INC, Ryan Copeland, Overtime Meals - Attorney, 3/30/2016 | 20.00 |
| 3/31/16 | SEAMLESS NORTH AMERICA INC, Anthony Sexton, Overtime Meals - Attorney, 3/31/2016 | 20.00 |
| 3/31/16 | SEAMLESS NORTH AMERICA INC, Ryan Copeland, Overtime Meals - Attorney, 3/31/2016 | 14.99 |
| | **Total:** | **347.65** |

 

**TOTAL EXPENSES**                            **65,436.23**

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY  10022

FEIN 36-1326630

May 11, 2016

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas, TX  75201


Attention:  Stacey Dore

**Invoice Number:  4857338**
**Client Matter: 14356-110**

---

**In the matter of    [TCEH] Expenses**


For legal services rendered through March 31, 2016
(see attached Description of Legal Services for detail)                                   $ .00


For expenses incurred through March 31, 2016
(see attached Description of Expenses for detail)                                   $ 165.90

Total legal services rendered and expenses incurred                          $ 165.90

Legal Services for the Period Ending March 31, 2016
Energy Future Competitive Holdings Co.
    110 - [TCEH] Expenses

## Description of Expenses

| Description | Amount |
|---|---|
| Standard Copies or Prints | 81.30 |
| Color Copies or Prints | 84.60 |
| | |
| TOTAL EXPENSES | $ 165.90 |

Legal Services for the Period Ending March 31, 2016
Energy Future Competitive Holdings Co.
    110 - [TCEH] Expenses

## Description of Expenses

### Standard Copies or Prints

| Date | Description | Amount |
|------|-------------|-------:|
| 3/01/16 | Standard Prints | 9.30 |
| 3/02/16 | Standard Prints | 1.10 |
| 3/02/16 | Standard Prints | 7.70 |
| 3/03/16 | Standard Prints | 0.80 |
| 3/03/16 | Standard Prints | 1.80 |
| 3/04/16 | Standard Prints | 2.10 |
| 3/07/16 | Standard Prints | 2.50 |
| 3/10/16 | Standard Prints | 0.40 |
| 3/14/16 | Standard Prints | 0.30 |
| 3/14/16 | Standard Prints | 0.20 |
| 3/16/16 | Standard Prints | 17.40 |
| 3/16/16 | Standard Prints | 14.40 |
| 3/18/16 | Standard Prints | 2.30 |
| 3/18/16 | Standard Prints | 0.10 |
| 3/21/16 | Standard Prints | 0.20 |
| 3/21/16 | Standard Prints | 1.30 |
| 3/24/16 | Standard Prints | 0.30 |
| 3/24/16 | Standard Prints | 6.30 |
| 3/25/16 | Standard Prints | 0.10 |
| 3/25/16 | Standard Prints | 1.10 |
| 3/29/16 | Standard Prints | 0.30 |
| 3/29/16 | Standard Prints | 1.40 |
| 3/30/16 | Standard Prints | 9.90 |
| | **Total:** | **81.30** |

Legal Services for the Period Ending March 31, 2016
Energy Future Competitive Holdings Co.
    110 - [TCEH] Expenses

## Description of Expenses

### Color Copies or Prints

| Date | Description | Amount |
|------|-------------|-------:|
| 3/10/16 | Color Prints | 1.20 |
| 3/17/16 | Color Prints | 1.80 |
| 3/18/16 | Color Prints | 1.20 |
| 3/18/16 | Color Prints | 0.90 |
| 3/18/16 | Color Prints | 0.90 |
| 3/18/16 | Color Prints | 1.20 |
| 3/18/16 | Color Prints | 1.20 |
| 3/18/16 | Color Prints | 8.10 |
| 3/21/16 | Color Prints | 8.10 |
| 3/21/16 | Color Prints | 10.80 |
| 3/21/16 | Color Prints | 1.80 |
| 3/21/16 | Color Prints | 1.80 |
| 3/21/16 | Color Prints | 1.80 |
| 3/21/16 | Color Prints | 10.80 |
| 3/21/16 | Color Prints | 1.80 |
| 3/21/16 | Color Prints | 6.60 |
| 3/21/16 | Color Prints | 3.90 |
| 3/21/16 | Color Prints | 1.20 |
| 3/21/16 | Color Prints | 2.40 |
| 3/21/16 | Color Prints | 8.10 |
| 3/21/16 | Color Prints | 1.80 |
| 3/21/16 | Color Prints | 1.80 |
| 3/29/16 | Color Prints | 5.40 |
| | **Total:** | **84.60** |

