# EXHIBIT B

## Summary of Fees Billed by Subject Matter for the Fifth Interim Fee Period

| Activity Description | Sum of Hours | Sum of Amount |
|---|---|---|
| 495 Balloting/Solicitation Consultation | 1,046.70 | $188,961.10 |
| 642 Fee Application Prep and Related Issues | 17.60 | $4,259.20 |
| 900 Ediscovery Services | 115.50 | $16,185.00 |
| 901 Ediscovery Services | 17.80 | $3,115.00 |
| **Totals** | **1,197.60** | **$212,520.30** |

RLF1 14506604v.1