## EXHIBIT C

Summary of Hours Billed by Epiq Professionals[1] During the Fifth Interim Fee Period

| Professional | Position With Applicant | Hourly Billing Rate | Sum of Hours | Sum of Amount |
|---|---|---|---|---|
| Jane Sullivan | EBS Practice Director | $385.00 | 128.00 | $49,280.00 |
| J. Helen Cook | EBS Senior Consultant III | $242.00 | 17.60 | $4,259.20 |
| Stephenie Kjontvedt | EBS Senior Consultant III | $242.00 | 339.40 | $82,134.80 |
| Joseph Arena | EBS Senior Consultant I | $176.00 | 168.40 | $29,638.40 |
| Chelsee Heckathorn | EDS Project Manager | $175.00 | 2.00 | $350.00 |
| Katie Hursh | EDS Project Manager | $175.00 | 4.70 | $822.50 |
| Michael Mehltretter | EDS Project Manager | $175.00 | 1.50 | $262.50 |
| Merle Pete | EDS Project Manager | $175.00 | 7.00 | $1,225.00 |
| Scott Umshler | EDS Project Manager | $175.00 | 0.50 | $87.50 |
| Paul Avila | EDS Project Manager | $157.50 | 4.40 | $689.50 |
| R.E Fort | EDS Project Manager | $150.00 | 1.50 | $225.00 |
| Timothy Brown | EDS Project Manager | $140.00 | 0.30 | $42.00 |
| Alexis Carrigan | EDS Project Manager | $140.00 | 1.00 | $140.00 |
| Anna Cummens | EDS Project Manager | $140.00 | 1.50 | $210.00 |
| Jonathan Garcia | EDS Project Manager | $140.00 | 3.70 | $518.00 |
| Joshua Goodman | EDS Project Manager | $140.00 | 6.30 | $882.00 |
| Luke Dziubczynski | EDS Project Manager | $140.00 | 2.50 | $350.00 |
| Matthew Howard | EDS Project Manager | $140.00 | 3.10 | $434.00 |
| Jacqueline Koenig | EDS Project Manager | $140.00 | 2.60 | $364.00 |
| Tanya Rivera | EDS Project Manager | $140.00 | 28.50 | $3,990.00 |
| Anthony Rowe | EDS Project Manager | $140.00 | 8.50 | $1,190.00 |
| Tisha Shurley | EDS Project Manager | $140.00 | 15.30 | $2,142.00 |
| Sarah Simzyk | EDS Project Manager | $140.00 | 18.50 | $2,590.00 |
| Anthony Spicer | EDS Project Manager | $140.00 | 1.20 | $168.00 |
| Steven Sullivan | EDS Project Manager | $140.00 | 16.00 | $2,240.00 |
| Carl Wall | EDS Project Manager | $140.00 | 0.90 | $126.00 |
| Thomas Wille | EDS Project Manager | $140.00 | 1.80 | $252.00 |
| John Chau | EBS Case Manager I | $83.00 | 281.80 | $23,389.40 |
| Thomas Vazquez | EBS Admin Support I | $35.00 | 129.10 | $4,518.50 |
| **Totals** | | | **1,197.60** | **$212,520.30** |

---

[1] Note: Epiq Bankruptcy Solutions, LLC personnel are labelled "EBS" and Epiq eDiscovery Solutions personnel are labelled "EDS."

RLF1 14506604v.1