# **EXHIBIT E**

## **Summary of Actual and Necessary Expenses for the Fifth Interim Fee Period**

| Expense Category | Amount |
|---|---:|
| HST142 - Upload productions (images, natives, text and metadata) to the Relativity hosted repository | $2,073.40 |
| HST161 – OCR Scan of Loaded Data | $131.48 |
| HST626 – Relativity License Fee | $13,440.00 |
| HST756 - Billable storage fee (GB) for the eDiscovery Relativity repository | $239,346.55 |
| HST757 - Billable storage fee (GB) for the eDiscovery Relativity repository | $263.90 |
| PRO110 – Stamping/Endorsement | $2.22 |
| PRO128 – Client media storage | $80.00 |
| PRO201 – Native File Processing | $2.00 |
| PRO235 – Prepare Data, Text, Images | $2.22 |
| PRO250 – Conversion of images to .PDFs | $0.26 |
| PRO251 – Conversion of images to searchable .PDFs | $124.40 |
| PRO260 - Conversion of native files to TIFF images | $174.81 |
| PRO270 – Pre-Filtering | $0.35 |
| PRO360 – Create Searchable Text for Processed Data | $0.44 |
| Transportation | $366.00 |
| **TOTAL** | **$256,008.03** |