## EXHIBIT F

## Detailed Description of Expenses and Disbursements

| Month | Expense Category | Quantity | Unit Cost | Amount |
|---|---|---|---|---|
| 09/2015 | HST142 - Upload productions (images, natives, text and metadata) to the Relativity hosted repository | 52.59 GB | $35.00 | $1,840.65 |
| 09/2015 | HST626 – Relativity License Fee | 48 licenses | $70.00 | $3360.00 |
| 09/2015 | HST756 - Billable storage fee (GB) for the eDiscovery Relativity repository | 4,159.40 GB | $15.00 | $62,391.00 |
| 09/2015 | HST757 - Billable storage fee (GB) for the eDiscovery Relativity repository | 5 GB | $13.00 | $65.00 |
| 09/2015 | PRO128 – Client media storage | 2 files | $10.00 | $20.00 |
| 09/2015 | PRO250 – Conversion of images to .PDFs | 13 pages | $0.02 | $0.26 |
| 09/2015 | PRO251 – Conversion of images to searchable .PDFs | 2,488 pages | $0.05 | $124.40 |
| 10/2015 | HST142 - Upload productions (images, natives, text and metadata) to the Relativity hosted repository | 5.35 GB | $35.00 | $187.25 |
| 10/2015 | HST626 – Relativity License Fee | 48 licenses | $70.00 | $3,360.00 |
| 10/2015 | HST756 - Billable storage fee (GB) for the eDiscovery Relativity repository | 4,312.61 GB | $15.00 | $64,689.14 |
| 10/2015 | HST757 - - Billable storage fee (GB) for the eDiscovery Relativity repository | 5.1 GB | $13.00 | $66.30 |
| 10/2015 | PRO128 – Client media storage | 2 files | $10.00 | $20.00 |
| 10/2015 | PRO201 - Native File Processing | 0.01 GB | $200.00 | $2.00 |
| 10/2015 | PRO260 - Native File Conversion | 444 pages | $0.01 | $4.44 |
| 10/2015 | PRO270 - Pre-Filtering | 0.01 GB | $35.00 | $0.35 |
| 10/2015 | PRO360 - Create Searchable Text for Processed Data | 22 pages | $0.02 | $0.44 |
| 11/2015 | HST142 - Upload productions (images, natives, text and metadata) to the Relativity hosted repository | 1.3 GB | $35 | $45.50 |
| 11/2015 | HST161 – OCR Scan of Loaded Data | 6,574.00 pages | $0.02 | $131.48 |
| 11/2015 | HST626 – Relativity License Fee | 48 licenses | $70 | $3,360.00 |
| 11/2015 | HST756 - Billable storage fee (GB) for the eDiscovery Relativity repository | 4,317.98 GB | $13 | $56,133.75 |
| 11/2015 | HST757 - - Billable storage fee (GB) for the eDiscovery Relativity repository | 5.1 GB | $13 | $66.30 |
| 11/2015 | PRO110 - Stamping/Endorsement | 444 | $0.005 | $2.22 |

| Month | Expense Category | Quantity | Unit Cost | Amount |
|---|---|---:|---:|---:|
| 11/2015 | PRO128 – Client media storage | 2 files | $10 | $20.00 |
| 11/2015 | PRO235 - Prepare Data, Text, Images | 444 pages | $0.005 | $2.22 |
| 11/2015 | PRO260 - Conversion of native files to TIFF images | 17,037 pages | $0.01 | $170.37 |
| 12/2015 | HST626 – Relativity License Fee | 48 licenses | $70 | $3,360.00 |
| 12/2015 | HST756 - Billable storage fee (GB) for the eDiscovery Relativity repository | 4,317.90 GB | $13 | $56,132.66 |
| 12/2015 | HST757 - Billable storage fee (GB) for the eDiscovery Relativity repository | 5.1 GB | $13 | $66.30 |
| 12/2015 | PRO128 – Client media storage | 2 files | $10 | $20.00 |
| **SUB TOTAL** | | | | **$255,642.03** |

| Transportation | | | |
|---|---|---|---|
| **Professional** | **Date** | **Expense Description** | **Amount** |
| Jane Sullivan | November 3, 2015 | Round trip train New York to Wilmington | $366.00 |
| **SUB TOTAL** | | | **$366.00** |
| **TOTAL** | | | **$256,008.03** |

RLF1 14506604v.1