## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
| DELAWARE TRUST COMPANY, as TCEH First Lien Indenture Trustee, | Adversary Proceeding |
| Plaintiff, | Case No. 15-51239 (CSS) |
| -against- | |
| WILMINGTON TRUST, N.A., as First Lien Collateral Agent and First Lien Administrative Agent, | |
| Defendants, | |
| -and- | |
| MORGAN STANLEY CAPITAL GROUP INC., J. ARON & COMPANY, and TITAN INVESTMENT HOLDINGS LP, | |
| Intervenors. | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON MAY 16, 2016 AT 11:00 A.M. (EASTERN TIME)[1]

## BY AGREEMENT OF THE PARTIES AND THE COURT, THE HEARING HAS BEEN CONTINUED TO JUNE 1, 2016 at 10 A.M.

---

[1]    Please note that the hearing is before the Honorable Christopher S. Sontchi in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801. Any person who wishes to appear telephonically at the hearing must contact COURTCALL, LLC at 866-582-6878 by noon  one (1) day prior to the hearing.

## I.  CONTINUED MATTER

1.  Motion of Delaware Trust Company for Stay Pending Appeal of Allocation Order Pursuant to Bankruptcy Rule 8007 [Filing Date: 3/23/16; Adv. D.I. 95]

    Related Documents:

    A.  Order Granting Motion of Delaware Trust Company for Temporary Stay Pending Appeal of Allocation Order Pursuant to Bankruptcy Rule 8007 [Filing Date: 3/24/16; D.I. 104]

    B.  Order Adjourning Hearing on Motion Of Delaware Trust Company For Temporary Stay Pending Appeal Of Allocation Order Pursuant To Bankruptcy Rule 8007 [Filing Date: 4/29/16; D.I. 117]

    Response Deadline:  Updated Opposition Brief 4/15/16; Reply Brief 4/25/16

    Responses Received:

    A.  Defendants' Brief in Opposition to Plaintiff's Motion for Stay Pending Appeal of Allocation Order Pursuant to Bankruptcy Rule 8007 [Filing Date: 3/24/16; D.I. 103]

    B.  Intervenor Defendants' Updated Brief in Opposition to Plaintiff's Motion for Stay Pending Appeal of Allocation Order Pursuant to Bankruptcy Rule 8007 [Filing Date: 4/15/16; D.I. 112]

    C.  Reply Brief in Further Support of Motion of Plaintiff-Appellant Delaware Trust Company for Stay Pending Appeal [Filing Date: 4/25/16; D.I. 113]

    Status:  The Parties continue to explore a potential agreement to resolve the Intervenors' opposition to the Motion.  By agreement of the Parties and the Court, the hearing has been continued to June 1, 2016 at 10 a.m. Counsel for Delaware Trust Company will submit an order further extending the temporary stay through June 1, 2016.


Dated: May 12, 2016                    **BAYARD, P.A.**
Wilmington, Delaware

                                       */s/ GianClaudio Finizio* _____
                                       Neil B. Glassman (No. 2087)
                                       GianClaudio Finizio (No. 4253)
                                       222 Delaware Avenue, Suite 900
                                       Wilmington, Delaware 19801
                                       Telephone: (302) 655-5000
                                       Facsimile: (302) 658-6395

                                       -and-

**KOBRE & KIM LLP**
Michael S. Kim
Jeremy C. Hollembeak
Benjamin J.A. Sauter
Melanie L. Oxhorn
800 Third Avenue
New York, New York 10022
Telephone:  (212) 488-1200
Facsimile:  (212) 488-1220

*Attorneys for Appellant, Delaware Trust Company,*
*as TCEH First Lien Indenture Trustee*