**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered) |

**NOTICE OF INTENT OF LAW DEBENTURE TRUST COMPANY OF NEW YORK, AS INDENTURE TRUSTEE, TO PARTICIPATE IN DISCLOSURE STATEMENT PROCEEDINGS AND CONFIRMATION PROCEEDINGS**

In accordance with the *Motion of Energy Future Holdings Corp., et al., for Entry of an Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors Joint Plan of Reorganization and the Approval of Debtors Disclosure Statement*, filed by the above-referenced debtors ("Debtors") on May 1, 2016 (D.I. 8358) (the "Scheduling Motion"), Law Debenture Trust Company of New York ("Law Debenture") hereby files this Notice of Intent to Participate in the Disclosure Statement Proceedings and the Confirmation Proceedings (each as defined in the Scheduling Motion).

1. **Name and Address of Participating Party and its Counsel**

    Law Debenture Trust Company of New York, as Indenture Trustee
    400 Madison Avenue, Suite 4D
    New York, New York 10017
    Attention: Mr. Frank Godino

---

[1] The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. A complete list of the Debtors and the last four digits of their federal tax identification numbers is available at http://www.efhcaseinfo.com.

8563536

Law Debenture is represented in this proceeding by the following law firms:

Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, New York 10036
Attention: Daniel A. Lowenthal, Esq.

- and -

Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
Attention: Stephen M. Miller, Esq.

2. **Description of Claims**

Law Debenture is the successor indenture trustee under that certain Indenture, dated as of October 31, 2007 (the "Indenture"), among Texas Competitive Electric Holdings Company LLC and TCEH Finance, Inc. (together, the "Issuers"), certain guarantors that are affiliates of the Issuers ("Guarantors"), and The Bank of New York Mellon Trust Company, N.A., pursuant to which (i) $2,045,956,000 aggregate principal amount of the Issuers' 10.25% Senior Notes due 2015, (ii) $1,441,957,000 aggregate principal amount of the Issuers' 10.25% Senior Notes due 2015, Series B and (iii) $1,749,645,671 aggregate principal amount of the Issuers' 10.50%/11.25% Senior Toggle Notes due 2016 (collectively, the "TCEH Unsecured Notes") were issued and are outstanding as of the date hereof.

On or about October 23, 2014, Law Debenture filed a total of 41 proofs of claim against the Debtors that are Issuers or Guarantors demanding payment of all amounts due to the holders of the TCEH Unsecured Notes under the Indenture and related transaction documents. Such claims were assigned numbers 6210-6250 by the Debtors' claims and noticing agent.

Dated: May 13, 2016

**MORRIS JAMES LLP**

*/s/ Stephen M. Miller*
Stephen M. Miller (DE Bar No. 2610)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
Email: smiller@morrisjames.com

- and -

Daniel A. Lowenthal
Brian P. Guiney
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
Telephone: (212) 336-2000
Facsimile: (212) 336-2222
Email: dalowenthal@pbwt.com
bguiney@pbwt.com

*Attorneys for Law Debenture Trust Company of New York, as Indenture Trustee*