IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re<br><br>ENERGY FUTURE HOLDINGS CORP., *et. al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered)<br><br>Re: Docket Nos. 8358 and 8380 |

### NOTICE OF INTENT TO PARTICIPATE IN DISCLOSURE STATEMENT PROCEEDINGS AND CONFIRMATION PROCEEDINGS FOR NEW PLAN

In accordance with the *Motion of Energy Future Holdings Corp., et al., for Entry of an Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors Joint Plan of Reorganization and the Approval of Debtors Disclosure Statement* dated May 1, 2016 (No. 14-10979, D.I. 8358)[2] (the "New Plan Confirmation Scheduling Motion") and the *Notice of Filing of Revised Order in Connection with Motion of Energy Future Holdings Corp., et al., for Entry of an Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors Joint Plan of Reorganization and the Approval of Debtors Disclosure Statement* dated May 4, 2016 (D.I. 8380) (the "Revised Order"), David William Fahy ("Fahy"), by and through his undersigned counsel, hereby provides notice of intent to participate in the Disclosure Statement Proceedings and the Confirmation Proceedings (as defined in the New Plan Confirmation Scheduling Motion and the Revised Order).

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

[2] Unless otherwise specified, references to case numbers and docket entries refer to cases in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

### I. David William Fahy Information:

1. The address for David William Fahy is c/o Ethan Early, Early Lucarelli Sweeney & Strauss, 265 Church Street, 11th Floor, New Haven, CT 06508-1866.

2. The name and address of counsel to David William Fahy is (1) Daniel K. Hogan, HOGAN♦McDANIEL,1311 Delaware Avenue, Wilmington, Delaware 19806, Telephone: (302) 656-7540, Facsimile: (302) 656-7599; and (2) Ethan Early, Early Lucarelli Sweeney & Strauss, 265 Church Street, 11th Floor, New Haven, CT 06508-1866, Telephone: (203) 777-7799, Facsimile: (203) 785-1671.

### II. David William Fahy's Claims Against Debtors

3. David William Fahy's claims against the Debtors relate to exposure to asbestos at known Debtor locations such as the Florida Power & Light (Fort Myers, FL), Robinson Station (Houston, TX), Little Gypsy Power Plant (La Place, LA), and Eagle Point Power Generation Facility (NJ). David William Fahy suffers from mesothelioma. Therefore, David William Fahy is a current, manifested claimant. David William Fahy's claims against the Debtors are set forth in Proof of Claim No. 16606, dated December 11, 2015.

4. David William Fahy agrees to be bound by the Confidentiality Agreement and Stipulated Protective Order approved by the Court on August 13, 2014 [Docket No. 1833]. On September 10, 2105, counsel for David William Fahy transmitted to Jason M. Madron, Esquire, a <u>Declaration of Acknowledgment and Agreement to be Bound by the Confidentiality Agreement and Stipulated Protective Order</u> as executed by his proxy, Ethan Early, of Early Lucarelli Sweeney & Strauss. A true and correct copy of the proxy is attached hereto as **Exhibit A**.

Dated: May 13, 2016
Wilmington, Delaware

Respectfully submitted:

By: /s/ *Daniel K. Hogan*
Daniel K. Hogan (DE Bar # 2814)
**HOGAN♦McDANIEL**
1311 Delaware Avenue
Wilmington, Delaware 19806
Telephone: (302) 656-7540
Facsimile: (302) 656-7599
dkhogan@dkhogan.com

*Counsel for Shirley Fenicle, individually and as successor-in-interest to the Estate of George Fenicle, and David William Fahy*

-and-

Steven Kazan (CA Bar # 46855)
Kazan McClain Satterley & Greenwood
A Professional Law Corporation
Jack London Market
55 Harrison Street, Suite 400
Oakland, CA 94607
Telephone: (510) 302-1000
Facsimile: (510) 835-4913

*Counsel for Shirley Fenicle, individually and as successor-in-interest to the Estate of George Fenicle*

-and-

Ethan Early (CT Juris # 417930)
Early Lucarelli Sweeney & Strauss
265 Church Street, 11th Floor
New Haven, CT 06508-1866
Telephone: (203) 777-7799
Facsimile: (203) 785-1671

*Counsel for David William Fahy*