# EXHIBIT A

Ethan Early, Esq. (CT.S.B. # 417930)
eearly@elslaw.com
THE EARLY LAW FIRM LLC.
360 Lexington Avenue 20th Floor
New York, NY 10017
Telephone: 212-986-2233
Facsimile: 212-986-2255

Attorneys for Plaintiffs

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| In re:<br><br>ENERGY FUTURE HOLDINGS CORPORATION, et al.,<br><br>Debtor. | Case No. 14-10979 (CSS)<br><br>Chapter 11<br><br>**PROXY AUTHORIZING REPRESENTATION** |
|---|---|

    I, David Fahy, brought an action in the Supreme Court of the State of New York County, Index No. 13-190259, against Energy Future Holdings Corporation and others for damages resulting from my asbestos-caused mesothelioma. My case remains pending. I have submitted a Questionnaire for Official Committee of Asbestos Personal Injury Claimants and seek appointment to the Committee of Asbestos Personal Injury Claimants. By this proxy, I authorize my attorney, Ethan Early, Esq. and The Early Law Firm LLC., to act on my behalf in all respects as a member of the committee should I be appointed to serve on that Committee,

    I declare under penalty of perjury under the laws of the State of New York that the forgoing is true and correct, Executed in New York, NY.

DATED: 4 Sep 2015

DAVID FAHY

---

PROXY AUTHORIZING REPRESENTATION

EARLY, LUCARELLI, SWEENEY & MEISENKOTHEN
An Association of Professional LLCs
**THE EARLY LAW FIRM, LLC**
360 LEXINGTON AVENUE • 20th FLOOR
NEW YORK, NEW YORK 10017 • (212) 986-2233