IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re<br><br>ENERGY FUTURE HOLDINGS CORP., *et. al.*,[1]<br><br>Debtors. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered)<br><br>Re: Docket Nos. 8358 and 8380 |

**NOTICE OF INTENT TO PARTICIPATE IN DISCLOSURE STATEMENT PROCEEDINGS AND CONFIRMATION PROCEEDINGS FOR NEW PLAN**

In accordance with the *Motion of Energy Future Holdings Corp., et al., for Entry of an Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors Joint Plan of Reorganization and the Approval of Debtors Disclosure Statement* dated May 1, 2016 (No. 14-10979, D.I. 8358)[2] (the "New Plan Confirmation Scheduling Motion") and the *Notice of Filing of Revised Order in Connection with Motion of Energy Future Holdings Corp., et al., for Entry of an Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors Joint Plan of Reorganization and the Approval of Debtors Disclosure Statement* dated May 4, 2016 (D.I. 8380) (the "Revised Order"), Shirley Fenicle, individually and as successor-in-interest to the Estate of George Fenicle, ("Fenicle") by and through her undersigned counsel, hereby provides notice of intent to participate in the Disclosure Statement Proceedings and the Confirmation Proceedings (as defined in the New Plan Confirmation

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

[2] Unless otherwise specified, references to case numbers and docket entries refer to cases in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

Scheduling Motion and the Revised Order).

### I. Shirley Fenicle, as successor-in-interest to the Estate of George Fenicle:

1. The address for Shirley Fenicle is c/o Steven Kazan, Kazan McClain Satterley & Greenwood, Jack London Market, 55 Harrison Street, Suite 400, Oakland, CA 94607.

2. The name and address of counsel to Shirley Fenicle is (1) Daniel K. Hogan, HOGAN♦McDANIEL,1311 Delaware Avenue, Wilmington, Delaware 19806, Telephone: (302) 656-7540, Facsimile: (302) 656-7599; and (2) Steven Kazan, Kazan McClain Satterley & Greenwood, Jack London Market, 55 Harrison Street, Suite 400, Oakland, CA 94607, Telephone: (510) 302-1000, Facsimile: (510) 835-4913.

### II. Shirley Fenicle's Claims Against Debtors

3. Shirley Fenicle's claims are 2-fold. Shirley Fenicle is a member of the unsecured creditors' committee as estate representative for her deceased husband, George Fenicle, and also has a pending claim in her own right for his wrongful death. Although Shirley Fenicle is not currently suffering from any known or diagnosed asbestos disease, she was exposed to asbestos fibers brought home from her husband's work. Therefore, Shirley Fenicle is also an unmanifested current claimant as described by this Court's opinion entered on January 7, 2015, which granted the Debtors' request to establish a bar date for unmanifested claimants [Docket No. 3183]. Shirley Fenicle could have a claim for her own personal injury and, should she die of an asbestos disease, her children would have a wrongful death claim which means they too are unmanifested current claimants. Shirley Fenicle's claims against the Debtors are set forth in Proof of Claim Nos. 17202 and 17204, both dated December 11, 2015.

4. Shirley Fenicle agrees to be bound by the Confidentiality Agreement and Stipulated Protective Order approved by the Court on August 13, 2014 [Docket No. 1833]. On September 4, 2015, counsel for Shirley Fenicle transmitted to Jason M. Madron, Esquire,

a <u>Declaration of Acknowledgment and Agreement to be Bound by the Confidentiality Agreement and Stipulated Protective Order</u> as executed by her proxy, Steven Kazan, Esq., of Kazan, McClain, Satterley & Greenwood. A true and correct copy of the proxy is attached hereto as **Exhibit A**.

Dated:  May 13, 2016
        Wilmington, Delaware

Respectfully submitted:

By: /s/ *Daniel K. Hogan*
Daniel K. Hogan (DE Bar # 2814)
**HOGAN♦McDANIEL**
1311 Delaware Avenue
Wilmington, Delaware 19806
Telephone: (302) 656-7540
Facsimile: (302) 656-7599
dkhogan@dkhogan.com

*Counsel for Shirley Fenicle, individually and as successor-in-interest to the Estate of George Fenicle, and David William Fahy*

-and-

Steven Kazan (CA Bar # 46855)
Kazan McClain Satterley & Greenwood
A Professional Law Corporation
Jack London Market
55 Harrison Street, Suite 400
Oakland, CA 94607
Telephone: (510) 302-1000
Facsimile: (510) 835-4913

*Counsel for Shirley Fenicle, individually and as successor-in-interest to the Estate of George Fenicle*

-and-

Ethan Early (CT Juris # 417930)
Early Lucarelli Sweeney & Strauss
265 Church Street, 11th Floor
New Haven, CT 06508-1866
Telephone: (203) 777-7799
Facsimile: (203) 785-1671

*Counsel for David William Fahy*