# EXHIBIT A

Steven Kazan, Esq. (C.S.B. # 46855)
skazan@kazanlaw.com
KAZAN, McCLAIN, SATTERLEY & GREENWOOD
A Professional Law Corporation
Jack London Market
55 Harrison Street, Suite 400
Oakland, California 94607
Telephone: (510) 302-1000
Facsimile: (510) 835-4913

Attorneys for Plaintiffs

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 14-10979 (CSS) |
| ENERGY FUTURE HOLDINGS CORPORATION, et al., | Chapter 11 |
| Debtor. | **PROXY AUTHORIZING REPRESENTATION** |

    I, Shirley Fenicle, brought an action in the Superior Court of Alameda County, State of California, Civil Action No. RG12629390, against Energy Future Holdings Corporation and others for damages resulting from George Fenicle's asbestos-caused mesothelioma and my loss of consortium related thereto. My case remains pending. I have submitted a Questionnaire for Official Committee of Asbestos Personal Injury Claimants and seek appointment to the Committee of Asbestos Personal Injury Claimants. By this proxy, I authorize our attorney, Steven Kazan, Esq. and Kazan, McClain, Satterley & Greenwood, A Professional Law Corporation, to act on my behalf in all respects as a member of the Committee should I be appointed to serve on that Committee.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed in Nevada City, California.

DATED: 9-29-2014

_____
SHIRLEY FENICLE

1341012.1

1

PROXY AUTHORIZING REPRESENTATION