IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) | (Jointly Administered) |

**SHIRLEY FENICLE'S, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO THE ESTATE OF GEORGE FENICLE, AND DAVID WILLIAM FAHY'S NOTICE OF <u>DEPOSITION PURSUANT TO FED.R. CIV. P. 30(b)(6)</u>**

**TO:** Energy Future Holdings Corporation and the above-captioned debtors (collectively, the "<u>Debtors</u>"), c/o Richards, Layton & Finger, Attention Mark D. Collins, 920 North King Street, Wilmington, Delaware 19801; and Kirkland & Ellis LLP, Attention: Richard M. Cieri, 601 Lexington Avenue, New York, New York 10022-4611.

**PLEASE TAKE NOTICE** that pursuant to Rules 26 and 30(b)(6) of the Federal Rules of Civil Procedure (the "<u>Federal Rules</u>"), made applicable by Rules 7026, 7030, and 9014 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), and the Local Rules of the United States District Court for the District of Delaware, made applicable hereto pursuant to the Local Rules for the United States Bankruptcy Court for the District of Delaware (collectively the "<u>Local Rules</u>"), Shirley Fenicle, individually and as successor-in-interest to the Estate of George Fenicle, and David William Fahy (respectively, "<u>Fenicle</u>" and "<u>Fahy</u>"), both members of the EFH Official Committee of Unsecured Creditors (the "<u>Committee</u>")[2] by and through their undersigned counsel, will take the deposition upon oral examination of a designee or designees

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] In this discovery, Fenicle and Fahy are acting in their own respective individual capacity and not as members of Committee.

of the Debtors in accordance with the Proposed Revised Order in Connection with "Motion of Energy Future Holdings Corp., et al., for Entry of an Order Scheduling Certain Hearing Dated and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors Joint Plan of Reorganization and the Approval of Debtors Disclosure Statement" [D.I. 8358], and in connection with the *Amended Chapter 11 Plan (Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code)* [D.I. 8421], as it may be amended.

**PLEASE TAKE FURTHER NOTICE THAT** the deposition will take place on June 28, 2016, at 10:00 A.M. at the offices of Caplin & Drysdale, 600 Lexington Avenue, 21st Floor, New York, NY 10022, or at such other location and time mutually agreeable to counsel. The deposition will take place before a court reporter and will be recorded by stenographic means, may be videotaped, and shall continue from day to day until it has been completed.

Pursuant to Federal Rule of Civil Procedure 30(b)(6), the Debtors shall designate one or more officers, directors, managing agents, or other persons who consent to testify on their behalf and who are most knowledgeable and competent to testify concerning each of the subjects set forth in **Exhibit A** hereto.

The Debtors are requested to identify in writing at least 5 business days in advance of the deposition the name(s) of the person(s) who will testify on the Debtors' behalf and the subject matters on which each person will testify.  Fenicle and Fahy reserve the right to participate in all noticed depositions.

[Signatures Follow]

Dated:   May 13, 2016
        Wilmington, Delaware

By: /s/ *Daniel K. Hogan*
Daniel K. Hogan (DE Bar # 2814)
**HOGAN♦McDANIEL**
1311 Delaware Avenue
Wilmington, Delaware  19806
Telephone: (302) 656-7540
Facsimile: (302) 656-7599
dkhogan@dkhogan.com

*Counsel for Shirley Fenicle, individually and as successor-in-interest to the Estate of George Fenicle, and David William Fahy*

-and-

Steven Kazan (CA Bar # 46855)
Kazan McClain Satterley & Greenwood
A Professional Law Corporation
Jack London Market
55 Harrison Street, Suite 400
Oakland, CA 94607
Telephone: (510) 302-1000
Facsimile: (510) 835-4913

*Counsel for Shirley Fenicle, individually and as successor-in-interest to the Estate of George Fenicle*

-and-

Ethan Early (CT Juris # 417930)
Early Lucarelli Sweeney & Strauss
265 Church Street, 11th Floor
New Haven, CT 06508-1866
Telephone: (203) 777-7799
Facsimile: (203) 785-1671

*Counsel for David William Fahy*

## EXHIBIT A

**TOPICS**

1. Documents regarding the treatment of claims in Class A3 under the New Plan or the description of that treatment and those claims in the Proposed Disclosure Statement.

2. Documents regarding the treatment of "Legacy General Unsecured Claim Against the TCEH Debtors" under the New Plan or the description of that treatment and those claims in the Proposed Disclosure Statement.

3. Documents related to all the underlying financials for the Asbestos Debtors and their subsidiaries that substantiate the corresponding E-side intercompany Claims from creation (approximately 1990 to date), including all inter-company loan documents and ledgers detailing the intercompany Claims.

4. Documents regarding the treatment of EFH Debtor Intercompany Claims, including financial statements and book entry summaries for the quarterly and annual inter-company interest accumulation, and amounts due and owing sums on account of the EFH Debtor Intercompany Claims.

5. Documents related to the indemnity agreement with Raytheon and United Engineers & Constructors as documented in the Global Note and Statements of Limitations, Methods and Disclaimer Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs, (LSGT Gas Company LLC, 14-11039) (Docket No. 1272).

6. Documents related to any sales contracts between the Asbestos Debtors and either Raytheon and United Engineers & Constructors.

7. Documents related to the time period prior to the 2007 leveraged buy-out when the Debtors maintained inter-company money pool agreements, with all schedules of internal interest rates as accrued on a quarterly and yearly basis.

8. Documents related to all insurance policies providing asbestos coverage to any of the "Asbestos Debtors" for any asbestos related claims, including but not limited to policies, related coverage charts, tabulations, records related to tenders, and carrier reimbursements.

9. Documents related to insurance indemnifying EFH against asbestos related claims, including but not limited to policies, related coverage charts, tabulations, records related to tenders, and carrier reimbursements.

10. Documents related to all insurance policies, charts, tabulations, and correspondence produced or provided to the EFH Official Committee of Unsecured Creditors E-side Creditors' Committee, whether under the 'professionals' eyes only' restriction or otherwise.

11. Documents relating to the identity of the Subsequently Identified Parties and to the notice provided to the Subsequently Identified Parties in accordance with the Bar Date Notice.

12. Documents relating to each Asbestos Debtors' board of directors' minutes for each board meeting and for each board sub-committee meetings from 1990 to date.