# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS ) | Case No. 14-10979 (CSS) |
| CORP., *et al.*[1], ) | |
| ) | Jointly Administered |
| Debtors. ) | **Re: D.I. 8291** |
| ) | |

## CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 8291

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the *Application to Authorize Employment of Benesch, Friedlander, Coplan & Aronoff, LLP as Delaware Counsel to the Energy Future Holdings Corp. Fee Committee, Nunc Pro Tunc to April 7, 2016* (the "Application"), filed with the Court on April 27, 2016, and entered on the Court's docket as Docket No. 8291.

The undersigned further certifies that she has caused the Court's docket in this case to be reviewed and no answer, objection, or other responsive pleading to the Application appears thereon. Pursuant to the Application, objections to the Application were to be filed no later than 4:00 p.m. (ET) on May 11, 2016.

It is hereby respectfully requested that the Court enter the Order attached to the Application as Exhibit B at its earliest convenience.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the Debtors' service address is 1601 Bryan Street, Dallas, TX 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efocaseinfo.com.

9145848 v1

Dated: May 16, 2016

**BENESCH, FRIEDLANDER,
      COPLAN & ARONOFF LLP**

By: _____*/s/ Jennifer R. Hoover*_____
Jennifer R. Hoover, Esquire (DE #5111)
William M. Alleman, Jr., Esquire (DE #5449)
222 Delaware Avenue, Suite 801
Wilmington, DE 19801
302-442-7010 telephone
302-442-7012 facsimile
jhoover@beneschlaw.com
walleman@beneschlaw.com

*Proposed Counsel to the Energy Future Holdings Corp. Fee Committee*

- and -

**GODFREY & KAHN, S.C.**
Katherine Stadler, Esquire
One East Main Street
Madison, WI 53703
(608) 257-3911 telephone
(608) 257-0609 facsimile
KStadler@gklaw.com

*Counsel to the Energy Future Holdings Corp. Fee Committee*

9145848 v1