**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
|  | Hearing Date: May 23, 2016 at 10:00 a.m. (ET) |
|  | **Re: D.I. 8358, 8380** |

**STATEMENT OF THE EFH OFFICIAL COMMITTEE REGARDING MOTION OF ENERGY FUTURE HOLDINGS CORP., *ET AL.*, FOR ENTRY OF AN ORDER SCHEDULING CERTAIN HEARING DATES AND DEADLINES AND ESTABLISHING CERTAIN PROTOCOLS IN CONNECTION WITH THE CONFIRMATION OF DEBTORS' JOINT PLAN OF REORGANIZATION AND THE APPROVAL OF DEBTORS' DISCLOSURE STATEMENT**

1.   The official committee of unsecured creditors of Energy Future Holdings Corp. ("EFH"), Energy Future Intermediate Holding Company LLC ("EFIH"), EFIH Finance Inc. and EECI, Inc. (the "EFH Committee") submits this statement with respect to the Debtors' request for an Order setting a schedule with respect to confirmation and related litigation matters for the *Amended Joint Plan of Reorganization of Energy Future Holdings Corp. et al., Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 8421] (the "New Plan").

2.   Prior to the conclusion of the contested confirmation hearing to consider the Confirmed Plan, the EFH Committee bargained for and entered into a settlement in return for foregoing its feasibility and other objections to the Confirmed Plan and the Settlement Agreement. The resulting Settlement & Support Agreement, dated as of November 23, 2015 (the "EFH Committee Settlement"), was agreed by the EFH Committee, the EFH Debtors,

---

[1]   The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

TCEH, the EFH Notes Trustee, the Original Plan Sponsors, and the TCEH Committee and approved by the Order entered by this Court on November 25, 2015 [D.I. 7143]. The EFH Committee Settlement protects certain beneficiary classes of the EFH Debtors who would otherwise have been harmed by the Confirmed Plan and Settlement Agreement, including hundreds of individual unsecured creditors, by subordinating the TCEH Settlement Claim to the claims of those beneficiary classes in an Alternative Restructuring. (*See* EFH Committee Settlement § 4.) The EFH Committee Settlement also provides that as long as the agreed-upon treatment of claims of those EFH Debtors' protected beneficiary classes is honored, the EFH Committee will limit its activity and not litigate against a plan implementing an Alternative Restructuring, subject to the EFH Committee's fiduciary obligations. (*See* EFH Committee Settlement § 6(b).)

3. The EFH Committee has relied upon the effectiveness of the EFH Committee Settlement and, as a result, has limited its activity and not been involved in the preparation of the New Plan. Based on the preliminary review to date, the New Plan appears to honor the required claim treatment for each of the beneficiary classes of the EFH Debtors as required by the EFH Committee Settlement, but the EFH Committee's analysis is ongoing.

4. Under the circumstances, the EFH Committee does not object to proceeding expeditiously to a confirmation hearing on the New Plan to begin on August 15, 2016, as requested by the Debtors in the proposed Confirmation Scheduling Order. It is time these cases are concluded.

5. The EFH Committee reserves its rights to reconsider its position to the extent the protected beneficiary classes of the EFH Debtors are not treated in accordance with the terms of the EFH Committee Settlement or if the fiduciary duties of the EFH Committee

SC1:4130542.3

otherwise require in light of the EFH Committee Settlement and the evolving facts.  The rights of all individual creditors, including those creditors serving on the EFH Committee, are expressly reserved.

| | |
|---|---|
| Dated:  Wilmington, Delaware<br>May 16, 2016 | **MONTGOMERY McCRACKEN WALKER & RHOADS, LLP**<br><br> */s/ Mark A. Fink*<br>Natalie D. Ramsey (DE Bar No. 5378)<br>Mark A. Fink (DE Bar No. 3946)<br>1105 North Market Street, 15th Floor<br>Wilmington, DE  19801<br>Telephone: (302) 504-7800<br>Facsimile: (302) 504 -7820<br>E-mail:    nramsey@mmwr.com<br>              mfink@mmwr.com<br><br>– and –<br><br>**SULLIVAN & CROMWELL LLP**<br>Andrew G. Dietderich<br>Brian D. Glueckstein<br>John L. Hardiman<br>Alexa J. Kranzley<br>125 Broad Street<br>New York, New York  10004<br>Telephone:   (212) 558-4000<br>Facsimile:    (212) 558-3588<br>E-mail:       dietdericha@sullcrom.com<br>                 gluecksteinb@sullcrom.com<br>                 hardimanj@sullcrom.com<br>                 kranzleya@sullcrom.com<br><br>*Counsel for The Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC; EFIH Finance, Inc.; and EECI, Inc.* |

3

SC1:4130542.3