## CERTIFICATE OF SERVICE

I, Christopher P. Simon, hereby certify that on May 16, 2016, I caused a true and correct copy of the **Objection of EFH Indenture Trustee to Motion of Energy Future Holdings Corp., et al., for Entry of an Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection With the Confirmation of Debtors' Joint Plan of Reorganization and the Approval of Debtors' Disclosure Statement** to be served on the parties listed below via CM/ECF and/or as otherwise indicated.

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
Edward O. Sassower, Esquire
Stephen E. Hessler, Esquire
Brian E. Schartz, Esquire
KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
601 Lexington Avenue
New York, NY 10022
Email: edward.sassower@kirkland.com
stephen.hessler@kirkland.com
brian.schartz@kirkland.com

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
James H.M. Sprayregen, P.C.
Marc Kieselstein, P.C.
Chad J. Husnick, Esquire
Steven N. Serajeddini, Esquire
KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
300 North LaSalle
Chicago, IL 60654
Email: james.sprayregen@kirkland.com
marc.kieselstein@kirkland.com
chad.husnick@kirkland.com
steven.serajeddini@kirkland.com

**VIA HAND DELIVERY & ELECTRONIC MAIL**
Mark D. Collins, Esquire
Daniel J. DeFranceschi, Esquire
Jason M. Madron, Esquire
RICHARDS LAYTON & FINGER, P.A.
920 North King Street
Wilmington, DE 19801
Email: collins@rlf.com
defranceschi@rlf.com
madron@rlf.com

*/s/ Christopher P. Simon*
Christopher P. Simon (No. 3697)