## **CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2016, I caused a copy of the OBJECTION OF UMB BANK, N.A. TO MOTION OF ENERGY FUTURE HOLDINGS CORP., ET AL., FOR ENTRY OF AN ORDER SCHEDULING CERTAIN HEARING DATES AND DEADLINES AND ESTABLISHING CERTAIN PROTOCOLS IN CONNECTION WITH THE CONFIRMATION OF THE DEBTORS' JOINT PLAN OF REORGANIZATION AND THE APPROVAL OF DEBTORS' DISCLOSURE STATEMENT to be served on the parties listed on the attached service list via U.S. Mail.

/s/ Raymond H. Lemisch
Raymond H. Lemisch (DE Bar No. 4204)

1

Mark D. Collins, Esquire
Daniel J. DeFranceschi, Esquire
Jason M. Madron, Esquire
Richards, Layton & Finger, P.A.
920 North King Street
Wilmington, DE 19801

Edward O. Sassower, P.C.
Stephen E. Hessler
Brian E. Schartz
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022

James H.M. Sprayregen, P.C.
Marc Kieselstein, P.C.
Chad J. Husnick
Steven N. Serajeddini
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654

Richard L. Schepacarter
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 North King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801

Natalie D. Ramsey
Davis Lee Wright
Lorenzo Marinuzzi
Mark A. Fink
Montgomery McCracken Walker & Rhoads LLP
1105 North Market Street, 15th Floor
Wilmington, DE 19801

Andrew G. Dietderich
Brian D. Glueckstein
Michael H. Torkin
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

Christopher A. Ward
Justin K. Edelson
Shanti M. Katona
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801

James M. Peck
Brett H. Miller
Lorenzo Marinuzzi
Todd M. Goren
Samantha Martin
Morrison & Foerester LLP
250 West 55th Street
New York, NY 10019