# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered)<br><br>**Related to D.I. 8255** |

## CERTIFICATE OF NO OBJECTION REGARDING THE SIXTEENTH MONTHLY FEE STATEMENT OF GOLDIN ASSOCIATES, LLC FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM MARCH 1, 2016 THROUGH MARCH 31, 2016 (NO ORDER REQUIRED)

On April 21, 2016, the *Sixteenth Monthly Fee Statement of Goldin Associates, LLC for Allowance of an Administrative Claim for Compensation and Reimbursement of Expenses Incurred from March 1, 2016 through March 31, 2016 ("Goldin")* [D.I. 8255]; the "Monthly Fee Statement"] was filed with this Court and served upon the Notice Parties as required by the *Stipulation and Order Appointing a Fee Committee*, dated August 21, 2014 [D.I. 1896] and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals*, dated September 16, 2014 [D.I. 2066]. Under the *Notice of Fee Statement* filed and served with the Monthly Fee Statement, objections to the Monthly Fee Statement were to be filed and served in accordance with the foregoing Orders no later than **May 12, 2016, at 4:00 p.m.** Eastern Time.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

On May 12, 2016, the Fee Committee advised Goldin that, despite the Fee Committee's reservation of rights to object to the interim expense reimbursement request, the Fee Committee does not object to the payment of 80% of the fees and 100% of the expenses requested in the Monthly Fee Statement. Aside from the foregoing, the undersigned certifies that no answer, objection or other response to the Monthly Fee Statement was filed or served as required, and that as of May 17, 2016, none appeared on the Court's docket.

Consequently, Energy Future Intermediate Holding Company LLC, debtor and debtor-in-possession in the above-captioned case, is authorized to pay Goldin 80% of the fees and 100% of the expenses requested in the Monthly Fee Statement upon the filing of this Certificate without the need for a further Court order. A summary of the fees and expenses that Goldin seeks is attached as **Exhibit A**.

|  |  |
|---|---|
| Dated: May 17, 2016 | Respectfully submitted,<br>STEVENS & LEE, P.C.<br><br>*/s/ Joseph H. Huston, Jr.*<br>Joseph H. Huston, Jr. (No. 4035)<br>Camille C. Bent (*admitted pro hac vice*)<br>919 Market Street, Suite 1300<br>Wilmington, DE 19801<br>Tel:    (302) 425-3310<br>Fax:   (610) 371-7972<br>Email: jhh/ccb@stevenslee.com<br><br>-and-<br><br>Richard Levin, Esquire<br>JENNER & BLOCK<br>919 Third Avenue<br>New York, NY 10022-3908<br>Tel:    (212) 891-1601<br>Fax:   (212) 891-1699<br>Email: rlevin@jenner.com<br><br>-and- |

3

        Michael A. Paskin, Esquire
        Trevor M. Broad, Esquire
        CRAVATH, SWAINE & MOORE LLP
        Worldwide Plaza
        825 Eighth Avenue
        New York, NY 10019-7475
        Tel:    (212) 474-1760
        Fax:   (212) 474-3700
        Email: mpaskin@cravath.com
                 tbroad@cravath.com

*Independent Counsel for Energy Future Intermediate Holding Company LLC*