**EXHIBIT A**

**Professional Fees and Expenses**
**Monthly Fee Statement**

| Applicant | Fee Statement Period, Filing Date, & Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| Goldin Associates, LLC 350 Fifth Ave. The Empire State Bldg. New York, NY 10118 | Sixteenth Monthly Fee Statement 03/01/2016 through 03/31/2016 D.I. 8255 | $150,000.00 | $1,040.80 | 03/16/2016 | $120,000.00 | $1,040.80 | $30,000.00 |

SL1 1416399v1 109285.00005