IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re<br><br>ENERGY FUTURE HOLDINGS CORP., *et. al.*,[1]<br><br>Debtors. | ) Chapter 11<br>) <br>) Case No. 14-10979 (CSS)<br>) <br>) (Jointly Administered)<br>) <br>) Re: Docket Nos. 8441, 8442, 8443,<br>) and 8444 |

## AFFIDAVIT OF MICHELLE D. RUST, PARALEGAL

STATE OF DELAWARE    :
                               :
NEW CASTLE COUNTY    :

I, Michelle D. Rust, certify that I am, and at all times during the service have been, an employee of Hogan♦McDaniel, not less than 18 years of age, and not a party to the matter concerning which service was made. I hereby further certify that on May 13, 2016, I caused to be served:

1. *David William Fahy's Notice of Intent to Participate in Disclosure Statement Proceedings and Confirmation Proceedings For New Plan* [D.I. 8441];

2. *Shirley Fenicle, individually and as successor-in-interest to the Estate of George Fenicle's Notice of Intent to Participate in Disclosure Statement Proceedings and Confirmation Proceedings For New Plan* [D.I. 8442];

3. *Notice of Service of the First Document Requests of Shirley Fenicle, Individually and as Successor-in-Interest to the Estate of George Fenicle, and David William Fahy to Debtors in Connection with Confirmation of the Debtors' New Joint Plan of Reorganization* [D.I. 8443]; and

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

4. *Shirley Fenicle's, Individually and As Successor-In-Interest to The Estate of George Fenicle, and David William Fahy's Notice of Deposition Pursuant to Fed.R. Civ. P. 30(B)(6)* [D.I. 8444].

Service was completed through CM/ECF and by email on all parties at the following email address set up by the Debtors: EFH_DS_Discovery_Service_List@kirkland.com.

Dated: May 17, 2016
Wilmington, Delaware

Michelle D. Rust

**SWORN AND SUBSCRIBED** before me this 17th day of May, 2016.

Notary Public