## **EXHIBIT A**

**Professional Fees and Expenses**
**Monthly Fee Statement**

| Applicant | Fee Statement Period, Filing Date, & Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| Stevens & Lee, P.C. 919 N. Market St. Suite 1300 Wilmington, DE 19801 | Fifteenth Monthly Fee Statement 02/01/2016 through 02/29/2016 D.I. 8103 | $11,847.00 | $15.50 | 04/21/2016 | $9,477.60 | $15.50 | $2,369.40 |

SL1 1416560v1 109285.00006