# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
|  | ) **Re: D.I. 8251** |

## CERTIFICATION OF NO OBJECTION REGARDING THE "TWENTY-THIRD MONTHLY FEE STATEMENT OF ALVAREZ & MARSAL NORTH AMERICA, LLC FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM MARCH 1, 2016 THROUGH MARCH 31, 2016" (NO ORDER REQUIRED)

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading with respect to the twenty-third monthly fee statement for compensation and reimbursement of expenses (the "Monthly Fee Statement") of **Alvarez & Marsal North America, LLC** ("Applicant") listed on Exhibit A attached hereto. The Monthly Fee Statement was filed with the United States Bankruptcy Court for the District of Delaware (the "Court") on April 21, 2016. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Monthly Fee Statement appears thereon. Pursuant to the **Notice of Fee Statement** filed with the Monthly Fee Statement, objections to the Monthly Fee Statement were to be filed and served no later than **May 12, 2016 at 4:00 p.m. (Eastern Daylight Time)**. The Monthly Fee Statement was filed and served in accordance with the **Stipulation and Order Appointing a Fee**

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

2

**Committee**, dated August 21, 2014 [D.I. 1896] and the **Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals**, dated September 16, 2014 [D.I. 2066] (the "Administrative Order").

Consequently, pursuant the Administrative Order, the above-captioned debtors and debtors in possession in the above-captioned cases, are authorized to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement upon the filing of this certification without the need for a further order of the Court. A summary of the fees and expenses sought by Applicant is annexed hereto as Exhibit A.

*[Remainder of page intentionally left blank.]*

Dated: May 18, 2016
   Wilmington, Delaware

      /s/ Daniel J. DeFranceschi

      **RICHARDS, LAYTON & FINGER, P.A.**
      Mark D. Collins (No. 2981)
      Daniel J. DeFranceschi (No. 2732)
      Jason M. Madron (No. 4431)
      920 North King Street
      Wilmington, Delaware 19801
      Telephone: (302) 651-7700
      Facsimile: (302) 651-7701
      Email: collins@rlf.com
        defranceschi@rlf.com
        madron@rlf.com

      -and-

      **KIRKLAND & ELLIS LLP**
      **KIRKLAND & ELLIS INTERNATIONAL LLP**
      Edward O. Sassower, P.C. (admitted *pro hac vice*)
      Stephen E. Hessler (admitted *pro hac vice*)
      Brian E. Schartz (admitted *pro hac vice*)
      601 Lexington Avenue
      New York, New York 10022-4611
      Telephone: (212) 446-4800
      Facsimile: (212) 446-4900
      Email: edward.sassower@kirkland.com
        stephen.hessler@kirkland.com
        brian.schartz@kirkland.com

      -and-

      James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
      Chad J. Husnick (admitted *pro hac vice*)
      Steven N. Serajeddini (admitted *pro hac vice*)
      300 North LaSalle
      Chicago, Illinois 60654
      Telephone: (312) 862-2000
      Facsimile: (312) 862-2200
      Email: james.sprayregen@kirkland.com
        chad.husnick@kirkland.com
        steven.serajeddini@kirkland.com

      Co-Counsel to the Debtors and Debtors in Possession

# EXHIBIT A

Professional Fees and Expenses
Monthly Fee Statement

| Applicant | Fee Statement Period, Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline: | Amount of Fees Authorized to be Paid @ 80% | Amount of Expenses Authorized to be Paid @ 100% | Amount of Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| ALVAREZ & MARSAL NORTH AMERICA, LLC<br>2100 Ross Avenue<br>Suite 2100<br>Dallas, TX 75201<br>Attn: John Stuart<br><br>(Restructuring Advisor to the Debtors) | 23rd Monthly Fee Statement<br><br>3/1/16 through 3/31/16<br><br>Filed 4/21/16<br><br>Docket No. 8251 | $296,255.00 | $10,955.87 | 5/12/2016 | $237,004.00[1] | $10,955.87[2] | $59,251.00 |

---

[1] Consistent with the terms of the Administrative Order, the fees requested in the Monthly Fee Statement authorized to be paid at this time (*i.e.*, 80% of the fees requested in the Monthly Fee Statement) shall be allocated $33,096.51, $91,977.65, and $111,929.84 to EFH, EFIH, and TCEH, respectively.

[2] Consistent with the terms of the Administrative Order, the expenses requested in the Monthly Fee Statement authorized to be paid at this time (*i.e.*, 100% of the expenses requested in the Monthly Fee Statement) shall be allocated $1,579.84, $4,142.41, and $5,233.62 to EFH, EFIH and TCEH, respectively.

RLF1 14543313v.1