# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
|  | ) **Re: D.I. 8264** |

## CERTIFICATION OF NO OBJECTION REGARDING THE "EIGHTEENTH MONTHLY FEE STATEMENT OF BALCH & BINGHAM LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD MARCH 1, 2016 THROUGH MARCH 31, 2016" (NO ORDER REQUIRED)

The undersigned hereby certifies that, as of the date hereof, he has received no written answer, objection or other responsive pleadings with respect to the *Eighteenth Monthly Fee Statement of Balch & Bingham LLP for Allowance of an Administrative Claim for Compensation and Reimbursement of Expenses Incurred From March 1, 2016 Through March 31, 2016* [D.I. 8264] (the "Monthly Fee Statement"). The Monthly Fee Statement was filed with the United States Bankruptcy Court for the District of Delaware (the "Court") on April 22, 2016. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Monthly Fee Statement appears thereon. Pursuant to the Notice of Fee Statement filed with the Monthly Fee Statement, objections to the Monthly Fee Statement were to be filed and served no later than **May 13, 2016 at 4:00 p.m. (Eastern Daylight Time).** The Monthly Fee Statement was filed and served in accordance with the

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 14543699v.1

*Stipulation and Order Appointing a Fee Committee*, dated August 21, 2014 [D.I. 1896] and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals*, dated September 16, 2014 [D.I. 2066] (the "Administrative Order").

Consequently, pursuant to the Administrative Order, the above-captioned debtors and debtors in possession in the above captioned cases, are authorized to pay Balch & Bingham LLP ("Applicant") eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement upon the filing of this certification without the need for a further order of the Court. A summary of the fees and expenses sought by Applicant is annexed hereto as Exhibit A.

*[Remainder of page intentionally left blank.]*

Dated: May 18, 2016
      Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:    (302) 651-7701
Email:        collins@rlf.com
              defranceschi@rlf.com
              madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900
Email:        edward.sassower@kirkland.com
              stephen.hessler@kirkland.com
              brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:    (312) 862-2200
Email:        james.sprayregen@kirkland.com
              marc.kieselstein@kirkland.com
              chad.husnick@kirkland.com
              steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession

# EXHIBIT A

Professional Fees and Expenses
Monthly Fee Statement

| Applicant | Fee Statement Period, Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid at 80%[1] | Amount of Expenses Authorized to be Paid at 100%[2] | Amount of Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| Balch & Bingham LLP 1901 6th Avenue N. Suite 1500 Birmingham, AL 35203 (Special Counsel to the Debtors) | Eighteenth Monthly Fee Statement 3/1/16 through 3/31/16 Filed 4/22/16 [D.I. 8264] | $358,236.00 | $5,036.09 | 5/13/16 | $286,588.80 | $5,036.09 | $71,647.20 |

---

[1] Consistent with the terms of the Administrative Order, the fees requested in the Monthly Fee Statement authorized to be paid at this time (*i.e.*, 80% of the fees requested in the Monthly Fee Statement) shall be allocated $0.00, $0.00, and $286,588.80 to EFH, EFIH, and TCEH, respectively.

[2] Consistent with the terms of the Administrative Order, the expenses requested in the Monthly Fee Statement authorized to be paid at this time (*i.e.*, 100% of the expenses requested in the Monthly Fee Statement) shall be allocated $0.00, $0.00, and $5,036.09 to EFH, EFIH and TCEH, respectively.

RLF1 14543699v.1