## **EXHIBIT A**

**Professional Fees and Expenses**
**Monthly Fee Statement**

| Applicant | Fee Statement Period, Filing Date, & Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| Jenner & Block LLP<br><br>919 Third Avenue New York, NY 10022 | Tenth Monthly Fee Statement<br><br>03/01/2016 through 03/31/2016<br><br>Docket No. 8256 | $46,260.00 | $0.00 | 05/12/2016 | $37,008.00 | $0.00 | $9,252.00 |