## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON MAY 23, 2016 STARTING AT 10:00 A.M. (EDT)[2]

**I. CONTESTED MATTERS GOING FORWARD:**

1. Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order (A) Setting a Supplemental Bar Date for Ninety Subsequently Identified Parties, (B) Approving Notice Thereof, and (C) Establishing Related Procedures [D.I. 8150; filed April 6, 2016]

   Response/Objection Deadline:    April 20, 2016 at 4:00 p.m. (EDT)

   Responses/Objections Received:

   A. Limited Objection of Shirley Fenicle, Individually, and as Successor-in-Interest to the Estate of George Fenicle, and David William Fahy to Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order (A) Setting a Supplemental Bar Date for Ninety Subsequently Identified Parties, (B) Approving Notice Thereof, and (C) Establishing Related Procedures [D.I. 8244; filed April 20, 2016]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] The May 23, 2016 (the "May 23rd Hearing") hearing will be held before The Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 beginning at 10:00 a.m. (EDT). Any person who wishes to appear telephonically at the May 23rd Hearing must contact COURTCALL, LLC at 866-582-6878 prior to **12:00 p.m. (noon) (EDT) on Friday, May 20, 2016** to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009.*

Related Documents:

i. Debtors' Reply in Support of Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order (A) Setting a Supplemental Bar Date for Ninety Subsequently Identified Parties, (B) Approving Notice Thereof, and (C) Establishing Related Procedures [D.I. 8261; filed April 22, 2016]

Status: The hearing on this matter will go forward on a contested basis.

2. Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Joint Plan of Reorganization and the Approval of Debtors' Disclosure Statement [D.I. 8358; filed May 1, 2016]

Response/Objection Deadline:    May 16, 2016 at 4:00 p.m. (EDT)

Reply Deadline:    May 18, 2016 at 11:59 p.m. (EDT)

Responses/Objections Received:

A. Objection of the Bank of New York Mellon, as Indenture Trustee, and the Bank of New York Mellon Trust Company, N.A., as Indenture Trustee, to the Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Joint Plan of Reorganization and the Approval of Debtors' Disclosure Statement [D.I. 8449; filed May 16, 2016]

B. Objection of Fenicle and Fahy to Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Joint Plan of Reorganization and the Approval of Debtors' Disclosure Statement [D.I. 8450; filed May 16, 2016]

C. Objection of Contrarian Capital Management, LLC to Debtors' Disclosure Statement and Confirmation of Scheduling Motion [D.I. 8451; filed May 16, 2016]

D. Objection of NextEra to Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Joint Plan of Reorganization and Approval of Debtors' Disclosure Statement [D.I. 8452; filed May 16, 2016]

E. Statement of the EFH Official Committee Regarding Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Joint Plan of

Reorganization and the Approval of Debtors' Disclosure Statement [D.I. 8453; filed May 16, 2016]

F.  Objection of Certain Funds and Accounts Advised or Sub-Advised by Fidelity Management & Research Company or its Affiliates to Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Joint Plan of Reorganization and the Approval of Debtors' Disclosure Statement [D.I. 8454; filed May 16, 2016]

G.  Response and Reservation of Rights of the TCEH First Lien Ad Hoc Committee to the Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Joint Plan of Reorganization and Approval of Debtors' Disclosure Statement [D.I. 8455; filed May 16, 2016]

H.  Objection of EFIH Second Lien Indenture Trustee to Debtors' Motion for Entry of an Order Scheduling Certain Hearing Dates and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Joint Plan of Reorganization and the Approval of Debtors' Disclosure Statement [D.I. 8456; filed May 16, 2016]

I.  Objection of EFH Indenture Trustee to Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Joint Plan of Reorganization and the Approval of Debtors' Disclosure Statement [D.I. 8457; filed May 16, 2016]

J.  Objection of UMB Bank, N.A. to Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of the Debtors' Joint Plan of Reorganization and the Approval of Debtors' Disclosure Statement [D.I. 8461; filed May 16, 2016]

K.  Supplemental Response of the TCEH First Lien Ad Hoc Committee to the Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Joint Plan of Reorganization and Approval of Debtors' Disclosure Statement and Notice of Filing of Forms of TCEH-Only Plan and Disclosure Statement [D.I. 8480; filed May 19, 2016]

3

Related Documents:

i. Motion of Energy Future Holdings Corp., *et al.*, to Shorten Notice Period in Connection with "Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Joint Plan of Reorganization and the Approval of Debtors' Disclosure Statement" [D.I. 8359; filed May 1, 2016]

ii. Order Denying Motion to Shorten Notice Period in Connection with "Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Joint Plan of Reorganization and the Approval of Debtors' Disclosure Statement" [D.I. 8362; filed May 2, 2016]

iii. Notice of Filing of Revised Order in Connection with "Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Joint Plan of Reorganization and the Approval of Debtors' Disclosure Statement" [D.I. 8380; filed May 4, 2016]

iv. Debtors' Omnibus Reply in Support of their Motion for Entry of an Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Joint Plan of Reorganization and the Approval of Debtors' Disclosure Statement [D.I. 8479; filed May 18, 2016]

Status: The hearing on this matter will go forward on a contested basis.

*[Remainder of page intentionally left blank.]*

Dated: May 19, 2016
Wilmington, Delaware

/s/ [signature]

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
defranceschi@rlf.com
madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    edward.sassower@kirkland.com
stephen.hessler@kirkland.com
brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    james.sprayregen@kirkland.com
marc.kieselstein@kirkland.com
chad.husnick@kirkland.com
steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*