**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re:* ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS ) | |
| CORP. , *et al.*, ) | Case No. 14-10979 (CSS) |
| ) | Jointly Administered |
| Debtors. ) | D.I. 3216, 8291 & 8448 |
| ) | |

**NOTICE OF SUBSTITUTION OF COUNSEL FOR THE OFFICIAL FEE**
**COMMITTEE OF ENERGY FUTURE HOLDINGS CORP., *ET AL*.**

PLEASE TAKE NOTICE that LISA C. MCLAUGHLIN, Esquire of PHILLIPS, GOLDMAN, MCLAUGHLIN & HALL, P.A., formerly PHILLIPS, GOLDMAN & SPENCE, P.A., hereby withdraws the appearance of PHILLIPS, GOLDMAN, & SPENCE, P.A. as Delaware counsel for the Official Fee Committee of Energy Future Holdings Corp., *et al* (the "Fee Committee").

PLEASE TAKE FURTHER NOTICE that the firm of BENESCH, FRIEDLANDER, COPLAN & ARONOFF, LLP is to be substituted as counsel of record and hereby enters its appearance on behalf of the Fee Committee.

| | |
|---|---|
| PHILLIPS, GOLDMAN, MCLAUGHLIN & HALL, P.A. | BENESCH, FRIEDLANDER, COPLAN & ARONOFF, LLP |
| /s/ Lisa C. McLaughlin | /s/ Jennifer R. Hoover |
| Lisa C. McLaughlin, Esquire (DE#3113) | Jennifer R. Hoover, Esquire (DE#7389) |
| 1200 North Broom Street | William M. Alleman, Jr., Esq. (DE#5449) |
| Wilmington, DE 19806 | 222 Delaware Avenue, Suite #801 |
| (302) 655-4200 | Wilmington, Delaware 19801 |
| (302) 655-4210 | 302-442-7010 |
| lcm@pgmhlaw.com | 302-442-7012 (fax) |
| | jhoover@beneschlaw.com |
| | walleman@beneschlaw.com |
| *Withdrawing Counsel* | |
| Date: May 20, 2016 | *Substituting Counsel* |
| | Date: May 20, 2016 |

9131052 v1