## EXHIBIT A

## Statement of Fees By Subject Matter

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---:|---|---:|---:|
| 495 | Solicitation and Balloting | 8.0 | $2,716.10 |
| 900 | Ediscovery Services | 6.0 | $840 |
| **Totals:** | | **14.0** | **$3,556.10** |