## EXHIBIT B

### Professionals' Information

The Epiq professionals[1] who rendered services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jane Sullivan | EBS Practice Director | $385.00 | 5.90 | $2,271.50 |
| Stephenie Kjontvedt | EBS Senior Consultant III | $242.00 | 1.70 | 411.40 |
| Katie Hursh | EDS Project Manager | $140.00 | 1.50 | $210.00 |
| Merle Pete | EDS Project Manager | $140.00 | 1.50 | $210.00 |
| Anthony Rowe | EDS Project Manager | $140.00 | 2.50 | $350.00 |
| Tisha Shurley | EDS Project Manager | $140.00 | 0.50 | $70.00 |
| John Chau | EBS Case Manager I | $83.00 | 0.40 | $33.20 |
| **Totals:** | | | **14.0** | **$3,556.10** |

---

[1] Note: Epiq Bankruptcy Solutions, LLC personnel are labelled "EBS" and Epiq eDiscovery Solutions personnel are labelled "EDS."

RLF1 14559654v.1