## **EXHIBIT A**

### **Statement of Fees By Subject Matter**

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 495 | Solicitation and Balloting | 19.30 | $5,274.80 |
| 901 | Ediscovery Services | 1.00 | $175.00 |
| **Totals:** | | **20.30** | **$5,449.80** |