## EXHIBIT B

### Professionals' Information

The Epiq professionals[1] who rendered services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jane Sullivan | EBS Practice Director | $385.00 | 6.30 | $2,425.50 |
| Stephenie Kjontvedt | EBS Senior Consultant III | $242.00 | 10.90 | $2,637.80 |
| Joseph Arena | EBS Senior Consultant I | $176.00 | 0.40 | $70.40 |
| Michael Mehlretter | EDS Project Manager | $175.00 | 1.00 | $175.00 |
| John Chau | EBS Case Manager I | $83.00 | 1.70 | $141.10 |
| **Totals:** | | | **20.30** | **$5,449.80** |

---

[1] Note: Epiq Bankruptcy Solutions, LLC personnel are labelled "EBS" and Epiq eDiscovery Solutions personnel are labelled "EDS."