# **EXHIBIT D**

**Detailed Description of Epiq eDiscovery Solutions Expenses and Disbursements**

| Expense Category | Quantity | Unit Cost | Amount |
|---|---|---|---|
| HST626 – Relativity License Fee | 48.00 licenses | $70 | $3,360.00 |
| HST756 - Billable storage fee (GB) for the eDiscovery Relativity repository | 4,319.78 GB | $13.00 | $56,157.20 |
| HST757 - Billable storage fee (GB) for the eDiscovery Relativity repository | 5.1 GB | $13.00 | $66.30 |
| PRO128 – Client media storage | 2.00 files | $10.00 | $20.00 |
| **TOTAL** | | | **$59,603.50** |