## **EXHIBIT A**

## **Statement of Fees By Subject Matter**

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 495 | Solicitation and Balloting | 20.30 | $6,263.40 |
| 642 | Fee Application Prep | 56.90 | $14,011.80 |
| 900 | Ediscovery Services | 0.50 | $70.00 |
| 901 | Ediscovery Services | 20.50 | $3,587.50 |
| **Totals:** | | **98.20** | **$23,932.70** |