## EXHIBIT B

### Professionals' Information

The Epiq professionals[1] who rendered services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jane Sullivan | EBS Practice Director | $385.00 | 10.00 | $3,850.00 |
| Brian Karpuk | EBS Senior Consultant III | $242.00 | 45.40 | $11,228.80 |
| Stephenie Kjontvedt | EBS Senior Consultant III | $242.00 | 9.10 | $2,202.20 |
| Kate Mailloux | EBS Senior Consultant III | $242.00 | 11.50 | 2,783.00 |
| Joseph Arena | EBS Senior Consultant I | $176.00 | 1.20 | $211.20 |
| Michael Mehlretter | EDS Project Manager | $175.00 | 2.00 | $350.00 |
| Merle Pete | EDS Project Manager | $175.00/$140.00 | 1.00 | $157.50 |
| Archana Sidhartha | EDS Project Manager | $175.00 | 5.00 | $875.00 |
| Scott Umshler | EDS Project Manager | $175.00 | 13.00 | $2,275.00 |
| **Totals:** | | | **98.20** | **$23,932.70** |

---

[1] Note: Epiq Bankruptcy Solutions, LLC personnel are labelled "EBS" and Epiq eDiscovery Solutions personnel are labelled "EDS."