## EXHIBIT C

**Summary of Actual and Necessary Epiq eDiscovery Solutions Expenses for the Fee Period[1]**

| Expense Category | Amount |
|---|---|
| HST142 - Upload productions (images, natives, text and metadata) to the Relativity hosted repository | $0.35 |
| HST626 – Relativity License Fee | $3,360.00 |
| HST756 -  Billable storage fee (GB) for the eDiscovery Relativity repository | $56,157.20 |
| HST757 -  Billable storage fee (GB) for the eDiscovery Relativity repository | $3,977.35 |
| PRO128 – Client media storage | $20.00 |
| PRO260 - Conversion of native files to TIFF images | $144.23 |
| **TOTAL** | **$63,659.13** |

---

[1] Epiq Bankruptcy Solutions, LLC did not have any expenses related to its retention under the *Order Authorizing The Debtors To Retain And Employ Epiq Bankruptcy Solutions, LLC As The Administrative Advisor For The Debtors And Epiq eDiscovery Solutions As E-Discovery Vendor For The Debtors, Effective Nunc Pro Tunc To The Petition Date,* dated September 16, 2014 [D.I. 2053].