## EXHIBIT D

**Detailed Description of Epiq eDiscovery Solutions Expenses and Disbursements**

| Expense Category | Quantity | Unit Cost | Amount |
|---|---|---|---|
| HST142 - Upload productions (images, natives, text and metadata) to the Relativity hosted repository | 0.01 GB | $35.00 | $0.35 |
| HST626 – Relativity License Fee | 48.00 licenses | $70.00 | $3,360.00 |
| HST756 - Billable storage fee (GB) for the eDiscovery Relativity repository | 4,319.78 GB | $13.00 | $56,157.20 |
| HST757 - Billable storage fee (GB) for the eDiscovery Relativity repository | 305.95 GB | $13.00 | $3,977.35 |
| PRO128 – Client media storage | 2.00 files | $10.00 | $20.00 |
| PRO260 - Conversion of native files to TIFF images | 14,423.00 pages | $0.01 | $144.23 |
| **TOTAL** | | | **$63,659.13** |