## <u>EXHIBIT A</u>

**Professional Fees and Expenses**
**Monthly Fee Statement**

| Applicant | Fee Statement Period, Filing Date, & Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| Stevens & Lee, P.C. 919 N. Market St. Suite 1300 Wilmington, DE 19801 | Sixteenth Monthly Fee Statement<br><br>03/01/2016 through 03/31/2016<br><br>D.I. 8287 | $5,330.50 | $305.50 | 05/18/2016 | $4,264.40 | $305.50 | $1,066.10 |