## EXHIBIT A

**Statement of Fees and Expenses By Subject Matter**
## COMPENSATION BY SUBJECT MATTER[1]
## MARCH 1, 2016 THROUGH MARCH 31, 2016

| Matter Number | Matter Description | Total Billed | Total Fees |
|---|---|---|---|
| 11000-50 | EFH Restructuring | 194.00 | $50,000.00 |
| 11000-50.1 | EFH Restructuring – Case Administration | -- | |
| 11000-50.2 | EFH Restructuring – Budgeting | -- | |
| 11000-50.3 | EFH Restructuring – Fee Application | 3.80 | |
| 11000-51 | EFH - 2015 Legislative Session | -- | |
| 11001 | Luminant | 120.15 | $100,000.00 |
| 11002 | TXU | 25.80 | $10,416.67 |
| 12050 | 4Change | 2.40 | $2,083.33 |
| | | | |
| | | | |
| | | | |
| | | | |
| **Totals:** | | **346.15** | **$162,500.00** |

## EXPENSE SUMMARY
## MARCH 1, 2016 THROUGH MARCH 31, 2016

| Expense Category | Amount |
|---|---|
| Delivery Service/Messenger | $270.00 |
| Copies | $488.02 |
| Taxi | -- |
| Parking | -- |
| Airfare | -- |
| Rental Car | -- |
| Fuel | -- |
| Postage | $4.90 |
| Filing Fees | -- |
| Meals | -- |
| Hotel | -- |
| Court Reporter/Hearing Transcripts | -- |
| Professional Services | -- |
| **Total Expenses:** | **$762.92** |

---

[1] The work performed and expenses incurred by Enoch Kever during the compensation period were entirely on behalf of Energy Future Holdings, LLC and its debtor subsidiaries.