## EXHIBIT B

### Attorneys and Paraprofessionals' Information
### (Consolidated Engagement)

The Enoch Kever attorneys who rendered professional services in the consolidated engagement during the Fee Period are:

| Professional Person | Position With the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Andrew Kever | Member | 1975 | Regulatory | $550.00 | 95.90 | |
| Bill A. Moore | Member | 1995 | Regulatory | $475.00 | 54.80 | |
| Emily R. Jolly | Associate | 2007 | Regulatory | $295.00 | 55.00 | |
| Kirk D. Rasmussen | Member | 1999 | Regulatory | $450.00 | 51.70 | |
| Mandy J. Kimbrough | Member | 2005 | Regulatory | $325.00 | 39.90 | |
| Lisa D. Kinzer | Associate | 2013 | Regulatory | $250.00 | 1.25 | |
| John J. Vay | Member | 1984 | Environmental | $435.00 | -- | |
| Rod C. Johnson | Member | 1992 | Environmental | $490.00 | -- | |
| Shana L. Horton | Associate | 2003 | Regulatory | $300.00 | 10.70 | |
| Brett A. Nuttall | Associate | 2015 | Regulatory | $225.00 | 26.10 | |
| | | | | | | |
| | | | | | **335.35** | **$162,500.00*** |

*Consolidated Engagement Fixed Fee

The paraprofessionals of Enoch Kever who rendered professionals services in the consolidated engagement during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Cyd McCool | Legal Assistant | 1 | Appellate/Litigation | $75.00 | -- | |
| Lynn Needles | Legal Assistant | 1 | Regulatory | $75.00 | 10.00 | |
| Laci Lofton | Legal Assistant | 1 | Appellate/Litigation | $95.00 | 0.80 | |
| | | | | | **10.80** | |

| | | |
|---|---|---|
| **Total Fees Requested Consolidated Engagement** | **346.15** | **$162,500.00** |
| **Total Fee Requested Legislative Engagement** | **--** | **--** |
| **Total Fees Requested** | **346.15** | **$162,500.00** |