## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

**EXPENSE SUMMARY**
**MARCH 1, 2016 THROUGH MARCH 31, 2016**

| Expense Category | Amount |
|---|---|
| Delivery Service/Messenger | $270.00 |
| Copies | $488.02 |
| Taxi | -- |
| Parking | -- |
| Airfare | -- |
| Rental Car | -- |
| Fuel | -- |
| Postage | $4.90 |
| Filing Fees | -- |
| Meals | -- |
| Hotel | -- |
| Court Reporter/Hearing Transcripts | -- |
| Professional Services | -- |
| **Total Expenses:** | **$762.92** |