**EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

**DETAILED EXPENSE SUMMARY**
**MARCH 1, 2016 THROUGH MARCH 31, 2016**

| Invoice Number | Matter | Date | Timekeeper Who Incurred | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 4574 | 1100050 | 3/31/16 | Various | Copies | 0.13 | 2054 | $267.02 | Copies for the month of March 2016 |
| 4574 | 1100050 | 3/22/16 | Rasmussen, Kirk | Delivery/ Messenger | 16.00 | 1 | $16.00 | Hand-deliver application for transfer of Nuclear Decommissioning Trust in Dkt 45753 to PUC for filing and return of file-stamped copy |
| 4578 | 1100116 | 2/29/16 | Jolly, Emily | Delivery/ Messenger | 18.00 | 1 | $18.00 | Hand-deliver PGC Generating Capacity Report in Project 45124 to PUC for filing and return of file-stamped copy on 2/29/16 |
| 4578 | 1100126 | 2/12/16 | Jolly, Emily | Delivery/ Messenger | 8.00 | 1 | $8.00 | Pick up documents from EFH and deliver to Enoch Kever on 2/12/16 |
| 4578 | 1100126 | 2/12/16 | Jolly, Emily | Delivery/ Messenger | 5.00 | 1 | $5.00 | Hand-deliver 2015 Fourth Quarter Report to PUC for filing and return of file-stamped copy on 2/12/16 |
| 4578 | 1100127 | 3/11/16 | Jolly, Emily | Delivery/ Messenger | 24.00 | 1 | $24.00 | Hand-deliver filing to PUC and return file-stamped copy on 3/11/16 |
| 4578 | 1100127 | 3/28/16 | Jolly, Emily | Delivery/ Messenger | 24.00 | 1 | $24.00 | Hand-deliver Comments in Project 45124 to PUC for filing and return of file-stamped copy on 3/28/16 |
| 4578 | 1100127 | 3/31/16 | Various | Copies | 0.13 | 281 | $36.53 | Copies for the month of March 2016 |
| 4578 | 1100182 | 2/22/16 | Moore, Bill | Delivery/ Messenger | 28.00 | 1 | $28.00 | Hand-deliver Joint Proposed Order in Dkt 45429 to PUC for filing and return of file-stamped copy on 2/22/16 |

| 4578 | 1100182 | 2/23/16 | Moore, Bill | Delivery/Messenger | 16.00 | 1 | $16.00 | Hand-deliver letter to the ALJs in Dkt 45429 to PUC for filing and return of file-stamped copy on 2/23/16 |
|---|---|---|---|---|---|---|---|---|
| 4578 | 1100184 | 3/10/16 | Jolly, Emily | Delivery/Messenger | 16.00 | 1 | $16.00 | Hand-deliver Motion to Intervene in Dkt 45624 to PUC for filing and return of file-stamped copy on 3/10/16 |
| 4578 | 1100184 | 3/28/16 | Jolly, Emily | Delivery/Messenger | 18.00 | 1 | $18.00 | Hand-deliver Protective Order Certifications in Dkt 45624 to PUC for filing and return of file-stamped copy on 3/24/16 |
| 4578 | 1100184 | 3/31/16 | Various | Copies | 0.13 | 1398 | $181.74 | Copies for the month of March 2016 |
| 4578 | 1100184 | 3/31/16 | Various | Postage | 4.90 | 1 | $4.90 | Postage for the month of March 2016 |
| 4577 | 1100204 | 02/12/16 | Jolly, Emily | Delivery/Messenger | 20.00 | 1 | $20.00 | Hand-deliver 2015 Fourth Quarter Report to PUC for filing and return of file-stamped copy on 2/12/16 |
| 4577 | 1100204 | 03/01/16 | Jolly, Emily | Delivery/Messenger | 20.00 | 1 | $20.00 | Hand-deliver 2015 REP Annual Report to PUC for filing and return of file-stamped copy on 3/1/16 |
| 4577 | 1100204 | 03/9/16 | Jolly, Emily | Delivery/Messenger | 16.00 | 1 | $16.00 | Hand-deliver POLR EFL in Project 42201 to PUC for filing and return of file-stamped copy on 3/9/16 |
| 4577 | 1100204 | 3/31/16 | Various | Copies | 0.13 | 17 | $2.21 | Copies for the month of March 2016 |
| 4575 | 1205002 | 02/12/16 | Jolly, Emily | Delivery/Messenger | 5.00 | 1 | $5.00 | Hand-deliver 2015 Fourth Quarter Report to PUC for filing and return of file-stamped copy on 2/12/16 |
| 4575 | 1205002 | 03/02/16 | Jolly, Emily | Delivery/Messenger | 28.00 | 1 | $28.00 | Hand-deliver 2015 REP Annual Report to PUC for filing and return of file-stamped copy on 3/2/16 |

| 4575 | 1205002 | 03/10/16 | Jolly, Emily | Delivery/ Messenger | 8.00 | 1 | $8.00 | Hand-deliver Amended Letter of Credit to PUC for filing and return of file-stamped copy on 3/10/16 |
|---|---|---|---|---|---|---|---|---|
| 4575 | 1205002 | 3/31/16 | Various | Copies | 0.13 | 4 | $0.52 | Copies for the month of March 2016 |