**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) Case No. 14-10979 (CSS) |
| Debtors.[1] | ) (Jointly Administered) |
|  | ) **Re: D.I. 8358, 8449, 8450, 8451, 8452, 8453, 8454, 8455, 8456, 8457, 8461, 8380** |

**NOTICE OF FILING OF REVISED ORDER IN CONNECTION WITH
MOTION OF ENERGY FUTURE HOLDINGS CORP., *ET AL.,* FOR ENTRY OF AN
ORDER SCHEDULING CERTAIN HEARING DATES AND DEADLINES AND
ESTABLISHING CERTAIN PROTOCOLS IN CONNECTION WITH THE
CONFIRMATION OF DEBTORS' JOINT PLAN OF REORGANIZATION
AND THE APPROVAL OF DEBTORS' DISCLOSURE STATEMENT**

PLEASE TAKE NOTICE that, on May 1, 2016, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the **Motion of Energy Future Holdings Corp., *et al.,* for Entry of an Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Joint Plan of Reorganization and The Approval of Debtors' Disclosure Statement** [D.I. 8358] (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). Pursuant to the Motion, the Debtors are seeking entry of an order scheduling certain dates and deadlines and establishing certain protocols in connection with the confirmation of the Debtors' joint plan of

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

reorganization and approval of the Debtors' related amended disclosure statement. **You were previously served with a copy of the Motion.**

PLEASE TAKE FURTHER NOTICE that, contemporaneously with the Motion, the Debtors also filed the *Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection With the Confirmation of Debtors' Joint Plan of Reorganization and the Approval of Debtors' Disclosure Statement* (the "Original Proposed Order") [D.I. 8358-2], in connection with the Motion.

PLEASE TAKE FURTHER NOTICE that, on May 4, 2016, the Debtors filed a revised proposed form of order (the "Revised Proposed Order") in connection with the Motion. [D.I. 8380-1].

PLEASE TAKE FURTHER NOTICE that, on May 18, 2016, the Debtors filed their Reply in Support of the Motion, as well as a further revised proposed form of order (the "Further Revised Proposed Order") in connection with the Motion. [D.I. 8479-1].

PLEASE TAKE FURTHER NOTICE that, since filing the Further Revised Proposed Order, the Debtors have continued to engage with parties who objected to the Motion (the "Objectors") regarding the Motion, and attach a further revised proposed form of order reflecting a bifurcated schedule (the "Bifurcated Scheduling Order"), filed today in connection with the Motion, and attached hereto as **Exhibit A** along with a blackline comparing the Further Revised Proposed Order and the Bifurcated Scheduling Order attached hereto as **Exhibit B**. The TCEH First Lien Ad Hoc Committee and the EFIH Second Lien Indenture Trustee do not object to the bifurcated schedule reflected by the Bifurcated Scheduling Order. The Debtors continue to engage in productive discussions with the EFIH PIK Noteholders and will update the Bankruptcy Court on their progress at the hearing on their Motion.

PLEASE TAKE FURTHER NOTICE that, a hearing to consider the Motion is currently scheduled to be held before The Honorable Christopher S. Sontchi at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on **May 23, 2016 starting at 10:00 a.m. (Eastern Daylight Time)** (the "May 23rd Hearing").

PLEASE TAKE FURTHER NOTICE that, to the extent that the Debtors make further revisions to the Bifurcated Scheduling Order prior to the May 23rd Hearing, the Debtors will present a further blacklined copy of such revised documents to the Bankruptcy Court either at or before the May 23rd Hearing.

[*Remainder of page intentionally left blank.*]

| | |
|---|---|
| Dated:  May 22, 2016<br>    Wilmington, Delaware | */s/ Jason M. Madron*<br>**RICHARDS, LAYTON & FINGER, P.A.** |

Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
    defranceschi@rlf.com
    madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    edward.sassower@kirkland.com
    stephen.hessler@kirkland.com
    brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    james.sprayregen@kirkland.com
    marc.kieselstein@kirkland.com
    chad.husnick@kirkland.com
    steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession