# SIGN-IN SHEET

**CASE NAME:** EFH
**CASE NO:** 14-10979

**COURTROOM LOCATION:** 6
**DATE:** 5/23/2016 at 10:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Andrew Dietderich | Sullivan & Cromwell | EFH Committee |
| Andrew Glenn | Kasowitz Benson | Contrarian Capital Management |
| BRIAN GLUECKSTEIN | Sullivan & Cromwell | EFH Committee |
| Andrew Dean | RL&F | EFH |
| Daniel J. DeFranceschi | " | EFH |
| Jason M. Madron | " | EFH |
| Philip Anker | WilmerCutler Pickering Hale and Dorr | Delaware Trust (EFIH 1st Lien Trustee) |
| Steve Schwartz | Shearman & Sterling | Deutsche Bank New York |
| R. Stephen McNeill | Potter Anderson & Corroon | " |
| Mark Thomas/Peter Young | Proskauer | EFH Disinterested Directors |
| Natalie Ramsey | Montgomery McCracken | EFH Committee |
| David Primack | Drinker Biddle | EFH Disinterested Directors |
| Stephen Miller | McElroy Deutsch Mulvaney Carpenter | TCEH Debtors, DD |
| Don Lowenthal | Morris James | Law Debenture of NY 2L Trustee |
| Norman Pernick | Patterson Belknap | " |
| Adam Landis | Cole Schotz | DTC, EFIH 1st Lien Trustee |
| Howard Seife | Landis Rath & Cobb | Nextera |
| Christopher Simon | Chadbourne & Parke | " |
| | Cross & Simon | American Stock Transfer & Trust |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# SIGN-IN SHEET

**CASE NAME:** EFH  
**CASE NO:** 14-10979  
**COURTROOM LOCATION:** 6  
**DATE:** 5/23/2016 at 10:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Joel Waite | Young Conaway Stargatt & Taylor LLP | TCEH First Lien Ad Hoc Comm. |
| Ryan Bartley | " " | " " |
| Alan Kornberg | Paul Weiss Rifkind Wharton & Garrison LLP | " " |
| Jacob Adlerstein | " " | " " |
| Kevin O'Neil | " " | " " |
| Joshua Brody | Kramer Levin Naftalis + Frankel | EFIH Second Lien Indenture Trustee |
| Colin R. Robinson | Pachulski Stang Ziehl & Jones | EFIH Second Lien Indenture Trustee |
| Garvan McDaniel | Hogan McDaniel | Contrarian Capital Management |
| Heiman A. Coley | Drinker Biddle | Citibank DIP Agent |
| Laurel K. Myers | Hogan McDaniel | Frankl & Kathy |
| Jeffrey S. Sabin | Venable LLP | PIMCO |
| Jamie Edmonson | Venable LLP | |
| Michael DeBaecke | Blank Rome | Wilmington Trust as first lien Administrative Agent and Collateral Agent |
| Arlene Alves | Seward Kissel | " " |
| Kurt F. Gwynne | Reed Smith LLP | BNYM/BNYM as indenture trustee |
| Chris Shore | White + Case | TCEH Noteholders Group |
| Jeffrey Schlerf | Fox Rothschild | " " |
| Richard DeBont | Nixon Peabody | AST as Indenture Trustee |
| Morgan Nighan | | |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

PCRBs  
EFCH  
2037 Note

# SIGN-IN SHEET

**CASE NAME:** EFH
**CASE NO:** 14-10979
**COURTROOM LOCATION:** 6
**DATE:** 5/23/2016 at 10:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Mark Kesselman | Kirkland & Ellis | Debtors |
| Chad Husnick | " | " |
| Mark McKane | " | " |
| Richard L. Schepacarter | US DOJ - OUST | U.S. Trustee |
| [illegible] | Richards Layton | " |
| Harold Kaplan | Foley & Lardner | UMB Bank, NA |
| Scott Alberino | Akin Gump | " |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# Court Conference

**Calendar Date:** 05/23/2016
**Calendar Time:** 10:00 AM ET

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Christopher S. Sontchi
### #6

