**ORIGINAL**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] ) | ) Case No. 14-10979 (CSS) |
| Debtors. ) | ) (Jointly Administered) |
| ) | ) Re: D.I. 8150, 8244, 8261 |

ORDER (A) SETTING A
SUPPLEMENTAL BAR DATE FOR NINETY
SUBSEQUENTLY IDENTIFIED PARTIES, (B) APPROVING
NOTICE THEREOF, AND (C) ESTABLISHING RELATED PROCEDURES

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), for entry of an order (this "Order") (a) authorizing the Debtors to establish a Supplemental Bar Date for the ninety Subsequently Identified Parties only, (b) approving the form of notice thereof, and (c) establishing procedures that allow the Debtors to establish further supplemental deadlines for filing proofs of claim against them as necessary without having to seek further relief from the Court, all as more fully set forth in the Motion; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core case pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this case and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest;

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

and the Court having found that the Debtors provided appropriate notice of the Motion and the opportunity for a hearing on the Motion under the circumstances; and the Court having reviewed the Motion and having heard the statements in support of and against the relief requested therein at a hearing before the Court (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The Debtors are authorized to establish the Supplemental Bar Date for the Subsequently Identified Parties.

3. The Supplemental Bar Date shall be the date to be designated by the Debtors in a Notice of Designation of Supplemental Bar Date to be filed with the Court, which date shall be no earlier than 5:00 p.m. (prevailing Eastern Time) on the first business day that is at least thirty (30) days after the date the Debtors serve, by first class mail, the Supplemental Notice.

4. The Supplemental Notice shall be accompanied by the Proof of Claim Form, substantially in the form attached hereto as **Exhibit 1**, similar to the proof of claim form attached as Exhibit 1 to the General Bar Date Order but modified to reflect the applicable Supplemental Bar Date. The Supplemental Notice shall be substantially in the form of the Bar Date Notice attached as Exhibit 2 to the General Bar Date Order but modified to reflect the Supplemental Bar Date and to make clear that the Supplemental Bar Date applies to the Subsequently Identified Parties only, substantially in the form attached hereto as **Exhibit 2**. The rules for who must (and who need not) file the Proof of Claim Form and the requirements for timely filing the Proof

of Claim Form shall be the same as for the General Bar Date, as provided in the General Bar Date Order.

5. Each Notice of Designation of Supplemental Bar Date shall include a list that specifically identifies the Subsequently Identified Parties that are subject to the Supplemental Bar Date and a copy of the Supplemental Notice applicable to the Supplemental Bar Date. In addition to filing the Notice of Designation of Supplemental Bar Date with the Court, the Debtors shall serve the Notice of Designation of Supplemental Bar Date on the United States Trustee.

6. A certificate of service evidencing the mailing of the Supplemental Notice and Proof of Claim Form shall be filed with the Court no later than three (3) business days after the mailing.

7. Any Subsequently Identified Person who fails to file a Proof of Claim on or before the applicable Supplemental Bar Date (a) shall be forever barred, estopped, and enjoined from asserting such claim against each of the Debtors and their respective estates, and each of the Debtors and their respective chapter 11 estates, successors, and property shall be forever discharged from any and all indebtedness or liability with respect to such claim and (b) shall be precluded from participating in any distribution on account of such claim.

8. This Order shall be deemed supplementary to the General Bar Date Order. All provisions of the General Bar Date Order remain in full force and effect. The General Bar Date remains effective and fully enforceable.

9. Nothing herein shall prejudice the rights of the Debtors to seek additional or further relief from the Court with respect to the General Bar Date Order.

10. To the extent the Debtors discover additional parties for whom a supplemental bar date is appropriate, the Debtors are authorized, without having to seek further leave of the Court, to set a supplemental bar date that is thirty (30) days from service, via first-class mail, of notice to such parties with a bar date package in substantially the form and substance as provided herein. Should the Debtors exercise this authority, the Debtors must file a notice of such supplemental bar date and related certificate of service on the docket.

11. Notice of the Motion as provided therein shall be deemed good and sufficient and the requirements of the Local Bankruptcy Rules are satisfied by such notice.

12. Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

13. All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

14. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

15. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Wilmington, Delaware
Dated: May 23, 2016

THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE