## EXHIBIT A

## Hours Expended by SOLIC Professionals

| NAME | TITLE | HOURS 04/01 – 04/30/2016 |
|---|---|---|
| Neil Luria | Sr. Managing Director | 51.5 |
| Greg Hagood | Sr. Managing Director | 1.0 |
| Raoul Nowitz | Managing Director | 154.5 |
| Paul Hogan | Director | 3.0 |
| Matthew Cumbee | Sr. Associate | 103.5 |
| Joseph Kiessig | Sr. Analyst | 10.0 |
| TOTALS | | 323.5 |