**EXHIBIT** B

**Hours Expended by Subject Matter**

**GENERAL**

|  | April 2016 |
|---|---|
| Plan Development and Testimony Review & Analysis | 117.0 |
| Tax Reviews | 53.0 |
| Meeting with Counsel & with other Constituents | 25.0 |
| Dataroom and Diligence Materials Review | 26.5 |
| EFH Board Meeting Attendance | 4.0 |
| Travel Time | 16.0 |
| Meetings with Disinterested Directors | 7.0 |
| Presentation Development | 71.0 |
| Fee Applications/Retention Applications | 4.0 |
| TOTAL HOURS | 323.5 |

**GENERAL DESCRIPTION OF WORK CODES:**

- Plan Development and Testimony Review and Analysis:  Review restructuring proposals, as well as meetings with constituents regarding plan formulation, review of plan proposals and term sheets and analysis of proposed settlements of Conflict Matters.  This category also includes working alongside counsel regarding the Plan of Reorganization including the financial analysis and modeling of illustrative financial scenarios, and discussion related to same.

- Tax Reviews: Financial analysis on relevant tax matters including NOL financial analyses as requested by counsel to EFH related to Conflict Matters.

- Meeting with Counsel & Other Constituents:  Meetings with counsel to EFH, as well as meetings (telephonic and in-person) with professionals of other affiliates and constituents pertaining to Conflict Matters.

- Dataroom and Diligence Materials Review:  Download, analyze and review materials posted to the debtors' dataroom, and follow-up with the Debtors' professionals pertaining to (i) items posted to the dataroom and (ii) follow-up information being sought in the dataroom.

- EFH Board Meeting Attendance:  Attend in-person and/or telephonically weekly EFH board meetings and engage in pre-meeting preparation and post-meeting follow-up, including work plan development.

- Travel Time:  Traveling to/from in-person meetings.

- <u>Meeting with Disinterested Directors</u>:  Telephonic and in-person meetings with disinterested directors of EFH on Conflict Matters and potential Conflict Matters.  Review board materials and transcripts for discussion with the disinterested directors of EFH and respond to Conflict Matter-related requests and questions.  Includes pre-meeting preparation and post-meeting follow-up.

- <u>Presentation Development</u>:  Develop specific presentations for discussion with the disinterested directors of EFH pertaining Conflict Matters and potential Conflict Matters.

- <u>Fee Applications/Retention Applications</u>:  Prepare monthly fee statements and interim fee applications; review and respond to inquiries by parties in interest, including the Fee Committee.