## EXHIBIT C

**Expenses by Category**

|  | April 2016 |
|---|---|
| Airfare | $2,591.38 |
| Ground Transportation | $492.27 |
| Hotel & Lodging | $1,426.93 |
| Meals | $78.96 |
| Mileage | $44.82 |
| TOTALS | $4,634.36 |