**EXHIBIT D**

**Expenses Detail**

# Energy Future Holdings Corp – April 2016

| Date | Person | Expense Code | Fee |
|---|---|---|---|
| 4/13/2016 | Hagood, Gregory | AIR - Airfare | $ 259.98 |
| | | One-way, economy class ATL - LGA for Evercore Meeting | |
| 4/12/2016 | Luria, Neil | AIR - Airfare | $ 436.10 |
| | | One-way, economy class from ORD to LGA for meetings with Everccore. | |
| 4/14/2016 | Luria, Neil | AIR - Airfare | $ 609.10 |
| | | One-way, economy class from EWR to MCO following Evercore meetings in NY. | |
| 4/13/2016 | Nowitz, Raoul | AIR - Airfare | $ 718.10 |
| | | One-way, economy class from ATL to LGA for Evercore meetings | |
| 4/14/2016 | Nowitz, Raoul | AIR - Airfare | $ 568.10 |
| | | One-way, economy class from LGA to ATL for return flight. | |
| | | **Total Airfare:** | **$ 2,591.38** |
| 4/13/2016 | Hagood, Gregory | GRTRAN - Ground Transportation | $ 16.00 |
| | | Hartsfield Jax Atl Int'l Airport parking | |
| 4/13/2016 | Hagood, Gregory | GRTRAN - Ground Transportation | $ 11.44 |
| | | Taxi to Evercore meeting | |
| 4/13/2016 | Hagood, Gregory | GRTRAN - Ground Transportation | $ 41.21 |
| | | Taxi from airport to meeting | |
| 4/13/2016 | Hagood, Gregory | GRTRAN - Ground Transportation | $ 43.54 |
| | | From Evercore meeting to airport | |
| 4/12/2016 | Luria, Neil | GRTRAN - Ground Transportation | $ 68.15 |
| | | Car to midtown from LGA | |
| 4/14/2016 | Luria, Neil | GRTRAN - Ground Transportation | $ 100.00 |
| | | Car to EWR | |
| 4/13/2016 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 14.30 |
| | | Taxi from dinner to hotel | |
| 4/13/2016 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 24.10 |
| | | Taxi to dinner | |
| 4/13/2016 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 53.74 |
| | | Taxi to hotel from airport | |
| 4/13/2016 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 51.79 |
| | | Taxi to airport | |
| 4/14/2016 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 68.00 |
| | | Hartsfield Jax Atl Int'l Airport parking | |
| | | **Total Ground Transportation:** | **$ 492.27** |
| 4/12/2016 | Luria, Neil | HOTEL - Hotel and Lodging | $ 500.00 |
| | | Room rate and taxes - 1 night in NY | |
| 4/13/2016 | Luria, Neil | HOTEL - Hotel and Lodging | $ 500.00 |
| | | Room rate and taxes - 1 night in NY | |
| 4/14/2016 | Nowitz, Raoul | HOTEL - Hotel and Lodging | $ 426.93 |
| | | Room rate and taxes - 1 night in NY | |
| | | **Total Hotel and Lodging:** | **$ 1,426.93** |
| 4/12/2016 | Luria, Neil | MEALS - Out of Town Meals | $ 40.00 |
| | | Attendee:  Neil Luria | |
| 4/13/2016 | Luria, Neil | MEALS - Out of Town Meals | $ 10.50 |

**Energy Future Holdings Corp – April 2016**

| Date | Person | Expense Code | | Fee |
|---|---|---|---|---|
| | | Attendee: Neil Luria | | |
| 4/13/2016 | Nowitz, Raoul | MEALS - Out of Town Meals | | $ 15.78 |
| | | Attendee: Raoul Nowitz | | |
| 4/14/2016 | Nowitz, Raoul | MEALS - Out of Town Meals | | $ 12.68 |
| | | Attendee: Raoul Nowitz | | |
| | | | Total Out of Town Meals: | **$ 78.96** |
| 4/13/2016 | Hagood, Gregory | MILES - USA - Mileage | | $ 11.34 |
| | | from home to airport | | |
| 4/13/2016 | Nowitz, Raoul | MILES - USA - Mileage | | $ 16.74 |
| | | from home to airport | | |
| 4/14/2016 | Nowitz, Raoul | MILES - USA - Mileage | | $ 16.74 |
| | | from airport to home | | |
| | | | Total USA - Mileage: | **$ 44.82** |
| | | | | **$ 4,634.36** |