# **EXHIBIT A**

**Statement of Fees and Expenses by Subject Matter**

## COMPENSATION BY PROJECT CATEGORY
## APRIL 1, 2016 THROUGH APRIL 30, 2016

| Matter Number | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| Applicable to All Debtors[1] | | | |
| 12 | Tax Analysis | N/A | N/A |
| 25 | Public Policy Advice | N/A | N/A |
| 30 | Employment and Fee Applications | 14.8 | $6,306.50 |
| 46 | Budget-Related Work | 0.9 | $607.50 |
| Total for All-Debtor Matters | | 15.7 | $6,914.00 |
| Applicable to TCEH Debtors | | | |
| 4 | Litigation: Disputes and Potential Litigation with Aurelius | N/A | N/A |
| 8 | Litigation: FPL v. TXU (Texas Supreme Court) | N/A | N/A |
| 13 | Litigation: FOIA Disputes and EPA Matters | N/A | N/A |
| 16 | Litigation: Sierra Club – Eastern District of Texas | N/A | N/A |
| 17 | Litigation: Sierra Club – Western District of Texas | N/A | N/A |
| 18 | Litigation: NSR Case | 17.1 | $14,005.00 |
| 22 | Litigation: 2004 FPL Lawsuit | N/A | N/A |
| 23 | Litigation: 2011 FPL Lawsuit | N/A | N/A |
| 24 | Litigation: FPL Offer Curves Dispute | 4.9 | $4,299.50 |
| 41 | SEC Matters | N/A | N/A |
| 43 | Corporate Matters | 9.9 | $8,071.00 |
| 48 | TCEH Going Public Transactions | 55.9 | $43,400.00 |
| 49 | TCEH Notes Offering | N/A | N/A |
| 50 | Project Longhorn | 41.1 | $24,629.50 |
| 52 | Project Titan | 12.2 | $9,260.00 |
| Total for TCEH Matters | | 141.1 | $103,665.00 |
| Applicable to EFIH Debtors | | | |
| 27 | First Lien DIP Exchange Offer | N/A | N/A |
| 28 | Second Lien DIP Tender Offer | N/A | N/A |
| 29 | Second Lien DIP Notes Offering | N/A | N/A |

---

[1] Matter categories applicable to all Debtors are allocated to each Debtor in the same proportion as the amount incurred by each Debtor to its direct benefit on a monthly basis. In this Monthly Fee Statement, 96.1% of the fees ($6,643.09) shall be allocated to the TCEH estate, 0.0% of the fees ($0.00) shall be allocated to the EFIH estate, and 3.9% of the fees ($270.91) shall be allocated to the EFH estate.

| 34 | SEC Matters | N/A | N/A |
|---|---|---|---|
| 35 | Corporate Matters | N/A | N/A |
| Total for EFIH Matters | | N/A | N/A |
| Applicable to EFH Debtors | | | |
| 31 | SEC Matters | 5.7 | $4,227.50 |
| 32 | Corporate Matters | N/A | N/A |
| Total for EFH Matters | | 5.7 | $4,227.50 |
| **Total** | | **162.5** | **$114,806.50** |

2

**EXPENSE SUMMARY**
**APRIL 1, 2016 THROUGH APRIL 30, 2016**

| Expenses Category | Total Expenses |
|---|---:|
| Filing Fees | $1,913.10 |
| **Total:** | **$1,913.10** |

3