## EXHIBIT B

**Attorneys and Paraprofessionals' Information**

The Gibson Dunn professionals and paraprofessionals who rendered professional services

in these cases during the Fee Period are:

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| William B. Dawson | Partner. Joined firm as a Partner in 2011. Member of TX Bar since 1975. | $1,030.00 | 3.5 | $3,605.00 |
| Andrew L. Fabens | Partner. Became a Partner in 2009. Member of NY Bar since 2001. | $1,100.00 | 6.3 | $6,930.00 |
| Joseph Kattan | Partner. Became a Partner in 1997. Member of DC Bar since 1980. | $1,030.00 | 3.5 | $3,605.00 |
| Robert B. Little | Partner. Joined firm as a Partner in 2011. Member of TX Bar since 1998. | $875.00 | 29.7 | $25,987.50 |
| Michael L. Raiff | Partner. Joined firm as a Partner in 2011. Member of TX Bar since 1992. | $930.00 | 10.5 | $9,765.00 |
| Lori I. Zyskowski | Partner. Joined firm as a Partner in 2015. Member of CT Bar since 1996, and NY Bar since 1998. | $975.00 | 0.7 | $682.50 |
| Ashley E. Johnson | Of Counsel. Became an Of Counsel in 2014. Member of NC Bar since 2007, and TX Bar since 2009. | $715.00 | 1.0 | $715.00 |
| Eric M. Scarazzo | Of Counsel. Joined firm as an associate in 2005. Member of NY Bar since 2006. | $855.00 | 8.7 | $7,438.50 |
| Matthew G. Bouslog | Associate.  Joined firm as an associate in 2012. Member of CA Bar since 2011. | $675.00 | 1.8 | $1,215.00 |

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Caitlin Calloway | Associate. Joined firm as an Associate in 2012. Member of TX Bar since 2012. | $560.00 | 2.1 | $1,176.00 |
| Michael Q. Cannon | Associate. Joined firm as an Associate in 2014. Member of TX Bar since 2012. | $650.00 | 0.2 | $130.00 |
| Russell H. Falconer | Associate. Joined firm as an Associate in 2011. Member of TX Bar since 2009. | $650.00 | 5.3 | $3,445.00 |
| Timothy P. Fisher | Associate. Joined firm as an associate in 2013. Member of TX Bar since 2013. | $535.00 | 41.6 | $22,256.00 |
| Robert Nichols | Associate. Joined firm as an Associate in 2015. Member of CA Bar since 2012, and DC Bar since 2014. | $650.00 | 8.7 | $5,655.00 |
| William T. Thompson | Associate. Joined firm as an associate in 2014. Member of TX Bar since 2013. | $505.00 | 0.1 | $50.50 |
| Elizabeth M. Viney | Associate. Joined firm as an Associate in 2012. Member of TX Bar since 2011, and LA Bar since 2011. | $565.00 | 0.6 | $339.00 |
| Jonathan M. Whalen | Associate. Joined firm as an Associate in 2009. Member of TX Bar since 2009. | $675.00 | 23.3 | $15,727.50 |
| Duke K. Amponsah | Paralegal. Joined firm as a Paralegal in 2012. | $410.00 | 13.9 | $5,699.00 |
| Gaya K. Holman | Paralegal. Joined firm as a Paralegal in 2013. | $385.00 | 1.0 | $385.00 |

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **TOTAL** | | | **162.5** | **$114,806.50** |
| **Blended Rate** | | **$706.50** | | |

3