## **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

## EXPENSE SUMMARY
## APRIL 1, 2016 THROUGH APRIL 30, 2016

### Applicable to TCEH Debtors

| Expenses Category | Total Expenses |
|---|---:|
| Document Retrieval Service | $137.20 |
| Filing Fees | $1,775.00 |
| In House Duplication | $0.90 |
| **Total:** | **$1,913.10** |

**TOTAL EXPENSES:**               **$1,913.10**