# **EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

| Invoice Number | Matter Name | Date | Name Of Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 2016051491 | TCEH | 2016416 | Fisher, Timothy P. | Filing Fees | 0 | 0 | $1,350.00 | Filing merger with Secretary of State of Delaware. LA Frontera Generation LLC. |
| 2016051491 | TCEH | 2016401 | Fisher, Timothy P. | Filing Fees | 0 | 0 | $425.00 | Filing Merger With Secretary Of State Of Delaware. LA Frontera Generation, LLC et al With And Into LA Frontera Holdings LLC |
| 2016051491 | TCEH | 2016408 | Falconer, Russell H. | In House Duplication | $0.10 | 9 | $0.90 | In House Duplication Charge via Equitrac |
| 2016051491 | TCEH | 2016421 | Jones, Debra L. | Document Retrieval Search | 0 | 0 | $134.20 | PACER 03/01/16 03/04/16 03/07/16 03/09/16 03/17/16 03/23/16 - 03/25/16 03/28/16 03/29/16 Court Research |
| 2016051491 | TCEH | 2016421 | Jones, Debra L. | Document Retrieval Search | 0 | 0 | $3.00 | PACER 03/22/16 Court Research |

RLF1 14565724v.1