# EXHIBIT A

## Statement of Fees By Subject Matter

| Matter Number | Matter Description | Total Billed Hours [1] | Total Fees Requested |
|---|---|---|---|
| 1 | Long-Range Forecast | 175.30 | $95,120.50 |
| 2 | Metric Analysis | 0.00 | $0.00 |
| 3 | Generation Analysis | 244.05 | $131,493.00 |
| 4 | Retail Analysis | 28.00 | $17,312.50 |
| 5 | Commodity Analysis | 81.00 | $40,625.00 |
| 6 | Competitor Analysis | 57.00 | $30,077.50 |
| 7 | EBITDA Projection | 43.75 | $24,300.00 |
| 8 | Environmental Analysis | 67.00 | $34,940.00 |
| 9 | Short-Range Forecast | 12.50 | $9,375.00 |
| 10 | Capital Projects | 7.00 | $4,252.50 |
| 11 | Wholesale Operations | 40.80 | $24,930.00 |
| 12 | Retail Operations | 34.00 | $22,970.00 |
| 13 | T&D Operations | 5.50 | $3,555.00 |
| 14 | Data Collection and Diligence | 21.20 | $11,147.00 |
| 15 | Reports | 18.00 | $8,395.00 |
| 16 | Hearings | 0.00 | $0.00 |
| 17 | On-Site Diligence | 54.50 | $32,892.50 |
| 18 | Project Management | 4.00 | $2,880.00 |
| 19 | Project Administration | 0.00 | $0.00 |
| 20 | T&D Forecast | 10.50 | $7,830.00 |
| 21 | Fee Objection Discussion and Litigation | 0.00 | $0.00 |
| 22 | Fee Application | 5.70 | $2,166.00 |
| | *Continued on next page* | | |

---

[1.] Non-working travel time has been billed at 50% of actual time incurred.

## EXHIBIT A (cont'd)

## Statement of Fees By Subject Matter

| Matter Number | Matter Description | Total Billed Hours [1] | Total Fees Requested |
|---|---|---|---|
| 23 | Business Services Analysis | 0.00 | $0.00 |
| 24 | Retail Margins | 0.00 | $0.00 |
| 25 | T&D Market Research | 0.00 | $0.00 |
| 26 | Wholesale Market Research | 8.00 | $3,792.50 |
| 27 | Retail Market Research | 0.00 | $0.00 |
| 28 | Performance Analysis | 1.50 | $690.00 |
| 29 | Sales, General & Administrative Analysis | 5.50 | $3,172.50 |
| 30 | Portfolio Analysis | 59.50 | $32,362.50 |
| 31 | Oncor Revenue Analysis | 0.50 | $375.00 |
| 32 | Oncor Capital Structure | 0.00 | $0.00 |
| 33 | Regulatory Analysis | 29.50 | $19,027.50 |
| 34 | Claims & Settlement Issues | 0.00 | $0.00 |
| 35 | Property Tax Analysis | 78.00 | $52,955.00 |
| | | | |
| | **Totals:** | **1,092.30** | **$616,636.50** |

---

[1]. Non-working travel time has been billed at 50% of actual time incurred.