**EXHIBIT B**

**Consultants' Information**

The FEP consultants who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Todd W. Filsinger | Senior Managing Director | $750 | 71.80 | $53,850.00 |
| Jean Agras | Managing Director | $720 | 118.00 | $84,960.00 |
| Gary Germeroth | Managing Director | $720 | 149.00 | $107,280.00 |
| Dave Andrus | Director | $645 | 29.50 | $19,027.50 |
| Scott Davis | Director | $545 | 57.00 | $31,065.00 |
| Paul Harmon | Director | $575 | 62.00 | $35,650.00 |
| Tim Wang | Director | $575 | 131.50 | $75,612.50 |
| Kimberly Eckert | Managing Consultant | $495 | 36.50 | $18,067.50 |
| Michael Gadsden | Managing Consultant | $460 | 15.80 | $7,268.00 |
| Jill Kawakami | Managing Consultant | $430 | 110.00 | $47,300.00 |
| Buck Monday | Managing Consultant | $450 | 1.50 | $675.00 |
| Mike Perry | Managing Consultant | $410 | 38.50 | $15,785.00 |
| Nathan Pollak | Managing Consultant | $460 | 49.50 | $22,770.00 |
| Samuel Schreiber | Managing Consultant | $455 | 168.00 | $76,440.00 |
| Laura Hatanaka | Consultant | $390 | 48.00 | $18,720.00 |
| Pamela Morin | Consultant | $380 | 5.70 | $2,166.00 |
| | | **Totals:** | **1,092.30** | **$616,636.50** |