## **EXHIBIT C**

## **Summary of Actual and Necessary Expenses for the Fee Period**

### **ALL - Expense Summary**

| Service Description | Amount |
|---|---:|
| Lodging | $4,969.13 |
| Airfare | $9,291.18 |
| Taxi | $1,130.15 |
| Travel Meals | $992.07 |
| Other Travel Expenses | $781.79 |
| Vehicle Rental Expenses | $255.90 |
| Market Research | $11,046.60 |
|  |  |
| **Total:** | **$28,466.82** |

### **TCEH - Expense Summary**

| Service Description | Amount |
|---|---:|
| Lodging | $4,712.16 |
| Airfare | $8,810.71 |
| Taxi | $1,071.71 |
| Travel Meals | $940.77 |
| Other Travel Expenses | $741.36 |
| Vehicle Rental Expenses | $242.67 |
| Market Data | $10,475.35 |
|  |  |
| **Total:** | **$26,994.73** |

### **EFIH - Expense Summary**

| Service Description | Amount |
|---|---:|
| Lodging | $157.64 |
| Airfare | $294.76 |

| Service Description | Amount |
|---|---:|
| Taxi | $35.85 |
| Travel Meals | $31.47 |
| Other Travel Expenses | $24.80 |
| Vehicle Rental Expenses | $8.12 |
| Market Data | $350.45 |
| | |
| **Total:** | **$903.09** |

**EFH - Expense Summary**

| Service Description | Amount |
|---|---:|
| Lodging | $99.33 |
| Airfare | $185.71 |
| Taxi | $22.59 |
| Travel Meals | $19.83 |
| Other Travel Expenses | $15.63 |
| Vehicle Rental Expenses | $5.11 |
| Market Data | $220.80 |
| | |
| **Total:** | **$569.00** |

RLF1 14565805v.1