EXHIBIT D
FILSINGER ENERGY PARTNERS
24TH FEE STATEMENT

| DATE | NAME OF TIMEKEEPER WHO INCURRED EXPENSE | EXPENSE CATEGORY | UNIT COST | # OF UNITS | TOTAL | EXPENSE DESCRIPTION |
|---|---|---|---|---|---|---|
| 20160401 | Sam Schreiber | Taxi | | | $23.66 | Uber - Dallas - from Hotel |
| 20160401 | Sam Schreiber | Lunch | | | $11.89 | Fast Furious \| Self |
| 20160401 | Sam Schreiber | Dinner | | | $12.20 | Bread Zeppelin \| Self |
| 20160403 | Sam Schreiber | Airfare | | | $312.10 | Airfare from Dallas to New York |
| 20160403 | Sam Schreiber | Taxi | | | $43.01 | Taxi - NYC - from LGA |
| 20160404 | Jean Agras | Airfare | | | $184.96 | Airfare from Denver to Dallas |
| 20160404 | Jean Agras | Taxi | | | $40.00 | Energy Plaza |
| 20160404 | Jean Agras | Taxi | | | $11.64 | Love - Uber |
| 20160404 | Jean Agras | Parking | | | $24.00 | DIA |
| 20160404 | Jean Agras | Personal Vehicle | $0.54 | 90 miles | $48.60 | to DIA (RT) |
| 20160404 | Jean Agras | Breakfast | | | $5.00 | Einstein \| Jean |
| 20160404 | Jean Agras | Lunch | | | $14.14 | Pho \| Jean |
| 20160404 | Jean Agras | Dinner | | | $11.69 | Cool River \| Jean |
| 20160404 | Jean Agras | Other Travel Expenses | | | $9.40 | Toll |
| 20160404 | Paul Harmon | Airfare | | | $349.98 | Airfare from Denver to Dallas |
| 20160404 | Paul Harmon | Taxi | | | $11.85 | Office |
| 20160404 | Paul Harmon | Taxi | | | $21.04 | Airport |
| 20160404 | Paul Harmon | Lunch | | | $12.98 | Onsite Diligence \| P. Harmon |
| 20160404 | Paul Harmon | Airfare | | | $349.98 | Airfare from Dallas to Denver |
| 20160404 | Paul Harmon | Parking | | | $24.00 | DIA |
| 20160404 | Gary Germeroth | Airfare | | | $225.98 | Airfare from Houston to Dallas |
| 20160404 | Gary Germeroth | Hotel | | | $269.67 | Hilton Garden Inn  Dallas, TX |
| 20160404 | Gary Germeroth | Taxi | | | $11.64 | Love Field to EFH Offices |
| 20160404 | Gary Germeroth | Taxi | | | $12.19 | EFH Offices to hotel |
| 20160404 | Gary Germeroth | Parking | | | $20.00 | Airport |
| 20160404 | Gary Germeroth | Personal Vehicle | $0.54 | 19 miles | $10.26 | Home to Airport |
| 20160404 | Gary Germeroth | Lunch | | | $12.14 | Pho Colonial \| Self |
| 20160404 | Gary Germeroth | Dinner | | | $27.18 | Room Service \| Self |
| 20160404 | Todd Filsinger | Airfare | | | $349.98 | Airfare from Denver to Dallas |
| 20160404 | Todd Filsinger | Taxi | | | $70.00 | to dia |
| 20160405 | Gary Germeroth | Hotel | | | $269.67 | Hilton Garden Inn  Dallas, TX |
| 20160405 | Gary Germeroth | Taxi | | | $7.40 | Hotel to EFH Offices |
| 20160405 | Gary Germeroth | Taxi | | | $6.53 | EFH Offices to hotel |
| 20160405 | Gary Germeroth | Parking | | | $20.00 | Airport |
| 20160405 | Gary Germeroth | Lunch | | | $10.60 | LP Café \| Self |
| 20160405 | Gary Germeroth | Dinner | | | $26.32 | Wild Salsa \| Self |
| 20160406 | Paul Harmon | Airfare | | | $349.98 | Airfare from Denver to Dallas |
| 20160406 | Paul Harmon | Hotel | | | $263.94 | Highland Dallas |
| 20160406 | Paul Harmon | Taxi | | | $12.17 | Hotel |
| 20160406 | Paul Harmon | Parking | | | $29.23 | Hotel |
