IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors.[1] | ) ) ) | (Jointly Administered) |
|  | ) ) ) ) ) | **Re: D.I.  8358, 8380, 8449, 8450, 8451, 8452, 8453, 8454, 8455, 8456, 8457, 8461, 8479, 8480, 8501** |

**CERTIFICATION OF COUNSEL CONCERNING
ORDER SCHEDULING CERTAIN HEARING DATES AND DEADLINES
AND ESTABLISHING CERTAIN PROTOCOLS IN CONNECTION WITH
THE CONFIRMATION OF DEBTORS' JOINT PLAN OF REORGANIZATION
AND THE APPROVAL OF DEBTORS' DISCLOSURE STATEMENT**

The undersigned hereby certifies as follows:

1. On May 1, 2016, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Motion of Energy Future Holdings Corp., et al., for Entry of an Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Joint Plan of Reorganization and The Approval of Debtors' Disclosure Statement* [D.I. 8358] (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").[2] Pursuant to the Motion, the Debtors

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Contemporaneously with the Motion, the Debtors also filed the *Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection With the Confirmation of Debtors' Joint Plan of Reorganization and the Approval of Debtors' Disclosure Statement* [D.I. 8358-

are seeking entry of an order scheduling certain dates and deadlines and establishing certain protocols in connection with the confirmation of the Debtors' joint plan of reorganization and approval of the Debtors' related amended disclosure statement.

2. Pursuant to the *Order Denying Motion to Shorten Notice Period in Connection With "Motion of Energy Future Holdings Corp., et al., for Entry of an Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Joint Plan of Reorganization and The Approval of Debtors' Disclosure Statement"* [D.I. 8362], entered by the Bankruptcy Court on May 2, 2016 (the "Noticing Order"), objections or responses to the Motion were to be filed and served no later than 4:00 p.m. (Eastern Daylight Time) on May 16, 2016 (the "Objection Deadline"). A hearing to consider the relief requested in the Motion took place before the Bankruptcy Court on May 23, 2016 starting at 10:00 a.m. (Eastern Daylight Time).

3. Prior to the Objection Deadline, (i) each of (a) The Bank of New York Mellon, in its capacity as the PCRB Trustee, and The Bank of New York Mellon Trust Company, N.A., in its capacity as the EFCH 2037 Notes Trustee [D.I. 8449]; (b) Shirley Fenicle, as successor-in-interest to the Estate of George Fenicle, and David William Fahy [D.I. 8450]; (c) Contrarian Capital Management, LLC [D.I. 8451]; (d) NextEra Energy, Inc. [D.I. 8452]; (e) Certain Funds and Accounts Advised or Sub-Advised by Fidelity Management & Research Company or its Affiliates [D.I. 8454]; (f) the EFIH Second Lien Indenture Trustee [D.I. 8456]; (g) The American Stock Transfer & Trust Company, LLC, as successor trustee to the Bank of New York Mellon Trust Company, N.A.[D.I. 8457]; and (h) UMB Bank, N.A., as Indenture Trustee [D.I. 8461] filed a formal response in connection with the Motion (each a "Formal Response" and

---

2] (the "Proposed Order"), in connection with the Motion. The Debtors filed revised versions of the Proposed Order on May 4, 2016 [D.I. 8380], May 18, 2016 [D.I. 8479], and May 22, 2016 [D.I. 8501].

collectively, the "Formal Responses") and (ii) each of (a) the EFH Official Committee [D.I. 8453] (the "EFH Committee Statement"); and (b) the Ad Hoc Committee of TCEH First Lien Creditors [D.I. 8455] (the "TCEH First Lien Statement" and, together with the EFH Committee Statement, the "Statements") filed a statement in connection with the Motion.

4. On May 18, 2016, in accordance with the Noticing Order, the Debtors filed an omnibus reply (D.I. 8479; the "Omnibus Reply") to the Formal Responses and the Statements. Thereafter, on May 19, 2016, the Ad Hoc Committee of TCEH First Lien Creditors filed a supplement to the TCEH First Lien Statement (see D.I. 8480).

5. On May 23, 2016 starting at 10:00 a.m. (Eastern Daylight Time) (the "May 23rd Hearing") the Bankruptcy Court held a hearing to consider the Motion, the Formal Responses, and the Statements. At the May 23rd Hearing, the Bankruptcy Court heard and considered the statements and arguments of counsel to the Debtors, counsel to the parties who filed the Formal Responses, and counsel to the parties who filed the Statements with respect to the relief requested in the Motion. Following the conclusion of argument, on the record of the May 23rd Hearing, the Bankruptcy Court (i) overruled the extant Formal Responses to the Motion; and (ii) granted the Motion subject to certain modifications ordered by the Bankruptcy Court.

6. Consequently, the Debtors have prepared a further revised form the Proposed Order (the "Revised Order") which they believe is consistent with the record of the May 23rd Hearing. A copy of the Revised Order is attached hereto as **Exhibit A**. A redline, comparing the Revised Order against the form of the Proposed Order filed with the Bankruptcy Court on May 22, 2016 (D.I. 8501) is attached hereto as **Exhibit B**. The Debtors have circulated a copy of the Revised Order to each of the parties who filed a Formal Response and the Statements and believe that the Revised Order is unobjectionable for entry to such parties.

7. The Debtors therefore respectfully request that the Bankruptcy Court enter the Revised Order, substantially in the form attached hereto as **Exhibit A**, at its earliest convenience.

[*Remainder of page intentionally left blank.*]

| | |
|---|---|
| Dated: May 23, 2016<br>Wilmington, Delaware | */s/ Jason M. Madron* |

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:	(302) 651-7700
Facsimile:	(302) 651-7701
Email:	collins@rlf.com
	defranceschi@rlf.com
	madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:	(212) 446-4800
Facsimile:	(212) 446-4900
Email:	edward.sassower@kirkland.com
	stephen.hessler@kirkland.com
	brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:	(312) 862-2000
Facsimile:	(312) 862-2200
Email:	james.sprayregen@kirkland.com
	marc.kieselstein@kirkland.com
	chad.husnick@kirkland.com
	steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession