## Exhibit A

[Statement of Fees by Subject Matter]

56422512v1

| MATTER NUMBER | MATTER DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 001 | Case Administration | 1.9 | $1,760.00 |
| 003 | EFH Business Operations | 1.1 | $1,100.00 |
| 004 | EFH Contested Matters and Adversary Proceedings | 3.3 | $3,372.50 |
| 005 | EFH Corporate Governance and Board Matters | 74.8 | $82,900.00 |
| 008 | Fee Applications and Objections | 14.4 | $13,192.50 |
| 010 | Hearings | 0.4 | $400.00 |
| 011 | Claims Investigations, Analyses and Objections | 1.5 | $1,482.50 |
| 015 | Plan and Disclosure Statement | 173.4 | $190,582.50 |
| 016 | Tax | 295.8 | $272,569.00 |
| **TOTAL FOR ALL MATTER NOS.** | | **566.6** | **$567,359.00** |