# **Exhibit B**

[Attorneys' and Paraprofessionals' Information]

56422512v1

Proskauer attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Julie M. Allen | Partner | 1984 | Corporate | $1,350 | 21.6 | $29,160.00 |
| Richard M. Corn | Partner | 2005 | Tax | $925 | 72.2 | $66,785.00 |
| Michael A. Firestein | Partner | 1983 | Litigation | $1,025 | 7.1 | $7,277.50 |
| Daniel I. Ganitsky | Partner | 2001 | Corporate | $1,050 | 1.7 | $1,785.00 |
| Jeff J. Marwil | Partner | 1986 | Corporate | $1,200 | 9.5 | $11,400.00 |
| Lary Alan Rappaport | Partner | 1979 | Litigation | $950 | 1.6 | $1,520.00 |
| Stuart L. Rosow | Partner | 1976 | Tax | $1,350 | 48.7 | $65,745.00 |
| Mark K. Thomas | Partner | 1981 | Corporate | $1,200 | 120.5 | $144,600.00 |
| Peter J. Young | Partner | 2002 | Corporate | $1,000 | 150.1 | $150,100.00 |
| Joseph P. Malca | Associate | 2013 | Tax | $610 | 75.4 | $45,994.00 |
| Gary Silber | Associate | 2011 | Tax | $770 | 44.5 | $34,265.00 |
| Jeramy Webb | Associate | 2015 | Corporate | $445 | 6.5 | $2,892.50 |
| Jared D. Zajac | Associate | 2009 | Corporate | $825 | 7.0 | $5,775.00 |
| **Total** | | | | | **566.4** | **$567,299.00** |

Proskauer paraprofessionals who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Natasha Petrov | Paralegal | 1 year | Corporate | $300 | 0.2 | $60.00 |
| **Total** | | | | | **0.1** | **$60.00** |

| | | |
|---|---|---|
| **TOTAL FOR PROFESSIONALS AND PARAPROFESSIONALS** | **566.6** | **$567,359.00** |

56422512v1