## Exhibit C

[Summary of Actual and Necessary Expenses for the Fee Period]

| EXPENSE CATEGORY | AMOUNT |
|---|---:|
| Reproduction Costs (at $0.10 per page) | $338.20 |
| Telecommunications | $0.00[1] |
| Research (Lexis/Westlaw/Other Database Searches) | $2,418.50[2] |
| Litigation and Corporate Support Services[3] | $39.00 |
| Taxi, Carfare, Mileage, Parking | $203.90[4] |
| Business Meals | $215.20[5] |
| Word Processing | $0.00[6] |
| **Total** | **$3,214.80** |

---

[1] Reflects a reduction of $1.74 for telecommunication expenses incurred that are not reimbursable pursuant to the fee committee guidelines.

[2] Includes a reduction of $14.70 for an inadvertent database expense.

[3] Consists of CourtCall, PACER and transcript (hearing and deposition) expenses.

[4] Includes a reduction of $124.74 for cab and carfare expenses incurred that are not reimbursable pursuant to the fee committee guidelines.

[5] Includes a reduction of $285.99 for business meal expenses either (i) in excess of the reimbursable cap or (ii) that are not otherwise reimbursable pursuant to the fee committee guidelines.

[6] Reflects a reduction of $75.70 for word processing and proofreading expenses incurred that are not reimbursable pursuant to the fee committee guidelines.

56422512v1