## Exhibit D

[Detailed Description of Expenses and Disbursements]

Disbursements and Other Charges

| **Date** | **Name** | **Description** | **Amount** |
|---|---|---|---|
| 01/31/2016 | Jared Zajac | Litigation Support/docketing-Pacer | 4.30 |
| 01/31/2016 | Jared Zajac | Litigation Support/docketing-Pacer | 8.90 |
| 02/29/2016 | Jared Zajac | Litigation Support/docketing-Pacer | 20.80 |
| 03/31/2016 | Jared Zajac | Litigation Support/docketing-Pacer | 5.00 |
| 04/01/2016 | Richard M. Corn | Lexis | 181.00 |
| 04/01/2016 | Joseph P. Malca | Reproduction | 0.20 |
| 04/01/2016 | Joseph P. Malca | Reproduction | 1.00 |
| 04/01/2016 | Joseph P. Malca | Reproduction | 1.00 |
| 04/01/2016 | Joseph P. Malca | Reproduction | 1.00 |
| 04/01/2016 | Joseph P. Malca | Reproduction | 0.20 |
| 04/01/2016 | Joseph P. Malca | Reproduction | 2.00 |
| 04/01/2016 | Joseph P. Malca | Reproduction | 0.30 |
| 04/01/2016 | Joseph P. Malca | Dinner Voucher/sweb-Dinner after 8:00 pm-6.4 hours worked | 36.75 |
| 04/04/2016 | Jared Zajac | Reproduction | 0.40 |
| 04/04/2016 | Joseph P. Malca | Reproduction | 0.20 |
| 04/04/2016 | Joseph P. Malca | Reproduction | 0.20 |
| 04/04/2016 | Joseph P. Malca | Reproduction | 1.30 |
| 04/04/2016 | Gary Silber | Reproduction | 1.10 |
| 04/04/2016 | Gary Silber | Reproduction | 0.10 |
| 04/04/2016 | Joseph P. Malca | Reproduction | 0.10 |
| 04/04/2016 | Joseph P. Malca | Reproduction | 0.60 |
| 04/04/2016 | Joseph P. Malca | Reproduction | 0.50 |
| 04/04/2016 | Gary Silber | Reproduction | 1.40 |
| 04/04/2016 | Joseph P. Malca | Reproduction | 0.10 |
| 04/04/2016 | Joseph P. Malca | Reproduction | 0.10 |
| 04/04/2016 | Richard M. Corn | Lexis | 1,320.25 |
| 04/04/2016 | Gary Silber | Dinner Voucher/sweb-Dinner after 8:00 pm-7.7 hours worked | 35.73 |
| 04/04/2016 | Gary Silber | Taxicab/car Svc.-Car service from office to home-7.7 hours worked | 109.75 |
| 04/05/2016 | Gary Silber | Taxicab/car Svc.-Car service from office to home-5.0 ours worked | 94.15 |
| 04/05/2016 | Gary Silber | Reproduction | 1.40 |
| 04/05/2016 | Gary Silber | Reproduction | 1.00 |
| 04/06/2016 | Joseph P. Malca | Reproduction | 1.20 |
| 04/06/2016 | Joseph P. Malca | Reproduction | 1.00 |
| 04/06/2016 | Joseph P. Malca | Reproduction | 0.40 |
| 04/07/2016 | Joseph P. Malca | Reproduction | 0.10 |
| 04/07/2016 | Joseph P. Malca | Reproduction | 0.20 |
| 04/07/2016 | Joseph P. Malca | Reproduction | 0.20 |
| 04/07/2016 | Joseph P. Malca | Reproduction | 0.20 |

