UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP.,<br>*et al.*,<br>    Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered) |

**NOTICE OF INTENT OF MARATHON ASSET MANAGEMENT, LP,
POLYGON CONVERTIBLE OPPORTUNITY MASTER FUND, AND POLYGON
DISTRESSED OPPORTUNITIES MASTER FUND TO PARTICIPATE IN
DISCLOSURE STATEMENT PROCEEDINGS
AND CONFIRMATION PROCEEDINGS**

In accordance with the *Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Joint Plan of Reorganization and the Approval of Debtors' Disclosure Statement* [D.I. 8514] (the "Scheduling Order"), each of Marathon Asset Management, LP, Polygon Convertible Opportunity Master Fund, and Polygon Distressed Opportunities Master Fund, each on behalf of one or more managed funds and/or accounts, (collectively, the "TCEH Deposit L/C Plaintiffs"), by and through their undersigned counsel, hereby provide notice of intent to participate in the Disclosure Statement Proceedings and the Confirmation Proceedings (as defined in the Scheduling Order).

   1.  The respective addresses of the TCEH Deposit L/C Plaintiffs are:

Marathon Asset Management, LP
One Bryant Park, 38th Floor
New York, New York 10036
Attention: Daniel Pine

Polygon Convertible Opportunity Master Fund
c/o Polygon Global Partners LLP
4 Sloane Terrace
London SW1X 9DQ
United Kingdom
Attention: Olivier Blechner

Polygon Distressed Opportunities Master Fund
c/o Polygon Global Partners LLP
4 Sloane Terrace
London SW1X 9DQ
United Kingdom
Attention: Olivier Blechner

2. The names and addresses of counsel to each of the TCEH Deposit L/C Plaintiffs are:

LANDIS RATH & COBB LLP
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
landis@lrclaw.com
mcguire@lrclaw.com

WILMER CUTLER PICKERING HALE
AND DORR LLP
George W. Shuster, Jr.
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: 212-230-8800
Facsimile: 212-230-8888
george.shuster@wilmerhale.com

Benjamin W. Loveland
60 State Street
Boston, MA 02109
Telephone: 617-526-6000
Facsimile: 617-526-5000
benjamin.loveland@wilmerhale.com

3. **Description of Claims**: The TCEH Deposit L/C Plaintiffs are holders of claims arising under and related to the Credit Agreement, dated as of October 10, 2007, as amended, by and among Texas Competitive Electric Holdings Company LLC, as borrower, Energy Future Competitive Holdings Company LLC and certain TCEH

subsidiaries, as guarantors, the lending institutions party from time to time thereto, Wilmington Trust, N.A., solely in its capacity as successor administrative agent and collateral agent to Citibank, N.A., ("Wilmington Trust"), and the other parties thereto (the "TCEH Credit Agreement") and related documents, including claims arising under and related to the deposit letter of credit subfacility under the TCEH Credit Agreement. The TCEH Deposit L/C Plaintiffs' claims against the Debtors are described in (among other pleadings, orders, and filings) Proofs of Claim nos. 7488 and 7489, filed by Wilmington Trust.

In addition, the TCEH Deposit L/C Plaintiffs commenced the adversary proceeding captioned *Marathon Asset Management, LP, et al. v. Wilmington Trust, N.A., et al.*, Adv. Pro. No. 15-51917 (CSS), against certain other holders of claims under the TCEH Credit Agreement and Wilmington Trust, in its capacity as administrative agent and collateral agent under the TCEH Credit Agreement (the "TCEH First Lien Creditor Deposit L/C Collateral Allocation Dispute"). This Court's Order, dated April 12, 2016 [Adv. D.I. 26] (the "Order"), dismissing the TCEH First Lien Creditor Deposit L/C Collateral Allocation Dispute is on appeal to the United States District Court for the District of Delaware as Civil Action No. 16-cv-287 (RGA).

|  |  |
|---|---|
| Dated: May 24, 2016<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>*/s/ Matthew B. McGuire*<br>Adam G. Landis (No. 3407)<br>Matthew B. McGuire (No. 4366)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br><br>-and-<br><br>**WILMER CUTLER PICKERING HALE AND DORR LLP**<br><br>George W. Shuster, Jr.<br>7 World Trade Center<br>250 Greenwich Street<br>New York, New York 10007<br>Telephone: (212) 230-8800<br>Facsimile: (212) 230-8888<br><br>Benjamin W. Loveland<br>60 State Street<br>Boston, Massachusetts 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>*Attorneys for Appellants Marathon Asset Management, LP, Polygon Convertible Opportunity Master Fund, and Polygon Distressed Opportunities Master Fund* |