# **EXHIBIT A**

**Statement of Fees and Expenses By Subject Matter**

RLF1 14570083v.1

**COMPENSATION BY SUBJECT MATTER[1]**
**APRIL 1, 2016 THROUGH APRIL 30, 2016**

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 4 | General Environmental Matters | 115.90 | $52,215.00 |
| 7 | EPA NSR Litigation | 233.00 | $70,842.00 |
| 8 | EGU MACT | 20.00 | $8,362.50 |
| 9 | Texas PM2.5 Interstate Transport Rule | 15.80 | $4,920.00 |
| 11 | EPA Regional Haze Rulemaking | 311.00 | $113,172.50 |
| 17 | Regional Haze Section 114 Request | 19.10 | $6,550.50 |
| 18 | EPA Affirmative Defense Litigation | 3.90 | $2,047.50 |
| 19 | EPA GHG Rules | 37.70 | $14,469.50 |
| 21 | Bankruptcy Application and Retention | 22.50 | $5,706.00 |
| 24 | La Frontera Gas Contracts | 7.50 | $3,267.50 |
| 25 | SO2 NAAQS | 0.90 | $472.50 |
| **Totals:** | | **787.30** | **$282,025.50** |

---

[1] The work performed and expenses incurred by Balch during the compensation period were entirely on behalf of Texas Competitive Electric Holdings Company, LLC and its debtor subsidiaries.

RLF1 14570083v.1

# EXPENSE SUMMARY
## APRIL 1, 2016 THROUGH APRIL 30, 2016

| Expense Category | Amount |
|---|---|
| Airfare | $1,135.39 |
| In-house Copying – Color Copies or Prints | $263.00 |
| In-house Copying  -  Standard Copies or Prints | $22.00 |
| Deliveries | $124.47 |
| Telephone Charges | $33.21 |
| Transportation to/from airport | $248.13 |
| Transportation | $36.05 |
| Travel Expenses – Lodging | $3,338.88 |
| Travel Meals | $369.89 |
| Other Travel Expenses | $156.33 |
| **Total Expenses Sought:** | **$5,727.35** |