## EXHIBIT B

**Attorneys and Paraprofessionals' Information**

RLF1 14570083v.1

The Balch attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Steven Burns | Partner | 1995 | Environmental | $445.00 | 1.10 | $489.50 |
| Thomas L. Casey III | Partner | 2003 | Environmental | $395.00 | 45.80 | $18,091.00 |
| Thomas DeLawrence | Partner | 2006 | Environmental | $330.00 | 73.40 | $24,222.00 |
| P. Stephen Gidiere | Partner | 1996 | Environmental | $525.00 | 185.50 | $97,387.50 |
| Scott B. Grover | Partner | 2001 | Energy | $450.00 | 7.00 | $3,150.00 |
| Leo E. Manuel | Partner | 2005 | Energy | $355.00 | 0.50 | $177.50 |
| C. Grady Moore | Partner | 1992 | Environmental | $525.00 | 42.70 | $22,417.50 |
| Julia Barber | Associate | 2014 | Environmental | $245.00 | 36.90 | $9,040.50 |
| S. Ellen Burgin | Associate | 2014 | Environmental | $240.00 | 13.70 | $3,288.00 |
| Steven Corhern | Associate | 2005 | Litigation | $285.00 | 11.90 | $3,391.50 |
| Ryan M. Hodinka | Associate | 2011 | Litigation | $270.00 | 0.90 | $243.00 |
| Alan Lovett | Associate | 2013 | Energy | $235.00 | 0.50 | $117.50 |
| Michael P. Malenfant | Associate | 2013 | Energy | $240.00 | 3.50 | $840.00 |
| David W. Mitchell | Associate | 2009 | Environmental | $300.00 | 178.50 | $53,550.00 |
| J. Patrick Runge | Associate | 2008 | Environmental | $280.00 | 19.80 | $5,544.00 |
| Amy Benschoter | Staff Attorney | 2005 | Environmental | $230.00 | 108.80 | $25,024.00 |
| Tal Simpson | Staff Attorney | 2011 | Environmental | $265.00 | 56.80 | $15,052.00 |
| | | | **Total Fees Requested** | | | **$282,025.50** |