# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

## EXPENSE SUMMARY
## APRIL 1, 2016 THROUGH APRIL 30, 2016

| Expense Category | Amount |
| --- | --- |
| Airfare | $1,135.39 |
| In-house Copying – Color Copies or Prints | $263.00 |
| In-house Copying  -  Standard Copies or Prints | $22.00 |
| Deliveries | $124.47 |
| Telephone Charges | $33.21 |
| Transportation to/from airport | $248.13 |
| Transportation | $36.05 |
| Travel Expenses – Lodging | $3,338.88 |
| Travel Meals | $369.89 |
| Other Travel Expenses | $156.33 |
| **Total Expenses Sought:** | **$5,727.35** |

RLF1 14570083v.1