## EXHIBIT D

**Detailed Description of Expenses and Disbursements**

**DETAILED EXPENSE SUMMARY**
**APRIL 1, 2016 THROUGH APRIL 30, 2016**

| Invoice Number | Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| *598306* | *004* | *4/6/16* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$0.40[1]* | *Long Distance* |
| *598306* | *004* | *4/11/16* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$2.10* | *Long Distance* |
| *598306* | *004* | *4/11/16* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$0.50* | *Long Distance* |
| 598306 | 004 | 4/12/16 | P. Stephen Gidiere | Telephone Charges | | | $1.00 | Conference Call |
| 598306 | 004 | 4/19/16 | C. Grady Moore | Airfare | | | $25.00 | Airline baggage fees |
| 598306 | 004 | 4/19/16 | P. Stephen Gidiere | Airfare | | | $417.48 | Airfare from Birmingham, AL to Washington, DC |
| 598306 | 004 | 4/19/16 | P. Stephen Gidiere | Airfare | | | $9.00 | Required airline seating fee |
| 598306 | 004 | 4/19/16 | P. Stephen Gidiere | Transportation | | | $25.25 | Cab fare to hotel |
| 598306 | 004 | 4/19/16 | C. Grady Moore | Transportation to/from Airport | | | $19.00 | Cab fare from airport to office |
| 598306 | 004 | 4/19/16 | David Mitchell | Transportation to/from Airport | | | $11.79 | Cab fare to airport |
| 598306 | 004 | 4/19/16 | P. Stephen Gidiere | Transportation to/from Airport | | | $2.30 | Travel to Birmingham airport |
| 598306 | 004 | 4/19/16 | P. Stephen Gidiere | Transportation to/from Airport | | | $20.00 | Cab fare from airport to hotel. |
| *598306* | *004* | *4/19/16* | *P. Stephen Gidiere* | *Travel Expenses – Lodging* | | | *$1,119.82[2]* | *Lodging in Washington DC (2 nights)* |
| 598306 | 004 | 4/19/16 | C. Grady Moore | Travel Meals | | | $9.00 | Lunch (1 person) |
| 598306 | 004 | 4/19/16 | David Mitchell | Travel Meals | | | $10.34 | Lunch (1 person) |
| 598306 | 004 | 4/19/16 | P. Stephen Gidiere | Travel Meals | | | $15.36 | Breakfast (1 person) |
| 598306 | 004 | 4/20/16 | David Mitchell | Travel Meals | | | $7.15 | Breakfast (1 person) |
| 598306 | 004 | 4/20/16 | P. Stephen Gidiere | Travel Meals | | | $97.24 | Lunch (6 people) |
| 598306 | 004 | 4/20/16 | P. Stephen Gidiere | Travel Meals | | | $8.80 | Breakfast (1 person) |
| 598306 | 004 | 4/21/16 | C. Grady Moore | Airfare | | | $25.00 | Airline baggage fees |
| 598306 | 004 | 4/21/16 | C. Grady Moore | Other Travel Expenses | | | $27.38 | Hotel internet service |

---

[1] Italicized entries for Telephone Charges represent those calls which cannot be classified as multi-party conference calls. A total of $13.92 in telephone charges is not reimbursable.

[2] Pursuant to the Fee Committee's correspondence dated August 20, 2015, hotel rooms are capped at $500.00 per night for Washington, DC. Therefore, $119.82 is not reimbursable.

| Invoice Number | Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 598306 | 004 | 4/21/16 | P. Stephen Gidiere | Other Travel Expenses | | | $15.95 | In-flight internet service |
| 598306 | 004 | 4/21/16 | P. Stephen Gidiere | Other Travel Expenses | | | $58.00 | Airport Parking |
| *598306* | *004* | *4/21/16* | *P. Stephen Gidiere* | *Other Travel Expenses* | | | *$2.00[3]* | *Baggage fees* |
| 598306 | 004 | 4/21/16 | C. Grady Moore | Transportation to/from Airport | | | $18.00 | Cab fare from hotel to airport |
| 598306 | 004 | 4/21/16 | P. Stephen Gidiere | Transportation to/from Airport | | | $2.29 | Travel from Birmingham airport |
| 598306 | 004 | 4/21/16 | P. Stephen Gidiere | Transportation to/from Airport | | | $16.83 | Cab fare from hotel to airport |
| *598306* | *004* | *4/21/16* | *C. Grady Moore* | *Travel Expenses – Lodging* | | | *$1,142.72[4]* | *Lodging in Washington DC (2 nights)* |
| *598306* | *004* | *4/21/16* | *David Mitchell* | *Travel Expenses – Lodging* | | | *$1,142.72[5]* | *Lodging in Washington DC (2 nights)* |
| 598306 | 004 | 4/21/16 | C. Grady Moore | Travel Meals | | | $7.41 | Breakfast (1 person) |
| 598306 | 004 | 4/21/16 | David Mitchell | Travel Meals | | | $7.04 | Breakfast (1 person) |
| 598306 | 004 | 4/21/16 | P. Stephen Gidiere | Travel Meals | | | $2.81 | Breakfast (1 person) |
| 598306 | 004 | 4/21/16 | P. Stephen Gidiere | Travel Meals | | | $24.03 | Lunch (1 person) |
| 598306 | 004 | 4/21/16 | P. Stephen Gidiere | Travel Meals | | | $2.65 | Breakfast (1 person) |
| 598306 | 004 | 4/22/16 | David Mitchell | Transportation | | | $5.40 | Cab fare from hotel to meeting. |
| 598306 | 004 | 4/22/16 | David Mitchell | Transportation | | | $5.40 | Cab fare from meeting |
| 598306 | 004 | 4/22/16 | David Mitchell | Transportation to/from Airport | | | $19.20 | Cab fare from meeting to airport |
| *598306* | *004* | *4/25/16* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$1.40* | *Long Distance* |
| 598307 | 007 | 3/28/16 | Amy Benschoter | Airfare | | | $173.98 | Airfare from Orlando, FL to Dallas, TX |
| 598307 | 007 | 3/28/16 | Tom DeLawrence | Airfare | | | $324.95 | Roundtrip airfare between Birmingham, AL and Dallas, TX |

