## EXHIBIT A

Invoice Date:              5/24/16
Invoice Number:            731968
Client Matter Number:  66471.00003
I.D.#                      01051

### SUMMARY FOR FEE SERVICES RENDERED BY TASK

| Code | Description | Hours | Amount |
|------|-------------|-------|--------|
| 006 | Case Administration | 8.50 | $4,134.50 |
| 010 | Employment and Fee Applications (MMWR) | 1.00 | $610.00 |
| 011 | Employment and Fee Applications (Others) | 12.10 | $5,421.50 |
| 021 | Hearings | 7.00 | $4,270.00 |
| 031 | Derivative Litigation Investigation | 0.40 | $174.00 |
| | Matter Total | 29.00 | $14,610.00 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**