# EXHIBIT B

The MMWR attorneys and paralegals that rendered professional services in these cases during the Fee Period are:

| Name of Professional Individual | Position of the Applicant and Year of Obtaining License to Practice | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **PARTNERS AND OF COUNSEL** | | | | |
| Mark A. Fink | Partner; Joined Firm in 2012; Member of DE Bar since 2000 | $590.00 | 11.00 | $6,490.00 |
| Mark A. Fink[1] | Partner; Joined Firm in 2012; Member of DE Bar since 2000 | $610.00 | 11.60 | $7,076.00 |
| Lathrop B. Nelson | Partner; Joined Firm in 2002; Member of PA Bar since 2001 | $415.00 | 0.40 | $174.00 |
| **TOTAL PARTNERS AND OF COUNSEL** | | | **23.00** | **$13,740.00** |
| **PARALEGALS & ADDITIONAL PROFESSIONALS** | | | | |
| Keith Mangan | Paralegal | $140.00 | 6.00 | $870.00 |
| **TOTAL PARALEGALS AND ADDITIONAL PROFESSIONALS** | | | **6.00** | **$870.00** |
| **TOTAL ALL PROFESSIONALS** | | | **29.00** | **$14,610.00** |

---

[1] During the Fee Period, Mark A. Fink's hourly billing rate, increased from $590.00 to $610.00.