# **EXHIBIT C**

**EXPENSE SUMMARY**

| Expense Category | Total Expenses |
|---|---|
| Miscellaneous Expense (Court Call and E-Discovery Costs) | $240.00 |
| Postage | $0.48 |
| Pacer | $24.60 |
| **Total:** | **$265.08** |