# **<u>EXHIBIT D</u>**

| | | |
|---|---|---|
| Invoice Date: | | 5/24/16 |
| Invoice Number: | | 731968 |
| Client Matter Number: | | 66471.00003 |
| I.D.# | | 01051 |

## Disbursements and Other Related Charges Incurred
## On Your Behalf

| Date | Description | | Amount |
|------|-------------|---|--------|
| 03/31/16 | Postage | $ | 0.48 |
| 03/31/16 | Pacer | $ | 24.60 |
| 03/04/16 | Miscellaneous Expense - PAID TO: Mark A. Fink - 2/18/16, Court Call expense for attendance at hearing via Court Call | $ | 30.00 |
| 03/15/16 | Miscellaneous Expense - PAID TO: Epiq eDiscovery Solutions  - Services for the month of February, 2016 | $ | 150.00 |
| 03/31/16 | Miscellaneous Expense - PAID TO: Mark A. Fink - 3/4/16, Court Call expense for hearing on 3/4/16 | $ | 30.00 |
| 03/31/16 | Miscellaneous Expense - PAID TO: Mark A. Fink - 3/28/16, Court Call expense for hearing on 3/28/16 | $ | 30.00 |
| | Total Disbursements | $ | 265.08 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**