## **Exhibit A**

## **Hours Expended by Goldin Professional**

| | | |
|---|---|---|
| Harrison J. Goldin | Sr. Managing Director | 3.7 |
| David Prager | Managing Director | 41.2 |
| Karthik Bhavaraju | Director | 35.0 |
| Deborah Praga | Analyst | 47.6 |
| **Total** | | **127.5** |