## **Exhibit B**

## **Hours Expended by Subject Matter**

| | |
|---|---:|
| Board/Director Communications | 12.0 |
| Tax Issues | 0.5 |
| Plan Development | 73.4 |
| Sales Process | 36.5 |
| General Case Matters | 5.1 |
| **Total** | **127.5** |

## General Description of Work Codes

- **Board/Director Communications**

Goldin advises the Disinterested Director on Conflict Matters and potential Conflict Matters. This category includes attendance on board calls, analysis of board materials, discussions with the Disinterested Director, and responding to requests of the Disinterested Director.

- **Plan Development**

This category includes meetings with constituents respecting plan formulation, review of plan proposals and term sheets, resolution of certain claims and causes of action and analysis of proposed settlements of Conflict Matters.

- **Sales Process**

This Subject Matter includes coordination with other Debtor professionals respecting the sales/bidding process for Oncor/EFIH/EFH and analysis of any Conflict Matters relating thereto. In support of this advice, Goldin reviewed and verified other Debtor professionals' assessment of market conditions and the value of EFIH's assets.