## Exhibit C

### Expenses by Category

| | |
|---|---:|
| Meals | $88.47 |
| Photocopies | 103.74 |
| Teleconference | 29.50 |
| **Total** | **$221.71** |