## **Exhibit D**

**Expense Detail**

# GoldinAssociates, LLC

350 Fifth Avenue
The Empire State Building
New York, New York 10118

Tel.: 212 593 2255
Fax: 212 888 2841
www.goldinassociates.com

### Detailed Expenses by Category: EFIH

For Expenses Through 4/30/2016

| Expense | Start Date | End Date | Invoice Date | | Description | Charges |
|---|---|---|---|---|---|---|
| : Meals | | | | | | |
| | 4/26/2016 | 4/26/2016 | 5/1/16 | KB | SeamlessWeb - Inv # 2384970 - Working Dinner - Ref # 1722805417 - K. Bhavaraju | $23.76 |
| | 4/26/2016 | 4/26/2016 | 5/1/16 | DP | SeamlessWeb - Inv # 2384970 - Working Dinner - Ref # 1722849810 - D. Praga | $18.05 |
| | 4/27/2016 | 4/27/2016 | 5/1/16 | DP | SeamlessWeb - Inv # 2384970 - Working Dinner - Ref # 1723144714 - D. Praga | $22.87 |
| | 4/28/2016 | 4/28/2016 | 5/1/16 | DP | SeamlessWeb - Inv # 2384970 - Working Dinner - Ref # 1723616966 - D. Praga | $23.79 |
| **Total: Meals** | | | | | | **$88.47** |
| : Office Supplies/Miscellaneous | | | | | | |
| | 4/1/2016 | 4/30/2016 | 4/30/2016 | AJD | Photocopies for the period of April 1 through April 30, 2016 (1,482 pages at $0.07 per page) | $103.74 |
| **Total: Office Supplies/Miscellaneous** | | | | | | **$103.74** |
| : Telephone, Postage | | | | | | |
| | 3/26/2016 | 4/25/2016 | 4/25/15 | RCD | AT&T - actual service dates 3/26/15 through 4/25/15 | $29.50 |
| **Total: Telephone, Postage** | | | | | | **$29.50** |
| **Grand Total** | | | | | | **$221.71** |