## **EXHIBIT A**

### **Statement of Fees and Expenses By Subject Matter**

| Description | Total Billed Hours | Total Fees |
|---|---:|---:|
| Plan and Disclosure | 83.90 | $95,145.00 |
| Tax Issues | 6.30 | $7,560.00 |
| Employment and Fee Applications | 4.20 | $5,040.00 |
| Non-Working Travel | 11.90 | $6,802.50 |
| **TOTAL** | **106.30** | **$114,547.50** |