## EXHIBIT B

### Attorney and Paraprofessionals Information

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Richard Levin | Partner | 1976 | Bankruptcy | 1200 | 78.70 | 89,100.00 |
| Vince Lazar | Partner | 1990 | Bankruptcy | 975 | 27.60 | 25,447.50 |
| | | | | **TOTAL** | **106.30** | **114,547.50** |

NYCorp 3534423v.1

05/25/2016 SL1 1417277v1 109285.00005

107468.1