## **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

| Service Description | Amount |
|---|---:|
| TRAVEL | $ 1,122.40 |
| LODGING | $ 954.48 |
| CAR SERVICE | $ 288.57 |
| TELEPHONE EXPENSE | $ 6.46 |
| BUSINESS MEALS | $ 172.87 |
| TOTAL | $ 2,544.78 |

NYCorp 3534423v.1
05/25/2016 SL1 1417277v1 109285.00005
107468.1