## **EXHIBIT D**

### Detailed Description of Expenses and Disbursements

| Matter | Date | Name | Title | Description | Amount | Narrative |
|---|---|---|---|---|---|---|
| 55152-10034 | 4/11/16 | LEVIN, R. | PARTNER | Telephone Expense | 6.46 | Telephone Expense, Soundpath Conference: 3/12/2016 |
| 55152-10034 | 4/13/16 | LEVIN, R. | PARTNER | Business Meals | 117.99 | Business Meals, Shelly's Kitchen; 4/13/2016 R. Levin, host-meeting – breakfast for 10 in 38A |
| 55152-10034 | 4/19/16 | LAZAR, V. | PARTNER | Travel | 506.20 | Travel, Vincent E. Lazar, 4/12-17/2016 to New York, NY for meetings |
| 55152-10034 | 4.19/16 | LAZAR, V. | PARTNER | Lodging | 954.48 | Lodging, Vincent E. Lazar, 4/12-14/2016 , The Bryant Park Hotel, New York for meetings |
| 55152-10034 | 4/19/16 | LAZAR, V. | PARNTER | Car Service | 204.95 | Car service to and from airport: 4/12/2016, 4/17/2016 |
| 55152-10034 | 4/19/16 | LEVIN, R. | PARNTER | Car Service | 83.62 | Car service to and from airport: 4/19/2016 |
| 55152-10034 | 4/21/16 | LEVIN, R. | PARTNER | Travel | 616.20 | Travel, Richard Levin, 04/19/2016 to Dallas, TX for Meetings |
| 55152-1 | | | | | | |
| 55152-10034 | 4/28/16 | LEVIN, R. | PARTNER | Business Meals | 54.88 | Business Meals, Richard Levin, 04/28/16 with Marc Kieselstein, Kirkland & Ellis regarding Plan B term sheet and strategy |

7