# **EXHIBIT A**

|  |  |
|---|---|
| Invoice Date: | 5/24/16 |
| Invoice Number: | 731969 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

## SUMMARY FOR FEE SERVICES RENDERED BY TASK

| Code | Description | Hours | Amount |
|---|---|---|---|
| 006 | Case Administration | 4.80 | $2,720.50 |
| 010 | Employment and Fee Applications (MMWR) | 6.70 | $1,436.50 |
| 011 | Employment and Fee Applications (Others) | 7.80 | $2,154.00 |
| 021 | Hearings | 2.30 | $1,403.00 |
|  | Matter Total | 21.60 | $7,714.00 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**