# **<u>EXHIBIT B</u>**

The MMWR attorneys and paralegals that rendered professional services in these cases during the Fee Period are:

| Name of Professional Individual | Position of the Applicant and Year of Obtaining License to Practice | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **PARTNERS AND OF COUNSEL** | | | | |
| Natalie D. Ramsey | Partner; Joined Firm in 1985; Member of DE Bar since 2009 | $675.00 | 1.10 | $742.50 |
| Mark A. Fink | Partner; Joined Firm in 2012; Member of DE Bar since 2000 | $610.00 | 8.60 | $5,246.00 |
| **TOTAL PARTNERS AND OF COUNSEL** | | | **9.70** | **$5,988.50** |
| **PARALEGALS & ADDITIONAL PROFESSIONALS** | | | | |
| Keith Mangan | Paralegal | $140.00 | 11.90 | $1,725.50 |
| **TOTAL PARALEGALS AND ADDITIONAL PROFESSIONALS** | | | **11.90** | **$1,725.50** |
| **TOTAL ALL PROFESSIONALS** | | | **21.60** | **$7,714.00** |