## EXHIBIT C

**EXPENSE SUMMARY**

| Expense Category | Total Expenses |
|---|---|
| Miscellaneous Expense (Court Call and E-Discovery Costs) | $310.00 |
| Filing Fee – Other | $30.00 |
| Postage | $0.47 |
| Pacer | $91.90 |
| **Total:** | **$432.37** |