**EXHIBIT D**

|  |  |
|---|---|
| Invoice Date: | 5/24/16 |
| Invoice Number: | 731969 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

## Disbursements and Other Related Charges Incurred On Your Behalf

| Date | Description | | Amount |
|---|---|---|---|
| 04/30/16 | Postage | $ | 0.47 |
| 04/30/16 | Pacer | $ | 91.90 |
| 04/05/16 | Miscellaneous Expense - PAID TO: Mark A. Fink - 3/21/16, Court Call Expense re: attendance at hearing via Court Call | $ | 100.00 |
| 04/15/16 | Consultant Fees - PAID TO: Epiq eDiscovery Solutions - Services for the month of March, 2016 | $ | 150.00 |
| 04/21/16 | Miscellaneous Expense - PAID TO: Mark A. Fink - 4/5/16, Court Call expense for attendance at hearing via Court Call | $ | 30.00 |
| 04/21/16 | Miscellaneous Expense - PAID TO: Mark A. Fink - 4/5/16, Court Call expense for attendance at hearing via Court Call | $ | 30.00 |
| 04/27/16 | Filing Fee - Other - PAID TO: American Express - CCALL ID # 7517872 charge on 3/24/2016 for Natalie Ramsey | $ | 30.00 |
|  | Total Disbursements | $ | 432.37 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**