## EXHIBIT A

### Statement of Fees by Subject Matter

| Description | Total Billed Hours | Total Fees |
|---|---|---|
| FEE APPLICATIONS – OTHERS | 5.7 | $2,327.00 |
| FEE APPLICATIONS – S&L | 5.7 | $2,110.00 |
| PLANS OF REORGANIZATION | 0.7 | $500.50 |
| **TOTAL** | **12.1** | **$4,937.50** |