## **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

| Service Description | Amount |
|---|---|
| DOCUMENT REPRODUCTION (PARCELS) | $ 81.15 |
| DOCUMENT REPRODUCTION | $ 3.80 |
| **TOTAL** | **$ 84.95** |

SL1 1417758v1 109285.00006