## EXHIBIT D

**Detailed Description of Expenses and Disbursements**

| Matter | Date | Description | Amount |
|---|---|---|---|
| 109285-00002 | 4/8/16 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 4/8/16 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 4/11/16 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 4/11/16 | DOCUMENT REPRODUCTION | $0.50 |
| 109285-00002 | 4/20/16 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 4/22/16 | DOCUMENT REPRODUCTION | $0.50 |
| 109285-00002 | 4/22/16 | DOCUMENT REPRODUCTION | $1.40 |
| 109285-00002 | 4/22/16 | DOCUMENT REPRODUCTION | $0.30 |
| 109285-00002 | 4/22/16 | DOCUMENT REPRODUCTION | $0.30 |
| 109285-00002 | 4/22/16 | DOCUMENT REPRODUCTION | $0.30 |
| 109285-00002 | 4/27/16 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 4/29/16 | PARCELS, INC. (PAGES PRINTED) | $81.15 |
| | | **TOTAL** | **$ 84.95** |