# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
| | Related D.I. No. 8514 |

## NOTICE OF INTENT OF DELAWARE TRUST COMPANY, AS INDENTURE TRUSTEE, TO PARTICIPATE IN DISCLOSURE STATEMENT PROCEEDINGS AND CONFIRMATION PROCEEDINGS FOR NEW PLAN

In accordance with the Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Joint Plan of Reorganization and the Approval of Debtors' Disclosure Statement (D.I. 8514) (the "**New Plan Confirmation Scheduling Order**"), Delaware Trust Company, solely in its capacity as successor indenture trustee (the "**Trustee**") under the Indenture dated April 19, 2011 (as amended, modified and supplemented, the "**Indenture**"), among Texas Competitive Electric Holdings Company LLC ("**TCEH**") and TCEH Finance, Inc. (together with TCEH, the "**Issuer**"), The Bank of New York Mellon Trust Company, N.A., as Initial Trustee, Energy Future Competitive Holdings Company LLC, as parent guarantor, certain of TCEH's subsidiaries as subsidiary guarantors, pursuant to which Issuer issued its 11.5% Senior Secured Notes due 2020, hereby provides notice of intent to participate in the Disclosure Statement Proceedings and the Confirmation Proceedings (as defined in the New Plan Confirmation Scheduling Order).

1. The address of the Trustee is:

   Delaware Trust Company
   Attn: Joseph McFadden
   2711 Centerville Road, Suite 400
   Wilmington, DE 19808

{BAY:02902768v2}

2. The Trustee's claims against the Debtors are set forth in proof of claim number 7666 filed by the Trustee, and proof of claim number 7488 filed by Wilmington Trust, National Association, in its capacity as successor collateral agent, filed on behalf of the collateral agent and on behalf of the Trustee pursuant to the Indenture.  In addition, the Trustee is the Plaintiff in adversary proceeding no. 15-51239 (CSS) and has appealed this Court's final Order and Judgment (Adv. D.I. Nos. 90 and 91, respectively) and Amended Order (Adv. D.I. No. 94) related to the Court's opinion (Adv. D.I. No. 89) issued in such adversary proceeding .  The appeal is currently pending before the U.S. District Court for the District of Delaware, civil action no. 16-189 (RGA).

3. The names and addresses of counsel to the Trustee are:

**Bayard, P.A.**
GianClaudio Finizio
Neil B. Glassman
222 Delaware Avenue Suite 900
Wilmington, DE 19801

**Kobre & Kim LLP**
Michael S. Kim
Jeremy C. Hollembeak
Benjamin J.A. Sauter
Andrew D. Wang
800 Third Avenue
New York, NY 10022

**Perkins Coie LLP**
Tina N. Moss
30 Rockefeller Plaza, 22nd Floor
New York, NY  10112

Dated: May 26, 2016  
Wilmington, Delaware

**BAYARD, P.A.**

*/s/ GianClaudio Finizio*  
Neil B. Glassman (No. 2087)  
GianClaudio Finizio (No. 4253)  
222 Delaware Avenue, Suite 900  
Wilmington, Delaware 19801  
Telephone: (302) 655-5000

-and-

**KOBRE & KIM LLP**  
Michael S. Kim  
Jeremy C. Hollembeak  
Benjamin J.A. Sauter  
Andrew D. Wang  
800 Third Avenue  
New York, New York 10022  
Telephone: (212) 488-1200

-and-

**PERKINS COIE LLP**  
Tina N. Moss  
30 Rockefeller Plaza, 22nd Floor  
New York, NY 10112  
Telephone: (212) 262-6900

*Attorneys for Delaware Trust Company, as TCEH First Lien Indenture Trustee*