

**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
Washington, D.C. 20224

SMALL BUSINESS/SELF-EMPLOYED DIVISION

03/16/2010

Epiq Bankruptcy Solutions LLC
757 Third Ave Third Fl
New York, NY 10017

Re: Energy Future Holding Corp

Re: 14-10997 and 14-11037

Dear Claims Agent:

On 11/25/2015 proofs of claims were filed by the Internal Revenue Service for the above Corporations, in the above referenced case numbers. The assigned Claim # are 14476 and 14477. The Proofs of Claims have been satisfied. Please withdraw the claims.

If you have any questions, you may call me at (302) 286-1559 or you may write to me at Internal Revenue Service, 1352 Marrows Road, Suite 204, Newark, DE 19711

Sincerely,

Michael A James
Bankruptcy Advisor
Insolvency Group 3

FILED / RECEIVED
MAY 2 6 2016
EPIQ BANKRUPTCY SOLUTIONS, LLC

Claims Agent Copy

# Request for Payment of Internal Revenue Taxes

(Bankruptcy Code Cases - Administrative Expenses)

Department of the Treasury/Internal Revenue Service

United States Bankruptcy Court for the
District of  DELAWARE

In the Matter of:  TXU ENERGY RETAIL COMPANY LLC
ENERGY PLAZA
1601 BRYAN ST
DALLAS, TX 75201

Fiduciary:



| Case Number |
|---|
| 14-10997-CSS |

| Type of Bankruptcy Case |
|---|
| CHAPTER 11 |

| Date of Petition |
|---|
| 04/29/2014 |

| Creditor Number |
|---|
| |

RECEIVED
NOV 2 5 2015
LEGAL SERVICES

1. The undersigned, whose business address is  1352 MARROWS ROAD STE 204 NEWARK, DE 19711-5445     , is the agent of the Department of the Treasury, Internal Revenue Service, and is authorized to make this request for payment on behalf of the United States.
2. Request is made for payment of taxes and any interest or penalty due under the internal revenue laws of the United States, as shown below.
3. The ground of liability is taxes due under the internal revenue laws of the United States.

Filed: USBC - District of Delaware
Energy Future Holdings Corp. (B10)
14-10979(CSS)

0000014477

Administrative Claims

| Taxpayer ID Number | Kind of Tax | Tax Period | Tax Due | Interest Due | Penalty Due | Balance Due |
|---|---|---|---|---|---|---|
| XX-XXX4257 | WT-FICA | 03/31/2015 | $0.00 | $17.89 | $1,035.35 | $1,053.24 |
| | | | $0.00 | $17.89 | $1,035.35 | $1,053.24 |

**Total Amount Due:**    $1,053.24

The amount due includes interest and penalty computed to 01/31/2016. Compound interest will accrue at the rate established under IRC Section 6621(a) and late payment penalty will be charged under IRC Section 6651. If the claim is paid after 01/31/2016, contact M. JAMES at (302) 286-1559 for the current balance.

| Penalty for Presenting Fraudulent Claim - Fine of not more than $5,000 or imprisonment for not more than 5 years or both - Title 18, U.S.C., Section 152. | Signature | /s/ M. JAMES | Date | 11/24/2015 |
|---|---|---|---|---|
| | Title | Revenue Officer/Advisor | Telephone Number | (302) 286-1559 |

Form    6338 - A(C)

Page 1 of 1