# EXHIBIT A

# SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY

(See Guidelines C.8. for project category information.)

| Project Category | Hours Budgeted | Fees Budgeted | Hours Billed | Fees Sought |
|---|---|---|---|---|
| Administration | | | - | $ - |
| Asset Disposition | | | 0.30 | $ 156.50 |
| Bankruptcy-Related Advice | | | 12.40 | $ 5,227.00 |
| Business Operations | | | 1.80 | $ 985.00 |
| Case Administration | | | 5.90 | $ 3,338.50 |
| Claims Administration & Objections | | | 4.40 | $ 2,584.00 |
| Corporate Governance & Board Matters | | | 0.10 | $ 67.50 |
| Employment/Fee Applications | | | 15.30 | $ 7,218.50 |
| Financing & Cash Collateral | | | 0.40 | $ 224.00 |
| General Bankruptcy Advice/Opinions | | | 0.20 | $ 80.00 |
| Litigation Contested Matters(excl assump/rejection motions | | | 8.80 | $ 4,276.50 |
| Meetings of & Communications with Creditors or the Comm | | | 5.50 | $ 2,555.50 |
| Operations | | | 42.80 | $ 23,580.00 |
| Plan & Disclosure Statement (including business plan) | | | 1.90 | $ 810.50 |
| | | | 99.80 | $ 51,103.50 |

# EXHIBIT B

SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FEE APPLICATION

| Name | Title | Section | Date of First Admission | Fees Billed | Hours Billed | Hourly Rate Billed in This Application | Hourly Rate Billed in First Interim Application | Number of Rate Increases Since Case Inception |
|---|---|---|---|---|---|---|---|---|
| Bird, James E. | Shareholder | FR Bankruptcy and Restructuring | 10/15/1980 | $ 1,414.50 | 2.30 | 615.00 | - | 0 |
| Callenbach, Anne E. | Shareholder | BU Energy | 05/01/1998 | $ 4,224.00 | 8.80 | 480.00 | - | 0 |
| Caro, Jr., Frank A. | Shareholder | BU Energy | 05/01/1983 | $ 1,560.00 | 2.60 | 600.00 | - | 0 |
| Church, Jr., William H. | Shareholder | LI Commercial Litigation | 11/01/1988 | $ - | - | - | - | 0 |
| Church, Jr., William H. | Shareholder | LI Commercial Litigation | 11/01/1988 | $ 960.00 | 1.60 | 600.00 | - | 0 |
| Edelson, Justin K. | Shareholder | FR Bankruptcy and Restructuring | 05/01/2007 | $ - | - | - | - | 0 |
| Edelson, Justin K. | Shareholder | FR Bankruptcy and Restructuring | 05/01/2007 | $ 13,172.00 | 29.60 | 445.00 | - | 0 |
| Katona, Shanti M. | Shareholder | FR Bankruptcy and Restructuring | 05/01/2007 | $ 178.00 | 0.40 | 445.00 | - | 0 |
| Ward, Chris A. | Shareholder | FR Bankruptcy and Restructuring | 12/15/1999 | $ 11,880.00 | 17.60 | 675.00 | - | 0 |
| Ross, Matthew E. | Shareholder | BU Energy | 01/01/1999 | $ 13,680.00 | 24.00 | 570.00 | - | 0 |
| Vine, Jarrett K. | Associate | FR Bankruptcy and Restructuring | 01/01/2009 | $ 1,560.00 | 3.90 | 400.00 | - | 0 |
| Suprum, Lindsey M. | Paralegal | FR Bankruptcy and Restructuring | | $ 2,475.00 | 9.00 | 275.00 | - | 0 |
| | | | | $ 51,103.50 | 99.80 | 512.06 | | |

CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES WITH FEE APPLICATIONS

( See Guidelines C.3. for definitions of terms used in this Exhibit.)

| Category of Timekeeper (using categories already maintained by the firm) | BLENDED HOURLY RATE | |
|---|---|---|
| | BILLED OR COLLECTED<br>Firm or offices for preceding year, excluding bankruptcy | BILLED<br>In this fee application |
| Shareholder | $ 476.98 | $ 541.64 |
| Associate | $ 324.76 | $ 400.00 |
| Paralegal | $ 240.34 | $ 275.00 |
| | | |
| All timekeepers averaged | $ 467.16 | $ 512.06 |

# EXHIBIT C

**SUMMARY OF EXPENSE REIMBURSEMENT REQUESTED BY CATEGORY**

(See Guidelines C.8. for project category information.)

| Category | Amount | |
|---|---|---|
| On-Line Searches | $ | - |
| Meals | $ | 185.97 |
| Miscellaneous | $ | 30.00 |
| Transcript of Proceedings | $ | 88.80 |
| | **$** | **304.77** |

# EXHIBIT D

 **POLSINELLI**

**Invoice Detail**

For Professional Services Through 4/30/16
File No. 078582-475724
**Re: Energy Future Holdings Bankruptcy**

Page 39
May 24, 2016
Invoice No: 1288227

## Disbursements

| Date | Description | Amount |
|------|-------------|--------|
| 03/30/16 | Miscellaneous Telephonic Appearance - Justin Edelson A7516451 | $30.00 |
| 03/31/16 | On-Line Searches | 0.00 |
| 03/31/16 | On-Line Searches | 0.00 |
| 04/06/16 | Transcript of Proceedings electronic transcript | 15.60 |
| 04/08/16 | Transcript of Proceedings certified transcript | 73.20 |
| 04/08/16 | Meals working lunch on 3/31/16 | 72.38 |
| 04/11/16 | Meals working lunch (pickup/delivery) | 69.03 |
| 04/13/16 | Meals pickup/delivery working lunch | 44.56 |
|  | **Total Disbursements** | **$304.77** |

Total Disbursements       304.77

**Total Current Charges Due**       **$51,408.27**