Case 14-10979-CSS    Doc 8552-1    Filed 05/26/16    Page 1 of 2

## **EXHIBIT A**

**[Statement of Fees by Subject Matter]**

| Description | Total Hours Billed | Total Fees |
|---|---|---|
| [ALL] BK Retention and Fee Applications | 1.6 | $182.50 |
| [ALL] Case Administration | 1.6 | $402.50 |
| [ALL] Claims Administration & Objections | 0.9 | $270.00 |
| [ALL] Contested Matters & Adv. Proceed. | 0.6 | $210.00 |
| [ALL] Hearings | 0.5 | $175.00 |
| [ALL] Non-BK Fee/Employment Applications | 2.2 | $493.50 |
| [ALL] Plan and Disclosure Statement | 0.1 | $35.00 |
| **Total** | **7.5** | **$1,768.50** |