# EXHIBIT B

**[Attorney and Paraprofessionals Information]**

| Name of Professional Person | Position | Year Admitted and (State) | Department | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| David M. Klauder | Partner | 2012 (DE) 2008 (PA) 1999 (VA) | Bankruptcy | $350.00 | 3.9 | $1,365.00 |
| David M. Klauder | | | | $0.00 | 0.5 | $0.00 |
| Amy M. Huber | Paralegal | *Not Admitted | Litigation Support | $125.00 | 2.9 | $362.50 |
| Cory P. Stephenson | Associate | 2015 (DE) 2015 (PA) | Bankruptcy | $205.00 | 0.2 | $41.00 |
| **Total** | | | | | **7.5** | **$1,768.50** |