## **EXHIBIT C**

**[Summary of Actual and Necessary Expenses for the Fee Period]**

| Expense Category | Total Expenses |
| --- | ---: |
| Filing/Court Fees | $5.60 |
| **Total** | **$5.60** |