# **EXHIBIT D**

**[Detailed Description of Expenses and Disbursements]**

| Date | Category | Description | Total Expenses |
|---|---|---|---|
| 04-06-2016 | Filing/Court Fees | PACER | $0.10 |
| 04-15-2016 | Filing/Court Fees | PACER | $3.00 |
| 04-19-2016 | Filing/Court Fees | PACER | $0.30 |
| 04-27-2016 | Filing/Court Fees | PACER | $2.20 |
| **Total** | | | **$5.60** |