IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
| | ) **Re: D.I. 8507** |

**NOTICE OF DESIGNATION OF SUPPLEMENTAL BAR DATE IN ACCORDANCE WITH "ORDER (A) SETTING A SUPPLEMENTAL BAR DATE FOR NINETY SUBSEQUENTLY IDENTIFIED PARTIES, (B) APPROVING NOTICE THEREOF, AND (C) ESTABLISHING RELATED PROCEDURES" [D.I. 8507]**

PLEASE TAKE NOTICE that, on April 6, 2016, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the **Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order (A) Setting a Supplemental Bar Date for Ninety Subsequently Identified Parties, (B) Approving Notice Thereof, and (C) Establishing Related Procedures** [D.I. 8150] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that, on May 23, 2016, following notice and a hearing, the Bankruptcy Court entered its **Order (A) Setting a Supplemental Bar Date for Ninety Subsequently Identified Parties, (B) Approving Notice Thereof, and (C) Establishing Related Procedures** [D.I. 8507] (the "Supplemental Bar Date Order"). Pursuant to the Supplemental Bar Date Order, the Bankruptcy Court (a) authorized the Debtors to

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 14577803v.1

establish a Supplemental Bar Date[2] for the ninety Subsequently Identified Parties only, (b) approved the form of notice thereof, and (c) approved and established procedures that allow the Debtors to establish further supplemental deadlines for filing proofs of claim against them as necessary without having to seek further relief from the Bankruptcy Court, all as more fully set forth in the Motion.

PLEASE TAKE FURTHER NOTICE that, today, pursuant to the authority granted to them in the Supplemental Bar Date Order, the Debtors have established a Supplemental Bar Date of **June 27, 2016 at 5:00 p.m. (Eastern Daylight Time)** (*i.e.*, a date that is not less than thirty days from the date on which the Debtors shall serve the Supplemental Notice in accordance with paragraph 3 of the Supplemental Bar Date Order).

PLEASE TAKE FURTHER NOTICE that, pursuant to paragraph 5 of the Supplemental Bar Date Order, (i) the identity of each of the ninety Subsequently Identified Parties is set forth on **Exhibit 1** attached hereto; and (ii) a copy of the Supplemental Notice applicable to the Supplemental Bar Date is attached hereto as **Exhibit 2**.

PLEASE TAKE FURTHER NOTICE that, pursuant to paragraph 5 of the Supplemental Bar Date Order, the Debtors shall serve a copy of this Notice of Designation of Supplemental Bar Date on the Office of the United States Trustee for the District of Delaware on the date hereof.

PLEASE TAKE FURTHER NOTICE that, pursuant to paragraph 10 of the Supplemental Bar Date Order, the Debtors reserve all of their rights to set additional supplemental bar dates in the future consistent with the terms of the Supplemental Bar Date Order without having to seek further leave of the Bankruptcy Court.

---

[2] Capitalized terms used, but not otherwise defined, herein shall be given the same meanings ascribed to them in the Motion.

Dated: May 26, 2016
Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:    (302) 651-7701
Email:          collins@rlf.com
                   defranceschi@rlf.com
                   madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900
Email:          edward.sassower@kirkland.com
                   stephen.hessler@kirkland.com
                   brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:    (312) 862-2200
Email:          james.sprayregen@kirkland.com
                   marc.kieselstein@kirkland.com
                   chad.husnick@kirkland.com
                   steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession