## **EXHIBIT 1**

RLF1 14577803v.1

**Name**

ALCAN PRODUCTS CORPORATION
ALEBERICI CONSTRUCTORS INC
AMARYAH K BOCCHINO
ANA M MCCANN
ARMAND J DELLA PORTA JR
BECK COMPANY
BETH E VALOCCHI
BRIAN D TOME
BRISTOL MYERS SQUIBB COMPANY
BRYAN P SMITH
C. SCOTT REESE
CENTURY ALUMINUM COMPANY
CHAMPAIGN A&K INSULATION COMPA
CHRISTIAN J SINGEWALD
CHRISTOPHER VICECONTE
DANIEL P DALY
DEFENSE COORDINATING COUNSEL
DOZER, ROY
EAGLE, INC.
EILEEN M FORD
ENTERGY NEW ORLEANS, INC.
ERIC S THOMPSON
FISK ELECTRIC COMPANY
FRANCIS J MURPHY
FRASER BRACE & CO
GEORGE KOCH SONS LLC
GEORGIA-PACIFIC LLC (FKA GEORGIA-PACIFIC CORPORATION)
GOULDS ELECTRONICS INC
INDUSTRIAL CONTRACTORS INC
JAMES J HORNING JR.
JASON A CINCILLA
JESSICA L TYLER
JOEL M DONER
JOELLE W FLORAX
JONATHAN L PARSHALL
KIMBALL, ED
KLEIN TOOLS INC
LORETO P RUFO
MARC J PHILLIPS
MATTHEW P DONELSON
MATTHEW R PIERCE
MEGAN T MANTZAVINOS
NATHAN BARILLO
NEAL C GLENN
NEIMAN MARCUS INC
NICHOLAS E SKILES
PATRICK M BRANNIGAN

PAUL A BRADLEY
PAUL D SUNSHINE
PECO ENERGY
PETER J FABEN
PRAIRIE FARMS DAIRY INC
R. MARK TANEYHILL
RYAN W BROWNING
SALLY J DAUGHERTY
SARAH A FRUEHAUF
SHIRLEY, LOU
STEPHANIE E SMIERTKA
THE MCCARTY CORPORATION
TRAMMELL CROW COMPANY
WESTGROUP ADOLPHUS L P D/B/A THE ADOLPHUS HOTEL
WHITNEY L FRAME
WILLARD F PRESTON III
WILLIAM B LARSON JR.
WILLIAMS & DAVIS BOILERS INC (A TEXAS CORPORATION)
ABB, INC.
AIR & LIQUID SYSTEMS CORPORATION
ARKANSAS POWER & LIGHT COMPANY, LLC
ASCO VALVE, INC.
BECHTEL CORPORATION
BW/IP INTERNATIONAL, INC.
CBS CORPORATION
CRANE CO.
CROSBY VALVE, INC.
FLOWSERVE US, INC.
FMC CORPORATION
FOSTER WHEELER ENERGY CORPORATION
GENERAL ELECTRIC COMPANY
GOULD PUMPS, INCORPORATED
IMO INDUSTRIES, INC.
INGERSOLL RAND COMPANY
ITT CORPORATION f/k/a ITT INDUSTRIES, INC.
METROPOLITAN LIFE INSURANCE COMPANY
THE NASH ENGINEERING COMPANY
THE NORTH AMERICAN MANUFACTURING COMPANY
SEQUOIA VENTURES, INC.
SULZER PUMPS (US), INC.
TRANE US, INC.
UNION CARBIDE CORPORATION
VELAN VALVE CORPORATION