**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) ) | (Jointly Administered) |

**NOTICE OF INTENT OF THE BANK OF NEW YORK MELLON AND
THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. TO
PARTICIPATE IN DISCOVERY RELATED TO CONFIRMATION PROCEEDINGS**

Pursuant to the proposed *Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Joint Plan of Reorganization and the Approval of Debtors' Disclosure Statement* filed with the Court on May 4, 2016 (D.I. 8380) (as may be modified and entered by the Court, the "Confirmation Scheduling Order"), The Bank of New York Mellon ("BNYM") and The Bank of New York Mellon Trust Company, N.A. (the "BNYMTC" and collectively with BNYM, the "Trustees"), by and through their undersigned counsel, hereby provide notice of their intent to participate in discovery related to the Confirmation Proceedings.[2] In support thereof, the Trustees provide the following:

**I.    BNYM Information:**

1.    The address for BNYM is Attn: Dennis J. Roemlein, 601 Travis, 16th Floor, Houston, TX 77002.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Confirmation Scheduling Order (as proposed).

2. The name and address of counsel to BNYM is Kurt F. Gwynne, Reed Smith LLP, 1201 North Market Street, Suite 1500, Wilmington, Delaware 19801; Telephone: (302) 778-7500; Facsimile: (302) 778-7575; and Sarah K. Kam, Reed Smith LLP, 599 Lexington Avenue, New York, New York 10022; Telephone (212) 549-0284; Facsimile: (212) 521-5450.

3. BNYM's claims against the Debtors relate to the pollution control revenue refunding bonds and pollution control revenue bonds outstanding from time to time, including: (a) 7.70% Fixed Series 1999C due March 1, 2032; (b) 7.70% Fixed Series 1999A due April 1, 2033; (c) 6.30% Fixed Series 2003B due July 1, 2032; (d) 6.75% Fixed Series 2003C due October 1, 2038; (e) 5.40% Fixed Series 2003D due October 1, 2029; (f) 5.40% Fixed Series 1994A due May 1, 2029; (g) 5.00% Fixed Series 2006 due March 1, 2041; (h) 8.25% Fixed Series 2001A Due October 1, 2030; (i) 8/25% Fixed Series 2001D-1 due May 1, 2033; (k) 6.45% Fixed Series 2000A due June 1, 2021; (l) 5.80% Fixed Series 2003A due July 1, 2022; (m) 6.15% Fixed Series 2003B due August 1, 2022; (n) 5.20% Fixed Series 2001C due May 1, 2028; (o) 6.25% Fixed Series 2000A due May 1, 2028; (p) Series 1994B due May 1, 2029 (variable rate); (q) Series 1995A due April 1, 2030 (variable rate); (r) Series 1995B due June 1, 2030 (variable rate); (s) Series 2001B due May 1, 2029 (variable rate); (t) Series 2001C due May 1, 2036 (15% ceiling); (u) Floating Taxable Series 2001I due December 1, 2036; (v) Floating Series 2002A due May 1, 2037; (w) Series 2003A due April 1, 2038 (15% ceiling); (x) Series 1999B due September 1, 2034 (15% ceiling); (y) Floating Series 2001D-2 due May 1, 2033; (z) Series 2001A due May 1, 2022 (15% ceiling); (aa) Series 2001B due May 1, 2030 (15% ceiling); and (bb) Series 2001A due May 1, 2027 (variable rate) (collectively referred to as the "<u>PCRBs</u>"), for which BNYM is the indenture trustee.  BNYM filed claims related to the PCRBs which were assigned Claims Nos. 6266 through 6290.  BNYM filed additional claims for indemnity.

**II.     BNYMTC Information:**

4. The address for BNYMTC is Attn: Dennis J. Roemlein, 601 Travis, 16th Floor, Houston, TX 77002.

5. The name and address of counsel to BNYMTC is Kurt F. Gwynne, Reed Smith LLP, 1201 North Market Street, Suite 1500, Wilmington, Delaware 19801; Telephone: (302) 778-7500; Facsimile: (302) 778-7575; and Sarah K. Kam, Reed Smith LLP, 599 Lexington Avenue, New York, New York 10022; Telephone (212) 549-0284; Facsimile: (212) 521-5450.

6. BNYMTC's claims against the Debtors relate to:

  a. <u>EFCH 2037 Note Indenture:</u>  That certain Indenture, as amended or supplemented from time to time, dated December 1, 1995, by and between Energy Future Competitive Holdings Company LLC ("<u>EFCH</u>"), successor to TXU US Holdings Company, as issuer, and BNYMTC, as indenture trustee (the "<u>EFCH 2037 Note Indenture</u>"), related to the 8.175% fixed rate notes due January 30, 2037 and the 1.245% floating rate notes due January 30, 2037 both issued by EFCH pursuant to the EFCH 2037 Note Indenture.  BNYMTC filed claims related to the EFCH 2037 Note Indenture which were assigned Claims Nos. 6291 and 6292.

  b. <u>EFH 2033 Note Indenture:</u>  That certain Indenture, as amended or supplemented from time to time, dated July 3, 2003, by and among EFH Corp., as issuer, and BNYMTC, as indenture trustee (the "<u>EFH 2033 Note Indenture</u>"), related to the floating rate convertible notes due 2033 issued by EFH Corp. pursuant to the EFH 2033 Note Indenture.  BNYMTC filed a claim related to the EFH 2033 Note Indenture which was assigned Claim No. 6293.

| | |
|---|---|
| Dated: May 9, 2016<br>Wilmington, DE | Respectfully submitted,<br>REED SMITH LLP<br><br>*/s/ Kurt F. Gwynne*<br>Kurt F. Gwynne (Bar No. 3951)<br>1201 North Market Street, Suite 1500<br>Wilmington, DE 19801<br>Telephone: (302) 778-7500<br>Facsimile: (302) 778-7575<br>E-mail: kgwynne@reedsmith.com<br><br>-and-<br><br>Sarah K. Kam (*pro hac vice*)<br>599 Lexington Avenue<br>New York, NY 10022<br>Telephone: (212) 549-0284<br>Facsimile: (212) 521-5450<br>Email: skam@reedsmith.com<br><br>*Counsel to The Bank of New York Mellon and The Bank of New York Mellon Trust Company, N.A.* |