# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
| DELAWARE TRUST COMPANY, as TCEH First Lien Indenture Trustee, | Adversary Proceeding |
| Plaintiff, | Case No. 15-51239 (CSS) |
| -against- | |
| WILMINGTON TRUST, N.A., as First Lien Collateral Agent and First Lien Administrative Agent, | |
| Defendants, | |
| -and- | |
| MORGAN STANLEY CAPITAL GROUP INC., J. ARON & COMPANY, and TITAN INVESTMENT HOLDINGS LP, | |
| Intervenors. | |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
### HEARING ON JUNE 1, 2016 AT 10:00 A.M. (EASTERN TIME)[1]

## BY AGREEMENT OF THE PARTIES AND THE COURT, THE HEARING HAS BEEN CANCELLED

---

[1] Please note that the hearing is before the Honorable Christopher S. Sontchi in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801. Any person who wishes to appear telephonically at the hearing must contact COURTCALL, LLC at 866-582-6878 by noon one (1) day prior to the hearing.

{BAY:02902219v1}

**I. <u>MATTER GOING FORWARD</u>**

1. Motion of Delaware Trust Company for Stay Pending Appeal of Allocation Order Pursuant to Bankruptcy Rule 8007 [Filing Date: 3/23/16; Adv. D.I. 95]

   <u>Related Documents</u>:

   A. Order Granting Motion of Delaware Trust Company for Temporary Stay Pending Appeal of Allocation Order Pursuant to Bankruptcy Rule 8007 [Filing Date: 3/24/16; D.I. 104]

   B. Order Adjourning Hearing on Motion Of Delaware Trust Company For Temporary Stay Pending Appeal Of Allocation Order Pursuant To Bankruptcy Rule 8007 [Filing Date: 4/29/16; D.I. 117]

   C. Certification of Counsel Regarding Order Adjourning Hearing on Motion of Delaware Trust Company for Temporary Stay Pending Appeal of Allocation Order Pursuant to Bankruptcy Rule 8007 [Filing Date: 5/12/16; D.I. 119]

   D. Order Adjourning Hearing On Motion Of Delaware Trust Company For Temporary Stay Pending Appeal Of Allocation Order [Filing Date: 5/13/16; D.I. 120]

   <u>Response Deadline</u>: Updated Opposition Brief 4/15/16; Reply Brief 4/25/16

   <u>Responses Received</u>:

   A. Defendants' Brief in Opposition to Plaintiff's Motion for Stay Pending Appeal of Allocation Order Pursuant to Bankruptcy Rule 8007 [Filing Date: 3/24/16; D.I. 103]

   B. Intervenor Defendants' Updated Brief in Opposition to Plaintiff's Motion for Stay Pending Appeal of Allocation Order Pursuant to Bankruptcy Rule 8007 [Filing Date: 4/15/16; D.I. 112]

   C. Reply Brief in Further Support of Motion of Plaintiff-Appellant Delaware Trust Company for Stay Pending Appeal [Filing Date: 4/25/16; D.I. 113]

<u>Status</u>: The Parties have reached an agreement resolving the Intervenors' opposition to the Motion. Plaintiff will be filing a motion seeking court approval of the agreement. By agreement of the Parties and the Court, the hearing has been canceled.

| | |
|---|---|
| Dated: May 27, 2016<br>Wilmington, Delaware | **BAYARD, P.A.**<br><br>*/s/ GianClaudio Finizio*  _____<br>Neil B. Glassman (No. 2087)<br>GianClaudio Finizio (No. 4253)<br>222 Delaware Avenue, Suite 900<br>Wilmington, Delaware 19801<br>Telephone: (302) 655-5000<br>Facsimile: (302) 658-6395<br><br>-and-<br><br>**KOBRE & KIM LLP**<br>Michael S. Kim<br>Jeremy C. Hollembeak<br>Benjamin J.A. Sauter<br>Melanie L. Oxhorn<br>800 Third Avenue<br>New York, New York 10022<br>Telephone:  (212) 488-1200<br>Facsimile:  (212) 488-1220<br><br>*Attorneys for Appellant, Delaware Trust Company, as TCEH First Lien Indenture Trustee* |