## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors.[1] | ) (Jointly Administered) |
| | ) |
| | ) **Ref. Docket Nos. 8507 and 8553** |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

SID GARABATO, being duly sworn, deposes and says:

1. I am employed as a Manager, Client Services by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 26, 2016, I caused to be served:

   a) the "Notice of Designation of Supplemental Bar Date in Accordance with "Order (A) Setting a Supplemental Bar Date for Ninety Subsequently Identified Parties, (B) Approving Notice Thereof, and (C) Establishing Related Procedures" [D.I. 8507]," dated May 26, 2016 [Docket No. 8553], *relating to Docket No. 8507*, and

   b) a blank "Proof of Claim Form," a sample of which is annexed hereto as Exhibit A,

   by causing true and correct copies to be enclosed securely in postage pre-paid envelopes and delivered via first class mail to those parties listed in the annexed Exhibit B (the "Ninety Subsequently Identified Parties"). Defense Coordinating Counsel was confirmed as not a valid entry listed in the original schedule of the Ninety Subsequently Identified Parties; therefore, was not required to be noticed with the foregoing.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Sid Garabato

Sworn to before me this
27th day of May, 2016

_____
Notary Public

DIANE M. STREANY
Notary Public, State of New York
No. 01ST5003825
Qualified in Westchester County
Commission Expires November 2, 20 18

-2-

T:\CLIENTS\TXUENERG\AFFIDAVITS\BDN & POC SUPPLEMENTAL BAR DATE SUBSEQUENT IDENTIFIED PARTIES_RE DI 8507 & 8553_AFF_05-26-16.DOCX

# **<u>EXHIBIT A</u>**

| | |
|---|---|
| United States Bankruptcy Court for the District of Delaware<br>Energy Future Holdings Corp. Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>P.O. Box 4421<br>Beaverton, OR 97076-4421 | |
| **Name of Debtor:**<br>**Case Number:** | |
| | **For Court Use Only** |

# Proof of Claim (Official Form 410)

04/16

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. With the exception of 503(b)(9), do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

## Part 1: Identify the Claim

**1. Who is the current creditor?**
Name of the current creditor (the person or entity to be paid for this claim): _____

Other names the creditor used with the debtor: _____

**2. Has this claim been acquired from someone else?**   ☐ No   ☐ Yes.   From whom? _____

**3. Where should notices and payments to the creditor be sent?** Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) | **4. Does this claim amend one already filed?**<br>☐ No<br>☐ Yes.   Claim number on court claims register (if known) _____<br>Filed on _____<br>MM / DD / YYYY |
|---|---|---|
| _____<br>Name<br>_____<br>Number    Street<br>_____<br>City           State        ZIP Code<br>Country (if International): _____<br>Contact phone: _____<br>Contact email: _____ | _____<br>Name<br>_____<br>Number    Street<br>_____<br>City           State        ZIP Code<br>Country (if International): _____<br>Contact phone: _____<br>Contact email: _____ | **5. Do you know if anyone else has filed a proof of claim for this claim?**<br>☐ No<br>☐ Yes.   Who made the earlier filing?<br>_____ |

## Part 2: Give Information About the Claim as of the Date the Case Was Filed

| 6. Do you have any number you use to identify the debtor? | 7. How much is the claim? | 8. What is the basis of the claim? |
|---|---|---|
| ☐ No<br>☐ Yes.<br>Last 4 digits of the debtor's account or any number you use to identify the debtor:<br>____ ____ ____ ____ | $_____.<br>**Does this amount include interest or other charges?**<br>☐ No<br>☐ Yes.   Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.<br><br>_____ |

**9. Is all or part of the claim secured?**

☐ No

☐ Yes.    The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate.  If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other.  Describe: _____
_____

**Basis for perfection:** _____
_____

Attach redacted copies of documents, if any, that show evidence of perfection of security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**                                    $_____

**Amount of the claim that is secured:**    $_____

**Amount of the claim that is unsecured:** $_____
(The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any
default as of the date of the petition:** $_____

**Annual Interest Rate** (when case was filed) _____%

☐ Fixed    ☐ Variable

**10. Is this claim based on a lease?**

☐ No

☐ Yes.  **Amount necessary to cure any default as of the date of petition**.

$_____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

☐ No

☐ Yes. *Check one:*

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).

☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).

☐ Other.  Specify subsection of 11 U.S.C. § 507 (a)(__) that applies.

* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

**11. Is this claim subject to a right of setoff?**

☐ No

☐ Yes.  Identify the property:

_____

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

**Amount entitled to priority**

$_____

$_____

$_____

$_____

$_____

**13. Does this claim qualify as an Administrative Expense under 11 U.S.C. § 503(b)(9)?**

☐ No

☐ Yes.  **Amount that qualifies as an Administrative Expense under 11 U.S.C. § 503(b)(9)**: $_____

### Part 3:    Sign Below

**The person completing this proof of claim must sign and date it.  FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent.  Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other co-debtor.  Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  _____    _____
                        MM / DD / YYYY               Signature

**Print the name of the person who is completing and signing this claim:**

Name    _____
             First name              Middle name              Last name

Title    _____

Company _____
             Identify the corporate servicer as the company if the authorized agent is a servicer.

Address  _____
             Number            Street
         _____
             City                                    State              ZIP Code

Contact Phone _____    Email _____

# **EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| ABB, INC. | VICTOR CROWELL,RONALD HARRISON LEDBETTER, COGBILL, ARNOLD AND HARRISON PO BOX 185 FORT SMITH AR 72902 |
| AIR & LIQUID SYSTEMS CORPORATION | JOHN F. PEISERICH PPGMR LAW PO BOX 251618 LITTLE ROCK AR 72225 |
| ALCAN PRODUCTS CORPORATION | THREE RAVINIA DRIVE SUITE 1600 ATLANTA GA 30346-2133 |
| ALEBERICI CONSTRUCTORS INC | 8121 US-69 KANSAS CITY MO 64119 |
| AMARYAH K BOCCHINO | MANION GAYNOR & MANNING LLP 1007 N. ORANGE STREET 10TH FLOOR WILMINGTON DE 19801 |
| ANA M MCCANN | MARSHALL DENNEHEY WARNER COLEM 1220 N. MARKET STREET, 5TH FLR P.O. BOX 8888 WILMINGTON DE 19899 |
| ARKANSAS POWER & LIGHT COMPANY, LLC | THOMAS G. WILLIAMS QUATTLEBAUM, GROOMS, TULL AND BARROW 111 CENTER ST, STE 1900 LITTLE ROCK AR 72201 |
| ARMAND J DELLA PORTA JR | MARSHALL DENNEHEY WARNER COLEM 1220 N. MARKET STREET, 5TH FLR P.O. BOX 8888 WILMINGTON DE 19899 |
| ASCO VALVE, INC. | ROBERT DODSON DODSON AND DODSON 2005 MOORES LANE, PO BOX 1877 TEXARKANA TX 75504 |
