# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>　　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>Jointly Administered |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on May 27, 2016, counsel to American Stock Transfer & Trust Company, LLC, as successor trustee to The Bank of New York Mellon Trust Company, N.A. (in such capacity, the "EFH Indenture Trustee") under the indentures for certain notes issued by EFH Future Holdings Corp. ("EFH Corp.") caused true and accurate copies of  **(i) EFH Indenture Trustee's First Set of Requests for Production of Documents and Interrogatories to the Debtors in Connection with Confirmation of the Debtors' Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code; (ii) EFH Indenture Trustee's First Set of Requests for Production of Documents and Interrogatories to Delaware Trust Company (f/k/a CSC Trust Company of Delaware), as Successor Trustee, in Connection with Confirmation of the Debtors' Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code; (iii) EFH Indenture Trustee's First Set of Requests for Production of Documents and Interrogatories to the Ad Hoc Committee of EFIH Unsecured Noteholders and the EFIH Unsecured Notes Trustee in Connection with Confirmation of the Debtors' Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code; (iv) EFH Indenture Trustee's First Set of Requests for Production of Documents and Interrogatories to Computershare Trust Company, N.A. and Computer Share Trust Company of Canada, as Indenture Trustee, and the Certain Holders of the Second Lien Notes, in Connection with Confirmation of the Debtors' Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code; (v) EFH Indenture Trustee's First Set of Requests for Production of Documents and Interrogatories to the Ad Hoc Committee Of TCEH First Lien Creditors in Connection with Confirmation of the Debtors' Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code; (vi) EFH Indenture Trustee's First Set of Requests for Production of Documents and Interrogatories to Wilmington Trust Company, N.A. as Successor Administrative Agent and Collateral Agent, in Connection with Confirmation of the**

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification Numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

**Debtors' Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code** to be served via electronic mail upon the Participating Parties service list set up by the Debtors at EFH_DS_Discovery_Service_List@kirkland.com.

Dated: Wilmington, DE  
      May 27, 2016

**CROSS & SIMON, LLC**

*/s/ Joseph Grey*  
Christopher P. Simon (No. 3697)  
Joseph Grey (No. 2358)  
1105 North Market Street, Suite 901  
Wilmington, Delaware 19801  
Telephone: (302) 777-4200  
Facsimile: (302) 777-4224  
Email: csimon@crosslaw.com  
        jgrey@crosslaw.com

*Counsel to American Stock Transfer & Trust Company, LLC, as EFH Indenture Trustee*