**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., et al., | Case No. 14-10979 (CSS) |
| DEBTORS. | (Jointly Administered) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that, in connection with the Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Joint Plan of Reorganization and the Approval of the Debtors' Disclosure Statement (D.I. 8514), the below-listed discovery documents were served on May 27, 2016 via electronic mail on the Participating Parties at the following electronic mail address set up by the Debtors to allow for service on all Participating Parties:

EFH_DS_Discovery_Service_List@kirkland.com

1.   Request to the TCEH Unsecured Ad Hoc Group for the Production of Documents Propounded by The Bank of New York Mellon, as Indenture Trustee, and The Bank of New York Mellon Trust Company, N.A., as Indenture Trustee; and

2.   Interrogatories Propounded by The Bank of New York Mellon, as Indenture Trustee, and The Bank of New York Mellon Trust Company, N.A., as Indenture Trustee, to the TCEH Unsecured Ad Hoc Group

Dated:  May 31, 2016
Wilmington, Delaware

Respectfully submitted,

REED SMITH LLP

*/s/ Kurt F. Gwynne*
Kurt F. Gwynne (Bar No. 3951)
1201 North Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 778-7500
Facsimile: (302) 778-7575
E-mail:  kgwynne@reedsmith.com

-and-

- 2 -

Sarah K. Kam (*pro hac vice*)
599 Lexington Avenue
New York, NY 10022
Telephone:  (212) 549-0284
Facsimile:  (212) 521-5450
Email:  skam@reedsmith.com

Counsel to The Bank of New York Mellon,
in its capacity as the PCRB Trustee, and
The Bank of New York Mellon Trust
Company, N.A., in its capacity as the EFCH
2037 Notes Trustee