**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that, in connection with the *Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Joint Plan of Reorganization and the Approval of Debtors' Disclosure Statement [D.IO. 8514],* the discovery documents listed below were served on May 27, 2016, via electronic mail on the Participating Parties at the following email address set up by the Debtors to allow for service on all Participating Parties:

EFH_DS_Discovery_Service_List@kirkland.com

1) Contrarian Capital Management, LLC's First Requests for Production of Documents to Debtors Pursuant to Rules 7026 and 7034; and

2) Contrarian Capital Management, LLC's First Requests for Production of Documents to the TCEH First Lien Ad Hoc Committee Pursuant to Rules 7026 and 7034;

[Remainder of Page Intentionally Left Blank]

Dated: May 31, 2016
       Wilmington, Delaware

                        HOGAN♦MCDANIEL

                        By: /s/: Garvan F. McDaniel
                        Garvan F. McDaniel, Esq.
                        1311 Delaware Avenue
                        Wilmington, Delaware 19806
                        Telephone:  (302) 656-7540
                        Facsimile:  (302) 656-7599
                        Email: gfmcdaniel@dkhogan.com

                                – and –

                        KASOWITZ, BENSON, TORRES
                          & FRIEDMAN LLP

                        David S. Rosner, Esq.
                        Andrew K. Glenn, Esq.
                        Daniel A. Fliman, Esq.
                        1633 Broadway
                        New York, New York 10019
                        Telephone:  (212) 506-1700
                        Facsimile:  (212) 506-1800
                        Email: DRosner@kasowitz.com
                              AGlenn@kasowitz.com
                              DFliman@kasowitz.com

                        *Counsel to Contrarian Capital Management, LLC*