# **CERTIFICATE OF SERVICE**

I, Garvan F. McDaniel, hereby certify that on May 31, 2016, I caused a copy of the foregoing *Notice of Service* to be served, via electronic mail, upon the Participating Parties at the following email address set up by the Debtors to allow for service on all Participating Parties:

EFH_DS_Discovery_Service_List@kirkland.com


Dated:  May 31, 2016

                                                  /s/ Garvan F. McDaniel
                                                  Garvan F. McDaniel (No. 4167)