**CERTIFICATE OF SERVICE**

    I, Christopher P. Simon, hereby certify that on May 31, 2016, I caused a true and correct copy of the **Objection of EFH Indenture Trustee to Approval of Disclosure Statement for the Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code** to be served upon the parties listed on the attached service list via CM/ECF and/or in the manners indicated thereon.

                                      */s/ Christopher P. Simon*
                                      Christopher P. Simon (No. 3697)

**SERVICE LIST**

| | |
|---|---|
| **VIA ELECTRONIC MAIL**<br>**& FIRST CLASS MAIL**<br>RICHARDS, LAYTON & FINGER, P.A.<br>Mark D. Collins, Esq.<br>Daniel J. DeFranceschi, Esq.<br>Jason M. Madron, Esq.<br>920 North King Street<br>Wilmington, Delaware 19801<br>Email: collins@rlf.com<br>           defranceschi@rlf.com<br>           madron@rlf.com | **VIA ELECTRONIC MAIL**<br>**& FIRST CLASS MAIL**<br>KIRKLAND & ELLIS LLP<br>KIRKLAND & ELLIS INTERNATIONAL LLP<br>Edward O. Sassower, P.C.<br>Stephen E. Hessler , Esq.<br>Brian E. Schartz, Esq.<br>601 Lexington Avenue<br>New York, New York 10022-4611<br>Email: edward.sassower@kirkland.com<br>           stephen.hessler@kirkland.com<br>           brian.schartz@kirkland.com |
| **VIA ELECTRONIC MAIL**<br>**& FIRST CLASS MAIL**<br>KIRKLAND & ELLIS LLP<br>KIRKLAND & ELLIS INTERNATIONAL LLP<br>James H.M. Sprayregen, P.C.<br>Marc Kieselstein, P.C.<br>Chad J. Husnick , Esq.<br>Steven N. Serajeddini, Esq.<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Email: james.sprayregen@kirkland.com<br>           marc.kieselstein@kirkland.com<br>           chad.husnick@kirkland.com<br>           steven.serajeddini@kirkland.com | **VIA ELECTRONIC MAIL**<br>**& FIRST CLASS MAIL**<br>PROSKAUER ROSE LLP<br>Jeff J. Marwil, Esq.<br>Mark K Thomas, Esq.<br>Peter J. Young, Esq.<br>Three First National Plaza<br>70 W. Madison St, Ste. 3800<br>Chicago, IL 60602<br>Email: jmarwil@proskauer.com<br>           mthomas@proskauer.com<br>           pyoung@proskauer.com |
| **VIA ELECTRONIC MAIL**<br>**& FIRST CLASS MAIL**<br>BIELLI & KLAUDER LLC<br>David M. Klauder, Esq.<br>1204 N King Street<br>Wilmington, DE 19801<br>Email: dklauder@bk-legal.com | **VIA ELECTRONIC MAIL**<br>**& FIRST CLASS MAIL**<br>MUNGER, TOLLES & OLSON LLP<br>Thomas B. Walper, Esq.<br>Todd J. Rosen, Esq.<br>Seth Goldman, Esq.<br>John W. Spiegel, Esq.<br>355 S. Grand Ave, 35th Floor<br>Los Angeles, CA 90071<br>Email: Thomas.Walper@mto.com<br>           Todd.Rosen@mto.com<br>           Seth.Goldman@mto.com<br>           John.Spiegel@mto.com |

**VIA ELECTRONIC MAIL
& FIRST CLASS MAIL**
MCELROY, DEUTSCH, MUVANEY, & CARPENTER, LLP
David P. Primack, Esq.
300 Delaware, Ste. 770
Wilmington, Delaware 19801
Email: dprimack@mdmc-law.com

**VIA ELECTRONIC MAIL
& FIRST CLASS MAIL**
CRAVATH, SWAIN, & MOORE LLP
Michael A. Paskin, Esq.
Trevor M. Broad, Esq.
Worldwide Plaza
825 Eighth Ave.
New York, NY 10019-7475
Email: mpaskin@cravath.com
           tbroad@cravath.com

**VIA ELECTRONIC MAIL
& FIRST CLASS MAIL**
STEVENS & LEE PC
Joseph H. Huston, Jr. , Esq.
919 North Market Street, Suite 1300
Wilmington, DE 19801
Email: jhh@stevenslee.com

**VIA ELECTRONIC MAIL
& FIRST CLASS MAIL**
JENNER & BLOCK LLP
Richard Levin, Esq.
919 Third Ave.
New York, NY 10022-3908
Email: rlevin@jenner.com

**VIA ELECTRONIC MAIL
& FIRST CLASS MAIL**
THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE
Richard L. Schepacarter, Esq.
Andrea B. Schwartz, Esq.
844 King Street, Suite 2207
Wilmington, Delaware 19801
Email: richard.schepacarter@usdoj.gov
           andrea.schwartz@usdoj.gov

**VIA ELECTRONIC MAIL
& FIRST CLASS MAIL**
MORRISON & FOERSTER LLP
James M. Peck, Esq.
Brett H. Miller, Esq.
Lorenzo Marinuzzi, Esq.
Todd M. Goren, Esq.
Samantha Martin, Esq.
250 West 55th Street
New York, New York 10019
Email: jpeck@mofo.com
           brettmiller@mofo.com
           lmarinuzzi@mofo.com
           tgoren@mofo.com
           smartin@mofo.com

**VIA ELECTRONIC MAIL
& FIRST CLASS MAIL**
POLSINELLI PC
Christopher A. Ward, Esq.
Justin K. Edelson, Esq.
Shanti M. Katona, Esq.
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Email: cward@polsinelli.com
           jedelson@polsinelli.com
           skatona@polsinelli.com

**VIA ELECTRONIC MAIL
& FIRST CLASS MAIL**
SULLIVAN & CROMWELL LLP
Andrew G. Dietderich, Esq.
Brian D. Glueckstein, Esq.
Michael H. Torkin, Esq.
125 Broad St.
New York, NY 10004
Email: dietdericha@sullcrom.com
           gluecksteinb@sullcrom.com
           torkinm@sullcrom.com

**VIA ELECTRONIC MAIL**
**& FIRST CLASS MAIL**
MONTGOMERY, MCCRACKEN,
WALKER, & RHOADS LLP
Natalie D. Ramsey, Esq.
Davis Lee Wright, Esq.
Mark A. Fink, Esq.
1105 N. Market St., 15th FL
Wilmington, DE 19801
Email: nramsey@mmwr.com
　　　　dwright@mmwr.com
　　　　mfink@mmwr.com