## EXHIBIT B

**Attorneys and Paraprofessionals' Information**

The RL&F attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Mark D. Collins | Director | 1991 | Bankruptcy | $850 | 0.2 | $170.00 |
| Daniel J. DeFranceschi | Director | 1989 | Bankruptcy | $775 | 22.7 | $17,592.50 |
| Jason M. Madron | Counsel | 2003 | Bankruptcy | $550 | 131.8 | $72,490.00 |
| Joseph C. Barsalona II | Associate | 2014 | Bankruptcy | $360 | 31.8 | $11,448.00 |
| Andrew M. Dean | Associate | 2015 | Bankruptcy | $295 | 3.9 | $1,150.50 |
| **Total** | | | | | | **$102,851.00** |

The paraprofessionals of RL&F who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Barbara J. Witters | Paralegal | 16 | Bankruptcy | $240 | 64.1 | $15,384.00 |
| Ann Jerominski | Paralegal | 16 | Bankruptcy | $240 | 0.8 | $192.00 |
| Rebecca V. Speaker | Paralegal | 14 | Bankruptcy | $240 | 4.4 | $1,056.00 |
| Caroline E. Dougherty | Paralegal | 1 | Bankruptcy | $240 | 0.4 | $96.00 |
| **Total** | | | | | | **$16,728.00** |
| | | | | **Total Fees** | | **$119,579.00** |