## EXHIBIT E

## Detailed Description of Meal Expenses

| Date | Restaurant/ Provider | Meal | Number of People | Description | Average Amount Per Person | Amount |
|---|---|---|---|---|---|---|
| 4/6/2016 | DiMeo's Pizzaiuoli Napulitani | Dinner | 1 | Working meal for RL&F team member in connection with after-hours preparation and filing of Kirkland & Ellis February 2016 monthly fee statement and supplemental bar date motion | $17.99 | $17.99 |
| 4/25/2016 | Chelsea Tavern | Dinner | 1 | Working meal for RL&F team member in connection with after-hours preparation and filing of 4/27/16 amended agenda and notice of telephonic status hearing | $14.69 | $14.69 |
| **TOTALS** | | | | | | $32.68 |