## EXHIBIT A

### Statement of Fees by Subject Matter

| Task Code # | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 813 | Fee/Employment Applications | 6.90 | $4,207.50 |
| EFH.ET | Energy Trading | 89.20 | $63,988.00 |
|  | **TOTAL** | **96.10** | **$68,195.50** |

*NY 245891033v1*