## EXHIBIT B

### Professionals' Information

The Greenberg Traurig, LLP professionals who rendered professional services in this case during the Fee Period are:

| Professional Person | Position with the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Iskender H. Catto | Shareholder | $850 | 43.20 | $36,720.00 |
| Ryan A. Wagner | Associate | $595 | 52.90 | $31,475.50 |
| **Total** | | | **96.10** | **$68,195.50** |

*NY 245891033v1*