## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

**TCEH – Expense Summary**

| Service Description | Service Provider | Amount |
|---|---|---|
| Airfare | United Airlines | $436.10 |
| Lodging | Renaissance Dallas Hotel | $930.15 |
| Car Rental | Budget Rental | $225.00 |
| Parking | Various Vendors | $174.87 |
| Business Meal | Renaissance Dallas Hotel | $46.76 |
| Miscellaneous | Shell Gas | $8.14 |
| **TOTAL** | | **$1,821.02** |