# EXHIBIT D

**Detailed Description of Expenses and Disbursements**

*NY 245891033v1*

**Expense Detail by Category**

**April 1, 2016 through April 30, 2016**

*AIRFARE*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | April 11, 2016 | $436.10 | Roundtrip Airfare Coach Newark/Dallas |

**Expense Category Total:**        **$436.10**

*LODGING*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | April 18, 2016 | $310.05 | Renaissance Dallas Hotel |
| Iskender H. Catto | April 19, 2016 | $310.05 | Renaissance Dallas Hotel |
| Iskender H. Catto | April 20, 2016 | $310.05 | Renaissance Dallas Hotel |

**Expense Category Total:**        **$930.15**

*TRANSPORTATION*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | April 18, 2016 – April 20, 2016 | $225.00 | Budget Car Rental (3 days @ $75.00/day, taxes and fees included) |

**Expense Category Total:**        **$134.17**

*PARKING*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | April 19, 2016 | $9.00 | Stall Parking |
| Iskender H. Catto | April 20, 2016 | $9.00 | Stall Parking |
| Iskender H. Catto | April 21, 2016 | $58.47 | Renaissance Dallas Hotel Parking |
| Iskender H. Catto | April 22, 2016 | $98.40 | Newark Liberty International Airport |

*NY 245891033v1*

|  |  |  | Parking |
|---|---|---|---|

**Expense Category Total:**      **$174.87**

## *BUSINESS MEALS*

| **Professional/Service** | **Date** | **Expense** | **Expense Description** |
|---|---|---|---|
| Iskender H. Catto | April 21, 2016 | $46.76 | Renaissance Dallas Hotel Meal |

**Expense Category Total:**      **$46.76**

## *MISCELLANEOUS*

| **Professional/Service** | **Date** | **Expense** | **Expense Description** |
|---|---|---|---|
| Iskender H. Catto | April 21, 2016 | $8.14 | Shell Gas |

**Expense Category Total:**      **$8.14**