# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
| | ) **Re: D.I. 467, 764** |

## CERTIFICATION OF COUNSEL CONCERNING AMENDED AND SUPERSEDING ORDER ESTABLISHING PROCEDURES TO SELL, TRANSFER, OR ABANDON CERTAIN *DE MINIMIS* ASSETS

The undersigned hereby certifies as follows:

1. On May 15, 2014, the above-captioned debtors and debtors in possession (each, a "Debtor" and collectively, the "Debtors") filed the *Motion of Energy Future Holdings Corp., et al., for Entry of an Order Establishing Procedures to Sell, Transfer, or Abandon Certain De Minimis Assets* [D.I. 467] (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). Pursuant to the Motion, the Debtors were seeking entry of an order establishing procedures enabling Texas Competitive Electric Holdings Company LLC and its direct and indirect Debtor subsidiaries (collectively, the "TCEH Debtors")[2] to sell, transfer, or

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] The TCEH Debtors are composed of: Texas Competitive Electric Holdings Company LLC, 4Change Energy Company, 4Change Energy Holdings LLC, Big Brown 3 Power Company LLC, Big Brown Lignite Company LLC, Big Brown Power Company LLC, Collin Power Company LLC, Decordova Power Company LLC, Decordova II Power Company LLC, Eagle Mountain Power Company LLC, Generation MT Company LLC, Generation SVC Company, Lake Creek 3 Power Company LLC, Luminant Big Brown Mining Company LLC, Luminant Energy Company LLC, Luminant Energy

abandon certain obsolete, excess, burdensome, or non-core assets with a *de minimis* value, without the need for further Bankruptcy Court approval.

2.  Pursuant to the *Notice of Motion of Energy Future Holdings Corp., et al., for Entry of an Order Establishing Procedures to Sell, Transfer, or Abandon Certain De Minimis Assets*, filed and served contemporaneously with the Motion, objections or responses to the Motion were to be filed and served no later than 4:00 p.m. (Eastern Daylight Time) on May 29, 2014 (the "Objection Deadline").[3]

3.  On June 3, 2014, the Bankruptcy Court entered its *Order Establishing Procedures to Sell, Transfer, or Abandon Certain De Minimis Assets* [D.I. 764] (the "Original Order") pursuant to which the Bankruptcy Court granted the Motion on the terms set forth in the Original Order.

4.  Subsequent to the entry of the Original Order, the Debtors identified certain scrivener's errors in the Original Order. As such, to correct the scrivener's errors set forth in the Original Order, the Debtors have prepared a corrected form of order (the "Corrected Order") in connection with the Motion.[4] A copy of the Corrected Order is attached hereto as **Exhibit A**. A

---

Trading California Company, Luminant ET Services Company, Luminant Generation Company LLC, Luminant Holding Company LLC, Luminant Mineral Development Company LLC, Luminant Mining Company LLC, Luminant Renewables Company LLC, Martin Lake 4 Power Company LLC, Monticello 4 Power Company LLC, Morgan Creek 7 Power Company, NCA Resources Development Company LLC, Oak Grove Management Company LLC, Oak Grove Mining Company LLC, Oak Grove Power Company LLC, Sandow Power Company LLC, TCEH Finance, Inc., Tradinghouse 3 & 4 Power Company LLC, Tradinghouse Power Company LLC, TXU Energy Retail Company LLC, TXU Energy Solutions Company LLC, TXU Retail Services Company, TXU SEM Company, Valley NG Power Company LLC, and Valley Power Company LLC.

[3] The Objection Deadline was extended for certain parties-in-interest in the Debtors' chapter 11 cases.

[4] Specifically, the form of order originally filed with the Motion was revised based on informal comments that the Debtors received in connection with the Motion prior to the Objection Deadline from certain parties-in-interest in the Debtors' chapter 11 cases. *See generally* D.I. 747. Paragraphs 2(b)(iv) and 2(b)(v) of the Corrected Order were inadvertently omitted from the Original Order when it was revised based on the aforementioned informal comments received in connection with the Motion.

2

RLF1 14604720v.1

blackline, comparing the Corrected Order against the Original Order is attached hereto as **Exhibit B**. The Corrected Order has been circulated to, and is acceptable to, (i) the Debtors, (ii) counsel to the official committee of unsecured creditors of Energy Future Competitive Holdings Company LLC ("EFCH"), Texas Competitive Electric Holdings Company LLC ("TCEH"), the direct and indirect Debtor subsidiaries of EFCH and TCEH, and EFH Corporate Services Company, (iii) counsel to the ad hoc group of TCEH first lien lenders, (iv) counsel to the ad hoc group of TCEH unsecured noteholders, (v) counsel to Wilmington Savings Fund Society, FSB, successor trustee for the TCEH second lien notes, and (vi) the Office of the United States Trustee for the District of Delaware.

5. The Debtors therefore respectfully request that the Bankruptcy Court enter the Corrected Order, substantially in the form attached hereto as **Exhibit A**, at its earliest convenience.

*[Remainder of page intentionally left blank.]*

---

Paragraph 19 was included in the Corrected Order to make it clear that the revisions set forth in the Corrected Order shall be applicable retroactively to any sale, transfer, or abandonment of *de minimis* assets that was consummated pursuant to the authority granted to the Debtors by the Original Order.

Dated: June 2, 2016
Wilmington, Delaware

/s/ [signature]

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:     (302) 651-7700
Facsimile:      (302) 651-7701
Email:            collins@rlf.com
                     defranceschi@rlf.com
                     madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:     (212) 446-4800
Facsimile:      (212) 446-4900
Email:            edward.sassower@kirkland.com
                     stephen.hessler@kirkland.com
                     brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200
Email:            james.sprayregen@kirkland.com
                     marc.kieselstein@kirkland.com
                     chad.husnick@kirkland.com
                     steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession

RLF1 14604720v.1