# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) Re: D.I. 656, 2617, 2580, 7210 |

## SUPPLEMENTAL DECLARATION OF THOMAS KILKENNY IN CONNECTION WITH THE DEBTORS' RETENTION AND EMPLOYMENT OF DELOITTE & TOUCHE LLP AS INDEPENDENT AUDITOR

Pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Thomas Kilkenny, under penalty of perjury, declares as follows:

1. I am a partner of the firm of Deloitte & Touche LLP ("**Deloitte & Touche**"). I am duly authorized to make and submit this declaration (the "**Declaration**") on behalf of Deloitte & Touche in accordance with section 327(a) of title 11 of the United States Code, Bankruptcy Rule 2014(a), and Rule 2014-1(a) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware in connection with the retention and employment of Deloitte & Touche as independent auditor to the above-captioned debtors and debtors in possession (the "**Debtors**"), so authorized by order of this Court, dated October 29, 2014 [D.I. 2617] (the "**Retention Order**").

2. The statements set forth in this Declaration are based upon my personal knowledge, upon information and belief, and upon client matter records kept in the ordinary

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

1

course of business that were reviewed by me or other personnel of Deloitte & Touche or its affiliates.

3. As discussed in paragraph 9 of the declaration of Randy Stokx (the "**Original Declaration**") submitted in support of the Debtors' application [D.I. 656] (the "**Application**") for entry of the Retention Order, it stated that as additional material information was discovered, Deloitte & Touche would supplement the Original Declaration.[2] The disclosures set forth below are subject to the statements and qualifications made in the Original Declaration, which are incorporated herein by reference.

4. Accordingly, by this Declaration, I am providing the following supplemental information in connection with Deloitte & Touche's retention and services as independent auditor.

**Engagement Letters for Continued Audit Services**

5. Deloitte & Touche was engaged by the Debtors to perform independent audit services in accordance with the terms and conditions set forth in certain engagement letters, dated as of November 19, 2013 and subject to the terms of the Retention Order (collectively, the "**2014 Audit Engagement Letters**"),[3] between Energy Future Intermediate Holding Company and Deloitte & Touche and Energy Future Holdings Corp. ("**EFH Corp.**") and Deloitte & Touche, respectively.

---

[2] On October 28, 2014, in further support of the Debtors' Application for entry of the Retention Order and to supplement certain disclosures included in the Original Declaration, Deloitte & Touche submitted the *Supplemental Declaration of Randy Stokx in Support of the Application of Energy Future Holdings Corp., et al., for Entry of an Order Authorizing the Debtors to Employ and Retain Deloitte and Touche LLP as Independent Auditor Effective* Nunc Pro Tunc *to the Petition Date* [D.I. 2580].

[3] Copies of the 2014 Audit Engagement Letters were attached to the Application as Exhibit C.

2

6.    The Debtors then requested that Deloitte & Touche continue acting at the Debtors' independent auditor, including, among other things, performing a review of the Debtors' condensed interim financial information for each of the quarters in the year ending December 31, 2015 and an audit of the Debtors' financial statements for the year ending December 31, 2015 to evaluate whether the information therein is presented fairly, in all material respects, in accordance with generally accepted accounting principles. This scope of services is the same as set forth in the 2014 Audit Engagement Letters. In connection with these services, Deloitte & Touche and the Debtors (including the Audit Committee of the EFH Board of Directors) entered into an engagement letter (the "**2015 Audit Engagement Letter**"), a copy of which was attached to the Second Supplemental Declaration of Randy Stokx, dated December 1, 2015 [D.I. 7210].

7.    The Debtors have now requested that Deloitte & Touche continue acting at the Debtors' independent auditor, including, among other things, performing a review of the Debtors' condensed interim financial information for each of the quarters in the year ending December 31, 2016 and an audit of the Debtors' financial statements for the year ending December 31, 2016 to evaluate whether the information therein is presented fairly, in all material respects, in accordance with generally accepted accounting principles. This scope of services is the same as set forth in the 2014 Audit Engagement Letters and the 2015 Audit Engagement Letter.

8.    In connection with these services, Deloitte & Touche and the Debtors (including the Audit Committee of the EFH Board of Directors) entered into an engagement letter (the "**2016 Audit Engagement Letter**"), a copy of which is attached hereto as Exhibit A. The terms and conditions of the 2016 Audit Engagement Letter are substantially similar to those set forth in

the 2015 Audit Engagement Letter. Furthermore, the hourly rates for services under the 2016 Audit Engagement Letter are identical to the rates for the services under the 2015 Audit Engagement Letter. As with the 2015 Audit Engagement Letter, the 2016 Audit Engagement Letter will be subject to the terms of the Retention Order.

9. In connection with these services, Deloitte & Touche and certain of the Debtors (including the Board of Managers of Texas Competitive Electric Holdings Company LLC) also entered into an engagement letter related to the financial statement audit of La Frontera Holdings, LLC, a recently acquired non-debtor entity wholly owned by the Debtors for the period ending December 31, 2015 (the "**2015 La Frontera Engagement Letter**"), a copy of which is attached hereto as Exhibit B. The terms and conditions of the 2015 La Frontera Audit Engagement Letter are substantially similar to those set forth in the 2016 Audit Engagement Letter but have been tailored to the financial reporting requirements of this recently acquired entity. Furthermore, the hourly rates for services under the 2015 La Frontera Engagement Letter are identical to the rates for the services under the 2016 Audit Engagement Letter.

Dated: June 1, 2016

By: _____
Thomas Kilkenny
Partner
Deloitte & Touche LLP