IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Ref. Docket No. 7412** |

### AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss.: |
| COUNTY OF NEW YORK | ) |

STEPHEN LAM, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On January 5, 2016, I caused to be served a personalized "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated January 5, 2016, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered by first class mail to those parties listed on the annexed Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Stephen Lam

Sworn to before me this
6th day of January, 2016

Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 20

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

**EXHIBIT A**

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



EFH TRFNTC (MERGE2, TXNUM2) 4000002988

To:    BAR(23) MAILID *** 000101315665 ***



BOB LILLY PROFESSIONAL PROMO
12850 SPURLING RD STE 100
DALLAS, TX 75230

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., et al. | Case No. 14-10979 (CSS) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:    BAR(23) MAILID *** 000101315665 ***              EFH TRFNTC (MERGE2, TXNUM2) 4000002988



BOB LILLY PROFESSIONAL PROMO
12850 SPURLING RD STE 100
DALLAS, TX 75230

Please note that your schedule in the above referenced case and in the amount of
$361.56 has been transferred (unless previously expunged by court order)

TANNOR PARTNERS CREDIT FUND, LP
TRANSFEROR: BOB LILLY PROFESSIONAL PROMO
ATTN: ROBERT TANNOR
150 GRAND STREET, SUITE 401
WHITE PLAINS, NY 10601

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST,
WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          7412                    in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS
AS THE CLAIMANT.**

Date:  01/05/2016                          David D. Bird, Clerk of Co

/s/ Lauren Rodriguez

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 5, 2016.

**EXHIBIT B**

**SERVICE LIST**

| Claim Name | Address Information |
|---|---|
| BOB LILLY PROFESSIONAL PROMO | 12850 SPURLING RD STE 100, DALLAS, TX 75230 |
| BOB LILLY PROFESSIONAL PROMO | 12850 SPURLING RD STE 100, DALLAS, TX 75230 |
| TANNOR PARTNERS CREDIT FUND, LP | TRANSFEROR: BOB LILLY PROFESSIONAL PROMO, ATTN: ROBERT TANNOR, 150 GRAND STREET, SUITE 401, WHITE PLAINS, NY 10601 |
| TANNOR PARTNERS CREDIT FUND, LP | TRANSFEROR: BOB LILLY PROFESSIONAL PROMO, ATTN: ROBERT TANNOR, 150 GRAND STREET, SUITE 401, WHITE PLAINS, NY 10601 |

**Total Creditor Count 4**

RICHARDS LAYTON & FINGER
ATTN: BARB WITTERS
920 NORTH KING STREET
WILMINGTON, DE 19801