IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
| | ) **Re: D.I. 8357, 8355, 8356, 8421, 8423, 8514** |

RE-NOTICE OF "MOTION OF ENERGY FUTURE
HOLDINGS CORP., *ET AL.*, FOR ENTRY OF AN ORDER (A) APPROVING
THE DISCLOSURE STATEMENT, (B) ESTABLISHING THE VOTING
RECORD DATE, VOTING DEADLINE, AND OTHER DATES, (C) APPROVING
PROCEDURES FOR SOLICITING, RECEIVING, AND TABULATING VOTES
ON THE PLAN AND FOR FILING OBJECTIONS TO THE PLAN, AND
(D) APPROVING THE MANNER AND FORMS OF NOTICE AND OTHER
RELATED DOCUMENTS" AND NOTICE OF HEARING THEREON AND
HEARING TO CONSIDER APPROVAL OF RELATED DISCLOSURE STATEMENT

PLEASE TAKE NOTICE that, on May 1, 2016, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Motion of Energy Future Holdings Corp., et al., for Entry of an Order (A) Approving the Disclosure Statement, (B) Establishing the Voting Record Date, Voting Deadline, and Other Dates, (C) Approving Procedures for Soliciting, Receiving, and Tabulating Votes on the Plan and for Filing Objections to the Plan, and (D) Approving the Manner and Forms of Notice and Other Related Documents* [D.I. 8357] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). Pursuant to the Motion, the Debtors are seeking entry of an order (a)

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 14599462v.1

approving the *Disclosure Statement for the Joint Plan of Reorganization of Energy Future Holdings Corp., et. al., Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 8356] (as modified by D.I. 8423, and as may be further modified, amended, or supplemented from time to time, the "Disclosure Statement"); (b) establishing the voting record date, voting deadline, and other related dates; (c) approving procedures for soliciting, receiving, and tabulating votes on the *Joint Plan of Reorganization of Energy Future Holdings Corp., et. al., Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 8355] (as modified by D.I. 8421, and as may be further modified, amended, or supplemented from time to time, the "Plan"); (d) approving the manner and forms of notice and other related documents; and (e) granting other relief relating thereto as set forth therein. **You were previously served with a copy of the Motion, the Plan, and the Disclosure Statement**.

PLEASE TAKE FURTHER NOTICE that, **notwithstanding any prior notice to the contrary**, any responses or objections to the relief requested in the Motion (other than the requested relief to approve the Disclosure Statement) must be in writing, filed with the Clerk of the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned co-counsel for the Debtors on or before **4:00 p.m. (Eastern Daylight Time) on June 9, 2016**.

PLEASE TAKE FURTHER NOTICE that, in accordance with the *Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection With the Confirmation of Debtors' Joint Plan of Reorganization and the Approval of Debtors' Disclosure Statement*, dated May 24, 2016 [D.I. 8514] (the "Scheduling Order"), a hearing to

consider approval of the Disclosure Statement relating to the TCEH Debtors[2] and any objections thereto will be held before The Honorable Christopher S. Sontchi at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on **June 16, 2016 starting at 10:00 a.m. (Eastern Daylight Time).**

*[Remainder of page intentionally left blank.]*

---

[2] Capitalized terms used, but not otherwise defined, herein shall be given the same meanings ascribed to them in the Scheduling Order.

Dated: June 3, 2016
Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:   collins@rlf.com
   defranceschi@rlf.com
   madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:   edward.sassower@kirkland.com
   stephen.hessler@kirkland.com
   brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:   james.sprayregen@kirkland.com
   marc.kieselstein@kirkland.com
   chad.husnick@kirkland.com
   steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession