## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, [1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                       ) ss.:
COUNTY OF NEW YORK   )

STEPHEN LAM, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 31, 2015, I caused to be served the "Notice of: (A) Assumption of Lease under Agreed Modified Terms Pursuant to the Plan; and (B) Related Matters in Connection Therewith," dated December 31, 2015, to which was attached a personalized "Exhibit A", annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Stephen Lam

Sworn to before me this
4th day of January, 2016

_____
Notary Public

CAROL IRIS ZHANG
Notary Public, State of New York
No. 01ZH6284996
Qualified in Kings County
Commission Expires July 01, 2017

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

T:\Clients\TXUENERG\Affidavits\TXU 2007-1 Railcar Leasing LLC Assumption Ntc_AFF_12-31-15_CZ.docx

**EXHIBIT A**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF: (A) ASSUMPTION OF LEASE UNDER AGREED MODIFIED TERMS
PURSUANT TO THE PLAN; AND (B) RELATED MATTERS IN CONNECTION
THEREWITH**

**PLEASE TAKE NOTICE THAT**, on September 22, 2015, the United States Bankruptcy Court for the District of Delaware (the "Court") entered an order [D.I. 6131] (the "Disclosure Statement Order"):   (a) authorizing Energy Future Holdings Corp. and its affiliated debtors and debtors in possession (collectively, the "Debtors") to solicit acceptances for the *Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp.,* et al.*, Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 6122] (as may be modified, amended or supplemented from time to time, the "Plan");[2] (b) approving the *Disclosure Statement for the Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp.,* et al.*, Pursuant to Chapter 11 of the Bankruptcy Code*, including all exhibits and schedules thereto [D.I. 6124] (as may be modified, amended or supplemented from time to time, the "Disclosure Statement") as containing "adequate information" pursuant to section 1125 of the Bankruptcy Code; (c) approving the solicitation materials and documents to be included in the solicitation packages; and (d) approving procedures for soliciting, receiving and tabulating votes on the Plan and for filing objections to the Plan.

**PLEASE TAKE FURTHER NOTICE THAT**, on August 27, 2015, the Court entered an *Amended Order (A) Revising Certain Hearing Dates and Deadlines, and (B) Establishing Certain Protocols in Connection with the Confirmation of Debtors' Plan of Reorganization* [D.I. 5771] revising that order entered by the Court on July 2, 2015 [D.I. 4916] and (a) scheduling dates and deadlines in connection with the approval of the Disclosure Statement and the confirmation of the Plan and (b) establishing certain protocols in connection with those

---

[1]   The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]   Capitalized terms not otherwise defined herein shall have the same meanings set forth in the Plan.

proceedings in connection with the approval of the Disclosure Statement and the confirmation of the Plan, as applicable.

> **PLEASE TAKE FURTHER NOTICE THAT** on December 1, 2015 the Debtors filed a *First Amended Plan Supplement For The Joint Plan Of Reorganization Of Energy Future Holdings Corp., Et Al. Pursuant To Chapter 11 Of The Bankruptcy Code* [D.I. 7191] (the "Amended Plan Supplement").

> **PLEASE TAKE FURTHER NOTICE THAT** in the Amended Plan Supplement, and among other things, the Debtors stated in the Conditional Assumption Schedule attached thereto that the Debtors would assume the capital lease (the "Railcar Lease") between Debtor Texas Competitive Holdings Company LLC ("Texas Competitive") and TXU 2007-1 Leasing LLC ("TXU Railcar Leasing") "subject to successful negotiation of contract amendment and cure."

> **PLEASE TAKE FURTHER NOTICE THAT**, on December 9, 2015, the Court entered that *Amended Order Confirming the Sixth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 7284] (the "Confirmation Order"),  revising that order entered by the Court on December 7, 2015 [D.I. 7244] confirming the Debtors' Plan.

> **PLEASE TAKE FURTHER NOTICE THAT**, Debtor Texas Competitive and TXU Railcar Leasing have agreed that the Railcar Lease will be assumed in accordance with the modified terms stated in the *Amended And Restated Lease* dated as of December 30, 2015 between Texas Competitive and TXU Railcar Leasing (the "Amended and Restated Lease"), and TXU Railcar Leasing will be treated in accordance with the terms of the Amended and Restated Lease under the Debtors' Plan.

> **PLEASE TAKE FURTHER NOTICE THAT**, pursuant to the agreement of Texas Competitive and TXU Railcar Leasing, the assumption of the Amended and Restated Lease is effective as of December 30, 2015.

> **PLEASE TAKE FURTHER NOTICE THAT** a summary of the Amended and Restated Lease is attached hereto as Exhibit "A", and the Debtors will file a copy of Exhibit "A" as part of a supplemental Plan Supplement for the Plan.

[*Remainder of page intentionally left blank.*]

Dated: December 31, 2015
      Wilmington, Delaware

*/s/ Jason M. Madron*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801

| | |
|---|---|
| Telephone: | (302) 651-7700 |
| Facsimile: | (302) 651-7701 |
| Email: | collins@rlf.com |
| | defranceschi@rlf.com |
| | madron@rlf.com |

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611

| | |
|---|---|
| Telephone: | (212) 446-4800 |
| Facsimile: | (212) 446-4900 |
| Email: | edward.sassower@kirkland.com |
| | stephen.hessler@kirkland.com |
| | brian.schartz@kirkland.com |

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654

| | |
|---|---|
| Telephone: | (312) 862-2000 |
| Facsimile: | (312) 862-2200 |
| Email: | james.sprayregen@kirkland.com |
| | marc.kieselstein@kirkland.com |
| | chad.husnick@kirkland.com |
| | steven.serajeddini@kirkland.com |

*Co-Counsel to the Debtors and Debtors in Possession*

**Exhibit A**

| Ref. # | Debtor(s) | Description of Contract or Lease | Counterparty | Counterparty Address | Amount Required to Cure Default Thereunder, if any | Details of Material Amendments | Assumption Date |
|---|---|---|---|---|---|---|---|
| | Texas Competitive Electric Holdings Company LLC ("Texas Competitive") | Capital Lease. Assumed in accordance with the terms of that certain *Amended And Restated Lease* dated as of December 30, 2015 (the "Amended and Restated Lease") between Texas Competitive and TXU Railcar Leasing. | TXU 2007-1 Railcar Leasing LLC ("TXU Railcar Leasing") | c/o General Electric Railcar Services LLC, 161 North Clark Street, Suite 700, Chicago, IL, 60601; Attention - Risk Leader | In accordance with terms of the Amended and Restated Lease | 1. Extension of lease term. 2. Provisions for early return of subject rail cars. 3. Continuation of TXU Railcar Leasing's senior liens in the subject rail cars. | December 30, 2015 |

**EXHIBIT B**

TXU 2007-1 Railcar Leasing LLC
c/o General Electric Railcar Services LLC
Attn: Risk Leader
161 North Clark Street, Suite 700
Chicago, IL 60601


TXU 2007-1 Railcar Leasing LLC
c/o GE Capital - Americas
Attn: John Yang
501 E. Kennedy Blvd, Suite 600
Tampa, FL 33602