**EXHIBIT 1** to **EXHIBIT A**

**Disputed Claim**

ENERGY FUTURE HOLDINGS CORP., et al.

FIRST OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Disputed Claim

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | EMERSON NETWORK POWER LIEBERT SERVICES 610 EXECUTIVE CAMPUS DRIVE WESTERVILLE, OH 43082 | 3297 | Energy Future Holdings Corp. | 503(b)(9) | $28,987.80 | EFH Corporate Services Company | Unsecured | $28,987.80 |
| | | | Energy Future Holdings Corp. | Priority | $28,987.80 | | | |
| | | | Energy Future Holdings Corp. | Secured | $28,987.80 | | | |
| | | | | Subtotal | $86,963.40 | | | |
| | | | | TOTAL | $86,963.40 | | TOTAL | $28,987.80 |

Page 1 of 1