IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ENERGY FUTURE HOLDINGS ) | Case No. 14-10979 (CSS) |
| CORP., et al., ) | (Jointly Administered) |
| ) | |
| Debtors. ) | |
| ) | |
| DELAWARE TRUST COMPANY, as ) | |
| Indenture Trustee and Collateral ) | |
| Trustee, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Adv. Pro. No: 14-50410 (CSS) |
| ) | |
| COMPUTERSHARE TRUST COMPANY, ) | |
| N.A. and COMPUTERSHARE TRUST ) | |
| COMPANY OF CANADA, as Indenture ) | |
| Trustee and Paying Agent ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

For the reasons set forth in the Court's opinion dated June 3, 2016 the Motion of Defendants to Dismiss Second Amended Complaint for Declaratory Judgment and Injunction [D.I. 48] is GRANTED.

_/s/ CSS_
Christopher S. Sontchi
United States Bankruptcy Judge

Dated: June 3, 2016