# EXHIBIT A

## Statement of Fees and Expenses By Subject Matter

| Matter Number | Matter Description | Total Hours Billed | Total Fees Requested |
|---|---|---|---|
| 13 | CAO Financial Reporting Support | 160.0 | $ 35,200.00 |
| 26 | OneSource Indirect Tax | 2.0 | $ 1,190.00 |
| 28 | Tax Accounting Support (Current Quarter) | 12.5 | $ 7,187.50 |
| 30 | Earnings and Profit Study | 65.8 | $ 34,348.50 |
| 32 | Tax Accounting Support (Restructuring) | 49.0 | $ 26,562.50 |
| 33 | Fresh Start | 387.2 | $ 116,822.00 |
| 34 | 2015 Bankruptcy Cost Analysis | 259.6 | $ 116,482.00 |
| 35 | Fee Statement and Fee Application Preparation | 40.7 | $ 10,532.60 |
| 36 | Retention Services | 1.2 | $ 360.30 |
| 37 | Allegro Implementation Internal Audit | 8.8 | $ 2,560.00 |
| 39 | 2016 IT Compliance Support | 197.6 | $ 40,124.50 |
| | **Total** | **1,184.4** | **$ 391,369.90**[1] |

| Service Description | Service Provider | Amount |
|---|---|---|
| Airfare | N/A | $ 2,975.59 |
| Lodging | N/A | $ 5,276.48 |
| Travel Meals | N/A | $ 461.83 |
| Ground Transportation | N/A | $ 2,502.02 |
| Miscellaneous | N/A | $ - |
| **Total** | | **$ 11,215.92** |

---

[1] KPMG bills for services at discounted billing rates as specified in the Retention Application dated May 29, 2014. During the Fee Period, KPMG's standard rates for services rendered totaled $750,633.50. KPMG's services at the agreed upon discounted rates result in a voluntary discount of fees in the amount of $359,263.60 thus benefitting the Chapter 11 estate by same amount.