**EXHIBIT B**
**Professionals' Information**
The KPMG professionals who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position & Department | | Total Billed Hours | | Hourly Billing Rate | | | Total Compensation |
|---|---|---|---|---|---|---|---|---|
| Johnson, Brent | Partner - Tax | | 1.0 | | $ 805 | | $ | 805.00 |
| Carpenter, John | Partner - Tax | | 1.5 | | $ 720 | | $ | 1,080.00 |
| Nesta, Michael G | Partner - Advisory | * | 12.2 | | $ 610 | | $ | 7,442.00 |
| Lyons, Stacy L | Partner - Tax | | 40.0 | | $ 575 | | $ | 23,000.00 |
| Bradford, Steven | Partner - Advisory | | 1.3 | | $ 325 | | $ | 422.50 |
| Cargile, David | Managing Director - Advisory | | 6.7 | | $ 325 | | $ | 2,177.50 |
| Calloway, Robert | Senior Manager - Tax | | 2.5 | | $ 700 | | $ | 1,750.00 |
| Meredith, Kyle | Senior Manager - Tax | | 2.0 | | $ 595 | | $ | 1,190.00 |
| Booe, Amanda | Senior Manager- Tax | | 21.5 | | $ 500 | | $ | 10,750.00 |
| Lancy, Bradley | Director - Advisory | | 123.0 | | $ 500 | | $ | 61,500.00 |
| Klingelhoefer, Ralph A | Director - Advisory | | 2.0 | | $ 290 | | $ | 580.00 |
| Seeman, Nick | Director - Advisory | | 8.7 | | $ 290 | | $ | 2,523.00 |
| Gram, Mark | Director - Advisory | | 7.5 | | $ 285 | | $ | 2,137.50 |
| Plangman, Monica | Associate Director - Bankruptcy | | 0.1 | | $ 325 | | $ | 32.50 |
| Laukhuff, Brittny | Manager - Tax | | 50.0 | | $ 560 | ** | $ | 28,000.00 |
| Laukhuff, Brittny | Manager - Tax | | 14.8 | | $ 545 | ** | $ | 8,066.00 |
| Wigmore, Andrew | Manager - Tax | * | 23.5 | | $ 545 | | $ | 12,807.50 |
| Sampson, Clay | Senior Associate - Tax | | 89.9 | | $ 420 | | $ | 37,758.00 |
| Campbell, Celeste | Manager - Bankruptcy | | 25.3 | | $ 298 | | $ | 7,539.40 |
| Harper, Michael C | Manager - Advisory | | 2.2 | | $ 250 | | $ | 550.00 |
| Myrick, Cristina | Manager - Advisory | | 7.9 | | $ 250 | | $ | 1,975.00 |
| Payne, Lani | Senior Associate - Tax | | 24.0 | | $ 455 | ** | $ | 10,920.00 |
| Payne, Lani | Senior Associate - Tax | | 77.0 | | $ 420 | ** | $ | 32,340.00 |
| Wyatt, Darrin | Senior Associate - Tax | | 41.2 | | $ 420 | | $ | 17,304.00 |
| Shaffer, Wendy | Senior Associate - Bankruptcy | | 3.9 | | $ 228 | | $ | 889.20 |
| Jeffcott, David | Senior Associate - Advisory | | 160.0 | | $ 220 | | $ | 35,200.00 |
| Ravishanker, Venkatesh | Senior Associate - Advisory | | 170.1 | | $ 190 | | $ | 32,319.00 |
| Garza, Juanita | Associate - Bankruptcy | | 12.6 | | $ 193 | | $ | 2,431.80 |
| Fritsche, Philip | Associate - Advisory | | 217.8 | | $ 190 | | $ | 41,382.00 |
| Kapsner, Paul | Associate - Advisory | | 34.2 | | $ 190 | | $ | 6,498.00 |
| **Total Hours and Discounted Fees** | | | **1,184.4** | | | | **$** | **391,369.90** |

\*  Promoted effective 10/1/15
\*\* Rates differ due to services provided under multiple Statements of Work