# EXHIBIT C

## Summary of Actual and Necessary Expenses for the Fee Period

### ALL - Expense Summary

| Service Description | Service Provider | Amount |
|---|---|---|
| Airfare | N/A | $ 2,975.59 |
| Lodging | N/A | $ 5,276.48 |
| Travel Meals | N/A | $ 461.83 |
| Ground Transportation | N/A | $ 2,502.02 |
| Miscellaneous | N/A | $ - |
| **Total** | | **$ 11,215.92** |

### EFH - Expense Summary

| Service Description | Service Provider | Amount |
|---|---|---|
| Airfare | N/A | $ 2,975.59 |
| Lodging | N/A | $ 5,276.48 |
| Travel Meals | N/A | $ 461.83 |
| Ground Transportation | N/A | $ 2,502.02 |
| Miscellaneous | N/A | $ - |
| **Total** | | **$ 11,215.92** |