## EXHIBIT D

**Detailed Description of Expenses and Disbursements**

**KPMG LLP**
**EFH Expense Detail**
**March 1, 2016 through March 31, 2016**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 03391369 | OneSource Indirect Tax | 20150522 | LeCompte, Dan | air | | | $ 267.91 | Roundtrip coach class airfare from Austin, TX to Dallas, TX. Departure Date: 5/26/15  Return Date:5/26/15. Business Purpose: To travel to client, Energy Future Holdings (EFH). |
| 03391369 | CAO Financial Reporting Support | 20160228 | Jeffcott, David | air | | | $ 417.28 | Roundtrip Economy Airfare from Hobby Airport on 2/28/16 to Love airport while performing work for EFH Corporate Accounting project. |
| 03391369 | Fresh Start | 20160304 | Lancy, Bradley | air | | | $ 237.96 | Roundtrip coach class airfare from Chicago, IL to Dallas, TX. Departure Date:3/2/16 Return Date:3/4/16. Business Purpose: To travel to client, Energy Future Holdings (EFH). |
| 03391369 | CAO Financial Reporting Support | 20160307 | Jeffcott, David | air | | | $ 242.98 | One-way Economy Airfare from Hobby Airport on 3/7/16 to Love airport while performing work for EFH Corporate Accounting project. |
| 03391369 | CAO Financial Reporting Support | 20160309 | Jeffcott, David | air | | | $ 242.98 | One-way Economy Airfare from Dallas Love Airport on 3/9/16 to FLL airport while performing work for EFH Corporate Accounting project. |
| 03391369 | Fresh Start | 20160318 | Lancy, Bradley | air | | | $ 337.96 | Roundtrip coach class airfare from Chicago, IL to Dallas, TX. Departure Date:3/15/16 Return Date:3/18/16. Business Purpose: To travel to client, Energy Future Holdings (EFH). |
| 03391369 | CAO Financial Reporting Support | 20160318 | Jeffcott, David | air | | | $ 417.28 | Roundtrip Economy Airfare from Hobby Airport on 3/13/16 - 03/18/16  to Love airport while performing work for EFH Corporate Accounting project. |
| 03391369 | CAO Financial Reporting Support | 20160324 | Jeffcott, David | air | | | $ 417.28 | Roundtrip Economy Airfare from Hobby Airport on 3/20/16  - 03/24/16 to Love airport while performing work for EFH Corporate Accounting project. |
| 03391369 | Fresh Start | 20160325 | Lancy, Bradley | air | | | $ 393.96 | Roundtrip coach class airfare from Chicago, IL to Dallas, TX. Departure Date:3/22/16 Return Date:3/25/16. Business Purpose: To travel to client, Energy Future Holdings (EFH). |
| **Total Air** | | | | | | | **$ 2,975.59** | |

**KPMG LLP**
**EFH Expense Detail**
**March 1, 2016 through March 31, 2016**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 03391369 | OneSource Indirect Tax | 20150521 | Kleppel, Robert | lodging | | | $ 389.58 | Lodging while traveling for EFH 2 nights from 5/19/15thru 5/21/15. |
| 03391369 | CAO Financial Reporting Support | 20160303 | Jeffcott, David | lodging | | | $ 820.64 | Lodging while traveling for EFH 3 nights from 2/28/16 thru 3/03/16. |
| 03391369 | Fresh Start | 20160304 | Lancy, Bradley | lodging | | | $ 410.32 | Hotel fees incurred in Dallas, TX for 2 nights (3/2-3/4) while performing work for Energy Future Holdings. |
| 03391369 | CAO Financial Reporting Support | 20160309 | Jeffcott, David | lodging | | | $ 410.32 | Lodging while traveling for EFH for 2 nights from 3/7/16 thru 3/9/16. |
| 03391369 | Fresh Start | 20160318 | Lancy, Bradley | lodging | | | $ 615.48 | Hotel fees incurred in Dallas, TX for 3 nights from 3/15/16 thru 3/18/16 while performing work for Energy Future Holdings. |
| 03391369 | CAO Financial Reporting Support | 20160318 | Jeffcott, David | lodging | | | $ 1,025.80 | Lodging while traveling for EFH for 5 nights from 3/13/16 thru 3/18/16. |
| 03391369 | Fresh Start | 20160322 | Lancy, Bradley | lodging | | | $ 615.48 | Hotel fees incurred in Dallas, TX for 3 nights (3/22-3/25) while performing work for Energy Future Holdings. |
| 03391369 | CAO Financial Reporting Support | 20160324 | Jeffcott, David | lodging | | | $ 828.65 | Dallas Hotel for EFH 3/20/16 - 3/24/16. |
| 03391369 | 2000465668 | 20160325 | Gram, Mark | lodging | | | $ 160.21 | Lodging while traveling out of town for 1 night from 03/24/16 thru 03/25/16. |
| | | | **Total Lodging** | | | | **$ 5,276.48** | |

