**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) ) | Case No. 14-10979 (CSS) |
| Debtors.[1] | ) ) ) | (Jointly Administered) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, in accordance with the *Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Joint Plan of Reorganization and the Approval of Debtors' Disclosure Statement Scheduling Order*, dated May 24, 2016 (Dkt. No. 8514), the below-listed discovery documents were served on June 3, 2016 via electronic mail upon the Participating Parties at the email address set up by the Debtors for purposes of discovery in these cases, EFH_DS_Discovery_Service_List@kirkland.com:

1. The Ad Hoc Committee of TCEH First Lien Creditors' Responses and Objections to EFH Indenture Trustee's First Set of Requests For Production Of Documents and Interrogatories

2. The Ad Hoc Committee of TCEH First Lien Creditors' Responses and Objections to UMB Bank, N.A.'s First Request for Production of Documents

3. The Ad Hoc Committee of TCEH First Lien Creditors' Responses and Objections to Fidelity's First Requests for Production of Documents

4. The Ad Hoc Committee of TCEH First Lien Creditors' Responses and Objections to Contrarian Capital Management, LLC's First Requests for Production of Documents

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

01:16026955.1

|  |  |
|---|---|
| Dated: June 3, 2016<br>Wilmington, Delaware | */s/ Ryan M. Bartley*<br>**YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br>Pauline K. Morgan (Bar No. 3650)<br>Ryan M. Bartley (Bar No. 4985)<br>Andrew L. Magaziner (Bar No. 5426)<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone:  (302) 571-6600<br>Facsimile:  (302) 571-1253<br><br>-and-<br><br>**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**<br>Alan W. Kornberg (admitted *pro hac vice*)<br>Brian S. Hermann (admitted *pro hac vice*)<br>Andrew J. Ehrlich (admitted *pro hac vice*)<br>Jacob A. Adlerstein (admitted *pro hac vice*)<br>Adam J. Bernstein (admitted *pro hac vice*)<br>1285 Avenue of the Americas<br>New York, New York  10019<br>Telephone:  (212) 373-3000<br>Facsimile:  (212) 757-3990<br><br>*Counsel to the Ad Hoc Committee of TCEH First Lien Creditors* |