Energy Future Holdings
Richard Gitlin Time Entries
Exhibit A

| Date | Hours | Description |
|---|---|---|
| 9/1/2015 | 1.0 | Reviewed impact of plan on Retained Professionals, non-retained professionals, transaction professionals and ordinary course professionals. |
| | 1.5 | Preparation for Fee Committee meeting. |
| | 0.5 | Analyze rate increase report. |
| | 0.5 | Planning telephone call with Godfrey & Kahn for meeting. |
| | 0.5 | Review draft report for October 26 hearing. |
| | 1.0 | Review proposed application resolutions for approval. |
| | 1.0 | Review new letter reports to professionals. |
| | 2.0 | Attend Fee Committee meeting. |
| | 3.0 | Non-working travel (full) time.  See final page of Exhibit. |
| 9/2/2015 | 0.5 | Review Fee Committee notice on discovery. |
| | 0.5 | Telephone conference with Godfrey & Kahn on open issues including Proskauer letter report. |
| 9/3/2015 | 1.5 | Review professionals subject to fee review by the Committee between confirmation and the effective day and analysis of standards of review. |
| | 0.5 | Review Proskauer fee letter. |
| | 0.5 | Review Morrison fee letter. |
| | 0.5 | Review AlixPartners fee letter. |
| | 0.5 | Review list of all professionals potentially to be paid post-confirmation. |
| | 0.5 | Review revised concept paper on Fee Committee and confirmation process. |
| 9/4/2015 | 1.5 | Analysis on potential compromise positions on review of applicants in preparation for White & Case meeting. |

Energy Future Holdings
Richard Gitlin Time Entries
Exhibit A

| Date | Hours | Description |
|---|---|---|
|  | 0.5 | Telephone conference with Godfrey & Kahn preparing for White & Case and Kirkland meetings. |
| 9/8/2015 | 0.5 | Prepare for Kirkland & Ellis meeting. |
|  | 0.5 | Review and analyze make-whole issue on second lien holders of EFIH. |
|  | 0.5 | Review latest rate increase data. |
|  | 0.5 | Review agenda for September 10 Fee Committee meeting. |
|  | 1.0 | Review Trustee objections to Disclosure Statement. |
|  | 1.0 | Analyze fee provisions in plan with input from Ms. Gooch. |
|  | 0.5 | Telephone conference with Jamie Sprayregan regarding plan. |
|  | 0.5 | Review revised agenda for September 10 Fee Committee meeting. |
|  | 0.5 | Review Guggenheim September budget. |
| 9/9/2015 | 1.5 | Attend White & Case and Kirkland & Ellis meetings on potential issues. |
|  | 1.5 | Review materials for September 10 Fee Committee meeting. |
|  | 1.0 | Review Sidley draft report and analysis of issues with Sidley. |
|  | 1.0 | Analyze proposed approaches for non-retained professionals. |
|  | 3.0 | Non-working travel time. |
| 9/10/2015 | 1.0 | Prepare for Fee Committee meeting. |
|  | 1.5 | Attend telephonic Fee Committee meeting. |
|  | 0.5 | Telephone conference with Godfrey & Kahn following up on Fee Committee call. |
|  | 0.5 | Analyze open issues with Cravath and telephone conference with Peter Kravitz. |
|  | 0.5 | Review issues on plan support agreement. |
|  | 0.5 | Review revised Proskauer letter report. |

