# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 ) ) Case No. 14-10979 (CSS) ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) (Jointly Administered) ) |
| Debtors. | ) **Re: D.I. 164** ) ) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that Akin Gump Straus Hauer & Feld LLP and Chipman Brown Cicero & Cole, LLP hereby withdraw their appearances as co-counsel of record for the ad hoc committee of holders of 11.25%/12.25% unsecured senior toggle notes due December 1, 2018 issued pursuant to that certain Indenture, dated December 5, 2012, by and among Energy Future Intermediate Holding Company, LLC and EFIH Finance Inc., as issuers, and UMB Bank, N.A., as successor trustee (the "Ad Hoc Committee of EFIH Unsecured Noteholders") and the parties to that certain second lien Commitment Letter, dated April 28, 2014, with Energy Future Holdings Corp. and Energy Future Intermediate Holdings Company, LLC (the "EFIH Second Lien DIP Commitment Parties") in the above captioned case.

Dated: June 3, 2016  
         Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

    */s/ William E. Chipman, Jr.*  
William E. Chipman, Jr. (No. 3818)  
Mark D. Olivere (No. 4291)  
Hercules Plaza  
1313 North Market Street, Suite 5400  
Wilmington, Delaware 19801  
Telephone:   (302) 295-0191  
Facsimile:   (302) 295-0199  
E-mail:   chipman@chipmanbrown.com  
            olivere@chipmanbrown.com

*-and-*

2

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Ira S. Dizengoff (admitted *pro hac vice*)
Abid Qureshi (admitted *pro hac vice*)
One Bryant Park
New York, NY 10036
Telephone:     (212) 872-1000
Facsimile:      (212) 872-1002
Email:            idizengoff@akingump.com
                       aqureshi@akingump.com

Scott L. Alberino (admitted pro hac vice)
Joanna F. Newdeck (admitted *pro hac vice*)
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone:     (202) 887-4000
Facsimile:      (202) 887-4288
Email:            salberino@akingump.com
                       jnewdeck@akingump.com

*Outgoing Co-Counsel for Ad Hoc Committee of EFIH Unsecured Noteholders and EFIH Second Lien DIP Commitment Parties*