**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered) |

## WITHDRAWAL OF NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the following counsel for Veolia ES Industrial Services, Inc. ("Veolia"), in the above-referenced case, hereby withdraw their *Notice of Appearance* filed on October 22, 2014 [D.I. 2521]:

| Natasha M. Songonuga, Esq.<br>**GIBBONS P.C.**<br>1000 N. West Street, Suite 1200<br>Wilmington, DE  19801-1058<br>Telephone:  (302) 295-4875<br>Facsimile:  (302) 295-4876<br>E-mail: nsongonuga@gibbonslaw.com | Dale E. Barney, Esq.<br>**GIBBONS P.C.**<br>One Gateway Center<br>Newark, NJ  07102-5310<br>Telephone:  (973) 596-4500<br>Facsimile:  (973) 596-0545<br>E-mail: dbarney@gibbonslaw.com |
|---|---|

PLEASE TAKE FURTHER NOTICE that the undersigned counsel further requests that both individual counsel and the firm's name be stricken from any service list maintained by the Clerk of the Court, the Debtors, and other interested parties..

Dated: June 6, 2016
Wilmington, Delaware

**GIBBONS P.C.**

By: */s/ Natasha M. Songonuga*
Natasha M. Songonuga, Esq. (Bar No. 5391)
300 Delaware Avenue, Suite 1015
Wilmington, DE 19801-1671
Telephone: (302) 518-6324
Facsimile: (302) 429-6294
E-mail: nsongonuga@gibbonslaw.com

*Counsel for Veolia ES Industrial Services, Inc.*

2475915.1  108903-89188