## Exhibit A

| | |
|---|---|
| **Sale Assets:** | Several tracts of land related to the former North Lake Steam Electric Generation site, located in Dallas County, Texas (collectively, the "Property"):<br>• Tract 1: 81.85 acres (North Tract; 3-unit generation footprint)<br>• Tract 2: 12.6 acres (Valley Ranch substation)<br>• Easement Area: 1.796 acres |
| **Debtor/Seller:** | Luminant Generation Company LLC ("Luminant"). |
| **Purchaser:** | Oncor Electric Delivery Company LLC ("Oncor"). |
| **Marketing/Sales Process:** | Luminant is selling the Property as a part of its ongoing prepetition and postpetition efforts to divest land related to the former North Lake Steam Electric Generation site.[1] Luminant retained two brokerage firms to review the internal methodology employed to value the Property. The Property is encumbered by various easements in favor of Oncor, which hinder the marketability of the Property to any party other than Oncor. The sale will be effectuated pursuant to a contract of sale. |
| **Price/Terms:** | $789,934.46 ($0.192 per square foot).[2]<br><br>Oncor will deposit the purchase price to escrow within four (4) business days of executing a contract of sale.<br><br>Oncor will release certain expansion rights on approximately 18 acres at the North Lake site that Luminant will continue to own.[3] |
| **Book Value:** | $1,841,127.86 |
| **Other Significant Terms:** | Preconditions to Closing:<br>• Luminant's receipt of a formal Certificate of Completion from TCEQ under the Voluntary Clean Up Program ("VCP") indicating that remediation of the Property is complete. |

---

[1] *See Notice of Sale* [D.I. 1575]; *Order Authorizing Sale of Northlake Property* [D.I. 1727].

[2] Luminant and Oncor originally agreed to a price of $1.92 per square foot based on appraisals performed in connection with Luminant's prepetition marketing efforts. This price is consistent with the $1.92 per square foot price agreed to by Luminant and the purchaser of the 24 acre North Lake Pad F (see *Notice of Sale* [D.I. 1575]). Due to Oncor's standard 90% adjustment for easement valuation impairment, the present day value per square foot is $0.192, or 10% of the original amount. This price per square foot honors the original valuation and is consistent with standard Oncor easement valuation adjustment procedures.

[3] Pursuant to the Special Warranty Deed dated December 14, 2001 and recorded on December 20, 2001 as Document Number 200101646953 in Volume 248, Page 11540 of the Real Property Records of Dallas County, Texas, TXU Electric Delivery Company, as predecessor-in-interest to Oncor, was granted certain easement rights over land owned by TXU Generation Company LP, as predecessor-in-interest to Luminant.

- Oncor's receipt of the necessary zoning and governmental approvals, as specified in the contract of sale, necessary for Oncor's intended use of the Property as an electric transmission/distribution substation and/or switching station.

Luminant reserves all of the underground water and all of the oil, gas and other minerals in, on, under and that may be produced from the Property, including any or all surface minerals.

**Known Encumbrances:**

| Liens[4] | Identity of Lienholder |
|---|---|
| DIP Liens | Citibank, N.A.<br>1615 Brett Road, Building III<br>New Castle, DE 19720<br>Attn: Bank Loan Syndications Department<br>Copy to Owen Coyle (same address as above) |
| Prepetition First Priority Liens | Delaware Trust Company of Delaware<br>2711 Centerville Road, Suite 400<br>Wilmington, DE 19808<br>Attn: Joseph McFadden<br><br>Wilmington Trust, N.A.<br>50 South Sixth Street, Suite 1290<br>Minneapolis, MN 55402<br>Attn: Jeffrey T. Rose, Esq. |
| Prepetition Second Priority Liens | Wilmington Savings Fund Society, FSB<br>Global Bankruptcy Restructuring Services<br>500 Delaware Avenue<br>Wilmington, DE 19801<br>Attn: Patrick Healy<br><br>Bank of New York Mellon Trust Company, N.A.<br>Corporate Trust Division<br>601 Travis Street – 16th Floor<br>Houston, TX 77002<br>Attn: TCEH Senior Secured Second Lien Notes Trustee |
| Property Tax Lien – Dallas County, TX | Dallas County Tax Assessor/Collector<br>Property Tax<br>500 Elm Street<br>Dallas, TX 75202 |

---

[4] The terms "DIP Liens," "Prepetition First Priority Liens," and "Prepetition Second Priority Liens" are defined in the *Motion of Texas Competitive Electric Holdings Company LLC and Certain of its Debtor Affiliates, For Entry of Interim and Final Orders (A) Approving Postpetition Financing, (B) Granting Liens and Providing Superpriority Administrative Claims, (C) Modifying the Automatic Stay, and (D) Scheduling a Final Hearing* [D.I. 73] (the "TCEH DIP Motion").

| Direct Sales Tax Lien – State of Texas | State of Texas, Comptroller's Office<br>Texas Comptroller of Public Accounts<br>P.O. Box 13528, Capital Station<br>Austin, TX 78711 |
|---|---|
| Mechanic's Lien<br>($8,475.00 – prepetition) | Sunbelt Industrial Services<br>Attn: Marla Murphy<br>2415 Cullen Street<br>Fort Worth, TX 76107 |

**Other Known Affected/Interested Governmental/Regulatory Entities:**

| Nature of Interest | Entity |
|---|---|
| Texas Commission on Environmental Quality – Voluntary Cleanup Program | Texas Commission on Environmental Quality<br>VCP-CA Section<br>P.O. Box 13087<br>Austin, Texas 78711<br>Attn: Joe Bell, P.G.<br>Re: VCP No. 2609 |
| City of Coppell – adjacent landowner | City of Coppell, Texas<br>255 Parkway Boulevard<br>Coppell, TX 75019<br>Attn: City Manager |
| CW PSF, LLC – adjacent landowner | CW PSF, LLC<br>c/o Trammell Crow Company No. 43<br>1722 Routh Street, Suite 1313<br>Dallas, TX 75201 |
| Coppell ISD - adjacent landowner | Coppell Independent School District<br>200 South Denton Tap Road<br>Coppell, TX 75019<br><br>Walsh Anderson Gallegos Green Trevino<br>Attn: Counsel for Coppell ISD<br>105 Decker Court, Suite 600<br>Irving, TX 75062 |