# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on June 3, 2016, counsel to Energy Future Holdings Corp., and its debtor affiliates, as debtors and debtors in possession in the above-captioned cases, caused a true and correct copy of the following to be served via email on all members of the service list attached hereto as **Exhibit A,** in these chapter 11 cases, EFH_DS_Discovery_Service_List@kirkland.com:

1. DEBTORS' RESPONSES AND OBJECTIONS TO DELAWARE TRUST COMPANY, AS INDENTURE TRUSTEE'S, FIRST AND SUPPLEMENTAL SETS OF REQUESTS AND INTERROGATORIES IN CONNECTION WITH CONFIRMATION OF THE DEBTORS' NEW JOINT PLAN FOR REORGANIZATION

2. DEBTORS' RESPONSES AND OBJECTIONS TO INTERROGATORIES PROPOUNDED BY THE BANK OF NEW YORK MELLON, AS INDENTURE TRUSTEE, AND THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., AS INDENTURE TRUSTEE, TO THE DEBTORS

3. DEBTORS' RESPONSES AND OBJECTIONS TO THE REQUEST TO THE DEBTORS FOR THE PRODUCTION OF DOCUMENTS PROPOUNDED BY THE BANK OF NEW YORK MELLON, AS INDENTURE TRUSTEE, AND THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., AS INDENTURE TRUSTEE

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 14618142v.1

4. DEBTORS' RESPONSES AND OBJECTIONS TO THE FIRST DOCUMENT REQUESTS OF SHIRLEY FENICLE, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO THE ESTATE OF GEORGE FENICLE, AND DAVID WILLIAM FAHY TO DEBTORS IN CONNECTION WITH CONFIRMATION OF THE DEBTORS' NEW JOINT PLAN OF REORGANIZATION

5. DEBTORS' RESPONSES AND OBJECTIONS TO UMB BANK, N.A.'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO THE DEBTORS RELATED TO THE PLAN WITH REGARD TO THE E-SIDE DEBTORS

6. DEBTORS' RESPONSES AND OBJECTIONS TO UMB BANK, N.A.'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO THE DEBTORS RELATED TO THE PLAN WITH REGARD TO THE TCEH DEBTORS

7. DEBTORS' RESPONSES AND OBJECTIONS TO CONTRARIAN CAPITAL MANAGEMENT, LLC'S FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEBTORS PURSUANT TO RULES 7026 AND 7034

8. DEBTORS' RESPONSES AND OBJECTIONS TO INITIAL DOCUMENT REQUESTS OF CERTAIN FUNDS AND ACCOUNTS ADVISED OR SUB-ADVISED BY FIDELITY MANAGEMENT & RESEARCH COMPANY OR ITS AFFILIATES DIRECTED TO THE DEBTORS

9. DEBTORS' RESPONSES AND OBJECTIONS TO EFH INDENTURE TRUSTEE'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND INTERROGATORIES TO THE DEBTORS IN CONNECTION WITH CONFIRMATION OF THE DEBTORS' JOINT PLAN OF REORGANIZATION OF ENERGY FUTURE HOLDINGS CORP., ET AL., PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE

*[Remainder of page intentionally left blank.]*

Dated: June 6, 2016
Wilmington, Delaware

/s/ Jason M. Madron

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:       collins@rlf.com
             defranceschi@rlf.com
             madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:       edward.sassower@kirkland.com
             stephen.hessler@kirkland.com
             brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Andrew McGaan (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:       james.sprayregen@kirkland.com
             marc.kieselstein@kirkland.com
             andrew.mcgaan@kirkland.com
             chad.husnick@kirkland.com
             steven.serajeddini@kirkland.com

-and-

Mark E. McKane (admitted *pro hac vice*)
555 California Street
San Francisco, CA 94104
Telephone:    (415) 439-1400
Facsimile:    (415) 439-1500
Email:        mark.mckane@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*