## <u>EXHIBIT A</u>

**Statement of Fees and Expenses By Subject Matter**

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 6 | [ALL] Case Administration | 15.50 | $6,990.00 |
| 7 | [ALL] Cash Management | 1.20 | $834.00 |
| 8 | [ALL] Claims Administration & Objections | 302.50 | $198,336.50 |
| 9 | [ALL] Contested Matters & Adv. Proceed. | 95.00 | $79,208.00 |
| 10 | [ALL] Corp. Governance and Sec. Issues | 134.80 | $106,182.00 |
| 11 | [ALL] Exec. Contracts & Unexpired Leases | 21.30 | $14,407.50 |
| 12 | [ALL] Hearings | 10.40 | $9,324.50 |
| 14 | [ALL] K&E Retention and Fee Applications | 35.40 | $21,918.00 |
| 17 | [ALL] Non-K&E Retentions & Fee Apps | 16.70 | $13,599.00 |
| 18 | [ALL] Non-Working Travel | 12.40 | $13,574.00 |
| 21 | [ALL] Plan and Disclosure Statements | 644.70 | $676,147.00 |
| 26 | [ALL] Retiree and Employee Issues/OPEB | 25.10 | $19,420.50 |
| 29 | [ALL] Tax Issues | 256.30 | $300,774.00 |
| 30 | [ALL] U.S. Trustee Issues | 0.30 | $208.50 |
| 33 | [ALL] Vendor and Other Creditor Issues | 2.20 | $1,331.00 |
| 34 | [TCEH] Asset Dispositions and Purchases | 36.60 | $28,756.00 |
| 38 | [TCEH] Cash Collateral and DIP Financing | 10.20 | $11,041.50 |
| 39 | [TCEH] Claims Administration & Objection | 13.20 | $5,332.00 |
| 42 | [TCEH] Environmental Issues | 6.00 | $5,911.50 |
| 57 | [TCEH] Trading and Hedging Contracts | 1.10 | $852.50 |
| 68 | [EFIH] Contested Matters & Advers. Pro. | 14.20 | $12,769.00 |
| 82 | [EFH] Asset Dispositions and Purchases | 1.50 | $1,024.50 |
| 108 | [TCEH] Exec. Contracts & Unexpired Lease | 0.20 | $121.00 |
| 113 | [ALL] Enforcement of TTI Rights | 78.80 | $58,131.00 |
| 115 | [TCEH] Exit Financing | 519.10 | $520,194.50 |
| | Totals: | 2,254.70 | $2,106,388.00 |

| Service Description | Amount |
|---|---|
| Third Party Telephone Charges | $1,049.37 |
| Standard Copies or Prints | $1,074.00 |
| Color Copies or Prints | $2,475.30 |
| Large Format Copy/Print | $22.00 |
| Production Blowbacks | $1,676.10 |
| Closing/Mini Books | $12.00 |
| Overnight Delivery | $31.26 |
| Outside Messenger Services | $152.06 |
| Local Transportation | $195.07 |
| Travel Expense | $2,655.62 |
| Airfare | $5,247.68 |
| Transportation to/from airport | $939.33 |
| Travel Meals | $290.19 |
| Car Rental | $80.00 |
| Other Travel Expenses | $210.00 |
| Court Reporter Fee/Deposition | $846.99 |
| Other Court Costs and Fees | $4,301.50 |
| Catering Expenses | $2,726.00 |
| Outside Retrieval Service | $1,407.00 |
| Computer Database Research | $1,992.70 |
| Westlaw Research | $1,514.43 |
| Overtime Transportation | $343.63 |
| Overtime Meals - Attorney | $416.03 |
| Cash Credits | -$214.20 |
| **Total:** | **$29,444.06** |