# **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The K&E attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Rebecca Blake Chaikin | Associate | 2015 | Restructuring | 605.00 | 65.40 | $39,567.00 |
| Kevin Chang | Associate | 2014 | Litigation - General | 585.00 | 0.90 | $526.50 |
| Ryan Copeland | Associate | 2012 | Corporate - Debt Finance | 775.00 | 121.80 | $94,395.00 |
| Jarrel deLottinville | Associate | 2012 | Corporate - Capital Markets | 775.00 | 1.00 | $775.00 |
| Thomas Dobleman | Associate | 2011 | Corporate - Debt Finance | 895.00 | 30.50 | $27,297.50 |
| Emily Geier | Associate | 2012 | Restructuring | 845.00 | 72.90 | $61,600.50 |
| Natasha Hwangpo | Associate | 2014 | Restructuring | 695.00 | 106.80 | $74,226.00 |
| Cyril V Jones | Associate | 2014 | Corporate - M&A/Private Equity | 845.00 | 1.80 | $1,521.00 |
| Lina Kaisey | Associate | 2015 | Restructuring | 605.00 | 17.80 | $10,769.00 |
| Austin Klar | Associate | 2013 | Litigation - General | 675.00 | 26.50 | $17,887.50 |
| Mark Menzies | Associate | 2014 | Litigation - General | 675.00 | 6.00 | $4,050.00 |
| Marsha Mogilevich | Associate | 2012 | Corporate - Capital Markets | 845.00 | 0.60 | $507.00 |
| Kristen Molloy | Associate | 2015 | Corporate - General | 510.00 | 45.40 | $23,154.00 |
| Veronica Nunn | Associate | 2010 | Corporate - M&A/Private Equity | 895.00 | 52.30 | $46,808.50 |
| Daniel Rudewicz | Associate | 2016 | Restructuring | 510.00 | 0.50 | $255.00 |
| Anthony Sexton | Associate | 2011 | Taxation | 895.00 | 79.20 | $70,884.00 |
| Daniel Sito | Associate | 2015 | Taxation | 525.00 | 9.00 | $4,725.00 |
| Justin Sowa | Associate | 2013 | Litigation - General | 755.00 | 134.20 | $101,321.00 |
| Anna Terteryan | Associate | 2014 | Litigation - General | 585.00 | 153.10 | $89,563.50 |
| McClain Thompson | Associate | 2014 | Restructuring | 605.00 | 68.50 | $41,442.50 |
| Andrew D Walker | Associate | 2014 | Corporate - General | 605.00 | 12.20 | $7,381.00 |
| Spencer A Winters | Associate | 2013 | Restructuring | 695.00 | 19.40 | $13,483.00 |
| Aparna Yenamandra | Associate | 2013 | Restructuring | 775.00 | 90.40 | $70,060.00 |
| Katherine Bolanowski | Partner | 2009 | Corporate - Debt Finance | 940.00 | 8.90 | $8,366.00 |
| Marin K Boney | Partner | 2008 | Litigation - Antitrust/Competition | 900.00 | 1.80 | $1,620.00 |
| Andrew Calder, P.C. | Partner | 2003 | Corporate - M&A/Private Equity | 1,325.00 | 6.00 | $7,950.00 |
| Jeanne T Cohn-Connor | Partner | 1985 | Environment - Transactional | 1,010.00 | 8.90 | $8,989.00 |
| Barack S Echols | Partner | 1999 | Litigation - General | 1,010.00 | 3.10 | $3,131.00 |
| Gregory W Gallagher, P.C. | Partner | 1997 | Taxation | 1,325.00 | 80.50 | $106,662.50 |
| Jonathan F Ganter | Partner | 2010 | Litigation - General | 900.00 | 9.80 | $8,820.00 |
| Jeffrey M Gould | Partner | 2006 | Litigation - General | 955.00 | 3.50 | $3,342.50 |
| Warren Haskel | Partner | 2009 | Litigation - General | 900.00 | 18.60 | $16,740.00 |
| Erik Hepler | Partner | 1990 | Corporate - Debt Finance | 1,120.00 | 2.40 | $2,688.00 |
| Chad J Husnick | Partner | 2004 | Restructuring | 1,090.00 | 78.10 | $85,129.00 |
| Ellen M Jakovic | Partner | 1985 | Litigation - Antitrust/Competition | 1,100.00 | 2.70 | $2,970.00 |

