# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

RLF1 14618932v.1

## ALL - Expense Summary

| Service Description | Amount |
|---|---:|
| Third Party Telephone Charges | $1,049.37 |
| Standard Copies or Prints | $528.90 |
| Color Copies or Prints | $863.10 |
| Large Format Copy/Print | $22.00 |
| Production Blowbacks | $1,676.10 |
| Closing/Mini Books | $12.00 |
| Overnight Delivery | $31.26 |
| Outside Messenger Services | $152.06 |
| Local Transportation | $195.07 |
| Travel Expense | $2,655.62 |
| Airfare | $5,247.68 |
| Transportation to/from airport | $939.33 |
| Travel Meals | $290.19 |
| Car Rental | $80.00 |
| Other Travel Expenses | $210.00 |
| Court Reporter Fee/Deposition | $846.99 |
| Other Court Costs and Fees | $4,301.50 |
| Catering Expenses | $2,726.00 |
| Outside Retrieval Service | $1,407.00 |
| Computer Database Research | $1,992.70 |
| Westlaw Research | $1,514.43 |
| Overtime Transportation | $343.63 |
| Overtime Meals - Attorney | $416.03 |
| Cash Credits | -$214.20 |
| **Total:** | **$27,286.76** |

## **TCEH - Expense Summary**

| Service Description | Amount |
|---|---|
| Standard Copies or Prints | $180.20 |
| Color Copies or Prints | $810.30 |
| **Total:** | **$990.50** |

## EFH - Expense Summary

| Service Description | Amount |
|---|---:|
| Standard Copies or Prints | $364.90 |
| Color Copies or Prints | $801.90 |
| **Total:** | **$1,166.80** |