## EXHIBIT D

**Detailed Description of Expenses and Disbursements**

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY  10022

FEIN 36-1326630

June 6, 2016

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas, TX  75201

Attention:  Stacey Dore

**Invoice Number:  4877090**
**Client Matter: 14356-109**

---

**In the matter of    [ALL] Expenses**

For legal services rendered through April 30, 2016
(see attached Description of Legal Services for detail)                          $ .00

For expenses incurred through April 30, 2016
(see attached Description of Expenses for detail)                           $ 27,286.76

Total legal services rendered and expenses incurred                        $ 27,286.76

Beijing    Chicago    Hong Kong    Houston    London    Los Angeles    Munich    Palo Alto    San Francisco    Shanghai    Washington, D.C.

Legal Services for the Period Ending April 30, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL] Expenses

## Description of Expenses

| __Description__ | __Amount__ |
|---|---|
| Third Party Telephone Charges | 1,049.37 |
| Standard Copies or Prints | 528.90 |
| Color Copies or Prints | 863.10 |
| Large Format Copy/Print | 22.00 |
| Production Blowbacks | 1,676.10 |
| Closing/Mini Books | 12.00 |
| Overnight Delivery | 31.26 |
| Outside Messenger Services | 152.06 |
| Local Transportation | 195.07 |
| Travel Expense | 2,655.62 |
| Airfare | 5,247.68 |
| Transportation to/from airport | 939.33 |
| Travel Meals | 290.19 |
| Car Rental | 80.00 |
| Other Travel Expenses | 210.00 |
| Court Reporter Fee/Deposition | 846.99 |
| Other Court Costs and Fees | 4,301.50 |
| Catering Expenses | 2,726.00 |
| Outside Retrieval Service | 1,407.00 |
| Computer Database Research | 1,992.70 |
| Westlaw Research | 1,514.43 |
| Overtime Transportation | 343.63 |
| Overtime Meals - Attorney | 416.03 |
| Cash Credits | -214.20 |
| | |
| TOTAL EXPENSES | $ 27,286.76 |

Legal Services for the Period Ending April 30, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL] Expenses

### Description of Expenses

**Third Party Telephone Charges**

| Date | Description | Amount |
|------|-------------|-------:|
| 2/29/16 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephone conferences | 93.85 |
| 3/31/16 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephone conference | 6.07 |
| 3/31/16 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephone conferences | 13.39 |
| 3/31/16 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, March 2016 conference calls | 60.94 |
| 4/25/16 | Marc Kieselstein, Internet, Meeting with client. | 47.97 |
| 4/29/16 | Emily Geier, Internet, Meetings in NY | 26.95 |
| 4/29/16 | Marc Kieselstein, Internet, Meeting with client. | 15.99 |
| 4/30/16 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Teleconference | 42.47 |
| 4/30/16 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (NT), Teleconference, Telephone Conference. | 3.33 |
| 4/30/16 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Conf Calls. | 3.43 |
| 4/30/16 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Conference Calls | 519.42 |
| 4/30/16 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, April 2016 conference calls | 41.80 |
| 4/30/16 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephone conferences. | 2.66 |
| 4/30/16 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Teleconferencing services for the period ending 4/30/2016. | 30.96 |
| 4/30/16 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Teleconference services. | 140.14 |
| | **Total:** | **1,049.37** |

Legal Services for the Period Ending April 30, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL] Expenses

## Description of Expenses

### Standard Copies or Prints

| Date | Description | Amount |
|------|-------------|-------:|
| 4/01/16 | Standard Copies or Prints | 0.40 |
| 4/01/16 | Standard Prints | 1.60 |
| 4/01/16 | Standard Prints | 3.00 |
| 4/01/16 | Standard Prints | 2.50 |
| 4/01/16 | Standard Prints | 23.60 |
| 4/01/16 | Standard Prints | 1.20 |
| 4/04/16 | Standard Prints | 3.20 |
| 4/04/16 | Standard Prints | 6.80 |
| 4/04/16 | Standard Prints | 0.60 |
| 4/04/16 | Standard Prints | 1.90 |
| 4/04/16 | Standard Prints | 0.30 |
| 4/05/16 | Standard Prints | 1.50 |
| 4/05/16 | Standard Prints | 6.20 |
| 4/05/16 | Standard Prints | 6.00 |
| 4/05/16 | Standard Prints | 1.90 |
| 4/05/16 | Standard Prints | 2.10 |
| 4/05/16 | Standard Prints | 2.20 |
| 4/05/16 | Standard Prints | 0.20 |
| 4/06/16 | Standard Prints | 3.60 |
| 4/06/16 | Standard Prints | 0.10 |
| 4/06/16 | Standard Prints | 3.30 |
| 4/07/16 | Standard Prints | 0.10 |
| 4/07/16 | Standard Prints | 0.30 |
| 4/07/16 | Standard Prints | 0.30 |
| 4/08/16 | Standard Prints | 1.20 |
| 4/08/16 | Standard Prints | 11.20 |
| 4/08/16 | Standard Prints | 10.10 |
| 4/08/16 | Standard Prints | 0.20 |
| 4/08/16 | Standard Prints | 9.70 |
| 4/08/16 | Standard Prints | 4.20 |
| 4/08/16 | Standard Prints | 0.30 |
| 4/08/16 | Standard Prints | 0.10 |
| 4/11/16 | Standard Prints | 3.70 |
| 4/12/16 | Standard Prints | 0.60 |
| 4/12/16 | Standard Prints | 4.00 |
| 4/13/16 | Standard Prints | 4.20 |

Legal Services for the Period Ending April 30, 2016
Energy Future Competitive Holdings Co.
109 - [ALL] Expenses

| Date | Description | Amount |
|---|---|---|
| 4/13/16 | Standard Prints | 0.20 |
| 4/14/16 | Standard Prints | 0.40 |
| 4/14/16 | Standard Prints | 3.70 |
| 4/14/16 | Standard Prints | 28.20 |
| 4/14/16 | Standard Prints | 1.80 |
| 4/15/16 | Standard Prints | 0.50 |
| 4/15/16 | Standard Prints | 0.40 |
| 4/15/16 | Standard Prints | 8.10 |
| 4/18/16 | Standard Prints | 16.60 |
| 4/18/16 | Standard Prints | 2.00 |
| 4/18/16 | Standard Prints | 27.10 |
| 4/18/16 | Standard Prints | 2.90 |
| 4/18/16 | Standard Prints | 4.90 |
| 4/19/16 | Standard Prints | 3.20 |
| 4/19/16 | Standard Prints | 4.10 |
| 4/19/16 | Standard Prints | 0.50 |
| 4/19/16 | Standard Prints | 2.00 |
| 4/19/16 | Standard Prints | 1.90 |
| 4/20/16 | Standard Prints | 2.10 |
| 4/20/16 | Standard Prints | 3.60 |
| 4/21/16 | Standard Prints | 3.00 |
| 4/21/16 | Standard Prints | 22.10 |
| 4/21/16 | Standard Prints | 2.80 |
| 4/21/16 | Standard Prints | 2.20 |
| 4/21/16 | Standard Prints | 1.10 |
| 4/21/16 | Standard Prints | 0.70 |
| 4/22/16 | Standard Prints | 1.00 |
| 4/22/16 | Standard Prints | 0.30 |
| 4/22/16 | Standard Prints | 87.40 |
| 4/22/16 | Standard Prints | 0.90 |
| 4/22/16 | Standard Prints | 4.70 |
| 4/22/16 | Standard Prints | 0.30 |
| 4/22/16 | Standard Prints | 0.60 |
| 4/22/16 | Standard Prints | 0.30 |
| 4/22/16 | Standard Prints | 2.90 |
| 4/22/16 | Standard Prints | 0.60 |
| 4/22/16 | Standard Prints | 1.90 |
| 4/25/16 | Standard Copies or Prints | 26.20 |
| 4/25/16 | Standard Prints | 5.60 |
| 4/25/16 | Standard Prints | 18.40 |
| 4/25/16 | Standard Prints | 0.70 |
| 4/25/16 | Standard Prints | 0.70 |

