# **EXHIBIT C**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**DECLARATION OF CHUCK MCMULLAN IN SUPPORT
OF MOTION OF TEXAS COMPETITIVE ELECTRIC HOLDINGS
COMPANY LLC AND CERTAIN OF ITS DEBTOR AFFILIATES FOR ENTRY OF
ORDERS (I) (A) AUTHORIZING THE TCEH DEBTORS TO (X) ENTER INTO THE
POSTPETITION FINANCING COMMITMENT LETTER AND THE FEE LETTER,
(Y) PAY ASSOCIATED FEES AND EXPENSES, AND (B) GRANTING RELATED
RELIEF AND (II) (A) APPROVING POSTPETITION FINANCING FOR TEXAS
COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC AND CERTAIN OF ITS
DEBTOR AFFILIATES, (B) GRANTING LIENS AND PROVIDING SUPERPRIORITY
ADMINISTRATIVE EXPENSE CLAIMS, (C) AUTHORIZING REFINANCING OF
SECURED POST-PETITION DEBT AND (D) MODIFYING THE AUTOMATIC STAY**

I, Chuck McMullan, declare as follows:

1. I am a Senior Managing Director of Evercore Group LLC ("Evercore"), a financial advisory and investment banking firm with offices around the world and financial advisor and investment banker to the above-captioned debtors and debtors in possession (the "Debtors"). I submit this declaration (this "Declaration") in support of the *Motion of Texas Competitive Electric Holdings Company LLC and Certain of Its Debtor Affiliates, for Entry of Orders (I) (A) Authorizing the TCEH Debtors to (X) Enter into the Postpetition Financing Commitment Letter and the Fee Letter (Y) Pay Associated Fees and Expenses, and (B) Granting Related Relief and (II) (A) Approving Postpetition Financing For Texas Competitive Electric*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

*Holdings Company LLC and Certain of its Debtor Affiliates, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing Refinancing of Secured Post-Petition Debt and (D) Modifying the Automatic Stay* (the "Motion").[2]

2. Except where specifically noted, the statements in this Declaration are based on either my personal knowledge, information supplied or verified by the Evercore financial team that I supervise or the TCEH Debtors' personnel and third-party advisors, my review of relevant documents, or my opinion based upon my experience and knowledge of the TCEH Debtors' operations and financial condition.  If I were called upon to testify, I could and would testify competently to the facts set forth herein.  I am authorized to submit this Declaration on behalf of the TCEH Debtors.

3. I offer this declaration in support of the TCEH Debtors' motion to obtain authorization to enter into the Commitment Letter and either of the two financing facility options offered by the Commitment Parties.  In particular, I submit this declaration to place before this Court evidence supporting my opinion, to a reasonable degree of expert certainty, that the Commitment Letter Financing is (i) the product of a competitive financing process and an arm's-length negotiation with the financing parties, (ii) the best available DIP financing and/or exit financing option for the TCEH Debtors, and (iii) is in the best interests of the TCEH Debtors' estates and creditors.

## Qualifications

4. Evercore is one of the world's leading independent investment banking groups, with more than 20 offices in more than eight countries, including an office located at 55 East 52nd Street, New York, NY 10055.  Evercore has expertise in domestic and cross-border

---

[2] Terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

restructurings, mergers and acquisitions, raising debt and equity capital, and other financial advisory services. Evercore has served as an experienced bankruptcy and restructuring advisor to debtors, bondholders, creditors' committees, single creditor classes and secured creditors in a variety of industries. Evercore is a member of the Financial Industry Regulatory Authority and the Securities Investor Protection Corporation.

5. I specialize in advising corporate and financial sponsor clients on debt financing transactions, working across industry sectors, credit qualities and transaction situations. I joined Evercore in 2013 and have over 19 years of professional experience. I have advised, executed and/or participated in over $100 billion of financing transactions. Prior to joining Evercore, I co-led leveraged finance origination for the telecom, media and telecom sector of UBS Investment Bank. I have a B.A. from Duke University in Economics and History.

### The TCEH Debtors' Need to Obtain the Financing

6. The TCEH Debtors have approximately $1,040,000,000 drawn under the current DIP revolving credit facility and $1,425,000,000 outstanding under the Existing DIP Credit Agreement, which facilities mature on November 7, 2016. The Financing contemplates financing that provides: (i) committed exit financing for the TCEH Debtors; and (ii) the flexibility to incur financing prior to exit in order to refinance the DIP loan under the Existing DIP Credit Agreement. This ensures the Debtors have sufficient liquidity runway to fund the bankruptcy process past the maturity of the existing DIP facility and until October 31, 2017.

