# EXHIBIT A

**Statement of Fees By Subject Matter**

*Exhibit A*

***Combined - All Entities***
***Summary of Time Detail by Task***
***April 1, 2016 through April 30, 2016***

| *Task Description* | *Sum of Hours* | *Sum of Fees* |
|---|---:|---:|
| Accounting/Cut-off | 12.0 | $4,800.00 |
| Bankruptcy Support | 3.3 | $1,980.00 |
| Business Plan | 9.9 | $3,712.50 |
| Claims | 380.7 | $179,625.00 |
| Contracts | 135.3 | $74,942.50 |
| Coordination & Communication with other Creditor Constituents | 0.7 | $542.50 |
| Coordination & Communication with UCC | 6.5 | $3,980.00 |
| Court | 0.9 | $337.50 |
| Fee Applications | 20.7 | $6,865.00 |
| Liquidation Analysis | 55.0 | $30,250.00 |
| POR / Disclosure Statement | 17.3 | $13,510.00 |
| Status Meetings | 4.7 | $3,552.50 |
| Travel Time | 22.0 | $13,750.00 |
| UST Reporting Requirements | 7.3 | $4,015.00 |
| Vendor Management | 61.4 | $47,007.50 |
| ***Total*** | **737.7** | **$388,870.00** |

*Travel time billed at 50% of time incurred*

*Exhibit A*

*TCEH*
*Summary of Time Detail by Task*
*April 1, 2016 through April 30, 2016*

| Task Description | Sum of Hours | Sum of Fees |
|---|---|---|
| Accounting/Cut-off | 9.0 | $3,600.00 |
| Bankruptcy Support | 2.3 | $1,372.52 |
| Business Plan | 3.9 | $1,478.56 |
| Claims | 279.2 | $131,760.64 |
| Contracts | 101.5 | $56,206.88 |
| Coordination & Communication with other Creditor Constituents | 0.5 | $406.88 |
| Coordination & Communication with UCC | 6.5 | $3,980.00 |
| Court | 0.6 | $231.95 |
| Fee Applications | 14.2 | $4,717.99 |
| Liquidation Analysis | 7.9 | $4,337.99 |
| POR / Disclosure Statement | 11.9 | $9,292.62 |
| Status Meetings | 3.3 | $2,465.78 |
| Travel Time | 15.1 | $9,449.72 |
| UST Reporting Requirements | 5.0 | $2,759.32 |
| Vendor Management | 46.0 | $35,255.62 |
| *Total* | 507.0 | $267,316.46 |

*Travel time billed at 50% of time incurred*

*Exhibit A*

*EFH*
*Summary of Time Detail by Task*
*April 1, 2016 through April 30, 2016*

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Accounting/Cut-off | 3.0 | $1,200.00 |
| Bankruptcy Support | 0.9 | $517.76 |
| Business Plan | 3.4 | $1,283.24 |
| Claims | 88.4 | $41,495.05 |
| Contracts | 33.8 | $18,735.63 |
| Coordination & Communication with other Creditor Constituents | 0.2 | $135.63 |
| Court | 0.2 | $88.66 |
| Fee Applications | 5.4 | $1,803.42 |
| Liquidation Analysis | 29.6 | $16,286.98 |
| POR / Disclosure Statement | 4.5 | $3,547.47 |
| Status Meetings | 1.2 | $928.31 |
| Travel Time | 5.8 | $3,612.10 |
| UST Reporting Requirements | 1.9 | $1,054.73 |
| Vendor Management | 15.4 | $11,751.88 |
| ***Total*** | **193.8** | **$102,440.86** |

*Travel time billed at 50% of time incurred*

*Exhibit A*

*EFIH*
*Summary of Time Detail by Task*
*April 1, 2016 through April 30, 2016*

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Bankruptcy Support | 0.2 | $89.71 |
| Business Plan | 2.5 | $950.69 |
| Claims | 13.1 | $6,369.31 |
| Court | 0.0 | $16.89 |
| Fee Applications | 1.0 | $343.59 |
| Liquidation Analysis | 17.5 | $9,625.03 |
| POR / Disclosure Statement | 0.9 | $669.91 |
| Status Meetings | 0.2 | $158.41 |
| Travel Time | 1.1 | $688.18 |
| UST Reporting Requirements | 0.4 | $200.95 |
| **Total** | **36.9** | **$19,112.68** |

*Travel time billed at 50% of time incurred*