## **EXHIBIT B**

**Professionals' Information**

The A&M professionals who rendered services in these cases during the Fee Period are:

*Exhibit B*

### Combined - All Entities
### Summary of Time Detail by Professional
### April 1, 2016 through April 30, 2016

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $950.00 | 4.0 | $3,800.00 |
| Emmett Bergman | Managing Director | $775.00 | 115.2 | $89,280.00 |
| John Stuart | Managing Director | $775.00 | 14.0 | $10,850.00 |
| Jodi Ehrenhofer | Senior Director | $625.00 | 66.1 | $41,312.50 |
| Matt Frank | Director | $625.00 | 29.1 | $18,187.50 |
| David Blanks | Director | $550.00 | 55.0 | $30,250.00 |
| Kevin Sullivan | Director | $550.00 | 7.3 | $4,015.00 |
| Paul Kinealy | Director | $550.00 | 79.8 | $43,890.00 |
| Jeff Dwyer | Senior Associate | $500.00 | 2.1 | $1,050.00 |
| Richard Carter | Consultant | $450.00 | 136.6 | $61,470.00 |
| Michael Williams | Consultant | $375.00 | 124.1 | $46,537.50 |
| Jon Rafpor | Analyst | $400.00 | 12.0 | $4,800.00 |
| Sarah Pittman | Analyst | $375.00 | 76.1 | $28,537.50 |
| Mary Napoliello | Paraprofessional | $300.00 | 16.3 | $4,890.00 |
| | | **Total** | **737.7** | **$388,870.00** |

*Exhibit B*

### TCEH
### Summary of Time Detail by Professional
### April 1, 2016 through April 30, 2016

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $950.00 | 2.9 | $2,760.11 |
| Emmett Bergman | Managing Director | $775.00 | 85.8 | $66,473.70 |
| John Stuart | Managing Director | $775.00 | 9.6 | $7,456.69 |
| Jodi Ehrenhofer | Senior Director | $625.00 | 50.0 | $31,238.71 |
| Matt Frank | Director | $625.00 | 21.7 | $13,589.39 |
| David Blanks | Director | $550.00 | 7.9 | $4,337.99 |
| Kevin Sullivan | Director | $550.00 | 5.0 | $2,759.32 |
| Paul Kinealy | Director | $550.00 | 56.8 | $31,242.12 |
| Jeff Dwyer | Senior Associate | $500.00 | 1.6 | $787.50 |
| Richard Carter | Consultant | $450.00 | 102.1 | $45,939.90 |
| Jon Rafpor | Analyst | $400.00 | 9.0 | $3,600.00 |
| Michael Williams | Consultant | $375.00 | 89.9 | $33,694.23 |
| Sarah Pittman | Analyst | $375.00 | 53.5 | $20,076.14 |
| Mary Napoliello | Paraprofessional | $300.00 | 11.2 | $3,360.66 |
| | | *Total* | **507.0** | **$267,316.46** |

*Exhibit B*

### EFH
### Summary of Time Detail by Professional
### April 1, 2016 through April 30, 2016

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $950.00 | 0.9 | $873.47 |
| Emmett Bergman | Managing Director | $775.00 | 28.9 | $22,418.41 |
| John Stuart | Managing Director | $775.00 | 3.7 | $2,850.28 |
| Jodi Ehrenhofer | Senior Director | $625.00 | 13.3 | $8,331.69 |
| Matt Frank | Director | $625.00 | 7.2 | $4,507.39 |
| David Blanks | Director | $550.00 | 29.6 | $16,286.98 |
| Kevin Sullivan | Director | $550.00 | 1.9 | $1,054.73 |
| Paul Kinealy | Director | $550.00 | 20.0 | $10,993.49 |
| Jeff Dwyer | Senior Associate | $500.00 | 0.5 | $262.50 |
| Richard Carter | Consultant | $450.00 | 29.7 | $13,363.46 |
| Jon Rafpor | Analyst | $400.00 | 3.0 | $1,200.00 |
| Michael Williams | Consultant | $375.00 | 30.7 | $11,520.08 |
| Sarah Pittman | Analyst | $375.00 | 20.0 | $7,493.78 |
| Mary Napoliello | Paraprofessional | $300.00 | 4.3 | $1,284.59 |
| | | *Total* | **193.8** | **$102,440.86** |

*Exhibit B*

### EFIH
### Summary of Time Detail by Professional
### April 1, 2016 through April 30, 2016

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
| --- | --- | --- | --- | --- |
| Jeff Stegenga | Managing Director | $950.00 | 0.2 | $166.41 |
| Emmett Bergman | Managing Director | $775.00 | 0.5 | $387.88 |
| John Stuart | Managing Director | $775.00 | 0.7 | $543.04 |
| Jodi Ehrenhofer | Senior Director | $625.00 | 2.8 | $1,742.10 |
| Matt Frank | Director | $625.00 | 0.1 | $90.71 |
| David Blanks | Director | $550.00 | 17.5 | $9,625.03 |
| Kevin Sullivan | Director | $550.00 | 0.4 | $200.95 |
| Paul Kinealy | Director | $550.00 | 3.0 | $1,654.39 |
| Richard Carter | Consultant | $450.00 | 4.8 | $2,166.65 |
| Michael Williams | Consultant | $375.00 | 3.5 | $1,323.19 |
| Sarah Pittman | Analyst | $375.00 | 2.6 | $967.59 |
| Mary Napoliello | Paraprofessional | $300.00 | 0.8 | $244.74 |
| | | *Total* | **36.9** | **$19,112.68** |