## **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

*Exhibit C*

**Combined**
**Energy Future Holdings Corp., et al.,**
**Summary of Expense Detail by Category**
**April 1, 2016 through April 30, 2016**

| Expense Category | Sum of Expenses |
|---|---|
| Airfare | $6,199.57 |
| Lodging | $3,771.94 |
| Meals | $478.89 |
| Miscellaneous | $56.68 |
| Transportation | $1,521.61 |
| **Total** | **$12,028.69** |

*Exhibit C*

### TCEH
### Summary of Expense Detail by Category
### April 1, 2016 through April 30, 2016

| Expense Category | Sum of Expenses |
|---|---|
| Airfare | $4,260.96 |
| Lodging | $2,592.45 |
| Meals | $329.15 |
| Miscellaneous | $38.95 |
| Transportation | $1,045.82 |
| **Total** | **$8,267.33** |

*Exhibit C*

### EFH
### Summary of Expense Detail by Category
### April 1, 2016 through April 30, 2016

| Expense Category | Sum of Expenses |
|---|---:|
| Airfare | $1,628.61 |
| Lodging | $990.88 |
| Meals | $125.80 |
| Miscellaneous | $14.89 |
| Transportation | $399.71 |
| **Total** | **$3,159.89** |

*Exhibit C*

***EFIH***
***Summary of Expense Detail by Category***
***April 1, 2016 through April 30, 2016***

| Expense Category | Sum of Expenses |
|---|---:|
| Airfare | $310.00 |
| Lodging | $188.61 |
| Meals | $23.94 |
| Miscellaneous | $2.84 |
| Transportation | $76.08 |
| ***Total*** | **$601.47** |