## EXHIBIT D

**Detailed Description of Expenses and Disbursements**

*Exhibit D*

*Combined - All Entities*
*Expense Detail by Category*
*April 1, 2016 through April 30, 2016*

### Airfare

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Emmett Bergman | 2/2/2016 | $418.10 | Airfare one-way coach San Francisco/Dallas. |
| Emmett Bergman | 2/4/2016 | $418.10 | Airfare one-way coach Dallas/San Francisco. |
| Paul Kinealy | 2/9/2016 | $359.60 | Airfare roundtrip coach Chicago/Dallas. |
| Michael Williams | 3/7/2016 | $904.28 | Airfare roundtrip coach Chicago/Dallas. |
| Paul Kinealy | 3/24/2016 | $364.10 | Airfare one-way coach Chicago/Dallas. |
| Jodi Ehrenhofer | 3/29/2016 | $179.07 | Airfare one-way coach Chicago/Dallas. |
| Jodi Ehrenhofer | 3/31/2016 | $283.07 | Airfare one-way coach Dallas/Chicago. |
| Paul Kinealy | 4/8/2016 | $761.96 | Airfare roundtrip coach Chicago/Dallas. |
| Richard Carter | 4/8/2016 | $760.20 | Airfare roundtrip coach Chicago/Dallas. |
| Jodi Ehrenhofer | 4/12/2016 | $358.14 | Airfare one-way coach Chicago/Dallas. |
| Jodi Ehrenhofer | 4/14/2016 | $442.75 | Airfare one-way coach Dallas/Chicago. |
| Richard Carter | 4/28/2016 | $950.20 | Airfare roundtrip coach Chicago/Dallas. |
| **Expense Category Total** | | **$6,199.57** | |

### Lodging

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Emmett Bergman | 2/4/2016 | $616.98 | Hotel in Dallas - 2 nights. |
| Paul Kinealy | 2/17/2016 | $360.72 | Hotel in Dallas - 3 nights. |
| Michael Williams | 3/9/2016 | $767.64 | Hotel in Dallas - 3 nights. |
| Jodi Ehrenhofer | 3/29/2016 | $127.94 | Hotel in Dallas - 1 night. |
| Paul Kinealy | 3/30/2016 | $221.13 | Hotel in Dallas - 1 night. |
| Michael Williams | 4/13/2016 | $412.20 | Hotel in Dallas - 2 nights. |
| Paul Kinealy | 4/13/2016 | $255.88 | Hotel in Dallas - 1 night. |
| Richard Carter | 4/13/2016 | $497.69 | Hotel in Dallas - 2 nights. |
| Jodi Ehrenhofer | 4/14/2016 | $511.76 | Hotel in Dallas - 2 nights. |
| **Expense Category Total** | | **$3,771.94** | |

*Exhibit D*

**Combined - All Entities**
*Expense Detail by Category*
*April 1, 2016 through April 30, 2016*

## *Meals*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Emmett Bergman | 2/4/2016 | $18.16 | Out of town dinner - E. Bergman. |
| Paul Kinealy | 2/15/2016 | $7.47 | Out of town breakfast - P. Kinealy. |
| Paul Kinealy | 2/15/2016 | $66.34 | Out of town dinner - P. Kinealy, M. Williams - 2. |
| Paul Kinealy | 2/16/2016 | $5.93 | Out of town breakfast - P. Kinealy. |
| Paul Kinealy | 2/16/2016 | $12.08 | Out of town dinner - P. Kinealy. |
| Paul Kinealy | 2/17/2016 | $5.93 | Out of town breakfast - P. Kinealy. |
| Paul Kinealy | 2/18/2016 | $9.84 | Out of town dinner - P. Kinealy. |
| Michael Williams | 3/7/2016 | $14.52 | Out of town dinner - M. Williams. |
| Michael Williams | 3/8/2016 | $37.58 | Out of town dinner - M. Williams. |
| Michael Williams | 3/9/2016 | $37.58 | Out of town dinner - M. Williams. |
| Jodi Ehrenhofer | 4/12/2016 | $10.39 | Out of town dinner - J. Ehrenhofer. |
| Michael Williams | 4/12/2016 | $40.00 | Out of town dinner - M. Williams. |
| Paul Kinealy | 4/12/2016 | $40.00 | Out of town dinner - P. Kinealy. |
| Richard Carter | 4/12/2016 | $11.13 | Out of town dinner - R. Carter. |
| Jodi Ehrenhofer | 4/13/2016 | $7.46 | Out of town dinner - J. Ehrenhofer. |
| Michael Williams | 4/13/2016 | $24.35 | Out of town dinner - M. Williams. |
| Paul Kinealy | 4/13/2016 | $9.84 | Out of town dinner - P. Kinealy. |
| Paul Kinealy | 4/13/2016 | $5.93 | Out of town breakfast - P. Kinealy. |
| Richard Carter | 4/13/2016 | $8.83 | Out of town breakfast - R. Carter, J. Ehrenhofer - 2. |
| Richard Carter | 4/13/2016 | $40.00 | Out of town dinner - R. Carter. |
| Jodi Ehrenhofer | 4/14/2016 | $31.31 | Out of town dinner - J. Ehrenhofer. |
| Richard Carter | 4/14/2016 | $8.60 | Out of town breakfast - R. Carter, J. Ehrenhofer - 2. |
| Richard Carter | 4/14/2016 | $25.62 | Out of town dinner - R. Carter. |
| **Expense Category Total** | | **$478.89** | |

