## **EXHIBIT A**

**Statement of Fees and Expenses By Subject Matter**

| Description | Total Billed Hours | Total Fees |
|---|---:|---:|
| Plan and Disclosure | 38.50 | 48,125.00 |
| Tax Issues | 64.50 | 64,224.50 |
| Non-working Travel | 10.00 | 6,250.00 |
| **TOTAL** | **113.00** | **$118,599.50** |