**EXHIBIT B**

**Attorney and Paraprofessionals Information**

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Philip Gelston | Partner | 1979 | Corporate | 1,250 | 50.00 | 56,250.00 |
| Andrew Needham | Partner | 1995 | Tax | 1,250 | 30.10 | 37,625.00 |
| Trevor Broad | Associate | 2009 | Litigation | 835 | 1.30 | 1,085.50 |
| A. Hagena | Associate | 2015 | Tax | 740 | 31.10 | 23,014.00 |
| M. Schler | Of Counsel | 1974 | Corporate | 1,250 | 0.50 | 625.00 |
| | | | | **TOTAL** | **113.00** | **$118,599.50** |