## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

| Service Description | | Amount |
|---|---|---|
| **TRAVEL** | $ | 1,881.79 |
| **MISCELLANEOUS** | $ | 82.37 |
| **BUSINESS MEALS** | $ | 100.00 |
| TOTAL | $ | **2,064.16** |