# EXHIBIT D

## Detailed Description of Expenses and Disbursements

| Matter | Date | Name | Title | Description | Amount | Narrative |
|---|---|---|---|---|---|---|
| 011205-00003 | 2/24/2016 | GELSTON, P A | PARTNER | TRAVEL | 350.00 | LODGING Ritz Carlton TRIP PURPOSE: Attend Board meeting CITIES VISITED: Dallas, TX RPT ID: 010011432931 |
| 011205-00003 | 2/24/2016 | GELSTON, P A | PARTNER | TRAVEL | 66.53 | TAXI 673 TRIP PURPOSE: Attend Board Meeting CITIES VISITED: Dallas, Texas RPT ID: 010011432931 |
| 011205-00003 | 2/24/2016 | GELSTON, P A | PARTNER | TRAVEL | 94.96 | TAXI 673 TRIP PURPOSE: Attend Board Meeting CITIES VISITED: Dallas, Texas RPT ID: 010011432931 |
| 011205-00003 | 2/24/2016 | GELSTON, P A | PARTNER | TRAVEL | 661.09 | AIRFARE CLASS: 670 ,CITIES VISITED: Dallas, Texas ,TICKET NO: 0012321386716 TRIP PURPOSE: Attend Board Meeting RPT ID: 010011432931 |
| 011205-00003 | 2/24/2016 | GELSTON, P A | PARTNER | MISCELLANEOUS | 49.95 | INTERNET, TRIP PURPOSE: Attend Board Meeting CITIES VISITED: Dallas, Texas RPT ID: 010011432931 |
| 011205-00003 | 2/24/2016 | GELSTON, P A | PARTNER | BUSINESS MEALS | 40.00 | MEALS: HOTEL - DINNER BUSINESS PURPOSE: Attend Board meeting VENUE: Fearings Restaurant CITIES VISITED: Dallas, TX ATTENDEES CRAVATH: Philip Gelston RPT ID: 010011432931 |
| 011205-00003 | 2/25/2016 | GELSTON, P A | PARTNER | TRAVEL | 36.40 | TAXI 673 TRIP PURPOSE: Attend Board Meeting CITIES VISITED: Dallas, Texas RPT ID: 010011432931 |
| 011205-00003 | 2/25/2016 | GELSTON, P A | PARTNER | TRAVEL | 498.10 | AIRFARE CLASS: 670 ,CITIES VISITED: Dallas, Texas ,TICKET NO: 9842145437639 TRIP PURPOSE: Attend Board Meeting RPT ID: 010011432931 |
| 011205-00003 | 2/25/2016 | GELSTON, P A | PARTNER | MISCELLANEOUS | 32.42 | INTERNET, TRIP PURPOSE: Attend Board Meeting CITIES VISITED: Dallas, Texas RPT |

| Matter | Date | Name | Title | Description | Amount | Narrative |
|---|---|---|---|---|---|---|
| | | | | | | ID: 010011432931 |
| 011205-00003 | 2/25/2016 | GELSTON, P A | PARTNER | BUSINESS MEALS | 20.00 | MEALS: HOTEL - BREAKFAST BUSINESS PURPOSE: Attend Board meeting VENUE: Fearings Restaurant CITIES VISITED: Dallas, TX ATTENDEES CRAVATH: Philip Gelston RPT ID: 010011432931 |
| 011205-00003 | 2/25/2016 | GELSTON, P A | PARTNER | TRAVEL | 174.71 | CAR SERVICE 673 TRIP PURPOSE: Attended Board Meeting. CITIES VISITED: Dallas, TX RPT ID: 010011461731 |
| 011205-00003 | 2/25/2016 | GELSTON, P A | PARTNER | BUSINESS MEALS | 40.00 | MEALS: DINNER BUSINESS PURPOSE: Attend Board meeting VENUE: Cru Love Field CITIES VISITED: Dallas, Texas ATTENDEES CRAVATH: Philip Gelston RPT ID: 010011490153 |
| | | | | | **$2,064.16** | |