IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered) |

## NOTICE OF SERVICE OF DISCOVERY RESPONSES

PLEASE TAKE NOTICE that, on June 3, 2016, in accordance with the *Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Joint Plan of Reorganization and the Approval of Debtors' Disclosure Statement Scheduling Order*, dated May 24, 2016 [Docket No. 8514], counsel to Wilmington Trust, N.A., as Successor TCEH First Lien Administrative Agent and Successor TCEH First Lien Collateral Agent, served the *Responses and Objections of Wilmington Trust, N.A., as Successor TCEH First Lien Administrative Agent and Successor TCEH First Lien Collateral Agent, to the EFH Indenture Trustee's First Set of Requests for Production of Documents and Interrogatories* via electronic mail upon (i) the Participating Parties at the e-mail address established by the Debtors for purposes of discovery in these cases, EFH_DS_Discovery_Service_List@kirkland.com, and (ii) the persons listed on the service list attached hereto.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

143178.01601/102347070v.2

| | |
|---|---|
| Dated: June 9, 2016<br>Wilmington, Delaware | **BLANK ROME LLP**<br><br>*/s/ Michael D. DeBaecke*<br>Michael D. DeBaecke (DE No. 3186)<br>1201 N. Market Street, Suite 800<br>Wilmington, Delaware 19801<br>Telephone:  (302) 425-6400<br>Facsimile:   (302) 425-6464<br><br>-and-<br><br>**SEWARD & KISSEL LLP**<br>Mark D. Kotwick<br>Thomas Ross Hooper<br>One Battery Park Plaza<br>New York, New York 10004<br>Telephone:  (212) 574-1200<br>Facsimile:   (212) 480-8421<br><br>*Counsel for Wilmington Trust, N.A., as Successor*<br>*TCEH First Lien Administrative Agent and Successor*<br>*TCEH First Lien Collateral Agent* |

**SERVICE LIST**

Adam J. Bernstein, Esq.
Andrew J. Ehrlich, Esq.
Kim Francis, Esq.
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
abernstein@paulweiss.com
aehrlich@paulweiss.com
kfrancis@paulweiss.com
*(VIA ELECTRONIC MAIL)*

Ryan M. Bartley, Esq.
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
RBartley@ycst.com
*(VIA ELECTRONIC MAIL)*