## CERTIFICATE OF SERVICE

I, Michael D. DeBaecke, hereby certify that on the 9th day of June, 2016, I served or caused to be served the foregoing *Notice of Service of Discovery Responses* via electronic mail upon the Participating Parties at the following e-mail address established by the Debtors to allow for service on all Participating Parties:  EFH_DS_Discovery_Service_List@kirkland.com.

 

       */s/ Michael D. DeBaecke*
       Michael D. DeBaecke (DE No. 3186)