**<u>EXHIBIT H</u>**

**TAX MATTERS AGREEMENT**

**[TO COME]**