## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors.[1] | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | **Re: D.I. 8357** |
|  | ) |  |

### NOTICE OF FILING OF REVISED ORDER IN CONNECTION WITH "MOTION OF ENERGY FUTURE HOLDINGS CORP. *ET AL.*, FOR ENTRY OF AN ORDER (A) APPROVING THE DISCLOSURE STATEMENT, (B) ESTABLISHING THE VOTING RECORD DATE, VOTING DEADLINE, AND OTHER DATES, (C) APPROVING PROCEDURES FOR SOLICITING, RECEIVING, AND TABULATING VOTES ON THE PLAN AND FOR FILING OBJECTIONS TO THE PLAN, AND (D) APPROVING THE MANNER AND FORMS OF NOTICE AND OTHER RELATED DOCUMENTS"

PLEASE TAKE NOTICE that, on May 1, 2016, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Motion of Energy Future Holdings Corp., et al., for Entry of an Order (A) Approving the Disclosure Statement, (B) Establishing the Voting Record Date, Voting Deadline, and Other Dates, (C) Approving Procedures for Soliciting, Receiving, and Tabulating Votes on the Plan and for Filing Objections to the Plan, and (D) Approving the Manner and Forms of Notice and Other Related Documents* [D.I. 8357] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). Pursuant to the Motion, the Debtors are seeking entry of an order (a) approving the *Second Amended Disclosure Statement for the Second Amended Joint Plan of*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

*Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the TCEH Debtors and the EFH Shared Services Debtors*, filed contemporaneously herewith (as modifying D.I. 8356 and D.I. 8423 and as may be further modified, amended, or supplemented from time to time, the "TCEH Disclosure Statement"); (b) establishing the voting record date, voting deadline, and other related dates; (c) approving procedures for soliciting, receiving, and tabulating votes on the *Joint Plan of Reorganization of Energy Future Holdings Corp., et. al., Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 8355] (as modified by D.I. 8421, and as may be further modified, amended, or supplemented from time to time, the "Plan"); (d) approving the manner and forms of notice and other related documents; and (e) granting other relief relating thereto as set forth therein. **You were previously served with a copy of the Motion.**

PLEASE TAKE FURTHER NOTICE that, contemporaneously with the Motion, the Debtors also filed the *Order (A) Approving the Disclosure Statement, (B) Establishing the Voting Record Date, Voting Deadline, and Other Dates, (C) Approving Procedures for Soliciting, Receiving, and Tabulating Votes on the Plan and for Filing Objections to the Plan, and (D) Approving the Manner and Forms of Notice and Other Related Documents* (the "Original Proposed Order") in connection with the Motion.

PLEASE TAKE FURTHER NOTICE that, today, the Debtors have filed a revised proposed form of order (the "Revised Proposed Order") in connection with the Motion. A copy of the Revised Proposed Order is attached hereto as **Exhibit A.** For the convenience of the Bankruptcy Court and other parties-in-interest, a blackline comparing the Revised Proposed Order against the Original Revised Proposed Order is attached hereto as **Exhibit B**. In accordance with the terms of the *Order Scheduling Certain Hearing Dates and Deadlines and*

RLF1 14627259v.1

*Establishing Certain Protocols in Connection With the Confirmation of Debtors' Joint Plan of Reorganization and the Approval of Debtors' Disclosure Statement*, dated May 24, 2016 [D.I. 8514], the Revised Proposed Order has been revised to, among other things, be specific to the TCEH Disclosure Statement only.   The Debtors hereby expressly incorporate the Revised Proposed Order into the Motion in its entirety as if set forth therein in full.

PLEASE TAKE FURTHER NOTICE that, a hearing to consider the Motion is currently scheduled to be held before The Honorable Christopher S. Sontchi at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on **June 16, 2016 starting at 10:00 a.m. (Eastern Daylight Time)** (the "June 16th Hearing").

PLEASE TAKE FURTHER NOTICE that, to the extent that the Debtors make further revisions to the Revised Proposed Order prior to the June 16th Hearing, the Debtors will present a further blacklined copy of such revised documents to the Bankruptcy Court either at or before the June 16th Hearing.

*[Remainder of page intentionally left blank.]*

RLF1 14627259v.1

Dated:  June 10, 2016
      Wilmington, Delaware

*/s/ Jason M. Madron*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:      collins@rlf.com
            defranceschi@rlf.com
            madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:      edward.sassower@kirkland.com
            stephen.hessler@kirkland.com
            brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:      james.sprayregen@kirkland.com
            marc.kieselstein@kirkland.com
            chad.husnick@kirkland.com
            steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession

4