**EXHIBIT A**

**Statement of Fees and Expenses by Subject Matter**

| Project Category Number | Matter Description | Total Hours Billed | Total Fees Requested |
|---|---|---|---|
| 007 | Case Administration | 6.80 | $2,244.00 |
| 008 | Claims Administration and Objections | 4.40 | $3,720.00 |
| 011 | Employment and Fee Applications | 3.50 | $1,778.00 |
| 014 | Other Litigation | 4.80 | $4,925.00 |
| 015 | Meetings and Communications with Creditors | 15.20 | $15,848.50 |
| 017 | Plan and Disclosure Statement | 39.60 | $40,533.50 |
| 021 | Tax | 2.00 | $1,831.00 |
| 024 | Hearings | 3.90 | $3,244.00 |
| 032 | Time Entry Review | 3.10 | $2,402.50 |
| **Total Incurred** | | **83.30** | **$76,526.50** |
| **Less Client Accommodation for Time Entry Review (100% of fees incurred)** | | | **$(2,402.50)** |
| **Total Requested** | | | **$74,124.00** |

ny-1236273

| Service Description | Amount |
|---|---:|
| Transportation | $44.55 |
| **Total Requested** | **$44.55** |

# **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The Morrison & Foerster attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Goren, Todd M. | Partner | 2003 | Business Restructuring & Insolvency | $975.00 | 15.60 | $15,210.00 |
| Humphreys, Thomas A. | Partner | 1977 | Tax | $1,300.00 | 0.80 | $1,040.00 |
| Lawrence, J. Alexander | Partner | 1996 | Litigation | $995.00 | 0.40 | $398.00 |
| Marinuzzi, Lorenzo | Partner | 1996 | Business Restructuring & Insolvency | $1,075.00 | 1.40 | $1,505.00 |
| Miller, Brett H. | Partner | 1992 | Business Restructuring & Insolvency | $1,150.00 | 30.60 | $35,190.00 |
| Reigersman, Remmelt A. | Partner | 2007 | Tax | $925.00 | 1.40 | $1,295.00 |
| Goett, David J. | Associate | 2012 | Tax | $690.00 | 0.40 | $276.00 |
| Harris, Daniel J. | Associate | 2008 | Business Restructuring & Insolvency | $775.00 | 7.80 | $6,045.00 |
| Martin, Samantha | Associate | 2008 | Business Restructuring & Insolvency | $785.00 | 2.00 | $1,570.00 |
| Richards, Erica J. | Associate | 2007 | Business Restructuring & Insolvency | $785.00 | 13.10 | $10,283.50 |
| Peck, James Michael | Senior Of Counsel | 1971 | Business Restructuring & Insolvency | $1,130.00 | 0.60 | $678.00 |

ny-1236273

The paraprofessionals of Morrison & Foerster who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Guido, Laura | Senior Paralegal | 8.5 years | Business Restructuring & Insolvency | $330.00 | 9.20 | $3,036.00 |
| **Total Incurred:** | | | | | **83.30** | **$76,526.50** |
| **Less Client Accommodation for Time Entry Review (100% of fees incurred)** | | | | | | **$(2,402.50)** |
| **Total Requested** | | | | | | **$74,124.00** |

# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

## ALL - Expense Summary

| Service Description | Amount |
|---|---|
| Transportation | $44.55 |
| **Total Requested** | **$44.55** |

# EXHIBIT D

**Detailed Description of Expenses and Disbursements**

# MORRISON | FOERSTER

P.O. BOX 742335
LOS ANGELES
CALIFORNIA 90074-2335

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON D.C.,
DENVER, NORTHERN VIRGINIA,
SACRAMENTO

TOKYO, BEIJING, SHANGHAI,
HONG KONG, SINGAPORE

LONDON, BRUSSELS, BERLIN

Paul Keglevic
Energy Future Holdings Corp.
1601 Bryan Street
Dallas, Texas  75201

**Taxpayer ID #** ▮▮▮▮▮▮▮
Invoice Number: 5532033
Invoice Date:  June 13, 2016

Client/Matter Number: 073697-0000001

Matter Name:  BANKRUPTCY OF ENERGY FUTURE HOLDINGS

RE:        BANKRUPTCY OF ENERGY FUTURE HOLDINGS

*For Disbursements Incurred through April 30, 2016*

|  | U.S.Dollars |
|---|---:|
| Current Disbursements | 44.55 |
| **Total This Invoice** | **44.55** |

**Payment may be made by Electronic Funds transfer to the firm's account**

[redacted]

MORRISON | FOERSTER

Matter Number: 073697-0000001  
Matter Name: BANKRUPTCY OF ENERGY FUTURE HOLDINGS

Invoice Number: 5532033  
Invoice Date: June 13, 2016

## Disbursement Detail

| Date | Description | Value |
|---|---|---|
| 02-Mar-16 | Local travel, taxi/car service, B. Miller, 3/2/16, 9:22PM | 44.55 |
| | **Current Disbursements** | **44.55** |