## EXHIBIT A
### Statement of Fees by Subject Matter

| Task Code | Project Category Description | Hours | Total Fees (Prior to Holdback) | 80% of Total Fees |
|---|---|---|---|---|
| B160 | Employment Applications | 2.7 | $1,225.00 | $980.00 |
| B161 | Budget/Staffing Plan | 0.9 | $657.00 | $525.60 |
| B162 | Fee Applications | 17.6 | $7,822.00 | $6,257.60 |
| B240 | Tax Issues | 89.6 | $49,571.00 | $39,656.80 |
| | **Totals** | **110.8** | **$59,275.00** | **$47,420.00** |