# EXHIBIT B
## Attorneys and Paraprofessionals' Information

The T&K attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional | Position | Year Admitted | Department | Hourly Billing Rate[1] | Total Billed Hours | Total Fees (prior to holdback) |
|---|---|---|---|---|---|---|
| Liggins, Demetra | Partner | TX – 2000 NY – 2008 | Bankruptcy and Restructuring | $630 | 4.8 | $3,024.00 |
| Lowther, Todd | Partner | TX – 2006 | Tax | $570 | 1.2 | $684.00 |
| McNulty, Mary | Partner | TX – 1989 | Tax | $810 | 6.2 | $5,022.00 |
| Wheat, David | Partner | TX – 1988 LA – 1988 | Tax | $885 | 11.3 | $10,000.50 |
| Meyercord, Leonora | Associate | TX – 2010 | Tax | $520 | 60.3 | $31,356.00 |
| James, Megan | Associate | TX – 2014 | Tax | $385 | 10.0 | $3,850.00 |
| Yin, Paul | Associate | TX – 2013 | Tax | $385 | 4.3 | $1,655.50 |
| | | | | **Total:** | **98.1** | **$55,592.00** |

The paraprofessionals of T&K who rendered professionals services in these cases during the Fee Period are:

| Name of Paraprofessional | Position | Number of Years in Position | Department | Hourly Billing Rate | Total Billed Hours | Total Fees (prior to holdback) |
|---|---|---|---|---|---|---|
| Savage, Shannon | Paralegal | 1 year | Bankruptcy and Restructuring | $290 | 12.7 | $3,683.00 |
| | | | | **Total:** | **12.7** | **$3,683.00** |

---

[1] As noted in the *Fifth Supplemental Declaration of Mary McNulty in Support of the Application of Energy Future Holdings, et al., for Entry of an Order Authorizing Energy Future Holdings Corp. to Retain and Employ Thompson & Knight LLP as Special Counsel for Certain Tax-Related Matters Effective* Nunc Pro Tunc *to the Petition Date* [Dkt. 7696] (the "2016 Rate Increase Declaration"), this Fee Statement reflects new 2016 rates (effective January 1, 2016) approved by the Debtors.  To date, no party has objected to the 2016 Rate Increase Declaration.  The total fees for this Fee Statement with 2014 rates would be $75,413.50, which is $10,873.50 less than the fees requested in this Fee Statement.