## EXHIBIT A

## Statement of Fees and Expenses By Subject Matter

| Description | Total Billed Hours | Total Fees |
|---|---:|---:|
| Plan and Disclosure | 47.10 | 58,485.50 |
| Tax Issues | 80.40 | 82,086.00 |
| Employment and Fee Applications | 1.20 | 1,002.00 |
| **TOTAL** | **128.70** | **$141,573.50** |