## **EXHIBIT B**

## **Attorney and Paraprofessionals Information**

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Philip Gelston | Partner | 1979 | Corporate | 1,250 | 42.10 | 52,625.00 |
| Andrew Needham | Partner | 1995 | Tax | 1,250 | 47.00 | 58,750.00 |
| Michael Paskin | Partner | 1996 | Litigation | 1,230 | 0.80 | 984.00 |
| Christopher Fargo | Partner | 2007 | Tax | 990 | 0.60 | 594.00 |
| Trevor Broad | Associate | 2009 | Litigation | 835 | 2.10 | 1,753.50 |
| A. Hagena | Associate | 2015 | Tax | 740 | 35.80 | 26,492.00 |
| M. Schler | Of Counsel | 1974 | Corporate | 1,250 | 0.30 | 375.00 |
| | | | | **TOTAL** | **128.70** | **$141,573.50** |