# EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

| Service Description | Amount |
|---|---:|
| **CLIENT BUSINESS CONFERENCE DINING** | $ 108.88 |
| TOTAL | **$ 108.88** |