# EXHIBIT D

## Detailed Description of Expenses and Disbursements

| Matter | Date | Name | Title | Description | Amount | Narrative |
|---|---|---|---|---|---|---|
| 011205-00003 | 3/10/2016 | Needham, A | PARTNER | CLIENT BUSINESS CONFERENCE DINING | 108.88 | Client Business Conf Dining, ticket #: 230476 |
| | | | | | **$ 108.88** | |