## EXHIBIT A
### Statement of Fees by Subject Matter

| Task Code | Project Category Description | Hours | Total Fees (Prior to Holdback) | 80% of Total Fees |
|---|---|---|---|---|
| B110 | Case Administration | 1.4 | $406.00 | $324.80 |
| B160 | Employment Applications | 1.5 | $829.00 | $663.20 |
| B161 | Budget/Staffing Plan | 6.5 | $3,305.00 | $2,644.00 |
| B162 | Fee Applications | 9.1 | $3,319.00 | $2,655.20 |
| B170 | Fee/Employment Objections | .6 | $378.00 | $302.40 |
| B240 | Tax Issues | 11.8 | $6,576.50 | $5,261.20 |
| | **Totals** | **30.9** | **$14,813.50** | **$11,850.80** |