## <u>EXHIBIT A</u>

### Statement of Fees By Subject Matter

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 495 | Solicitation and Balloting | 25.80 | $7,308.40 |
| 642 | Fee Application Prep | 22.10 | $5,348.20 |
| 901 | Ediscovery Services | 20.30 | $3,622.50 |
| **Totals:** | | **68.20** | **$16,279.10** |