## EXHIBIT B

### Professionals' Information

The Epiq professionals[1] who rendered services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jane Sullivan | EBS Practice Director | $385.00 | 8.00 | $3,080.00 |
| Sergio Riquelme | EDS Project Manager | $275.00/$175.00 | 3.30 | $647.50 |
| Brian Karpuk | EBS Senior Consultant III | $242.00 | 17.10 | $4,138.20 |
| Stephenie Kjontvedt | EBS Senior Consultant III | $242.00 | 16.60 | $4,017.20 |
| Kate Mailloux | EBS Senior Consultant III | $242.00 | 5.00 | $1,210.00 |
| Joseph Arena | EBS Senior Consultant I | $176.00 | 1.20 | $211.20 |
| Siang Ong | EDS Project Manager | $175.00 | 1.00 | $175.00 |
| Merle Pete | EDS Project Manager | $175.00 | 1.00 | $175.00 |
| Margery Renn | EDS Project Manager | $175.00 | 0.50 | $87.50 |
| Tisha Shurley | EDS Project Manager | $175.00 | 0.50 | $87.50 |
| Archana Sidhartha | EDS Project Manager | $175.00 | 11.00 | $1,925.00 |
| Scott Umshler | EDS Project Manager | $175.00 | 3.00 | $525.00 |
| **Totals:** | | | **68.20** | **$16,279.10** |

---

[1] Note: Epiq Bankruptcy Solutions, LLC personnel are labelled "EBS" and Epiq eDiscovery Solutions personnel are labelled "EDS."