## EXHIBIT C

**Summary of Actual and Necessary Epiq eDiscovery Solutions Expenses for the Fee Period[1]**

| Expense Category | Amount |
|---|---:|
| HST626 – Relativity License Fee | $3,360.00 |
| HST756 -  Billable storage fee (GB) for the eDiscovery Relativity repository | $56,157.20 |
| HST757 -  Billable storage fee (GB) for the eDiscovery Relativity repository | $7,492.64 |
| PRO128 – Client Media Storage | $20.00 |
| **TOTAL** | **$67,029.84** |

---

[1] Epiq Bankruptcy Solutions, LLC did not have any expenses related to its retention under the *Order Authorizing The Debtors To Retain And Employ Epiq Bankruptcy Solutions, LLC As The Administrative Advisor For The Debtors And Epiq eDiscovery Solutions As E-Discovery Vendor For The Debtors, Effective Nunc Pro Tunc To The Petition Date,* dated September 16, 2014 [D.I. 2053].