## EXHIBIT A

Professional Fees and Expenses
Monthly Fee Statement

| Applicant | Fee Statement Period, Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid at 80%[1] | Amount of Expenses Authorized to be Paid at 100%[2] | Amount of Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| Enoch Kever PLLC<br>600 Congress Ave.<br>Suite 2800<br>Austin, Texas 78701 | Thirteenth Monthly Fee Statement<br>3/1/16 Through 3/31/16<br>Filed 5/20/16<br>[D.I. 8496] | $162,500.00 | $762.92 | 6/10/16 | $130,000.00 | $762.92 | $32,500.00 |

---

[1] Consistent with the terms of the Administrative Order, the fees requested in the Monthly Fee Statement authorized to be paid at this time (*i.e.*, 80% of the fees requested in the Monthly Fee Statement) shall be allocated $40,000.00, $0.00, and $90,000.00 to EFH, EFIH, and TCEH, respectively.

[2] Consistent with the terms of the Administrative Order, the expenses requested in the Monthly Fee Statement authorized to be paid at this time (*i.e.*, 80% of the fees requested in the Monthly Fee Statement) shall be allocated $283.02, $0.00, and $479.90 to EFH, EFIH, and TCEH, respectively.