**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors.¹ | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: D.I. 8514, 8689** |
| | ) | |

**NOTICE OF FILING OF "FORM OF TAX MATTERS AGREEMENT
BY AND AMONG ENERGY FUTURE HOLDINGS CORP., ENERGY
FUTURE INTERMEDIATE HOLDING COMPANY LLC,
EFIH FINANCE INC. AND [REORGANIZED TCEH]"**

PLEASE TAKE NOTICE that, on May 24, 2016, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered the *Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection With the Confirmation of Debtors' Joint Plan of Reorganization and the Approval of Debtors' Disclosure Statement* [D.I. 8514] (the "Scheduling Order").

PLEASE TAKE FURTHER NOTICE that, pursuant to the Scheduling Order, among other things, the Bankruptcy Court scheduled certain dates and deadlines and established certain protocols in connection with the confirmation of the chapter 11 plan(s) of reorganization of the above-captioned debtors and debtors in possession (collectively, the "Debtors") and approval of the Debtors' related disclosure statement(s).

---

¹ The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 14643944v.1

PLEASE TAKE FURTHER NOTICE that, today, in accordance with the Scheduling Order, the TCEH Debtors[2] have filed that certain *Form of Tax Matters Agreement By and Among Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, EFIH Finance Inc. and [Reorganized TCEH]* (the "Tax Matters Agreement"). A copy of the Tax Matters Agreement is attached hereto as **Exhibit 1.** The Tax Matters Agreement is "Exhibit H" to the *Second Amended Disclosure Statement for the Second Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the TCEH Debtors and the EFH Shared Services Debtors*, filed June 10, 2016 [D.I. 8689] (as modifying D.I. 8356 and D.I. 8423 and as may be further modified, amended, or supplemented from time to time, the "TCEH Disclosure Statement") and the TCEH Debtors hereby expressly incorporate the Tax Matters Agreement into the TCEH Disclosure Statement as if set forth therein in full.

PLEASE TAKE FURTHER NOTICE that, a hearing to consider approval of the TCEH Disclosure Statement is scheduled to be held before The Honorable Christopher S. Sontchi at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on **June 16, 2016 starting at 10:00 a.m. (Eastern Daylight Time)**.

[*Remainder of page intentionally left blank.*]

---

[2] Capitalized terms used, but not otherwise defined, herein shall be given the same meanings ascribed to them in the Scheduling Order.

Dated:  June 13, 2016        */s/ Jason M. Madron*
    Wilmington, Delaware    **RICHARDS, LAYTON & FINGER, P.A.**
    Mark D. Collins (No. 2981)
    Daniel J. DeFranceschi (No. 2732)
    Jason M. Madron (No. 4431)
    920 North King Street
    Wilmington, Delaware 19801
    Telephone:  (302) 651-7700
    Facsimile:  (302) 651-7701
    Email:  collins@rlf.com
        defranceschi@rlf.com
        madron@rlf.com

    -and-

    **KIRKLAND & ELLIS LLP**
    **KIRKLAND & ELLIS INTERNATIONAL LLP**
    Edward O. Sassower, P.C. (admitted *pro hac vice*)
    Stephen E. Hessler (admitted *pro hac vice*)
    Brian E. Schartz (admitted *pro hac vice*)
    601 Lexington Avenue
    New York, New York 10022-4611
    Telephone:  (212) 446-4800
    Facsimile:  (212) 446-4900
    Email:  edward.sassower@kirkland.com
        stephen.hessler@kirkland.com
        brian.schartz@kirkland.com

    -and-

    James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
    Marc Kieselstein, P.C. (admitted *pro hac vice*)
    Chad J. Husnick (admitted *pro hac vice*)
    Steven N. Serajeddini (admitted *pro hac vice*)
    300 North LaSalle
    Chicago, Illinois 60654
    Telephone:  (312) 862-2000
    Facsimile:  (312) 862-2200
    Email:  james.sprayregen@kirkland.com
        marc.kieselstein@kirkland.com
        chad.husnick@kirkland.com
        steven.serajeddini@kirkland.com

    Co-Counsel to the Debtors and Debtors in Possession