**EXHIBIT A**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**SUMMARY OF HOURS BY PROFESSIONAL**
*FOR THE PERIOD JANUARY 1, 2016 TO APRIL 30, 2016*

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Simms, Steven | Senior Managing Director | $ 995 | 1.0 | $ 995.00 |
| Scruton, Andrew | Senior Managing Director | 995 | 3.2 | 3,184.00 |
| Diaz, Matthew | Senior Managing Director | 975 | 15.9 | 15,502.50 |
| Cordasco, Michael | Managing Director | 815 | 26.3 | 21,434.50 |
| Park, Ji Yon | Managing Director | 815 | 1.3 | 1,059.50 |
| Gittelman, Jeremy | Consultant | 370 | 19.4 | 7,178.00 |
| Hellmund-Mora, Marili | Administrative | 260 | 2.9 | 754.00 |
| | **GRAND TOTAL** | | **70.0** | **$50,107.50** |

**EXHIBIT B**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**SUMMARY OF HOURS BY TASK**
*FOR THE PERIOD JANUARY 1, 2016 TO APRIL 30, 2016*

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---:|---:|
| 9 | Analysis of Employee Compensation Programs | 5.2 | $ 4,910.00 |
| 14 | Analysis of Claims/Liabilities Subject to Compromise | 19.6 | 16,262.00 |
| 16 | POR & DS - Analysis, Negotiation and Formulation | 13.6 | 13,184.00 |
| 21 | General Meetings with Committee & Committee Counsel | 0.7 | 570.50 |
| 24 | Preparation of Fee Application | 30.9 | 15,181.00 |
| | **GRAND TOTAL** | **70.0** | **$50,107.50** |

**EXHIBIT C**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**DETAIL OF TIME ENTRIES**
*FOR THE PERIOD JANUARY 1, 2016 TO APRIL 30, 2016*

