# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | Jointly Administered |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on June 14, 2016, counsel to American Stock Transfer & Trust Company, LLC, as successor trustee to The Bank of New York Mellon Trust Company, N.A. (in such capacity, the "EFH Indenture Trustee") under the indentures for certain notes issued by EFH Future Holdings Corp. ("EFH Corp.") caused true and accurate copies of **(i) EFH Indenture Trustee's Notice of Subpoena to Billie Williamson to Produce Documents and to Testify at a Deposition Regarding Matters Relating to the TCEH Debtors and EFH Shared Services Debtors; (ii) EFH Indenture Trustee's Notice of Subpoena to Carla Howard to Testify at a Deposition Regarding Matters Relating to the TCEH Debtors and EFH Shared Services Debtors; (iii) EFH Indenture Trustee's Notice of Subpoena to Paul Keglevic to Testify at a Deposition Regarding Matters Relating to the TCEH Debtors and EFH Shared Services Debtors; (iv) EFH Indenture Trustee's Notice of Subpoena to Stacey Dore to Testify at a Deposition Regarding Matters Relating to the TCEH Debtors and EFH Shared Services Debtors; (v) EFH Indenture Trustee's Notice of Subpoena to Donald Evans to Produce Documents and to Testify at a Deposition Regarding Matters Relating to the TCEH Debtors and EFH Shared Services Debtors; and (vi) EFH Indenture Trustee's Notice of Subpoena to Hugh Sawyer to Produce Documents and to Testify at a Deposition Regarding Matters Relating to the TCEH Debtors and EFH Shared Services Debtors** to be served via electronic mail upon the Participating Parties service list at EFH_DS_Discovery_Service_List@kirkland.com.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification Numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

| | |
|---|---|
| Dated: Wilmington, DE<br>June 14, 2016 | **CROSS & SIMON, LLC**<br><br>/s/ *Christopher P. Simon*<br>Christopher P. Simon (No. 3697)<br>1105 North Market Street, Suite 901<br>Wilmington, Delaware 19801<br>Telephone: (302) 777-4200<br>Facsimile: (302) 777-4224<br>csimon@crosslaw.com<br><br>- and –<br><br>NIXON PEABODY LLP<br>Amanda D. Darwin<br>Richard C. Pedone<br>Erik Schneider<br>100 Summer Street<br>Boston, Massachusetts 02110<br>Telephone: (617) 345-1000<br>Facsimile: (617) 345-1300<br>adarwin@nixonpeabody.com<br>rpedone@nixonpeabody.com<br><br>-and-<br><br>Christopher J. Fong<br>437 Madison Avenue<br>New York, NY 10022<br>Telephone: 212-940-3724<br>Facsimile: 855-900-8613<br>cfong@nixonpeabody.com<br><br>*Co- Counsel to American Stock Transfer & Trust Company, LLC, as Indenture Trustee* |