## EXHIBIT A

## SCHEDULE A-35

Following the Parties' execution of this Schedule A-35, CONTRACTOR (also referred as "KPMG LLP" or "KPMG") is authorized to perform the Work as identified below on behalf of COMPANY (also referred as "EFH Corporate Services Company") pursuant to the terms and conditions contained in the Master Services Agreement C0631124C ("the Agreement") dated November 1, 2009, and subsequently amended. Any work performed in connection with this engagement before the date of execution of this Schedule A is also governed by the terms and conditions contained in this Schedule A-__. All capitalized terms used but not defined herein shall have the meaning given to them in the Agreement.

## SCOPE OF WORK

COMPANY currently utilizes the Thomson Reuters' OneSource Indirect Tax Determination ("Tax System") tax software application with its Maximo and PeopleSoft Enterprise Resource Planning systems ("ERPs") for some of its business units with respect to its Texas purchase transactions. CONTRACTOR assisted COMPANY with the review and expansion of the Tax System in 2015. CONTRACTOR also reviewed COMPANY'S monthly indirect tax compliance and reporting processes. As part of that prior project, CONTRACTOR developed and used a certain application referred to as the KPMG Tax Journal Entry Toolkit for OneSource Indirect Tax Determination (the "Toolkit") to facilitate the delivery of its services under the prior engagement with COMPANY. COMPANY has requested a copy of the Toolkit for its internal use and CONTRACTOR has agreed to provide a copy of such Toolkit and to further assist COMPANY with implementation and configuration requirements specific to COMPANY. CONTRACTOR will configure the Toolkit to assist with COMPANY's tax compliance process per the following:

**Phase 1 - ONESOURCE Indirect Tax Journal Entry Toolkit Development**

CONTRACTOR will make modifications to the Toolkit specifically tailored for COMPANY's requirements to allow the COMPANY post line level transaction data to the Tax System and automatically populate a copy of COMPANY's specific UJE Template for PeopleSoft. The template will not automatically upload into PeopleSoft and will require a COMPANY system user to manually upload it. This phase will consist of requirements confirmation/documentation, comprehensive testing, training materials, training session, and post go-live support per the hour estimates below.

**Phase 2 - Texas SUT Compliance Automation Development**

CONTRACTOR will make modifications to the Toolkit specifically tailored for COMPANY's requirements to automatically generate a flat file containing appropriately formatted indirect tax compliance data which can then be reviewed and utilized by the COMPANY as the source file of which to facilitate monthly Texas sales and use tax returns. This phase will consist of requirements confirmation/documentation, comprehensive testing, training materials, training session, and post go-live support per the hour estimates below.

The overall purpose of the Toolkit (prior to the customizations noted above) is to transmit reversing entry transactions (previously reviewed/approved by COMPANY) that will offset original transactions in the Tax System reporting data within the Audit File which were either taxed or exempted in error by the Tax System due to invalid and/or incomplete data. The Toolkit is based in Microsoft Excel and contains macros to create the adjusting transactions. The system requirements are 1) Microsoft Excel 2007 or later and 2) the

ability to access the Tax System via Internet Explorer or Firefox from the same local system.

*Other Matters*

If matters exceed the scope of this SOW, CONTRACTOR will issue a separate SOW or clarifying addendum to confirm the revised scope and related terms. Furthermore, a separate SOW will be issued for each discrete tax consulting project not specified in this SOW (e.g., transfer pricing study, corporate acquisition or disposition, etc.) and for tax controversy representation.

To be of greatest assistance to COMPANY, CONTRACTOR should be advised **in advance,** to the extent practical, of proposed transactions.

Written advice provided to COMPANY under this SOW will be based, in pertinent part, on facts, representations, assumptions, and other information COMPANY provides to us, the completeness, accuracy and timeliness of which are critical factors in our ability to timely and accurately complete our services. Unless COMPANY requests and CONTRACTOR agrees under a separate writing (a newly issued SOW or addendum to this SOW) after our advice has been issued in final form to COMPANY, CONTRACTOR will not update our advice to take into account your updating the facts COMPANY provides to us through your discovery of new or additional facts, or your updating any information that may have formed the basis of any assumptions CONTRACTOR made in developing our advice. In rendering advice, CONTRACTOR will consider tax authorities that are subject to change, retroactively and/or prospectively, and any such changes could affect the advice CONTRACTOR issue to COMPANY.

