## **EXHIBIT B**

**Summary of Fees Billed by Subject Matter for the Sixth Interim Fee Period**

| Activity Description | Sum of Hours | Sum of Amount |
|---|---:|---:|
| 495 Balloting/Solicitation Consultation | 73.40 | $21,562.70 |
| 642 Fee Application Prep and Related Issues | 79.00 | $19,360.00 |
| 900 Ediscovery Services | 6.50 | $910.00 |
| 901 Ediscovery Services | 41.80 | $7,385.00 |
| **Totals** | **200.70** | **$49,217.70** |