## **EXHIBIT C**

**Summary of Hours Billed by Epiq Professionals**[1] **During the Sixth Interim Fee Period**

| Professional | Position With Applicant | Hourly Billing Rate | Sum of Hours | Sum of Amount |
|---|---|---:|---:|---:|
| Jane Sullivan | EBS Practice Director | $385.00 | 30.20 | $11,627.00 |
| Sergio Riquelme | EDS Project Manager | $275.00/$175.00 | 3.30 | $647.50 |
| Brian Karpuk | EBS Senior Consultant III | $242.00 | 62.50 | $15,367.00 |
| Stephenie Kjontvedt | EBS Senior Consultant III | $242.00 | 38.30 | $9,268.60 |
| Kate Mailloux | EBS Senior Consultant III | $242.00 | 16.50 | $3,993.00 |
| Joseph Arena | EBS Senior Consultant I | $176.00 | 2.80 | $492.80 |
| Michael Mehltretter | EDS Project Manager | $175.00 | 3.00 | $525.00 |
| Siang Ong | EDS Project Manager | $175.00 | 1.00 | $175.00 |
| Merle Pete | EDS Project Manager | $175.00/$140.00 | 3.50 | $542.50 |
| Margery Renn | EDS Project Manager | $175.00 | 0.50 | $87.50 |
| Tisha Shurley | EDS Project Manager | $175.00/$140.00 | 1.00 | $157.50 |
| Archana Sidhartha | EDS Project Manager | $175.00 | 16.00 | $2,800.00 |
| Scott Umsler | EDS Project Manager | $175.00 | 16.00 | $2,800.00 |
| Katie Hursh | EDS Project Manager | $140.00 | 1.50 | $210.00 |
| Anthony Rowe | EDS Project Manager | $140.00 | 2.50 | $350.00 |
| John Chau | EBS Case Manager I | $83.00 | 2.10 | $174.30 |
| **Totals** | | | **200.70** | **$49,217.70** |

---

[1] Note: Epiq Bankruptcy Solutions, LLC personnel are labelled "EBS" and Epiq eDiscovery Solutions personnel are labelled "EDS."