**EXHIBIT D**

| | Matter Number: 495 Matter Description: BALLOTING/SOLICITATION CONSULTATION | | | | | | |
|---|---|---|---|---|---|---|---|
| **NAME** | **DATE** | **POSITION** | **MATTER DESCRIPTION** | **DETAIL** | **HOURS BILLED** | **HOURLY BILLING RATE** | **COMPENSATION** |
| Jane Sullivan | 1/5/2016 | Practice Director | 495 Balloting/Solicitation Consultation | TELEPHONE CONFERENCE WITH H GODDARD, T ZUCKER, AND A WEISBERG REGARDING S-11 AND ADDITIONAL REVISIONS NEEDED REGARDING PROCEDURES. | 0.40 | $385.00 | $154.00 |
| Jane Sullivan | 1/6/2016 | Practice Director | 495 Balloting/Solicitation Consultation | REVIEW OF H GODDARD MARKUP AND COMMENTS REGARDING SAME. | 1.00 | $385.00 | $385.00 |
| Stephenie Kjontvedt | 1/12/2016 | Senior Consultant III | 495 Balloting/Solicitation Consultation | CONFER WITH J.CHAU REGARDING THE FORTNIGHTLY MAILING OF THE TRADING ORDER (.2); CALL WITH J.SULLIVAN AND FORWARD CASH OUT ELECTION REPORT TO A. YENAMANDRA (.2) | 0.40 | $242.00 | $96.80 |
| Stephenie Kjontvedt | 1/14/2016 | Senior Consultant III | 495 Balloting/Solicitation Consultation | RESPOND TO B.TUTTLE INQUIRY ON ASBESTOS CLAIMS AND PLAN CLASSES | 0.20 | $242.00 | $48.40 |
| John Chau | 1/20/2016 | Case Manager I, CA | 495 Balloting/Solicitation Consultation | RESPOND TO INQUIRES REGARDING SOLICITATION PLAN CLASS REPORTS | 0.30 | $83.00 | $24.90 |
| Stephenie Kjontvedt | 1/25/2016 | Senior Consultant III | 495 Balloting/Solicitation Consultation | EXCHANGE COMMUNICATIONS WITH M.LEFAN REGARDING UPDATED DTC LISTS FOR SERVICE OF TRADING ORDER (.2); EXCHANGE COMMUNICATIONS WITH EPIQ TEAM REGARDING BI-WEEKLY SERVICE OF TRADING ORDER (.2); EXCHANGE EMAILS WITH M.LEFAN REGARDING BROADRIDGE INVOICES FOR PAYMENT (.1) | 0.50 | $242.00 | $121.00 |
| Stephenie Kjontvedt | 1/26/2016 | Senior Consultant III | 495 Balloting/Solicitation Consultation | RESEARCH AND RESPOND TO R.CHAIKIN INQUIRY ON EMERSON LIEBERT AND VOTING (.4); RESPOND TO DTC INQUIRY ON STATUS OF VARIOUS BONDS (.2) | 0.60 | $242.00 | $145.20 |
| Jane Sullivan | 1/26/2016 | Practice Director | 495 Balloting/Solicitation Consultation | CONFER WITH WHITE AND CASE REGARDING SUBSCRIPTION. | 0.50 | $385.00 | $192.50 |
| John Chau | 1/26/2016 | Case Manager I, CA | 495 Balloting/Solicitation Consultation | PREPARE BILLING INSTRUCTIONS FOR BI MONTHLY TRADING ORDER NOTICE SERVICE | 0.10 | $83.00 | $8.30 |
| Jane Sullivan | 1/30/2016 | Practice Director | 495 Balloting/Solicitation Consultation | REVIEW AND COMMENTS TO FIRST LIEN SUBSCRIPTION FORMS PROVIDED TO WHITE AND CASE | 4.00 | $385.00 | $1,540.00 |

| | | | Matter Number: 495<br>Matter Description: BALLOTING/SOLICITATION CONSULTATION | | | | |
|---|---|---|---|---|---|---|---|
| **NAME** | **DATE** | **POSITION** | **MATTER DESCRIPTION** | **DETAIL** | **HOURS BILLED** | **HOURLY BILLING RATE** | **COMPENSATION** |
| Jane Sullivan | 2/1/2016 | Practice Director | 495 Balloting/ Solicitation Consultation | PREPARE DRAFT SUBSCIRPTION FORM FOR SECOND LIEN NOTES. | 2.00 | $385.00 | $770.00 |
| Stephenie Kjontvedt | 2/3/2016 | Senior Consultant III | 495 Balloting/ Solicitation Consultation | DISCUSS SUBSCRIPTION RIGHTS WITH J.SULLIVAN (.3); DETERMINE APPROXIMATE NUMBER OF HOLDERS ELIGIBLE FOR RIGHTS OFFERING (.1) | 0.40 | $242.00 | $96.80 |
| Jane Sullivan | 2/3/2016 | Practice Director | 495 Balloting/ Solicitation Consultation | CONFER WITH S HORWITZ AND BACK OFFICE TEAM REGARDING RIGHTS OFFERING. | 0.20 | $385.00 | $77.00 |
| Jane Sullivan | 2/4/2016 | Practice Director | 495 Balloting/ Solicitation Consultation | RESPOND TO WHITE AND CASE REGARDING APPROXIMATE NUMBERS OF RIGHTS OFFERING PARTICIPANTS (.3); CONFER WITH S KJONTVEDT REGARDING SAME (.1). | 0.40 | $385.00 | $154.00 |
| Stephenie Kjontvedt | 2/7/2016 | Senior Consultant III | 495 Balloting/ Solicitation Consultation | REVIEW AND EDIT SECOND LIEN SUBSCRIPTON RIGHTS FORM BASED UPON CONVERSATION WITH J. SULLIVAN. | 1.60 | $242.00 | $387.20 |
| Stephenie Kjontvedt | 2/8/2016 | Senior Consultant III | 495 Balloting/ Solicitation Consultation | UPDATE SUBSCRIPTION RIGHTS FORM FOR SECOND LIEN HOLDERS (1.2); REVIEW CLAIM REPORTS AND BEGIN OUTLINE OF DISTRIBUTION AND TRACKING PROCESS FOR SECOND LIEN SUBSCIPTION RIGHTS (.6) | 1.80 | $242.00 | $435.60 |
| Stephenie Kjontvedt | 2/9/2016 | Senior Consultant III | 495 Balloting/ Solicitation Consultation | OUTLINE 2ND LIEN SUBSCRIPTION PROCESS (.3);  EXCHANGE COMMUNICATIONS WITH INTERNAL EPIQ TEAM AND WITH M.LEFAN REGARDING SERVICE FOR TRADING ORDER AND REPORTS NEEDED ON SAME (.3) | 0.60 | $242.00 | $145.20 |
| Jane Sullivan | 2/9/2016 | Practice Director | 495 Balloting/ Solicitation Consultation | FINALIZE COMMENTS TO FINAL SUBSCRIPTION FORM AND PROVIDE TO WHITE & CASE. | 1.20 | $385.00 | $462.00 |
| John Chau | 2/9/2016 | Case Manager I, CA | 495 Balloting/ Solicitation Consultation | PREPARE AND COORDINATE BI MONTHLY TRADING ORDER NOTICE SERVICE | 1.20 | $83.00 | $99.60 |
| Joseph Arena | 2/16/2016 | Senior Consultant I | 495 Balloting/ Solicitation Consultation | RESPOND TO INQUIRY REGARDING PLAN SUPPORT AGREEMENT | 0.20 | $176.00 | $35.20 |
| Stephenie Kjontvedt | 2/17/2016 | Senior Consultant III | 495 Balloting/ Solicitation Consultation | RESPOND TO INQUIRY FROM DTC ON CASE STATUS | 0.10 | $242.00 | $24.20 |
| Jane Sullivan | 2/18/2016 | Practice Director | 495 Balloting/ Solicitation Consultation | TELEPHONE CONFERENCE WITH WHITE & CASE REGARDING POTENTIAL CUTBACK. | 0.60 | $385.00 | $231.00 |

