## **EXHIBIT E**

## **Summary of Actual and Necessary Expenses for the Sixth Interim Fee Period**

| Expense Category | Amount |
|---|---|
| HST142 - Upload productions (images, natives, text and metadata) to the Relativity hosted repository | $0.35 |
| HST626 – Relativity License Fee | $13,440.00 |
| HST756 - Billable storage fee (GB) for the eDiscovery Relativity repository | $224,628.80 |
| HST757 - Billable storage fee (GB) for the eDiscovery Relativity repository | $11,602.59 |
| PRO128 – Client media storage | $80.00 |
| PRO260 - Conversion of native files to TIFF images | $144.23 |
| **TOTAL** | **$249,895.97** |