# EXHIBIT F

## Detailed Description of Expenses and Disbursements

| Month | Expense Category | Quantity | Unit Cost | Amount |
|---|---|---|---|---|
| Jan-16 | HST626 – Relativity License Fee | 48 licenses | $70.00 | $3,360.00 |
| Jan-16 | HST756 - Billable storage fee (GB) for the eDiscovery Relativity repository | 4319.784 GB | $13.00 | $56,157.20 |
| Jan-16 | HST757 - Billable storage fee (GB) for the eDiscovery Relativity repository | 5.10 GB | $13.00 | $66.30 |
| Jan-16 | PRO128 – Client media storage | 2 files | $10.00 | $20.00 |
| Feb-16 | HST626 – Relativity License Fee | 48.00 licenses | $70 | $3,360.00 |
| Feb-16 | HST756 - Billable storage fee (GB) for the eDiscovery Relativity repository | 4,319.78 GB | $13.00 | $56,157.20 |
| Feb-16 | HST757 - Billable storage fee (GB) for the eDiscovery Relativity repository | 5.1 GB | $13.00 | $66.30 |
| Feb-16 | PRO128 – Client media storage | 2.00 files | $10.00 | $20.00 |
| Mar-16 | HST142 - Upload productions (images, natives, text and metadata) to the Relativity hosted repository | 0.01 GB | $35.00 | $0.35 |
| Mar-16 | HST626 – Relativity License Fee | 48.00 licenses | $70.00 | $3,360.00 |
| Mar-16 | HST756 - Billable storage fee (GB) for the eDiscovery Relativity repository | 4,319.78 GB | $13.00 | $56,157.20 |
| Mar-16 | HST757 - Billable storage fee (GB) for the eDiscovery Relativity repository | 305.95 GB | $13.00 | $3,977.35 |
| Mar-16 | PRO128 – Client media storage | 2.00 files | $10.00 | $20.00 |
| Mar-16 | PRO260 - Conversion of native files to TIFF images | 14,423.00 pages | $0.01 | $144.23 |
| Apr-16 | HST626 – Relativity License Fee | 48.00 licenses | $70.00 | $3,360.00 |
| Apr-16 | HST756 - Billable storage fee (GB) for the eDiscovery Relativity repository | 4,319.78 GB | $13.00 | $56,157.20 |
| Apr-16 | HST757 - Billable storage fee (GB) for the eDiscovery Relativity repository | 582.72 GB | $12.86 | $7,492.64 |
| Apr-16 | PRO128 – Client Media Storage | 2.00 EA | $10.00 | $20.00 |
| **TOTAL** | | | | **$249,895.97** |