# **EXHIBIT A**

**(Objection Chart)**

**ENERGY FUTURE HOLDINGS CORP., et al., Case No. 14-10979 (CSS)**

## STATUS CHART OF RESPONSES TO THE DISCLOSURE STATEMENT FOR THE AMENDED JOINT PLAN OF REORGANIZATION OF ENERGY FUTURE HOLDINGS CORP., ET AL., PURSUANT TO CHAPTER 11 OF THE UNITED STATES BANKRUPTCY CODE AS IT APPLIES TO THE TCEH DEBTORS AND EFH SHARED SERVICES DEBTORS[1]

### OBJECTIONS

| # | PARTY | DOCKET NO. | BASIS OF OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|
| 1 | The Bank of New York Mellon, as the PCRB Trustee  &  The Bank of New York Mellon Trust Company, N.A., as EFCH 2037 Notes Trustee | 8572 | 1. The Disclosure Statement does not contain adequate information because it does not provide sufficient information regarding the recovery that the holders of class C4 Claims, particularly Holders of PCRB Claims, will receive and the Debtors' explanation as to why class C6 Claims will be released and canceled without any distribution. | 1. **Resolved**. The TCEH Debtors (a) added a statement in the preamble of the TCEH Disclosure Statement, instructing Holders of PCRB Claims to review the statement of the PCRB Trustee, (b) included the statement of the PCRB Trustee in Article V.E.4., entitled "Class C4 - TCEH Unsecured Note Claims," and (c) included additional calculations regarding the Class C4 and Class C5 recoveries in Article I.E., entitled "Summary of Treatment of Claims and Interests and Description of Recoveries Under the Plan." |
| 2 | American Stock Transfer & Trust Company, LLC as EFH | 8574 | 1. The Disclosure Statement does not contain adequate information because it does not provide sufficient information regarding: how the dual-track confirmation process affects both the TCEH Debtors and EFH Corp.; the terms of the Tax Matters Agreement and the effect of the TCEH Reorganization on EFH Corp.'s tax attributes; | 1. The TCEH Debtors addressed the EFH Notes Indenture Trustee's Objection in the Reply filed on June 10, 2016 [D.I. 8686]. |

---

[1] Capitalized terms used but not defined herein shall be given the meanings ascribed to them in the Reply, Disclosure Statement Motion, TCEH Disclosure Statement, and Plan, as applicable.

The TCEH Debtors filed an amended TCEH Disclosure Statement on June 10, 2016, contemporaneously with the Reply [D.I. 8689], reflecting the resolution with The Bank of New York Mellon, as the PCRB Trustee, and The Bank of New York Mellon Trust Company, N.A., as EFCH 2037 Notes Trustee described herein.

The TCEH Debtors may file a further amended TCEH Disclosure Statement (and a further amended proposed TCEH Disclosure Statement Order) in advance of the hearing to consider approval of the TCEH Disclosure Statement, scheduled to commence on June 16, 2016 at 10:00 a.m. (prevailing Eastern Time).

| | | | OBJECTIONS | |
|---|---|---|---|---|
| # | PARTY | DOCKET NO. | BASIS OF OBJECTION | RESPONSE TO OBJECTION |
| | Notes Indenture Trustee | | and the transfer of EFH Corporate Services to the TCEH Debtors.<br><br>2. The Debtors should be required to file a separate plan and disclosure statement for the TCEH Debtors and E-Side Debtors, respectively. | 2. The TCEH Debtors are discussing potential additional disclosures to the TCEH Disclosure Statement to resolve some or all of the EFH Notes Indenture Trustee's Objection. As of the date hereof, the EFH Notes Indenture Trustee's Objection remains outstanding. |

| | | | RESERVATION OF RIGHTS | |
|---|---|---|---|---|
| # | PARTY | DOCKET NO. | STATEMENT | RESPONSE (IF ANY) |
| 1 | UMB Bank, N.A., as Indenture Trustee for the EFIH Unsecured Notes | 8575 | 1. To the extent the TCEH Debtors pivot to a taxable transaction, the Court should hold an additional hearing to determine, at that time, whether adequate information was provided.<br><br>2. The Debtors should be required to file a separate plan and disclosure statement for the TCEH Debtors and E-Side Debtors, respectively. | 1. The TCEH Debtors have agreed to add additional language to be included in the TCEH Disclosure Statement and TCEH Disclosure Statement Order regarding certain required agreements related to the EFH Debtors and EFIH Debtors. The TCEH Debtors believe that the addition of such language will satisfy the issues raised by the Indenture Trustee for the EFIH Unsecured Notes. |