## Exhibit C

### Voluntary Rate Disclosures

The blended hourly rates for all FEP timekeepers who billed to the Debtors during the Fee Period (the "Debtor Blended Hourly Rate") are shown in the following table.[1]

| Position at FEP | Debtor Blended Hourly Rate for This Fee Application |
| --- | --- |
| Managing Director | $730.14 |
| Director | $576.39 |
| Managing Consultant | $450.76 |
| Consultant | $388.46 |

---

[1]  FEP calculated the blended rate for timekeepers who billed to the Debtors by dividing the *total dollar amount billed* by such timekeepers during the Fee Period by the *total number of hours billed* by such timekeepers during the Fee Period by position.