## Exhibit D

## Summary of Total Fees Incurred and Hours Billed During the Fee Period

| Professional Person | Position with the Applicant | Fees Billed In this application | Hours Billed In this application | Hourly Rate Billed | | Fees Billed |
|---|---|---|---|---|---|---|
| | | | | In this Application | In the first Interim Application | In this application at First Interim Application billing rate |
| Todd W. Filsinger | Senior Managing Director | $370,125.00 | 493.50 | $750 | $750 | $370,125.00 |
| Jean Agras | Managing Director | $234,360.00 | 325.50 | $720 | $720 | $234,360.00 |
| Gary Germeroth | Managing Director | $461,160.00 | 640.50 | $720 | $720 | $461,160.00 |
| Dave Andrus | Director | $96,750.00 | 150.00 | $645 | n/a | n/a |
| Scott Davis | Director | $140,610.00 | 258.00 | $545 | $545 | $140,610.00 |
| Michael Green | Director | $33,000.00 | 60.00 | $550 | n/a | n/a |
| Paul Harmon | Director | $137,425.00 | 239.00 | $575 | $575 | $137,425.00 |
| Tim Wang | Director | $114,712.50 | 199.50 | $575 | $575 | $114,712.50 |
| Kimberly Eckert | Managing Consultant | $22,275.00 | 45.00 | $495 | n/a | n/a |
| Michael Gadsden | Managing Consultant | $66,378.00 | 144.30 | $460 | $460 | $66,378.00 |
| Jill Kawakami | Managing Consultant | $115,240.00 | 268.00 | $430 | $430 | $115,240.00 |
| Julie Lee | Managing Consultant | $3,960.00 | 8.00 | $495 | n/a | n/a |
| Buck Monday | Managing Consultant | $675.00 | 1.50 | $450 | $450 | $675.00 |
| Michael Perry | Managing Consultant | $40,180.00 | 98.00 | $410 | $410 | $40,180.00 |
| Nathan Pollak | Managing Consultant | $152,260.00 | 331.00 | $460 | $405 | $134,055.00 |
| Samuel Schreiber | Managing Consultant | $303,257.50 | 666.50 | $455 | $455 | $303,257.50 |
| Laura Hatanaka | Consultant | $57,525.00 | 147.50 | $390 | $390 | $57,525.00 |
| Pamela Morin | Consultant | $10,222.00 | 26.90 | $380 | $380 | $10,222.00 |
| | Totals:[1] | $2,360,115.00 | 4,102.70 | $575.26 | | |

---

[1] Blended hourly rate shown.

RLF1 14649869v.1