**Exhibit E**

**Summary of Actual and Necessary Expenses for the Fee Period**

| Expense (1) | Amount |
|---|---:|
| Lodging | $23,231.85 |
| Airfare | $29,287.76 |
| Taxi | $5,803.24 |
| Travel Meals | $4,393.02 |
| Other Travel Expenses | $3,219.40 |
| Market Research | $53,613.26 |
| Vehicle Rental | $1,109.27 |
| Other | $30.00 |
| **Totals:** | **$120,687.80** |

---

Travel expense categories included in this table have been summarized compared to the Detailed Description of Expenses Incurred (Exhibit H).

RLF1 14649869v.1