## Exhibit F

## Summary of Fees and Expenses by Project Category for the Fee Period

| Project Category Number | Project Category Description | Hours | Total Compensation | Expenses | Total |
|---|---|---|---|---|---|
| 1 | Long-Range Forecast | 437.20 | $255,208.00 | $0.00 | $255,208.00 |
| 2 | Metric Analysis | 39.10 | $28,950.00 | $0.00 | $28,950.00 |
| 3 | Generation Analysis | 836.60 | $447,502.50 | $0.00 | $447,502.50 |
| 4 | Retail Analysis | 75.00 | $43,397.50 | $0.00 | $43,397.50 |
| 5 | Commodity Analysis | 345.60 | $183,727.00 | $0.00 | $183,727.00 |
| 6 | Competitor Analysis | 204.00 | $112,370.00 | $0.00 | $112,370.00 |
| 7 | EBITDA Projection | 116.90 | $64,459.00 | $0.00 | $64,459.00 |
| 8 | Environmental Analysis | 140.50 | $73,170.00 | $0.00 | $73,170.00 |
| 9 | Short-Range Forecast | 18.00 | $13,320.00 | $0.00 | $13,320.00 |
| 10 | Capital Projects | 15.00 | $8,422.50 | $0.00 | $8,422.50 |
| 11 | Wholesale Operations | 152.90 | $97,972.50 | $0.00 | $97,972.50 |
| 12 | Retail Operations | 89.50 | $56,452.50 | $0.00 | $56,452.50 |
| 13 | T&D Operations | 87.00 | $56,800.00 | $0.00 | $56,800.00 |
| 14 | Data Collection and Diligence | 232.40 | $127,944.50 | $0.00 | $127,944.50 |
| 15 | Reports | 126.70 | $74,762.00 | $0.00 | $74,762.00 |
| 16 | Hearings | 26.00 | $17,840.00 | $0.00 | $17,840.00 |
| 17 | On Site Diligence | 228.50 | $148,350.00 | $120,687.80 | $269,037.80 |
| 18 | Project Management | 12.50 | $9,000.00 | $0.00 | $9,000.00 |
| 19 | Project Administration | 0.00 | $0.00 | $0.00 | $0.00 |
| 20 | T&D Forecast | 11.50 | $8,325.00 | $0.00 | $8,325.00 |
| 21 | Fee Objection & Litigation | 0.00 | $0.00 | $0.00 | $0.00 |

| Project Category Number | Project Category Description | Hours | Total Compensation | Expenses | Total |
|---|---|---|---|---|---|
| 22 | Fee Application | 40.90 | $18,067.00 | $0.00 | $18,067.00 |
| 23 | Business Services Analysis | 8.00 | $5,850.00 | $0.00 | $5,850.00 |
| 24 | Retail Margins | 9.00 | $4,905.00 | $0.00 | $4,905.00 |
| 25 | T&D Market Research | 4.00 | $2,087.50 | $0.00 | $2,087.50 |
| 26 | Wholesale Market Research | 99.50 | $47,702.50 | $0.00 | $47,702.50 |
| 27 | Retail Market Research | 42.50 | $23,162.50 | $0.00 | $23,162.50 |
| 28 | Performance Analysis | 10.00 | $6,290.00 | $0.00 | $6,290.00 |
| 29 | Sales, General & Administrative Analysis | 16.50 | $10,932.50 | $0.00 | $10,932.50 |
| 30 | Portfolio Analysis | 71.00 | $38,600.00 | $0.00 | $38,600.00 |
| 31 | Oncor Revenue Analysis | 3.00 | $1,525.00 | $0.00 | $1,525.00 |
| 32 | Oncor Capital Structure | 4.00 | $3,000.00 | $0.00 | $3,000.00 |
| 33 | Regulatory Analysis | 87.00 | $55,005.00 | $0.00 | $55,005.00 |
| 34 | Claims & Settlement Issues | 11.90 | $8,925.00 | $0.00 | $8,925.00 |
| 35 | Property Tax Analysis | 500.50 | $306,090.00 | $0.00 | $306,090.00 |
| **Totals** | | **4,102.70** | **$2,360,115.00** | **$120,687.80** | **$2,480,802.80** |

RLF1 14649869v.1