**IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Objection Deadline: July 5, 2016 at 4:00 p.m.** |

**SUMMARY OF THE FIFTH INTERIM FEE APPLICATION OF ALIXPARTNERS, LLP SEEKING COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS RESTRUCTURING ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ENERGY FUTURE HOLDINGS CORPORATION, ENERGY FUTURE INTERMEDIATE HOLDING COMPANY, LLC, EFIH FINANCE INC., AND EECI, INC.
FOR THE PERIOD FROM JANUARY 1, 2016 THROUGH APRIL 30, 2016**

| | |
|---|---|
| Name of Applicant: | AlixPartners, LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | January 12, 2015 *nunc pro tunc* to November 20, 2014 |
| Period for which compensation and reimbursement are sought: | January 1, 2016 through April 30, 2016 |
| Amount of Compensation sought as actual, reasonable, and necessary: | $19,202.00 (100% of fees) |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $0.00 |

This is a(n): monthly  X interim __final application

---

[1] The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

**SUMMARY OF FEES AND EXPENSES REQUESTED TO DATE FOR SERVICES PERFORMED BY ALIXPARTNERS LLP ON BEHALF OF THE COMMITTEE**

| Date and Docket No. | Compensation Period | Requested Fees | Requested Expenses | Paid Fees | Paid Expenses | 20% Holdback | Approved |
|---|---|---|---|---|---|---|---|
| 01/26/2015 [Docket No. 3370] | 11/20/2014-11/30/2014 | $70,696.00 | $361.81 | $56,556.80 | $361.81 | $14,139.20 | yes |
| 02/05/2015 [Docket No. 3458] | 12/01/2014-12/31/2014 | 308,412.50 | 35,784.90 | 246,730.00 | 35,784.90 | 61,682.50 | yes |
| 02/26/2015 [Docket No. 3686] | 01/01/2015-01/31/2015 | 410,600.75 | 38,637.84 | 328,480.60 | 38,637.84 | 82,120.15 | yes |
| 03/24/2015 [Docket No. 3954] | 02/01/2015-02/28/2015 | 337,222.75 | 17,005.72 | 269,778.20 | 17,005.72 | 67,444.55 | yes |
| 04/22/2015 [Docket No. 4246] | 03/01/2015-03/31/2015 | 274,643.25 | 46,858.60 | 219,714.60 | 46,858.60 | 54,928.65 | yes |
| 05/22/2015 [Docket No. 4573] | 04/01/2015-04/30/2015 | 234,922.00 | 76,095.56 | 187,937.60 | 76,095.56 | 46,984.40 | yes |
| 6/22/2015 [Docket No. 4814] | 05/01/2015-05/31/2015 | 75,366.00 | 35,486.96 | 60,292.80 | 35,486.96 | 15,073.20 | yes |
| 07/21/2015 [Docket No. 5058] | 06/01/2015-06/30/2015 | 69,462.00 | 8.41 | 55,569.60 | 8.41 | 13,892.40 | yes |
| 08/24/2015 [Docket No. 5692] | 07/01/2015-07/31/2015 | 61,433.00 | 29,225.85 | 49,146.40 | 29,225.85 | 12,286.60 | yes |
| 09/25/2015 [Docket No. 6185] | 08/01/2015-08/31/2015 | 217,347.25 | 11,607.87 | 173,877.80 | 11,607.87 | 43,469.45 | yes |
| 10/21/2015 [Docket No. 6546] | 09/01/2015-09/30/2015 | 360,246.00 | (217.80) | 287,979.00 | 0.00 | 72,049.20 | pending |
| 11/30/2015 [Docket No. 7171] | 10/01/2015-10/31/2015 | 576,049.50 | 49,103.99 | 460,839.60 | 49,103.99 | 115,209.90 | pending |
| 1/19/2016 [Docket No. 7689] | 11/01/2015-11/30/2015 | 178,044.00 | 4,354.32 | 142,435.20 | 4,354.32 | 35,608.80 | pending |
| 02/03/2016 [Docket No. 7779] | 12/01/2015-12/31/2015 | 4,496.00 | 47,781.09 | 3,596.80 | 47,781.09 | 899.20 | pending |
| 03/08/16 [Docket No. 7975] | 01/01/2016-01/31/2016 | 7,706.00 | 0.00 | 6,164.80 | 0.00 | 1,541.20 | pending |
| 03/23/16 [Docket No. 8060] | 02/01/2016-02/29/2016 | 4,983.00 | 0.00 | 3,986.40 | 0.00 | 996.60 | pending |
| 04/22/2016 [Docket No. 8259] | 03/01/2016-03/31/2016 | 3,314.00 | 0.00 | pending | pending | 662.80 | pending |
| 05/23/2016 [Docket No. 8506] | 04/01/16-04/30/2016 | 3,199.00 | 0.00 | pending | pending | 639.80 | pending |

