## Exhibit A

[Verification of Peter J. Young]

56656738v2

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) | (Jointly Administered) |

### Verification of Peter J. Young

1. I am a partner in the firm of Proskauer Rose LLP ("Proskauer"),[2] which maintains an office for the practice of law at 70 West Madison Street, Suite 3800, Chicago, Illinois 60602. I am one of the lead attorneys from Proskauer working on the EFH Corp.'s chapter 11 case. I am an attorney duly licensed in, and am a member in good standing of, the Bar for the State of Illinois and am admitted to practice in the United States District Court for the Northern District of Illinois. There are no disciplinary proceedings pending against me.

2. I have personally performed many of the legal services rendered by Proskauer as counsel to EFH Corp. and am familiar with all other work performed on behalf of EFH Corp. by the lawyers and other persons in the firm.

3. The facts set forth in the foregoing Fee Application are true and correct to the best of my knowledge, information and belief.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Each capitalized term used but not otherwise defined herein shall have the meaning ascribed thereto in the *Fifth Interim Application of Proskauer Rose LLP, Counsel for Debtor Energy Future Holdings Corp., for Compensation for Services Rendered and Reimbursement of Expenses Incurred from January 1, 2016 Through April 30, 2016* (the "Fee Application").

56656738v2

2

4. I have reviewed Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedures of the United States Bankruptcy Court for the District of Delaware and believe that Proskauer's Fee Application complies with Rule 2016-2.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 15, 2016  /s/ *Peter J. Young*

                                                       Name:  Peter J. Young
                                                       Title:  Partner, Proskauer Rose LLP