# Exhibit C

[Attorneys' and Paraprofessionals' Information]

56656738v2

Proskauer attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation Sought in this Fee Application | Compensation if Billed at First Interim Application Billing Rate |
|---|---|---|---|---|---|---|---|
| Julie M. Allen | Partner | 1984 | Corporate | $1,350 | 35.0 | $47,250.00 | $44,625.00 |
| Richard M. Corn | Partner | 2005 | Tax | $925 | 193.7 | $179,172.50 | $169,487.50 |
| Michael E. Ellis | Partner | 2007 | Corporate | $925 | 1.4 | $1,295.00 | $1,120.00 |
| Michael A. Firestein | Partner | 1983 | Litigation | $1,025 | 36.7 | $37,617.50 | $35,782.50 |
| Daniel I. Ganitsky | Partner | 2001 | Corporate | $1,050 | 6.8 | $7,140.00 | $6,800.00 |
| Jeff J. Marwil | Partner | 1986 | Corporate | $1,200 | 16.6 | $19,920.00 | $18,675.00 |
| Paul Possinger | Partner | 1993 | Corporate | $1,050 | 0.4 | $410.00 | $390.00 |
| Lary Alan Rappaport | Partner | 1979 | Litigation | $950 | 6.0 | $5,700.00 | $5,400.00 |
| Stuart L. Rosow | Partner | 1976 | Tax | $1,350 | 109.7 | $148,095.00 | $139,867.50 |
| Mark K. Thomas | Partner | 1981 | Corporate | $1,200 | 288.9 | $346,680.00 | $325,012.50 |
|  |  |  |  | $600 | 39.0 | $23,400.00[1] | $21,937.50[1] |
| Peter J. Young | Partner | 2002 | Corporate | $1,000 | 382.7 | $382,700.00 | $353,997.50 |
|  |  |  |  | $500 | 18.3 | $9,150.00[1] | $8,463.75[1] |
| Bowon Koh | Associate | 2015 | Corporate | $445 | 3.0 | $1,335.00 | $1,185.00 |
| Joseph P. Malca | Associate | 2013 | Tax | $610 | 220.6 | $134,566.00 | $126,845.00 |
| Lara B. Miller | Associate | 2012 | Corporate | $695 | 5.6 | $3,892.00 | $3,696.00 |
| Jennifer L. Roche | Associate | 2007 | Litigation | $850 | 0.6 | $510.00 | $477.00 |
| Gary Silber | Associate | 2011 | Tax | $770 | 140.4 | $108,108.00 | $97,578.00 |
| Jeramy Webb | Associate | 2015 | Corporate | $445 | 40.6 | $18,067.00 | $16,037.00 |
| Jared D. Zajac | Associate | 2009 | Corporate | $825 | 44.6 | $36,795.00 | $34,119.00 |
| **Total** |  |  |  |  | **1590.6** | **$1,511,803.00** | **$1,411,495.75** |

---

[1] Represents a fifty percent (50%) reduction for non-working travel time.

Proskauer paraprofessionals who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate[1] | Total Billed Hours | Total Compensation Sought in this Fee Application | Compensation if Billed at First Interim Application Billing Rate |
|---|---|---|---|---|---|---|---|
| Natasha Petrov | Paralegal | 1 year | Corporate | $300 | 0.6 | $180.00 | $171.00 |
| Javier Santiago | Legal Assistant | 13 years | Corporate | $325 | 0.5 | $162.50 | $152.50 |
| **Total** | | | | | **1.1** | **$342.50** | **$323.50** |
| **TOTAL FOR PROFESSIONALS AND PARAPROFESSIONALS** | | | | | 1,591.7 | $1,512,145.50 | $1,411,819.25 |