# **Exhibit D**

[Summary of Actual and Necessary Expenses for the Fee Period]

56656738v2

| EXPENSE CATEGORY | AMOUNT |
|---|---:|
| Reproduction Costs (at $0.10 per page) | $781.8 |
| Telecommunications | $0.00[1] |
| Research (Lexis/Westlaw/Other Database Searches) | $9,406.15[2] |
| Litigation and Corporate Support Services[3] | $366.40 |
| Travel Out-of-Town – Transportation | $4,036.58[4] |
| Taxi, Carfare, Mileage, Parking | $1,571.37[5] |
| Business Meals | $1,554.20[6] |
| Out-of-Town Lodging | $2,300.00[7] |
| Word Processing | $0.00[8] |
| Other Disbursements | $0.00[9] |
| **Total** | **$20,016.50** |

---

[1] Reflects a reduction of $3.48 for telecommunication expenses incurred that are not reimbursable pursuant to the fee committee guidelines.

[2] Includes a reduction of $14.70 for an inadvertent database expense.

[3] Consists of CourtCall, PACER and outside copying expenses.

[4] Includes non-refundable first-class airfare reduced by fifty percent (50%) to approximate the cost differential between non-refundable first-class airfare and refundable coach-class fare, addressing the concerns of the Fee Committee with respect to such expenses.

[5] Includes a reduction of $559.88 for cab and carfare expenses incurred going to and from airports in excess of the reimbursable cap imposed by the Fee Committee.

[6] Includes a reduction of $1,457.22 for business meal expenses in excess of the reimbursable cap imposed by the Fee Committee.

[7] Includes a reduction of $760.75 for lodging expenses in excess of the reimbursable cap imposed by the Fee Committee.

[8] Reflects a reduction of $107.55 for word processing and proofreading expenses incurred that are not reimbursable pursuant to the Fee Committee guidelines.

[9] Reflects a reduction of $1,046.20 for certain overtime expenses that are not reimbursable pursuant to the Fee Committee guidelines.