**Exhibit E**

[Statement of Fees by Subject Matter]

| MATTER NUMBER | MATTER DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 001 | Case Administration | 6.9 | $6,257.50 |
| 003 | EFH Business Operations | 9.6 | $9,940.00 |
| 004 | EFH Contested Matters and Adversary Proceedings | 22.3 | $22,547.50 |
| 005 | EFH Corporate Governance and Board Matters | 137.8 | $153,050.00 |
| 006 | Discovery (Intercompany and Cross Debtor Claims) | 1.8 | $1,802.50 |
| 007 | Employment Applications | 0.4 | $400.00 |
| 008 | Fee Applications and Objections | 78.9 | $72,145.00 |
| 009 | Financing and Cash Collateral | 3.4 | $3,590.00 |
| 010 | Hearings | 1.6 | $1,740.00 |
| 011 | Claims Investigations, Analyses and Objections | 5.1 | $4,890.00 |
| 014 | Non-Working Travel | 57.3 | $32,550.00 |
| 015 | Plan and Disclosure Statement | 484.8 | $515,942.50 |
| 016 | Tax | 781.8 | $687,290.50 |
| **TOTAL FOR ALL MATTER NOS.** | | **1,591.7** | **$1,512,145.50** |

56656738v2