# Exhibit G

[Summary, by Matter Number, of Fees Budgeted and Fees Incurred During the Fee Period]

## Summary of Legal Services Rendered

| Matter Number | Matter Description | Hours | | Total Compensation | |
|---|---|---|---|---|---|
| | | **Budgeted** | **Billed** | **Budgeted** | **Billed** |
| 001 | Case Administration | 20-24 | 6.9 | $20,000-$24,000 | $6,257.50 |
| 003 | EFH Business Operations | 8-12 | 9.6 | $8,000-$12,000 | $9,940.00 |
| 004 | EFH Contested Matters and Adversary Proceedings | 20-24 | 22.3 | $20,000-$24,000 | $22,547.50 |
| 005 | EFH Corporate Governance and Board Matters | 77-92 | 137.8 | $90,000-$110,000 | $153,050.00 |
| 006 | Discovery (Intercompany and Cross Debtor Claims) | 0-0 | 1.8 | $0-$0 | $1,802.50 |
| 007 | Employment Applications | 0-0 | 0.4 | $0-$0 | $400.00 |
| 008 | Fee Applications and Objections | 100-120 | 78.9 | $95,000-$115,000 | $72,145.00 |
| 009 | Financing and Cash Collateral | 20-24 | 3.4 | $20,000-$24,000 | $3,590.00 |
| 010 | Hearings | 50-60 | 1.6 | $55,000-$69,000 | $1,740.00 |
| 011 | Claims Investigations, Analyses and Objections | 100-122 | 5.1 | $92,000-$112,000 | $4,890.00 |
| 014 | Non-Working Travel | 0-0 | 57.3 | $0-$0 | $32,550.00 |
| 015 | Plan and Disclosure Statement | 740-890 | 484.8 | $690,000-$829,000 | $515,942.50 |
| 016 | Tax | 561-674 | 781.8 | $561,000-$675,000 | $687,290.50 |
| **TOTAL** | | **1,696-2,042** | **1,591.7** | **$1,651,000-$1,994,000** | **$1,512,145.50** |