# Exhibit I

[Detailed Description of Expenses and Disbursements]

56656738v2

**ENERGY FUTURE HOLDINGS CORP.** February 16, 2016
Invoice No. 161500123 Page 17

**EXPENSES**
Client/Matter No. 26969.0019

**Disbursements and Other Charges**

| Date | Name | Description | Amount |
|---|---|---|---:|
| 10/30/2015 | Peter J. Young | Telephone – CourtCall | 30.00 |
| 10/30/2015 | Mark K. Thomas | Telephone – CourtCall | 30.00 |
| 10/31/2015 | Jared Zajac | Litigation Support/docketing – Pacer | 114.10 |
| 11/25/2015 | Peter J. Young | Telephone – CourtCall | 51.00 |
| 11/25/2015 | Mark K. Thomas | Telephone – CourtCall | 51.00 |
| 11/30/2015 | Jared Zajac | Litigation Support/docketing – Pacer | 5.80 |
| 12/31/2015 | Jared Zajac | Litigation Support/docketing – Pacer | 15.50 |
| 12/31/2015 | Lary Alan Rappaport | Data Base Search Serv. – Pacer | 0.10 |
| 01/07/2016 | Jeff J. Marwil | Data Base Search Serv. – Pacer | 0.10 |
| 01/07/2016 | Jeff J. Marwil | Data Base Search Serv. – Pacer | 52.20 |
| 01/22/2016 | Jared Zajac | Reproduction | 0.40 |
| 01/25/2016 | Jared Zajac | Reproduction | 1.70 |
| 01/25/2016 | Jared Zajac | Reproduction | 0.10 |
| 01/26/2016 | Jeff J. Marwil | Local Meals – Meeting with N. Luria and R. Nowitz | 20.05 |
| 01/26/2016 | Jeff J. Marwil | Taxi, Carfare, Mileage and Parking – Cab from office to Meeting with N. Luria and R. Nowitz | 6.00 |
| 01/26/2016 | Jeff J. Marwil | Taxi, Carfare, Mileage and Parking – Cab from Meeting to Home with N. Luria and R. Nowitz | 18.00 |
| 01/27/2016 | Michele M. Reetz | Reproduction | 0.20 |
| 01/27/2016 | Michele M. Reetz | Reproduction | 0.20 |
| 01/28/2016 | Paulette Lindo | Reproduction | 2.60 |
| 01/28/2016 | Paulette Lindo | Reproduction | 1.60 |
| 01/28/2016 | Paulette Lindo | Reproduction | 0.40 |

**Disbursements and Other Charges** $ **401.05**

**EXPENSES**
**Client/Matter No. 26969.0019**

**Disbursements and Other Charges**

| Date | Name | Description | Amount |
|---|---|---|---|
| 02/01/2016 | Jared Zajac | Reproduction | 2.20 |
| 02/01/2016 | Jared Zajac | Reproduction | 8.30 |
| 02/01/2016 | Jared Zajac | Reproduction | 5.30 |
| 02/01/2016 | Jared Zajac | Reproduction | 7.10 |
| 02/02/2016 | Jeramy Webb | Lexis | 288.00 |
| 02/03/2016 | Jeramy Webb | Lexis | 46.00 |
| 02/03/2016 | Paulette Lindo | Reproduction | 0.30 |
| 02/03/2016 | Paulette Lindo | Reproduction | 0.10 |
| 02/03/2016 | Paulette Lindo | Reproduction | 0.20 |
| 02/04/2016 | Jeramy Webb | Reproduction | 3.00 |
| 02/04/2016 | Jeramy Webb | Reproduction | 0.80 |
| 02/04/2016 | Jeramy Webb | Reproduction | 3.50 |
| 02/04/2016 | Jeramy Webb | Reproduction | 0.90 |
| 02/04/2016 | Jeramy Webb | Reproduction | 0.70 |
| 02/04/2016 | Jeramy Webb | Reproduction | 3.00 |
| 02/04/2016 | Jeramy Webb | Reproduction | 0.10 |
| 02/04/2016 | Jeramy Webb | Lexis | 703.00 |
| 02/04/2016 | Jeramy Webb | Westlaw | 396.00 |
| 02/05/2016 | Jared Zajac | Reproduction | 4.40 |
| 02/09/2016 | Kimberly White | Reproduction | 4.40 |
| 02/09/2016 | Kimberly White | Reproduction | 4.40 |
| 02/11/2016 | Peter J. Young | Taxicab/car Svc.-XYZ Car Service from LaGuardia to Hotel | 67.94 |
| 02/11/2016 | Peter J. Young | Out Of Town Meals | 6.33 |
| 02/11/2016 | Mark K. Thomas | Out Of Town Meals-M. Thomas, N. Luria and V. Lazar | 120.00 |
| 02/12/2016 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Parking at O'Hare | 54.00 |
| 02/12/2016 | Peter J. Young | Out Of Town Meals | 12.50 |
| 02/12/2016 | Peter J. Young | Out Of Town Meals | 6.47 |
| 02/12/2016 | Peter J. Young | Airplane-Chicago to/from New York on 2/11-12/16 | 481.10 |
| 02/12/2016 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Uber car from New York office to LaGuardia | 68.97 |
| 02/12/2016 | Peter J. Young | Lodging-1 Night New York | 500.00 |
| 02/12/2016 | Peter J. Young | Other Disbursements-Gratuities | 20.00 |
| 02/12/2016 | Peter J. Young | Airplane-United WiFi Service | 6.99 |
| 02/13/2016 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-Cab from LaGuardia to Hotel on 2/11/16 | 50.00 |

