## **EXHIBIT D**

**Summary of Bielli & Klauder, LLC Hours Worked and Fees Incurred**

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| David Klauder | Partner | 2012 | Bankruptcy | $0.00 | 0.5 | $0.00 |
| David Klauder | Partner | 2012 | Bankruptcy | $350.00 | 21.7 | $7,595.00 |
| Cory Stephenson | Associate | 2015 | Bankruptcy | $205.00 | 0.8 | $164.00 |
| Amy Huber | Paralegal | N/A | Bankruptcy | $125.00 | 25.4 | $3,175.00 |
| **TOTAL** | | | | | **48.4** | **$10,934.00** |