## **Exhibit F**

[Summary, by Project Category, of Fees Budgeted and Fees Incurred During the Fee Period]

**SUMMARY OF LEGAL SERVICES RENDERED**

| Project Category | Hours | | Total Compensation | |
|---|---|---|---|---|
| | Budgeted | Billed | Budgeted | Billed |
| [ALL] Automatic Stay | 0 | 0 | $0.00 | $0.00 |
| [ALL] Case Administration | 10 | 5.4 | $2,500.00 | $1,613.50 |
| [ALL] Cash Management | 0 | 0 | $0.00 | $0.00 |
| [ALL] Claims Administration & Objections | 10 | 3.2 | $2,500.00 | $940.00 |
| [ALL] Contested Matters & Adv. Proceed. | 5 | 2.8 | $1,250.00 | $980.00 |
| [ALL] Corporate and Securities Issues | 0 | 0 | $0.00 | $0.00 |
| [ALL] Exec. Contracts & Unexpired Leases | 0 | 0 | $0.00 | $0.00 |
| [ALL] Fee/Employment Applications - Retained Professionals | 0 | 0 | $0.00 | $0.00 |
| [ALL] Hearings | 5 | 0.5 | $1,250.00 | $175.00 |
| [ALL] Insurance | 0 | 0 | $0.00 | $0.00 |
| [ALL] Non-BK Retention and Fee Applications | 10 | 12.9 | $2,500.00 | $2,763.00 |
| [ALL] Non-Working Travel | 0 | 0 | $0.00 | $0.00 |
| [ALL] BK Retention and Fee Applications | 15 | 22.3 | $3,750.00 | $4,007.50 |
| [ALL] BK/Fee Examiner - Fee/Employment Applications | 0 | 0 | $0.00 | $0.00 |
| [ALL] Official Committee Issues & Meet. | 0 | 0 | $0.00 | $0.00 |
| [ALL] Plan and Disclosure Statements | 5 | 1.3 | $1,250.00 | $455.00 |
| [ALL] Private Letter Ruling/IRS Matters | 0 | 0 | $0.00 | $0.00 |
| [ALL] Retiree and Employee Issues/OPEB | 0 | 0 | $0.00 | $0.00 |
| [ALL] Schedules, SoFAs | 0 | 0 | $0.00 | $0.00 |
| [ALL] Tax Issues | 0 | 0 | $0.00 | $0.00 |

| | | | | |
|---|---|---|---|---|
| [ALL] Valuation | 0 | 0 | $0.00 | $0.00 |
| [EFH] Contested Matters & Advers. Proc. | 5 | 0 | $1,250.00 | $0.00 |
| [EFH] EFH Properties | 0 | 0 | $0.00 | $0.00 |
| [EFH] Expenses | 0 | 0 | $0.00 | $0.00 |
| [EFH] Official Committee Issues & Meet. | 0 | 0 | $0.00 | $0.00 |
| TOTAL | 65 | 48.4 | $16,250.00 | $10,934.00 |