## EXHIBIT G

**Schedule of Hours Worked and Aggregate Fees for Each Matter Category**

| Task Code | Total Billed Hours | Total Fees |
|---|---|---|
| **[ALL] BK Retention and Fee Applications** | **22.3** | **$ 4,007.50** |
| | | |
| **[ALL] Case Administration** | **5.4** | **$ 1,613.50** |
| | | |
| **[ALL] Claims Administration & Objections** | **3.2** | **$ 940.00** |
| | | |
| **[ALL] Contested Matters & Adv. Proceed.** | **2.8** | **$ 980.00** |
| | | |
| **[ALL] Hearings** | **0.5** | **$ 175.00** |
| | | |
| **[ALL] Non-BK Retention and Fee Applications** | **12.9** | **$ 2,763.00** |
| | | |
| **[ALL] Plan and Disclosure Statements** | **1.3** | **$ 455.00** |
| | | |
| | **48.4** | **$ 10,934.00** |