## **EXHIBIT I**

**Detailed Time Records for Bielli & Klauder, LLC**

| Date | Description | Task | Professional | Duration | Rate | Amount |
|---|---|---|---|---|---|---|
| 01-04-2016 | Review Epiq Bankruptcy Solutions, LLC's Affidavit of Service indicating service BK's 2nd Monthly Fee Statement (November 2015) has been effectuated upon all necessary parties in compliance with the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals. | [ALL] BK Retention and Fee Applications | Huber, Amy | 0.1 | $ 125.00 | $ 12.50 |
| 01-04-2016 | Review SOLIC's 11th Monthly Fee Statement (November 2015) as docketed by the Court. | [ALL] Non-BK Retention and Fee Applications | Huber, Amy | 0.1 | $ 125.00 | $ 12.50 |
| 01-04-2016 | Review letter from fee examiner and emails re: same | [ALL] BK Retention and Fee Applications | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 01-04-2016 | Review stmt of issues on appeal by asbestos claimants | [ALL] Claims Administration & Objections | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 01-06-2016 | Review recent filings, including notice of docketing on appeal | [ALL] Case Administration | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 01-06-2016 | Review letter from Kirkland re: inadvertent disclosure of documents | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 01-06-2016 | Review notice of continued plan mediation | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 01-07-2016 | Review COC filed by debtors | [ALL] Case Administration | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 01-08-2016 | Review notice of KPMG additional agreement | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 01-08-2016 | Review COCs and prop orders re: contested tax matters | [ALL] Contested Matters & Adv. Proceed. | Klauder, David | 0.3 | $ 350.00 | $ 105.00 |
| 01-11-2016 | Review Affidavit of Service from Epiq Bankruptcy Solutions, LLC indicating service of Proskauer's 12th Monthly Fee Statement (November 2015) has been effectuated in accordance with Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals. | [ALL] Non-BK Retention and Fee Applications | Huber, Amy | 0.1 | $ 125.00 | $ 12.50 |
| 01-11-2016 | Email from B. Witters requesting and confer with D. Klauder regarding updated claims charts for 22nd, 23rd, 27th and 28th claims objections. | [ALL] Claims Administration & Objections | Huber, Amy | 0.2 | $ 125.00 | $ 25.00 |
| 01-11-2016 | Emails with A. Huber and EFH re: BK fee statements | [ALL] BK Retention and Fee Applications | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 01-11-2016 | Review claim charts for 22nd, 23rd, 27th and 28th omnibus objections for hearing agenda and emails with A. Huber re: same | [ALL] Claims Administration & Objections | Klauder, David | 0.3 | $ 350.00 | $ 105.00 |
| 01-11-2016 | Review emails with RLF re: claim charts for 1/14 hearing agenda | [ALL] Claims Administration & Objections | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 01-11-2016 | Review Affidavit of Service from Epiq Bankruptcy Solutions, LLC indicating service of SOLIC's 11h Monthly Fee Statement (November 2015) has been effectuated in accordance with Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals. | [ALL] Non-BK Retention and Fee Applications | Huber, Amy | 0.1 | $ 125.00 | $ 12.50 |
| 01-12-2016 | Review asbestos group stmt of issues on appeal re: appeal of order denying class cert | [ALL] Claims Administration & Objections | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 01-12-2016 | Review agenda for 1/14 hearing | [ALL] Case Administration | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 01-14-2016 | Prepare correspondence to Gary Moor providing information necessary for payment to be made. | [ALL] Case Administration | Huber, Amy | 0.1 | $ 125.00 | $ 12.50 |
| 01-14-2016 | Emails with EFH and A. Huber re: fee apps | [ALL] BK Retention and Fee Applications | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 01-15-2016 | Review notice of hearing in adv. proceeding and other related documents in case | [ALL] Contested Matters & Adv. Proceed. | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 01-15-2016 | Review correspondence from Fee Committee regarding BK's 2nd Monthly Fee App (November 2015). | [ALL] BK Retention and Fee Applications | Huber, Amy | 0.1 | $ 125.00 | $ 12.50 |
| 01-15-2016 | Prepare CNO to BK's 2nd Monthly Fee App (November 2015) and finalize the same for filing. | [ALL] BK Retention and Fee Applications | Huber, Amy | 0.4 | $ 125.00 | $ 50.00 |
| 01-15-2016 | Prepare Monthly Fee Invoice Statement for November 2015. | [ALL] BK Retention and Fee Applications | Huber, Amy | 0.3 | $ 125.00 | $ 37.50 |
