# EXHIBIT J

**Detailed Expenses for Bielli & Klauder, LLC**

| Date | Provider | Expense | Price | Qty | Amount |
|---|---|---|---|---|---|
| 4/6/2016 | PACER | Filing/Court Fees | $ 0.10 | 1 | $ 0.10 |
| 4/15/2016 | PACER | Filing/Court Fees | $ 0.10 | 30 | $ 3.00 |
| 4/19/2016 | PACER | Filing/Court Fees | $ 0.10 | 3 | $ 0.30 |
| 4/27/2016 | PACER | Filing/Court Fees | $ 0.10 | 22 | $ 2.20 |
| 3/9/2016 | PACER | Filing/Court Fees | $0.10 | 59 | $ 5.90 |
| 3/17/2016 | PACER | Filing/Court Fees | $0.10 | 21 | $ 2.10 |
| 3/21/2016 | PACER | Filing/Court Fees | $0.10 | 20 | $ 2.00 |
| 3/23/2016 | PACER | Filing/Court Fees | $0.10 | 17 | $ 1.70 |
| 2/16/2016 | PACER | Filing/Court Fees | $0.10 | 83 | $ 8.30 |
| 2/17/2016 | PACER | Filing/Court Fees | $0.10 | 29 | $ 2.90 |
| 2/17/2016 | PACER | Filing/Court Fees | $0.10 | 21 | $ 2.10 |
|  |  |  |  |  |  |
| **Grand Total** | **PACER** | **Filing/Court Fees** | **$0.10** | **306** | **$ 30.60** |