## **EXHIBIT K**

**Summary of Bielli & Klauder, LLC Expenses**

| Service Description | Amount |
|---|---|
| **Filing Fee/Court Costs** | $ 30.60 |
| Total | $ 30.60 |