**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
| | Objection Deadline: July 6, 2016 at 4:00 p.m. |

**NOTICE OF FIFTH INTERIM APPLICATION OF SULLIVAN & CROMWELL LLP
AS COUNSEL TO THE EFH COMMITTEE FOR INTERIM APPROVAL AND
ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM
JANUARY 1, 2016 THROUGH AND INCLUDING APRIL 30, 2016**

PLEASE TAKE NOTICE that on the date hereof, Sullivan & Cromwell LLP

(the "**Applicant**") filed the *Fifth Interim Application of Sullivan & Cromwell LLP as Counsel to*

*the EFH Committee for Interim Approval and Allowance of Compensation for Services Rendered*

*and Reimbursement of Expenses Incurred for the Period from January 1, 2016 Through and*

*Including April 30, 2016* (the "**Interim Fee Application**") with the United States Bankruptcy

Court for the District of Delaware (the "**Court**").

PLEASE TAKE FURTHER NOTICE that responses or objections, if any, to

the Interim Fee Application, other than responses or objections by the fee committee appointed

in these chapter 11 cases (the "**Fee Committee**"), must be made in accordance with the *Order*

*Establishing Procedures for Interim Compensation and Reimbursement of Expenses for*

*Professionals*, dated September 16, 2014 [D.I. 2066] (the "**Administrative Order**"), and must

---

[1]    The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

be electronically filed with the Court on the docket of *In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS) in accordance with rule 5005 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware, and served by U.S. mail, overnight delivery, hand delivery or facsimile upon (i) the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), Energy Future Holdings Corp., et al., 1601 Bryan Street, 43rd Floor, Dallas, TX, 75201, Attn: Andrew M. Wright and Cecily Gooch; (ii) co-counsel to the Debtors, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022, Attn: Brian E. Schartz and Kirkland & Ellis LLP, 300 North LaSalle, Chicago, IL 60654, Attn: Chad Husnick; (iii) co-counsel to the Debtors, Richards, Layton & Finger, P.A., 920 North King Street, Wilmington, DE 19801, Attn: Daniel J. DeFranceschi and Jason M. Madron; (iv) Andrew R. Vara, the acting United States Trustee for Region 3, J. Caleb Boggs Federal Building, 844 King Street, Room 2207, Wilmington, DE 19801, Attn: Richard L. Schepacarter and U.S. Department of Justice, Office of the U.S. Trustee, U.S. Federal Building, 201 Varick Street, Room 1006, New York, NY 10014, Attn: Andrea B. Schwartz; (v) counsel to the Fee Committee, Godfrey & Kahn, S.C., One East Main Street, Madison, WI 53703, Attn: Katherine Stadler; and (vi) the Applicant, Sullivan & Cromwell LLP, 125 Broad Street New York, NY 10004, Attn: Alexa Kranzley, so as to actually be received no later than **4:00 p.m. (Eastern Time) on July 6, 2016** (the "**Objection Deadline**").

      **PLEASE TAKE FURTHER NOTICE** that a hearing on the Interim Fee Application will be held on a date to be determined by the Court. Only those objections made in writing and timely filed and received in accordance with the Administrative Order and the procedures described herein will be considered by the Court at such hearing. The parties are

SC1:4153856.1

required to attend the hearing, and failure to attend in person or by counsel may result in relief being granted or denied upon default.

PLEASE TAKE FURTHER NOTICE that pursuant to the Administrative Order, if no objection to the Interim Fee Application is timely filed, served and received by the Objection Deadline, the relief requested in the Interim Fee Application may be granted by the Court without further notice or hearing, other than with respect to the Fee Committee.

PLEASE TAKE FURTHER NOTICE that copies of the Interim Fee Application may be obtained from the Court's website, https://ecf.deb.uscourts.gov for a nominal fee or, free of charge, the website of the Debtors' claims and noticing agent, http://efhcaseinfo.com.

SC1:4153856.1

Dated:  Wilmington, Delaware
        June 15, 2016

**MONTGOMERY McCRACKEN WALKER & RHOADS, LLP**

  _/s/ Mark A. Fink_____
Natalie D. Ramsey, Esquire (DE Bar No. 5378)
Davis Lee Wright, Esquire (DE Bar No. 4324)
Mark A. Fink, Esquire (DE Bar No. 3946)
1105 North Market Street, 15th Floor
Wilmington, DE  19801
Telephone: (302) 504-7800
Facsimile: (302) 504 -7820
E-mail:       nramsey@mmwr.com
              dwright@mmwr.com
              mfink@mmwr.com

– and –

**SULLIVAN & CROMWELL LLP**

Andrew G. Dietderich
Brian D. Glueckstein
John L. Hardiman
Alexa J. Kranzley
125 Broad Street
New York, New York  10004
Telephone:   (212) 558-4000
Facsimile:   (212) 558-3588
E-mail:       dietdericha@sullcrom.com
              gluecksteinb@sullcrom.com
              hardimanj@sullcrom.com
              kranzleya@sullcrom.com

*Counsel for The Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC; EFIH Finance, Inc.; and EECI, Inc.*

4

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| | ) Case No. 14-10979 (CSS) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) **Hearing Date:  TBD** |
| | ) **Objection Deadline: July 6, 2016** |

### SUMMARY OF FIFTH INTERIM FEE APPLICATION OF
### SULLIVAN & CROMWELL LLP AS COUNSEL TO THE EFH COMMITTEE

| | |
|---|---|
| NAME OF APPLICANT: | Sullivan & Cromwell LLP |
| AUTHORIZED TO PROVIDE PROFESSIONAL SERVICES TO: | Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc. |
| DATE CASE FILED: | April 29, 2014 |
| DATE OF RETENTION: | January 13, 2015, *nunc pro tunc* to November 5, 2014 |
| PERIOD FOR WHICH COMPENSATION AND REIMBURSEMENT IS SOUGHT: | January 1, 2016 through and including April 30, 2016 |
| TOTAL COMPENSATION REQUESTED: | $159,870.00 |
| TOTAL EXPENSE REIMBURSEMENT REQUESTED: | $5,494.95 |

This is a(n):__X__interim____final application.

This is the fifth interim fee application filed by Sullivan & Cromwell LLP.

---

[1]     The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

**SUMMARY OF FEES AND EXPENSES REQUESTED FOR FEE PERIOD**

| Date and Docket No. | Period Covered | Fees Requested | Holdback (20%) | Fees paid to Date | Expenses Requested | Expenses Paid to Date |
|---|---|---|---|---|---|---|
| 02/22/2016 [D.I. 7906] | 01/01/2016 - 01/31/2016 | $37,850.50 | $7,570.10 | $30,280.40 | $3,881.73 | $3,881.73 |
| 03/21/2016 [D.I. 8027] | 02/01/2016 - 02/29/2016 | $47,410.50 | $9,482.10 | $37,928.40 | $107.07 | $107.07 |
| 04/21/2016 [D.I. 8249] | 03/01/2016 - 03/31/2016 | $37,517.00 | $7,503.40 | $30,013.60 | $498.77 | $498.77 |
| 05/23/2016 [D.I. 8509] | 04/01/2016 - 04/30/2016 | $37,092.00 | $7,418.40 | $0.00 | $1,007.38 | $0.00 |
| | **TOTAL REQUESTED IN MONTHLY FEE APPLICATIONS** | **$159,870.00** | **$31,974.00** | **$98,222.40** | **$5,494.95** | **$4,487.57** |

### SUMMARY OF FEES AND EXPENSES PREVIOUSLY REQUESTED

| Date and Docket No. | Period Covered | Fees Requested | Holdback (20%) | Fees paid to Date | Expenses Requested | Expenses Paid to Date | Approved Fees and Expenses |
|---|---|---|---|---|---|---|---|
| 1/23/2015 [D.I. 3358] | 11/05/2014 - 11/30/2014 | $1,633,519.00 | $326,703.80 | $1,580,640.08 | $12,273.34 | $11,831.27 | $2,697,155.36 |
| 2/5/2015 [D.I. 3455] | 12/01/2014 - 12/31/2014 | $1,137,878.40 | $227,575.68 | $1,101,043.94 | $3,948.00 | $3,640.07 | |
| 2/26/2015 [D.I. 3691] | 01/01/2015 - 01/31/2015 | $1,139,002.50 | $227,800.50 | $1,099,767.97 | $4,630.14 | $4,630.14 | $4,924,079.31 |
| 3/24/2015 [D.I. 3959] | 02/01/2015 - 02/28/2015 | $1,289,130.10 | $257,826.02 | $1,244,724.22 | $5,133.05 | $5,133.05 | |
| 4/21/2015 [D.I. 4241] | 03/01/2015 - 03/31/2015 | $1,280,362.50 | $256,072.50 | $1,236,258.63 | $3,900.84 | $3,900.84 | |
| 5/21/2015 [D.I. 4560 ] | 04/01/2015 - 04/30/2015 | $1,360,411.80 | $272,082.36 | $1,313,550.52 | $16,113.94 | $16,113.94 | |
| 6/22/2015 [D.I. 4820] | 05/01/2015 - 05/31/2015 | $997,875.50 | $199,575.10 | $991,901.96 | $4,548.67 | $4,530.06 | $4,493,854.17 |
| 7/21/2015 [D.I. 5054] | 06/01/2015 - 06/30/2015 | $1,087,893.50 | $217,578.70 | $1,081,381.09 | $4,265.83 | $4,245.54 | |
| 8/21/2015 [D.I. 5615] | 07/01/2015 - 07/31/2015 | $704,331.50 | $140,866.30 | $700,115.19 | $6,814.33 | $6,801.19 | |
| 9/21/2015 [D.I. 6127] | 08/01/2015 - 08/31/2015 | $1,699,912.00 | $339,982.40 | $1,689,735.89 | $15,174.95 | $15,143.25 | |
| 10/21/2015 [D.I. 6557] | 09/01/2015 - 09/30/2015 | $2,512,274.10 | $502,454.82 | $2,009,819.28 | $451,883.06 | $451,883.06 | N/A |
| 11/23/2015 [D.I. 7108] | 10/01/2015 - 10/31/2015 | $4,073,755.90 | $814,751.18 | $3,259,004.72 | $87,674.34 | $87,674.34 | N/A |
| 12/21/2015 [D.I. 5615] | 11/01/2015 - 11/30/2015 | $2,471,103.00 | $494,220.60 | $1,976,882.40 | $41,847.14 | $41,847.14 | N/A |
| 1/21/2016 [D.I. 7710 ] | 12/01/2015 - 12/31/2015 | $113,575.50 | $22,715.10 | $90,860.40 | $112,751.62 | $112,751.62 | N/A |
| 2/22/2016 [D.I. 7906] | 01/01/2016 - 01/31/2016 | $37,850.50 | $7,570.10 | $30,280.40 | $3,881.73 | $3,881.73 | N/A |
| 3/21/2016 [D.I. 8027] | 02/01/2016 - 02/29/2016 | $47,410.50 | $9,482.10 | $37,928.40 | $107.07 | $107.07 | N/A |
| 4/21/2016 [D.I. 8249] | 03/01/2016 - 03/31/2016 | $37,517.00 | $7,503.40 | $30,013.60 | $498.77 | $498.77 | N/A |

SC1:4136481.2

| 5/23/2016 [D.I. 8509] | 04/01/2016 - 04/30/2016 | $37,092.00 | $7,418.40 | $0.00 | $1,007.38 | $0.00 | N/A |
|---|---|---|---|---|---|---|---|
| | **TOTAL FOR ALL FEE PERIODS** | **$21,660,895.30** | **$4,332,179.06** | **$19,473,908.69** | **$776,454.20** | **$774,613.08** | **$12,115,088.84** |

### PROJECTED TOTAL BUDGET FOR FEE PERIOD AND ACTUAL FEES INCURRED

| Estimated Fees for Fee Period | | Actual Fees For Fee Period |
|---|---|---|
| Low | High | |
| $419,250.00 | $978,750.00 | $159,870.00 |

-4-

**PROJECT CODE TOTAL CHART**

| Project Number | Project Name | Hours | Fee Amount |
|---|---|---|---|
| 00002 | ASSET ANALYSIS AND RECOVERY | - | $0.00 |
| 00003 | ASSET DISPOSITION | - | $0.00 |
| 00004 | ASSUMPTION AND REJECTION OF LEASES AND CONTRACTS | - | $0.00 |
| 00005 | AVOIDANCE ACTION ANALYSIS | - | $0.00 |
| 00006 | BUSINESS OPERATIONS | 1.20 | $552.00 |
| 00007 | CASE ADMINISTRATION | 5.40 | $2,076.50 |
| 00008 | CLAIMS ADMINISTRATION AND OBJECTIONS | 2.70 | $2,670.00 |
| 00009 | CORPORATE GOVERNANCE AND BOARD MATTERS | - | $0.00 |
| 00010 | EMPLOYEE BENEFITS AND PENSIONS | 4.50 | $3,850.50 |
| 00011 | EMPLOYMENT AND FEE APPLICATIONS (S&C) | 70.20 | $38,780.00 |
| 00012 | EMPLOYMENT AND FEE APPLICATIONS (OTHERS) | 0.50 | $570.00 |
| 00013 | FINANCING, CASH COLLATERAL, MAKE WHOLE | 1.30 | $1,482.00 |
| 00014 | OTHER LITIGATION | 7.50 | $6,848.50 |
| 00015 | MEETINGS AND COMMUNICATIONS WITH CREDITORS | 29.40 | $27,751.50 |
| 00016 | NON-WORKING TRAVEL | - | $0.00 |
| 00017 | PLAN AND DISCLOSURE STATEMENT | 61.30 | $57,451.50 |
| 00018 | RELIEF FROM STAY AND ADEQUATE PROTECTION | - | $0.00 |
| 00019 | TAX | 4.60 | $5,957.00 |
| 00020 | VALUATION | - | $0.00 |
| 00021 | DISCOVERY | 9.20 | $6,738.50 |
| 00022 | HEARINGS | 3.20 | $2,859.50 |
| 00023 | FIRST AND SECOND DAY MOTIONS | - | $0.00 |
| 00024 | CLAIMS INVESTIGATION | - | $0.00 |
| 00025 | LIEN INVESTIGATION | - | $0.00 |
| 00026 | INTERCOMPANY CLAIMS | - | $0.00 |
| 00027 | OTHER MOTIONS / APPLICATIONS | 1.90 | $598.50 |
| 00028 | SCHEDULES AND STATEMENTS | - | $0.00 |
| 00029 | TIME ENTRY REVIEW | 84.30 | $0.00 |
| 00031 | BUDGETING (CASE) | 2.60 | $1,684.00 |
| | **TOTAL** | **289.80** | **$159,870.00** |

