## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., | ) | Case No. 14-10979 (CSS) |
| et al.[1], | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

## VERIFICATION OF DAVID P. PRIMACK, ESQ.

1.      I am a partner in the Bankruptcy and Corporate Restructuring Group of McElroy

Deutsch, Mulvaney & Carpenter, LLP ("MDMC").  I am the lead attorney from MDMC

working on these chapter 11 cases and am authorized to submit this Verification on its behalf.

I am a member in good standing of the Bar of the State of Delaware.  There are no disciplinary

proceedings pending against me.

2.      I have personally performed many, if not most, of the legal services rendered by

MDMC as co-counsel with Munger, Tolles & Olson, LLP for Energy Future Competitive

Holdings Company LLC and Texas Competitive Electric Holdings Company LLC, debtors

and debtors-in-possession, and their debtor subsidiaries (the "TCEH Debtors") and am familiar

with all other work performed on the TCEH Debtors behalf by the lawyers and

paraprofessionals in the firm.

3.      The facts set forth in the Monthly Fee Statement are true and correct to the best of

my knowledge, information and belief.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

4.      I have reviewed Rule 2016-2 of the Local Rules of Bankruptcy Practice and

Procedures of the United States Bankruptcy Court for the District of Delaware and believe that

the Interim Fee Application for MDMC complies with Rule 2016-2.

5.      I declare under penalty of perjury under 28 U.S.C. §1746 that the foregoing is true

and correct to the best of my knowledge, information and belief.


/s/ David P. Primack
David P. Primack, Esq.

**EXHIBIT A**

McElroy, Deutsch, Mulvaney
& Carpenter, LLP

FEE APPLICATION                                                    PAGE:1
RUN DATE: February 23, 2016                                        REF: 911078

CLIENT - MATTER      E0700 Energy Future Competitive Holdings Compa
                     1001 Bankruptcy

| ACTIVITY DATE | DESCRIPTION OF SERVICES | HOURS | AMOUNT | ATTY |
|---|---|---|---|---|
| Case Administration | | | | |
| 01/13/16 | Review and circulate agenda for 1/14 hearing | 0.50 | 120.00 | 1591 SLS |
| 01/13/16 | Update critical dates | 0.10 | 24.00 | 1591 SLS |
| 01/26/16 | Update calendar | 0.10 | 24.00 | 1591 SLS |
| 01/29/16 | Review Notice of Hearing, update calendar | 0.20 | 48.00 | 1591 SLS |
| | TOTAL Case Administration | 0.90 | 216.00 | |
| Fee/Employment Applications | | | | |
| 01/08/16 | Draft Greenhill monthly fee statement certification of no objection | 0.20 | 48.00 | 1591 SLS |
| 01/08/16 | File Greenhill certification of no objection to monthly fee statement | 0.30 | 72.00 | 1591 SLS |
| 01/14/16 | Draft MDMC certification of no objection to monthly fee statement | 0.30 | 72.00 | 1591 SLS |
| 01/14/16 | File certification of no objection to MDMC 10th monthly fee statement | 0.40 | 96.00 | 1591 SLS |
| 01/15/16 | Draft of monthly budget for February | 0.60 | 300.00 | 1592 DPP |
| 01/21/16 | Draft MDMC 3rd Interim Fee Application | 2.00 | 480.00 | 1591 SLS |
| 01/26/16 | Draft Greenhill's Notice of November monthly fee statement | 0.30 | 72.00 | 1591 SLS |
| 01/26/16 | Finalize and file Greenhill's November monthly fee statement and related documents | 0.60 | 144.00 | 1591 SLS |
| 01/26/16 | Draft of supplemental affidavit for rate issues | 0.80 | 400.00 | 1592 DPP |
| 01/26/16 | Review of Greenhill fee application | 0.20 | 100.00 | 1592 DPP |
| 01/27/16 | Edit MDMC Supplemental Declaration | 0.20 | 48.00 | 1591 SLS |
| 01/27/16 | Draft MDMC December monthly fee statement | 0.70 | 168.00 | 1591 SLS |
| 01/27/16 | Continued draft of MDMC 3rd interim fee application | 2.50 | 600.00 | 1591 SLS |
| 01/27/16 | Finalize, file and forward MDMC December monthly fee statement | 0.40 | 96.00 | 1591 SLS |
| 01/27/16 | Finalize, file and forward MDMC Supplemental Declaration | 0.30 | 72.00 | 1591 SLS |
| 01/28/16 | Finalize for filing MTO 13th monthly fee statement, draft Notice of same | 0.60 | 144.00 | 1591 SLS |
| 01/28/16 | File and forward MTO 13th monthly fee statement | 0.20 | 48.00 | 1591 SLS |
| 01/28/16 | Review of MTO fee application | 0.20 | 100.00 | 1592 DPP |
| 01/29/16 | Continued draft of MDMC 3rd interim fee application | 0.40 | 96.00 | 1591 SLS |
| 01/29/16 | Review of third interim fee application | 0.90 | 450.00 | 1592 DPP |
| | TOTAL Fee/Employment Applications | 12.10 | 3,606.00 | |
| | **TOTAL HOURS:** | **13.00** | | |

