**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) |
| | ) |

**SUMMARY OF SIXTH INTERIM APPLICATION OF MORRISON & FOERSTER
LLP AS COUNSEL FOR THE OFFICIAL COMMITTEE OF TCEH
UNSECURED CREDITORS FOR COMPENSATION AND
REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD
JANUARY 1, 2016 THROUGH APRIL 30, 2016**

| Name of Applicant | Morrison & Foerster LLP |
|---|---|
| Authorized to Provide Professional Services to: | Official Committee of TCEH Unsecured Creditors |
| Date of Retention: | September 16, 2014 *nunc pro tunc* to May 12, 2014 |
| Period for which compensation and reimbursement is sought: | January 1, 2016 through April 30, 2016 |
| Amount of Compensation sought as actual, reasonable, and necessary: | $368,006.00[2] |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $40,730.48 |

---

[1]   The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]   Amount of compensation requested reflects voluntary reductions totaling $25,920.50 in fees as client accommodations for non-working travel, time entry review, transient timekeepers, and communications with the Fee Committee.

This is a(n):  ___ Monthly  **X** Interim ___ Final Fee Application.

Fees for the time expended for preparation of this Sixth Interim Fee Application are not sought herein.  Morrison & Foerster intends to seek those fees in the next fee application.

This is the Sixth Interim Fee Application for Morrison & Foerster.

ii

### SUMMARY OF FEES AND EXPENSES
### REQUESTED DURING COMPENSATION PERIOD

| Date and Docket No. | Compensation Period | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses | 20% Holdback |
|---|---|---|---|---|---|---|
| 4/25/2016  Dkt. No. 8269 | 1/1/2016 – 1/31/2016 | $126,612.00 | $29,108.17 | $126,612.00 | $29,108.17 | $25,322.40 |
| 4/27/2016  Dkt. No. 8288 | 2/1/2016 – 2/29/2016 | $83,277.50 | $10,377.74 | $83,277.50 | $10,377.74 | $16,655.50 |
| 4/27/2016  Dkt. No. 8289 | 3/1/2016 – 3/31/2016 | $87,017.50 | $1,200.02 | $87,017.50 | $1,200.02 | $17,403.50 |
| 6/13/2016  Dkt. No. 8693 | 4/1/2016 – 4/30/2016 | $74,124.00 | $44.55 | N/A | N/A | $14,824.80 |

iii

## SUMMARY OF PROFESSIONAL SERVICES RENDERED BY PROJECT CATEGORY BY MORRISON & FOERSTER ON BEHALF OF THE COMMITTEE FOR THE COMPENSATION PERIOD

| PROJECT CATEGORY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 6 | Business Operations | 3.10 | $3,075.00 |
| 7 | Case Administration | 37.70 | $13,675.50 |
| 8 | Claims Administration and Objections | 21.10 | $19,147.50 |
| 10 | Employee Benefits and Pensions | 3.40 | $3,220.00 |
| 11 | Employment and Fee Applications | 28.20 | $17,949.00 |
| 14 | Other Litigation | 46.40 | $45,032.00 |
| 15 | Meetings and Communications with Creditors | 42.60 | $42,725.50 |
| 16 | Non-Working Travel | 26.80 | $24,356.00 |
| 17 | Plan and Disclosure Statement | 113.50 | $117,228.00 |
| 21 | Tax | 13.90 | $12,729.00 |
| 23 | Discovery | 3.50 | $2,053.00 |
| 24 | Hearings | 88.00 | $76,894.50 |
| 29 | Other Motions/Applications | 2.80 | $2,654.00 |
| 32 | Time Entry Review | 12.90 | $10,717.50 |
| 33 | Fee Objection Discussion and Litigation | 2.80 | $2,470.00 |
| **Total Incurred:** | | **446.7** | **$393,926.50** |
| **Less Client-Accommodation for Non-Working Travel (50% of Fees Incurred):** | | | **$(12,178.00)** |
| **Less Client-Accommodation for Time Entry Review (100% of Fees Incurred):** | | | **$(10,717.50)** |
| **Less Client-Accommodation for Transient Timekeepers:** | | | **$(555.00)** |
| **Less Billing Adjustment for Task Code 33 (Fee Objection Discussion and Litigation) (100% of fees incurred):** | | | **$(2,470.00)** |
| **Total Requested:** | | | **$368,006.00** |

iv

## SUMMARY OF PROFESSIONAL SERVICES RENDERED
## BY MORRISON & FOERSTER ON BEHALF OF THE
## COMMITTEE FOR THE COMPENSATION PERIOD

