**<u>EXHIBIT 1</u>**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**CERTIFICATION UNDER GUIDELINES FOR FEES AND DISBURSEMENTS FOR
PROFESSIONALS IN RESPECT OF THE SIXTH INTERIM APPLICATION OF
MORRISON & FOERSTER LLP AS COUNSEL FOR THE OFFICIAL COMMITTEE
OF TCEH UNSECURED CREDITORS FOR COMPENSATION AND
REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD
JANUARY 1, 2016 THROUGH APRIL 30, 2016**

1.      I am a partner with the Morrison & Foerster LLP, located at 250 West 55th Street,

New York, New York 10019, which serves as counsel to the Official Committee of TCEH

Unsecured Creditors.  I am a member in good standing of the Bar of the State of New York, and

I have been admitted to practice in the United States District Court for the Southern District of

New York and the United States District Court for the Eastern District of New York, and before

the United States Court of Appeals for the Second Circuit.

2.      This certification is made in respect of the Firm's compliance with Local Rule

2016-2 (c)–(g) of the Local Rules of Bankruptcy Practice and Procedure for the United States

Bankruptcy Court of the District of Delaware (the "**Local Rule**"), the Guidelines for Reviewing

Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 for

Attorneys in Larger Chapter 11 Cases, effective September 11, 2013 (the "**UST Guidelines**"

---

[1]     The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

and, together with the Local Rule, the "**Guidelines**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals,* dated November 16, 2014 [Docket No. 2066], in connection with the Firm's application, dated June 15, 2016 (the "**Application**"), for monthly compensation and reimbursement of fees and expenses for the period commencing January 1, 2016 through and including April 30, 2016, in accordance with the Guidelines.

3.      In respect of Section (g) of the Local Rule, I certify that I have reviewed the requirements of the Local Rule and to the best of my knowledge, information, and belief formed after reasonable inquiry, the Application complies with the Local Rule.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

/s/ Todd M. Goren
Todd M. Goren
Partner of Morrison & Foerster LLP