## EXHIBIT 2

**SUMMARY OF PROFESSIONALS**

ny-1235143

The Morrison & Foerster attorneys who rendered professional services in these cases during the Compensation Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Goren, Todd M. | Partner | 2002 | Business Restructuring & Insolvency | $975.00 | 138.1 | $134,647.50 |
| Humphreys, Thomas A. | Partner | 1977 | Tax | $1,300.00 | 7.4 | $9,620.00 |
| Kerr, Charles L. | Partner | 1982 | Litigation | $1,100.00 | 22.4 | $24,640.00 |
| Lawrence, J. Alexander | Partner | 1996 | Litigation | $995.00 | 1.2 | $1,194.00 |
| Marinuzzi, Lorenzo | Partner | 1996 | Business Restructuring & Insolvency | $1,075.00 | 1.4 | $1,505.00 |
| Miller, Brett H. | Partner | 1991 | Business Restructuring & Insolvency | $1,150.00 | 77.9 | $89,585.00 |
| Reigersman, Remmelt | Partner | 2007 | Tax | $925.00 | 4.2 | $3,885.00 |
| Peck, James Michael | Senior Of Counsel | 1971 | Business Restructuring & Insolvency | $1,130.00 | 1.3 | $1,469.00 |
| Birkenfeld, Alexander | Associate | 2014 | Tax | $510.00 | 3.8 | $1,938.00 |
| Goett, David J. | Associate | 2012 | Tax | $690.00 | 0.4 | $276.00 |
| Harris, Daniel J. | Associate | 2008 | Business Restructuring & Insolvency | $775.00 | 36.8 | $28,520.00 |
| Martin, Samantha | Associate | 2007 | Business Restructuring & Insolvency | $785.00 | 2.0 | $1,570.00 |
| Richards, Erica J. | Associate | 2007 | Business Restructuring & Insolvency | $785.00 | 100.4 | $78,814.00 |

The paraprofessionals of Morrison & Foerster who rendered professionals services in these cases during the Compensation Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Bergelson, Vadim | eDiscovery Project Manager | 7 years | Litigation | $320.00 | 2.1 | $672.00 |
| Braun, Danielle Eileen | Paralegal | 3 years | Business Restructuring & Insolvency | $310.00 | 0.9 | $279.00 |
| Guido, Laura | Senior Paralegal | 8.5 years | Business Restructuring & Insolvency | $330.00 | 46.4 | $15,312.00 |
| **Total Incurred:** | | | | | **446.7** | **$393,926.50** |
| **Less Client-Accommodation for Non-Working Travel (50% of Fees Incurred):** | | | | | | **$(12,178.00)** |
| **Less Client-Accommodation for Time Entry Review (100% of Fees Incurred):** | | | | | | **$(10,717.50)** |
| **Less Client-Accommodation for Transient Timekeepers:** | | | | | | **$(555.00)** |
| **Less Billing Adjustment for Task Code 33 (Fee Objection Discussion and Litigation) (100% of fees incurred):** | | | | | | **$(2,470.00)** |
| **Total Requested:** | | | | | | **$368,006.00** |