## EXHIBIT 3

## SUMMARY OF EXPENSES

ny-1235143

| Expense Category | Total Expenses |
|---|---:|
| Filing Fees | $170.00 |
| Reporting Fees | $1,282.10 |
| Travel | $3,309.76 |
| On-line Research - LEXIS | $326.73 |
| On-line Research - OTHER DATABASE | $953.54 |
| EDiscovery Fees | $34,207.32 |
| Court Filing Service | $151.00 |
| Business Meals | $188.78 |
| Travel Meals | $36.30 |
| CourtCall Fees | $60.00 |
| Transportation | $44.55 |
| **Total:** | **$40,730.48** |

ny-1235143