# EXHIBIT 3-A

## EXPENSE DETAIL

ny-1235143

**January 2016**

**MORRISON | FOERSTER**

P.O. BOX 742335
LOS ANGELES
CALIFORNIA 90074-2335

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON D.C.,
DENVER, NORTHERN VIRGINIA,
SACRAMENTO

TOKYO, BEIJING, SHANGHAI,
HONG KONG, SINGAPORE

LONDON, BRUSSELS, BERLIN

Paul Keglevic
Energy Future Holdings Corp.
1601 Bryan Street
Dallas, Texas 75201

**Taxpayer ID #**
Invoice Number: 5519302
Invoice Date: April 25, 2016

Client/Matter Number: 073697-0000001

Matter Name: BANKRUPTCY OF ENERGY FUTURE HOLDINGS

RE: BANKRUPTCY OF ENERGY FUTURE HOLDINGS

*For Disbursements Incurred through January 31, 2016*

|  | U.S.Dollars |
|---|---:|
| Current Disbursements | 29,108.17 |
| **Total This Invoice** | **29,108.17** |

**Payment may be made by Electronic Funds transfer to the firm's account**

# MORRISON | FOERSTER

Matter Number: 073697-0000001  
Matter Name: BANKRUPTCY OF ENERGY FUTURE HOLDINGS  
Invoice Number: 5519302  
Invoice Date: April 25, 2016

## Disbursement Detail

| Date | Description | Value |
|---|---|---:|
| 31-Jan-16 | On-line Research – LEXIS (JAN 1-JAN 31) | 259.53 |
| 31-Jan-16 | On-line Research - OTHER DATABASE (JAN 1-JAN 31) | 314.80 |
| 21-Jan-16 | Filing fees, CourtCall, telephonic court appearance for E. Richards, 11/3/15 | 170.00 |
| 28-Sep-15 | Reporting fees, TSG Reporting, D. Ying transcript, 9/23/15 | 1,282.10 |
| 10-Jan-16 | Travel, taxi/car service, E. Richards, ground travel from airport to hotel, 1/10/16 | 33.00 |
| 10-Jan-16 | Travel, taxi/car service, E. Richards, ground travel from home to airport, 1/10/16 | 50.00 |
| 10-Jan-16 | Travel, plane, E. Richards, travel to Texas for PUC hearing, 1/10 - 1/15/16 | 579.20 |
| 10-Jan-16 | Travel, taxi/car service, E. Richards, ground travel from hotel to airport, 1/15/16 | 40.31 |
| 12-Jan-16 | Travel, hotel, C. Kerr, one-night stay at Hotel Dupont in Delaware, 1/12/16 | 300.00 |
| 12-Jan-16 | Travel, train, C. Kerr, travel to Delaware for hearing, 1/12/16 | 133.00 |
| 13-Jan-16 | Travel, train, C. Kerr, return travel from Delaware for hearing, 1/12/16 | 145.00 |
| 15-Jan-16 | Travel, taxi/car service, E. Richards, ground travel home from airport, 1/15/16 | 65.30 |
| 25-Jan-16 | Travel, hotel, E. Richards, five-night stay at Sheraton Hotel in Texas for hearing, 1/10 - 1/15/16 | 1,466.95 |
| 08-Oct-15 | EDiscovery fees, EPIQ, review user monthly fee for September | 525.00 |
| 08-Nov-15 | EDiscovery fees, EPIQ, review user monthly fee for October | 525.00 |
| 08-Dec-15 | EDiscovery fees, EPIQ, review user monthly fee for November | 525.00 |
| 31-Dec-15 | EDiscovery fees, IRIS, eDiscovery services for December | 12,778.74 |
| 08-Jan-16 | EDiscovery fees, EPIQ, review user monthly fee for December | 525.00 |
| 31-Jan-16 | EDiscovery fees, IRIS, eDiscovery services for January | 9,158.04 |
| 12-Jan-16 | Travel meals, C. Kerr, lunch while in Delaware for hearing, 1/12/16 | 56.20 |
| 13-Jan-16 | Travel meals, E. Richards, 3 attendees, working dinner while in Texas for hearing, 1/13/16 | 120.00 |
| 10-Jan-16 | Travel meals, E. Richards, dinner while traveling for hearing, 1/10/16 | 18.15 |
| 15-Jan-16 | Travel meals, E. Richards, dinner while traveling for hearing, 1/15/16 | 18.15 |
| 01-Dec-15 | On-line Research - OTHER DATABASE 6375 IN RE: ENERGY FUTURE HOLDINGS 22 | 9.85 |
| 01-Dec-15 | On-line Research - OTHER DATABASE 6400 CSC TRUST CO. OF DELAWARE V. ENERGY FUTURE HOLDI 22 | 9.85 |
| | **Current Disbursements** | **29,108.17** |

**February 2016**

# MORRISON | FOERSTER

P.O. BOX 742335
LOS ANGELES
CALIFORNIA 90074-2335

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON D.C.,
DENVER, NORTHERN VIRGINIA,
SACRAMENTO

TOKYO, BEIJING, SHANGHAI,
HONG KONG, SINGAPORE

LONDON, BRUSSELS, BERLIN

Paul Keglevic
Energy Future Holdings Corp.
1601 Bryan Street
Dallas, Texas  75201

**Taxpayer ID #** [redacted]
Invoice Number: 5520328
Invoice Date:  April 27, 2016

Client/Matter Number:  073697-0000001

Matter Name:  BANKRUPTCY OF ENERGY FUTURE HOLDINGS

RE:   BANKRUPTCY OF ENERGY FUTURE HOLDINGS

*For Disbursements Incurred through February 29, 2016*

|  | U.S.Dollars |
|---|---:|
| Current Disbursements | 10,377.74 |
| **Total This Invoice** | **10,377.74** |

