# EXHIBIT 4

## SUMMARY OF TIME BY CATEGORY

| PROJECT CATEGORY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 6 | Business Operations | 3.10 | $3,075.00 |
| 7 | Case Administration | 37.70 | $13,675.50 |
| 8 | Claims Administration and Objections | 21.10 | $19,147.50 |
| 10 | Employee Benefits and Pensions | 3.40 | $3,220.00 |
| 11 | Employment and Fee Applications | 28.20 | $17,949.00 |
| 14 | Other Litigation | 46.40 | $45,032.00 |
| 15 | Meetings and Communications with | 42.60 | $42,725.50 |
| 16 | Non-Working Travel | 26.80 | $24,356.00 |
| 17 | Plan and Disclosure Statement | 113.50 | $117,228.00 |
| 21 | Tax | 13.90 | $12,729.00 |
| 23 | Discovery | 3.50 | $2,053.00 |
| 24 | Hearings | 88.00 | $76,894.50 |
| 29 | Other Motions/Applications | 2.80 | $2,654.00 |
| 32 | Time Entry Review | 12.90 | $10,717.50 |
| 33 | Fee Objection Discussion and Litigation | 2.80 | $2,470.00 |
| **Total Incurred:** | | **446.7** | **$393,926.50** |
| **Less Client-Accommodation for Non-Working Travel (50% of Fees Incurred):** | | | **$(12,178.00)** |
| **Less Client-Accommodation for Time Entry Review (100% of Fees Incurred):** | | | **$(10,717.50)** |
| **Less Client-Accommodation for Transient Timekeepers:** | | | **$(555.00)** |
| **Less Billing Adjustment for Task Code 33 (Fee Objection Discussion and Litigation) (100% of fees incurred):** | | | **$(2,470.00)** |
| **Total Requested:** | | | **$368,006.00** |

ny-1235143