# **EXHIBIT 6**

# **BUDGET AND STAFFING PLANS FOR COMPENSATION PERIOD**

ny-1235143

*In re Energy Future Holdings, Corp., et al.*
*Case No. 14-10979 (CSS)*  **EXHIBIT C-1 - January 2016**

| Task Code | Project Category | Estimated Hours | Estimated Fees |
|---|---|---:|---:|
| 1 | Asset Analysis and Recovery | 5.00 | $ 3,000.00 |
| 2 | Asset Disposition | 5.00 | $ 3,000.00 |
| 3 | Assumption and Rejection of Leases and Contracts | 5.00 | $ 600.00 |
| 4 | Avoidance Action Analysis | 5.00 | $ 4,000.00 |
| 5 | Budgeting (Case) | 3.00 | $ 2,400.00 |
| 6 | Business Operations | 5.00 | $ 3,000.00 |
| 7 | Case Administration | 25.00 | $ 15,000.00 |
| 8 | Claims Administration and Objections | 10.00 | $ 8,000.00 |
| 9 | Corporate Governance and Board Matters | 5.00 | $ 4,000.00 |
| 10 | Employee Benefits and Pensions | 5.00 | $ 4,000.00 |
| 11 | Employment and Fee Applications | 5.00 | $ 3,000.00 |
| 12 | Employment and Fee Application Objections | 5.00 | $ 4,000.00 |
| 13 | Financing and Cash Collateral | 5.00 | $ 4,000.00 |
| 14 | Other Litigation | 40.00 | $ 32,000.00 |
| 15 | Meetings and Communications with Creditors | 25.00 | $ 20,000.00 |
| 16 | Non-Working Travel | 5.00 | $ 4,000.00 |
| 17 | Plan and Disclosure Statement | 50.00 | $ 40,000.00 |
| 18 | Real Estate | 0.00 | $ - |
| 19 | Relief from Stay and Adequate Protecction | 5.00 | $ 4,000.00 |
| 21 | Tax | 20.00 | $ 20,000.00 |
| 22 | Valuation | 5.00 | $ 4,000.00 |
| 23 | Discovery | 10.00 | $ 8,000.00 |
| 24 | Hearings | 10.00 | $ 8,000.00 |
| 26 | Claims Investigation | 5.00 | $ 3,000.00 |
| 27 | First Lien Investigation | 5.00 | $ 3,000.00 |
| 28 | Intercompany Claims | 5.00 | $ 3,000.00 |
| 29 | Other Motions/Applications | 5.00 | $ 3,000.00 |
| 30 | Schedules and Statements | 0.00 | $ - |
| 31 | Insurance | 0.00 | $ - |
| 32 | Time Entry Review | N/A | N/A |
| 33 | Fee Objection Discussion and Litigation | 0.00 | $ - |
| 34 | Mediation | 0.00 | $ - |
| | **Totals:** | **278.00** | **$ 210,000.00** |

*In re Energy Future Holdings, Corp., et al.*
*Case No. 14-10979 (CSS)*                **EXHIBIT C-2 - January 2016**

| CATEGORY OF TIMEKEEPER | NUMBER OF TIMEKEEPERS EXPECTED TO WORK ON THE MATTER DURING THE BUDGET PERIOD | AVERAGE HOURLY RATE |
|---|---|---|
| Sr./Equity Partner/Shareholder | 7 | $ 1,038.00 |
| Of Counsel | 1 | $ 1,095.00 |
| Sr. Associate (7 or more years since first admission) | 3 | $ 756.00 |
| Associate (4-6 years since first admission) | 2 | $ 680.00 |
| Jr. Associate (1- 3 years since first admission) | 2 | $ 495.00 |
| Staff Attorney | 1 | $ 680.00 |
| Paralegal | 2 | $ 310.00 |
| eDiscovery Project Manager | 1 | $ 310.00 |

