**Exhibit B**

**Budget and Staffing Plan**

## Exhibit B-1

## January Budget and Staffing Plan

RLF1 14651227v.1

## Budget and Staffing Plan

### (For Matter Categories for the Period Beginning on January 1, 2016 and Ending on January 31, 2016)

**Budget**

| Matter Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted[1] |
|---|---|---|---|
| Applicable to All Debtors[2] | | | |
| 12 | Tax Analysis | 10 | $7,000.00 |
| 25 | Public Policy Advice | 2 | $1,500.00 |
| 30 | Employment and Fee Applications | 55 | $35,000.00 |
| 46 | Budgeting | 3 | $2,000.00 |
| Applicable to TCEH Debtors | | | |
| 4 | Litigation: Disputes and Potential Litigation with Aurelius | 0 | $0.00 |
| 8 | Litigation: FPL v. TXU (Texas Supreme Court) | 8 | $5,000.00 |
| 13 | Litigation: FOIA Disputes and EPA Matters | 0 | $0.00 |
| 18 | Litigation: NSR Case | 55 | $45,000.00 |
| 22 | Litigation: 2004 FPL Lawsuit | 0 | $0.00 |
| 23 | Litigation: 2011 FPL Lawsuit | 0 | $0.00 |
| 24 | Litigation: FPL Offer Curves Dispute | 0 | $0.00 |
| 41 | SEC Matters | 20 | $10,000.00 |
| 43 | Corporate Matters | 20 | $10,000.00 |
| 48 | TCEH Going Public Transactions | 300 | $200,000.00 |
| 49 | TCEH Notes Offering | 75 | $50,000.00 |
| 50 | Special M&A Matter | 300 | $200,000.00 |
| Applicable to EFIH Debtors | | | |
| 34 | SEC Matters | 20 | $10,000.00 |
| 35 | Corporate Matters | 20 | $10,000.00 |
| Applicable to EFH Debtors | | | |
| 31 | SEC Matters | 20 | $10,000.00 |
| 32 | Corporate Matters | 20 | $10,000.00 |
| **Total** | | | **$605,500.00** |

---

[1] Budgeted numbers do not necessarily amount to a 1:1 ratio because they reflect a blended hourly rate and a variable allocation of timekeepers and hours, depending on the needs for each matter number.

[2] Matter categories applicable to all Debtors will be allocated to each Debtor in the same proportion as the amount incurred by each Debtor to its direct benefit on a monthly basis in connection with Gibson Dunn's fee application.

**Staffing Plan**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter Categories During the Budget Period | Average Hourly Rate[3] |
|---|---|---|
| Partner | 14 | $920 |
| Of Counsel | 3 | $850 |
| Associate (4+ years since first admission) | 10 | $680 |
| Jr. Associate (1-3 years since first admission) | 8 | $610 |
| Paralegal | 2 | $380 |
| **Total Attorney** | 35 | **$690** |
| **Total Non-Attorney** | 2 | **$380** |
| **Total** | 37 | **$680** |

---

[3] The Average Hourly Rate is a weighted average based on the individual hourly rate of, matters worked on, and projected number of hours worked by, each timekeeper over the course of the Chapter 11 Cases.

