# Exhibit D

## Summary of Total Fees Incurred and Hours Billed During the Fee Period

RLF1 14651227v.1

**Attorneys and Paraprofessionals' Information**

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Fee Application | Hours Billed In this Fee Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Fee Application at First Interim Fee Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Fee Application | In the First Interim Fee Application | |
| William B. Dawson** | Partner | Litigation | TX – 1975 | $28,214.50 | 26.6 | 2 | $1,030.00 | $925.00 | $24,605.00 |
| Andrew L. Fabens | Partner | Corporate | NY – 2001 | $13,310.00 | 12.1 | 1 | $1,100.00 | N/A | N/A |
| Stacie B. Fletcher* | Partner | Litigation | VA – 2006 DC – 2007 | $805.50 | 0.9 | 0 | $895.00 | N/A | N/A |
| Robert B. Little** | Partner | Corporate | TX – 1998 | $119,395.50 | 135.2 | 2 | $875.00 | $790.00 | $106,808.00 |
| Joseph Kattan | Partner | Litigation | DC – 1980 | $7,828.00 | 7.6 | 1 | $1,030.00 | N/A | N/A |
| Michael L. Raiff** | Partner | Litigation | TX – 1992 | $44,052.50 | 45.4 | 2 | $930.00 | $840.00 | $28,980.00 |
| David L. Sinak | Partner | Tax | TX – 1979 | $3,885.00 | 3.5 | 2 | $1,110.00 | N/A | N/A |
| Lori I. Zyskowski* | Partner | Corporate | CT – 1996 NY – 1998 | $682.50 | 0.7 | 0 | $975.00 | N/A | N/A |
| Andrew Cline | Of Counsel | Litigation | DC – 2000 | $5,289.50 | 7.1 | 1 | $745.00 | N/A | N/A |
| Ashley E. Johnson | Of Counsel | Litigation | NC – 2007 TX – 2009 | $715.00 | 1.0 | 2 | $715.00 | $740.00 | $630.00 |
| Eric M. Scarazzo | Of Counsel | Corporate | NY – 2006 | $13,338.00 | 15.6 | 0 | $855.00 | N/A | N/A |
| Matthew G. Bouslog | Associate | Bankruptcy | CA – 2011 | $11,340.00 | 16.8 | 2 | $675.00 | $555.00 | $9,324.00 |
| Caitlin A. Calloway** | Associate | Corporate | TX – 2012 | $15,298.00 | 26.8 | 2 | $560.00 | $435.00 | $11,658.00 |
| Michael Q. Cannon | Associate | Tax | TX – 2012 | $10,465.00 | 16.1 | 2 | $650.00 | N/A | N/A |
| Douglas M. Champion | Associate | Real Estate | CA – 2006 | $605.50 | 0.7 | 1 | $865.00 | N/A | N/A |
| Mark H. Dreschler | Associate | Unassigned | CA – 2014 | $588.50 | 1.1 | 1 | $535.00 | N/A | N/A |
| Russell H. Falconer** | Associate | Litigation | TX – 2009 | $24,355.00 | 35.7 | 2 | $650.00 | $535.00 | $22,453.00 |
| Timothy P. Fisher** | Associate | Unassigned | TX – 2013 | $84,260.00 | 157.3 | 1 | $535.00 | N/A | N/A |
| Krista P. Hanvey | Associate | Corporate | TX – 2009 | $4,466.00 | 5.8 | 1 | $770.00 | N/A | N/A |

