# Exhibit E

**Summary of Actual and Necessary Expenses for the Fee Period**

**Summary of Actual and Necessary Expenses for the Fee Period**

| Expense | Amount |
|---|---:|
| Arbitrator/Special Master | $1,945.00 |
| Document Retrieval Service | $142.40 |
| Document Search And Retrieval | $416.50 |
| Filing Fees | $3,850.00 |
| In House Duplication | $170.30 |
| Meals | $179.55 |
| Messenger and Courier Expense | $9.64 |
| Outside Services/Consultants | $82,166.75 |
| Searches-(UCC & Others) | $205.95 |
| **Total** | **$89,086.09** |

RLF1 14651227v.1