# Exhibit F

## Summary of Fees and Expenses by Matter for the Fee Period

## Summary of Fees and Expenses by Matter for the Fee Period

| Matter Number | Project Category Description | Hours | | Total Compensation | | Expenses | Total |
|---|---|---|---|---|---|---|---|
| | | Budgeted | Billed | Budgeted | Billed | | |
| Applicable to All Debtors | | | | | | | |
| 12 | Tax Analysis | 40.0 | 4.1 | $28,000.00 | $3,355.00 | | |
| 25 | Public Policy Advice | 8.0 | 0.0 | $6,000.00 | $0.00 | | |
| 30 | Employment and Fee Applications | 105.0 | 83.9 | $66,000.00 | $39,302.00 | | |
| 46 | Budget-Related Work | 12.0 | 3.7 | $8,000.00 | $2,568.50 | | |
| Applicable to TCEH Debtors | | | | | | | |
| 8 | Litigation: FPL v. TXU (Texas Supreme Court) | 32.0 | 0.0 | $20,000.00 | $0.00 | | |
| 18 | Litigation: NSR Case | 450.0 | 125.8 | $364,000.00 | $105,410.00 | | |
| 24 | Litigation: FPL Offer Curves Dispute | 0.0 | 4.9 | $0.00 | $4,299.50 | | |
| 41 | SEC Matters | 80.0 | 0.0 | $40,000.00 | $0.00 | | |
| 42 | Expenses and Disbursements | 0.0 | 0.0 | | $0.00 | $89,084.29 | |
| 43 | Corporate Matters | 80.0 | 29.6 | $40,000.00 | $20,098.00 | | |
| 48 | TCEH Going Public Transactions | 1200.0 | 287.2 | $800,000.00 | $208,221.50 | | |
| 49 | TCEH Notes Offering | 300.0 | 0.8 | $200,000.00 | $700.00 | | |
| 50 | Project Longhorn | 675.0 | 247.4 | $450,000.00 | $153,064.50 | | |
| 51 | Project River | 10.0 | 0.0 | $6,500.00 | $0.00 | | |
| 52 | Project Titan | 70.0 | 19.2 | $52,500.00 | $14,342.00 | | |
| Applicable to EFIH Debtors | | | | | | | |
| 34 | SEC Matters | 80.0 | 0.0 | $40,000.00 | $0.00 | | |
| 35 | Corporate Matters | 80.0 | 0.0 | $40,000.00 | $0.00 | | |
| 39 | Expenses and Disbursements | | 0.0 | | $0.00 | $0.00 | |
| Applicable to EFH Debtors | | | | | | | |
| 31 | SEC Matters | 80.0 | 28.1 | $40,000.00 | $21,393.00 | | |
| 32 | Corporate Matters | 80.0 | 0.0 | $40,000.00 | $0.00 | | |
| 39 | Expenses and Disbursements | | 0.0 | | $0.00 | $1.80 | |
| Voluntary Reduction | | | | | ($10,798.50) | | |
| **Totals** | | **3,382.0** | **834.7** | **$2,241,000.00** | **$561,955.50** | **$89,086.09** | **$651,041.59** |