**<u>Exhibit G</u>**

**Detailed Description of Services Provided**

**Exhibit G-1**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**February 4, 2016**

**Invoice No. 2016022062**

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through January 31, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00012 | Tax Analysis | $   3,355.00 | $   0.00 | $   3,355.00 |
|  | **Totals** | $   3,355.00 | $   0.00 | $   3,355.00 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $   3,355.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**February 4, 2016**

**Invoice No. 2016022062**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through January 31, 2016**

|               |              | Services Rendered | Costs/ Charges | Totals |
|---------------|--------------|-------------------|----------------|--------|
| 92772-00012   | Tax Analysis | $   3,355.00      | $     0.00     | $   3,355.00 |
|               | **Totals**   | $   3,355.00      | $    0.00      | $   3,355.00 |
|               | **TOTAL OUTSTANDING BALANCE DUE** | | | $   3,355.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.
**Invoice Date: February 4, 2016**                                    **Invoice No. 2016022062**
**Due and Payable Upon Receipt**

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201

TAX ANALYSIS
92772-00012

---

For Services Rendered Through January 31, 2016

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| DAVID L. SINAK | 1.50 | $1,110.00 | $ 1,665.00 |
| MICHAEL Q. CANNON | 2.60 | 650.00 | 1,690.00 |
| **Total Services** | | | $ 3,355.00 |

**Total Services, Costs/Charges**  3,355.00

**BALANCE DUE**  $  3,355.00

TAX ANALYSIS
92772-00012

---

Detail Services:

01/27/16
1.10    CANNON, MICHAEL Q    $650.00    $715.00    REVIEW PROPOSED ███ ███ PROJECT (.5); REVIEW ██████ SLIDES (.6).

01/28/16
0.70    SINAK, DAVID L    $1,110.00    $777.00    REVIEW AND COMMENT ON ██████ TAX SLIDES.

0.90    CANNON, MICHAEL Q    $650.00    $585.00    ATTENTION TO TAX ISSUES RELATED TO PROPOSED ██████ TRANSACTION.

01/29/16
0.80    SINAK, DAVID L    $1,110.00    $888.00    REVISE TAX SLIDES AND TELEPHONE CONFERENCE REGARDING ██████ TAX ISSUES.

0.60    CANNON, MICHAEL Q    $650.00    $390.00    CALL WITH EFH TO DISCUSS PROPOSED ██████ FINANCING.

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**February 4, 2016**

**Invoice No. 2016043408**

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through January 31, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00018 | NSR Case 201300257 | $  30,948.50 | $      0.00 | $  30,948.50 |
|  | **Totals** | $  30,948.50 | $      0.00 | $  30,948.50 |
|  | **Current Balance Due** |  |  | $  30,948.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00018 | 06/30/15 | 2015061449 | $  9,008.30 | $      0.00 | $  9,008.30 |
| 92772-00018 | 07/13/15 | 2015071601 | 10,759.80 | 0.00 | 10,759.80 |
| 92772-00018 | 08/05/15 | 2015080671 | 14,029.50 | 0.00 | 14,029.50 |
| 92772-00018 | 09/04/15 | 2015091505 | 8,048.50 | 0.00 | 8,048.50 |
| 92772-00018 | 10/09/15 | 2015103687 | 7,182.10 | 0.00 | 7,182.10 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|-------------|-------------|----------|-------|-------------|
| 92772-00018 | 11/03/15 | 2015111604 | 3,270.90 | 0.00 | 3,270.90 |
| 92772-00018 | 12/09/15 | 2015123248 | 4,781.30 | 0.00 | 4,781.30 |
| 92772-00018 | 01/07/16 | 2016011206 | 1,079.70 | 0.00 | 1,079.70 |
| 92772-00018 | 03/04/16 | 2016043053 | 41,641.50 | 0.00 | 41,641.50 |
| 92772-00018 | 04/18/16 | 2016040936 | 14,287.00 | 0.00 | 14,287.00 |

**PREVIOUS BALANCE DUE**                                   $  114,088.60

**TOTAL OUTSTANDING BALANCE DUE**                          $  145,037.10

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**February 4, 2016**

**Invoice No. 2016043408**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through January 31, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00018 | NSR Case 201300257 | $  30,948.50 | $       0.00 | $  30,948.50 |
|  | **Totals** | $  30,948.50 | $   0.00 | $  30,948.50 |
|  | **Current Balance Due** |  |  | $  30,948.50 |

**<u>PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING</u>:**

| <u>Matter</u> | <u>Invoice Date</u> | <u>Invoice No.</u> | <u>Services</u> | <u>Costs</u> | <u>Balance Due</u> |
|---|---|---|---|---|---|
| 92772-00018 | 06/30/15 | 2015061449 | $  9,008.30 | $   0.00 | $  9,008.30 |

<u>Remit By Wire To:</u>
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

<u>Remit By Mail To:</u>
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: February 4, 2016**                                                           **Invoice No. 2016043408**

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|--------------|-------------|----------|-------|-------------|
| 92772-00018 | 07/13/15 | 2015071601 | 10,759.80 | 0.00 | 10,759.80 |
| 92772-00018 | 08/05/15 | 2015080671 | 14,029.50 | 0.00 | 14,029.50 |
| 92772-00018 | 09/04/15 | 2015091505 | 8,048.50 | 0.00 | 8,048.50 |
| 92772-00018 | 10/09/15 | 2015103687 | 7,182.10 | 0.00 | 7,182.10 |
| 92772-00018 | 11/03/15 | 2015111604 | 3,270.90 | 0.00 | 3,270.90 |
| 92772-00018 | 12/09/15 | 2015123248 | 4,781.30 | 0.00 | 4,781.30 |
| 92772-00018 | 01/07/16 | 2016011206 | 1,079.70 | 0.00 | 1,079.70 |
| 92772-00018 | 03/04/16 | 2016043053 | 41,641.50 | 0.00 | 41,641.50 |
| 92772-00018 | 04/18/16 | 2016040936 | 14,287.00 | 0.00 | 14,287.00 |

**PREVIOUS BALANCE DUE**                                          $ 114,088.60

**TOTAL OUTSTANDING BALANCE DUE**                         $ 145,037.10

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

NSR CASE
92772-00018

_____

For Services Rendered Through January 31, 2016

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| WILLIAM B. DAWSON | 7.10 | $1,030.00 | $ 7,313.00 |
| MICHAEL L. RAIFF | 14.50 | 930.00 | 13,485.00 |
| RUSSELL H. FALCONER | 9.50 | 650.00 | 6,175.00 |
| ELIZABETH M. VINEY | 6.90 | 565.00 | 3,898.50 |
| GAYA K. HOLMAN | 0.20 | 385.00 | 77.00 |

**Total Services**                                      $  30,948.50


**Total Services, Costs/Charges**                          30,948.50

**BALANCE DUE**                                         $   30,948.50

**Due and Payable Upon Receipt**

NSR CASE
92772-00018

---

Detail Services:

| Date | Hours | Name | Rate | Amount | Description |
|---|---|---|---|---|---|
| 01/04/16 | 0.60 | FALCONER, RUSSELL H | $650.00 | $390.00 | WORK ON ▉ MOTION. |
| 01/05/16 | 1.70 | RAIFF, MICHAEL L | $930.00 | $1,581.00 | WORK ON BRIEF IN RESPONSE ▉ (1.0); PARTICIPATE IN CONFERENCE CALL (0.7). |
| | 2.80 | FALCONER, RUSSELL H | $650.00 | $1,820.00 | REVISE AND EDIT RESPONSE ▉ AND CORRESPOND WITH TEAM REGARDING SAME (1.9); PARTICIPATE IN CONFERENCE CALL (0.7); CORRESPONDENCE (0.2). |
| | 0.20 | VINEY, ELIZABETH M | $565.00 | $113.00 | PARTICIPATE IN CALL. |
| 01/06/16 | 0.60 | RAIFF, MICHAEL L | $930.00 | $558.00 | WORK ON BRIEF ▉ AND RELATED COMMUNICATIONS. |
| | 0.30 | FALCONER, RUSSELL H | $650.00 | $195.00 | PERFORM FINAL READ OF RESPONSE ▉. |
| 01/12/16 | 0.20 | DAWSON, WILLIAM B | $1,030.00 | $206.00 | PARTICIPATE IN CONFERENCE CALL. |
| | 0.20 | FALCONER, RUSSELL H | $650.00 | $130.00 | PARTICIPATE IN CONFERENCE CALL. |
| 01/19/16 | 0.50 | DAWSON, WILLIAM B | $1,030.00 | $515.00 | PREPARE FOR AND PARTICIPATE IN CONFERENCE CALL. |
| | 1.00 | RAIFF, MICHAEL L | $930.00 | $930.00 | WORK ON CASE SCHEDULING ISSUES AND COORDINATE MEDIATION (0.7); PARTICIPATE IN CALL WITH CLIENTS (0.3). |
| | 0.20 | FALCONER, RUSSELL H | $650.00 | $130.00 | PARTICIPATE IN CONFERENCE CALL. |

| | | | | |
|---|---|---|---|---|
| 0.20 | VINEY, ELIZABETH M | $565.00 | $113.00 | PARTICIPATE IN CONFERENCE CALL. |

**01/20/16**

| | | | | |
|---|---|---|---|---|
| 0.30 | DAWSON, WILLIAM B | $1,030.00 | $309.00 | MEDIATION WORK. |
| 1.20 | RAIFF, MICHAEL L | $930.00 | $1,116.00 | WORK ON MEDIATION EFFORTS, COORDINATING, AND SCHEDULING (1.0); WORK ON PROTECTIVE ORDER AND RELATED COMMUNICATIONS (0.2). |

**01/21/16**

| | | | | |
|---|---|---|---|---|
| 0.50 | RAIFF, MICHAEL L | $930.00 | $465.00 | ATTENTION TO ███ REPLY BRIEF (0.3); WORK ON MEDIATION COORDINATION (0.2). |
| 0.20 | FALCONER, RUSSELL H | $650.00 | $130.00 | STUDY ███ REPLY AND PREPARE FOR MEETING. |
| 0.30 | VINEY, ELIZABETH M | $565.00 | $169.50 | PREPARE FOR MEETING. |
| 0.10 | HOLMAN, GAYA K | $385.00 | $38.50 | REVIEW AND ORGANIZE REPLY ███ AND APPENDIX IN SUPPORT ███ ███ FOR ATTORNEY REVIEW AND ANALYSIS. |

**01/22/16**

| | | | | |
|---|---|---|---|---|
| 5.00 | DAWSON, WILLIAM B | $1,030.00 | $5,150.00 | PREPARE FOR MEETING. |
| 6.00 | RAIFF, MICHAEL L | $930.00 | $5,580.00 | PREPARE FOR AND MEET WITH LEGAL TEAM (4.0); REVIEW MATERIALS (1.0); ATTENTION TO MATTERS (0.5); MULTIPLE COMMUNICATIONS REGARDING MEDIATION (0.5). |
| 4.20 | FALCONER, RUSSELL H | $650.00 | $2,730.00 | PREPARE FOR AND ATTEND ███ MEETING (4.0); CORRESPONDENCE REGARDING MEDIATION (0.2). |
| 5.40 | VINEY, ELIZABETH M | $565.00 | $3,051.00 | PREPARE FOR MEETING (1.5); PARTICIPATE IN MEETING (3.9). |

**01/25/16**

| | | | | |
|---|---|---|---|---|
| 0.80 | RAIFF, MICHAEL L | $930.00 | $744.00 | WORK ON MEDIATION EFFORTS, SCHEDULING, ███ |

| | | | | |
|---|---|---|---|---|
| 0.50 | VINEY, ELIZABETH M | $565.00 | $282.50 | RESEARCH REGARDING MEDIATION. |

**01/26/16**

| | | | | |
|---|---|---|---|---|
| 0.30 | DAWSON, WILLIAM B | $1,030.00 | $309.00 | PARTICIPATE IN CALL WITH CLIENTS. |
| 0.80 | RAIFF, MICHAEL L | $930.00 | $744.00 | PARTICIPATE IN CALL WITH CLIENTS (0.5); WORK ON MEDIATION EFFORTS AND RELATED COMMUNICATIONS (0.3). |
| 0.50 | FALCONER, RUSSELL H | $650.00 | $325.00 | PARTICIPATE IN CONFERENCE CALL. |
| 0.30 | VINEY, ELIZABETH M | $565.00 | $169.50 | PARTICIPATE IN CALL. |

**01/27/16**

| | | | | |
|---|---|---|---|---|
| 0.80 | DAWSON, WILLIAM B | $1,030.00 | $824.00 | REVIEW AND COMMUNICATIONS RE COURT'S ORDER DENYING STAY FOR APPEAL. |
| 0.70 | RAIFF, MICHAEL L | $930.00 | $651.00 | WORK ON PROTECTIVE ORDER ISSUES AND COMMUNICATIONS (0.5); ATTENTION TO AND COMMUNICATIONS REGARDING R. 54B RULING (0.2). |
| 0.30 | FALCONER, RUSSELL H | $650.00 | $195.00 | CORRESPONDENCE REGARDING DENIAL OF RULE 54(B) MOTION AND MEDIATION. |
| 0.10 | HOLMAN, GAYA K | $385.00 | $38.50 | REVIEW AND ORGANIZE ORDER DENYING PLAINTIFF'S MOTION FOR ENTRY JUDGMENT FOR ATTORNEY REFERENCE. |

**01/28/16**

| | | | | |
|---|---|---|---|---|
| 0.20 | RAIFF, MICHAEL L | $930.00 | $186.00 | FOLLOW-UP ON MEDIATION ISSUES AND PROTECTIVE ORDER AND RELATED COMMUNICATIONS. |

**01/29/16**

| | | | | |
|---|---|---|---|---|
| 1.00 | RAIFF, MICHAEL L | $930.00 | $930.00 | WORK ON MEDIATION STRATEGIES AND SCHEDULING, ▮▮▮▮ ▮▮▮▮▮▮ AND RELATED COMMUNICATIONS. |

| 0.20 | FALCONER, RUSSELL H | $650.00 | $130.00 | CORRESPOND AND CONFER REGARDING STRATEGY FOR MEDIATION. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**February 4, 2016**

**Invoice No. 2016043410**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through January 31, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00030 | Retention/Fee Applications | $   20,627.50 | $        0.00 | $   20,627.50 |
|  | **Totals** | $   20,627.50 | $      0.00 | $   20,627.50 |
|  | **Current Balance Due** |  |  | $   20,627.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00030 | 06/30/15 | 2015061442 | $   2,926.00 | $      0.00 | $   2,926.00 |
| 92772-00030 | 07/20/15 | 2015072807 | 4,089.30 | 0.00 | 4,089.30 |
| 92772-00030 | 08/11/15 | 2015081583 | 1,560.20 | 0.00 | 1,560.20 |
| 92772-00030 | 09/12/15 | 2015093338 | 1,335.60 | 0.00 | 1,335.60 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|--------------|-------------|----------|-------|-------------|
| 92772-00030 | 10/09/15 | 2015100998 | 4,884.80 | 0.00 | 4,884.80 |
| 92772-00030 | 11/07/15 | 2015112641 | 1,940.90 | 0.00 | 1,940.90 |
| 92772-00030 | 12/09/15 | 2015123262 | 1,300.80 | 0.00 | 1,300.80 |
| 92772-00030 | 01/11/16 | 2016011849 | 1,086.00 | 0.00 | 1,086.00 |
| 92772-00030 | 03/04/16 | 2016032036 | 6,993.00 | 0.00 | 6,993.00 |
| 92772-00030 | 04/18/16 | 2016043059 | 5,337.00 | 0.00 | 5,337.00 |

**PREVIOUS BALANCE DUE**                                    $  31,453.60

**TOTAL OUTSTANDING BALANCE DUE**                          $  52,081.10

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**February 4, 2016**

**Invoice No. 2016043410**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through January 31, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00030 | Retention/Fee Applications | $  20,627.50 | $     0.00 | $  20,627.50 |
|  | **Totals** | $  20,627.50 | $   0.00 | $  20,627.50 |
|  | **Current Balance Due** |  |  | $  20,627.50 |

**<u>PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING</u>:**

| <u>Matter</u> | <u>Invoice Date</u> | <u>Invoice No.</u> | <u>Services</u> | <u>Costs</u> | <u>Balance Due</u> |
|---|---|---|---|---|---|

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: February 4, 2016**                                              **Invoice No. 2016043410**
**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|-------------|-------------|----------|-------|-------------|
| 92772-00030 | 06/30/15 | 2015061442 | $  2,926.00 | $  0.00 | $  2,926.00 |
| 92772-00030 | 07/20/15 | 2015072807 | 4,089.30 | 0.00 | 4,089.30 |
| 92772-00030 | 08/11/15 | 2015081583 | 1,560.20 | 0.00 | 1,560.20 |
| 92772-00030 | 09/12/15 | 2015093338 | 1,335.60 | 0.00 | 1,335.60 |
| 92772-00030 | 10/09/15 | 2015100998 | 4,884.80 | 0.00 | 4,884.80 |
| 92772-00030 | 11/07/15 | 2015112641 | 1,940.90 | 0.00 | 1,940.90 |
| 92772-00030 | 12/09/15 | 2015123262 | 1,300.80 | 0.00 | 1,300.80 |
| 92772-00030 | 01/11/16 | 2016011849 | 1,086.00 | 0.00 | 1,086.00 |
| 92772-00030 | 03/04/16 | 2016032036 | 6,993.00 | 0.00 | 6,993.00 |
| 92772-00030 | 04/18/16 | 2016043059 | 5,337.00 | 0.00 | 5,337.00 |

**PREVIOUS BALANCE DUE**  $  31,453.60

**TOTAL OUTSTANDING BALANCE DUE**  $  52,081.10

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

RETENTION/FEE APPLICATIONS
92772-00030

_____

For Services Rendered Through January 31, 2016

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| MICHAEL L. RAIFF | 1.80 | $ 930.00 | $ 1,674.00 |
| JONATHAN M. WHALEN | 0.30 | 675.00 | 202.50 |
| RUSSELL H. FALCONER | 0.40 | 650.00 | 260.00 |
| MATTHEW G. BOUSLOG | 7.80 | 675.00 | 5,265.00 |
| TIMOTHY P. FISHER | 1.30 | 535.00 | 695.50 |
| WILLIAM T. THOMPSON | 0.70 | 505.00 | 353.50 |
| DUKE K. AMPONSAH | 29.70 | 410.00 | 12,177.00 |

**Total Services** $ 20,627.50

**Total Services, Costs/Charges** 20,627.50

**BALANCE DUE** $  20,627.50

**Due and Payable Upon Receipt**

RETENTION/FEE APPLICATIONS
92772-00030

---

Detail Services:

**01/05/16**

| | | | | |
|---|---|---|---|---|
| 1.20 | AMPONSAH, DUKE K | $410.00 | $492.00 | PREPARE PRELIMINARY DRAFT OF DECEMBER 2015 MONTHLY FEE STATEMENT. |

**01/07/16**

| | | | | |
|---|---|---|---|---|
| 0.80 | AMPONSAH, DUKE K | $410.00 | $328.00 | REVIEW DECEMBER 2015 PREBILLS FOR COMPLIANCE WITH UST GUIDELINES. |

**01/11/16**

| | | | | |
|---|---|---|---|---|
| 0.30 | BOUSLOG, MATTHEW G | $675.00 | $202.50 | EMAILS WITH D. AMPONSAH REGARDING FEE APPLICATION. |
| 3.00 | AMPONSAH, DUKE K | $410.00 | $1,230.00 | PREPARE WORK ON EXHIBITS TO FIFTH INTERIM FEE APPLICATION (1.8); EMAILS WITH M. BOUSLOG RE SAME (.3); REVIEW DECEMBER 2015 PREBILLS FOR COMPLIANCE WITH UST GUIDELINES (.9). |

**01/12/16**

| | | | | |
|---|---|---|---|---|
| 0.10 | BOUSLOG, MATTHEW G | $675.00 | $67.50 | EMAILS WITH D. AMPONSAH REGARDING FEE APPLICATION. |
| 1.90 | AMPONSAH, DUKE K | $410.00 | $779.00 | REVIEW DECEMBER 2015 PREBILLS FOR COMPLIANCE WITH UST GUIDELINES (0.5); PREPARE DRAFT OF DECEMBER 2015 MONTHLY FEE STATEMENT (1.3); EMAILS WITH M. BOUSLOG RE SAME (.1). |

**01/13/16**

| | | | | |
|---|---|---|---|---|
| 0.70 | BOUSLOG, MATTHEW G | $675.00 | $472.50 | REVIEW AND REVISE FEE STATEMENT (0.3); CALL WITH D. AMPONSAH REGARDING SAME (0.1); EMAILS WITH D. AMPONSAH REGARDING SAME (0.1); EMAILS WITH R. LITTLE, B. DAWSON, M. RAIFF, J. HO AND D. AMPONSAH REGARDING FEE APPLICATION (0.2). |

| | | | | |
|---|---|---|---|---|
| 2.70 | AMPONSAH, DUKE K | $410.00 | $1,107.00 | REVISE DRAFT OF DECEMBER 2015 MONTHLY FEE STATEMENT (1.2); PREPARE BUDGET EXHIBIT FOR FIFTH INTERIM FEE APPLICATION (1.1); CONFER WITH M. BOUSLOG REGARDING SAME (0.4). |

**01/14/16**

| | | | | |
|---|---|---|---|---|
| 1.40 | BOUSLOG, MATTHEW G | $675.00 | $945.00 | DRAFT FEE APPLICATION (1); CALL WITH D. AMPONSAH REGARDING SAME (0.1); EMAILS WITH D. AMPONSAH, A. JOHNSON, J. WHALEN AND R. FALCONER REGARDING SAME (0.2); REVIEW CNO REGARDING FEE STATEMENT (0.1). |
| 2.10 | AMPONSAH, DUKE K | $410.00 | $861.00 | REVISE DRAFT OF DECEMBER 2015 MONTHLY FEE STATEMENT (0.6); PREPARE BUDGET EXHIBIT FOR FIFTH INTERIM FEE APPLICATION (0.3); PREPARE DRAFT OF EXHIBIT C TO NOVEMBER 2015 MONTHLY FEE STATEMENT CNO AND NOVEMBER 2015 MFIS (0.8); CONFER WITH M. BOUSLOG REGARDING SAME (0.4). |

**01/15/16**

| | | | | |
|---|---|---|---|---|
| 0.20 | BOUSLOG, MATTHEW G | $675.00 | $135.00 | EMAILS WITH G. MOOR, D. AMPONSAH AND J. MADRON REGARDING FEE STATEMENT. |
| 3.00 | AMPONSAH, DUKE K | $410.00 | $1,230.00 | REVISE DRAFT OF DECEMBER 2015 MONTHLY FEE STATEMENT (0.7); CREATE DRAFT OF FIFTH INTERIM FEE APPLICATION (2.3). |

**01/19/16**

| | | | | |
|---|---|---|---|---|
| 1.80 | RAIFF, MICHAEL L | $930.00 | $1,674.00 | WORK ON FEE APPLICATION AND REDACTIONS FOR BILLS. |
| 0.10 | BOUSLOG, MATTHEW G | $675.00 | $67.50 | EMAILS WITH M. RAIFF AND D. AMPONSAH REGARDING FEE APPLICATION. |

| | | | | |
|---|---|---|---|---|
| 3.50 | AMPONSAH, DUKE K | $410.00 | $1,435.00 | REVISE DRAFT OF FIFTH INTERIM FEE APPLICATION (2.4); PREPARE REDACTIONS OF ELECTRONIC INVOICES (1.1). |

01/20/16

| | | | | |
|---|---|---|---|---|
| 0.40 | FALCONER, RUSSELL H | $650.00 | $260.00 | PREPARE MATTER SUMMARY FOR NSR CASE. |
| 0.20 | BOUSLOG, MATTHEW G | $675.00 | $135.00 | EMAILS WITH R. LITTLE REGARDING FEE STATEMENT (0.1); EMAILS WITH W. THOMPSON AND R. FALCONER REGARDING FEE APPLICATION (0.1). |
| 0.70 | THOMPSON, WILLIAM T | $505.00 | $353.50 | REVIEW AND SUMMARIZE WORK FOR FEE APPLICATION. |
| 2.50 | AMPONSAH, DUKE K | $410.00 | $1,025.00 | REVISE DRAFT OF FIFTH INTERIM FEE APPLICATION. |

01/21/16

| | | | | |
|---|---|---|---|---|
| 0.10 | BOUSLOG, MATTHEW G | $675.00 | $67.50 | EMAILS WITH J. MADRON REGARDING FEE STATEMENT. |
| 0.90 | AMPONSAH, DUKE K | $410.00 | $369.00 | REVISE DRAFT OF FIFTH INTERIM FEE APPLICATION. |

01/22/16

| | | | | |
|---|---|---|---|---|
| 0.30 | WHALEN, JONATHAN M | $675.00 | $202.50 | DRAFT EMAILS REGARDING FEE APPLICATION. |
| 0.10 | BOUSLOG, MATTHEW G | $675.00 | $67.50 | EMAILS WITH J. WHALEN REGARDING FEE APPLICATION. |
| 1.30 | FISHER, TIMOTHY P | $535.00 | $695.50 | PREPARE FEE APPLICATION FOR CORPORATE MATTERS. |

01/25/16

| | | | | |
|---|---|---|---|---|
| 0.90 | BOUSLOG, MATTHEW G | $675.00 | $607.50 | DRAFT FEE APPLICATION (0.7); CALLS WITH D. AMPONSAH REGARDING SAME (0.2). |
| 2.60 | AMPONSAH, DUKE K | $410.00 | $1,066.00 | REVISE DRAFT OF FIFTH INTERIM FEE APPLICATION. |
| 0.90 | AMPONSAH, DUKE K | $410.00 | $369.00 | REVISE DRAFT OF FIFTH INTERIM FEE APPLICATION. |

01/26/16

| | | | | |
|---|---|---|---|---|
| 0.80 | BOUSLOG, MATTHEW G | $675.00 | $540.00 | DRAFT FEE APPLICATION. |

| | | | | |
|---|---|---|---|---|
| 1.60 | AMPONSAH, DUKE K | $410.00 | $656.00 | REVISE DRAFT OF FIFTH INTERIM FEE APPLICATION. |
| 01/27/16 2.90 | BOUSLOG, MATTHEW G | $675.00 | $1,957.50 | DRAFT FEE APPLICATION (2.5); CALL WITH D. AMPONSAH REGARDING SAME (0.1); EMAILS WITH R. LITTLE AND D. AMPONSAH REGARDING SAME (0.3). |
| 01/28/16 1.30 | AMPONSAH, DUKE K | $410.00 | $533.00 | REVISE FIFTH INTERIM FEE APPLICATION. |
| 01/29/16 1.70 | AMPONSAH, DUKE K | $410.00 | $697.00 | REVISE FIFTH INTERIM FEE APPLICATION (1.3); UPLOAD DECEMBER 2015 MONTHLY FEE STATEMENT TO SHARED WEBSITE (0.4). |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**February 4, 2016**

**Invoice No. 2016043417**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through January 31, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00031 | EFH SEC Matters | $    8,424.50 | $    0.00 | $   8,424.50 |
|  | **Totals** | $    8,424.50 | $    0.00 | $   8,424.50 |
|  | **Current Balance Due** |  |  | $   8,424.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00031 | 06/30/15 | 2015061443 | $    233.80 | $    0.00 | $    233.80 |
| 92772-00031 | 07/20/15 | 2015072808 | 684.70 | 0.00 | 684.70 |
| 92772-00031 | 08/11/15 | 2015081584 | 2,496.30 | 0.00 | 2,496.30 |
| 92772-00031 | 09/12/15 | 2015093339 | 3,223.10 | 0.00 | 3,223.10 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|--------------|-------------|----------|-------|-------------|
| 92772-00031 | 10/09/15 | 2015100999 | 2,516.90 | 0.00 | 2,516.90 |
| 92772-00031 | 11/07/15 | 2015112642 | 1,326.70 | 0.00 | 1,326.70 |
| 92772-00031 | 12/09/15 | 2015123263 | 1,576.30 | 0.00 | 1,576.30 |
| 92772-00031 | 01/11/16 | 2016011850 | 2,858.00 | 0.00 | 2,858.00 |
| 92772-00031 | 03/04/16 | 2016032037 | 8,923.00 | 0.00 | 8,923.00 |

**PREVIOUS BALANCE DUE**  $  23,838.80

**TOTAL OUTSTANDING BALANCE DUE**  $  32,263.30

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**February 4, 2016**

**Invoice No. 2016043417**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through January 31, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00031 | EFH SEC Matters | $   8,424.50 | $      0.00 | $   8,424.50 |
|  | **Totals** | $   8,424.50 | $      0.00 | $   8,424.50 |
|  | **Current Balance Due** |  |  | $   8,424.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: February 4, 2016**                                    **Invoice No. 2016043417**

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|--------------|-------------|----------|-------|-------------|
| 92772-00031 | 06/30/15 | 2015061443 | $ 233.80 | $ 0.00 | $ 233.80 |
| 92772-00031 | 07/20/15 | 2015072808 | 684.70 | 0.00 | 684.70 |
| 92772-00031 | 08/11/15 | 2015081584 | 2,496.30 | 0.00 | 2,496.30 |
| 92772-00031 | 09/12/15 | 2015093339 | 3,223.10 | 0.00 | 3,223.10 |
| 92772-00031 | 10/09/15 | 2015100999 | 2,516.90 | 0.00 | 2,516.90 |
| 92772-00031 | 11/07/15 | 2015112642 | 1,326.70 | 0.00 | 1,326.70 |
| 92772-00031 | 12/09/15 | 2015123263 | 1,576.30 | 0.00 | 1,576.30 |
| 92772-00031 | 01/11/16 | 2016011850 | 2,858.00 | 0.00 | 2,858.00 |
| 92772-00031 | 03/04/16 | 2016032037 | 8,923.00 | 0.00 | 8,923.00 |

**PREVIOUS BALANCE DUE**  $ 23,838.80

**TOTAL OUTSTANDING BALANCE DUE**  $ 32,263.30

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201


EFH SEC MATTERS
92772-00031

_____

For Services Rendered Through January 31, 2016

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| ROBERT B. LITTLE | 1.60 | $ 875.00 | $ 1,400.00 |
| KRISTA P. HANVEY | 3.60 | 770.00 | 2,772.00 |
| JONATHAN M. WHALEN | 6.30 | 675.00 | 4,252.50 |
| **Total Services** | | | $ 8,424.50 |


| | |
|---|---|
| **Total Services, Costs/Charges** | 8,424.50 |
| **BALANCE DUE** | $  8,424.50 |

EFH SEC MATTERS
92772-00031

---

Detail Services:

| 01/14/16 | | | | | |
|---|---|---|---|---|---|
| 0.30 | LITTLE, ROBERT B | $875.00 | $262.50 | REVIEW AND REVISE FORM 8-K FOR DIP EXTENSION. |
| 01/21/16 | | | | | |
| 3.20 | HANVEY, KRISTA P | $770.00 | $2,464.00 | REVIEW AND REVISE DRAFT 10-K DISCLOSURE (3.1); EMAIL CORRESPONDENCE WITH R. LITTLE AND A. BURTON REGARDING SAME (0.1). |
| 01/22/16 | | | | | |
| 0.20 | HANVEY, KRISTA P | $770.00 | $154.00 | PHONE CORRESPONDENCE WITH A. BURTON REGARDING EXECUTIVE COMPENSATION DISCLOSURE REQUIREMENTS. |
| 01/25/16 | | | | | |
| 0.40 | LITTLE, ROBERT B | $875.00 | $350.00 | REVIEW AND REVISE INTERNAL CONTROLS DISCLOSURE. |
| 0.20 | HANVEY, KRISTA P | $770.00 | $154.00 | PHONE CORRESPONDENCE REGARDING EXECUTIVE COMPENSATION DISCLOSURES. |
| 2.10 | WHALEN, JONATHAN M | $675.00 | $1,417.50 | ANALYSIS RE 10-K CONTROLS AND PROCEDURES DISCLOSURE (0.4); REVIEW AND REVISE 10-K RISK FACTORS (1.7). |
| 01/26/16 | | | | | |
| 0.90 | LITTLE, ROBERT B | $875.00 | $787.50 | REVIEW AND REVISE RISK FACTORS. |
| 3.80 | WHALEN, JONATHAN M | $675.00 | $2,565.00 | REVIEW AND REVISE RISK FACTORS FOR 10-K. |
| 01/27/16 | | | | | |
| 0.40 | WHALEN, JONATHAN M | $675.00 | $270.00 | DRAFT EMAILS RELATED TO 10-K RISK FACTORS. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**February 4, 2016**

**Invoice No. 2016043418**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through January 31, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00043 | TCEH Corporate Matters | $   9,147.50 | $     0.00 | $  9,147.50 |
|  | **Totals** | $   9,147.50 | $     0.00 | $  9,147.50 |
|  | **Current Balance Due** |  |  | $  9,147.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00043 | 06/30/15 | 2015061444 | $  6,002.80 | $   0.00 | $  6,002.80 |
| 92772-00043 | 07/20/15 | 2015072809 | 6,576.90 | 0.00 | 6,576.90 |
| 92772-00043 | 10/09/15 | 2015101002 | 350.70 | 0.00 | 350.70 |
| 92772-00043 | 11/07/15 | 2015112645 | 813.50 | 0.00 | 813.50 |
| 92772-00043 | 04/18/16 | 2016043060 | 2,800.00 | 0.00 | 2,800.00 |

