## <u>Exhibit H</u>

**Detailed Description of Expenses and Disbursements**

**Exhibit H-1**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**February 4, 2016**

**Invoice No. 2016022845**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through January 31, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00042 | TCEH Expenses and Disbursements | $     0.00 | $  74,165.34 | $  74,165.34 |
|  | **Totals** | $    0.00 | $  74,165.34 | $  74,165.34 |
|  | **Current Balance Due** |  |  | $  74,165.34 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00042 | 01/11/16 | 2016012105 | $     0.00 | $  17,340.52 | $  17,340.52 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this
invoice with your payment in the enclosed
Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.
Invoice Date: February 4, 2016                                    Invoice No. 2016022845
**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                                        $   17,340.52

**TOTAL OUTSTANDING BALANCE DUE**                              $   91,505.86

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**February 4, 2016**

**Invoice No. 2016022845**

<u>**REMITTANCE COPY**</u>

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through January 31, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00042 | TCEH Expenses and Disbursements | $    0.00 | $  74,165.34 | $  74,165.34 |
|  | **Totals** | $    0.00 | $  74,165.34 | $  74,165.34 |
|  | **Current Balance Due** |  |  | $  74,165.34 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00042 | 01/11/16 | 2016012105 | $    0.00 | $  17,340.52 | $  17,340.52 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                                    $   17,340.52

**TOTAL OUTSTANDING BALANCE DUE**                           $   91,505.86

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

TCEH EXPENSES AND DISBURSEMENTS
92772-00042

---

| COSTS/CHARGES | TOTAL |
|---|---|
| IN HOUSE DUPLICATION | $      92.00 |
| OUTSIDE SERVICES/CONSULTANTS | 73,856.52 |
| SEARCHES-(UCC & OTHERS) | 205.95 |
| TELEPHONE CHARGES | 10.87 |
| **Total Costs/Charges** | 74,165.34 |
| **BALANCE DUE** | $   74,165.34 |

TCEH EXPENSES AND DISBURSEMENTS
92772-00042

_____

Detail Costs/Charges:
<u>In House Duplication</u>

| | | |
|---|---|---|
| 01/03/16 | 3.00 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 01/03/16 |
| 01/19/16 | 78.90 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 01/19/16 |
| 01/20/16 | 1.70 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 01/20/16 |
| 01/22/16 | 4.70 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 01/22/16 |
| 01/25/16 | 3.70 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 01/25/16 |

<u>Outside Services/Consultants</u>

| | | |
|---|---|---|
| 01/11/16 | 73,856.52 | VENDOR: ECONOMISTS INCORPORATED INVOICE#: 18246 DATE: 1/11/2016  REF#0356-103/OUTSIDE SERVICES/CONSULTANTS/P/E 12/31/15 EXPERT SERVICES FEES & DISB. |

<u>Searches-(UCC & Others)</u>

| | | |
|---|---|---|
| 10/30/15 | 205.95 | VENDOR: THOMSON COMPUMARK INVOICE#: 2015055978 DATE: 10/30/2015  SEARCHES-(UCC & OTHERS)/SAEGIS REPORT |

**<u>Exhibit H-2</u>**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**March 4, 2016**

**Invoice No. 2016032038**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through February 29, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00037 | EFH Expenses and Disbursements | $ 0.00 | $ 1.80 | $ 1.80 |
|  | **Totals** | $ 0.00 | $ 1.80 | $ 1.80 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $ 1.80 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**March 4, 2016**

**Invoice No. 2016032038**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through February 29, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00037 | EFH Expenses and Disbursements | $ 0.00 | $ 1.80 | $ 1.80 |
|  | **Totals** | $ 0.00 | $ 1.80 | $ 1.80 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $ 1.80 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: March 4, 2016**                                    **Invoice No. 2016032038**

**Due and Payable Upon Receipt**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

EFH EXPENSES AND DISBURSEMENTS
92772-00037

_____

COSTS/CHARGES                                         TOTAL
IN HOUSE DUPLICATION                          $       1.80

**Total Costs/Charges**                                       1.80


**BALANCE DUE**                                         $     1.80

**Due and Payable Upon Receipt**

EFH EXPENSES AND DISBURSEMENTS
92772-00037

_____

Detail Costs/Charges:
In House Duplication
 02/08/16                    1.80    IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 02/08/16

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**March 4, 2016**

**Invoice No. 2016032043**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through February 29, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00042 | TCEH Expenses and Disbursements | $ 0.00 | $ 10,978.32 | $ 10,978.32 |
|  | **Totals** | $ 0.00 | $ 10,978.32 | $ 10,978.32 |
|  | **Current Balance Due** |  |  | $ 10,978.32 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00042 | 02/04/16 | 2016023292 | $ 0.00 | $ 74,117.87 | $ 74,117.87 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                          $  74,117.87

