# EXHIBIT A

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket No. ___** |

**ORDER SUSTAINING DEBTORS' FORTY-SECOND
OMNIBUS (SUBSTANTIVE) OBJECTION TO NO LIABILITY CLAIMS
PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1**

Upon the objection (the "Objection")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), for entry of an order (this "Order"), disallowing the Disputed Claims set forth on **Exhibit 1** attached hereto, all as set forth in the Objection and the Kotarba Declaration; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of these cases and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Objection is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Court having found that the Debtors provided appropriate notice of the Objection and the opportunity for a hearing on the Objection (the "Hearing") under

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.

the circumstances; and the Court having reviewed the Objection and having heard the statements in support of the relief requested therein at the Hearing, if any; and the Court having determined that the legal and factual bases set forth in the Objection and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Objection is sustained as set forth herein.

2. The No Liability Claims set forth on the attached **Exhibit 1** are hereby disallowed in their entirety.

3. The Claims Agent is authorized to modify the Claims Register to comport with the entry of this Order.

4. Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (a) an admission as to the validity of any particular claim (including the Proofs of Claim) against a Debtor entity; (b) a waiver of the Debtors' rights to dispute any particular claim (including the Proofs of Claim) on any grounds; (c) a promise or requirement to pay any particular claim (including the Proofs of Claim); (d) an implication or admission that any particular claim is of a type specified or defined in this Objection (except as set forth herein); (e) an admission by the Debtors that any contract or lease is executory or unexpired, as applicable; (f) a waiver or limitation of the Debtors' rights under the Bankruptcy Code or any other applicable law; (g) a request or authorization to assume or reject any agreements under section 365 of the Bankruptcy Code; (h) a waiver of any party's rights to assert that any other party is in breach or default of any agreement; or (i) an admission that any contract or lease is integrated with any other contract or lease.

5. Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Objection.

7. This Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to this Order.

Wilmington, Delaware
Dated: _____, 2016

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1 to EXHIBIT A

**No Liability Claims**

**ENERGY FUTURE HOLDINGS CORP., et al.**

**FORTY-SECOND OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | BAYLOR COUNTY<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>ATTN: JEANMARIE BAER<br>PO BOX 8188<br>WICHITA FALLS, TX 76307 | 14-11045 (CSS) | Texas Utilities Electric Company, Inc. | 11/20/2015 | 13797 | $144.30 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 2 | BONHAM INDEPENDENT SCHOOL DISTRICT<br>C/O GAY MCCALL ISAACKS GORDON ROBERTS PC<br>1919 S. SHILOH RD<br>SUITE 310, LB40<br>GARLAND, TX 75042 | 14-10979 (CSS) | Energy Future Holdings Corp. | 01/22/2015 | 9954 | $3,941.37[1] | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 3 | BONHAM INDEPENDENT SCHOOL DISTRICT<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>500 EAST BORDER ST, SUITE 640<br>ARLINGTON, TX 76010 | 14-10989 (CSS) | TXU Electric Company, Inc. | 10/27/2015 | 12717 | $3,823.97 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 4 | BOWIE ISD<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>ATTN: JEANMARIE BAER<br>PO BOX 8188<br>WICHITA FALLS, TX 76307 | 14-11045 (CSS) | Texas Utilities Electric Company, Inc. | 11/20/2015 | 13798 | $96.02 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |

---

[1] **Claim 9954 was modified 03/24/2016 by Debtors' Fourth Notice Of Claims Satisfied In Full Or In Part (DI. 8073)**

**ENERGY FUTURE HOLDINGS CORP., et al.**

**FORTY-SECOND OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 5 | BROWN CENTRAL APPRAISAL DISTRICT<br>C/O MCCREARY VESELKA BRAGG & ALLEN P.C.<br>ATTN: LEE GORDON<br>P.O. BOX 1269<br>ROUND ROCK, TX 78680 | 14-10979 (CSS) | Energy Future Holdings Corp. | 01/14/2016 | 37543 | $8,678.88*[2] | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 6 | BURKBURNETT ISD<br>C/O PERDUE BRANDON FIELDER COLLINS NOTT<br>PO BOX 8188<br>WICHITA FALLS, TX 76307 | 14-10979 (CSS) | Energy Future Holdings Corp. | 11/20/2015 | 13803 | $387.25 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 7 | CARROLLTON-FARMERS BRANCH ISD<br>C/O LAW OFFICES OF ROBERT E. LUNA, P.C.<br>4411 NORTH CENTRAL EXPRESSWAY<br>DALLAS, TX 75205 | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/24/2014 | 7597 | $33,954.84[3] | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 8 | CITY OF GARLAND<br>C/O GAY MCCALL ISAACKS GORDON ROBERTS PC<br>1919 S. SHILOH RD<br>SUITE 310, LB40<br>GARLAND, TX 75042 | 14-10979 (CSS) | Energy Future Holdings Corp. | 01/22/2015 | 9952 | $3,233.26[4] | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |

