IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: D.I. 3040, 3198, 3279, 4744, 5007, 7361** |

**FIFTH SUPPLEMENTAL DECLARATION OF TODD J. ROSEN IN SUPPORT OF APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF MUNGER, TOLLES & OLSON LLP AS COUNSEL TO DEBTORS AND DEBTORS IN POSSESSION ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY LLC AND TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC EFFECTIVE NUNC PRO TUNC TO NOVEMBER 16, 2014**

I, Todd J. Rosen, state the following under penalty of perjury:

1. I am over eighteen years of age and have personal knowledge of the facts set forth herein and, if called as a witness, would testify competently with respect thereto from my own personal knowledge except as otherwise stated.

2. I am a partner at Munger, Tolles & Olson LLP ("MTO"), located at 355 S. Grand Ave., 35th Floor, Los Angeles, California, 90071, and have been duly admitted to practice law in the State of California; the United States District Courts for the Central, Northern, Eastern, and Southern District of California; and the Ninth Circuit Court of Appeals.

3. I submit this fifth supplemental declaration (the "Fifth Supplemental Declaration") in further support of the *Debtors Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC's Application for Entry of an*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

*Order Authorizing the Retention and Employment of Munger, Tolles & Olson LLP as Counsel to Debtors and Debtors In Possession Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC Effective Nunc Pro Tunc to November 16, 2014* [D.I. 3040] (the "Application").[2]

4. Except as otherwise noted, I have personal knowledge of the matters set forth herein.

**Background**

5. On December 16, 2014, the TCEH Debtors filed the Application. In support of the Application, the TCEH Debtors filed the *Declaration of Todd J. Rosen in Support of Application for Entry of an Order Authorizing the Retention and Employment of Munger, Tolles & Olson LLP as Counsel to Debtors and Debtors In Possession Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC Effective Nunc Pro Tunc to November 16, 2014* (the "Original Declaration"), which was filed as **Exhibit C** to the Application [D.I. 3040-4].

6. On January 8, 2015, the TCEH Debtors filed the *First Supplemental Declaration of Todd J. Rosen in Support of Application for Entry of an Order Authorizing the Retention and Employment of Munger, Tolles & Olson LLP as Counsel to Debtors and Debtors In Possession Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC Effective Nunc Pro Tunc to November 16, 2014* [D.I. 3198] (the "First Supplemental Declaration"), on June 12, 2015 the TCEH Debtors filed the *Second Supplemental Declaration of Todd J. Rosen in Support of Application for Entry of an Order Authorizing the Retention and Employment of Munger, Tolles & Olson LLP as Counsel to Debtors and Debtors*

---

[2] Capitalized terms not defined in this Fifth Supplemental Declaration have the meaning ascribed to them in the Application.

*In Possession Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC Effective Nunc Pro Tunc To November 16, 2014* [D.I. 4744] (the "Second Supplemental Declaration"), on July 15, 2015, the TCEH Debtors filed the *Third Supplemental Declaration of Todd J. Rosen in Support of Application for Entry of an Order Authorizing the Retention and Employment of Munger, Tolles & Olson LLP as Counsel to Debtors and Debtors in Possession Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC Effective Nunc Pro Tunc to November 16, 2016* [D.I. 5007] (the "Third Supplemental Declaration"), on December 15, 2015, the TCEH Debtors filed the *Fourth Supplemental Declaration of Todd J. Rosen in Support of Application for Entry of an Order Authorizing the Retention and Employment of Munger, Tolles & Olson LLP as Counsel to Debtors and Debtors in Possession Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC Effective Nunc Pro Tunc to November 16, 2016* [D.I. 7361] (the "Fourth Supplemental Declaration," and collectively with the Original Declaration, the First Supplemental Declaration, the Second Supplemental Declaration, the Third Supplemental Declaration, the Fourth Supplemental Declaration, and the Fifth Supplemental Declaration, the "Declarations").

7. On January 13, 2015, this court entered an order [D.I. 3279] approving the retention of MTO *nunc pro tunc* to November 16, 2014 (the "Retention Order").

**Supplemental Disclosure**

8. I submit this Fifth Supplemental Declaration to disclose that there are certain entities who are potential parties-in-interest in these chapter 11 proceedings and who are current clients of MTO, but whose identities cannot be disclosed at this time because of confidentiality reasons related to the Debtors' business. MTO represents these entities in matters wholly unrelated to these chapter 11 proceedings. If and when MTO is able to disclose the identity of

3

these entities, MTO will file a further supplemental declaration with the Court. MTO will provide additional information on a confidential basis to the Office of the United States Trustee for the District of Delaware if requested to do so.

9. I submit this Fifth Supplemental Declaration to further disclose that MTO represents Linn Acquisition Company, LLC and Berry Petroleum Company, LLC (the "Berry Debtors") with respect to certain matters in their chapter 11 proceedings in the United States Bankruptcy Court for the Southern District of Texas. Certain TCEH Debtors provide utility services to the Berry Debtors and/or their affiliated debtors. I do not believe that the representation of the Berry Debtors is materially adverse to the interests of the TCEH Debtors.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: June 15, 2016                          */s/ Todd J. Rosen*
                                                     Name:  Todd J. Rosen
                                                     Title:   Partner, Munger, Tolles & Olson LLP