**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | **Re: D.I. 660, 1733, 2005, 2949, 3041, 4963, 7418** |
|  | ) |  |

**SEVENTH SUPPLEMENTAL DECLARATION
OF EDWARD O. SASSOWER IN SUPPORT OF THE DEBTORS'
APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION
AND EMPLOYMENT OF KIRKLAND & ELLIS LLP AND KIRKLAND & ELLIS
INTERNATIONAL LLP AS ATTORNEYS FOR THE DEBTORS AND DEBTORS
IN POSSESSION EFFECTIVE *NUNC PRO TUNC* TO THE PETITION DATE**

I, Edward O. Sassower, being duly sworn, state the following under penalty of perjury:

1.      I am the president of Edward O. Sassower, P.C., a partner in the law firm of Kirkland & Ellis LLP, located at 601 Lexington Ave., New York, New York 10022, and a partner of Kirkland & Ellis International LLP (together with Kirkland & Ellis LLP, "K&E"). I am the lead attorney from K&E working on the above-captioned chapter 11 cases. I am a member in good standing of the Bar of the State of New York, and I have been admitted to practice in the United States Bankruptcy Court for the Southern District of New York and the United States Bankruptcy Court for the Eastern District of New York. There are no disciplinary proceedings pending against me.

2.      I submit this seventh supplemental declaration on behalf of Kirkland (this "Seventh Supplemental Declaration") in further support of the *Debtors' Application for Entry of*

---

[1]    The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

*an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP as Attorneys for the Debtors and Debtors in Possession Effective* Nunc Pro Tunc *to the Petition Date* [D.I. 660] (the "Application")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for an order pursuant to sections 327(a) and 330 of title 11 of the United States Code (the "Bankruptcy Code"), rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and rules 2014-1 and 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Bankruptcy Rules").

3.      Except as otherwise noted, I have personal knowledge of the matters set forth herein.

### Background

4.      On May 29, 2014, the Debtors filed the Application.   In support of the Application, the Debtors filed the *Declaration of Edward O. Sassower, P.C. in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP as Attorneys for the Debtors and Debtors in Possession Effective* Nunc Pro Tunc *to the Petition Date* (the "Original Declaration"), which was filed as **Exhibit B** to the Application.

5.      On July 31, 2014, the Debtors filed the *Amended Declaration of Edward O. Sassower in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP as Attorneys for the Debtors and Debtors in Possession Effective* Nunc Pro Tunc *to the Petition Date* [D.I. 1733] (the "Amended Declaration").

---

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Application.

2

6.      On September 12, 2014, the Debtors filed the *First Supplemental Declaration of Edward O. Sassower in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective* Nunc Pro Tunc *to the Petition Date* [D.I. 2005] (the "First Supplemental Declaration").

7.      On September 16, 2014, the Bankruptcy Court for the District of Delaware entered the *Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective* Nunc Pro Tunc *to the Petition Date* [D.I. 2052] (the "Retention Order").

8.      On December 4, 2014, the Debtors filed the *Second Supplemental Declaration of Edward O. Sassower in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis LLP International LLP as Attorneys for the Debtors and Debtors in Possession Effective* Nunc Pro Tunc *to the Petition Date* [D.I. 2949] (the "Second Supplemental Declaration").

9.      On December 16, 2014, the Debtors filed the *Third Supplemental Declaration of Edward O. Sassower in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis LLP International LLP as Attorneys for the Debtors and Debtors in Possession Effective* Nunc Pro Tunc *to the Petition Date* [D.I. 3041] (the "Third Supplemental Declaration").

10.      On July 9, 2015, the Debtors filed the *Fourth Supplemental Declaration of Edward O. Sassower in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis LLP International*

*LLP as Attorneys for the Debtors and Debtors in Possession Effective* Nunc Pro Tunc *to the Petition Date* [D.I. 4963] (the "Fourth Supplemental Declaration").

11.     On September 30, 2015, the Debtors filed the *Fifth Supplemental Declaration of Edward O. Sassower in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis LLP International LLP as Attorneys for the Debtors and Debtors in Possession Effective* Nunc Pro Tunc *to the Petition Date* [D.I. 6240] (the "Fifth Supplemental Declaration").

12.     On December 18, 2015, the Debtors filed the *Sixth Supplemental Declaration of James H.M. Sprayregen in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis LLP International LLP as Attorneys for the Debtors and Debtors in Possession Effective* Nunc Pro Tunc *to the Petition Date* [D.I. 7418] (the "Sixth Supplemental Declaration").

13.     It was stated in the previously filed declarations described above (collectively, the "Previous Declarations") that Kirkland would continue searching its electronic database during the pendency of these chapter 11 cases to ensure that no conflicts or other disqualifying circumstances exist or arise.  Consistent with this statement, Kirkland has continued to obtain information regarding all entities disclosed in the Previous Declarations, as well as for any connections to any additional entities not disclosed in the Previous Declarations.

