**EXHIBIT D**

**Summary of Jenner & Block LLP Blended Hourly Rates**
**(Customary And Comparable Compensation Disclosures)**

| Timekeeper Category | | Worked and Billed in 2015 (excluding Restructuring lawyers) | Blended Hourly Rate Billed in this Fee Application |
|---|---|---|---|
| **Partner** | | $676 | $1,067 |
| | Partner - Sr | $739 | $1,067 |
| | Partner - Mid | $631 | N/A |
| | Partner - Jr | $576 | N/A |
| Associate | | $453 | N/A |
| | Associate - Sr | $500 | N/A |
| | Associate - Mid | $506 | N/A |
| | Associate - Jr | $429 | N/A |
| Total (including Staff Attys, Paralegals & Project Assistants) | | $491 | $1,067 |

Case Name:             Energy Future Intermediate Holding Company LLC
Case Number:           14-10979 (CSS)
Applicant's Name:      Jenner & Block LLP
Date of Application:   June 15, 2016
Interim or Final:      Interim

2444713.3

SL1 1420238v1 109285.00005