## EXHIBIT E

### Summary of Jenner & Block LLP Hours Worked and Fees Incurred

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation[1] |
|---|---|---|---|---|---|---|
| Richard Levin | Partner | 1976 | Restructuring | $1,200 | 136.9 | $158,940.00 |
| Vincent E. Lazar | Partner | 1990 | Restructuring | $975 | 84.4 | $77,658.75 |
| Randall Mehrberg | Partner | 1980 | Restructuring | $900 | 1.5 | $1,350.00 |
| **TOTAL** | | | | | **222.8** | **$237,948.75** |

---

[1] Reflects reduction for travel time billed at 50%.