## EXHIBIT F

**Summary of Jenner & Block LLP Expenses**

| Service Description | Amount |
|---|---:|
| Travel | $1,684.60 |
| Lodging | $1,296.49 |
| Car Service | $389.57 |
| Telephone Expense | $6.46 |
| Business Meals | $172.87 |
| Other Miscellaneous Expense | $86.00 |
| **TOTAL** | **$3,635.99** |