## EXHIBIT G

**Schedule of Hours Worked and Aggregate Fees for Each Matter Category**

| Description | Total Billed Hours | Total Fees |
|---|---|---|
| Chapter 11 General and Administrative | 1.4 | $1,680.00 |
| Plan and Disclosure | 154.7 | $174,120.00 |
| Tax Issues | 13.3 | $15,892.50 |
| Employment and Fee Applications | 35.0 | $36,285.00 |
| Non-working Travel | 18.4 | $9,971.25 |
| **TOTAL** | **222.8** | **$237,948.75** |