# EXHIBIT H

## Detailed Time Records for Jenner & Block LLP

## Time Report

**ENERGY FUTURES INTERMEDIATE HOLDING / GENERAL & ADMINISTRATIVE (55152-10010)**

| Date | Name | Orig Hrs | Orig Amt | Narrative |
|---|---|---|---|---|
| 02/24/2016 | RICHARD B. LEVIN | 1.00 | 1,200.00 | EFIH Board meeting (.8); Review EFIH Board materials (.2). |
| 02/26/2016 | RICHARD B. LEVIN | 0.40 | 480.00 | Telephone conference P. Gelston re Board meeting, related Plan issues. |
| | | **1.40** | **1,680.00** | |

**ENERGY FUTURES INTERMEDIATE HOLDING / PLAN AND DISCLOSURE (55152-10034)**

| Date | Name | Orig Hrs | Orig Amt | Narrative |
|---|---|---|---|---|
| 01/07/2016 | RICHARD B. LEVIN | 0.70 | 840.00 | Telephone conference S. Serajeddini re Plan B (.2); conference call DDAs re same (.4); Follow up P. Gelston re same (.1). |
| 01/07/2016 | VINCENT E. LAZAR | 0.30 | 292.50 | Reviewed press, board invites; email with R. Levin re same. |
| 01/08/2016 | RICHARD B. LEVIN | 1.70 | 2,040.00 | Weekly Board conference call (1.0); follow-up call with C. Cremens re PNC approval issues (.5); telephone conference P. Gelston re same (.2). |
| 01/11/2016 | RICHARD B. LEVIN | 0.30 | 360.00 | Telephone conference M. Kieselstein re Plan B planning. |
| 01/12/2016 | RICHARD B. LEVIN | 0.20 | 240.00 | Emails re PUCT hearings. |
| 01/12/2016 | VINCENT E. LAZAR | 0.20 | 195.00 | Reviewed article re Oncor sale opposition; email with R. Levin re same. |
| 01/14/2016 | VINCENT E. LAZAR | 0.30 | 292.50 | Telephone conference with R. Levin re preparation of fee applications; skimmed third application. |
| 01/15/2016 | RICHARD B. LEVIN | 0.50 | 600.00 | Telephone conference P. Gelston re Plan B issues (.3); telephone conference M. Kieselstein re same (.2). |
| 01/18/2016 | VINCENT E. LAZAR | 0.30 | 292.50 | Reviewed filed Jenner and Cravath applications; email with R. Levin re same, preparation of 4th applications. |
| 01/20/2016 | RICHARD B. LEVIN | 0.80 | 960.00 | Review and revise board deck re Plan B. |

2444713.3

SL1 1420238v1 109285.00005

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 01/20/2016 | VINCENT E. LAZAR | 0.30 | 292.50 | Emails with Cravath, R. Levin, re support for fee application, skimmed same. |
| 01/21/2016 | RICHARD B. LEVIN | 0.60 | 720.00 | Telephone conference M. Kieselstein re Plan B presentation (.2); Review related board deck (.2); telephone conference C. Cremens re same (.2). |
| 01/22/2016 | RICHARD B. LEVIN | 1.00 | 1,200.00 | Board meeting re Plan B. |
| 01/25/2016 | RICHARD B. LEVIN | 0.30 | 360.00 | Telephone conferences V. Lazar, P. Gelston re Plan B. |
| 01/25/2016 | VINCENT E. LAZAR | 0.40 | 390.00 | Telephone conference with R. Levin re Plan B issues (.2); skimmed board deck re update on same (.2). |
| 01/26/2016 | VINCENT E. LAZAR | 0.20 | 195.00 | Emails re meetings with financial advisors, Plan B issues. |
| 02/04/2016 | VINCENT E. LAZAR | 0.90 | 877.50 | Attended Plan B call (.5); follow-up emails with R. Levin re result of same, follow-up NY and Dallas meetings and presentations (.2); telephone conference with M. Thomas re background, NYC meeting (.2). |
| 02/05/2016 | VINCENT E. LAZAR | 0.90 | 877.50 | Emails with Cravath personnel re fee applicable support, figures, reviewed same (.3); reviewed Cravath monthly filing (.2); reviewed docket re supplemental declarations, allowed fees, additional updates (.4). |
| 02/06/2016 | VINCENT E. LAZAR | 1.20 | 1,170.00 | Reviewed interim applications, supporting materials for Cravath application (.4); began drafting Cravath application (.8). |
| 02/09/2016 | VINCENT E. LAZAR | 4.90 | 4,777.50 | Emails with R. Gonzalez re Cravath fee data, reviewed same (.4); prepared reconciliation (1.3); drafted Cravath application (1.7); worked on Cravath cover sheet, rate exhibit, budget exhibit (1.5). |
| 02/12/2016 | RICHARD B. LEVIN | 1.60 | 1,920.00 | Conference call DDAs, Kirkland re Plan B (1.3); telephone conference P. Gelston re same (.3). |
| 02/12/2016 | VINCENT E. LAZAR | 2.30 | 2,242.50 | Attended DDA, K&E meeting re Plan B (2.0); telephone conference with R. Levin re recap and recommendations (.3). |
| 02/15/2016 | RICHARD B. LEVIN | 0.30 | 360.00 | Telephone conference V. Lazar re Plan B strategy. |
| 02/15/2016 | RICHARD B. LEVIN | 0.60 | 720.00 | Telephone conference M. Kieselstein re Plan B negotiations (.2); review Evercore presentation re same (.4). |
| 02/15/2016 | VINCENT E. LAZAR | 0.30 | 292.50 | Telephone conference with R. Levin re DD responsibilities, potential plan alternatives, related Plan B matters. |

