<u>**EXHIBIT I**</u>

**Detailed Expense Records for Jenner & Block LLP**

| Date | Description | Orig Qty | Orig Amt | Rev Qty | Rev Amt | Vendor/Narrative |
|------|-------------|----------|----------|---------|---------|------------------|
| 01/07/2016 | Pacer Charges | 0.00 | 0.60 | 0.00 | 0.00 | Pacer Charges 4th Qtr 10/01/2015-12/31/2015 |
| 01/07/2016 | Pacer Charges | 0.00 | 0.80 | 0.00 | 0.00 | Pacer Charges; PACER SERVICE CENTER; 01/07/2016 |
| 02/01/2016 | Witness Fee | 0.00 | 86.00 | 0.00 | 86.00 | Appearance Fee; Elan Corp Payments; 12/24/15; Docket 12/15 Stmt;Telephone appearance for R. Levin; 12/9/15 |
| 02/15/2016 | Color Copy | 0.00 | 4.75 | 19.00 | 0.00 | Color Copy |
| 02/17/2016 | Travel | 0.00 | 1,005.21 | 0.00 | 1,005.21 | Travel, VINCENT E. LAZAR, 02/11-12/2016 to New York, NY for Meeting. |
| 02/18/2016 | B&W Copy | 0.00 | 0.40 | 4.00 | 0.00 | B&W Copy |
| 02/19/2016 | Color Copy | 0.00 | 15.00 | 60.00 | 0.00 | Color Copy |
| 03/02/2016 | B&W Copy | 0.00 | 4.30 | 43.00 | 0.00 | B&W Copy |
| 03/03/2016 | B&W Copy | 0.00 | 1.20 | 12.00 | 0.00 | B&W Copy |
| 03/07/2016 | Color Copy | 0.00 | 1.25 | 5.00 | 0.00 | Color Copy |
| 04/11/2016 | Telephone Expense | 0.00 | 6.46 | 0.00 | 6.46 | Soundpath Conferencing, 03/12/2016 |
| 04/13/2016 | Business Meals | 0.00 | 117.99 | 0.00 | 117.99 | Shelley's Kitchen – Meeting – Breakfast for 10 |
| 04/19/2016 | Travel | 0.00 | 1,665.63 | 0.00 | 1,665.63 | Travel, VINCENT E. LAZAR, 04/12-17, 2016 to New York, NY for meeting. |
| 04/21/2016 | Travel | 0.00 | 699.82 | 0.00 | 699.82 | Travel, RICHARD LEVIN, 04/19/2016 to Dallas, TX for Meetings. |
| 04/28/2016 | Color Copy | 0.00 | 24.25 | 0.00 | 24.25 | Color Copy |
| 04/28/2016 | B&W Copy | 0.00 | 2.50 | 0.00 | 2.50 | B&W Copy |

$3,635.99