**EXHIBIT K**

**Comparison of Jenner & Block LLP Budgeted and Actual Fees**

**January through April 2016**

|  | Matter | 1 | 3 | 4 | 5 | 6 | 8 | 9 |  |
|---|---|---|---|---|---|---|---|---|---|
|  |  | 10010 Ch. 11 | 10034 Plan | 10042 Interco | 10050 Tax | 10069 Sale | 10085 Empl. | 10093 Travel | Total |
| **Hours** |  |  |  |  |  |  |  |  |  |
| January | Budget |  |  |  |  |  |  |  |  |
|  | Actual |  | 7.20 |  |  |  | 2.30 |  | 9.50 |
|  | Difference |  | (7.20) |  |  |  | (2.30) |  | (9.50) |
| February | Budget |  | 20.00 |  |  |  | 7.00 | 4.00 | 31.00 |
|  | Actual | 1.40 | 27.10 |  | 3.20 |  | 27.70 | 6.50 | 65.90 |
|  | Difference | (1.40) | (7.10) |  | (3.20) |  | (20.70) | (2.50) | (34.90) |
| March | Budget |  | 80.00 |  |  |  | 2.00 | 18.00 | 100.00 |
|  | Actual |  | 36.50 |  | 3.80 |  | .80 |  | 41.10 |
|  | Difference |  | 43.50 |  | (3.80) |  | 1.20 | 18.00 | 58.90 |
| April | Budget |  | 65.00 |  | 7.00 |  | 2.00 | 6.00 | 80.00 |
|  | Actual |  | 83.90 |  | 6.30 |  | 4.20 | 11.90 | 106.30 |
|  | Difference |  | (18.90) |  | .70 |  | (2.20) | (5.90) | (26.30 |
| **Total** | **Budget** |  | **165.00** |  | **7.00** |  | **11.00** | **28.00** | **211.00** |
|  | **Actual** | **1.40** | **154.70** |  | **13.30** |  | **35.00** | **18.40** | **222.80** |
|  | **Difference** | **(1.40)** | **10.30** |  | **(6.30)** |  | **(24.00)** | **9.60** | **(11.80)** |

| | Matter | 1<br>10010 Ch. 11 | 3<br>10034 Plan | 4<br>10042 Interco | 5<br>10050 Tax | 6<br>10069 Sale | 8<br>10085 Empl. | 9<br>10093 Travel | Total |
|---|---|---|---|---|---|---|---|---|---|
| **Fees** | | | | | | | | | |
| January | Budget | | | | | | | | |
| | Actual | | 8,392.50 | | | | 2,467.50 | | $10,860.00 |
| | Difference | | (8,392.50) | | | | (2,467.50) | | ($10,860.00) |
| February | Budget | | 22,200.00 | | | | 7,275.00 | 1,950.00 | $31,425.00 |
| | Actual | 1,680.00 | 29,842.50 | | 3,772.50 | | 27,817.50 | 3,168.75 | $66,281.25 |
| | Difference | (1,680.00) | (7,642.50) | | (3,772.50) | | (20,542.50) | (1,218.75) | $34,856.25 |
| March | Budget | | 80,475.00 | | 4,560.00 | | 2,400.00 | 9,450.00 | $92,325.00 |
| | Actual | | 40,740.00 | | | | 960.00 | - | $46,260.00 |
| | Difference | | 41,085.00 | | | | 1,440.00 | 9,450.00 | $47,415.00 |
| April | Budget | | 68,550.00 | | 7,950.00 | | 2,400.00 | 2,925.00 | $81,825.00 |
| | Actual | | 95,145.00 | | 7,560.00 | | 5,040.00 | 6,802.50 | $114,547.50 |
| | Difference | | (26,595.00) | | 390.00 | | (2,640.00) | (3,877.50) | ($32,722.50) |
| **Total** | **Budget** | | 171,225.00 | | 7,950.00 | | 12,075.00 | 14,325.00 | $205,575.00 |
| | **Actual** | 1,680.00 | 174,120.00 | | 12,120.00 | | 36,285.00 | 9,971.25 | $237,948.75 |
| | **Difference** | (1,680.00) | (1,545.00) | | (4,170.00) | | (24,210.00) | 4,353.75 | ($31,023.75) |

2444713.3
SL1 1420238v1 109285.00005