## Exhibit D

## Voluntary Rate Disclosures

## Voluntary Rate Disclosures

- The blended hourly rate for all Kirkland domestic timekeepers (including both professionals and paraprofessionals) who billed to non-bankruptcy matters (collectively, the "Non-Bankruptcy Matters")[1] during the Fee Period was, in the aggregate, approximately $693.67 per hour (the "Non-Bankruptcy Blended Hourly Rate").[2]

- The blended hourly rate for all Kirkland timekeepers (including both professionals and paraprofessionals) who billed to the Debtors during the Fee Period was approximately $862.43 per hour (the "Debtor Blended Hourly Rate").[3]

- A detailed comparison of these rates is as follows:

| Position at Kirkland | Debtor Blended Hourly Rate for This Fee Application | Non-Bankruptcy Blended Hourly Rate |
|---|---:|---:|
| Partners | 1,158.13 | 921.33 |
| Of Counsel | - | 684.45 |
| Associates | 703.52 | 607.57 |
| Visiting Attorney | - | 526.19 |
| Law Clerk | - | 285.53 |
| Legal Assistants | 334.49 | 284.11 |
| Case Assistants | 204.48 | 185.85 |
| Project Assistant | - | 183.04 |
| Support Staff | 335.49 | 261.30 |
| **Total** | **862.43** | **693.67** |

---

[1]   It is the nature of Kirkland's practice that certain non-bankruptcy engagements require the advice and counsel of professionals and paraprofessionals who work primarily within Kirkland's Restructuring Group. Accordingly, Non-Bankruptcy Matters consist of matters for which Kirkland domestic timekeepers represented a client in a matter other than an in-court bankruptcy proceeding. Moreover, the Non-Bankruptcy Matters include time billed by Kirkland domestic timekeepers who work primarily within Kirkland's Restructuring Group.

[2]   Kirkland calculated the blended rate for Non-Bankruptcy Matters by dividing the *total dollar amount* billed by Kirkland domestic timekeepers to the Non-Bankruptcy Matters during the Fee Period by the *total number of hours* billed by Kirkland domestic timekeepers to the Non-Bankruptcy Matters during the Fee Period.

[3]   Kirkland calculated the blended rate for timekeepers who billed to the Debtors by dividing the *total dollar amount billed* by such timekeepers during the Fee Period by the *total number of hours billed* by such timekeepers during the Fee Period.