**Exhibit E**

**Summary, by Individual Timekeeper, of Total
Fees Incurred and Hours Billed During the Fee Period**

## Summary, by Individual Timekeeper, of Total
## Fees Incurred and Hours Billed During the Fee Period

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed In this Application | Hourly Rate Billed In the First Interim Application | Fees Billed In this Application at First Interim Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| Andrew Calder, P.C. | Partner | Corporate - M&A/Private Equity | 2003 | 18,301.50 | 14.70 | N/A | 1,245.00 | 1,195.00 | 17,566.50 |
| Andrew Calder, P.C. | Partner | Corporate - M&A/Private Equity | 2003 | 16,695.00 | 12.60 | N/A | 1,325.00 | 1,195.00 | 15,057.00 |
| Barack S Echols | Partner | Litigation - General | 1999 | 3,131.00 | 3.10 | N/A | 1,010.00 | 890.00 | 2,759.00 |
| Gregory W Gallagher, P.C. | Partner | Taxation | 1997 | 367,290.00 | 277.20 | N/A | 1,325.00 | 1,195.00 | 331,254.00 |
| Chad J Husnick | Partner | Restructuring | 2004 | 146,169.00 | 134.10 | N/A | 1,090.00 | 915.00 | 122,701.50 |
| Christopher Keegan | Partner | Litigation - General | 2002 | 1,300.00 | 1.30 | N/A | 1,000.00 | 805.00 | 1,046.50 |
| Marc Kieselstein, P.C. | Partner | Restructuring | 1988 | 301,693.00 | 230.30 | N/A | 1,310.00 | 1,125.00 | 259,087.50 |
| Michelle Kilkenney | Partner | Corporate - Debt Finance | 2002 | 131,152.00 | 117.10 | N/A | 1,120.00 | 995.00 | 116,514.50 |
| Michael Kim | Partner | Corporate - Capital Markets | 2003 | 7,560.00 | 7.00 | N/A | 1,080.00 | 895.00 | 6,265.00 |
| Joshua N Korff, P.C. | Partner | Corporate - Capital Markets | 1994 | 3,710.00 | 2.80 | N/A | 1,325.00 | 1,195.00 | 3,346.00 |
| William A Levy, P.C. | Partner | Taxation | 1988 | 42,665.00 | 32.20 | N/A | 1,325.00 | 1,195.00 | 38,479.00 |
| Todd F Maynes, P.C. | Partner | Taxation | 1988 | 309,230.00 | 214.00 | N/A | 1,445.00 | 1,295.00 | 277,130.00 |
| Andrew R McGaan, P.C. | Partner | Litigation - General | 1986 | 182,007.00 | 149.80 | N/A | 1,215.00 | 1,025.00 | 153,545.00 |
| Mark McKane, P.C. | Partner | Litigation - General | 1999 | 298,097.50 | 277.30 | N/A | 1,075.00 | 925.00 | 256,502.50 |
| Dennis M Myers, P.C. | Partner | Corporate - Capital Markets | 1996 | 1,325.00 | 1.00 | N/A | 1,325.00 | 1,195.00 | 1,195.00 |
| Linda K Myers, P.C. | Partner | Corporate - Debt Finance | 1990 | 438,564.00 | 317.80 | N/A | 1,380.00 | 1,245.00 | 395,661.00 |
| Scott D Price | Partner | Executive Compensation | 1998 | 10,732.50 | 8.10 | N/A | 1,325.00 | 1,175.00 | 9,517.50 |
| Edward O Sassower, P.C. | Partner | Restructuring | 2000 | 298,418.00 | 227.80 | N/A | 1,310.00 | 1,125.00 | 256,275.00 |
| Joseph Serino, Jr., P.C. | Partner | Litigation - General | 1988 | 5,145.00 | 4.20 | N/A | 1,225.00 | 1,075.00 | 4,515.00 |
| James H M Sprayregen, P.C. | Partner | Restructuring | 1985 | 180,780.00 | 131.00 | N/A | 1,380.00 | 1,245.00 | 163,095.00 |
| Sara B Zablotney | Partner | Taxation | 2003 | 87,097.50 | 71.10 | N/A | 1,225.00 | 1,095.00 | 77,854.50 |
| Jack N Bernstein | Partner | Employee Benefits | 1995 | 14,620.00 | 13.60 | N/A | 1,075.00 | 965.00 | 13,124.00 |
| Katherine Bolanowski | Partner | Corporate - Debt Finance | 2009 | 8,742.00 | 9.30 | N/A | 940.00 | 795.00 | 7,393.50 |

