## Exhibit F

**Summary, by Expense Type, of Actual and
Necessary Expenses Incurred During the Fee Period**

RLF1 14652804v.1

## Summary, by Expense Type, of Actual and
## Necessary Expenses Incurred During the Fee Period

| Expense | Vendor (if any)[1] | Unit Cost (if applicable) | Amount |
|---|---|---|---|
| Third Party Telephone Charges | Intercall | | $5,009.56 |
| Standard Copies or Prints | Internal (Kirkland & Ellis LLP) | $0.10 per page | $5,643.40 |
| Binding | Internal (Kirkland & Ellis LLP) | | $0.00 |
| Tabs/Indexes/Dividers | | | $0.00 |
| Color Copies or Prints | Internal (Kirkland & Ellis LLP) | | $4,968.60 |
| Laege Format Copy/Print | | | $22.00 |
| Scanned Images | | | $0.00 |
| Production Blowbacks | Internal (Kirkland & Ellis LLP) | $0.10 per page | $5,085.60 |
| Closing/Mini Books | Internal (Kirkland & Ellis LLP) | $0.10 per page | $12.00 |
| 4" Binders | | | $0.00 |
| 5" Binders | | | $0.00 |
| Flash Drives | | | $0.00 |
| Postage | Federal Express | | $1.41 |
| Overnight Delivery | | | $1,654.97 |
| Overnight Delivery - Refund | | | -$61.14 |
| Outside Messenger Services | | | $244.66 |
| Local Transportation | | | $917.81 |
| Travel Expense | | | $11,401.31 |
| Airfare | | | $26,311.42 |
| Transportation to/from airport | | | $4,586.25 |
| Travel Meals | | | $1,710.02 |
| Car Rental | | | $80.00 |
| Other Travel Expenses | | | $1,240.83 |
| Court Reporter Fee/Deposition | | | $24,772.58 |
| Other Court Costs and Fees | | | $624.25 |
| Professional Fees | | | $6,565.25 |
| Other Trial Exhibits | | | $10,736.50 |
| Outside Paralegal Assistance | | | $360.93 |
| Outside Video Services | | | $271,789.50 |
| Outside Printing Services | | | $3,085.00 |
| Outside Copy/Binding Services | | | $1,885.95 |
| Working Meals/K&E Only | | | $247.20 |
| Working Meals/K&E and Others | | | $80.00 |
| Catering Expenses | | | $3,926.00 |
| Outside Retrieval Service | | | $2,067.80 |
| Inter-Library Loan | | | $12,012.79 |
| Westlaw Research | | | $10,238.50 |
| LexisNexis Research | | | $140.47 |
| Overtime Transportation | | | $1,879.77 |
| Overtime Meals - Non-Attorney | Seamless North America Inc. | | $80.00 |
| Overtime Meals - Attorney | Seamless North America Inc. | | $1,859.65 |
| Secretarial Overtime | | | $0.00 |
| Document Services Overtime | | | $0.00 |
| Rental Expenses | | | $0.00 |

---

[1] Kirkland may use one or more service providers. The service providers identified herein are the primary service providers for the categories described.

| Expense | Vendor (if any)[1] | Unit Cost (if applicable) | Amount |
|---|---|---|---|
| Leased Equipment | | | $1,500.00 |
| Miscellaneous Office Expenses | | | $240.00 |
| Cash Credits | | | -$214.20 |
| **Total** | | | **$422,706.64** |