5

# Exhibit H

## Budget and Staffing Plan

RLF1 14652804v.1

## Budget and Staffing Plan for the Fee Period

**Budget**

| Matter Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted |
|---|---|---|---|
| Applicable to All Debtors | | | |
| 3 | [ALL] Automatic Stay | 20 - 40 | $12,000 - $20,000 |
| 6 | [ALL] Case Administration | 180 - 220 | $105,000 - $125,000 |
| 7 | [ALL] Cash Management | 20 - 40 | $12,000 - $20,000 |
| 8 | [ALL] Claims Administration and Objections | 710 - 795 | $480,000.00 - $540,000 |
| 9 | [ALL] Contested Matters and Adversary Proceedings | 10,805 - 12,500 | $7,100,000.00 - $7,955,000 |
| 10 | [ALL] Corporate Governance and Securities Issues | 1,730 - 1,960 | $1,505,000 - $1,690,000 |
| 11 | [ALL] Exec. Contracts & Unexpired Leases | 105 - 105 | $59,000 - $80,000 |
| 12 | [ALL] Hearings | 240 - 275 | $177,500 - $205,000 |
| 14 | [ALL] Kirkland Retention and Fee Applications | 705 - 790 | $420,000 - $465,000 |
| 17 | [ALL] Non-Kirkland Retentions and Fee Applications | 65 - 85 | $42,000 - $60,000 |
| 18 | [ALL] Non-Working Travel | 620 - 680 | $400,000 - $440,000 |
| 19 | [ALL] Official Committee Issues and Meetings | 20 - 40 | $21,000 - $32,000 |
| 21 | [ALL] Plan and Disclosure Statement | 8,115 - 9,500 | $8,875,000 - $9,940,000 |
| 26 | [ALL] Retiree and Employee Issues/OPEB | 740 - 820 | $440,000 - $620,000 |
| 29 | [ALL] Tax Issues | 1,590 - 1,920 | $1,960,000 - $2,190,000 |
| 30 | [ALL] U.S. Trustee Issues | 20 - 40 | $16,000 - $40,000 |
| 32 | [ALL] Valuation | 200 - 220 | $180,000.00 - $200,000 |
| 113 | [ALL] Enforcement of TTI Rights | 120 - 80 | $100,000 - $160,000 |
| 114 | [ALL] Drag Along Rights | 120 - 80 | $100,000 - $160,000 |
| Applicable to TCEH Debtors | | | |
| 34 | [TCEH] Asset Disposition | 20 - 45 | $16,000 - $40,000 |
| 37 | [TCEH] Business Operations | 40 - 60 | $32,500 - $45,000 |
| 38 | [TCEH] Cash Collateral and DIP Financing | 40 - 60 | $42,000 - $60,000 |
| 39 | [TCEH] Claims Administration and Objections | 225 - 250 | $148,000 - $170,000 |
| 40 | [TCEH] Contested Matters and Adversary Proceedings | 335 - 375 | $301,000 - $335,000 |
| 41 | [TCEH] Corporate Governance and Securities Law Issues | 20 - 40 | $12,000 - $20,000 |
| 42 | [TCEH] Environmental Issues | 45 - 65 | $42,000 - $65,000 |
| 46 | [TCEH] Non-Debtor Affiliates | 20 - 40 | $12,0000 - $20,000 |
| 48 | [TCEH] Non-Working Travel | 35 - 60 | $20,000 - $31,000 |
| 49 | [TCEH] Official Committee Issues and Meetings | 40 - 60 | $12,000 - $20,000 |
| 51 | [TCEH] Plan/Disclosure Statement | 60 - 80 | $42,000 - $60,000 |

RLF1 14652804v.1

| Matter Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted |
|---|---|---|---|
| 57 | [TCEH] Trading and Hedging Contracts | 100 - 120 | $59,000 - $80,000 |
| 62 | [TCEH] Vendor and Other Creditor Issues | 135 - 155 | $85,000 - $120,000 |
| 108 | [TCEH] Exec. Contracts & Unexpired Leases | 1,695 - 2,090 | $960,000 - $1,080,000 |
| 115 | [TCEH] Exit Financing | 120 - 80 | $100,000 - $160,000 |
| Applicable to EFIH Debtors | | | |
| 66 | [EFIH] Cash Collateral/DIP Financing/Make-whole Issues | 105 - 125 | $134,000 - $150,000 |
| 68 | [EFIH] Contested Matters and Adversary Proceedings | 1,470 - 1,675 | $1,340,000 - $1,505,000 |
| 70 | [EFIH] Hearings | 480 - 540 | $310,000 - $440,000 |
| 73 | [EFIH] Non-Working Travel | 40 - 60 | $40,000 - $60,000 |
| 74 | [EFIH] Official Committee Issues and Meetings | 40 - 60 | $12,000 - $20,000 |
| Applicable to EFH Corp. Debtors | | | |
| 87 | [EFH] Corporate Governance and Securities Law Issues | 60 - 80 | $45,000 - $80,000 |
| 89 | [EFH] EFH Properties | 120 - 440 | $85,000 - $120,000 |
| 92 | [EFH] Non-Core Subsidiaries / Discontinued Operations | 20 - 40 | $17,000 - $28,000 |
| 96 | [EFH] Official Committee Issues and Meetings | 40 - 60 | $12,000 - $20,000 |
| **Total** | | **31,430 - 36,900** | **$25,883,000 - $29,671,000** |

**Staffing Plan**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter Categories During the Budget Period | Average Hourly Rate[1] |
|---|---|---|
| Partner | 27 | $1,102 |
| Associate | 20 | $706 |
| Legal Assistant | 6 | $327 |
| Case Assistant | 2 | $209 |
| Project Assistants (and other support staff) | 5 | $322 |
| **Total Attorney** | **47** | **$935** |
| **Total Non-Attorney** | **13** | **$314** |
| **Total** | **60** | **$796** |

---

[1] The "Average Hourly Rate" is a weighted average based on the individual hourly rate of, and projected number of hours worked by, each timekeeper over the course of the chapter 11 cases.