# Exhibit I

**Summary, by Matter Category, of Fees
Budgeted and Fees Incurred During the Fee Period**

RLF1 14652804v.1

## Summary of Legal Services Rendered

| Matter Number | Project Category Description | Hours | | Total Compensation | |
|---|---|---|---|---|---|
| | | Budgeted | Billed | Budgeted | Billed |
| 0003 | [ALL] Automatic Stay | 20 - 40 | 0 | $12,000 - $20,000 | $0.00 |
| 0005 | [ALL] Business Operations | 0 | 0.30 | $0.00 | $248.50 |
| 0006 | [ALL] Case Administration | 180 - 220 | 82.70 | $105,000 - $125,000 | $41,739.00 |
| 0007 | [ALL] Cash Management | 20 - 40 | 2.30 | $12,000 - $20,000 | $1,598.50 |
| 0008 | [ALL] Claims Administration & Objections | 710 - 795 | 810.10 | $480,000.00 - $540,000 | $529,626.50 |
| 0009 | [ALL] Contested Matters & Adv. Proceed. | 10,805 - 12,500 | 298.60 | $7,100,000.00 - $7,955,000 | $192,957.00 |
| 0010 | [ALL] Corp. Governance and Sec. Issues | 1,730 - 1,960 | 560.30 | $1,505,000 - $1,690,000 | $463,549.50 |
| 0011 | [ALL] Exec. Contracts & Unexpired Leases | 105 - 105 | 60.50 | $59,000 - $80,000 | $33,848.00 |
| 0012 | [ALL] Hearings | 240 - 275 | 33.00 | $177,500 - $205,000 | $27,255.500 |
| 0014 | [ALL] Kirkland Retention and Fee Applications | 705 - 790 | 295.00 | $420,000 - $465,000 | $171,856.00 |
| 0015 | [ALL] Mediation | 0 | 0.50 | $0.00 | $140.00 |
| 0017 | [ALL] Non-Kirkland Retentions & Fee Apps | 65 - 85 | 68.70 | $42,000 - $60,000 | $44,874.50 |
| 0018 | [ALL] Non-Working Travel | 620 - 680 | 78.90 | $400,000 - $440,000 | $82,236.00 |
| 0019 | [ALL] Official Committee Issues & Meet. | 20 - 40 | 0 | $21,000 - $32,000 | $0.00 |
| 0021 | [ALL] Plan and Disclosure Statements | 8,115 - 9,500 | 1,404.80 | $8,875,000 - $9,940,000 | $1,572,787.50 |
| 0026 | [ALL] Retiree and Employee Issues/OPEB | 740 - 820 | 320.60 | $440,000 - $620,000 | $258,643.00 |
| 0029 | [ALL] Tax Issues | 1,590 - 1,920 | 734.00 | $1,960,000 - $2,190,000 | $871,860.00 |
| 0030 | [ALL] U.S. Trustee Issues | 20 - 40 | 2.30 | $16,000 - $40,000 | $2,420.50 |
| 0032 | [ALL] Valuation | 200 - 220 | 0 | $180,000.00 - $200,000 | $0.00 |
| 0033 | [ALL] Vendor and Other Creditor Issues | 0 | 45.40 | $0.00 | $27,467.00 |
| 0034 | [TCEH] Asset Dispositions and Purchases | 20 - 45 | 152.10 | $16,000 - $40,000 | $112,955.00 |
| 0037 | [TCEH] Business Operations | 40 - 60 | 2.20 | $32,500 - $45,000 | $1,980.00 |
| 0038 | [TCEH] Cash Collateral | 40 - 60 | 63.20 | $42,000 - | $57,254.50 |

| Matter Number | Project Category Description | Hours | | Total Compensation | |
|---|---|---|---|---|---|
| | | Budgeted | Billed | Budgeted | Billed |
| | and DIP Financing | | | $60,000 | |
| 0039 | [TCEH] Claims Administration & Objection | 225 - 250 | 138.70 | $148,000 - $170,000 | $66,537.50 |
| 0040 | [TCEH] Contested Matters & Advers. Proc. | 335 - 375 | 0 | $301,000 - $335,000 | $0.00 |
| 0041 | [TCEH] Corporate Governance and Securities Law Issues | 20 - 40 | 0 | $12,000 - $20,000 | $0.00 |
| 0042 | [TCEH] Environmental Issues | 45 - 65 | 56.20 | $42,000 - $65,000 | $54,336.00 |
| 0046 | [TCEH] Non-Debtor Affiliates | 20 - 40 | 0 | $12,0000 - $20,000 | $0.00 |
| 0048 | [TCEH] Non-Working Travel | 35 - 60 | 0 | $20,000 - $31,000 | $0.00 |
| 0049 | [TCEH] Official Committee Issues & Meet. | 40 - 60 | 0 | $12,000 - $20,000 | $0.00 |
| 0051 | [TCEH] Plan/Disclosure Statement | 60 - 80 | 0 | $42,000 - $60,000 | $0.00 |
| 0057 | [TCEH] Trading and Hedging Contracts | 100 - 120 | 8.30 | $59,000 - $80,000 | $7,019.00 |
| 0062 | [TCEH] Vendor and Other Creditor Issues | 135 - 155 | 0 | $85,000 - $120,000 | $0.00 |
| 0066 | [EFIH] Cash Collat./DIP Finan./Make-whole | 105 - 125 | 23.30 | $134,000 - $150,000 | $29,549.50 |
| 0068 | [EFIH] Contested Matters & Advers. Pro. | 1,470 - 1,675 | 312.50 | $1,340,000 - $1,505,000 | $306,332.50 |
| 0070 | [EFIH] Hearings | 480 - 540 | 6.00 | $310,000 - $440,000 | $7,290.00 |
| 0073 | [EFIH] Non-Working Travel | 40 - 60 | 0 | $40,000 - $60,000 | $0.00 |
| 0074 | [EFIH] Official Committee Issues and Meetings | 40 - 60 | 0 | $12,000 - $20,000 | $0.00 |
| 0082 | [EFH] Asset Dispositions and Purchases | 0 | 22.80 | $0.00 | $14,622.00 |
| 0087 | [EFH] Corp. Governance and Sec. Issues | 60 - 80 | 0 | $45,000 - $80,000 | $0.00 |
| 0089 | [EFH] EFH Properties | 120 - 440 | 3.40 | $85,000 - $120,000 | $3,434.00 |
| 0092 | [EFH] Non-Core Subs/Discontinued Op. | 20 - 40 | 0 | $17,000 - $28,000 | $0.00 |
| 0096 | [EFH] Official Committee Issues & Meet. | 40 - 60 | 0 | $12,000 - $20,000 | $0.00 |
| 0108 | [TCEH] Exec. Contracts & Unexpired Lease | 1,695 - 2,090 | 6.40 | $960,000 - $1,080,000 | $4,397.00 |
| 0113 | [ALL] Enforcement of TTI | 120 - 80 | 1,661.40 | $100,000 - | $1,143,197.50 |

2

| Matter Number | Project Category Description | Hours | | Total Compensation | |
|---|---|---|---|---|---|
| | | Budgeted | Billed | Budgeted | Billed |
| | Rights | | | $160,000 | |
| 0114 | [ALL] Drag Along Rights | 120 - 80 | 0 | $100,000 - $160,000 | $0.00 |
| 0115 | [TCEH] Exit Financing | 120 - 80 | 667.90 | $100,000 - $160,000 | $700,530.00 |
| **Total** | | **31,430 - 36,900** | **7,922.40** | **$25,883,000 - $29,671,000** | **$6,832,541.50** |