**TOTAL EXPENSES**           **165.90**

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY  10022

FEIN 36-1326630

May 11, 2016

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas, TX  75201

Attention:  Stacey Dore

**Invoice Number:  4857340**
**Client Matter:  14356-112**

---

**In the matter of    [EFH] Expenses**

For legal services rendered through March 31, 2016
(see attached Description of Legal Services for detail)                                  $ .00

For expenses incurred through March 31, 2016
(see attached Description of Expenses for detail)                                  $ 88.30

Total legal services rendered and expenses incurred                                  $ 88.30

Legal Services for the Period Ending March 31, 2016
Energy Future Competitive Holdings Co.
    112 - [EFH] Expenses

## Description of Expenses

| Description | Amount |
|---|---|
| Standard Copies or Prints | 49.00 |
| Color Copies or Prints | 39.30 |
| | |
| TOTAL EXPENSES | $ 88.30 |

Legal Services for the Period Ending March 31, 2016
Energy Future Competitive Holdings Co.
    112 - [EFH] Expenses

## Description of Expenses

### Standard Copies or Prints

| Date | Description | Amount |
|------|-------------|-------:|
| 3/02/16 | Standard Prints | 4.30 |
| 3/03/16 | Standard Copies or Prints | 0.10 |
| 3/03/16 | Standard Prints | 0.50 |
| 3/03/16 | Standard Prints | 0.20 |
| 3/07/16 | Standard Prints | 0.20 |
| 3/10/16 | Standard Prints | 0.10 |
| 3/14/16 | Standard Prints | 5.80 |
| 3/15/16 | Standard Prints | 13.30 |
| 3/21/16 | Standard Prints | 11.60 |
| 3/21/16 | Standard Prints | 3.80 |
| 3/23/16 | Standard Prints | 0.20 |
| 3/24/16 | Standard Prints | 3.30 |
| 3/28/16 | Standard Prints | 5.60 |
| | **Total:** | **49.00** |

Legal Services for the Period Ending March 31, 2016
Energy Future Competitive Holdings Co.
    112 - [EFH] Expenses

## Description of Expenses

### Color Copies or Prints

| Date | Description | Amount |
|------|-------------|-------:|
| 3/02/16 | Color Prints | 0.30 |
| 3/02/16 | Color Prints | 0.60 |
| 3/03/16 | Color Prints | 0.60 |
| 3/03/16 | Color Prints | 1.80 |
| 3/03/16 | Color Prints | 11.40 |
| 3/03/16 | Color Prints | 5.40 |
| 3/18/16 | Color Prints | 8.10 |
| 3/21/16 | Color Prints | 0.30 |
| 3/21/16 | Color Prints | 0.60 |
| 3/21/16 | Color Prints | 0.30 |
| 3/21/16 | Color Prints | 0.60 |
| 3/21/16 | Color Prints | 0.30 |
| 3/23/16 | Color Prints | 0.60 |
| 3/23/16 | Color Prints | 0.30 |
| 3/24/16 | Color Prints | 1.50 |
| 3/24/16 | Color Prints | 0.60 |
| 3/24/16 | Color Prints | 5.10 |
| 3/24/16 | Color Prints | 0.90 |
| | **Total:** | **39.30** |

**TOTAL EXPENSES**       **88.30**