Amended Calendar 05/23/2016 06:52 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10978 | Hearing | 7625841 | Ephraim Diamond | (646) 282-5841 | DK Partners | Interested Party, DK Partners / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7626278 | Alysa Ain | (212) 859-8076 | Fried, Frank, Harris, Shriver & Jacobson LLP | Unknown - Update, Fidelity Management & Research / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7627153 | Joshua H. Apfel | (212) 408-1118 | Chadbourne & Parke LLP | Interested Party, NextEra Energy / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7593432 | Ashley F. Bartram | (512) 475-4937 | State of Texas - Office of the Attorney General -Bankruptcy & Collections Div.Only | Interested Party, Public Utility Commission of Texas / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7627404 | Ward Benson | (202) 514-9642 | U.S. Department of Justice | Creditor, United States of America / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7624650 | Peg A. Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Dow Jones & Co. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7623306 | Philip E. Brown | (212) 649-9596 | PSAM, LP | Creditor, PSAM, LP / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7623192 | Stephen Burnazian | (212) 878-3526 | Avenue Capital Group | Interested Party, AHCEFIH / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7627178 | Emily A Bussigel | (213) 683-9212 ext. 2428 | Munger, Tolles & Olson LLP | Interested Party, Munger, Tolles & Olson LLP/Energy Future Holdings Corp. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7618407 | Michael Carter | (214) 953-6500 | Baker Botts LLP | Interested Party, Hunt Utility Services / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7615057 | Mark A. Cody | (312) 269-4392 | Jones Day | Creditor, Oncor Electric Delivery Holdings Company, LLC / LISTEN ONLY |

| Case | Type | CourtCall ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | Hearing | 7627382 | Alexander DeFelice | (212) 651-9507 | MatlinPatterson Global Opportunities Fund | Creditor, Energy Future Holdings / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 Hearing | 7617144 | Stacey Dore | (212) 446-6411 | Energy Future Holdings Corp. | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 Hearing | 7627263 | David Dunn | (203) 529-1765 | Cross Sound Managment, LLC | Interested Party, Cross Sound Managment, / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 Hearing | 7621890 | Catherine Eisenhut | (941) 306-7283 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Ad Hoc Committee of Unsecured Note Holders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 Hearing | 7619091 | Benjamin D. Feder | (212) 808-7925 | Kelley Drye & Warren LLP | Creditor, CSC Inventure / LIVE |
| Energy Future Holdings Corp. | 14-10979 Hearing | 7623277 | Bradley Feingerts | (302) 651-7886 | GSO Capital Partners | Interested Party, GSO Capital Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 Hearing | 7623172 | Jeffrey R. Fine | (214) 462-6455 | Dykema Gossett PLLC | Interested Party, Tex-la Electric / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 Hearing | 7622905 | Mark A. Fink | (302) 504-7811 | Montgomery, McCracken, Walker & Rhoads, LLP | Creditor, Official committe of unsecured creditors / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 Hearing | 7616408 | Michael Firestein | (310) 284-5661 | Proskauer Rose LLP | Debtor, Energy Future Holdings Corp / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 Hearing | 7621990 | Mark Flannagan | (212) 808-7925 | UMB Bank | Creditor, UMB Bank N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 Hearing | 7622292 | Patrick Fleury - Client | (302) 571-6727 | GSO Capital Partners | Interested Party, GSO Capital Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 Hearing | 7623013 | Julia Frost-Davies | (617) 951-8422 | Morgan Lewis & Bockius LLP | Interested Party, Pacific Investment Management Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 Hearing | 7619904 | Philip A. Gelston | (212) 474-1508 | Cravath Swaine & Moore LLP | Specially Appearing For, Energy Future Intermediate Holding Company LLC / LIVE |
| Energy Future Holdings Corp. | 14-10979 Hearing | 7619094 | Richard Gittin - Client | (608) 284-2654 | Godfrey & Kahn, S. C. | Client, Richard Gittin / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 Hearing | 7627377 | Seth Goldman | (213) 683-9554 | Munger, Tolles & Olson LLP | Interested Party, Munger, Tolles & Olson LLP/Energy Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 Hearing | 7624664 | Erica Goodstein | (718) 921-8180 | American Stock Transfer Trust,Company, LLC | Creditor, American Stock Transfer / LISTEN ONLY |