| 20160406 | Paul Harmon | Dinner | | | $31.06 | Onsite Diligence \| P. Harmon |
| 20160406 | Gary Germeroth | Hotel | | | $269.67 | Hilton Garden Inn  Dallas, TX |
| 20160406 | Gary Germeroth | Taxi | | | $7.11 | Hotel to EFH Offices |
| 20160406 | Gary Germeroth | Taxi | | | $6.31 | EFH Offices to hotel |
| 20160406 | Gary Germeroth | Parking | | | $20.00 | Airport |
| 20160406 | Gary Germeroth | Lunch | | | $15.43 | Which Wich \| Self |
| 20160406 | Gary Germeroth | Dinner | | | $16.61 | Wingbucket \| Self |
| 20160407 | Paul Harmon | Airfare | | | $349.98 | Airfare from Dallas to Denver |
| 20160407 | Paul Harmon | Taxi | | | $30.44 | Office |
| 20160407 | Paul Harmon | Parking | | | $36.00 | DIA |
| 20160407 | Paul Harmon | Breakfast | | | $9.33 | Onsite Diligence \| P. Harmon |
| 20160407 | Paul Harmon | Lunch | | | $11.99 | Onsite Diligence \| P. Harmon |
| 20160407 | Gary Germeroth | Airfare | | | $225.98 | Airfare from Dallas to Houston |
| 20160407 | Gary Germeroth | Taxi | | | $6.36 | Hotel to EFH Offices |
| 20160407 | Gary Germeroth | Taxi | | | $10.30 | EFH Offices to Love Fiels |
| 20160407 | Gary Germeroth | Parking | | | $20.00 | Airport |
| 20160407 | Gary Germeroth | Personal Vehicle | $0.54 | 19 miles | $10.26 | Airport to Home |
| 20160407 | Gary Germeroth | Lunch | | | $9.59 | LP Café \| Self |
| 20160410 | Paul Harmon | Airfare | | | $699.96 | Airfare from Denver to Dallas (roundtrip) |
| 20160410 | Paul Harmon | Hotel | | | $133.12 | Hampton Inn, Mesquite TX |
| 20160410 | Paul Harmon | Parking | | | $10.00 | Dallas |
| 20160410 | Paul Harmon | Dinner | | | $34.06 | Scenario Development Meetings \| P Harmon |
| 20160410 | A. Scott Davis | Hotel | | | $206.43 | Highland Dallas |
| 20160410 | A. Scott Davis | Parking | | | $29.23 | Highland Dallas |
| 20160411 | Paul Harmon | Rental Car | | | $59.26 | Hertz |
| 20160411 | Paul Harmon | Rental Car | | | $4.62 | Auto Fuel |
| 20160411 | A. Scott Davis | Hotel | | | $206.43 | Highland Dallas |
| 20160411 | A. Scott Davis | Parking | | | $29.23 | Highland Dallas |
| 20160411 | Gary Germeroth | Airfare | | | $225.98 | Airfare from Houston to Dallas |
| 20160411 | Gary Germeroth | Hotel | | | $299.79 | Hilton Highland  Dallas, TX |
| 20160411 | Gary Germeroth | Parking | | | $20.00 | Airport |
| 20160411 | Gary Germeroth | Personal Vehicle | $0.54 | 19 miles | $10.26 | Home to Airport |
| 20160411 | Gary Germeroth | Dinner | | | $200.00 | Via Real \| Self, Todd Filsinger, Scott Davis, Judah Rose, Shanti Mutthiah |
| 20160411 | Todd Filsinger | Airfare | | | $120.00 | Airfare from Denver to Dallas |
| 20160411 | Todd Filsinger | Taxi | | | $70.00 | to dia |
| 20160411 | Todd Filsinger | Taxi | | | $16.75 | to office |
| 20160411 | Todd Filsinger | Airfare | | | $349.10 | Airfare from Dallas to Denver |
| 20160411 | Todd Filsinger | Taxi | | | $70.00 | from dia |
| 20160411 | Todd Filsinger | Taxi | | | $12.25 | to dfw |
| 20160411 | Todd Filsinger | Lunch | | | $6.48 | poblanos \| self |
| 20160412 | Gary Germeroth | Hotel | | | $299.79 | Hilton Highland  Dallas, TX |