| Date | Name | Description | Amount |
|---|---|---|---|
| 04/07/2016 | Peter J. Young | Data Base Search Serv.-Pacer | 1.30 |
| 04/07/2016 | Natasha Petrov | Data Base Search Serv.-Pacer | 2.20 |
| 04/08/2016 | Joseph P. Malca | Reproduction | 1.00 |
| 04/08/2016 | Joseph P. Malca | Reproduction | 0.30 |
| 04/08/2016 | Joseph P. Malca | Reproduction | 0.10 |
| 04/08/2016 | Joseph P. Malca | Reproduction | 0.10 |
| 04/08/2016 | Joseph P. Malca | Reproduction | 0.60 |
| 04/08/2016 | Joseph P. Malca | Reproduction | 0.80 |
| 04/08/2016 | Joseph P. Malca | Reproduction | 0.60 |
| 04/08/2016 | Joseph P. Malca | Reproduction | 4.40 |
| 04/08/2016 | Joseph P. Malca | Reproduction | 0.60 |
| 04/08/2016 | Joseph P. Malca | Reproduction | 24.00 |
| 04/08/2016 | Joseph P. Malca | Reproduction | 5.80 |
| 04/08/2016 | Joseph P. Malca | Reproduction | 3.20 |
| 04/08/2016 | Joseph P. Malca | Reproduction | 1.80 |
| 04/08/2016 | Joseph P. Malca | Reproduction | 0.10 |
| 04/08/2016 | Joseph P. Malca | Reproduction | 0.20 |
| 04/08/2016 | Joseph P. Malca | Reproduction | 3.00 |
| 04/08/2016 | Joseph P. Malca | Reproduction | 0.10 |
| 04/08/2016 | Joseph P. Malca | Reproduction | 2.20 |
| 04/08/2016 | Joseph P. Malca | Reproduction | 0.30 |
| 04/08/2016 | Joseph P. Malca | Reproduction | 0.20 |
| 04/08/2016 | Joseph P. Malca | Reproduction | 2.20 |
| 04/08/2016 | Joseph P. Malca | Reproduction | 0.20 |
| 04/08/2016 | Joseph P. Malca | Reproduction | 3.40 |
| 04/08/2016 | Joseph P. Malca | Reproduction | 0.10 |
| 04/08/2016 | Joseph P. Malca | Reproduction | 0.20 |
| 04/10/2016 | Joseph P. Malca | Reproduction | 0.10 |
| 04/10/2016 | Joseph P. Malca | Reproduction | 0.80 |
| 04/11/2016 | Paulette Lindo | Reproduction | 4.90 |
| 04/11/2016 | Paulette Lindo | Reproduction | 2.00 |
| 04/11/2016 | Paulette Lindo | Reproduction | 2.40 |
| 04/11/2016 | Joseph P. Malca | Reproduction | 0.10 |
| 04/11/2016 | Joseph P. Malca | Reproduction | 0.20 |
| 04/11/2016 | Gary Silber | Dinner Voucher/sweb-Dinner after 8:00 pm-4.2 hours worked | 36.54 |
| 04/14/2016 | Gary Silber | Reproduction | 2.40 |
| 04/15/2016 | Joseph P. Malca | Dinner Voucher/sweb- Dinner after 8:00 pm-6.5 hours worked | 36.75 |
| 04/20/2016 | Joseph P. Malca | Dinner Voucher/sweb- Dinner after 8:00 pm-6.7 hours worked | 36.75 |
| 04/21/2016 | Joseph P. Malca | Dinner Voucher/sweb Dinner after 8:00 pm-6.2 hours worked | 32.68 |
| 04/22/2016 | Richard M. Corn | Lexis | 540.75 |
| 04/25/2016 | Jeramy Webb | Lexis | 165.00 |

| Date | Name | Description | Amount |
|---|---|---|---:|
| 04/25/2016 | Jeramy Webb | Westlaw | 208.00 |
| 04/25/2016 | Paulette Lindo | Reproduction | 0.30 |
| 04/25/2016 | Paulette Lindo | Reproduction | 0.10 |
| 04/25/2016 | Paulette Lindo | Reproduction | 0.30 |
| 04/25/2016 | Paulette Lindo | Reproduction | 0.10 |
| 04/25/2016 | Paulette Lindo | Reproduction | 0.70 |
| 04/25/2016 | Michele M. Reetz | Reproduction | 0.10 |
| 04/25/2016 | Michele M. Reetz | Reproduction | 0.70 |
| 04/25/2016 | Michele M. Reetz | Reproduction | 0.70 |
| 04/25/2016 | Michele M. Reetz | Reproduction | 0.30 |
| 04/25/2016 | Michele M. Reetz | Reproduction | 0.10 |
| 04/25/2016 | Michele M. Reetz | Reproduction | 0.70 |
| 04/25/2016 | Jeramy Webb | Reproduction | 0.30 |
| 04/26/2016 | Paulette Lindo | Reproduction | 1.20 |
| 04/26/2016 | Paulette Lindo | Reproduction | 5.50 |
| 04/26/2016 | Paulette Lindo | Reproduction | 0.20 |
| 04/26/2016 | Paulette Lindo | Reproduction | 0.10 |
| 04/26/2016 | Paulette Lindo | Reproduction | 0.30 |
| 04/26/2016 | Paulette Lindo | Reproduction | 0.10 |
| 04/26/2016 | Paulette Lindo | Reproduction | 4.90 |
| 04/26/2016 | Mark K. Thomas | Reproduction | 1.70 |
| 04/26/2016 | Kimberly White | Reproduction | 0.10 |
| 04/27/2016 | Paulette Lindo | Reproduction | 1.60 |
| 04/27/2016 | Paulette Lindo | Reproduction | 0.60 |
| 04/27/2016 | Paulette Lindo | Reproduction | 0.70 |
| 04/27/2016 | Paulette Lindo | Reproduction | 2.70 |
| 04/27/2016 | Paulette Lindo | Reproduction | 0.10 |
| 04/27/2016 | Mark K. Thomas | Reproduction | 10.50 |
| 04/27/2016 | Mark K. Thomas | Reproduction | 5.90 |
| 04/27/2016 | Mark K. Thomas | Reproduction | 0.60 |
| 04/27/2016 | Jared Zajac | Reproduction | 2.20 |
| 04/28/2016 | Paulette Lindo | Reproduction | 0.90 |
| 04/28/2016 | Paulette Lindo | Reproduction | 6.00 |
| 04/28/2016 | Paulette Lindo | Reproduction | 11.40 |
| 04/28/2016 | Paulette Lindo | Reproduction | 1.20 |
| 04/28/2016 | Paulette Lindo | Reproduction | 1.20 |
| 04/28/2016 | Paulette Lindo | Reproduction | 0.30 |
| 04/28/2016 | Paulette Lindo | Reproduction | 0.10 |
| 04/28/2016 | Paulette Lindo | Reproduction | 1.60 |
| 04/28/2016 | Paulette Lindo | Reproduction | 0.20 |
| 04/28/2016 | Paulette Lindo | Reproduction | 0.60 |
| 04/28/2016 | Paulette Lindo | Reproduction | 9.70 |
| 04/28/2016 | Paulette Lindo | Reproduction | 0.10 |
| 04/28/2016 | Paulette Lindo | Reproduction | 0.40 |