---

[3] Pursuant to correspondence from the Fee Committee, baggage fees and tips are not reimbursable. Therefore, $2.00 has been deducted.

[4] Pursuant to the Fee Committee's correspondence dated August 20, 2015, hotel rooms are capped at $500.00 per night for Washington, DC. Therefore, $142.72 is not reimbursable.

[5] Pursuant to the Fee Committee's correspondence dated August 20, 2015, hotel rooms are capped at $500.00 per night for Washington, DC. Therefore, $142.72 is not reimbursable.

2

| Invoice Number | Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| *598307* | *007* | *3/28/16* | *Amy Benschoter* | *Other Travel Expenses* | | | *$7.00[6]* | *Baggage handling fee* |
| 598307 | 007 | 3/28/16 | Amy Benschoter | Transportation to/from Airport | | | $30.00 | Cab fare from airport to client office |
| 598307 | 007 | 3/28/16 | Amy Benschoter | Transportation to/from Airport | | | $50.72 | Cab fare to airport |
| 598307 | 007 | 3/28/16 | Tom DeLawrence | Transportation to/from Airport | | | $28.00 | Cab fare from airport to client office |
| 598307 | 007 | 3/28/16 | Amy Benschoter | Travel Meals | | | $9.01 | Lunch (1 person) |
| 598307 | 007 | 3/28/16 | Amy Benschoter | Travel Meals | | | $6.03 | Breakfast (1 person) |
| 598307 | 007 | 3/28/16 | Amy Benschoter | Travel Meals | | | $2.09 | Breakfast (1 person) |
| 598307 | 007 | 3/28/16 | Tom DeLawrence | Travel Meals | | | $7.90 | Breakfast (1 person) |
| 598307 | 007 | 3/28/16 | Tom DeLawrence | Travel Meals | | | $24.16 | Lunch (3 people) |
| *598307* | *007* | *3/28/16* | *Tom DeLawrence* | *Travel Meals* | | | *$99.28[7]* | *Dinner (2 people)* |
| 598307 | 007 | 3/29/16 | Amy Benschoter | Airfare | | | $159.98 | Airfare from Dallas, TX to Birmingham, AL |
| *598307* | *007* | *3/29/16* | *Amy Benschoter* | *Other Travel Expenses* | | | *$56.07[8]* | *Airport parking* |
| 598307 | 007 | 3/29/16 | Tom DeLawrence | Other Travel Expenses | | | $24.00 | Airport parking |
| *598307* | *007* | *3/29/16* | *Tom DeLawrence* | *Other Travel Expenses* | | | *$5.00[9]* | *Baggage fee* |
| 598307 | 007 | 3/29/16 | Amy Benschoter | Transportation to/from Airport | | | $30.00 | Cab fare from client office to airport |
| 598307 | 007 | 3/29/16 | Amy Benschoter | Travel Expenses – Lodging | | | $169.44 | Lodging in Dallas, TX (1 night) |
| 598307 | 007 | 3/29/16 | Tom DeLawrence | Travel Expenses – Lodging | | | $169.44 | Lodging in Dallas, TX (1 night) |
| 598307 | 007 | 3/29/16 | Amy Benschoter | Travel Meals | | | $11.53 | Breakfast (1 person) |
| 598307 | 007 | 3/29/16 | Amy Benschoter | Travel Meals | | | $4.72 | Lunch (1 person) |
| 598307 | 007 | 3/29/16 | Tom DeLawrence | Travel Meals | | | $32.62 | Lunch (4 people) |

---

[6] Pursuant to correspondence from the Fee Committee, baggage fees and tips are not reimbursable. Therefore, $7.00 has been deducted.

[7] Pursuant to the Fee Committee's initial memorandum, dated October 3, 2014, meals are capped at $40.00 per person, per meal. Therefore, $19.28 is not reimbursable.