| BECHTEL CORPORATION | THE CORPORATION COMPANY 124 WEST CAPITOL AVE SUITE 1900 LITTLE ROCK AR 72201 |
| BECK COMPANY | 3500 LENOX ROAD, SUITE 250 ATLANTA GA 30326 |
| BETH E VALOCCHI | SWARTZ CAMPBELL LLC 300 DELAWARE AVENUE, STE 1410 P.O. BOX 330 WILMINGTON DE 19899 |
| BRIAN D TOME | ECKERT SEAMANS CHERIN & MELLOT 222 DELAWARE AVENUE, 7TH FL WILMINGTON DE 19801 |
| BRISTOL MYERS SQUIBB COMPANY | 345 PARK AVENUE NEW YORK NY 10154 |
| BRYAN P SMITH | MANION GAYNOR & MANNING LLP 1007 N. ORANGE STREET 10TH FLOOR WILMINGTON DE 19801 |
| BW/IP INTERNATIONAL, INC. | J. DENNIS CHAMBERS ATCHLEY, RUSSELL, WALDROP & HLAVINKA 1710 MOORES LANE, P.O. BOX 5517 TEXARKANA TX 75505 |
| C. SCOTT REESE | COOCH AND TAYLOR, P.A. 1000 WEST STREET 10TH FLOOR WILMINGTON DE 19801 |
| CBS CORPORATION | GENE WILLIAMS SMITH, WILLIAMS & MEEKS 500 BROADWAY PLACE, SUITE 404 LITTLE ROCK AR 72201 |
| CENTURY ALUMINUM COMPANY | U.S. HIGHWAY 52 GOOSECREEK SC 29445 |
| CHAMPAIGN A&K INSULATION COMPANY | 2703 W SPRINGFIELD AVE CHAMPAIGN IL 61821 |
| CHRISTIAN J SINGEWALD | WHITE AND WILLIAMS LLP 824 N. MARKET STREET, STE. 902 P.O. BOX 709 WILMINGTON DE 19899 |
| CHRISTOPHER VICECONTE | GIBBONS PC 1000 N. WEST STREET, STE 1200 WILMINGTON DE 19801 |
| CRANE CO. | JAMES SIMPSON FRIDAY, ELDREDGE & CLARK 400 WEST CAPITOL AVE, SUITE 2000 LITTLE ROCK AR 72201 |
| CROSBY VALVE, INC. | 55 CABOT BLVD MANSFIELD MA 02048 |
| DANIEL P DALY | KELLEY JASONS MCGOWAN SPINELLI THE WEBSTER BLDG, SUITE 209 3411 SILVERSIDE ROAD WILMINGTON DE 19810 |
| DOZER, ROY | ENTERGY NEW ORLEANS INC C/O KENNETH P CARTER 639 LOYOLA AVE 26TH FL NEW ORLEANS LA 70113 |
| EAGLE, INC. | MONGOMERY, BARNETT, BROWN, READ, HAMMOND ATTN: LAWRENCE G. PUGH, III 3200 ENERGY CENTER, 1100 POYDRAS ST NEW ORLEANS LA 70163 |
| EILEEN M FORD | MARKS O'NEILL O'BRIEN & COURTN 300 DELAWARE AVENUE, 9TH FLOOR SUITE 900 WILMINGTON DE 19801 |
| ENTERGY NEW ORLEANS, INC. | ATTN: KENNETH P. CARTER 639 LOYOLA AVE, 26TH FL NEW ORLEANS LA 70113 |
| ERIC S THOMPSON | MCGIVNEY AND KLUGER, P.C. ONE COMMERCE CENTER 1201 ORANGE STREET, SUITE 501 WILMINGTON DE 19801 |
| FISK ELECTRIC COMPANY | 10855 WESTVIEW DRIVE HOUSTON TX 77043 |
| FLOWSERVE US, INC. | THE CORPORATION COMPANY 124 WEST CAPITOL AVE, SUITE 1900 LITTLE ROCK AR 72201 |
| FMC CORPORATION | J. DENNIS CHAMBERS ATCHLEY, RUSSELL, WALDROP & HLAVINKA 1710 MOORES LANE, P.O. BOX 5517 TEXARKANA TX 75505 |
| FOSTER WHEELER ENERGY CORPORATION | VICTOR CROWELL,RONALD HARRISON LEDBETTER, COGBILL, ARNOLD AND HARRISON PO BOX |