**KPMG LLP**
**EFH Expense Detail**
**March 1, 2016 through March 31, 2016**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 03391369 | CAO Financial Reporting Support | 20160229 | Jeffcott, David | travel meals | | | $  14.63 | Dinner at Beyond the Box while working on EFH Corporate Accounting Project. |
| 03391369 | CAO Financial Reporting Support | 20160301 | Jeffcott, David | travel meals | | | $  14.63 | Dinner at Beyond the Box while working on EFH Corporate Accounting Project. |
| 03391369 | Fresh Start | 20160302 | Lancy, Bradley | travel meals | | | $  7.50 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 03391369 | Fresh Start | 20160302 | Lancy, Bradley | travel meals | | | $  8.66 | Dinner while traveling to Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 03391369 | Fresh Start | 20160303 | Lancy, Bradley | travel meals | | | $  8.87 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 03391369 | Fresh Start | 20160303 | Lancy, Bradley | travel meals | | | $  22.40 | Dinner while traveling to Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 03391369 | CAO Financial Reporting Support | 20160303 | Jeffcott, David | travel meals | | | $  22.63 | Lunch at Miguels Cantina while working on EFH Corporate Accounting Project. |
| 03391369 | 2000465668 | 20160303 | Gram, Mark | travel meals | | | $  14.00 | Lunch while traveling out of town. |
| 03391369 | Fresh Start | 20160304 | Lancy, Bradley | travel meals | | | $  10.81 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 03391369 | CAO Financial Reporting Support | 20160307 | Jeffcott, David | travel meals | | | $  14.63 | Dinner at Beyond the Box while working on EFH Corporate Accounting Project. |
| 03391369 | CAO Financial Reporting Support | 20160308 | Jeffcott, David | travel meals | | | $  32.65 | Dinner at CBD Provisions while working on EFH Corporate Accounting Project. |
| 03391369 | 2000465668 | 20160310 | Gram, Mark | travel meals | | | $  12.00 | Lunch while traveling out of town. |
| 03391369 | CAO Financial Reporting Support | 20160314 | Jeffcott, David | travel meals | | | $  14.63 | Dinner at Beyond the Box while working on EFH Corporate Accounting Project. |
| 03391369 | Fresh Start | 20160315 | Lancy, Bradley | travel meals | | | $  7.50 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 03391369 | Fresh Start | 20160315 | Lancy, Bradley | travel meals | | | $  8.66 | Dinner while traveling to Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 03391369 | CAO Financial Reporting Support | 20160315 | Jeffcott, David | travel meals | | | $  14.63 | Dinner at Beyond the Box while working on EFH Corporate Accounting Project. |
| 03391369 | Fresh Start | 20160316 | Lancy, Bradley | travel meals | | | $  7.50 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 03391369 | CAO Financial Reporting Support | 20160316 | Jeffcott, David | travel meals | | | $  12.34 | Lunch at Chipotle while working on EFH Corporate Accounting project. |
| 03391369 | Fresh Start | 20160317 | Lancy, Bradley | travel meals | | | $  8.87 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 03391369 | Fresh Start | 20160318 | Lancy, Bradley | travel meals | | | $  7.50 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 03391369 | CAO Financial Reporting Support | 20160321 | Jeffcott, David | travel meals | | | $  14.63 | Dinner at Beyond the Box while working on EFH Corporate Accounting Project. |
| 03391369 | Fresh Start | 20160322 | Lancy, Bradley | travel meals | | | $  7.50 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 03391369 | Fresh Start | 20160322 | Lancy, Bradley | travel meals | | | $  21.32 | Dinner while traveling to Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 03391369 | Fresh Start | 20160323 | Lancy, Bradley | travel meals | | | $  7.50 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 03391369 | CAO Financial Reporting Support | 20160323 | Jeffcott, David | travel meals | | | $  14.63 | Dinner at Beyond the Box while working on EFH Corporate Accounting Project. |