Energy Future Holdings
Richard Gitlin Time Entries
Exhibit A

| Date | Hours | Description |
|---|---|---|
|  | 0.5 | Review revised Polsinelli letter report. |
|  | 1.0 | Review revised Sidley letter report and exhibits. |
| 9/11/2015 | 0.5 | Telephone conference with Sullivan on need for additional counsel. |
|  | 1.5 | Analyze issues for hearing on PSA and Disclosure Statement. |
|  | 0.5 | Telephone conference with Godfrey & Kahn on Disclosure Statement issues. |
|  | 0.5 | Analyze Cravath compromise. |
| 9/14/2015 | 0.5 | Telephone conference on process memorandum. |
| 9/15/2015 | 1.0 | Analyze debtors response to objections to PSA. |
|  | 0.5 | Telephone conference with Godfrey & Kahn on Disclosure Statement. |
|  | 1.0 | Review agenda and prepare for September 21 Fee Committee meeting. |
|  | 1.0 | Review Cravath fee request and response and preparation for Cravath meeting. |
|  | 0.5 | Review Proskauer budget for October. |
|  | 1.0 | Analyze implications of REIT structure. |
|  | 0.5 | Telephone conference with Godfrey & Kahn on disclosure hearing. |
|  | 0.5 | Review Filsinger October budget. |
|  | 0.5 | Review Munger October budget. |
|  | 0.5 | Analyze revised language in Disclosure Statement regarding the Fee Committee. |
| 9/16/2015 | 1.0 | Review Fee Committee memorandum on professional fees in the plan and PSA and analysis of implications for the Fee Committee. |
|  | 0.5 | Review further language changes to PSA on fees. |
| 9/17/2015 | 2.0 | Phone attendance on Court hearing regarding the PSA. |

15708267.1

Energy Future Holdings
Richard Gitlin Time Entries
Exhibit A

| Date | Hours | Description |
|---|---|---|
| | 0.5 | Review draft Fee Committee memorandum on pre- and post-confirmation professional fees. |
| | 1.0 | Prepare for September 21 Fee Committee meeting. |
| | 0.5 | Telephone conference with Godfrey & Kahn in preparation for September 21 Fee Committee meeting. |
| | 0.5 | Review draft Fee Committee memorandum on modified fee review process. |
| | 0.5 | Telephone conference with Godfrey & Kahn on disclosure hearing and memorandum on treatment of fees in plan. |
| 9/18/2015 | 2.0 | Review materials for Fee Committee meeting on September 21. |
| | 0.5 | Coordinate rescheduling of Fee Committee meeting to September 22. |
| | 0.5 | Telephone conference with Godfrey & Kahn on review process for non-retained professionals. |
| 9/20/2015 | 1.5 | Review Fourth Amended Disclosure Statement. |
| | 0.5 | Telephone conference with Godfrey & Kahn on terms of latest Disclosure Statement. |
| 9/21/2015 | 1.5 | Participate in Disclosure Statement hearing by telephone. |
| | 0.5 | Analyze Sullivan request to retain Gibbs firm. |
| | 0.5 | Review fee issues raised at disclosure hearing. |
| | 1.5 | Analyze list of professionals subject to review by the Fee Committee and the standards of review. |
| | 0.5 | Telephone conference with Godfrey & Kahn on September 22 Fee Committee meetings. |
| 9/22/2015 | 1.0 | Prepare for Fee Committee meeting. |

Energy Future Holdings
Richard Gitlin Time Entries
Exhibit A

| Date | Hours | Description |
|---|---|---|
| | 1.5 | Attend Fee Committee meeting. |
| | 0.5 | Telephone conference with Andy Dietderich on retention of new counsel and fee issues. |
| | 0.5 | Review AlixPartner fee issues. |
| 9/24/2015 | 1.0 | Review division and arguments among plan supporters and Sullivan. |
| | 0.5 | Review spreadsheet of all fees paid to date. |
| | 1.0 | Analyze position of U.S. Trustee on fees paid post-confirmation and Fee Committee position. |
| | 0.5 | Review status of discovery process. |
| | 0.5 | Telephone conference with Godfrey & Kahn on fee hearing. |
| 9/25/2015 | 0.5 | Coordinate November and December Fee Committee meetings. |
| 9/26/2015 | 0.5 | Telephone conference with Godfrey & Kahn on preparing for meetings and hearings. |
| 9/28/2015 | 0.5 | Analyze attempt to delay confirmation hearing. |
| | 0.5 | Review Nixon Peabody request for extension of time for confirmation hearing. |
| | 0.5 | Review Debtors' response to request for delay of confirmation hearing. |
| | 0.5 | Telephone conference with Godfrey & Kahn on results of confirmation hearing. |
| | 0.5 | Review Proskauer response to multiple attendee issue. |
| | 0.5 | Telephone conference with Godfrey & Kahn on current issues. |
| 9/29/2015 | 0.5 | Review status of PUC filing for Hunt proposal. |
| | 0.5 | Telephone conference with Godfrey & Kahn on Fee Committee meetings. |
| 9/30/2015 | 0.5 | Review excerpts from Dore deposition relevant to fees. |
| | 0.5 | Telephone conference with Godfrey & Kahn on Sullivan and Kirkland issues. |