RLF1 14618932v.1

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Marc Kieselstein, P.C. | Partner | 1988 | Restructuring | 1,310.00 | 97.10 | $127,201.00 |
| Michelle Kilkenney | Partner | 2002 | Corporate - Debt Finance | 1,120.00 | 75.00 | $84,000.00 |
| Michael Kim | Partner | 2003 | Corporate - Capital Markets | 1,080.00 | 2.00 | $2,160.00 |
| Joshua N Korff, P.C. | Partner | 1994 | Corporate - Capital Markets | 1,325.00 | 1.30 | $1,722.50 |
| William A Levy, P.C. | Partner | 1998 | Taxation | 1,325.00 | 20.00 | $26,500.00 |
| Todd F Maynes, P.C. | Partner | 1988 | Taxation | 1,445.00 | 73.90 | $106,785.50 |
| Andrew R McGaan, P.C. | Partner | 1986 | Litigation - General | 1,215.00 | 20.60 | $25,029.00 |
| Mark McKane, P.C. | Partner | 1997 | Litigation - General | 1,075.00 | 61.40 | $66,005.00 |
| Amber J Meek | Partner | 2009 | Corporate - M&A/Private Equity | 995.00 | 6.30 | $6,268.50 |
| Linda K Myers, P.C. | Partner | 1990 | Corporate - Debt Finance | 1,380.00 | 143.80 | $198,444.00 |
| JoAnne Nagjee | Partner | 2007 | Taxation | 1,030.00 | 18.50 | $19,055.00 |
| Michael A Petrino | Partner | 2008 | Litigation - General | 900.00 | 1.60 | $1,440.00 |
| John Pitts | Partner | 2010 | Corporate - M&A/Private Equity | 995.00 | 25.40 | $25,273.00 |
| Brenton A Rogers | Partner | 2007 | Litigation - General | 940.00 | 10.00 | $9,400.00 |
| Joshua Samis | Partner | 2005 | Corporate - Debt Finance | 995.00 | 136.40 | $135,718.00 |
| Edward O Sassower, P.C. | Partner | 2000 | Restructuring | 1,310.00 | 66.90 | $87,639.00 |
| Steven Serajeddini | Partner | 2010 | Restructuring | 940.00 | 14.80 | $13,912.00 |
| Joseph Serino, Jr., P.C. | Partner | 1988 | Litigation - General | 1,225.00 | 0.60 | $735.00 |
| James H M Sprayregen, P.C. | Partner | 1985 | Restructuring | 1,380.00 | 41.70 | $57,546.00 |
| Bryan M Stephany | Partner | 2007 | Litigation - General | 955.00 | 0.60 | $573.00 |
| Sara B Zablotney | Partner | 2003 | Taxation | 1,225.00 | 24.00 | $29,400.00 |
| **Grand Total** | | | | | **2,182.40** | **$2,083,414.00** |

The paraprofessionals of K&E who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Stephanie Ding | Case Assistant | 1 year | Litigation - General | 220.00 | 0.70 | $154.00 |
| Jason Douangsanith | Case Assistant | 6 months | Litigation - General | 205.00 | 4.20 | $861.00 |
| Michael S Fellner | Legal Assistant | 9.5 years | Litigation - General | 280.00 | 5.80 | $1,624.00 |
| Beth Friedman | Legal Assistant | 10 years | Restructuring | 400.00 | 3.00 | $1,200.00 |
| Jacob Goldfinger | Legal Assistant | 10 years | Restructuring | 355.00 | 11.30 | $4,011.50 |
| Shavone Green | Legal Assistant | 2 years | Restructuring | 295.00 | 0.50 | $147.50 |
| Paul Jones | Legal Assistant | 5 months | Litigation - General | 345.00 | 2.60 | $897.00 |
| Travis J Langenkamp | Legal Assistant | 12 years | Litigation - General | 370.00 | 1.60 | $592.00 |
| Carrie Oppenheim | Legal Assistant | 6.5 years | Restructuring | 325.00 | 0.50 | $162.50 |
| Robert Orren | Legal Assistant | 6.5 years | Restructuring | 325.00 | 26.60 | $8,645.00 |
| Meghan Rishel | Legal Assistant | 1 year | Litigation - General | 280.00 | 5.30 | $1,484.00 |
| Olivia Altmayer | Other | 1 year | Litigation - Antitrust/Competition | 245.00 | 6.20 | $1,519.00 |
| Kurt J Wunderlich | Other | 11 years | Litigation - Antitrust/Competition | 560.00 | 1.70 | $952.00 |
| Library Document Retrieval | Research Specialist | N/A | Admin Services | 315.00 | 2.30 | $724.50 |
| **Grand Total** | | | | | **72.30** | **$22,974.00** |

| | | | | **Total Fees Requested** | **2,254.70** | **$2,106,388.00** |
|---|---|---|---|---|---|---|