Legal Services for the Period Ending April 30, 2016
Energy Future Competitive Holdings Co.
109 - [ALL] Expenses

| 4/25/16 | Standard Prints | 0.40 |
|---------|-----------------|------|
| 4/25/16 | Standard Prints | 1.60 |
| 4/25/16 | Standard Prints | 1.20 |
| 4/25/16 | Standard Prints | 0.70 |
| 4/25/16 | Standard Prints | 0.50 |
| 4/25/16 | Standard Prints | 26.00 |
| 4/26/16 | Standard Prints | 1.50 |
| 4/26/16 | Standard Prints | 13.80 |
| 4/26/16 | Standard Prints | 0.50 |
| 4/26/16 | Standard Prints | 4.80 |
| 4/26/16 | Standard Prints | 0.30 |
| 4/27/16 | Standard Prints | 0.80 |
| 4/27/16 | Standard Prints | 0.10 |
| 4/27/16 | Standard Prints | 2.60 |
| 4/28/16 | Standard Prints | 6.60 |
| 4/28/16 | Standard Prints | 4.00 |
| 4/28/16 | Standard Prints | 4.80 |
| 4/28/16 | Standard Prints | 3.60 |
| 4/28/16 | Standard Prints | 4.00 |
| 4/28/16 | Standard Prints | 4.20 |
| 4/28/16 | Standard Prints | 10.30 |
| 4/28/16 | Standard Prints | 1.30 |
| 4/28/16 | Standard Prints | 0.40 |
| 4/28/16 | Standard Prints | 4.30 |
| 4/28/16 | Standard Prints | 9.60 |
| | **Total:** | **528.90** |

Legal Services for the Period Ending April 30, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL] Expenses


## Description of Expenses

### Color Copies or Prints

| Date | Description | Amount |
|------|-------------|-------:|
| 4/01/16 | Color Prints | 0.60 |
| 4/01/16 | Color Prints | 19.50 |
| 4/01/16 | Color Prints | 1.20 |
| 4/01/16 | Color Prints | 19.50 |
| 4/07/16 | Color Prints | 0.60 |
| 4/08/16 | Color Prints | 0.60 |
| 4/08/16 | Color Prints | 2.40 |
| 4/08/16 | Color Prints | 0.90 |
| 4/08/16 | Color Prints | 9.90 |
| 4/11/16 | Color Prints | 2.40 |
| 4/11/16 | Color Prints | 0.60 |
| 4/11/16 | Color Prints | 0.60 |
| 4/15/16 | Color Prints | 0.30 |
| 4/15/16 | Color Prints | 1.20 |
| 4/15/16 | Color Prints | 0.30 |
| 4/15/16 | Color Prints | 1.20 |
| 4/15/16 | Color Prints | 0.30 |
| 4/15/16 | Color Prints | 1.20 |
| 4/19/16 | Color Prints | 2.70 |
| 4/20/16 | Color Prints | 0.90 |
| 4/21/16 | Color Prints | 1.80 |
| 4/21/16 | Color Prints | 2.70 |
| 4/21/16 | Color Prints | 2.70 |
| 4/21/16 | Color Prints | 27.30 |
| 4/21/16 | Color Prints | 27.30 |
| 4/21/16 | Color Prints | 5.70 |
| 4/21/16 | Color Prints | 360.60 |
| 4/22/16 | Color Prints | 0.60 |
| 4/22/16 | Color Prints | 0.30 |
| 4/22/16 | Color Prints | 0.30 |
| 4/25/16 | Color Prints | 3.00 |
| 4/25/16 | Color Prints | 5.40 |
| 4/25/16 | Color Prints | 78.30 |
| 4/25/16 | Color Prints | 0.90 |
| 4/25/16 | Color Prints | 2.10 |
| 4/26/16 | Color Prints | 0.30 |

Legal Services for the Period Ending April 30, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL] Expenses

| 4/26/16 | Color Prints | 0.30 |
| 4/26/16 | Color Prints | 23.10 |
| 4/26/16 | Color Prints | 90.00 |
| 4/27/16 | Color Prints | 8.10 |
| 4/27/16 | Color Prints | 6.30 |
| 4/27/16 | Color Prints | 0.90 |
| 4/28/16 | Color Prints | 8.10 |
| 4/28/16 | Color Prints | 7.80 |
| 4/28/16 | Color Prints | 13.80 |
| 4/28/16 | Color Prints | 4.20 |
| 4/28/16 | Color Prints | 0.90 |
| 4/28/16 | Color Prints | 24.30 |
| 4/28/16 | Color Prints | 3.60 |
| 4/28/16 | Color Prints | 3.60 |
| 4/28/16 | Color Prints | 81.00 |
| 4/28/16 | Color Prints | 0.90 |
| | **Total:** | **863.10** |

Legal Services for the Period Ending April 30, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL] Expenses

### Description of Expenses

**Large Format Copy/Print**

| Date | Description | Amount |
|------|-------------|--------|
| 4/25/16 | Large Format Copy/Print | 22.00 |
| | **Total:** | **22.00** |

Legal Services for the Period Ending April 30, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL] Expenses

## Description of Expenses

### Production Blowbacks

| Date | Description | Amount |
|------|-------------|-------:|
| 4/06/16 | Production Blowbacks | 1,272.50 |
| 4/21/16 | Production Blowbacks | 403.60 |
| | **Total:** | **1,676.10** |

Legal Services for the Period Ending April 30, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL] Expenses


## Description of Expenses


### Closing/Mini Books

| Date | Description | Amount |
|------|-------------|--------|
| 4/25/16 | Closing/Mini Books | 12.00 |
|  | **Total:** | **12.00** |

Legal Services for the Period Ending April 30, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL] Expenses

## Description of Expenses

### Overnight Delivery

| Date | Description | Amount |
|------|-------------|--------|
| 3/21/16 | Overnight Delivery, Fed Exp to:ANDREA B. SCHWARTZ, ESQ,NEW YORK CITY NY from:NY MAILROOM | 12.34 |
| 4/21/16 | Overnight Delivery, Fed Exp to:Maurice Jefferson, MEXIA,TX from:Rebecca Chaikin | 18.92 |
| | **Total:** | **31.26** |

Legal Services for the Period Ending April 30, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL] Expenses

## Description of Expenses

**Outside Messenger Services**

| Date | Description | Amount |
|------|-------------|-------:|
| 4/02/16 | COMET MESSENGER SERVICE INC, Outside Messenger Services, 300 N LA SALLE, 2338 W CULLOM, Joshua Samis, 4/2/2016 | 39.93 |
| 4/16/16 | COMET MESSENGER SERVICE INC, Outside Messenger Services, 4846 N HAMILTON, 300 N LA SALLE, Michelle Kilkenney, 4/16/2016 | 55.94 |
| 4/29/16 | COMET MESSENGER SERVICE INC, Outside Messenger Services, 300 N LA SALLE, 4846 N HAMILTON, Michelle Kilkenney, 4/29/2016 | 56.19 |
| | **Total:** | **152.06** |

Legal Services for the Period Ending April 30, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL] Expenses

**Description of Expenses**

**Local Transportation**

| Date | Description | Amount |
|------|-------------|--------|
| 3/25/16 | VITAL TRANSPORTATION INC, Passenger: KEGLEVIC PAUL, (Client) Local Transportation, Date: 3/14/2016, pickup at 601 Lexington Ave, New York, NY dropoff at 10 Central Park South, NEw York, NY | 27.68 |
| 4/19/16 | Steven Serajeddini, Taxi, Restructuring Meeting | 9.20 |
| 4/19/16 | Steven Serajeddini, Taxi, Restructuring Meeting | 9.20 |
| 4/24/16 | McClain Thompson, Taxi, OT Uber | 14.48 |
| 4/29/16 | Emily Geier, Taxi, Meetings in NY | 114.35 |
| 4/30/16 | McClain Thompson, Taxi, OT Taxi (weekend) | 20.16 |
| | **Total:** | **195.07** |

Legal Services for the Period Ending April 30, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL] Expenses