7. Upon entry of the Orders, the Financing will provide the TCEH Debtors with access to up to $4,250,000,000 of loans, consisting of: (a) $750,000,000 under the Senior Revolving Credit Facility or DIP Roll Revolving Credit Facility; (b) $2,850,000,000 under the

3

Senior Term Loan B Facility or DIP Roll Term Loan B Facility; and (c) $650,000,000 under the Senior Term Loan C Facility or the DIP Roll Term Loan C Facility.

8. The approval of the TCEH Debtors' Financing, with its favorable terms, will substantially enhance the TCEH Debtors' ability to confirm and/or approve the Plan, achieve a smooth transition out of chapter 11, and instill confidence in their customers, employees, creditors, and other parties in interest. Therefore, the TCEH Debtors have a substantial need to access the Financing during their Cases and after emergence.

### The TCEH Debtors' Efforts to Obtain Exit Financing

9. The TCEH Debtors were uniquely positioned to negotiate the Financing with favorable terms given that the TCEH Debtors have had continuous dialogue regarding potential financing with various banks since October 2015. In October 2015, the TCEH Debtors held in-person meetings with seven banks in New York and received financing proposals from all seven banks. The proposals consisted of the Senior Facilities and/or DIP Roll Facilities. In November 2015, the TCEH Debtors met with a subset of these banks to further refine the financing proposals. Prospective lenders understand that the Debtors are a sizable company with a leveraged balance sheet that will be restructured in the Cases and thus continued to maintain open dialogue through periodic calls, meetings, and presentations in the subsequent months. In February 2016, the TCEH Debtors followed-up on the initial financing discussions with additional in-person meetings in New York with prospective lenders.

10. The TCEH Debtors utilized feedback from prior discussions with banks to structure the request-for-proposal process. The TCEH Debtors' decision to proceed with the Financing comes after a dedicated and diligent search for the best financing alternatives and after obtaining guidance and preliminary proposals regarding structure from the various banks. In

early April 2016, the TCEH Debtors and Evercore Group LLC ("Evercore") initiated a request for financing proposals (the "RFP"). The TCEH Debtors utilized feedback from prior discussions with prospective lenders to structure the RFP process. The TCEH Debtors and Evercore canvassed the market to find parties interested in providing the Financing. During the initial stage of the RFP process, the TCEH Debtors approached seven large financial institutions that are actively involved in the DIP and syndicated finance markets. The TCEH Debtors and their advisors provided these financial institutions with a draft fee letter, draft commitment letter, a summary grid of select terms, and financial projections of TCEH. The TCEH Debtors offered each of these financial institutions the opportunity to conduct due diligence and submit written responses to the RFP and other materials related to the Financing.

11. All seven financial institutions submitted initial proposals in response to the TCEH Debtors' RFP in grid format. The TCEH Debtors, Kirkland & Ellis LLP, and Evercore conducted multiple rounds of negotiations with six of the seven banks before proceeding to the documentation stage. In early May 2016, three additional financial institutions signed non-disclosure agreements and joined the financing process. The TCEH Debtors continued actively negotiating with nine of the ten prospective financing parties for over three weeks to obtain the most favorable terms on the Financing. The TCEH Debtors negotiated commitment documents with nine to ten banks, understanding that the TCEH Debtors would require a broadly-syndicated facility to achieve a DIP to exit facility of this size.

12. On May 31, 2016, the TCEH Debtors received signed commitment letters from seven lenders who are participating in the Financing. Collectively, these institutions were able to provide the TCEH Debtors with up to $4,250,000,000 in commitments to provide the Financing.

13. The Financing is the best source of financing for the TCEH Debtors, providing the liquidity needed to continue operating their businesses in the ordinary course and satisfy restructuring-related costs as well as refinance the existing facility under the Existing DIP Credit Agreement, and facilitate the TCEH Debtors' emergence from bankruptcy.  The Financing was negotiated at arm's length, in a competitive process, on terms that are reasonable to all parties.  The Financing will ensure the TCEH Debtors' access to sufficient liquidity that will provide the foundation for maximizing value for all stakeholders.

### The Aggregate Fees Associated with the DIP Facility

14. The aggregate fees payable in connection with the Financing are equal to approximately 2.25 percent (or $95.625 million) of the total Financing commitment of $4.25 billion.

[*Remainder of page intentionally left blank.*]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  June 6, 2016                              */s/ Chuck McMullan*
                                                               Chuck McMullan
                                                               Senior Managing Director
                                                               Evercore Group LLC