## *Miscellaneous*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Jodi Ehrenhofer | 4/4/2016 | $1.02 | Verizon conference call charges. |

*Exhibit D*

**Combined - All Entities**
**Expense Detail by Category**
**April 1, 2016 through April 30, 2016**

### Miscellaneous

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Matt Frank | 4/4/2016 | $12.56 | Verizon conference call charges. |
| Paul Kinealy | 4/4/2016 | $43.10 | Verizon conference call charges. |
| **Expense Category Total** | | **$56.68** | |

### Transportation

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Emmett Bergman | 2/2/2016 | $100.00 | Taxi from home to San Francisco Airport. |
| Emmett Bergman | 2/2/2016 | $26.00 | Taxi from DFW Airport to Energy. |
| Emmett Bergman | 2/3/2016 | $5.79 | Taxi from Energy to hotel. |
| Emmett Bergman | 2/4/2016 | $62.20 | Taxi from San Francisco Airport to home. |
| Emmett Bergman | 2/4/2016 | $30.00 | Taxi from Energy to DFW Airport. |
| Paul Kinealy | 2/15/2016 | $33.60 | Taxi from Dallas Airport to Energy. |
| Paul Kinealy | 2/18/2016 | $64.00 | Parking at Chicago Airport. |
| Michael Williams | 3/7/2016 | $15.00 | Taxi from Energy to hotel. |
| Michael Williams | 3/7/2016 | $52.40 | Taxi from home to O'Hare Airport. |
| Michael Williams | 3/7/2016 | $28.02 | Taxi from DFW Airport to Energy. |
| Michael Williams | 3/8/2016 | $15.00 | Taxi from Energy to hotel. |
| Michael Williams | 3/8/2016 | $15.00 | Taxi from hotel to Energy. |
| Michael Williams | 3/9/2016 | $15.00 | Taxi from hotel to Energy. |
| Michael Williams | 3/9/2016 | $15.00 | Taxi from Energy to hotel. |
| Michael Williams | 3/10/2016 | $50.00 | Taxi from home to O'Hare Airport. |
| Jodi Ehrenhofer | 3/29/2016 | $30.00 | Taxi from DFW Airport to hotel. |
| Jodi Ehrenhofer | 3/29/2016 | $22.50 | Taxi from home to O'Hare Airport. |
| Jodi Ehrenhofer | 3/30/2016 | $5.00 | Taxi from dinner to hotel. |
| Jodi Ehrenhofer | 3/30/2016 | $5.00 | Taxi from hotel to dinner. |
| Jodi Ehrenhofer | 3/31/2016 | $24.30 | Taxi from O'Hare to home. |
| Jodi Ehrenhofer | 3/31/2016 | $30.00 | Taxi from Energy to DFW. |
| Jodi Ehrenhofer | 3/31/2016 | $15.00 | Taxi from hotel to Energy. |

*Exhibit D*

*Combined - All Entities*
*Expense Detail by Category*
*April 1, 2016 through April 30, 2016*

## Transportation

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Paul Kinealy | 3/31/2016 | $48.00 | Parking at Chicago Airport. |
| Paul Kinealy | 3/31/2016 | $30.00 | Taxi from Energy to DFW Airport. |
| Jodi Ehrenhofer | 4/12/2016 | $45.00 | Taxi from home to O'Hare. |
| Michael Williams | 4/12/2016 | $60.00 | Taxi from DFW Airport to hotel. |
| Michael Williams | 4/12/2016 | $51.80 | Taxi from home to O'Hare Airport. |
| Paul Kinealy | 4/12/2016 | $5.00 | Taxi from Energy to dinner. |
| Paul Kinealy | 4/12/2016 | $26.00 | Taxi from DFW Airport to hotel. |
| Richard Carter | 4/12/2016 | $56.40 | Taxi from DFW Airport to Energy. |
| Jodi Ehrenhofer | 4/13/2016 | $54.00 | Parking at hotel in Dallas - 2 nights. |
| Jodi Ehrenhofer | 4/13/2016 | $5.00 | Parking at EFH offices. |
| Michael Williams | 4/13/2016 | $19.88 | Taxi from hotel to Energy. |
| Paul Kinealy | 4/13/2016 | $30.00 | Parking at Chicago Airport. |
| Paul Kinealy | 4/13/2016 | $28.00 | Taxi from Energy to DFW Airport. |
| Jodi Ehrenhofer | 4/14/2016 | $123.96 | Rental Car in Dallas - 2 days. |
| Jodi Ehrenhofer | 4/14/2016 | $4.22 | Fuel for rental car. |
| Jodi Ehrenhofer | 4/14/2016 | $45.00 | Taxi from O'Hare to home. |
| Michael Williams | 4/14/2016 | $60.00 | Taxi from Energy to DFW Airport. |
| Michael Williams | 4/14/2016 | $20.02 | Taxi from O'Hare Airport to home. |
| Michael Williams | 4/14/2016 | $18.27 | Taxi from hotel to Energy. |
| Richard Carter | 4/14/2016 | $60.25 | Taxi from Energy to DFW Airport. |
| Richard Carter | 4/14/2016 | $72.00 | Parking at Chicago Airport. |
| **Expense Category Total** | | **$1,521.61** | |
| *Grand Total* | | **$12,028.69** | |