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 9 | 02/19/16 | Diaz, Matthew | 1.6 | Perform detail review of the Debtors' severance/employee motion. |
| 9 | 02/22/16 | Park, Ji Yon | 0.7 | Analyze severance motion and draft follow up request items. |
| 9 | 02/23/16 | Diaz, Matthew | 1.2 | Analyze cost of proposed employee compensation motion. |
| 9 | 02/29/16 | Diaz, Matthew | 1.1 | Analyze components of updated severance motion. |
| 9 | 03/01/16 | Diaz, Matthew | 0.3 | Final review of the employee motion and related costs. |
| 9 | 03/01/16 | Park, Ji Yon | 0.3 | Call with Counsel re: review of severance materials. |
| **9 Total** | | | **5.2** | |
| 14 | 01/27/16 | Cordasco, Michael | 0.5 | Analyze updated claims analysis to determine potential sizing of claims pool. |
| 14 | 02/02/16 | Cordasco, Michael | 0.5 | Prepare diligence list for Debtors re: upcoming claims update call. |
| 14 | 02/03/16 | Cordasco, Michael | 0.8 | Participate in status update call with Debtors re: claims ranges / status of reconciliation efforts. |
| 14 | 02/03/16 | Cordasco, Michael | 0.5 | Analyze revised claims summary to assess bid/ask ranges for significant outstanding claims. |
| 14 | 02/08/16 | Cordasco, Michael | 0.8 | Analyze updated claims waterfall to assess changes from prior version. |
| 14 | 02/08/16 | Cordasco, Michael | 0.5 | Assess claims detail supporting claims waterfall to determine status of reconciliation efforts. |
| 14 | 02/08/16 | Cordasco, Michael | 0.6 | Prepare draft summary of claims status for Counsel. |
| 14 | 02/09/16 | Cordasco, Michael | 0.5 | Participate in call with Debtors to discuss status of claims reconciliation efforts. |
| 14 | 02/09/16 | Cordasco, Michael | 0.9 | Analyze claims level detail for rejection claims currently being negotiated by Debtors. |
| 14 | 02/11/16 | Cordasco, Michael | 1.4 | Prepare claims overview summary report at request of Counsel. |
| 14 | 02/11/16 | Cordasco, Michael | 0.5 | Prepare due diligence questions for Debtors re: claims waterfall. |
| 14 | 02/11/16 | Cordasco, Michael | 0.4 | Prepare edits to claims waterfall summary for report to Counsel. |
| 14 | 02/16/16 | Cordasco, Michael | 0.4 | Prepare responses to inquiries from Counsel re: claims reconciliation. |
| 14 | 02/17/16 | Cordasco, Michael | 0.3 | Prepare correspondence to A&M re: documentation required for claims analysis. |
| 14 | 02/18/16 | Cordasco, Michael | 0.5 | Participate in call with Debtors to discuss impact on claims pool from recently filed Plan Supplement. |
| 14 | 02/18/16 | Cordasco, Michael | 0.5 | Analyze recently filed plan supplement to assess impact on claims pool. |
| 14 | 02/19/16 | Cordasco, Michael | 0.7 | Participate in call with Debtors to discuss status of claims reconciliation. |
| 14 | 02/19/16 | Cordasco, Michael | 0.4 | Analyze revised claims ranges based on updated data from Debtors. |
| 14 | 02/22/16 | Cordasco, Michael | 0.6 | Assess impact of revised plan supplement on claims pool estimates. |
| 14 | 02/22/16 | Cordasco, Michael | 0.3 | Prepare memo to Counsel re: revised plan supplement impact on claims pool. |
| 14 | 02/24/16 | Cordasco, Michael | 0.4 | Prepare correspondence to Counsel re: status of claims reconciliation efforts. |
| 14 | 02/26/16 | Cordasco, Michael | 0.5 | Participate in status update call with Debtors re: claims reconciliation. |
| 14 | 02/29/16 | Cordasco, Michael | 0.3 | Prepare for claims call with Debtors and Counsel to discuss strategy re: environmental and litigation claims. |
| 14 | 03/01/16 | Cordasco, Michael | 0.4 | Analyze responses to claims questions from A&M re: claims waterfall detail at claim level. |
| 14 | 03/01/16 | Cordasco, Michael | 0.8 | Analyze detail claim data provided by Debtors to assess claims waterfall. |
| 14 | 03/01/16 | Cordasco, Michael | 0.7 | Assess the differences between the claims detail and the claims waterfall. |
| 14 | 03/24/16 | Cordasco, Michael | 0.5 | Analyze claims reconciliation data provided by debtors to assess sizing of claims pool. |
| 14 | 03/24/16 | Cordasco, Michael | 0.5 | Participate in call with Counsel to discuss PUCT hearing and potential impact on emergence timing. |
| 14 | 03/28/16 | Cordasco, Michael | 0.7 | Analyze PUCT ruling to assess potential impact on plan timing / effective date. |
| 14 | 03/31/16 | Cordasco, Michael | 0.3 | Analyze correspondence from Counsel re: effective date timing based on discussions with case constituents. |
| 14 | 04/18/16 | Diaz, Matthew | 1.8 | Examine rehearing documents to the PUCT. |
| 14 | 04/27/16 | Cordasco, Michael | 0.5 | Participate in call with Debtors to discuss status of claims reconciliation. |
| 14 | 04/27/16 | Cordasco, Michael | 0.6 | Analyze updated claims waterfall to assess revised claims pool sizing. |
| **14 Total** | | | **19.6** | |
| 16 | 01/05/16 | Diaz, Matthew | 0.9 | Analyze correspondence on confirmation issues including regulatory hurdles. |
| 16 | 01/28/16 | Diaz, Matthew | 1.1 | Examine correspondence from Counsel on Plan emergence issues. |
| 16 | 01/29/16 | Diaz, Matthew | 1.1 | Analyze PUCT comments on the Oncor plan. |
| 16 | 02/17/16 | Diaz, Matthew | 0.9 | Perform detail review of Plan correspondence from Counsel. |
| 16 | 02/29/16 | Simms, Steven | 0.4 | Participate in call with Creditor re: update on PUCT process and related impact. |

**EXHIBIT C**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**DETAIL OF TIME ENTRIES**
*FOR THE PERIOD JANUARY 1, 2016 TO APRIL 30, 2016*