Tax Advice Standards

If KPMG is considered to be a tax return preparer under Treasury Regulation §301.7701-15, CONTRACTOR will apply elevated standards in providing tax advice. These standards are dependent on certain characteristics of the entity to which our services will be directed as follows:

1. For U.S. public companies or "large private entities" (i.e., private entities with prior year gross revenues of $300 million or more reflected in audited financial statements prepared in accordance with U.S. generally accepted accounting principles): CONTRACTOR must be able to determine that (1) there is "substantial authority" for an undisclosed return position (i.e., the weight of authorities in support of a position is substantial in relation to the weight of authorities in opposition to the position) and (2) a disclosed return position has at least a "realistic possibility" of being sustained on its merits (i.e., approximately a one-in-three or greater likelihood of success if challenged by a tax authority). The laws of some states (e.g., New York) also may impose more stringent return preparation standards for state tax returns. For advice pertaining to a "Tax Shelter" (as defined in IRC §6662(d)(2)(C)(ii)) or a "reportable transaction" with a significant purpose of tax avoidance, tax practitioners must generally conclude their advice satisfies the "more likely than not" standard; if the taxpayer is advised regarding potential taxpayer penalties, tax practitioners may conclude at a "substantial authority" level.

2. For "other private entities" (i.e., entities that do not fall within the definitions above as a U.S. public company or large private entity): CONTRACTOR must be able to determine that a return position is at least "more likely than not" to be upheld (i.e., has a greater than 50 percent likelihood of success if challenged by the taxing authorities).

3. If a return position relates to a transaction that is a "principal purpose transaction," CONTRACTOR must arrive at a "should" confidence level (i.e., approximately a 70% or greater likelihood of success if challenged by the taxing authorities) with respect to the position.

4. CONTRACTOR will not render any advice with respect to a federal or state "listed transaction" or any transaction that is substantially similar to a federal or state "listed transaction."

In determining whether a return position meets the appropriate standard, CONTRACTOR will not take into account the possibility that a tax return will not be audited, that an issue will not be raised on audit, or that an issue will be settled. CONTRACTOR will inform COMPANY as soon as possible if, during our analysis, CONTRACTOR determine circumstances exist that prevent us from advising COMPANY under these standards.

Use of Affiliates and Third Party Service Providers
It is not anticipated at this stage that KPMG International member firm(s), affiliates or third party service providers will be involved in providing Work to COMPANY under this project.

**DELIVERABLES:**

Deliverables will be in the format requested by COMPANY (i.e., oral, e-mail, memorandum, letter, Excel spreadsheet, etc.).

Contract Coordinator: Brandon Bloom                    Phone Number: 214.812.5723

**WORK SITE**

The Work Site will be the following location(s): CONTRACTOR &/or COMPANY offices located in Houston, San Antonio and Dallas, TX.

**COMPENSATION, INVOICES AND PAYMENT**

As full compensation for the satisfactory performance by CONTRACTOR of the Work authorized pursuant to this Schedule A, COMPANY will compensate CONTRACTOR as shown below. CONTRACTOR will bill COMPANY for our out-of-pocket expenses (e.g., travel, lodging, meals, etc.) in accordance with COMPANY's Reimbursable Expense Policy and Article 5 of the Agreement.

CONTRACTOR's fees will be based on the actual time incurred to complete the work at a blended hourly rate of $350 per hour for the individuals involved in providing the services.

As a result of our discussions with COMPANY, CONTRACTOR estimate that our fees for our services will range from approximately $52,500 to $67,900 plus out-of-pocket expenses, based upon a range of 150 to 194 hours to complete the work.

CONTRACTOR's fees for tax consulting services will be billed as incurred. Total compensation, including all travel, accommodation, transportation, meals and incidental costs shall not exceed $78,085 without prior written approval by COMPANY. If fees are expected to exceed $78,085, KPMG will issue a separate SOW or addendum at that time. All invoices shall reflect the contract number.

**Phase 1 - ONESOURCE Indirect Tax Journal Entry Toolkit Development**

| Task | Estimated Hours (Low) | Estimated Hours (High) |
|---|---|---|
| Requirements Document/Discussion | 4.00 | 4.00 |

| Task | Estimated Hours (Low) | Estimated Hours (High) |
|---|---:|---:|
| Toolkit Development | 11.00 | 15.00 |
| Testing | 10.00 | 12.00 |
| Deployment Support | 1.00 | 2.00 |
| Knowledge Transfer Session | 6.00 | 8.00 |
| Knowledge Transfer Materials | 2.00 | 3.00 |
| Post Production Support | 6.00 | 8.00 |
| **Total Hours:** | **40.00** | **52.00** |
| **Total Fees:** | **$14,000** | **$18,200** |