| | Matter Number: 495<br>Matter Description: BALLOTING/SOLICITATION CONSULTATION | | | | | | |
|---|---|---|---|---|---|---|---|
| **NAME** | **DATE** | **POSITION** | **MATTER DESCRIPTION** | **DETAIL** | **HOURS BILLED** | **HOURLY BILLING RATE** | **COMPENSATION** |
| Jane Sullivan | 2/19/2016 | Practice Director | 495 Balloting/ Solicitation Consultation | OUTREACH TO WILMINGTON TRUST REGARDING ESCROW AGENT ROLE: CONFER WITH B ANDREWS; CONFER WITH J CLARK; CONFER INTERNALLY REGARDING SUBSCRIPTION EVENT; CONFER WITH H GODDARD, WHITE & CASE. | 1.30 | $385.00 | $500.50 |
| Joseph Arena | 2/19/2016 | Senior Consultant I | 495 Balloting/ Solicitation Consultation | RESPOND TO INQUIRY REGARDING STATUS OF NOTES | 0.20 | $176.00 | $35.20 |
| Stephenie Kjontvedt | 2/22/2016 | Senior Consultant III | 495 Balloting/ Solicitation Consultation | RESEARCH AND RESPOND TO CLASS C4 UNSECURED NOTEHOLDER REGARDING DISTRIBUTION (.4);  EXCHANGE COMMUNICATIONS WITH M.LEFAN REGARDING UPDATED DTC LISTS FOR TRADING ORDER MAILING (.2) | 0.60 | $242.00 | $145.20 |
| John Chau | 2/22/2016 | Case Manager I, CA | 495 Balloting/ Solicitation Consultation | PREPARE AND COORDINATE BI MONTHLY TRADING ORDER NOTICE SERVICE | 0.50 | $83.00 | $41.50 |
| Stephenie Kjontvedt | 2/23/2016 | Senior Consultant III | 495 Balloting/ Solicitation Consultation | REVIEW PLAN AND THE RIGHTS OFFERING PROCEDURES IN PREPARATION FOR RIGHTS OFFERING AND CALL WITH CASE CONSULTANT REGARDING SAME (3.1) | 3.10 | $242.00 | $750.20 |
| Jane Sullivan | 2/23/2016 | Practice Director | 495 Balloting/ Solicitation Consultation | CONFER WITH S KJONTVEDT REGARDING REMAINING CREDITOR FILE THAT DID NOT MAKE CASH OUT ELECTION. | 0.20 | $385.00 | $77.00 |
| Stephenie Kjontvedt | 2/24/2016 | Senior Consultant III | 495 Balloting/ Solicitation Consultation | CONFER WITH J.SULLIVAN AND DRAFT EMAIL REGARDING CRITERIA TO BE USED FOR IDENTIFYING CLAIMS FOR RIGHTS OFFERING. SPECIFICALLY WHETHER CLAIMS ARE AGGREGATED TO MEET THE MINIMUM  ELIGIBILITY THRESHOLD. | 1.30 | $242.00 | $314.60 |
| Stephenie Kjontvedt | 2/26/2016 | Senior Consultant III | 495 Balloting/ Solicitation Consultation | RESPOND TO DTC INQUIRY ON CASE STATUS | 0.10 | $242.00 | $24.20 |
| Jane Sullivan | 2/26/2016 | Practice Director | 495 Balloting/ Solicitation Consultation | TELEPHONE CONFERENCE WITH S WINTERS, KIRKLAND, REGARDING POST-PETITION INTEREST PAYMENTS TO CERTAIN HOLDERS. | 0.40 | $385.00 | $154.00 |
| Stephenie Kjontvedt | 2/29/2016 | Senior Consultant III | 495 Balloting/ Solicitation Consultation | EXCHANGE COMMUNICATIONS WITH J.EHRENHOFER REGARDING REVIEW OF RIGHTS OFFERING FILE FOR ALLOWED UNSECURED CLAIMS (.2); OUTLINE CRITERIA FOR PREPARATION FO ALLOWED UNSECURED CLAIMS ELIGIBLE FOR RIGHTS OFFERING AND FORWARD SAME TO DATA CONSULTANT (1.1) | 1.30 | $242.00 | $314.60 |