**SUMMARY OF PROFESSIONAL SERVICES RENDERED BY ALIXPARTNERS LLP ON BEHALF OF THE COMMITTEE BY PROJECT CATEGORY FOR THE COMPENSATION PERIOD**
**JANUARY 1, 2016 THROUGH APRIL 30, 2016**

| Project Code | Description | Hours | Amount |
|---|---|---|---|
| 9021.00155 | Claims Analysis | 1.0 | 720.00 |
| 9021.00190 | UCC Meetings | 2.8 | 2,654.00 |
| 9021.00197 | Fee Applications and Retention | 21.5 | 15,828.00 |
| **Total Fees Requested** | | **25.3** | **$19,202.00** |

**SUMMARY OF PROFESSIONAL FEES EARNED BY ALIXPARTNERS LLP ON BEHALF OF THE COMMITTEE FOR THE COMPENSATION PERIOD JANUARY 1, 2016 THROUGH APRIL 30, 2016**

| Name of Professional | Description of Function | Hourly Rate 2016 | Total Hours | Total Compensation |
|---|---|---|---|---|
| Alan Holtz | Managing Director | $1,010 | 3.4 | $ 3,434.00 |
| Adam Z. Hollerbach | Director | 720 | 21.9 | $ 15,768.00 |
| | | | **25.3** | **$19,202.00** |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, [2] | ) | Case No. 14-10979 (CSS) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Deadline: July 5, 2016 at 4:00 p.m. |

**FIFTH INTERIM FEE APPLICATION OF ALIXPARTNERS, LLP
SEEKING COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES INCURRED AS RESTRUCTURING ADVISOR TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS OF ENERGY FUTURE HOLDINGS
CORPORATION, ENERGY FUTURE INTERMEDIATE HOLDING COMPANY, LLC, EFIH
FINANCE INC., AND EECI, INC.
FOR THE PERIOD FROM JANUARY 1, 2016 THROUGH APRIL 30, 2016**

Pursuant to sections 328 and 1103 of title 11 of the United States Code, and Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "***Bankruptcy Rules***"), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals,* entered on September 16, 2014 [Docket No. 2066] (the "***Interim Compensation Order***"), and the *Stipulation and Order Appointing a Fee Committee* [Docket No. 1896] (the "***Fee Committee Order***"), AlixPartners, LLP ("***AlixPartners***"), Restructuring Advisor to the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance Inc., and EECI, Inc. (the "***Committee***") in the above-captioned chapter 11 matter, hereby files its fifth interim fee application (the "***Fee Application***") seeking compensation for services rendered during the period of January 1, 2016 through April 30, 2016 (the "***Application Period***"). Specifically, AlixPartners seeks approval of $19,202.00

---

[2]   The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

(representing 100% of fees earned) incurred during the Application Period. In support of its Fee Application, AlixPartners respectfully represents as follows:

## BACKGROUND

1. On April 29, 2014 (the "***Petition Date***"), the Debtors filed voluntary petitions for reorganization under chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court, District of Delaware (the "***Chapter 11 Cases***").