**ENERGY FUTURE HOLDINGS CORP.** **March 16, 2016**
Invoice No. 161500241 Page 32

**EXPENSES**
**Client/Matter No. 26969.0019**

| Date | Name | Description | Amount |
|---|---|---|---|
| 02/13/2016 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-A-1 Airport Limo from O'Hare to Home on 2/12/16 | 75.00 |
| 02/13/2016 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-Uber car from Home to O'Hare on 2/13/16 | 49.70 |
| 02/13/2016 | Mark K. Thomas | Airplane-Tucson to New York to Chicago to Tucson on 2/11-13/16 | 1,511.59 |
| 02/13/2016 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-Cab from Home to Tucson Airport on 2/11/16 | 65.00 |
| 02/13/2016 | Mark K. Thomas | Lodging-1 Night New York | 500.00 |
| 02/13/2016 | Mark K. Thomas | Airplane-GoGo Internet Service | 19.95 |
| 02/16/2016 | Jared Zajac | Reproduction | 0.40 |
| 02/16/2016 | Jared Zajac | Reproduction | 2.10 |
| 02/16/2016 | Jared Zajac | Reproduction | 4.50 |
| 02/16/2016 | Michele M. Reetz | Reproduction | 1.30 |
| 02/16/2016 | Michele M. Reetz | Reproduction | 0.60 |
| 02/18/2016 | Jeramy Webb | Reproduction | 1.50 |
| 02/18/2016 | Jeramy Webb | Westlaw | 198.00 |
| 02/18/2016 | Jeramy Webb | Lexis | 192.00 |
| 02/19/2016 | Jeramy Webb | Lexis | 165.00 |
| 02/19/2016 | Jeramy Webb | Westlaw | 99.00 |
| 02/19/2016 | Jared Zajac | Reproduction | 1.80 |
| 02/19/2016 | Jeramy Webb | Reproduction | 0.20 |
| 02/19/2016 | Jeramy Webb | Reproduction | 0.20 |
| 02/22/2016 | Paulette Lindo | Reproduction | 0.20 |
| 02/22/2016 | Paulette Lindo | Reproduction | 0.50 |
| 02/22/2016 | Paulette Lindo | Reproduction | 0.10 |
| 02/22/2016 | Paulette Lindo | Reproduction | 10.50 |
| 02/22/2016 | Jared Zajac | Reproduction | 0.50 |
| 02/22/2016 | Gary Silber | Reproduction | 1.40 |
| 02/22/2016 | Gary Silber | Reproduction | 4.10 |
| 02/22/2016 | Peter J. Young | Reproduction | 0.70 |
| 02/22/2016 | Peter J. Young | Reproduction | 4.10 |
| 02/22/2016 | Peter J. Young | Reproduction | 4.20 |
| 02/24/2016 | Natasha Petrov | Court Reporting Service-CourtCall | 30.00 |
| 02/24/2016 | Mark K. Thomas | Out Of Town Meals-M. Thomas, N. Luria, R. Nowitz & T. Walper | 160.00 |
| 02/24/2016 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-Cab from Dallas Airport to Hotel | 60.00 |
| 02/24/2016 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-Cab from Home to Airport | 70.00 |
| 02/25/2016 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-Cab from Hotel to Dallas Airport | 60.00 |
| 02/25/2016 | Paulette Lindo | Reproduction | 11.30 |

**ENERGY FUTURE HOLDINGS CORP.**  **March 16, 2016**
Invoice No. 161500241  Page 33

**EXPENSES**
Client/Matter No. 26969.0019

| **Date** | **Name** | **Description** | **Amount** |
|---|---|---|---|
| 02/25/2016 | Paulette Lindo | Reproduction | 11.00 |
| 02/25/2016 | Paulette Lindo | Reproduction | 2.30 |
| 02/25/2016 | Paulette Lindo | Reproduction | 0.60 |
| 02/26/2016 | Mark K. Thomas | Airplane-Tucson to/from Dallas on 2/24-25/16 | 665.60 |
| 02/26/2016 | Paulette Lindo | Reproduction | 8.50 |
| 02/26/2016 | Paulette Lindo | Reproduction | 0.10 |
| 02/26/2016 | Paulette Lindo | Reproduction | 0.10 |
| 02/26/2016 | Paulette Lindo | Reproduction | 0.50 |
| 02/26/2016 | Paulette Lindo | Reproduction | 4.70 |
| 02/26/2016 | Paulette Lindo | Reproduction | 0.10 |
| 02/26/2016 | Paulette Lindo | Reproduction | 12.40 |
| 02/26/2016 | Jared Zajac | Reproduction | 0.20 |
| 02/26/2016 | Joseph P. Malca | Reproduction | 0.70 |
| 02/26/2016 | Joseph P. Malca | Reproduction | 4.20 |
| 02/26/2016 | Joseph P. Malca | Reproduction | 0.40 |
| 02/26/2016 | Joseph P. Malca | Reproduction | 0.80 |
| 02/26/2016 | Joseph P. Malca | Reproduction | 0.40 |
| 02/26/2016 | Lorena Ramirez | Reproduction | 0.20 |
| 02/26/2016 | Lorena Ramirez | Reproduction | 7.10 |
| 02/26/2016 | Lorena Ramirez | Reproduction | 13.50 |
| 02/26/2016 | Mark K. Thomas | Lodging-1 Night Dallas | 300.00 |
| 02/29/2016 | Richard M. Corn | Lexis | 504.25 |
| 02/29/2016 | Paulette Lindo | Reproduction | 0.20 |
| 02/29/2016 | Joseph P. Malca | Reproduction | 2.10 |
| 02/29/2016 | Joseph P. Malca | Reproduction | 0.10 |
| 02/29/2016 | Joseph P. Malca | Reproduction | 1.00 |
| 02/29/2016 | Joseph P. Malca | Reproduction | 0.10 |
| 02/29/2016 | Joseph P. Malca | Reproduction | 2.00 |
| 02/29/2016 | Joseph P. Malca | Reproduction | 0.80 |
| 02/29/2016 | Joseph P. Malca | Reproduction | 0.10 |