| 01-15-2016 | Review CNO for BK retention app and coordinate filing of same | [ALL] BK Retention and Fee Applications | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 01-18-2016 | Edit, finalize Monthly Fee Invoice Statement (November 2015) and e-mail to Client providing copy of the same. | [ALL] BK Retention and Fee Applications | Huber, Amy | 0.3 | $ 125.00 | $ 37.50 |
| 01-18-2016 | Emails with A. Huber re: Nov fee app and CNO related thereto | [ALL] BK Retention and Fee Applications | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 01-19-2016 | Review notice of settlement | [ALL] Case Administration | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 01-21-2016 | Review EPIQ affidavit of service for SOLIC fee app | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 01-21-2016 | Review SOLIC's 11th Monthly Fee Statement (December 2015), requested edited version from J. Zajac, and finalize the same for filing. | [ALL] Non-BK Retention and Fee Applications | Huber, Amy | 0.6 | $ 125.00 | $ 75.00 |
| 01-21-2016 | Review SOLIC monthly fee app and emails with A. Huber and J. Zajac re: editing and filing of same | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.3 | $ 350.00 | $ 105.00 |
| 01-21-2016 | E-mail SOLIC's 11th Monthly Fee Statement (December 2015) to Epiq detailing instructions to effectuate service of the same in compliance with the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals. | [ALL] Non-BK Retention and Fee Applications | Huber, Amy | 0.2 | $ 125.00 | $ 25.00 |
| 01-21-2016 | Review debtors' designation of items for confirmation order appeal | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 01-22-2016 | Review and edit BK's Dec MFS and emails with A. Huber re: same | [ALL] BK Retention and Fee Applications | Klauder, David | 0.6 | $ 350.00 | $ 210.00 |
| 01-22-2016 | Prepare and edit BK's 3rd Monthly Fee Statement (December 2015). | [ALL] BK Retention and Fee Applications | Huber, Amy | 2.0 | $ 125.00 | $ 250.00 |
| 01-22-2016 | Review CNO to Proskauer's 12th Monthly Fee Statement (November 2015) and finalize the same for filing. | [ALL] Non-BK Retention and Fee Applications | Huber, Amy | 0.4 | $ 125.00 | $ 50.00 |
| 01-22-2016 | Emails with J. Zajac re: filing of CNO for Proskauer fee stmt | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 01-22-2016 | E-mail to Client providing stamped copy of BK's 3rd Monthly Fee Statement (December 2015) along with LEDES document. | [ALL] BK Retention and Fee Applications | Huber, Amy | 0.1 | $ 125.00 | $ 12.50 |
| 01-22-2016 | Upload stamped copy of BK's 3rd Monthly Fee Statement (December 2015) along with LEDES document to box.com. | [ALL] BK Retention and Fee Applications | Huber, Amy | 0.1 | $ 125.00 | $ 12.50 |

| Date | Description | Task | Professional | Duration | Rate | Amount |
|---|---|---|---|---|---|---|
| 01-22-2016 | Email BK's 3rd Monthly Fee Statement (December 2015) to Epiq detailing instructions to effectuate service of the same in compliance with the Order Establishing Procedures for Interim Fee Apps. | [ALL] BK Retention and Fee Applications | Huber, Amy | 0.1 | $ 125.00 | $ 12.50 |
| 01-22-2016 | Review letter from Kirkland re: inadvertent production of documents | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 01-25-2016 | Review Proskauer's 13th Monthly Fee Statement (December 2015) and finalize the same for filing. | [ALL] Non-BK Retention and Fee Applications | Huber, Amy | 0.5 | $ 125.00 | $ 62.50 |
| 01-25-2016 | E-mail to Epiq detailing instructions to serve Proskauer's 13th Monthly Fee Statement (December 2015) in compliance with Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals. | [ALL] Non-BK Retention and Fee Applications | Huber, Amy | 0.1 | $ 125.00 | $ 12.50 |
| 01-25-2016 | Review Proskauer Dec fee stmt and emails with J. Zajac re: same | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 01-25-2016 | Review deadline calendar for interim fee apps | [ALL] BK Retention and Fee Applications | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 01-26-2016 | Review status report on open adversary cases | [ALL] Contested Matters & Adv. Proceed. | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 01-26-2016 | Review CNO for SOLIC fee app and emails with A. Huber re: same | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 01-26-2016 | Review CNO to SOLIC's 11th Monthly Fee Statement (November 2015) and finalize the same for filing. | [ALL] Non-BK Retention and Fee Applications | Huber, Amy | 0.2 | $ 125.00 | $ 25.00 |
| 01-26-2016 | Review appellee's designation of items on appeal re: class cert appeal | [ALL] Case Administration | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 01-27-2016 | Review Epiq Bankruptcy Solutions' Affidavit of Service indicating BK's 3rd Monthly Fee Statement (December 2015) has been served upon all necessary parties in compliance with the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals. | [ALL] BK Retention and Fee Applications | Huber, Amy | 0.1 | $ 125.00 | $ 12.50 |