SC1:4136481.2

**S&C PROFESSIONALS PERFORMING SERVICES DURING THE FEE PERIOD**

| Timekeeper Name | Title | Practice Group | Year Admitted | Rate | | Hours | Amount |
|---|---|---|---|---|---|---|---|
| Coleman, Heather L. | Partner | GP/Employee Benefits | 2007 | $865.00 | | 3.50 | $3,027.50 |
| Dietderich, Andrew G. | Partner | GP/Restructuring | 1997 | $1,140.00 | | 5.80 | $6,612.00 |
| Glueckstein, Brian D. | Partner | Litigation | 2004 | $0.00 | * | 0.20 | $0.00 |
| Glueckstein, Brian D. | Partner | Litigation | 2004 | $1,140.00 | | 34.40 | $39,216.00 |
| Hariton, David P. | Partner | Tax | 1986 | $1,295.00 | | 8.00 | $10,360.00 |
| Jacobson, Eli D. | Partner | Tax | 1981 | $1,295.00 | | 3.30 | $4,273.50 |
| Rosenberg, Mark F. | Partner | Litigation | 1981 | $1,140.00 | | 0.50 | $570.00 |
| **Partner Total** | | | | | | **55.70** | **$64,059.00** |
| Barancik, Tia S. | Special Counsel | GP/Regulatory | 1987 | $1,140.00 | | 0.30 | $342.00 |
| **Special Counsel Total** | | | | | | **0.30** | **$342.00** |
| Braun, Jeannette E. | Associate | GP | 2012 | $855.00 | | 0.30 | $256.50 |
| Goldin, David L. | Associate | GP/M&A | 2013 | $830.00 | | 7.50 | $6,225.00 |
| Ip, Veronica W. | Associate | Litigation | 2011 | $865.00 | | 11.30 | $9,774.50 |
| Jensen, Christian P. | Associate | GP | In process | $460.00 | | 9.80 | $4,508.00 |
| Kranzley, Alexa J. | Associate | GP/Restructuring | 2009 | $0.00 | * | 2.90 | $0.00 |
| Kranzley, Alexa J. | Associate | GP/Restructuring | 2009 | $865.00 | | 31.30 | $27,074.50 |
| Ma, Chiansan | Associate | GP/Restructuring | 2012 | $855.00 | | 38.90 | $33,259.50 |
| Rhein, Jonathan M. | Associate | Tax | 2014 | $605.00 | | 0.40 | $242.00 |
| Weiss, Noam R. | Associate | GP | 2014 | $725.00 | | 0.60 | $435.00 |
| **Associate Total** | | | | | | **103.00** | **$81,775.00** |
| **Lawyer Total** | | | | | | **159.00** | **$146,176.00** |
| Drinkwater, Emily C. C. | Legal Assistant | | | $0.00 | * | 56.20 | $0.00 |
| Drinkwater, Emily C. C. | Legal Assistant | | | $315.00 | | 25.50 | $8,032.50 |
| Minio, Zara E. | Legal Assistant | | | $0.00 | * | 20.70 | $0.00 |
| Minio, Zara E. | Legal Assistant | | | $355.00 | | 5.30 | $1,881.50 |
| Watson, Thomas C. | Legal Assistant | | | $0.00 | * | 11.90 | $0.00 |
| Watson, Thomas C. | Legal Assistant | | | $315.00 | | 4.90 | $1,543.50 |
| Gilday, Joseph F. | Legal Analyst - Litigation | | | $355.00 | | 4.80 | $1,704.00 |
| Langston, Nicole E. | Electronic Discovery | | | $355.00 | | 1.50 | $532.50 |
| **Non-legal Personnel Total** | | | | | | **130.80** | **$13,694.00** |
| **Grand Total** | | | | | | **289.80** | **$159,870.00** |

\*        Half-rates appear where fees were charged for non-working travel and a zero rate appears wherever no fee was charged for work.

SC1:4136481.2

## CUSTOMARY AND COMPARABLE DISCLOSURES

| Category | EFH[*] | | Firm[**] | |
|---|---|---|---|---|
| | January 2016 through April 2016 | | Total Firm Bills Allocated to Non-BK General Domestic Timekeepers from May 2015 through April 2016 | |
| | Blended Hourly Rate | % of Total Hours | Blended Hourly Rate | % of Total Hours |
| Partner | $1,150 | 19% | $ 1,569 | 24% |
| Senior Associate and Counsel [(1)] | $ 832 | 30% | $ 995 | 23% |
| Junior Associate | $ 623 | 6% | $ 656 | 47% |
| Non-Lawyer [(2)] | $ 105 | 45% | $ 351 | 6% |
| All Timekeepers Average | $ 552 | 100% | $ 935 | 100% |

[(1)] Includes Special Counsel, Of Counsel, Senior Counsel, Practice Area Associate and Senior Associate

[(2)] Includes Legal Assistant, Legal Analyst, Research Analyst, and Electronic Discovery

[*] Includes No Charge entries on various projects. No Charge entries were included on the fee applications with a $0 rate.

[**] Includes non-BK work of BK timekeepers and all work of other domestic timekeepers, excluding litigation matters and all write-offs (bills or collections less than 50% of standard rates).

SC1:4136481.2

## SUMMARY OF DISBURSEMENTS

| Description | Amount |
|---|---|
| Travel and Expenses | $751.67 |
| Local Transportation | $87.07 |
| Meals - Overtime | $35.03 |
| Outside Vendors | $4,426.48 |
| Tele-conference | $194.70 |
| **Total** | **$5,494.95** |

-8-

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | )   Chapter 11 |
|  | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | )   Case No. 14-10979 (CSS) |
|  | ) |
|               Debtors. | )   (Jointly Administered) |
|  | )   **Hearing Date:  TBD** |
|  | )   **Objection Deadline: July 6, 2016** |

**FIFTH INTERIM APPLICATION OF SULLIVAN & CROMWELL LLP
AS COUNSEL TO THE EFH COMMITTEE FOR INTERIM APPROVAL
AND ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD
FROM JANUARY 1, 2016 THROUGH AND INCLUDING APRIL 30, 2016**

Sullivan & Cromwell LLP ("**S&C**"), counsel for the official committee of

unsecured creditors (the "**EFH Committee**") of Energy Future Holdings Corporation ("**EFH**"),

Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc.

(collectively, the "**EFH Debtors**") hereby submits this fifth interim application (this

"**Application**") pursuant to sections 330 and 331 of title 11 of the United States Code (the

"**Bankruptcy Code**"), rule 2016 of the Federal Rules of Bankruptcy Procedure (the

"**Bankruptcy Rules**"), the *Order Establishing Procedures for Interim Compensation and

Reimbursement of Expenses of Professionals* [D.I. 2066] (the "**Interim Compensation Order**"),

and the *Stipulation and Order Appointing a Fee Committee* [D.I. 1896] (the "**Fee Committee

Order**") for:  (a) interim approval and allowance of compensation for professional services

rendered from January 1, 2016 through and including April 30, 2016 (the "**Fee Period**") and (b)

---

[1]    The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810.  The location of
the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in
these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the
last four digits of their federal tax identification numbers is not provided herein.  A complete list of such
information may be obtained on the website of the debtors' claims and noticing agent at
http://www.efhcaseinfo.com.

-9-

reimbursement of actual and necessary expenses incurred during the Fee Period.  In support of this Application, S&C respectfully states as follows:

### Background

1.    On October 27, 2014, the United States Trustee for the District of Delaware appointed the EFH Committee pursuant to section 1102 of the Bankruptcy Code.  On November 5, 2014, the EFH Committee unanimously selected S&C and Montgomery McCracken Walker & Rhoads LLP ("**MMWR**") as its counsel.

2.    On December 22, 2014, the EFH Committee filed the *Application of the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holdings Company, LLC, EFIH Finance, Inc. and EECI Inc. for an Order Authorizing the Retention and Employment of Sullivan & Cromwell LLP as Counsel to the Committee Nunc Pro Tunc to November 5, 2014* [D.I. 3120] (the "**Retention Application**").  On January 13, 2015, the Court entered an order granting the Retention Application and authorizing the retention and employment of S&C as counsel to the EFH Committee [D.I. 3282].

### Summary of Professional Compensation and Reimbursement of Expenses Requested

3.    This Application has been prepared in accordance with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Interim Compensation Order, the Fee Committee Order, rule 2016-2(c)–(g) of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court of the District of Delaware (the "**Local Rule**"), and the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 for Attorneys in Larger Chapter 11 Cases, effective November 1, 2013 (the "**UST Guidelines**" and, together with the Local Rule, the "**Guidelines**").

-10-

4.      Pursuant to this Application, S&C seeks approval and allowance of: (a) compensation for professional services rendered by S&C, as counsel to the EFH Committee during the Fee Period, of $159,870.00 and (b) reimbursement of actual and necessary expenses incurred by S&C during the Fee Period of $5,494.95.

5.      As previously disclosed in the *Fourth Interim Application of Sullivan & Cromwell LLP as Counsel to the EFH Committee for Interim Approval and Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from September 1, 2015 Through and Including December 31, 2015* [D.I. 7822], all S&C timekeepers matriculated on October 1, 2015 in accordance with S&C's established billing practices, resulting in an increase to the individual billing rate for certain timekeepers.  This adjustment did not result in any increase in the top rate for any of S&C's personnel categories as disclosed in the Retention Application.  However, as of October 1, 2015, the range of hourly rates for the category of "special counsel and of counsel" have been adjusted from $995 to $1,190 per hour, to $865 per hour to $1,295 per hour.  S&C's compensation for this Fee Period is otherwise requested in accordance with the agreed-upon rates described in the Retention Application.[2]  Other than as described above, there has been no increase in the rates charged for any S&C professional from the date of S&C's retention through the end of the Fee Period.

---

[2]      S&C does not ordinarily determine its fees solely on the basis of hourly rates.  Instead, S&C ordinarily bases the fee for its services on all the factors prescribed by Rule 1.5(a) of the New York Rules of Professional Conduct, including the firm's contribution to the relevant matter, the responsibility assumed, the results achieved, the difficulty and complexity of the matter, the amount involved, the experience of, and demands on, the lawyers involved and the fees customarily charged for such matters.  Notwithstanding the foregoing, as set forth in its Retention Application, S&C has agreed to charge for services performed during these chapter 11 cases on the basis of hourly rates.  The hourly rates reflected in this Application are the same or less than the rates generally used by S&C when preparing estimates of fees under its normal billing practices.

6.      S&C's fees have not varied based on the geographic location of any S&C professional or for any other reason, other than a reduction in the hourly rates for all professionals for time spent during non-working travel in accordance with the Guidelines.

7.      During the Fee Period, S&C professionals and paraprofessionals spent an aggregate of 289.80 hours performing services for the EFH Committee in connection with these chapter 11 cases, at a blended hourly rate for professionals of $551.66.  In addition, S&C voluntarily reduced its fees incurred during the Fee Period by over $30,000 by agreeing not to charge professional or paraprofessional time for certain work, as further discussed below.

8.      S&C's fees for the services rendered in these chapter 11 cases during the Fee Period are reasonable and are commensurate with the complexity of the applicable matters and the level of expertise required to best serve the EFH Committee in connection therewith. S&C believes that its fees are comparable to the fees charged by other highly skilled practitioners experienced in advising creditors in non-bankruptcy cases.

9.      In accordance with the UST Guidelines and as requested by the fee committee appointed pursuant to the Fee Committee Order (the "**Fee Committee**"), S&C prepared projected monthly budgets (collectively, the "**Budget**") and staffing plans (collectively, the "**Staffing Plan**") for each month during the Fee Period, for approval by the EFH Committee. The Budget and Staffing Plan reflect a significant decrease in expected fees and staffing as compared to previous interim fee periods in these chapter 11 cases.

10.      The Budget approved by the EFH Committee estimated total fees of between $419,250.00 and $978,750.00 during the Fee Period.  S&C's actual total fees incurred during the Fee Period were $159,870.00, an amount $259,380.00 less than the lowest estimate of fees indicated by the Budget.  This discrepancy results, in part, from the timing of developments

-12-

relating to the Debtors' previously confirmed chapter 11 plan (the "**Plan**") and the transactions contemplated thereunder.

11.    The Staffing Plan approximated the number of S&C lawyers that actually worked on the case during the Fee Period, as shown in <u>Exhibit F</u> hereto.  While the actual number of professionals that provided services exceeded the number projected in the Staffing Plan in certain months, the number of attorneys billing substantial time remained within the Staffing Plan.  Similarly, while five different legal assistants (including clerks, legal analysts, and eDiscovery professionals) provided services in connection with these chapter 11 cases during the Fee Period, only three legal assistants billed substantial time on these chapter 11 cases during this time.

12.    This Application requests compensation for work performed by 12 S&C lawyers who billed 15 or fewer hours during the Fee Period.  Several of these lawyers are members of S&C's core team of professionals advising the EFH Committee in these chapter 11 cases, whose lower hours result from a general decrease in the EFH Committee's activity during the Fee Period.  Certain other lawyers provided advice in specific areas of expertise such as tax and employee benefits.  The limited services provided by these professionals in connection with specific matters enabled S&C's core team to more effectively and efficiently advise the EFH Committee during the Fee Period.

13.    Other than pursuant to S&C's previous monthly fee applications and first, second, third and fourth Interim Fee Applications filed in these chapter 11 cases, no payment has been made or promised to S&C from any source for services rendered or to be rendered for the EFH Committee in connection with these chapter 11 cases.  There is no agreement or

-13-

understanding between S&C and any person (other than the partners of S&C) for the sharing of

compensation received or to be received for services rendered in these chapter 11 cases.

   14.  In accordance with the Guidelines, the following Exhibits are annexed to

this Application:

> Exhibit A:  **Certification of Andrew G. Dietderich** — certification of Andrew
> G. Dietderich regarding compliance of this Application with the Local Rule.
>
> Exhibit B:  **S&C Personnel Performing Services During Fee Period** —
> summary chart of information on the S&C professionals and paraprofessionals
> performing services during this Fee Period, including the hourly billing rates for
> such services and the aggregate hours and fees billed by each professionals and
> paraprofessionals.
>
> Exhibit C:  **Project Code Total Chart** — summary chart indicating aggregate
> fees incurred and time billed by S&C personnel for each project category during
> the Fee Period.
>
> Exhibit D:  **Summary of Disbursements** — summary chart detailing expenses
> for which reimbursement is sought, itemized and organized by category.
>
> Exhibit E:  **Budget and Staffing Plan** — S&C's Budget and Staffing Plan for the
> Fee Period, as approved by the EFH Committee.
>
> Exhibit F:  **Budget and Staffing Plan Comparison** — comparison of hours and
> fees budgeted for each project category during the Fee Period against the actual
> hours and fees for which S&C seeks compensation for the Fee Period; and
> comparison of S&C's approved Staffing Plan with actual S&C staffing during the
> Fee Period.
>
> Exhibit G:  **Time Entries and Narrative Descriptions** — S&C's time entry
> records and descriptions of activities by project code, billed by tenths of an hour.
>
> Exhibit H:  **Expense Records** — S&C's disbursement records from the Fee
> Period.

### Summary of Professional Services Rendered

   15.  In accordance with the Guidelines, S&C has organized its time records

according to an internal system of project codes in order to facilitate review of this Application.

The work performed by S&C personnel with respect to each of these project codes is

summarized below.  Given the scope of the work performed, these summaries do not include all tasks performed or advice given by S&C personnel during the Fee Period, but generally describe the most significant matters included under each project code.