McElroy, Deutsch, Mulvaney
& Carpenter, LLP

FEE APPLICATION                                              PAGE: 2
RUN DATE: February 23, 2016                                  REF: 911078

| Attorney | Hours | Rate | Value |
|----------|-------|------|-------|
| DPP | 2.70 | 500.00 | 1,350.00 |
| SLS | 10.30 | 240.00 | 2,472.00 |

| Task | Hours | Amount |
|------|-------|--------|
| D24 - Case Administration | 0.90 | 216.00 |
| D27 - Fee/Employment Applications | 12.10 | 3606.00 |

| Disbursement Code | Amount |
|-------------------|--------|

| | |
|---|---|
| TOTAL FEES | 3,822.00 |
| TOTAL DISB | 0.00 |
| TOTAL BALANCE DUE | 3,822.00 |

**EXHIBIT B**

McElroy, Deutsch, Mulvaney
& Carpenter, LLP

FEE APPLICATION
RUN DATE: March 14, 2016

PAGE:**1**
REF: 913458

CLIENT - MATTER    E0700 Energy Future Competitive Holdings Compa
1001 Bankruptcy

| ACTIVITY DATE | DESCRIPTION OF SERVICES | HOURS | AMOUNT | ATTY |
|---|---|---|---|---|
| **Case Administration** | | | | |
| 02/11/16 | Confer with DPP re: 2.18 hearing attendance. | 0.10 | 25.00 | 1674 JDA |
| 02/16/16 | Update docket and e-file notices | 0.10 | 24.00 | 1591 SLS |
| 02/17/16 | Update calendar | 0.20 | 48.00 | 1591 SLS |
| 02/17/16 | Prepare hearing binder for 2/18 | 0.40 | 96.00 | 1591 SLS |
| 02/18/16 | Update calendar deadlines | 0.40 | 96.00 | 1591 SLS |
| 02/24/16 | Update calendar | 0.10 | 24.00 | 1591 SLS |
| 02/25/16 | Update calendar | 0.10 | 24.00 | 1591 SLS |
| | TOTAL Case Administration | 1.40 | 337.00 | |
| **Fee/Employment Applications** | | | | |
| 02/01/16 | Finalize for reveiw MDMC 3rd Interim fee application | 0.20 | 48.00 | 1591 SLS |
| 02/01/16 | Edits to third interim fee application | 2.90 | 1450.00 | 1592 DPP |
| 02/05/16 | File MTO monthly fee statement | 0.40 | 96.00 | 1591 SLS |
| 02/05/16 | Review of MTO fee application | 0.20 | 100.00 | 1592 DPP |
| 02/15/16 | Finalize MTO 4th interim fee application, draft Notice, file all documents | 1.00 | 240.00 | 1591 SLS |
| 02/15/16 | Review of MTO interim fee application | 0.30 | 150.00 | 1592 DPP |
| 02/15/16 | Draft of March budget | 0.50 | 250.00 | 1592 DPP |
| 02/16/16 | Finalize for filing MDMC 3rd interim fee application, draft notice, file and forward for service | 1.00 | 240.00 | 1591 SLS |
| 02/16/16 | Review of interim fee application for filing | 0.80 | 400.00 | 1592 DPP |
| 02/17/16 | Draft MTO monthly fee statement certification of no objection | 0.40 | 96.00 | 1591 SLS |
| 02/18/16 | Finalize for filing Greenhill December monthly fee statement, draft notice | 0.30 | 72.00 | 1591 SLS |
| 02/18/16 | Edit and finalize MTO certification of no objection to monthly fee statement | 0.20 | 48.00 | 1591 SLS |