The Morrison & Foerster attorneys who rendered professional services in these cases

during the Compensation Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Goren, Todd M. | Partner | 2002 | Business Restructuring & Insolvency | $975.00 | 138.1 | $134,647.50 |
| Humphreys, Thomas A. | Partner | 1977 | Tax | $1,300.00 | 7.4 | $9,620.00 |
| Kerr, Charles L. | Partner | 1982 | Litigation | $1,100.00 | 22.4 | $24,640.00 |
| Lawrence, J. Alexander | Partner | 1996 | Litigation | $995.00 | 1.2 | $1,194.00 |
| Marinuzzi, Lorenzo | Partner | 1996 | Business Restructuring & Insolvency | $1,075.00 | 1.4 | $1,505.00 |
| Miller, Brett H. | Partner | 1991 | Business Restructuring & Insolvency | $1,150.00 | 77.9 | $89,585.00 |
| Reigersman, Remmelt | Partner | 2007 | Tax | $925.00 | 4.2 | $3,885.00 |
| Peck, James Michael | Senior Of Counsel | 1971 | Business Restructuring & Insolvency | $1,130.00 | 1.3 | $1,469.00 |
| Birkenfeld, Alexander | Associate | 2014 | Tax | $510.00 | 3.8 | $1,938.00 |
| Goett, David J. | Associate | 2012 | Tax | $690.00 | 0.4 | $276.00 |
| Harris, Daniel J. | Associate | 2008 | Business Restructuring & Insolvency | $775.00 | 36.8 | $28,520.00 |
| Martin, Samantha | Associate | 2007 | Business Restructuring & Insolvency | $785.00 | 2.0 | $1,570.00 |
| Richards, Erica J. | Associate | 2007 | Business Restructuring & Insolvency | $785.00 | 100.4 | $78,814.00 |

The paraprofessionals of Morrison & Foerster who rendered professionals services in

these cases during the Compensation Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Bergelson, Vadim | eDiscovery Project Manager | 7 years | Litigation | $320.00 | 2.1 | $672.00 |
| Braun, Danielle Eileen | Paralegal | 3 years | Business Restructuring & Insolvency | $310.00 | 0.9 | $279.00 |

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Guido, Laura | Senior Paralegal | 8.5 years | Business Restructuring & Insolvency | $330.00 | 46.4 | $15,312.00 |
| **Total Incurred:** | | | | | **446.7** | **$393,926.50** |
| **Less Client-Accommodation for Non-Working Travel (50% of Fees Incurred):** | | | | | | **$(12,178.00)** |
| **Less Client-Accommodation for Time Entry Review (100% of Fees Incurred):** | | | | | | **$(10,717.50)** |
| **Less Client-Accommodation for Transient Timekeepers:** | | | | | | **$(555.00)** |
| **Less Billing Adjustment for Task Code 33 (Fee Objection Discussion and Litigation) (100% of fees incurred):** | | | | | | **$(2,470.00)** |
| **Total Requested:** | | | | | | **$368,006.00** |

vi

**TOTAL PARTNERS, OF COUNSEL, ASSOCIATES AND PARAPROFESSIONALS**

| PROFESSIONALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Attorneys (without Paraprofessionals) | $950.09 | 397.3 | $377,663.50 |
| Attorneys and Paraprofessionals | $881.85 | 446.7 | $393,926.50 |
| **Total Incurred:** | | | **$393,926.50** |
| **Less Client-Accommodation for Non-Working Travel (50% of Fees Incurred):** | | | **$(12,178.00)** |
| **Less Client-Accommodation for Time Entry Review (100% of Fees Incurred):** | | | **$(10,717.50)** |
| **Less Client-Accommodation for Transient Timekeepers:** | | | **$(555.00)** |
| **Less Billing Adjustment for Task Code 33 (Fee Objection Discussion and Litigation) (100% of fees incurred):** | | | **$(2,470.00)** |
| **Total Requested:** | | | **$368,006.00** |

### CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES

| CATEGORY OF TIMEKEEPER | BLENDED HOURLY RATE | |
|---|---|---|
| | Billing Rate for New York Office, Excluding Bankruptcy, during Compensation Period | Billed During the Compensation Period |
| Equity Partner/Shareholder | $987.00 | $1,049.39 |
| Senior Of Counsel | $898.00 | $1,130.00 |
| Senior Associate (7 or more years since first admission) | $740.00 | $782.35 |
| Associate (4-6 years since first admission) | $645.00 | $690.00 |
| Junior Associate (1-3 years since first admission) | $470.00 | $510.00 |
| Staff Attorney | $600.00 | $0.00 |
| Contract Attorney | $225.00 | $0.00 |
| Paralegal/Senior Paralegal | $290.00 | $329.21 |
| **All timekeepers aggregated:** | **$668.00** | **$881.85** |

**SUMMARY OF ACTUAL AND NECESSARY EXPENSES
INCURRED BY MORRISON & FOERSTER ON BEHALF
OF THE COMMITTEE FOR THE COMPENSATION PERIOD**

| Expense Category | Total Expenses |
|---|---|
| Filing Fees | $170.00 |
| Reporting Fees | $1,282.10 |
| Travel | $3,309.76 |
| On-line Research - LEXIS | $326.73 |
| On-line Research - OTHER DATABASE | $953.54 |
| EDiscovery Fees | $34,207.32 |
| Court Filing Service | $151.00 |
| Business Meals | $188.78 |
| Travel Meals | $36.30 |
| CourtCall Fees | $60.00 |
| Transportation | $44.55 |
| **Total:** | **$40,730.48** |

ny-1235143

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) |  |
|  | ) |  |

**SIXTH INTERIM APPLICATION OF MORRISON & FOERSTER LLP AS COUNSEL**
**FOR THE OFFICIAL COMMITTEE OF TCEH UNSECURED CREDITORS**
**FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED**
**FOR THE PERIOD JANUARY 1, 2016 THROUGH APRIL 30, 2016**

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, entered on September 16, 2014 [Docket No. 2066] (the "**Interim Compensation Order**"), and the *Stipulation and Order Appointing a Fee Committee* [Docket No. 1896] (the "**Fee Committee Order**"), Morrison & Foerster LLP ("**Morrison & Foerster**" or the "**Firm**") hereby submits this Sixth Interim Application (the "**Application**") as Counsel to the Official Committee of Unsecured Creditors (the "**TCEH Committee**") of Energy Future Competitive Holdings Company LLC ("**EFCH**"), EFCH's direct subsidiary, Texas Competitive Electric Holdings Company LLC ("**TCEH**"), and their direct and indirect subsidiaries, and EFH

---

[1]    The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Corporate Services Company (collectively with EFCH and TCEH, the "**TCEH Debtors**")[2] for allowance of compensation and reimbursement of expenses incurred for the period January 1, 2016 through April 30, 2016 (the "**Compensation Period**").   In support of the Application, Morrison & Foerster respectfully represents as follows:

## BACKGROUND

1.      On April 29, 2014 (the "**Petition Date**"), the Debtors filed voluntary petitions for reorganization under chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court, District of Delaware (the "**Chapter 11 Cases**").   On May 12, 2014, the United States Trustee for the District of Delaware appointed the seven (7) member TCEH Committee pursuant to section 1102(a)(1) of the Bankruptcy Code [Docket No. 420].   The TCEH Committee selected Morrison & Foerster to serve as its lead counsel.

2.      On July 25, 2014, Morrison & Foerster filed the *Application of the Official Committee of Unsecured Creditors of Energy Future Holdings Corp., et al. for Entry of an Order Pursuant to Sections 328(a) and 1103(a) of the Bankruptcy Code and Fed. R. Bankr. P. 2014 for Authority to Retain and Employ Morrison & Foerster LLP Effective as of May 12, 2014* [Docket No. 1696].   On September 16, 2014, the Court entered the *Order Authorizing the Official Committee of Unsecured Creditors to Retain and Employ Morrison & Foerster LLP Effective as of May 12, 2014* [Docket No. 2064].