**Payment may be made by Electronic Funds transfer to the firm's account**

[redacted]

# MORRISON | FOERSTER

Matter Number: 073697-0000001  
Matter Name: BANKRUPTCY OF ENERGY FUTURE HOLDINGS

Invoice Number: 5520328  
Invoice Date: April 27, 2016

## Disbursement Detail

| Date | Description | Value |
|---|---|---|
| 29-Feb-16 | On-line Research – LEXIS (FEB 1-FEB 29) | 67.20 |
| 29-Feb-16 | On-line Research - OTHER DATABASE (FEB 1-FEB 29) | 338.00 |
| 09-Feb-16 | Travel, train, C. Kerr, travel to Delaware for hearing, 2/9/16 | 115.00 |
| 09-Feb-16 | Travel, train, C. Kerr, return travel from hearing in Delaware, 2/9/16 | 145.00 |
| 24-Feb-16 | Miscellaneous disbursement, T. Goren, CourtCall, 2/18 hearing | 30.00 |
| 08-Feb-16 | EDiscovery fees, EPIQ, review user monthly fee for January | 525.00 |
| 29-Feb-16 | EDiscovery fees, IRIS, eDiscovery services for February | 9,120.54 |
| 08-Feb-16 | Miscellaneous disbursement, E. Richards, CourtCall, 2/8 hearing | 37.00 |
| | **Current Disbursements** | **10,377.74** |

2

**March 2016**

**MORRISON | FOERSTER**

P.O. BOX 742335
LOS ANGELES
CALIFORNIA 90074-2335

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON D.C.,
DENVER, NORTHERN VIRGINIA,
SACRAMENTO

TOKYO, BEIJING, SHANGHAI,
HONG KONG, SINGAPORE

LONDON, BRUSSELS, BERLIN

Paul Keglevic
Energy Future Holdings Corp.
1601 Bryan Street
Dallas, Texas  75201

**Taxpayer ID #**
Invoice Number: 5520330
Invoice Date: April 27, 2016

Client/Matter Number: 073697-0000001

Matter Name:    BANKRUPTCY OF ENERGY FUTURE HOLDINGS

RE:    BANKRUPTCY OF ENERGY FUTURE HOLDINGS

*For Disbursements Incurred through March 31, 2016*

|  | U.S.Dollars |
|---|---:|
| Current Disbursements | 1,200.02 |
| **Total This Invoice** | **1,200.02** |

**Payment may be made by Electronic Funds transfer to the firm's account**

# MORRISON | FOERSTER

Matter Number: 073697-0000001  
Matter Name: BANKRUPTCY OF ENERGY FUTURE HOLDINGS

Invoice Number: 5520330  
Invoice Date: April 27, 2016

## Disbursement Detail

| Date | Description | Value |
|---|---|---|
| 31-Mar-16 | On-line Research - OTHER DATABASE (MAR 1- MAR 31) | 264.50 |
| 18-Mar-16 | Travel, train, T. Goren, to/from Delaware for hearing, 3/21/16 | 216.00 |
| 21-Mar-16 | Travel, parking, T. Goren, parking at train station, 3/21/16 | 21.00 |
| 18-Mar-16 | Court filing service, B. Miller, CourtCall, 3/21/16 hearing | 30.00 |
| 08-Mar-16 | EDiscovery fees, EPIQ, review user monthly fee for February | 525.00 |
| 10-Mar-16 | Court filing service, D. Harris, CourtCall, 3/4/16 hearing | 114.00 |
| 21-Mar-16 | Travel meals, T. Goren, lunch while in Delaware for hearing, 3/21/16 | 8.75 |
| 21-Mar-16 | Travel meals, T. Goren, breakfast while traveling for hearing, 3/21/16 | 3.83 |
| 16-Mar-16 | On-line Research - OTHER DATABASE 6400 CSC TRUST CO. OF DELAWARE V. ENERGY FUTURE HOLDI 19 | 8.47 |
| 16-Mar-16 | On-line Research - OTHER DATABASE 6375 IN RE: ENERGY FUTURE HOLDINGS 19 | 8.47 |
| | **Current Disbursements** | **1,200.02** |

**April 2016**

**MORRISON | FOERSTER**

P.O. BOX 742335
LOS ANGELES
CALIFORNIA 90074-2335

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON D.C.,
DENVER, NORTHERN VIRGINIA,
SACRAMENTO

TOKYO, BEIJING, SHANGHAI,
HONG KONG, SINGAPORE

LONDON, BRUSSELS, BERLIN

Paul Keglevic
Energy Future Holdings Corp.
1601 Bryan Street
Dallas, Texas  75201

**Taxpayer ID #**
Invoice Number: 5532033
Invoice Date: June 13, 2016

Client/Matter Number: 073697-0000001

Matter Name:   BANKRUPTCY OF ENERGY FUTURE HOLDINGS

RE:    BANKRUPTCY OF ENERGY FUTURE HOLDINGS

*For Disbursements Incurred through April 30, 2016*

|  | U.S.Dollars |
|---|---:|
| Current Disbursements | 44.55 |
| **Total This Invoice** | **44.55** |

**Payment may be made by Electronic Funds transfer to the firm's account**

# MORRISON | FOERSTER

Matter Number: 073697-0000001  Invoice Number: 5532033
Matter Name: BANKRUPTCY OF ENERGY FUTURE HOLDINGS  Invoice Date: June 13, 2016

## Disbursement Detail

| Date | Description | Value |
|---|---|---|
| 02-Mar-16 | Local travel, taxi/car service, B. Miller, 3/2/16, 9:22PM | 44.55 |
| | **Current Disbursements** | **44.55** |