*In re Energy Future Holdings, Corp., et al.*
*Case No. 14-10979 (CSS)*

**EXHIBIT D-1 - January 2016**

| Task Code | Project Category | Hours Budgeted | Fees Budgeted | Hours Billed | Fees Sought |
|---|---|---|---|---|---|
| 1 | Asset Analysis and Recovery | 5.00 | $ 3,000.00 | 0.00 | $ - |
| 2 | Asset Disposition | 5.00 | $ 3,000.00 | 0.00 | $ - |
| 3 | Assumption and Rejection of Leases and Contracts | 5.00 | $ 600.00 | 0.00 | $ - |
| 4 | Avoidance Action Analysis | 5.00 | $ 4,000.00 | 0.00 | $ - |
| 5 | Budgeting (Case) | 3.00 | $ 2,400.00 | 0.00 | $ - |
| 6 | Business Operations | 5.00 | $ 3,000.00 | 0.40 | $ 390.00 |
| 7 | Case Administration | 25.00 | $ 15,000.00 | 9.00 | $ 2,960.00 |
| 8 | Claims Administration and Objections | 10.00 | $ 8,000.00 | 4.30 | $ 4,116.50 |
| 9 | Corporate Governance and Board Matters | 5.00 | $ 4,000.00 | 0.00 | $ - |
| 10 | Employee Benefits and Pensions | 5.00 | $ 4,000.00 | 0.00 | $ - |
| 11 | Employment and Fee Applications | 5.00 | $ 3,000.00 | 10.00 | $ 7,073.00 |
| 12 | Employment and Fee Application Objections | 5.00 | $ 4,000.00 | 0.00 | $ - |
| 13 | Financing and Cash Collateral | 5.00 | $ 4,000.00 | 0.00 | $ - |
| 14 | Other Litigation | 40.00 | $ 32,000.00 | 13.30 | $ 12,553.50 |
| 15 | Meetings and Communications with Creditors | 25.00 | $ 20,000.00 | 15.20 | $ 15,039.50 |
| 16 | Non-Working Travel | 5.00 | $ 4,000.00 | 20.20 | $ 17,621.00 |
| 17 | Plan and Disclosure Statement | 50.00 | $ 40,000.00 | 24.10 | $ 24,397.00 |
| 18 | Real Estate | 0.00 | $ - | 0.00 | $ - |
| 19 | Relief from Stay and Adequate Protecction | 5.00 | $ 4,000.00 | 0.00 | $ - |
| 21 | Tax | 20.00 | $ 20,000.00 | 2.80 | $ 2,578.00 |
| 22 | Valuation | 5.00 | $ 4,000.00 | 0.00 | $ - |
| 23 | Discovery | 10.00 | $ 8,000.00 | 2.30 | $ 1,399.00 |
| 24 | Hearings | 10.00 | $ 8,000.00 | 49.90 | $ 43,557.50 |
| 26 | Claims Investigation | 5.00 | $ 3,000.00 | 0.00 | $ - |
| 27 | First Lien Investigation | 5.00 | $ 3,000.00 | 0.00 | $ - |
| 28 | Intercompany Claims | 5.00 | $ 3,000.00 | 0.00 | $ - |
| 29 | Other Motions/Applications | 5.00 | $ 3,000.00 | 2.40 | $ 2,340.00 |
| 30 | Schedules and Statements | 0.00 | $ - | 0.00 | $ - |
| 31 | Insurance | 0.00 | $ - | 0.00 | $ - |
| 32 | Time Entry Review | N/A | N/A | 8.60 | $ 7,385.00 |
| 33 | Fee Objection Discussion and Litigation | 0.00 | $ - | 1.70 | $ 1,397.50 |
| 34 | Mediation | 0.00 | $ - | 0.00 | $ - |
| | **Totals:** | **278.00** | **$ 210,000.00** | **164.20** | **$ 142,807.50** |

*In re Energy Future Holdings, Corp., et al.*
*Case No. 14-10979 (CSS)*  **EXHIBIT C-1 - February 2016**