# Exhibit B-2

## February Budget and Staffing Plan

## Budget and Staffing Plan

### (For Matter Categories for the Period Beginning on February 1, 2016 and Ending on February 29, 2016)

**Budget**

| Matter Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted[1] |
|---|---|---|---|
| Applicable to All Debtors[2] | | | |
| 12 | Tax Analysis | 10 | $7,000.00 |
| 25 | Public Policy Advice | 2 | $1,500.00 |
| 30 | Employment and Fee Applications | 20 | $13,000.00 |
| 46 | Budgeting | 3 | $2,000.00 |
| Applicable to TCEH Debtors | | | |
| 4 | Litigation: Disputes and Potential Litigation with Aurelius | 0 | $0.00 |
| 8 | Litigation: FPL v. TXU (Texas Supreme Court) | 8 | $5,000.00 |
| 13 | Litigation: FOIA Disputes and EPA Matters | 0 | $0.00 |
| 18 | Litigation: NSR Case | 85 | $69,000.00 |
| 22 | Litigation: 2004 FPL Lawsuit | 0 | $0.00 |
| 23 | Litigation: 2011 FPL Lawsuit | 0 | $0.00 |
| 24 | Litigation: FPL Offer Curves Dispute | 0 | $0.00 |
| 41 | SEC Matters | 20 | $10,000.00 |
| 43 | Corporate Matters | 20 | $10,000.00 |
| 48 | TCEH Going Public Transactions | 300 | $200,000.00 |
| 49 | TCEH Notes Offering | 75 | $50,000.00 |
| 50 | Project Longhorn | 150 | $100,000.00 |
| Applicable to EFIH Debtors | | | |
| 34 | SEC Matters | 20 | $10,000.00 |
| 35 | Corporate Matters | 20 | $10,000.00 |
| Applicable to EFH Debtors | | | |
| 31 | SEC Matters | 20 | $10,000.00 |
| 32 | Corporate Matters | 20 | $10,000.00 |
| **Total** | | | **$507,500.00** |

---

[1] Budgeted numbers do not necessarily amount to a 1:1 ratio because they reflect a blended hourly rate and a variable allocation of timekeepers and hours, depending on the needs for each matter number.

[2] Matter categories applicable to all Debtors will be allocated to each Debtor in the same proportion as the amount incurred by each Debtor to its direct benefit on a monthly basis in connection with Gibson Dunn's fee application.

2

**Staffing Plan**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter Categories During the Budget Period | Average Hourly Rate[3] |
|---|---|---|
| Partner | 14 | $920 |
| Of Counsel | 3 | $850 |
| Associate (4+ years since first admission) | 10 | $680 |
| Jr. Associate (1-3 years since first admission) | 8 | $610 |
| Paralegal | 2 | $380 |
| **Total Attorney** | 35 | **$690** |
| **Total Non-Attorney** | 2 | **$380** |
| **Total** | 37 | **$680** |

---

[3] The Average Hourly Rate is a weighted average based on the individual hourly rate of, matters worked on, and projected number of hours worked by, each timekeeper over the course of the Chapter 11 Cases.

**Exhibit B-3**

**March Budget and Staffing Plan**

**Budget and Staffing Plan**

**(For Matter Categories for the Period Beginning on March 1, 2016 and Ending on March 31, 2016)**

**Budget**

| Matter Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted[1] |
|---|---|---|---|
| Applicable to All Debtors[2] | | | |
| 12 | Tax Analysis | 10 | $7,000.00 |
| 25 | Public Policy Advice | 2 | $1,500.00 |
| 30 | Employment and Fee Applications | 15 | $9,000.00 |
| 46 | Budgeting | 3 | $2,000.00 |
| Applicable to TCEH Debtors | | | |
| 4 | Litigation: Disputes and Potential Litigation with Aurelius | 0 | $0.00 |
| 8 | Litigation: FPL v. TXU (Texas Supreme Court) | 8 | $5,000.00 |
| 13 | Litigation: FOIA Disputes and EPA Matters | 0 | $0.00 |
| 18 | Litigation: NSR Case | 155 | $125,000.00 |
| 22 | Litigation: 2004 FPL Lawsuit | 0 | $0.00 |
| 23 | Litigation: 2011 FPL Lawsuit | 0 | $0.00 |
| 24 | Litigation: FPL Offer Curves Dispute | 0 | $0.00 |
| 41 | SEC Matters | 20 | $10,000.00 |
| 43 | Corporate Matters | 20 | $10,000.00 |
| 48 | TCEH Going Public Transactions | 300 | $200,000.00 |
| 49 | TCEH Notes Offering | 75 | $50,000.00 |
| 50 | Project Longhorn | 150 | $100,000.00 |
| Applicable to EFIH Debtors | | | |
| 34 | SEC Matters | 20 | $10,000.00 |
| 35 | Corporate Matters | 20 | $10,000.00 |
| Applicable to EFH Debtors | | | |
| 31 | SEC Matters | 20 | $10,000.00 |
| 32 | Corporate Matters | 20 | $10,000.00 |
| **Total** | | | **$559,500.00** |

---

[1] Budgeted numbers do not necessarily amount to a 1:1 ratio because they reflect a blended hourly rate and a variable allocation of timekeepers and hours, depending on the needs for each matter number.