RLF1 14651227v.1

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Fee Application | Hours Billed In this Fee Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Fee Application at First Interim Fee Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Fee Application | In the First Interim Fee Application | |
| Robert Nichols | Associate | Litigation | CA – 2012<br>DC – 2014 | $9,880.00 | 15.2 | 1 | $650.00 | N/A | N/A |
| William T. Thompson** | Associate | Litigation | TX – 2013 | $407.50 | 0.8 | 2 | $505.00 | N/A | N/A |
| Lauren A. Traina | Associate | Unassigned | CA – 2014 | $428.00 | 0.8 | 1 | $535.00 | N/A | N/A |
| Jennafer M. Tryck* | Associate | Litigation | AK – 2013<br>CA – 2013 | $390.00 | 0.6 | 0 | $650.00 | N/A | N/A |
| Needhi N. Vasavada | Associate | Unassigned | TX – 2014 | $10,608.00 | 22.1 | 1 | $480.00 | N/A | N/A |
| Elizabeth M. Viney** | Associate | Litigation | LA – 2011<br>TX – 2011 | $12,285.00 | 20.4 | 2 | $565.00 | $485.00 | $12,852.00 |
| Jonathan M. Whalen | Associate | Corporate | TX – 2009 | $116,235.00 | 172.2 | 2 | $675.00 | $575.00 | $99,015.00 |
| Rani Biswas | Law Clerk. Joined firm as a Law Clerk in 2007. | Unassigned | N/A | $2,376.50 | 9.7 | 1 | $245.00 | N/A | N/A |
| Duke K. Amponsah | Paralegal. Joined firm as a Paralegal in 2012. | Bankruptcy | N/A | $27,101.00 | 66.1 | 2 | $410.00 | $380.00 | $25,118.00 |
| Gaya K. Holman | Paralegal. Joined firm as a Paralegal in 2013. | Litigation | N/A | $731.50 | 1.9 | 2 | $385.00 | $355.00 | $674.50 |
| Louie S. Hopkins* | Paralegal. Joined firm as a Paralegal in 1998. | Corporate | N/A | $81.00 | 0.2 | 0 | $405.00 | N/A | N/A |
| Corey E. Green | eDiscovery Senior Analyst | Research and Information Management | N/A | $2,090.00 | 5.5 | 1 | $380.00 | N/A | N/A |
| Carla Jones* | Research Analyst. Joined firm in 1999. | Research and Information Management | N/A | $72.00 | 0.3 | 1 | $240.00 | N/A | N/A |
| Stephen S. Neal | eDiscovery Specialist | Research and Information Management | N/A | $1,174.50 | 2.9 | 1 | $405.00 | N/A | N/A |

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Fee Application | Hours Billed In this Fee Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Fee Application at First Interim Fee Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Fee Application | In the First Interim Fee Application | |
| | | | | | | | | | |
| **Voluntary Reduction** | | | | ($10,798.50) | | | | | |
| **TOTAL (professionals and paraprofessionals)** | | | | $561,955.50 | 834.7 | | | | |
| **TOTAL (professionals)** | | | | $533,441.50 | 757.8 | | | | |
| **TOTAL (paraprofessionals)** | | | | $28,514.00 | 76.9 | | | | |
| **Blended Rate (including paraprofessionals)** | | | | | | | $673.24 | $630.53*** | |
| **Blended Rate (excluding paraprofessionals)** | | | | | | | $703.93 | $665.03*** | |

\*  A large number of timekeepers billed relatively few hours during the Fee Period.  Gibson Dunn is sensitive to the concerns raised in the Guidelines with respect to transitory timekeepers, and Gibson Dunn has ensured that each timekeeper billing to the Debtors' matters is necessary and appropriate.  With respect to the senior attorneys billing few hours, each attorney advised on discreet issues that required his or her specialized knowledge and expertise.  With respect to junior attorneys and other paraprofessionals billing few hours, each timekeeper was utilized to assist in a cost-effective manner with discreet research, discovery, or drafting issues that did not require substantial familiarity with the facts of the respective matter.  Additionally, while many timekeepers did not bill a large number of hours in this Fee Period, all timekeepers, other than those indicated above, have billed a substantial number of hours prior to or subsequent to the Fee Period.  Although Gibson Dunn submits that it should be compensated for the work performed by each of its timekeepers, Gibson Dunn has agreed to voluntarily reduce its fees by $2,031.00 attributable to the specific timekeepers indicated above who have billed fewer than 15 hours in these Chapter 11 Cases.

\*\*  These timekeepers' fees were originally calculated at incorrect rates in the January Monthly Fee Statement.  The error was subsequently remedied, and based on the adjustment, Gibson Dunn has reduced its fees in the amount of $6,049.50 as compared to the amount listed in the January Monthly Fee Statement.

\*\*\* Calculated based on timekeepers who billed in the First Interim Fee Application.