**PREVIOUS BALANCE DUE**                    $  16,543.90

**TOTAL OUTSTANDING BALANCE DUE**          $  25,691.40

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**February 4, 2016**

**Invoice No. 2016043418**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through January 31, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00043 | TCEH Corporate Matters | $   9,147.50 | $     0.00 | $   9,147.50 |
|  | **Totals** | $   9,147.50 | $    0.00 | $   9,147.50 |
|  | **Current Balance Due** |  |  | $   9,147.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: February 4, 2016**                                                    **Invoice No. 2016043418**

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|-------------|-------------|----------|-------|-------------|
| 92772-00043 | 06/30/15 | 2015061444 | $ 6,002.80 | $ 0.00 | $ 6,002.80 |
| 92772-00043 | 07/20/15 | 2015072809 | 6,576.90 | 0.00 | 6,576.90 |
| 92772-00043 | 10/09/15 | 2015101002 | 350.70 | 0.00 | 350.70 |
| 92772-00043 | 11/07/15 | 2015112645 | 813.50 | 0.00 | 813.50 |
| 92772-00043 | 04/18/16 | 2016043060 | 2,800.00 | 0.00 | 2,800.00 |

**PREVIOUS BALANCE DUE**   $ 16,543.90

**TOTAL OUTSTANDING BALANCE DUE**   $ 25,691.40

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

TCEH CORPORATE MATTERS
92772-00043

---

For Services Rendered Through January 31, 2016

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| ROBERT B. LITTLE | 0.20 | $ 875.00 | $    175.00 |
| JONATHAN M. WHALEN | 1.80 | 675.00 | 1,215.00 |
| TIMOTHY P. FISHER | 14.50 | 535.00 | 7,757.50 |
| **Total Services** | | | $   9,147.50 |

| | |
|---|---|
| **Total Services, Costs/Charges** | 9,147.50 |
| **BALANCE DUE** | $   9,147.50 |

**Due and Payable Upon Receipt**

TCEH CORPORATE MATTERS
92772-00043

_____

Detail Services:

| | | | | |
|---|---|---|---|---|
| 01/18/16 | | | | |
| 1.30 | FISHER, TIMOTHY P | $535.00 | $695.50 | REVIEW MATERIALS REGARDING DRAGLINE ASSET TRANSFER (.7); PREPARE TRANSACTION DOCUMENTS TO EFFECT SAME (.6). |
| 01/19/16 | | | | |
| 1.90 | FISHER, TIMOTHY P | $535.00 | $1,016.50 | PREPARE CONVEYANCE DOCUMENTS FOR LUMINANT DRAGLINE ASSET TRANSFER. |
| 01/21/16 | | | | |
| 0.20 | LITTLE, ROBERT B | $875.00 | $175.00 | E-MAIL TO J. WALKER REGARDING AUDIT COMMITTEE ISSUE. |
| 0.70 | WHALEN, JONATHAN M | $675.00 | $472.50 | REVISE CONVEYANCE DOCUMENTS RE DRAGLINE ASSET TRANSFER. |
| 3.10 | FISHER, TIMOTHY P | $535.00 | $1,658.50 | PREPARE CONSENTS FOR LUMINANT DRAGLINE ASSET TRANSFER. |
| 01/22/16 | | | | |
| 1.10 | WHALEN, JONATHAN M | $675.00 | $742.50 | WORK ON DRAGLINE ASSET DOCUMENTATION AND SEND DRAFTS TO A. BURTON. |
| 1.10 | FISHER, TIMOTHY P | $535.00 | $588.50 | REVISE BOARD OF MANAGER CONSENTS FOR DRAGLINE ASSET TRANSFERS (.7); CONFERENCE WITH WORKING GROUP REGARDING SAME (.4). |
| 01/26/16 | | | | |
| 1.20 | FISHER, TIMOTHY P | $535.00 | $642.00 | CONFERENCE WITH WORKING GROUP REGARDING COST-CUTTING DISCLOSURE ISSUE (0.2); REVIEW PRECEDENT DISCLOSURE REGARDING SAME (1.0). |

| 01/27/16 3.30 | FISHER, TIMOTHY P | $535.00 | $1,765.50 | REVIEW PRECEDENT SEC FILINGS, PRESS RELEASES AND SLIDES REGARDING RECENT PUBLIC COMPANY RESTRUCTURINGS AND OTHER COST-CUTTING MEASURES (2.0); PREPARE SUMMARY OF SAME (1.3). |
| 01/28/16 2.60 | FISHER, TIMOTHY P | $535.00 | $1,391.00 | REVISE SUMMARY OF PUBLIC COMPANY COST-CUTTING DISCLOSURES AND CONFERENCE WITH WORKING GROUP REGARDING SAME. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**February 4, 2016**

**Invoice No. 2016022067**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through January 31, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00046 | Budgeting-Related Work | $    472.50 | $    0.00 | $    472.50 |
|  | **Totals** | $    472.50 | $    0.00 | $    472.50 |
|  | **Current Balance Due** |  |  | $    472.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00046 | 06/30/15 | 2015061445 | $    87.50 | $    0.00 | $    87.50 |
| 92772-00046 | 07/20/15 | 2015072810 | 112.50 | 0.00 | 112.50 |
| 92772-00046 | 08/11/15 | 2015081587 | 50.00 | 0.00 | 50.00 |
| 92772-00046 | 09/12/15 | 2015093340 | 62.50 | 0.00 | 62.50 |
| 92772-00046 | 10/09/15 | 2015101004 | 145.90 | 0.00 | 145.90 |
| 92772-00046 | 11/07/15 | 2015112646 | 162.50 | 0.00 | 162.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

Invoice Date: February 4, 2016                                                                 Invoice No. 2016022067

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00046 | 12/09/15 | 2015123265 | 50.00 | 0.00 | 50.00 |
| 92772-00046 | 01/11/16 | 2016011851 | 375.00 | 0.00 | 375.00 |

**PREVIOUS BALANCE DUE**                    $   1,045.90

**TOTAL OUTSTANDING BALANCE DUE**           $   1,518.40

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**February 4, 2016**

**Invoice No. 2016022067**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through January 31, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00046 | Budgeting-Related Work | $    472.50 | $    0.00 | $    472.50 |
|  | **Totals** | $    472.50 | $    0.00 | $    472.50 |
|  | **Current Balance Due** |  |  | $    472.50 |

**<u>PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING</u>:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00046 | 06/30/15 | 2015061445 | $    87.50 | $    0.00 | $    87.50 |
| 92772-00046 | 07/20/15 | 2015072810 | 112.50 | 0.00 | 112.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|-------------|-------------|----------|-------|-------------|
| 92772-00046 | 08/11/15 | 2015081587 | 50.00 | 0.00 | 50.00 |
| 92772-00046 | 09/12/15 | 2015093340 | 62.50 | 0.00 | 62.50 |
| 92772-00046 | 10/09/15 | 2015101004 | 145.90 | 0.00 | 145.90 |
| 92772-00046 | 11/07/15 | 2015112646 | 162.50 | 0.00 | 162.50 |
| 92772-00046 | 12/09/15 | 2015123265 | 50.00 | 0.00 | 50.00 |
| 92772-00046 | 01/11/16 | 2016011851 | 375.00 | 0.00 | 375.00 |

**PREVIOUS BALANCE DUE**                    $   1,045.90

**TOTAL OUTSTANDING BALANCE DUE**           $   1,518.40

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

BUDGETING-RELATED WORK
92772-00046

_____

For Services Rendered Through January 31, 2016

| NAME | HOURS | RATE | | TOTAL |
|------|-------|------|---|-------|
| MATTHEW G. BOUSLOG | 0.70 | $ 675.00 | $ | 472.50 |
| **Total Services** | | | $ | 472.50 |
| **Total Services, Costs/Charges** | | | | 472.50 |
| **BALANCE DUE** | | | $ | 472.50 |

BUDGETING-RELATED WORK
92772-00046

---

Detail Services:

| 01/11/16 | | | | |
|---|---|---|---|---|
| 0.20 | BOUSLOG, MATTHEW G | $675.00 | $135.00 | WORK ON BUDGET (0.1); EMAILS WITH R. LITTLE, M. RAIFF, B. DAWSON AND J. HO REGARDING SAME (0.1). |

| 01/13/16 | | | | |
|---|---|---|---|---|
| 0.10 | BOUSLOG, MATTHEW G | $675.00 | $67.50 | EMAILS WITH R. FALCONER REGARDING BUDGET. |

| 01/14/16 | | | | |
|---|---|---|---|---|
| 0.20 | BOUSLOG, MATTHEW G | $675.00 | $135.00 | DRAFT BUDGET (0.1); EMAILS WITH M. RAIFF REGARDING SAME (0.1). |

| 01/15/16 | | | | |
|---|---|---|---|---|
| 0.20 | BOUSLOG, MATTHEW G | $675.00 | $135.00 | REVISE BUDGET (0.1); EMAILS WITH G. MOOR REGARDING SAME (0.1). |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**February 4, 2016**

**Invoice No. 2016043423**

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through January 31, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00048 | TCEH Going Public Transactions | $  34,379.00 | $       0.00 | $  34,379.00 |
|  | **Totals** | $  34,379.00 | $    0.00 | $  34,379.00 |
|  | **Current Balance Due** |  |  | $  34,379.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00048 | 09/12/15 | 2015093341 | $  10,132.90 | $    0.00 | $  10,132.90 |
| 92772-00048 | 10/09/15 | 2015101009 | 9,105.50 | 0.00 | 9,105.50 |
| 92772-00048 | 11/07/15 | 2015112647 | 9,583.90 | 0.00 | 9,583.90 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00048 | 12/09/15 | 2015123266 | 4,353.40 | 0.00 | 4,353.40 |
| 92772-00048 | 01/11/16 | 2016011852 | 8,431.80 | 0.00 | 8,431.80 |
| 92772-00048 | 03/04/16 | 2016032040 | 42,218.00 | 0.00 | 42,218.00 |
| 92772-00048 | 04/18/16 | 2016043063 | 87,981.50 | 0.00 | 87,981.50 |

**PREVIOUS BALANCE DUE**                                                    $  171,807.00

**TOTAL OUTSTANDING BALANCE DUE**                                   $  206,186.00

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**February 4, 2016**

**Invoice No. 2016043423**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through January 31, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00048 | TCEH Going Public Transactions | $  34,379.00 | $      0.00 | $  34,379.00 |
|  | **Totals** | $  34,379.00 | $      0.00 | $  34,379.00 |
|  | **Current Balance Due** |  |  | $  34,379.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.
**Invoice Date: February 4, 2016**                                        **Invoice No. 2016043423**
**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|--------------|-------------|----------|-------|-------------|
| 92772-00048 | 09/12/15 | 2015093341 | $  10,132.90 | $   0.00 | $   10,132.90 |
| 92772-00048 | 10/09/15 | 2015101009 | 9,105.50 | 0.00 | 9,105.50 |
| 92772-00048 | 11/07/15 | 2015112647 | 9,583.90 | 0.00 | 9,583.90 |
| 92772-00048 | 12/09/15 | 2015123266 | 4,353.40 | 0.00 | 4,353.40 |
| 92772-00048 | 01/11/16 | 2016011852 | 8,431.80 | 0.00 | 8,431.80 |
| 92772-00048 | 03/04/16 | 2016032040 | 42,218.00 | 0.00 | 42,218.00 |
| 92772-00048 | 04/18/16 | 2016043063 | 87,981.50 | 0.00 | 87,981.50 |

**PREVIOUS BALANCE DUE**                                          $  171,807.00

**TOTAL OUTSTANDING BALANCE DUE**                    $  206,186.00

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201

TCEH GOING PUBLIC TRANSACTIONS
92772-00048

---

For Services Rendered Through January 31, 2016

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| ANDREW L. FABENS | 0.50 | $1,100.00 | $    550.00 |
| ROBERT B. LITTLE | 27.90 | 875.00 | 24,412.50 |
| JONATHAN M. WHALEN | 2.90 | 675.00 | 1,957.50 |
| CAITLIN A. CALLOWAY | 11.60 | 560.00 | 6,496.00 |
| TIMOTHY P. FISHER | 1.80 | 535.00 | 963.00 |

**Total Services**                                              $   34,379.00

**Total Services, Costs/Charges**                           34,379.00

**BALANCE DUE**                                             $   34,379.00

TCEH GOING PUBLIC TRANSACTIONS
92772-00048

---

Detail Services:

01/05/16
| 0.20 | LITTLE, ROBERT B | $875.00 | $175.00 | E-MAILS REGARDING TRA-RELATED DISCLOSURES. |

01/07/16
| 0.40 | LITTLE, ROBERT B | $875.00 | $350.00 | TELEPHONE CALL WITH PAUL WEISS REGARDING TRA-RELATED DISCLOSURE ISSUES. |

| 1.30 | WHALEN, JONATHAN M | $675.00 | $877.50 | PARTICIPATE IN WEEKLY EXECUTION CALL (0.7); REVISE AND DISTRIBUTE GOING PUBLIC CHECKLIST (0.6). |

01/12/16
| 1.30 | LITTLE, ROBERT B | $875.00 | $1,137.50 | TELEPHONE CALL REGARDING PREFERRED STOCK OFFERING (0.7); CONFER WITH A. WRIGHT REGARDING GOING PUBLIC ISSUES (0.3); CONFER WITH C. CALLAWAY REGARDING SAME (0.3). |

| 2.50 | CALLOWAY, CAITLIN A | $560.00 | $1,400.00 | PREPARE COMPILED PRECEDENT OF PEER COMPANY BUSINESS STRATEGY DESCRIPTIONS FROM PUBLIC FILINGS. |

01/13/16
| 0.70 | LITTLE, ROBERT B | $875.00 | $612.50 | REVIEW STRATEGY PRECEDENT (0.5); CONFER WITH A. WRIGHT REGARDING SAME (0.2). |

| 1.50 | CALLOWAY, CAITLIN A | $560.00 | $840.00 | PREPARE REVISED VERSION OF COMPILED PRECEDENT OF PEER COMPANY BUSINESS STRATEGY AND RELATED DESCRIPTIONS FROM PUBLIC FILINGS. |

| Date | Hours | Name | Rate | Amount | Description |
|---|---|---|---|---|---|
| 01/14/16 | 2.80 | LITTLE, ROBERT B | $875.00 | $2,450.00 | REVIEW PRECEDENT STRATEGY DISCLOSURES (0.8); E-MAIL A. WRIGHT REGARDING SAME (0.3); REVIEW ACTION ITEMS CHECKLIST (0.5); TELEPHONE CALLS WITH WORKING GROUP (1.2). |
| 01/15/16 | 2.30 | LITTLE, ROBERT B | $875.00 | $2,012.50 | TELEPHONE CALL REGARDING DISCLOSURES IN FORM S-1 (1.1); WORK ON SAME (0.9); CONFER WITH A. FABENS REGARDING SAME (0.3). |
| 01/16/16 | 3.50 | LITTLE, ROBERT B | $875.00 | $3,062.50 | DRAFT SUMMARY SECTION FOR FORM S-1. |
| 01/17/16 | 1.20 | LITTLE, ROBERT B | $875.00 | $1,050.00 | WORK ON SUMMARY SECTION OF FORM S-1. |
| 01/18/16 | 1.60 | LITTLE, ROBERT B | $875.00 | $1,400.00 | REVIEW AND REVISE FORM S-1 SUMMARY SECTION. |
| | 0.70 | CALLOWAY, CAITLIN A | $560.00 | $392.00 | PREPARE CHARTER INCORPORATING PREFERRED STOCK TERM SHEET TERMS. |
| 01/19/16 | 0.50 | FABENS, ANDREW L | $1,100.00 | $550.00 | TELEPHONE CALL AND CORRESPONDENCE WITH R. LITTLE REGARDING MEETINGS WITH INVESTORS DURING REGISTRATION PERIOD. |
| | 1.00 | LITTLE, ROBERT B | $875.00 | $875.00 | TELEPHONE CALL WITH A. WRIGHT REGARDING GOING PUBLIC MATTERS (0.2); CONFER WITH A. FABENS REGARDING MEETINGS WITH INVESTORS DURING REGISTRATION PERIOD (0.4); E-MAIL TO A. WRIGHT REGARDING SAME (0.4). |

| Date/Hours | Name | Rate | Amount | Description |
|---|---|---|---|---|
| 01/20/16 2.40 | LITTLE, ROBERT B | $875.00 | $2,100.00 | PREPARE FOR AND PARTICIPATE IN CALL WITH WORKING GROUP REGARDING PREFERRED STOCK AND OTHER ACTION ITEMS (0.7); REVIEW PREFERRED STOCK CHARTER (0.3); REVIEW AND REVISE FORM S-1 BOX DISCLOSURE (1.4). |
| 0.80 | WHALEN, JONATHAN M | $675.00 | $540.00 | PARTICIPATE IN CALL RE: EMERGENCE CHECKLIST. |
| 1.80 | FISHER, TIMOTHY P | $535.00 | $963.00 | CONFERENCE WITH WORKING GROUP REGARDING EMERGENCE CHECKLIST AND STRUCTURE (1.3); REVISE EMERGING STRUCTURE DIAGRAM (0.3); REVISE S-1 (0.2). |
| 01/23/16 2.50 | LITTLE, ROBERT B | $875.00 | $2,187.50 | REVIEW AND REVISE TERMS OF PREFERRED STOCK. |
| 01/25/16 2.70 | LITTLE, ROBERT B | $875.00 | $2,362.50 | REVIEW AND REVISE TERMS OF PREFERRED STOCK (1.1); REVIEW AND REVISE EMERGENCE CHECKLIST (1.6). |
| 1.90 | CALLOWAY, CAITLIN A | $560.00 | $1,064.00 | PREPARE CERTIFICATE OF INCORPORATION AND PREFERRED STOCK PURCHASE AGREEMENT. |
| 01/26/16 1.40 | LITTLE, ROBERT B | $875.00 | $1,225.00 | REVIEW AND REVISE PREFERRED STOCK PURCHASE AGREEMENT (0.8); CONFER WITH C. CALLOWAY REGARDING SAME (0.2); CONFER WITH A. WRIGHT REGARDING DISCLOSURE ISSUES REGARDING COST STRATEGY (0.2); CONFER WITH T. FISHER REGARDING SAME (0.2). |
| 3.20 | CALLOWAY, CAITLIN A | $560.00 | $1,792.00 | PREPARE PREFERRED STOCK PURCHASE AGREEMENT. |

| Date/Hours | Timekeeper | Rate | Amount | Description |
|---|---|---|---|---|
| 01/27/16<br>1.30 | LITTLE, ROBERT B | $875.00 | $1,137.50 | EXAMINE D&O INDEPENDENCE QUESTION FOR J. WALKER REGARDING NEW BOARD MEMBERS (0.5); E-MAIL TO J. WALKER REGARDING SAME (0.2); REVIEW MATERIALS DISCLOSED BY PEER COMPANIES REGARDING COST-CUTTING MEASURES (0.6). |
| 1.80 | CALLOWAY, CAITLIN A | $560.00 | $1,008.00 | PREPARE PREFERRED STOCK PURCHASE AGREEMENT. |
| 01/28/16<br>1.20 | LITTLE, ROBERT B | $875.00 | $1,050.00 | REVIEW AND REVISE MATERIALS REGARDING COST-CUTTING MEASURES (0.4); CHECKLIST CALLS WITH WORKING GROUP MEMBERS (0.8). |
| 0.80 | WHALEN, JONATHAN M | $675.00 | $540.00 | PARTICIPATE IN WEEKLY EXECUTION CALL. |
| 01/29/16<br>0.60 | LITTLE, ROBERT B | $875.00 | $525.00 | REVIEW AND REVISE FORM S-1 BOX SUMMARY. |
| 01/30/16<br>0.80 | LITTLE, ROBERT B | $875.00 | $700.00 | REVIEW AND REVISE FORM S-1 BOX. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**February 4, 2016**

**Invoice No. 2016043433**

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through January 31, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00050 | Project Longhorn | $  24,185.50 | $      0.00 | $  24,185.50 |
|  | **Totals** | $  24,185.50 | $      0.00 | $  24,185.50 |
|  | **Current Balance Due** |  |  | $  24,185.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00050 | 10/09/15 | 2015103414 | $  9,980.60 | $  0.00 | $  9,980.60 |
| 92772-00050 | 11/07/15 | 2015112650 | 63,650.80 | 0.00 | 63,650.80 |
| 92772-00050 | 12/09/15 | 2015123535 | 72,918.70 | 0.00 | 72,918.70 |
| 92772-00050 | 01/11/16 | 2016012102 | 29,049.82 | 0.00 | 29,049.82 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|-------------|-------------|----------|-------|-------------|
| 92772-00050 | 03/04/16 | 2016032042 | 18,495.50 | 0.00 | 18,495.50 |
| 92772-00050 | 04/18/16 | 2016043064 | 85,732.00 | 0.00 | 85,732.00 |

**PREVIOUS BALANCE DUE**    $ 279,827.42

**TOTAL OUTSTANDING BALANCE DUE**    $ 304,012.92

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**February 4, 2016**

**Invoice No. 2016043433**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through January 31, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00050 | Project Longhorn | $  24,185.50 | $     0.00 | $  24,185.50 |
|  | **Totals** | $  24,185.50 | $   0.00 | $  24,185.50 |
|  | **Current Balance Due** |  |  | $  24,185.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: February 4, 2016**                    **Invoice No. 2016043433**

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00050 | 10/09/15 | 2015103414 | $  9,980.60 | $  0.00 | $  9,980.60 |
| 92772-00050 | 11/07/15 | 2015112650 | 63,650.80 | 0.00 | 63,650.80 |
| 92772-00050 | 12/09/15 | 2015123535 | 72,918.70 | 0.00 | 72,918.70 |
| 92772-00050 | 01/11/16 | 2016012102 | 29,049.82 | 0.00 | 29,049.82 |
| 92772-00050 | 03/04/16 | 2016032042 | 18,495.50 | 0.00 | 18,495.50 |
| 92772-00050 | 04/18/16 | 2016043064 | 85,732.00 | 0.00 | 85,732.00 |

**PREVIOUS BALANCE DUE**                                              $  279,827.42

**TOTAL OUTSTANDING BALANCE DUE**                          $  304,012.92

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201

PROJECT LONGHORN
92772-00050

---

For Services Rendered Through January 31, 2016

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| JOSEPH KATTAN | 0.90 | $1,030.00 | $    927.00 |
| DAVID L. SINAK | 0.30 | 1,110.00 | 333.00 |
| ROBERT B. LITTLE | 1.60 | 875.00 | 1,400.00 |
| ANDREW A. CLINE | 6.10 | 745.00 | 4,544.50 |
| JONATHAN M. WHALEN | 8.70 | 675.00 | 5,872.50 |
| MICHAEL Q. CANNON | 2.30 | 650.00 | 1,495.00 |
| ROBERT M. NICHOLS | 0.90 | 650.00 | 585.00 |
| TIMOTHY P. FISHER | 3.30 | 535.00 | 1,765.50 |
| MARK H. DRESCHLER | 1.10 | 535.00 | 588.50 |
| LAUREN A. TRAINA | 0.80 | 535.00 | 428.00 |
| RANI BISWAS | 9.70 | 245.00 | 2,376.50 |
| DOUGLAS M. CHAMPION | 0.70 | 865.00 | 605.50 |
| COREY E. GREEN | 5.50 | 380.00 | 2,090.00 |
| STEPHEN S. NEAL | 2.90 | 405.00 | 1,174.50 |

**Total Services**                                              $  24,185.50


**Total Services, Costs/Charges**                              24,185.50

**BALANCE DUE**                                          $  24,185.50

**Due and Payable Upon Receipt**

PROJECT LONGHORN
92772-00050

_____

Detail Services:

01/02/16
1.50    NEAL, STEPHEN S    $405.00    $607.50    PREPARE CLIENT EMAIL DATA FOR ATTORNEY REVIEW (1.1); COMMUNICATION WITH A. CLINE REGARDING STATUS OF ESI PROCESSING (0.4).

01/03/16
2.50    GREEN, COREY E    $380.00    $950.00    EXTRACT 12 GIGABYTES OF PROCESSED EMAILS AND ATTACHMENTS FROM SEVERAL CUSTODIANS TO THE NETWORK (1.1); MODIFY LOAD FILES AND TROUBLESHOOT ERRORS CAUSED BY FORMATTING ISSUES WITHIN THE LOAD FILES RECEIVED FROM THE VENDOR (0.4); COORDINATE WITH S. NEAL TO CORRECT ERRORS (1.0).

01/04/16
0.10    KATTAN, JOSEPH    $1,030.00    $103.00    EMAILS WITH B. FRENZEL, A. CLINE REGARDING PULL-AND-REFILE.

4.10    CLINE, ANDREW A    $745.00    $3,054.50    EMAIL EXCHANGES WITH EFH AND J. KATTAN REGARDING HSR WITHDRAWAL AND RESUBMISSION (0.2); CALLS AND EMAIL EXCHANGES WITH R. BISWAS REGARDING SAME (0.3); REVIEW CLIENT DOCUMENTS FOR SAME (3.6).

0.40    WHALEN, JONATHAN M    $675.00    $270.00    ANALYSIS AND EMAILS REGARDING CHANGE OF CONTROL PROVISIONS.

7.20    BISWAS, RANI    $245.00    $1,764.00    REVIEW CLIENT DOCUMENTS FOR HSR ACT FILING (6.7); CALLS AND EMAIL EXCHANGES WITH A. CLINE REGARDING REVIEW OF CLIENT DOCUMENTS (0.5).

**Invoice Date: February 4, 2016**                    **Invoice No. 2016043433**

**Due and Payable Upon Receipt**

| | | | | |
|---|---|---|---|---|
| 3.00 | GREEN, COREY E | $380.00 | $1,140.00 | TROUBLESHOOT AND CORRECT FORMATTING ISSUES REFERENCING THE CUSTODIAL EMAILS PROCESSED BY THE VENDOR (2.1); LOAD THE EMAILS AND ATTACHMENTS INTO THE INTERNAL RELATIVITY DATABASE AND RUN QUALITY CONTROL (0.6); RUN THE DT SEARCH INDEX ON THE NEWLY LOADED DATA (0.3). |
| 1.40 | NEAL, STEPHEN S | $405.00 | $567.00 | ASSIST ATTORNEY TEAM WITH REVIEW PROCESS. |

01/05/16

| | | | | |
|---|---|---|---|---|
| 0.10 | KATTAN, JOSEPH | $1,030.00 | $103.00 | EMAILS WITH J. MORRIS, GIBSON DUNN TEAM REGARDING DOJ. |
| 2.00 | CLINE, ANDREW A | $745.00 | $1,490.00 | DRAFT HSR WITHDRAWAL LETTER (0.2); DRAFT REVISED HSR FILING FORM AND RESUBMITTAL LETTER (0.3); EMAIL EXCHANGES WITH EFH AND J. KATTAN REGARDING SAME (0.2); REVIEW CLIENT DOCUMENTS FOR SAME (1.2); CALL WITH B. NICHOLS REGARDING SAME (0.1). |
| 0.40 | NICHOLS, ROBERT M | $650.00 | $260.00 | CORRESPOND WITH J. EATON, DOJ, J. KATTAN, AND A. CLINE REGARDING HSR WITHDRAWAL LETTER (0.2); CORRESPOND WITH J. KATTAN AND A. WRIGHT REGARDING DATA QUESTIONS (0.2). |
| 2.50 | BISWAS, RANI | $245.00 | $612.50 | REVIEW CLIENT DOCUMENTS FOR HSR ACT FILING (2.2); CALLS AND EMAIL EXCHANGES WITH A. CLINE REGARDING REVIEW OF CLIENT DOCUMENTS (0.3). |

01/06/16

| | | | | |
|---|---|---|---|---|
| 0.10 | KATTAN, JOSEPH | $1,030.00 | $103.00 | REVIEW ADDITIONAL DOCUMENTS FROM 4(C) REVIEW. |

| | | | | |
|---|---|---|---|---|
| 0.30 | WHALEN, JONATHAN M | $675.00 | $202.50 | ANALYSIS AND EMAILS REGARDING TERMINATION OF EQUITY CONTRIBUTION AGREEMENT. |
| 0.40 | NICHOLS, ROBERT M | $650.00 | $260.00 | CORRESPOND WITH A. WRIGHT AND J. MORRIS REGARDING DATA. |

01/07/16

| | | | | |
|---|---|---|---|---|
| 0.10 | KATTAN, JOSEPH | $1,030.00 | $103.00 | REVIEW EMAIL CORRESPONDENCE REGARDING DATA ISSUES. |
| 0.10 | NICHOLS, ROBERT M | $650.00 | $65.00 | CORRESPOND WITH J. MORRIS REGARDING DATA. |

01/11/16

| | | | | |
|---|---|---|---|---|
| 0.10 | KATTAN, JOSEPH | $1,030.00 | $103.00 | TELEPHONE CONFERENCE WITH J. MORRIS REGARDING DATA ANALYSIS. |

01/13/16

| | | | | |
|---|---|---|---|---|
| 0.20 | KATTAN, JOSEPH | $1,030.00 | $206.00 | TELEPHONE CONFERENCE WITH J. EATON REGARDING STATUS OF INVESTIGATION (0.1); EMAILS TO CLIENT, JOINT DEFENSE COUNSEL, ECONOMISTS REGARDING DOJ DISCUSSION (0.1). |
| 1.00 | LITTLE, ROBERT B | $875.00 | $875.00 | REVIEW CHECKLIST (0.3); PARTICIPATE IN CHECKLIST CALL (0.7). |
| 1.70 | WHALEN, JONATHAN M | $675.00 | $1,147.50 | UPDATE CLOSING CHECKLIST (0.8); PARTICIPATE IN CLOSING CHECKLIST UPDATE CALL (0.9) |
| 1.10 | DRESCHLER, MARK H | $535.00 | $588.50 | PARTICIPATE IN CONFERENCE CALL WITH D. CHAMPION, L. TRAINA, AND W. RUSS FROM VINSON & ELKINS. |
| 0.80 | TRAINA, LAUREN A | $535.00 | $428.00 | REVIEW REAL ESTATE DUE DILIGENCE MEMO (0.4); PARTICIPATE IN CONFERENCE CALL (PARTIAL) WITH D. CHAMPION, M. DRESCHLER, AND W. RUSS FROM VINSON & ELKINS (0.4). |

| | | | | |
|---|---|---|---|---|
| 0.50 | CHAMPION, DOUGLAS M | $865.00 | $432.50 | PARTICIPATE IN CONFERENCE CALL (PARTIAL) WITH M. DRESCHLER, L. TRAINA, AND W. RUSS FROM VINSON & ELKINS. |

**01/14/16**

| | | | | |
|---|---|---|---|---|
| 0.60 | LITTLE, ROBERT B | $875.00 | $525.00 | TELEPHONE CALL WITH WORKING GROUP REGARDING ACTION ITEMS. |
| 0.50 | WHALEN, JONATHAN M | $675.00 | $337.50 | REVISE CLOSING CHECKLIST. |
| 0.90 | FISHER, TIMOTHY P | $535.00 | $481.50 | REVISE CLOSING CHECKLIST (0.4); CONFERENCE WITH WORKING GROUP REGARDING SAME (0.4). |

**01/20/16**

| | | | | |
|---|---|---|---|---|
| 1.10 | WHALEN, JONATHAN M | $675.00 | $742.50 | PREPARE FOR AND PARTICIPATE IN STATUS UPDATE CALL. |
| 0.10 | FISHER, TIMOTHY P | $535.00 | $53.50 | CONFERENCE WITH WORKING GROUP REGARDING CLOSING CHECKLIST. |

**01/21/16**

| | | | | |
|---|---|---|---|---|
| 0.10 | KATTAN, JOSEPH | $1,030.00 | $103.00 | TELEPHONE CONFERENCE WITH J. WHALEN REGARDING DOJ STATUS. |
| 1.20 | WHALEN, JONATHAN M | $675.00 | $810.00 | REVISE CLOSING CHECKLIST (0.4); PARTICIPATE IN PHONE CALLS REGARDING TRANSACTION STATUS AND CLOSING MATTERS (0.8). |
| 1.30 | FISHER, TIMOTHY P | $535.00 | $695.50 | REVIEW PROJECT COMPANY AGREEMENTS AND DUE DILIGENCE MATERIALS TO DETERMINE REQUIREMENTS FOR A CHANGE OF CONTROL OF PROJECT ENTITIES. |