**TOTAL OUTSTANDING BALANCE DUE**                 $   85,096.19

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**March 4, 2016**

**Invoice No. 2016032043**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through February 29, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00042 | TCEH Expenses and Disbursements | $ 0.00 | $ 10,978.32 | $ 10,978.32 |
|  | **Totals** | $ 0.00 | $ 10,978.32 | $ 10,978.32 |
|  | **Current Balance Due** |  |  | $ 10,978.32 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00042 | 02/04/16 | 2016023292 | $ 0.00 | $ 74,117.87 | $ 74,117.87 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: March 4, 2016**                                                                                    **Invoice No. 2016032043**

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                                         $   74,117.87

**TOTAL OUTSTANDING BALANCE DUE**                               $   85,096.19

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

TCEH EXPENSES AND DISBURSEMENTS
92772-00042

---

| COSTS/CHARGES | TOTAL |
|---|---|
| ARBITRATOR / SPECIAL MASTER | $ 1,945.00 |
| DOCUMENT RETRIEVAL SERVICE | 5.20 |
| DOCUMENT SEARCH AND RETRIEVAL | 416.50 |
| IN HOUSE DUPLICATION | 112.20 |
| MEALS | 179.55 |
| MESSENGER AND COURIER EXPENSE | 9.64 |
| OUTSIDE SERVICES/CONSULTANTS | 8,310.23 |
| **Total Costs/Charges** | 10,978.32 |
| **BALANCE DUE** | $  10,978.32 |

TCEH EXPENSES AND DISBURSEMENTS
92772-00042

_____

Detail Costs/Charges:
Arbitrator / Special Master

| | | |
|---|---|---|
| 02/04/16 | 1,945.00 | VENDOR: JAMS; INVOICE#: 0003657680-310; DATE: 2/4/2016  - REF: 1310022160 US V. LUMINANT GENERATION COMPANY LLC MEDIATION FEE/M RAIFF |

Document Retrieval Service

| | | |
|---|---|---|
| 02/18/16 | 5.20 | PACER  01/05/16  01/19/16  COURT RESEARCH |

Document Search and Retrieval

| | | |
|---|---|---|
| 02/24/16 | 416.50 | FEBRUARY_2016-DOCUMENT_RETRIEVAL_SERVICES-C/M_92772-00050-(MONTHLY_RELATIVITY_DISK_STORAGE) |

In House Duplication

| | | |
|---|---|---|
| 02/02/16 | 0.60 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 02/02/16 |
| 02/04/16 | 6.70 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 02/04/16 |
| 02/05/16 | 86.50 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 02/05/16 |
| 02/08/16 | 0.20 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 02/08/16 |
| 02/09/16 | 0.20 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 02/09/16 |
| 02/10/16 | 5.10 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 02/10/16 |
| 02/11/16 | 0.20 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 02/11/16 |
| 02/16/16 | 12.70 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 02/16/16 |

Meals

| | | |
|---|---|---|
| 01/22/16 | 179.55 | VENDOR: TNT QUADRANGLE PARTNERS, LP DBA TNT/ TAC INVOICE#: 3121 DATE: 1/22/2016  MEALS/LUNCH FOR NSR CLIENT MEETING. |

Messenger and Courier Expense

| | | |
|---|---|---|
| 02/04/16 | 9.64 | VENDOR: UNITED PARCEL SERVICE, INC. INVOICE#: UPS-20160206 DATE: 2/6/2016  SHIP DATE 02/04/2016  TRACKING NO: 1Z9937450199071375  FROM: ACCT, GIBSON, DUNN & CRUTCHER |

LLP, LOS ANGELES, CA  TO: LYNNE HART, JAMS, IRVINE, CA

Outside Services/Consultants
02/04/16        8,310.23   VENDOR: ECONOMISTS INCORPORATED INVOICE#: 18344 DATE:
                           2/4/2016  0356-103/OUTSIDE
                           SERVICES/CONSULTANTS/ECONOMIST SERVICES

**<u>Exhibit H-3</u>**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**April 18, 2016**

**Invoice No. 2016043066**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through March 31, 2016**

| | | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00042 | TCEH Expenses and Disbursements | $    0.00 | $  2,075.00 | $   2,075.00 |
| | **Totals** | $    0.00 | $  2,075.00 | $  2,075.00 |
| | **Current Balance Due** | | | $   2,075.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00042 | 03/04/16 | 2016032043 | $    0.00 | $  10,978.32 | $   10,978.32 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**PREVIOUS BALANCE DUE**                              $   10,978.32

**TOTAL OUTSTANDING BALANCE DUE**                     $   13,053.32

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**April 18, 2016**

**Invoice No. 2016043066**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through March 31, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00042 | TCEH Expenses and Disbursements | $     0.00 | $   2,075.00 | $   2,075.00 |
|  | **Totals** | $    0.00 | $   2,075.00 | $   2,075.00 |
|  | **Current Balance Due** |  |  | $   2,075.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00042 | 03/04/16 | 2016032043 | $     0.00 | $   10,978.32 | $   10,978.32 |