---

[2] Claim **37543** was modified 04/08/2016 by Debtors' Sixth Notice Of Claims Satisfied In Full Or In Part (DI. 8172)
[3] Claim **7597** was modified 03/24/2016 by Debtors' Fourth Notice Of Claims Satisfied In Full Or In Part (DI. 8073)
[4] Claim **9952** was modified 03/24/2016 by Debtors' Fourth Notice Of Claims Satisfied In Full Or In Part (DI. 8073)

**ENERGY FUTURE HOLDINGS CORP., et al.**

**FORTY-SECOND OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 9 | CITY VIEW ISD<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>ATTN: JEANMARIE BAER<br>PO BOX 8188<br>WICHITA FALLS, TX 76307 | 14-10979 (CSS) | Energy Future Holdings Corp. | 11/20/2015 | 13806 | $1,037.60 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 10 | COLLIN COUNTY TAX ASSESSOR/COLLECTOR<br>C/O GAY MCCALL ISAACKS GORDON ROBERTS PC<br>1919 S. SHILOH RD<br>SUITE 310, LB40<br>GARLAND, TX 75042 | 14-10979 (CSS) | Energy Future Holdings Corp. | 01/22/2015 | 9951 | $18,896.27[5] | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 11 | COOKE COUNTY APPRAISAL DISTRICT<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>ATTN: JEANMARIE BAER<br>PO BOX 8188<br>WICHITA FALLS, TX 76307 | 14-11045 (CSS) | Texas Utilities Electric Company, Inc. | 11/20/2015 | 13796 | $3,920.23 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 12 | COUNTY OF ANDERSON, TEXAS, THE, ET AL<br>C/O MCCREARY VESELKA BRAGG & ALLEN P.C.<br>ATTN: LEE GORDON<br>P.O. BOX 1269<br>ROUND ROCK, TX 78680-1269 | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/02/2014 | 865 | $35.07*[6] | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |

---

[5] Claim 9951 was modified 03/24/2016 by Debtors' Fourth Notice Of Claims Satisfied In Full Or In Part (DI. 8073)
[6] Claim 865 was modified 03/24/2016 by Debtors' Fourth Notice Of Claims Satisfied In Full Or In Part (DI. 8073)

\* - Indicates claim contains unliquidated and/or undetermined amounts

**ENERGY FUTURE HOLDINGS CORP., et al.**

**FORTY-SECOND OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 13 | COUNTY OF BASTROP, TEXAS, THE, ET AL<br>C/O MCCREARY VESELKA BRAGG & ALLEN P.C.<br>ATTN: LEE GORDON<br>P.O. BOX 1269<br>ROUND ROCK, TX 78680-1269 | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/02/2014 | 868 | $28,446.11*[7] | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors determined that Debtors already paid claimant on account of this claim via check numbers 1002544851 and 1002643591 on 01/25/2011 and 11/30/2012, respectively. |
| 14 | COUNTY OF BOSQUE, TEXAS<br>C/O MCCREARY VESELKA BRAGG & ALLEN P.C.<br>ATTN: LEE GORDON<br>P.O. BOX 1269<br>ROUND ROCK, TX 78680 | 14-10979 (CSS) | Energy Future Holdings Corp. | 01/14/2016 | 37542 | $1,733.50*[8] | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 15 | COUNTY OF CHEROKEE, TEXAS, THE<br>C/O MCCREARY VESELKA BRAGG & ALLEN P.C.<br>ATTN: LEE GORDON<br>P.O. BOX 1269<br>ROUND ROCK, TX 78680-1269 | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/02/2014 | 866 | $6,669.74*[9] | According to the Debtors' books and records, Debtors are not liable for the asserted claim. A portion of the claim is on account of an over-estimate of taxes that would be owed by the Debtor. Concerning the remaining portion, the Debtors believe that the liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 16 | COUNTY OF CHEROKEE, TEXAS, THE<br>C/O MCCREARY VESELKA BRAGG & ALLEN P.C.<br>ATTN: LEE GORDON<br>P.O. BOX 1269<br>ROUND ROCK, TX 78680 | 14-10979 (CSS) | Energy Future Holdings Corp. | 01/14/2016 | 37544 | $2,943.62*[10] | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |

---

[7] Claim 868 was modified 03/24/2016 by Debtors' Fourth Notice Of Claims Satisfied In Full Or In Part (DI. 8073)
[8] Claim 37542 was modified 03/24/2016 by Debtors' Fourth Notice Of Claims Satisfied In Full Or In Part (DI. 8073)
[9] Claim 866 was modified 03/24/2016 by Debtors' Fourth Notice Of Claims Satisfied In Full Or In Part (DI. 8073)
[10] Claim 37544 was modified 03/24/2016 by Debtors' Fourth Notice Of Claims Satisfied In Full Or In Part (DI. 8073)

**ENERGY FUTURE HOLDINGS CORP., et al.**

**FORTY-SECOND OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 17 | COUNTY OF CORYELL, TEXAS, THE<br>C/O MCCREARY VESELKA BRAGG & ALLEN P.C.<br>ATTN: LEE GORDON<br>P.O. BOX 1269<br>ROUND ROCK, TX 78680 | 14-10979 (CSS) | Energy Future Holdings Corp. | 01/14/2016 | 37545 | $5,313.99*[11] | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 18 | COUNTY OF CORYELL, TEXAS, THE ET AL<br>C/O MCCREARY VESELKA BRAGG & ALLEN P.C.<br>ATTN: LEE GORDON<br>P.O. BOX 1269<br>ROUND ROCK, TX 78680-1269 | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/02/2014 | 872 | $5,707.77*[12] | According to the Debtors' books and records, Debtors are not liable for the asserted claim. A portion of the claim is on account of an over-estimate of taxes that would be owed by the Debtor. Concerning the remaining portion, the Debtors believe that the liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 19 | COUNTY OF DENTON, TEXAS, THE<br>C/O MCCREARY VESELKA BRAGG & ALLEN P.C.<br>ATTN: LEE GORDON<br>P.O. BOX 1269<br>ROUND ROCK, TX 78680 | 14-10979 (CSS) | Energy Future Holdings Corp. | 01/14/2016 | 37546 | $11,707.74*[13] | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 20 | COUNTY OF DENTON, TEXAS, THE ET AL<br>C/O MCCREARY VESELKA BRAGG & ALLEN P.C.<br>ATTN: LEE GORDON<br>P.O. BOX 1269<br>ROUND ROCK, TX 78680-1269 | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/02/2014 | 869 | $12,855.86*[14] | According to the Debtors' books and records, Debtors are not liable for the asserted claim. A portion of the claim is on account of an over-estimate of taxes that would be owed by the Debtor. Concerning the remaining portion, the Debtors believe that the liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |

[11] Claim **37545** was modified 03/24/2016 by Debtors' Fourth Notice Of Claims Satisfied In Full Or In Part (DI. 8073)
[12] Claim **872** was modified 03/24/2016 by Debtors' Fourth Notice Of Claims Satisfied In Full Or In Part (DI. 8073))
[13] Claim **37546** was modified 03/24/2016 by Debtors' Fourth Notice Of Claims Satisfied In Full Or In Part (DI. 8073)
[14] Claim **869** was modified 03/24/2016 by Debtors' Fourth Notice Of Claims Satisfied In Full Or In Part (DI. 8073)