14.     This Seventh Supplemental Declaration makes certain additional disclosures. Based on the conflicts searches conducted to date and described herein, to the best of my knowledge, neither I, Kirkland, nor any partner, of counsel, or associate thereof, insofar as I have been able to ascertain, has any connections with the Debtors, their creditors, or any other parties that may be parties in interest, their respective attorneys or accountants, the Office of the United

States Trustee for the District of Delaware (the "U.S. Trustee"), any person employed by the U.S. Trustee, or any person employed by the Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, or the United States Court of Appeals for the Third Circuit, except as disclosed or otherwise described herein and in the Previous Declarations.

### Additional Disclosures

15.     Attached hereto as **Schedule 1** to this Seventh Supplemental Declaration are new client connections for entities identified in the Previous Declarations.

16.     Except as specifically discussed herein, the client representations identified in this Seventh Supplemental Declaration and the attached schedules are not related to the Debtors or these chapter 11 cases. The client representations identified in this Seventh Supplemental Declaration and the attached schedules are not materially adverse to the interests of the Debtors' estates.   Moreover, pursuant to section 327(c) of the Bankruptcy Code, Kirkland is not disqualified from acting as the Debtors' counsel merely because it represents or represented the Debtors' creditors, equity security holders, or other parties that may be parties in interest in matters unrelated to these chapter 11 cases.

17.     In further support of the Application, I make the following additional disclosures concerning each party specifically disclosed in this Seventh Supplemental Declaration: (a) whether Kirkland can represent the Debtors adversely to such party and (b) the fees incurred by such party in the 12 months before May 31, 2016, as a percentage of the total fees incurred by all of Kirkland's clients in the same period.   This information is attached to this Seventh Supplemental Declaration as **Exhibit A**.

5

18.    The information in **Exhibit A** is derived from an evaluation of the engagement letters on file, if any, for each entity and/or its affiliates, and whether each entity and/or its affiliates are current, former, or closed clients of Kirkland, and is accurate to the best of my knowledge.  Kirkland will engage in further analysis on a case-by-case basis if the Debtors become adverse to any entity in **Exhibit A**, their affiliates, or any other entity on **Schedule 1** of this Seventh Supplemental Declaration.  Where **Exhibit A** indicates that Kirkland may be adverse to an entity, Kirkland may commence a cause of action on the Debtors' behalf against such entity.  Kirkland will not commence a cause of action in these chapter 11 cases against the entities listed on **Schedule 1** to this Seventh Supplemental Declaration (including the entities listed under the "Specific Disclosures" section of this Seventh Supplemental Declaration and on **Exhibit A**) that are current clients of Kirkland unless Kirkland has an applicable waiver on file or first receives a waiver from such party allowing Kirkland to commence such an action.  To the extent that a waiver does not exist or is not obtained from such client and it is necessary for the Debtors to commence an action against that client, the Debtors will be represented in such particular matter by conflicts counsel.  For the avoidance of doubt, Kirkland may request a waiver from any entity that Kirkland has stated it could not be adverse to in **Exhibit A** and, if such waiver is granted, Kirkland may represent the Debtors adversely to such entity.  Similarly, in certain circumstances, Kirkland may ask conflicts counsel to handle a matter even where Kirkland believes it can represent the Debtors adversely to such entity.

19.    Of the clients listed on **Schedule 1**, there are no clients representing more than one percent of the total fees incurred by Kirkland's clients for the 12-month period ending on May 31, 2016 that have not been previously disclosed in the Previous Declarations.

6

**Specific Disclosures**

20.     As disclosed below and in **Schedule 1** attached hereto, certain of the Debtors and

their non-Debtor affiliates or other entities associated with the Debtors are creditors of entities

that Kirkland currently represents or has represented in bankruptcy proceedings or post-effective

date claims processes. Similarly, certain parties that may be parties in interest in these chapter 11

cases are current or former Kirkland restructuring clients.  These entities include Linn Energy,

LLC and Sandridge Energy, Inc.  Kirkland will not represent the Debtors, the Debtors' non-

Debtor affiliates, or other entities associated with the Debtors in any matter related to other

Kirkland clients' bankruptcy proceedings.  Similarly, Kirkland will not represent any of its other

restructuring clients against the Debtors in any of its other clients' restructuring matters.  I do not

believe these representations create a conflict but have disclosed the connections out of an

abundance of caution.

21.     Kirkland has represented and may in the future represent NextEra Energy, Inc.,

ClearSky Power & Technology Fund I LLC, an affiliate of NextEra Energy, Inc., and/or certain

of their affiliates (collectively, "NextEra"). NextEra Energy Power Marketing, LLC, an affiliate

of NextEra Energy, Inc., is a creditor in these chapter 11 cases, and NextEra Energy, Inc. and/or

certain of its affiliates have otherwise participated in the Debtors' chapter 11 cases.  NextEra

Energy, Inc. was disclosed as a "closed" client in the Original Declaration.  The Debtors are

disclosing NextEra Energy, Inc. again in this Seventh Supplemental Declaration because

NextEra Energy, Inc. was reopened as a "current" client as of May 2016, though this

representation has since terminated.