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 02/16/2016 | RICHARD B. LEVIN | 1.30 | 1,560.00 | Emails re Plan B (.5); telephone conference D. Prager re same (.6); telephone conference P. Gelston re same (.2). |
| 02/16/2016 | VINCENT E. LAZAR | 0.20 | 195.00 | Email with R. Levin re Plan B alternatives. |
| 02/17/2016 | RICHARD B. LEVIN | 4.30 | 5,160.00 | Plan B meetings with Kirkland, T-1sts, E-2ds, P/Ks. |
| 02/17/2016 | VINCENT E. LAZAR | 0.20 | 195.00 | Emails with R. Levin re Plan B, board meetings. |
| 02/18/2016 | VINCENT E. LAZAR | 0.40 | 390.00 | Reviewed Goldin valuation materials. |
| 02/19/2016 | RICHARD B. LEVIN | 2.80 | 3,360.00 | Review Goldin value analysis (.8); meeting Goldin, P. Gelston re Plan B strategy (1.7); telephone conference V. Lazar re same (.3). |
| 02/19/2016 | VINCENT E. LAZAR | 2.10 | 2,047.50 | Strategy call with Goldin, Cravath, R. Levin re Plan B, valuation and related issues (1.7); reviewed bond holdings materials from Debtwire (.4). |
| 02/21/2016 | RICHARD B. LEVIN | 0.40 | 480.00 | Emails re Plan B Strategy. |
| 02/22/2016 | RICHARD B. LEVIN | 3.20 | 3,840.00 | Emails re Plan B strategy (.5); telephone conference P. Gelston re Plan B slides (.1); review Board presentation comments (.5); conference call C. Cremens, Goldin re Plan B strategy (1.0); conference call Kirkland DDAs re same (.7); review revised slides (.4). |
| 02/22/2016 | VINCENT E. LAZAR | 2.60 | 2,535.00 | Reviewed draft board decks (.3); reviewed MTO, Proskauer comments (.4); reviewed analysis of tax options from A. Needham (.3); attended update call with C. Cremens, Cravath, R. Levin re status of negotiations, parties' positions (.6); reviewed additional draft board deck comments (.2); attended call with DD legal advisors, K&E re comments to board deck, parties' positions and valuation issues, and follow-up re same (.8). |
| 02/23/2016 | VINCENT E. LAZAR | 1.00 | 975.00 | Attended conference call with Cravath team, R. Levin re tax implications of Plan B, potential plan structures, and reviewed board deck and materials re same. |
| 02/24/2016 | RICHARD B. LEVIN | 0.20 | 240.00 | Telephone conference A. Kornberg re T-side Plan B. |
| 02/24/2016 | VINCENT E. LAZAR | 0.20 | 195.00 | Office conference with R. Levin re results of EFIH board meeting. |
| 02/25/2016 | VINCENT E. LAZAR | 0.40 | 390.00 | Office conference with R. Levin re EFH joint board meeting, Plan B (.2); studied equity splits, Fidelity holdings materials from D. Prager, comments to same. |
| 02/26/2016 | RICHARD B. LEVIN | 0.20 | 240.00 | Emails D. Prager re Plan B strategy, valuation. |