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | In this Application at First Interim Application Billing Rate |
| Marin K Boney | Partner | Litigation - Antitrust/Competition | 2008 | 1,620.00 | 1.80 | N/A | 900.00 | 775.00 | 1,395.00 |
| Jeanne T Cohn-Connor | Partner | Environment - Transactional | 1985 | 65,549.00 | 64.90 | N/A | 1,010.00 | 895.00 | 58,085.50 |
| Cormac T Connor | Partner | Litigation - Gov/Reg/Internal Investgn | 2006 | 465.00 | 0.50 | N/A | 930.00 | 775.00 | 387.50 |
| Thad Davis | Partner | Taxation | 2005 | 2,194.50 | 2.10 | N/A | 1,045.00 | 925.00 | 1,942.50 |
| Michael Esser | Partner | Litigation - General | 2009 | 9,712.50 | 11.10 | N/A | 875.00 | 750.00 | 8,325.00 |
| Jonathan F Ganter | Partner | Litigation - General | 2010 | 141,390.00 | 157.10 | N/A | 900.00 | 775.00 | 121,752.50 |
| Scott J Gordon | Partner | Corporate - Asset Finance/Securitization | 1995 | 819.00 | 0.70 | N/A | 1,170.00 | 1,045.00 | 731.50 |
| Jeffrey M Gould | Partner | Litigation - General | 2008 | 6,589.50 | 6.90 | N/A | 955.00 | 795.00 | 5,485.50 |
| Warren Haskel | Partner | Litigation - General | 2009 | 298,800.00 | 332.00 | N/A | 900.00 | 775.00 | 257,300.00 |
| Erik Hepler | Partner | Corporate - Debt Finance | 1990 | 2,688.00 | 2.40 | N/A | 1,120.00 | 995.00 | 2,388.00 |
| Richard U S Howell | Partner | Litigation - General | 2006 | 21,678.50 | 22.70 | N/A | 955.00 | 795.00 | 18,046.50 |
| Ellen M Jakovic | Partner | Litigation - Antitrust/Competition | 1985 | 86,350.00 | 78.50 | N/A | 1,100.00 | 975.00 | 76,537.50 |
| Amber J Meek | Partner | Corporate - M&A/Private Equity | 2009 | 67,063.00 | 67.40 | N/A | 995.00 | 775.00 | 52,235.00 |
| Roberto S Miceli | Partner | Real Estate | 2000 | 995.00 | 1.00 | N/A | 995.00 | 885.00 | 885.00 |
| JoAnne Nagjee | Partner | Taxation | 2009 | 19,055.00 | 18.50 | N/A | 1,030.00 | 895.00 | 16,557.50 |
| Michael A Petrino | Partner | Litigation - General | 2008 | 105,840.00 | 117.60 | N/A | 900.00 | 775.00 | 91,140.00 |
| John Pitts | Partner | Corporate - M&A/Private Equity | 2010 | 29,651.00 | 29.80 | N/A | 995.00 | 840.00 | 25,032.00 |
| Brenton A Rogers | Partner | Litigation - General | 2007 | 35,814.00 | 38.10 | N/A | 940.00 | 825.00 | 31,432.50 |
| Joshua Samis | Partner | Corporate - Debt Finance | 2007 | 205,069.50 | 206.10 | N/A | 995.00 | 840.00 | 173,124.00 |
| Brian E Schartz | Partner | Restructuring | 2008 | 2,885.50 | 2.90 | N/A | 995.00 | 840.00 | 2,436.00 |
| Steven Serajeddini | Partner | Restructuring | 2010 | 45,214.00 | 48.10 | N/A | 940.00 | 795.00 | 38,239.50 |
| Bryan M Stephany | Partner | Litigation - General | 2007 | 35,526.00 | 37.20 | N/A | 955.00 | 795.00 | 29,574.00 |
| Wayne E Williams | Partner | Corporate - Capital Markets | 2006 | 2,754.00 | 2.70 | N/A | 1,020.00 | 875.00 | 2,362.50 |
| Josh Altman | Associate | Restructuring | 2015 | 2,178.00 | 3.60 | N/A | 605.00 | 285.00 | 1,026.00 |
| James Barolo | Associate | Litigation - General | 2014 | 11,290.50 | 19.30 | N/A | 585.00 | 450.00 | 8,685.00 |