| Representing | Case | Proceeding | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7586513 | Xiaoyu Gu | (952) 224-4078 | CarVal Investors | Creditor, CarVal Investors / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7586442 | Jennifer Guerard | (416) 361-3385 | Borealis Infrastructure | Interested Party, Borealis Infrastructure / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7624692 | Brian Guiney | (212) 336-2305 | Patterson Belknap Webb & Tyler | Interested Party, Law Debenture Trust Company of New York / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7623558 | Christopher Hahm | (212) 530-5198 | Milbank, Tweed, Hadley & McCloy, LLP | Creditor, Citibank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7627391 | Thomas Hals | (610) 544-2712 | Thomson & Reuters | Interested Party, Thomson & Reuters / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7623346 | Beau Harbour | (212) 588-6132 | Mudrick Capital Management, LP | Interested Party, Interested Party / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7614916 | Warren Haskel | (212) 446-4800 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7621987 | Mark F. Hebbeln | (312) 832-4394 | Foley & Lardner, LLP | Trustee, UMB Bank N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7622931 | Mark Hickson - Client | (212) 408-5405 | Chadbourne & Parke LLP | Interested Party, NexTera Energy / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7619930 | Joseph H. Huston, Jr. | (302) 425-3310 | Stevens & Lee, P.C. | Debtor, Energy Future Intermediate Holding Company, LLC / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7617159 | Natasha Hwangpo | (212) 909-3198 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7625620 | Veronica Ip | (212) 558-4829 | Sullivan & Cromwell LLP | Creditor, AFH Committee / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7616320 | Jeffrey L. Jonas | 617-856-8577 | Brown Rudnick LLP | Interested Party, Wilmington Savings Fund Society, FSB / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7627270 | Anna Kalenchits | (212) 723-1808 | Citi Group Global Markets | Interested Party, Citi Group Global Markets / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7623249 | Matthew Kimble | (212) 878-3504 | Avenue Capital Group | Interested Party, AHCEFIH / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7593532 | Stuart Kovensky | (201) 541-2121 | Onex Credit Partners | Interested Party, Stuart Kovensky / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7623026 | Amy Kyle | 617-951-8288 | Morgan Lewis & Bockius LLP | Interested Party, Pacific Investment Management Company / LISTEN ONLY |

| Case | Case # | Proceeding | CourtCall ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7619911 | Vincent Lazar | (312) 923-2989 | Jenner & Block LLP | Debtor, Energy Future Intermediate Holding Company LLC / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7619922 | Richard Levin | (212) 891-1600 ext. 1601 | Jenner & Block LLP | Debtor, Independent Council for Energy Future Intermediate / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7616347 | Michael Lee | (212) 317-3374 | Carl Marks Strategic | Interested Party, Carl Marks Strategic / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7620127 | Kevin M. Lippman | (214) 855-7553 | Munsch Hardt Kopf & Harr, P.C. | Creditor, ERCOT / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7626253 | Catherine LoTempio | (212) 574-1632 | Seward & Kissel LLP | Creditor, Wilmington Trust N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7627329 | Robert K. Malone | (973) 549-7080 | Drinker Biddle & Reath LLP | Debtor, Citibank N.A. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7626067 | Chiansan Ma | (212) 558-3036 | Sullivan & Cromwell LLP | Creditor, Unsecured Creditors Committee / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7616318 | Jonathan D. Marshall | (617) 856-8326 | Brown Rudnick LLP | Interested Party, Wilmington Savings Funds Society / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7624833 | Chris McBay - Client | (214) 953-6487 | Baker Botts LLP | Interested Party, Hunt Utility Services / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7626185 | Joel Millar | (202) 663-6167 | Wilmer Cutler Pickering Hale & Dorr, LLP | Creditor, Delaware Trust Co. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7627310 | Brett H. Miller | (212) 468-8051 | Morrison & Foerster LLP | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7627330 | Brian P. Morgan | (212) 248-3272 | Drinker Biddle & Reath LLP | Interested Party, Citibank, N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7593423 | Hal F. Morris | (512) 475-4550 | State of Texas - Office of the Attorney General -Bankruptcy & Collections Div.Only | Interested Party, Public Utility Commission of Texas / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7622777 | Tina Moss | (212) 262-6910 | Perkins Coie LLP | Trustee, Delaware Trust Company / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7621892 | Joanna S. Newdeck | (202) 887-4288 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Ad Hoc Committee of Unsecure Note Holders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7627373 | Rachel R. Obaldo | (512) 475-4932 | State of Texas - Office of the Attorney General -Bankruptcy & Collections Div.Only | Creditor, Texas Controller of Public Accounts / LIVE |