| 20160412 | Gary Germeroth | Parking | | | $20.00 | Airport |
| 20160412 | Gary Germeroth | Lunch | | | $9.74 | Carmines Pizza \| Self |
| 20160412 | Gary Germeroth | Dinner | | | $31.91 | Room Service \| Self |
| 20160412 | Gary Germeroth | Other Travel Expenses | | | $2.50 | DART Ticket |

EXHIBIT D
FILSINGER ENERGY PARTNERS
24TH FEE STATEMENT

| DATE | NAME OF TIMEKEEPER WHO INCURRED EXPENSE | EXPENSE CATEGORY | UNIT COST | # OF UNITS | TOTAL | EXPENSE DESCRIPTION |
|---|---|---|---|---|---|---|
| 20160412 | Gary Germeroth | Other Travel Expenses | | | $2.50 | DART Ticket |
| 20160413 | Paul Harmon | Airfare | | | $349.98 | Airfare from Denver to Dallas |
| 20160413 | Paul Harmon | Hotel | | | $273.16 | Highland - Dallas TX |
| 20160413 | Paul Harmon | Rental Car | | | $57.06 | Hertz |
| 20160413 | Paul Harmon | Dinner | | | $40.00 | Scenario Development Meetings | P. Harmon |
| 20160413 | Gary Germeroth | Hotel | | | $299.79 | Hilton Highland Dallas, TX |
| 20160413 | Gary Germeroth | Parking | | | $20.00 | Airport |
| 20160413 | Gary Germeroth | Dinner | | | $21.45 | Old Chicago | Self |
| 20160413 | Gary Germeroth | Other Travel Expenses | | | $2.50 | DART Ticket |
| 20160413 | Gary Germeroth | Other Travel Expenses | | | $2.50 | DART Ticket |
| 20160414 | Paul Harmon | Airfare | | | $349.98 | Airfare from Dallas to Denver |
| 20160414 | Paul Harmon | Rental Car | | | $57.06 | Hertz |
| 20160414 | Paul Harmon | Parking | | | $16.00 | DIA |
| 20160414 | Paul Harmon | Breakfast | | | $12.83 | Scenario Development Meetings | P. Harmon |
| 20160414 | Gary Germeroth | Airfare | | | $225.98 | Airfare from Dallas to Houston |
| 20160414 | Gary Germeroth | Parking | | | $20.00 | Airport |
| 20160414 | Gary Germeroth | Personal Vehicle | $0.54 | 19 miles | $10.26 | Airport to Home |
| 20160414 | Gary Germeroth | Breakfast | | | $11.73 | Knife | Self, Paul Harmon |
| 20160419 | Gary Germeroth | Airfare | | | $225.98 | Airfare from Houston to Dallas |
| 20160419 | Gary Germeroth | Hotel | | | $269.67 | Hilton Garden Inn Dallas, TX |
| 20160419 | Gary Germeroth | Parking | | | $6.00 | Airport |
| 20160419 | Gary Germeroth | Personal Vehicle | $0.54 | 19 miles | $10.26 | Home to Airport |
| 20160420 | Gary Germeroth | Hotel | | | $269.67 | Hilton Garden Inn Dallas, TX |
| 20160420 | Gary Germeroth | Rental Car | | | $72.50 | Avis |
| 20160420 | Gary Germeroth | Taxi | | | $12.03 | Love Field to EFH Offices |
| 20160420 | Gary Germeroth | Taxi | | | $6.42 | EFH Offices to Hotel |
| 20160420 | Gary Germeroth | Parking | | | $20.00 | Airport |
| 20160420 | Gary Germeroth | Dinner | | | $32.38 | Room Service | Self |
| 20160420 | Gary Germeroth | Rental Car | | | $5.40 | Car rental fuel |
| 20160420 | Laura Hatanaka | Airfare | | | $100.98 | Airfare from Denver to Dallas |
| 20160420 | Laura Hatanaka | Hotel | | | $224.87 | Hilton Garden Inn: Dallas, TX |
| 20160420 | Laura Hatanaka | Taxi | | | $12.34 | Energy Plaza |
| 20160420 | Laura Hatanaka | Parking | | | $24.00 | DIA |
| 20160420 | Laura Hatanaka | Personal Vehicle | $0.54 | 24 miles | $12.96 | To DIA |