| Date | Name | Description | Amount |
|---|---|---|---:|
| 04/28/2016 | Paulette Lindo | Reproduction | 1.20 |
| 04/28/2016 | Paulette Lindo | Reproduction | 1.20 |
| 04/28/2016 | Paulette Lindo | Reproduction | 5.40 |
| 04/28/2016 | Paulette Lindo | Reproduction | 10.40 |
| 04/28/2016 | Paulette Lindo | Reproduction | 0.10 |
| 04/28/2016 | Paulette Lindo | Reproduction | 0.10 |
| 04/28/2016 | Paulette Lindo | Reproduction | 0.30 |
| 04/28/2016 | Paulette Lindo | Reproduction | 3.10 |
| 04/28/2016 | Paulette Lindo | Reproduction | 0.70 |
| 04/28/2016 | Paulette Lindo | Reproduction | 0.50 |
| 04/28/2016 | Paulette Lindo | Reproduction | 10.30 |
| 04/28/2016 | Paulette Lindo | Reproduction | 2.50 |
| 04/28/2016 | Paulette Lindo | Reproduction | 0.30 |
| 04/28/2016 | Mark K. Thomas | Reproduction | 9.70 |
| 04/28/2016 | Mark K. Thomas | Reproduction | 2.50 |
| 04/29/2016 | Paulette Lindo | Reproduction | 1.60 |
| 04/29/2016 | Paulette Lindo | Reproduction | 3.50 |
| 04/29/2016 | Kimberly White | Reproduction | 0.60 |
| 04/29/2016 | Peter J. Young | Reproduction | 0.10 |
| 04/29/2016 | Peter J. Young | Reproduction | 0.10 |
| 04/29/2016 | Mark K. Thomas | Reproduction | 1.60 |
| 04/29/2016 | Kimberly White | Reproduction | 10.30 |
| 04/29/2016 | Mark K. Thomas | Reproduction | 3.40 |
| 04/29/2016 | Mark K. Thomas | Reproduction | 3.40 |
| 04/29/2016 | Peter J. Young | Reproduction | 0.20 |
| 04/29/2016 | Peter J. Young | Reproduction | 0.10 |
| 04/30/2016 | Peter J. Young | Reproduction | 13.40 |
| 04/30/2016 | Peter J. Young | Reproduction | 0.20 |
| 04/30/2016 | Peter J. Young | Reproduction | 0.20 |
| 04/30/2016 | Peter J. Young | Reproduction | 3.10 |
| 04/30/2016 | Peter J. Young | Reproduction | 3.10 |
| 04/30/2016 | Peter J. Young | Reproduction | 13.40 |
| 04/30/2016 | Peter J. Young | Reproduction | 2.70 |
| 04/30/2016 | Peter J. Young | Reproduction | 3.10 |
| 04/30/2016 | Peter J. Young | Reproduction | 0.50 |
| 04/30/2016 | Mark K. Thomas | Reproduction | 1.10 |
| 04/30/2016 | Mark K. Thomas | Reproduction | 0.70 |
| 04/30/2016 | Peter J. Young | Reproduction | 11.40 |
| 04/30/2016 | Peter J. Young | Reproduction | 0.50 |
| 04/30/2016 | Peter J. Young | Reproduction | 4.00 |
| 04/30/2016 | Peter J. Young | Reproduction | 4.00 |
| 04/30/2016 | Peter J. Young | Reproduction | 8.20 |
| 04/30/2016 | Peter J. Young | Reproduction | 8.20 |
| 04/30/2016 | Peter J. Young | Reproduction | 11.40 |

| Date | Name | Description | Amount |
|---|---|---|---|
| 04/30/2016 | Peter J. Young | Reproduction | 8.20 |
| 04/30/2016 | Peter J. Young | Reproduction | 2.40 |
| 04/30/2016 | Mark K. Thomas | Reproduction | 0.90 |
| 04/30/2016 | Mark K. Thomas | Reproduction | 1.00 |
| 04/30/2016 | Peter J. Young | Reproduction | 0.30 |

Disbursements and Other Charges					$	3,214.80