[8] The amount listed reflects a calculation error. Therefore, $25.07 has been deducted.

[9] Pursuant to correspondence from the Fee Committee, baggage fees and tips are not reimbursable. Therefore, $5.00 has been deducted.

3

| Invoice Number | Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| *598307* | *007* | *4/6/16* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$2.10* | *Long Distance* |
| 598307 | 007 | 4/20/16 | Tom DeLawrence | Telephone Charges | | | $1.80 | Conference Call |
| 598307 | 007 | 4/25/16 | P. Stephen Gidiere | In-house Copying | $0.10 | 218 | $21.80 | Standard Copies |
| 598307 | 007 | 4/25/16 | P. Stephen Gidiere | In-house Copying | $0.50 | 519 | $259.50 | Color Copies |
| *598307* | *007* | *4/25/16* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$0.20* | *Long Distance* |
| *598310* | *011* | *3/15/16* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$2.02* | *Long Distance* |
| *598310* | *011* | *3/15/16* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$2.02*[10] | *Long Distance* |
| 598310 | 011 | 3/23/16 | P. Stephen Gidiere | Telephone Charges | | | $11.40 | Conference Call |
| *598310* | *011* | *3/23/16* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$11.40*[11] | *Conference Call* |
| 598310 | 011 | 4/4/16 | P. Stephen Gidiere | In-house Copying | $0.10 | 2 | $0.20 | Standard Copies |
| 598310 | 011 | 4/4/16 | P. Stephen Gidiere | In-house Copying | $0.50 | 3 | $1.50 | Color Copies |
| *598310* | *011* | *4/4/16* | *David Mitchell* | *Telephone Charges* | | | *$0.30* | *Long Distance* |
| 598310 | 011 | 4/6/16 | P. Stephen Gidiere | Telephone Charges | | | $1.60 | Conference Call |
| *598310* | *011* | *4/11/16* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$0.30* | *Long Distance* |
| 598310 | 011 | 4/11/16 | P. Stephen Gidiere | Telephone Charges | | | $0.50 | Conference Call |
| *598310* | *011* | *4/12/16* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$0.20* | *Long Distance* |
| *598310* | *011* | *4/12/16* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$0.20* | *Long Distance* |
| 598310 | 011 | 4/12/16 | P. Stephen Gidiere | Telephone Charges | | | $2.10 | Conference Call |
| 598310 | 011 | 4/13/16 | P. Stephen Gidiere | Telephone Charges | | | $0.30 | Conference Call |
| 598310 | 011 | 4/13/16 | P. Stephen Gidiere | Telephone Charges | | | $1.50 | Conference Call |
| *598310* | *011* | *4/15/16* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$1.30* | *Long Distance* |
| 598310 | 011 | 4/17/16 | P. Stephen Gidiere | In-house Copying | $0.50 | 4 | $2.00 | Color Copies |
| 598310 | 011 | 4/18/16 | P. Stephen Gidiere | Deliveries | | | $66.74 | Federal Express |
| 598310 | 011 | 4/18/16 | P. Stephen Gidiere | Telephone Charges | | | $0.70 | Conference Call |

---

[10] This charge reflects a duplicate expense and therefore $2.02 has been deducted from requested expenses.

[11] This charge reflects a duplicate expense and therefore $11.40 has been deducted from requested expenses.

4

| Invoice Number | Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 598310 | 011 | 4/21/16 | P. Stephen Gidiere | Deliveries | | | $20.21 | Federal Express |
| 598310 | 011 | 4/21/16 | P. Stephen Gidiere | Deliveries | | | $25.03 | Federal Express |
| *598310* | *011* | *4/26/16* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$0.20* | *Long Distance* |
| 598311 | 017 | 4/4/16 | P. Stephen Gidiere | Deliveries | | | $12.49 | Federal Express |
| 598312 | 018 | 3/10/16 | P. Stephen Gidiere | Telephone Charges | | | $11.21 | Conference Call |
| *598312* | *018* | *3/10/16* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$11.21[12]* | *Conference Call* |
| *598312* | *018* | *4/5/16* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$1.70* | *Long Distance* |
| *598312* | *018* | *4/5/16* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$0.80* | *Long Distance* |
| *598312* | *018* | *4/6/16* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$0.20* | *Long Distance* |
| 598312 | 018 | 4/14/16 | P. Stephen Gidiere | Telephone Charges | | | $0.90 | Conference Call |
| 598315 | 024 | 3/30/16 | Scott B. Grover | Telephone Charges | | | $0.20 | Conference Call |
| Total Expenses: | | | | | | | $6,229.51 | |
| *Less: Expense Adjustment[13]* | | | | | | | *$502.16* | |
| **Total Expenses Sought:** | | | | | | | **$5,727.35** | |

---

[12] This charge reflects a duplicate expense and therefore $11.21 has been deducted from requested expenses.

[13] Reflects actual expenses incurred during Fee Period which are not reimbursable pursuant to the Fee Committee's initial memorandum, dated October 3, 2014, and subsequent communications.

5

RLF1 14570083v.1