| Claim Name | Address Information |
|---|---|
| FOSTER WHEELER ENERGY CORPORATION | 185 FORT SMITH AR 72902 |
| FRANCIS J MURPHY | MURPHY & LANDON 1011 CENTRE ROAD, SUITE 210 WILMINGTON DE 19805 |
| FRASER BRACE & CO | C/O FRANKLIN HOLLIS 9 CAPITOL ST CONCORD NH 03301 |
| GENERAL ELECTRIC COMPANY | THE CORPORATION COMPANY 124 WEST CAPITOL AVE, SUITE 1900 LITTLE ROCK AR 72201 |
| GEORGE KOCH SONS LLC | 10 S 11TH AVE EVANSVILLE IN 47712 |
| GEORGIA-PACIFIC LLC | FKA GEORGIA-PACIFIC CORPORATION BAILEY, MELVIN DAVID 1209 ORANGE STREET WILMINGTON DE 19801 |
| GOULD PUMPS, INCORPORATED | J. DENNIS CHAMBERS ATCHLEY, RUSSELL, WALDROP & HLAVINKA 1710 MOORES LANE, P.O. BOX 5517 TEXARKANA TX 75505 |
| GOULDS ELECTRONICS INC | 34929 CURTIS BLVD WILLOUGHBY OH 44095 |
| IMO INDUSTRIES, INC. | JONATHAN PRAZAK BOYD & BURGESS 2301 MOORES LANE, PO BOX 6297 TEXARKANA TX 75505 |
| INDUSTRIAL CONTRACTORS INC | 701 CHANNEL DR BISMARCK ND 58501 |
| INGERSOLL RAND COMPANY | JOHN PARSONS FORMAN, PERRY, WAKINS, KRUTZ & TARDY 2001 BRYAN ST. SUITE 1300 DALLAS TX 75201 |
| ITT CORPORATION F/K/A ITT INDUSTIRES INC | J. DENNIS CHAMBERS ATCHLEY, RUSSELL, WALDROP & HLAVINKA 1710 MOORES LANE, P.O. BOX 5517 TEXARKANA TX 75505 |
| JAMES J HORNING JR. | REILLY JANICZEK & MCDEVITT 2500 MCCLELLAN BOULEVARD KEVON OFFICE CENTER, SUITE 240 MERCHANTVILLE NJ 08109 |
| JASON A CINCILLA | MANION GAYNOR & MANNING LLP 1007 N. ORANGE STREET 10TH FLOOR WILMINGTON DE 19801 |
| JESSICA L TYLER | MARSHALL DENNEHEY WARNER COLEM 1220 N. MARKET STREET, 5TH FLR P.O. BOX 8888 WILMINGTON DE 19899 |
| JOEL M DONER | ECKERT SEAMANS CHERIN & MELLOT 222 DELAWARE AVENUE 7TH FLOOR WILMINGTON DE 19801 |
| JOELLE W FLORAX | RAWLE & HENDERSON LLP 300 DELAWARE AVENUE, STE 1105 P.O. BOX 588 WILMINGTON DE 19899 |
| JONATHAN L PARSHALL | MURPHY & LANDON 1011 CENTRE ROAD, SUITE 210 WILMINGTON DE 19805 |
| KIMBALL, ED | 2835 LAKESHORE DRIVE MANDEVILLE LA 70448 |
| KLEIN TOOLS INC | 450 BOND STREET PO BOX 1418 LINCOLNSHIRE IL 60069-1418 |
| LORETO P RUFO | RUFO ASSOCIATES, P.A. 1252 OLD LANCASTER PIKE HOCKESSIN DE 19707 |
| MARC J PHILLIPS | MANION GAYNOR & MANNING LLP 1007 N. ORANGE STREET 10TH FLOOR WILMINGTON DE 19801 |
| MATTHEW P DONELSON | ECKERT SEAMANS CHERIN & MELLOT 222 DELAWARE AVENUE, 7TH FL WILMINGTON DE 19801 |
| MATTHEW R PIERCE | MANION GAYNOR & MANNING LLP 1007 N. ORANGE STREET 10TH FLOOR WILMINGTON DE 19801 |
| MEGAN T MANTZAVINOS | MARKS O'NEILL O'BRIEN DOHERTY 300 DELAWARE AVE., SUITE 900 WILMINGTON DE 19801 |
| METROPOLITAN LIFE INSURANCE COMPANY | STUART MILLER MITCHELL WILLIAMS SELIG GATES & WOODYARD 425 WEST CAPITOL AVE. SUITE 1800 LITTLE ROCK AK 72201 |
| NATHAN BARILLO | MANION GAYNOR & MANNING LLP 1007 N. ORANGE STREET 10TH FLOOR WILMINGTON DE 19801 |
| NEAL C GLENN | KELLEY JASONS MCGOWAN SPINELLI THE WEBSTER BLDG, SUITE 209 3411 SILVERSIDE ROAD WILMINGTON DE 19810 |
| NEIMAN MARCUS INC | 1618 MAIN ST DALLAS TX 75201 |
| NICHOLAS E SKILES | TWO LIBERTY PLACE 505 16TH STREET 28TH FLOOR PHIDELPHIA PA 19102 |
| PATRICK M BRANNIGAN | SWARTZ CAMPBELL LLC 300 DELAWARE AVE., SUITE 1410 WILMINGTON DE 19801 |
| PAUL A BRADLEY | MARON MARVEL BRADLEY & ANDERSON 1201 N. MARKET STREET, STE.900 WILMINGTON DE 19899 |
| PAUL D SUNSHINE | MCGIVNEY AND KLUGER, P.C. ONE COMMERCE CENTER 1201 ORANGE STREET, SUITE 501 WILMINGTON DE 19801 |
| PECO ENERGY | 300 FRONT ST CONSHOHOCKEN PA 19428 |
| PETER J FABEN | WILBRAHAM LAWLER & BUBA 901 N. MARKET STREET, STE. 810 WILMINGTON DE 19801 |