**KPMG LLP**
**EFH Expense Detail**
**March 1, 2016 through March 31, 2016**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 03391369 | Fresh Start | 20160324 | Lancy, Bradley | travel meals | | | $ 17.74 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG) and M. Nesta (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 03391369 | CAO Financial Reporting Support | 20160324 | Jeffcott, David | travel meals | | | $ 7.35 | Lunch at Beyond the Box while working on EFH Corporate Accounting project. |
| 03391369 | 2000465668 | 20160324 | Gram, Mark | travel meals | | | $ 21.32 | Dinner while traveling out of town. |
| 03391369 | Fresh Start | 20160325 | Lancy, Bradley | travel meals | | | $ 7.50 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 03391369 | Fresh Start | 20160328 | Lancy, Bradley | travel meals | | | $ 8.66 | Dinner while traveling to Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 03391369 | Fresh Start | 20160328 | Lancy, Bradley | travel meals | | | $ 11.00 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 03391369 | Fresh Start | 20160329 | Lancy, Bradley | travel meals | | | $ 8.32 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 03391369 | Fresh Start | 20160329 | Lancy, Bradley | travel meals | | | $ 33.16 | Dinner while traveling to Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 03391369 | Fresh Start | 20160330 | Lancy, Bradley | travel meals | | | $ 7.50 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 03391369 | Fresh Start | 20160330 | Lancy, Bradley | travel meals | | | $ 8.66 | Dinner while traveling to Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| **Total Travel Meals** | | | | | | | **$ 461.83** | |

**KPMG LLP**
**EFH Expense Detail**
**March 1, 2016 through March 31, 2016**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 03391369 | CAO Financial Reporting Support | 20160228 | Jeffcott, David | ground transportation | | | $ 40.00 | Taxi from Love Airport to Marriott City Centre upon arrival to perform work for EFH |
| 03391369 | CAO Financial Reporting Support | 20160228 | Jeffcott, David | ground transportation | | | $ 75.00 | Ground service for travel from home to Hobby Airport (Houston, TX) |
| 03391369 | Fresh Start | 20160302 | Lancy, Bradley | ground transportation | | | $ 27.60 | Taxi ground transportation from airport to hotel in Dallas, TX related to Energy Future Holdings work travel. |
| 03391369 | Fresh Start | 20160302 | Lancy, Bradley | ground transportation | | | $ 44.90 | Taxi ground transportation from home to airport in Chicago, IL related to Energy Future Holdings work travel. |
| 03391369 | CAO Financial Reporting Support | 20160302 | Jeffcott, David | ground transportation | | | $ 30.00 | Taxi while from hotel to EFH while working on EFH Corp Accounting Project. |
| 03391369 | CAO Financial Reporting Support | 20160303 | Jeffcott, David | ground transportation | | | $ 40.00 | Taxi from EFH to Dallas Love Airport. |
| 03391369 | CAO Financial Reporting Support | 20160303 | Jeffcott, David | ground transportation | | | $ 75.00 | Ground service for travel from Houston Hobby Airport to home. |
| 03391369 | 2000465668 | 20160303 | Gram, Mark | ground transportation | | | $ 15.00 | Parking at EFH while traveling |
| 03391369 | 2000465668 | 20160303 | Gram, Mark | ground transportation | | | $ 235.44 | Roundtrip mileage from The Woodlands TX to 1601 Bryan, Dallas TX on 03/03/16 (436 miles @.54 = $235.44). |
| 03391369 | Fresh Start | 20160304 | Lancy, Bradley | ground transportation | | | $ 30.00 | Taxi ground transportation from client offices to airport in Dallas, TX related to Energy Future Holdings work travel. |
| 03391369 | Fresh Start | 20160304 | Lancy, Bradley | ground transportation | | | $ 44.40 | Taxi ground transportation from airport to home in Chicago, IL related to Energy Future Holdings work travel. |
| 03391369 | CAO Financial Reporting Support | 20160307 | Jeffcott, David | ground transportation | | | $ 40.00 | Taxi from Love Airport to Marriott City Centre. |
| 03391369 | CAO Financial Reporting Support | 20160307 | Jeffcott, David | ground transportation | | | $ 75.00 | Ground service for travel from home to Hobby Airport (Houston, TX) |
| 03391369 | CAO Financial Reporting Support | 20160308 | Jeffcott, David | ground transportation | | | $ 40.00 | Taxi while from hotel to EFH while working on EFH Corp Accounting Project. |
| 03391369 | CAO Financial Reporting Support | 20160309 | Jeffcott, David | ground transportation | | | $ 40.00 | Taxi from Marriott to Dallas Love Airport. |
| 03391369 | CAO Financial Reporting Support | 20160309 | Jeffcott, David | ground transportation | | | $ 75.00 | Ground service for travel from Houston Hobby Airport to home. |
| 03391369 | 2000465668 | 20160310 | Gram, Mark | ground transportation | | | $ 15.00 | Parking at EFH while traveling |
| 03391369 | 2000465668 | 20160310 | Gram, Mark | ground transportation | | | $ 235.44 | Roundtrip mileage from The Woodlands TX to 1601 Bryan, Dallas TX on 03/10/16 (436 miles @.54 = $235.44). |
| 03391369 | CAO Financial Reporting Support | 20160313 | Jeffcott, David | ground transportation | | | $ 40.00 | Taxi from Love Airport to Marriott City Centre. |
| 03391369 | CAO Financial Reporting Support | 20160313 | Jeffcott, David | ground transportation | | | $ 75.00 | Ground service for travel from home to Hobby Airport (Houston, TX) |
| 03391369 | Fresh Start | 20160315 | Lancy, Bradley | ground transportation | | | $ 27.60 | Taxi ground transportation from airport to hotel in Dallas, TX related to Energy Future Holdings work travel. |
| 03391369 | Fresh Start | 20160315 | Lancy, Bradley | ground transportation | | | $ 43.30 | Taxi ground transportation from home to airport in Chicago, IL related to Energy Future Holdings work travel. |
| 03391369 | 2000465668 | 20160317 | Gram, Mark | ground transportation | | | $ 15.00 | Parking at EFH while traveling |
| 03391369 | 2000465668 | 20160317 | Gram, Mark | ground transportation | | | $ 235.44 | Roundtrip mileage from The Woodlands TX to 1601 Bryan, Dallas TX on 03/10/16 (436 miles @.54 = $235.44). |
| 03391369 | Fresh Start | 20160318 | Lancy, Bradley | ground transportation | | | $ 29.00 | Taxi ground transportation from client offices to airport in Dallas, TX related to Energy Future Holdings work travel. |
| 03391369 | Fresh Start | 20160318 | Lancy, Bradley | ground transportation | | | $ 45.60 | Taxi ground transportation from airport to home in Chicago, IL related to Energy Future Holdings work travel. |
| 03391369 | CAO Financial Reporting Support | 20160318 | Jeffcott, David | ground transportation | | | $ 40.00 | Taxi from EFH to Dallas Love Airport. |
| 03391369 | CAO Financial Reporting Support | 20160318 | Jeffcott, David | ground transportation | | | $ 75.00 | Ground service for travel from Houston Hobby Airport to home. |
| 03391369 | CAO Financial Reporting Support | 20160320 | Jeffcott, David | ground transportation | | | $ 40.00 | Taxi from Love Airport to Marriott City Centre. |
| 03391369 | CAO Financial Reporting Support | 20160320 | Jeffcott, David | ground transportation | | | $ 75.00 | Ground service for travel from home to Hobby Airport (Houston, TX) |
| 03391369 | Fresh Start | 20160322 | Lancy, Bradley | ground transportation | | | $ 27.60 | Taxi ground transportation from airport to hotel in Dallas, TX related to Energy Future Holdings work travel. |
| 03391369 | Fresh Start | 20160322 | Lancy, Bradley | ground transportation | | | $ 38.70 | Taxi ground transportation from home to airport in Chicago, IL related to Energy Future Holdings work travel. |