Energy Future Holdings
Richard Gitlin Time Entries
Exhibit A

| Date | Hours | Description |
|---|---|---|
| | 77.0 | September Total |
| 10/1/2015 | 0.5 | Review Guggenheim October budget. |
| 10/2/2015 | 1.0 | Review key issues for confirmation hearing |
| | 0.5 | Review status of negotiations with AlixPartners. |
| | 0.5 | Telephone conference with Godfrey & Kahn on status of negotiations with professionals. |
| 10/5/2015 | 0.5 | Analyze Hunt process for PUC approval. |
| | 0.5 | Review comparison of E-Side and T-Side Committee professional fees. |
| | 0.5 | Telephone conference with Godfrey & Kahn on planning for future Fee Committee meetings. |
| 10/6/2015 | 0.5 | Planning for the next Fee Committee meetings including telephone conference with Godfrey & Kahn. |
| 10/7/2015 | 2.5 | Review proposed resolutions for AlixPartners, Morrison & Foerster, Guggenheim, Sidley, Proskauer and Sullivan. |
| | 0.5 | Telephone conference with Godfrey & Kahn on preparation for October 8 Fee Committee meeting. |
| | 1.5 | Analyze law on applications of 1129(a)(4) for fees to be paid in the plan. |
| | 0.5 | Coordinate telephonic Fee Committee meeting on October 8. |
| 10/8/2015 | 1.0 | Prepare for Fee Committee meeting. |
| | 0.5 | Telephone conference with Godfrey & Kahn on Fee Committee meeting. |
| | 1.0 | Attend Fee Committee meeting. |
| | 0.5 | Review of post-meeting actions. |

15708267.1

Energy Future Holdings
Richard Gitlin Time Entries
Exhibit A

| Date | Hours | Description |
|---|---|---|
| 10/9/2015 | 1.0 | Review 1129(a)(4) and its impact on fees being paid under the plan. |
| | 1.5 | Analyze position of Fee Committee on fees to be paid under plan without additional review. |
| | 1.0 | Review status of negotiations with Retained Professionals on Fee Committee objections. |
| | 0.5 | Telephone conference with Godfrey & Kahn on draft report. |
| 10/12/2015 | 1.0 | Analyze regulatory issues - PUC – for the Hunt plan. |
| | 0.5 | Review Fee Committee draft memorandum on 1129(a)(4). |
| | 0.5 | Review summary report for October 26 uncontested fee hearing. |
| 10/13/2015 | 1.0 | Analyze status of negotiations with professionals on fee letters. |
| | 0.5 | Review Filsinger November budget. |
| | 1.0 | Analyze U.S. Trustee's position on reviewing post-confirmation fees. |
| 10/14/2015 | 0.5 | Telephone conference with Godfrey & Kahn on planning for October 16 Fee Committee meeting. |
| 10/15/2015 | 0.5 | Review Proskauer November budget. |
| | 1.5 | Analyze Fee Committee's position on fees to be paid post-confirmation as part of the plan. |
| | 1.0 | Prepare for Fee Committee telephonic meeting on October 16. |
| | 0.5 | Review PUC position on Hunt proposal. |
| | 0.5 | Telephone conference with Godfrey & Kahn on October 16 Fee Committee meeting. |
| 10/16/2015 | 0.5 | Review Munger budget for November. |
| | 0.5 | Review revised schedule for confirmation hearing. |