## Description of Expenses

**Travel Expense**

| Date | Description | Amount |
|------|-------------|--------|
| 4/18/16 | Marc Kieselstein, Lodging, Dallas, TX 04/18/2016 to 04/19/2016, Attend Board Meeting | 350.00 |
| 4/19/16 | Steven Serajeddini, Lodging, Dallas, TX 04/18/2016 to 04/19/2016, Restructuring | 350.00 |
| 4/25/16 | Marc Kieselstein, Lodging, New York, NY 04/25/2016 to 04/29/2016, Meeting with client. | 500.00 |
| 4/26/16 | Marc Kieselstein, Lodging, New York, NY 04/25/2016 to 04/29/2016, Meeting with client. | 500.00 |
| 4/27/16 | Marc Kieselstein, Lodging, New York, NY 04/25/2016 to 04/29/2016, Meeting with client. | 500.00 |
| 4/28/16 | Marc Kieselstein, Lodging, New York, NY 04/25/2016 to 04/29/2016, Meeting with client. | 455.62 |
| | **Total:** | **2,655.62** |

Legal Services for the Period Ending April 30, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL] Expenses

## Description of Expenses

### Airfare

| Date | Description | Amount |
|------|-------------|-------:|
| 4/08/16 | Marc Kieselstein, Airfare, New York, NY 04/25/2016 to 04/29/2016, Meeting with client. ORD to LGA to ORD | 796.24 |
| 4/08/16 | Marc Kieselstein, Agency Fee, Meeting with client. | 58.00 |
| 4/15/16 | Chad Husnick, Airfare, Dallas, TX 04/19/2016 to 04/19/2016, Restructuring, ORD to Dallas | 380.10 |
| 4/15/16 | Chad Husnick, Agency Fee, Restructuring | 58.00 |
| 4/15/16 | Chad Husnick, Airfare, Chicago, IL 04/19/2016 to 04/19/2016, Restructuring, Dallas to ORD | 380.10 |
| 4/15/16 | Marc Kieselstein, Airfare, Dallas, TX 04/18/2016 to 04/19/2016, Attend Board Meeting, ORD to Dallas | 907.80 |
| 4/15/16 | Marc Kieselstein, Agency Fee, Attend Board Meeting | 58.00 |
| 4/18/16 | Steven Serajeddini, Airfare, Dallas, TX 04/18/2016 to 04/19/2016, Restructuring, ORD to Dallas to ORD | 760.20 |
| 4/18/16 | Steven Serajeddini, Agency Fee, Restructuring | 58.00 |
| 4/18/16 | Marc Kieselstein, Airfare, Dallas, TX 04/19/2016 to 04/19/2016, Attend Board Meeting, Dallas to ORD | 727.04 |
| 4/22/16 | Emily Geier, Airfare, New York, NY 04/25/2016 to 04/29/2016, Meeting in NY, ORD to LGA to ORD | 1,006.20 |
| 4/28/16 | Emily Geier, Agency Fee, Meetings in NY | 58.00 |
| | **Total:** | **5,247.68** |

Legal Services for the Period Ending April 30, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL] Expenses

## Description of Expenses

### Transportation to/from airport

| Date | Description | Amount |
|------|-------------|--------|
| 3/25/16 | VITAL TRANSPORTATION INC, Passenger: MCKANE,MARK EDWARD, Transportation to/from airport, Date: 3/15/2016,pickup at LGA dropoff at 40 Centre St, New York, NY | 86.58 |
| 3/25/16 | VITAL TRANSPORTATION INC, Passenger: MCKANE,MARK EDWARD, Transportation to/from airport, Date: 3/17/2016, Pickup at 301 Park Ave, New York, NY dropoff at Newark Airport | 85.97 |
| 3/30/16 | E-DIALCAR INC - 2104 AVENUE X (TP), Transportation to/from Airport, Natasha Hwangpo, Car Service Charges, pickup at 222 E 34th St dropoff at JFK | 91.78 |
| 4/18/16 | BOSTON COACH CORPORATION, Transportation to/from airport, MARC KIESELSTEIN, pick up at Dallas Fort Worth Airport   Dallas TX and drop off at DALLAS 2121 MCKINNEY AVE DALLAS TX | 75.00 |
| 4/18/16 | CROWN CARS & LIMOUSINES, Transportation to/from airport, 4/18/2016, STEVEN N SERAJEDDINI, pickup at 300 N LASALLE,CHICAGO,IL 60654, Dropoff at ORD-CHICAGO,IL | 75.00 |
| 4/18/16 | BOSTON COACH CORPORATION, Transportation to/from airport, Steven N Serajeddini, pick up at Dallas Fort Worth Airport   Dallas TX and drop off at DALLAS 2121 MCKINNEY AVE DALLAS TX | 75.00 |
| 4/19/16 | BOSTON COACH CORPORATION, Transportation to/from airport, CHAD JOHN HUSNICK, pick up at DALLAS 1601 BRYAN ST DALLAS TX and drop off at Dallas Fort Worth Airport   Dallas TX | 75.00 |
| 4/19/16 | CROWN CARS & LIMOUSINES, Transportation to/from airport, 4/19/2016, CHAD JOHN HUSNICK, pickup at 747 BRENTWOOD COURT,GLEN ELLYN,IL dropoff at ORD-CHICAGO IL | 75.00 |
| 4/19/16 | CROWN CARS & LIMOUSINES, Transportation to/from airport, 4/19/2016, CHAD JOHN HUSNICK, pickup at ORD-CHICAGO,IL  dropoff at 747 BRENTWOOD COURT,GLEN ELLYN,IL 60137 | 75.00 |
| 4/19/16 | CROWN CARS & LIMOUSINES, Transportation to/from airport, 4/19/2016, STEVEN N SERAJEDDINI, pickup at ORD-CHICAGO,IL dropoff at 1833 W MELROSE ST,CHICAGO,IL | 75.00 |
| 4/19/16 | BOSTON COACH CORPORATION, Transportation to/from airport, CHAD JOHN HUSNICK, pick up at Dallas Fort Worth Airport, Dallas TX and drop off at DALLAS 1601 BRYAN ST DALLAS TX | 75.00 |
| 4/25/16 | CROWN CARS & LIMOUSINES, Transportation to/from airport, 4/25/2016, CHAD John HUSNICK, pickup at 747 BRENTWOOD AVENUE,GLEN ELLYN,IL 60137, dropoff at ORD-CHICAGO,IL | 75.00 |
| | **Total:** | **939.33** |

Legal Services for the Period Ending April 30, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL] Expenses

## Description of Expenses

### Travel Meals

| Date | Description | Amount |
|------|-------------|-------:|
| 3/29/16 | Jeanne Cohn-Connor, Travel Meals, Houston, TX Meeting (2) Dinner | 34.36 |
| 4/19/16 | Marc Kieselstein, Travel Meals, Dallas, TX Attend Board Meeting (1) Breakfast | 31.39 |
| 4/19/16 | Steven Serajeddini, Travel Meals, Dallas, TX Restructuring (1) Dinner | 40.00 |
| 4/19/16 | Steven Serajeddini, Travel Meals, Dallas, TX Restructuring (1) Dinner | 9.74 |
| 4/25/16 | Marc Kieselstein, Travel Meals, New York, NY Meeting with client. (1) Dinner | 40.00 |
| 4/26/16 | Marc Kieselstein, Travel Meals, New York, NY Meeting with client. (1) Lunch | 33.74 |
| 4/27/16 | Marc Kieselstein, Travel Meals, New York, NY Meeting with client. (1) Breakfast | 27.22 |
| 4/27/16 | Marc Kieselstein, Travel Meals, New York, NY Meeting with client. (1) Lunch | 27.21 |
| 4/27/16 | Marc Kieselstein, Travel Meals, New York, NY Meeting with client. (1) Dinner | 40.00 |
| 4/28/16 | Marc Kieselstein, Travel Meals, New York, NY Meeting with client. (1) Breakfast | 6.53 |
| | **Total:** | **290.19** |

Legal Services for the Period Ending April 30, 2016
Energy Future Competitive Holdings Co.
109 - [ALL] Expenses