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 16 | 03/18/16 | Diaz, Matthew | 1.2 | Analyze correspondence from Counsel on case status. |
| 16 | 03/23/16 | Diaz, Matthew | 0.9 | Monitor PUCT proceedings and related documents in connection with Plan. |
| 16 | 04/28/16 | Scruton, Andrew | 1.8 | Analyze impact on plan options and T-side 1st lien proposed term sheet. |
| 16 | 04/28/16 | Diaz, Matthew | 2.3 | Analyze alternative term sheet in comparison to existing Plan treatment. |
| 16 | 04/28/16 | Cordasco, Michael | 0.4 | Analyze correspondence from Counsel re: status of Plan negotiations and proposed term sheet. |
| 16 | 04/29/16 | Simms, Steven | 0.4 | Correspond with team re: impact of new Plan proposal. |
| 16 | 04/29/16 | Scruton, Andrew | 0.8 | Participate in UCC Professionals call to discuss workplan re: Plan options. |
| 16 | 04/29/16 | Scruton, Andrew | 0.6 | Participate in call with Committee to discuss Plan options. |
| 16 | 04/29/16 | Cordasco, Michael | 0.6 | Provide comments to draft Plan term sheet. |
| 16 | 04/29/16 | Simms, Steven | 0.2 | Participate in call with Committee re: Plan status. |
| **16 Total** | | | **13.6** | |
| 21 | 04/29/16 | Park, Ji Yon | 0.3 | Participate in UCC call re: status of Plan update. |
| 21 | 04/29/16 | Cordasco, Michael | 0.4 | Participate in status update call with UCC to discuss Oncor transaction. |
| **21 Total** | | | **0.7** | |
| 24 | 01/05/16 | Hellmund-Mora, Marili | 0.6 | Finalize November fee application. |
| 24 | 01/06/16 | Hellmund-Mora, Marili | 1.1 | Prepare December fee application. |
| 24 | 01/08/16 | Gittelman, Jeremy | 0.5 | Prepare CNO exhibit for November Fee Application. |
| 24 | 01/11/16 | Gittelman, Jeremy | 0.8 | Prepare monthly fee invoice summary sheet for November Fee Application. |
| 24 | 01/11/16 | Gittelman, Jeremy | 1.6 | Draft December fee application exhibits. |
| 24 | 01/12/16 | Gittelman, Jeremy | 1.3 | Draft December budget-to-actual exhibits. |
| 24 | 01/13/16 | Cordasco, Michael | 0.6 | Provide comments to draft December fee statement. |
| 24 | 01/13/16 | Gittelman, Jeremy | 1.1 | Finalize December fee application exhibits. |
| 24 | 01/14/16 | Gittelman, Jeremy | 0.8 | Finalize December budget-to-actual exhibits. |
| 24 | 01/18/16 | Cordasco, Michael | 0.5 | Prepare draft letter to fee committee re: proposed rate changes. |
| 24 | 01/18/16 | Cordasco, Michael | 0.3 | Provide final comments to draft December fee application. |
| 24 | 01/25/16 | Hellmund-Mora, Marili | 0.7 | Finalize the December fee application. |
| 24 | 01/26/16 | Cordasco, Michael | 0.5 | Prepare notification to UCC re: rate changes. |
| 24 | 01/26/16 | Gittelman, Jeremy | 1.3 | Draft February fee budget exhibits. |
| 24 | 01/27/16 | Cordasco, Michael | 0.3 | Provide comments to draft fee budget for February. |
| 24 | 01/27/16 | Gittelman, Jeremy | 0.7 | Update February fee budget exhibits. |
| 24 | 01/29/16 | Gittelman, Jeremy | 2.7 | Draft fifth interim fee application exhibits. |
| 24 | 02/02/16 | Gittelman, Jeremy | 1.0 | Revise exhibits for fifth interim fee application. |
| 24 | 02/03/16 | Cordasco, Michael | 0.8 | Provide comments to draft fifth interim application. |
| 24 | 02/03/16 | Gittelman, Jeremy | 1.7 | Update exhibits for fifth interim fee application. |
| 24 | 02/08/16 | Cordasco, Michael | 1.8 | Provide additional comments to fifth interim fee application. |
| 24 | 02/08/16 | Hellmund-Mora, Marili | 0.5 | Prepare January fee application. |
| 24 | 02/10/16 | Diaz, Matthew | 0.9 | Provide comments to the 4th interim application. |
| 24 | 02/16/16 | Cordasco, Michael | 0.5 | Provide final comments to draft fifth interim fee application. |
| 24 | 02/17/16 | Gittelman, Jeremy | 0.6 | Prepare CNO exhibit for December fee application. |
| 24 | 02/17/16 | Gittelman, Jeremy | 1.0 | Draft exhibits for January fee application. |
| 24 | 02/18/16 | Cordasco, Michael | 0.4 | Provide comments to draft January fee statement. |
| 24 | 02/18/16 | Gittelman, Jeremy | 0.5 | Prepare MFIS for December fee application. |
| 24 | 02/19/16 | Gittelman, Jeremy | 1.0 | Finalize exhibits for January fee application. |
| 24 | 02/22/16 | Cordasco, Michael | 0.2 | Correspond with Counsel re: billing and budget compliance. |
| 24 | 02/23/16 | Cordasco, Michael | 0.4 | Provide comments to draft March fee budget. |
| 24 | 02/23/16 | Cordasco, Michael | 0.4 | Provide comments to MFIS statement to debtors re: third interim. |
| 24 | 02/23/16 | Gittelman, Jeremy | 1.0 | Prepare MFIS for third interim fee application. |
| 24 | 02/23/16 | Gittelman, Jeremy | 1.2 | Draft exhibits for March fee budget. |
| 24 | 02/24/16 | Gittelman, Jeremy | 0.6 | Finalize exhibits for March fee budget. |
| 24 | 03/10/16 | Cordasco, Michael | 0.4 | Analyze cash receipts versus filed order re: third interim. |
| 24 | 04/07/16 | Diaz, Matthew | 0.6 | Analyze fee committee correspondence. |
| **24 Total** | | | **30.9** | |
| | | | | |
| **Grand Total** | | | **70.0** | |