**Phase 2 - Texas SUT Compliance Automation Development**

| Task | Estimated Hours (Low) | Estimated Hours (High) |
|---|---:|---:|
| Requirements Document/Discussion | 10.00 | 14.00 |
| Data Prep Module Development | 32.00 | 40.00 |
| SUT Returns Upload File Development | 32.00 | 40.00 |
| Testing | 12.00 | 16.00 |
| Deployment Support | 4.00 | 6.00 |
| Knowledge Transfer Session | 6.00 | 8.00 |
| Knowledge Transfer Materials | 4.00 | 6.00 |
| Post Production Support | 10.00 | 12.00 |
| **Total Hours:** | **110.00** | **142.00** |
| **Total Fees:** | **$38,500** | **$49,700** |

| | | |
|---|---:|---:|
| **Grand Total Hours:** | 150.00 | 194.00 |
| **Total Hourly Fees:** | $52,500 | $67,900 |
| **Estimated Expenses (15%)** | $7,875 | $10,185 |

| Grand Total Fees: | $60,375 | $78,085 |
|---|---|---|

**Acceptance**

On completion of the Toolkit, COMPANY shall have a period of 60 days following the Toolkit being made available to COMPANY (the "Approval Period") to confirm that the Toolkit meets agreed to requirements. COMPANY shall either provide its written acceptance of the Toolkit to CONTRACTOR during the Approval Period or written notice to CONTRACTOR specifying in reasonable detail any nonconformity. Any nonconformity reported by COMPANY during the Approval Period will be fixed by CONTRACTOR, and COMPANY will have an additional 30-day Approval Period for acceptance. If COMPANY does not report any nonconformity during an Approval Period, the Toolkit as made available will be deemed to be accepted by COMPANY.

COMPANY's use of the Toolkit is subject to the attached Toolkit License Agreement (Exhibit A). COMPANY is required to returned a signed copy of the Toolkit License Agreement to CONTRACTOR

CONTRACTOR will issue invoices on a bi-monthly basis. All invoices shall be sent to:

P. O. Box 20
Dallas, Texas  75221-0020

OR, BUT NOT BOTH PAPER AND ELECTRONIC, ONE INVOICE PER EMAIL

**Email:**     ap.invoicing@energyfutureholdings.com     **Include  location  where Work was performed**

With a copy to:

    Mr. Brandon Bloom
    Managing Tax Counsel
    EFH Corporate Services Company
    1601 Bryan St.
    Dallas, TX 75201

PRIVILEGES CLAIMED BY COMPANY, WITH RESPECT TO DELIVERABLES OR OTHER DOCUMENTS HEREAFTER DESIGNATED BY COMPANY

_____ ATTORNEY-CLIENT COMMUNICATION

_____ ATTORNEY WORK PRODUCT

_____ TAX ADVISOR

OTHER:_____

## RESERVATION OF RIGHTS

Nothing in this Statement of Work shall constitute or be deemed (a) an allowance or disallowance of any claim, including administrative expense claims under section 503(b) of the Bankruptcy Code, (b) an assumption or rejection of this Statement of Work, any other agreement between the parties, or any other executory contract or unexpired lease under section 365 of the Bankruptcy Code, (c) a waiver of any of the rights of the Buyer to dispute claims asserted against the Buyer in the chapter 11 cases commenced by the Buyer, or (d) change of any priority levels existing in the absence of this Statement of Work.

## LIST OF ATTACHMENTS

COMPANY and CONTRACTOR agree that the following described attachments, if any, are incorporated herein in their entirety to this Schedule A.

- COMPANY's use of the Toolkit is subject to the attached license agreement (Exhibit A).

Work not specified above may be authorized only through a separate Schedule A, or through an amendment or supplement to this Schedule A.

| **CONTRACTOR LLP** | **EFH Corporate Services Company** |
|---|---|
| By: *Robert Kleppel* | By: *[signature]* |
| Printed Name: Robert Kleppel | Printed Name: Brandon Bloom |
| Title: *Partner, State and Local Tax* | Title: *Managing Tax Counsel* |
| Date: June 3, 2016 | Date: 6/14/16 |

**Exhibit A**

*Toolkit License Agreement*

In connection with its engagement as described in the Statement of Work (Schedule A-29) executed May 28, 2015 between KPMG LLP ("CONTRACTOR") and EFH Corporate Services Company ("COMPANY"), CONTRACTOR developed and used a certain application referred to as the KPMG Tax Journal Entry Toolkit for OneSource Indirect Tax Determination System (the "Toolkit") to facilitate the delivery of its services under the engagement. COMPANY has requested a copy of the Toolkit for its internal use and CONTRACTOR has agreed to provide a copy of such Toolkit subject to the terms and conditions set forth herein.