| | Matter Number: 495<br>Matter Description: BALLOTING/SOLICITATION CONSULTATION | | | | | | |
|---|---|---|---|---|---|---|---|
| **NAME** | **DATE** | **POSITION** | **MATTER DESCRIPTION** | **DETAIL** | **HOURS BILLED** | **HOURLY BILLING RATE** | **COMPENSATION** |
| Stephenie Kjontvedt | 3/1/2016 | Senior Consultant III | 495 Balloting/Solicitation Consultation | EXCHANGE COMMUNICATIONS WITH D.RUHL REGARDING C5 RIGHTS OFFERING FILE | 1.60 | $242.00 | $387.20 |
| Stephenie Kjontvedt | 3/2/2016 | Senior Consultant III | 495 Balloting/Solicitation Consultation | PREPARE, AUDIT AND FORMAT CLASS C5 FILE OF ELIGIBLE RIGHTS OFFERING HOLDERS (4.6) FORWARD CLASS C5 FILE TO J.EHRENHOFER WITH EXPLANATORY NOTE ON CRITERIA (.5) | 5.10 | $242.00 | $1,234.20 |
| Jane Sullivan | 3/2/2016 | Practice Director | 495 Balloting/Solicitation Consultation | REVIEW OF COMMENTS PROVIDED BY WHITE & CASE ON SUBSCRIPTION FORM DRAFTS. | 0.30 | $385.00 | $115.50 |
| Joseph Arena | 3/2/2016 | Senior Consultant I | 495 Balloting/Solicitation Consultation | RESEARCH ELIGIBLE CLAIMS FOR RIGHTS OFFERING | 0.50 | $176.00 | $88.00 |
| Stephenie Kjontvedt | 3/3/2016 | Senior Consultant III | 495 Balloting/Solicitation Consultation | EXCHANGE COMMUNICATIONS WITH R.CARTER REGARDING CLASS C5 HOLDERS FOR RIGHTS OFFERING (.2); REVIEW NON-DTC RIGHTS OFFERING FORM (.2) | 0.40 | $242.00 | $96.80 |
| Jane Sullivan | 3/3/2016 | Practice Director | 495 Balloting/Solicitation Consultation | TELEPHONE CONFERENCE WITH WHITE & CASE REGARDING SUBSCRIPTION FORM COMMENTS. | 1.10 | $385.00 | $423.50 |
| Jane Sullivan | 3/4/2016 | Practice Director | 495 Balloting/Solicitation Consultation | PREPARATION AND TELEPHONE CONFERENCE WITH M HEBBELN AND UMB REGARDING ISSUE CONCERNING PRE- AND POST-PETITION INTEREST. | 0.50 | $385.00 | $192.50 |
| Jane Sullivan | 3/10/2016 | Practice Director | 495 Balloting/Solicitation Consultation | REVIEW OF EFH COMMENTS TO TWO SUBSCRIPTION FORMS AND PROVIDE ADDITIONAL COMMENTS TO WHITE & CASE. | 0.60 | $385.00 | $231.00 |
| Jane Sullivan | 3/16/2016 | Practice Director | 495 Balloting/Solicitation Consultation | REVIEW OF RIGHTS OFFERING FORMS AND PROVIDE COMMENTS TO WHITE & CASE TEAM. | 1.20 | $385.00 | $462.00 |
| Jane Sullivan | 3/18/2016 | Practice Director | 495 Balloting/Solicitation Consultation | 11:30 CALL WITH WHITE & CASE (A WEISBERG AND T ZUCKER) REGARDING ESCROW AGENT ROLE. | 0.40 | $385.00 | $154.00 |
| Stephenie Kjontvedt | 3/22/2016 | Senior Consultant III | 495 Balloting/Solicitation Consultation | REQUEST DTC LISTS AND LENDER LISTS FOR SERVICE TO FIRST LIEN HOLDERS | 0.40 | $242.00 | $96.80 |
| Stephenie Kjontvedt | 3/23/2016 | Senior Consultant III | 495 Balloting/Solicitation Consultation | PREPARE FOR BIMONTHLY SERVICE TO FIRST LIEN HOLDERS | 1.10 | $242.00 | $266.20 |
| Jane Sullivan | 3/23/2016 | Practice Director | 495 Balloting/Solicitation Consultation | PREPARE DRAFT DOCUMENTATION FOR DTC REVIEW. | 1.00 | $385.00 | $385.00 |
| Jane Sullivan | 3/24/2016 | Practice Director | 495 Balloting/Solicitation Consultation | CONFER WITH A MEDOZA-FELIX, DTC, REGARDING DOCUMENTATION (.6); CONFER WITH JE MILLER REGARDING RIGHTS MATERIALS (.5). | 1.10 | $385.00 | $423.50 |

|  | Matter Number: 495<br>Matter Description: BALLOTING/SOLICITATION CONSULTATION |