2. On October 27, 2014, the Office of the United States Trustee for the District of Delaware (the "***U.S. Trustee***") pursuant to section 1102 of the Bankruptcy Code, appointed the Committee to represent the interests of unsecured creditors[3] in these Chapter 11 Cases pursuant to section 1102(a)(1) of the bankruptcy Code [Docket No. 2570]. The U.S. Trustee selected the following five parties to serve as members of the Committee: (i) Mark B. Landon; (ii) Brown & Zhou, LLC, c/o Belleair Aviation, LLC (attn.: Mabel Brown); (iii) Peter Tinkham; (iv) Shirley Fenicle, as successor-in-interest to the Estate of George Fenicle, c/o Kazan, McClain, Satterley & Greenwood, PLC, (attn.: Steven Kazan); (v) David William Fahy, c/o Early, Lucarelli, Sweeney & Meisenkothen, LLC (attn.: Ethan Early).

3. On January 12, 2015, the Court entered an Order Authorizing the Committee to Employ and Retain AlixPartners as its Restructuring Advisor *Nunc Pro Tunc* to November 20, 2014 (the "***Retention Order***") [Docket No. 3242] in accordance with the terms and conditions of AlixPartners' Engagement Letter with the Committee (as referenced and defined in the Retention Order).

---

[3] Composed of Energy Future Holdings Corp.; Energy Future Intermediate Holding Company, LLC; EFIH Finance, Inc., and EECI, Inc., this committee represents the interests of the unsecured creditor of the aforementioned debtors and no others.

4. This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

### Summary of Monthly Statements

5. Pursuant to the Engagement Letter, as approved and amended by the terms of the Retention Order, AlixPartners is entitled to compensation for fees earned in its role advising the Committee during the pendency of the Debtors' Chapter 11 Cases.

6. This Fee Application and the description of services set forth herein are in compliance with the requirements of Del.Bankr.L.R. 2016-2, and the applicable guidelines and requirements of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and the Executive Office for the United States Trustee. A true and correct copy of the Certification of Alan D. Holtz is attached hereto as **Exhibit 1.**

7. AlixPartners seeks allowance pursuant to the Interim Compensation Order with respect to the sum of $19,202.00 as compensation for services rendered for the Application Period.

8. All services for which compensation is requested by AlixPartners in this Fee Application were performed for or on behalf of the Committee. There is no agreement or understanding between AlixPartners and any other person for the sharing of compensation to be received for services rendered in these cases.

9. Annexed hereto as **Exhibit 2** is AlixPartners' time detail for the Application Period.

**SUMMARY OF PROFESSIONAL SERVICES RENDERED**

10. During the Application Period, AlixPartners provided very limited services to the Committee. All services for which compensation is requested by AlixPartners were performed for or on behalf of the Committee.

11. Services provided to the Committee for the Application Period included the following:

**A. CLAIMS ANALYSIS**

12. During the Application Period, AlixPartners' services performed in connection with this category relate to review of the claims reconciliation process and contract rejections/assumptions. AlixPartners' work in this area involved the assessment of claims and the claims evaluation/reconciliation process, and was critical to the Committee because of the impact that the ultimate claim amounts have on unsecured creditor recoveries. AlixPartners seeks compensation for one hour of reasonable and necessary professional fees incurred for Claims Analysis in the total amount of $720.00.

**B. UCC MEETINGS**

13. During the Application Period, AlixPartners prepared for and attended telephonic and in-person meetings with the UCC. AlixPartners' participation in these meetings was important because AlixPartners' personnel shared information and advice based on the work it performed for the UCC, gained the insights of work performed by other UCC professionals, and participated in strategic discussions with the UCC. AlixPartners seeks compensation for 2.8 hours of reasonable and necessary professional fees incurred for participation in UCC Meetings in the total amount of $2,654.00.

C. **FEE APPLICATIONS AND RETENTION**

14. During the Application Period, AlixPartners' services performed in connection with this category relate to preparation and review of various documents and schedules to facilitate retention related issues, monthly billing statements, and interim fee applications. The significant majority of the time on this matter was billed in January and February and related to preparation of the Fourth Interim Fee Application. AlixPartners seeks compensation for 21.5 hours of reasonable and necessary professional fees incurred for Fee Applications and Retention in the total amount of $15,828.00.