**Disbursements and Other Charges**                    **$    7,725.49**

**ENERGY FUTURE HOLDINGS CORP.** **April 21, 2016**
Invoice No. 161500401 Page 32

**EXPENSES**
Client/Matter No. 26969.0019

**Disbursements and Other Charges**

| Date | Name | Description | Amount |
|---|---|---|---|
| 02/16/2016 | Gary Silber | Taxicab/car Svc.-Car service from office to home after 8:00 pm-4.1 hours worked | 94.15 |
| 02/29/2016 | Gary Silber | Taxicab/car Svc.-Car service from office to home after 8:00 pm-6.4 hours worked | 94.15 |
| 03/01/2016 | Gary Silber | Taxicab/car Svc.-Car service from office to home after 8:00 pm-5.3 hours worked | 94.15 |
| 03/01/2016 | Joseph P. Malca | Meals/dinner Voucher-Dinner after 8:00 pm-5.3 hours worked. | 31.45 |
| 03/01/2016 | Gary Silber | Dinner Voucher/sweb-Dinner after 8:00 pm-5/3 hours worked. | 35.73 |
| 03/01/2016 | Joseph P. Malca | Reproduction | 7.20 |
| 03/01/2016 | Joseph P. Malca | Reproduction | 5.30 |
| 03/01/2016 | Joseph P. Malca | Reproduction | 0.10 |
| 03/01/2016 | Peter J. Young | Reproduction | 1.00 |
| 03/02/2016 | Joseph P. Malca | Reproduction | 0.20 |
| 03/02/2016 | Joseph P. Malca | Reproduction | 0.20 |
| 03/02/2016 | Joseph P. Malca | Reproduction | 1.60 |
| 03/02/2016 | Joseph P. Malca | Reproduction | 5.30 |
| 03/02/2016 | Joseph P. Malca | Reproduction | 5.30 |
| 03/02/2016 | Gary Silber | Dinner Voucher/sweb-Dinner after 8:00 pm-4.8 hours worked. | 36.75 |
| 03/03/2016 | Gary Silber | Reproduction | 3.00 |
| 03/03/2016 | Joseph P. Malca | Reproduction | 1.60 |
| 03/03/2016 | Joseph P. Malca | Reproduction | 0.70 |
| 03/03/2016 | Mark K. Thomas | Reproduction | 1.80 |
| 03/03/2016 | Mark K. Thomas | Reproduction | 3.60 |
| 03/03/2016 | Kimberly White | Reproduction | 2.60 |
| 03/04/2016 | Paulette Lindo | Reproduction | 0.50 |
| 03/04/2016 | Paulette Lindo | Reproduction | 6.80 |
| 03/04/2016 | Paulette Lindo | Reproduction | 0.10 |
| 03/04/2016 | Paulette Lindo | Reproduction | 11.90 |
| 03/04/2016 | Paulette Lindo | Reproduction | 6.80 |
| 03/04/2016 | Gary Silber | Reproduction | 0.30 |
| 03/04/2016 | Joseph P. Malca | Reproduction | 11.80 |
| 03/04/2016 | Joseph P. Malca | Reproduction | 1.10 |
| 03/04/2016 | Gary Silber | Reproduction | 0.40 |
| 03/04/2016 | Gary Silber | Reproduction | 0.20 |
| 03/04/2016 | Gary Silber | Reproduction | 0.10 |
| 03/04/2016 | Joseph P. Malca | Reproduction | 0.10 |
| 03/04/2016 | Joseph P. Malca | Reproduction | 1.20 |