| 01-27-2016 | Review Order Scheduling 3/10/2016 Omnibus Hearing Date. | [ALL] Case Administration | Huber, Amy | 0.1 | $ 125.00 | $ 12.50 |
| 01-28-2016 | Review motion to authorize TCEH financing | [ALL] Case Administration | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 02-01-2016 | Review notice of hearing for oral argument | [ALL] Contested Matters & Adv. Proceed. | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 02-08-2016 | Review orders administratively closing appeals | [ALL] Case Administration | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 02-09-2016 | Review Epiq Bankruptcy Solutions' Affidavit of Service indicating Solic's 12th Monthly Fee Statement (December 2015) was served in compliance with Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals. | [ALL] Non-BK Retention and Fee Applications | Huber, Amy | 0.1 | $ 125.00 | $ 12.50 |
| 02-09-2016 | Review Epiq Bankruptcy Solutions' Affidavit of Service indicating Proskauer's 13th Monthly Fee Statement (December 2015) was served in compliance with Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals. | [ALL] Non-BK Retention and Fee Applications | Huber, Amy | 0.1 | $ 125.00 | $ 12.50 |
| 02-09-2016 | Review substantive claim objections filed by debtor | [ALL] Claims Administration & Objections | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 02-10-2016 | Review procedures for interim fee apps and emails with A. Huber re: prep of same | [ALL] BK Retention and Fee Applications | Klauder, David | 0.3 | $ 350.00 | $ 105.00 |
| 02-12-2016 | Begin preparing BK's 1st Interim Fee App. | [ALL] BK Retention and Fee Applications | Huber, Amy | 2.6 | $ 125.00 | $ 325.00 |
| 02-12-2016 | Emails with A. Huber re: interim fee app prep | [ALL] BK Retention and Fee Applications | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 02-14-2016 | Review draft of BK interim fee app | [ALL] BK Retention and Fee Applications | Klauder, David | 0.3 | $ 350.00 | $ 105.00 |
| 02-15-2016 | Edit BK interim fee app and various emails with A. Huber re: same | [ALL] BK Retention and Fee Applications | Klauder, David | 0.9 | $ 350.00 | $ 315.00 |
| 02-15-2016 | Review Horton declaration re: financing | [ALL] Case Administration | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 02-15-2016 | Edit BK's 1st Interim Fee App. | [ALL] BK Retention and Fee Applications | Huber, Amy | 2.9 | $ 125.00 | $ 362.50 |
| 02-15-2016 | Review Order Scheduling 4/13/2016 Omnibus Hearing Date. | [ALL] Case Administration | Huber, Amy | 0.1 | $ 125.00 | $ 12.50 |
| 02-15-2016 | E-mail to Epiq Bankruptcy Solutions detailing instruction to effectuate service of BK's 1st Interim Fee App. in compliance with the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals. | [ALL] BK Retention and Fee Applications | Huber, Amy | 0.2 | $ 125.00 | $ 25.00 |
| 02-15-2016 | Upload BK's 1st Interim Fee App. to www.box.com. | [ALL] BK Retention and Fee Applications | Huber, Amy | 0.1 | $ 125.00 | $ 12.50 |
| 02-15-2016 | Provided stamped copy BK's 1st Interim Fee App. to Client. | [ALL] BK Retention and Fee Applications | Huber, Amy | 0.1 | $ 125.00 | $ 12.50 |
| 02-15-2016 | Review and edit follow up drafts of interim fee app and emails with A. Huber re: same | [ALL] BK Retention and Fee Applications | Klauder, David | 0.5 | $ 350.00 | $ 175.00 |
| 02-16-2016 | Review e-mail from B. Witters requesting updated Claim Charts re: 22nd, 23rd, 27th and 28th Omnibus Claims Objections, confer with D. Klauder and reply to B. Witters providing copies of the same. | [ALL] Claims Administration & Objections | Huber, Amy | 0.2 | $ 125.00 | $ 25.00 |
| 02-16-2016 | Emails with A. Huber and RLF re: claim charts for hearing on omnibus claim objections | [ALL] Claims Administration & Objections | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 02-16-2016 | Review courtcall confirmation for Proskauer for 2/18 hearing | [ALL] Case Administration | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 02-16-2016 | Review agenda for 2/18 hearing | [ALL] Case Administration | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 02-16-2016 | Review complaint and motion to dismiss in Marathon adversary case | [ALL] Contested Matters & Adv. Proceed. | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 02-16-2016 | Review Proskauer's 4th Interim Fee Application, finalize for filing and coordinate service of the same. | [ALL] Non-BK Retention and Fee Applications | Huber, Amy | 0.6 | $ 125.00 | $ 75.00 |
| 02-16-2016 | Review SOLIC Capital's 3rd Interim Fee App. prepare Notice thereof, finalize for filing and coordinate service of the same. | [ALL] Non-BK Retention and Fee Applications | Huber, Amy | 0.5 | $ 125.00 | $ 62.50 |