### A.    Asset Analysis and Recovery – Project Code 00002

        Total Fees:     -0-
        Total Hours:    -0-

16.     No time was charged to this category during the Fee Period.

### B.    Asset Disposition – Project Code 00003

        Total Fees:     -0-
        Total Hours:    -0-

17.     No time was charged to this category during the Fee Period.

### C.    Assumption and Rejection of Leases and Contracts – Project Code 00004

        Total Fees:     -0-
        Total Hours:    -0-

18.     No time was charged to this category during the Fee Period.

### D.    Avoidance Action Analysis – Project Code 00005

        Total Fees:     -0-
        Total Hours:    -0-

19.     No time was charged to this category during the Fee Period.

### E.    Business Operations – Project Code 00006

        Total Fees:    $552.00
        Total Hours:   1.20

20.     This category includes time spent by S&C professionals on matters relating to the Debtors' business operations, including review relating to the Debtors' assumed agreements, monthly operating reports and financial projections.

F.    **Case Administration – Project Code 00007**

Total Fees:    $2,076.50
Total Hours:    5.40

21.    This category primarily comprises matters related to internal coordination among S&C's professionals and paraprofessionals, including the S&C team's regular internal meetings and meetings with the EFH Committee's other professionals.  This category also includes other matters, such as briefing meetings with incoming team members regarding case background, review of the Court docket and circulation of case updates, in each case to the extent not specifically covered by other project codes.

22.    As previously noted, S&C's regular internal meetings are consistent with common practice in cases of this size and complexity.  These meetings enable S&C professionals and paraprofessionals to discuss strategy and share information pertinent to their ongoing work in these chapter 11 cases, and thus facilitate staffing, planning and coordination between S&C personnel working on separate case projects.

G.    **Claims Administration and Objections – Project Code 00008**

Total Fees:    $2,670.00
Total Hours:    2.70

23.    This category includes time spent on matters relating to potential claims against the Debtors.  During the Fee Period, among other things, S&C professionals reviewed and advised on issues relating to certain asbestos claims.

H.    **Corporate Governance and Board Matters – Project Code 00009**

Total Fees:    -0-
Total Hours:    -0-

24.    No time was charged to this category during the Fee Period.

-16-

**I.     Employee Benefits and Pensions – Project Code 00010**

Total Fees:     $3,850.50
Total Hours:    4.50

25.     During the Fee Period, S&C professionals advised the EFH Committee on employee benefits and compensation matters, including in particular the Debtors' motion to increase limits on non-insider severance payments and to authorize insider severance payments.

**J.     Employment and Fee Applications (S&C) – Project Code 00011**

Total Fees:     $38,780.00
Total Hours:    70.20

26.     During the Fee Period, S&C personnel prepared four monthly fee statements, S&C's fourth Interim Fee Application in these chapter 11 cases and responded to the Fee Committee's comments to S&C's third Interim Fee Application.  S&C professionals and paraprofessionals prepared and reviewed the information and charts required to be included in S&C's fee statements and Interim Fee Application, and reviewed all requested fees and disbursements to confirm that such fees and disbursements were consistent with the Guidelines and the Fee Committee's guidance.  The fourth Interim Fee Application also required S&C personnel to devote substantial time to ensuring the adequacy of S&C's disclosure regarding its activities, and S&C devoted additional time to reviewing disclosed information to preserve confidentiality and attorney-client privilege.

**K.     Employment and Fee Application (Others) – Project Code 00012**

Total Fees:     $570.00
Total Hours:    0.50

27.     During the Fee Period, S&C personnel advised the EFH Committee in connection with certain financial advisor retention issues.

-17-

L.      **Financing, Cash Collateral, Make Whole – Project Code 00013**

        Total Fees:    $1,482.00
        Total Hours:   1.30

     28.      This category includes time spent by S&C professionals on review of developments in the appeal relating to make-whole claims of the EFIH first lien noteholders.

M.      **Other Litigation – Project Code 00014**

        Total Fees:    $6,848.50
        Total Hours:   7.50

     29.      Time billed by S&C personnel to this category during the Fee Period relates primarily to the monitoring of developments in various adversary proceedings, including the Debtors' adversary proceeding against Texas Transmission Investment LLC.

N.      **Meetings and Communications with Creditors – Project Code 00015**

        Total Fees:    $27,751.50
        Total Hours:    29.40

     30.      This category includes time spent by S&C professionals in connection with the EFH Committee's regular meetings and conference calls, the Debtors' periodic teleconference meetings with creditors' advisors, and meetings with individual EFH Committee members and other creditor constituents.  Among other things, S&C professionals informed the EFH Committee members regarding developments related to the Debtors' Plan.

O.      **Non-Working Travel – Project Code 00016**

        Total Fees:      -0-
        Total Hours:     -0-

     31.      No time was charged to this category during the Fee Period.

SC1:4136481.2

P.    **Plan and Disclosure Statement – Project Code 00017**

        Total Fees:     $57,451.50
        Total Hours:   61.30

32.     During the Fee Period, S&C professionals monitored post-confirmation developments relating to the Plan.  In particular, S&C monitored filings in the Debtors' proceeding before the Public Utility Commission of Texas ("**PUCT**") seeking approval of the merger contemplated by the Plan, including the Debtors' filings with the PUCT and the rulings issued by the PUCT.  S&C advised the EFH Committee regarding the implications of these developments—including the potential withdrawal of the Plan and termination of the contemplated merger—with respect to the EFH Committee's Plan litigation settlement.

Q.    **Relief From Stay and Adequate Protection – Project Code 00018**

        Total Fees:     -0-
        Total Hours:   -0-

33.     No time was charged to this category during the Fee Period.

R.    **Tax – Project Code 00019**

        Total Fees:     $5,957.00
        Total Hours:   4.60

34.     During this Fee Period, S&C professionals monitored ruling requests by the Debtors to the Internal Revenue Service ("**IRS**") and communications between the Debtors and the IRS relating to the Plan.

S.    **Valuation – Project Code 00020**

        Total Fees:     -0-
        Total Hours:   -0-

35.     No time was charged to this category during the Fee Period.

-19-

**T.    Discovery – Project Code 00021**

Total Fees:        $6,738.50
Total Hours:        9.20

36.    This category includes time spent by S&C professionals and paraprofessionals addressing technical aspects of discovery.  During the Fee Period, among other things, S&C professionals and paraprofessionals responded to requests from the Debtors regarding Plan discovery.

**U.    Hearings – Project Code 00022**

Total Fees:        $2,859.50
Total Hours:        3.20

37.    This category includes time spent by S&C personnel preparing for and participating in the numerous hearings held before the Court during the Fee Period, including various status conferences and a fee hearing.

**V.    First and Second Day Motions – Project Code 00023**

Total Fees:        -0-
Total Hours:        -0-

38.    No time was charged to this category during the Fee Period.

**W.    Claims Investigations – Project Code 00024**

Total Fees:        -0-
Total Hours:        -0-

39.    No time was charged to this category during the Fee Period.

**X.    Lien Investigation – Project Code 00025**

Total Fees:        -0-
Total Hours:        -0-

40.    No time was charged to this category during the Fee Period.

**Y.    Intercompany Claims – Project Code 00026**

> Total Fees:       -0-
> Total Hours:      -0-

41.    No time was charged to this category during the Fee Period.

**Z.    Other Motions/Applications – Project Code 00027**

> Total Fees:       $598.50
> Total Hours:      1.90

42.    This category includes work by S&C professionals on motions and applications of the EFH Committee which do not relate to other project categories.  In particular, during the Fee Period, S&C professionals prepared the EFH Committee's monthly applications for reimbursement of expenses incurred.

**AA.    Schedules and Statements – Project Code 00028**

> Total Fees:       -0-
> Total Hours:      -0-

43.    No time was charged to this category during the Fee Period.

**BB.    Time Entry Review – Project Code 00029**

> Total Fees:       $0.00
> Total Hours:      84.30

44.    This category includes time spent reviewing the time entries recorded by S&C personnel to ensure accuracy, clarity, and consistency.  At the request of the Fee Committee, S&C seeks no compensation for time billed to this category.

**CC.    Budgeting (Case) – Project Code 00031**

> Total Fees:       $1,684.00
> Total Hours:      2.60

45.    This category includes time spent preparing S&C's monthly Budget and Staffing Plan for approval by the EFH Committee.

-21-

### Reasonable and Necessary Services Rendered by S&C

46.     The foregoing professional services provided by S&C to the EFH Committee during the Fee Period were in the best interests of the EFH Committee and its constituent unsecured creditors, and were reasonable, necessary and appropriate under the circumstances of these chapter 11 cases.  The compensation requested for the foregoing services is commensurate with the complexity, importance and nature of the issues and tasks involved. These professional services were performed expediently and in an efficient manner.  In particular, S&C allocated work among junior and senior professionals and paraprofessionals in a manner designed to avoid unnecessary duplication of services and promote cost-effectiveness, including through consultation with internal practice area experts and specialists when necessary in connection with discrete questions arising in the course of S&C's work.

47.     S&C is widely recognized for its experience and knowledge relating to complex business matters and reorganizations under chapter 11 of the Bankruptcy Code.  S&C has an established reputation for its expertise in handling large corporate transactions, including dispositions and other transactions involving businesses similar to those operated by the Debtors. The S&C practice groups that provided services to the EFH Committee—litigation, employee benefits and tax, among others—enjoy a global reputation for their expertise.

48.     During the Fee Period, the professional services performed by S&C on behalf of the EFH Committee required an aggregate expenditure of 289.80 recorded hours by S&C personnel.  Of the aggregate time expended, 56.00 recorded hours were expended by partners, counsel and special counsel; 103.00 recorded hours were expended by associates; and 130.80 recorded hours were expended by S&C paraprofessionals.

49.    S&C billed the EFH Committee for time expended by professionals at hourly rates ranging from $315.00 to $1,295.00.  Allowance of compensation in the amount requested would result in a blended hourly billing rate for professionals of approximately $551.66 (based on 289.80 recorded hours at S&C's agreed hourly rates).  The hourly rates charged by S&C in these chapter 11 cases are equivalent to or less than the rates used by S&C when preparing estimates of fees for similar non-bankruptcy matters.

**Actual and Necessary Disbursements by S&C**

50.    As set forth in Exhibit D, S&C seeks reimbursement for $5,494.95 in expenses incurred in the course of its professional services during the Fee Period.  All expenses for which reimbursement is requested pursuant to this Application have been incurred in compliance with the Guidelines.

51.    Reimbursable expenses (whether for services performed by S&C personnel or by a third-party vendor) include appropriate local and long distance transportation costs, overtime meals and teleconference charges.  Pursuant to S&C's disbursement policies, out-of-pocket expenses are passed through at actual (or, when actual out-of-pocket expenses are uncertain, estimated actual) costs.  Certain items, such as overtime meals, may be charged at amounts below cost in accordance with limits imposed by the Guidelines or requested by the Fee Committee.

52.    S&C seeks no reimbursement of copying charges, other than charges for in-house copies made by its reproduction department (typically large copying jobs).  In accordance with the Guidelines and guidance provided by the Fee Committee, S&C has limited its reimbursement request for black and white copying charges to $0.10 per page, and for color copies to $0.25 per page (less than the per page maximum of $0.50 promulgated by the Fee

-23-

Committee).  S&C seeks no reimbursement of any charges incurred for computerized research or long-distance telephone or fax charges, other than telephone fees for telephone and video conference services.

53.    S&C respectfully submits that its actual expenses incurred in providing professional services to the EFH Committee during the Fee Period were necessary, reasonable and justified under the circumstances of these chapter 11 cases.

### The Requested Compensation and Expense Reimbursement Should Be Allowed

54.    Section 330 of the Bankruptcy Code provides that a court may award a professional employed under section 1103 of the Bankruptcy Code "reasonable compensation for actual, necessary services rendered . . . and . . . reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1)(A), (B).  Section 331 of the Bankruptcy Code allows professionals to apply for such compensation and expense reimbursement on an interim basis not more than once every 120 days after the order for relief in a bankruptcy case, or more often as permitted by the court.  11 U.S.C. § 331.

55.    Section 330 of the Bankruptcy Code also sets forth the criteria for determining the amount of reasonable compensation to be awarded to such a professional:

> [T]he court shall consider the nature, the extent, and the value of such [professional's] services, taking into account all relevant factors, including --
>
> (A)    the time spent on such services;
>
> (B)    the rates charged for such services;
>
> (C)    whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;
>
> (D)    whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

-24-

(E)     with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

(F)     whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

56.     S&C respectfully submits that the services for which it seeks compensation and the expenditures for which it seeks reimbursement pursuant to this Application were necessary for and beneficial to the EFH Committee and its constituent unsecured creditors.  S&C worked diligently to anticipate or respond to the EFH Committee's needs during the Fee Period, particularly with respect to the EFH Committee's monitoring of developments relating to the Debtors' confirmed chapter 11 plan and related transactions.  S&C further submits that the services provided to the EFH Committee by its professionals and paraprofessionals were performed economically, effectively and efficiently, and have been in the best interests of the unsecured creditors represented by the EFH Committee.  The services provided by S&C were consistently performed in a timely manner commensurate with the complexity, importance and nature of the issues involved.  Accordingly, S&C respectfully submits that the compensation requested herein is reasonable in light of the nature, extent and value of such services.

## NO PRIOR REQUEST

57.     No prior application for the relief requested herein has been made to this or any other Court.

## RESERVATION OF RIGHTS AND NOTICE

58.     Although S&C has made every effort to include in this Application all fees and expenses incurred during the Fee Period in connection with these chapter 11 cases,

certain fees and expenses might not be included in this Application due to delays caused by

accounting and processing during the Fee Period.  S&C reserves the right to make further

application to the Court for the allowance of such fees and expenses not included in this

Application.

WHEREFORE, S&C respectfully requests that the Court enter an order:

(i) awarding S&C the sum of $159,870.00 as compensation for services rendered and $5,494.95

for reimbursement for actual and necessary expenses S&C incurred during the Fee Period; and

(ii) granting such other and further relief as the Court deems appropriate.

Dated:    Wilmington, Delaware          **SULLIVAN & CROMWELL LLP**
          June 15, 2016

                                        */s/ Andrew G. Dietderich*
                                        Andrew G. Dietderich
                                        Brian D. Glueckstein
                                        John L. Hardiman
                                        Alexa J. Kranzley
                                        125 Broad Street
                                        New York, New York  10004
                                        Telephone:    (212) 558-4000
                                        Facsimile:    (212) 558-3588
                                        E-mail:       dietdericha@sullcrom.com
                                                      gluecksteinb@sullcrom.com
                                                      hardimanj@sullcrom.com
                                                      kranzleya@sullcrom.com

                                        *Counsel for the Official Committee of Unsecured*
                                        *Creditors of Energy Future Holdings Corp.,*
                                        *Energy Future Intermediate Holding Company*
                                        *LLC, EFIH Finance Inc., and EECI, Inc.*

SC1:4136481.2

**EXHIBIT A**

**Certification of Andrew G. Dietderich**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) )  Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | )  Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | )  (Jointly Administered) |
| | ) |

**CERTIFICATION UNDER LOCAL RULE 2016-2(G)**
**IN RESPECT OF THE THIRD INTERIM FEE APPLICATION OF**
**SULLIVAN & CROMWELL LLP AS COUNSEL TO THE EFH COMMITTEE**
**FOR COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND**
**REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD**
**FROM JANUARY 1, 2016 THROUGH AND INCLUDING APRIL 30, 2016**

I, Andrew G. Dietderich, under penalty of perjury, declare as follows:

1.     I am a partner in the law firm of Sullivan & Cromwell LLP ("**S&C**"),
located at 125 Broad Street, New York, New York 10004. I am a member in good standing of
the Bar of the State of New York. There are no disciplinary proceedings pending against me.