| 02/18/16 | Finalize for filing Greenhill's monthly fee statement certification of no objection | 0.50 | 120.00 | 1591 SLS |
| 02/18/16 | Attend hearing re: fee app | 0.60 | 150.00 | 1674 JDA |
| 02/19/16 | File MTO Certification of No Objection to docket no. 7754 | 0.30 | 72.00 | 1591 SLS |
| 02/23/16 | Draft MDMC January monthly fee statement | 0.30 | 72.00 | 1591 SLS |
| 02/23/16 | Draft Certification of No Objection regarding MDMC 11th monthly fee statement | 0.20 | 48.00 | 1591 SLS |
| 02/23/16 | Review of monthly fee application | 0.20 | 100.00 | 1592 DPP |
| 02/24/16 | Finalize and file MDMC certification of no objection to MDMC monthly fee statement | 0.20 | 48.00 | 1591 SLS |
| 02/24/16 | Finalize and file MDMC 12th monthly fee statement | 0.20 | 48.00 | 1591 SLS |
| 02/24/16 | Draft Notice of Greenhill's 4th interim fee application and finalize for filing | 0.40 | 96.00 | 1591 SLS |
| 02/24/16 | File and forward for service, Greenhill's 4th interim fee application | 0.40 | 96.00 | 1591 SLS |
| 02/24/16 | Finalize for filing Greenhill's monthly fee statement for January, draft notice | 0.50 | 120.00 | 1591 SLS |
| 02/24/16 | Review of Greenhill interim fee application | 0.30 | 150.00 | 1592 DPP |
| 02/24/16 | Review of Greenhill monthly fee application | 0.20 | 100.00 | 1592 DPP |
| 02/25/16 | Edit Greenhill's monthly fee statement and finalize for filing | 0.10 | 24.00 | 1591 SLS |
| 02/25/16 | File and forward Greenhill's monthly fee statement for January | 0.20 | 48.00 | 1591 SLS |
| 02/29/16 | Draft Certification of No Objection to MTO's monthly fee statement | 0.00 | 0.00 | 1591 SLS |
| 02/29/16 | Review of CNO for co-counsel fee application | 0.20 | 100.00 | 1592 DPP |
| | TOTAL Fee/Employment Applications | 13.00 | 4,582.00 | |

McElroy, Deutsch, Mulvaney
& Carpenter, LLP

FEE APPLICATION                                      PAGE: 2
RUN DATE: March 14, 2016                          REF: 913458

| ACTIVITY DATE | DESCRIPTION OF SERVICES | HOURS | AMOUNT | ATTY |
|---|---|---|---|---|

**TOTAL HOURS:**    14.40

McElroy, Deutsch, Mulvaney
& Carpenter, LLP

FEE APPLICATION                                              PAGE: 3
RUN DATE: March 14, 2016                                     REF: 913458

| Attorney | Hours | Rate | Value |
|----------|-------|------|-------|
| DPP | 5.60 | 500.00 | 2,800.00 |
| JDA | 0.70 | 250.00 | 175.00 |
| SLS | 0.00 | 0.00 | 0.00 |
| SLS | 8.10 | 240.00 | 1,944.00 |

| Task | Hours | Amount |
|------|-------|--------|
| D24 - Case Administration | 1.40 | 337.00 |
| D27 - Fee/Employment Applications | 13.00 | 4582.00 |

| Disbursement Code | Amount |
|-------------------|--------|

| | |
|--------------------|-----------|
| TOTAL FEES | 4,919.00 |
| TOTAL DISB | 0.00 |
| TOTAL BALANCE DUE | 4,919.00 |