3.      Pursuant to the Interim Compensation Order, each professional may file on or after the 21st day of each calendar month a Monthly Fee Application (as defined in the Interim Compensation Order) seeking interim approval and allowance of compensation for services rendered and reimbursement of expenses incurred during the immediately preceding month.   If

---

[2]     Although EFH Corporate Services Company is not a subsidiary of TCEH, for ease of reference EFH Corporate Services Company is included in the definition "TCEH Debtors".

no objections are raised prior to the expiration of the applicable Objection Deadline (as defined in the Interim Compensation Order), the Debtors are authorized to pay each professional an amount equal to the lesser of (i) 80% of the fees and 100% of the expenses requested in the Monthly Fee Application or (ii) 80% of the fees and 100% of the expenses not subject to an objection.  (Interim Compensation Order ¶ 2.)  Each Professional (as defined in the Interim Compensation Order) may file with the Court an interim fee application for compensation and reimbursement of expenses sought in the Monthly Fee Statements (as defined in the Interim Compensation Order) served during such period.  (*Id.*)  This Application covers the period from January 1, 2016 through April 30, 2016.

4.      On December 9, 2015, the Bankruptcy Court entered the *Amended Order Confirming the Sixth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 7285].

5.      On May 10, 2016, the Debtors filed the *Amended Joint Plan of Reorganization of Energy Future Holdings Corp. et al., Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 8421].

## SUMMARY OF PROFESSIONAL COMPENSATION
## AND REIMBURSEMENT OF EXPENSES REQUESTED

6.      This Application has been prepared in accordance with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Interim Compensation Order, the Fee Committee Order, Rule 2016-2 (c)–(g) of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court of the District of Delaware (the "**Local Rule**"), and the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 for Attorneys in Larger Chapter 11 Cases, effective June 11, 2013 (the "**UST Guidelines**" and, together with the Local Rule, the "**Guidelines**").  Pursuant to the

Guidelines, a certification of Todd M. Goren regarding compliance with the Local Rule is attached hereto as **Exhibit 1**.

7.      By this Application, Morrison & Foerster seeks allowance pursuant to the Interim Compensation Order with respect to the sum of $368,006.00 as compensation and $40,730.48 for reimbursement of actual and necessary expenses for a total of $408,736.48 for the Compensation Period.

8.      All services for which compensation is requested by Morrison & Foerster in this Application were performed for or on behalf of the TCEH Committee.  Morrison & Foerster has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between Morrison & Foerster and any other person (other than the partners of Morrison & Foerster) for the sharing of compensation to be received for services rendered in these Chapter 11 Cases.

9.      During the course of these Chapter 11 Cases, Morrison & Foerster exercised its billing discretion and, as discussed in more detail below, voluntarily wrote-off certain fees and expenses in connection with the Monthly Fee Statements (defined below) and this Application. Morrison & Foerster voluntarily reduced its requested compensation by $25,920.50 in the aggregate as accommodations for non-working travel, time entry review, transient timekeepers, and communications with the Fee Committee.  Morrison & Foerster believes the foregoing rates are the market rates that the majority of comparable law firms charges clients for services they have been asked to provide.  In addition, Morrison & Foerster believes that these charges are in accordance with the American Bar Association's ("**ABA**") guidelines, as set forth in the ABA's

4

Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other charges.

10.     Pursuant to the Guidelines, annexed hereto as **Exhibit 2** is a schedule setting forth all Morrison & Foerster professionals and paraprofessionals who performed services in these Chapter 11 Cases during the Compensation Period, the capacities in which such individuals are employed by Morrison & Foerster, the hourly billing rates charged by Morrison & Foerster for services performed by such individuals, and the aggregate number of hours expended and fees billed.

11.     Annexed hereto as **Exhibit 3** is a schedule specifying the categories of expenses for which Morrison & Foerster is seeking reimbursement and the total amount for each expense category.  Annexed hereto as **Exhibit 3-A** is a schedule of all of the expenses incurred during the Compensation Period.  Regarding providers of online legal research (e.g., LEXIS, WESTLAW, and PACER), Morrison & Foerster charges the standard usage rates these providers charge, which, due to contractual flat fees, may not always equal Morrison & Foerster's actual cost. Morrison & Foerster pays these providers a flat fee every month.  Charging its clients the online providers' standard usage rates allows Morrison & Foerster to cover adequately the monthly flat fees it must pay to these types of providers.

12.     Annexed hereto as **Exhibit 4** is a summary of Morrison & Foerster's time billed during the Compensation Period, broken down by project categories, as hereinafter described.

13.     Annexed hereto as **Exhibit 5** is Morrison & Foerster's time detail for the Compensation Period.

14.     Annexed hereto as **Exhibit 6** is Morrison & Foerster's budget and staffing plan for the Compensation Period and a comparison of hours and fees budgeted for each matter

category to which Morrison & Foerster professionals and paraprofessionals billed time during the Compensation Period against the hours and fees for which Morrison & Foerster seeks compensation in the Application.