| Task Code | Project Category | Estimated Hours | Estimated Fees |
|---|---|---:|---:|
| 1 | Asset Analysis and Recovery | 5.00 | $ 3,000.00 |
| 2 | Asset Disposition | 5.00 | $ 3,000.00 |
| 3 | Assumption and Rejection of Leases and Contracts | 5.00 | $ 600.00 |
| 4 | Avoidance Action Analysis | 5.00 | $ 4,000.00 |
| 5 | Budgeting (Case) | 3.00 | $ 2,400.00 |
| 6 | Business Operations | 5.00 | $ 3,000.00 |
| 7 | Case Administration | 25.00 | $ 15,000.00 |
| 8 | Claims Administration and Objections | 10.00 | $ 8,000.00 |
| 9 | Corporate Governance and Board Matters | 5.00 | $ 4,000.00 |
| 10 | Employee Benefits and Pensions | 5.00 | $ 4,000.00 |
| 11 | Employment and Fee Applications | 5.00 | $ 3,000.00 |
| 12 | Employment and Fee Application Objections | 5.00 | $ 4,000.00 |
| 13 | Financing and Cash Collateral | 5.00 | $ 4,000.00 |
| 14 | Other Litigation | 40.00 | $ 32,000.00 |
| 15 | Meetings and Communications with Creditors | 25.00 | $ 20,000.00 |
| 16 | Non-Working Travel | 5.00 | $ 4,000.00 |
| 17 | Plan and Disclosure Statement | 50.00 | $ 40,000.00 |
| 18 | Real Estate | 0.00 | $ - |
| 19 | Relief from Stay and Adequate Protecction | 5.00 | $ 4,000.00 |
| 21 | Tax | 20.00 | $ 20,000.00 |
| 22 | Valuation | 5.00 | $ 4,000.00 |
| 23 | Discovery | 10.00 | $ 8,000.00 |
| 24 | Hearings | 10.00 | $ 8,000.00 |
| 26 | Claims Investigation | 5.00 | $ 3,000.00 |
| 27 | First Lien Investigation | 5.00 | $ 3,000.00 |
| 28 | Intercompany Claims | 5.00 | $ 3,000.00 |
| 29 | Other Motions/Applications | 5.00 | $ 3,000.00 |
| 30 | Schedules and Statements | 0.00 | $ - |
| 31 | Insurance | 0.00 | $ - |
| 32 | Time Entry Review | N/A | N/A |
| 33 | Fee Objection Discussion and Litigation | 0.00 | $ - |
| 34 | Mediation | 0.00 | $ - |
| | **Totals:** | **278.00** | **$ 210,000.00** |

*In re Energy Future Holdings, Corp., et al.*
*Case No. 14-10979 (CSS)*                    **EXHIBIT C-2 - February 2016**

| CATEGORY OF TIMEKEEPER | NUMBER OF TIMEKEEPERS EXPECTED TO WORK ON THE MATTER DURING THE BUDGET PERIOD | AVERAGE HOURLY RATE |
|---|---|---|
| Sr./Equity Partner/Shareholder | 7 | $ 1,038.00 |
| Of Counsel | 1 | $ 1,095.00 |
| Sr. Associate (7 or more years since first admission) | 3 | $ 756.00 |
| Associate (4-6 years since first admission) | 2 | $ 680.00 |
| Jr. Associate (1- 3 years since first admission) | 2 | $ 495.00 |
| Staff Attorney | 1 | $ 680.00 |
| Paralegal | 2 | $ 310.00 |
| eDiscovery Project Manager | 1 | $ 310.00 |