[2] Matter categories applicable to all Debtors will be allocated to each Debtor in the same proportion as the amount incurred by each Debtor to its direct benefit on a monthly basis in connection with Gibson Dunn's fee application.

**Staffing Plan**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter Categories During the Budget Period | Average Hourly Rate[3] |
|---|---|---|
| Partner | 14 | $920 |
| Of Counsel | 3 | $850 |
| Associate (4+ years since first admission) | 10 | $680 |
| Jr. Associate (1-3 years since first admission) | 8 | $610 |
| Paralegal | 2 | $380 |
| **Total Attorney** | 35 | **$690** |
| **Total Non-Attorney** | 2 | **$380** |
| **Total** | 37 | **$680** |

---

[3] The Average Hourly Rate is a weighted average based on the individual hourly rate of, matters worked on, and projected number of hours worked by, each timekeeper over the course of the Chapter 11 Cases.

# **Exhibit B-4**

## **April Budget and Staffing Plan**

## Budget and Staffing Plan

### (For Matter Categories for the Period Beginning on April 1, 2016 and Ending on April 30, 2016)

**Budget**

| Matter Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted[1] |
|---|---|---|---|
| Applicable to All Debtors[2] | | | |
| 12 | Tax Analysis | 10 | $7,000.00 |
| 25 | Public Policy Advice | 2 | $1,500.00 |
| 30 | Employment and Fee Applications | 15 | $9,000.00 |
| 46 | Budgeting | 3 | $2,000.00 |
| Applicable to TCEH Debtors | | | |
| 4 | Litigation: Disputes and Potential Litigation with Aurelius | 0 | $0.00 |
| 8 | Litigation: FPL v. TXU (Texas Supreme Court) | 8 | $5,000.00 |
| 13 | Litigation: FOIA Disputes and EPA Matters | 0 | $0.00 |
| 18 | Litigation: NSR Case | 155 | $125,000.00 |
| 22 | Litigation: 2004 FPL Lawsuit | 0 | $0.00 |
| 23 | Litigation: 2011 FPL Lawsuit | 0 | $0.00 |
| 24 | Litigation: FPL Offer Curves Dispute | 0 | $0.00 |
| 41 | SEC Matters | 20 | $10,000.00 |
| 43 | Corporate Matters | 20 | $10,000.00 |
| 48 | TCEH Going Public Transactions | 300 | $200,000.00 |
| 49 | TCEH Notes Offering | 75 | $50,000.00 |
| 50 | Project Longhorn | 75 | $50,000.00 |
| 51 | Project River | 10 | $6,500.00 |
| 52 | Project Titan | 70 | $52,500.00 |
| Applicable to EFIH Debtors | | | |
| 34 | SEC Matters | 20 | $10,000.00 |
| 35 | Corporate Matters | 20 | $10,000.00 |
| Applicable to EFH Debtors | | | |
| 31 | SEC Matters | 20 | $10,000.00 |
| 32 | Corporate Matters | 20 | $10,000.00 |
| **Total** | | | **$568,500.00** |

---

[1] Budgeted numbers do not necessarily amount to a 1:1 ratio because they reflect a blended hourly rate and a variable allocation of timekeepers and hours, depending on the needs for each matter number.

[2] Matter categories applicable to all Debtors will be allocated to each Debtor in the same proportion as the amount incurred by each Debtor to its direct benefit on a monthly basis in connection with Gibson Dunn's fee application.

RLF1 14651227v.1

**Staffing Plan**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter Categories During the Budget Period | Average Hourly Rate[3] |
|---|---|---|
| Partner | 14 | $920 |
| Of Counsel | 3 | $850 |
| Associate (4+ years since first admission) | 10 | $680 |
| Jr. Associate (1-3 years since first admission) | 8 | $610 |
| Paralegal | 2 | $380 |
| **Total Attorney** | 35 | **$690** |
| **Total Non-Attorney** | 2 | **$380** |
| **Total** | 37 | **$680** |

---

[3] The Average Hourly Rate is a weighted average based on the individual hourly rate of, matters worked on, and projected number of hours worked by, each timekeeper over the course of the Chapter 11 Cases.