**01/22/16**

| | | | | |
|---|---|---|---|---|
| 0.40 | WHALEN, JONATHAN M | $675.00 | $270.00 | REVIEW STRUCTURING ANALYSIS REGARDING POST-CLOSING LA FRONTERA REORGANIZATION. |

| Date | | Name | Rate | Amount | Description |
|---|---|---|---|---|---|
| 01/26/16 | 1.20 | CANNON, MICHAEL Q | $650.00 | $780.00 | ATTENTION TO TAX QUESTIONS FROM B. BLOOM REGARDING THE 338(H)(10) ELECTION AND POST-CLOSING REORGANIZATION. |
| 01/27/16 | 0.10 | KATTAN, JOSEPH | $1,030.00 | $103.00 | TELEPHONE CONFERENCE WITH J. EATON AND EMAILS WITH CLIENT AND OTHER PARTIES' COUNSEL REGARDING HSR WAITING PERIOD. |
| | 0.30 | SINAK, DAVID L | $1,110.00 | $333.00 | REVIEW AND REVISE PSA TAX PROVISION. |
| | 1.90 | WHALEN, JONATHAN M | $675.00 | $1,282.50 | UPDATE CLOSING CHECKLIST (0.7); PARTICIPATE IN TRANSACTION UPDATE CALL (0.8); DRAFT EMAILS REGARDING REQUIRED CLOSING MATTERS (0.4). |
| | 0.50 | FISHER, TIMOTHY P | $535.00 | $267.50 | CONFERENCE WITH WORKING GROUP REGARDING CLOSING CHECKLIST ITEMS. |
| 01/28/16 | 0.90 | WHALEN, JONATHAN M | $675.00 | $607.50 | EMAILS REGARDING REQUISITE NOTIFICATIONS UNDER FINANCING DOCUMENTS (0.4); PARTICIPATE IN TRANSACTION UPDATE CALL (0.5). |
| | 0.30 | FISHER, TIMOTHY P | $535.00 | $160.50 | CONFERENCE WITH WORKING GROUP REGARDING CLOSING CHECKLIST ITEMS. |
| | 0.20 | CHAMPION, DOUGLAS M | $865.00 | $173.00 | CALL WITH W. RUSS REGARDING TITLE INSURANCE QUESTIONS. |
| 01/29/16 | 0.30 | WHALEN, JONATHAN M | $675.00 | $202.50 | DRAFT EMAILS REGARDING REAL ESTATE MATTERS. |
| | 1.10 | CANNON, MICHAEL Q | $650.00 | $715.00 | TAX REVIEW OF CLOSING DOCUMENTATION, INCLUDING FIRPTA CERTIFICATE, AT B. BLOOM'S REQUEST. |

| 0.20 | FISHER, TIMOTHY P | $535.00 | $107.00 | REVISE CLOSING CHECKLIST AND CONFERENCE WITH WORKING GROUP REGARDING SAME. |

**Exhibit G-2**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**March 4, 2016**

**Invoice No. 2016043053**

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through February 29, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00018 | NSR Case 201300257 | $  41,641.50 | $      0.00 | $  41,641.50 |
|  | **Totals** | $  41,641.50 | $      0.00 | $  41,641.50 |
|  | **Current Balance Due** |  |  | $  41,641.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00018 | 06/30/15 | 2015061449 | $  9,008.30 | $   0.00 | $  9,008.30 |
| 92772-00018 | 07/13/15 | 2015071601 | 10,759.80 | 0.00 | 10,759.80 |
| 92772-00018 | 08/05/15 | 2015080671 | 14,029.50 | 0.00 | 14,029.50 |
| 92772-00018 | 09/04/15 | 2015091505 | 8,048.50 | 0.00 | 8,048.50 |
| 92772-00018 | 10/09/15 | 2015103687 | 7,182.10 | 0.00 | 7,182.10 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|-------------|-------------|----------|-------|-------------|
| 92772-00018 | 11/03/15 | 2015111604 | 3,270.90 | 0.00 | 3,270.90 |
| 92772-00018 | 12/09/15 | 2015123248 | 4,781.30 | 0.00 | 4,781.30 |
| 92772-00018 | 01/07/16 | 2016011206 | 1,079.70 | 0.00 | 1,079.70 |
| 92772-00018 | 02/04/16 | 2016020857 | 7,095.30 | 0.00 | 7,095.30 |

**PREVIOUS BALANCE DUE**  $  65,255.40

**TOTAL OUTSTANDING BALANCE DUE**  $  106,896.90

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**March 4, 2016**

**Invoice No. 2016043053**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through February 29, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00018 | NSR Case 201300257 | $  41,641.50 | $  0.00 | $  41,641.50 |
|  | **Totals** | $  41,641.50 | $  0.00 | $  41,641.50 |
|  | **Current Balance Due** |  |  | $  41,641.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00018 | 06/30/15 | 2015061449 | $  9,008.30 | $  0.00 | $  9,008.30 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.
**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|--------------|-------------|----------|-------|-------------|
| 92772-00018 | 07/13/15 | 2015071601 | 10,759.80 | 0.00 | 10,759.80 |
| 92772-00018 | 08/05/15 | 2015080671 | 14,029.50 | 0.00 | 14,029.50 |
| 92772-00018 | 09/04/15 | 2015091505 | 8,048.50 | 0.00 | 8,048.50 |
| 92772-00018 | 10/09/15 | 2015103687 | 7,182.10 | 0.00 | 7,182.10 |
| 92772-00018 | 11/03/15 | 2015111604 | 3,270.90 | 0.00 | 3,270.90 |
| 92772-00018 | 12/09/15 | 2015123248 | 4,781.30 | 0.00 | 4,781.30 |
| 92772-00018 | 01/07/16 | 2016011206 | 1,079.70 | 0.00 | 1,079.70 |
| 92772-00018 | 02/04/16 | 2016020857 | 7,095.30 | 0.00 | 7,095.30 |

**PREVIOUS BALANCE DUE**                              $   65,255.40

**TOTAL OUTSTANDING BALANCE DUE**                     $  106,896.90

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

NSR CASE
92772-00018

_____

For Services Rendered Through February 29, 2016

| NAME | HOURS | RATE | TOTAL |
|------|------:|-----:|------:|
| WILLIAM B. DAWSON | 14.20 | $1,030.00 | $  14,626.00 |
| MICHAEL L. RAIFF | 9.30 | 930.00 | 8,649.00 |
| RUSSELL H. FALCONER | 16.70 | 650.00 | 10,855.00 |
| ELIZABETH M. VINEY | 12.00 | 565.00 | 6,780.00 |
| JENNAFER M. TRYCK | 0.60 | 650.00 | 390.00 |
| GAYA K. HOLMAN | 0.70 | 385.00 | 269.50 |
| CARLA H. JONES | 0.30 | 240.00 | 72.00 |

**Total Services**                                        $   41,641.50

**Total Services, Costs/Charges**                              41,641.50

**BALANCE DUE**                                           $   41,641.50

**Due and Payable Upon Receipt**

NSR CASE
92772-00018

---

Detail Services:

**02/01/16**

| | | | | |
|---|---|---|---|---|
| 0.50 | DAWSON, WILLIAM B | $1,030.00 | $515.00 | PREPARE FOR MEDIATION. |
| 0.50 | RAIFF, MICHAEL L | $930.00 | $465.00 | WORK ON MEDIATION EFFORTS. |
| 0.40 | FALCONER, RUSSELL H | $650.00 | $260.00 | CORRESPOND WITH ██████ REGARDING ████ MEDIATION (0.3); CORRESPOND ██████████ REGARDING █████████████ (0.1). |

**02/02/16**

| | | | | |
|---|---|---|---|---|
| 2.80 | DAWSON, WILLIAM B | $1,030.00 | $2,884.00 | PARTICIPATE IN WEEKLY CALL (0.7); WORK ON MEDIATION ████ (0.3); MEETING WITH CLIENT ██████████ (1.8). |
| 3.40 | FALCONER, RUSSELL H | $650.00 | $2,210.00 | PARTICIPATE IN WEEKLY CASE CONFERENCE CALL (0.7); CORRESPOND ████████ REGARDING MEDIATION ██ AND RESEARCH ██████████ (0.6); PARTICIPATE IN SESSION (2.1). |
| 1.20 | VINEY, ELIZABETH M | $565.00 | $678.00 | PREPARE FOR WEEKLY TEAM CALL (0.5); PARTICIPATE IN WEEKLY TEAM CALL (0.7). |
| 0.20 | HOLMAN, GAYA K | $385.00 | $77.00 | REVIEW AND ORGANIZE EMAIL CORRESPONDENCE FROM MEDIATOR REGARDING MEDIATION (0.1); DOCKET DEADLINES OUTLINED IN SAME (0.1). |
| 0.30 | JONES, CARLA H | $240.00 | $72.00 | CONDUCT ███████ RESEARCH ██████████. |

**02/03/16**

| | | | | |
|---|---|---|---|---|
| 1.00 | RAIFF, MICHAEL L | $930.00 | $930.00 | WORK ON MEDIATION EFFORTS. |

| | | | | |
|---|---|---|---|---|
| 0.70 | FALCONER, RUSSELL H | $650.00 | $455.00 | CONFER BY PHONE ███████ ██████ REGARDING MEDIATION PAPER (0.3); LEGAL RESEARCH ████████████████ (0.4). |
| 3.00 | VINEY, ELIZABETH M | $565.00 | $1,695.00 | DISCUSS MEDIATION BRIEF ███████ (0.3); DRAFT MEDIATION BRIEF (2.7). |
| 0.10 | HOLMAN, GAYA K | $385.00 | $38.50 | REVIEW AND ORGANIZE EMAIL CORRESPONDENCE FROM MEDIATOR REGARDING ADDITIONAL MEDIATION INSTRUCTIONS. |

**02/04/16**

| | | | | |
|---|---|---|---|---|
| 0.80 | DAWSON, WILLIAM B | $1,030.00 | $824.00 | WORK ON MEDIATION BRIEF. |
| 0.70 | RAIFF, MICHAEL L | $930.00 | $651.00 | WORK ON MEDIATION MATTERS AND RELATED COMMUNICATIONS (0.5); WORK ON REVISING PLEADING ███ ████ AND RELATED EMAILS (0.2). |
| 0.50 | FALCONER, RUSSELL H | $650.00 | $325.00 | REVIEW CORRESPONDENCE REGARDING MEDIATION. |
| 3.50 | VINEY, ELIZABETH M | $565.00 | $1,977.50 | DRAFT, REVIEW, AND REVISE MEDIATION BRIEF. |
| 0.10 | HOLMAN, GAYA K | $385.00 | $38.50 | REVIEW AND ORGANIZE EMAIL CORRESPONDENCE FROM MEDIATOR REGARDING ADDITIONAL MEDIATION INSTRUCTIONS. |

**02/05/16**

| | | | | |
|---|---|---|---|---|
| 0.50 | RAIFF, MICHAEL L | $930.00 | $465.00 | WORK ON MEDIATION MATTERS. |
| 2.70 | FALCONER, RUSSELL H | $650.00 | $1,755.00 | REVISE ████ MEDIATION BRIEF (1.8); CONDUCT RESEARCH ████████████ CORRESPOND WITH TEAM ████████████████ (0.9). |
| 1.80 | VINEY, ELIZABETH M | $565.00 | $1,017.00 | REVIEW AND REVISE MEDIATION BRIEF (1.5); REVIEW ████████ EDITS TO MEDIATION BRIEF (0.3). |

| 0.10 | HOLMAN, GAYA K | $385.00 | $38.50 | REVIEW AND ORGANIZE EMAIL CORRESPONDENCE FROM MEDIATOR REGARDING ADDITIONAL MEDIATION INSTRUCTIONS. |

**02/06/16**

| 1.50 | DAWSON, WILLIAM B | $1,030.00 | $1,545.00 | WORK ON MEDIATION STATEMERNT (1.2); REVIEW EMAILS REGARDING SAME (0.3). |
| 0.50 | RAIFF, MICHAEL L | $930.00 | $465.00 | WORK ON MEDIATION PAPER. |

**02/07/16**

| 0.20 | RAIFF, MICHAEL L | $930.00 | $186.00 | ATTENTION TO MEDIATION AND REVISED POSITION PAPER. |
| 0.70 | FALCONER, RUSSELL H | $650.00 | $455.00 | PREPARE REVISED, ▮▮▮▮ MEDIATION STATEMENT AND CORRESPOND WITH TEAM REGARDING SAME. |

**02/08/16**

| 0.50 | RAIFF, MICHAEL L | $930.00 | $465.00 | WORK ON MEDIATION ISSUES AND ▮▮▮▮ (0.4); COMMUNICATIONS ▮▮▮▮ (0.1). |
| 0.20 | FALCONER, RUSSELL H | $650.00 | $130.00 | ASSIST WITH THE COMPLETION OF THE MEDIATION STATEMENT. |
| 1.10 | VINEY, ELIZABETH M | $565.00 | $621.50 | EDIT MEDIATION LETTER BRIEF AND PREPARE FOR EMAILING ▮▮▮▮ (0.9); E-MAIL TO MEDIATOR (0.2). |

**02/09/16**

| 1.30 | DAWSON, WILLIAM B | $1,030.00 | $1,339.00 | PREPARE FOR MEDIATION. |
| 1.50 | RAIFF, MICHAEL L | $930.00 | $1,395.00 | PARTICIPATE IN CALL WITH CLIENTS (0.2); ATTENTION TO MEDIATION ISSUES (0.3); WORK ON PROTECTIVE ORDER ISSUES (0.3); CONFERENCE CALL ▮▮▮▮ (0.7). |

| | | | | |
|---|---|---|---|---|
| 2.50 | FALCONER, RUSSELL H | $650.00 | $1,625.00 | CORRESPOND WITH M. RAIFF REGARDING MEDIATION (0.2); PARTICIPATE IN WEEKLY CASE CONFERENCE CALL (0.2); REVISE █████████ ████████ (1.5); PREPARE RESPONSE ████████ (0.4); CONFER AND CORRESPOND ████████ ████████ REGARDING ████████ ████████ (0.2). |
| 0.20 | VINEY, ELIZABETH M | $565.00 | $113.00 | PARTICIPATE IN WEEKLY TEAM CONFERENCE CALL. |
| 0.60 | TRYCK, JENNAFER M | $650.00 | $390.00 | CONDUCT RESEARCH ████████████████ ████████████████ ████████████████ ████ (0.4); CONFER █████ REGARDING RESEARCH ███████████████ ███████████████ (0.2). |
| **02/10/16** | | | | |
| 5.50 | DAWSON, WILLIAM B | $1,030.00 | $5,665.00 | PREPARE FOR AND APPEAR AT COURT ORDERED MEDIATION. |
| 0.20 | RAIFF, MICHAEL L | $930.00 | $186.00 | ATTENTION TO AND COMMUNICATIONS REGARDING MEDIATION. |
| 4.50 | FALCONER, RUSSELL H | $650.00 | $2,925.00 | ATTEND MEDIATION. |
| **02/11/16** | | | | |
| 0.10 | FALCONER, RUSSELL H | $650.00 | $65.00 | CORRESPONDENCE REGARDING MEDIATION. |
| **02/15/16** | | | | |
| 0.20 | RAIFF, MICHAEL L | $930.00 | $186.00 | WORK ON MEDIATION REPORT AND RELATED COMMUNICATIONS. |
| **02/16/16** | | | | |
| 0.30 | DAWSON, WILLIAM B | $1,030.00 | $309.00 | PARTICIPATE IN WEEKLY CALL. |

| | | | | |
|---|---|---|---|---|
| 0.50 | RAIFF, MICHAEL L | $930.00 | $465.00 | CONFERENCE CALL WITH CLIENTS (0.3); REVISE MEDIATION REPORT AND RELATED COMMUNICATIONS (0.2). |
| 0.40 | FALCONER, RUSSELL H | $650.00 | $260.00 | PARTICIPATE IN WEEKLY CASE CONFERENCE CALL. |
| 0.40 | VINEY, ELIZABETH M | $565.00 | $226.00 | PARTICIPATE IN WEEKLY CALL. |

02/18/16

| | | | | |
|---|---|---|---|---|
| 0.20 | RAIFF, MICHAEL L | $930.00 | $186.00 | FOLLOW-UP ON MEDIATION STATEMENT AND COMMUNICATIONS REGARDING SAME. |
| 0.20 | HOLMAN, GAYA K | $385.00 | $77.00 | REVIEW AND ORGANIZE JOINT MEDIATION REPORT FOR ATTORNEY REFERENCE. |

02/19/16

| | | | | |
|---|---|---|---|---|
| 1.00 | RAIFF, MICHAEL L | $930.00 | $930.00 | WORK ON PROTECTIVE ORDER (0.7); ██████ COMMUNICATIONS WITH ███████, CLIENTS AND ██ (0.3). |

02/23/16

| | | | | |
|---|---|---|---|---|
| 1.50 | DAWSON, WILLIAM B | $1,030.00 | $1,545.00 | CALL ███████. |
| 1.30 | RAIFF, MICHAEL L | $930.00 | $1,209.00 | CONFERENCE CALL WITH CLIENTS (0.6); ATTENTION TO AND COMMUNICATIONS REGARDING PROTECTIVE ORDER ████████ ████ (0.5); ATTENTION TO ██████████ (0.2). |
| 0.60 | FALCONER, RUSSELL H | $650.00 | $390.00 | PARTICIPATE IN WEEKLY CASE CONFERENCE CALL. |
| 0.80 | VINEY, ELIZABETH M | $565.00 | $452.00 | PARTICIPATE IN WEEKLY CONFERENCE CALL (0.6); REVIEW EPA'S SUGGESTED TEXT ON PROTECTIVE ORDER (0.2). |

02/29/16

| | | | | |
|---|---|---|---|---|
| 0.50 | RAIFF, MICHAEL L | $930.00 | $465.00 | WORK ON PROTECTIVE ORDER ISSUES AND ████████ ████ |

**Invoice Date: March 4, 2016**

**Due and Payable Upon Receipt**

**Invoice No. 2016043053**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**March 4, 2016**

**Invoice No. 2016032036**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through February 29, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00030 | Retention/Fee Applications | $  6,993.00 | $  0.00 | $  6,993.00 |
|  | **Totals** | $  6,993.00 | $  0.00 | $  6,993.00 |
|  | **Current Balance Due** |  |  | $  6,993.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00030 | 06/30/15 | 2015061442 | $  2,926.00 | $  0.00 | $  2,926.00 |
| 92772-00030 | 07/20/15 | 2015072807 | 4,089.30 | 0.00 | 4,089.30 |
| 92772-00030 | 08/11/15 | 2015081583 | 1,560.20 | 0.00 | 1,560.20 |
| 92772-00030 | 09/12/15 | 2015093338 | 1,335.60 | 0.00 | 1,335.60 |
| 92772-00030 | 10/09/15 | 2015100998 | 4,884.80 | 0.00 | 4,884.80 |
| 92772-00030 | 11/07/15 | 2015112641 | 1,940.90 | 0.00 | 1,940.90 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: March 4, 2016**                                                        **Invoice No. 2016032036**

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|--------------|-------------|----------|-------|-------------|
| 92772-00030 | 12/09/15 | 2015123262 | 1,300.80 | 0.00 | 1,300.80 |
| 92772-00030 | 01/11/16 | 2016011849 | 1,086.00 | 0.00 | 1,086.00 |
| 92772-00030 | 02/04/16 | 2016022063 | 20,665.50 | 0.00 | 20,665.50 |

**PREVIOUS BALANCE DUE**                                   $   39,789.10

**TOTAL OUTSTANDING BALANCE DUE**                          $   46,782.10

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**March 4, 2016**

**Invoice No. 2016032036**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through February 29, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00030 | Retention/Fee Applications | $    6,993.00 | $      0.00 | $   6,993.00 |
|  | **Totals** | $    6,993.00 | $      0.00 | $   6,993.00 |
|  | **Current Balance Due** |  |  | $   6,993.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00030 | 06/30/15 | 2015061442 | $   2,926.00 | $    0.00 | $   2,926.00 |
| 92772-00030 | 07/20/15 | 2015072807 | 4,089.30 | 0.00 | 4,089.30 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|-------------|-------------|----------|-------|-------------|
| 92772-00030 | 08/11/15 | 2015081583 | 1,560.20 | 0.00 | 1,560.20 |
| 92772-00030 | 09/12/15 | 2015093338 | 1,335.60 | 0.00 | 1,335.60 |
| 92772-00030 | 10/09/15 | 2015100998 | 4,884.80 | 0.00 | 4,884.80 |
| 92772-00030 | 11/07/15 | 2015112641 | 1,940.90 | 0.00 | 1,940.90 |
| 92772-00030 | 12/09/15 | 2015123262 | 1,300.80 | 0.00 | 1,300.80 |
| 92772-00030 | 01/11/16 | 2016011849 | 1,086.00 | 0.00 | 1,086.00 |
| 92772-00030 | 02/04/16 | 2016022063 | 20,665.50 | 0.00 | 20,665.50 |

**PREVIOUS BALANCE DUE**$   39,789.10

**TOTAL OUTSTANDING BALANCE DUE**$   46,782.10

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201


RETENTION/FEE APPLICATIONS
92772-00030

_____

For Services Rendered Through February 29, 2016

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| MATTHEW G. BOUSLOG | 3.80 | $ 675.00 | $ 2,565.00 |
| DUKE K. AMPONSAH | 10.80 | 410.00 | 4,428.00 |
| **Total Services** | | | $ 6,993.00 |



| | | | |
|---|---|---|---|
| **Total Services, Costs/Charges** | | | 6,993.00 |
| **BALANCE DUE** | | | $  6,993.00 |

**Invoice Date: March 4, 2016**                                    **Invoice No. 2016032036**

**Due and Payable Upon Receipt**

RETENTION/FEE APPLICATIONS
92772-00030

_____

Detail Services:

| Date | Hours | Name | Rate | Amount | Description |
|---|---|---|---|---|---|
| 02/01/16 | 0.20 | BOUSLOG, MATTHEW G | $675.00 | $135.00 | EMAILS WITH R. LITTLE, J. MADRON, C. GOOCH, D. KELLY AND A. WRIGHT REGARDING FEE APPLICATION. |
| 02/03/16 | 0.80 | AMPONSAH, DUKE K | $410.00 | $328.00 | REVIEW JANUARY 2016 PREBILLS FOR COMPLIANCE WITH UST GUIDELINES. |
| 02/04/16 | 0.30 | BOUSLOG, MATTHEW G | $675.00 | $202.50 | DRAFT SUPPLEMENTAL DECLARATION (0.2); EMAILS WITH R. LITTLE REGARDING SAME (0.1). |
| 02/05/16 | 0.20 | BOUSLOG, MATTHEW G | $675.00 | $135.00 | REVISE DECLARATION (0.1); EMAILS WITH R. LITTLE AND J. MADRON REGARDING SAME (0.1). |
| 02/09/16 | 0.70 | AMPONSAH, DUKE K | $410.00 | $287.00 | REVIEW JANUARY 2016 PREBILLS FOR COMPLIANCE WITH UST GUIDELINES. |
| 02/10/16 | 0.50 | BOUSLOG, MATTHEW G | $675.00 | $337.50 | REVISE LITTLE DECLARATION (0.3); EMAILS WITH D. KELLY REGARDING FEE APPLICATION (0.2). |
| 02/11/16 | 1.10 | BOUSLOG, MATTHEW G | $675.00 | $742.50 | REVISE FEE APPLICATION (1); EMAILS WITH D. KELLY, R. LITTLE AND J. MADRON REGARDING SAME (0.1). |
|  | 0.80 | AMPONSAH, DUKE K | $410.00 | $328.00 | REVIEW JANUARY 2016 PREBILLS FOR COMPLIANCE WITH UST GUIDELINES. |
| 02/16/16 | 0.10 | BOUSLOG, MATTHEW G | $675.00 | $67.50 | EMAILS WITH D. AMPONSAH AND K. BOUCHER REGARDING FEE APPLICATION. |

| Date / Hours | Name | Rate | Amount | Description |
|---|---|---|---|---|
| 02/17/16 2.10 | AMPONSAH, DUKE K | $410.00 | $861.00 | REVIEW JANAUARY 2016 PREBILLS FOR COMPLIANCE WITH UST GUIDELINES (0.4); PREPARE DRAFT OF JANUARY 2016 MONTHLY FEE STATEMENT (1.7). |
| 02/18/16 0.80 | BOUSLOG, MATTHEW G | $675.00 | $540.00 | PREPARE FOR AND PARTICIPATE IN FEE HEARING (0.6); REVIEW FEE STATEMENT CNO (0.1); EMAILS WITH J. MADRON AND D. AMPONSAH REGARDING SAME (0.1). |
| 2.90 | AMPONSAH, DUKE K | $410.00 | $1,189.00 | REVISE DRAFT OF JANUARY 2016 MONTHLY FEE STATEMENT (1.4); PREPARE DECEMBER 2015 AND DECEMBER 2015 INVOICE MFIS AND SEND TO M. BOUSLOG (1.5). |
| 02/22/16 0.10 | BOUSLOG, MATTHEW G | $675.00 | $67.50 | EMAILS WITH J. MADRON REGARDING FEE STATEMENT. |
| 1.20 | AMPONSAH, DUKE K | $410.00 | $492.00 | REVISE DRAFT OF JANUARY 2016 MONTHLY FEE STATEMENT. |
| 02/23/16 0.20 | BOUSLOG, MATTHEW G | $675.00 | $135.00 | EMAILS WITH G. MOOR AND J. MADRON REGARDING FEE STATEMENT. |
| 0.60 | AMPONSAH, DUKE K | $410.00 | $246.00 | REVISE DRAFT OF JANUARY 2016 MONTHLY FEE STATEMENT. |
| 02/24/16 0.60 | AMPONSAH, DUKE K | $410.00 | $246.00 | REVISE DRAFT OF JANUARY 2016 MONTHLY FEE STATEMENT. |
| 02/25/16 1.10 | AMPONSAH, DUKE K | $410.00 | $451.00 | REVISE DRAFT OF JANUARY 2016 MONTHLY FEE STATEMENT AND SEND TO M. BOUSLOG FOR REVIEW. |

| 02/26/16 | | | | |
|---|---|---|---|---|
| 0.30 | BOUSLOG, MATTHEW G | $675.00 | $202.50 | REVIEW AND REVISE FEE STATEMENT (0.2); EMAILS WITH R. LITTLE, J. MADRON AND D. AMPONSAH REGARDING SAME (0.1). |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**March 4, 2016**

**Invoice No. 2016043436**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through February 29, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00031 | EFH SEC Matters | $   8,685.00 | $       0.00 | $   8,685.00 |
|  | **Totals** | $   8,685.00 | $      0.00 | $   8,685.00 |
|  | **Current Balance Due** |  |  | $   8,685.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00031 | 06/30/15 | 2015061443 | $     233.80 | $   0.00 | $    233.80 |
| 92772-00031 | 07/20/15 | 2015072808 | 684.70 | 0.00 | 684.70 |
| 92772-00031 | 08/11/15 | 2015081584 | 2,496.30 | 0.00 | 2,496.30 |
| 92772-00031 | 09/12/15 | 2015093339 | 3,223.10 | 0.00 | 3,223.10 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|-------------|-------------|----------|-------|-------------|
| 92772-00031 | 10/09/15 | 2015100999 | 2,516.90 | 0.00 | 2,516.90 |
| 92772-00031 | 11/07/15 | 2015112642 | 1,326.70 | 0.00 | 1,326.70 |
| 92772-00031 | 12/09/15 | 2015123263 | 1,576.30 | 0.00 | 1,576.30 |
| 92772-00031 | 01/11/16 | 2016011850 | 2,858.00 | 0.00 | 2,858.00 |
| 92772-00031 | 02/04/16 | 2016043417 | 1,684.90 | 0.00 | 1,684.90 |

**PREVIOUS BALANCE DUE**                          $   16,600.70

**TOTAL OUTSTANDING BALANCE DUE**                 $   25,285.70

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**March 4, 2016**

**Invoice No. 2016043436**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through February 29, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00031 | EFH SEC Matters | $    8,685.00 | $      0.00 | $   8,685.00 |
|  | **Totals** | $   8,685.00 | $    0.00 | $   8,685.00 |
|  | **Current Balance Due** |  |  | $   8,685.00 |

**<u>PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING</u>:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: March 4, 2016**                                                      **Invoice No. 2016043436**
**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|--------------|-------------|----------|-------|-------------|
| 92772-00031 | 06/30/15 | 2015061443 | $   233.80 | $   0.00 | $   233.80 |
| 92772-00031 | 07/20/15 | 2015072808 | 684.70 | 0.00 | 684.70 |
| 92772-00031 | 08/11/15 | 2015081584 | 2,496.30 | 0.00 | 2,496.30 |
| 92772-00031 | 09/12/15 | 2015093339 | 3,223.10 | 0.00 | 3,223.10 |
| 92772-00031 | 10/09/15 | 2015100999 | 2,516.90 | 0.00 | 2,516.90 |
| 92772-00031 | 11/07/15 | 2015112642 | 1,326.70 | 0.00 | 1,326.70 |
| 92772-00031 | 12/09/15 | 2015123263 | 1,576.30 | 0.00 | 1,576.30 |
| 92772-00031 | 01/11/16 | 2016011850 | 2,858.00 | 0.00 | 2,858.00 |
| 92772-00031 | 02/04/16 | 2016043417 | 1,684.90 | 0.00 | 1,684.90 |

**PREVIOUS BALANCE DUE**                                             $  16,600.70

**TOTAL OUTSTANDING BALANCE DUE**                        $   25,285.70

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201


EFH SEC MATTERS
92772-00031

_____

For Services Rendered Through February 29, 2016

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| ROBERT B. LITTLE | 6.80 | $ 875.00 | $  5,950.00 |
| KRISTA P. HANVEY | 1.30 | 770.00 | 1,001.00 |
| JONATHAN M. WHALEN | 2.00 | 675.00 | 1,350.00 |
| NEEDHI N. VASAVADA | 0.80 | 480.00 | 384.00 |
| **Total Services** | | | $  8,685.00 |

| | |
|---|---|
| **Total Services, Costs/Charges** | 8,685.00 |
| **BALANCE DUE** | $  8,685.00 |

EFH SEC MATTERS
92772-00031

---

Detail Services:

| 02/01/16 | | | | |
|---|---|---|---|---|
| 1.20 | LITTLE, ROBERT B | $875.00 | $1,050.00 | REVIEW AND REVISE FORM 10-K. |
| 02/02/16 | | | | |
| 0.20 | HANVEY, KRISTA P | $770.00 | $154.00 | EMAIL CORRESPONDENCE WITH A. BURTON REGARDING DIRECTOR COMPENSATION DISCLOSURES. |
| 02/03/16 | | | | |
| 1.60 | LITTLE, ROBERT B | $875.00 | $1,400.00 | REVIEW AND REVISE FORM 10-K. |
| 02/04/16 | | | | |
| 0.20 | HANVEY, KRISTA P | $770.00 | $154.00 | ANALYZE COMPENSATION COMMITTEE INDEPENDENCE REQUIREMENTS (0.1) AND PHONE CORRESPONDENCE WITH A. BURTON REGARDING SAME (0.1). |
| 0.40 | WHALEN, JONATHAN M | $675.00 | $270.00 | ANALYSIS REGARDING 10-K CERTIFICATIONS. |
| 02/05/16 | | | | |
| 0.20 | HANVEY, KRISTA P | $770.00 | $154.00 | PHONE CORRESPONDENCE WITH A. BURTON REGARDING COMPENSATION COMMITTEE INDEPENDENCE REQUIREMENTS. |
| 02/08/16 | | | | |
| 0.10 | HANVEY, KRISTA P | $770.00 | $77.00 | PHONE CORRESPONDENCE WITH A. BURTON REGARDING COMPENSATION ADVISER INDEPENDENCE MATTER. |
| 02/09/16 | | | | |
| 0.20 | HANVEY, KRISTA P | $770.00 | $154.00 | PHONE CORRESPONDENCE WITH A. BURTON REGARDING ANNUAL INCENTIVE PLAN MATTER (0.1) AND PROXY DISCLOSURES MATTER (0.1). |

| Date / Hours | Name | Rate | Amount | Description |
|---|---|---|---|---|
| 02/10/16<br>0.30 | HANVEY, KRISTA P | $770.00 | $231.00 | ANALYZE SECURITIES DISCLOSURE REQUIREMENTS (0.2); PHONE AND EMAIL CORRESPONDENCE WITH A. BURTON REGARDING SAME (0.1). |
| 02/19/16<br>2.80 | LITTLE, ROBERT B | $875.00 | $2,450.00 | REVIEW AND REVISE FORM 10-K. |
| 1.60 | WHALEN, JONATHAN M | $675.00 | $1,080.00 | REVIEW AND REVISE 10-K (1.4); SEND COMMENTS TO G. SANTOS (0.2) |
| 0.80 | VASAVADA, NEEDHI N | $480.00 | $384.00 | RESEARCH NEW MINE SAFETY DISCLOSURES AND RESOURCE EXTRACTION CHANGES TO DODD FRANK. |
| 02/22/16<br>0.10 | HANVEY, KRISTA P | $770.00 | $77.00 | PHONE CORRESPONDENCE WITH A. BURTON REGARDING SECURITIES DISCLOSURES. |
| 02/28/16<br>1.20 | LITTLE, ROBERT B | $875.00 | $1,050.00 | REVIEW AND REVISE FORM 10-K. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**March 4, 2016**

**Invoice No. 2016032039**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through February 29, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00046 | Budgeting-Related Work | $    337.50 | $    0.00 | $    337.50 |
|  | **Totals** | $    337.50 | $    0.00 | $    337.50 |
|  | **Current Balance Due** |  |  | $    337.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00046 | 06/30/15 | 2015061445 | $    87.50 | $    0.00 | $    87.50 |
| 92772-00046 | 07/20/15 | 2015072810 | 112.50 | 0.00 | 112.50 |
| 92772-00046 | 08/11/15 | 2015081587 | 50.00 | 0.00 | 50.00 |
| 92772-00046 | 09/12/15 | 2015093340 | 62.50 | 0.00 | 62.50 |
| 92772-00046 | 10/09/15 | 2015101004 | 145.90 | 0.00 | 145.90 |
| 92772-00046 | 11/07/15 | 2015112646 | 162.50 | 0.00 | 162.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this
invoice with your payment in the enclosed
Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|-------------|-------------|----------|-------|-------------|
| 92772-00046 | 12/09/15 | 2015123265 | 50.00 | 0.00 | 50.00 |
| 92772-00046 | 01/11/16 | 2016011851 | 75.00 | 0.00 | 75.00 |
| 92772-00046 | 02/04/16 | 2016022067 | 472.50 | 0.00 | 472.50 |