<u>**Remit By Wire To:**</u>
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

<u>**Remit By Mail To:**</u>
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: April 18, 2016**                                    **Invoice No. 2016043066**

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                                   $   10,978.32

**TOTAL OUTSTANDING BALANCE DUE**                          $   13,053.32

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201


TCEH EXPENSES AND DISBURSEMENTS
92772-00042

---

| COSTS/CHARGES | TOTAL | |
|---|---|---|
| FILING FEES | 2,075.00 | |
| **Total Costs/Charges** | | 2,075.00 |
| **BALANCE DUE** | | $   2,075.00 |

TCEH EXPENSES AND DISBURSEMENTS
92772-00042

_____

Detail Costs/Charges:
Filing Fees

| 03/30/16 | 1,650.00 | VENDOR: CT CORPORATION SYSTEM INVOICE#: 14993138-RI DATE: 3/30/2016  ACCT#1411736/FILING FEES/LA FRONTERA GENERATION, LLC, ET AL; DELAWARE FRANCHISE TAX FILING IN PREPARATION FOR MERGER |

| 03/30/16 | 425.00 | VENDOR: CAPITOL SERVICES, INC. INVOICE#: 3067131 DATE: 3/30/2016  CLIENT#3155/FILING FEES/FILING MERGER WITH SECRETARY OF STATE OF DELAWARE. LA FRONTERA GENERATION, LLC ET AL WITH AND INTO LA FRONTERA HOLDINGS LLC |

**<u>Exhibit H-4</u>**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**May 6, 2016**

**Invoice No. 2016051491**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through April 30, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00042 | TCEH Expenses and Disbursements | $    0.00 | $   1,913.10 | $   1,913.10 |
|  | **Totals** | $    0.00 | $   1,913.10 | $   1,913.10 |
|  | **Current Balance Due** |  |  | $   1,913.10 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00042 | 03/04/16 | 2016032043 | $    0.00 | $  10,978.32 | $  10,978.32 |
| 92772-00042 | 04/18/16 | 2016043066 | 0.00 | 2,075.00 | 2,075.00 |
|  | **PREVIOUS BALANCE DUE** |  |  |  | $  13,053.32 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  |  | $  14,966.42 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**May 6, 2016**

**Invoice No. 2016051491**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through April 30, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00042 | TCEH Expenses and Disbursements | $      0.00 | $   1,913.10 | $   1,913.10 |
|  | **Totals** | $    0.00 | $   1,913.10 | $   1,913.10 |
|  | **Current Balance Due** |  |  | $   1,913.10 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00042 | 03/04/16 | 2016032043 | $    0.00 | $  10,978.32 | $  10,978.32 |
| 92772-00042 | 04/18/16 | 2016043066 | 0.00 | 2,075.00 | 2,075.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**PREVIOUS BALANCE DUE**                      <u>$   13,053.32</u>

**TOTAL OUTSTANDING BALANCE DUE**         <u>$   14,966.42</u>

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

TCEH EXPENSES AND DISBURSEMENTS
92772-00042

---

| COSTS/CHARGES | TOTAL |
|---|---|
| DOCUMENT RETRIEVAL SERVICE | $    137.20 |
| FILING FEES | 1,775.00 |
| IN HOUSE DUPLICATION | 0.90 |
| **Total Costs/Charges** | 1,913.10 |
| | |
| **BALANCE DUE** | $   1,913.10 |

**Invoice Date: May 6, 2016**

**Due and Payable Upon Receipt**

**Invoice No. 2016051491**

TCEH EXPENSES AND DISBURSEMENTS
92772-00042

---

Detail Costs/Charges:
<u>Document Retrieval Service</u>

| | | |
|---|---|---|
| 04/21/16 | 134.20 | PACER  03/01/16  03/04/16  03/07/16  03/09/16  03/17/16  03/23/16 - 03/25/16  03/28/16  03/29/16  COURT RESEARCH |
| 04/21/16 | 3.00 | PACER  03/22/16  COURT RESEARCH |

<u>Filing Fees</u>

| | | |
|---|---|---|
| 04/01/16 | 425.00 | VENDOR: CAPITOL SERVICES, INC. INVOICE#: 3067288 DATE: 4/1/2016  CLIENT#3155/FILING FEES/FILING MERGER WITH SECRETARY OF STATE OF DELAWARE. LA FRONTERA GENERATION, LLC ET AL WITH AND INTO LA FRONTERA HOLDINGS LLC |
| 04/04/16 | 1,350.00 | VENDOR: CAPITOL SERVICES, INC. INVOICE#: 3067333 DATE: 4/4/2016  CLIENT#3155/FILING FEES/FILING MERGER WITH SECRETARY OF STATE OF DELAWARE. LA FRONTERA GENERATION LLC. |

<u>In House Duplication</u>

| | | |
|---|---|---|
| 04/08/16 | 0.90 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 04/08/16 |