**ENERGY FUTURE HOLDINGS CORP., et al.**

**FORTY-SECOND OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 21 | COUNTY OF EASTLAND, TEXAS, THE<br>C/O MCCREARY VESELKA BRAGG & ALLEN P.C.<br>ATTN: LEE GORDON<br>P.O. BOX 1269<br>ROUND ROCK, TX 78680 | 14-10979 (CSS) | Energy Future Holdings Corp. | 01/14/2016 | 37547 | $1,154.96*[15] | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 22 | COUNTY OF HENDERSON, TEXAS, THE<br>C/O MCCREARY VESELKA BRAGG & ALLEN P.C.<br>ATTN: LEE GORDON<br>P.O. BOX 1269<br>ROUND ROCK, TX 78680 | 14-10979 (CSS) | Energy Future Holdings Corp. | 01/14/2016 | 37550 | $10,404.25*[16] | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 23 | COUNTY OF HENDERSON, TEXAS, THE, ET AL<br>C/O MCCREARY VESELKA BRAGG & ALLEN P.C.<br>ATTN: LEE GORDON<br>P.O. BOX 1269<br>ROUND ROCK, TX 78680-1269 | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/02/2014 | 870 | $55,896.17*[17] | According to the Debtors' books and records, Debtors are not liable for the asserted claim. A portion of the claim is on account of an over-estimate of taxes that would be owed by the Debtor. Concerning the remaining portion, the Debtors believe that the liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 24 | COUNTY OF HILL, TEXAS, THE<br>C/O MCCREARY VESELKA BRAGG & ALLEN P.C.<br>ATTN: LEE GORDON<br>P.O. BOX 1269<br>ROUND ROCK, TX 78680 | 14-10979 (CSS) | Energy Future Holdings Corp. | 01/14/2016 | 37551 | $1,063.47*[18] | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |

---

[15] Claim 37547 was modified 04/08/2016 by Debtors' Sixth Notice Of Claims Satisfied In Full Or In Part (DI. 8172)
[16] Claim 37550 was modified 04/08/2016 by Debtors' Sixth Notice Of Claims Satisfied In Full Or In Part (DI. 8172)
[17] Claim 870 was modified 03/24/2016 by Debtors' Fourth Notice Of Claims Satisfied In Full Or In Part (DI. 8073)
[18] Claim 37551 was modified 03/24/2016 by Debtors' Fourth Notice Of Claims Satisfied In Full Or In Part (DI. 8073)

\* - Indicates claim contains unliquidated and/or undetermined amounts                    Page 6 of 14

**ENERGY FUTURE HOLDINGS CORP., et al.**

**FORTY-SECOND OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 25 | COUNTY OF MILAM, TEXAS, THE C/O MCCREARY VESELKA BRAGG & ALLEN P.C. ATTN: LEE GORDON P.O. BOX 1269 ROUND ROCK, TX 78680 | 14-10979 (CSS) | Energy Future Holdings Corp. | 01/14/2016 | 37556 | $186.60*[19] | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 26 | COUNTY OF MILAN, TEXAS, THE, ET AL C/O MCCREARY VESELKA BRAGG & ALLEN P.C. ATTN: LEE GORDON P.O. BOX 1269 ROUND ROCK, TX 78680-1269 | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/02/2014 | 877 | $1,591,271.99*[20] | According to the Debtors' books and records, Debtors are not liable for the asserted claim. A portion of the claim is on account of an over-estimate of taxes that would be owed by the Debtor. Concerning the remaining portion, the Debtors believe that the liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 27 | COUNTY OF STEPHENS, TEXAS, THE, ET AL C/O MCCREARY VESELKA BRAGG & ALLEN P.C. ATTN: LEE GORDON P.O. BOX 1269 ROUND ROCK, TX 78680-1269 | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/02/2014 | 875 | $947.43*[21] | According to the Debtors' books and records, Debtors are not liable for the asserted claim. A portion of the claim is on account of an over-estimate of taxes that would be owed by the Debtor. Concerning the remaining portion, the Debtors believe that the liability, if any, is owed by a non-Debtor third-party. |

---

[19] Claim 37556 was modified 03/24/2016 by Debtors' Fourth Notice Of Claims Satisfied In Full Or In Part (DI. 8073)
[20] Claim 877 was modified 03/24/2016 by Debtors' Fourth Notice Of Claims Satisfied In Full Or In Part (DI. 8073)
[21] Claim 875 was modified 03/24/2016 by Debtors' Fourth Notice Of Claims Satisfied In Full Or In Part (DI. 8073)