22.     Kirkland's representations of NextEra have been unrelated to Debtors, the

Debtors' non-Debtor affiliates, or these chapter 11 cases. I do not believe that Kirkland's past or

7

future representations of NextEra create a conflict but have disclosed the connection out of an abundance of caution.

**Continued Vigilance and Affirmative Statement of Disinterestedness**

23.     Based on the conflicts searches conducted to date and described in the Previous Declarations and herein, to the best of my knowledge and insofar as I have been able to ascertain, (a) Kirkland is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as required by section 327(a) of the Bankruptcy Code, and does not hold or represent an interest adverse to the Debtors' estates, and (b) Kirkland has no connection to the Debtors, their creditors, or other parties in interest, except as may be disclosed in the Previous Declarations and herein.

24.     Kirkland will continue to review its files periodically during the pendency of these chapter 11 cases to ensure that no conflicts or other disqualifying circumstances exist or arise.  If any new relevant facts or relationships are discovered or arise, Kirkland will use its reasonable efforts to identify any such further developments and will file a supplemental declaration as required by Bankruptcy Rule 2014(a) and as stated in the Previous Declarations and herein.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  June 15, 2016                                          Respectfully submitted,

                                                                      */s/ Edward O. Sassower*
                                                                      Edward O. Sassower, as President of Edward O.
                                                                      Sassower P.C., as Partner of Kirkland & Ellis
                                                                      LLP, and as Partner of Kirkland & Ellis
                                                                      International LLP

8

## EXHIBIT A

**Listing Regarding Ability to Be Adverse and Fees Incurred**

| Entity[1] | % Fees Incurred— Total Firm | Can Kirkland Be Adverse? |
|---|---|---|
| SandRidge Energy, Inc. | 0.38% | No |
| Linn Energy, LLC | 0.25% | No |
| NextEra Energy, Inc. | 0.00% | Yes |
| ClearSky Power & Technology Fund I LLC | 0.00% | Yes |

---

[1]    The disclosures in this **Exhibit A** are based on an evaluation of K&E's engagement letter records and are accurate to the best of K&E's knowledge.  K&E will engage in further analysis on a case-by-case basis if the Debtors become adverse to any entity on this list.