3

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 02/26/2016 | VINCENT E. LAZAR | 1.10 | 1,072.50 | Follow-up telephone conference with Cravath team, R. Levin re potential plan structures, tax implications of same (.6); studied K&E tax deck re plan options (.5). |
| 02/29/2016 | RICHARD B. LEVIN | 0.30 | 360.00 | Telephone conference T. Mayer re Plan B issues. |
| 02/29/2016 | VINCENT E. LAZAR | 0.20 | 195.00 | Office conference with R. Levin re telephone conference with T. Mayer, potential negotiations. |
| 03/01/2016 | VINCENT E. LAZAR | 0.40 | 390.00 | Reviewed Oncor press (.2); office conference with R. Levin re potential meeting with 2nds (.2). |
| 03/02/2016 | RICHARD B. LEVIN | 0.90 | 1,080.00 | Conference call DDAs re Plan B issues (.4); telephone conference V. Lazar re same (.1); Review documents re Plan B (.4). |
| 03/02/2016 | VINCENT E. LAZAR | 0.70 | 682.50 | Attended DDA call re negotiation update; follow-up re same. |
| 03/03/2016 | RICHARD B. LEVIN | 2.80 | 3,360.00 | Attend (video) PUCT hearing and decision on REIT Plan (2.8). |
| 03/03/2016 | VINCENT E. LAZAR | 1.50 | 1,462.50 | Monitored PUC hearing (partial). |
| 03/04/2016 | RICHARD B. LEVIN | 2.40 | 2,880.00 | Conference call C. Cremens, Cravath, Goldin re PUCT hearing (1.0); telephone conferences T. Mayer re same (1.0); telephone conference V. Lazar re same (.2); telephone conference C. Cremens re same (.2). |
| 03/04/2016 | RICHARD B. LEVIN | 0.30 | 360.00 | Telephone conference A. Needham re Plan B fax issues. |
| 03/04/2016 | VINCENT E. LAZAR | 1.20 | 1,170.00 | Attended conference call with C. Cremens, R. Levin, Cravath re review of PUC hearing results, DDA negotiating position, related issues (.9); reviewed structure options memorandum from Cravath tax (.3). |
| 03/05/2016 | VINCENT E. LAZAR | 0.30 | 292.50 | Reviewed updated Goldin financial model. |
| 03/06/2016 | RICHARD B. LEVIN | 1.60 | 1,920.00 | Telephone conference R. Mehrberg re Plan B options (.7); telephone conference S. Dore re Plan B strategy (.5); Review Goldin preliminary valuation (.4). |
| 03/07/2016 | RICHARD B. LEVIN | 1.80 | 2,160.00 | Meeting Cravath, Goldin re Plan B strategy (1.5); follow up emails (.3). |
| 03/07/2016 | VINCENT E. LAZAR | 2.10 | 2,047.50 | Telephonic meeting with Cravath team, R. Levin re PUC ruling, negotiating strategy, valuation and structure issues (1.3); reviewed Colliers, Cravath structure recommendation, re tax implication (.8). |
| 03/08/2016 | RICHARD B. LEVIN | 0.30 | 360.00 | Emails re tax free spin structures. |

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 03/08/2016 | VINCENT E. LAZAR | 0.40 | 390.00 | Reviewed emails from Cravath, R. Levin, re discussions with Kramer Levin, tax issues with proposed plan (.3); emails with R. Levin re 3/10 tax meeting (.1). |
| 03/09/2016 | RICHARD B. LEVIN | 3.30 | 3,960.00 | DDA meeting re Plan B (2.8); emails re valuation and tax issues (.5). |
| 03/10/2016 | RANDALL E. MEHRBERG | 1.50 | 1,350.00 | Strategy discussion with R. Levin re case status, developments, potential plan B and plan C; explore capital structure, potential opportunities to enhance value. |
| 03/10/2016 | RICHARD B. LEVIN | 2.40 | 2,880.00 | Telephone conference R. Mehrberg re Plan B strategy and options (1.4); telephone conference B. Scheler re Plan B (.4); meeting M. Paskin re valuation analysis data sharing (.6). |
| 03/10/2016 | RICHARD B. LEVIN | 0.70 | 840.00 | Meeting P. Gelston, Goldin re Plan B alternatives (.5); telephone conference J. Sprayregen re status (.2). |
| 03/11/2016 | RICHARD B. LEVIN | 0.50 | 600.00 | Telephone conference M. Thomas re Plan B negotiations. |
| 03/14/2016 | VINCENT E. LAZAR | 0.30 | 292.50 | Telephone conference with R. Levin re results of meeting with DDAs, valuation, related matters. |
| 03/14/2016 | RICHARD B. LEVIN | 0.50 | 600.00 | Telephone conference P. Gelston re Plan B negotiations (.3); telephone conference M. Thomas re same (.2). |
| 03/17/2016 | RICHARD B. LEVIN | 0.80 | 960.00 | Conference call P. Gelston, M. Thomas re Plan B strategy, negotiations. |
| 03/17/2016 | VINCENT E. LAZAR | 0.40 | 390.00 | Attended call (partial) with M. Thomas et al re tax exposure, potential impact on plan issues. |
| 03/18/2016 | RICHARD B. LEVIN | 0.50 | 600.00 | Review PUC documents; emails re tax issues. |
| 03/18/2016 | VINCENT E. LAZAR | 0.20 | 195.00 | Reviewed email with Cravath re analysis of tax issue raised by Proskauer, impact on plan timing. |
| 03/21/2016 | RICHARD B. LEVIN | 2.50 | 3,000.00 | Attend PUCT hearing on Oncor transaction approval. |
| 03/21/2016 | VINCENT E. LAZAR | 1.80 | 1,755.00 | Reviewed PUC draft order and monitored proceeding (partial). |
| 03/23/2016 | VINCENT E. LAZAR | 0.50 | 487.50 | Monitored PUC hearing (partial) and emails re results. |
| 03/23/2016 | RICHARD B. LEVIN | 0.50 | 600.00 | Review draft Oncor order. |
| 03/24/2016 | VINCENT E. LAZAR | 1.20 | 1,170.00 | Reviewed PUCT memorandum from Anderson (.2); monitored PUC hearing (partial) (1.0). |
| 03/24/2016 | RICHARD B. LEVIN | 0.40 | 480.00 | Telephone conference with P. Gelston re PUC decision (.2); related emails (.2). |