RLF1 14652804v.1

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | In this Application at First Interim Application Billing Rate |
| Andrew Barton | Associate | Executive Compensation | 2010 | 282.00 | 0.30 | N/A | 940.00 | 795.00 | 238.50 |
| Rebecca Blake Chaikin | Associate | Restructuring | 2015 | 182,105.00 | 301.00 | N/A | 605.00 | 450.00 | 135,450.00 |
| Kevin Chang | Associate | Litigation - General | 2014 | 1,462.50 | 2.50 | N/A | 585.00 | 450.00 | 1,125.00 |
| Ryan Copeland | Associate | Corporate - Debt Finance | 2012 | 113,460.00 | 146.40 | N/A | 775.00 | 625.00 | 91,500.00 |
| Alexander Davis | Associate | Litigation - General | 2012 | 21,291.00 | 28.20 | N/A | 755.00 | 595.00 | 16,779.00 |
| Jarrel O DeLottinville | Associate | Corporate - Capital Markets | 2012 | 775.00 | 1.00 | N/A | 775.00 | 625.00 | 625.00 |
| Thomas Dobleman | Associate | Corporate - Debt Finance | 2011 | 27,297.50 | 30.50 | N/A | 895.00 | 755.00 | 23,027.50 |
| Emily Geier | Associate | Restructuring | 2012 | 118,891.50 | 140.70 | N/A | 845.00 | 685.00 | 96,379.50 |
| Jason Gott | Associate | Restructuring | 2012 | 542.50 | 0.70 | N/A | 775.00 | 625.00 | 437.50 |
| Shayne Henry | Associate | Litigation - General | 2014 | 10,647.00 | 18.20 | N/A | 585.00 | 585.00 | 10,647.00 |
| Natasha Hwangpo | Associate | Restructuring | 2014 | 269,590.50 | 387.90 | N/A | 695.00 | 535.00 | 207,526.50 |
| Cyril V Jones | Associate | Corporate - M&A/Private Equity | 2011 | 26,955.50 | 31.90 | N/A | 845.00 | 845.00 | 26,955.50 |
| Lina Kaisey | Associate | Restructuring | 2015 | 52,756.00 | 87.20 | N/A | 605.00 | 450.00 | 39,240.00 |
| Austin Klar | Associate | Litigation - General | 2013 | 68,917.50 | 102.10 | N/A | 675.00 | 520.00 | 53,092.00 |
| Jeffery Lula | Associate | Litigation - General | 2010 | 2,197.00 | 2.60 | N/A | 845.00 | 710.00 | 1,846.00 |
| Mark D Menzies | Associate | Litigation - General | 2014 | 4,050.00 | 6.00 | N/A | 675.00 | 675.00 | 4,050.00 |
| Marsha Mogilevich | Associate | Corporate - Capital Markets | 2012 | 507.00 | 0.60 | N/A | 845.00 | 685.00 | 411.00 |
| Kristen Molloy | Associate | Corporate - General | 2015 | 23,154.00 | 45.40 | N/A | 510.00 | 285.00 | 12,939.00 |
| David Moore | Associate | Corporate - General | 2015 | 459.00 | 0.90 | N/A | 510.00 | 510.00 | 459.00 |
| Veronica Nunn | Associate | Corporate - M&A/Private Equity | 2010 | 103,193.50 | 115.30 | N/A | 895.00 | 685.00 | 78,980.50 |
| Carleigh T Rodriguez | Associate | Environment - Transactional | 2013 | 2,641.00 | 3.80 | N/A | 695.00 | 535.00 | 2,033.00 |
| Daniel Rudewicz | Associate | Restructuring | 2016 | 23,664.00 | 46.40 | N/A | 510.00 | 285.00 | 13,224.00 |
| Anthony Sexton | Associate | Taxation | 2011 | 238,875.50 | 266.90 | N/A | 895.00 | 685.00 | 182,826.50 |
| Daniel Sito | Associate | Taxation | 2015 | 4,987.50 | 9.50 | N/A | 525.00 | 475.00 | 4,512.50 |
| Justin Sowa | Associate | Litigation - General | 2013 | 447,337.50 | 592.50 | N/A | 755.00 | 595.00 | 352,537.50 |
| Adam Stern | Associate | Litigation - General | 2013 | 17,893.50 | 23.70 | N/A | 755.00 | 595.00 | 14,101.50 |