| Matter # | Case Name | Case # | Proceeding | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|---|
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7616410 | Kevin O'Neill | (212) 373-3000 | Paul Weiss Rifkind Wharton & Garrison | Creditor, Steering Committee of TCEH Lenders / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7625217 | Meredith Pfister | (212) 412-1368 | Barclays Bank PLC | Interested Party, Barclays Bank PLC / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7625460 | Jon Pruchansky | (212) 584-5945 | Arrowgrass Capital Partners U.S. LP | Interested Party, Jon Pruchansky / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7619032 | Elizabeth Rasskazova | +44-207-901-8300 | Polygon Global Partners | Interested Party, Polygon Global Partners / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7621885 | Jeff Rosenbaum | (212) 300-1309 | York Capital Management, (U.S. Advisors) LP | Creditor, York Capital Management / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7624656 | Erik Schneider | (617) 345-1112 | Nixon Peabody LLP | Creditor, American Stock Transfer / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7620846 | Ned S. Schodek | (212) 848-7052 | Shearman & Sterling LLP | Creditor, Deutsche Bank / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7586488 | Noah M Schottenstein | (214) 953-6500 | Baker Botts LLP | Interested Party, Hunt Utility Services / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7627367 | Charles Sieving | (561) 691-7575 | NextEra Energy Resources | Creditor, NextEra Energy Resources / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7627368 | Nate Streicher | (212) 668-5094 | Am Trust Group | Interested Party, Am Trust Group / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7622036 | Marsha Sukach | (212) 715-9551 | Kramer Levin Naftalis & Frankel LLP | Creditor, Second Lein Note Holders / LIVE |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7625502 | Mark Taub | (917) 597-8954 | Mohawk Capital, LLC | Interested Party, Mohawk Capital, LLC / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7601697 | Andrew M. Thau | (212) 915-1232 | Cantor Fitzgerald | Interested Party, Cantor Fitzgerald / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7619085 | Angelo Thalassinos | (212) 588-8890 | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7619958 | Amer Tiwana | (646) 616-3052 | Cowen and Company | Interested Party, Cowen and Company / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7623533 | Carl Tullson | (312) 407-0379 | Skadden Arps Slate Meagher & Flom (Chicago) | Interested Party, Texas Transmission Investment LLC / LIVE |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7616411 | Michael Turkel | (212) 373-3689 | Paul Weiss Rifkind Wharton & Garrison | Interested Party, Steering Committee / LISTEN ONLY |

| | | | | | |
|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7586437 | Matthew Underwood | 212-588-5148 | HBK Capital | Interested Party, HBK Capital / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7624705 | Tamara Van Heel | (305) 995-5232 | White and Case | Creditor, AD HOC Committee TCEH Unsecured Noteholders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7619057 | Brady C. Williamson | (608) 284-2642 | Godfrey & Kahn, S. C. | Interested Party, Godfrey & Kahn, S.C. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7627290 | Julia M. Winters | (212) 617-6592 | Bloomberg LP | Interested Party, Bloomberg LP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7617153 | Aparna Yenamandra | (212) 446-4800 | Kirkland & Ellis LLP | Debtor, Energy Future Holding Corporation / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7623311 | Joseph Zalewski | (212) 906-1189 | Third Avenue Management | Interested Party, Third Ave Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7623574 | Steven Zucchet | (416) 361-5675 | Borealis Infrastructure | Interested Party, Borealis Infrastructure / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (15-5123 9) | Hearing | 7625975 | Jeremy Hollembeak | (212) 530-5189 | Kobre & Kim LLP | Interested Party, Delaware Trust Company / LISTEN ONLY |