| 20160420 | Laura Hatanaka | Breakfast | | | $10.45 | DIA Airport | Laura |
| 20160420 | Laura Hatanaka | Lunch | | | $27.56 | The Hospitality Sweet | Laura, Tim |
| 20160420 | Laura Hatanaka | Dinner | | | $26.72 | Whole Foods | Laura |
| 20160420 | Tim Wang | Airfare | | | $103.10 | Airfare from Las Vegas to Dallas |
| 20160420 | Tim Wang | Hotel | | | $236.17 | Hilton Garden Inn - Dallas TX |
| 20160420 | Tim Wang | Taxi | | | $60.85 | EFH |
| 20160420 | Tim Wang | Dinner | | | $10.06 | Pho Colonial | Self |
| 20160420 | Jean Agras | Airfare | | | $338.98 | Airfare from Las Vegas to Dallas |
| 20160420 | Jean Agras | Taxi | | | $13.98 | Indigo-Uber |
| 20160420 | Jean Agras | Parking | | | $24.00 | DIA |
| 20160420 | Jean Agras | Dinner | | | $25.94 | Indigo | Jean |
| 20160421 | Gary Germeroth | Airfare | | | $225.98 | Airfare from Dallas to Houston |
| 20160421 | Gary Germeroth | Taxi | | | $6.70 | Hotel to EFH Offices |
| 20160421 | Gary Germeroth | Taxi | | | $20.74 | EFH Offices to Love Field |
| 20160421 | Gary Germeroth | Parking | | | $20.00 | Airport |
| 20160421 | Gary Germeroth | Personal Vehicle | $0.54 | 19 miles | $10.26 | Airport to Home |
| 20160421 | Laura Hatanaka | Airfare | | | $349.98 | Airfare from Dallas to Denver |
| 20160421 | Laura Hatanaka | Taxi | | | $11.35 | LUV |
| 20160421 | Laura Hatanaka | Parking | | | $24.00 | DIA |
| 20160421 | Laura Hatanaka | Personal Vehicle | $0.54 | 24 miles | $12.96 | From DIA |
| 20160421 | Laura Hatanaka | Breakfast | | | $6.87 | Starbucks | Laura |
| 20160421 | Laura Hatanaka | Lunch | | | $15.71 | The Hospitality Sweet | Laura |
| 20160421 | Laura Hatanaka | Dinner | | | $9.66 | Starbucks | Laura |
| 20160421 | Tim Wang | Airfare | | | $545.10 | Airfare from Dallas to Boston |
| 20160421 | Tim Wang | Taxi | | | $54.00 | DFW |
| 20160421 | Tim Wang | Lunch | | | $7.30 | Sunrise Café | Self |
| 20160421 | Jean Agras | Airfare | | | $103.10 | Airfare from Dallas to Denver |
| 20160421 | Jean Agras | Hotel | | | $206.31 | Indigo, Dallas, TX |
| 20160421 | Jean Agras | Taxi | | | $39.83 | DFW-Uber |
| 20160421 | Jean Agras | Parking | | | $24.00 | DIA |
| 20160421 | Jean Agras | Personal Vehicle | $0.54 | 45 miles | $24.30 | to Boulder |
| 20160421 | Jean Agras | Lunch | | | $13.00 | Qdoba | Jean |
| 20160421 | Jean Agras | Other Travel Expenses | | | $9.40 | Tolls |
| 20160422 | A. Scott Davis | Airfare | | | $225.98 | Airfare from Houston to Dallas |
| 20160422 | A. Scott Davis | Taxi | | | $17.27 | Uber to Sierra |
| 20160422 | A. Scott Davis | Personal Vehicle | $0.54 | 30 miles | $16.20 | r.t. airport |
| 20160422 | A. Scott Davis | Breakfast | | | $9.50 | Bruegger's Bagels | self |
| 20160422 | A. Scott Davis | Lunch | | | $23.77 | Fast Furious | Bill Quinn, self |
| 20160422 | A. Scott Davis | Airfare | | | $225.98 | Airfare from Dallas to Houston |
| 20160422 | A. Scott Davis | Taxi | | | $15.74 | Uber to airport |
| 20160422 | A. Scott Davis | Personal Vehicle | $0.54 | 30 miles | $16.20 | r.t. airport |
| 20160425 | Todd Filsinger | Airfare | | | $349.98 | Airfare from Denver to Dallas |