| Claim Name | Address Information |
|---|---|
| PRAIRIE FARMS DAIRY INC | 234 S PINE ST BROOKFIELD MO 64628 |
| R. MARK TANEYHILL | REILLY JANICZEK & MCDEVITT 1013 CENTRE ROAD SUITE 210 WILMINGTON DE 19805 |
| RYAN W BROWNING | MANION GAYNOR & MANNING LLP 1007 N. ORANGE STREET 10TH FLOOR WILMINGTON DE 19801 |
| SALLY J DAUGHERTY | SALMON RICCHEZZA SINGER & TURC 222 DELAWARE AVENUE 11TH FLOOR WILMINGTON DE 19801 |
| SARAH A FRUEHAUF | MARSHALL DENNEHEY WARNER COLEM 1220 N. MARKET STREET, 5TH FLR P.O. BOX 8888 WILMINGTON DE 19899 |
| SEQUOIA VENTURES, INC. | THE CORPORATION TRUST COMPANY CORPORATION TRUST CTR, 1209 ORANGE ST WILMINGTON DE 19801 |
| SHIRLEY, LOU | ENTERGY NEW ORLEANS INC C/O KENNETH P CARTER 639 LOYOLA AVE 26TH FL NEW ORLEANS LA 70113 |
| STEPHANIE E SMIERTKA | MANION GAYNOR & MANNING LLP 1007 N. ORANGE STREET 10TH FLOOR WILMINGTON DE 19801 |
| SULZER PUMPS (US), INC. | THOMAS B. STALEY ROBINSON, STALEY & DUKE 400 WEST CAPITOL AVE, SUITE 2891 LITTLE ROCK AR 72201 |
| THE MCCARTY CORPORATION | ATTN: PAIUL H. SPAHT 445 NORTH BLVD. STE 300 BATON ROUGE LA 70802 |
| THE NASH ENGINEERING COMPANY | JASON GOODNIGHT FRANDEN, WOODARD, FARRIS, QUILLIN, ET AL 2 WEST 2ND ST. SUITE 900 TULSA OK 74103 |
| THE NORTH AMERICAN MANUFACTURING COMPANY | THOMAS B. STALEY ROBINSON, STALEY & DUKE 400 WEST CAPITOL AVE, SUITE 2891 LITTLE ROCK AR 72201 |
| TRAMMELL CROW COMPANY | ATTN: KIMBERLY MEYER ONE ARTS PLAZA 1722 ROUTH ST STE 1313 DALLAS TX 75205 |
| TRANE US, INC. | JOHN PARSONS FORMAN, PERRY, WAKINS, KRUTZ & TARDY 2001 BRYAN ST. SUITE 1300 DALLAS TX 75201 |
| UNION CARBIDE CORPORATION | DAVID HARDWICKE KUCHLER, POLK, SCHELL, WEINER & RICHESON 1715 NORTHPARK DRIVE, SUITE A KINGWOOD TX 77339 |
| VELAN VALVE CORPORATION | JOHN PARSONS FORMAN, PERRY, WAKINS, KRUTZ & TARDY 2001 BRYAN ST. SUITE 1300 DALLAS TX 75201 |
| WESTGROUP ADOLPHUS LP | D/B/A THE ADOLPHUS HOTEL 1321 COMMERCE STREET DALLAS TX 75202 |
| WHITNEY L FRAME | CHAMBERS OF COURT OF COMMON PL 500 N. KING STREET WILMINGTON DE 19801 |
| WILLARD F PRESTON III | GOLDFEIN & JOSEPH PC 3513 CONCORD PIKE, SUITE 2000 WILMINGTON DE 19803 |
| WILLIAM B LARSON JR. | MANION GAYNOR & MANNING LLP 1007 N. ORANGE STREET 10TH FLOOR WILMINGTON DE 19801 |
| WILLIAMS & DAVIS BOILERS INC | COOPER, ANDREW BRIAN 2044 S.I-45 DALLAS TX 75201 |

**Total Creditor count  89**