**KPMG LLP**
**EFH Expense Detail**
**March 1, 2016 through March 31, 2016**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 03391369 | CAO Financial Reporting Support | 20160324 | Jeffcott, David | ground transportation | | | $ 40.00 | Taxi from EFH to Dallas Love Airport. |
| 03391369 | CAO Financial Reporting Support | 20160324 | Jeffcott, David | ground transportation | | | $ 75.00 | Ground service for travel from Houston Hobby Airport to home. |
| 03391369 | 2000465668 | 20160324 | Gram, Mark | ground transportation | | | $ 7.50 | Parking at EFH while traveling |
| 03391369 | Fresh Start | 20160325 | Lancy, Bradley | ground transportation | | | $ 25.20 | Taxi ground transportation from client offices to airport in Dallas, TX related to Energy Future Holdings work travel. |
| 03391369 | Fresh Start | 20160325 | Lancy, Bradley | ground transportation | | | $ 45.00 | Taxi ground transportation from airport to home in Chicago, IL related to Energy Future Holdings work travel. |
| 03391369 | 2000465668 | 20160325 | Gram, Mark | ground transportation | | | $ 7.50 | Parking at EFH while traveling |
| 03391369 | 2000465668 | 20160325 | Gram, Mark | ground transportation | | | $ 22.73 | Hotel parking while traveling |
| 03391369 | 2000465668 | 20160325 | Gram, Mark | ground transportation | | | $ 235.44 | Roundtrip mileage from The Woodlands TX to 1601 Bryan, Dallas TX on 03/10/16  (436 miles @.54 = $235.44). |
| 03391369 | Fresh Start | 20160328 | Lancy, Bradley | ground transportation | | | $ 27.38 | Ground transportation from home to airport in Chicago, IL related to Energy Future Holdings work travel. |
| 03391369 | Fresh Start | 20160328 | Lancy, Bradley | ground transportation | | | $ 31.25 | Taxi ground transportation from airport to hotel in Dallas, TX related to Energy Future Holdings work travel. |
| | | | | **Total Ground** | | | **$ 2,502.02** | |

**KPMG LLP**
**EFH Expense Detail**
**March 1, 2016 through March 31, 2016**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| Total Miscellaneous | | | | | | | $        - | |