15708267.1

Energy Future Holdings
Richard Gitlin Time Entries
Exhibit A

| Date | Hours | Description |
|---|---|---|
| | 0.5 | Review Fee Committee memorandum on reasonableness standard. |
| | 1.0 | Participate in Fee Committee telephonic meeting. |
| | 0.5 | Telephone conference with Godfrey & Kahn on follow up items. |
| 10/19/2015 | 0.5 | Analyze Trustee position on post-confirmation fees. |
| | 0.5 | Telephone conference with Godfrey & Kahn on Trustee's position. |
| | 1.0 | Initial consideration of comments to court for October 26 hearing. |
| | 0.5 | Telephone conference with Godfrey & Kahn on upcoming hearing. |
| 10/20/2015 | 2.0 | Analyze all fees to be paid under the plan and legal basis for their review. |
| 10/21/2015 | 0.5 | Analyze dispute on drag along claims. |
| | 0.5 | Review Fee Committee report for October 26 hearing. |
| 10/22/2015 | 0.5 | Review status of Sidley negotiations. |
| | 1.5 | Review support for Debtors' plan provisions to pay professionals. |
| | 1.0 | Analyze response to Fee Committee to payment of fees under the plan. |
| 10/23/2015 | 0.5 | Review Mellon objections to confirmation. |
| | 0.5 | Review other objections to confirmation. |
| | 2.0 | Analyze issues to present to the court on October 26 hearing. |
| | 0.5 | Telephone conference with Godfrey & Kahn on section 1129(a)(4) and the upcoming hearing. |
| 10/24/2015 | 1.0 | Analyze EFH Official Committee objections to confirmation. |
| | 0.5 | Telephone conference with Godfrey & Kahn on objections filed. |
| | 0.5 | Analyze Debtors' approach to issues rased by 1129(a)(4) fees. |
| | 1.0 | Consideration of U.S. Trustee position on post-confirmation fees. |

Energy Future Holdings
Richard Gitlin Time Entries
Exhibit A

| Date | Hours | Description |
|---|---|---|
| 10/25/2015 | 2.0 | Review all applications to come before court on uncontested basis. |
|  | 0.5 | Telephone conference with Godfrey & Kahn in preparation for October 25 hearing. |
| 10/26/2015 | 1.5 | Prepare remarks for the Court. |
|  | 1.0 | Review objections to confirmation of the plan. |
|  | 0.5 | Analyze position of Fee Committee for confirmation hearing. |
|  | 1.0 | Preparation meeting with Godfrey & Kahn before Court hearing. |
|  | 0.5 | Review Fee Committee report to the Court for October 26 hearing. |
|  | 1.0 | Attend Court hearing on fees. |
|  | 1.0 | Meet with Godfrey & Kahn post-hearing on next steps. |
|  | 5.0 | Non-working travel. |
| 10/27/2015 | 1.0 | Review latest objections to confirmation. |
|  | 1.0 | Consider media inquiry responses by the Fee Committee. |
| 10/28/2015 | 1.0 | Review U.S. Trustee's objections to confirmation. |
|  | 1.5 | Analyze Fee Committee's position on confirmation issues and the position of U.S. Trustee. |
|  | 0.5 | Review Joint Stipulated Pre-Trial Order. |
|  | 0.5 | Telephone conference with Godfrey & Kahn on Fee Committee stipulation. |
| 10/29/2015 | 0.5 | Analyze confirmation time schedule. |
| 10/31/2015 | 1.0 | Review and analyze Debtors' omnibus reply to plan confirmation objections. |
|  | 0.5 | Telephone conference with Godfrey & Kahn on reply briefs. |
|  | 65.0 | October Total |

Energy Future Holdings
Richard Gitlin Time Entries
Exhibit A

| Date | Hours | Description |
|---|---|---|
| 11/2/2015 | 0.5 | Review schedule for confirmation hearing. |
| | 0.5 | Telephone conference with Godfrey & Kahn on agenda for November Fee Committee meeting. |
| 11/3/2015 | 2.0 | Review of direct testimony of Anthony Horton, Michael Carter, Paul Keglevic, Jonathan Smidt, David Kerr and John Stuart. |
| | 3.0 | Participate by telephone in confirmation hearing. |
| | 0.5 | Review fee issues with Cravath. |
| 11/4/2015 | 1.0 | Review status of fourth interim letters to professionals. |
| | 0.5 | Analyze testimony of Stacey Dore on professional fees. |
| | 0.5 | Telephone conference with Godfrey & Kahn on confirmation hearing. |
| 11/5/2015 | 0.5 | Coordination of November 18 Fee Committee meeting. |
| | 1.0 | Review key portions of transcript of confirmation hearing. |
| | 0.5 | Analyze risks of Hunt proposal being consummated. |
| 11/7/2015 | 0.5 | Review scope of mediation efforts. |
| | 0.5 | Telephone conference with Jamie Sprayregan on plan and confirmation hearing. |
| | 0.5 | Telephone conference with Godfrey & Kahn on November Fee Committee meeting agenda. |
| 11/9/2015 | 0.5 | Prepare for next Fee Committee meeting. |
| | 0.5 | Review Guggenheim November budget. |
| 11/10/2015 | 0.5 | Review Cravath report and exhibits. |
| | 1.0 | Analyze key issues on confirmation hearing. |
| | 1.5 | Review draft letter reports and supporting materials. |