## Description of Expenses

### Car Rental

| Date | Description | Amount |
|---|---|---|
| 4/01/16 | Jeanne Cohn-Connor, Car Rental, Austin, TX 03/29/2016 to 04/01/2016, Meeting | 80.00 |
| | **Total:** | **80.00** |

Legal Services for the Period Ending April 30, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL] Expenses

## Description of Expenses

### Other Travel Expenses

| Date | Description | Amount |
|---|---|---|
| 4/19/16 | Marc Kieselstein, Parking, O'Hare Attend Board Meeting | 48.00 |
| 4/29/16 | Marc Kieselstein, Parking, Chicago, IL Meeting with client. | 162.00 |
| | **Total:** | **210.00** |

Legal Services for the Period Ending April 30, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL] Expenses

## Description of Expenses

### Court Reporter Fee/Deposition

| Date | Description | Amount |
|---|---|---|
| 4/06/16 | E-VERITEXT - PO BOX 71303 (NT), Court Reporter Deposition, Original Transcript & Electronic Copy | 130.08 |
| 4/08/16 | E-VERITEXT - PO BOX 71303 (NT), Court Reporter Deposition, Original Transcript & Electronic Copy | 478.08 |
| 4/29/16 | E-VERITEXT - PO BOX 71303 (NT), Court Reporter Deposition, Original Transcript and Electronic Copy | 238.83 |
| | **Total:** | **846.99** |

Legal Services for the Period Ending April 30, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL] Expenses

## Description of Expenses

### Other Court Costs and Fees

| Date | Description | Amount |
|------|-------------|--------|
| 4/15/16 | E-COURTCALL LLC - 6383 ARIZONA CIRCLE (NT), Court Costs and Fees, Telephonic Hearing | 30.00 |
| 4/21/16 | LEGALINK INC - PO BOX 277951 (NT), Court Costs and Fees, Michael Panacio - Transcript Daily Copy | 4,271.50 |
| | **Total:** | **4,301.50** |

Legal Services for the Period Ending April 30, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL] Expenses

## Description of Expenses

### Catering Expenses

| Date | Description | Amount |
|---|---|---|
| 2/03/16 | FLIK, Catering Expenses, Client Meeting (4), Haskel, Warren, 2/3/2016 | 72.00 |
| 2/03/16 | FLIK, Catering Expenses, Client Meeting (8), Haskel, Warren, 2/3/2016 | 160.00 |
| 2/04/16 | FLIK, Catering Expenses, Client Meeting (5), Haskel, Warren, 2/4/2016 | 100.00 |
| 2/04/16 | FLIK, Catering Expenses, Client Meeting (2), Haskel, Warren, 2/4/2016 | 36.00 |
| 2/04/16 | FLIK, Catering Expenses, Client Meeting (2), Haskel, Warren, 2/4/2016 | 40.00 |
| 2/04/16 | FLIK, Catering Expenses, Client Meeting (5), Haskel, Warren, 2/4/2016 | 100.00 |
| 2/04/16 | FLIK, Catering Expenses, Client Meeting (5), Haskel, Warren, 2/4/2016 | 90.00 |
| 2/04/16 | FLIK, Catering Expenses, Client Meeting (9), Haskel, Warren, 2/4/2016 | 180.00 |
| 2/05/16 | FLIK, Catering Expenses, Client Meeting (5), Haskel, Warren, 2/5/2016 | 100.00 |
| 2/05/16 | FLIK, Catering Expenses, Client Meeting (5), Haskel, Warren, 2/5/2016 | 100.00 |
| 2/05/16 | FLIK, Catering Expenses, Client Meeting (10), Haskel, Warren, 2/5/2016 | 200.00 |
| 2/09/16 | FLIK, Catering Expenses, Client Meeting (3), Chaikin, Rebecca B, 2/9/2016 | 24.00 |
| 2/09/16 | FLIK, Catering Expenses, Client Meeting (3), Chaikin, Rebecca B, 2/9/2016 | 24.00 |
| 2/12/16 | FLIK, Catering Expenses, Client Meeting (18), Sassower, Edward O, 2/12/2016 | 360.00 |
| 2/12/16 | FLIK, Catering Expenses, Client Meeting (17), Sassower, Edward O, 2/12/2016 | 340.00 |
| 2/17/16 | FLIK, Catering Expenses, Client Meeting (10), Sassower, Edward O, 2/17/2016 | 200.00 |
| 2/17/16 | FLIK, Catering Expenses, Client Meeting (10), Sassower, Edward O, 2/17/2016 | 200.00 |
| 2/17/16 | FLIK, Catering Expenses, Client Meeting (20), Sassower, Edward O, 2/17/2016 | 400.00 |
| | **Total:** | **2,726.00** |

Legal Services for the Period Ending April 30, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL] Expenses

## Description of Expenses

### Outside Retrieval Service

| Date | Description | Amount |
|------|-------------|--------|
| 4/12/16 | E-CT LIEN SOLUTIONS - PO BOX 301133 (NT), Outside Retrieval Service, Doc retrieval | 1,407.00 |
| | **Total:** | **1,407.00** |

Legal Services for the Period Ending April 30, 2016
Energy Future Competitive Holdings Co.
   109 - [ALL] Expenses

## Description of Expenses

### Computer Database Research

| Date | Description | Amount |
|------|-------------|--------|
| 3/02/16 | RESTRUCTURING CONCEPTS LLC, Computer Database Research, Chapter 11 Dockets Usage for 03/2016, Robert Orren | 63.00 |
| 3/02/16 | RESTRUCTURING CONCEPTS LLC, Computer Database Research, Chapter 11 Dockets Usage for 03/2016, Natasha Hwangpo | 5.00 |
| 3/03/16 | RESTRUCTURING CONCEPTS LLC, Computer Database Research, Chapter 11 Dockets Usage for 03/2016, Robert Orren | 8.00 |
| 3/06/16 | RESTRUCTURING CONCEPTS LLC, Computer Database Research, Chapter 11 Dockets Usage for 03/2016, Aparna Yenamandra | 8.00 |
| 3/07/16 | RESTRUCTURING CONCEPTS LLC, Computer Database Research, Chapter 11 Dockets Usage for 03/2016, Robert Orren | 19.00 |
| 3/07/16 | RESTRUCTURING CONCEPTS LLC, Computer Database Research, Chapter 11 Dockets Usage for 03/2016, Aparna Yenamandra | 8.00 |
| 3/08/16 | RESTRUCTURING CONCEPTS LLC, Computer Database Research, Chapter 11 Dockets Usage for 03/2016, Natasha Hwangpo | 14.00 |
| 3/14/16 | RESTRUCTURING CONCEPTS LLC, Computer Database Research, Chapter 11 Dockets Usage for 03/2016, Robert Orren | 46.00 |
| 3/15/16 | RESTRUCTURING CONCEPTS LLC, Computer Database Research, Chapter 11 Dockets Usage for 03/2016, Natasha Hwangpo | 11.00 |
| 3/16/16 | RESTRUCTURING CONCEPTS LLC, Computer Database Research, Chapter 11 Dockets Usage for 03/2016, Aparna Yenamandra | 32.00 |
| 3/17/16 | RESTRUCTURING CONCEPTS LLC, Computer Database Research, Chapter 11 Dockets Usage for 03/2016, Aparna Yenamandra | 8.00 |
| 3/20/16 | RESTRUCTURING CONCEPTS LLC, Computer Database Research, Chapter 11 Dockets Usage for 03/2016, Aparna Yenamandra | 11.00 |
| 3/20/16 | RESTRUCTURING CONCEPTS LLC, Computer Database Research, Chapter 11 Dockets Usage for 03/2016, Natasha Hwangpo | 20.00 |
| 3/21/16 | RESTRUCTURING CONCEPTS LLC, Computer Database Research, Chapter 11 Dockets Usage for 03/2016, Robert Orren | 247.00 |
| 3/21/16 | RESTRUCTURING CONCEPTS LLC, Computer Database Research, Chapter 11 Dockets Usage for 03/2016, Aparna Yenamandra | 38.00 |
| 3/22/16 | RESTRUCTURING CONCEPTS LLC, Computer Database Research, Chapter 11 Dockets Usage for 03/2016, Robert Orren | 16.00 |
| 3/22/16 | RESTRUCTURING CONCEPTS LLC, Computer Database Research, Chapter 11 Dockets Usage for 03/2016, Aparna Yenamandra | 8.00 |
| 3/23/16 | RESTRUCTURING CONCEPTS LLC, Computer Database Research, Chapter 11 Dockets Usage for 03/2016, Robert Orren | 137.00 |
| 3/24/16 | RESTRUCTURING CONCEPTS LLC, Computer Database Research, Chapter 11 Dockets Usage for 03/2016, Aparna Yenamandra | 18.00 |
| 3/25/16 | RESTRUCTURING CONCEPTS LLC, Computer Database Research, | 5.00 |