All right, title and interest in and to the Toolkit, including but not limited to any copyrights and trade secrets thereto, shall be owned exclusively by CONTRACTOR. CONTRACTOR hereby grants to COMPANY a limited, perpetual, fully-paid, non-exclusive, non-transferable license, without geographic restriction, to use the Toolkit, on a royalty-free basis solely for internal business purposes of COMPANY.

COMPANY may not commercially exploit the Toolkit or make it available to anyone outside of COMPANY in any form without CONTRACTOR's prior written consent. If COMPANY sells or otherwise disposes of a computer on which the Toolkit has been installed, COMPANY must first erase the Toolkit from its hard drive or other storage device.

The Toolkit is being provided "as is" without warranties of any kind; any and all implied warranties of merchantability or fitness for a particular purpose are expressly excluded. COMPANY is solely responsible for the completeness and accuracy of input and calculations and for the use of calculated results in any form or format and any judgments and business decisions based on its use of the Toolkit. CONTRACTOR has no obligation, except as otherwise provided in this Agreement, to update the Toolkit, regardless of any changes to relevant facts or tax or accounting laws, rules or regulations in the future.

This license to use the Toolkit does not include any license of the right to use any third party software included as part of or otherwise necessary to use the Toolkit (e.g., Microsoft Excel) and COMPANY is solely responsible for obtaining the right to use such third party software. CONTRACTOR makes no warranties or representation hereunder, expressed or implied, as to the quality, capabilities, operations, performance or suitability of any third-party hardware or software including the ability to integrate with any software developed for COMPANY, and the quality, capabilities, operations, performance and suitability of such third-party hardware or software lies solely with COMPANY and the vendor or supplier of that hardware or software.

In no event shall CONTRACTOR, its partners, managing directors, principals, agents or employees (the "CONTRACTOR Parties") be liable for costs, damages or expenses to COMPANY or others relating to COMPANY's use of the Toolkit after Acceptance by COMPANY, , including any direct, indirect, incidental, special, exemplary, punitive, consequential or other related damages , (including, but not limited to, liability for work stoppage, computer malfunction, loss of use, goodwill , data or profits), without regard to the form of any action, including but not limited to contract, negligence or other tortious actions, arising out of or in connection with the COMPANY's use of the Toolkit, any content on or accessed by use of the Toolkit, or any copying, display or other use thereof, except for costs, damages or expenses related to claims that theToolkit infringes the copyright or other proprietary

rights of a third party, and COMPANY hereby releases the CONTRACTOR Parties from such liability. Acceptance shall be granted, pursuant to the Statement of Work, after a 60 day window of usage by COMPANY without malfunctions or defects in design, materials or workmanship. Further, COMPANY hereby agrees to indemnify, hold harmless, and defend from and against third party claims, costs, damages and expenses (including reasonable attorneys' fees) asserted against any of the CONTRACTOR Parties, resulting from COMPANY's use of the Toolkit after Acceptance or its breach of any agreement or obligation hereunder, including, without limitation, the disclosure of the Toolkit to any third party, or any unauthorized use of the Toolkit, and decisions and calculations made using the Toolkit, except claims that the Toolkit infringes the copyright or other proprietary rights of a third party. CONTRACTOR hereby agrees to indemnify, hold harmless and defend COMPANY with respect to claims that the Toolkit (but excluding any third party software included as part of or otherwise necessary to use the Toolkit (e.g., Microsoft Excel) infringes the copyright or other proprietary rights of a third party. The preceding indemnification shall not apply to any infringement to the extent arising out of (i) use of the Toolkit other than in accordance with applicable documentation or instructions supplied by CONTRACTOR or other than for COMPANY's internal business purposes; (ii) any alteration, modification or revision of the Toolkit not expressly agreed to in writing by CONTRACTOR; or (iii) the combination of the Toolkit with materials not supplied or approved by CONTRACTOR..

The duty of nondisclosure described herein shall not include any information with respect to the structuring, implementation, or tax consequences of any transaction under the laws of the United States or any State.

This license may be terminated by CONTRACTOR upon written notice to COMPANY, in the event that COMPANY breaches any terms of this agreement or if required by any professional or regulatory body. If the license is terminated, COMPANY agrees to promptly remove all copies of the Toolkit and certify to CONTRACTOR in writing that it is no longer using the Toolkit.

This license supersedes all prior oral or written proposals, agreements or representations on the same subject matter and may not be modified except in writing signed by COMPANY and CONTRACTOR. If any provision of this license is held unlawful or otherwise unenforceable as written, the provision shall be modified so as to most closely carry out the expressed intent.

ACCEPTED

EFH Corporate Services Company: _[signature]_

By: _Brandon Bloom_

Date: _6/14/16_