| NAME | DATE | POSITION | MATTER DESCRIPTION | DETAIL | HOURS BILLED | HOURLY BILLING RATE | COMPENSATION |
|---|---|---|---|---|---|---|---|
| Stephenie Kjontvedt | 3/25/2016 | Senior Consultant III | 495 Balloting/Solicitation Consultation | RESPOND TO MULTIPLE DTC INQUIRIES REGARDING EFFECTIVE DATE AND STATUS OF VARIOUS BONDS | 0.20 | $242.00 | $48.40 |
| Jane Sullivan | 3/25/2016 | Practice Director | 495 Balloting/Solicitation Consultation | OUTREACH TO TICE O'SULLIVAN REGARDING CITBANK RELATIONSHIP MANAGEMENT AND PROVIDE INFORMATION TO T ZUCKER; CONFER WITH H GODDARD REGARDING SUBSCRIPTION. | 0.60 | $385.00 | $231.00 |
| Jane Sullivan | 3/28/2016 | Practice Director | 495 Balloting/Solicitation Consultation | CONFER WITH H GODDARD REGARDING RIGHTS OFFERING (.2); CONFER WITH DTC REGARDING SAME (.1); CONFER WITH W WILLIAMS REGARDING COMMENTS (.4) | 0.70 | $385.00 | $269.50 |
| Stephenie Kjontvedt | 3/30/2016 | Senior Consultant III | 495 Balloting/Solicitation Consultation | EXCHANGE COMMUNICATIONS WITH J.SULLIVAN AND K.MAILLOUX REGARDING 4TH INTERIM FEE APPLICATION | 0.20 | $242.00 | $48.40 |
| Stephenie Kjontvedt | 3/30/2016 | Senior Consultant III | 495 Balloting/Solicitation Consultation | REVIEW BILLING DATA FOR SERVICE OF BI-WEEKLY TRADING ORDER | 0.10 | $242.00 | $24.20 |
| Jane Sullivan | 3/30/2016 | Practice Director | 495 Balloting/Solicitation Consultation | CONFER WITH W SIMUNEK, DTC REGARDING POSSIBLE ALTERNATIVE SCENARIO (.8); CONFER WITH H GODDARD REGARDING POSSIBLE ALTERNATIVE AND PREPARE DRAFT ANSWERS TO EXTENSIVE QUESTIONS POSED BY DTC (1.2). | 2.00 | $385.00 | $770.00 |
| Jane Sullivan | 3/31/2016 | Practice Director | 495 Balloting/Solicitation Consultation | FURTHER QUESTIONS AND ANSWERS FOR DTC AND CONFER WITH H GODDARD, W&C, REGARDING SAME | 0.50 | $385.00 | $192.50 |
| Joseph Arena | 3/31/2016 | Senior Consultant I | 495 Balloting/Solicitation Consultation | REVIEW CORRESPONDENCE REGARDING PROPOSED RIGHTS OFFERING PROCEDURES (0.4); CONFER INTERNALLY REGARDING PROCESSING AT DTC (0.3) | 0.70 | $176.00 | $123.20 |
| Jane Sullivan | 4/1/2016 | Practice Director | 495 Balloting/ Solicitation Consultation | PREPARE FOR CALL WITH DTC (.2); CALL WITH DTC TEAM REGARDING SECOND LIEN NOTES RIGHTS OFFERING (.8); FOLLOW UP, INCLUDING MEETING WITH J ARENA TO DISCUSS APPROACH (.5) | 1.50 | $385.00 | $577.50 |
| Joseph Arena | 4/1/2016 | Senior Consultant I | 495 Balloting/ Solicitation Consultation | PARTICIPATE IN CONFERENCE CALL WITH DTC REGARDING PROPOSED RIGHTS OFFERING PROCEDURES (0.6); CONFER INTERNALLY REGARDING INQUIRIES FROM DTC RELATED TO RIGHTS OFFERING PROCEDURES (0.6) | 1.20 | $176.00 | $211.20 |
| Jane Sullivan | 4/2/2016 | Practice Director | 495 Balloting/ Solicitation Consultation | PREPARE CHART REGARDING DTC QUESTIONS, WITH TRANSLATIONS AND COMMENTARY, IN CONNECTION WITH SECOND LIEN NOTES RIGHTS OFFERING. | 2.00 | $385.00 | $770.00 |

| | Matter Number: 495 Matter Description: BALLOTING/SOLICITATION CONSULTATION | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME | DATE | POSITION | MATTER DESCRIPTION | DETAIL | HOURS BILLED | HOURLY BILLING RATE | COMPENSATION |
| Stephenie Kjontvedt | 4/4/2016 | Senior Consultant III | 495 Balloting/ Solicitation Consultation | REACH OUT TO M.LEFAN REGARDING UPDATED DTC LISTS | 0.10 | $242.00 | $24.20 |
| Stephenie Kjontvedt | 4/5/2016 | Senior Consultant III | 495 Balloting/ Solicitation Consultation | RECEIVE AND REVIEW UPDATED DTC LISTS FROM M.LEFAN FOR BIMONTHLY SERVICE TO HOLDERS | 0.20 | $242.00 | $48.40 |
| Jane Sullivan | 4/5/2016 | Practice Director | 495 Balloting/ Solicitation Consultation | CONFER WITH HOLT GODDARD REGARDING DTC AND ARRANGE CALL. | 0.70 | $385.00 | $269.50 |
| Stephenie Kjontvedt | 4/8/2016 | Senior Consultant III | 495 Balloting/ Solicitation Consultation | RESPOND TO R.CARTER REQUEST FOR UPDATED FILE ON HOLDERS ELIGIBLE FOR RIGHTS OFFERING AND EXCHANGE COMMUNICATIONS WITH DATA SERVICE CONSULTANT REGARDING SAME | 0.70 | $242.00 | $169.40 |
| Stephenie Kjontvedt | 4/11/2016 | Senior Consultant III | 495 Balloting/ Solicitation Consultation | PROVIDE DATA SERVICES TEAM WITH CRITERIA FOR C5 RIGHTS HOLDERS (.5); REVIEW AND FORMAT CLASS C5 FILE FOR SUBSCRIPTION RIGHTS PARTIES AND FORWARD SAME TO R.CARTER (2.4), | 2.90 | $242.00 | $701.80 |
| Stephenie Kjontvedt | 4/18/2016 | Senior Consultant III | 495 Balloting/ Solicitation Consultation | RECEIVE AND REVIEW CLASS C5 FILE FROM R.CARTER WITH ALVAREZ AND REVIEW FILE AND COMMENTS ON SAME (1.3); EXCHANGE COMMUNICATIONS WITH EQIQ TEAM REGARDING CLAIMS AND CLASS C5 DATA (.7); REQUEST UPDATED DTC LISTS FROM M.LEFAN FOR BI-WEEKLY MAILING TO FIRST LIEN HOLDERS (.1) | 2.10 | $242.00 | $508.20 |
| Jane Sullivan | 4/18/2016 | Practice Director | 495 Balloting/ Solicitation Consultation | CONFER WITH A MENDOZA-FELIX, DTC, REGARDING RIGHTS OFFERING STATUS. | 0.10 | $385.00 | $38.50 |
| Stephenie Kjontvedt | 4/19/2016 | Senior Consultant III | 495 Balloting/ Solicitation Consultation | EXCHANGE COMMUNICATIONS WITH R.CARTER REGARDING CLASS C5 REPORTS | 0.30 | $242.00 | $72.60 |
| Stephenie Kjontvedt | 4/19/2016 | Senior Consultant III | 495 Balloting/ Solicitation Consultation | REVIEW INVOICES FOR SERVICE OF BI-WEEKLY TRADING ORDER | 0.10 | $242.00 | $24.20 |
| Stephenie Kjontvedt | 4/20/2016 | Senior Consultant III | 495 Balloting/ Solicitation Consultation | COMPARE AND IDENTIFY DIFFERENCES BETWEEN ALVAREZ DATA AND EPIQ'S FOR CLASS C5 DATA FILE (2.6); FORWARD FILE TO R.CARTER (.3). | 2.90 | $242.00 | $701.80 |
| Stephenie Kjontvedt | 4/21/2016 | Senior Consultant III | 495 Balloting/ Solicitation Consultation | EXCHANGE COMMUNICATIONS WITH DATA TEAM REGARDING C5 CLAIMS AND THE CLAIMS EXTRACT | 0.30 | $242.00 | $72.60 |