## STATEMENT OF ALIXPARTNERS

15. The foregoing professional services performed by AlixPartners were appropriate and necessary to the effective administration of these Chapter 11 Cases. They were in the best interests of creditors, the Debtors' estate, and other parties-in-interest. Compensation for the foregoing services as requested is commensurate with the complexity, importance, and nature of the issues involved. Professional services rendered by AlixPartners were performed in an appropriately expeditious and efficient manner. In addition, AlixPartners has made every effort to minimize its expense disbursements in these Chapter 11 Cases.

16. These Chapter 11 cases are large and complicated, made especially difficult because of the fundamental conflict of interest between "E-Side" and "T-Side" creditors, and the need for any fair plan to strike a balance between their competing interests.

17. The three most important issues that will affect ultimate recoveries for E-Side unsecured creditors are: (1) the realized value of the assets from which E-Side claims will derive a recovery, (2) the size of the E-Side unsecured claims pool, and (3) the magnitude of intercompany claims between the two sides. The majority of the work performed by AlixPartners during the Application Period (including Claims Analysis and Potential Litigation)

was related to the third of these – intercompany claims. To put the size of this issue in perspective, one need only compare the intercompany settlement in the Debtors' proposed plan of reorganization – $700 million – to the amount that had been approved by EFH at the commencement of the case: $0. Hundreds of millions of dollars are at stake in these Chapter 11 Cases, and the important work performed by AlixPartners with respect thereto on behalf of the Committee and all "E-side" unsecured creditors during the Application Period was reasonable, necessary, and of great value.

## THE REQUESTED COMPENSATION SHOULD BE ALLOWED

18.     The services for which AlixPartners seeks compensation in this Fee Application were, at the time rendered, necessary for, beneficial to, and in the best interests of, the Committee and the Debtors' estates. During the Application Period, AlixPartners worked diligently to maximize the value of the Debtors' estates for the benefit of all unsecured creditors. The services rendered by AlixPartners were consistently performed in a timely manner commensurate with the complexity, importance, and nature of the issues involved. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by AlixPartners is fair and reasonable given (a) the complexity of these Chapter 11 Cases, (b) the time expended, (c) the nature and extent of the services rendered, and (d) the value of such services.

## RELIEF REQUESTED

19.     At the time of this Fee Application, AlixPartners has received payments (80% of approved amount of fees and 100% of expenses) on account for the January and February 2016 Monthly Fee Statements in the aggregate amount of $10,151.20. At the time of the filing of this Fee Application, AlixPartners has not received any payment with respect to the March and April 2016 Monthly Fee Statements. Therefore, and pursuant to the Administrative Order,

AlixPartners hereby requests payment of the remaining 20% for the monthly fee statement periods of January and February 2016 in the amount of $2,537.80 and 100% of its fees earned and expenses incurred during the fee statement periods of March and April, 2016 in the amount of $6,513.00. In accordance with the Administrative Order, notice of this Fee Application has been given to the Notice Parties identified in paragraph 2 (a) of the Administrative Order. Because of the nature of the relief requested, such notice is sufficient and that no further notice of the relief requested in the Fee Application need be provided.

## NO PRIOR REQUEST

20.     No prior application for the relief requested herein has been made to this or any other Court.

## RESERVATION OF RIGHTS AND NOTICE

21.     Although every effort has been made to include all fees and expenses incurred in the Application Period, some fees and expenses might not be included in this Interim Fee Application due to delays caused by accounting and processing during the Application Period. AlixPartners reserves the right to make further application to this Court for allowance of such fees and expenses not included herein.

WHEREFORE, AlixPartners respectfully requests (i) that this Court enter an order awarding payment of 100% of compensation for professional services rendered in the amount of $19,202.00, and (ii) that this Court grant AlixPartners such other and further relief as is just.