**ENERGY FUTURE HOLDINGS CORP.**  **April 21, 2016**
Invoice No. 161500401  Page 33

**EXPENSES**
Client/Matter No. 26969.0019

| Date | Name | Description | Amount |
|---|---|---|---|
| 03/04/2016 | Joseph P. Malca | Reproduction | 1.20 |
| 03/04/2016 | Joseph P. Malca | Reproduction | 11.20 |
| 03/05/2016 | Joseph P. Malca | Reproduction | 0.20 |
| 03/06/2016 | Joseph P. Malca | Reproduction | 0.50 |
| 03/06/2016 | Joseph P. Malca | Reproduction | 0.70 |
| 03/06/2016 | Joseph P. Malca | Reproduction | 0.70 |
| 03/06/2016 | Joseph P. Malca | Reproduction | 0.40 |
| 03/06/2016 | Joseph P. Malca | Reproduction | 0.40 |
| 03/06/2016 | Joseph P. Malca | Reproduction | 0.70 |
| 03/06/2016 | Joseph P. Malca | Reproduction | 0.10 |
| 03/06/2016 | Joseph P. Malca | Reproduction | 0.10 |
| 03/07/2016 | Paulette Lindo | Reproduction | 0.10 |
| 03/07/2016 | Paulette Lindo | Reproduction | 1.40 |
| 03/07/2016 | Paulette Lindo | Reproduction | 0.10 |
| 03/07/2016 | Paulette Lindo | Reproduction | 0.20 |
| 03/07/2016 | Gary Silber | Reproduction | 2.40 |
| 03/07/2016 | Joseph P. Malca | Reproduction | 0.20 |
| 03/07/2016 | Gary Silber | Reproduction | 2.40 |
| 03/07/2016 | Richard M. Corn | Lexis | 362.00 |
| 03/08/2016 | Jeramy Webb | Lexis | 270.00 |
| 03/08/2016 | Peter J. Young | Reproduction | 12.40 |
| 03/08/2016 | Jeramy Webb | Reproduction | 0.10 |
| 03/08/2016 | Jeramy Webb | Reproduction | 1.90 |
| 03/08/2016 | Jeramy Webb | Reproduction | 2.70 |
| 03/08/2016 | Jeramy Webb | Reproduction | 1.40 |
| 03/08/2016 | Jeramy Webb | Reproduction | 2.70 |
| 03/08/2016 | Jeramy Webb | Westlaw | 612.00 |
| 03/08/2016 | Jeramy Webb | Lexis | 119.00 |
| 03/09/2016 | Peter J. Young | Taxicab/car Svc.-XYZ Car Service from LaGuardia to hotel. | 56.81 |
| 03/09/2016 | Jeramy Webb | Westlaw | 1,329.00 |
| 03/09/2016 | Mark K. Thomas | Out Of Town Meals-M. Thomas, P. Young and J. Allen. | 120.00 |
| 03/09/2016 | Peter J. Young | Food Service/conf. Dining | 18.51 |
| 03/09/2016 | Peter J. Young | Food Service/conf. Dining | 13.07 |
| 03/09/2016 | Jeramy Webb | Lexis | 420.00 |
| 03/09/2016 | Peter J. Young | Out Of Town Meals-P. Young and M. Thomas | 45.11 |
| 03/09/2016 | Peter J. Young | Out Of Town Meals | 17.15 |
| 03/10/2016 | Peter J. Young | Airplane-Chicago to/from New York 3/9-10/16. | 615.10 |
| 03/10/2016 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Uber car serice from O'Hare to home. | 75.00 |
| 03/10/2016 | Peter J. Young | Lodging-1 Night New York. | 500.00 |
| 03/10/2016 | Peter J. Young | Airplane-GoGo Air Internet. | 7.99 |

**ENERGY FUTURE HOLDINGS CORP.**  **April 21, 2016**
Invoice No. 161500401                                                                    Page 34

**EXPENSES**
Client/Matter No. 26969.0019

| Date | Name | Description | Amount |
|---|---|---|---|
| 03/10/2016 | Peter J. Young | Airplane-GoGo Air Internet on 3/9/16. | 7.98 |
| 03/10/2016 | Julie M. Allen | Food Service/conf. Dining | 69.41 |
| 03/10/2016 | Julie M. Allen | Food Service/conf. Dining | 412.36 |
| 03/10/2016 | Mark K. Thomas | Airplane-Chicago to New York on 3/9-10/16. | 720.28 |
| 03/10/2016 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-Uber car from home to O'Hare on 3/9/16. | 50.90 |
| 03/10/2016 | Mark K. Thomas | Lodging-1 Night New York. | 500.00 |
| 03/10/2016 | Jeramy Webb | Westlaw | 158.00 |
| 03/10/2016 | Peter J. Young | Out Of Town Meals | 5.87 |
| 03/10/2016 | Peter J. Young | Taxicab/car Svc.-XYZ Car Service from New York office to LaGuardia. | 57.70 |
| 03/10/2016 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Cab from O'Hare to home. | 60.00 |
| 03/10/2016 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-Cab from LaGuardia to Hotel on 3/9/16. | 45.00 |
| 03/10/2016 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-A1 Limo Service from O'Hare to home. | 75.00 |
| 03/11/2016 | Michael A. Firestein | Reproduction | 3.80 |
| 03/11/2016 | Peter J. Young | Local Meals-Working Lunch with M. Thomas. | 18.79 |
| 03/11/2016 | Paulette Lindo | Reproduction | 0.60 |
| 03/11/2016 | Paulette Lindo | Reproduction | 3.70 |
| 03/11/2016 | Paulette Lindo | Reproduction | 9.80 |
| 03/11/2016 | Paulette Lindo | Reproduction | 10.40 |
| 03/11/2016 | Richard M. Corn | Lexis | 362.00 |
| 03/13/2016 | Joseph P. Malca | Reproduction | 0.30 |
| 03/13/2016 | Joseph P. Malca | Reproduction | 0.20 |
| 03/13/2016 | Joseph P. Malca | Reproduction | 0.20 |
| 03/14/2016 | Joseph P. Malca | Reproduction | 1.60 |
| 03/14/2016 | Joseph P. Malca | Reproduction | 0.80 |
| 03/14/2016 | Joseph P. Malca | Reproduction | 0.60 |
| 03/14/2016 | Kimberly White | Reproduction | 0.80 |
| 03/14/2016 | Joseph P. Malca | Meals/dinner Voucher-Dinner after 8:00 pm-6.3 hours worked. | 28.20 |
| 03/15/2016 | Joseph P. Malca | Meals/dinner Voucher-Dinner after 8:00 pm-6.5 hours worked. | 28.90 |
| 03/15/2016 | Richard M. Corn | Lexis | 181.00 |
| 03/15/2016 | Jeramy Webb | Lexis | 184.00 |
| 03/15/2016 | Jeramy Webb | Westlaw | 99.00 |
| 03/15/2016 | Jeramy Webb | Reproduction | 0.10 |
| 03/15/2016 | Jeramy Webb | Reproduction | 2.60 |