| 02-16-2016 | Review Proskauer interim fee app and emails with J. Zajac and A. Huber re: same | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 02-16-2016 | Review SOLIC interim fee app and emails with A. Huber re: preparing notice and filing same | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.3 | $ 350.00 | $ 105.00 |
| 02-16-2016 | Review SOLIC CNO for monthly fee app and coordinate filing of same | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 02-16-2016 | Review plan supplement | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |

| Date | Description | Task | Professional | Duration | Rate | Amount |
|---|---|---|---|---|---|---|
| 02-17-2016 | Check docket to verify response to BK's 3rd Monthly Fee Statement (December 2015). | [ALL] BK Retention and Fee Applications | Huber, Amy | 0.1 | $ 125.00 | $ 12.50 |
| 02-17-2016 | Prepare, edit CNO to BK's 3rd Monthly Fee Statement (December 2015) and finalize for filing. | [ALL] BK Retention and Fee Applications | Huber, Amy | 0.4 | $ 125.00 | $ 50.00 |
| 02-17-2016 | Review correspondence from Fee Committee regarding BK's 3rd MFS (December 2015). | [ALL] BK Retention and Fee Applications | Huber, Amy | 0.1 | $ 125.00 | $ 12.50 |
| 02-17-2016 | Prepare Monthly Fee Invoice Statement regarding BK's 3rd MFS (December 2015). | [ALL] BK Retention and Fee Applications | Huber, Amy | 0.2 | $ 125.00 | $ 25.00 |
| 02-17-2016 | Review order from District Court re: appeals | [ALL] Contested Matters & Adv. Proceed. | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 02-17-2016 | Review CNO for BK retention app and emails with A. Huber re: same | [ALL] BK Retention and Fee Applications | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 02-17-2016 | Review agenda for 2/18 hearing | [ALL] Case Administration | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 02-18-2016 | Reviewed incoming documents relating to 2nd amended plan supplement and interim fee apps | [ALL] Case Administration | Stephenson, Cory | 0.1 | $ 205.00 | $ 20.50 |
| 02-18-2016 | Review CNO to Proskauer's 13th Monthly Fee Statement (December 2015) and finalize the same for filing. | [ALL] Non-BK Retention and Fee Applications | Huber, Amy | 0.3 | $ 125.00 | $ 37.50 |
| 02-18-2016 | Finalize Monthly Fee Invoice Statement regarding BK's 3rd MFS (December 2015) and forward the same to Client. | [ALL] BK Retention and Fee Applications | Huber, Amy | 0.1 | $ 125.00 | $ 12.50 |
| 02-18-2016 | Emails with J. Zajac and A. Huber re: CNO for Proskauer fee app | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 02-19-2016 | Review debtors' severance motion | [ALL] Case Administration | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 02-22-2016 | Review Proskauer's 14th Monthly Fee Statement (January 2016) and finalize the same for filing. | [ALL] Non-BK Retention and Fee Applications | Huber, Amy | 0.4 | $ 125.00 | $ 50.00 |
| 02-22-2016 | Review Proskauer Jan fee stmt and emails with A. Huber and J. Zajac re: filing and service of same | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.3 | $ 350.00 | $ 105.00 |
| 02-22-2016 | E-mail to Epiq Systems detailing instruction to serve Proskauer's 14th Monthly Fee Statement (January 2016) in compliance with Order Establishing Procedures for Interim Fee Apps. | [ALL] Non-BK Retention and Fee Applications | Huber, Amy | 0.1 | $ 125.00 | $ 12.50 |
| 02-22-2016 | Review UST's email to Proskauer re: interim fee app | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 02-22-2016 | Initial review of BK January fee app and emails with A. Huber re: same | [ALL] BK Retention and Fee Applications | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 02-23-2016 | Prepare and edit BK's 4th Monthly Fee Statement (January 2016) and finalize the same for filing. | [ALL] BK Retention and Fee Applications | Huber, Amy | 1.2 | $ 125.00 | $ 150.00 |
| 02-23-2016 | Review and edit January MFS and emails with A/ Huber re: same | [ALL] BK Retention and Fee Applications | Klauder, David | 0.5 | $ 350.00 | $ 175.00 |
| 02-23-2016 | Email to Epiq detailing instructions to serve BK's 4th Monthly Fee Statement (January 2016) in compliance with the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals. | [ALL] BK Retention and Fee Applications | Huber, Amy | 0.1 | $ 125.00 | $ 12.50 |
| 02-23-2016 | Email to Client providing copies of BK's 4th Monthly Fee Statement (January 2016) and LEDES document. | [ALL] BK Retention and Fee Applications | Huber, Amy | 0.1 | $ 125.00 | $ 12.50 |
| 02-23-2016 | Upload BK's 4th Monthly Fee Statement (January 2016) and LEDES document to box.com. | [ALL] BK Retention and Fee Applications | Huber, Amy | 0.1 | $ 125.00 | $ 12.50 |
| 02-25-2016 | Review SOLIC's 13th Monthly Fee Statement (January 2016) and finalize the same for filing. | [ALL] Non-BK Retention and Fee Applications | Huber, Amy | 0.3 | $ 125.00 | $ 37.50 |