2.     This certification is made with respect to S&C's compliance with rule
2016-2 (c)–(g) of the Local Rules of Bankruptcy Practice and Procedures of the United States
Bankruptcy Court for the District of Delaware (the "**Local Rule**"), in connection with S&C's
third interim application, as counsel to the official committee of unsecured creditors of Energy
Future Holdings Corporation, Energy Future Intermediate Holding Company LLC, EFIH
Finance Inc., and EECI, Inc., for compensation for professional services and reimbursement of

---

[1]     The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of
the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in
these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the
last four digits of their federal tax identification numbers is not provided herein. A complete list of such
information may be obtained on the website of the debtors' claims and noticing agent at
http://www.efhcaseinfo.com.

expenses incurred for the period from January 1, 2016 through and including April 30, 2016 (the

"**Application**").

3.    Pursuant to section (g) of the Local Rule, I hereby certify that I have

reviewed the requirements of the Local Rule and, to the best of my knowledge, information, and

belief formed after reasonable inquiry, the Application complies with the Local Rule.

4.    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the

foregoing is true and correct.

Dated:    June 15, 2016

_____
Andrew G. Dietderich
Sullivan & Cromwell LLP

**EXHIBIT B**

**S&C PROFESSIONALS PERFORMING SERVICES DURING THE FEE PERIOD**

| Timekeeper Name | Title | Practice Group | Year Admitted | Rate | | Hours | Amount |
|---|---|---|---|---|---|---|---|
| Coleman, Heather L. | Partner | GP/Employee Benefits | 2007 | $865.00 | | 3.50 | $3,027.50 |
| Dietderich, Andrew G. | Partner | GP/Restructuring | 1997 | $1,140.00 | | 5.80 | $6,612.00 |
| Glueckstein, Brian D. | Partner | Litigation | 2004 | $0.00 | * | 0.20 | $0.00 |
| Glueckstein, Brian D. | Partner | Litigation | 2004 | $1,140.00 | | 34.40 | $39,216.00 |
| Hariton, David P. | Partner | Tax | 1986 | $1,295.00 | | 8.00 | $10,360.00 |
| Jacobson, Eli D. | Partner | Tax | 1981 | $1,295.00 | | 3.30 | $4,273.50 |
| Rosenberg, Mark F. | Partner | Litigation | 1981 | $1,140.00 | | 0.50 | $570.00 |
| **Partner Total** | | | | | | **55.70** | **$64,059.00** |
| Barancik, Tia S. | Special Counsel | GP/Regulatory | 1987 | $1,140.00 | | 0.30 | $342.00 |
| **Special Counsel Total** | | | | | | **0.30** | **$342.00** |
| Braun, Jeannette E. | Associate | GP | 2012 | $855.00 | | 0.30 | $256.50 |
| Goldin, David L. | Associate | GP/M&A | 2013 | $830.00 | | 7.50 | $6,225.00 |
| Ip, Veronica W. | Associate | Litigation | 2011 | $865.00 | | 11.30 | $9,774.50 |
| Jensen, Christian P. | Associate | GP | In process | $460.00 | | 9.80 | $4,508.00 |
| Kranzley, Alexa J. | Associate | GP/Restructuring | 2009 | $0.00 | * | 2.90 | $0.00 |
| Kranzley, Alexa J. | Associate | GP/Restructuring | 2009 | $865.00 | | 31.30 | $27,074.50 |
| Ma, Chiansan | Associate | GP/Restructuring | 2012 | $855.00 | | 38.90 | $33,259.50 |
| Rhein, Jonathan M. | Associate | Tax | 2014 | $605.00 | | 0.40 | $242.00 |
| Weiss, Noam R. | Associate | GP | 2014 | $725.00 | | 0.60 | $435.00 |
| **Associate Total** | | | | | | **103.00** | **$81,775.00** |
| **Lawyer Total** | | | | | | **159.00** | **$146,176.00** |
| Drinkwater, Emily C. C. | Legal Assistant | | | $0.00 | * | 56.20 | $0.00 |
| Drinkwater, Emily C. C. | Legal Assistant | | | $315.00 | | 25.50 | $8,032.50 |
| Minio, Zara E. | Legal Assistant | | | $0.00 | * | 20.70 | $0.00 |
| Minio, Zara E. | Legal Assistant | | | $355.00 | | 5.30 | $1,881.50 |
| Watson, Thomas C. | Legal Assistant | | | $0.00 | * | 11.90 | $0.00 |
| Watson, Thomas C. | Legal Assistant | | | $315.00 | | 4.90 | $1,543.50 |
| Gilday, Joseph F. | Legal Analyst - Litigation | | | $355.00 | | 4.80 | $1,704.00 |
| Langston, Nicole E. | Electronic Discovery | | | $355.00 | | 1.50 | $532.50 |
| **Non-legal Personnel Total** | | | | | | **130.80** | **$13,694.00** |
| **Grand Total** | | | | | | **289.80** | **$159,870.00** |

**EXHIBIT C**

**PROJECT CODE TOTAL CHART**

| Project Number | Project Name | Hours | Fee Amount |
|---|---|---|---|
| 00002 | ASSET ANALYSIS AND RECOVERY | - | $0.00 |
| 00003 | ASSET DISPOSITION | - | $0.00 |
| 00004 | ASSUMPTION AND REJECTION OF LEASES AND CONTRACTS | - | $0.00 |
| 00005 | AVOIDANCE ACTION ANALYSIS | - | $0.00 |
| 00006 | BUSINESS OPERATIONS | 1.20 | $552.00 |
| 00007 | CASE ADMINISTRATION | 5.40 | $2,076.50 |
| 00008 | CLAIMS ADMINISTRATION AND OBJECTIONS | 2.70 | $2,670.00 |
| 00009 | CORPORATE GOVERNANCE AND BOARD MATTERS | - | $0.00 |
| 00010 | EMPLOYEE BENEFITS AND PENSIONS | 4.50 | $3,850.50 |
| 00011 | EMPLOYMENT AND FEE APPLICATIONS (S&C) | 70.20 | $38,780.00 |
| 00012 | EMPLOYMENT AND FEE APPLICATIONS (OTHERS) | 0.50 | $570.00 |
| 00013 | FINANCING, CASH COLLATERAL, MAKE WHOLE | 1.30 | $1,482.00 |
| 00014 | OTHER LITIGATION | 7.50 | $6,848.50 |
| 00015 | MEETINGS AND COMMUNICATIONS WITH CREDITORS | 29.40 | $27,751.50 |
| 00016 | NON-WORKING TRAVEL | - | $0.00 |
| 00017 | PLAN AND DISCLOSURE STATEMENT | 61.30 | $57,451.50 |
| 00018 | RELIEF FROM STAY AND ADEQUATE PROTECTION | - | $0.00 |
| 00019 | TAX | 4.60 | $5,957.00 |
| 00020 | VALUATION | - | $0.00 |
| 00021 | DISCOVERY | 9.20 | $6,738.50 |
| 00022 | HEARINGS | 3.20 | $2,859.50 |
| 00023 | FIRST AND SECOND DAY MOTIONS | - | $0.00 |
| 00024 | CLAIMS INVESTIGATION | - | $0.00 |
| 00025 | LIEN INVESTIGATION | - | $0.00 |
| 00026 | INTERCOMPANY CLAIMS | - | $0.00 |
| 00027 | OTHER MOTIONS / APPLICATIONS | 1.90 | $598.50 |
| 00028 | SCHEDULES AND STATEMENTS | - | $0.00 |
| 00029 | TIME ENTRY REVIEW | 84.30 | $0.00 |
| 00031 | BUDGETING (CASE) | 2.60 | $1,684.00 |
| | **TOTAL** | **289.80** | **$159,870.00** |

## EXHIBIT D

## SUMMARY OF DISBURSEMENTS

| Description | Amount |
|---|---|
| Travel and Expenses | $751.67 |
| Local Transportation | $87.07 |
| Meals - Overtime | $35.03 |
| Outside Vendors | $4,426.48 |
| Tele-conference | $194.70 |
| **Total** | **$5,494.95** |

**EXHIBIT E**

**BUDGET AND STAFFING PLAN**

| Code | Project Category | Estimated Hours | | Estimated Fees | |
|---|---|---|---|---|---|
| | | *Low* | *High* | *Low* | *High* |
| 002 | Asset Analysis | 0 | 0 | $0.00 | $0.00 |
| 003 | Asset Disposition | 0 | 0 | $0.00 | $0.00 |
| 004 | Assumption and Rejection of Leases and Contracts | 0 | 0 | $0.00 | $0.00 |
| 005 | Avoidance Action Analysis | 0 | 0 | $0.00 | $0.00 |
| 006 | Business Operations | 0 | 40 | $0.00 | $30,000.00 |
| 007 | Case Administration | 10 | 30 | $7,500 | $22,500 |
| 008 | Claims Administration and Objections | 25 | 50 | $18,750 | $37,500 |
| 009 | Corporate Governance and Board Matters | 0 | 0 | $0.00 | $0.00 |
| 010 | Employment Benefits and Pensions | 0 | 20 | $0.00 | $15,000 |
| 011 | Employment and Fee Applications (S&C) | 70 | 140 | $52,500 | $105,000 |
| 012 | Employment and Fee Applications (Others) | 0 | 10 | $0.00 | $7,500 |
| 013 | Financing, Cash Collateral, Make Whole | 0 | 40 | $0.00 | $30,000.00 |
| 014 | Other Litigation | 100 | 200 | $75,000 | $150,000 |
| 015 | Meetings and Communications with Creditors | 90 | 180 | $67,500 | $135,000 |
| 016 | Non-Working Travel | 40 | 80 | $15,000 | $30,000 |
| 017 | Plan and Disclosure Statement | 100 | 200 | $75,000 | $150,000 |
| 018 | Relief from Stay and Adequate Protection | 0 | 0 | $0.00 | $0.00 |
| 019 | Tax | 0 | 40 | $0.00 | $30,000.00 |
| 020 | Valuation | 0 | 0 | $0.00 | $0.00 |
| 021 | Discovery | 0 | 0 | $0.00 | $0.00 |
| 022 | Hearings | 55 | 110 | $41,250 | $82,500 |
| 023 | First and Second Day Motions | 0 | 0 | $0.00 | $0.00 |
| 024 | Claims Investigation | 0 | 0 | $0.00 | $0.00 |
| 025 | Lien Investigation | 0 | 0 | $0.00 | $0.00 |

| Code | Project Category | Estimated Hours | | Estimated Fees | |
|------|------------------|------|------|------|------|
| | | *Low* | *High* | *Low* | *High* |
| 026 | Intercompany Claims | 0 | 0 | $0.00 | $0.00 |
| 027 | Other Motions/Applications | 0 | 15 | $0.00 | $11,250 |
| 028 | Schedules and Statements | 0 | 0 | $0.00 | $0.00 |
| 029 | Time Entry Review | 85 | 170 | $63,750 | $127,500 |
| 031 | Budgeting (Case) | 4 | 20 | $3,000 | $15,000 |
| | **TOTAL** | **579** | **1,345** | **$419,250.00** | **$978,750.00** |

| Category of Timekeeper | Total Number in Category Expected to Work on Matter in Period[1] | Estimated Average Hourly Rate[2] |
|------------------------|------------------------------------------------------------------|----------------------------------|
| Partner | 5 | $1,050.00 |
| Counsel/Special Counsel | 1 | $1,050.00 |
| Associate | 5 | $600.00 |
| Legal Assistant[3] | 3 | $275.00 |
| Research Analyst | 3 | $355.00 |

Notes:

[1] Estimate is for total number of timekeepers billing a substantial number of hours to matter.

[2] Actual average hourly rate will vary with seniority of resources, and may be higher for some workstreams than others.

[3] Includes clerks, legal analysts, eDiscovery professionals and technology services.

**EXHIBIT F**

**BUDGET AND STAFFING PLAN COMPARISON**

| Code | Project Category | Estimated Hours | | Actual Hours | Estimated Fees | | Actual Fees |
|---|---|---|---|---|---|---|---|
| | | *Low* | *High* | *Hours through 12/31* | *Low* | *High* | *Actual Fees through 12/31* |
| 002 | Asset Analysis | 0 | 0 | - | $0.00 | $0.00 | $0.00 |
| 003 | Asset Disposition | 0 | 0 | - | $0.00 | $0.00 | $0.00 |
| 004 | Assumption and Rejection of Leases and Contracts | 0 | 0 | - | $0.00 | $0.00 | $0.00 |
| 005 | Avoidance Action Analysis | 0 | 0 | - | $0.00 | $0.00 | $0.00 |
| 006 | Business Operations | 0 | 40 | 1.20 | $0.00 | $30,000.00 | $552.00 |
| 007 | Case Administration | 10 | 30 | 5.40 | $7,500 | $22,500 | $2,076.50 |
| 008 | Claims Administration and Objections | 25 | 50 | 2.70 | $18,750 | $37,500 | $2,670.00 |
| 009 | Corporate Governance and Board Matters | 0 | 0 | - | $0.00 | $0.00 | $0.00 |
| 010 | Employment Benefits and Pensions | 0 | 20 | 4.50 | $0.00 | $15,000 | $3,850.50 |
| 011 | Employment and Fee Applications (S&C) | 70 | 140 | 70.20 | $52,500 | $105,000 | $38,780.00 |
| 012 | Employment and Fee Applications (Others) | 0 | 10 | 0.50 | $0.00 | $7,500 | $570.00 |
| 013 | Financing, Cash Collateral, Make Whole | 0 | 40 | 1.30 | $0.00 | $30,000.00 | $1,482.00 |
| 014 | Other Litigation | 100 | 200 | 7.50 | $75,000 | $150,000 | $6,848.50 |
| 015 | Meetings and Communications with Creditors | 90 | 180 | 29.40 | $67,500 | $135,000 | $27,751.50 |
| 016 | Non-Working Travel | 40 | 80 | - | $15,000 | $30,000 | $0.00 |
| 017 | Plan and Disclosure Statement | 100 | 200 | 61.30 | $75,000 | $150,000 | $57,451.50 |
| 018 | Relief from Stay and Adequate Protection | 0 | 0 | - | $0.00 | $0.00 | $0.00 |
| 019 | Tax | 0 | 40 | 4.60 | $0.00 | $30,000.00 | $5,957.00 |
| 020 | Valuation | 0 | 0 | - | $0.00 | $0.00 | $0.00 |
| 021 | Discovery | 0 | 0 | 9.20 | $0.00 | $0.00 | $6,738.50 |
| 022 | Hearings | 55 | 110 | 3.20 | $41,250 | $82,500 | $2,859.50 |

| Code | Project Category | Estimated Hours | | Actual Hours | Estimated Fees | | Actual Fees |
|---|---|---|---|---|---|---|---|
| | | *Low* | *High* | *Hours through 12/31* | *Low* | *High* | *Actual Fees through 12/31* |
| 023 | First and Second Day Motions | 0 | 0 | - | $0.00 | $0.00 | $0.00 |
| 024 | Claims Investigation | 0 | 0 | - | $0.00 | $0.00 | $0.00 |
| 025 | Lien Investigation | 0 | 0 | - | $0.00 | $0.00 | $0.00 |
| 026 | Intercompany Claims | 0 | 0 | - | $0.00 | $0.00 | $0.00 |
| 027 | Other Motions/Applications | 0 | 15 | 1.90 | $0.00 | $11,250 | $598.50 |
| 028 | Schedules and Statements | 0 | 0 | - | $0.00 | $0.00 | $0.00 |
| 029 | Time Entry Review | 85 | 170 | 84.30 | $63,750 | $127,500 | $0.00 |
| 031 | Budgeting (Case) | 4 | 20 | 2.60 | $3,000 | $15,000 | $1,684.00 |
| | **TOTAL** | **579** | **1,345** | **289.80** | **289.80** | **$978,750.00** | **$159,870.00** |

| Category of Timekeeper | Total Number in Category Expected to Work on Matter in Period[1] | Maximum Number of Persons in Category that Actually Worked on Matter in any Month during Period | Total Number in Category that Actually Worked on Matter in Period |
|---|---|---|---|
| Partner | 5 | 6 (January); 3 (February); 4 (March); 5 (April) | 6 |
| Counsel/Special Counsel | 1 | 0 (January); 1 (February); 0 (March); 0 (April) | 1 |
| Associate | 5 | 5 (January); 7 (February); 6 (March); 4 (April) | 8 |
| Legal Assistant[2] | 3 | 5 (January); 3 (February); 4 (March); 2 (April) | 5 |
| Research Analyst | 3 | 0 | 0 |

Notes:

[1] Estimate is for total number of timekeepers billing a substantial number of hours to matter.