**<u>EXHIBIT C</u>**

**McElroy, Deutsch, Mulvaney**
**& Carpenter, LLP**

FEE APPLICATION
RUN DATE: April 29, 2016

PAGE:**1**
REF: 918844

CLIENT - MATTER   E0700 Energy Future Competitive Holdings Compa
1001 Bankruptcy

| ACTIVITY DATE | DESCRIPTION OF SERVICES | HOURS | AMOUNT | ATTY |
|---|---|---|---|---|
| Case Administration | | | | |
| 03/03/16 | Prepare hearing binder for 3/4 | 0.50 | 120.00 | 1591 SLS |
| 03/04/16 | Continued preparation of hearing binder for 3/4 | 0.40 | 96.00 | 1591 SLS |
| 03/08/16 | Retrieve and review agenda for 3/10 | 0.40 | 96.00 | 1591 SLS |
| 03/09/16 | Review and circulate amended agenda | 0.20 | 48.00 | 1591 SLS |
| 03/17/16 | Review efile notices, download and circulate pleadings | 0.20 | 48.00 | 1591 SLS |
| | TOTAL Case Administration | 1.70 | 408.00 | |
| Fee/Employment Applications | | | | |
| 03/14/16 | Review Greenhill's exhibit to supplemental disclosure | 0.10 | 24.00 | 1591 SLS |
| 03/14/16 | Finalize for filing Greenhill's 2nd supplemental disclosure | 1.10 | 264.00 | 1591 SLS |
| 03/14/16 | Draft Notice of, finalize and file Greenhill's 2nd Supplemental Disclosure | 0.60 | 144.00 | 1591 SLS |
| 03/14/16 | Review of Greenhill supplemental declaration | 0.30 | 150.00 | 1592 DPP |
| 03/15/16 | Draft MDMC February 2016 monthly fee statement | 0.40 | 96.00 | 1591 SLS |
| 03/15/16 | Draft of April budget | 0.50 | 250.00 | 1592 DPP |
| 03/16/16 | Draft MTO and Greenhill's monthly fee statement certifications of no objection for December 2015 | 0.50 | 120.00 | 1591 SLS |
| 03/16/16 | File MTO and Greenhill's certifications of no objection to December mfs | 0.40 | 96.00 | 1591 SLS |
| 03/16/16 | Review of MTO CNO for fee application | 0.20 | 100.00 | 1592 DPP |
| 03/25/16 | Draft MDMC and Greenhill's certifications of no objection to monthly fee statements | 0.40 | 96.00 | 1591 SLS |
| 03/30/16 | Review of Greenhill 14th monthly application | 0.20 | 100.00 | 1592 DPP |
| 03/31/16 | Prepare notice and efile monthly fee statement for Greenhill | 0.60 | 90.00 | 1051 SBM |
| | TOTAL Fee/Employment Applications | 5.30 | 1,530.00 | |
| Litigation | | | | |
| 03/02/16 | Email to co-counsel re: upcoming hearing attendance | 0.20 | 100.00 | 1592 DPP |
| 03/04/16 | Attendance at hearing | 4.90 | 2450.00 | 1592 DPP |
| 03/09/16 | Emails with co-counsel re: hearing | 0.20 | 100.00 | 1592 DPP |
| 03/21/16 | Attendance at hearing | 4.10 | 2050.00 | 1592 DPP |
| | TOTAL Litigation | 9.40 | 4,700.00 | |
| | **TOTAL HOURS:** | **16.40** | | |

| ACTIVITY DATE | DESCRIPTION OF DISBURSEMENT | AMOUNT |
|---|---|---|
| 02/01/16 | Pacer charge for the month of February 2016 Acct# MH0032 | 3.80 |
| 03/31/16 | Pacer charge for the month of March 2016 Acct# MH0032 | 11.20 |
| | TOTAL Pacer | 15.00 |
| | TOTAL DISBURSEMENTS VALUE | 15.00 |