## MORRISON & FOERSTER FEE STATEMENTS

15.     Morrison & Foerster maintains computerized records of time spent by all Morrison & Foerster attorneys and paraprofessionals in connection with the representation of the TCEH Committee.  Morrison & Foerster submitted monthly fee statements to the Notice Parties (as that term is defined in the Interim Compensation Order) in the format specified by the Guidelines, and as requested by the Fee Committee, allowing each of the Notice Parties an opportunity to review and object to the Monthly Fee Statements.  During the Compensation Period, Morrison & Foerster provided the Notice Parties with the following Monthly Fee Statements:

- For January 1, 2016 through January 31, 2016 – fees of $126,612.00 and expenses of $29,108.17 (the "**January 2016 Statement**");

- For February 1, 2016 through February 29, 2016 – fees of $83,277.50 and expenses of $10,377.74 (the "**February 2016 Statement**");

- For March 1, 2016 through March 31, 2016 – fees of $87,017.50 and expenses of $1,200.02 (the "**March 2016 Statement**"); and

- For April 1, 2016 through April 30, 2016 – fees of $74,124.00 and expenses of $44.55 (the "**April 2016 Statement**," together with the January 2016 Statement, the February 2016 Statement, and the March 2016 Statement, the "**Monthly Fee Statements**").

16.     In total, Morrison & Foerster submitted Monthly Fee Statements during the Compensation Period for fees of $371,031.00 and expenses of $40,730.48.  Prior to submitting the Monthly Fee Statements, Morrison & Foerster conducted an internal review of the fees and expenses incurred during each applicable period and determined to voluntarily write-off fees in the aggregate amount of $22,895.50.  Following submission of the Monthly Fee Statements,

Morrison & Foerster further reduced its request for fees in the amount of $3,025.00 for transient timekeepers and communications with the Fee Committee.  At the time of this application, Morrison & Foerster has received payment on account of the January, February and March Statements.

17.    In total, therefore, pursuant to this Application, Morrison & Foerster respectfully requests that the Court enter an order awarding Morrison & Foerster on an interim basis fees in an aggregate amount of $368,006.00 and the reimbursement of actual and necessary expenses Morrison & Foerster incurred during the Compensation Period in the aggregate amount of $40,730.48.

## SUMMARY OF LEGAL SERVICES RENDERED

18.    Morrison & Foerster has advised the TCEH Committee on a regular basis with respect to numerous matters in connection with these Chapter 11 Cases and performed all necessary professional services.  To provide an orderly and meaningful summary of the services rendered by Morrison & Foerster on behalf of the TCEH Committee during the Compensation Period, the Firm has established separate task codes in connection with these Chapter 11 Cases. The following is a summary of the most significant professional services rendered by Morrison & Foerster during the Compensation Period, organized in accordance with the Firm's internal system of task codes.  A more detailed report of the actual services provided is set forth on the attached **Exhibit 5**.

19.    The below summary is divided according to the task codes that Morrison & Foerster created to best reflect the categories of activities that it was required to perform in connection with these Chapter 11 Cases.  Nevertheless, under the circumstances, and given the interconnectedness of the issues in these Chapter 11 Cases, certain of these categories may overlap with one another.

7

A.    <u>Business Operations – 006</u>

Fees: $3,075.00; Total Hours:  3.10

20.    This category includes time spent by Morrison & Foerster reviewing matters involving the Debtors' business operations and evaluating the Debtors' business plans.  During the Compensation Period, Morrison & Foerster analyzed the Debtors' monthly operating reports and hedging and trading notices.

B.    <u>Case Administration – 007</u>

Fees: $13,675.50; Total Hours:  37.70

21.    This category includes all matters related to the internal administration of the Debtors' cases, including coordinating case matters internally.  It also involved managing tasks, monitoring the case docket, and tracking deadlines.

C.    <u>Claims Administration and Objections – 008</u>

Fees: $19,147.50; Total Hours:  21.10

22.    This category includes all matters relating to claims asserted against the Debtors and the bar date process.  During the Compensation Period, Morrison & Foerster reviewed matters relating to the Debtors' claims reconciliation process and recently filed claims objections.  Morrison & Foerster also reviewed and analyzed information regarding putative asbestos claims, and conducted legal research regarding the estimation of such claims.