**EXHIBIT D-1 - February 2016**

| Task Code | Project Category | Hours Budgeted | Fees Budgeted | Hours Billed | Fees Sought |
|---|---|---|---|---|---|
| 1 | Asset Analysis and Recovery | 5.00 | $ 3,000.00 | 0.00 | $ - |
| 2 | Asset Disposition | 5.00 | $ 3,000.00 | 0.00 | $ - |
| 3 | Assumption and Rejection of Leases and Contracts | 5.00 | $ 600.00 | 0.00 | $ - |
| 4 | Avoidance Action Analysis | 5.00 | $ 4,000.00 | 0.00 | $ - |
| 5 | Budgeting (Case) | 3.00 | $ 2,400.00 | 0.00 | $ - |
| 6 | Business Operations | 5.00 | $ 3,000.00 | 0.90 | $ 930.00 |
| 7 | Case Administration | 25.00 | $ 15,000.00 | 12.20 | $ 5,278.50 |
| 8 | Claims Administration and Objections | 10.00 | $ 8,000.00 | 5.50 | $ 5,362.50 |
| 9 | Corporate Governance and Board Matters | 5.00 | $ 4,000.00 | 0.00 | $ - |
| 10 | Employee Benefits and Pensions | 5.00 | $ 4,000.00 | 3.40 | $ 3,220.00 |
| 11 | Employment and Fee Applications | 5.00 | $ 3,000.00 | 14.70 | $ 9,098.00 |
| 12 | Employment and Fee Application Objections | 5.00 | $ 4,000.00 | 0.00 | $ - |
| 13 | Financing and Cash Collateral | 5.00 | $ 4,000.00 | 0.00 | $ - |
| 14 | Other Litigation | 40.00 | $ 32,000.00 | 18.10 | $ 18,019.00 |
| 15 | Meetings and Communications with Creditors | 25.00 | $ 20,000.00 | 7.60 | $ 7,734.50 |
| 16 | Non-Working Travel | 5.00 | $ 4,000.00 | 2.40 | $ 2,640.00 |
| 17 | Plan and Disclosure Statement | 50.00 | $ 40,000.00 | 20.70 | $ 20,850.00 |
| 18 | Real Estate | 0.00 | $ - | 0.00 | $ - |
| 19 | Relief from Stay and Adequate Protecction | 5.00 | $ 4,000.00 | 0.00 | $ - |
| 21 | Tax | 20.00 | $ 20,000.00 | 0.60 | $ 585.00 |
| 22 | Valuation | 5.00 | $ 4,000.00 | 0.00 | $ - |
| 23 | Discovery | 10.00 | $ 8,000.00 | 0.00 | $ - |
| 24 | Hearings | 10.00 | $ 8,000.00 | 9.40 | $ 9,807.50 |
| 26 | Claims Investigation | 5.00 | $ 3,000.00 | 0.00 | $ - |
| 27 | First Lien Investigation | 5.00 | $ 3,000.00 | 0.00 | $ - |
| 28 | Intercompany Claims | 5.00 | $ 3,000.00 | 0.00 | $ - |
| 29 | Other Motions/Applications | 5.00 | $ 3,000.00 | 0.00 | $ - |
| 30 | Schedules and Statements | 0.00 | $ - | 0.00 | $ - |
| 31 | Insurance | 0.00 | $ - | 0.00 | $ - |
| 32 | Time Entry Review | N/A | N/A | 1.20 | $ 930.00 |
| 33 | Fee Objection Discussion and Litigation | 0.00 | $ - | 1.10 | $ 1,072.50 |
| 34 | Mediation | 0.00 | $ - | 0.00 | $ - |
| | **Totals:** | **278.00** | **$ 210,000.00** | **97.80** | **$ 85,527.50** |

*In re Energy Future Holdings, Corp., et al.*
*Case No. 14-10979 (CSS)* — **EXHIBIT C-1 - March 2016**

| Task Code | Project Category | Estimated Hours | Estimated Fees |
|---|---|---:|---:|
| 1 | Asset Analysis and Recovery | 5.00 | $ 3,000.00 |
| 2 | Asset Disposition | 5.00 | $ 3,000.00 |
| 3 | Assumption and Rejection of Leases and Contracts | 5.00 | $ 600.00 |
| 4 | Avoidance Action Analysis | 5.00 | $ 4,000.00 |
| 5 | Budgeting (Case) | 3.00 | $ 2,400.00 |
| 6 | Business Operations | 5.00 | $ 3,000.00 |
| 7 | Case Administration | 25.00 | $ 15,000.00 |
| 8 | Claims Administration and Objections | 10.00 | $ 8,000.00 |
| 9 | Corporate Governance and Board Matters | 5.00 | $ 4,000.00 |
| 10 | Employee Benefits and Pensions | 5.00 | $ 4,000.00 |
| 11 | Employment and Fee Applications | 5.00 | $ 3,000.00 |
| 12 | Employment and Fee Application Objections | 5.00 | $ 4,000.00 |
| 13 | Financing and Cash Collateral | 5.00 | $ 4,000.00 |
| 14 | Other Litigation | 40.00 | $ 32,000.00 |
| 15 | Meetings and Communications with Creditors | 25.00 | $ 20,000.00 |
| 16 | Non-Working Travel | 5.00 | $ 4,000.00 |
| 17 | Plan and Disclosure Statement | 50.00 | $ 40,000.00 |
| 18 | Real Estate | 0.00 | $ - |
| 19 | Relief from Stay and Adequate Protecction | 5.00 | $ 4,000.00 |
| 21 | Tax | 20.00 | $ 20,000.00 |
| 22 | Valuation | 5.00 | $ 4,000.00 |
| 23 | Discovery | 10.00 | $ 8,000.00 |
| 24 | Hearings | 10.00 | $ 8,000.00 |
| 26 | Claims Investigation | 5.00 | $ 3,000.00 |
| 27 | First Lien Investigation | 5.00 | $ 3,000.00 |
| 28 | Intercompany Claims | 5.00 | $ 3,000.00 |
| 29 | Other Motions/Applications | 5.00 | $ 3,000.00 |
| 30 | Schedules and Statements | 0.00 | $ - |
| 31 | Insurance | 0.00 | $ - |
| 32 | Time Entry Review | N/A | N/A |
| 33 | Fee Objection Discussion and Litigation | 0.00 | $ - |
| 34 | Mediation | 0.00 | $ - |
| | **Totals:** | **278.00** | **$ 210,000.00** |