**PREVIOUS BALANCE DUE**                                    $   1,218.40

**TOTAL OUTSTANDING BALANCE DUE**                           $   1,555.90

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**March 4, 2016**

**Invoice No. 2016032039**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through February 29, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00046 | Budgeting-Related Work | $    337.50 | $    0.00 | $    337.50 |
|  | **Totals** | $    337.50 | $    0.00 | $    337.50 |
|  | **Current Balance Due** |  |  | $    337.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00046 | 06/30/15 | 2015061445 | $    87.50 | $    0.00 | $    87.50 |
| 92772-00046 | 07/20/15 | 2015072810 | 112.50 | 0.00 | 112.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: March 4, 2016**                                    **Invoice No. 2016032039**

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00046 | 08/11/15 | 2015081587 | 50.00 | 0.00 | 50.00 |
| 92772-00046 | 09/12/15 | 2015093340 | 62.50 | 0.00 | 62.50 |
| 92772-00046 | 10/09/15 | 2015101004 | 145.90 | 0.00 | 145.90 |
| 92772-00046 | 11/07/15 | 2015112646 | 162.50 | 0.00 | 162.50 |
| 92772-00046 | 12/09/15 | 2015123265 | 50.00 | 0.00 | 50.00 |
| 92772-00046 | 01/11/16 | 2016011851 | 75.00 | 0.00 | 75.00 |
| 92772-00046 | 02/04/16 | 2016022067 | 472.50 | 0.00 | 472.50 |

**PREVIOUS BALANCE DUE**                          $   1,218.40

**TOTAL OUTSTANDING BALANCE DUE**         $   1,555.90

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201


BUDGETING-RELATED WORK
92772-00046

---

For Services Rendered Through February 29, 2016

| NAME | HOURS | RATE | | TOTAL |
|------|-------|------|---|-------|
| MATTHEW G. BOUSLOG | 0.50 | $ 675.00 | $ | 337.50 |
| **Total Services** | | | $ | 337.50 |

| | |
|---|---|
| **Total Services, Costs/Charges** | 337.50 |
| **BALANCE DUE** | $    337.50 |

**Due and Payable Upon Receipt**

BUDGETING-RELATED WORK
92772-00046

_____

Detail Services:

| 02/10/16 | | | | |
|---|---|---|---|---|
| 0.10 | BOUSLOG, MATTHEW G | $675.00 | $67.50 | EMAILS WITH R. LITTLE, J. HO, B. DAWSON AND M. RAIFF REGARDING BUDGET. |

| 02/12/16 | | | | |
|---|---|---|---|---|
| 0.40 | BOUSLOG, MATTHEW G | $675.00 | $270.00 | WORK ON BUDGET (0.3); EMAILS WITH A. WRIGHT, D. KELLY AND G. MOOR REGARDING SAME (0.1). |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**March 4, 2016**

**Invoice No. 2016043438**

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through February 29, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00048 | TCEH Going Public Transactions | $  41,185.50 | $     0.00 | $  41,185.50 |
|  | **Totals** | $   41,185.50 | $     0.00 | $  41,185.50 |
|  | **Current Balance Due** |  |  | $  41,185.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00048 | 09/12/15 | 2015093341 | $  10,132.90 | $     0.00 | $  10,132.90 |
| 92772-00048 | 10/09/15 | 2015101009 | 9,105.50 | 0.00 | 9,105.50 |
| 92772-00048 | 11/07/15 | 2015112647 | 9,583.90 | 0.00 | 9,583.90 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this
invoice with your payment in the enclosed
Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

Invoice Date: March 4, 2016                                                Invoice No. 2016043438

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|-------------|-------------|----------|-------|-------------|
| 92772-00048 | 12/09/15 | 2015123266 | 4,353.40 | 0.00 | 4,353.40 |
| 92772-00048 | 01/11/16 | 2016011852 | 8,431.80 | 0.00 | 8,431.80 |
| 92772-00048 | 02/04/16 | 2016043423 | 6,875.80 | 0.00 | 6,875.80 |
| 92772-00048 | 04/18/16 | 2016043063 | 87,981.50 | 0.00 | 87,981.50 |

**PREVIOUS BALANCE DUE**                                    $  136,464.80

**TOTAL OUTSTANDING BALANCE DUE**                          $  177,650.30

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**March 4, 2016**

**Invoice No. 2016043438**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through February 29, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00048 | TCEH Going Public Transactions | $  41,185.50 | $      0.00 | $  41,185.50 |
|  | **Totals** | $  41,185.50 | $      0.00 | $  41,185.50 |
|  | **Current Balance Due** |  |  | $  41,185.50 |

**<u>PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING</u>:**

<u>Remit By Wire To:</u>
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

<u>Remit By Mail To:</u>
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: March 4, 2016**                     **Invoice No. 2016043438**

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | | Costs | Balance Due |
|--------|-----------|-------------|----------|---|-------|-------------|
| 92772-00048 | 09/12/15 | 2015093341 | $ 10,132.90 | $ | 0.00 | $ 10,132.90 |
| 92772-00048 | 10/09/15 | 2015101009 | 9,105.50 | | 0.00 | 9,105.50 |
| 92772-00048 | 11/07/15 | 2015112647 | 9,583.90 | | 0.00 | 9,583.90 |
| 92772-00048 | 12/09/15 | 2015123266 | 4,353.40 | | 0.00 | 4,353.40 |
| 92772-00048 | 01/11/16 | 2016011852 | 8,431.80 | | 0.00 | 8,431.80 |
| 92772-00048 | 02/04/16 | 2016043423 | 6,875.80 | | 0.00 | 6,875.80 |
| 92772-00048 | 04/18/16 | 2016043063 | 87,981.50 | | 0.00 | 87,981.50 |

**PREVIOUS BALANCE DUE**  $ 136,464.80

**TOTAL OUTSTANDING BALANCE DUE**  $ 177,650.30

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201


TCEH GOING PUBLIC TRANSACTIONS
92772-00048

---

For Services Rendered Through February 29, 2016

| NAME | HOURS | RATE | TOTAL |
|------|------:|-----:|------:|
| ROBERT B. LITTLE | 21.80 | $ 875.00 | $  19,075.00 |
| JONATHAN M. WHALEN | 4.60 | 675.00 | 3,105.00 |
| CAITLIN A. CALLOWAY | 6.60 | 560.00 | 3,696.00 |
| TIMOTHY P. FISHER | 20.90 | 535.00 | 11,181.50 |
| NEEDHI N. VASAVADA | 8.60 | 480.00 | 4,128.00 |
| **Total Services** | | | $   41,185.50 |
| **Total Services, Costs/Charges** | | | 41,185.50 |
| **BALANCE DUE** | | | $   41,185.50 |

TCEH GOING PUBLIC TRANSACTIONS
92772-00048

_____

Detail Services:

**02/01/16**

| | | | | |
|---|---|---|---|---|
| 0.40 | WHALEN, JONATHAN M | $675.00 | $270.00 | PARTICIPATE IN EXECUTION CALL. |
| 1.60 | FISHER, TIMOTHY P | $535.00 | $856.00 | REVISE S-1. |

**02/03/16**

| | | | | |
|---|---|---|---|---|
| 0.40 | LITTLE, ROBERT B | $875.00 | $350.00 | REVIEW AND REVISE PREFERRED STOCK DOCUMENTS. |
| 2.30 | CALLOWAY, CAITLIN A | $560.00 | $1,288.00 | PREPARE PREFERRED STOCK PURCHASE AGREEMENT AND CHARTER. |
| 0.40 | FISHER, TIMOTHY P | $535.00 | $214.00 | REVISE S-1. |
| 1.90 | VASAVADA, NEEDHI N | $480.00 | $912.00 | RESEARCH REDEMPTION OF PREFERRED STOCK TO DETERMINE WHETHER REDEMPTION MAY BE REVOKED OR CONDITIONED ON CERTAIN TERMS. |

**02/04/16**

| | | | | |
|---|---|---|---|---|
| 1.90 | WHALEN, JONATHAN M | $675.00 | $1,282.50 | PARTICIPATE IN WEEKLY TRANSACTION CALL (1.3); PARTICIPATE IN CALL REGARDING PROJECT LESS LEGAL STRUCTURE (0.6). |

**02/05/16**

| | | | | |
|---|---|---|---|---|
| 0.60 | LITTLE, ROBERT B | $875.00 | $525.00 | TELEPHONE CALL REGARDING ENTITY FORMATION ISSUES. |

**02/08/16**

| | | | | |
|---|---|---|---|---|
| 1.10 | LITTLE, ROBERT B | $875.00 | $962.50 | REVIEW REVISIONS TO FORM S-1 SUMMARY (0.4); REVIEW AND REVISE PREFERRED STOCK DOCUMENTS (0.4); CONFER WITH G. SANTOS REGARDING SAME (0.3). |
| 0.40 | WHALEN, JONATHAN M | $675.00 | $270.00 | PARTICIPATE IN WEEKLY EXECUTION CALL. |

**Invoice Date: March 4, 2016**

**Due and Payable Upon Receipt**

**Invoice No. 2016043438**

| | | | | |
|---|---|---|---|---|
| 0.70 | FISHER, TIMOTHY P | $535.00 | $374.50 | REVIEW PRECEDENT S-1S REGARDING LACK OF FULL DIRECTOR SLATE AT TIME OF INITIAL FILING. |

**02/09/16**

| | | | | |
|---|---|---|---|---|
| 1.00 | LITTLE, ROBERT B | $875.00 | $875.00 | REVIEW PRECEDENT OF FORM S-1 DISCLOSURES REGARDING MANAGEMENT AND DIRECTORS (0.6); E-MAIL TO A. WRIGHT REGARDING SAME (0.4). |
| 1.30 | CALLOWAY, CAITLIN A | $560.00 | $728.00 | PREPARE PREFERRED STOCK PURCHASE AGREEMENT AND CERTIFICATE OF INCORPORATION. |
| 2.90 | FISHER, TIMOTHY P | $535.00 | $1,551.50 | REVIEW S-1 PRECEDENT REGARDING LACK OF FULL OFFICER AND/OR DIRECTOR SLATE AT TIME OF FILING (1.0); CONFERENCE WITH WORKING GROUP REGARDING OFFICER AND DIRECTOR QUESTIONNAIRES (0.1); REVIEW S-1 DIRECTOR AND OFFICER REQUIREMENTS (0.7); PREPARE SUMMARY REGARDING INCOMPLETE MANAGEMENT AND DIRECTOR SLATES AT INITIAL FILING (1.1). |

**02/11/16**

| | | | | |
|---|---|---|---|---|
| 1.70 | LITTLE, ROBERT B | $875.00 | $1,487.50 | REVIEW PAUL WEISS COMMENTS TO SUMMARY SECTION OF FORM S-1 (0.3); REVIEW AND REVISE FORM S-1 (1.1); CONFER WITH A. WRIGHT REGARDING SAME (0.3). |

**02/12/16**

| | | | | |
|---|---|---|---|---|
| 4.00 | LITTLE, ROBERT B | $875.00 | $3,500.00 | REVIEW AND REVISE FORM S-1 BOX (3.4); REVIEW S-X RULES REGARDING FINANCIALS OF ACQUIRED BUSINESSES (0.5); E-MAIL TO A. WRIGHT REGARDING SAME (0.1). |

**02/15/16**

| | | | | |
|---|---|---|---|---|
| 0.50 | LITTLE, ROBERT B | $875.00 | $437.50 | REVIEW MULTI-STEP CHART FOR EMERGENCE TRANSACTIONS AND PROJECT LESS. |

| | | | | |
|---|---|---|---|---|
| 4.30 | FISHER, TIMOTHY P | $535.00 | $2,300.50 | PREPARE D&O AND DIRECTOR LISTING QUESTIONNAIRES AND REVIEW PRIOR EFH QUESTIONNAIRES (3.3); REVISE S-1 BASED ON 2015 10-K (1). |

02/16/16

| | | | | |
|---|---|---|---|---|
| 0.60 | LITTLE, ROBERT B | $875.00 | $525.00 | REVIEW FORM S-1 BOX REVISIONS (0.3); CONFER WITH A. WRIGHT REGARDING FINANCIAL STATEMENTS PRESENTATION (0.3). |
| 4.00 | FISHER, TIMOTHY P | $535.00 | $2,140.00 | REVISE S-1 TO CONFORM TO 2015 10-K (0.8); PREPARE, REVIEW AND REVISE DIRECTOR AND OFFICER QUESTIONNAIRES (2.4); CONFERENCE WITH WORKING GROUP REGARDING SAME (0.8). |

02/17/16

| | | | | |
|---|---|---|---|---|
| 1.60 | LITTLE, ROBERT B | $875.00 | $1,400.00 | REVIEW AND REVISE D&O QUESTIONNAIRES. |

02/18/16

| | | | | |
|---|---|---|---|---|
| 2.20 | LITTLE, ROBERT B | $875.00 | $1,925.00 | REVIEW AND REVISE D&O QUESTIONNAIRES (1.3); PARTICIPATE IN WEEKLY CALLS (0.9). |
| 1.20 | WHALEN, JONATHAN M | $675.00 | $810.00 | PARTICIPATE IN WEEKLY EXECUTION CALL. |
| 3.10 | FISHER, TIMOTHY P | $535.00 | $1,658.50 | REVISE D&O AND NYSE QUESTIONNAIRES (2.2); CONFERENCE WITH WORKING GROUP REGARDING SAME (0.7); REVIEW APPLICABLE RULES AND REGULATIONS REGARDING SAME (0.2). |

02/19/16

| | | | | |
|---|---|---|---|---|
| 1.10 | LITTLE, ROBERT B | $875.00 | $962.50 | REVIEW AND REVISE FORM S-1 SUMMARY SECTION. |

| | | | | |
|---|---|---|---|---|
| 02/22/16 | | | | |
| 2.60 | LITTLE, ROBERT B | $875.00 | $2,275.00 | REVIEW ISSUES RAISED REGARDING PREFERRED STOCK TRANSACTION (1.2); TELEPHONE CALL WITH P. WEISS REGARDING SAME (1.1); TELEPHONE CALL WITH A. WRIGHT REGARDING SAME (0.2); CONFER WITH A. BURTON REGARDING ENTITY FORMATIONS (0.1). |
| 0.70 | WHALEN, JONATHAN M | $675.00 | $472.50 | PARTICIPATE IN CALL REGARDING PREFERRED STOCK SALE. |
| 2.20 | CALLOWAY, CAITLIN A | $560.00 | $1,232.00 | CALL TO DISCUSS PREFCO STOCK PURCHASE AGREEMENT (1.0); PREPARE REVISED DRAFT (1.2). |
| 02/23/16 | | | | |
| 1.80 | LITTLE, ROBERT B | $875.00 | $1,575.00 | REVIEW AND REVISE PREFERRED STOCK PURCHASE AGREEMENT. |
| 4.60 | VASAVADA, NEEDHI N | $480.00 | $2,208.00 | REVIEW CHANGES TO BYLAWS AND LLC AGREEMENT (0.4); RESEARCH DELAWARE CORPORATE LAW TO CONFIRM BYLAWS COMPLY (3.5); RESEARCH DELAWARE LLCA TO CONFIRM LLC AGREEMENT COMPLIES (0.7). |
| 02/24/16 | | | | |
| 1.10 | LITTLE, ROBERT B | $875.00 | $962.50 | REVIEW AND REVISE ENTITY FORMATION DOCUMENTS (0.4); REVIEW AND REVISE PREFERRED STOCK PURCHASE AGREEMENT (0.5); E-MAILS REGARDING FORM S-1 (0.2). |
| 1.20 | VASAVADA, NEEDHI N | $480.00 | $576.00 | FINALIZE CHANGES TO BYLAWS AND LLC AGREEMENT AND SEND TO R. LITTLE FOR REVIEW (0.9); MAKE FINAL CHANGES FROM R. LITTLE AND SEND TO A. BURTON (0.3). |

| | | | | |
|---|---|---|---|---|
| 02/25/16 | | | | |
| 0.40 | LITTLE, ROBERT B | $875.00 | $350.00 | REVIEW REVISIONS TO S-1 SUMMARY (0.2); E-MAILS REGARDING FORM S-1 ISSUES (0.2). |
| 0.80 | CALLOWAY, CAITLIN A | $560.00 | $448.00 | REVISE STOCK PURCHASE AGREEMENT. |
| 02/26/16 | | | | |
| 1.10 | LITTLE, ROBERT B | $875.00 | $962.50 | CONFER WITH J. WHALEN AND T. FISHER REGARDING FORM S-1 (0.3); CONFER WITH PAUL WEISS REGARDING SAME (0.3); CONFER WITH A. WRIGHT REGARDING SAME (0.3); REVIEW AND REVISE ENTITY FORMATION DOCUMENTS (0.2). |
| 0.90 | FISHER, TIMOTHY P | $535.00 | $481.50 | REVIEW PRECEDENT REGARDING REGISTRATION OF TRA RIGHTS. |
| 0.90 | VASAVADA, NEEDHI N | $480.00 | $432.00 | REVIEW COMMENTS AND COMPARE WITH DGCL AND DLLCA (0.3); EMAIL CORRESPONDENCE WITH R. LITTLE (0.1); MAKE CLEAN UP-COMMENTS AND FINALIZE DRAFT (0.4); DRAFT EMAIL AND SEND TO WORKING GROUP (0.1). |
| 02/27/16 | | | | |
| 0.20 | FISHER, TIMOTHY P | $535.00 | $107.00 | CONFERENCE WITH WORKING GROUP REGARDING PRECEDENT FOR REGISTRATION OF TRA RIGHTS. |
| 02/29/16 | | | | |
| 2.80 | FISHER, TIMOTHY P | $535.00 | $1,498.00 | REVISE S-1 PURSUANT TO DRAFT 10-K (0.4); REVISE MANAGEMENT AND COMPENSATION SECTIONS OF S-1 AND REVIEW PRECEDENT REGARDING SAME (2.4). |

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**March 4, 2016**

**Invoice No. 2016043440**

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through February 29, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00049 | TCEH Notes Offering | $    700.00 | $    0.00 | $    700.00 |
|  | **Totals** | $   700.00 | $   0.00 | $   700.00 |
|  | **Current Balance Due** |  |  | $    700.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00049 | 09/12/15 | 2015093342 | $    229.90 | $   0.00 | $   229.90 |
| 92772-00049 | 10/09/15 | 2015101010 | 1,633.90 | 0.00 | 1,633.90 |
| 92772-00049 | 11/07/15 | 2015112649 | 3,776.80 | 0.00 | 3,776.80 |
| 92772-00049 | 01/11/16 | 2016011853 | 150.30 | 0.00 | 150.30 |
|  | **PREVIOUS BALANCE DUE** |  |  |  | $  5,790.90 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  |  | $  6,490.90 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**March 4, 2016**

**Invoice No. 2016043440**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through February 29, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00049 | TCEH Notes Offering | $    700.00 | $    0.00 | $    700.00 |
|  | **Totals** | $    700.00 | $    0.00 | $    700.00 |
|  | **Current Balance Due** |  |  | $    700.00 |

**<u>PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING</u>:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: March 4, 2016**                                        **Invoice No. 2016043440**

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | | Costs | Balance Due | |
|--------|--------------|-------------|----------|---|-------|-------------|---|
| 92772-00049 | 09/12/15 | 2015093342 | $ | 229.90 | $ 0.00 | $ | 229.90 |
| 92772-00049 | 10/09/15 | 2015101010 | | 1,633.90 | 0.00 | | 1,633.90 |
| 92772-00049 | 11/07/15 | 2015112649 | | 3,776.80 | 0.00 | | 3,776.80 |
| 92772-00049 | 01/11/16 | 2016011853 | | 150.30 | 0.00 | | 150.30 |

**PREVIOUS BALANCE DUE**                                   $   5,790.90

**TOTAL OUTSTANDING BALANCE DUE**                 $   6,490.90

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201

TCEH NOTES OFFERING
92772-00049

---

For Services Rendered Through February 29, 2016

| NAME | HOURS | RATE | | TOTAL |
|------|-------|------|---|-------|
| ROBERT B. LITTLE | 0.80 | $ 875.00 | $ | 700.00 |
| **Total Services** | | | $ | 700.00 |
| | | | | |
| **Total Services, Costs/Charges** | | | | 700.00 |
| **BALANCE DUE** | | | $ | 700.00 |

TCEH NOTES OFFERING
92772-00049

---

Detail Services:

02/17/16

| | | | | |
|---|---|---|---|---|
| 0.80 | LITTLE, ROBERT B | $875.00 | $700.00 | CONFER WITH KIRKLAND REGARDING LA FRONTERA PRO FORMA FINANCIALS (0.4); E-MAIL TO A. WRIGHT REGARDING SAME (0.4). |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**March 4, 2016**

**Invoice No. 2016043443**

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through February 29, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00050 | Project Longhorn | $  18,445.00 | $      0.00 | $  18,445.00 |
|  | **Totals** | $  18,445.00 | $     0.00 | $  18,445.00 |
|  | **Current Balance Due** |  |  | $  18,445.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00050 | 10/09/15 | 2015103414 | $  9,980.60 | $   0.00 | $  9,980.60 |
| 92772-00050 | 11/07/15 | 2015112650 | 63,650.80 | 0.00 | 63,650.80 |
| 92772-00050 | 12/09/15 | 2015123535 | 72,918.70 | 0.00 | 72,918.70 |
| 92772-00050 | 01/11/16 | 2016012102 | 29,049.82 | 0.00 | 29,049.82 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

Invoice Date: March 4, 2016                                                                    Invoice No. 2016043443

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|--------------|-------------|----------|-------|-------------|
| 92772-00050 | 02/04/16 | 2016043433 | 4,837.10 | 0.00 | 4,837.10 |
| 92772-00050 | 04/18/16 | 2016043064 | 85,732.00 | 0.00 | 85,732.00 |

**PREVIOUS BALANCE DUE**                                      $  266,169.02

**TOTAL OUTSTANDING BALANCE DUE**                      $  284,614.02

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**March 4, 2016**

**Invoice No. 2016043443**

<u>**REMITTANCE COPY**</u>

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through February 29, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00050 | Project Longhorn | $  18,445.00 | $      0.00 | $  18,445.00 |
|  | **Totals** | $  18,445.00 | $   0.00 | $  18,445.00 |
|  | **Current Balance Due** |  |  | $  18,445.00 |

<u>**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**</u>:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: March 4, 2016**                                **Invoice No. 2016043443**

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00050 | 10/09/15 | 2015103414 | $ 9,980.60 | $ 0.00 | $ 9,980.60 |
| 92772-00050 | 11/07/15 | 2015112650 | 63,650.80 | 0.00 | 63,650.80 |
| 92772-00050 | 12/09/15 | 2015123535 | 72,918.70 | 0.00 | 72,918.70 |
| 92772-00050 | 01/11/16 | 2016012102 | 29,049.82 | 0.00 | 29,049.82 |
| 92772-00050 | 02/04/16 | 2016043433 | 4,837.10 | 0.00 | 4,837.10 |
| 92772-00050 | 04/18/16 | 2016043064 | 85,732.00 | 0.00 | 85,732.00 |

**PREVIOUS BALANCE DUE**                                       $  266,169.02

**TOTAL OUTSTANDING BALANCE DUE**                       $  284,614.02

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201


PROJECT LONGHORN
92772-00050

_____

For Services Rendered Through February 29, 2016

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| JOSEPH KATTAN | 0.40 | $1,030.00 | $    412.00 |
| ROBERT B. LITTLE | 0.90 | 875.00 | 787.50 |
| ANDREW A. CLINE | 0.50 | 745.00 | 372.50 |
| JONATHAN M. WHALEN | 21.60 | 675.00 | 14,580.00 |
| MICHAEL Q. CANNON | 0.40 | 650.00 | 260.00 |
| TIMOTHY P. FISHER | 3.80 | 535.00 | 2,033.00 |

**Total Services**                               $  18,445.00



**Total Services, Costs/Charges**                          18,445.00

**BALANCE DUE**                                  $  18,445.00

PROJECT LONGHORN
92772-00050

---

Detail Services:

| 02/01/16 | | | | |
|---|---|---|---|---|
| 0.40 | CANNON, MICHAEL Q | $650.00 | $260.00 | TAX REVIEW OF REVISED FORM 8023S AND FIRPTA. |
| **02/02/16** | | | | |
| 0.90 | WHALEN, JONATHAN M | $675.00 | $607.50 | PARTICIPATE IN PHONE CALLS REGARDING CLOSING MATTERS (0.4); REVISE AND CIRCULATE UPDATED CLOSING CHECKLIST (0.5). |
| **02/03/16** | | | | |
| 1.30 | WHALEN, JONATHAN M | $675.00 | $877.50 | PARTICIPATE IN CLOSING CHECKLIST CALL WITH NEXTERA (0.8); DRAFT EMAILS REGARDING CLOSING MATTERS (0.5). |
| 0.80 | FISHER, TIMOTHY P | $535.00 | $428.00 | REVISE CLOSING CHECKLIST (0.5);CONFERENCE WITH WORKING GROUP REGARDING SAME (0.3). |
| **02/04/16** | | | | |
| 1.70 | WHALEN, JONATHAN M | $675.00 | $1,147.50 | PARTICIPATE IN TRANSACTION UPDATE CALL WITH APOLLO (0.4); PARTICIPATE IN WEEKLY PMO MEETING (0.8); UPDATE CLOSING CHECKLIST (0.5). |
| 0.50 | FISHER, TIMOTHY P | $535.00 | $267.50 | REVISE CLOSING CHECKLIST (0.3); CONFERENCE WITH WORKING GROUP REGARDING SAME (0.2). |
| **02/05/16** | | | | |
| 0.20 | FISHER, TIMOTHY P | $535.00 | $107.00 | REVISE CLOSING CHECKLIST. |
| **02/09/16** | | | | |
| 2.10 | WHALEN, JONATHAN M | $675.00 | $1,417.50 | ANALYSIS REGARDING PROPOSED INTERPRETATION OF O&M AGREEMENT FEE STRUCTURE (1.0); ANALYSIS REGARDING OBLIGATIONS UNDER PURCHASE AGREEMENT REGARDING PUCT APPROVAL (1.1). |

**Invoice Date: March 4, 2016**

**Due and Payable Upon Receipt**

**Invoice No. 2016043443**

| Date / Hours | Name | Rate | Amount | Description |
|---|---|---|---|---|
| 02/10/16 | | | | |
| 0.40 | KATTAN, JOSEPH | $1,030.00 | $412.00 | CONFERENCE WITH A. CLINE REGARDING HSR QUESTION (0.1); PARTICIPATE IN CALL WITH A. WRIGHT REGARDING HSR ISSUE (0.3). |
| 0.60 | LITTLE, ROBERT B | $875.00 | $525.00 | REVIEW PROVISIONS OF PURCHASE AGREEMENT (0.4); CONFER WITH A. WRIGHT AND J. WHALEN REGARDING SAME (0.2). |
| 0.50 | CLINE, ANDREW A | $745.00 | $372.50 | CALL WITH J. KATTAN, A. WRIGHT REGARDING HSR ACT FILING ISSUES (0.3); CALL WITH KIRKLAND & ELLIS REGARDING SAME (0.2). |
| 2.10 | WHALEN, JONATHAN M | $675.00 | $1,417.50 | PREPARE FOR AND PARTICIPATE IN CLOSING UPDATE CALL WITH NEXTERA (1.1); DISCUSSIONS REGARDING KINDER MORGAN GUARANTEE ASSIGNMENT DOCUMENTATION (0.4); DISCUSSIONS REGARDING PUCT APPROVAL MATTERS (0.6). |
| 0.80 | FISHER, TIMOTHY P | $535.00 | $428.00 | CONFERENCE WITH WORKING GROUP REGARDING CLOSING ITEMS. |
| 02/11/16 | | | | |
| 0.30 | LITTLE, ROBERT B | $875.00 | $262.50 | CONFER WITH A. WRIGHT AND J. WHALEN REGARDING PUCT ISSUES. |
| 3.00 | WHALEN, JONATHAN M | $675.00 | $2,025.00 | ANALYSIS AND EMAILS REGARDING RESTRICTIONS ON ABILITY TO REPURCHASE LEGACY ACMP NOTES IN CONNECTION WITH A CHANGE OF CONTROL OFFER AND RELATED FIDUCIARY MATTERS (1.7); PREPARE FOR AND PARTICIPATE IN UPDATE CALL WITH APOLLO (0.7); EMAILS REGARDING TRANSACTION MATTERS (0.6). |

| | | | | |
|---|---|---|---|---|
| 0.70 | FISHER, TIMOTHY P | $535.00 | $374.50 | CONFERENCE WITH WORKING GROUP REGARDING CLOSING ITEMS (0.2); REVIEW DOCUMENTATION REGARDING LAMAR/PANDA NAME CHANGE (0.5). |
| 02/12/16 0.40 | WHALEN, JONATHAN M | $675.00 | $270.00 | EMAILS WITH M. KILKENNEY REGARDING DEBT PAYOFF DOCUMENTS. |
| 02/15/16 3.00 | WHALEN, JONATHAN M | $675.00 | $2,025.00 | DRAFT EMAILS REGARDING DEBT PAYOFF MECHANICS (0.3); REVIEW AND REVISE CLOSING DOCUMENTS (2.3); DRAFT EMAILS REGARDING CLOSING DOCUMENTS (0.4). |
| 02/16/16 0.30 | FISHER, TIMOTHY P | $535.00 | $160.50 | CONFERENCE WITH WORKING GROUP REGARDING TRANSACTION. |
| 02/17/16 1.10 | WHALEN, JONATHAN M | $675.00 | $742.50 | PREPARE FOR AND PARTICIPATE IN CLOSING UPDATE CALL WITH NEXTERA. |
| 02/18/16 1.50 | WHALEN, JONATHAN M | $675.00 | $1,012.50 | PREPARE FOR AND PARTICIPATE IN WEEKLY UPDATE CALL WITH APOLLO (0.7); PARTICIPATE IN WEEKLY UPDATE CALL WITH EFH BUSINESS AND LEGAL TEAM (0.8). |
| 02/23/16 1.10 | WHALEN, JONATHAN M | $675.00 | $742.50 | REVISE CLOSING CHECKLIST AND DISTRIBUTE TO WORKING GROUP (0.6); PHONE CALLS REGARDING TRANSACTION UPDATES (0.5). |
| 02/24/16 1.70 | WHALEN, JONATHAN M | $675.00 | $1,147.50 | PREPARE FOR AND PARTICIPATE IN UPDATE CALL WITH NEXTERA (1.3); DISCUSSIONS REGARDING HEDGING MATTERS (0.4). |

| 02/25/16 | | | | |
|---|---|---|---|---|
| 1.70 | WHALEN, JONATHAN M | $675.00 | $1,147.50 | PREPARE FOR AND PARTICIPATE IN UPDATE CALL WITH APOLLO AND PAUL WEISS (0.6); PARTICIPATE IN INTERNAL UPDATE CALL WITH EFH TEAM (1.1). |
| 0.30 | FISHER, TIMOTHY P | $535.00 | $160.50 | CONFERENCE WITH WORKING GROUP REGARDING CLOSING ITEMS. |
| 02/26/16 | | | | |
| 0.20 | FISHER, TIMOTHY P | $535.00 | $107.00 | PREPARE SLIDES ILLUSTRATION LA FRONTERA CONSOLIDATION AND CONFERENCE WITH WORKING GROUP REGARDING SAME. |

**Exhibit G-3**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**April 18, 2016**

**Invoice No. 2016040936**

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through March 31, 2016**

| | | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00018 | NSR Case 201300257 | $  14,287.00 | $      0.00 | $  14,287.00 |
| | **Totals** | $  14,287.00 | $      0.00 | $  14,287.00 |
| | **Current Balance Due** | | | $  14,287.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00018 | 06/30/15 | 2015061449 | $  9,008.30 | $      0.00 | $  9,008.30 |
| 92772-00018 | 07/13/15 | 2015071601 | 10,759.80 | 0.00 | 10,759.80 |
| 92772-00018 | 08/05/15 | 2015080671 | 14,029.50 | 0.00 | 14,029.50 |
| 92772-00018 | 09/04/15 | 2015091505 | 8,048.50 | 0.00 | 8,048.50 |
| 92772-00018 | 10/09/15 | 2015103687 | 7,182.10 | 0.00 | 7,182.10 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

Invoice Date: April 18, 2016                                    Invoice No. 2016040936

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|--------------|-------------|----------|-------|-------------|
| 92772-00018 | 11/03/15 | 2015111604 | 3,270.90 | 0.00 | 3,270.90 |
| 92772-00018 | 12/09/15 | 2015123248 | 4,781.30 | 0.00 | 4,781.30 |
| 92772-00018 | 01/07/16 | 2016011206 | 1,079.70 | 0.00 | 1,079.70 |
| 92772-00018 | 02/04/16 | 2016020857 | 7,095.30 | 0.00 | 7,095.30 |