**ENERGY FUTURE HOLDINGS CORP., et al.**

**FORTY-SECOND OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 28 | FRIEDMAN, PETER GAD & COLBORN, MICHELLE<br>C/O FISHMAN & MALLON, LLP<br>ATTN: SAMEER BIRRING<br>305 BROADWAY, SUITE 900<br>NEW YORK, NY 10007 | 14-10997 (CSS) | TXU Energy Retail Company LLC | 10/27/2014 | 7945 | Undetermined* | According to the Debtors' books and records and the documentation attached to the proof of claim, Debtors are not liable for the asserted claim. As clearly indicated in the credit report appended to the claim, the type of credit inquiry performed by TXU Energy does not impact the claimant's credit score and is not restricted by applicable law. |
| 29 | GARLAND INDEPENDENT SCHOOL DISTRICT<br>C/O GAY MCCALL ISAACKS GORDON & ROBERTS<br>1919 S. SHILOH ROAD, SUITE 310, LB40<br>GARLAND, TX 75042 | 14-10979 (CSS) | Energy Future Holdings Corp. | 01/22/2015 | 9953 | $19,540.56[22] | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 30 | GARLAND INDEPENDENT SCHOOL DISTRICT<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>500 EAST BORDER ST, SUITE 640<br>ARLINGTON, TX 76010 | 14-10989 (CSS) | TXU Electric Company, Inc. | 10/27/2015 | 12716 | $1,987.18 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 31 | HILL COUNTY APPRAISAL DISTRICT<br>C/O MCCREARY VESELKA BRAGG & ALLEN P.C.<br>ATTN: LEE GORDON<br>P.O. BOX 1269<br>ROUND ROCK, TX 78680 | 14-10979 (CSS) | Energy Future Holdings Corp. | 01/14/2016 | 37552 | $3,509.54*[23] | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |

---

[22] Claim 9953 was modified 03/24/2016 by Debtors' Fourth Notice Of Claims Satisfied In Full Or In Part (DI. 8073)

[23] Claim 37552 was modified 03/24/2016 by Debtors' Fourth Notice Of Claims Satisfied In Full Or In Part (DI. 8073)

\* - Indicates claim contains unliquidated and/or undetermined amounts

**ENERGY FUTURE HOLDINGS CORP., et al.**

**FORTY-SECOND OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 32 | HUDSON INDEPENDENT SCHOOL DISTRICT<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>ATTN: TAB BEALL<br>PO BOX 2007<br>TYLER, TX 75710-2007 | 14-10996 (CSS) | EFH Corporate Services Company | 10/27/2014 | 8114 | $10,602.90[24] | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 33 | IOWA PARK ISD<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>ATTN: JEANMARIE BAER<br>PO BOX 8188<br>WICHITA FALLS, TX 76307 | 14-10979 (CSS) | Energy Future Holdings Corp. | 11/12/2014 | 9834 | $227.74[25] | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 34 | IOWA PARK ISD<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>ATTN: JEANMARIE BAER<br>PO BOX 8188<br>WICHITA FALLS, TX 76307 | 14-10979 (CSS) | Energy Future Holdings Corp. | 11/20/2015 | 13779 | $234.47 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 35 | LEWISVILLE INDEPENDENT SCHOOL DISTRICT<br>C/O LAW OFFICES OF ROBERT E. LUNA, P.C.<br>4411 NORTH CENTRAL EXPRESSWAY<br>DALLAS, TX 75205 | 14-10979 (CSS) | Energy Future Holdings Corp. | 08/29/2014 | 3975 | $10,987.81*[26] | According to the Debtors' books and records, Debtors are not liable for the asserted claim. A portion of the claim is on account of an over-estimate of taxes that would be owed by the Debtor. Concerning the remaining portion, the Debtors believe that the liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |

---

[24] Claim **8114** was modified 03/24/2016 by Debtors' Fourth Notice Of Claims Satisfied In Full Or In Part (DI. 8073)
[25] Claim **9834** was modified 03/24/2016 by Debtors' Fourth Notice Of Claims Satisfied In Full Or In Part (DI. 8073)
[26] Claim **3975** was modified 03/24/2016 by Debtors' Fourth Notice Of Claims Satisfied In Full Or In Part (DI. 8073)