**SCHEDULE 1**

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| AAA Northern California Nevada & Utah Insurance Exchange<br><br>CSAA Insurance Exchange | CSAA Insurance Group | Current |
| Abovenet Communications Inc.<br>Cole-Parmer Instruments<br>Park Place Technologies<br>Zayo Fiber Solutions<br>Zayo Group LLC | Park Place Technologies, LLC | Current |
| ACDELCO, a Brand of GM Service and Parts Operations, A Division of General Motors<br><br>General Motors Corp.<br>General Motors Fleet & Commercial<br>General Motors LLC | General Motors Holdings LLC<br><br><br>OnStar, LLC | Current<br><br>Current |
| AlixPartners<br>Apidos Capital<br>Apidos Capital Management LLC<br>Chempoint<br>CVC Capital Partners Ltd.<br>CVC Credit Partners<br>Evonik Energy Services LLC<br>ista North America Inc.<br>Univar<br>Univar USA Inc. | ista International GmbH | Current |
| Allant Group Inc., The<br>Global Knowledge<br>Global Knowledge Training LLC<br>MidOcean | MidOcean U.S. Advisors, L.P. | Current |
| AllianceBernstein<br>AllianceBernstein LP<br>AXA Investment Managers | AXA REIM SGP | Current |
| Alpha Coal Sales Co. LLC<br>Alpha Natural Resources<br>Massey Energy Corp. | Kevin Crutchfield | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Alside Ennis Extruded Products Co. Associated Materials Inc. | AMH New Finance, Inc. | Current |
| | Associated Materials Canada Limited | Current |
| | Associated Materials Incorporated | Current |
| | Associated Materials, LLC | Current |
| | Gentek Building Products Limited Partnership | Current |
| | Gentek Building Products, Inc. | Current |
| | Gentek Canada Holdings Limited | Current |
| | Gentek Holdings, LLC | Current |
| American Health Life Insurance Co.<br><br>CAFCO<br>Citi Prepaid Services<br>Citibank<br>Citibank<br>Citibank Hold (SLT)<br>Citibank NA<br>Citibank NA Corporate Asset<br>Citibank New York<br>Citibank-Distressed Secondary<br>Citicards CBNA<br>Citigroup<br>Citigroup<br>Citigroup Energy Inc<br>Citigroup Financial Products Inc.<br>Citigroup Global Markets Inc.<br>Citigroup Inc.<br>Citigroup Pension Plan<br>Citimortgage<br>Jeffries High Yield<br>JHYF 1 Loan Funding LLC<br>Kil Loan Funding LLC<br>OneMain Financial<br>Salomon Brothers Holding Co. Inc.<br>Sol Loan Funding LLC | Citigroup Venture Capital International Growth Partnership (Employee) II, L.P. | Current |
| Approva Corp. | Attachmate Corporation | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Eagle-Picher Industries Inc.<br>Serena Software Inc.<br>US Silica Co. | Micro Focus<br>Rachel Masory | Current<br>Current |
| Ariba Inc.<br>SAP America Inc.<br>SAP Industries Inc.<br>SAP Public Services<br>Successfactors Inc.<br>Successfactors.com<br>Sybase - an SAP Co.<br>Sybase Inc. | Fieldglass, Inc. | Closed |
| AT&SF Railway Co., The<br>Berkshire Hathaway Inc.<br>BNSF / KCS Monticello<br>BNSF Railway Co.<br>BNSF Railway Co. - Coal<br>Business Wire<br>Graver Technologies<br>Graver Technologies Inc.<br>Graver Water<br>Kraft Foods<br>Lubrizol Corp., The<br>Mouser Electronics Inc.<br>Pacificorp<br>Rockbestos Surprenant Cable Corp.<br>RSCC Wire & Cable LLC<br>Santa Fe Railroad<br>Union Tank Car Co.<br>US Underwriters Insurance Co.<br>World Marketing Dallas | Berkshire Hathaway Energy Co. | Current |
| Austin Coca Cola Bottling Co.<br>Coca Cola Enterprises<br>Coca-Cola Co., The<br>Western Container Corp. | The Coca-Cola Company | Current |
| Avepoint Inc.<br>Salient Partners LP | Charles J. Fitzgerald<br>Christopher Dean<br>Summit Partners Credit Fund | Current<br>Current<br>Current |
| Bank of America Corp. | Debby Presser | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Bank of America Fund<br>Bank of America Merrill Lynch<br>Bank of America NA<br>BofA Merrill Lynch<br>Eban Village I Apartments<br>Eban Village II Ltd.<br>Hampton Funding LLC<br>Laguna Funding LLC<br>LaSalle National Leasing Corp.<br>Merrill Lynch Capital Services<br>Merrill Lynch Capital Services Inc.<br>Merrill Lynch Commodities<br>Merrill Lynch Pierce Fenner & Smith<br>Merrill Lynch Pierce Fenner & Smith Inc. (Broker)<br>Merrill Lynch/Bank of America<br>Nations Bank, as trustee | | |
| Bayer Corp. | Bayer Pharma AG | Current |
| Bell Atlantic Master Trust<br>Cellco Partnership<br>General Telephone Co.<br>GTE<br>Verizon<br>Verizon Business<br>Verizon Southwest<br>Verizon Wireless | Verizon Enterprise Solutions, LLC | Current |