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 03/25/2016 | VINCENT E. LAZAR | 0.20 | 195.00 | Reviewed Debtwire press reports re PUC conditions. |
| 03/25/2016 | RICHARD B. LEVIN | 0.50 | 600.00 | Telephone conference with J. Sabin re Fidelity position (.2); telephone conferences with P. Gelston, J. Sprayregen re same. |
| 03/28/2016 | VINCENT E. LAZAR | 0.20 | 195.00 | Email with R. Levin re impact of PUC ruling, related matters. |
| 03/31/2016 | VINCENT E. LAZAR | 0.20 | 195.00 | Telephone conference with R. Levin re Plan B, emails re same. |
| 03/31/2016 | RICHARD B. LEVIN | 0.70 | 840.00 | Telephone conference with S. Dore re Plan B issues, strategy (.5), telephone conference with C. Cremens re same (.2). |
| 04/01/2016 | VINCENT E. LAZAR | 0.70 | 682.50 | Attended board meeting re plan update, options. |
| 04/01/2016 | RICHARD B. LEVIN | 1.30 | 1,560.00 | Telephone conference T. Mayer re Plan B (.4); telephone conference P. Gelston re same (.2); EFH Board meeting (.7). |
| 04/04/2016 | VINCENT E. LAZAR | 0.20 | 195.00 | Skimmed docket, case update. |
| 04/06/2016 | RICHARD B. LEVIN | 2.00 | 2,400.00 | Strategy meeting with Cravath, Golden re Plan B. |
| 04/07/2016 | RICHARD B. LEVIN | 1.50 | 1,800.00 | Telephone conference C. Cremens re Plan B (.3); telephone conference S. Dore re same (.6); telephone conference V. Lazar re same (.3); telephone conference M. Kieselstein re same (.3). |
| 04/07/2016 | VINCENT E. LAZAR | 0.50 | 487.50 | Telephone conference with R. Levin re update on discussions with client, initial strategy meeting, potential negotiations with second liens (.3); follow-up re same, NYC meeting (.2). |
| 04/08/2016 | RICHARD B. LEVIN | 0.50 | 600.00 | Telephone conferences P. Gelston (.2); A. Needham (.3) re Plan B preparations. |
| 04/09/2016 | VINCENT E. LAZAR | 0.30 | 292.50 | Reviewed draft term sheet from D. Prager. |
| 04/10/2016 | RICHARD B. LEVIN | 0.60 | 720.00 | Review and revise Plan B term sheet. |
| 04/11/2016 | RICHARD B. LEVIN | 0.30 | 360.00 | Emails re Plan B term sheet (Cravath & Goldin). |
| 04/11/2016 | RICHARD B. LEVIN | 2.40 | 2,880.00 | Telephone conference S. Dore re Plan B process (.8); telephone conference V. Lazar re same (.2); Review PSA (1.0); telephone conference M. Thomas re same (.4). |

6

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 04/11/2016 | VINCENT E. LAZAR | 1.10 | 1,072.50 | Reviewed emails, structure proposals from D. Prager and analysis of same (.4); reviewed tax consideration emails, comments re same (.5); telephone conference with R. Levin re Proskauer proposal, company reaction, tax consideration (.2). |
| 04/12/2016 | RICHARD B. LEVIN | 2.20 | 2,640.00 | Telephone conference A. Kornberg re Plan B negotiations (.2); Review draft term sheet (.3); telephone conferences M. Kieselstein re same (.5); prepare plan negotiation analysis (.9); follow up emails (.3). |
| 04/12/2016 | VINCENT E. LAZAR | 0.40 | 390.00 | Reviewed term sheet and emails re tax issues, structure considerations. |
| 04/13/2016 | RICHARD B. LEVIN | 4.80 | 5,760.00 | EFIH advisers meeting re Plan B strategy, terms (3.0); follow up emails (.3); telephone conference M. Kieselstein re same (.3); Revise term sheet, talking points (1.2). |
| 04/13/2016 | RICHARD B. LEVIN | 0.60 | 720.00 | Review and revise term sheet for Plan B. |
| 04/13/2016 | VINCENT E. LAZAR | 3.50 | 3,412.50 | Attended DDA strategy session, including review of decks and recommendations. |
| 04/14/2016 | RICHARD B. LEVIN | 2.30 | 2,760.00 | Telephone conference D. Prager re Plan B term sheet (.2); telephone conference S. Dore re same (.2); related emails (.3); Prepare for client call (.2); conference call C. Cremens advisers re Plan B (1.0); follow up (.4). |
| 04/14/2016 | VINCENT E. LAZAR | 0.40 | 390.00 | Reviewed and commented on revised backstop plan term sheet, timeline. |
| 04/15/2016 | RICHARD B. LEVIN | 0.60 | 720.00 | Telephone conference M. Thomas re Plan B process. |
| 04/15/2016 | VINCENT E. LAZAR | 0.20 | 195.00 | Emails and telephone conference with R. Levin re Dallas meeting, strategy. |
| 04/15/2016 | RICHARD B. LEVIN | 0.30 | 360.00 | Telephone conference S. Dore re plan process. |
| 04/18/2016 | VINCENT E. LAZAR | 1.40 | 1,365.00 | Reviewed intercompany settlement agreement re tax claim provisions (.3); reviewed Majestic Star decision (.3); telephone conference with R. Levin re preparation for meeting with company in TX, strategy for emergence from bankruptcy (.8). |