RLF1 14652804v.1

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | In this Application | In the First Interim Application | In this Application at First Interim Application Billing Rate |
| Anna Terteryan | Associate | Litigation - General | 2014 | 324,792.00 | 555.20 | N/A | 585.00 | 450.00 | 249,840.00 |
| McClain Thompson | Associate | Restructuring | 2014 | 118,217.00 | 195.40 | N/A | 605.00 | 605.00 | 118,217.00 |
| Holly R Trogdon | Associate | Litigation - General | 2014 | 8,131.50 | 13.90 | N/A | 585.00 | 450.00 | 6,255.00 |
| Bryan Uelk | Associate | Restructuring | 2014 | 4,743.00 | 9.30 | N/A | 510.00 | 510.00 | 4,743.00 |
| Andrew D Walker | Associate | Corporate - General | 2014 | 23,232.00 | 38.40 | N/A | 605.00 | 605.00 | 23,232.00 |
| Spencer A Winters | Associate | Restructuring | 2013 | 70,264.50 | 101.10 | N/A | 695.00 | 535.00 | 54,088.50 |
| Aparna Yenamandra | Associate | Restructuring | 2013 | 160,502.50 | 207.10 | N/A | 775.00 | 625.00 | 129,437.50 |

RLF1 14652804v.1

| Paraprofessional Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | In this Application at First Interim Application Billing Rate |
| Elizabeth Burns | Legal Assistant | Corporate - General | N/A | 360.00 | 1.00 | N/A | 360.00 | 325.00 | 325.00 |
| Michael S Fellner | Legal Assistant | Litigation - General | N/A | 7,028.00 | 25.10 | N/A | 280.00 | 250.00 | 6,275.00 |
| Beth Friedman | Legal Assistant | Restructuring | N/A | 3,560.00 | 8.90 | N/A | 400.00 | 355.00 | 3,159.50 |
| Jacob Goldfinger | Legal Assistant | Restructuring | N/A | 21,158.00 | 59.60 | N/A | 355.00 | 320.00 | 19,072.00 |
| Shavone Green | Legal Assistant | Restructuring | N/A | 147.50 | 0.50 | N/A | 295.00 | 265.00 | 132.50 |
| Paul M Jones | Legal Assistant | Litigation - General | N/A | 1,587.00 | 4.60 | N/A | 345.00 | 345.00 | 1,587.00 |
| Gabriel King | Legal Assistant | Litigation - General | N/A | 364.00 | 1.30 | N/A | 280.00 | 195.00 | 253.50 |
| Travis J Langenkamp | Legal Assistant | Litigation - General | N/A | 1,628.00 | 4.40 | N/A | 370.00 | 330.00 | 1,452.00 |
| Maureen McCarthy | Legal Assistant | Restructuring | N/A | 296.00 | 0.80 | N/A | 370.00 | 330.00 | 264.00 |
| Bella More | Legal Assistant | Litigation - General | N/A | 23,066.00 | 60.70 | N/A | 380.00 | 340.00 | 20,638.00 |
| Carrie Oppenheim | Legal Assistant | Restructuring | N/A | 162.50 | 0.50 | N/A | 325.00 | 290.00 | 145.00 |