| 20160425 | Todd Filsinger | Taxi | | | $70.00 | to dia |
| 20160426 | Sam Schreiber | Airfare | | | $305.10 | Airfare from New York to Dallas |
| 20160426 | Sam Schreiber | Hotel | | | $237.56 | Highland - Dallas, TX |
| 20160426 | Sam Schreiber | Taxi | | | $40.87 | Lyft - NYC - to LGA |
| 20160426 | Sam Schreiber | Taxi | | | $32.85 | Lyft - Dallas - to Energy Plaza |
| 20160426 | Sam Schreiber | Lunch | | | $13.90 | Pho Colonial | Self |
| 20160426 | Gary Germeroth | Airfare | | | $225.98 | Airfare from Houston to Dallas |
| 20160426 | Gary Germeroth | Hotel | | | $237.56 | Hilton Highland Dallas, TX |
| 20160426 | Gary Germeroth | Taxi | | | $12.11 | Love Field to EFH Offices |
| 20160426 | Gary Germeroth | Taxi | | | $7.76 | EFH Offices to Hotel |

EXHIBIT D
FILSINGER ENERGY PARTNERS
24TH FEE STATEMENT

| DATE | NAME OF TIMEKEEPER WHO INCURRED EXPENSE | EXPENSE CATEGORY | UNIT COST | # OF UNITS | TOTAL | EXPENSE DESCRIPTION |
|---|---|---|---|---|---|---|
| 20160426 | Gary Germeroth | Parking | | | $20.00 | Airport |
| 20160426 | Gary Germeroth | Personal Vehicle | $0.54 | 19 miles | $10.26 | Home to Airport |
| 20160426 | Gary Germeroth | Lunch | | | $29.20 | Pho Colonial | Self, Todd Filsinger |
| 20160426 | Gary Germeroth | Dinner | | | $30.92 | Old Chicago | Self, Sam Schreiber |
| 20160426 | Todd Filsinger | Airfare | | | $353.98 | Airfare from Dallas to Denver |
| 20160426 | Todd Filsinger | Hotel | | | $258.30 | Thig Highland (Dallas, TX) |
| 20160426 | Todd Filsinger | Taxi | | | $70.00 | from dia |
| 20160426 | Todd Filsinger | Taxi | | | $11.30 | to DFW |
| 20160427 | Sam Schreiber | Hotel | | | $237.56 | Highland - Dallas, TX |
| 20160427 | Sam Schreiber | Taxi | | | $7.82 | Uber - Dallas - to Hotel |
| 20160427 | Sam Schreiber | Lunch | | | $11.30 | Taco Borracho | Self |
| 20160427 | Sam Schreiber | Dinner | | | $30.81 | Highland | Self |
| 20160427 | Gary Germeroth | Airfare | | | $225.98 | Airfare from Dallas to Houston |
| 20160427 | Gary Germeroth | Taxi | | | $10.37 | Hotel to EFH Offices |
| 20160427 | Gary Germeroth | Taxi | | | $10.78 | EFH Offices to Love Field |
| 20160427 | Gary Germeroth | Parking | | | $20.00 | Airport |
| 20160427 | Gary Germeroth | Personal Vehicle | $0.54 | 19 miles | $10.26 | Airport to Home |
| 20160427 | Gary Germeroth | Lunch | | | $11.64 | Which Wich | Self |
| 20160428 | Sam Schreiber | Airfare | | | $365.10 | Airfare from Dallas to New York |
| 20160428 | Sam Schreiber | Taxi | | | $7.94 | Uber - Dallas - to Energy Plaza |
| 20160428 | Sam Schreiber | Taxi | | | $32.86 | Lyft - Dallas - to DFW |
| 20160428 | Sam Schreiber | Lunch | | | $9.87 | Noodle Nexus | Self |
| 20160428 | Sam Schreiber | Dinner | | | $29.16 | Ling & Louies | Self |
| 20160428 | Sam Schreiber | Taxi | | | $43.59 | Taxi - NYC - from LGA |
| 20160401 | n/a | Market Data | | | $11,046.60 | AURORAxmp upgrade to nodal capability, allocated to EFH 60% based on client usage.  Term of contract is 4/1/16 - 9/16/16.  This upgrade is critical to analysis performed for the Client. |
| | | | | | $28,466.82 | |