Energy Future Holdings
Richard Gitlin Time Entries
Exhibit A

| Date | Hours | Description |
|---|---|---|
| 11/11/2015 | 2.0 | Analyze fee issues in the confirmation process. |
| | 0.5 | Review agenda for November 18 Fee Committee meeting. |
| | 1.5 | Analyze case law and impact of 1129(a)(4) on confirmation process regarding fee payment commitments. |
| | 0.5 | Review Fee Committee letter to Gibson & Dunn for fourth interim period. |
| | 0.5 | Analyze impact of Next Era actions on confirmation process. |
| | 0.5 | Review transcripts of October 26 fee hearing. |
| | 0.5 | Telephone conference with Godfrey & Kahn on Fee Committee agenda. |
| 11/12/2015 | 1.0 | Review and assess report of hearing on confirmation. |
| | 0.5 | Review Munger December budget. |
| | 0.5 | Review Filsinger December budget. |
| 11/13/2015 | 1.0 | Prepare for Fee Committee meeting on November 18. |
| | 0.5 | Telephone conference with Godfrey & Kahn on materials for November 18 Fee Committee meeting. |
| | 1.5 | Review list of all professionals to be paid under the plan and the position of the Fee Committee regarding review and payment. |
| 11/14/2015 | 0.5 | Telephone conference with Godfrey & Kahn on testimony at hearing. |
| 11/16/2015 | 2.5 | Prepare for court hearing on October 18, including review of U.S. Trustee position and position of the Fee Committee. |
| | 0.5 | Review Proskauer December budget. |
| | 1.5 | Assess Fee Committee's review process for different categories of professionals under the plan. |
| | 0.5 | Telephone conference with Godfrey & Kahn on upcoming Fee Committee meeting. |

Energy Future Holdings
Richard Gitlin Time Entries
Exhibit A

| Date | Hours | Description |
|---|---|---|
| 11/17/2015 | 2.0 | Review materials for Fee Committee meeting on November 18. |
| | 1.0 | Review chart of rate increases and assessment of potential rate increase holdbacks. |
| | 1.0 | Assess standards for review of fees to be paid under the Fidelity settlement agreement. |
| | 0.5 | Assess U.S. Trustee objection to Fidelity settlement. |
| | 0.5 | Review updated list of professionals to be paid under the plan. |
| 11/18/2015 | 2.0 | Analyze rate increases chart, law on increases and potential strategy for the Fee Committee. |
| | 1.5 | Prepare for Fee Committee meeting. |
| | 2.0 | Attend Fee Committee meeting. |
| | 1.0 | Analyze potential approach to rate increases. |
| | 5.0 | Non-working travel. |
| | 0.5 | Post-Fee Committee meeting with Godfrey & Kahn. |
| 11/19/2015 | 0.5 | Review issues on fees of Fidelity to be paid as part of settlement. |
| | 0.5 | Telephone conference with J. Sprayregan on procedure. |
| | 1.0 | Analyze U.S. Trustee objection to Fidelity fees and Fidelity's reply. |
| | 0.5 | Telephone conference with J. Sprayregan on process. |
| 11/20/2015 | 0.5 | Analyze Judge Carey's decision on Tribune as it may apply to fees in EFH. |
| | 1.0 | Analyze review of transaction fees that might be appropriate. |
| | 0.5 | Telephone conference with Godfrey & Kahn on hearing schedule. |
| 11/23/2015 | 1.0 | Analyze fee issues for the settlement hearing on November 25. |
| | 0.5 | Review E-Side agreement on Chapter 11 plan. |