Legal Services for the Period Ending April 30, 2016
Energy Future Competitive Holdings Co.
  109 - [ALL] Expenses

| | | |
|---|---|---:|
| | Chapter 11 Dockets Usage for 03/2016, Aparna Yenamandra | |
| 3/30/16 | RESTRUCTURING CONCEPTS LLC, Computer Database Research, Chapter 11 Dockets Usage for 03/2016, Robert Orren | 99.00 |
| 3/31/16 | RESTRUCTURING CONCEPTS LLC, Computer Database Research, Chapter 11 Dockets Usage for 03/2016, Aparna Yenamandra | 102.00 |
| 4/07/16 | PACER SERVICE CENTER, Computer Database Research, 01/01/2016 - 03/31/2016 | 23.60 |
| 4/07/16 | PACER SERVICE CENTER, Computer Database Research, 01/01/2016 - 03/31/2016 | 49.90 |
| 4/07/16 | PACER SERVICE CENTER, Computer Database Research, 01/01/2016 - 03/31/2016 | 37.90 |
| 4/07/16 | PACER SERVICE CENTER, Computer Database Research, 01/01/2016 - 03/31/2016 | 20.60 |
| 4/07/16 | PACER SERVICE CENTER, Computer Database Research, 01/01/2016 - 03/31/2016 | 5.60 |
| 4/07/16 | PACER SERVICE CENTER, Computer Database Research, 01/01/2016 - 03/31/2016 | 2.30 |
| 4/07/16 | PACER SERVICE CENTER, Computer Database Research, 01/01/2016 - 03/31/2016 | 5.90 |
| 4/07/16 | PACER SERVICE CENTER, Computer Database Research, 01/01/2016 - 03/31/2016 | 683.10 |
| 4/07/16 | PACER SERVICE CENTER, Computer Database Research, 01/01/2016 - 03/31/2016 | 15.50 |
| 4/07/16 | PACER SERVICE CENTER, Computer Database Research, 01/01/2016 - 03/31/2016 | 144.90 |
| 4/07/16 | PACER SERVICE CENTER, Computer Database Research, 01/01/2016 - 03/31/2016 | 57.50 |
| 4/07/16 | PACER SERVICE CENTER, Computer Database Research, 01/01/2016 - 03/31/2016 | 22.90 |
| | **Total:** | **1,992.70** |

Legal Services for the Period Ending April 30, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL] Expenses


## Description of Expenses


### Westlaw Research

| Date | Description | Amount |
|------|-------------|-------:|
| 3/01/16 | WEST, Westlaw Research, SOWA,JUSTIN, 3/1/2016 | 69.77 |
| 3/01/16 | WEST, Westlaw Research, TERTERYAN,ANNA, 3/1/2016 | 52.33 |
| 3/02/16 | WEST, Westlaw Research, HWANGPO,NATASHA, 3/2/2016 | 19.71 |
| 3/02/16 | WEST, Westlaw Research, STERN,ADAM, 3/2/2016 | 59.13 |
| 3/02/16 | WEST, Westlaw Research, SOWA,JUSTIN, 3/2/2016 | 52.33 |
| 3/02/16 | WEST, Westlaw Research, TERTERYAN,ANNA, 3/2/2016 | 17.44 |
| 3/03/16 | WEST, Westlaw Research, STERN,ADAM, 3/3/2016 | 145.13 |
| 3/03/16 | WEST, Westlaw Research, SOWA,JUSTIN, 3/3/2016 | 122.10 |
| 3/03/16 | WEST, Westlaw Research, TERTERYAN,ANNA, 3/3/2016 | 17.44 |
| 3/05/16 | WEST, Westlaw Research, THOMPSON,MCCLAIN, 3/5/2016 | 98.55 |
| 3/06/16 | WEST, Westlaw Research, GANTER,JONATHAN, 3/6/2016 | 89.65 |
| 3/07/16 | WEST, Westlaw Research, HENRY,SHAYNE, 3/7/2016 | 181.12 |
| 3/10/16 | WEST, Westlaw Research, SOWA,JUSTIN, 3/10/2016 | 17.44 |
| 3/11/16 | WEST, Westlaw Research, DOUANGSANITH,JASON, 3/11/2016 | 115.05 |
| 3/18/16 | WEST, Westlaw Research, CHAIKIN,REBECCA, 3/18/2016 | 19.71 |
| 3/20/16 | WEST, Westlaw Research, HWANGPO,NATASHA, 3/20/2016 | 70.88 |
| 3/21/16 | WEST, Westlaw Research, ALTMAN,JOSH, 3/21/2016 | 18.41 |
| 3/21/16 | WEST, Westlaw Research, RUDEWICZ,DANIEL, 3/21/2016 | 88.39 |
| 3/22/16 | WEST, Westlaw Research, ALTMAN,JOSH, 3/22/2016 | 55.23 |
| 3/27/16 | WEST, Westlaw Research, WINTERS,SPENCER, 3/27/2016 | 36.82 |
| 3/28/16 | WEST, Westlaw Research, SOWA,JUSTIN, 3/28/2016 | 45.28 |
| 3/31/16 | WEST, Westlaw Research, GEIER,EMILY, 3/31/2016 | 55.23 |
| 3/31/16 | WEST, Westlaw Research, YENAMANDRA,APARNA, 3/31/2016 | 67.29 |
| | **Total:** | **1,514.43** |

Legal Services for the Period Ending April 30, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL] Expenses

## Description of Expenses

### Overtime Transportation

| Date | Description | Amount |
|------|-------------|-------:|
| 3/18/16 | Rebecca Chaikin, Taxi, Overtime taxi. | 31.55 |
| 3/29/16 | Rebecca Chaikin, Taxi, Overtime taxi. | 28.56 |
| 4/01/16 | E-UBER TECHNOLOGIES INC - 1455 MARKET STREET 4TH FLOOR (NT), Overtime Transportation, OT Ride - Justin Sowa - 3/1 | 40.35 |
| 4/01/16 | E-UBER TECHNOLOGIES INC - 1455 MARKET STREET 4TH FLOOR (NT), Overtime Transportation, OT Ride - Justin Sowa - 3/2 | 48.10 |
| 4/04/16 | Warren Haskel, Taxi, Overtime transportation | 27.95 |
| 4/04/16 | Rebecca Chaikin, Taxi, Overtime taxi. | 29.16 |
| 4/04/16 | Natasha Hwangpo, Taxi, OT | 8.75 |
| 4/05/16 | Warren Haskel, Taxi, Overtime transportation | 31.55 |
| 4/05/16 | Rebecca Chaikin, Taxi, Overtime taxi. | 27.25 |
| 4/06/16 | Natasha Hwangpo, Taxi, OT | 10.55 |
| 4/07/16 | Rebecca Chaikin, Taxi, Overtime taxi. | 24.35 |
| 4/23/16 | Natasha Hwangpo, Taxi, OT | 9.95 |
| 4/25/16 | Thomas Dobleman, Taxi, OT Transportation | 7.81 |
| 4/26/16 | Anthony Sexton, Taxi, Cab home after working late. | 8.75 |
| 4/30/16 | Anthony Sexton, Taxi, Cab home after working late/weekend work. | 9.00 |
| | **Total:** | **343.63** |

Legal Services for the Period Ending April 30, 2016
Energy Future Competitive Holdings Co.
   109 - [ALL] Expenses