| | | | Matter Number: 495 Matter Description: BALLOTING/SOLICITATION CONSULTATION | | | | |
|---|---|---|---|---|---|---|---|
| **NAME** | **DATE** | **POSITION** | **MATTER DESCRIPTION** | **DETAIL** | **HOURS BILLED** | **HOURLY BILLING RATE** | **COMPENSATION** |
| Stephenie Kjontvedt | 4/25/2016 | Senior Consultant III | 495 Balloting/ Solicitation Consultation | CALL WITH A.YENAMANDRA AND OTHERS ABOUT RESOLICITATION (.5); REVIEW BALLOT FORMS FROM M.THOMPSON (1.1). | 1.60 | $242.00 | $387.20 |
| Jane Sullivan | 4/25/2016 | Practice Director | 495 Balloting/ Solicitation Consultation | ATTEND 5PM UPDATE CALL AND RELATED REVIEW AND PREPARATION. | 1.40 | $385.00 | $539.00 |
| Stephenie Kjontvedt | 4/26/2016 | Senior Consultant III | 495 Balloting/ Solicitation Consultation | EXCHANGE COMMUNICATIONS WITH M.THOMPSON REGARDING BALLOTS AND FORMS NEEDED FOR SOLICITATION | 1.30 | $242.00 | $314.60 |
| Jane Sullivan | 4/26/2016 | Practice Director | 495 Balloting/ Solicitation Consultation | RESEARCH FOR POTENTIAL UPCOMING SOLICITATION. | 0.30 | $385.00 | $115.50 |
| Stephenie Kjontvedt | 4/28/2016 | Senior Consultant III | 495 Balloting/ Solicitation Consultation | PREPARE AND FORWARD FILE OF BONDS IMPACTED BY CHAPTER 11 TO E.PANDEY AT JP MORGAN | 0.30 | $242.00 | $72.60 |
| Stephenie Kjontvedt | 4/30/2016 | Senior Consultant III | 495 Balloting/ Solicitation Consultation | REVIEW AND COMMENT ON SOLICIATION PROCEDURES AND BALLOTS | 3.80 | $242.00 | $919.60 |
| Jane Sullivan | 4/30/2016 | Practice Director | 495 Balloting/ Solicitation Consultation | DOCUMENT REVIEW AND COMMENTS TO KIRKLAND ON PROCEDURAL ITEMS (1.2); CONFER WITH KIRKLAND AND INTERNAL TEAM REGARDING SPECIAL WEEKEND NOTICING REQUIRMENTS (.8) | 2.00 | $385.00 | $770.00 |
| **TOTAL** | | | | | **73.40** | | **$21,562.70** |

| Matter Number: 642<br>Matter Description: FEE APPLICATION PREP ||||||||
|---|---|---|---|---|---|---|---|
| **NAME** | **DATE** | **POSITION** | **MATTER DESCRIPTION** | **DETAIL** | **HOURS BILLED** | **HOURLY BILLING RATE** | **COMPENSATION** |
| Brian Karpuk | 3/1/2016 | Senior Consultant III | 642 Fee Application Prep | PREPARE DRAFT OF SEPTEMBER 2015 MONTHLY FEE STATEMENT. | 2.40 | $242.00 | $580.80 |
| Brian Karpuk | 3/2/2016 | Senior Consultant III | 642 Fee Application Prep | PREPARATION OF SEPTEMBER 2015 FEE STATEMENT. | 2.70 | $242.00 | $653.40 |
| Kathryn Mailloux | 3/3/2016 | Senior Consultant III | 642 Fee Application Prep | REVIEW AND REVISE AUGUST 2015 FEE APP. | 1.00 | $242.00 | $242.00 |
| Brian Karpuk | 3/3/2016 | Senior Consultant III | 642 Fee Application Prep | PREPARE OCTOBER 2015 FEE APPLICATION. | 1.50 | $242.00 | $363.00 |
| Brian Karpuk | 3/8/2016 | Senior Consultant III | 642 Fee Application Prep | PREPARATION OF EPIQ NOVEMBER MONTHLY FEE STATEMENT; | 1.00 | $242.00 | $242.00 |
| Brian Karpuk | 3/9/2016 | Senior Consultant III | 642 Fee Application Prep | PREPARATION OF EPIQ SEPTEMBER 2015 MONTHLY FEE STATEMENT (1.8); | 1.80 | $242.00 | $435.60 |
| Brian Karpuk | 3/9/2016 | Senior Consultant III | 642 Fee Application Prep | REVIEW AND REVISE EPIQ OCTOBER 2015 MONTHLY FEE STATEMENT (1.2); | 1.20 | $242.00 | $290.40 |
| Brian Karpuk | 3/9/2016 | Senior Consultant III | 642 Fee Application Prep | PREPARATION OF EPIQ NOVEMBER 2015 MONTHLY FEE STATEMENT (1.5); | 1.90 | $242.00 | $459.80 |
| Brian Karpuk | 3/10/2016 | Senior Consultant III | 642 Fee Application Prep | PREPARATION OF EPIQ DECEMBER 2015 MONTHLY FEE STATEMENT (1.8); | 1.80 | $242.00 | $435.60 |
| Brian Karpuk | 3/10/2016 | Senior Consultant III | 642 Fee Application Prep | PREPARATION OF EPIQ JANUARY 2016 MONTHLY FEE STATEMENT (.8); | 0.80 | $242.00 | $193.60 |
| Brian Karpuk | 3/11/2016 | Senior Consultant III | 642 Fee Application Prep | PREPARATION OF EPIQ JANUARY 2016 MONTHLY FEE STATEMENT; | 0.50 | $242.00 | $121.00 |
| Brian Karpuk | 3/11/2016 | Senior Consultant III | 642 Fee Application Prep | REVIEW AND REVISE OCTOBER 2015 FEE STATEMENT. | 1.30 | $242.00 | $314.60 |