Dated: New York, NY  
June 15, 2016                    ALIXPARTNERS, LLP

                                  */s/ Alan D. Holtz*  
                                  Alan D. Holtz  
                                  Managing Director  
                                  AlixPartners, LLP

**EXHIBIT 1**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF DELAWARE**

|   |   |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| **ENERGY FUTURE HOLDINGS CORP., et al.,** [4] ) | Case No. 14-10979 (CSS) |
| ) | Jointly Administered |
| Debtors. ) | |

**CERTIFICATION OF ALAN D HOLTZ UNDER GUIDELINES FOR FEES AND DISBURSEMENTS FOR PROFESSIONALS IN RESPECT TO THE FIFTH INTERIM APPLICATION OF ALIXPARTNERS, LLP AS RESTRUCTURING ADVISOR FOR THE EFH OFFICIAL COMMITTEE SEEKING COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM JANUARY 1, 2016 THROUGH APRIL 30, 2016**

I, Alan D. Holtz, make this declaration and state as follows:

1. I am a Managing Director of AlixPartners, LLP ("***AlixPartners***"), which maintains offices at, among other locations, 909 Third Avenue, New York, NY 10022.

2. This certification is made in respect of the Firm's compliance with Local Rule 2016-2 (c)-(g) of the Local Rules of Bankruptcy Practice and the Procedure for the United States Bankruptcy Court of the District of Delaware (the "***Local Rule***"), the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses filed under 11 U.S.C. § 330, dated January 30, 1996 (the "***UST Guidelines***" and, together with the Local Rule, the "***Guidelines***"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals*, dated September 16, 2014 [Docket No. 2066] for interim compensation and

---

[4] The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

reimbursement of fees for the period commencing January 1, 2016 through April 30, 2016 in accordance with the Guidelines.

3. In respect of Section (g) of the Local Rule, I certify that I have reviewed the requirements of the Local Rule and to the best of my knowledge, information, and belief formed after reasonable inquiry, the Fee Application complies with the Local Rule.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: New York, NY  
      June 15, 2016