**ENERGY FUTURE HOLDINGS CORP.** **April 21, 2016**
Invoice No. 161500401 **Page 35**

**EXPENSES**
Client/Matter No. 26969.0019

| Date | Name | Description | Amount |
|---|---|---|---|
| 03/15/2016 | Jeramy Webb | Reproduction | 2.60 |
| 03/15/2016 | Jeramy Webb | Reproduction | 3.60 |
| 03/16/2016 | Jared Zajac | Reproduction | 0.40 |
| 03/16/2016 | Jeramy Webb | Reproduction | 1.00 |
| 03/16/2016 | Jeramy Webb | Reproduction | 0.50 |
| 03/16/2016 | Jeramy Webb | Reproduction | 0.50 |
| 03/16/2016 | Kimberly White | Reproduction | 2.70 |
| 03/16/2016 | Jeramy Webb | Reproduction | 0.10 |
| 03/16/2016 | Jeramy Webb | Reproduction | 0.10 |
| 03/16/2016 | Jeramy Webb | Westlaw | 99.00 |
| 03/16/2016 | Jeramy Webb | Lexis | 142.00 |
| 03/17/2016 | Jared Zajac | Reproduction | 2.00 |
| 03/17/2016 | Joseph P. Malca | Meals/dinner Voucher-Dinner after 8:00 pm-9.5 hours worked. | 6.65 |
| 03/18/2016 | Joseph P. Malca | Dinner Voucher/sweb-Dinner after 8:00 pm-10.0 hours worked. | 36.75 |
| 03/21/2016 | Jared Zajac | Reproduction | 0.20 |
| 03/21/2016 | Joseph P. Malca | Meals/dinner Voucher-Dinner after 8:00 pm-10.5 hours worked. | 29.90 |
| 03/22/2016 | Joseph P. Malca | Meals/dinner Voucher-Dinner after 8:00 pm-8.0 hours worked. | 30.60 |
| 03/22/2016 | Joseph P. Malca | Reproduction | 1.00 |
| 03/22/2016 | Joseph P. Malca | Reproduction | 0.60 |
| 03/22/2016 | Joseph P. Malca | Reproduction | 0.30 |
| 03/23/2016 | Joseph P. Malca | Reproduction | 1.60 |
| 03/23/2016 | Joseph P. Malca | Reproduction | 1.80 |
| 03/23/2016 | Joseph P. Malca | Reproduction | 3.90 |
| 03/23/2016 | Joseph P. Malca | Reproduction | 4.80 |
| 03/23/2016 | Joseph P. Malca | Reproduction | 0.20 |
| 03/23/2016 | Joseph P. Malca | Reproduction | 0.40 |
| 03/24/2016 | Paulette Lindo | Reproduction | 0.60 |
| 03/24/2016 | Paulette Lindo | Reproduction | 3.30 |
| 03/24/2016 | Joseph P. Malca | Reproduction | 19.80 |
| 03/24/2016 | Joseph P. Malca | Meals/dinner Voucher-Dinner after 8:00 pm-7.5 hours worked. | 28.45 |
| 03/25/2016 | Joseph P. Malca | Reproduction | 0.30 |
| 03/25/2016 | Joseph P. Malca | Reproduction | 3.70 |
| 03/25/2016 | Joseph P. Malca | Reproduction | 0.80 |
| 03/28/2016 | Joseph P. Malca | Reproduction | 2.50 |
| 03/28/2016 | Joseph P. Malca | Reproduction | 0.50 |
| 03/28/2016 | Joseph P. Malca | Reproduction | 2.10 |
| 03/28/2016 | Richard M. Corn | Lexis | 7.00 |
| 03/29/2016 | Joseph P. Malca | Reproduction | 0.60 |
| 03/29/2016 | Joseph P. Malca | Reproduction | 0.60 |
| 03/29/2016 | Joseph P. Malca | Reproduction | 0.60 |

**ENERGY FUTURE HOLDINGS CORP.** **April 21, 2016**
**Invoice No. 161500401** **Page 36**

**EXPENSES**
**Client/Matter No. 26969.0019**

| Date | Name | Description | Amount |
|---|---|---|---|
| 03/30/2016 | Joseph P. Malca | Reproduction | 0.10 |
| 03/31/2016 | Joseph P. Malca | Reproduction | 0.20 |
| 03/31/2016 | Joseph P. Malca | Reproduction | 6.20 |
| 03/31/2016 | Joseph P. Malca | Reproduction | 4.00 |
| 03/31/2016 | Joseph P. Malca | Reproduction | 2.80 |
| 03/31/2016 | Joseph P. Malca | Reproduction | 0.20 |
| 03/31/2016 | Joseph P. Malca | Reproduction | 0.80 |
| 03/31/2016 | Joseph P. Malca | Reproduction | 0.80 |
| 03/31/2016 | Joseph P. Malca | Reproduction | 0.30 |
| 03/31/2016 | Joseph P. Malca | Reproduction | 2.00 |
| 03/31/2016 | Joseph P. Malca | Reproduction | 0.20 |
| 03/31/2016 | Joseph P. Malca | Reproduction | 21.10 |
| 03/31/2016 | Joseph P. Malca | Reproduction | 0.40 |