| 02-25-2016 | E-mail to Epiq Bankruptcy Solutions detailing instructions to serve SOLIC's 13th Monthly Fee Statement (January 2016) in compliance with Order Establishing Procedures for Interim Fee Apps. | [ALL] Non-BK Retention and Fee Applications | Huber, Amy | 0.1 | $ 125.00 | $ 12.50 |
| 02-25-2016 | Review SOLIC fee app and emails re: filing of same | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.3 | $ 350.00 | $ 105.00 |
| 02-25-2016 | Discuss status of case and closing on plan transaction with UST | [ALL] Case Administration | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 02-29-2016 | Review summary of plan effective status | [ALL] Case Administration | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 02-29-2016 | Phone call with P. Young re: status of case | [ALL] Case Administration | Klauder, David | 0.3 | $ 350.00 | $ 105.00 |
| 02-29-2016 | Review notice of rescheduled hearing | [ALL] Case Administration | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 02-29-2016 | Review Notice of Rescheduled Omnibus Hearing Date from 4/13/2016 to 4/27/2016. | [ALL] Case Administration | Huber, Amy | 0.1 | $ 125.00 | $ 12.50 |
| 03-01-2016 | Review Epiq Bankruptcy Solutions' Affidavit of Service indicating Proskauer's 4th Interim Fee App. was served upon all necessary parties in compliance with Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals. | [ALL] Non-BK Retention and Fee Applications | Huber, Amy | 0.1 | $ 125.00 | $ 12.50 |
| 03-01-2016 | Review Epiq Bankruptcy Solutions' Affidavit of Service indicating BK's 1st Interim Fee App. was served upon all necessary parties in compliance with Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals. | [ALL] BK Retention and Fee Applications | Huber, Amy | 0.1 | $ 125.00 | $ 12.50 |
| 03-01-2016 | Review Epiq Bankruptcy Solutions' Affidavit of Service indicating BK's 4th Monthly Fee Statement (January 2016) was served upon all necessary parties in compliance with Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals. | [ALL] BK Retention and Fee Applications | Huber, Amy | 0.1 | $ 125.00 | $ 12.50 |
| 03-02-2016 | Review email from Kirkland re: inadvertent production of documents | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 03-02-2016 | Review notice of hearing in DE Trust Co v. Wilmington Trust adv proceeding | [ALL] Contested Matters & Adv. Proceed. | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 03-04-2016 | Review notice of sale of assets | [ALL] Case Administration | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 03-07-2016 | Review e-mail from B. Witters requesting updated Claim Charts re: 22nd, 23rd, 27th and 28th Omnibus Claims Objections, confer with D. Klauder and reply to B. Witters providing copies of the same. | [ALL] Claims Administration & Objections | Huber, Amy | 0.2 | $ 125.00 | $ 25.00 |
| 03-07-2016 | Review claim charts for hearing agenda on omnibus claim objections and emails with A. Huber re: same | [ALL] Claims Administration & Objections | Klauder, David | 0.3 | $ 350.00 | $ 105.00 |
| 03-08-2016 | Review agenda for 3/10 hearing | [ALL] Case Administration | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 03-08-2016 | Review COC and revised order on insider severance issue | [ALL] Case Administration | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 03-09-2016 | Review various filings in 3rd circuit appeal by Delaware Trust Co. | [ALL] Contested Matters & Adv. Proceed. | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 03-09-2016 | Review notice of agenda canceling hearing | [ALL] Case Administration | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 03-09-2016 | Check Docket to verify no objections have been filed to BK's 1st Interim Fee App. | [ALL] BK Retention and Fee Applications | Huber, Amy | 0.1 | $ 125.00 | $ 12.50 |

| Date | Description | Task | Professional | Duration | Rate | Amount |
|---|---|---|---|---|---|---|
| 03-09-2016 | Research and discuss procedures with D. Klauder regarding CNO to BK's 1st Interim Fee App. | [ALL] BK Retention and Fee Applications | Huber, Amy | 0.2 | $ 125.00 | $ 25.00 |
| 03-11-2016 | Review court opinion in first lien creditor adv proceeding | [ALL] Contested Matters & Adv. Proceed. | Klauder, David | 0.3 | $ 350.00 | $ 105.00 |
| 03-14-2016 | Review letter from 3rd Circuit re: appearance sheets for appeal | [ALL] Contested Matters & Adv. Proceed. | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 03-15-2016 | Emails with A. Huber re: BK fee app | [ALL] BK Retention and Fee Applications | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 03-16-2016 | Review CNO to Proskauer's 14th Monthly Fee Statement (January 2016) and finalize the same for filing. | [ALL] Non-BK Retention and Fee Applications | Huber, Amy | 0.2 | $ 125.00 | $ 25.00 |