[2] Includes clerks, legal analysts, eDiscovery professionals and technology services.

**<u>EXHIBIT G</u>**

**TIME ENTRIES AND NARRATIVE DESCRIPTION**

**Project: 00006 - BUSINESS OPERATIONS**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 01/07/2016 | Christian Jensen | 0.10 | Review November Monthly Operating Report and circulate to AlixPartners. |
| 01/28/2016 | Christian Jensen | 0.30 | Pull and review Debtors' motions to enter into non-proprietary trading and new TCEH debt financing arrangements and summarize for / circulate to A. Kranzley. |
| **Total** | | **0.40** | |

**Project: 00007 - CASE ADMINISTRATION**

| Date | Name | Hours | Description |
|------|------|------:|-------------|
| 01/21/2016 | Brian Glueckstein | 0.20 | Review trial vendor payment issues. |
| 01/22/2016 | Thomas Watson | 0.20 | Review and pay transcript provider bills. |
| 01/29/2016 | Emily Drinkwater | 0.20 | Update case calendar. |
| **Total** | | **0.60** | |

**Project: 00008 - CLAIMS ADMINISTRATION AND OBJECTIONS**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 01/04/2016 | Brian Glueckstein | 1.00 | Review and consider S. Kazan (EFH UCC) requests for information re: asbestos claims (.20); review legal research re: asbestos claims issues (.80). |
| 01/05/2016 | Brian Glueckstein | 0.70 | Review asbestos claims legal issues per S. Kazan (EFH UCC) request. |
| 01/07/2016 | Mark Rosenberg | 0.40 | Communications with B. Glueckstein regarding status of asbestos issues and recent requests from S. Kazan (EFH UCC). |
| **Total** | | **2.10** | |

**Project: 00011 - EMPLOYMENT AND FEE APPLICATIONS (S&C)**

| Date | Name | Hours | Description |
|---|---|---|---|
| 01/04/2016 | Brian Glueckstein | 0.20 | Review correspondence from fee committee. (no charge) |
| 01/04/2016 | Alexa Kranzley | 0.10 | Review expenses related issues. |
| 01/05/2016 | Emily Drinkwater | 0.70 | Update response to fee committee based on A. Kranzley edits. (no charge) |
| 01/06/2016 | Alexa Kranzley | 2.60 | Review and revise response to fee committee. (no charge) |
| 01/06/2016 | Emily Drinkwater | 2.60 | Review and revise charts for response to fee committee. (no charge) |
| 01/07/2016 | Alexa Kranzley | 0.30 | Review and revise and send response to fee committee. (no charge) |
| 01/07/2016 | Emily Drinkwater | 1.20 | Final edits to response to fee committee letter. (no charge) |
| 01/07/2016 | Emily Drinkwater | 0.60 | Update certificate of no objection for November fee application. |
| 01/08/2016 | Brian Glueckstein | 0.20 | Review trial invoice and close-out issues. |
| 01/11/2016 | Alexa Kranzley | 0.10 | Review and prepare certificate of no objection for November fee application. |
| 01/11/2016 | Emily Drinkwater | 0.30 | Prepare certificate of no objection for November fee application. |
| 01/12/2016 | Alexa Kranzley | 0.10 | Coordinate for filing of certificate of no objection for November fee application. |
| 01/12/2016 | Emily Drinkwater | 1.10 | Prepare payment package and circulate to A. Kranzley (.30); prepare December fee application (.80). |
| 01/13/2016 | Brian Glueckstein | 0.20 | Follow-up re: vendor invoices and EFH billing issues. |
| 01/13/2016 | Alexa Kranzley | 0.30 | Review December fee application. |
| 01/20/2016 | Alexa Kranzley | 0.10 | Correspondence with internal team regarding December fee application. |
| 01/20/2016 | Emily Drinkwater | 0.30 | Update December fee application. |

**Project: 00011 - EMPLOYMENT AND FEE APPLICATIONS (S&C)**

| Date | Name | Hours | Description |
|------|------|------:|-------------|
| 01/21/2016 | Alexa Kranzley | 1.10 | Review and coordinate filing of December fee application. |
| 01/21/2016 | Emily Drinkwater | 1.60 | Prepare December fee application for A. Kranzley. |
| 01/21/2016 | Thomas Watson | 0.50 | Review expenses related to invoices and coordinate with internal team re: the same. |
| 01/22/2016 | Emily Drinkwater | 0.20 | File December fee application to Box.com and add objection deadline to calendar. |
| 01/25/2016 | Emily Drinkwater | 1.30 | Update interim fee application (1.1); communications with internal team re: same (.20). |
| 01/28/2016 | Chiansan Ma | 4.30 | Review interim fee application entries and correspondence with E. Drinkwater re: same. |
| 01/28/2016 | David Goldin | 0.40 | Draft summary of asset disposition work for interim fee application. |
| 01/29/2016 | Emily Drinkwater | 0.30 | E-mails re: interim fee application with internal team. |
| **Total** | | **20.70** | |

**Project: 00012 - EMPLOYMENT AND FEE APPLICATIONS (OTHERS)**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 01/21/2016 | Andrew Dietderich | 0.50 | Call with P. Kravitz (Province) and B. Miller (MoFo) re: financial advisor retention issues (.40) and follow-up e-mail to Guggenheim re: same (.10). |
| **Total** | | **0.50** | |

## Project: 00014 - OTHER LITIGATION

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 01/05/2016 | Brian Glueckstein | 0.30 | Review recent adversary proceeding court filings. |
| 01/06/2016 | Christian Jensen | 0.30 | Pull and review Debtor Settlement with Alcoa and summarize for / circulate to A. Kranzley (.20); TTI Answers to EFH and Ovation Complaints and summarize for / circulate to A. Kranzley (.10). |
| 01/11/2016 | Brian Glueckstein | 0.40 | Review TTI adversary proceeding litigation filings. |
| **Total** | | **1.00** | |

**Project: 00015 - MEETINGS AND COMMUNICATIONS WITH CREDITORS**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 01/03/2016 | Andrew Dietderich | 0.10 | Review S. Kazan (EFH UCC) e-mails. |
| 01/04/2016 | Alexa Kranzley | 0.10 | E-mails to Committee members regarding case updates. |
| 01/05/2016 | Brian Glueckstein | 0.50 | Respond to S. Kazan (EFH UCC) requests for information and advice. |
| 01/05/2016 | Heather Coleman | 0.20 | E-mail correspondence with A. Kranzley re: non-qualified benefits treatment. |
| 01/05/2016 | Alexa Kranzley | 0.70 | E-mails and calls with P. Tinkham (EFH UCC) regarding plan and other case related issues. |
| 01/06/2016 | Andrew Dietderich | 0.40 | Call with R. Bojmel (Guggenheim) re: creditor questions on settlement deal and next steps (.20); follow-up regarding creditor inquiries (.20). |
| 01/06/2016 | Brian Glueckstein | 0.30 | Review and consider request from M. Brown (EFH UCC) re: information (.10); call with A. Kranzley re: same (.20). |
| 01/06/2016 | Alexa Kranzley | 0.10 | Follow-up e-mails with Committee members regarding plan and status update. |
| 01/07/2016 | Alexa Kranzley | 0.10 | Follow up e-mails with Committee members regarding status update. |
| 01/08/2016 | Alexa Kranzley | 0.30 | E-mail to Committee member regarding status update call. |
| 01/11/2016 | Brian Glueckstein | 0.60 | Weekly Committee teleconference meeting with Committee members, Nixon Peabody, Guggenheim, AlixPartners, MMWR, and S&C teams (.20); follow-up discussion with V. Ip re: same (.10); prepare for Committee call (.30). |
| 01/11/2016 | Alexa Kranzley | 0.30 | Weekly Committee teleconference meeting with Committee members, Nixon Peabody, Guggenheim, AlixPartners, MMWR, and S&C teams (.20) and follow-up with Committee members regarding the same (.10). |
| 01/11/2016 | Veronica Ip | 0.20 | Weekly Committee teleconference meeting with |

**Project: 00015 - MEETINGS AND COMMUNICATIONS WITH CREDITORS**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | Committee members, Nixon Peabody, Guggenheim, AlixPartners, MMWR, and S&C teams. |
| 01/11/2016 | Chiansan Ma | 0.20 | Weekly Committee teleconference meeting with Committee members, Nixon Peabody, Guggenheim, AlixPartners, MMWR, and S&C teams. |
| 01/25/2016 | Brian Glueckstein | 0.80 | Weekly Committee teleconference meeting with Committee members, Nixon Peabody, Guggenheim, MMWR, and S&C teams (.50); prepare for same (.30). |
| 01/25/2016 | Alexa Kranzley | 0.80 | Weekly Committee teleconference meeting with Committee members, Nixon Peabody, Guggenheim, MMWR, and S&C teams (.50); follow-up regarding the same (.30). |
| 01/25/2016 | Chiansan Ma | 0.50 | Weekly Committee teleconference meeting with Committee members, Nixon Peabody, Guggenheim, MMWR, and S&C teams. |
| 01/25/2016 | Christian Jensen | 0.10 | Pull and review news updates re: case and circulate to A. Kranzley. |
| 01/26/2016 | Alexa Kranzley | 0.10 | E-mails with Guggenheim regarding plan milestones for Committee. |
| 01/26/2016 | David Goldin | 0.80 | Review and revise summary of milestones for e-mail to Committee. |
| 01/29/2016 | Heather Coleman | 0.20 | Respond to retiree benefits question from A. Kranzley. |
| 01/29/2016 | Alexa Kranzley | 0.60 | Discussions with R. Pedone (Nixon Peabody) regarding case matters and other issues (.40); follow-up regarding the same (.20). |
| 01/31/2016 | Heather Coleman | 0.50 | Review retiree benefits treatment (.30) and correspondence to J. Ganter (K&E) re: same. (.20) |
| **Total** | | **8.50** | |

**Project: 00017 - PLAN AND DISCLOSURE STATEMENT**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 01/22/2016 | Brian Glueckstein | 0.60 | Review and analyze court filings and PUCT record re: REIT transaction issues (.60). |
| 01/25/2016 | Brian Glueckstein | 2.60 | Review and analyze PUCT hearing filings and related documents (2.1); correspondence with internal team re: REIT transaction and related issues (.50). |
| 01/25/2016 | David Goldin | 2.10 | Research re: administrative procedure with respect to Texas energy regulators and rehearings / appeals (1.7); draft summary re: same (.40). |
| 01/27/2016 | David Goldin | 0.60 | Perform additional research re: regulatory rehearing / appeals process for Texas utilities decisions. |
| 01/29/2016 | Brian Glueckstein | 0.30 | Review correspondence re: plan regulatory issues. |
| **Total** | | **6.20** | |

**Project: 00019 - TAX**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 01/05/2016 | Eli Jacobson | 1.40 | Review of revised ruling request and review of prior supplemental ruling request. |
| 01/05/2016 | David Hariton | 2.00 | Review of revised ruling request and review of prior supplemental ruling request. |
| **Total** | | **3.40** | |

**Project: 00021 - DISCOVERY**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 01/06/2016 | Brian Glueckstein | 0.30 | Review Debtors' document clawback request (.20) and correspondence with V. Ip re: same (.10). |
| 01/07/2016 | Brian Glueckstein | 0.40 | Respond to Debtors' document clawback request (.30); correspondence with V. Ip re: same (.10). |
| 01/07/2016 | Veronica Ip | 1.70 | Communications to/from electronic discovery, B. Glueckstein, A. Kranzley regarding document destruction. |
| 01/07/2016 | Joseph Gilday | 0.50 | Search database for selected documents for V. Ip. |
| 01/07/2016 | Nicole Langston | 1.00 | Coordinate tasks from case associates re: clawback of Kirkland documents in Relativity. |
| 01/08/2016 | Veronica Ip | 0.80 | Communications to/from P. Laroche (Guggenheim), electronic discovery, and S&C teams regarding document destruction. |
| 01/13/2016 | Nicole Langston | 0.50 | Coordinate tasks for case associates re: review of invoice and reason for user license charge. |
| 01/14/2016 | Veronica Ip | 0.30 | Communications to/from B. Glueckstein and N. Langston regarding license fees associated with vendor usage. |
| 01/22/2016 | Brian Glueckstein | 0.30 | Review EFH correspondence re: document call back (.20); e-mail with V. Ip re: same (.10). |
| 01/22/2016 | Veronica Ip | 0.10 | Communications to/from B. Glueckstein, J. Gilday re: document destruction letter. |
| 01/22/2016 | Joseph Gilday | 1.20 | Search database for selected documents for V. Ip. |
| 01/25/2016 | Veronica Ip | 0.90 | Review and analyze documents in connection with Debtors' clawback request. |
| 01/26/2016 | Brian Glueckstein | 0.50 | Correspondence with V. Ip re: Debtors' clawback of documents and case status update issues. |
| 01/26/2016 | Veronica Ip | 0.70 | Communications with S&C team regarding document destruction. |
| **Total** | | **9.20** | |

**Project: 00022 - HEARINGS**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 01/08/2016 | Christian Jensen | 0.10 | Review docket re: omnibus hearing on 1/14/16 and summarize agenda for A. Kranzley. |
| **Total** | | **0.10** | |