**McElroy, Deutsch, Mulvaney**
**& Carpenter, LLP**

FEE APPLICATION                                               PAGE: 2
RUN DATE: April 29, 2016                                      REF: 918844

| Attorney | Hours | Rate | Value |
|---|---|---|---|
| DPP | 10.60 | 500.00 | 5,300.00 |
| SLS | 5.20 | 240.00 | 1,248.00 |
| SBM | 0.60 | 150.00 | 90.00 |

| Task | Hours | Amount |
|---|---|---|
| D24 - Case Administration | 1.70 | 408.00 |
| D27 - Fee/Employment Applications | 5.30 | 1530.00 |
| D30 - Litigation | 9.40 | 4700.00 |

| Disbursement Code | Amount |
|---|---|
| 36 - Pacer | 15.00 |

| | |
|---|---|
| TOTAL FEES | 6,638.00 |
| TOTAL DISB | 15.00 |
| TOTAL BALANCE DUE | 6,653.00 |

**<u>EXHIBIT D</u>**

McElroy, Deutsch, Mulvaney
& Carpenter, LLP

FEE APPLICATION                                          PAGE:1
RUN DATE: May 25, 2016                                   REF: 921500

CLIENT - MATTER      E0700 Energy Future Competitive Holdings Compa
                     1001 Bankruptcy