8

D.      Employee Benefits and Pensions – 010

        Fees: $3,220.00; Total Hours:  3.40

23.     This category includes time spent by Morrison & Foerster on employee and pension-related matters.  During the Compensation Period, Morrison & Foerster reviewed and analyzed the *Motion of Energy Future Holdings Corp, et al., For Entry of an Order (A) Approving an Increase in the Debtors' Authority to Pay Non-Insider Severance and (B) Authorizing the Debtors to Pay Insider Severance in Accordance With the Insider Severance Procedures* [Docket No. 7894] and worked with the TCEH Committee's other advisors to assess the proposed relief.

E.      Employment and Fee Applications – 011

        Fees: $17,949.00; Total Hours:  28.20

24.     During the Compensation Period, Morrison & Foerster undertook a number of tasks relating to its retention and the payment of its fees.  Specifically, Morrison & Foerster prepared and filed the Monthly Fee Statements and the *Fifth Interim Application of Morrison & Foerster LLP as Counsel for the Official Committee of TCEH Unsecured Creditors for Compensation and Reimbursement of Expenses for the Period September 1, 2015 through December 31, 2015* [Docket No. 7807].

F.      Other Litigation – 014

        Fees: $45,032.00; Total Hours:  46.40

25.     This category includes time spent by Morrison & Foerster relating to, among other things, the EFIH first and second lien makewhole litigations, the litigation with the EFIH unsecured noteholders regarding the entitlement to payment of a redemption premium and postpetition interest (together, the "**Makewhole and PPI Litigations**"), and the Texas Transmission Investment adversary proceeding (the "**TTI Adversary Proceeding**").  During the

9

Compensation Period, Morrison & Foerster considered the implications of the Makewhole and PPI Litigations and the TTI Adversary Proceeding on the TCEH Debtors and analyzed the arguments set forth by the parties and opinions authored by the Court.  In addition, Morrison & Foerster also reviewed and analyzed the complaint and pleadings filed in the TTI Adversary Proceeding to advise the TCEH Committee with respect to the merits of the lawsuit and its potential impact on TCEH creditors.

G.    Meetings and Communications with Creditors – 015

Fees: $42,725.50; Total Hours:  42.60

26.    This category includes time spent by Morrison & Foerster relating to TCEH Committee matters and weekly conference calls with the TCEH Committee as a whole, with individual TCEH Committee members, and with other creditor groups and their representatives. Morrison & Foerster coordinates with the TCEH Committee's other advisors to address all of the TCEH Committee's activities, including attending to member concerns and setting agendas for TCEH Committee conference calls and meetings.

27.    During the Compensation Period, Morrison & Foerster held several conference calls with the full TCEH Committee and its advisors related to the various issues permeating the case.  In addition, during the Compensation Period, Morrison & Foerster provided TCEH Committee members with case update emails to provide TCEH Committee members with up-to-date information regarding the status of the case and any new pleadings or issues that may arise between TCEH Committee calls.

H.    Non-Working Travel – 016

Fees: $24,356.00; Total Hours:  26.80 (billed at one-half of the total time)

28.    This category includes time spent by Morrison & Foerster in non-working travel while representing the TCEH Committee.  During the Compensation Period, Morrison &

10

Foerster attorneys attended 2 hearings in Delaware and the Public Utility Commission of Texas hearings held in Austin, Texas.

I.    Plan and Disclosure Statement – 017

Fees: $117,228.00; Total Hours:  113.50

29.    This category includes time spent by Morrison & Foerster during the Compensation Period working on all matters surrounding the Debtors' proposed chapter 11 plan of reorganization (as subsequently modified, supplemented, and amended, the "**Plan**").  During the Compensation Period, Morrison & Foerster attorneys monitored the proceedings pending before the Public Utility Commission of Texas in order to provide the TCEH Committee with updates on the regulatory approval process.  In addition, Morrison & Foerster attorneys analyzed the plan support agreement and other relevant documents to determine the path forward and likely contents of an "alternative" plan if the Plan before the Public Utility Commission of Texas cannot be consummated.  Lastly, Morrison & Foerster attorneys reviewed, analyzed, and commented on revised plan term sheets for an "alternative" plan and discussed the same with the Committee's professionals and other case professionals.