*In re Energy Future Holdings, Corp., et al.*
*Case No. 14-10979 (CSS)*                     **EXHIBIT C-2 - March 2016**

| CATEGORY OF TIMEKEEPER | NUMBER OF TIMEKEEPERS EXPECTED TO WORK ON THE MATTER DURING THE BUDGET PERIOD | AVERAGE HOURLY RATE |
|---|---|---|
| Sr./Equity Partner/Shareholder | 7 | $ 1,038.00 |
| Of Counsel | 1 | $ 1,095.00 |
| Sr. Associate (7 or more years since first admission) | 3 | $ 756.00 |
| Associate (4-6 years since first admission) | 2 | $ 680.00 |
| Jr. Associate (1- 3 years since first admission) | 2 | $ 495.00 |
| Staff Attorney | 1 | $ 680.00 |
| Paralegal | 2 | $ 310.00 |
| eDiscovery Project Manager | 1 | $ 310.00 |

*In re Energy Future Holdings, Corp., et al.*
*Case No. 14-10979 (CSS)*

**EXHIBIT D-1 - March 2016**

| Task Code | Project Category | Hours Budgeted | Fees Budgeted | Hours Billed | Fees Sought |
|---|---|---|---|---|---|
| 1 | Asset Analysis and Recovery | 5.00 | $ 3,000.00 | 0.00 | $ - |
| 2 | Asset Disposition | 5.00 | $ 3,000.00 | 0.00 | $ - |
| 3 | Assumption and Rejection of Leases and Contracts | 5.00 | $ 600.00 | 0.00 | $ - |
| 4 | Avoidance Action Analysis | 5.00 | $ 4,000.00 | 0.00 | $ - |
| 5 | Budgeting (Case) | 3.00 | $ 2,400.00 | 0.00 | $ - |
| 6 | Business Operations | 5.00 | $ 3,000.00 | 1.80 | $ 1,755.00 |
| 7 | Case Administration | 25.00 | $ 15,000.00 | 9.70 | $ 3,193.00 |
| 8 | Claims Administration and Objections | 10.00 | $ 8,000.00 | 6.90 | $ 5,948.50 |
| 9 | Corporate Governance and Board Matters | 5.00 | $ 4,000.00 | 0.00 | $ - |
| 10 | Employee Benefits and Pensions | 5.00 | $ 4,000.00 | 0.00 | $ - |
| 11 | Employment and Fee Applications | 5.00 | $ 3,000.00 | 0.00 | $ - |
| 12 | Employment and Fee Application Objections | 5.00 | $ 4,000.00 | 0.00 | $ - |
| 13 | Financing and Cash Collateral | 5.00 | $ 4,000.00 | 0.00 | $ - |
| 14 | Other Litigation | 40.00 | $ 32,000.00 | 10.20 | $ 9,534.50 |
| 15 | Meetings and Communications with Creditors | 25.00 | $ 20,000.00 | 4.60 | $ 4,103.00 |
| 16 | Non-Working Travel | 5.00 | $ 4,000.00 | 4.20 | $ 4,095.00 |
| 17 | Plan and Disclosure Statement | 50.00 | $ 40,000.00 | 29.10 | $ 31,447.50 |
| 18 | Real Estate | 0.00 | $ - | 0.00 | $ - |
| 19 | Relief from Stay and Adequate Protecction | 5.00 | $ 4,000.00 | 0.00 | $ - |
| 21 | Tax | 20.00 | $ 20,000.00 | 8.50 | $ 7,735.00 |
| 22 | Valuation | 5.00 | $ 4,000.00 | 0.00 | $ - |
| 23 | Discovery | 10.00 | $ 8,000.00 | 1.20 | $ 654.00 |
| 24 | Hearings | 10.00 | $ 8,000.00 | 24.80 | $ 20,285.50 |
| 26 | Claims Investigation | 5.00 | $ 3,000.00 | 0.00 | $ - |
| 27 | First Lien Investigation | 5.00 | $ 3,000.00 | 0.00 | $ - |
| 28 | Intercompany Claims | 5.00 | $ 3,000.00 | 0.00 | $ - |
| 29 | Other Motions/Applications | 5.00 | $ 3,000.00 | 0.40 | $ 314.00 |
| 30 | Schedules and Statements | 0.00 | $ - | 0.00 | $ - |
| 31 | Insurance | 0.00 | $ - | 0.00 | $ - |
| 32 | Time Entry Review | N/A | N/A | 0.00 | $ - |
| 33 | Fee Objection Discussion and Litigation | 0.00 | $ - | 0.00 | $ - |
| 34 | Mediation | 0.00 | $ - | 0.00 | $ - |
| | **Totals:** | **278.00** | **$ 210,000.00** | **101.40** | **$ 89,065.00** |