**PREVIOUS BALANCE DUE** $  65,255.40

**TOTAL OUTSTANDING BALANCE DUE** $  79,542.40

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**April 18, 2016**

**Invoice No. 2016040936**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through March 31, 2016**

| | | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00018 | NSR Case 201300257 | $  14,287.00 | $      0.00 | $  14,287.00 |
| | **Totals** | $  14,287.00 | $   0.00 | $  14,287.00 |
| | **Current Balance Due** | | | $  14,287.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00018 | 06/30/15 | 2015061449 | $  9,008.30 | $   0.00 | $  9,008.30 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: April 18, 2016**                                         **Invoice No. 2016040936**

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00018 | 07/13/15 | 2015071601 | 10,759.80 | 0.00 | 10,759.80 |
| 92772-00018 | 08/05/15 | 2015080671 | 14,029.50 | 0.00 | 14,029.50 |
| 92772-00018 | 09/04/15 | 2015091505 | 8,048.50 | 0.00 | 8,048.50 |
| 92772-00018 | 10/09/15 | 2015103687 | 7,182.10 | 0.00 | 7,182.10 |
| 92772-00018 | 11/03/15 | 2015111604 | 3,270.90 | 0.00 | 3,270.90 |
| 92772-00018 | 12/09/15 | 2015123248 | 4,781.30 | 0.00 | 4,781.30 |
| 92772-00018 | 01/07/16 | 2016011206 | 1,079.70 | 0.00 | 1,079.70 |
| 92772-00018 | 02/04/16 | 2016020857 | 7,095.30 | 0.00 | 7,095.30 |

**PREVIOUS BALANCE DUE**                                        $   65,255.40

**TOTAL OUTSTANDING BALANCE DUE**                    $   79,542.40

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201


NSR CASE
92772-00018

_____


For Services Rendered Through March 31, 2016

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| WILLIAM B. DAWSON | 1.80 | $1,030.00 | $ 1,854.00 |
| MICHAEL L. RAIFF | 9.30 | 930.00 | 8,649.00 |
| STACIE B. FLETCHER | 0.90 | 895.00 | 805.50 |
| RUSSELL H. FALCONER | 3.80 | 650.00 | 2,470.00 |
| ELIZABETH M. VINEY | 0.90 | 565.00 | 508.50 |
| **Total Services** | | | $ 14,287.00 |



**Total Services, Costs/Charges**                14,287.00

**BALANCE DUE**                                  $ 14,287.00

NSR CASE
92772-00018

---

Detail Services:

02/02/16
| 4.40 | RAIFF, MICHAEL L | $930.00 | $4,092.00 | CONFERENCE CALL WITH CLIENTS (0.7); WORK ON MEDIATION EFFORTS AND COORDINATION ████████ (0.7); WORK ON PROTECTIVE ORDER, OPEN ISSUES, AND RESPONSE LETTER (0.7); ████████ (0.3); MEET WITH CLIENTS AND CO-COUNSEL (2.0). |

03/02/16
| 0.80 | DAWSON, WILLIAM B | $1,030.00 | $824.00 | CALL AND WORK ON ACTION ITEMS. |
| 0.50 | RAIFF, MICHAEL L | $930.00 | $465.00 | WORK ON PROTECTIVE ORDER ISSUES, CFR PROVISIONS, AND RELATED COMMUNICATIONS. |
| 0.50 | FALCONER, RUSSELL H | $650.00 | $325.00 | PARTICIPATE IN WEEKLY CASE CONFERENCE CALL (0.4); CORRESPOND ████████ REGARDING ████████ (0.1). |
| 0.30 | VINEY, ELIZABETH M | $565.00 | $169.50 | PARTICIPATE IN WEEKLY TEAM CALL (0.2); REVIEW PROTECTIVE ORDER CORRESPONDENCE (0.1). |

03/03/16
| 1.00 | DAWSON, WILLIAM B | $1,030.00 | $1,030.00 | CALL ████████ REGARDING ████████ AND REPORTS ON SAME. |

03/04/16
| 0.30 | FALCONER, RUSSELL H | $650.00 | $195.00 | SEND REQUESTED MATTER UPDATE TO ████████ . |

03/08/16
| 0.40 | RAIFF, MICHAEL L | $930.00 | $372.00 | CONFERENCE CALL WITH CLIENTS (0.2); ATTENTION TO RESEARCH (0.2). |

| | | | | |
|---|---|---|---|---|
| 0.40 | FALCONER, RUSSELL H | $650.00 | $260.00 | PARTICIPATE IN WEEKLY CASE CONFERENCE CALL (0.2); CORRESPONDENCE ██████████ (0.2). |

**03/15/16**

| | | | | |
|---|---|---|---|---|
| 0.70 | RAIFF, MICHAEL L | $930.00 | $651.00 | CALL WITH CLIENTS (0.5); FOLLOW-UP ON AND REVIEW LEGAL RESEARCH ██████████ (0.2). |
| 1.10 | FALCONER, RUSSELL H | $650.00 | $715.00 | CORRESPOND ██████████ AND CONFER WITH TEAM ██████████ (0.6); PARTICIPATE IN PART OF WEEKLY CASE CONFERENCE CALL (0.5). |

**03/16/16**

| | | | | |
|---|---|---|---|---|
| 0.50 | RAIFF, MICHAEL L | $930.00 | $465.00 | COMMUNICATIONS WITH CLIENTS (0.3); COMMUNICATIONS WITH COUNSEL (0.2). |
| 0.20 | FALCONER, RUSSELL H | $650.00 | $130.00 | PREPARE FOR ██████████. |

**03/17/16**

| | | | | |
|---|---|---|---|---|
| 1.50 | RAIFF, MICHAEL L | $930.00 | $1,395.00 | PARTICIPATE IN ██████████. |

**03/18/16**

| | | | | |
|---|---|---|---|---|
| 0.40 | RAIFF, MICHAEL L | $930.00 | $372.00 | ATTENTION TO DOCUMENTS AND COMMUNICATIONS REGARDING ██████████ (0.2); REVIEW RESEARCH MATERIALS (0.2). |
| 0.90 | FLETCHER, STACIE B | $895.00 | $805.50 | ██████████ REVIEW OF ██████████. |

**03/21/16**

| | | | | |
|---|---|---|---|---|
| 0.60 | FALCONER, RUSSELL H | $650.00 | $390.00 | REVIEW RESEARCH MATERIAL. |

03/22/16

| | | | | |
|---|---|---|---|---|
| 0.50 | RAIFF, MICHAEL L | $930.00 | $465.00 | ATTENTION TO AND COMMUNICATIONS REGARDING PROTECTIVE ORDER ISSUES (0.2); CONFERENCE CALL WITH CLIENTS (0.3). |
| 0.30 | FALCONER, RUSSELL H | $650.00 | $195.00 | PARTICIPATE IN WEEKLY CASE CONFERENCE CALL. |
| 0.40 | VINEY, ELIZABETH M | $565.00 | $226.00 | PARTICIPATE IN WEEKLY TEAM CALL. |

03/28/16

| | | | | |
|---|---|---|---|---|
| 0.20 | RAIFF, MICHAEL L | $930.00 | $186.00 | ATTENTION TO AND COMMUNICATIONS REGARDING DISCOVERY AND PROTECTIVE ORDER ISSUES. |

03/29/16

| | | | | |
|---|---|---|---|---|
| 0.20 | RAIFF, MICHAEL L | $930.00 | $186.00 | ATTENTION TO AND COMMUNICATIONS REGARDING ███████. |
| 0.40 | FALCONER, RUSSELL H | $650.00 | $260.00 | PARTICIPATE IN WEEKLY CASE CONFERENCE CALL (0.2); CORRESPONDENCE REGARDING ██████████ ██████ (0.2). |
| 0.20 | VINEY, ELIZABETH M | $565.00 | $113.00 | PARTICIPATE IN WEEKLY TEAM CONFERENCE CALL. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**April 18, 2016**

**Invoice No. 2016043059**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through March 31, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00030 | Retention/Fee Applications | $   5,337.00 | $      0.00 | $   5,337.00 |
|  | **Totals** | $   5,337.00 | $      0.00 | $   5,337.00 |
|  | **Current Balance Due** |  |  | $   5,337.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00030 | 06/30/15 | 2015061442 | $   2,926.00 | $   0.00 | $   2,926.00 |
| 92772-00030 | 07/20/15 | 2015072807 | 4,089.30 | 0.00 | 4,089.30 |
| 92772-00030 | 08/11/15 | 2015081583 | 1,560.20 | 0.00 | 1,560.20 |
| 92772-00030 | 09/12/15 | 2015093338 | 1,335.60 | 0.00 | 1,335.60 |
| 92772-00030 | 10/09/15 | 2015100998 | 4,884.80 | 0.00 | 4,884.80 |
| 92772-00030 | 11/07/15 | 2015112641 | 1,940.90 | 0.00 | 1,940.90 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|-------------|-------------|----------|-------|-------------|
| 92772-00030 | 12/09/15 | 2015123262 | 1,300.80 | 0.00 | 1,300.80 |
| 92772-00030 | 01/11/16 | 2016011849 | 1,086.00 | 0.00 | 1,086.00 |
| 92772-00030 | 02/04/16 | 2016022063 | 4,133.10 | 0.00 | 4,133.10 |
| 92772-00030 | 03/04/16 | 2016032036 | 6,993.00 | 0.00 | 6,993.00 |

**PREVIOUS BALANCE DUE** $ 30,249.70

**TOTAL OUTSTANDING BALANCE DUE** $ 35,586.70

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**April 18, 2016**

**Invoice No. 2016043059**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through March 31, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00030 | Retention/Fee Applications | $   5,337.00 | $     0.00 | $   5,337.00 |
|  | **Totals** | $   5,337.00 | $     0.00 | $   5,337.00 |
|  | **Current Balance Due** |  |  | $   5,337.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00030 | 06/30/15 | 2015061442 | $   2,926.00 | $   0.00 | $   2,926.00 |
| 92772-00030 | 07/20/15 | 2015072807 | 4,089.30 | 0.00 | 4,089.30 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|--------------|-------------|----------|-------|-------------|
| 92772-00030 | 08/11/15 | 2015081583 | 1,560.20 | 0.00 | 1,560.20 |
| 92772-00030 | 09/12/15 | 2015093338 | 1,335.60 | 0.00 | 1,335.60 |
| 92772-00030 | 10/09/15 | 2015100998 | 4,884.80 | 0.00 | 4,884.80 |
| 92772-00030 | 11/07/15 | 2015112641 | 1,940.90 | 0.00 | 1,940.90 |
| 92772-00030 | 12/09/15 | 2015123262 | 1,300.80 | 0.00 | 1,300.80 |
| 92772-00030 | 01/11/16 | 2016011849 | 1,086.00 | 0.00 | 1,086.00 |
| 92772-00030 | 02/04/16 | 2016022063 | 4,133.10 | 0.00 | 4,133.10 |
| 92772-00030 | 03/04/16 | 2016032036 | 6,993.00 | 0.00 | 6,993.00 |

**PREVIOUS BALANCE DUE**                                        $   30,249.70

**TOTAL OUTSTANDING BALANCE DUE**                              $   35,586.70

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201


RETENTION/FEE APPLICATIONS
92772-00030

_____

For Services Rendered Through March 31, 2016

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| MATTHEW G. BOUSLOG | 0.80 | $ 675.00 | $ 540.00 |
| DUKE K. AMPONSAH | 11.70 | 410.00 | 4,797.00 |
| **Total Services** | | | $ 5,337.00 |




| | | |
|---|---|---|
| **Total Services, Costs/Charges** | | 5,337.00 |
| **BALANCE DUE** | | $ 5,337.00 |

RETENTION/FEE APPLICATIONS
92772-00030

_____

Detail Services:

| 03/03/16 0.60 | AMPONSAH, DUKE K | $410.00 | $246.00 | REVIEW FEBRUARY 2016 PREBILLS FOR COMPLIANCE WITH UST GUIDELINES. |
|---|---|---|---|---|
| 03/08/16 0.80 | AMPONSAH, DUKE K | $410.00 | $328.00 | REVIEW FEBRUARY 2016 PREBILLS FOR COMPLIANCE WITH UST GUIDELINES. |
| 03/09/16 2.50 | AMPONSAH, DUKE K | $410.00 | $1,025.00 | REVIEW FEBRUARY 2016 PREBILLS FOR COMPLIANCE WITH UST GUIDELINES (0.4); PREPARE DRAFT OF FEBRUARY 2016 MONTHLY FEE STATEMENT (2.1). |
| 03/10/16 2.50 | AMPONSAH, DUKE K | $410.00 | $1,025.00 | UPDATE DRAFT OF FEBRUARY 2016 MONTHLY FEE STATEMENT. |
| 03/11/16 1.40 | AMPONSAH, DUKE K | $410.00 | $574.00 | UPDATE DRAFT OF FEBRUARY 2016 MONTHLY FEE STATEMENT. |
| 03/14/16 1.40 | AMPONSAH, DUKE K | $410.00 | $574.00 | UPDATE DRAFT OF FEBRUARY 2016 MONTHLY FEE STATEMENT. |
| 03/16/16 0.40 | BOUSLOG, MATTHEW G | $675.00 | $270.00 | REVIEW AND REVISE FEE STATEMENT (0.3); EMAILS WITH R. LITTLE AND D. AMPONSAH REGARDING SAME (0.1). |
| 0.60 | AMPONSAH, DUKE K | $410.00 | $246.00 | UPDATE DRAFT OF FEBRUARY 2016 MONTHLY FEE STATEMENT. |
| 03/18/16 1.10 | AMPONSAH, DUKE K | $410.00 | $451.00 | PREPARE JANUARY 2016 AND DECEMBER 2016 INVOICE MFIS AND SEND TO M. BOUSLOG. |

| | | | | |
|---|---|---|---|---|
| 03/21/16 0.30 | BOUSLOG, MATTHEW G | $675.00 | $202.50 | REVIEW AND REVISE FEE STATEMENTS (0.2); EMAILS WITH J. MADRON AND D. AMPONSAH REGARDING SAME (0.1). |
| 0.40 | AMPONSAH, DUKE K | $410.00 | $164.00 | REVISE JANUARY 2016 AND DECEMBER 2016 INVOICE MFIS AND SEND TO M. BOUSLOG. |
| 03/22/16 0.10 | BOUSLOG, MATTHEW G | $675.00 | $67.50 | EMAILS WITH G. MOOR AND J. MADRON REGARDING FEE STATEMENTS. |
| 0.40 | AMPONSAH, DUKE K | $410.00 | $164.00 | UPLOAD RECENTLY FILED FEBRUARY 2016 MONTHLY FEE STATEMENT TO THE SHAREFILE WEBSITE. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**April 18, 2016**

**Invoice No. 2016043060**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through March 31, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00043 | TCEH Corporate Matters | $   2,800.00 | $      0.00 | $   2,800.00 |
|  | **Totals** | $   2,800.00 | $      0.00 | $   2,800.00 |
|  | **Current Balance Due** |  |  | $   2,800.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00043 | 06/30/15 | 2015061444 | $   6,002.80 | $   0.00 | $   6,002.80 |
| 92772-00043 | 07/20/15 | 2015072809 | 6,576.90 | 0.00 | 6,576.90 |
| 92772-00043 | 10/09/15 | 2015101002 | 350.70 | 0.00 | 350.70 |
| 92772-00043 | 11/07/15 | 2015112645 | 813.50 | 0.00 | 813.50 |
| 92772-00043 | 02/04/16 | 2016022066 | 1,845.40 | 0.00 | 1,845.40 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this
invoice with your payment in the enclosed
Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                                   $   15,589.30

**TOTAL OUTSTANDING BALANCE DUE**                          $   18,389.30

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**April 18, 2016**

**Invoice No. 2016043060**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through March 31, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00043 | TCEH Corporate Matters | $    2,800.00 | $    0.00 | $    2,800.00 |
|  | **Totals** | $    2,800.00 | $    0.00 | $    2,800.00 |
|  | **Current Balance Due** |  |  | $    2,800.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00043 | 06/30/15 | 2015061444 | $    6,002.80 | $    0.00 | $    6,002.80 |
| 92772-00043 | 07/20/15 | 2015072809 | 6,576.90 | 0.00 | 6,576.90 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00043 | 10/09/15 | 2015101002 | 350.70 | 0.00 | 350.70 |
| 92772-00043 | 11/07/15 | 2015112645 | 813.50 | 0.00 | 813.50 |
| 92772-00043 | 02/04/16 | 2016022066 | 1,845.40 | 0.00 | 1,845.40 |

**PREVIOUS BALANCE DUE** $  15,589.30

**TOTAL OUTSTANDING BALANCE DUE** $  18,389.30

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

TCEH CORPORATE MATTERS
92772-00043

_____

For Services Rendered Through March 31, 2016

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| ROBERT B. LITTLE | 3.20 | $ 875.00 | $  2,800.00 |
| **Total Services** | | | $   2,800.00 |

| | |
|---|---|
| **Total Services, Costs/Charges** | 2,800.00 |
| **BALANCE DUE** | $    2,800.00 |

TCEH CORPORATE MATTERS
92772-00043

---

Detail Services:

03/15/16
1.10     LITTLE, ROBERT B          $875.00      $962.50     EXAMINE ISSUES REGARDING
                                                            PURCHASING DISTRESSED
                                                            DEBT.

03/16/16
0.40     LITTLE, ROBERT B          $875.00      $350.00     WORK ON ISSUES RELATING
                                                            TO PURCHASING DISTRESSED
                                                            DEBT.

03/18/16
1.70     LITTLE, ROBERT B          $875.00    $1,487.50     EXAMINE ISSUES REGARDING
                                                            INVESTMENT IN DISTRESSED
                                                            DEBT (1.1); E-MAIL TO A.
                                                            WRIGHT REGARDING SAME
                                                            (0.6).

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**April 18, 2016**

**Invoice No. 2016043061**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through March 31, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00046 | Budgeting-Related Work | $    1,151.00 | $      0.00 | $    1,151.00 |
|  | **Totals** | $    1,151.00 | $      0.00 | $    1,151.00 |
|  | **Current Balance Due** |  |  | $    1,151.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00046 | 06/30/15 | 2015061445 | $      87.50 | $      0.00 | $      87.50 |
| 92772-00046 | 07/20/15 | 2015072810 | 112.50 | 0.00 | 112.50 |
| 92772-00046 | 08/11/15 | 2015081587 | 50.00 | 0.00 | 50.00 |
| 92772-00046 | 09/12/15 | 2015093340 | 62.50 | 0.00 | 62.50 |
| 92772-00046 | 10/09/15 | 2015101004 | 145.90 | 0.00 | 145.90 |
| 92772-00046 | 11/07/15 | 2015112646 | 162.50 | 0.00 | 162.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this
invoice with your payment in the enclosed
Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|--------------|-------------|----------|-------|-------------|
| 92772-00046 | 12/09/15 | 2015123265 | 50.00 | 0.00 | 50.00 |
| 92772-00046 | 01/11/16 | 2016011851 | 75.00 | 0.00 | 75.00 |
| 92772-00046 | 02/04/16 | 2016022067 | 94.50 | 0.00 | 94.50 |
| 92772-00046 | 03/04/16 | 2016032039 | 337.50 | 0.00 | 337.50 |

**PREVIOUS BALANCE DUE**                                   $   1,177.90

**TOTAL OUTSTANDING BALANCE DUE**                          $   2,328.90

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**April 18, 2016**

**Invoice No. 2016043061**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through March 31, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00046 | Budgeting-Related Work | $   1,151.00 | $      0.00 | $   1,151.00 |
|  | **Totals** | $   1,151.00 | $      0.00 | $   1,151.00 |
|  | **Current Balance Due** |  |  | $   1,151.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00046 | 06/30/15 | 2015061445 | $    87.50 | $   0.00 | $    87.50 |
| 92772-00046 | 07/20/15 | 2015072810 | 112.50 | 0.00 | 112.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: April 18, 2016**                                    **Invoice No. 2016043061**

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|-------------|-------------|----------|-------|-------------|
| 92772-00046 | 08/11/15 | 2015081587 | 50.00 | 0.00 | 50.00 |
| 92772-00046 | 09/12/15 | 2015093340 | 62.50 | 0.00 | 62.50 |
| 92772-00046 | 10/09/15 | 2015101004 | 145.90 | 0.00 | 145.90 |
| 92772-00046 | 11/07/15 | 2015112646 | 162.50 | 0.00 | 162.50 |
| 92772-00046 | 12/09/15 | 2015123265 | 50.00 | 0.00 | 50.00 |
| 92772-00046 | 01/11/16 | 2016011851 | 75.00 | 0.00 | 75.00 |
| 92772-00046 | 02/04/16 | 2016022067 | 94.50 | 0.00 | 94.50 |
| 92772-00046 | 03/04/16 | 2016032039 | 337.50 | 0.00 | 337.50 |

**PREVIOUS BALANCE DUE**                    $   1,177.90

**TOTAL OUTSTANDING BALANCE DUE**        $   2,328.90

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

BUDGETING-RELATED WORK
92772-00046

---

For Services Rendered Through March 31, 2016

| NAME | HOURS | RATE | | TOTAL |
|------|-------|------|---|-------|
| JOSEPH KATTAN | 0.20 | $1,030.00 | $ | 206.00 |
| MATTHEW G. BOUSLOG | 1.40 | 675.00 | | 945.00 |
| **Total Services** | | | $ | 1,151.00 |

| | | |
|---|---|---|
| **Total Services, Costs/Charges** | | 1,151.00 |
| **BALANCE DUE** | $ | 1,151.00 |

Invoice Date: April 18, 2016

**Due and Payable Upon Receipt**

Invoice No. 2016043061

BUDGETING-RELATED WORK
92772-00046

---

Detail Services:

03/10/16
| 0.10 | BOUSLOG, MATTHEW G | $675.00 | $67.50 | EMAILS WITH R. LITTLE AND J. HO REGARDING BUDGET. |

03/14/16
| 0.30 | BOUSLOG, MATTHEW G | $675.00 | $202.50 | DRAFT BUDGET (0.2); EMAILS WITH G. MOOR, A. WRIGHT, D. KELLY AND W. DAWSON REGARDING SAME (0.1). |

03/23/16
| 0.60 | BOUSLOG, MATTHEW G | $675.00 | $405.00 | EMAILS WITH R. LITTLE AND J. KATTAN REGARDING BUDGET. |

03/25/16
| 0.20 | KATTAN, JOSEPH | $1,030.00 | $206.00 | WORK ON BUDGETING. |
| 0.40 | BOUSLOG, MATTHEW G | $675.00 | $270.00 | REVISE BUDGET (0.3); EMAILS WITH G. MOOR, J. KATTAN, R. LITTLE REGARDING SAME (0.1). |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**April 18, 2016**

**Invoice No. 2016043063**

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through March 31, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00048 | TCEH Going Public Transactions | $  87,981.50 | $     0.00 | $  87,981.50 |
|  | **Totals** | $  87,981.50 | $   0.00 | $  87,981.50 |
|  | **Current Balance Due** |  |  | $  87,981.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00048 | 09/12/15 | 2015093341 | $  10,132.90 | $   0.00 | $  10,132.90 |
| 92772-00048 | 10/09/15 | 2015101009 | 9,105.50 | 0.00 | 9,105.50 |
| 92772-00048 | 11/07/15 | 2015112647 | 9,583.90 | 0.00 | 9,583.90 |
| 92772-00048 | 12/09/15 | 2015123266 | 4,353.40 | 0.00 | 4,353.40 |
| 92772-00048 | 01/11/16 | 2016011852 | 8,431.80 | 0.00 | 8,431.80 |
| 92772-00048 | 02/04/16 | 2016022073 | 7,130.90 | 0.00 | 7,130.90 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|-------------|-------------|----------|-------|-------------|
| 92772-00048 | 03/04/16 | 2016032040 | 42,218.00 | 0.00 | 42,218.00 |

**PREVIOUS BALANCE DUE**                                      $   90,956.40

**TOTAL OUTSTANDING BALANCE DUE**                      $   178,937.90

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**April 18, 2016**

**Invoice No. 2016043063**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through March 31, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00048 | TCEH Going Public Transactions | $  87,981.50 | $      0.00 | $  87,981.50 |
|  | **Totals** | $  87,981.50 | $     0.00 | $  87,981.50 |
|  | **Current Balance Due** |  |  | $  87,981.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00048 | 09/12/15 | 2015093341 | $  10,132.90 | $     0.00 | $  10,132.90 |
| 92772-00048 | 10/09/15 | 2015101009 | 9,105.50 | 0.00 | 9,105.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|-------------|-------------|----------|-------|-------------|
| 92772-00048 | 11/07/15 | 2015112647 | 9,583.90 | 0.00 | 9,583.90 |
| 92772-00048 | 12/09/15 | 2015123266 | 4,353.40 | 0.00 | 4,353.40 |
| 92772-00048 | 01/11/16 | 2016011852 | 8,431.80 | 0.00 | 8,431.80 |
| 92772-00048 | 02/04/16 | 2016022073 | 7,130.90 | 0.00 | 7,130.90 |
| 92772-00048 | 03/04/16 | 2016032040 | 42,218.00 | 0.00 | 42,218.00 |

**PREVIOUS BALANCE DUE**                                          $   90,956.40

**TOTAL OUTSTANDING BALANCE DUE**                        $  178,937.90

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201


TCEH GOING PUBLIC TRANSACTIONS
92772-00048

---

For Services Rendered Through March 31, 2016

| NAME | HOURS | RATE | TOTAL |
|------|------:|-----:|------:|
| ANDREW L. FABENS | 5.30 | $1,100.00 | $   5,830.00 |
| ROBERT B. LITTLE | 39.80 | 875.00 | 34,825.00 |
| ERIC M. SCARAZZO | 6.90 | 855.00 | 5,899.50 |
| KRISTA P. HANVEY | 0.90 | 770.00 | 693.00 |
| JONATHAN M. WHALEN | 22.70 | 675.00 | 15,322.50 |
| CAITLIN A. CALLOWAY | 6.50 | 560.00 | 3,640.00 |
| TIMOTHY P. FISHER | 29.30 | 535.00 | 15,675.50 |
| NEEDHI N. VASAVADA | 12.70 | 480.00 | 6,096.00 |

**Total Services**                                        $  87,981.50




**Total Services, Costs/Charges**                          87,981.50

**BALANCE DUE**                                        $  87,981.50

TCEH GOING PUBLIC TRANSACTIONS
92772-00048

---

Detail Services:

03/01/16

| 0.30 | LITTLE, ROBERT B | $875.00 | $262.50 | REVISE FORM S-1 SUMMARY SECTION. |
| 2.80 | WHALEN, JONATHAN M | $675.00 | $1,890.00 | REVIEW AND REVISE TCEH S-1. |
| 5.90 | FISHER, TIMOTHY P | $535.00 | $3,156.50 | CONFORM S-1 DISCLOSURE TO 10-K AND REVISE S-1, INCLUDING MANAGEMENT SECTION (4.8); REVIEW PRECEDENT REGARDING CONTINGENT VALUE RIGHTS AND TAX RECEIVABLE AGREEMENT RIGHTS (1.1). |

03/02/16

| 8.30 | WHALEN, JONATHAN M | $675.00 | $5,602.50 | ANALYSIS REGARDING REGISTRATION OF TAX RECEIVABLE AGREEMENT RIGHTS (2.1); REVIEW AND REVISE 10-K (6.2). |
| 3.40 | FISHER, TIMOTHY P | $535.00 | $1,819.00 | REVISE S-1 AND CONFERENCE WITH WORKING GROUP REGARDING SAME. |

03/03/16

| 2.70 | LITTLE, ROBERT B | $875.00 | $2,362.50 | REVIEW AND REVISE FORM S-1 (2.0); CONFER WITH A. WRIGHT (0.2); REVIEW ENTITY FORMATION DOCUMENTS (0.2); CONFER WITH PAUL WEISS REGARDING SEC REGISTRATION OF TAX RECEIVABLES AGREEMENT RIGHTS (0.3). |
| 2.90 | FISHER, TIMOTHY P | $535.00 | $1,551.50 | REVISE S-1. |
| 0.80 | VASAVADA, NEEDHI N | $480.00 | $384.00 | REVIEW COMMENTS TO LLC AGREEMENT (0.2); READ THROUGH FORM SUPPLEMENT LLC AGREEMENT AND MAKE CONFORMING CHANGES (0.4); SEND DRAFT TO A. BURTON (0.2). |

| | | | | |
|---|---|---|---|---|
| 03/04/16 | | | | |
| 3.70 | LITTLE, ROBERT B | $875.00 | $3,237.50 | REVIEW AND REVISE FORM S-1. |
| 3.50 | FISHER, TIMOTHY P | $535.00 | $1,872.50 | REVISE S-1 AND CONFERENCE WITH WORKING GROUP REGARDING SAME. |
| 03/07/16 | | | | |
| 0.30 | LITTLE, ROBERT B | $875.00 | $262.50 | REVIEW PROPOSED REVISIONS TO REORGANIZED TCEH FORM S-1 SUMMARY SECTION. |
| 0.70 | WHALEN, JONATHAN M | $675.00 | $472.50 | DISCUSSIONS WITH PAUL WEISS REGARDING S-1 (0.3); DRAFT EMAILS WITH RESPECT TO S-1 TIMELINE AND DRAFTING MATTERS (0.4). |
| 2.00 | CALLOWAY, CAITLIN A | $560.00 | $1,120.00 | REVISE STOCK PURCHASE AGREEMENT AND CHARTER FOR PREFERRED STOCK ISSUANCE. |
| 0.20 | FISHER, TIMOTHY P | $535.00 | $107.00 | CONFERENCE WITH WORKING GROUP REGARDING S-1 ITEMS. |
| 03/08/16 | | | | |
| 1.50 | WHALEN, JONATHAN M | $675.00 | $1,012.50 | CREATE REVISED S-1 TIMELINE (1.2); DISCUSSIONS WITH PAUL WEISS REGARDING S-1 MATTERS (0.3). |
| 03/09/16 | | | | |
| 1.50 | CALLOWAY, CAITLIN A | $560.00 | $840.00 | PREPARE REVISED CHARTER AND STOCK PURCHASE AGREEMENT. |
| 03/10/16 | | | | |
| 0.80 | WHALEN, JONATHAN M | $675.00 | $540.00 | PARTICIPATE IN WEEKLY EXECUTION CALL. |
| 03/11/16 | | | | |
| 0.30 | WHALEN, JONATHAN M | $675.00 | $202.50 | DISCUSSIONS WITH PAUL WEISS REGARDING REGISTRATION STATEMENT TIMELINE. |
| 03/13/16 | | | | |
| 0.10 | FISHER, TIMOTHY P | $535.00 | $53.50 | CONFERENCE WITH WORKING GROUP REGARDING S-1. |
| 03/14/16 | | | | |
| 0.50 | FABENS, ANDREW L | $1,100.00 | $550.00 | REVIEW DRAFT S-1. |

| | | | | |
|---|---|---|---|---|
| 1.80 | LITTLE, ROBERT B | $875.00 | $1,575.00 | TELEPHONE CALL REGARDING FORM S-1 SUMMARY SECTION WITH B. FRENZEL AND APOLLO (1.1); REVIEW COMMENTS TO PREFERRED STOCK DOCUMENTS (0.4); CONFER WITH C. CALLAWAY REGARDING SAME (0.2); E-MAIL TO A. WRIGHT REGARDING SAME (0.1). |
| 2.40 | WHALEN, JONATHAN M | $675.00 | $1,620.00 | PARTICIPATE IN CALL WITH APOLLO REGARDING S-1 (0.7); REVISE S-1 TIMELINE AND CIRCULATE TO PAUL WEISS (0.6); ANALYSIS REGARDING REGISTRATION MATTERS (1.1). |
| 1.50 | CALLOWAY, CAITLIN A | $560.00 | $840.00 | PREPARE DOCUMENTS RELATING TO PREFERRED STOCK ISSUANCE. |
| 1.20 | FISHER, TIMOTHY P | $535.00 | $642.00 | REVISE S-1 TIMELINE (0.3); CONFERENCE WITH WORKING REGARDING S-1 MATTERS (0.9). |
| 03/15/16 | | | | |
| 0.90 | LITTLE, ROBERT B | $875.00 | $787.50 | CONFER WITH A. WRIGHT REGARDING FORM S-1 (0.3); ANALYZE ISSUES REGARDING SAME (0.6). |
| 1.90 | VASAVADA, NEEDHI N | $480.00 | $912.00 | RESEARCH DELAWARE LAW FOR REQUIREMENTS FOR CONVERSION OF ENTITY (0.2); DRAFT CERTIFICATE OF CONVERSION (0.3); DRAFT LLC AGREEMENT (1.3); EMAIL CORRESPONDENCE WITH C. CALLOWAY REGARDING CONVERSION REQUIREMENTS (0.1). |
| 03/16/16 | | | | |
| 2.50 | FABENS, ANDREW L | $1,100.00 | $2,750.00 | TELEPHONE CALLS AND CORRESPONDENCE REGARDING DRAFT S-1 AND TRA ISSUES (0.8); REVIEW SEC ACCOUNTING AND DISCLOSURE GUIDANCE AND PRECEDENT (1.7). |

| | | | | |
|---|---|---|---|---|
| 4.80 | LITTLE, ROBERT B | $875.00 | $4,200.00 | REVIEW AND REVISE FORM S-1 SUMMARY SECTION (3.7); TELEPHONE CALL WITH A. WRIGHT AND T. NUTT REGARDING PRO FORMA FINANCIALS (0.5); CONFIRM WITH A. FABENS REGARDING S-1 ISSUES (0.6). |
| 4.20 | SCARAZZO, ERIC M | $855.00 | $3,591.00 | RESEARCH SEC REPORTING REQUIREMENTS AND FINANCIAL STATEMENT DISCLOSURE REQUIREMENTS. |
| 1.60 | WHALEN, JONATHAN M | $675.00 | $1,080.00 | PARTICIPATE IN PHONE CALLS TO DISCUSS S-1 DISCLOSURE MATTERS (0.5); ANALYSIS REGARDING REGISTRATION OR TAX RECEIVABLE AGREEMENT RIGHTS (1.1). |
| 0.90 | FISHER, TIMOTHY P | $535.00 | $481.50 | CONFERENCE WITH WORKING GROUP REGARDING S-1. |
| 3.50 | VASAVADA, NEEDHI N | $480.00 | $1,680.00 | REVIEW INDEMNIFICATION AGREEMENT AND COMPARE WITH GDC FORM (1.4); DRAFT SUMMARY OF PROVISIONS THAT ARE MISSING FROM INDEMNIFICATION AGREEMENT (2.1). |
| 03/17/16 | | | | |
| 1.80 | FABENS, ANDREW L | $1,100.00 | $1,980.00 | TELEPHONE CALLS AND CORRESPONDENCE REGARDING TRA REGISTRATION ISSUES (0.5); REVIEW SEC ACCOUNTING AND DISCLOSURE GUIDANCE AND PRECEDENT (1.3). |
| 3.90 | LITTLE, ROBERT B | $875.00 | $3,412.50 | REVIEW AND REVISE FORM S-1 DRAFT (2.2); CONFER WITH A. FABENS REGARDING REGISTRATION STATEMENT ISSUES (0.3); TELEPHONE CALLS REGARDING TRANSACTION MATTERS (1.4). |
| 1.40 | SCARAZZO, ERIC M | $855.00 | $1,197.00 | RESEARCH POST-EMERGENCE SEC DISCLOSURE OBLIGATIONS. |

| | | | | |
|---|---|---|---|---|
| 4.10 | FISHER, TIMOTHY P | $535.00 | $2,193.50 | REVISE S-1 AND REVIEW PRECEDENT REGARDING SAME. |
| 4.20 | VASAVADA, NEEDHI N | $480.00 | $2,016.00 | REVIEW INDEMNIFICATION AGREEMENT AND COMPARE WITH GDC FORM (2.1); DRAFT SUMMARY OF PROVISIONS THAT ARE MISSING FROM INDEMNIFICATION AGREEMENT (2.1). |