**\* - Indicates claim contains unliquidated and/or undetermined amounts**

**ENERGY FUTURE HOLDINGS CORP., et al.**

**FORTY-SECOND OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 36 | MEXIA INDEPENDENT SCHOOL DISTRICT<br>C/O MCCREARY VESELKA BRAGG & ALLEN P.C.<br>ATTN: LEE GORDON<br>P.O. BOX 1269<br>ROUND ROCK, TX 78680-1269 | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/02/2014 | 881 | $9.65*[27] | According to the Debtors' books and records, Debtors are not liable for the asserted claim. A portion of the claim is on account of an over-estimate of taxes that would be owed by the Debtor. Concerning the remaining portion, the Debtors believe that the liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 37 | MIDLAND CENTRAL APPRAISAL DISTRICT<br>C/O MCCREARY VESELKA BRAGG & ALLEN P.C.<br>ATTN: LEE GORDON<br>P.O. BOX 1269<br>ROUND ROCK, TX 78680 | 14-10979 (CSS) | Energy Future Holdings Corp. | 01/14/2016 | 37555 | $60,494.44*[28] | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 38 | MIDLAND CENTRAL APPRAISAL DISTRICT ET AL<br>C/O MCCREARY VESELKA BRAGG & ALLEN P.C.<br>ATTN: LEE GORDON<br>P.O. BOX 1269<br>ROUND ROCK, TX 78680-1269 | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/02/2014 | 876 | $57,191.65*[29] | According to the Debtors' books and records, Debtors are not liable for the asserted claim. A portion of the claim is on account of an over-estimate of taxes that would be owed by the Debtor. Concerning the remaining portion, the Debtors believe that the liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |

---

[27] Claim **881** was modified 03/24/2016 by Debtors' Fourth Notice Of Claims Satisfied In Full Or In Part (DI. 8073)
[28] Claim **37555** was modified 03/24/2016 by Debtors' Fourth Notice Of Claims Satisfied In Full Or In Part (DI. 8073)
[29] Claim **876** was modified 03/24/2016 by Debtors' Fourth Notice Of Claims Satisfied In Full Or In Part (DI. 8073)

**ENERGY FUTURE HOLDINGS CORP., et al.**

**FORTY-SECOND OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 39 | NORTH CAROLINA DEPT OF STATE TREASURER UNCLAIMED PROPERTY PROGRAM 325 NORTH SALISBURY STREET RALEIGH, NC 27603-1385 | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/20/2014 | 5638 | $20,788.59 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. Debtor does not make direct payment therefore has no amounts to escheat. The claimed liability, if any, would exist with TXU Energy Retail Company LLC for which the claimant has already filed a claim [Claim# 5637]. |
| 40 | NORTH CAROLINA DEPT OF STATE TREASURER UNCLAIMED PROPERTY PROGRAM 325 NORTH SALISBURY STREET RALEIGH, NC 27603-1385 | 14-11045 (CSS) | Texas Utilities Electric Company, Inc. | 10/20/2014 | 5639 | $1,093.23 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. Debtor does not make direct payment therefore has no amounts to escheat. The claimed liability, if any, would exist with TXU Energy Retail Company LLC for which the claimant has already filed a claim [Claim# 5637]. |
| 41 | OHIO DEPARTMENT OF TAXATION, THE BANKRUPTCY DIVISION P.O. BOX 530 COLUMBUS, OH 43216 | 14-11002 (CSS) | TXU Energy Solutions Company LLC | 08/04/2014 | 3526 | $3,365.02 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. Claimed Debtor is not set up as a payroll entity, therefore no payroll tax liability is owed. |
| 42 | OKLAHOMA STATE TREASURER 2300 N LINCOLN BLVD RM 217 OKLAHOMA CITY, OK 73105 | 14-11043 (CSS) | Texas Utilities Company, Inc. | 09/02/2014 | 4064 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. Debtor does not make direct payment therefore has no amounts to escheat. The claimed liability, if any, would exist with TXU Energy Retail Company LLC for which the claimant has already filed a claim [Claim# 4063]. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**ENERGY FUTURE HOLDINGS CORP., et al.**