| Bently Nevada Corp.<br>Dresser Inc.<br>Dresser Inc.-Masoneilan<br>GE<br>GE Analytical Instruments<br>GE Analytical Instruments Business Group<br>GE Analytical Instruments Inc.<br>GE Betz Inc.<br>GE Capital<br>GE Capital Railcar Lease | GE-Hitachi Nuclear Energy, Inc. | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| GE Control Solutions<br>GE Energy<br>GE Energy Control Solutions Inc.<br>GE Energy Management Services Inc.<br>GE Energy Motors<br>GE Energy Parts<br>GE Energy Services<br>GE Industrial Systems<br>GE Infrastructure Sensing Inc.<br>GE Inspection Technologies LP<br>GE Intelligent Platforms Inc.<br>GE International Inc.<br>GE Mobile Water Inc.<br>GE Multilin<br>GE Nuclear Energy<br>GE Oil & Gas Compression Systems LLC<br>GE Technology Finance<br>GE Transportation Finance<br>GE Transportation System<br>General Electric Co.<br>General Electric International Inc.<br>GETS Global Signaling<br>Lufkin France<br>Lufkin Industries Inc.<br>Lufkin Rubber & Gasket<br>SmartSignal Corp.<br>Water & Process Technologies | | |
| Berry Petroleum Co. | Linn Energy, LLC | Current |
| BHP Billiton<br><br>BHP Billiton Olympic Dam Corp. Pty Ltd. | BHP Billiton Petroleum (KCS Resources), LLC | Current |
| | BHP Billiton Petroleum (TXLA Operating) Company | Current |
| | BHP Billiton Petroleum Properties (N.A.), L.P. | Current |
| | KCS Resources LLC | Current |
| | Petrohawk Operating Company | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Petrohawk Properties L.P. | Current |
| Blackstone / GSO | Blackstone Capital Partners VII | Current |
| Blackstone Advisory Partners LP | The Blackstone Group (Singapore) Pte Ltd. | Current |
| Blackstone Debt Advisors | | |
| Blackstone Special Funding (Ireland) | | |
| Comstock Oil & Gas LP | | |
| GSO | | |
| GSO Aiguille des Grands Montets Fund I LP | | |
| GSO Aiguille des Grands Montets Fund II LP | | |
| GSO Aiguille des Grands Montets Fund III LP | | |
| GSO Cactus Credit Opportunities Fund LP | | |
| GSO Capital Partners LP | | |
| GSO Churchill Partners LP | | |
| GSO Coastline Credit Partners LP | | |
| GSO Credit Alpha Fund LP | | |
| GSO Credit-A Partners LP | | |
| GSO Palmetto Opportunistic Investment Partners LP | | |
| GSO Special Situations Master Fund LP | | |
| GSO/Blackstone Debt Funds Management LLC | | |
| Harbourmaster Capital | | |
| La Quinta Inn #0505 | | |
| La Quinta Inn #0558 | | |
| La Quinta Inn #0960 | | |
| LQ Management LLC | | |
| Mustang Ridge Apartments LP | | |
| Bond Fund of America, The | Capital International Inc. | Current |
| Capital Research & Management Co. (US) | | |
| Boomi Inc. | Project Aurora Holdings, LLC | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Dell (Secureworks) | Project Aurora Merger Corp. | Current |
| Dell Computer Corp. | Project Aurora Parent, Inc. | Current |
| Dell Inc. | SolarWinds Intermediate Holdings I, Inc. | Current |
| Dell Marketing LP | SolarWinds Intermediate Holdings II, Inc. | Current |
| Dell Software Inc. | SolarWinds, Inc. | Current |
| Dell USA LP | | |
| EMC Corp. | | |
| Interactive Data | | |
| IPC Systems Inc. | | |
| Quest Software | | |
| Quorum Business Solutions (USA) Inc. | | |
| RSA Security LLC | | |
| Secureworks Inc. | | |
| Solarwinds Inc. | | |
| VMware Inc. | | |
| Boston Consulting Group Inc. | Lindsay Pykosz | Current |
| Canada Revenue Agency | CPP Investment Board | Current |
| CPP Investment Board (USRE II) Inc. | CPPIB Asia Inc. | Current |
| | David Brackett | Current |
| | John G. Martin | Current |
| Cargill Inc. | CVI Leeds Waterside Sarl | Current |
| Cargill Power Markets LLC | Roundwood Five Sarl | Current |
| Cargill Salt | | |
| Carval Investors LLC | | |
| CED - Consolidated Electrical Distributors Inc. | Bixby Bridge Capital, LLC | Current |
| CED Fort Worth Credit | David Rotenberg | Current |
| CED/Interstate Electric Co. | David Williams | Current |
| | Employees' Retirement Plan of Consolidated Electrical Distributors, Inc. | Current |
| Celanese | Celanese Emulsions GmbH | Current |
| Celanese Chemicals | | |
| Celanese Ltd. | | |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Central States Southeast & Southwest Areas Health & Welfare Fund | Arthur H. Bunte, Jr. | Current |
| Central States Southeast & Southwest Areas Pension Fund | Central States Funds | Current |
| | Central States, Southeast and Southwest Area Pension Fund | Current |
| | Charles A. Whobrey | Current |
| | Gary F. Caldwell | Current |
| | George J. Westley | Current |
| | Greg R. May | Current |
| | Marvin Kropp | Current |
| | Ronald Destefano | Current |
| | Thomas Nyhan | Current |