SL1 1420238v1 109285.00005

2444713.3

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 04/18/2016 | RICHARD B. LEVIN | 1.10 | 1,320.00 | Telephone conference P. Gelston re possible plan B sale (.3); Emails T. Walper re plan B process (.3); telephone M. Kieselstein re same (.2); telephone conference J. Sprayregen (.1); P. Gelston (.2) re same. |
| 04/18/2016 | RICHARD B. LEVIN | 1.30 | 1,560.00 | Telephone conference V. Lazar re Plan B sale process (1.1); prepare for Dallas meeting with Co & K&E re same (.2). |
| 04/19/2016 | RICHARD B. LEVIN | 6.60 | 7,920.00 | Meetings in Dallas with Goldin, Cravath, Kirkland and EFH personnel re Plan B, strategy, terms, process. |
| 04/19/2016 | RICHARD B. LEVIN | 0.40 | 480.00 | Telephone conference V. Lazar re Dallas meetings. |
| 04/19/2016 | VINCENT E. LAZAR | 0.30 | 292.50 | Telephone conference with R. Levin re update on call with K&E, creditor constituents, follow-up emails re same. |
| 04/20/2016 | RICHARD B. LEVIN | 1.10 | 1,320.00 | Conference call Kirkland, DDAs re Plan B process (.3); telephone conference P. Gelston re same (.2); telephone conference V. Lazar re same (.2); telephone conference S. Dore re same (.4). |
| 04/20/2016 | RICHARD B. LEVIN | 0.90 | 1,080.00 | Conference call C. Cremens, advisers re Plan B process (.5); Flu conference call with advisers (.4). |
| 04/20/2016 | VINCENT E. LAZAR | 1.60 | 1,560.00 | Attended DDA, K&E call re Plan B process, negotiations (.5); conference call with client, Cravath, R. Levin re plan process, client update and recommendation (.5); reviewed materials from K&E re proposed structure (.3); skimmed tax consequences memorandum (.3). |
| 04/21/2016 | RICHARD B. LEVIN | 3.70 | 4,440.00 | Meeting C. Cremens re Plan B process (.4); telephone conference M. Kisselstein re same (.2); Review and revise Plan B term sheet (1.4); Further discussion with C. Cremens re process (.5); telephone conference M. Thomas re same (.9); emails re same (.3). |
| 04/21/2016 | VINCENT E. LAZAR | 0.70 | 682.50 | Reviewed emails with K&E re process proposed by K&E, emails with R. Levin re same (.3); reviewed draft term sheet, valuation (.4). |

SL1 1420238v1 109285.00005

2444713.3

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 04/22/2016 | RICHARD B. LEVIN | 6.50 | 7,800.00 | Telephone conference M. Kisselstein re Plan B process, term sheet (.4); telephone conference P. Gelston re same and re strategy (.5); conference call C. Cremens, P. Gelston re same (.8); telephone conference M. Kisselstein re same (.2); telephone conference P. Gelston re same (.2); Review draft term sheet and related documents (.4); conference call Kirkland & DDAs re same (1.4); Review financial analyses of Plan B (.5); telephone conference P. Gelston re process, strategy (.4); conference call C. Cremens, P. Gelston re same (.6); telephone call J. Sprayregen re same (.2); telephone conference S. Dore re same (.5); telephone call P. Gelston re same (.2); telephone conference M. Thomas re same (.2). |
| 04/22/2016 | VINCENT E. LAZAR | 1.80 | 1,755.00 | Conference call with DDAs re Plan B negotiations, DDA positions, follow-up re same (.7); reviewed proposed term sheet, conference call with K&E, DDA's re DDA positions on term sheet (1.1). |
| 04/23/2016 | RICHARD B. LEVIN | 1.40 | 1,680.00 | Conference call Kirkland, DDAs re Plan B term sheet (.5); follow up emails (.5); revise term sheet (.4). |
| 04/23/2016 | VINCENT E. LAZAR | 1.20 | 1,170.00 | Reviewed board communication draft equity splits, draft term sheet redlines (.5); attended conference call re term sheet negotiations, comments, and follow-up emails re same (.7). |
| 04/25/2016 | VINCENT E. LAZAR | 1.10 | 1,072.50 | Telephone conference with R. Levin re DDA call, update on negotiations (.2); participated in DDA call re term sheet comments and negotiations, timeline (.5); reviewed updated term sheet, timeline (.2); reviewed hearing agenda and email with R. Levin re EFIH position (.2). |
| 04/25/2016 | RICHARD B. LEVIN | 1.40 | 1,680.00 | Telephone conference S. Alberine re Plan B term sheet (.3); conference call Kirkland, DDAs re same and schedule (.6); telephone conference P. Gelston re same (.2); follow up (.3). |
| 04/26/2016 | RICHARD B. LEVIN | 0.70 | 840.00 | Telephone conference M. Kieselstein re Plan B discussions; telephone conferences P. Gelston and D. Prager re same (.3); emails re same (.3); telephone conference S. Alberino re Plan B term sheet (.1). |
| 04/26/2016 | VINCENT E. LAZAR | 0.80 | 780.00 | Reviewed board cover note, plan modification term sheet (.3); reviewed EVR transaction analysis, potential impacts on EFIH constituencies (.3); telephone conference with R. Levin re same, plan strategy (.2). |