| Robert Orren | Legal Assistant | Restructuring | N/A | 59,052.50 | 181.70 | N/A | 325.00 | 290.00 | 52,693.00 |
| Nancy J Pittman | Legal Assistant | Litigation - General | N/A | 4,690.00 | 14.00 | N/A | 335.00 | 300.00 | 4,200.00 |
| Meghan Rishel | Legal Assistant | Litigation - General | N/A | 8,456.00 | 30.20 | N/A | 280.00 | 250.00 | 7,550.00 |
| Stephanie Ding | Case Assistant | Litigation - General | N/A | 814.00 | 3.70 | N/A | 220.00 | 195.00 | 721.50 |
| Jason Douangsanith | Case Assistant | Litigation - General | N/A | 13,243.00 | 64.60 | N/A | 205.00 | 195.00 | 12,597.00 |
| Abdulyekinni A Fasinro | Case Assistant | Restructuring | N/A | 4,060.00 | 20.30 | N/A | 200.00 | 200.00 | 4,060.00 |
| Library Factual Research | Support Staff | Admin Services | N/A | 724.50 | 2.30 | N/A | 315.00 | 280.00 | 644.00 |
| Library Document Retrieval | Support Staff | Admin Services | N/A | 70.50 | 0.30 | N/A | 235.00 | 210.00 | 63.00 |
| Olivia Altmayer | Support Staff | Litigation - Antitrust/Competition | N/A | 17,787.00 | 72.60 | N/A | 245.00 | 220.00 | 15,972.00 |

| Paraprofessional Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | In this Application | In the First Interim Application | In this Application at First Interim Application Billing Rate |
| Libby A Cooper | Support Staff | Admin Services | N/A | 440.00 | 2.00 | N/A | 220.00 | 195.00 | 390.00 |
| Jenny C DeLeon | Support Staff | Admin Services | N/A | 75.00 | 0.30 | N/A | 250.00 | 225.00 | 67.50 |
| Leah Lancaster | Support Staff | Admin Services | N/A | 480.00 | 2.40 | N/A | 200.00 | 200.00 | 480.00 |
| Audrey Schlicht | Support Staff | Admin Services | N/A | 120.00 | 0.30 | N/A | 400.00 | 400.00 | 120.00 |
| Kurt J Wunderlich | Support Staff | Litigation - Antitrust/Competition | N/A | 22,344.00 | 39.90 | N/A | 560.00 | 500.00 | 19,950.00 |
| Mark Cuevas | Support Staff | Litigation - General | N/A | 8,417.50 | 25.90 | N/A | 325.00 | 290.00 | 7,511.00 |
| Song Lin | Support Staff | Litigation - General | N/A | 325.00 | 1.00 | N/A | 325.00 | 325.00 | 325.00 |
| Colleen C Caamano | Support Staff | Litigation - General | N/A | 747.50 | 2.30 | N/A | 325.00 | 290.00 | 667.00 |
| Chad M Papenfuss | Support Staff | Litigation - General | N/A | 81,906.00 | 248.20 | N/A | 330.00 | 295.00 | 73,219.00 |

RLF1 14652804v.1