15708267.1

Energy Future Holdings
Richard Gitlin Time Entries
Exhibit A

| Date | Hours | Description |
|---|---|---|
| 11/25/2015 | 1.0 | Develop remarks to be made at November 25 hearing. |
| | 1.5 | Participate in settlement hearing by telephone. |
| | 2.0 | Analyze all pre- and post-fees to be paid as part of expected order. |
| | 0.5 | Telephone conference with Godfrey & Kahn on issues in confirmation. |
| | 0.5 | Telephone conference with J. Sprayregan on process. |
| | 0.5 | Review negotiations between U.S. Trustee and Debtors on payments. |
| 11/26/2015 | 1.5 | Prepare for confirmation hearing. |
| | 0.5 | Telephone conference with Godfrey & Kahn on confirmation and potential settlements. |
| 11/30/2015 | 2.5 | Prepare for confirmation hearing regarding fee issues and telephone conference with Godfrey & Kahn on that hearing. |
| | 65.5 | November Total |
| 12/1/2015 | 1.5 | Review confirmation issues involving review and payment of fees. |
| | 1.0 | Analyze U.S. Trustee position on transactional fees. |
| | 1.5 | Prepare remarks for confirmation hearing. |
| | 1.0 | Analyze standard of review for applicants. |
| 12/2/2015 | 1.5 | Review latest list and standards of review for all professionals to be paid under the plan. |
| | 1.0 | Review amended sixth plan of reorganization. |
| | 0.5 | Telephone conference with Godfrey & Kahn on fee issues in confirmation process. |

15708267.1

Energy Future Holdings
Richard Gitlin Time Entries
Exhibit A

| Date | Hours | Description |
|---|---|---|
| 12/3/2015 | 1.0 | Prepare for confirmation hearings and telephone conference with Godfrey & Kahn on those hearings. |
| 12/4/2015 | 1.0 | Review latest version of proposed confirmation order. |
| | 0.5 | Review transcript of hearing on payment of fees. |
| | 2.5 | Review proposed revised orders and multiple back and forth on negotiations of the order of confirmation. |
| | 0.5 | Review agenda for December 8 Fee Committee meeting. |
| | 0.5 | Review revised list of professionals to be paid under the plan. |
| 12/5/2015 | 0.5 | Telephone conference with J. Sprayregan on proposed order of confirmation. |
| | 0.5 | Review status of proposed orders. |
| 12/6/2015 | 1.0 | Analyze compliance guidelines for professionals on fee process under orders of confirmation. |
| | 0.5 | Review draft memorandum to professionals regarding post-confirmation fee process. |
| | 0.5 | Telephone conference with Godfrey & Kahn on draft memorandum to non-retained professionals. |
| 12/7/2015 | 2.5 | Review materials for Fee Committee meeting on December 8. |
| | 1.5 | Review standard of review for "reasonableness" for non-retained professionals. |
| | 1.0 | Review sixth amended plan. |
| | 0.5 | Review list of additional professionals to be reviewed by the Fee Committee. |
| | 0.5 | Telephone conference with Godfrey & Kahn preparing for Fee Committee meeting. |
| 12/8/2015 | 0.5 | Review revised memorandum to professionals. |
| | 0.5 | Review FTI open issues. |