## Description of Expenses


### Overtime Meals - Attorney

| Date | Description | Amount |
|------|-------------|-------:|
| 3/01/16 | SEAMLESS NORTH AMERICA INC, Warren Haskel, Overtime Meals - Attorney, 3/1/2016 | 20.00 |
| 3/02/16 | SEAMLESS NORTH AMERICA INC, Warren Haskel, Overtime Meals - Attorney, 3/2/2016 | 20.00 |
| 3/03/16 | SEAMLESS NORTH AMERICA INC, Warren Haskel, Overtime Meals - Attorney, 3/3/2016 | 18.61 |
| 3/06/16 | SEAMLESS NORTH AMERICA INC, Rebecca Blake Chaikin Overtime Meals - Attorney, 3/6/2016 | 20.00 |
| 3/07/16 | SEAMLESS NORTH AMERICA INC, Nancy J Pittman, Overtime Meals - Attorney, 3/7/2016 | 20.00 |
| 3/14/16 | SEAMLESS NORTH AMERICA LLC, Warren Haskel, Overtime Meals - Attorney, 3/14/2016 | 20.00 |
| 3/16/16 | SEAMLESS NORTH AMERICA LLC, Warren Haskel, Overtime Meals - Attorney, 3/16/2016 | 20.00 |
| 3/18/16 | SEAMLESS NORTH AMERICA LLC, Rebecca Blake Chaikin Overtime Meals - Attorney, 3/18/2016 | 20.00 |
| 3/21/16 | SEAMLESS NORTH AMERICA LLC, Robert Orren, Overtime Meals - Attorney, 3/21/2016 | 20.00 |
| 3/31/16 | SEAMLESS NORTH AMERICA LLC, Warren Haskel, Overtime Meals - Attorney, 3/31/2016 | 18.65 |
| 4/01/16 | Joshua Samis, Overtime Meals - Attorney, Attention to client matter and documents. | 16.15 |
| 4/04/16 | SEAMLESS NORTH AMERICA LLC, Natasha Hwangpo, Overtime Meals - Attorney, 4/4/2016 | 20.00 |
| 4/04/16 | SEAMLESS NORTH AMERICA LLC, Rebecca Blake Chaikin Overtime Meals - Attorney, 4/4/2016 | 20.00 |
| 4/04/16 | SEAMLESS NORTH AMERICA LLC, Warren Haskel, Overtime Meals - Attorney, 4/4/2016 | 14.97 |
| 4/05/16 | SEAMLESS NORTH AMERICA LLC, Rebecca Blake Chaikin Overtime Meals - Attorney, 4/5/2016 | 15.00 |
| 4/07/16 | SEAMLESS NORTH AMERICA INC, Ryan Copeland, Overtime Meals - Attorney, 4/7/2016 | 20.00 |
| 4/14/16 | Kristen Molloy, Overtime Meals | 12.42 |
| 4/18/16 | Joshua Samis, Overtime Meals | 20.00 |
| 4/18/16 | Kristen Molloy, Overtime Meals | 20.00 |
| 4/23/16 | Natasha Hwangpo, Overtime Meals - Attorney, OT | 20.00 |
| 4/24/16 | McClain Thompson, Overtime Meals - Attorney, Overtime meal | 5.23 |
| 4/28/16 | Austin Klar, Overtime Meals - Attorney, OT Meal. | 20.00 |

Legal Services for the Period Ending April 30, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL] Expenses

| | | |
|---|---|---:|
| 4/30/16 | McClain Thompson, Overtime Meals - Attorney, OT meal (weekend) | 15.00 |
| | **Total:** | **416.03** |

Legal Services for the Period Ending April 30, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL] Expenses

## Description of Expenses

**Cash Credits**

| Date | Description | Amount |
|------|-------------|--------|
| 4/05/16 | Cash Credits PARCELS INC REFUND INV 609823 PAID TWICE | (214.20) |
| | **Total:** | **(214.20)** |

| | | |
|------|-------------|--------|
| | **TOTAL EXPENSES** | **27,286.76** |

# KIRKLAND & ELLIS LLP

### AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY  10022

FEIN 36-1326630

June 6, 2016


Stacey Dore
Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas, TX  75201

Invoice Number:  4877090

---

## REMITTANCE ADVICE

For Professional Services Rendered Through April 30, 2016

Client Matter: 14356 - 109
In the Matter of      [ALL] Expenses

| | |
|---|---|
| Total Fees | $ .00 |
| Total Expenses | $ 27,286.76 |
| **TOTAL INVOICE** | **$ 27,286.76** |

To ensure proper credit to your account please return this remittance with your payment.

## TERMS: NET 30 DAYS

Wire Transfer From a U.S. Bank:

Citibank
ABA Number:  271070801
Acct. Name:  Kirkland & Ellis LLP
Acct. Number:  800418399
Ref. Number:  14356-109

WireTransfer From a Non U.S. Bank:

Citibank
Swift Code:  CITIUS33
Acct. Name:  Kirkland & Ellis LLP
Acct. Number:  800418399
Ref. Number:  14356-109

Beijing    Chicago    Hong Kong    Houston    London    Los Angeles    Munich    Palo Alto    San Francisco    Shanghai    Washington, D.C.

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY  10022

FEIN 36-1326630

June 6, 2016

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas, TX  75201

Attention:  Stacey Dore

**Invoice Number:  4877091**
**Client Matter: 14356-110**

---

**In the matter of    [TCEH] Expenses**

For legal services rendered through April 30, 2016
(see attached Description of Legal Services for detail)                     $ .00

For expenses incurred through April 30, 2016
(see attached Description of Expenses for detail)                          $ 990.50

Total legal services rendered and expenses incurred                        $ 990.50

Beijing    Chicago    Hong Kong    Houston    London    Los Angeles    Munich    Palo Alto    San Francisco    Shanghai    Washington, D.C.

Legal Services for the Period Ending April 30, 2016
Energy Future Competitive Holdings Co.
    110 - [TCEH] Expenses

## Description of Expenses

| Description | Amount |
|---|---|
| Standard Copies or Prints | 180.20 |
| Color Copies or Prints | 810.30 |
|   | |
| TOTAL EXPENSES | $ 990.50 |

Legal Services for the Period Ending April 30, 2016
Energy Future Competitive Holdings Co.
  110 - [TCEH] Expenses

## Description of Expenses

### Standard Copies or Prints

| Date | Description | Amount |
|------|-------------|-------:|
| 4/01/16 | Standard Prints | 1.50 |
| 4/01/16 | Standard Prints | 6.30 |
| 4/04/16 | Standard Prints | 7.70 |
| 4/04/16 | Standard Prints | 0.10 |
| 4/04/16 | Standard Prints | 8.10 |
| 4/05/16 | Standard Prints | 0.80 |
| 4/08/16 | Standard Prints | 3.50 |
| 4/08/16 | Standard Prints | 14.80 |
| 4/11/16 | Standard Prints | 10.10 |
| 4/12/16 | Standard Prints | 5.70 |
| 4/13/16 | Standard Prints | 1.20 |
| 4/14/16 | Standard Prints | 4.10 |
| 4/14/16 | Standard Prints | 6.30 |
| 4/15/16 | Standard Prints | 20.00 |
| 4/15/16 | Standard Prints | 0.60 |
| 4/15/16 | Standard Prints | 1.70 |
| 4/18/16 | Standard Prints | 0.90 |
| 4/18/16 | Standard Prints | 29.30 |
| 4/18/16 | Standard Prints | 0.30 |
| 4/19/16 | Standard Prints | 1.20 |
| 4/20/16 | Standard Prints | 0.40 |
| 4/20/16 | Standard Prints | 6.40 |
| 4/22/16 | Standard Prints | 0.30 |
| 4/25/16 | Standard Prints | 10.50 |
| 4/26/16 | Standard Prints | 12.50 |
| 4/26/16 | Standard Prints | 4.10 |
| 4/26/16 | Standard Prints | 11.60 |
| 4/27/16 | Standard Prints | 0.20 |
| 4/27/16 | Standard Prints | 0.70 |
| 4/27/16 | Standard Prints | 0.90 |
| 4/27/16 | Standard Prints | 0.20 |
| 4/27/16 | Standard Prints | 4.40 |
| 4/28/16 | Standard Prints | 0.30 |
| 4/28/16 | Standard Prints | 1.90 |
| 4/28/16 | Standard Prints | 1.60 |
| **Total:** | | **180.20** |