| | Matter Number: 642 Matter Description: FEE APPLICATION PREP | | | | | | |
|---|---|---|---|---|---|---|---|
| **NAME** | **DATE** | **POSITION** | **MATTER DESCRIPTION** | **DETAIL** | **HOURS BILLED** | **HOURLY BILLING RATE** | **COMPENSATION** |
| Brian Karpuk | 3/11/2016 | Senior Consultant III | 642 Fee Application Prep | REVIEW AND REVISE NOVEMBER 2015 FEE STATEMENT. | 0.80 | $242.00 | $193.60 |
| Brian Karpuk | 3/11/2016 | Senior Consultant III | 642 Fee Application Prep | PREPARATION OF EPIQ DECEMBER 2015 MONTHLY FEE STATEMENT; | 1.90 | $242.00 | $459.80 |
| Brian Karpuk | 3/11/2016 | Senior Consultant III | 642 Fee Application Prep | REVIEW AND REVISE SEPT. 2015 FEE STATEMENT. | 0.90 | $242.00 | $217.80 |
| Brian Karpuk | 3/16/2016 | Senior Consultant III | 642 Fee Application Prep | PREPARE DRAFT OF FOURTH INTERIM FEE APPLICATION. | 2.60 | $242.00 | $629.20 |
| Brian Karpuk | 3/16/2016 | Senior Consultant III | 642 Fee Application Prep | PREPARATION OF JANUARY 2016 MONTHLY FEE STATEMENT. | 1.60 | $242.00 | $387.20 |
| Brian Karpuk | 3/16/2016 | Senior Consultant III | 642 Fee Application Prep | PREPARATION OF NOVEMBER 2015 MONTHLY FEE STATEMENT. | 1.00 | $242.00 | $242.00 |
| Brian Karpuk | 3/18/2016 | Senior Consultant III | 642 Fee Application Prep | PREPARATION OF FOURTH INTERIM FEE APPLICATION. | 1.40 | $242.00 | $338.80 |
| Brian Karpuk | 3/22/2016 | Senior Consultant III | 642 Fee Application Prep | PREPARATION OF FEBRUARY 2016 MONTHLY FEE STATEMENT. | 0.70 | $242.00 | $169.40 |
| Brian Karpuk | 3/23/2016 | Senior Consultant III | 642 Fee Application Prep | PREPARATION OF FOURTH INTERIM FEE APPLICATION. | 1.60 | $242.00 | $387.20 |
| Brian Karpuk | 3/24/2016 | Senior Consultant III | 642 Fee Application Prep | PREPARATION OF FOURTH INTERIM FEE APPLICATION. | 2.30 | $242.00 | $556.60 |
| Brian Karpuk | 3/25/2016 | Senior Consultant III | 642 Fee Application Prep | PREPARE DRAFT OF FEBRUARY 2015 FEE STATEMENT. | 0.70 | $242.00 | $169.40 |
| Brian Karpuk | 3/25/2016 | Senior Consultant III | 642 Fee Application Prep | PREPARE DRAFT OF DECEMBER 2015 FEE STATEMENT. | 0.20 | $242.00 | $290.40 |

| | | | | **Matter Number: 642**<br>**Matter Description: FEE APPLICATION PREP** | | | |
|---|---|---|---|---|---|---|---|
| **NAME** | **DATE** | **POSITION** | **MATTER DESCRIPTION** | **DETAIL** | **HOURS BILLED** | **HOURLY BILLING RATE** | **COMPENSATION** |
| Brian Karpuk | 3/25/2016 | Senior Consultant III | 642 Fee Application Prep | PREPARATION OF OCTOBER 2015 FEE STATEMENT. | 0.70 | $242.00 | $169.40 |
| Brian Karpuk | 3/25/2016 | Senior Consultant III | 642 Fee Application Prep | PREPARE DRAFT OF SEPT. 2015 FEE STATEMENT. | 2.00 | $242.00 | $484.00 |
| Brian Karpuk | 3/25/2016 | Senior Consultant III | 642 Fee Application Prep | PREPARATION OF EPIQ FOURTH INTERIM FEE APPLICATION. | 3.50 | $242.00 | $847.00 |
| Kathryn Mailloux | 3/28/2016 | Senior Consultant III | 642 Fee Application Prep | PREPARE AUGUST MONTHLY FEE APPLICATION | 1.00 | $242.00 | $242.00 |
| Kathryn Mailloux | 3/28/2016 | Senior Consultant III | 642 Fee Application Prep | PREPARE FOURTH INTERIM FEE APPLICATION | 2.90 | $242.00 | $701.80 |
| Kathryn Mailloux | 3/28/2016 | Senior Consultant III | 642 Fee Application Prep | REVIEW MONTHLY APPLICATIONS | 1.40 | $242.00 | $338.80 |
| Brian Karpuk | 3/28/2016 | Senior Consultant III | 642 Fee Application Prep | REVIEW AND REVISE SEVENTEENTH MONTHLY FEE STATEMENT (.4); REVIEW AND REVISE EIGHTEENTH MONTHLY FEE STATEMENT (.7); REVIEW AND REVISE NINETEENTH MONTHLY FEE STATEMENT (.3); REVIEW AND REVISE TWENTIETH MONTHLY FEE STATEMENT (.4); REVIEW AND REVISE FOURTH FEE APPLICATION (1.2). | 3.00 | $242.00 | $726.00 |
| Kathryn Mailloux | 3/29/2016 | Senior Consultant III | 642 Fee Application Prep | REVISE FOURTH INTERIM FEE APPLICATION | 1.50 | $242.00 | $363.00 |
| Kathryn Mailloux | 3/29/2016 | Senior Consultant III | 642 Fee Application Prep | FINALIZE MONTHLY FEE APPLICATION (1.0); REVISE FOURTH INTERIM FEE APPLICATION (1.9). | 2.90 | $242.00 | $701.80 |
| Kathryn Mailloux | 3/30/2016 | Senior Consultant III | 642 Fee Application Prep | REVIEW FEE STATEMENTS WITH B KARPUK | 0.80 | $242.00 | $193.60 |
| Brian Karpuk | 3/30/2016 | Senior Consultant III | 642 Fee Application Prep | PREPARE DRAFT OF SEPT. 2015 FEE APPLICATION. | 1.10 | $242.00 | $266.20 |