ALIXPARTNERS, LLP

*/s/ Alan D. Holtz*_____  
Alan D. Holtz  
Managing Director  
AlixPartners, LLP

# **EXHIBIT 2**

# **Time Detail**

| Invoice Number | Matter Name | Date | Timekeeper Name | Position/Title | Hourly Rate | Hours | Fees | Task Description |
|---|---|---|---|---|---|---|---|---|
| 2076014 | Fee Applications and Retention | 20160111 | Hollerbach, Adam Z | Director | $ 720 | 1.2 | $ 864.00 | Review of fee statement support data and provide comments to internal team |
| 2076014 | Fee Applications and Retention | 20160114 | Hollerbach, Adam Z | Director | $ 720 | 2.3 | $ 1,656.00 | Review of fee application and provide comments to internal team |
| 2076014 | Fee Applications and Retention | 20160115 | Hollerbach, Adam Z | Director | $ 720 | 0.9 | $ 648.00 | Final review of fee statement |
| 2076014 | Fee Applications and Retention | 20160115 | Hollerbach, Adam Z | Director | $ 720 | 0.4 | $ 288.00 | Follow up on internal team and counsel re: filing timing |
| 2076014 | Fee Applications and Retention | 20160119 | Hollerbach, Adam Z | Director | $ 720 | 0.8 | $ 576.00 | Update of the fee statement and email to local counsel. |
| 2076014 | Fee Applications and Retention | 20160121 | Hollerbach, Adam Z | Director | $ 720 | 0.4 | $ 288.00 | Upload files to the FTP site |
| 2076014 | UCC Meetings | 20160125 | Holtz, Alan | Managing Director | $ 1,010 | 0.5 | $ 505.00 | Bi-weekly UCC Call |
| 2076014 | Fee Applications and Retention | 20160127 | Hollerbach, Adam Z | Director | $ 720 | 1.4 | $ 1,008.00 | Review of support for fee statement |
| 2076014 | Fee Applications and Retention | 20160129 | Holtz, Alan | Managing Director | $ 1,010 | 0.5 | $ 505.00 | December bill review |
| 2076014 | Fee Applications and Retention | 20160129 | Hollerbach, Adam Z | Director | $ 720 | 0.6 | $ 432.00 | Internal communication re: 4th Interim Fee Application |
| 2076014 | Fee Applications and Retention | 20160129 | Hollerbach, Adam Z | Director | $ 720 | 1.3 | $ 936.00 | Review supporting documentation for the December fee statement |
| 2076884 | Fee Applications and Retention | 20160210 | Hollerbach, Adam Z | Director | $ 720 | 1.0 | $ 720.00 | Review of interim fee application and provide edits to internal team |
| 2076884 | Fee Applications and Retention | 20160215 | Hollerbach, Adam Z | Director | $ 720 | 2.0 | $ 1,440.00 | Review of fee application and provide comments to risk management group |
| 2076884 | Fee Applications and Retention | 20160216 | Hollerbach, Adam Z | Director | $ 720 | 2.8 | $ 2,016.00 | Review and revision of interim fee application draft |
| 2076884 | Fee Applications and Retention | 20160223 | Holtz, Alan | Managing Director | $ 1,010 | 0.3 | $ 303.00 | Review January fee statement |
| 2076884 | Fee Applications and Retention | 20160229 | Hollerbach, Adam Z | Director | $ 720 | 0.7 | $ 504.00 | Follow up on monthly fee statement language |
| 2077624 | UCC Meetings | 20160307 | Holtz, Alan | Managing Director | $ 1,010 | 0.5 | $ 505.00 | Bi-weekly UCC call |
| 2077624 | Fee Applications and Retention | 20160307 | Hollerbach, Adam Z | Director | $ 720 | 0.3 | $ 216.00 | Review of January fee statement and provide comments |
| 2077624 | Fee Applications and Retention | 20160308 | Hollerbach, Adam Z | Director | $ 720 | 0.3 | $ 216.00 | Final revisions to fee statement and email to local counsel |
| 2077624 | Claims Analysis | 20160315 | Hollerbach, Adam Z | Director | $ 720 | 1.0 | $ 720.00 | Review latest information on settlement status |
| 2077624 | Fee Applications and Retention | 20160315 | Hollerbach, Adam Z | Director | $ 720 | 0.2 | $ 144.00 | Review fee application supporting data and provide comments to internal team |
| 2077624 | Fee Applications and Retention | 20160322 | Hollerbach, Adam Z | Director | $ 720 | 1.4 | $ 1,008.00 | Review draft fee statement |
| 2077624 | UCC Meetings | 20160328 | Holtz, Alan | Managing Director | $ 1,010 | 0.5 | $ 505.00 | UCC Update Call |
| 2078788 | Fee Applications and Retention | 20160408 | Hollerbach, Adam Z | Director | $ 720 | 0.6 | $ 432.00 | Review of support data for fee statement |
| 2078788 | UCC Meetings | 20160411 | Hollerbach, Adam Z | Director | $ 720 | 0.2 | $ 144.00 | Email A. Holtz with summary of UCC call |
| 2078788 | UCC Meetings | 20160411 | Hollerbach, Adam Z | Director | $ 720 | 0.4 | $ 288.00 | Update call with UCC |
| 2078788 | Fee Applications and Retention | 20160418 | Hollerbach, Adam Z | Director | $ 720 | 0.4 | $ 288.00 | Preparation of support data for monthly fee statement |
| 2078788 | Fee Applications and Retention | 20160421 | Hollerbach, Adam Z | Director | $ 720 | 1.3 | $ 936.00 | Review and send fee statement for March |
| 2078788 | UCC Meetings | 20160425 | Holtz, Alan | Managing Director | $ 1,010 | 0.7 | $ 707.00 | UCC telephonic meeting |
| 2078788 | Fee Applications and Retention | 20160428 | Holtz, Alan | Managing Director | $ 1,010 | 0.4 | $ 404.00 | Review supplemental disclosure document |
| | | | | | | 25.3 | $ 19,202.00 | |