**Disbursements and Other Charges**                                      **$      8,675.16**

**ENERGY FUTURE HOLDINGS CORP.** May 19, 2016
Invoice No. 161500491 Page 36

**EXPENSES**
Client/Matter No. 26969.0019

**Disbursements and Other Charges**

| Date | Name | Description | Amount |
|---|---|---|---|
| 01/31/2016 | Jared Zajac | Litigation Support/docketing-Pacer | 4.30 |
| 01/31/2016 | Jared Zajac | Litigation Support/docketing-Pacer | 8.90 |
| 02/29/2016 | Jared Zajac | Litigation Support/docketing-Pacer | 20.80 |
| 03/31/2016 | Jared Zajac | Litigation Support/docketing-Pacer | 5.00 |
| 04/01/2016 | Richard M. Corn | Lexis | 181.00 |
| 04/01/2016 | Joseph P. Malca | Reproduction | 0.20 |
| 04/01/2016 | Joseph P. Malca | Reproduction | 1.00 |
| 04/01/2016 | Joseph P. Malca | Reproduction | 1.00 |
| 04/01/2016 | Joseph P. Malca | Reproduction | 1.00 |
| 04/01/2016 | Joseph P. Malca | Reproduction | 0.20 |
| 04/01/2016 | Joseph P. Malca | Reproduction | 2.00 |
| 04/01/2016 | Joseph P. Malca | Reproduction | 0.30 |
| 04/01/2016 | Joseph P. Malca | Dinner Voucher/sweb-Dinner after 8:00 pm-6.4 hours worked | 36.75 |
| 04/04/2016 | Jared Zajac | Reproduction | 0.40 |
| 04/04/2016 | Joseph P. Malca | Reproduction | 0.20 |
| 04/04/2016 | Joseph P. Malca | Reproduction | 0.20 |
| 04/04/2016 | Joseph P. Malca | Reproduction | 1.30 |
| 04/04/2016 | Gary Silber | Reproduction | 1.10 |
| 04/04/2016 | Gary Silber | Reproduction | 0.10 |
| 04/04/2016 | Joseph P. Malca | Reproduction | 0.10 |
| 04/04/2016 | Joseph P. Malca | Reproduction | 0.60 |
| 04/04/2016 | Joseph P. Malca | Reproduction | 0.50 |
| 04/04/2016 | Gary Silber | Reproduction | 1.40 |
| 04/04/2016 | Joseph P. Malca | Reproduction | 0.10 |
| 04/04/2016 | Joseph P. Malca | Reproduction | 0.10 |
| 04/04/2016 | Richard M. Corn | Lexis | 1,320.25 |
| 04/04/2016 | Gary Silber | Dinner Voucher/sweb-Dinner after 8:00 pm-7.7 hours worked | 35.73 |
| 04/04/2016 | Gary Silber | Taxicab/car Svc.-Car service from office to home-7.7 hours worked | 109.75 |
| 04/05/2016 | Gary Silber | Taxicab/car Svc.-Car service from office to home-5.0 ours worked | 94.15 |
| 04/05/2016 | Gary Silber | Reproduction | 1.40 |
| 04/05/2016 | Gary Silber | Reproduction | 1.00 |
| 04/06/2016 | Joseph P. Malca | Reproduction | 1.20 |
| 04/06/2016 | Joseph P. Malca | Reproduction | 1.00 |
| 04/06/2016 | Joseph P. Malca | Reproduction | 0.40 |
| 04/07/2016 | Joseph P. Malca | Reproduction | 0.10 |
| 04/07/2016 | Joseph P. Malca | Reproduction | 0.20 |
| 04/07/2016 | Joseph P. Malca | Reproduction | 0.20 |
| 04/07/2016 | Joseph P. Malca | Reproduction | 0.20 |