| 03-16-2016 | Review CNO for Proskauer fee app and emails with J. Zajac and A. Huber re: same | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 03-17-2016 | Review agenda for 3/21 hearing | [ALL] Case Administration | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 03-17-2016 | Check docket to verify no responses have been filed to BK's 4th Monthly Fee Statement (January 2016). | [ALL] BK Retention and Fee Applications | Huber, Amy | 0.1 | $ 125.00 | $ 12.50 |
| 03-17-2016 | Prepare CNO to BK's 4th Monthly Fee Statement (January 2016) and finalize the same for filing. | [ALL] BK Retention and Fee Applications | Huber, Amy | 0.6 | $ 125.00 | $ 75.00 |
| 03-17-2016 | Review Epiq Bankruptcy Solutions, LLC's Affidavit of Service indicating that service SOLIC's 13th Monthly Fee Statement (January 2016) has been completed in compliance with the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals. | [ALL] Non-BK Retention and Fee Applications | Huber, Amy | 0.1 | $ 125.00 | $ 12.50 |
| 03-17-2016 | Review Epiq Bankruptcy Solutions, LLC's Affidavit of Service indicating that service Proskauer's 14th Monthly Fee Statement (January 2016) has been completed in compliance with the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals. | [ALL] Non-BK Retention and Fee Applications | Huber, Amy | 0.1 | $ 125.00 | $ 12.50 |
| 03-17-2016 | Prepare Monthly Fee Invoice Statement (January 2016). | [ALL] BK Retention and Fee Applications | Huber, Amy | 0.2 | $ 125.00 | $ 25.00 |
| 03-17-2016 | E-mail to Client providing CNO and Monthly Fee Invoice Statement. | [ALL] BK Retention and Fee Applications | Huber, Amy | 0.1 | $ 125.00 | $ 12.50 |
| 03-17-2016 | Review summary judgment filings in TTI adv case | [ALL] Contested Matters & Adv. Proceed. | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 03-17-2016 | Review CNO for BK monthly fee app and emails with A. Huber re: same | [ALL] BK Retention and Fee Applications | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 03-21-2016 | Prepared Proskauer's 15th Monthly Fee Statement for filing | [ALL] Non-BK Retention and Fee Applications | Stephenson, Cory | 0.2 | $ 205.00 | $ 41.00 |
| 03-21-2016 | Finalize Proskauer's 15th Monthly Fee Statement for filing | [ALL] Non-BK Retention and Fee Applications | Stephenson, Cory | 0.2 | $ 205.00 | $ 41.00 |
| 03-21-2016 | Sent Proskauer's 15th Fee Statement for service | [ALL] Case Administration | Stephenson, Cory | 0.1 | $ 205.00 | $ 20.50 |
| 03-21-2016 | Review Proskauer monthly fee app and various emails with C. Stephenson re: prep and filing of same | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.3 | $ 350.00 | $ 105.00 |
| 03-21-2016 | Review of upcoming hearings and critical dates | [ALL] Case Administration | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 03-22-2016 | Review Proskauer fee app filing and emails with A. Huber re: withdraw of same | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 03-22-2016 | Phone call with claimant Glen Rose Auto Parts | [ALL] Claims Administration & Objections | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 03-22-2016 | Review notice of withdrawal for Proskauer fee app and coordinate filing of same | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 03-22-2016 | Review email from Epiq re: service of Proskauer fee app and discuss same with C. Stephenson | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 03-23-2016 | Review initial draft of BK Feb fee app and emails with A. Huber re: same | [ALL] BK Retention and Fee Applications | Klauder, David | 0.4 | $ 350.00 | $ 140.00 |
| 03-23-2016 | Prepare BK's 5th Monthly Fee Statement (February 2016) and finalize the same for filing. | [ALL] BK Retention and Fee Applications | Huber, Amy | 1.5 | $ 125.00 | $ 187.50 |
| 03-23-2016 | Review final draft of monthly fee app and coordinate filing of same | [ALL] BK Retention and Fee Applications | Klauder, David | 0.3 | $ 350.00 | $ 105.00 |
| 03-23-2016 | E-mail to Epiq Bankruptcy Solutions detailing instructions to serve BK's 5th Monthly Fee Statement (February 2016) in compliance with Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals. | [ALL] BK Retention and Fee Applications | Huber, Amy | 0.1 | $ 125.00 | $ 12.50 |
| 03-23-2016 | E-mail copies of BK's 5th Monthly Fee Statement (February 2016) and LEDES document to Client and upload the same to box.com. | [ALL] BK Retention and Fee Applications | Huber, Amy | 0.1 | $ 125.00 | $ 12.50 |
| 03-24-2016 | Phone call with claimants Glen Rose Auto re: status of claim | [ALL] Claims Administration & Objections | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 03-24-2016 | Review CNO for Solic fee app and coordinate filing of same | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 03-24-2016 | Review CNO to SOLIC's 13th Monthly Fee Statement (January 2016) and finalize the same for filing. | [ALL] Non-BK Retention and Fee Applications | Huber, Amy | 0.2 | $ 125.00 | $ 25.00 |