**Project: 00029 - TIME ENTRY REVIEW**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 01/11/2016 | Zara Minio | 4.00 | Review and edit time entries. (no charge) |
| 01/13/2016 | Emily Drinkwater | 1.10 | Incorporate A. Kranzley edits into December time entries. (no charge) |
| 01/25/2016 | Emily Drinkwater | 2.40 | Review and edit time entries for interim fee application. (no charge) |
| 01/26/2016 | Emily Drinkwater | 7.00 | Review and edit time entries for interim fee application. (no charge) |
| 01/26/2016 | Thomas Watson | 2.00 | Review and edit time entries for interim fee application. (no charge) |
| 01/27/2016 | Emily Drinkwater | 3.50 | Review and edit time entries for interim fee application. (no charge) |
| 01/27/2016 | Thomas Watson | 0.50 | Review and edit time entries for interim fee application. (no charge) |
| 01/28/2016 | Emily Drinkwater | 6.30 | Review and edit time entries for interim fee application (5.7); e-mails and calls with billing department re: same (.60). (no charge) |
| 01/29/2016 | Emily Drinkwater | 5.10 | Review and edit time entries for interim fee application. (no charge) |
| **Total** | | **31.90** | |

## Project: 00007 - CASE ADMINISTRATION

| Date | Name | Hours | Description |
|---|---|---|---|
| 02/12/2016 | Christian Jensen | 0.20 | Pull and review TCEH first lien ad hoc group Rule 2019 statement and summarize for / circulate to A. Kranzley. |
| 02/17/2016 | Christian Jensen | 0.20 | Pull and review revised omnibus hearing agenda and summarize for / circulate to A. Kranzley. |
| **Total** | | **0.40** | |

**Project: 00008 - CLAIMS ADMINISTRATION AND OBJECTIONS**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 02/12/2016 | Christian Jensen | 0.20 | Pull and review Debtors' reports of asset transfers and de mnimis claims settlement and circulate same to AlixPartners. |
| **Total** | | **0.20** | |

**Project: 00010 - EMPLOYEE BENEFITS AND PENSIONS**

| Date | Name | Hours | Description |
|---|---|---|---|
| 02/08/2016 | Heather Coleman | 0.50 | Call with K&E re: treatment of non-qualified plans (.20) and correspondence to A. Kranzley re: same (.20); review confirmation order (.10). |
| 02/19/2016 | Alexa Kranzley | 0.10 | E-mails with Kirkland & Ellis regarding severance motion. |
| 02/21/2016 | Heather Coleman | 0.90 | Review severance motion and related materials. |
| 02/22/2016 | Heather Coleman | 0.30 | Discuss severance motion with J. Braun. |
| 02/22/2016 | Jeannette Braun | 0.30 | Discuss severance motion issues with H. Coleman. |
| 02/23/2016 | Heather Coleman | 0.20 | Call with A. Kranzley re: severance motion. |
| 02/23/2016 | Alexa Kranzley | 0.40 | Discussion with H. Coleman re: severance motion (.20); follow up e-mails with B. Glueckstein re: the same (.20). |
| 02/24/2016 | Heather Coleman | 0.20 | Correspondence to K&E re: severance motion. |
| 02/26/2016 | Heather Coleman | 0.10 | Correspondence with A. Kranzley re: severance motion. |
| **Total** | | **3.00** | |

**Project: 00011 - EMPLOYMENT AND FEE APPLICATIONS (S&C)**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 02/01/2016 | Alexa Kranzley | 0.40 | Discuss S&C fee applications with internal team and follow up regarding the same. |
| 02/01/2016 | Veronica Ip | 1.20 | Review time entries in draft interim fee application and prepare summary of litigation project codes. |
| 02/01/2016 | Jonathan Rhein | 0.40 | Draft summary of tax project code for interim fee application. |
| 02/01/2016 | Emily Drinkwater | 0.50 | Update interim fee application. |
| 02/02/2016 | Chiansan Ma | 1.00 | Review of S&C time entries for interim fee application filing. |
| 02/02/2016 | Emily Drinkwater | 2.60 | Update interim fee application. |
| 02/02/2016 | Zara Minio | 3.50 | Review and edit interim fee application. |
| 02/03/2016 | Veronica Ip | 1.80 | Review time entries and revise summary of project codes in connection with interim fee application, and e-mails to/from J. Liolos re same. |
| 02/03/2016 | Chiansan Ma | 3.80 | Review of S&C time entries for interim fee application filing. |
| 02/03/2016 | Emily Drinkwater | 4.10 | Update interim fee application. |
| 02/04/2016 | Alexa Kranzley | 0.10 | Discuss interim fee application with internal team. |
| 02/04/2016 | Chiansan Ma | 1.20 | Review S&C entries for interim fee application filing. |
| 02/07/2016 | Chiansan Ma | 0.50 | Review time entries for interim fee application. |
| 02/08/2016 | Chiansan Ma | 2.60 | Review time entries for interim fee application (2.4); review interim fee application (.20). |
| 02/09/2016 | Alexa Kranzley | 1.50 | Review and revise interim fee application. |
| 02/09/2016 | Chiansan Ma | 3.00 | Review interim fee application (2.0); review time entries for interim fee application (1.0). |
| 02/09/2016 | Emily Drinkwater | 0.90 | Review and edit interim fee application (.60); locate documents re: fee disclosure (.30). |
| 02/10/2016 | Alexa Kranzley | 0.50 | Follow-up correspondence with C. Ma regarding interim fee application. |
| 02/10/2016 | Chiansan Ma | 4.60 | Review time entries for interim fee application filing |

**Project: 00011 - EMPLOYMENT AND FEE APPLICATIONS (S&C)**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | (1.0); revise interim fee application discussion re: expenses (.50); correspondence with A. Kranzley re: drafting of interim fee application (.40); review of time entries for interim fee application filing (1.8); review and revise draft interim fee application (.70); precedent research re: fee application disclosure (.20). |
| 02/10/2016 | Emily Drinkwater | 2.30 | Edit and update interim fee application. |
| 02/10/2016 | Thomas Watson | 0.60 | Review monthly budget and compile charts for interim compensation/budget charts. |
| 02/11/2016 | Alexa Kranzley | 0.40 | Review interim fee application and prepare the same for filing. |
| 02/11/2016 | Emily Drinkwater | 1.70 | Prepare interim fee application for filing (.60); draft certificate of no objection for December fee application (1.1). |
| 02/12/2016 | Alexa Kranzley | 0.10 | Review certificate of no objection and send the same to MMWR for filing. |
| 02/12/2016 | Emily Drinkwater | 0.20 | Upload interim fee application and related materials to Box.com. |
| 02/16/2016 | Alexa Kranzley | 0.20 | E-mails with internal team regarding January fee application. |
| 02/16/2016 | Emily Drinkwater | 0.30 | Compile filed certificate of no objection and payment package and circulate to A. Kranzley. |
| 02/18/2016 | Alexa Kranzley | 0.30 | Review and prepare January fee application |
| 02/18/2016 | Emily Drinkwater | 0.60 | Update January fee application. |
| 02/19/2016 | Alexa Kranzley | 0.30 | Review and comment on January fee application. |
| 02/19/2016 | Emily Drinkwater | 0.50 | Update January fee application. |
| 02/22/2016 | Alexa Kranzley | 0.30 | Coordinate for filing and service of January fee application. |
| 02/22/2016 | Emily Drinkwater | 0.40 | Finalize January fee application. |
| 02/24/2016 | Alexa Kranzley | 0.10 | E-mails with internal team regarding outstanding amounts and fee related issues. |

**Project: 00011 - EMPLOYMENT AND FEE APPLICATIONS (S&C)**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 02/24/2016 | Emily Drinkwater | 0.20 | E-mails re: fee invoice. |
| 02/26/2016 | Alexa Kranzley | 0.40 | Internal discussions regarding interim fee application. |
| **Total** | | **43.10** | |

**Project: 00013 - FINANCING, CASH COLLATERAL, MAKE WHOLE**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 02/09/2016 | Brian Glueckstein | 0.90 | Review transcript and related summaries re: first lien makewhole appeal. |
| **Total** | | **0.90** | |

### Project: 00014 - OTHER LITIGATION

| Date | Name | Hours | Description |
|---|---|---|---|
| 02/01/2016 | Brian Glueckstein | 1.60 | Review and analyze TTI litigation filings. |
| 02/04/2016 | Brian Glueckstein | 1.70 | Review and analyze PUCT litigation filings (1.1); review and analyze TTI litigation filings (.60). |
| 02/04/2016 | Christian Jensen | 0.30 | Pull and review letters to Judge Sontchi re: Ovation/TTI discovery disputes and e-mail to B. Glueckstein and A. Kranzley re: same. |
| 02/09/2016 | Brian Glueckstein | 0.70 | Review court filings re: TTI litigation issues. |
| 02/26/2016 | Alexa Kranzley | 0.20 | Discussion with C. Jensen regarding Oncor adversary proceeding. |
| 02/26/2016 | Christian Jensen | 0.60 | Pull and review TTI adversary filings and summarize for / circulate to B. Glueckstein and A. Kranzley (.40); discussion with A. Kranzley re: Oncor adversary proceeding (.20). |
| **Total** | | **5.10** | |

**Project: 00015 - MEETINGS AND COMMUNICATIONS WITH CREDITORS**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 02/01/2016 | Andrew Dietderich | 0.70 | Correspondence with Guggenheim re: M&A update (.30) and review public materials for update to Committee (.40). |
| 02/02/2016 | Brian Glueckstein | 0.80 | Review and analyze S. Kazan (EFH UCC) inquiry re: claims filed (.60); respond to S. Kazan re: same (.20). |
| 02/04/2016 | Brian Glueckstein | 0.20 | Respond to S. Kazan (EFH UCC) requests re: claims. |
| 02/05/2016 | Brian Glueckstein | 0.20 | E-mails with A. Kranzley re: EFH Committee call and case status. |
| 02/05/2016 | Alexa Kranzley | 0.30 | E-mails with Guggenheim team regarding update call (.20); e-mail to EFH Committee regarding the same (.10). |
| 02/08/2016 | Alexa Kranzley | 0.30 | E-mails with P. Tinkham (EFH UCC) regarding plan and related issues. |
| 02/09/2016 | Alexa Kranzley | 0.20 | E-mail to EFH Committee for approval of budget and staffing plan. |
| 02/16/2016 | Alexa Kranzley | 0.10 | E-mails with Guggenheim regarding PUCT updates. |
| 02/18/2016 | Brian Glueckstein | 0.40 | Respond to S. Kazan (EFH UCC) request re: schedules (.30); review documents re: same (.10). |
| 02/18/2016 | Alexa Kranzley | 0.10 | E-mails with Guggenheim regarding EFH Committee committee call. |
| 02/19/2016 | Brian Glueckstein | 0.30 | Correspondence to EFH Committee re: update and meeting. |
| 02/19/2016 | Alexa Kranzley | 0.40 | E-mail update to EFH Committee. |
| 02/21/2016 | Chiansan Ma | 0.60 | Prepare memos to files re: EFH Committee meetings. |
| 02/23/2016 | Alexa Kranzley | 0.10 | E-mail to P. Tinkham (EFH UCC) with requested materials. |
| 02/25/2016 | Alexa Kranzley | 0.10 | E-mail to EFH Committee regarding March budgets and staffing plans. |
| 02/29/2016 | Emily Drinkwater | 0.30 | Correspondence with M. Brown (EFH UCC) re: expenses. |

**Total**                                    **5.10**

**Project: 00017 - PLAN AND DISCLOSURE STATEMENT**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 02/01/2016 | Brian Glueckstein | 0.60 | Review PUCT filings and press (.50); review Guggenheim correspondence re: same (.10). |
| 02/01/2016 | Tia Barancik | 0.30 | Review and comment on memo on appeals of PUCT decision (.10); research appeals of PUCT orders (.20). |
| 02/01/2016 | David Goldin | 0.90 | Revise summary re: PUCT procedure and rehearings / appeals. |
| 02/11/2016 | Alexa Kranzley | 0.10 | Follow-up regarding EFH plan related updates. |
| 02/17/2016 | Christian Jensen | 0.30 | Review amended plan supplement and summarize for / circulate to A. Kranzley. |
| 02/18/2016 | Andrew Dietderich | 0.20 | Review PUCT filings. |
| 02/22/2016 | Brian Glueckstein | 0.80 | Review and analyze new PUCT filings. |
| 02/23/2016 | David Goldin | 0.40 | Research re: Hunts transaction in response to committee member request. |
| 02/25/2016 | Brian Glueckstein | 0.40 | Review new PUCT filings. |
| 02/29/2016 | Andrew Dietderich | 0.60 | Review press materials on Oncor transaction. |
| **Total** | | **4.60** | |

**Project: 00022 - HEARINGS**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 02/18/2016 | Chiansan Ma | 0.30 | Attend fee hearing (partial attendance). |
| **Total** | | **0.30** | |

## Project: 00027 - OTHER MOTIONS / APPLICATIONS

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 02/05/2016 | Emily Drinkwater | 1.10 | Update Committee expense spreadsheet. |
| **Total** | | **1.10** | |

**Project: 00029 - TIME ENTRY REVIEW**

| Date | Name | Hours | Description |
|------|------|------:|-------------|
| 02/01/2016 | Emily Drinkwater | 2.60 | Review and revise time entries for interim fee application. (no charge) |
| 02/01/2016 | Zara Minio | 4.50 | Review and edit interim time entries. (no charge) |
| 02/01/2016 | Thomas Watson | 3.00 | Review and revise time entries. (no charge) |
| 02/02/2016 | Emily Drinkwater | 4.10 | Review and revise time entries for interim fee application. (no charge) |
| 02/03/2016 | Emily Drinkwater | 4.30 | Review and revise time entries for interim fee application. (no charge) |
| 02/03/2016 | Zara Minio | 3.50 | Communications with team re: interim charts and update interim application re: same. (no charge) |
| 02/03/2016 | Thomas Watson | 2.00 | Review and revise time entries. (no charge) |
| 02/04/2016 | Emily Drinkwater | 4.20 | Review and revise time entries for interim fee application. (no charge) |
| 02/05/2016 | Thomas Watson | 2.50 | Review and revise time entries. (no charge) |
| 02/08/2016 | Emily Drinkwater | 5.80 | Review and edit time entries for interim fee application. (no charge) |
| 02/08/2016 | Zara Minio | 4.00 | Review and edit interim time entries. (no charge) |
| 02/08/2016 | Thomas Watson | 1.00 | Review and revise time entries. (no charge) |
| 02/09/2016 | Emily Drinkwater | 1.10 | Review and edit time entries for interim fee application. (no charge) |
| 02/10/2016 | Emily Drinkwater | 1.00 | Review and edit time entries for interim fee application. (no charge) |
| 02/10/2016 | Thomas Watson | 0.90 | Review and revise time entries. (no charge) |
| 02/18/2016 | Emily Drinkwater | 1.40 | Review and edit time entries. (no charge) |
| **Total** | | **45.90** | |

**Project: 00031 - BUDGETING (CASE)**

| Date | Name | Hours | Description |
|------|------|------:|-------------|
| 02/07/2016 | Chiansan Ma | 0.30 | Prepare S&C February budget and staffing plan. |
| 02/08/2016 | Alexa Kranzley | 0.10 | Meeting with C. Ma to discuss S&C February budget approval. |
| 02/08/2016 | Chiansan Ma | 0.20 | Meeting with A. Kranzley to discuss S&C February budget approval (.10); final review and revisions to S&C February budget (.10). |
| 02/18/2016 | Chiansan Ma | 0.30 | Prepare March S&C budget |
| 02/18/2016 | Thomas Watson | 1.00 | Prepare budget comparison chart. |
| 02/25/2016 | Chiansan Ma | 0.10 | Revise S&C March budget. |
| **Total** | | **2.00** | |