| ACTIVITY DATE | DESCRIPTION OF SERVICES | HOURS | AMOUNT | ATTY |
|---|---|---|---|---|
| Case Administration | | | | |
| 04/04/16 | Update docket and calendar | 0.20 | 48.00 | 1591 SLS |
| 04/06/16 | Update calendar | 0.10 | 24.00 | 1591 SLS |
| 04/07/16 | Review efile notices, download documents and update calendar | 0.90 | 216.00 | 1591 SLS |
| 04/15/16 | Update calendar | 0.10 | 24.00 | 1591 SLS |
| 04/26/16 | Update calendar | 0.20 | 48.00 | 1591 SLS |
| 04/26/16 | Coordinate D. Primack telephonic appearance for 4/28 | 0.30 | 72.00 | 1591 SLS |
| | TOTAL Case Administration | 1.80 | 432.00 | |
| Fee/Employment Applications | | | | |
| 04/05/16 | Edit Greenhill certification of no objection to monthly fee statement | 0.20 | 48.00 | 1591 SLS |
| 04/05/16 | Edit MDMC certification of no objection to monthly fee statement | 0.20 | 48.00 | 1591 SLS |
| 04/05/16 | Edit Greenhill certification of no objection to monthly fee statement | 0.10 | 24.00 | 1591 SLS |
| 04/05/16 | File MDMC monthly fee statement certifcation of no objection | 0.20 | 48.00 | 1591 SLS |
| 04/05/16 | File Greenhill certification of no objection to monthly fee statement | 0.20 | 48.00 | 1591 SLS |
| 04/05/16 | Review of CNO for Greenhill application | 0.20 | 100.00 | 1592 DPP |
| 04/06/16 | Finalize for filing MTO January monthly fee statement, draft notice of same | 0.40 | 96.00 | 1591 SLS |
| 04/06/16 | Edit MDMC February monthly fee statement | 0.20 | 48.00 | 1591 SLS |
| 04/06/16 | File MTO January monthly fee statement, forward for service | 0.40 | 96.00 | 1591 SLS |
| 04/06/16 | File MDMC February monthly fee statement, forward for service | 0.40 | 96.00 | 1591 SLS |
| 04/06/16 | Review of MTO monthly fee application | 0.20 | 100.00 | 1592 DPP |
| 04/07/16 | Finalize MDMC Fee Statement | 0.30 | 150.00 | 1592 DPP |
| 04/25/16 | Prepare notice and prepare for and efile MTO 16th Monthly Fee Statement | 0.30 | 45.00 | 1051 SBM |
| 04/25/16 | Review of MTO monthly fee statement for filing | 0.20 | 100.00 | 1592 DPP |
| 04/27/16 | Draft Certifications of No Objection regarding MDMC and MTO monthly fee statements, file MDMC certification of no objection | 0.60 | 144.00 | 1591 SLS |
| 04/27/16 | Review of Greenhill monthly fee application for filing | 0.20 | 100.00 | 1592 DPP |
| 04/28/16 | Draft certification of no objection to Greenhill's monthly fee statement | 0.20 | 48.00 | 1591 SLS |
| 04/28/16 | Review of CNO for MDMC fee application | 0.20 | 100.00 | 1592 DPP |
| 04/28/16 | Review of CNO for Greenhill fee application | 0.20 | 100.00 | 1592 DPP |
| 04/29/16 | Edit, finalize and file MTO certification of no objection to monthly fee statement | 0.20 | 48.00 | 1591 SLS |
| | TOTAL Fee/Employment Applications | 5.10 | 1,587.00 | |
| Litigation | | | | |
| 04/01/16 | Email with co-counsel re: telephonic hearing | 0.20 | 100.00 | 1592 DPP |
| 04/04/16 | Email with co-counsel re: telephonic hearing | 0.20 | 100.00 | 1592 DPP |
| 04/05/16 | Call with co-counsel re: hearing | 0.20 | 100.00 | 1592 DPP |
| 04/06/16 | Attendance at hearing | 2.00 | 1000.00 | 1592 DPP |
| | TOTAL Litigation | 2.60 | 1,300.00 | |
| Plan and Disclosure Statement | | | | |
| 04/27/16 | Call with E. Bussigel re: case status | 0.30 | 150.00 | 1592 DPP |
| 04/28/16 | Attendance at telephonic hearing | 0.50 | 250.00 | 1592 DPP |
| | TOTAL Plan and Disclosure Statement | 0.80 | 400.00 | |
| | **TOTAL HOURS:** | **10.30** | | |

McElroy, Deutsch, Mulvaney
& Carpenter, LLP

FEE APPLICATION                                              PAGE: 2
RUN DATE: May 25, 2016                                      REF: 921500

| ACTIVITY DATE | DESCRIPTION OF DISBURSEMENT | AMOUNT |
|---|---|---|
| 04/16/16 | American Express: Courtcall- D. Primack. | 30.00 |
| | TOTAL Telephone Calls | 30.00 |
| | TOTAL DISBURSEMENTS VALUE | 30.00 |

McElroy, Deutsch, Mulvaney
& Carpenter, LLP

FEE APPLICATION                                                    PAGE: 3
RUN DATE: May 25, 2016                                          REF: 921500

| Attorney | Hours | Rate | Value |
|----------|-------|------|-------|
| DPP | 4.90 | 500.00 | 2,450.00 |
| SLS | 5.10 | 240.00 | 1,224.00 |
| SBM | 0.30 | 150.00 | 45.00 |

| Task | Hours | Amount |
|------|-------|--------|
| D24 - Case Administration | 1.80 | 432.00 |
| D27 - Fee/Employment Applications | 5.10 | 1587.00 |
| D30 - Litigation | 2.60 | 1300.00 |
| D32 - Plan and Disclosure Statement | 0.80 | 400.00 |

| Disbursement Code | Amount |
|-------------------|--------|
| 12 - Telephone Calls | 30.00 |

| | |
|---|---|
| TOTAL FEES | 3,719.00 |
| TOTAL DISB | 30.00 |
| TOTAL BALANCE DUE | 3,749.00 |