J.    Tax – 021

Fees: $12,729.00; Total Hours:  13.90

30.    As the Court is aware, tax considerations play a central role in these Chapter 11 Cases.  During the Compensation Period, Morrison & Foerster reviewed and analyzed the Debtors' IRS submissions and conducted legal research regarding tax disclosures in SEC filings.

K.    Discovery – 023

Fees: $2,053.00; Total Hours:  3.50

31.    This category includes time spent by Morrison & Foerster engaging in all aspects of the discovery process during the Compensation Period, including coordinating on various

11

discovery matters with the Debtors and other creditor constituencies, and tracking and reviewing the discovery obtained from various parties since the commencement of these Chapter 11 Cases.

      L.      <u>Hearings – 024</u>

      Fees: $76,894.50; Total Hours:  88.00

32.     During the Compensation Period, the Court held hearings with respect to a wide variety of issues related to these cases in addition to a number of additional hearings and conferences (both in-court and telephonic) on specific issues raised during contested matters. Morrison & Foerster attorneys spent time preparing for and participating in each of the hearings held during the Compensation Period.  In addition, Morrison & Foerster attorneys prepared for and attended hearings before the Public Utility Commission of Texas in Austin, Texas.

      M.     <u>Other Motions and Applications – 029</u>

      Fees: $2,654.00; Total Hours:  2.80

33.     This category includes time spent reviewing, analyzing, and summarizing other motions filed by the Debtors and other parties in these cases.  During the Compensation Period, Morrison & Foerster reviewed and provided recommendations to the TCEH Committee with respect to the legal and financial aspects of a motion to approve a settlement with Alcoa.

      N.     <u>Time Entry Review – 032</u>

      Fees: $10,717.50; Total Hours:  12.90

34.     This category includes time spent reviewing and editing attorney and paraprofessional time entries for compliance with the Guidelines.  As set forth above, this time has been written off.

O.    Fee Objection Discussion and Litigation – 033

Fees: $2,470.00; Total Hours:  2.80

35.    This category includes time spent reviewing and analyzing communications with the Fee Committee regarding the third interim fee period and responding to questions raised in such communication.  As set forth above, this time has been written off.

## STATEMENT OF MORRISON & FOERSTER

36.    The foregoing professional services performed by Morrison & Foerster were appropriate and necessary to the effective representation of the TCEH Committee and the administration of these Chapter 11 Cases.  They were in the best interests of creditors, the Debtors' estate, and other parties-in-interest.  Compensation for the foregoing services as requested is commensurate with the complexity, importance and nature of the problems, issues or tasks involved.  The professional services were performed in an appropriately expeditious and efficient manner.   In addition, Morrison & Foerster has made every effort to minimize its disbursements in these cases. The actual expenses incurred in providing professional services were absolutely necessary, reasonable, and justified under the circumstances to serve the needs of the TCEH Committee.

## THE REQUESTED COMPENSATION SHOULD BE ALLOWED

37.    The services for which Morrison & Foerster seeks compensation in this Application were, at the time rendered, necessary for, beneficial to, and in the best interests of, the TCEH Committee and the Debtors' estates.  During the Compensation Period, Morrison & Foerster worked diligently to maximize the value of the Debtors' estates for the benefit of all unsecured creditors.  The services rendered by Morrison & Foerster were consistently performed in a timely manner commensurate with the complexity, importance, and nature of the issues involved.  In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is

ny-1235143

respectfully submitted that the amount requested by Morrison & Foerster is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

WHEREFORE, Morrison & Foerster respectfully requests that the Court enter an order (a) awarding Morrison & Foerster the interim allowance of (i) fees in the Compensation Period in the amount of $368,006.00, and (ii) reimbursement for actual and necessary expenses in the Compensation Period in the amount of $40,730.48, (b) that such sums be paid to Morrison & Foerster pursuant to the Interim Compensation Order, (c) and for such other and further relief as this Court may deem just and proper.

Dated: June 15, 2016
New York, New York

/s/ Todd M. Goren
**MORRISON & FOERSTER LLP**
James M. Peck
Brett H. Miller
Lorenzo Marinuzzi
Todd M. Goren
250 West 55th Street
New York, New York 10019-9601
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900
E-mail:       jpeck@mofo.com
                brettmiller@mofo.com
                lmarinuzzi@mofo.com
                tgoren@mofo.com

*Attorneys for The Official Committee of TCEH Unsecured Creditors*

14