*In re Energy Future Holdings, Corp., et al.*
*Case No. 14-10979 (CSS)* — **EXHIBIT C-1 - April 2016**

| Task Code | Project Category | Estimated Hours | Estimated Fees |
|---|---|---|---|
| 1 | Asset Analysis and Recovery | 5.00 | $ 3,000.00 |
| 2 | Asset Disposition | 5.00 | $ 3,000.00 |
| 3 | Assumption and Rejection of Leases and Contracts | 5.00 | $ 600.00 |
| 4 | Avoidance Action Analysis | 5.00 | $ 4,000.00 |
| 5 | Budgeting (Case) | 3.00 | $ 2,400.00 |
| 6 | Business Operations | 5.00 | $ 3,000.00 |
| 7 | Case Administration | 25.00 | $ 15,000.00 |
| 8 | Claims Administration and Objections | 10.00 | $ 8,000.00 |
| 9 | Corporate Governance and Board Matters | 5.00 | $ 4,000.00 |
| 10 | Employee Benefits and Pensions | 5.00 | $ 4,000.00 |
| 11 | Employment and Fee Applications | 5.00 | $ 3,000.00 |
| 12 | Employment and Fee Application Objections | 5.00 | $ 4,000.00 |
| 13 | Financing and Cash Collateral | 5.00 | $ 4,000.00 |
| 14 | Other Litigation | 40.00 | $ 32,000.00 |
| 15 | Meetings and Communications with Creditors | 25.00 | $ 20,000.00 |
| 16 | Non-Working Travel | 5.00 | $ 4,000.00 |
| 17 | Plan and Disclosure Statement | 50.00 | $ 40,000.00 |
| 18 | Real Estate | 0.00 | $ - |
| 19 | Relief from Stay and Adequate Protecction | 5.00 | $ 4,000.00 |
| 21 | Tax | 20.00 | $ 20,000.00 |
| 22 | Valuation | 5.00 | $ 4,000.00 |
| 23 | Discovery | 10.00 | $ 8,000.00 |
| 24 | Hearings | 10.00 | $ 8,000.00 |
| 26 | Claims Investigation | 5.00 | $ 3,000.00 |
| 27 | First Lien Investigation | 5.00 | $ 3,000.00 |
| 28 | Intercompany Claims | 5.00 | $ 3,000.00 |
| 29 | Other Motions/Applications | 5.00 | $ 3,000.00 |
| 30 | Schedules and Statements | 0.00 | $ - |
| 31 | Insurance | 0.00 | $ - |
| 32 | Time Entry Review | N/A | N/A |
| 33 | Fee Objection Discussion and Litigation | 0.00 | $ - |
| 34 | Mediation | 0.00 | $ - |
| | **Totals:** | **278.00** | **$ 210,000.00** |