**03/18/16**

| | | | | |
|---|---|---|---|---|
| 0.50 | FABENS, ANDREW L | $1,100.00 | $550.00 | TELEPHONE CALLS AND CORRESPONDENCE REGARDING LIQUIDITY MANAGEMENT AND DISCLOSURE OF INVESTMENTS. |
| 3.90 | LITTLE, ROBERT B | $875.00 | $3,412.50 | REVIEW AND REVISE FORM S-1 (3.3); REVIEW AND REVISE CHART REGARDING D&O INDEMNIFICATION AGREEMENTS (0.6). |
| 1.30 | SCARAZZO, ERIC M | $855.00 | $1,111.50 | CALLS WITH A. FABENS (0.3); SUMMARIZE DISCLOSURE OBLIGATIONS RELATING TO POTENTIAL DEBT INVESTMENTS (1.0). |
| 2.30 | WHALEN, JONATHAN M | $675.00 | $1,552.50 | ANALYSIS REGARDING RISK FACTORS IN S-1 (1.2); REVIEW AND REVISE S-1 (1.1). |
| 6.10 | FISHER, TIMOTHY P | $535.00 | $3,263.50 | REVISE S-1 AND CONFERENCE WITH WORKING GROUP REGARDING SAME. |
| 1.30 | VASAVADA, NEEDHI N | $480.00 | $624.00 | REVIEW INDEMNIFICATION AGREEMENT (0.2); RESEARCH QUESTIONS ABOUT SPECIFIC CHANGES AND SEND REVISED DRAFT TO R. LITTLE (1.1). |

**03/20/16**

| | | | | |
|---|---|---|---|---|
| 2.70 | LITTLE, ROBERT B | $875.00 | $2,362.50 | REVIEW AND REVISE SEPARATION AGREEMENT. |

**03/21/16**

| | | | | |
|---|---|---|---|---|
| 0.80 | LITTLE, ROBERT B | $875.00 | $700.00 | REVIEW AND REVISE PREFERRED STOCK DOCUMENTS. |

| Date / Hours | Name | Rate | Amount | Description |
|---|---|---|---|---|
| 03/22/16 1.00 | LITTLE, ROBERT B | $875.00 | $875.00 | REVIEW STEP CHART FOR EMERGENCE RESTRUCTURING TRANSACTIONS (0.4); E-MAILS REGARDING TAX ISSUES RELATED TO PREFERRED STOCK ISSUANCE (0.3); REVIEW PREFERRED STOCK DOCUMENTS (0.3). |
| 1.10 | CALLOWAY, CAITLIN A | $560.00 | $616.00 | REVISE PURCHASE AGREEMENT AND CHARTER. |
| 03/23/16 3.10 | LITTLE, ROBERT B | $875.00 | $2,712.50 | REVIEW STEP CHART FOR EMERGENCE RESTRUCTURING TRANSACTIONS (1.6); ATTENTION TO FORM S-1 (1.5). |
| 0.10 | FISHER, TIMOTHY P | $535.00 | $53.50 | CONFERENCE WITH WORKING GROUP REGARDING S-1. |
| 03/25/16 0.90 | LITTLE, ROBERT B | $875.00 | $787.50 | TELEPHONE CALLS WITH WORKING GROUP MEMBERS REGARDING ACTION ITEMS. |
| 0.80 | WHALEN, JONATHAN M | $675.00 | $540.00 | PARTICIPATE IN WEEKLY EXECUTION CALL. |
| 1.00 | VASAVADA, NEEDHI N | $480.00 | $480.00 | REVIEW AND REVISE FORMATION DOCUMENTS AND INCORPORATE NAMES OF NEW ENTITIES. |
| 03/28/16 1.50 | LITTLE, ROBERT B | $875.00 | $1,312.50 | ANALYZE REORGANIZATION STEP CHART (0.9); E-MAIL TO J. JOHNSON REGARDING SAME (0.2); REVIEW K&E COMMENTS TO FORM S-1 (0.4). |
| 0.40 | CALLOWAY, CAITLIN A | $560.00 | $224.00 | ANALYZE FORMATION DOCUMENTS. |
| 0.10 | FISHER, TIMOTHY P | $535.00 | $53.50 | CONFERENCE WITH PAUL WEISS REGARDING COMMENTS TO S-1. |

| | | | | |
|---|---|---|---|---|
| 03/29/16 2.50 | LITTLE, ROBERT B | $875.00 | $2,187.50 | TELEPHONE CALL WITH PAUL WEISS REGARDING COMMENTS TO FORM S-1 (0.3); REVIEW COMMENTS FROM APOLLO TO FORM S-1 (0.3); REVIEW AND REVISE FORM S-1 SUMMARY SECTION (1.9). |
| 0.80 | WHALEN, JONATHAN M | $675.00 | $540.00 | PARTICIPATE IN PHONE CALLS REGARDING S-1. |
| 03/30/16 2.20 | LITTLE, ROBERT B | $875.00 | $1,925.00 | WORK ON FORM S-1 SUMMARY SECTION. |
| 03/31/16 2.80 | LITTLE, ROBERT B | $875.00 | $2,450.00 | PARTICIPATE IN CALL WITH PAUL WEISS REGARDING CHECKLIST (0.7); EXAMINE FORM S-1 ISSUES AND PRECEDENT REGARDING EXECUTIVE COMPENSATION DISCLOSURE (0.6); TELEPHONE CALL WITH J. WALKER AND J. JOHNSON REGARDING SAME (0.6); REVIEW AND REVISE SUMMARY SECTION OF FORM S-1 (0.9). |
| 0.90 | HANVEY, KRISTA P | $770.00 | $693.00 | ANALYZE AND CONFERENCE CALL REGARDING COMPENSATION DISCLOSURES (0.7); EMAIL CORRESPONDENCE REGARDING SAME (0.2). |
| 0.40 | WHALEN, JONATHAN M | $675.00 | $270.00 | DISCUSSIONS REGARDING COMPENSATION DISCLOSURE IN S-1. |
| 0.80 | FISHER, TIMOTHY P | $535.00 | $428.00 | CONFERENCE WITH WORKING GROUP REGARDING S-1 MATTERS. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**April 18, 2016**

**Invoice No. 2016043064**

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through March 31, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00050 | Project Longhorn | $  85,732.00 | $       0.00 | $  85,732.00 |
|  | **Totals** | $  85,732.00 | $     0.00 | $  85,732.00 |
|  | **Current Balance Due** |  |  | $  85,732.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00050 | 10/09/15 | 2015103414 | $  9,980.60 | $    0.00 | $  9,980.60 |
| 92772-00050 | 11/07/15 | 2015112650 | 63,650.80 | 0.00 | 63,650.80 |
| 92772-00050 | 12/09/15 | 2015123535 | 72,918.70 | 0.00 | 72,918.70 |
| 92772-00050 | 01/11/16 | 2016012102 | 29,049.82 | 0.00 | 29,049.82 |
| 92772-00050 | 02/04/16 | 2016022846 | 4,851.60 | 0.00 | 4,851.60 |
| 92772-00050 | 03/04/16 | 2016032042 | 18,495.50 | 0.00 | 18,495.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                          $  198,947.02

**TOTAL OUTSTANDING BALANCE DUE**                 $  284,679.02

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**April 18, 2016**

**Invoice No. 2016043064**

<u>**REMITTANCE COPY**</u>

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through March 31, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00050 | Project Longhorn | $  85,732.00 | $      0.00 | $  85,732.00 |
|  | **Totals** | $  85,732.00 | $      0.00 | $  85,732.00 |
|  | **Current Balance Due** |  |  | $  85,732.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00050 | 10/09/15 | 2015103414 | $  9,980.60 | $    0.00 | $  9,980.60 |
| 92772-00050 | 11/07/15 | 2015112650 | 63,650.80 | 0.00 | 63,650.80 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: April 18, 2016**                                                                           **Invoice No. 2016043064**

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00050 | 12/09/15 | 2015123535 | 72,918.70 | 0.00 | 72,918.70 |
| 92772-00050 | 01/11/16 | 2016012102 | 29,049.82 | 0.00 | 29,049.82 |
| 92772-00050 | 02/04/16 | 2016022846 | 4,851.60 | 0.00 | 4,851.60 |
| 92772-00050 | 03/04/16 | 2016032042 | 18,495.50 | 0.00 | 18,495.50 |

**PREVIOUS BALANCE DUE**                          $  198,947.02

**TOTAL OUTSTANDING BALANCE DUE**                 $  284,679.02

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201

PROJECT LONGHORN
92772-00050

_____

For Services Rendered Through March 31, 2016

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| JOSEPH KATTAN | 1.20 | $1,030.00 | $  1,236.00 |
| DAVID L. SINAK | 1.70 | 1,110.00 | 1,887.00 |
| ROBERT B. LITTLE | 0.90 | 875.00 | 787.50 |
| ANDREW A. CLINE | 0.50 | 745.00 | 372.50 |
| JONATHAN M. WHALEN | 78.00 | 675.00 | 52,650.00 |
| MICHAEL Q. CANNON | 10.60 | 650.00 | 6,890.00 |
| TIMOTHY P. FISHER | 40.80 | 535.00 | 21,828.00 |
| LOUIE S. HOPKINS | 0.20 | 405.00 | 81.00 |

**Total Services**                                                    $  85,732.00

**Total Services, Costs/Charges**                                     85,732.00

**BALANCE DUE**                                                       $  85,732.00

PROJECT LONGHORN
92772-00050

---

Detail Services:

03/02/16

| 0.50 | KATTAN, JOSEPH | $1,030.00 | $515.00 | PARTICIPATE IN CALL WITH A. CLINE, CLIENT AND KIRKLAND & ELLIS REGARDING HSR FILING. |
| 0.50 | CLINE, ANDREW A | $745.00 | $372.50 | CALL WITH ENERGY FUTURE HOLDINGS, KIRKLAND AND J. KATTAN REGARDING HSR ACT FILING ISSUES. |
| 0.90 | WHALEN, JONATHAN M | $675.00 | $607.50 | PREPARE FOR AND PARTICIPATE IN UPDATE CALL WITH NEXTERA (0.5); PARTICIPATE IN UPDATE CALL REGARDING HEDGING MATTERS (0.4). |
| 0.70 | FISHER, TIMOTHY P | $535.00 | $374.50 | CONFERENCE WITH WORKING GROUP REGARDING CLOSING ITEMS. |

03/03/16

| 0.20 | SINAK, DAVID L | $1,110.00 | $222.00 | CONFERENCES REGARDING TAX ISSUES IN POST-CLOSE REORGANIZATION. |
| 0.60 | LITTLE, ROBERT B | $875.00 | $525.00 | WORK ON LANGUAGE FOR TSA. |
| 1.70 | WHALEN, JONATHAN M | $675.00 | $1,147.50 | PREPARE FOR AND PARTICIPATE IN UPDATE CALL WITH APOLLO TO DISCUSS CLOSING CHECKLIST (0.9); PARTICIPATE IN INTERNAL CALL WITH EFH INTERNAL PROJECT TEAM TO DISCUSS TRANSACTION MATTERS (0.8). |
| 1.20 | CANNON, MICHAEL Q | $650.00 | $780.00 | REVIEW QUESTION FROM B. BLOOM ABOUT POST-CLOSING REORGANIZATION. |

03/07/16

| 0.40 | WHALEN, JONATHAN M | $675.00 | $270.00 | DISCUSSIONS AND EMAILS REGARDING LENDERS' REAL ESTATE DILIGENCE. |

| Date | Timekeeper | Rate | Amount | Description |
|------|-----------|------|--------|-------------|
| 03/08/16 0.60 | WHALEN, JONATHAN M | $675.00 | $405.00 | EMAILS REGARDING FINANCING MATTERS IN CLOSING CHECKLIST. |
| 03/09/16 1.10 | WHALEN, JONATHAN M | $675.00 | $742.50 | REVISE CLOSING CHECKLIST AND CIRCULATE TO WORKING GROUP (0.4); PREPARE FOR AND PARTICIPATE IN CLOSING UPDATE CALL WITH NEXTERA (0.7). |
| 0.60 | FISHER, TIMOTHY P | $535.00 | $321.00 | CONFERENCE WITH WORKING GROUP REGARDING CLOSING ITEMS. |
| 03/10/16 0.70 | WHALEN, JONATHAN M | $675.00 | $472.50 | PARTICIPATE IN WEEKLY INTERNAL CLOSING UPDATE CALL. |
| 03/11/16 1.90 | WHALEN, JONATHAN M | $675.00 | $1,282.50 | PREPARE FOR AND PARTICIPATE IN LA FRONTERA UPDATE CALL (0.6); DISCUSSIONS AND EMAILS REGARDING FINANCING MATTERS AND KINDER MORGAN GUARANTEE SUBSTITUTION DOCUMENTS (1.3). |
| 3.60 | FISHER, TIMOTHY P | $535.00 | $1,926.00 | CONFERENCE WITH WORKING GROUP REGARDING CLOSING ITEMS (0.6); PREPARE LA FRONTERA CONSOLIDATION DOCUMENTS (3.0). |
| 03/14/16 1.20 | WHALEN, JONATHAN M | $675.00 | $810.00 | PHONE CALLS REGARDING CLOSING MATTERS. |
| 0.10 | FISHER, TIMOTHY P | $535.00 | $53.50 | CONFERENCE WITH WORKING GROUP REGARDING CLOSING MATTERS. |
| 03/15/16 0.10 | KATTAN, JOSEPH | $1,030.00 | $103.00 | TELEPHONE CONFERENCE WITH S. SIEGEL REGARDING DATA PRODUCED TO DOJ. |

| | | | | |
|---|---|---|---|---|
| 4.10 | WHALEN, JONATHAN M | $675.00 | $2,767.50 | REVISE CLOSING CHECKLIST AND PARTICIPATE IN UPDATE CALL WITH APOLLO (0.7); REVISE CLOSING DOCUMENTS AND CIRCULATE TO NEXTERA (2.6); EMAILS AND DISCUSSIONS RELATING TO KINDER MORGAN DOCUMENTATION (0.8). |
| 1.10 | CANNON, MICHAEL Q | $650.00 | $715.00 | REVIEW PROJECT LONGHORN CLOSING TAX ISSUES. |
| 0.40 | FISHER, TIMOTHY P | $535.00 | $214.00 | CONFERENCE WITH WORKING GROUP REGARDING LA FRONTERA CONSOLIDATION DOCUMENTS AND REVISE SAME. |

03/16/16

| | | | | |
|---|---|---|---|---|
| 4.50 | WHALEN, JONATHAN M | $675.00 | $3,037.50 | REVISE CLOSING CHECKLIST (0.4); PREPARE FOR AND PARTICIPATE IN UPDATE CALL WITH NEXTERA (1.3); DISCUSSIONS AND ANALYSIS REGARDING KINDER MORGAN SECURITY SUBSTITUTION AGREEMENT (1.4); PHONE CALLS WITH CLIENT REGARDING CLOSING MATTERS (0.7); REVIEW AND REVISE POST-CLOSING MERGER DOCUMENTS (0.8). |
| 1.50 | FISHER, TIMOTHY P | $535.00 | $802.50 | CONFERENCE WITH WORKING GROUP REGARDING CLOSING ITEMS (0.8); PREPARE CONSENTS FOR LOWER TIER LA FRONTERA ENTITIES AND REVISE MERGER OF AGREEMENT REGARDING SAME (0.7). |

03/17/16

| | | | | |
|---|---|---|---|---|
| 0.60 | KATTAN, JOSEPH | $1,030.00 | $618.00 | TELEPHONE CONFERENCE WITH A. WRIGHT REGARDING POTENTIAL TRANSACTIONS (0.2); TELEPHONE CONFERENCE WITH J. MORRIS REGARDING SAME (0.1); REVIEW TITAN INVESTOR PRESENTATION (0.2); REVIEW RIVER OFFERING MEMORANDUM, MDA (0.1). |

| | | | | |
|---|---|---|---|---|
| 3.90 | WHALEN, JONATHAN M | $675.00 | $2,632.50 | PARTICIPATE IN INTERNAL CLOSING UPDATE CALL (0.8); PREPARE FOR AND PARTICIPATE IN UPDATE CALL WITH APOLLO (0.4); PARTICIPATE IN INTERNAL CALL REGARDING CLOSING LOGISTICS (0.6); PARTICIPATE IN PHONE CALL REGARDING KINDER MORGAN SECURITY SUBSTITUTION (0.5); UPDATE CLOSING CHECKLIST (0.5); REVIEW CLOSING DOCUMENTS (1.1). |
| 1.50 | FISHER, TIMOTHY P | $535.00 | $802.50 | PREPARE SECRETARY AND INCUMBENCY CERTIFICATES (1.3); CONFERENCE WITH WORKING GROUP REGARDING CLOSING ITEMS (0.2). |

03/18/16

| | | | | |
|---|---|---|---|---|
| 2.40 | WHALEN, JONATHAN M | $675.00 | $1,620.00 | REVISE CLOSING DOCUMENTS (1.3); EMAILS RELATED TO TRANSITION SERVICES AGREEMENT AND OTHER CLOSING MATTERS (1.1). |
| 0.50 | FISHER, TIMOTHY P | $535.00 | $267.50 | REVISE SECRETARY AND INCUMBENCY CERTIFICATES AND CONFERENCE WITH WORKING GROUP REGARDING SAME. |

03/21/16

| | | | | |
|---|---|---|---|---|
| 3.40 | WHALEN, JONATHAN M | $675.00 | $2,295.00 | DRAFT FUNDS FLOW (0.6); REVIEW AND REVISE RESOLUTIONS FOR LA FRONTERA AND SUBSIDIARIES (0.7); PARTICIPATE IN PHONE CALLS REGARDING CLOSING MATTERS (1.4); REVISE CLOSING DOCUMENTS (0.7). |
| 1.90 | FISHER, TIMOTHY P | $535.00 | $1,016.50 | REVIEW STOCK PURCHASE AGREEMENT AND CLOSING CHECKLIST (0.5); PREPARE FUNDS FLOW AND CONFERENCE WITH WORKING GROUP REGARDING SAME (1.4). |

03/22/16

| | | | | |
|---|---|---|---|---|
| 4.20 | WHALEN, JONATHAN M | $675.00 | $2,835.00 | REVISE MERGER DOCUMENTS (0.6); PARTICIPATE IN WORKING CAPITAL CALL (0.5); PARTICIPATE IN APOLLO UPDATE CALL (0.3); EMAILS AND DISCUSSIONS REGARDING ERCOT AND PUC MATTERS (0.6); DISCUSSIONS AND PHONE CALLS REGARDING CLOSING DATE PAYMENT MECHANICS (0.8); COORDINATE FINALIZATIONS OF SCHEDULES TO CLOSING DOCUMENTS (0.7); PHONE CALLS REGARDING CLOSING MATTERS (0.7). |
| 2.10 | FISHER, TIMOTHY P | $535.00 | $1,123.50 | REVISE LA FRONTERA HOLDINGS CONSENT AND NEW LLC AGREEMENT. |

03/23/16

| | | | | |
|---|---|---|---|---|
| 5.50 | WHALEN, JONATHAN M | $675.00 | $3,712.50 | UPDATE CLOSING CHECKLIST (0.5); PREPARE FOR AND PARTICIPATE IN TRANSACTION UPDATE CALL WITH NEXTERA (1.1); EMAILS AND ANALYSIS REGARDING O&M AGREEMENT MECHANICS REGARDING MERGER SUCCESSION; EMAILS AND DISCUSSIONS REGARDING CLOSING CASH PAYMENT MECHANICS (0.6); EMAILS REGARDING ERCOT NOTICE (0.5); REVISE TRANSACTION DOCUMENTS (1.7); PHONE CALLS REGARDING TRANSACTION MATTERS (1.1). |
| 0.70 | FISHER, TIMOTHY P | $535.00 | $374.50 | CONFERENCE WITH WORKING GROUP REGARDING CLOSING ITEMS. |

| | | | | |
|---|---|---|---|---|
| 03/24/16 | | | | |
| 7.00 | WHALEN, JONATHAN M | $675.00 | $4,725.00 | REVISE POST-CLOSING MERGER DOCUMENTS (0.7); EMAILS REGARDING GARDING TRANSITION SERVICES AGREEMENT (0.6); REVISE TRANSACTION DOCUMENTS (2.7); PARTICIPATE IN INTERNAL UPDATE CALL (0.9); EMAILS REGARDING GOOD STANDING STATUS OF LUMINANT HOLDINGS (0.3); EMAILS REGARDING TITLE COMPANY MATTERS (0.3); DRAFT FUNDS FLOW (1.1); UPDATE CLOSING CHECKLIST (0.4). |
| 4.80 | FISHER, TIMOTHY P | $535.00 | $2,568.00 | REVIEW CLOSING DOCUMENTS AND CHECKLIST (2.0); REVISE LA FRONTERA CONSOLIDATION DOCUMENTS AND CONFERENCE WITH WORKING GROUP REGARDING SAME (0.6); CONFERENCE WITH VARIOUS WORKING GROUPS REGARDING CLOSING ITEMS (2.2). |
| 03/25/16 | | | | |
| 4.90 | WHALEN, JONATHAN M | $675.00 | $3,307.50 | UPDATE CLOSING CHECKLIST (0.4); PREPARE FOR AND PARTICIPATE IN CLOSING CHECKLIST UPDATE CALL (0.8); REVISE TRANSACTION DOCUMENTS (1.8); EMAILS AND DISCUSSIONS REGARDING O&M AGREEMENTS (0.6); REVIEW PROPOSED SPA AMENDMENT AND DRAFT EMAILS WITH RESPECT TO THE SAME (0.7); COORDINATE PREPARATION OF SIGNATURE PAGE PACKET (0.6). |
| 4.10 | FISHER, TIMOTHY P | $535.00 | $2,193.50 | PREPARE CLOSING 8-K (1.8); REVIEW CLOSING DOCUMENTS AND PREPARE SIGNATURE PAGE TRACKING TABLE (1.3); CONFERENCE WITH WORKING GROUP REGARDING CLOSING MATTERS (1). |

| | | | | |
|---|---|---|---|---|
| 03/26/16<br>1.60 | WHALEN, JONATHAN M | $675.00 | $1,080.00 | DISCUSSIONS WITH HOGAN REGARDING LIEN RELEASE MECHANICS (0.7); DRAFT EMAILS WITH RESPECT TO THE SAME (0.9). |
| 03/27/16<br>1.40 | WHALEN, JONATHAN M | $675.00 | $945.00 | PARTICIPATE IN PHONE CALLS TO DISCUSS COLLATERAL RELEASE MECHANICS (0.8); DRAFT EMAILS WITH RESPECT TO THE SAME (0.6). |
| 03/28/16<br>8.20 | WHALEN, JONATHAN M | $675.00 | $5,535.00 | DISCUSSIONS REGARDING GUARANTEE RELEASE MECHANICS (1.7); DISCUSSIONS REGARDING KINDER MORGAN GUARANTEE RELEASE (1.1); PARTICIPATE IN PHONE CALLS REGARDING CLOSING MATTERS (3.8); COORDINATE CLOSING MATTERS (1.6). |
| 0.60 | CANNON, MICHAEL Q | $650.00 | $390.00 | ATTENTION TO DRAFTING PROJECT LONGHORN TAX MEMORANDUM. |
| 3.60 | FISHER, TIMOTHY P | $535.00 | $1,926.00 | CONFERENCE WITH WORKING GROUP REGARDING CLOSING ITEMS (2.0); FINALIZE CLOSING DOCUMENTS AND PREPARE SIGNATURE PAGES (1.6). |
| 03/29/16<br>0.30 | LITTLE, ROBERT B | $875.00 | $262.50 | REVIEW FORM 8-K FOR LONGHORN CLOSING. |
| 6.20 | WHALEN, JONATHAN M | $675.00 | $4,185.00 | WORK ON CLOSING 8-K (0.7); DISCUSS AND REVISE FUNDS FLOW (0.8); COORDINATE MATTERS REGARDING SIGNATURE PAGES (0.6); COORDINATE CLOSING MATTERS (1.4); PARTICIPATE IN PHONE CALLS REGARDING CLOSING MATTERS (2.7). |
| 2.90 | CANNON, MICHAEL Q | $650.00 | $1,885.00 | DRAFT PROJECT LONGHORN TAX MEMORANDUM. |

| | | | | |
|---|---|---|---|---|
| 6.90 | FISHER, TIMOTHY P | $535.00 | $3,691.50 | PREPARE SIGNATURE PAGE PACKETS AND CONFERENCE WITH WORKING GROUP REGARDING SAME (3.5); REVISE CLOSING 8-K (0.2); CONFERENCE WITH WORKING GROUPS REGARDING VARIOUS CLOSING MATTERS, INCLUDING TAX CLOSING DOCUMENTS AND NAESB (3.2). |

03/30/16

| | | | | |
|---|---|---|---|---|
| 6.80 | WHALEN, JONATHAN M | $675.00 | $4,590.00 | REVISE CLOSING DOCUMENTS (1.8); PARTICIPATE IN PHONE CALLS REGARDING TRANSACTION (3.4); COORDINATE CLOSING MATTERS (1.6). |
| 3.50 | CANNON, MICHAEL Q | $650.00 | $2,275.00 | DRAFT TAX SUMMARY MEMORANDUM AT B. BLOOM'S REQUEST. |
| 3.50 | FISHER, TIMOTHY P | $535.00 | $1,872.50 | PREPARE CLOSING DOCUMENT SIGNATURE PAGES AND CONFERENCE WITH WORKING GROUP REGARDING SAME (0.6); PRE-CLEAR CERTIFICATE OF MERGER AND REVISE SAME (0.2); CONFERENCE WITH WORKING GROUP AND CAPITAL SERVICES REGARDING FILING OF CERTIFICATE OF MERGER AND PAYMENT OF FRANCHISE TAXES (0.2); REVISE FUNDS FLOW (0.4); CONFERENCE WITH WORKING GROUPS REGARDING VARIOUS OTHER CLOSING ITEMS (2.1). |
| 0.20 | HOPKINS, LOUIE S | $405.00 | $81.00 | REVIEW DOCUMENTS AND DELAWARE FRANCHISE TAX PAYMENT REQUEST FROM T. FISHER REGARDING LA FRONTERA HOLDINGS, LLC MERGER (0.1); COORDINATE PAYMENT OF 2015 DELAWARE FRANCHISE TAX (0.1). |

03/31/16

| | | | | |
|---|---|---|---|---|
| 1.50 | SINAK, DAVID L | $1,110.00 | $1,665.00 | REVIEW AND REVISE TAX MEMORANDUM FOR TRANSACTION AND PLANNED POST-CLOSING REORGANIZATION. |
| 5.40 | WHALEN, JONATHAN M | $675.00 | $3,645.00 | PARTICIPATE IN PHONE CALLS REGARDING CLOSING MATTERS (3.8); COORDINATE CLOSING MATTERS (1.6). |
| 1.30 | CANNON, MICHAEL Q | $650.00 | $845.00 | REVISE PROJECT LONGHORN TAX MEMORANDUM. |
| 4.30 | FISHER, TIMOTHY P | $535.00 | $2,300.50 | REVISE FUNDS FLOW (0.2); PREPARE CLOSING DOCUMENTS AND SIGNATURE PAGE PACKETS, REVIEW SIGNATURE PAGES AND CONFERENCE WITH WORKING GROUP REGARDING SAME (1.4); ATTEND TO OTHER VARIOUS CLOSING MATTERS (2.7). |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**April 18, 2016**

**Invoice No. 2016043065**

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through March 31, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00052 | Project Titan | $    5,082.00 | $      0.00 | $   5,082.00 |
|  | **Totals** | $    5,082.00 | $      0.00 | $   5,082.00 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $   5,082.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**April 18, 2016**

**Invoice No. 2016043065**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through March 31, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00052 | Project Titan | $   5,082.00 | $      0.00 | $   5,082.00 |
|  | **Totals** | $   5,082.00 | $    0.00 | $   5,082.00 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $    5,082.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: April 18, 2016**                                    **Invoice No. 2016043065**

**Due and Payable Upon Receipt**

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201


PROJECT TITAN
92772-00052

_____

For Services Rendered Through March 31, 2016

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| JOSEPH KATTAN | 1.40 | $1,030.00 | $ 1,442.00 |
| ROBERT M. NICHOLS | 5.60 | 650.00 | 3,640.00 |
| **Total Services** | | | $ 5,082.00 |



| | |
|---|---|
| **Total Services, Costs/Charges** | 5,082.00 |
| **BALANCE DUE** | $   5,082.00 |

**Due and Payable Upon Receipt**

PROJECT TITAN
92772-00052

---

Detail Services:

| | | | | |
|---|---|---|---|---|
| 03/21/16 | | | | |
| 0.20 | KATTAN, JOSEPH | $1,030.00 | $206.00 | TELEPHONE CONFERENCES WITH J. MORRIS REGARDING TITAN CONFLICT ISSUE (0.1); TELEPHONE CONFERENCE WITH A. WRIGHT REGARDING SAME (0.1). |
| 03/22/16 | | | | |
| 0.40 | KATTAN, JOSEPH | $1,030.00 | $412.00 | TELEPHONE CONFERENCE WITH A. WRIGHT REGARDING INFORMATION REQUIREMENTS (0.1); TELEPHONE CONFERENCE WITH B. NICHOLS REGARDING TITAN, INFORMATION REQUIREMENTS (0.2); EMAILS WITH A. WRIGHT AND J. MORRIS REGARDING MORRIS ENGAGEMENT (0.1). |
| 4.80 | NICHOLS, ROBERT M | $650.00 | $3,120.00 | REVIEW AND ANALYZE DATA FROM PREVIOUS TRANSACTION (2.8); DRAFT INFORMATION REQUEST (1.9); CORRESPOND WITH J. KATTAN REGARDING RESEARCH AND INFORMATION REQUEST (0.1). |
| 03/24/16 | | | | |
| 0.50 | KATTAN, JOSEPH | $1,030.00 | $515.00 | TELEPHONE CONFERENCES WITH A. WRIGHT REGARDING MORRIS RETENTION, TRANSACTION STRUCTURE (0.1); TELEPHONE CONFERENCE WITH J. MORRIS REGARDING INFORMATION REQUIREMENTS, COMPETITIVE ANALYSIS (0.2); REVIEW, COMMENT ON CONSOLIDATED INFORMATION REQUEST (0.1); EMAILS WITH J. MORRIS AND B. NICHOLS REGARDING ASSIGNMENTS, INFORMATION REQUEST (0.1). |

| | | | | |
|---|---|---|---|---|
| 0.30 | NICHOLS, ROBERT M | $650.00 | $195.00 | CORRESPOND WITH A. WRIGHT, J. KATTAN, AND J. MORRIS REGARDING INFORMATION REQUEST. |

03/30/16
| | | | | |
|---|---|---|---|---|
| 0.40 | NICHOLS, ROBERT M | $650.00 | $260.00 | REVIEW AND ANALYZE ███ ███ PRESENTATION AND ███████. |