**FORTY-SECOND OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 43 | SCURRY COUNTY TAX OFFICE C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: LAURA J. MONROE P.O. BOX 817 LUBBOCK, TX 79408 | 14-10979 (CSS) | Energy Future Holdings Corp. | 03/24/2015 | 10028 | $6,109.34*[30] | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 44 | TAX APPRAISAL DISTRICT OF BELL COUNTY C/O MCCREARY VESELKA BRAGG & ALLEN P.C. ATTN: LEE GORDON P.O. BOX 1269 ROUND ROCK, TX 78680 | 14-10979 (CSS) | Energy Future Holdings Corp. | 01/14/2016 | 37541 | $35,437.07*[31] | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 45 | TAX APPRAISAL DISTRICT OF BELL ET AL C/O MCCREARY VESELKA BRAGG & ALLEN P.C. ATTN: LEE GORDON P.O. BOX 1269 ROUND ROCK, TX 78680-1269 | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/02/2014 | 867 | $386.47*[32] | According to the Debtors' books and records, Debtors are not liable for the asserted claim. A portion of the claim is on account of an over-estimate of taxes that would be owed by the Debtor. Concerning the remaining portion, the Debtors believe that the liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 46 | WEST VIRGINIA WEST VIRGINIA STATE TREASURER'S OFFICE UNCLAIMED PROP, 1900 KANAWHA BLVD E CAPITOL COMPLEX BLDG 1, RM E-145 CHARLESTON, WV 25305 | 14-11005 (CSS) | Energy Future Competitive Holdings Company LLC | 09/25/2014 | 4660 | $207.75* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. Debtor does not make direct payment therefore has no amounts to escheat. The claimed liability, if any, would exist with TXU Energy Retail Company LLC for which the claimant has already filed a claim [Claim# 4659]. |

[30] Claim **10028** was modified 04/08/2016 by Debtors' Sixth Notice Of Claims Satisfied In Full Or In Part (DI. 8172)
[31] Claim **37541** was modified 03/24/2016 by Debtors' Fourth Notice Of Claims Satisfied In Full Or In Part (DI. 8073)
[32] Claim **867** was modified 03/24/2016 by Debtors' Fourth Notice Of Claims Satisfied In Full Or In Part (DI. 8073)

**\* - Indicates claim contains unliquidated and/or undetermined amounts**

**ENERGY FUTURE HOLDINGS CORP., et al.**

**FORTY-SECOND OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 47 | WEST VIRGINIA<br>WEST VIRGINIA STATE TREASURER'S OFFICE<br>UNCLAIMED PROP, 1900 KANAWHA BLVD E<br>CAPITOL COMPLEX BLDG 1, RM E-145<br>CHARLESTON, WV 25305 | 14-10996 (CSS) | EFH Corporate Services Company | 09/25/2014 | 4661 | $195.16* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. Debtor does not make direct payment therefore has no amounts to escheat. The claimed liability, if any, would exist with TXU Energy Retail Company LLC for which the claimant has already filed a claim [Claim# 4659]. |
| 48 | WEST VIRGINIA<br>WEST VIRGINIA STATE TREASURER'S OFFICE<br>UNCLAIMED PROP, 1900 KANAWHA BLVD E<br>CAPITOL COMPLEX BLDG 1, RM E-145<br>CHARLESTON, WV 25305 | 14-11039 (CSS) | LSGT Gas Company LLC | 09/25/2014 | 4662 | $571.65* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. Debtor does not make direct payment therefore has no amounts to escheat. The claimed liability, if any, would exist with TXU Energy Retail Company LLC for which the claimant has already filed a claim [Claim# 4659]. |
| 49 | WICHITA COUNTY<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>ATTN: JEANMARIE BAER<br>PO BOX 8188<br>WICHITA FALLS, TX 76307 | 14-10979 (CSS) | Energy Future Holdings Corp. | 11/12/2014 | 9841 | $33,597.57[33] | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 50 | WICHITA COUNTY<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>ATTN: JEANMARIE BAER<br>PO BOX 8188<br>WICHITA FALLS, TX 76307 | 14-10979 (CSS) | Energy Future Holdings Corp. | 11/20/2015 | 13792 | $37,017.34 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |

---

[33] **Claim 9841 was modified 03/24/2016 by Debtors' Fourth Notice Of Claims Satisfied In Full Or In Part (DI. 8073)**

**\* - Indicates claim contains unliquidated and/or undetermined amounts**           Page 13 of 14

**ENERGY FUTURE HOLDINGS CORP., et al.**

**FORTY-SECOND OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 51 | WYLIE INDEPENDENT SCHOOL DISTRICT C/O PERDUE BRANDON FIELDER COLLINS MOTT 500 EAST BORDER ST, SUITE 640 ARLINGTON, TX 76010 | 14-10989 (CSS) | TXU Electric Company, Inc. | 10/27/2015 | 12712 | $304.15 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| | | | | | TOTAL | $2,118,311.54* | |

\* - Indicates claim contains unliquidated and/or undetermined amounts