| Compressor Controls Corp. | RF IDeas Inc. | Current |
| D.E. Shaw Galvanic Portfolios LLC | D.E. Shaw & Co. (Asia Pacific) Limited | Current |
| | D.E. Shaw Galvanic International Inc. | Current |
| | D.E. Shaw Galvanic Portfolios, L.L.C. | Current |
| Danaher Industrial Controls | Leica Microsystems, Inc. | Current |
| Davis Inotek Instruments | Pacific Scientific Energetic Materials Company | Current |
| Fluke Corp. | | |
| Fluke Electronics | | |
| Hach Co. | | |
| Iris Power LP | | |
| Leica Inc. | | |
| Pall Corp. | | |
| Qualitrol Co. LLC | | |
| Serveron Corp. | | |
| Tektronix Inc. | | |
| Delaware Investments | Macquarie Atlas Roads Limited | Current |
| Macquarie Bank Ltd. | MQA Holdings (US) LLC | Current |
| Macquarie Bank Ltd.-Sydney Head Office | | |
| Macquarie Energy LLC | | |
| Macquarie Energy LLC | | |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Macquarie Futures<br>Macquarie Futures USA Inc.<br>Macquarie Futures USA LLC<br>Macquarie Investment Management | | |
| Elliott Associates LP<br>Elliott International Capital Advisors Inc.<br>Elliott International LP | Evergreen Coast Capital Corp. | Current |
| Embarcadero Technologies Inc.<br>Empirix Inc.<br>Opnet Technologies<br>Solarwinds Inc.<br>Tripwire Inc. | Project Aurora Holdings, LLC<br>Project Aurora Merger Corp.<br>Project Aurora Parent, Inc.<br>Scott Crabill<br>SolarWinds Intermediate Holdings I, Inc.<br>SolarWinds Intermediate Holdings II, Inc.<br>SolarWinds, Inc. | Current<br>Current<br>Current<br>Current<br>Current<br><br>Current<br><br>Current |
| Embarcadero Technologies Inc.<br>Precise Software Solutions Inc. | Joley Corporation | Current |
| Energy Laboratories | Energy Labs, Inc. | Current |
| EnerVest Operating LLC<br>Examination Management Services Inc. | EMSI Acquisition, Inc.<br>EMSI Equity, LLC<br><br>EMSI Holdco, Inc.<br>EMSI Holding Company<br>Examination Management Services, Inc.<br>Lep Intermediate Holding Company<br>LepMed, Inc.<br>Leprechaun, LLC | Current<br>Current<br><br>Current<br>Current<br>Current<br><br>Current<br>Current<br>Current |
| Federal Communications Commission<br><br>Federal Deposit Insurance Corp. (FDIC)<br><br>Federal Emergency Management Agency (FEMA)<br><br>Internal Revenue Service | Alejandro Garcia Padilla, as Governor of the Commonwealth of Puerto Rico<br>Commonwealth of Puerto Rico<br><br>Mohammad Baqir | Current<br><br>Current<br><br>Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Jackson, Lisa P., in her official capacity as Administrator of the USEPA<br>Jackson, Lisa, as Administrator of the U.S. Environmental Protection Agency<br>McCarthy, Gina, as Administrator of the U.S. Environmental Protection Agency | | |
| Mine Safety & Health Administration (MSHA), U.S. Department of Labor<br>National Institute of Standards & Technology | | |
| National Scientific Balloon Facility | | |
| Office of Surface Mining | | |
| Oklahoma City Air Logistics Center | | |
| Pension Benefit Guaranty Corp. | | |
| Perciasepe, Bob, in his capacity as Acting Administrator, USEPA | | |
| Richards-Gebaur AFB | | |
| Securities and Exchange Commission<br>Tennessee Valley Authority | | |
| United States Attorney, Office of the<br>United States Customs & Border Protection | | |
| United States Department of Agriculture, Rural Utilities Service | | |
| United States Department of Energy | | |
| United States Department of Justice | | |
| United States Department of Labor | | |
| United States Department of The Treasury, Internal Revenue Service (IRS) | | |
| United States Department of Treasury<br>United States Environmental Protection Agency | | |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| United States Mine Safety & Health Administration<br>United States Naval Academy<br>United States Nuclear Regulatory Commission<br>United States of America<br>United States Treasury Single Taxpayors (IRS)<br>United States Trustee, Office of the<br>US Air Force<br>US Army Corp. of Engineers<br>US Coast Guard<br>US Corps of Engineers<br>US Department of Justice<br>US Department of The Army<br> US Department of Transportation<br>US Drug Enforcement Administration<br>US Drug Enforcement Agency<br>US Internal Revenue Service<br>USAF | | |
| Fifth Street Finance Corp. | Audit Committee of Fifth Street Asset Management, Inc. | Current |
| Florida Power & Light Co. | ClearSky Power & Technology Fund I LLC | Current |
| FPL Energy Power Marketing Inc.<br>NextEra Energy Operating Services LLC<br>NextEra Energy Power Marketing<br>NextEra Energy Power Marketing LLC<br>NextEra Energy Resources LLC | NextEra Energy, Inc. | Current |