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 04/27/2016 | RICHARD B. LEVIN | 4.90 | 5,880.00 | Conference call Akin, Centerview, K&E, CROS re Plan B (.8); follow up (.1); meeting C. Cremens, Cravath, Goldin re same (3.1); conference call K&E re Plan A termination issues (.7); telephone conference M. Thomas re same (.2). |
| 04/27/2016 | VINCENT E. LAZAR | 0.30 | 292.50 | Reviewed drat board deck; email with R. Levin re same (new plan). |
| 04/27/2016 | VINCENT E. LAZAR | 1.50 | 1,462.50 | Attended conference call with K&E re plan, DS process, merger agreement, open issues, preparation for hearing (.7); skimmed redline plan (.3); reviewed revised plan modification term sheet (.3); reviewed corrected equity splits (.2). |
| 04/28/2016 | RICHARD B. LEVIN | 1.70 | 2,040.00 | Meeting M. Kisselstein re Plan B term sheet, strategy (1.0); Review draft board deck (.3); telephone conference P. Gelston re plan process (.4). |
| 04/28/2016 | RICHARD B. LEVIN | 4.00 | 4,800.00 | Review revised Plan draft (2.1); Participate in court status conference re Plan A (.6); telephone conference P. Gelston re same (.1); telephone conference E. Geier re Plan draft (1.2). |
| 04/28/2016 | VINCENT E. LAZAR | 0.80 | 780.00 | Prepared for and attended telephonic hearing re Plan B implementation. |
| 04/29/2016 | RICHARD B. LEVIN | 2.20 | 2,640.00 | Telephone conference C. Cremens to prepare for Board meeting (.2); Attend Board meeting re Plan B (1.2); conference call P. Gelston, V. Lazar re same (.6); telephone conference T. Mayer re Plan B process (.2). |
| 04/29/2016 | RICHARD B. LEVIN | 0.30 | 360.00 | Telephone conference P. Gelston re 2L negotiations. |
| 04/29/2016 | VINCENT E. LAZAR | 0.70 | 682.50 | Reviewed comments, emails w/ Paul Weiss plan terms, scheduling (.2); reviewed MTO comments to plan, term sheet (.3); reviewed Proskauer comments to plan (.2). |
| 04/29/2016 | VINCENT E. LAZAR | 0.30 | 292.50 | Skimmed board materials, including term sheet and related drafts. |
| 04/30/2016 | RICHARD B. LEVIN | 1.70 | 2,040.00 | Review and revise plan draft (.5); telephone conference E. Geier re same (.4); Board meeting re Plan B (.8). |
| 04/30/2016 | VINCENT E. LAZAR | 1.10 | 1,072.50 | Reviewed draft board deck (.3); attended joint board meeting re Plan B approval, merger agreement termination, related matters (.8). |
| 04/30/2016 | VINCENT E. LAZAR | 3.70 | 3,607.50 | Reviewed draft disclosure statement (1.8); skimmed draft plan redline (.7); reviewed timeline (.3); reviewed scheduling motion (.3); skimmed comments and redlines of same, filing versions (.6). |

| Date | Name | Orig Hrs | Orig Amt | Narrative |
|---|---|---|---|---|
| 04/01/2016 | VINCENT E. LAZAR | 0.70 | 682.50 | Attended board meeting re plan update, options. |
| 04/01/2016 | RICHARD B. LEVIN | 1.30 | 1,560.00 | Telephone conference T. Mayer re Plan B (.4); telephone conference P. Gelston re same (.2); EFH Board meeting (.7). |
| | | **154.70** | **$174,120.00** | |