15708267.1

Energy Future Holdings
Richard Gitlin Time Entries
Exhibit A

| Date | Hours | Description |
|---|---|---|
|  | 0.5 | Telephone conference with Godfrey & Kahn on meeting preparation. |
|  | 0.5 | Meeting with Ms. Stadler on Fee Committee meeting. |
|  | 1.0 | Review letter reports for Kirkland, McDermott and A&M. |
|  | 2.5 | Attend Fee Committee meeting. |
|  | 1.0 | Analyze next steps in deadling with hourly rate increases. |
|  | 1.0 | Post-meeting telephone calls with Godfrey & Kahn on follow up items. |
|  | 0.5 | Analyze fee request by Kirkland & Ellis. |
|  | 4.0 | Non-working travel. |
| 12/9/2015 | 0.5 | Telephone conference with Godfrey & Kahn on fee request by Kirkland & Ellis and non-retained professionals. |
|  | 0.5 | Review revised memorandum to professionals for post-confirmation review of fees. |
|  | 1.0 | Analyze risks of PUC Texas process and potential impact on professional fees. |
|  | 0.5 | Analyze revised order appointing committee. |
|  | 0.5 | Telephone conference with Godfrey & Kahn on federal REIT legislation and PUC process. |
| 12/10/2015 | 0.5 | Review staff PUC position on Hunt proposal and its impact on plan. |
|  | 0.5 | Review additional proposed changes to memorandum to professionals. |
| 12/11/2015 | 1.0 | Analyze Kirkland & Ellis rate increases and review memorandum to Kirkland & Ellis. |
|  | 1.0 | Analyze process of review for the different professional groups post-petition. |
|  | 0.5 | Telephone conference with Godfrey & Kahn on Kirkland & Ellis fees. |
| 12/14/2015 | 0.5 | Review final letter to Kirkland. |
|  | 0.5 | Telephone conference with Godfrey & Kahn on Kirkland letter. |

Energy Future Holdings
Richard Gitlin Time Entries
Exhibit A

| Date | Hours | Description |
|---|---|---|
| | 1.5 | Analyze fixed monthly payments to investment professionals in light of their reduced commitment post-confirmation. |
| | 0.5 | Telephone conference with J. Sprayregan on rate increases of Kirkland. |
| 12/15/2015 | 1.0 | Review rate increases of Kirkland by timekeeper including step increases. |
| | 0.5 | Review final letter to Kirkland. |
| | 0.5 | Review Proskauer January budget. |
| | 0.5 | Telephone conference with Godfrey & Kahn on memorandum to professionals. |
| | 0.5 | Review Munger January budget. |
| 12/16/2015 | 0.5 | Review status of letters to retained professionals. |
| | 0.5 | Analyze post-confirmation letter to professionals. |
| 12/17/2015 | 0.5 | Telephone conference with Godfrey & Kahn and Ms. Gooch on approach to fee review and Fee Committee messages to professionals for post-confirmation fees. |
| | 0.5 | Review Filsinger January budget. |
| | 1.0 | Analyze position on fees between confirmation and effective date. |
| 12/18/2015 | 0.5 | Telephone conference with Godfrey & Kahn on memorandum to professionals for post-confirmaton fees. |
| 12/20/2015 | 1.0 | Analyze options to reduce or eliminate payments to flat fee professionals post-confirmation. |
| | 0.5 | Review judge's decision on Oncor minority holders. |
| 12/21/2015 | 0.5 | Analyze approach to professional budgets post-confirmation. |
| | 0.5 | Telephone conference with Godfrey & Kahn on budget process. |
| 12/22/2015 | 0.5 | Review draft memorandum to post-confirmation fee review professionals. |

Energy Future Holdings
Richard Gitlin Time Entries
Exhibit A

| Date | Hours | Description |
|---|---|---|
|  | 0.5 | Review revised order on fee payments to Kirkland. |
| 12/23/2015 | 0.5 | Telephone conference with Godfrey & Kahn on Kirkland fees and other matters. |
| 12/23/2015 | 0.5 | Review revisions to Kirkland fee payment order. |
|  | 0.5 | Telephone conference with Godfrey & Kahn on Fee Committee meetings in January and February. |
| 12/27/2015 | 1.0 | Analyze budgets received to date and approach to budgets post-confirmation. |
| 12/28/2015 | 0.5 | Review status of budgets for Debtors' professionals and preparing for budget telephone call. |
|  | 1.0 | Telephone conference with Godfrey & Kahn on open issue year-end and preparing for Fee Committee process in 2016. |
| 12/29/2015 | 0.5 | Review proposed changes to memorandum to professionals. |
|  | 0.5 | Telephone conference with Godfrey & Kahn on memorandum to professionals. |
| 12/30/2015 | 0.5 | Review final memorandum to Retained Professionals. |
| 12/31/2015 | 0.5 | Review draft agenda for January 19 Fee Committee meeting. |
|  | 60.5 | December Total |
|  | 268.0 | GRAND TOTAL |
|  | -10.5 | 1/2 of non-working travel hours |
|  | 257.5 |  |
|  | 776.7 | Blended Rate |