Legal Services for the Period Ending April 30, 2016
Energy Future Competitive Holdings Co.
    110 - [TCEH] Expenses

## Description of Expenses

### Color Copies or Prints

| Date | Description | Amount |
|------|-------------|-------:|
| 3/30/16 | Color Prints | 3.60 |
| 3/30/16 | Color Prints | 2.70 |
| 4/04/16 | Color Prints | 3.00 |
| 4/05/16 | Color Prints | 63.60 |
| 4/08/16 | Color Prints | 21.60 |
| 4/08/16 | Color Prints | 20.40 |
| 4/08/16 | Color Prints | 2.10 |
| 4/08/16 | Color Prints | 2.10 |
| 4/08/16 | Color Prints | 3.90 |
| 4/08/16 | Color Prints | 5.70 |
| 4/08/16 | Color Prints | 21.30 |
| 4/08/16 | Color Prints | 24.00 |
| 4/11/16 | Color Prints | 3.00 |
| 4/11/16 | Color Prints | 1.80 |
| 4/11/16 | Color Prints | 1.20 |
| 4/12/16 | Color Prints | 1.20 |
| 4/12/16 | Color Prints | 0.90 |
| 4/13/16 | Color Prints | 16.80 |
| 4/14/16 | Color Prints | 0.30 |
| 4/14/16 | Color Prints | 0.30 |
| 4/14/16 | Color Prints | 0.30 |
| 4/14/16 | Color Prints | 0.30 |
| 4/14/16 | Color Prints | 0.30 |
| 4/14/16 | Color Prints | 7.20 |
| 4/14/16 | Color Prints | 9.30 |
| 4/14/16 | Color Prints | 5.70 |
| 4/14/16 | Color Prints | 0.60 |
| 4/14/16 | Color Prints | 0.60 |
| 4/14/16 | Color Prints | 1.80 |
| 4/14/16 | Color Prints | 7.20 |
| 4/14/16 | Color Prints | 9.30 |
| 4/14/16 | Color Prints | 5.70 |
| 4/14/16 | Color Prints | 10.80 |
| 4/14/16 | Color Prints | 9.90 |
| 4/15/16 | Color Prints | 27.00 |
| 4/15/16 | Color Prints | 9.90 |

Legal Services for the Period Ending April 30, 2016
Energy Future Competitive Holdings Co.
    110 - [TCEH] Expenses

| Date | Description | Amount |
|---|---|---|
| 4/15/16 | Color Prints | 2.10 |
| 4/15/16 | Color Prints | 27.00 |
| 4/15/16 | Color Prints | 3.90 |
| 4/15/16 | Color Prints | 9.90 |
| 4/15/16 | Color Prints | 2.10 |
| 4/15/16 | Color Prints | 4.20 |
| 4/15/16 | Color Prints | 5.40 |
| 4/15/16 | Color Prints | 21.90 |
| 4/15/16 | Color Prints | 1.80 |
| 4/15/16 | Color Prints | 1.20 |
| 4/15/16 | Color Prints | 3.90 |
| 4/15/16 | Color Prints | 27.00 |
| 4/15/16 | Color Prints | 9.90 |
| 4/15/16 | Color Prints | 2.10 |
| 4/15/16 | Color Prints | 4.20 |
| 4/15/16 | Color Prints | 5.40 |
| 4/15/16 | Color Prints | 21.90 |
| 4/18/16 | Color Prints | 3.00 |
| 4/18/16 | Color Prints | 24.60 |
| 4/18/16 | Color Prints | 3.00 |
| 4/18/16 | Color Prints | 28.20 |
| 4/18/16 | Color Prints | 3.90 |
| 4/18/16 | Color Prints | 3.90 |
| 4/18/16 | Color Prints | 30.90 |
| 4/18/16 | Color Prints | 4.20 |
| 4/18/16 | Color Prints | 4.20 |
| 4/18/16 | Color Prints | 2.10 |
| 4/22/16 | Color Prints | 0.90 |
| 4/25/16 | Color Prints | 5.40 |
| 4/25/16 | Color Prints | 5.40 |
| 4/25/16 | Color Prints | 1.80 |
| 4/26/16 | Color Prints | 1.80 |
| 4/26/16 | Color Prints | 14.10 |
| 4/26/16 | Color Prints | 18.00 |
| 4/26/16 | Color Prints | 14.10 |
| 4/26/16 | Color Prints | 18.00 |
| 4/27/16 | Color Prints | 5.40 |
| 4/27/16 | Color Prints | 0.90 |
| 4/27/16 | Color Prints | 15.30 |
| 4/27/16 | Color Prints | 3.00 |
| 4/27/16 | Color Prints | 0.30 |
| 4/27/16 | Color Prints | 29.10 |

Legal Services for the Period Ending April 30, 2016
Energy Future Competitive Holdings Co.
110 - [TCEH] Expenses

| | | |
|---|---|---:|
| 4/27/16 | Color Prints | 25.80 |
| 4/27/16 | Color Prints | 27.90 |
| 4/27/16 | Color Prints | 27.00 |
| 4/28/16 | Color Prints | 8.10 |
| 4/28/16 | Color Prints | 1.20 |
| 4/28/16 | Color Prints | 0.90 |
| 4/28/16 | Color Prints | 7.50 |
| 4/28/16 | Color Prints | 0.60 |
| 4/28/16 | Color Prints | 0.30 |
| 4/28/16 | Color Prints | 0.90 |
| 4/28/16 | Color Prints | 3.60 |
| 4/28/16 | Color Prints | 0.30 |
| 4/28/16 | Color Prints | 0.30 |
| 4/28/16 | Color Prints | 1.20 |
| 4/28/16 | Color Prints | 3.90 |
| | **Total:** | **810.30** |

**TOTAL EXPENSES**                                                  **990.50**

# KIRKLAND & ELLIS LLP

### AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY  10022

FEIN 36-1326630

June 6, 2016

Stacey Dore
Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas, TX  75201

Invoice Number:  4877091

---

## REMITTANCE ADVICE

For Professional Services Rendered Through April 30, 2016

Client Matter: 14356 - 110
In the Matter of        [TCEH] Expenses

| | |
|---|---|
| Total Fees | $ .00 |
| Total Expenses | $ 990.50 |
| **TOTAL INVOICE** | **$ 990.50** |

To ensure proper credit to your account please return this remittance with your payment.

## TERMS: NET 30 DAYS

Wire Transfer From a U.S. Bank:

Citibank
ABA Number:  271070801
Acct. Name:  Kirkland & Ellis LLP
Acct. Number:  800418399
Ref. Number:  14356-110

WireTransfer From a Non U.S. Bank:

Citibank
Swift Code:  CITIUS33
Acct. Name:  Kirkland & Ellis LLP
Acct. Number:  800418399
Ref. Number:  14356-110

Beijing    Chicago    Hong Kong    Houston    London    Los Angeles    Munich    Palo Alto    San Francisco    Shanghai    Washington, D.C.

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY  10022

FEIN 36-1326630

June 6, 2016

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas, TX  75201


Attention:  Stacey Dore

**Invoice Number:  4877093**
**Client Matter: 14356-112**

---

**In the matter of    [EFH] Expenses**


For legal services rendered through April 30, 2016
(see attached Description of Legal Services for detail)                        $ .00


For expenses incurred through April 30, 2016
(see attached Description of Expenses for detail)                          $ 1,166.80

Total legal services rendered and expenses incurred                    $ 1,166.80


Beijing    Chicago    Hong Kong    Houston    London    Los Angeles    Munich    Palo Alto    San Francisco    Shanghai    Washington, D.C.