| | Matter Number: 642<br>Matter Description: FEE APPLICATION PREP | | | | | | |
|---|---|---|---|---|---|---|---|
| **NAME** | **DATE** | **POSITION** | **MATTER DESCRIPTION** | **DETAIL** | **HOURS BILLED** | **HOURLY BILLING RATE** | **COMPENSATION** |
| Brian Karpuk | 3/30/2016 | Senior Consultant III | 642 Fee Application Prep | INTERNAL CORRESPONDENCE WITH K. MAILLOUX REGARDING SEPTEMBER - DECEMBER FEE STATEMENTS. | 0.80 | $242.00 | $193.60 |
| Brian Karpuk | 3/31/2016 | Senior Consultant III | 642 Fee Application Prep | PREPARE DRAFT OF NOVEMBER 2015 FEE STATEMENT. | 0.80 | $242.00 | $193.60 |
| Brian Karpuk | 3/31/2016 | Senior Consultant III | 642 Fee Application Prep | PREPARATION OF OCTOBER FEE STATEMENT. | 0.90 | $242.00 | $217.80 |
| Brian Karpuk | 4/1/2016 | Senior Consultant III | 642 Fee Application Prep | PREPARATION OF SEPTEMBER 2015 FEE STATEMENT (.4); PREPARATION OF OCTOBER 2015 FEE STATEMENT (.3); EMAILS AND CORRESPONDENCE RE: OCTOBER FEE STATEMENT (.5). | 1.20 | $242.00 | $290.40 |
| Kathryn Mailloux | 4/4/2016 | Senior Consultant III | 642 Fee Application Prep | FINALIZE MONTHLY FEE STATEMENT | 0.90 | $242.00 | $217.80 |
| Kathryn Mailloux | 4/4/2016 | Senior Consultant III | 642 Fee Application Prep | REVIEW OCT/NOV/DEC 2015 MONTHLY FEE STATEMENTS | 2.00 | $242.00 | $484.00 |
| Brian Karpuk | 4/5/2016 | Senior Consultant III | 642 Fee Application Prep | CORRESPONDENCE AND PREPARATION OF DOCUMENTS FOR SUBMISSION TO FEE COMMITTEE (.6). | 0.60 | $242.00 | $145.20 |
| Brian Karpuk | 4/5/2016 | Senior Consultant III | 642 Fee Application Prep | COORDINATE FILING OF SEPTEMBER FEE STATEMENT (.4); COORDINATE FILING OF OCTOBER FEE STATEMENT (.5); COORDINATE FILING OF NOVEMBER FEE STATEMENT (.4); COORDINATE FILING OF DECEMBER FEE STATEMENT (.3). | 1.80 | $242.00 | $435.60 |
| Brian Karpuk | 4/8/2016 | Senior Consultant III | 642 Fee Application Prep | PREPARE DRAFT OF FIFTH INTERIM FEE APPLICATION. | 0.90 | $242.00 | $217.80 |
| Brian Karpuk | 4/11/2016 | Senior Consultant III | 642 Fee Application Prep | PREPARATION OF FIFTH INTERIM FEE APPLICATION. | 1.00 | $242.00 | $242.00 |
| Brian Karpuk | 4/15/2016 | Senior Consultant III | 642 Fee Application Prep | PREPARE FOURTH INTERIM FEE APPLICATION SUPPORTING DOCUMENTATION. | 1.30 | $242.00 | $314.60 |

| | | | | Matter Number: 642<br>Matter Description: FEE APPLICATION PREP | | | |
|---|---|---|---|---|---|---|---|
| **NAME** | **DATE** | **POSITION** | **MATTER DESCRIPTION** | **DETAIL** | **HOURS BILLED** | **HOURLY BILLING RATE** | **COMPENSATION** |
| Kathryn Mailloux | 4/18/2016 | Senior Consultant III | 642 Fee Application Prep | PREPARE CONO FOR 16TH MONTHLY FEE STATEMENT | 0.60 | $242.00 | $145.20 |
| Brian Karpuk | 4/18/2016 | Senior Consultant III | 642 Fee Application Prep | PREPARATION OF FIFTH INTERIM FEE APPLICATION. | 0.50 | $242.00 | $121.00 |
| Brian Karpuk | 4/18/2016 | Senior Consultant III | 642 Fee Application Prep | REVIEW AND REVISE FIFTH INTERIM FEE APPLICATION. | 3.90 | $242.00 | $943.80 |
| Brian Karpuk | 4/19/2016 | Senior Consultant III | 642 Fee Application Prep | PREPARATION OF FIFTH INTERIM FEE APPLICATION. | 3.00 | $242.00 | $726.00 |
| Kathryn Mailloux | 4/20/2016 | Senior Consultant III | 642 Fee Application Prep | COORDINATE FILING OF CONO FOR MONTHLY FEE STATEMENT | 0.60 | $242.00 | $145.20 |
| Kathryn Mailloux | 4/20/2016 | Senior Consultant III | 642 Fee Application Prep | REVIEW FIFTH INTERIM FEE APPLICATION | 0.90 | $242.00 | $217.80 |
| Brian Karpuk | 4/22/2016 | Senior Consultant III | 642 Fee Application Prep | PREPARATION OF SUPPORTING DOCUMENTATION FOR FOURTH FEE APPLICATION. | 0.80 | $242.00 | $193.60 |
| Brian Karpuk | 4/25/2016 | Senior Consultant III | 642 Fee Application Prep | PREPARATION OF FIFTH INTERIM FEE APPLICATION. | 1.50 | $242.00 | $363.00 |
| Brian Karpuk | 4/25/2016 | Senior Consultant III | 642 Fee Application Prep | CORRESPONDENCE RE: FIFTH INTERIM FEE APPLICATION. | 0.60 | $242.00 | $145.20 |
| **TOTAL** | | | | | **79.00** | | **$19,360.00** |

| | | | Matter Number: 900<br>Matter Description: EDISCOVERY SERVICES | | | | |
|---|---|---|---|---|---|---|---|
| **NAME** | **DATE** | **POSITION** | **MATTER DESCRIPTION** | **DETAIL** | **HOURS BILLED** | **HOURLY BILLING RATE** | **COMPENSATION** |
| Merle Pete | 1/7/2016 | EDS Project Manager | 900 eDiscovery Services | Data prep; records removal from project databases | 1.50 | $140.00 | $210.00 |
| Anthony Rowe | 1/7/2016 | EDS Project Manager | 900 eDiscovery Services | Perform Deletion of Documents -12GB | 2.50 | $140.00 | $350.00 |
| Tisha Shurley | 1/7/2016 | EDS Project Manager | 900 eDiscovery Services | Perform removal of documents from hosted database | 0.50 | $140.00 | $70.00 |
| Katie Hursh | 1/24/2016 | EDS Project Manager | 900 eDiscovery Services | Perform Deletion of Clawback Documents | 1.50 | $140.00 | $210.00 |
| Merle Pete | 3/8/2016 | EDS Project Manager | 900 eDiscovery Services | SR948638: Prepare records for removal from hosted database | 0.50 | $140.00 | $70.00 |
| **TOTAL** | | | | | **6.50** | | **$910.00** |