**ENERGY FUTURE HOLDINGS CORP.**  **May 19, 2016**
Invoice No. 161500491  Page 37

**EXPENSES**
Client/Matter No. 26969.0019

| Date | Name | Description | Amount |
|---|---|---|---|
| 04/07/2016 | Peter J. Young | Data Base Search Serv.-Pacer | 1.30 |
| 04/07/2016 | Natasha Petrov | Data Base Search Serv.-Pacer | 2.20 |
| 04/08/2016 | Joseph P. Malca | Reproduction | 1.00 |
| 04/08/2016 | Joseph P. Malca | Reproduction | 0.30 |
| 04/08/2016 | Joseph P. Malca | Reproduction | 0.10 |
| 04/08/2016 | Joseph P. Malca | Reproduction | 0.10 |
| 04/08/2016 | Joseph P. Malca | Reproduction | 0.60 |
| 04/08/2016 | Joseph P. Malca | Reproduction | 0.80 |
| 04/08/2016 | Joseph P. Malca | Reproduction | 0.60 |
| 04/08/2016 | Joseph P. Malca | Reproduction | 4.40 |
| 04/08/2016 | Joseph P. Malca | Reproduction | 0.60 |
| 04/08/2016 | Joseph P. Malca | Reproduction | 24.00 |
| 04/08/2016 | Joseph P. Malca | Reproduction | 5.80 |
| 04/08/2016 | Joseph P. Malca | Reproduction | 3.20 |
| 04/08/2016 | Joseph P. Malca | Reproduction | 1.80 |
| 04/08/2016 | Joseph P. Malca | Reproduction | 0.10 |
| 04/08/2016 | Joseph P. Malca | Reproduction | 0.20 |
| 04/08/2016 | Joseph P. Malca | Reproduction | 3.00 |
| 04/08/2016 | Joseph P. Malca | Reproduction | 0.10 |
| 04/08/2016 | Joseph P. Malca | Reproduction | 2.20 |
| 04/08/2016 | Joseph P. Malca | Reproduction | 0.30 |
| 04/08/2016 | Joseph P. Malca | Reproduction | 0.20 |
| 04/08/2016 | Joseph P. Malca | Reproduction | 2.20 |
| 04/08/2016 | Joseph P. Malca | Reproduction | 0.20 |
| 04/08/2016 | Joseph P. Malca | Reproduction | 3.40 |
| 04/08/2016 | Joseph P. Malca | Reproduction | 0.10 |
| 04/08/2016 | Joseph P. Malca | Reproduction | 0.20 |
| 04/10/2016 | Joseph P. Malca | Reproduction | 0.10 |
| 04/10/2016 | Joseph P. Malca | Reproduction | 0.80 |
| 04/11/2016 | Paulette Lindo | Reproduction | 4.90 |
| 04/11/2016 | Paulette Lindo | Reproduction | 2.00 |
| 04/11/2016 | Paulette Lindo | Reproduction | 2.40 |
| 04/11/2016 | Joseph P. Malca | Reproduction | 0.10 |
| 04/11/2016 | Joseph P. Malca | Reproduction | 0.20 |
| 04/11/2016 | Gary Silber | Dinner Voucher/sweb-Dinner after 8:00 pm-4.2 hours worked | 36.54 |
| 04/14/2016 | Gary Silber | Reproduction | 2.40 |
| 04/15/2016 | Joseph P. Malca | Dinner Voucher/sweb- Dinner after 8:00 pm-6.5 hours worked | 36.75 |
| 04/20/2016 | Joseph P. Malca | Dinner Voucher/sweb- Dinner after 8:00 pm-6.7 hours worked | 36.75 |
| 04/21/2016 | Joseph P. Malca | Dinner Voucher/sweb Dinner after 8:00 pm-6.2 hours worked | 32.68 |
| 04/22/2016 | Richard M. Corn | Lexis | 540.75 |
| 04/25/2016 | Jeramy Webb | Lexis | 165.00 |

**ENERGY FUTURE HOLDINGS CORP.** May 19, 2016
Invoice No. 161500491 Page 38

**EXPENSES**
Client/Matter No. 26969.0019

| Date | Name | Description | Amount |
|---|---|---|---|
| 04/25/2016 | Jeramy Webb | Westlaw | 208.00 |
| 04/25/2016 | Paulette Lindo | Reproduction | 0.30 |
| 04/25/2016 | Paulette Lindo | Reproduction | 0.10 |
| 04/25/2016 | Paulette Lindo | Reproduction | 0.30 |
| 04/25/2016 | Paulette Lindo | Reproduction | 0.10 |
| 04/25/2016 | Paulette Lindo | Reproduction | 0.70 |
| 04/25/2016 | Michele M. Reetz | Reproduction | 0.10 |
| 04/25/2016 | Michele M. Reetz | Reproduction | 0.70 |
| 04/25/2016 | Michele M. Reetz | Reproduction | 0.70 |
| 04/25/2016 | Michele M. Reetz | Reproduction | 0.30 |
| 04/25/2016 | Michele M. Reetz | Reproduction | 0.10 |
| 04/25/2016 | Michele M. Reetz | Reproduction | 0.70 |
| 04/25/2016 | Jeramy Webb | Reproduction | 0.30 |
| 04/26/2016 | Paulette Lindo | Reproduction | 1.20 |
| 04/26/2016 | Paulette Lindo | Reproduction | 5.50 |
| 04/26/2016 | Paulette Lindo | Reproduction | 0.20 |
| 04/26/2016 | Paulette Lindo | Reproduction | 0.10 |
| 04/26/2016 | Paulette Lindo | Reproduction | 0.30 |
| 04/26/2016 | Paulette Lindo | Reproduction | 0.10 |
| 04/26/2016 | Paulette Lindo | Reproduction | 4.90 |
| 04/26/2016 | Mark K. Thomas | Reproduction | 1.70 |
| 04/26/2016 | Kimberly White | Reproduction | 0.10 |
| 04/27/2016 | Paulette Lindo | Reproduction | 1.60 |
| 04/27/2016 | Paulette Lindo | Reproduction | 0.60 |
| 04/27/2016 | Paulette Lindo | Reproduction | 0.70 |
| 04/27/2016 | Paulette Lindo | Reproduction | 2.70 |
| 04/27/2016 | Paulette Lindo | Reproduction | 0.10 |
| 04/27/2016 | Mark K. Thomas | Reproduction | 10.50 |
| 04/27/2016 | Mark K. Thomas | Reproduction | 5.90 |
| 04/27/2016 | Mark K. Thomas | Reproduction | 0.60 |
| 04/27/2016 | Jared Zajac | Reproduction | 2.20 |
| 04/28/2016 | Paulette Lindo | Reproduction | 0.90 |
| 04/28/2016 | Paulette Lindo | Reproduction | 6.00 |
| 04/28/2016 | Paulette Lindo | Reproduction | 11.40 |
| 04/28/2016 | Paulette Lindo | Reproduction | 1.20 |
| 04/28/2016 | Paulette Lindo | Reproduction | 1.20 |
| 04/28/2016 | Paulette Lindo | Reproduction | 0.30 |
| 04/28/2016 | Paulette Lindo | Reproduction | 0.10 |
| 04/28/2016 | Paulette Lindo | Reproduction | 1.60 |
| 04/28/2016 | Paulette Lindo | Reproduction | 0.20 |
| 04/28/2016 | Paulette Lindo | Reproduction | 0.60 |
| 04/28/2016 | Paulette Lindo | Reproduction | 9.70 |
| 04/28/2016 | Paulette Lindo | Reproduction | 0.10 |
| 04/28/2016 | Paulette Lindo | Reproduction | 0.40 |