| 03-24-2016 | Review claims registry and claim objection re: claimant Glen Rose auto parts and phone call with claimant re: status of claim | [ALL] Claims Administration & Objections | Klauder, David | 0.3 | $ 350.00 | $ 105.00 |
| 03-25-2016 | Review report on regulator approval of Oncor deal | [ALL] Case Administration | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 03-25-2016 | Review order entered by Public Utility Commission of Texas re: restructuring transaction | [ALL] Plan and Disclosure Statements | Klauder, David | 0.5 | $ 350.00 | $ 175.00 |
| 03-25-2016 | Review SOLIC's 14th Monthly Fee Statement (February 2016) and finalize the same for filing. | [ALL] Non-BK Retention and Fee Applications | Huber, Amy | 0.5 | $ 125.00 | $ 62.50 |
| 03-25-2016 | Email SOLIC's 14th Monthly Fee Statement (February 2016) to Epiq detailing instructions to effectuate service of the same in compliance with the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals. | [ALL] Non-BK Retention and Fee Applications | Huber, Amy | 0.1 | $ 125.00 | $ 12.50 |
| 03-25-2016 | Review SOLIC fee app and emails with J. Zajac re: same | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 03-25-2016 | Emails with A. Huber and C. Stephenson re: filing and service of SOLIC fee app | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 03-28-2016 | Review recent filings in TTI adversary case | [ALL] Contested Matters & Adv. Proceed. | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 03-31-2016 | Review Epiq Bankruptcy Solutions' Affidavit of Service indicating Proskauer's 15th Month Fee Statement (February 2016) was served upon all necessary parties in compliance with the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals. | [ALL] Non-BK Retention and Fee Applications | Huber, Amy | 0.1 | $ 125.00 | $ 12.50 |

| Date | Description | Task | Professional | Duration | Rate | Amount |
|---|---|---|---|---|---|---|
| 03-31-2016 | Review Epiq Bankruptcy Solutions' Affidavit of Service indicating BK's 5th Month Fee Statement (February 2016) was served upon all necessary parties in compliance with the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals. | [ALL] BK Retention and Fee Applications | Huber, Amy | 0.1 | $ 125.00 | $ 12.50 |
| 03-31-2016 | Review Epiq Bankruptcy Solutions' Affidavit of Service indicating SOLIC's 14th Month Fee Statement (February 2016) was served upon all necessary parties in compliance with the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals. | [ALL] Non-BK Retention and Fee Applications | Huber, Amy | 0.1 | $ 125.00 | $ 12.50 |
| 03-31-2016 | Review of notice of hearing for 4/4 | [ALL] Case Administration | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 04-04-2016 | Review notice of hearing in adv case | [ALL] Contested Matters & Adv. Proceed. | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 04-04-2016 | Review notice of hearing for TTI adversary case | [ALL] Contested Matters & Adv. Proceed. | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 04-06-2016 | Review Order Scheduling Omnibus Hearing Date. | [ALL] Case Administration | Huber, Amy | 0.1 | $ 125.00 | $ 12.50 |
| 04-07-2016 | Review supplemental bar date motion | [ALL] Claims Administration & Objections | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 04-07-2016 | Review letter on BK monthly fee app | [ALL] BK Retention and Fee Applications | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 04-08-2016 | Review correspondence from Fee Committee regarding BK's 5th Monthly Fee App (February 2016). | [ALL] BK Retention and Fee Applications | Huber, Amy | 0.1 | $ 125.00 | $ 12.50 |
| 04-12-2016 | Review Bk court's opinion in TCEH lender group dispute | [ALL] Contested Matters & Adv. Proceed. | Klauder, David | 0.3 | $ 350.00 | $ 105.00 |
| 04-12-2016 | Review Dist Ct order on Computershare appeal | [ALL] Contested Matters & Adv. Proceed. | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 04-13-2016 | Review CNO to Proskauer's 15th Monthly Fee Statement (February 2016) and finalize the same for filing. | [ALL] Non-BK Retention and Fee Applications | Huber, Amy | 0.2 | $ 125.00 | $ 25.00 |
| 04-13-2016 | Review CNO for Proskauer fee app and emails with J. Zajac and A. Huber re: same | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 04-15-2016 | Review Order Scheduling Omnibus Hearing Date. | [ALL] Case Administration | Huber, Amy | 0.1 | $ 125.00 | $ 12.50 |
| 04-15-2016 | Check docket to verify no responses have been filed to BK's 5th Monthly Fee Statement (February 2016). | [ALL] BK Retention and Fee Applications | Huber, Amy | 0.1 | $ 125.00 | $ 12.50 |
| 04-15-2016 | Begin preparing CNO to BK's 5th Monthly Fee Statement (February 2016). | [ALL] BK Retention and Fee Applications | Huber, Amy | 0.1 | $ 125.00 | $ 12.50 |