## Project: 00006 - BUSINESS OPERATIONS

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 03/04/2016 | Christian Jensen | 0.20 | Pull and review notice of de minimis asset sale and summarize for / circulate to A. Kranzley and AlixPartners. |
| 03/15/2016 | Christian Jensen | 0.20 | Pull and review Debtors' February report of asset transfers and summarize for / circulate to A. Kranzley. |
| 03/17/2016 | Christian Jensen | 0.20 | Pull and review Debtors' monthly operating report and circulate to AlixPartners and Guggenheim. |
| 03/31/2016 | Christian Jensen | 0.20 | Pull and review recently uploaded documents to data room and circulate to AlixPartners. |
| **Total** | | **0.80** | |

### Project: 00007 - CASE ADMINISTRATION

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 03/03/2016 | Thomas Watson | 1.00 | Update case calendar to reflect new scheduling order. |
| 03/08/2016 | Christian Jensen | 0.20 | Review omnibus hearing agenda and summarize for / circulate to A. Kranzley. |
| 03/08/2016 | Emily Drinkwater | 0.20 | Schedule CourtCall appearance for A. Kranzley. |
| 03/23/2016 | Zara Minio | 0.30 | Set up CourtCall for EFH PUCT update hearing for B. Glueckstein. |
| **Total** | | **1.70** | |

**Project: 00010 - EMPLOYEE BENEFITS AND PENSIONS**

| Date | Name | Hours | Description |
|---|---|---|---|
| 03/01/2016 | Alexa Kranzley | 0.10 | E-mails with K&E regarding severance motion. |
| 03/04/2016 | Heather Coleman | 0.20 | Respond to question from A. Kranzley re: severance motion (.10) and call with A. Kranzley re: same (.10). |
| 03/04/2016 | Alexa Kranzley | 0.20 | Follow-up with K&E regarding severance motion (.10); call with H. Coleman re: same (.10). |
| 03/07/2016 | Heather Coleman | 0.20 | Review severance order changes (.10) and correspondence with A. Kranzley re: same (.10). |
| 03/07/2016 | Alexa Kranzley | 0.20 | E-mails with K&E and H. Coleman regarding severance order. |
| 03/08/2016 | Christian Jensen | 0.30 | Review revised proposed severance order and summarize for / circulate to A. Kranzley. |
| **Total** | | **1.20** | |

**Project: 00011 - EMPLOYMENT AND FEE APPLICATIONS (S&C)**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 03/01/2016 | Alexa Kranzley | 0.60 | Internal discussions regarding interim fee application. |
| 03/14/2016 | Emily Drinkwater | 0.40 | Revise January certificate of no objection. |
| 03/15/2016 | Alexa Kranzley | 0.10 | Review January certificate of no objection and coordinate for filing and service of the same. |
| 03/16/2016 | Alexa Kranzley | 0.10 | Send payment package to Company. |
| 03/16/2016 | Zara Minio | 0.20 | Compile and send payment package materials to A. Kranzley. |
| 03/17/2016 | Chiansan Ma | 0.20 | Review time entries for monthly fee application. |
| 03/18/2016 | Chiansan Ma | 0.10 | Review time entries for monthly fee application. |
| 03/18/2016 | Zara Minio | 0.40 | Prepare February fee application for filing and send to C. Ma for review. |
| 03/21/2016 | Alexa Kranzley | 0.50 | Review February fee application and coordinate for filing and service of the same. |
| 03/21/2016 | Chiansan Ma | 0.10 | Review of February fee application. |
| 03/21/2016 | Zara Minio | 0.90 | Review and revise February fee application and send to C. Ma for review. |
| **Total** | | **3.60** | |

**Project: 00014 - OTHER LITIGATION**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 03/01/2016 | Christian Jensen | 0.10 | Review Oncor adversary docket re: oppositions to motions for summary judgment and summarize same for B. Glueckstein and A. Kranzley. |
| 03/02/2016 | Christian Jensen | 0.20 | Review notice of hearing in TCEH adequate protection intercreditor proceeding and summarize for / circulate to B. Glueckstein and A. Kranzley. |
| 03/03/2016 | Christian Jensen | 0.40 | Review Oncor adversary oppositions to motions for summary judgment and circulate same to B. Glueckstein and A. Kranzley (.20); update case calendar and circulate to B. Glueckstein and A. Kranzley (.20). |
| 03/11/2016 | Alexa Kranzley | 0.30 | Review ongoing adversary proceedings and other related issues. |
| 03/30/2016 | Christian Jensen | 0.20 | Review briefings re: change of control in TTI adversary and circulate same to B. Glueckstein and A. Kranzley. |
| **Total** | | **1.20** | |

**Project: 00015 - MEETINGS AND COMMUNICATIONS WITH CREDITORS**

| Date | Name | Hours | Description |
|---|---|---|---|
| 03/04/2016 | Alexa Kranzley | 0.30 | E-mail to Committee members for update call. |
| 03/07/2016 | Brian Glueckstein | 1.00 | Bi-weekly Committee teleconference meeting with Committee members, Guggenheim, AlixPartners, MMWR, and S&C teams (.50); review documents to prepare for same (.50). |
| 03/07/2016 | Alexa Kranzley | 0.60 | Prepare for (.10) and bi-weekly Committee teleconference meeting with Committee members, Guggenheim, AlixPartners, MMWR, and S&C teams (.50). |
| 03/07/2016 | Veronica Ip | 0.50 | Bi-weekly Committee teleconference meeting with Committee members, Guggenheim, AlixPartners, MMWR, and S&C teams. |
| 03/11/2016 | Noam Weiss | 0.60 | Draft memo to files re: Committee call. |
| 03/24/2016 | Alexa Kranzley | 0.30 | E-mail to Committee members regarding PUCT approval order and update call. |
| 03/28/2016 | Brian Glueckstein | 0.80 | Bi-weekly Committee teleconference meeting with Committee members, Nixon Peabody, Guggenheim, MMWR, and S&C teams (.50); prepare for same (.30). |
| 03/28/2016 | Alexa Kranzley | 0.80 | Bi-weekly Committee teleconference meeting with Committee members, Nixon Peabody, Guggenheim, MMWR, and S&C teams (.50); call with R. Pedone (Nixon Peabody) regarding PUCT decision (.30). |
| 03/28/2016 | Veronica Ip | 0.50 | Bi-weekly Committee teleconference meeting with Committee members, Nixon Peabody, Guggenheim, MMWR, and S&C teams. |
| 03/28/2016 | Chiansan Ma | 0.50 | Bi-weekly Committee teleconference meeting with Committee members, Nixon Peabody, Guggenheim, MMWR, and S&C teams. |
| 03/28/2016 | Christian Jensen | 0.20 | Pull and review Pension Backstop Agreement and circulate same for review by P. Tinkham (EFH UCC). |
| **Total** | | **6.10** | |

**Project: 00017 - PLAN AND DISCLOSURE STATEMENT**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 03/01/2016 | Brian Glueckstein | 0.70 | Review new PUCT filings. |
| 03/02/2016 | Veronica Ip | 0.90 | Correspondence with B. Glueckstein concerning documents produced by Debtors, and communications to/from e-discovery re: same. |
| 03/02/2016 | Joseph Gilday | 1.70 | Search database for case documents for V. Ip. |
| 03/04/2016 | Joseph Gilday | 1.40 | Search database for case documents for V. Ip. |
| 03/07/2016 | David Goldin | 0.30 | Review publicly filed materials to address questions re: regulatory process. |
| 03/21/2016 | Brian Glueckstein | 0.50 | Review asbestos appeal papers (.40); correspondence with S. Kazan (EFH UCC) re: same (.10). |
| 03/24/2016 | Brian Glueckstein | 1.20 | Review PUCT approval order and related materials (.70); calls with A. Kranzley re: same (.50). |
| 03/24/2016 | Alexa Kranzley | 0.80 | Review PUCT approval order (.20); calls with B. Glueckstein re: same (.50); call with C. Ma re: same (.10). |
| 03/24/2016 | Chiansan Ma | 1.60 | Review PUCT approval order and transaction documents (1.4); calls with A. Kranzley to discuss PUCT approval order (.10); call with C. Jensen to discuss PUCT approval order and review of transaction documents (.10) |
| 03/24/2016 | Christian Jensen | 2.30 | Review news articles re: PUCT approval order and circulate to A. Kranzley (.30); review PUCT approval order, PSA and merger agreements (1.4); prepare e-mail to C. Ma summarizing same (.50); call with C. Ma re: same (.10). |
| 03/25/2016 | Alexa Kranzley | 0.50 | Review summary of PUCT approval order (.30); call with C. Ma re summary of PUCT approval order and transaction document provisions (.20). |
| 03/25/2016 | Chiansan Ma | 2.20 | Revise and circulate summary of PUCT approval order and relevant transaction document provisions (2.0); call with A. Kranzley re: summary of PUCT approval order and transaction document provisions |

## Project: 00017 - PLAN AND DISCLOSURE STATEMENT

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | (.20). |
| 03/26/2016 | David Hariton | 2.50 | Review PUCT approval order. |
| 03/26/2016 | Chiansan Ma | 0.50 | Revise and circulate draft email to S&C team re: PUCT approval order. |
| 03/26/2016 | David Goldin | 0.70 | Review email and related materials re: implications of PUCT proceedings on Oncor disposition process. |
| 03/27/2016 | Eli Jacobson | 0.30 | Review summary of PUCT approval order. |
| 03/28/2016 | Eli Jacobson | 1.20 | Review of PUCT approval order. |
| 03/28/2016 | Brian Glueckstein | 2.40 | Review and analyze PUCT approval order and related documents (1.5); discussions with A. Kranzley re: same (.60); call with A. Kranzley and Guggenheim team re: PUCT approval order (.30). |
| 03/28/2016 | Alexa Kranzley | 1.90 | Follow-up review of PUCT approval order (1.0); discussions with B. Glueckstein re: same (.60); call with B. Glueckstein and Guggenheim team re: PUCT approval order (.30). |
| 03/28/2016 | Chiansan Ma | 0.30 | Review and revise PUCT / plan milestones summary. |
| 03/28/2016 | David Goldin | 1.30 | Review transaction documents to summarize milestones (.60); review and comment on transaction milestones summary (.70) |
| 03/28/2016 | Christian Jensen | 1.20 | Prepare summary of key dates for plan consummation and PUCT approval order (.50); revise same re: extension deadlines and noticing mechanics (.70). |
| 03/29/2016 | Chiansan Ma | 0.90 | Review and revise summary of PUCT approval order and transaction milestones. |
| 03/30/2016 | Alexa Kranzley | 0.30 | E-mails with internal team regarding PUCT approval order and related issues. |
| 03/30/2016 | Chiansan Ma | 1.10 | Review and revise PUCT approval order and transaction milestones summary. |
| **Total** | | **28.70** | |

**Project: 00019 - TAX**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 03/01/2016 | Eli Jacobson | 0.30 | Review IRS information request responses. |
| 03/02/2016 | David Hariton | 0.80 | Review IRS information request responses. |
| **Total** | | **1.10** | |

**Project: 00022 - HEARINGS**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 03/28/2016 | Alexa Kranzley | 0.40 | Prepare for and attend status conference update. |
| **Total** | | **0.40** | |

## Project: 00027 - OTHER MOTIONS / APPLICATIONS

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 03/14/2016 | Emily Drinkwater | 0.80 | Update M. Brown (EFH UCC) expense report. |
| **Total** | | **0.80** | |

**Project: 00029 - TIME ENTRY REVIEW**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 03/08/2016 | Zara Minio | 3.50 | Review and edit February time entries. (no charge) |
| 03/18/2016 | Zara Minio | 1.20 | Input C. Ma's edits into time entries. (no charge) |
| **Total** | | **4.70** | |

**Project: 00031 - BUDGETING (CASE)**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 03/23/2016 | Chiansan Ma | 0.30 | Prepare April S&C budget and staffing plan. |
| 03/27/2016 | Chiansan Ma | 0.20 | Correspondence with S&C team re: proposed April budget. |
| 03/28/2016 | Chiansan Ma | 0.10 | Revise April S&C budget and staffing plan. |
| **Total** | | **0.60** | |

**Project: 00007 - CASE ADMINISTRATION**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 04/04/2016 | Emily Drinkwater | 0.20 | Arrange CourtCall appearance for A. Kranzley. |
| 04/06/2016 | Thomas Watson | 0.50 | Locate and pull documents from docket (.20); update and organize case calendar (.30). |
| 04/14/2016 | Thomas Watson | 0.30 | Correspondence with transcript ordering services and organize payment of invoices re: same. |
| 04/15/2016 | Thomas Watson | 0.50 | Update and organize case calendar. |
| 04/25/2016 | Christian Jensen | 0.20 | Pull and review hearing cancellation and telephonic status conference notice and summarize for / circulate to A. Kranzley and Z. Minio. |
| 04/25/2016 | Emily Drinkwater | 0.30 | Arrange CourtCall appearance for A. Kranzley. |
| 04/26/2016 | Emily Drinkwater | 0.30 | Arrange CourtCall appearance for A. Kranzley. |
| 04/28/2016 | Mark Rosenberg | 0.10 | Review e-mails re: status and correspondence with B. Glueckstein re: same. |
| 04/29/2016 | Thomas Watson | 0.30 | Correspondence with transcript ordering services and organize payment of invoices re: same. |
| **Total** | | **2.70** | |

**Project: 00008 - CLAIMS ADMINISTRATION AND OBJECTIONS**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 04/25/2016 | Christian Jensen | 0.40 | Review Fenicle and Fahy objection to supplemental claims bar date and Debtors' reply to same (.20); summarize same for A. Kranzley (.20). |
| **Total** | | **0.40** | |

**Project: 00010 - EMPLOYEE BENEFITS AND PENSIONS**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 04/05/2016 | Brian Glueckstein | 0.30 | Review severance motion (.20); correspondence with A. Kranzley re: same (.10). |
| **Total** | | **0.30** | |

**Project: 00011 - EMPLOYMENT AND FEE APPLICATIONS (S&C)**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 04/11/2016 | Alexa Kranzley | 0.10 | Review Certificate of No Objection for February fee application and coordinate filing of the same. |
| 04/11/2016 | Emily Drinkwater | 0.40 | Update Certificate of No Objection for February fee application. |
| 04/12/2016 | Brian Glueckstein | 0.20 | Review correspondence regarding fee issues (.10); follow-up with S&C team re: same (.10). |
| 04/12/2016 | Alexa Kranzley | 0.30 | E-mail to Company regarding latest fees and Committee expenses (.10); correspondence with B. Glueckstein regarding fee issues (.10); follow-up regarding the same (.10). |
| 04/12/2016 | Chiansan Ma | 0.10 | Review time entries for March fee application. |
| 04/13/2016 | Emily Drinkwater | 0.40 | Update March fee application. |
| 04/16/2016 | Chiansan Ma | 0.10 | Review time entries for March fee application. |
| 04/18/2016 | Alexa Kranzley | 0.20 | Review March fee application for filing. |
| 04/19/2016 | Emily Drinkwater | 0.40 | Update and review March fee application. |
| 04/21/2016 | Alexa Kranzley | 0.30 | Review and prepare March fee application for filing (.20); coordinate for filing of the same (.10). |
| 04/21/2016 | Emily Drinkwater | 0.30 | Compile and upload recently filed March fee application and related materials to Box.com. |