*In re Energy Future Holdings, Corp., et al.*
*Case No. 14-10979 (CSS)*     **EXHIBIT C-2 - April 2016**

| CATEGORY OF TIMEKEEPER | NUMBER OF TIMEKEEPERS EXPECTED TO WORK ON THE MATTER DURING THE BUDGET PERIOD | AVERAGE HOURLY RATE |
|---|---|---|
| Sr./Equity Partner/Shareholder | 7 | $ 1,038.00 |
| Of Counsel | 1 | $ 1,095.00 |
| Sr. Associate (7 or more years since first admission) | 3 | $ 756.00 |
| Associate (4-6 years since first admission) | 2 | $ 680.00 |
| Jr. Associate (1- 3 years since first admission) | 2 | $ 495.00 |
| Staff Attorney | 1 | $ 680.00 |
| Paralegal | 2 | $ 310.00 |
| eDiscovery Project Manager | 1 | $ 310.00 |

*In re Energy Future Holdings, Corp., et al.*
*Case No. 14-10979 (CSS)*         **EXHIBIT D-1 - April 2016**

| Task Code | Project Category | Hours Budgeted | Fees Budgeted | Hours Billed | Fees Sought |
|---|---|---|---|---|---|
| 1 | Asset Analysis and Recovery | 5.00 | $ 3,000.00 | 0.00 | $ - |
| 2 | Asset Disposition | 5.00 | $ 3,000.00 | 0.00 | $ - |
| 3 | Assumption and Rejection of Leases and Contracts | 5.00 | $ 600.00 | 0.00 | $ - |
| 4 | Avoidance Action Analysis | 5.00 | $ 4,000.00 | 0.00 | $ - |
| 5 | Budgeting (Case) | 3.00 | $ 2,400.00 | 0.00 | $ - |
| 6 | Business Operations | 5.00 | $ 3,000.00 | 0.00 | $ - |
| 7 | Case Administration | 25.00 | $ 15,000.00 | 6.80 | $ 2,244.00 |
| 8 | Claims Administration and Objections | 10.00 | $ 8,000.00 | 4.40 | $ 3,720.00 |
| 9 | Corporate Governance and Board Matters | 5.00 | $ 4,000.00 | 0.00 | $ - |
| 10 | Employee Benefits and Pensions | 5.00 | $ 4,000.00 | 0.00 | $ - |
| 11 | Employment and Fee Applications | 5.00 | $ 3,000.00 | 3.50 | $ 1,778.00 |
| 12 | Employment and Fee Application Objections | 5.00 | $ 4,000.00 | 0.00 | $ - |
| 13 | Financing and Cash Collateral | 5.00 | $ 4,000.00 | 0.00 | $ - |
| 14 | Other Litigation | 40.00 | $ 32,000.00 | 4.80 | $ 4,925.00 |
| 15 | Meetings and Communications with Creditors | 25.00 | $ 20,000.00 | 15.20 | $ 15,848.50 |
| 16 | Non-Working Travel | 5.00 | $ 4,000.00 | 0.00 | $ - |
| 17 | Plan and Disclosure Statement | 50.00 | $ 40,000.00 | 39.60 | $ 40,533.50 |
| 18 | Real Estate | 0.00 | $ - | 0.00 | $ - |
| 19 | Relief from Stay and Adequate Protecction | 5.00 | $ 4,000.00 | 0.00 | $ - |
| 21 | Tax | 20.00 | $ 20,000.00 | 2.00 | $ 1,831.00 |
| 22 | Valuation | 5.00 | $ 4,000.00 | 0.00 | $ - |
| 23 | Discovery | 10.00 | $ 8,000.00 | 0.00 | $ - |
| 24 | Hearings | 10.00 | $ 8,000.00 | 3.90 | $ 3,244.00 |
| 26 | Claims Investigation | 5.00 | $ 3,000.00 | 0.00 | $ - |
| 27 | First Lien Investigation | 5.00 | $ 3,000.00 | 0.00 | $ - |
| 28 | Intercompany Claims | 5.00 | $ 3,000.00 | 0.00 | $ - |
| 29 | Other Motions/Applications | 5.00 | $ 3,000.00 | 0.00 | $ - |
| 30 | Schedules and Statements | 0.00 | $ - | 0.00 | $ - |
| 31 | Insurance | 0.00 | $ - | 0.00 | $ - |
| 32 | Time Entry Review | N/A | N/A | 3.10 | $ 2,402.50 |
| 33 | Fee Objection Discussion and Litigation | 0.00 | $ - | 0.00 | $ - |
| 34 | Mediation | 0.00 | $ - | 0.00 | $ - |
| | **Totals:** | **278.00** | **$ 210,000.00** | **83.30** | **$ 76,526.50** |