03/31/16
| | | | | |
|---|---|---|---|---|
| 0.30 | KATTAN, JOSEPH | $1,030.00 | $309.00 | REVIEW PROJECT TITAN OFFERING MEMORANDUM. |
| 0.10 | NICHOLS, ROBERT M | $650.00 | $65.00 | CORRESPOND WITH J. MORRIS, J. KATTAN, ET AL. REGARDING INFORMATION REQUEST. |

**Exhibit G-4**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**May 5, 2016**

**Invoice No. 2016051167**

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through April 30, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00018 | NSR Case 201300257 | $  14,005.00 | $      0.00 | $  14,005.00 |
|  | **Totals** | $  14,005.00 | $      0.00 | $  14,005.00 |
|  | **Current Balance Due** |  |  | $  14,005.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00018 | 06/30/15 | 2015061449 | $  9,008.30 | $      0.00 | $  9,008.30 |
| 92772-00018 | 07/13/15 | 2015071601 | 10,759.80 | 0.00 | 10,759.80 |
| 92772-00018 | 08/05/15 | 2015080671 | 14,029.50 | 0.00 | 14,029.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|--------------|-------------|----------|-------|-------------|
| 92772-00018 | 09/04/15 | 2015091505 | 8,048.50 | 0.00 | 8,048.50 |
| 92772-00018 | 10/09/15 | 2015103687 | 7,182.10 | 0.00 | 7,182.10 |
| 92772-00018 | 11/03/15 | 2015111604 | 3,270.90 | 0.00 | 3,270.90 |
| 92772-00018 | 12/09/15 | 2015123248 | 4,781.30 | 0.00 | 4,781.30 |
| 92772-00018 | 01/07/16 | 2016011206 | 1,079.70 | 0.00 | 1,079.70 |
| 92772-00018 | 02/04/16 | 2016043408 | 6,189.70 | 0.00 | 6,189.70 |
| 92772-00018 | 03/04/16 | 2016043053 | 41,641.50 | 0.00 | 41,641.50 |
| 92772-00018 | 04/18/16 | 2016040936 | 14,287.00 | 0.00 | 14,287.00 |

**PREVIOUS BALANCE DUE**     $ 120,278.30

**TOTAL OUTSTANDING BALANCE DUE**     $ 134,283.30

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**May 5, 2016**

**Invoice No. 2016051167**

<u>**REMITTANCE COPY**</u>

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through April 30, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00018 | NSR Case 201300257 | $  14,005.00 | $      0.00 | $  14,005.00 |
|  | **Totals** | $  14,005.00 | $      0.00 | $  14,005.00 |
|  | **Current Balance Due** |  |  | $  14,005.00 |

**<u>PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING</u>:**

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|--------------|-------------|----------|-------|-------------|
| 92772-00018 | 06/30/15 | 2015061449 | $  9,008.30 | $  0.00 | $  9,008.30 |
| 92772-00018 | 07/13/15 | 2015071601 | 10,759.80 | 0.00 | 10,759.80 |
| 92772-00018 | 08/05/15 | 2015080671 | 14,029.50 | 0.00 | 14,029.50 |
| 92772-00018 | 09/04/15 | 2015091505 | 8,048.50 | 0.00 | 8,048.50 |
| 92772-00018 | 10/09/15 | 2015103687 | 7,182.10 | 0.00 | 7,182.10 |
| 92772-00018 | 11/03/15 | 2015111604 | 3,270.90 | 0.00 | 3,270.90 |
| 92772-00018 | 12/09/15 | 2015123248 | 4,781.30 | 0.00 | 4,781.30 |
| 92772-00018 | 01/07/16 | 2016011206 | 1,079.70 | 0.00 | 1,079.70 |
| 92772-00018 | 02/04/16 | 2016043408 | 6,189.70 | 0.00 | 6,189.70 |
| 92772-00018 | 03/04/16 | 2016043053 | 41,641.50 | 0.00 | 41,641.50 |
| 92772-00018 | 04/18/16 | 2016040936 | 14,287.00 | 0.00 | 14,287.00 |

**PREVIOUS BALANCE DUE**                      $  120,278.30

**TOTAL OUTSTANDING BALANCE DUE**             $  134,283.30

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

NSR CASE
92772-00018

_____

For Services Rendered Through April 30, 2016

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| WILLIAM B. DAWSON | 3.50 | $1,030.00 | $ 3,605.00 |
| MICHAEL L. RAIFF | 6.70 | 930.00 | 6,231.00 |
| RUSSELL H. FALCONER | 5.30 | 650.00 | 3,445.00 |
| ELIZABETH M. VINEY | 0.60 | 565.00 | 339.00 |
| GAYA K. HOLMAN | 1.00 | 385.00 | 385.00 |

**Total Services**                                              $   14,005.00


**Total Services, Costs/Charges**                                    14,005.00

**BALANCE DUE**                                                  $   14,005.00

**Invoice Date: May 5, 2016**                                **Invoice No. 2016051167**

**Due and Payable Upon Receipt**

NSR CASE
92772-00018
_____

Detail Services:

04/04/16
| 0.30 | FALCONER, RUSSELL H | $650.00 | $195.00 | REVIEW CORRESPONDENCE REGARDING POTENTIAL EXPERT MEETING AND THE CASE. |

04/05/16
| 0.40 | FALCONER, RUSSELL H | $650.00 | $260.00 | PARTICIPATE IN WEEKLY CASE CONFERENCE CALL AND CORRESPOND WITH M. RAIFF REGARDING SAME (0.2); GATHER MATERIALS TO SEND TO POTENTIAL EXPERT AND CORRESPONDENCE REGARDING SAME (0.2). |
| 0.20 | VINEY, ELIZABETH M | $565.00 | $113.00 | PARTICIPATE IN WEEKLY TEAM CONFERENCE CALL. |
| 0.30 | HOLMAN, GAYA K | $385.00 | $115.50 | EMAIL EXCHANGE WITH A. BENSCHOTER REGARDING ENLISTING VENDOR TO PROCESS RELEVANT CASE MATERIALS FOR ATTORNEY REVIEW AND ANALYSIS. |

04/07/16
| 0.30 | FALCONER, RUSSELL H | $650.00 | $195.00 | CORRESPOND WITH B. DAWSON REGARDING MEETING WITH POTENTIAL EXPERT. |

04/08/16
| 2.50 | DAWSON, WILLIAM B | $1,030.00 | $2,575.00 | PREPARE FOR AND MEET WITH POTENTIAL EXPERT (1.5); MEET WITH ANOTHER LAWYER RE RECENT RELATED TRIAL (1.0). |
| 2.70 | RAIFF, MICHAEL L | $930.00 | $2,511.00 | PREPARE FOR AND MEET WITH POTENTIAL EXPERT (1.8); PARTICIPATE IN DOCUMENT CALL (0.9). |

| | | | | |
|---|---|---|---|---|
| 3.40 | FALCONER, RUSSELL H | $650.00 | $2,210.00 | PREPARE FOR AND PARTICIPATE IN MEETING WITH POTENTIAL EXPERT (2.5); PARTICIPATE IN CONFERENCE CALL RE DOCUMENTS (0.9). |

04/12/16

| | | | | |
|---|---|---|---|---|
| 0.40 | RAIFF, MICHAEL L | $930.00 | $372.00 | CONFERENCE CALL WITH CLIENTS (0.2) COMMUNICATIONS REGARDING THE PROTECTIVE ORDER AND NEXT STEPS (0.2). |
| 0.50 | FALCONER, RUSSELL H | $650.00 | $325.00 | E-MAIL TO D. SMITH REGARDING REVISIONS TO PROTECTIVE ORDER AND CORRESPOND WITH TEAM REGARDING SAME. |
| 0.20 | VINEY, ELIZABETH M | $565.00 | $113.00 | PARTICIPATE IN WEEKLY TEAM CALL. |
| 0.20 | HOLMAN, GAYA K | $385.00 | $77.00 | EMAIL FOLLOW-UP WITH A. BENSCHOTER REGARDING PICKUP OF RELEVANT CASE MATERIALS BY VENDOR FOR PROCESSING AND SECURITY INSTRUCTIONS FOR SAME. |

04/13/16

| | | | | |
|---|---|---|---|---|
| 0.20 | HOLMAN, GAYA K | $385.00 | $77.00 | EMAIL EXCHANGE WITH A. BENSCHOTER AND VENDOR REGARDING ERRORS FOUND IN THE DOCUMENTS BEING PROCESSED FOR ATTORNEY REVIEW AND ANALYSIS. |

04/15/16

| | | | | |
|---|---|---|---|---|
| 1.00 | DAWSON, WILLIAM B | $1,030.00 | $1,030.00 | REVIEW DOCUMENT INFORMATION AND CALL WITH CLIENTS REGARDING DOCUMENTS (1.0). |
| 1.50 | RAIFF, MICHAEL L | $930.00 | $1,395.00 | CONFERENCE CALL WITH CLIENTS (0.5); REVIEW DOCUMENT INFORMATION AND CALL WITH CLIENTS REGARDING DOCUMENTS (1.0). |

04/18/16

| | | | | |
|---|---|---|---|---|
| 0.20 | FALCONER, RUSSELL H | $650.00 | $130.00 | CORRESPONDENCE REGARDING PROTECTIVE ORDER AND WEEKLY CALL. |

| Date / Hours | Name | Rate | Amount | Description |
|---|---|---|---|---|
| 04/19/16<br>0.30 | HOLMAN, GAYA K | $385.00 | $115.50 | EMAIL EXCHANGE WITH A. BENSCHOTER AND VENDOR REGARDING COMPLETION OF SCAN PROJECT AND COORDINATE DELIVERY OF CD CONTAINING SAME TO BALCH BINGHAM. |
| 04/22/16<br>1.10 | RAIFF, MICHAEL L | $930.00 | $1,023.00 | REVIEW DOCUMENT MATERIALS AND REVIEW PLANS FOR CALL (0.3); PARTICIPATE IN CALL REGARDING DOCUMENTS (0.8). |
| 04/26/16<br>0.20 | FALCONER, RUSSELL H | $650.00 | $130.00 | CORRESPONDENCE REGARDING EXPERT RETENTION AND DISCLOSURE. |
| 0.20 | VINEY, ELIZABETH M | $565.00 | $113.00 | PARTICIPATE IN WEEKLY CONFERENCE CALL. |
| 04/29/16<br>1.00 | RAIFF, MICHAEL L | $930.00 | $930.00 | WORK ON DOCUMENT ISSUES AND CALL WITH CLIENTS. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**May 6, 2016**

**Invoice No. 2016051443**

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through April 30, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00024 | FPL Offer Curves Dispute 201300068 | $  4,299.50 | $  0.00 | $  4,299.50 |
|  | **Totals** | $  4,299.50 | $  0.00 | $  4,299.50 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $  4,299.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.
**Invoice Date: May 6, 2016**                                    **Invoice No. 2016051443**
**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**May 6, 2016**

**Invoice No. 2016051443**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through April 30, 2016**

| | | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00024 | FPL Offer Curves Dispute 201300068 | $   4,299.50 | $       0.00 | $   4,299.50 |
| | **Totals** | $   4,299.50 | $       0.00 | $   4,299.50 |
| | **TOTAL OUTSTANDING BALANCE DUE** | | | $   4,299.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this
invoice with your payment in the enclosed
Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

Invoice Date: May 6, 2016                                                                Invoice No. 2016051443

**Due and Payable Upon Receipt**

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

FPL OFFER CURVES DISPUTE
92772-00024

_____

For Services Rendered Through April 30, 2016

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| MICHAEL L. RAIFF | 3.80 | $ 930.00 | $   3,534.00 |
| ASHLEY E. JOHNSON | 1.00 | 715.00 | 715.00 |
| WILLIAM T. THOMPSON | 0.10 | 505.00 | 50.50 |
| **Total Services** | | | $   4,299.50 |

**Total Services, Costs/Charges**                                    4,299.50

**BALANCE DUE**                                         $   4,299.50

**Due and Payable Upon Receipt**

FPL OFFER CURVES DISPUTE
92772-00024

_____

Detail Services:

04/19/16
| 0.30 | RAIFF, MICHAEL L | $930.00 | $279.00 | WORK ON GATHERING AND ATTENTION TO MATERIALS RELATING TO FPL OBJECTIONS. |

04/20/16
| 0.50 | RAIFF, MICHAEL L | $930.00 | $465.00 | ATTENTION TO AND COMMUNICATIONS REGARDING FPL'S OFFER CURVES OBJECTION. |
| 1.00 | JOHNSON, ASHLEY E | $715.00 | $715.00 | READ MATERIAL REGARDING OFFER CURVES ISSUE. |
| 0.10 | THOMPSON, WILLIAM T | $505.00 | $50.50 | COMMUNICATE WITH A. JOHNSON REGARDING FPL CLAIM. |

04/25/16
| 2.00 | RAIFF, MICHAEL L | $930.00 | $1,860.00 | WORK ON GATHERING AND GOING THROUGH OFFER CURVES MATERIALS, PRIOR PLEADINGS, LETTER OF CREDIT MATERIALS, AND FPL'S LATEST BANKRUPTCY FILINGS (1.3); PARTICIPATE IN CALL WITH CLIENTS (0.3); CONFERENCE CALL WITH BANKRUPTCY COUNSEL (0.4). |

04/26/16
| 1.00 | RAIFF, MICHAEL L | $930.00 | $930.00 | PREPARE FOR CALL WITH FPL COUNSEL AND REVIEW ADDITIONAL MATERIALS (0.6); CONFERENCE CALL WITH FPL'S COUNSEL (0.3); FOLLOW-UP CALLS/EMAILS (0.1). |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**May 6, 2016**

**Invoice No. 2016051484**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through April 30, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00030 | Retention/Fee Applications | $   6,306.50 | $      0.00 | $   6,306.50 |
|  | **Totals** | $   6,306.50 | $     0.00 | $   6,306.50 |
|  | **Current Balance Due** |  |  | $   6,306.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00030 | 06/30/15 | 2015061442 | $   2,926.00 | $    0.00 | $   2,926.00 |
| 92772-00030 | 07/20/15 | 2015072807 | 4,089.30 | 0.00 | 4,089.30 |
| 92772-00030 | 08/11/15 | 2015081583 | 1,560.20 | 0.00 | 1,560.20 |
| 92772-00030 | 09/12/15 | 2015093338 | 1,335.60 | 0.00 | 1,335.60 |
| 92772-00030 | 10/09/15 | 2015100998 | 4,884.80 | 0.00 | 4,884.80 |
| 92772-00030 | 11/07/15 | 2015112641 | 1,940.90 | 0.00 | 1,940.90 |
| 92772-00030 | 12/09/15 | 2015123262 | 1,300.80 | 0.00 | 1,300.80 |
| 92772-00030 | 01/11/16 | 2016011849 | 1,086.00 | 0.00 | 1,086.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this
invoice with your payment in the enclosed
Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|-------------|-------------|----------|-------|-------------|
| 92772-00030 | 02/04/16 | 2016043410 | 4,125.50 | 0.00 | 4,125.50 |
| 92772-00030 | 03/04/16 | 2016032036 | 6,993.00 | 0.00 | 6,993.00 |
| 92772-00030 | 04/18/16 | 2016043059 | 5,337.00 | 0.00 | 5,337.00 |

**PREVIOUS BALANCE DUE**                                        $ 35,579.10

**TOTAL OUTSTANDING BALANCE DUE**                    $ 41,885.60

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**May 6, 2016**

**Invoice No. 2016051484**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through April 30, 2016**

| | | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00030 | Retention/Fee Applications | $   6,306.50 | $      0.00 | $   6,306.50 |
| | **Totals** | $   6,306.50 | $   0.00 | $   6,306.50 |
| | **Current Balance Due** | | | $   6,306.50 |

**<u>PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING</u>:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00030 | 06/30/15 | 2015061442 | $   2,926.00 | $   0.00 | $   2,926.00 |
| 92772-00030 | 07/20/15 | 2015072807 | 4,089.30 | 0.00 | 4,089.30 |
| 92772-00030 | 08/11/15 | 2015081583 | 1,560.20 | 0.00 | 1,560.20 |
| 92772-00030 | 09/12/15 | 2015093338 | 1,335.60 | 0.00 | 1,335.60 |
| 92772-00030 | 10/09/15 | 2015100998 | 4,884.80 | 0.00 | 4,884.80 |

Remit By Wire To:
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

Remit By Mail To:
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|--------------|-------------|----------|-------|-------------|
| 92772-00030 | 11/07/15 | 2015112641 | 1,940.90 | 0.00 | 1,940.90 |
| 92772-00030 | 12/09/15 | 2015123262 | 1,300.80 | 0.00 | 1,300.80 |
| 92772-00030 | 01/11/16 | 2016011849 | 1,086.00 | 0.00 | 1,086.00 |
| 92772-00030 | 02/04/16 | 2016043410 | 4,125.50 | 0.00 | 4,125.50 |
| 92772-00030 | 03/04/16 | 2016032036 | 6,993.00 | 0.00 | 6,993.00 |
| 92772-00030 | 04/18/16 | 2016043059 | 5,337.00 | 0.00 | 5,337.00 |

**PREVIOUS BALANCE DUE**    $  35,579.10

**TOTAL OUTSTANDING BALANCE DUE**    $   41,885.60

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

RETENTION/FEE APPLICATIONS
92772-00030

_____

For Services Rendered Through April 30, 2016

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| MATTHEW G. BOUSLOG | 0.90 | $ 675.00 | $    607.50 |
| DUKE K. AMPONSAH | 13.90 | 410.00 | 5,699.00 |
| **Total Services** | | | $   6,306.50 |

| | |
|---|---|
| **Total Services, Costs/Charges** | 6,306.50 |
| **BALANCE DUE** | $   6,306.50 |

RETENTION/FEE APPLICATIONS
92772-00030

_____

Detail Services:

| Date | Hours | Name | Rate | Amount | Description |
|---|---|---|---|---|---|
| 04/05/16 | 0.60 | AMPONSAH, DUKE K | $410.00 | $246.00 | REVIEW MARCH 2016 PREBILLS FOR COMPLIANCE WITH UST GUIDELINES. |
| 04/06/16 | 0.60 | AMPONSAH, DUKE K | $410.00 | $246.00 | REVIEW MARCH 2016 PREBILLS FOR COMPLIANCE WITH UST GUIDELINES. |
| 04/11/16 | 1.10 | AMPONSAH, DUKE K | $410.00 | $451.00 | PREPARE AND DRAFT 2016 FEBRUARY EXHIBIT A TO CNO AND 2016 FEBRUARY MFIS. |
| 04/12/16 | 0.40 | AMPONSAH, DUKE K | $410.00 | $164.00 | UPDATE 2016 FEBRUARY EXHIBIT A TO CNO AND 2016 FEBRUARY MFIS. |
| 04/13/16 | 1.00 | AMPONSAH, DUKE K | $410.00 | $410.00 | REVIEW MARCH 2016 PREBILLS FOR COMPLIANCE WITH UST GUIDELINES. |
| 04/14/16 | 0.10 | BOUSLOG, MATTHEW G | $675.00 | $67.50 | EMAILS WITH R. ST. JOHN AND D. AMPONSAH REGARDING FEE STATEMENT. |
| 04/15/16 | 0.40 | AMPONSAH, DUKE K | $410.00 | $164.00 | REVIEW CORRESPONDENCE REGARDING REVISED INVOICES. |
| 04/18/16 | 0.30 | BOUSLOG, MATTHEW G | $675.00 | $202.50 | EMAILS WITH D. AMPONSAH AND R. ST. JOHN REGARDING FEE STATEMENT (0.2); CALL WITH D. AMPONSAH REGARDING SAME (0.1). |
|  | 2.30 | AMPONSAH, DUKE K | $410.00 | $943.00 | PREPARE DATA FOR CHARTS FROM THE MARCH 2016 GDC FEE STATEMENT (1.9); REVIEW CORRESPONDENCE REGARDING REVISED INVOICES (0.4). |

| Date | Hours | Name | Rate | Amount | Description |
|------|-------|------|------|--------|-------------|
| 04/20/16 | 2.10 | AMPONSAH, DUKE K | $410.00 | $861.00 | PREPARE DRAFT OF GDC MARCH 2016 MONTHLY FEE STATEMENT. |
| 04/21/16 | 0.10 | BOUSLOG, MATTHEW G | $675.00 | $67.50 | EMAILS WITH D. AMPONSAH REGARDING FEE STATEMENT. |
| | 1.70 | AMPONSAH, DUKE K | $410.00 | $697.00 | UPDATE DRAFT OF GDC MARCH 2016 MONTHLY FEE STATEMENT (0.7); WORK ON REVISING JANUARY AND FEBRUARY 2016 FEE AND SUMMARY CHARTS (1.0). |
| 04/22/16 | 1.70 | AMPONSAH, DUKE K | $410.00 | $697.00 | CONTINUE WORKING ON REVISING JANUARY AND FEBRUARY 2016 FEE AND SUMMARY CHARTS. |
| 04/25/16 | 2.00 | AMPONSAH, DUKE K | $410.00 | $820.00 | CONTINUE WORKING ON REVISING JANUARY AND FEBRUARY 2016 FEE AND SUMMARY CHARTS. |
| 04/28/16 | 0.40 | BOUSLOG, MATTHEW G | $675.00 | $270.00 | REVIEW AND REVISE FEE STATEMENT AND FEE INVOICE STATEMENT (0.2); EMAILS WITH G. MOOR, J. MADRON AND D. AMPONSAH REGARDING SAME (0.2). |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**May 6, 2016**

**Invoice No. 2016051485**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through April 30, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00031 | EFH SEC Matters | $ 4,227.50 | $ 0.00 | $ 4,227.50 |
|  | **Totals** | $ 4,227.50 | $ 0.00 | $ 4,227.50 |
|  | **Current Balance Due** |  |  | $ 4,227.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00031 | 06/30/15 | 2015061443 | $ 233.80 | $ 0.00 | $ 233.80 |
| 92772-00031 | 07/20/15 | 2015072808 | 684.70 | 0.00 | 684.70 |
| 92772-00031 | 08/11/15 | 2015081584 | 2,496.30 | 0.00 | 2,496.30 |
| 92772-00031 | 09/12/15 | 2015093339 | 3,223.10 | 0.00 | 3,223.10 |
| 92772-00031 | 10/09/15 | 2015100999 | 2,516.90 | 0.00 | 2,516.90 |
| 92772-00031 | 11/07/15 | 2015112642 | 1,326.70 | 0.00 | 1,326.70 |
| 92772-00031 | 12/09/15 | 2015123263 | 1,576.30 | 0.00 | 1,576.30 |
| 92772-00031 | 01/11/16 | 2016011850 | 2,858.00 | 0.00 | 2,858.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|-------------|-------------|----------|-------|-------------|
| 92772-00031 | 02/04/16 | 2016043417 | 1,684.90 | 0.00 | 1,684.90 |
| 92772-00031 | 03/04/16 | 2016043436 | 8,685.00 | 0.00 | 8,685.00 |

**PREVIOUS BALANCE DUE**                                      $   25,285.70

**TOTAL OUTSTANDING BALANCE DUE**                            $   29,513.20

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**May 6, 2016**

**Invoice No. 2016051485**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through April 30, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00031 | EFH SEC Matters | $    4,227.50 | $        0.00 | $    4,227.50 |
|  | **Totals** | $    4,227.50 | $      0.00 | $    4,227.50 |
|  | **Current Balance Due** |  |  | $    4,227.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00031 | 06/30/15 | 2015061443 | $    233.80 | $    0.00 | $    233.80 |
| 92772-00031 | 07/20/15 | 2015072808 | 684.70 | 0.00 | 684.70 |
| 92772-00031 | 08/11/15 | 2015081584 | 2,496.30 | 0.00 | 2,496.30 |
| 92772-00031 | 09/12/15 | 2015093339 | 3,223.10 | 0.00 | 3,223.10 |
| 92772-00031 | 10/09/15 | 2015100999 | 2,516.90 | 0.00 | 2,516.90 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: May 6, 2016**                                            **Invoice No. 2016051485**

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|-------------|-------------|----------|-------|-------------|
| 92772-00031 | 11/07/15 | 2015112642 | 1,326.70 | 0.00 | 1,326.70 |
| 92772-00031 | 12/09/15 | 2015123263 | 1,576.30 | 0.00 | 1,576.30 |
| 92772-00031 | 01/11/16 | 2016011850 | 2,858.00 | 0.00 | 2,858.00 |
| 92772-00031 | 02/04/16 | 2016043417 | 1,684.90 | 0.00 | 1,684.90 |
| 92772-00031 | 03/04/16 | 2016043436 | 8,685.00 | 0.00 | 8,685.00 |

**PREVIOUS BALANCE DUE**                                           $  25,285.70

**TOTAL OUTSTANDING BALANCE DUE**                                 $  29,513.20

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

EFH SEC MATTERS
92772-00031

_____

For Services Rendered Through April 30, 2016

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| ROBERT B. LITTLE | 1.90 | $ 875.00 | $  1,662.50 |
| JONATHAN M. WHALEN | 3.80 | 675.00 | 2,565.00 |
| **Total Services** | | | $  4,227.50 |

**Total Services, Costs/Charges**                                  4,227.50

**BALANCE DUE**                                      $   4,227.50

EFH SEC MATTERS
92772-00031

_____

Detail Services:

| Date | Hours | Name | Rate | Amount | Description |
|---|---|---|---|---|---|
| 04/14/16 | 0.20 | LITTLE, ROBERT B | $875.00 | $175.00 | TELEPHONE CALL WITH A. WRIGHT REGARDING DISCLOSURE ISSUE. |
| 04/20/16 | 1.70 | WHALEN, JONATHAN M | $675.00 | $1,147.50 | REVIEW EFH 1ST QUARTER 10-Q. |
| 04/21/16 | 1.40 | WHALEN, JONATHAN M | $675.00 | $945.00 | PROVIDE COMMENTS TO 10-Q. |
| 04/28/16 | 0.80 | LITTLE, ROBERT B | $875.00 | $700.00 | REVIEW AND REVISE FORM 8-K. |
| | 0.70 | WHALEN, JONATHAN M | $675.00 | $472.50 | REVISE PLAN TERMINATION 8-K AND SEND COMMENTS TO J. JOHNSON. |
| 04/29/16 | 0.90 | LITTLE, ROBERT B | $875.00 | $787.50 | REVIEW AND REVISE DRAFTS OF FORM 8-K. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**May 6, 2016**

**Invoice No. 2016051486**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through April 30, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00043 | TCEH Corporate Matters | $   8,071.00 | $      0.00 | $   8,071.00 |
|  | **Totals** | $   8,071.00 | $     0.00 | $   8,071.00 |
|  | **Current Balance Due** |  |  | $   8,071.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00043 | 06/30/15 | 2015061444 | $   6,002.80 | $     0.00 | $   6,002.80 |
| 92772-00043 | 07/20/15 | 2015072809 | 6,576.90 | 0.00 | 6,576.90 |
| 92772-00043 | 10/09/15 | 2015101002 | 350.70 | 0.00 | 350.70 |
| 92772-00043 | 11/07/15 | 2015112645 | 813.50 | 0.00 | 813.50 |
| 92772-00043 | 02/04/16 | 2016043418 | 1,829.50 | 0.00 | 1,829.50 |
| 92772-00043 | 04/18/16 | 2016043060 | 2,800.00 | 0.00 | 2,800.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                                    $   18,373.40

**TOTAL OUTSTANDING BALANCE DUE**                          $   26,444.40

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas 75201**

**Federal Taxpayer ID #95-1611234**

**May 6, 2016**

**Invoice No. 2016051486**

<u>**REMITTANCE COPY**</u>

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through April 30, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00043 | TCEH Corporate Matters | $  8,071.00 | $  0.00 | $  8,071.00 |
|  | **Totals** | $  8,071.00 | $  0.00 | $  8,071.00 |
|  | **Current Balance Due** |  |  | $  8,071.00 |

<u>**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**</u>:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00043 | 06/30/15 | 2015061444 | $  6,002.80 | $  0.00 | $  6,002.80 |
| 92772-00043 | 07/20/15 | 2015072809 | 6,576.90 | 0.00 | 6,576.90 |
| 92772-00043 | 10/09/15 | 2015101002 | 350.70 | 0.00 | 350.70 |
| 92772-00043 | 11/07/15 | 2015112645 | 813.50 | 0.00 | 813.50 |
| 92772-00043 | 02/04/16 | 2016043418 | 1,829.50 | 0.00 | 1,829.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA 90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No: 4600-146039
ABA No: 121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA 90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: May 6, 2016**                                                                                      **Invoice No. 2016051486**

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00043 | 04/18/16 | 2016043060 | 2,800.00 | 0.00 | 2,800.00 |

**PREVIOUS BALANCE DUE** $ 18,373.40

**TOTAL OUTSTANDING BALANCE DUE** $ 26,444.40

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201


TCEH CORPORATE MATTERS
92772-00043

_____

For Services Rendered Through April 30, 2016

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| ROBERT B. LITTLE | 7.10 | $ 875.00 | $ 6,212.50 |
| LORI I. ZYSKOWSKI | 0.70 | 975.00 | 682.50 |
| CAITLIN A. CALLOWAY | 2.10 | 560.00 | 1,176.00 |
| **Total Services** | | | $ 8,071.00 |

**Total Services, Costs/Charges**          8,071.00

**BALANCE DUE**          $   8,071.00

**Due and Payable Upon Receipt**

TCEH CORPORATE MATTERS
92772-00043

---

Detail Services:

**04/05/16**

| | | | | |
|---|---|---|---|---|
| 0.40 | LITTLE, ROBERT B | $875.00 | $350.00 | REVIEW AUDIT COMMITTEE CHARTER REGARDING AUDITOR APPROVAL QUESTION FROM J. WALKER (0.2); CONFER WITH J. WALKER REGARDING SAME (0.2). |

**04/06/16**

| | | | | |
|---|---|---|---|---|
| 2.00 | LITTLE, ROBERT B | $875.00 | $1,750.00 | CONFER WITH J. WALKER AND A. BURTON REGARDING OFFICER ELECTION ISSUES (0.4); EXAMINE SAME (1.6). |
| 0.50 | ZYSKOWSKI, LORI I | $975.00 | $487.50 | CORRESPOND WITH C. CALLOWAY ON APPOINTMENT OF OFFICER ELECTION ISSUES. |
| 0.60 | CALLOWAY, CAITLIN A | $560.00 | $336.00 | ANALYZE STATUTE REGARDING APPOINTMENT AND ELECTION OF OFFICERS (0.2); CONFER WITH L. ZYSKOWSKI REGARDING SAME (0.4). |

**04/07/16**

| | | | | |
|---|---|---|---|---|
| 2.50 | LITTLE, ROBERT B | $875.00 | $2,187.50 | EXAMINE OFFICER ELECTION/APPOINTMENT ISSUES FOR J. WALKER (1.3); E-MAILS REGARDING SAME (1.2). |
| 0.20 | ZYSKOWSKI, LORI I | $975.00 | $195.00 | CALL WITH R. LITTLE TO DISCUSS OFFICER APPOINTMENTS. |

**04/12/16**

| | | | | |
|---|---|---|---|---|
| 0.40 | LITTLE, ROBERT B | $875.00 | $350.00 | REVIEW E-MAIL FROM A. BURTON REGARDING GOVERNANCE MATTERS (0.2); CONFER WITH L. ZYSKOWSKI REGARDING OFFICER APPOINTMENTS (0.2). |
| 0.60 | CALLOWAY, CAITLIN A | $560.00 | $336.00 | ANALYZE SPONSOR AGREEMENT AND TBOC STATUTES REGARDING INDEMNIFICATION. |

| 04/13/16 | | | | |
|---|---|---|---|---|
| 0.50 | LITTLE, ROBERT B | $875.00 | $437.50 | EXAMINE GOVERNANCE QUESTIONS FOR A. BURTON (0.3); E-MAIL TO A. BURTON REGARDING SAME (0.2). |
| 04/14/16 | | | | |
| 1.30 | LITTLE, ROBERT B | $875.00 | $1,137.50 | REVIEW FINANCING PROPOSALS (0.9); E-MAILS WITH A. WRIGHT REGARDING SAME (0.1); EXAMINE D&O POLICY ISSUE (0.3). |
| 0.90 | CALLOWAY, CAITLIN A | $560.00 | $504.00 | REVIEW D&O POLICY AND PREPARE EMAILS REGARDING SAME. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**May 6, 2016**

**Invoice No. 2016051487**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through April 30, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00046 | Budgeting-Related Work | $    607.50 | $    0.00 | $    607.50 |
|  | **Totals** | $    607.50 | $    0.00 | $    607.50 |
|  | **Current Balance Due** |  |  | $    607.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00046 | 06/30/15 | 2015061445 | $    87.50 | $    0.00 | $    87.50 |
| 92772-00046 | 07/20/15 | 2015072810 | 112.50 | 0.00 | 112.50 |
| 92772-00046 | 08/11/15 | 2015081587 | 50.00 | 0.00 | 50.00 |
| 92772-00046 | 09/12/15 | 2015093340 | 62.50 | 0.00 | 62.50 |
| 92772-00046 | 10/09/15 | 2015101004 | 145.90 | 0.00 | 145.90 |
| 92772-00046 | 11/07/15 | 2015112646 | 162.50 | 0.00 | 162.50 |
| 92772-00046 | 12/09/15 | 2015123265 | 50.00 | 0.00 | 50.00 |
| 92772-00046 | 01/11/16 | 2016011851 | 75.00 | 0.00 | 75.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|-------------|-------------|----------|-------|-------------|
| 92772-00046 | 02/04/16 | 2016022067 | 94.50 | 0.00 | 94.50 |
| 92772-00046 | 03/04/16 | 2016032039 | 337.50 | 0.00 | 337.50 |
| 92772-00046 | 04/18/16 | 2016043061 | 1,151.00 | 0.00 | 1,151.00 |