| Fore Research | Fore Research & Management, LP | Closed |
| Fore Research & Management LP | FremantleMedia North America, Inc. | Current |
| Foster & Kleiser | Bain Capital Beteiligungsberatung GmbH | Current |
| HD Supply Construction Supply Ltd. | | |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| HD Supply Utilities Ltd. Sankaty Sankaty Advisors LLC Securitas Security Services USA Inc. SimplexGrinnell SimplexGrinnell LP Skillsoft Corp. Sungard Consulting Services Inc. Sungard Consulting Services LLC Sungard Energy Systems Survey Monkey Inc. Tealium Inc. Toys R Us-Delaware Inc. Tyco Fire Products VXI Global Solutions Inc. Westfire Inc. Yarway Corp. | | |
| GAMCO Asset Management Inc. | Mario J. Gabelli | Current |
| Garban Capital Markets LLC Garban Futures LLC Icap Energy LLC Icap United Inc. | Intercapital Services North America LLC | Current |
| Gardner Denver Machinery Inc. | Gardner Denver, Inc. | Current |
| Gardner Denver Nash | KFN NR Mineral Holdings GP, LLC | Current |
| Gardner Denver Nash LLC | KFN NR Mineral Holdings L.P. | Current |
| Gardner Iron & Metal Co. Inc. | KKR NR I Mineral Holdings GP, LLC | Current |
| I-Deal LLC | KKR NR I Mineral Holdings L.P. | Current |
| Itochu Corp. | KKR NR I-A Mineral Holdings GP, LLC | Current |
| Jostens Inc. | KKR NR I-A Mineral Holdings L.P. | Current |
| KKR KKR & Co. LP KKR 2006 Fund LP KKR Asset Management LLC KKR Associates Reserve LLC | | |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| KKR Capital Markets<br>KKR Debt Investors II (2006) (Ireland) LP<br>KKR Financial CLO 2005 2 Ltd.<br>KKR Financial CLO 2005-1 Ltd.<br>KKR Financial CLO 2006-1 Ltd.<br>KKR Financial CLO 2007-1 Ltd.<br>KKR Financial CLO 2007-A Ltd.<br>KKR Financial Holdings LLC<br>KKR PEI Investments LP<br>Kohlberg Kravis Roberts & Co.<br>Kohlberg Kravis Roberts & Co. LP<br>Legend Natural Gas IV LP<br>Master-Halco Inc.<br>Samson Lone Star LP<br>Samson Resources Co. | | |
| GIC (Government Investment Corporation of Singapore)<br>GIC Private Ltd.<br>Government of Singapore Investment Corp. Pte Ltd. | SMG Healthcare Limited | Current |
| Golub Capital | GC Advisors LLC<br>Golub Capital BDC, Inc. | Current<br>Current |
| HCC | HCC Insurance Holdings, Inc.<br>HCC Life Insurance Company<br>HCC Specialty Insurance Company<br>HCC Specialty Underwriters, Inc.<br>Houston Casualty Company | Current<br>Current<br>Current<br>Current<br>Current |
| Hitachi Data Systems<br>Hitachi Data Systems Corp.<br><br>Hitachi Data Systems Credit Corp.<br>Hitachi Power Systems America<br>Mechanical Dynamics<br>Mechanical Dynamics & Analysis Inc.<br>Mechanical Dynamics & Analysis Ltd.<br>MHI Nuclear North America Inc. | GE-Hitachi Nuclear Energy, Inc.<br>Mitsubishi Nichiyu Forklift Co., Ltd. | Current<br>Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Mitsubishi Electric Power Products Inc.<br><br>Mitsubishi Heavy Industries Ltd.<br>Mitsubishi Nuclear Energy Systems Inc.<br><br>Mitsubishi Power Systems Americas Inc.<br><br>Renewal Parts Maintenance Inc. | | |
| Houlihan Lokey Capital Inc.<br>Mariner<br>Mariner LDC | Bridge Strategy Group LLC<br>Lionel Leventhal | Current<br>Current |
| Indigo Minerals LLC | Indigo Minerals LLC<br>Indigo Resources LLC | Current<br>Current |
| Integra Energy LLC | 4th Street Properties, LLC<br>Black Bayou Exploration, LLC<br>Braniff Restaurant Holdings, LLC<br>CEBA Gathering, LLC<br>CEBA Midstream GP, LLC<br>CEBA Midstream, L.P.<br>Cholla Pipeline, L.P.<br>Cornhusker Energy, LLC<br>FAE Holdings 389322R, LLC<br>Integra Energy, LLC<br>Lariat Services, Inc.<br>MidContinent Resources, LLC<br>Mistmada Oil Company, Inc.<br>Piñon Gathering Company, LLC<br>Sabino Exploration, LLC<br>Sagebrush Pipeline, LLC<br>SandRidge CO2, LLC<br>SandRidge Exploration and Production, LLC<br><br>SandRidge Holdings, Inc.<br>SandRidge Midstream, Inc.<br>SandRidge Operating Company<br>SandRidge Realty, LLC<br>Sierra Madera CO2 Pipeline, LLC<br>WTO Gas Gathering Company, | Current<br>Current<br>Current<br>Current<br>Current<br>Current<br>Current<br>Current<br>Current<br>Current<br>Current<br>Current<br>Current<br>Current<br>Current<br>Current<br>Current<br><br>Current<br><br>Current<br>Current<br>Current<br>Current<br>Current<br>Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | LLC | |
| Jefferies Capital<br>Jefferies LLC | Jefferies LLC | Current |