**ENERGY FUTURES INTERMEDIATE HOLDING / TAX ISSUES (55152-10050)**

| Date | Name | Orig Hrs | Orig Amt | Narrative |
|---|---|---|---|---|
| 02/17/2016 | RICHARD B. LEVIN | 0.80 | 960.00 | Telephone conference A. Needham re Plan B tax issues. |
| 02/19/2016 | VINCENT E. LAZAR | 0.30 | 292.50 | Telephone conference with R. Levin re potential alternatives for check-the-box issue, tax liabilities. |
| 02/23/2016 | RICHARD B. LEVIN | 1.00 | 1,200.00 | Conference call Cravath re tax structures for Plan B. |
| 02/24/2016 | RICHARD B. LEVIN | 0.40 | 480.00 | Telephone conference A. Needham re tax issues on T-side spin-off. |
| 02/26/2016 | RICHARD B. LEVIN | 0.70 | 840.00 | Conference call A. Needham, P. Gelston re Plan B tax issues. |
| 03/02/2016 | RICHARD B. LEVIN | 1.30 | 1,560.00 | Review tax memos for Plan B strategy (.6); conference call DDAs and Kirkland re REIT tax issue (.5); emails re same (.2). |
| 03/03/2016 | RICHARD B. LEVIN | 0.30 | 360.00 | Review tax strategy memo. |
| 03/04/2016 | RICHARD B. LEVIN | 0.30 | 360.00 | Review Cravath tax memo; emails re same. |
| 03/10/2016 | RICHARD B. LEVIN | 1.90 | 2,280.00 | Meeting A. Needham, P. Gelston, D. Prager re Plan B tax issues (1.9). |
| 04/10/2016 | RICHARD B. LEVIN | 1.40 | 1,680.00 | Review tax memos. |
| 04/11/2016 | RICHARD B. LEVIN | 0.50 | 600.00 | Review tax memos; emails re same. |
| 04/12/2016 | RICHARD B. LEVIN | 0.40 | 480.00 | Telephone conference A. Needham re tax issues for Plan B. |
| 04/14/2016 | RICHARD B. LEVIN | 0.30 | 360.00 | Emails re IRS ruling request, T-1sts TMA demand. |
| 04/18/2016 | RICHARD B. LEVIN | 3.10 | 3,720.00 | Memo to A. Needham re tax alternatives for Plan B including related research. |
| 04/18/2016 | RICHARD B. LEVIN | 0.60 | 720.00 | Telephone conference A. Needham re tax alternatives for plan B. |
| | | **13.30** | **$15,892.50** | |

11

**ENERGY FUTURES INTERMEDIATE HOLDING / EMPLOYMENT AND FEE APPLICATIONS (55152-10085)**

| Date | Name | Orig Hrs | Orig Amt | Narrative |
|---|---|---|---|---|
| 01/04/2016 | RICHARD B. LEVIN | 0.30 | 360.00 | Review revised Cravath fee application. |
| 01/13/2016 | RICHARD B. LEVIN | 0.30 | 360.00 | Telephone conference C. Gooch re financial advisor fees. |
| 01/14/2016 | RICHARD B. LEVIN | 0.40 | 480.00 | Begin Interim Fee Application. |
| 01/14/2016 | VINCENT E. LAZAR | 0.30 | 292.50 | Telephone conference with R. Levin re preparation of fee applications; skimmed third application. |
| 01/18/2016 | VINCENT E. LAZAR | 0.30 | 292.50 | Reviewed filed Jenner and Cravath applications; email with R. Levin re same, preparation of 4th applications. |
| 01/20/2016 | VINCENT E. LAZAR | 0.30 | 292.50 | Emails with Cravath, R. Levin, re support for fee application, skimmed same. |
| 01/25/2016 | VINCENT E. LAZAR | 0.40 | 390.00 | Reviewed draft exhibits for preparation of exhibits (.3); skimmed fee examiner letter (.1). |
| 02/05/2016 | VINCENT E. LAZAR | 0.90 | 877.50 | Emails with Cravath personnel re fee applicable support, figures, reviewed same (.3); reviewed Cravath monthly filing (.2); reviewed docket re supplemental declarations, allowed fees, additional updates (.4). |
| 02/06/2016 | VINCENT E. LAZAR | 1.20 | 1,170.00 | Reviewed interim applications, supporting materials for Cravath application (.4); began drafting Cravath application (.8). |
| 02/08/2016 | VINCENT E. LAZAR | 3.90 | 3,802.50 | Reviewed fee order, committee order, and emails with Delaware counsel re timing (.4); drafted Cravath fee application and exhibits (2.5); drafted Jenner application and exhibits (1.0). |
| 02/09/2016 | VINCENT E. LAZAR | 3.90 | 3,802.50 | Reviewed fee order, committee order, and emails with Delaware counsel re timing (.4); drafted Cravath fee application and exhibits (2.5); drafted Jenner application and exhibits (1.0). |
| 02/09/2016 | VINCENT E. LAZAR | 4.90 | 4,777.50 | Emails with R. Gonzalez re Cravath fee data, reviewed same (.4); prepared reconciliation (1.3); drafted Cravath application (1.7); worked on Cravath cover sheet, rate exhibit, budget exhibit (1.5). |