Legal Services for the Period Ending April 30, 2016
Energy Future Competitive Holdings Co.
    112 - [EFH] Expenses

## Description of Expenses

| Description | Amount |
|---|---|
| Standard Copies or Prints | 364.90 |
| Color Copies or Prints | 801.90 |
| | |
| TOTAL EXPENSES | $ 1,166.80 |

Legal Services for the Period Ending April 30, 2016
Energy Future Competitive Holdings Co.
   112 - [EFH] Expenses

## Description of Expenses

## Standard Copies or Prints

| Date | Description | Amount |
|------|-------------|-------:|
| 4/01/16 | Standard Prints | 0.10 |
| 4/01/16 | Standard Prints | 37.90 |
| 4/04/16 | Standard Prints | 7.10 |
| 4/04/16 | Standard Prints | 1.50 |
| 4/05/16 | Standard Prints | 0.10 |
| 4/08/16 | Standard Prints | 13.60 |
| 4/11/16 | Standard Prints | 0.10 |
| 4/12/16 | Standard Prints | 4.20 |
| 4/13/16 | Standard Prints | 1.10 |
| 4/13/16 | Standard Prints | 8.20 |
| 4/14/16 | Standard Copies or Prints | 0.20 |
| 4/14/16 | Standard Prints | 0.40 |
| 4/14/16 | Standard Prints | 0.70 |
| 4/15/16 | Standard Prints | 0.80 |
| 4/18/16 | Standard Prints | 0.20 |
| 4/18/16 | Standard Prints | 4.50 |
| 4/19/16 | Standard Prints | 109.90 |
| 4/19/16 | Standard Prints | 0.10 |
| 4/19/16 | Standard Prints | 0.30 |
| 4/20/16 | Standard Prints | 0.40 |
| 4/21/16 | Standard Prints | 0.30 |
| 4/25/16 | Standard Prints | 133.70 |
| 4/26/16 | Standard Prints | 1.10 |
| 4/28/16 | Standard Prints | 10.90 |
| 4/28/16 | Standard Prints | 27.50 |
| | **Total:** | **364.90** |

Legal Services for the Period Ending April 30, 2016
Energy Future Competitive Holdings Co.
   112 - [EFH] Expenses

## Description of Expenses

### Color Copies or Prints

| Date | Description | Amount |
|---|---|---|
| 4/01/16 | Color Prints | 10.20 |
| 4/01/16 | Color Prints | 7.50 |
| 4/01/16 | Color Prints | 3.60 |
| 4/01/16 | Color Prints | 3.30 |
| 4/01/16 | Color Prints | 4.50 |
| 4/01/16 | Color Prints | 0.60 |
| 4/01/16 | Color Prints | 0.90 |
| 4/04/16 | Color Prints | 1.80 |
| 4/04/16 | Color Prints | 31.80 |
| 4/04/16 | Color Prints | 3.30 |
| 4/04/16 | Color Prints | 3.30 |
| 4/05/16 | Color Prints | 3.30 |
| 4/08/16 | Color Prints | 3.00 |
| 4/08/16 | Color Prints | 1.50 |
| 4/08/16 | Color Prints | 1.80 |
| 4/08/16 | Color Prints | 3.90 |
| 4/08/16 | Color Prints | 21.60 |
| 4/08/16 | Color Prints | 2.10 |
| 4/08/16 | Color Prints | 2.10 |
| 4/11/16 | Color Prints | 0.30 |
| 4/12/16 | Color Prints | 6.30 |
| 4/13/16 | Color Prints | 16.80 |
| 4/13/16 | Color Prints | 1.80 |
| 4/13/16 | Color Prints | 1.20 |
| 4/13/16 | Color Prints | 3.00 |
| 4/14/16 | Color Prints | 0.60 |
| 4/14/16 | Color Prints | 0.60 |
| 4/14/16 | Color Prints | 0.60 |
| 4/14/16 | Color Prints | 1.80 |
| 4/14/16 | Color Prints | 7.20 |
| 4/14/16 | Color Prints | 9.30 |
| 4/14/16 | Color Prints | 5.70 |
| 4/14/16 | Color Prints | 10.80 |
| 4/14/16 | Color Prints | 0.30 |
| 4/14/16 | Color Prints | 0.30 |
| 4/14/16 | Color Prints | 0.30 |

Legal Services for the Period Ending April 30, 2016
Energy Future Competitive Holdings Co.
   112 - [EFH] Expenses

| Date | Description | Amount |
|---|---|---|
| 4/14/16 | Color Prints | 0.30 |
| 4/14/16 | Color Prints | 0.30 |
| 4/15/16 | Color Prints | 18.60 |
| 4/15/16 | Color Prints | 5.40 |
| 4/15/16 | Color Prints | 21.90 |
| 4/15/16 | Color Prints | 4.20 |
| 4/15/16 | Color Prints | 27.00 |
| 4/15/16 | Color Prints | 3.90 |
| 4/15/16 | Color Prints | 0.60 |
| 4/18/16 | Color Prints | 19.80 |
| 4/18/16 | Color Prints | 2.10 |
| 4/18/16 | Color Prints | 24.60 |
| 4/18/16 | Color Prints | 3.00 |
| 4/18/16 | Color Prints | 28.20 |
| 4/18/16 | Color Prints | 3.90 |
| 4/18/16 | Color Prints | 11.40 |
| 4/18/16 | Color Prints | 27.00 |
| 4/18/16 | Color Prints | 3.90 |
| 4/18/16 | Color Prints | 5.40 |
| 4/18/16 | Color Prints | 27.00 |
| 4/18/16 | Color Prints | 6.60 |
| 4/18/16 | Color Prints | 6.60 |
| 4/18/16 | Color Prints | 1.20 |
| 4/18/16 | Color Prints | 30.90 |
| 4/18/16 | Color Prints | 1.20 |
| 4/19/16 | Color Prints | 0.60 |
| 4/19/16 | Color Prints | 10.50 |
| 4/19/16 | Color Prints | 77.10 |
| 4/19/16 | Color Prints | 77.10 |
| 4/19/16 | Color Prints | 0.60 |
| 4/19/16 | Color Prints | 0.30 |
| 4/19/16 | Color Prints | 21.90 |
| 4/19/16 | Color Prints | 0.90 |
| 4/19/16 | Color Prints | 1.50 |
| 4/19/16 | Color Prints | 0.30 |
| 4/19/16 | Color Prints | 0.60 |
| 4/19/16 | Color Prints | 8.70 |
| 4/20/16 | Color Prints | 8.70 |
| 4/25/16 | Color Prints | 3.00 |
| 4/25/16 | Color Prints | 10.80 |
| 4/26/16 | Color Prints | 2.70 |
| 4/28/16 | Color Prints | 3.60 |

Legal Services for the Period Ending April 30, 2016
Energy Future Competitive Holdings Co.
   112 - [EFH] Expenses

| | | |
|---|---|---:|
| 4/28/16 | Color Prints | 0.90 |
| 4/28/16 | Color Prints | 29.10 |
| 4/28/16 | Color Prints | 81.00 |
| | **Total:** | **801.90** |

| | |
|---|---:|
| **TOTAL EXPENSES** | **1,166.80** |

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY  10022

FEIN 36-1326630

June 6, 2016

Stacey Dore
Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas, TX  75201

Invoice Number:  4877093

---

## REMITTANCE ADVICE

For Professional Services Rendered Through April 30, 2016

Client Matter: 14356 - 112
In the Matter of      [EFH] Expenses

| | |
|---|---|
| Total Fees | $ .00 |
| Total Expenses | $ 1,166.80 |
| **TOTAL INVOICE** | **$ 1,166.80** |

To ensure proper credit to your account please return this remittance with your payment.

## TERMS: NET 30 DAYS

| Wire Transfer From a U.S. Bank: | WireTransfer From a Non U.S. Bank: |
|---|---|
| Citibank | Citibank |
| ABA Number:  271070801 | Swift Code:  CITIUS33 |
| Acct. Name:  Kirkland & Ellis LLP | Acct. Name:  Kirkland & Ellis LLP |
| Acct. Number: 800418399 | Acct. Number:  800418399 |
| Ref. Number:  14356-112 | Ref. Number:  14356-112 |

Beijing    Chicago    Hong Kong    Houston    London    Los Angeles    Munich    Palo Alto    San Francisco    Shanghai    Washington, D.C.