| | | | | Matter Number: 901<br>Matter Description: EDISCOVERY SERVICES | | | |
|---|---|---|---|---|---|---|---|
| **NAME** | **DATE** | **POSITION** | **MATTER DESCRIPTION** | **DETAIL** | **HOURS BILLED** | **HOURLY BILLING RATE** | **COMPENSATION** |
| Michael Mehltretter | 2/12/2016 | EDS Project Manager | 901 eDiscovery Services | Consult with client regarding project status and next steps | 1.0 | $175.00 | $175.00 |
| Michael Mehltretter | 3/22/2016 | EDS Project Manager | 901 eDiscovery Services | Consult with client regarding project status | 1.00 | $175.00 | $175.00 |
| Michael Mehltretter | 3/24/2016 | EDS Project Manager | 901 eDiscovery Services | Consult with clients regarding project status | 1.00 | $175.00 | $175.00 |
| Archana Sidhartha | 3/28/2016 | EDS Project Manager | 901 eDiscovery Services | Update planning document, mapped load fields. | 2.00 | $175.00 | $350.00 |
| Scott Umshler | 3/29/2016 | EDS Project Manager | 901 eDiscovery Services | SR957425: Prepare PHH15225111851 for upload to hosting database | 2.20 | $175.00 | $385.00 |
| Scott Umshler | 3/30/2016 | EDS Project Manager | 901 eDiscovery Services | SR957425: Prepare PHH15225111851 for upload to hosting database | 10.30 | $175.00 | $1,802.50 |
| Merle Pete | 3/30/2016 | EDS Project Manager | 901 eDiscovery Services | SR957425: Prepare PHH15225111851 for upload to hosted database | 0.50 | $175.00 | $87.50 |
| Archana Sidhartha | 3/31/2016 | EDS Project Manager | 901 eDiscovery Services | Created view and layout for loaded data. | 3.00 | $175.00 | $525.00 |
| Scott Umshler | 3/31/2016 | EDS Project Manager | 901 eDiscovery Services | SR957425: Prepare PHH15225111851 for upload to hosting database | 0.50 | $175.00 | $87.50 |
| Sergio Riquelme | 3/30/2016 | EDS Project Manager | 901 - eDiscovery Services | Prepare search of EQD data and report files without text as requested by A. Benshoter | 0.40 | $175.00 | $70.00 |
| Archana Sidhartha | 4/1/2016 | EDS Project Manager | 901 - eDiscovery Services | investigate media, load file and update Planning document and field mapping | 1.00 | $175.00 | $175.00 |
| Archana Sidhartha | 4/4/2016 | EDS Project Manager | 901 - eDiscovery Services | Search and investigation of database for missing images and text files. Follow-up re: field mapping, and layout / view creation for each producing party | 2.00 | $175.00 | $350.00 |
| Tisha Shurley | 4/4/2016 | EDS Project Manager | 901 - eDiscovery Services | Prepare documents for upload to hosting database | 0.50 | $175.00 | $87.50 |
| Archana Sidhartha | 4/5/2016 | EDS Project Manager | 901 - eDiscovery Services | search and investigation of database for missing images and text files. Communicated with client to determine the document load files. | 2.00 | $175.00 | $350.00 |

| | | | Matter Number: 901<br>Matter Description: EDISCOVERY SERVICES | | | |
|---|---|---|---|---|---|---|
| **NAME** | **DATE** | **POSITION** | **MATTER DESCRIPTION** | **DETAIL** | **HOURS BILLED** | **HOURLY BILLING RATE** | **COMPENSATION** |
| Sergio Riquelme | 4/5/2016 | EDS Project Manager | 901 - eDiscovery Services | Internal discussion re: Relativity workspace design, next steps for reviewing and searching and confirming field mapping against production spec | 0.50 | $175.00 | $87.50 |
| Scott Umshler | 4/5/2016 | EDS Project Manager | 901 - eDiscovery Services | Prepare PHH15225111851 for upload to hosting database | 1.20 | $175.00 | $210.00 |
| Scott Umshler | 4/5/2016 | EDS Project Manager | 901 - eDiscovery Services | Prepare NYF16095110950 for upload to hosting database | 1.80 | $175.00 | $315.00 |
| Archana Sidhartha | 4/6/2016 | EDS Project Manager | 901 - eDiscovery Services | Prepared documents with field mapping, Created layouts and views | 2.00 | $175.00 | $350.00 |
| Merle Pete | 4/13/2016 | EDS Project Manager | 901 - eDiscovery Services | Prepare NYF16095110950 for upload to hosted database | 1.00 | $175.00 | $175.00 |
| Sergio Riquelme | 4/15/2016 | EDS Project Manager | 901 - eDiscovery Services | Conference call with A. Benschoter and R. WIlliams to discuss options for redacting and producing Model spreadsheets | 0.70 | $275.00 | $192.50 |
| Archana Sidhartha | 4/20/2016 | EDS Project Manager | 901 - eDiscovery Services | Created bates gap report | 2.00 | $175.00 | $350.00 |
| Archana Sidhartha | 4/21/2016 | EDS Project Manager | 901 - eDiscovery Services | Updated planning doc for load field mapping | 2.00 | $175.00 | $350.00 |
| Sergio Riquelme | 4/29/2016 | EDS Project Manager | 901 - eDiscovery Services | Client call regarding search and next steps with Platinum Data; confirm workflow for searching metadata and prepare email outlining proposed workflow and cost estimate | 1.70 | $175.00 | $297.50 |
| Margery Renn | 4/29/2016 | EDS Project Manager | 901 - eDiscovery Services | Perform peer QC of new database setup | 0.50 | $175.00 | $87.50 |
| Siang Ong | 4/29/2016 | EDS Project Manager | 901 - eDiscovery Services | LTA0001- 1 new Relativity hosting database | 1.00 | $175.00 | $175.00 |
| **TOTAL** | | | | | **41.8** | | **$7,385.00** |