**ENERGY FUTURE HOLDINGS CORP.**                                      **May 19, 2016**
Invoice No. 161500491                                                  **Page 39**

**EXPENSES**
Client/Matter No. 26969.0019

| Date | Name | Description | Amount |
|---|---|---|---:|
| 04/28/2016 | Paulette Lindo | Reproduction | 1.20 |
| 04/28/2016 | Paulette Lindo | Reproduction | 1.20 |
| 04/28/2016 | Paulette Lindo | Reproduction | 5.40 |
| 04/28/2016 | Paulette Lindo | Reproduction | 10.40 |
| 04/28/2016 | Paulette Lindo | Reproduction | 0.10 |
| 04/28/2016 | Paulette Lindo | Reproduction | 0.10 |
| 04/28/2016 | Paulette Lindo | Reproduction | 0.30 |
| 04/28/2016 | Paulette Lindo | Reproduction | 3.10 |
| 04/28/2016 | Paulette Lindo | Reproduction | 0.70 |
| 04/28/2016 | Paulette Lindo | Reproduction | 0.50 |
| 04/28/2016 | Paulette Lindo | Reproduction | 10.30 |
| 04/28/2016 | Paulette Lindo | Reproduction | 2.50 |
| 04/28/2016 | Paulette Lindo | Reproduction | 0.30 |
| 04/28/2016 | Mark K. Thomas | Reproduction | 9.70 |
| 04/28/2016 | Mark K. Thomas | Reproduction | 2.50 |
| 04/29/2016 | Paulette Lindo | Reproduction | 1.60 |
| 04/29/2016 | Paulette Lindo | Reproduction | 3.50 |
| 04/29/2016 | Kimberly White | Reproduction | 0.60 |
| 04/29/2016 | Peter J. Young | Reproduction | 0.10 |
| 04/29/2016 | Peter J. Young | Reproduction | 0.10 |
| 04/29/2016 | Mark K. Thomas | Reproduction | 1.60 |
| 04/29/2016 | Kimberly White | Reproduction | 10.30 |
| 04/29/2016 | Mark K. Thomas | Reproduction | 3.40 |
| 04/29/2016 | Mark K. Thomas | Reproduction | 3.40 |
| 04/29/2016 | Peter J. Young | Reproduction | 0.20 |
| 04/29/2016 | Peter J. Young | Reproduction | 0.10 |
| 04/30/2016 | Peter J. Young | Reproduction | 13.40 |
| 04/30/2016 | Peter J. Young | Reproduction | 0.20 |
| 04/30/2016 | Peter J. Young | Reproduction | 0.20 |
| 04/30/2016 | Peter J. Young | Reproduction | 3.10 |
| 04/30/2016 | Peter J. Young | Reproduction | 3.10 |
| 04/30/2016 | Peter J. Young | Reproduction | 13.40 |
| 04/30/2016 | Peter J. Young | Reproduction | 2.70 |
| 04/30/2016 | Peter J. Young | Reproduction | 3.10 |
| 04/30/2016 | Peter J. Young | Reproduction | 0.50 |
| 04/30/2016 | Mark K. Thomas | Reproduction | 1.10 |
| 04/30/2016 | Mark K. Thomas | Reproduction | 0.70 |
| 04/30/2016 | Peter J. Young | Reproduction | 11.40 |
| 04/30/2016 | Peter J. Young | Reproduction | 0.50 |
| 04/30/2016 | Peter J. Young | Reproduction | 4.00 |
| 04/30/2016 | Peter J. Young | Reproduction | 4.00 |
| 04/30/2016 | Peter J. Young | Reproduction | 8.20 |
| 04/30/2016 | Peter J. Young | Reproduction | 8.20 |
| 04/30/2016 | Peter J. Young | Reproduction | 11.40 |

**ENERGY FUTURE HOLDINGS CORP.** **May 19, 2016**
Invoice No. 161500491 Page 40

**EXPENSES**
**Client/Matter No. 26969.0019**

| Date | Name | Description | Amount |
|---|---|---|---|
| 04/30/2016 | Peter J. Young | Reproduction | 8.20 |
| 04/30/2016 | Peter J. Young | Reproduction | 2.40 |
| 04/30/2016 | Mark K. Thomas | Reproduction | 0.90 |
| 04/30/2016 | Mark K. Thomas | Reproduction | 1.00 |
| 04/30/2016 | Peter J. Young | Reproduction | 0.30 |

**Disbursements and Other Charges** **$ 3,214.80**