| 04-18-2016 | Edit CNO to BK's 5th Monthly Fee Statement (February 2016). | [ALL] BK Retention and Fee Applications | Huber, Amy | 0.1 | $ 125.00 | $ 12.50 |
| 04-19-2016 | Review CNO for BK fee stmt and coordinate filing of same | [ALL] BK Retention and Fee Applications | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 04-19-2016 | Finalize CNO to BK's 5th Monthly Fee Statement (February 2016) for filing. | [ALL] BK Retention and Fee Applications | Huber, Amy | 0.1 | $ 125.00 | $ 12.50 |
| 04-19-2016 | Prepare Monthly Fee Invoice Statement for Februry 2016. | [ALL] BK Retention and Fee Applications | Huber, Amy | 0.3 | $ 125.00 | $ 37.50 |
| 04-19-2016 | Email to Client providing copies of CNO to BK's 5th Monthly Fee Statement and Monthly Fee Invoice Statement. | [ALL] BK Retention and Fee Applications | Huber, Amy | 0.1 | $ 125.00 | $ 12.50 |
| 04-21-2016 | Review SOLIC's 15th Monthly Fee Statement (March 2016) and finalize for filing. | [ALL] Non-BK Retention and Fee Applications | Huber, Amy | 0.4 | $ 125.00 | $ 50.00 |
| 04-21-2016 | E-mail to Epiq Systems detailing instructions to serve SOLIC's 15th Monthly Fee Statement (March 2016) in compliance with Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals. | [ALL] Non-BK Retention and Fee Applications | Huber, Amy | 0.1 | $ 125.00 | $ 12.50 |
| 04-21-2016 | Review SOLIC monthly fee app and emails with J. Zajac and A. Huber re: filing of same | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 04-21-2016 | Filed CNO for SOLIC's 14th Monthly Fee Statement | [ALL] Non-BK Retention and Fee Applications | Stephenson, Cory | 0.2 | $ 205.00 | $ 41.00 |
| 04-21-2016 | Review SOLIC fee app CNO and coordinate filing of same | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 04-25-2016 | Review e-mail from B. Witters requesting updated Claim Charts re: 22nd, 23rd, 27th and 28th Omnibus Claims Objections, confer with D. Klauder and reply to B. Witters providing copies of the same. | [ALL] Claims Administration & Objections | Huber, Amy | 0.2 | $ 125.00 | $ 25.00 |
| 04-25-2016 | Review claim charts for 4/27 hearing and emails with A. Huber re: same | [ALL] Claims Administration & Objections | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 04-25-2016 | Review debtor's reply in support of motion to set supplement bar date | [ALL] Claims Administration & Objections | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 04-25-2016 | Review agenda for 4/27 hearing | [ALL] Case Administration | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 04-26-2016 | Review notice of telephonic status hearing and coordinate participation at same | [ALL] Case Administration | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 04-26-2016 | Review Notice of 4/28/2016 Telephonic Only Status Hearing and teleconference with CourtCall scheduling D. Klauder's telephonic appearance. | [ALL] Case Administration | Huber, Amy | 0.5 | $ 125.00 | $ 62.50 |
| 04-26-2016 | Review agenda for 4/29 hearing | [ALL] Case Administration | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 04-26-2016 | Phone call with P. Young re: status of case | [ALL] Case Administration | Klauder, David | 0.3 | $ 350.00 | $ 105.00 |
| 04-27-2016 | Review EFH committee letter re: BK 1st interim fee app and emails with K. Stadler re: same | [ALL] BK Retention and Fee Applications | Klauder, David | 0.5 | $ - | $ - |
| 04-27-2016 | Review Proskauer monthly fee app and coordinate filing of same | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.3 | $ 350.00 | $ 105.00 |
| 04-27-2016 | Review Proskauer's 16th Monthly Fee Statement (March 2016) and finalize the same for filing. | [ALL] Non-BK Retention and Fee Applications | Huber, Amy | 0.3 | $ 125.00 | $ 37.50 |
| 04-27-2016 | Email Proskauer's 16th Monthly Fee Statement (March 2016) to Epiq detailing instructions to effectuate service in compliance with the Order Establishing Interim Fee Procedures. | [ALL] Non-BK Retention and Fee Applications | Huber, Amy | 0.1 | $ 125.00 | $ 12.50 |
| 04-27-2016 | Review retention app for Benesch | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 04-28-2016 | Address various withdrawal of claim notices | [ALL] Claims Administration & Objections | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 04-28-2016 | Attend telephonically status conference in Bk court | [ALL] Hearings | Klauder, David | 0.5 | $ 350.00 | $ 175.00 |
| 04-28-2016 | Emails with P. Young re: results of status conference | [ALL] Case Administration | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 04-29-2016 | Review report on plan transaction status | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |

| Date | Description | Task | Professional | Duration | Rate | Amount |
|---|---|---|---|---|---|---|
| Grand Total | | | | 48.4 | | $ 10,934.00 |