**Total**               **2.80**

**Project: 00013 - FINANCING, CASH COLLATERAL, MAKE WHOLE**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 04/12/2016 | Brian Glueckstein | 0.40 | Review and analyze District Court makewhole decision. |
| **Total** | | **0.40** | |

**Project: 00014 - OTHER LITIGATION**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 04/04/2016 | Christian Jensen | 0.20 | Pull and review notice of hearing in TCEH adversary proceeding and summarize for / circulate to B. Glueckstein and A. Kranzley. |
| **Total** | | **0.20** | |

**Project: 00015 - MEETINGS AND COMMUNICATIONS WITH CREDITORS**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 04/07/2016 | Alexa Kranzley | 0.10 | Review materials for Committee update call. |
| 04/08/2016 | Alexa Kranzley | 0.20 | E-mail agenda with materials to Committee members. |
| 04/11/2016 | Andrew Dietderich | 0.40 | Bi-weekly Committee teleconference meeting with Committee members, Nixon Peabody, Guggenheim, MMWR, and S&C teams (partial attendance). |
| 04/11/2016 | Brian Glueckstein | 0.80 | Bi-weekly Committee teleconference meeting with Committee members, Nixon Peabody, Guggenheim, MMWR, and S&C teams (.50); prepare for same (.30). |
| 04/11/2016 | Alexa Kranzley | 0.50 | Bi-weekly Committee teleconference meeting with Committee members, Nixon Peabody, Guggenheim, MMWR, and S&C teams. |
| 04/11/2016 | Veronica Ip | 0.50 | Bi-weekly Committee teleconference meeting with Committee members, Nixon Peabody, Guggenheim, MMWR, and S&C teams. |
| 04/16/2016 | Chiansan Ma | 0.30 | Prepare memos to files re: Committee meeting. |
| 04/18/2016 | Emily Drinkwater | 0.20 | E-mails with M. Brown (Committee) re: monthly expenses. |
| 04/21/2016 | Brian Glueckstein | 0.50 | Review Guggenheim analysis to be provided to Committee (.40); correspondence with S&C team re: same (.10). |
| 04/21/2016 | Alexa Kranzley | 0.50 | Review materials from Guggenheim (.30); e-mails with internal team re: the same (.10); e-mails with Guggenheim re: the same (.10). |
| 04/22/2016 | Alexa Kranzley | 0.30 | E-mail to Committee members regarding update call. |
| 04/25/2016 | Brian Glueckstein | 1.40 | Bi-weekly Committee teleconference meeting with Committee members, Nixon Peabody, Guggenheim, MMWR, and S&C teams (1.0); preparation for same (.40). |
| 04/25/2016 | Alexa Kranzley | 1.10 | Prepare for (.10) and attend bi-weekly Committee teleconference meeting with Committee members, Nixon Peabody, Guggenheim, MMWR, and S&C |

**Project: 00015 - MEETINGS AND COMMUNICATIONS WITH CREDITORS**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | teams (1.0). |
| 04/25/2016 | Veronica Ip | 1.00 | Bi-weekly Committee teleconference meeting with Committee members, Nixon Peabody, Guggenheim, MMWR, and S&C teams. |
| 04/25/2016 | Chiansan Ma | 1.00 | Bi-weekly Committee teleconference meeting with Committee members, Nixon Peabody, Guggenheim, MMWR, and S&C teams. |
| 04/26/2016 | Brian Glueckstein | 0.20 | Review revised Guggenheim analysis for Committee. |
| 04/26/2016 | Alexa Kranzley | 0.10 | E-mails with Guggenheim regarding additional materials for Committee. |
| 04/28/2016 | Alexa Kranzley | 0.50 | Update e-mail to Committee members regarding status conference and related issues. |
| 04/29/2016 | Alexa Kranzley | 0.10 | E-mail transcript of status conference to Committee members. |
| **Total** | | **9.70** | |

**Project: 00017 - PLAN AND DISCLOSURE STATEMENT**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 04/07/2016 | Brian Glueckstein | 0.50 | Review reports and filings re: PUCT process (.40); correspondence with A. Kranzley re: same (.10). |
| 04/07/2016 | Christian Jensen | 0.20 | Review articles re: Oncor intial rate application and circulate to A. Kranzley. |
| 04/19/2016 | Andrew Dietderich | 0.60 | Review various reports on Hunt transaction status. |
| 04/19/2016 | Brian Glueckstein | 0.50 | Review new PUCT filings and related news articles. |
| 04/25/2016 | David Hariton | 1.00 | Review and analyze draft alternative plan term sheet. |
| 04/25/2016 | Andrew Dietderich | 0.60 | Review Guggenheim briefing (.20) and e-mail correspondence with internal team re: alternative proposal (.40). |
| 04/25/2016 | Brian Glueckstein | 1.40 | Review and analyze draft alternative plan term sheet (.70); e-mails with V. Ip re: same (.10); correspondence with A. Kranzley and A. Dietderich re: alternative plan issues (.20); calls with A. Kranzley re: same and Committee call (.40). |
| 04/25/2016 | Alexa Kranzley | 1.20 | E-mails with C. Ma to discuss plan support milestones (.20); call with K&E re the same (.30); review materials regarding the same (.70). |
| 04/25/2016 | Chiansan Ma | 2.60 | E-mails with A. Kranzley and S&C team re: plan support milestones (.50); review of recent PUCT materials and PSA (2.1). |
| 04/26/2016 | Alexa Kranzley | 1.90 | Review plan, PSA, merger agreement, settlement agreement in light of recent events (1.1); review draft alternative plan term sheet (.40); call with C. Ma re: EFH merger agreement and PSA (.20); meeting with C. Ma re: same (.20). |
| 04/26/2016 | Chiansan Ma | 1.70 | Review EFH merger agreement and PSA (1.1); call with A. Kranzley re: same (.20); meeting with A. Kranzley re: same (.20); e-mails with B. Glueckstein and A. Kranzley re: draft alternative plan term sheet (.20). |
| 04/27/2016 | Chiansan Ma | 0.60 | Call with P. Laroche (Guggenheim) re: questions on Plan (.40); e-mails with A. Kranzley re: PSA and |

**Project: 00017 - PLAN AND DISCLOSURE STATEMENT**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | transaction documents (.20). |
| 04/28/2016 | Andrew Dietderich | 1.30 | Follow-up call re: status conference with B. Glueckstein (.20) and e-mails re: same to client (.30) and Guggenheim (.20); review compiled public materials re: same (.10); review e-mail concerns from S. Kazan (Committee) (.10) and R. Bojmel (Guggenheim) (.10); call with B. Glueckstein re: plan and settlement issues (.30). |
| 04/28/2016 | Brian Glueckstein | 2.40 | Meeting with A. Kranzley and C. Ma re: Oncor transaction and next steps following status conference (.40); follow-up call with A. Dietderich re: same (.20); review and consider plan next steps (1.3); call with A. Dietderich re: plan and settlement issues (.30); call with A. Kranzley re: same (.20). |
| 04/28/2016 | Alexa Kranzley | 2.30 | Meeting with B. Glueckstein and C. Ma re: Oncor transaction status and next steps following status conference (.40); review plan, PSA, merger agreement, settlement agreement and related materials based on latest update (1.6); call with B. Glueckstein re: plan and settlement issues (.20); call with C. Ma re: plan status (.10). |
| 04/28/2016 | Veronica Ip | 0.20 | Communications with B. Glueckstein regarding case update and hearing related to termination of merger agreement. |
| 04/28/2016 | Chiansan Ma | 0.50 | Meeting with B. Glueckstein and A. Kranzley re: Oncor transaction status and next steps following status conference (.40); call with A. Kranzley re: plan status (.10). |
| 04/29/2016 | David Hariton | 1.70 | E-mails with A. Kranzley on new plan approaches and associated analysis into plan consequences (1.0); review status conference transcript (.70). |
| 04/29/2016 | Alexa Kranzley | 0.60 | Follow-up review and internal discussions regarding latest status of plan and related issues. |
| **Total** | | **21.80** | |

**Project: 00019 - TAX**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 04/21/2016 | Eli Jacobson | 0.10 | Review of draft letter to IRS from K&E. |
| **Total** | | **0.10** | |

**Project: 00022 - HEARINGS**

| Date | Name | Hours | Description |
|---|---|---|---|
| 04/04/2016 | Alexa Kranzley | 0.10 | Call with CourtCall regarding updated status conference. |
| 04/05/2016 | Alexa Kranzley | 0.40 | Participate in TTI adversary proceeding status conference (.30); e-mail to B. Glueckstein re: the same (.10). |
| 04/21/2016 | Christian Jensen | 0.20 | Review docket re: 4/27 omnibus hearing matters. |
| 04/25/2016 | Alexa Kranzley | 0.10 | Prepare materials for upcoming omnibus hearing. |
| 04/28/2016 | Andrew Dietderich | 0.40 | Appear at telephonic status conference. |
| 04/28/2016 | Brian Glueckstein | 0.40 | Appear at telephonic status conference. |
| 04/28/2016 | Alexa Kranzley | 0.40 | Appear at telephonic status conference. |
| 04/28/2016 | Chiansan Ma | 0.40 | Appear at telephonic status conference. |
| **Total** | | **2.40** | |

**Project: 00029 - TIME ENTRY REVIEW**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 04/08/2016 | Emily Drinkwater | 0.50 | Review and revise time entries. (no charge) |
| 04/18/2016 | Emily Drinkwater | 1.30 | Review and revise time entries. (no charge) |
| **Total** | | **1.80** | |

## EXHIBIT H

### MONTHLY EXPENSE RECORDS

#### JANUARY

| Category | Timekeeper Name | Work Date | Quantity | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Travel and Expenses | Veronica W. Ip | 9/18/2015 | 1.0 | $383.90 | $383.90 | Lodging in Wilmington, DE on 9/18/2015 |
| Travel and Expenses | Alexa J. Kranzley | 12/14/2015 | 1.0 | $294.00 | $294.00 | AMTRAK Train Fare from New York, NY to Wilmington, DE |
| Travel and Expenses | Alexa J. Kranzley | 12/16/2015 | 1.0 | -$112.00 | -$112.00 | AMTRAK Train Fare Refund |
| Travel and Expenses | Alexa J. Kranzley | 12/16/2015 | 1.0 | $160.00 | $160.00 | AMTRAK Train Fare from Wilmington, DE to New York, NY |
| Travel and Expenses | Grace M. Son | 11/11/2015 | 1.0 | $17.25 | $17.25 | Out of Town Taxi - Starting Point: Delaware Amtrak Station; End Point: Hotel |
| Travel and Expenses | Grace M. Son | 11/18/2015 | 1.0 | $8.52 | $8.52 | Out of Town Taxi - Starting Point: Hotel; End Point: Delaware Amtrak Station |
| **Travel and Expenses Total** | | | | | **$751.67** | |
| Meals - Overtime | Chiansan Ma | 1/28/2016 | 1.0 | $15.03 | $15.03 | Meals - Overtime; Project(s): 00011 |
| **Meals - Overtime Total** | | | | | **$15.03** | |
| Outside Vendors | Brian D. Glueckstein | 1/1/2016 | 1.0 | $590.00 | $590.00 | Epiq eDiscovery Solutions |
| Outside Vendors | Brian D. Glueckstein | 1/8/2016 | 1.0 | $2,400.00 | $2,400.00 | Epiq eDiscovery Solutions |
| **Outside Vendors Total** | | | | | **$2,990.00** | |
| Tele-conference | Alexa J. Kranzley | 1/11/2016 | 1.0 | $17.73 | $17.73 | Tele-conference |
| Tele-conference | Alexa J. Kranzley | 1/25/2016 | 1.0 | $20.82 | $20.82 | Tele-conference |
| **Tele-conference Total** | | | | | **$38.55** | |
| Deposition Transcripts | Alexa J. Kranzley | 12/18/2015 | 1.0 | $86.48 | $86.48 | Deposition Transcripts |
| **Deposition Transcripts Total** | | | | | **$86.48** | |
| **January Grand Total** | | | | | **$3,881.73** | |

#### FEBRUARY

| Category | Timekeeper Name | Work Date | Quantity | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | Nicholas F. Menillo | 11/9/2015 | 1.0 | $50.43 | $50.43 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pick-up Time: 00:31 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Local Transportation | Emily C. Drinkwater | 2/3/2016 | 1.0 | $36.64 | $36.64 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pick-up Time: 21:02 |
| **Local Transportation Total** | | | | | **$87.07** | |
| Meals - Overtime | Emily C. Drinkwater | 2/3/2016 | 1.0 | $20.00 | $20.00 | Meals - Overtime; Capped at $20; Project(s): 00011 |
| **Meals - Overtime Total** | | | | | **$20.00** | |
| **February Grand Total** | | | | | **$107.07** | |

## MARCH

| Category | Timekeeper Name | Work Date | Quantity | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Outside Vendors | Brian D. Glueckstein | 3/8/2016 | 1.0 | $450.00 | $450.00 | Epiq eDiscovery Solutions |
| **Outside Vendors Total** | | | | | **$450.00** | |
| Tele-video Conference | Alexa J. Kranzley | 3/7/2016 | 1.0 | $23.93 | $23.93 | Tele-video Conference |
| Tele-video Conference | Alexa J. Kranzley | 3/2/2016 | 1.0 | $24.84 | $24.84 | Tele-video Conference |
| **Tele-video Conference Total** | | | | | **$48.77** | |
| **March Grand Total** | | | | | **$498.77** | |

## APRIL

| Category | Timekeeper Name | Work Date | Quantity | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Outside Vendors | Brian D. Glueckstein | 3/31/2016 | 1.0 | $450.00 | $450.00 | Epiq eDiscovery Solutions |
| Outside Vendors | Brian D. Glueckstein | 4/1/2016 | 1.0 | $450.00 | $450.00 | Epiq eDiscovery Solutions |
| **Outside Vendors Total** | | | | | **$900.00** | |
| Telephone | Chiansan Ma | 2/24/2016 | 1.0 | $30.00 | $30.00 | Telephone - Court Call for C. Ma |
| Telephone | Alexa J. Kranzley | 4/11/2016 | 1.0 | $34.55 | $34.55 | Tele-video Conference |
| Telephone | Alexa J. Kranzley | 4/25/2016 | 1.0 | $42.83 | $42.83 | Tele-video Conference |
| **Telephone Total** | | | | | **$107.38** | |
| **April Grand Total** | | | | | **$1,007.38** | |

* Whenever possible, S&C lawyers share rides to/from client meetings.

* All meals for which reimbursement is requested were ordered by S&C attorneys or paraprofessionals who worked on these chapter 11 cases for more than four hours, and worked on these chapter 11 cases past 8 p.m. (although certain meals may have

been ordered before 8 p.m.), on the relevant date.  To the extent any meal expense exceeded the cap of $20 per person per meal, S&C's request for reimbursement of such expense has been limited to $20.

* Meal expenses for contract attorneys have been invoiced to S&C on a weekly basis.