**PREVIOUS BALANCE DUE**   $   2,328.90

**TOTAL OUTSTANDING BALANCE DUE**   $   2,936.40

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**May 6, 2016**

**Invoice No. 2016051487**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through April 30, 2016**

| | | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00046 | Budgeting-Related Work | $    607.50 | $    0.00 | $    607.50 |
| | **Totals** | $    607.50 | $    0.00 | $    607.50 |
| | **Current Balance Due** | | | $    607.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00046 | 06/30/15 | 2015061445 | $    87.50 | $    0.00 | $    87.50 |
| 92772-00046 | 07/20/15 | 2015072810 | 112.50 | 0.00 | 112.50 |
| 92772-00046 | 08/11/15 | 2015081587 | 50.00 | 0.00 | 50.00 |
| 92772-00046 | 09/12/15 | 2015093340 | 62.50 | 0.00 | 62.50 |
| 92772-00046 | 10/09/15 | 2015101004 | 145.90 | 0.00 | 145.90 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: May 6, 2016**                                    **Invoice No. 2016051487**

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00046 | 11/07/15 | 2015112646 | 162.50 | 0.00 | 162.50 |
| 92772-00046 | 12/09/15 | 2015123265 | 50.00 | 0.00 | 50.00 |
| 92772-00046 | 01/11/16 | 2016011851 | 75.00 | 0.00 | 75.00 |
| 92772-00046 | 02/04/16 | 2016022067 | 94.50 | 0.00 | 94.50 |
| 92772-00046 | 03/04/16 | 2016032039 | 337.50 | 0.00 | 337.50 |
| 92772-00046 | 04/18/16 | 2016043061 | 1,151.00 | 0.00 | 1,151.00 |

**PREVIOUS BALANCE DUE**　　　　　　　　　　　　　$   2,328.90

**TOTAL OUTSTANDING BALANCE DUE**　　　　　　$   2,936.40

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

BUDGETING-RELATED WORK
92772-00046

_____

For Services Rendered Through April 30, 2016

| NAME | HOURS | RATE | | TOTAL |
|------|-------|------|---|-------|
| MATTHEW G. BOUSLOG | 0.90 | $ 675.00 | $ | 607.50 |
| **Total Services** | | | $ | 607.50 |
| **Total Services, Costs/Charges** | | | | 607.50 |
| **BALANCE DUE** | | | $ | 607.50 |

**Due and Payable Upon Receipt**

BUDGETING-RELATED WORK
92772-00046

---

Detail Services:

| 04/11/16 | | | | |
|---|---|---|---|---|
| 0.10 | BOUSLOG, MATTHEW G | $675.00 | $67.50 | EMAILS WITH R. LITTLE, J. HO, B. DAWSON, J. KATTAN REGARDING BUDGET. |

| 04/14/16 | | | | |
|---|---|---|---|---|
| 0.70 | BOUSLOG, MATTHEW G | $675.00 | $472.50 | WORK ON BUDGET (0.6); EMAILS WITH G. MOOR AND J. KATTAN REGARDING SAME (0.1). |

| 04/15/16 | | | | |
|---|---|---|---|---|
| 0.10 | BOUSLOG, MATTHEW G | $675.00 | $67.50 | EMAILS WITH A. WRIGHT AND D. KELLY REGARDING BUDGET. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**May 6, 2016**

**Invoice No. 2016051488**

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through April 30, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00048 | TCEH Going Public Transactions | $  43,400.00 | $     0.00 | $  43,400.00 |
|  | **Totals** | $  43,400.00 | $     0.00 | $  43,400.00 |
|  | **Current Balance Due** |  |  | $  43,400.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00048 | 09/12/15 | 2015093341 | $  10,132.90 | $     0.00 | $  10,132.90 |
| 92772-00048 | 10/09/15 | 2015101009 | 9,105.50 | 0.00 | 9,105.50 |
| 92772-00048 | 11/07/15 | 2015112647 | 9,583.90 | 0.00 | 9,583.90 |
| 92772-00048 | 12/09/15 | 2015123266 | 4,353.40 | 0.00 | 4,353.40 |
| 92772-00048 | 01/11/16 | 2016011852 | 8,431.80 | 0.00 | 8,431.80 |
| 92772-00048 | 02/04/16 | 2016043423 | 6,875.80 | 0.00 | 6,875.80 |
| 92772-00048 | 03/04/16 | 2016043438 | 41,185.50 | 0.00 | 41,185.50 |
| 92772-00048 | 04/18/16 | 2016043063 | 87,981.50 | 0.00 | 87,981.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

Invoice Date: May 6, 2016                                                                Invoice No. 2016051488

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                                    $ 177,650.30

**TOTAL OUTSTANDING BALANCE DUE**                    $ 221,050.30

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**May 6, 2016**

**Invoice No. 2016051488**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through April 30, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00048 | TCEH Going Public Transactions | $  43,400.00 | $      0.00 | $  43,400.00 |
|  | **Totals** | $  43,400.00 | $      0.00 | $  43,400.00 |
|  | **Current Balance Due** |  |  | $  43,400.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00048 | 09/12/15 | 2015093341 | $  10,132.90 | $    0.00 | $  10,132.90 |
| 92772-00048 | 10/09/15 | 2015101009 | 9,105.50 | 0.00 | 9,105.50 |
| 92772-00048 | 11/07/15 | 2015112647 | 9,583.90 | 0.00 | 9,583.90 |
| 92772-00048 | 12/09/15 | 2015123266 | 4,353.40 | 0.00 | 4,353.40 |
| 92772-00048 | 01/11/16 | 2016011852 | 8,431.80 | 0.00 | 8,431.80 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: May 6, 2016**                                        **Invoice No. 2016051488**

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00048 | 02/04/16 | 2016043423 | 6,875.80 | 0.00 | 6,875.80 |
| 92772-00048 | 03/04/16 | 2016043438 | 41,185.50 | 0.00 | 41,185.50 |
| 92772-00048 | 04/18/16 | 2016043063 | 87,981.50 | 0.00 | 87,981.50 |

**PREVIOUS BALANCE DUE**                                      $ 177,650.30

**TOTAL OUTSTANDING BALANCE DUE**                $ 221,050.30

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201

TCEH GOING PUBLIC TRANSACTIONS
92772-00048

_____

For Services Rendered Through April 30, 2016

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| ANDREW L. FABENS | 6.30 | $1,100.00 | $  6,930.00 |
| ROBERT B. LITTLE | 20.70 | 875.00 | 18,112.50 |
| ERIC M. SCARAZZO | 8.70 | 855.00 | 7,438.50 |
| JONATHAN M. WHALEN | 0.80 | 675.00 | 540.00 |
| TIMOTHY P. FISHER | 19.40 | 535.00 | 10,379.00 |

**Total Services**                                                $  43,400.00


**Total Services, Costs/Charges**                                     43,400.00

**BALANCE DUE**                                                   $  43,400.00

**Invoice Date: May 6, 2016**

**Due and Payable Upon Receipt**

**Invoice No. 2016051488**

TCEH GOING PUBLIC TRANSACTIONS
92772-00048

---

Detail Services:

04/01/16

| 1.40 | LITTLE, ROBERT B | $875.00 | $1,225.00 | REVIEW TAX RECEIVABLE AGREEMENT (0.4); TELEPHONE CALL WITH WORKING GROUP REGARDING SAME (0.6); TELEPHONE CALL WITH J. WALKER AND A. BURTON REGARDING D&O QUESTIONNAIRE (0.4). |
| 1.20 | FISHER, TIMOTHY P | $535.00 | $642.00 | CONFERENCE WITH WORKING GROUP REGARDING DIRECTOR AND OFFICER QUESTIONNAIRES AND REVIEW CHANGES TO SAME. |

04/03/16

| 1.30 | FISHER, TIMOTHY P | $535.00 | $695.50 | REVISE DIRECTOR QUESTIONNAIRES. |

04/04/16

| 1.50 | FABENS, ANDREW L | $1,100.00 | $1,650.00 | REVIEW AND COMMENT ON DRAFT TAX RECEIVABLE AGREEMENT (1.1); TELEPHONE CALLS AND CORRESPONDENCE REGARDING DRAFT (0.4). |
| 1.90 | LITTLE, ROBERT B | $875.00 | $1,662.50 | REVIEW AND REVISE D&O QUESTIONNAIRE (0.4); REVIEW AND REVISE TAX RECEIVABLE AGREEMENT (1.5). |
| 2.80 | FISHER, TIMOTHY P | $535.00 | $1,498.00 | REVISE DIRECTOR QUESTIONNAIRES AND CONFERENCE WITH WORKING GROUP REGARDING SAME. |

04/05/16

| 1.20 | FABENS, ANDREW L | $1,100.00 | $1,320.00 | REVIEW AND COMMENT ON DRAFT TAX RECEIVABLE AGREEMENT (1.0); TELEPHONE CALLS AND CORRESPONDENCE REGARDING DRAFT (0.2). |

| | | | | |
|---|---|---|---|---|
| 4.00 | LITTLE, ROBERT B | $875.00 | $3,500.00 | REVIEW AND REVISE TAX RECEIVABLES AGREEMENT (3.6); REVIEW AND REVISE D&O QUESTIONNAIRE (0.4). |
| 2.00 | SCARAZZO, ERIC M | $855.00 | $1,710.00 | REVIEW AND REVISE TAX RECEIVABLES AGREEMENT (0.9); RESEARCH COMPARABLE TRANSACTIONS (1.1). |
| 2.70 | FISHER, TIMOTHY P | $535.00 | $1,444.50 | REVISE DIRECTOR QUESTIONNAIRES AND CONFERENCE WITH WORKING GROUP REGARDING SAME. |
| 04/06/16 2.30 | FABENS, ANDREW L | $1,100.00 | $2,530.00 | CONFER WITH R. LITTLE REGARDING DRAFT TAX RECEIVABLE AGREEMENT (0.4); REVIEW REVISED COMMENTS (1.9). |
| 0.50 | LITTLE, ROBERT B | $875.00 | $437.50 | CONFER WITH A. FABENS REGARDING TAX RECEIVABLE AGREEMENT. |
| 1.30 | FISHER, TIMOTHY P | $535.00 | $695.50 | CONFERENCE WITH WORKING GROUP REGARDING POST-CLOSING MATTERS. |
| 04/08/16 4.00 | FISHER, TIMOTHY P | $535.00 | $2,140.00 | REVISE S-1 (3.6); CONFERENCE WITH PAUL WEISS AND WORKING GROUP REGARDING SAME (0.4). |
| 04/10/16 3.00 | SCARAZZO, ERIC M | $855.00 | $2,565.00 | RESEARCH PRECEDENTS FOR TAX RECEIVABLES AGREEMENT (1.4); REVIEW AND REVISE TAX RECEIVABLES AGREEMENT (1.6). |
| 1.70 | FISHER, TIMOTHY P | $535.00 | $909.50 | REVISE S-1. |
| 04/11/16 1.30 | FABENS, ANDREW L | $1,100.00 | $1,430.00 | TELEPHONE CALLS AND CORRESPONDENCE REGARDING DRAFT TAX RECEIVABLE AGREEMENT (0.9); REVIEW REVISED DRAFT COMMENTS (0.4). |

| | | | | |
|---|---|---|---|---|
| 0.80 | LITTLE, ROBERT B | $875.00 | $700.00 | CONFER WITH A. WRIGHT (0.2); REVIEW AND REVISE TAX RECEIVABLE AGREEMENT (0.6). |
| 1.50 | SCARAZZO, ERIC M | $855.00 | $1,282.50 | REVIEW AND REVISE TAX RECEIVABLES AGREEMENT. |

04/12/16

| | | | | |
|---|---|---|---|---|
| 2.60 | LITTLE, ROBERT B | $875.00 | $2,275.00 | CONFER WITH J. JOHNSON REGARDING TAX RECEIVABLE AGREEMENT (0.9); EXAMINE ISSUES RELATED TO SAME (0.6); E-MAIL TO J. JOHNSON REGARDING SAME (0.3); REVIEW A. WRIGHT'S COMMENTS TO TAX RECEIVABLE AGREEMENT (0.3); EXAMINE ISSUES RAISED IN SAME (0.5). |
| 1.20 | SCARAZZO, ERIC M | $855.00 | $1,026.00 | REVIEW AND REVISE TAX RECEIVABLES AGREEMENT (1.1); CORRESPOND WITH R. LITTLE (0.1). |
| 0.50 | FISHER, TIMOTHY P | $535.00 | $267.50 | REVIEW S-1 AND PREPARE LIST OF OPEN ITEMS. |

04/13/16

| | | | | |
|---|---|---|---|---|
| 4.20 | LITTLE, ROBERT B | $875.00 | $3,675.00 | REVISE CHECKLIST OF ITEMS REQUIRED TO BE COMPLETED FOR INITIAL S-1 FILING (1.2); REVIEW AND REVISE FORM S-1 (2.4); E-MAILS REGARDING TAX RECEIVABLE AGREEMENT ISSUES (0.6). |
| 0.50 | FISHER, TIMOTHY P | $535.00 | $267.50 | REVISE S-1 (0.2); CONFERENCE WITH WORKING GROUP REGARDING SAME (0.3). |

04/14/16

| | | | | |
|---|---|---|---|---|
| 0.80 | LITTLE, ROBERT B | $875.00 | $700.00 | REVIEW AND REVISE FORM S-1. |
| 1.00 | SCARAZZO, ERIC M | $855.00 | $855.00 | REVIEW FORM S-1 (0.7); RESEARCH PRECEDENT FORM S-1S (0.3). |

| | | | | |
|---|---|---|---|---|
| 0.90 | FISHER, TIMOTHY P | $535.00 | $481.50 | REVIEW SOURCE OF PUBLIC INFORMATION FOR KNOWN BOARD NOMINEES AND CREATE TABLE REGARDING SAME (0.4); REVIEW QUESTIONNAIRES AND CONFERENCE WITH WORKING GROUP REGARDING SAME (0.5). |
| **04/15/16** 1.60 | LITTLE, ROBERT B | $875.00 | $1,400.00 | PARTICIPATE IN UPDATE CALL (0.9); REVIEW FORM S-1 (0.3); REVIEW REVISIONS TO TAX RECEIVABLE AGREEMENT (0.4). |
| 1.90 | FISHER, TIMOTHY P | $535.00 | $1,016.50 | REVISE S-1 (1.3); CONFERENCE WITH WORKING GROUP REGARDING DIRECTOR QUESTIONNAIRE ITEMS AND REVISE SAME (0.6). |
| **04/18/16** 0.60 | LITTLE, ROBERT B | $875.00 | $525.00 | REVIEW AND REVISE TAX RECEIVABLE AGREEMENT. |
| 0.20 | FISHER, TIMOTHY P | $535.00 | $107.00 | CONFERENCE WITH WORKING GROUP REGARDING DIRECTOR QUESTIONNAIRE. |
| **04/21/16** 1.10 | LITTLE, ROBERT B | $875.00 | $962.50 | REVIEW AND REVISE TAX RECEIVABLE AGREEMENT. |
| **04/22/16** 0.60 | LITTLE, ROBERT B | $875.00 | $525.00 | TELEPHONE CALL WITH WORKING GROUP REGARDING ACTION ITEMS. |
| **04/26/16** 0.60 | LITTLE, ROBERT B | $875.00 | $525.00 | TELEPHONE CALL REGARDING FORM S-1 (0.4); CONFER WITH A. WRIGHT REGARDING SAME (0.2). |
| 0.40 | WHALEN, JONATHAN M | $675.00 | $270.00 | PARTICIPATE IN PHONE CALL TO DISCUSS S-1. |
| 0.40 | FISHER, TIMOTHY P | $535.00 | $214.00 | CONFERENCE WITH WORKING GROUP REGARDING S-1 AND RELATED MATTERS. |

04/28/16
0.40      WHALEN, JONATHAN M          $675.00        $270.00    DISCUSSIONS WITH PAUL
                                                                WEISS RE S-1 MATTERS.

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**May 6, 2016**

**Invoice No. 2016051489**

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through April 30, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00050 | Project Longhorn | $  24,629.50 | $     0.00 | $  24,629.50 |
|  | **Totals** | $  24,629.50 | $     0.00 | $  24,629.50 |
|  | **Current Balance Due** |  |  | $  24,629.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00050 | 10/09/15 | 2015103414 | $  9,980.60 | $     0.00 | $  9,980.60 |
| 92772-00050 | 11/07/15 | 2015112650 | 63,650.80 | 0.00 | 63,650.80 |
| 92772-00050 | 12/09/15 | 2015123535 | 72,918.70 | 0.00 | 72,918.70 |
| 92772-00050 | 01/11/16 | 2016012102 | 29,049.82 | 0.00 | 29,049.82 |
| 92772-00050 | 02/04/16 | 2016043433 | 4,837.10 | 0.00 | 4,837.10 |
| 92772-00050 | 03/04/16 | 2016043443 | 18,445.00 | 0.00 | 18,445.00 |
| 92772-00050 | 04/18/16 | 2016043064 | 85,732.00 | 0.00 | 85,732.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this
invoice with your payment in the enclosed
Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: May 6, 2016**                                              **Invoice No. 2016051489**

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                                    $  284,614.02

**TOTAL OUTSTANDING BALANCE DUE**                          $  309,243.52

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**May 6, 2016**

**Invoice No. 2016051489**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through April 30, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00050 | Project Longhorn | $  24,629.50 | $       0.00 | $  24,629.50 |
|  | **Totals** | $  24,629.50 | $      0.00 | $  24,629.50 |
|  | **Current Balance Due** |  |  | $  24,629.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00050 | 10/09/15 | 2015103414 | $  9,980.60 | $  0.00 | $  9,980.60 |
| 92772-00050 | 11/07/15 | 2015112650 | 63,650.80 | 0.00 | 63,650.80 |
| 92772-00050 | 12/09/15 | 2015123535 | 72,918.70 | 0.00 | 72,918.70 |
| 92772-00050 | 01/11/16 | 2016012102 | 29,049.82 | 0.00 | 29,049.82 |
| 92772-00050 | 02/04/16 | 2016043433 | 4,837.10 | 0.00 | 4,837.10 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00050 | 03/04/16 | 2016043443 | 18,445.00 | 0.00 | 18,445.00 |
| 92772-00050 | 04/18/16 | 2016043064 | 85,732.00 | 0.00 | 85,732.00 |

**PREVIOUS BALANCE DUE** $ 284,614.02

**TOTAL OUTSTANDING BALANCE DUE** $ 309,243.52

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201

PROJECT LONGHORN
92772-00050

---

For Services Rendered Through April 30, 2016

| NAME | HOURS | RATE | TOTAL |
|------|------:|-----:|------:|
| JONATHAN M. WHALEN | 18.70 | $ 675.00 | $  12,622.50 |
| MICHAEL Q. CANNON | 0.20 | 650.00 | 130.00 |
| TIMOTHY P. FISHER | 22.20 | 535.00 | 11,877.00 |
| **Total Services** | | | $  24,629.50 |

| | |
|---|---:|
| **Total Services, Costs/Charges** | 24,629.50 |
| **BALANCE DUE** | $  24,629.50 |

**Due and Payable Upon Receipt**

PROJECT LONGHORN
92772-00050

_____

Detail Services:

04/01/16

| 5.10 | WHALEN, JONATHAN M | $675.00 | $3,442.50 | PARTICIPATE IN CLOSING UPDATE CALLS (2.3); COORDINATE CLOSING MATTERS (2.8). |
|---|---|---|---|---|
| 4.10 | FISHER, TIMOTHY P | $535.00 | $2,193.50 | REVIEW DOCUMENTS IN VIRTUAL CLOSING ROOM AND CONFERENCE WITH WORKING GROUP REGARDING SAME (2.0); CONFERENCE WITH WORKING GROUP AND CAPITOL SERVICES REGARDING CLOSING ITEMS (1.5); REVISE CLOSING CHECKLIST AND CONFERENCE WITH WORKING GROUP REGARDING SAME (0.6). |

04/04/16

| 3.70 | WHALEN, JONATHAN M | $675.00 | $2,497.50 | COORDINATE CLOSING MATTERS (1.8); PARTICIPATE IN PHONE CALLS WITH RESPECT TO CLOSING (1.9). |
|---|---|---|---|---|
| 0.20 | CANNON, MICHAEL Q | $650.00 | $130.00 | ATTENTION TO TAX QUESTION REGARDING 338(H)(10) ELECTION FROM T. SMITH. |
| 3.90 | FISHER, TIMOTHY P | $535.00 | $2,086.50 | ATTEND TO CLOSING MATTERS, INCLUDING FILING THE CERTIFICATE OF MERGER (0.9); COORDINATE DELIVERY OF ORIGINAL LETTER OF CREDIT AND CANCELLATION CERTIFICATE (1.1); REVISE CLOSING 8-K AND FILING SAME (0.8); PREPARE COMPILED CLOSING DOCUMENTS (0.6); REVISE THE CLOSING CHECKLIST (0.3); PREPARE THE LA FRONTERA W-9 (0.2). |

| Date / Hours | Name | Rate | Amount | Description |
|---|---|---|---|---|
| 04/05/16<br>1.70 | FISHER, TIMOTHY P | $535.00 | $909.50 | CONFERENCE WITH WORKING GROUP REGARDING PUCT AND FERC POST-CLOSING MATTERS, CLOSING SET, AND CRR AGREEMENT (1.2); PREPARE ABBREVIATED CLOSING SET (0.5). |
| 04/06/16<br>0.80 | WHALEN, JONATHAN M | $675.00 | $540.00 | CALL REGARDING POST-CLOSING CHECKLIST. |
| 04/12/16<br>0.70 | WHALEN, JONATHAN M | $675.00 | $472.50 | PHONE CALL REGARDING CITY OF FORNEY DISPUTE. |
| 04/15/16<br>0.20 | FISHER, TIMOTHY P | $535.00 | $107.00 | CONFERENCE WITH WORKING GROUP REGARDING TAX FORMS AND OTHER POST-CLOSING MATTERS. |
| 04/18/16<br>0.70 | WHALEN, JONATHAN M | $675.00 | $472.50 | DISCUSSIONS REGARDING FORNEY PIPELINE REGULATORY ISSUES. |
| 0.40 | FISHER, TIMOTHY P | $535.00 | $214.00 | CONFERENCE WITH WORKING GROUP REGARDING POST-CLOSING REGULATORY ITEMS (0.1); REVIEW DUE DILIGENCE REGARDING PIPELINES (0.3). |
| 04/19/16<br>0.60 | WHALEN, JONATHAN M | $675.00 | $405.00 | DISCUSSIONS REGARDING MATTERS CONCERNING FORNEY PIPELINE AND LA FRONTERA MERGER. |
| 2.30 | FISHER, TIMOTHY P | $535.00 | $1,230.50 | CONFERENCE WITH CAPITOL SERVICES REGARDING CORRECTED CERTIFICATE OF MERGER AND PREPARE SAME (1.5); REVIEW APPLICABLE LAW AND CONFERENCE WITH WORKING GROUP REGARDING SAME (0.3); PREPARE AMENDED AND RESTATED AGREEMENT OF MERGER (0.5). |

04/20/16

| 1.70 | WHALEN, JONATHAN M | $675.00 | $1,147.50 | ANALYZE DOCUMENTS REGARDING ABILITY TO AMEND LA FRONTERA MERGER TO REMOVE FORNEY PIPELINE AS A PARTY. |
|------|---------------------|---------|-----------|---------|
| 0.70 | FISHER, TIMOTHY P | $535.00 | $374.50 | REVISE CORRECTED CERTIFICATE OF MERGER AND AMENDED AND RESTATED CERTIFICATE OF MERGER. |

04/21/16

| 1.50 | WHALEN, JONATHAN M | $675.00 | $1,012.50 | REVISE DOCUMENTATION TO EFFECT CERTIFICATE OF CORRECTION TO LA FRONTERA MERGER AND DISTRIBUTION OF FORNEY PIPELINE EQUITY. |
|------|---------------------|---------|-----------|---------|
| 3.00 | FISHER, TIMOTHY P | $535.00 | $1,605.00 | PREPARE AMENDMENTS TO FORNEY PIPELINE, LLC CERTIFICATE OF FORMATION AND OPERATING AGREEMENT (1.9); REVIEW RESOLUTIONS RELATED TO SAME (1.1). |

04/22/16

| 0.80 | WHALEN, JONATHAN M | $675.00 | $540.00 | EMAILS AND PHONE CALLS REGARDING LA FRONTERA MEGRER CERTIFICATE OF CORRECTION. |
|------|---------------------|---------|-----------|---------|
| 1.80 | FISHER, TIMOTHY P | $535.00 | $963.00 | PREPARE FORNEY PIPELINE ORGANIZATIONAL CONSENT AND LUMINANT BOARD OF MANAGER CONSENT (1.4); CONFERENCE WITH WORKING GROUP REGARDING SAME (0.4). |

04/25/16

| 1.30 | WHALEN, JONATHAN M | $675.00 | $877.50 | ANALYSIS REGARDING MODIFICATIONS TO POST-CLOSING MERGER. |
|------|---------------------|---------|-----------|---------|
| 0.90 | FISHER, TIMOTHY P | $535.00 | $481.50 | REVISE FORNEY PIPELINE CONSENTS (0.5); PREPARE AMENDED AND RESTATED LLC AGREEMENT (0.4). |

| | | | | |
|---|---|---|---|---|
| 04/26/16 1.80 | WHALEN, JONATHAN M | $675.00 | $1,215.00 | REVISE CONSENTS AND TRANSACTION DOCUMENTS REGARDING CERTIFICATE OF CORRECTION TO LA FRONTERA MERGER. |
| 1.10 | FISHER, TIMOTHY P | $535.00 | $588.50 | CONFERENCE WITH WORKING GROUP REGARDING FORNEY PIPELINE DISTRIBUTION (0.3); REVISE DOCUMENTS EFFECTING SAME (0.8). |
| 04/27/16 1.60 | FISHER, TIMOTHY P | $535.00 | $856.00 | REVISE DOCUMENTS FOR FORNEY PIPELINE DISTRIBUTION AND NAME CHANGE (0.8); REVIEW APPLICABLE LAW AND LLC AGREEMENT PROVISIONS REGARDING SAME (0.8). |
| 04/28/16 0.40 | FISHER, TIMOTHY P | $535.00 | $214.00 | REVIEW DOCUMENTS RELATED TO FORNEY PIPELINE MERGER CORRECTION AND TRANSFER AND SIGNATURE PAGES THERETO. |
| 04/29/16 0.10 | FISHER, TIMOTHY P | $535.00 | $53.50 | CONFERENCE WITH WORKING GROUP REGARDING POST-CLOSING MATTERS. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**May 6, 2016**

**Invoice No. 2016051490**

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through April 30, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00052 | Project Titan | $   9,260.00 | $      0.00 | $   9,260.00 |
|  | **Totals** | $   9,260.00 | $     0.00 | $   9,260.00 |
|  | **Current Balance Due** |  |  | $   9,260.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00052 | 04/18/16 | 2016043065 | $   5,082.00 | $      0.00 | $   5,082.00 |
|  | **PREVIOUS BALANCE DUE** |  |  |  | $   5,082.00 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  |  | $   14,342.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**May 6, 2016**

**Invoice No. 2016051490**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through April 30, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00052 | Project Titan | $   9,260.00 | $   0.00 | $   9,260.00 |
|  | **Totals** | $   9,260.00 | $   0.00 | $   9,260.00 |
|  | **Current Balance Due** |  |  | $   9,260.00 |

**<u>PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING</u>:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00052 | 04/18/16 | 2016043065 | $   5,082.00 | $   0.00 | $   5,082.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: May 6, 2016**                                             **Invoice No. 2016051490**

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                                 $   5,082.00

**TOTAL OUTSTANDING BALANCE DUE**                        $  14,342.00

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201

PROJECT TITAN
92772-00052

_____

For Services Rendered Through April 30, 2016

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| JOSEPH KATTAN | 3.50 | $1,030.00 | $  3,605.00 |
| ROBERT M. NICHOLS | 8.70 | 650.00 | 5,655.00 |
| **Total Services** | | | $  9,260.00 |

| | |
|---|---|
| **Total Services, Costs/Charges** | 9,260.00 |
| **BALANCE DUE** | $   9,260.00 |

**Due and Payable Upon Receipt**

PROJECT TITAN
92772-00052

---

Detail Services:

04/01/16

| 0.70 | KATTAN, JOSEPH | $1,030.00 | $721.00 | REVIEW INFORMATION REQUESTS (0.1); PARTICIPATE IN CALLS WITH A. WRIGHT AND R. NICHOLS REGARDING INFORMATION REQUESTS (0.6). |
|---|---|---|---|---|
| 0.60 | NICHOLS, ROBERT M | $650.00 | $390.00 | CONFER WITH A. WRIGHT, J. KATTAN REGARDING INFORMATION REQUEST. |

04/04/16

| 0.30 | KATTAN, JOSEPH | $1,030.00 | $309.00 | REVIEW AND PREPARE NOTE TO CLIENT ON ▮▮▮ CASE (0.2); REVIEW CONCENTRATION DATA AND EMAILS RE INFORMATION REQUESTS (0.1). |
|---|---|---|---|---|

04/08/16

| 0.20 | KATTAN, JOSEPH | $1,030.00 | $206.00 | REVIEW INFORMATION PROVIDED IN RESPONSE TO INFORMATION REQUESTS. |
|---|---|---|---|---|
| 0.50 | NICHOLS, ROBERT M | $650.00 | $325.00 | REVIEW AND ANALYZE PRESENTATION ON ▮▮▮▮▮▮. |

04/10/16

| 0.80 | NICHOLS, ROBERT M | $650.00 | $520.00 | REVIEW AND ANALYZE ▮▮▮ DATA AND OTHER INFORMATION RESPONSES. |
|---|---|---|---|---|

04/11/16

| 0.90 | KATTAN, JOSEPH | $1,030.00 | $927.00 | REVIEW, ANALYZE SPREADSHEETS RECEIVED IN RESPONSE TO INFORMATION REQUEST (0.3); TELEPHONE CONFERENCE WITH R. NICHOLS RE DATA (0.1); TELEPHONE CONFERENCE WITH JOHN MORRIS AND R. NICHOLS RE ECONOMIC ANALYSIS (0.5). |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 1.30 | NICHOLS, ROBERT M | $650.00 | $845.00 | REVIEW AND ANALYZE ▮▮▮ DATA AND OTHER INFORMATION RESPONSES (0.7); CONFER WITH J. KATTAN AND J. MORRIS REGARDING ECONOMIC ANALYSIS (0.5); CONFER WITH J. KATTAN REGARDING DATA (0.1). |

**04/12/16**

| | | | | |
|---|---|---|---|---|
| 0.30 | KATTAN, JOSEPH | $1,030.00 | $309.00 | REVIEW DRAFT EI POWERPOINT DECK ON ECONOMIC ANALYSIS OF PROPOSED TITAN TRANSACTION (0.2); DISCUSS COMMENTS ON PRESENTATION WITH R. NICHOLS (0.1). |
| 2.70 | NICHOLS, ROBERT M | $650.00 | $1,755.00 | REVIEW ECONOMISTS INC. PRESENTATION (0.8); CONFER WITH J. KATTAN REGARDING SAME (0.2); REVISE SAME (1.2); CONFER WITH J. MORRIS REGARDING SAME (0.5). |

**04/14/16**

| | | | | |
|---|---|---|---|---|
| 0.60 | KATTAN, JOSEPH | $1,030.00 | $618.00 | REVIEW REVISED ECONOMICS PRESENTATION (0.1); PARTICIPATE IN CALL WITH A. WRIGHT AND R. NICHOLS REGARDING ANTITRUST ASSESSMENT (0.5). |
| 0.70 | NICHOLS, ROBERT M | $650.00 | $455.00 | REVIEW AND ANALYZE ANTITRUST PRESENTATION (0.4); CONFER WITH A. WRIGHT, J. KATTAN REGARDING PRELIMINARY ANTITRUST ASSESSMENT (0.3). |

**04/20/16**

| | | | | |
|---|---|---|---|---|
| 0.10 | KATTAN, JOSEPH | $1,030.00 | $103.00 | REVIEW CLIENT REQUEST FOR POWERPOINT SLIDES ON REGULATORY PROCESS AND DISCUSS REQUEST WITH BOB NICHOLS. |
| 1.80 | NICHOLS, ROBERT M | $650.00 | $1,170.00 | DRAFT SLIDES ON DOJ PROCESS FOR A. WRIGHT (1.6); CORRESPOND WITH J. KATTAN REGARDING SAME (0.2). |

| | | | | |
|---|---|---|---|---|
| 04/21/16 | | | | |
| 0.30 | KATTAN, JOSEPH | $1,030.00 | $309.00 | REVISE SLIDES ON DOJ REGULATORY REVIEW. |
| 0.30 | NICHOLS, ROBERT M | $650.00 | $195.00 | REVIEW SLIDES ON DOJ PROCESS (0.2); CORRESPOND WITH J. KATTAN REGARDING SAME (0.1). |
| 04/27/16 | | | | |
| 0.10 | KATTAN, JOSEPH | $1,030.00 | $103.00 | REVIEW REVISED ANTITRUST SLIDES AND RESPOND TO REQUEST FOR COMMENTS. |