| Jeld-Wen Windows & Doors<br>Onex Corp.<br>Onex Credit Partners LLC<br>Onex Senior Credit Fund LP<br>Sitel LLC<br>Sitel Operating Corp.<br>Southern Graphic Systems Inc. | Onex Partners Manager, L.P. | Current |
| Kraft Foods | 3G Capital, Inc.<br>Bradley Brown<br>H.J. Heinz Company | Current<br>Current<br>Current |
| Kroger Co. | Roundy's Inc. | Current |
| L-3 Communications<br>L-3 Communications Corp. Master Trust<br>L-3 Communications Integrated Systems LP | L-3 Communications Corporation<br>L-3 Communications Eotech, Inc. | Current<br>Current |
| Linden Advisors LLC<br>Linden Capital LP | Anthony B. Davis<br>John M. Barger | Current<br>Closed |
| Lionstone CFO Two LP<br>Lionstone CFO Two Ltd. | The Lionstone Group | Current |
| MatlinPatterson | MatlinPatterson Global Advisers LLC<br>MatlinPatterson Global Opportunities Master Fund L.P.<br>MatlinPatterson Puerto Rico Recovery Master Fund L.P. | Current<br>Current<br>Current |
| McAfee Inc. | Altera Corporation | Current |
| Metropolitan Life Insurance Co. | MetLife, Inc. | Current |
| Mizuho Asset Management | Richard J. Gallivan | Current |
| Montgomery County Employees Retirement System | Montgomery County Teen Court | Current |
| Mountain Fuel Resources | Questar Corporation | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| MSC Industrial Supply<br><br><br>MSC Industrial Supply Co. Inc. | Special Committee of the Board of Directors of MSC Industrial Direct Co., Inc. | Current |
| Munters Corp. | Nordic Capital | Current |
| Navex Global Inc.<br>Sumtotal Systems Inc.<br>Taxware LLC<br>Tibco Software Inc.<br>Websense Inc. | Adrian R. Alonso<br>David M. Post<br>Justin Cho | Current<br>Current<br>Current |
| Noble Americas Gas & Power Corp. | Noble Group Limited | Current |
| Orchard Global Asset Management | Paul Horvath | Current |
| Pharmacia Corp.<br>Quigley Co. Inc.<br>Searle Medical Products Inc.<br>Upjohn Co. | Hospira, Inc. | Current |
| Polygon<br>Polygon US Corp. | Triton Advisers Ltd.<br>Triton Investments Advisers LLP<br>Triton Managers IV Limited | Closed<br>Current<br>Current |
| PricewaterhouseCoopers LLP | Price Waterhouse & Co. S.R.L. | Current |
| Quality Carriers | Quality Distribution Inc. | Current |
| Quintana Energy Fund-FI LP<br><br>Quintana Energy Fund-TE LP<br>Quintana Energy Partners LP | Archer Directional Drilling Services LLC<br>Centerline Trucking, LLC<br>CIS-Oklahoma, LLC<br>Consolidated Oil Well Services, LLC<br>Consolidated OWS Management, Inc.<br>Oklahoma Oil Well Cementing Company<br>Q Consolidated Oil Well Services, LLC<br>Q Directional Drilling, LLC<br>Q Directional MGMT, Inc.<br>QES Directional Drilling Services LLC | Current<br>Current<br>Current<br>Current<br>Current<br>Current<br>Current<br>Current<br>Current<br>Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | QES Great White Pressure Control LLC | Current |
| | QES Holdco LLC | Current |
| | QES Leasing and Procurement LLC | Current |
| | QES Pressure Pumping LLC | Current |
| | QES Wireline LLC | Current |
| | Quintana Capital Group GP Ltd. | Current |
| | Quintana Energy Services GP LLC | Current |
| | Quintana Energy Services LP | Current |
| | Twister Drilling Tools, LLC | Current |
| Redwood Capital<br>Redwood Capital Management LLC | Redwood Capital Investments, LLC | Current |
| Sandoz Agro Inc.<br>Syngenta Crop Protection | Syngenta Biotech | Current |
| Santander Consumer USA Inc. | Banco Santander International | Current |
| | Santander Asset Management, USA LLC | Current |
| Societe Generale SA | M. Mark Albert | Current |
| Starr<br>Starr Aviation<br>Starr Cos.<br>Starr Indemnity & Liability Co.<br>Starr Surplus Lines Insurance Co. | Starr Investment Holdings, LLC | Current |
| Tenneco Chemical Co.<br>Tenneco Oil Co.<br>Tenneco Polymers Inc. | Tenneco GmbH | Current |
| UBS<br>UBS AG<br>UBS AG - Stamford, CT Branch<br>UBS Global Asset Management (Americas) Inc.<br>UBS O'Connor LLC<br>UBS Securities<br>UBS Securities LLC<br>UBS Stamford Branch TRS | UBS O'Connor LLC | Current |
| Valspar Corp., The | Valspar Corporation | Current |
| Vector Capital | Andrew Fishman | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Vector Shark (Cayman), L.P. | Current |
| Waddell & Reed<br><br>Waddell & Reed Advisors High Income Fund Inc.<br><br>Waddell & Reed Services | Waddell & Reed Investment Management Company and Ivy Investment Management Company | Current |
| Willis of Texas Inc. | Willis Towers Watson plc | Current |
| Zeneca Inc. | AstraZeneca AB<br>AstraZeneca UK Limited | Current<br>Current |