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 02/10/2016 | VINCENT E. LAZAR | 4.10 | 3,997.50 | Drafted Jenner application (1.0); prepared Jenner cover, financial exhibits and reconciliation to budget (1.8); revised Cravath exhibits and application (1.0); emails with R. Gonzalez re questions on calculation, adjustments (.3). |
| 02/11/2016 | VINCENT E. LAZAR | 3.40 | 3,315.00 | Worked on reconciling budget items, monthly payments, and corresponding exhibits, fee application text in Cravath application (1.2); worked on same for Jenner application (.7); emails and telephone conferences with S. Pripusich re calculating and preparing Exhibit E, reviewed and updated same (.8); proofed Jenner application, email re reconciling items (.7). |
| 02/12/2016 | VINCENT E. LAZAR | 1.70 | 1,657.50 | Proofed Cravath application (.8); emails with R. Gonzalez re expense adjustments, reconciling items (.3); updated application and circulated same for approval (.6). |
| 02/13/2016 | VINCENT E. LAZAR | 0.70 | 682.50 | Revised Jenner application re updated cover sheet data, exhibits, forwarded same to R. Levin (.5); email with R. Gonzalez re expense adjustment on Cravath support (.2). |
| 02/14/2016 | VINCENT E. LAZAR | 0.70 | 682.50 | Reviewed fee committee comments on Cravath application (.5); emails with r. Levin re same (.2). |
| 02/15/2016 | RICHARD B. LEVIN | 0.90 | 1,080.00 | Review and revise Jenner Interim fee application (.5); review and revise Cravath Interim fee application (.4). |
| 02/15/2016 | VINCENT E. LAZAR | 0.70 | 682.50 | Reviewed R. Levin comments, and inputted additional data for Cravath and Jenner exhibits (.5); emails re expense verifications (.2). |
| 02/16/2016 | RICHARD B. LEVIN | 1.00 | 1,200.00 | Prepare February and March budgets. |
| 02/16/2016 | VINCENT E. LAZAR | 1.90 | 1,852.50 | Analyzed discrepancy in Jenner expenses, reconciled same and proofed same for filing (1.0); proofed Cravath application, analyzed and reconciled discrepancy with December invoice (.7); telephone conference with J. Huston re filing, exhibits (.2). |
| 02/17/2016 | RICHARD B. LEVIN | 1.00 | 1,200.00 | Finalize Cravath and Jenner February and March budgets. |
| 02/26/2016 | RICHARD B. LEVIN | 0.70 | 840.00 | Correspondence with UST re Jenner Second Interim Application. |
| 03/01/2016 | RICHARD B. LEVIN | 0.80 | 960.00 | Analyze rate issues and respond to UST inquiry about Jenner hourly rates. |
| 03/23/2016 | RICHARD B. LEVIN | 0.50 | 600.00 | Review draft Oncor order. |
| 03/24/2016 | RICHARD B. LEVIN | 0.40 | 480.00 | Telephone conference with P. Gelston re PUC decision (.2); related emails (.2). |

2444713.3
SL1 1420238v1 109285.00005

| Date | Name | | | Narrative |
|---|---|---|---|---|
| 03/25/2016 | RICHARD B. LEVIN | 0.50 | 600.00 | Telephone conference with J. Sabin re Fidelity position (.2); telephone conferences with P. Gelston, J. Sprayregen re same. |
| 04/02/2016 | RICHARD B. LEVIN | 0.50 | 600.00 | Prepare supplemental declaration. |
| 04/04/2016 | RICHARD B. LEVIN | 0.20 | 240.00 | Telephone conference A. Schwartz re 2019 disclosure. |
| 04/08/2016 | RICHARD B. LEVIN | 1.70 | 2,040.00 | Revise Fifth Supplemental Declaration (.2); prepare April/May budgets (1.5). |
| 04/10/2016 | RICHARD B. LEVIN | 1.80 | 2,160.00 | Prepare April-May budget. |
| | | **35.00** | **$36,285.00** | |

**ENERGY FUTURES INTERMEDIATE HOLDING / NON-WORKING TRAVEL (55152-10093)**

| Date | Name | Orig Hrs | Orig Amt | Narrative |
|---|---|---|---|---|
| 02/11/2016 | VINCENT E. LAZAR | 3.50 | 3,412.50 | Traveled to New York for DDA, Kirkland & Ellis meeting re Plan B (non-productive time). |
| 02/12/2016 | VINCENT E. LAZAR | 3.00 | 2,925.00 | Traveled to Chicago re return from DDA, Kirkland & Ellis meeting (non-productive time). |
| 04/12/2016 | VINCENT E. LAZAR | 3.00 | 2,925.00 | Traveled to New York for EFIH DDA strategy session (non-productive). |
| 04/19/2016 | RICHARD B. LEVIN | 8.90 | 10,680.00 | Travel to Dallas for meeting with S. Dore, P. Keglevic, M. Kieselstein re Plan B (4.5); Return to New York (4.4). |
| | | **18.40** | **$19,942.50** | |