**<u>Exhibit K</u>**

**Detailed Description of Expenses
Incurred and Disbursements Made During the Fee Period**

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY  10022

FEIN 36-1326630

March 9, 2016

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas, TX  75201


Attention:  Stacey Dore

**Invoice Number:  4815733**
**Client Matter: 14356-109**

---

**In the matter of    [ALL] Expenses**


For legal services rendered through January 31, 2016
(see attached Description of Legal Services for detail)                           $ .00


For expenses incurred through January 31, 2016
(see attached Description of Expenses for detail)                          $ 272,348.67

Total legal services rendered and expenses incurred                          $ 272,348.67

Legal Services for the Period Ending January 31, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL] Expenses

## Description of Expenses

| **Description** | **Amount** |
|---|---:|
| Third Party Telephone Charges | 1,024.41 |
| Standard Copies or Prints | 1,649.00 |
| Color Copies or Prints | 948.30 |
| Production Blowbacks | 831.70 |
| Overnight Delivery | 900.64 |
| Outside Messenger Services | 92.60 |
| Local Transportation | 184.61 |
| Travel Expense | 2,958.96 |
| Airfare | 7,459.63 |
| Transportation to/from airport | 739.75 |
| Travel Meals | 540.14 |
| Other Travel Expenses | 604.00 |
| Court Reporter Fee/Deposition | 5,142.65 |
| Filing Fees | 624.25 |
| Other Court Costs and Fees | 58.00 |
| Other Trial Expenses | 360.93 |
| Outside Paralegal Assistance | 231,531.50 |
| Outside Printing Services | 1,885.95 |
| Computer Database Research | 8,307.70 |
| Westlaw Research | 5,331.86 |
| LexisNexis Research | 140.47 |
| Overtime Transportation | 431.62 |
| Overtime Meals - Attorney | 360.00 |
| Miscellaneous Office Expenses | 240.00 |
| | |
| TOTAL EXPENSES | $ 272,348.67 |

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY  10022

FEIN 36-1326630

## Description of Expenses

### Third Party Telephone Charges

| Date | Description | Amount |
|------|-------------|-------:|
| 4/16/15 | Chad Husnick, Internet, Restructuring | 29.95 |
| 4/18/15 | Chad Husnick, Internet, Restructuring | 5.99 |
| 7/17/15 | Chad Husnick, Internet, Restructuring | 18.95 |
| 11/30/15 | INTERCALL - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Services rendered re November 2015 conference calls. | 2.90 |
| 11/30/15 | INTERCALL INC - PO BOX 281866 (TP), Teleconference, Teleconferences | 41.61 |
| 11/30/15 | INTERCALL - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Teleconference | 32.68 |
| 11/30/15 | E-INTERCALL INC - FILE 51089 (TP), Teleconference Conference calls | 20.34 |
| 11/30/15 | E-INTERCALL INC - FILE 51089 (TP), Teleconference Conference Calls | 12.59 |
| 12/18/15 | COURTCALL LLC - 6383 ARIZONA CIRCLE (NT), Teleconference, Telephonic hearing. | 58.00 |
| 12/31/15 | INTERCALL - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephone conferences | 253.51 |
| 12/31/15 | INTERCALL - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephone conferences | 183.03 |
| 12/31/15 | INTERCALL - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Teleconferencing | 225.00 |
| 12/31/15 | INTERCALL - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephone conferences | 12.72 |
| 12/31/15 | INTERCALL - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Conf calls | 37.85 |
| 12/31/15 | E-INTERCALL INC - FILE 51089 (TP), Teleconference Conference Calls | 40.62 |
| 12/31/15 | INTERCALL - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Conference calls | 46.06 |
| 12/31/15 | INTERCALL INC - PO BOX 281866 (TP), Teleconference, Conference call(s) | 2.61 |
| | **Total:** | **1,024.41** |

Beijing    Chicago    Hong Kong    Houston    London    Los Angeles    Munich    Palo Alto    San Francisco    Shanghai    Washington, D.C.

Legal Services for the Period Ending January 31, 2016
Energy Future Competitive Holdings Co.
109 - [ALL] Expenses

**Description of Expenses**

**Standard Copies or Prints**

| Date | Description | Amount |
|------|-------------|-------:|
| 1/04/16 | Standard Prints | 6.40 |
| 1/04/16 | Standard Prints | 1.20 |
| 1/04/16 | Standard Prints | 255.90 |
| 1/04/16 | Standard Prints | 4.30 |
| 1/04/16 | Standard Prints | 1.70 |
| 1/04/16 | Standard Prints | 2.30 |
| 1/04/16 | Standard Prints | 0.40 |
| 1/04/16 | Standard Prints | 6.20 |
| 1/04/16 | Standard Prints | 2.80 |
| 1/04/16 | Standard Prints | 0.70 |
| 1/04/16 | Standard Prints | 17.40 |
| 1/04/16 | Standard Prints | 0.80 |
| 1/04/16 | Standard Prints | 5.30 |
| 1/04/16 | Standard Prints | 0.10 |
| 1/04/16 | Standard Prints | 0.80 |
| 1/06/16 | Standard Prints | 0.30 |
| 1/06/16 | Standard Prints | 1.80 |
| 1/06/16 | Standard Prints | 0.10 |
| 1/06/16 | Standard Prints | 2.20 |
| 1/06/16 | Standard Prints | 5.10 |
| 1/06/16 | Standard Prints | 4.80 |
| 1/06/16 | Standard Prints | 2.40 |
| 1/06/16 | Standard Prints | 2.20 |
| 1/07/16 | Standard Prints | 0.20 |
| 1/07/16 | Standard Prints | 0.90 |
| 1/07/16 | Standard Prints | 4.20 |
| 1/07/16 | Standard Prints | 0.40 |
| 1/07/16 | Standard Prints | 2.60 |
| 1/08/16 | Standard Prints | 11.10 |
| 1/08/16 | Standard Prints | 0.60 |
| 1/08/16 | Standard Prints | 0.20 |
| 1/08/16 | Standard Prints | 2.50 |
| 1/08/16 | Standard Prints | 2.60 |
| 1/08/16 | Standard Prints | 2.90 |
| 1/08/16 | Standard Prints | 2.50 |
| 1/08/16 | Standard Prints | 36.00 |

Legal Services for the Period Ending January 31, 2016
Energy Future Competitive Holdings Co.
109 - [ALL] Expenses

| | | |
|---|---|---:|
| 1/08/16 | Standard Prints | 0.20 |
| 1/11/16 | Standard Prints | 10.40 |
| 1/11/16 | Standard Prints | 0.20 |
| 1/11/16 | Standard Prints | 24.20 |
| 1/11/16 | Standard Prints | 2.80 |
| 1/11/16 | Standard Prints | 2.90 |
| 1/11/16 | Standard Prints | 1.30 |
| 1/12/16 | Standard Prints | 0.30 |
| 1/12/16 | Standard Prints | 4.30 |
| 1/12/16 | Standard Prints | 1.00 |
| 1/12/16 | Standard Prints | 39.60 |
| 1/12/16 | Standard Prints | 19.40 |
| 1/12/16 | Standard Prints | 1.50 |
| 1/12/16 | Standard Prints | 1.20 |
| 1/12/16 | Standard Prints | 0.50 |
| 1/12/16 | Standard Prints | 0.10 |
| 1/12/16 | Standard Prints | 1.50 |
| 1/12/16 | Standard Prints | 1.20 |
| 1/12/16 | Standard Prints | 11.60 |
| 1/13/16 | Standard Prints | 0.10 |
| 1/13/16 | Standard Prints | 0.50 |
| 1/13/16 | Standard Prints | 1.40 |
| 1/13/16 | Standard Prints | 0.60 |
| 1/13/16 | Standard Prints | 4.60 |
| 1/13/16 | Standard Prints | 3.10 |
| 1/14/16 | Standard Prints | 15.90 |
| 1/14/16 | Standard Prints | 0.10 |
| 1/14/16 | Standard Prints | 0.20 |
| 1/15/16 | Standard Prints | 0.30 |
| 1/15/16 | Standard Prints | 0.40 |
| 1/15/16 | Standard Prints | 3.30 |
| 1/15/16 | Standard Prints | 0.50 |
| 1/15/16 | Standard Prints | 16.60 |
| 1/15/16 | Standard Prints | 8.70 |
| 1/19/16 | Standard Prints | 2.60 |
| 1/19/16 | Standard Prints | 0.30 |
| 1/19/16 | Standard Prints | 4.40 |
| 1/20/16 | Standard Prints | 0.40 |
| 1/21/16 | Standard Prints | 0.60 |
| 1/21/16 | Standard Prints | 8.50 |
| 1/21/16 | Standard Prints | 1.30 |
| 1/21/16 | Standard Prints | 56.00 |

Legal Services for the Period Ending January 31, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL] Expenses

| | | |
|---|---|---:|
| 1/21/16 | Standard Prints | 12.50 |
| 1/21/16 | Standard Prints | 0.20 |
| 1/22/16 | Standard Copies or Prints | 0.30 |
| 1/22/16 | Standard Prints | 0.10 |
| 1/22/16 | Standard Prints | 7.50 |
| 1/22/16 | Standard Prints | 0.40 |
| 1/22/16 | Standard Prints | 4.70 |
| 1/22/16 | Standard Prints | 0.10 |
| 1/22/16 | Standard Prints | 0.10 |
| 1/22/16 | Standard Prints | 0.30 |
| 1/25/16 | Standard Prints | 0.10 |
| 1/25/16 | Standard Prints | 2.10 |
| 1/25/16 | Standard Prints | 12.50 |
| 1/25/16 | Standard Prints | 12.60 |
| 1/25/16 | Standard Prints | 0.30 |
| 1/26/16 | Standard Copies or Prints | 30.20 |
| 1/26/16 | Standard Prints | 4.80 |
| 1/26/16 | Standard Prints | 254.10 |
| 1/26/16 | Standard Prints | 0.10 |
| 1/26/16 | Standard Prints | 0.30 |
| 1/26/16 | Standard Prints | 2.90 |
| 1/26/16 | Standard Prints | 1.70 |
| 1/27/16 | Standard Prints | 0.10 |
| 1/27/16 | Standard Prints | 3.60 |
| 1/27/16 | Standard Prints | 0.30 |
| 1/27/16 | Standard Prints | 5.40 |
| 1/27/16 | Standard Prints | 2.50 |
| 1/27/16 | Standard Prints | 2.00 |
| 1/27/16 | Standard Prints | 36.90 |
| 1/28/16 | Standard Prints | 2.00 |
| 1/28/16 | Standard Prints | 3.10 |
| 1/28/16 | Standard Prints | 0.10 |
| 1/28/16 | Standard Prints | 0.50 |
| 1/28/16 | Standard Prints | 1.60 |
| 1/28/16 | Standard Prints | 0.90 |
| 1/28/16 | Standard Prints | 509.40 |
| 1/28/16 | Standard Prints | 1.80 |
| 1/28/16 | Standard Prints | 0.20 |
| 1/28/16 | Standard Prints | 0.20 |
| 1/28/16 | Standard Prints | 11.50 |
| 1/28/16 | Standard Prints | 0.40 |
| 1/28/16 | Standard Prints | 0.10 |

Legal Services for the Period Ending January 31, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL] Expenses

| 1/28/16 | Standard Prints | 72.00 |
|---------|-----------------|-------|
| | **Total:** | **1,649.00** |

Legal Services for the Period Ending January 31, 2016
Energy Future Competitive Holdings Co.
   109 - [ALL] Expenses

## Description of Expenses

### Color Copies or Prints

| Date | Description | Amount |
|------|-------------|-------:|
| 1/04/16 | Color Prints | 1.20 |
| 1/04/16 | Color Prints | 1.20 |
| 1/04/16 | Color Prints | 0.60 |
| 1/04/16 | Color Prints | 0.60 |
| 1/04/16 | Color Prints | 758.10 |
| 1/04/16 | Color Prints | 3.30 |
| 1/06/16 | Color Prints | 3.60 |
| 1/08/16 | Color Prints | 3.30 |
| 1/08/16 | Color Prints | 0.30 |
| 1/08/16 | Color Prints | 1.50 |
| 1/11/16 | Color Prints | 0.30 |
| 1/11/16 | Color Prints | 0.30 |
| 1/12/16 | Color Prints | 12.30 |
| 1/12/16 | Color Prints | 2.40 |
| 1/12/16 | Color Prints | 1.50 |
| 1/12/16 | Color Prints | 30.60 |
| 1/12/16 | Color Prints | 2.10 |
| 1/12/16 | Color Prints | 0.60 |
| 1/13/16 | Color Prints | 0.60 |
| 1/13/16 | Color Prints | 0.90 |
| 1/13/16 | Color Prints | 0.60 |
| 1/14/16 | Color Prints | 0.30 |
| 1/14/16 | Color Prints | 0.60 |
| 1/14/16 | Color Prints | 0.30 |
| 1/14/16 | Color Prints | 0.30 |
| 1/14/16 | Color Prints | 0.30 |
| 1/14/16 | Color Prints | 3.90 |
| 1/14/16 | Color Prints | 3.60 |
| 1/14/16 | Color Prints | 0.60 |
| 1/14/16 | Color Prints | 6.90 |
| 1/14/16 | Color Prints | 1.80 |
| 1/14/16 | Color Prints | 37.80 |
| 1/15/16 | Color Prints | 6.60 |
| 1/15/16 | Color Prints | 1.50 |
| 1/15/16 | Color Prints | 1.50 |
| 1/20/16 | Color Prints | 1.50 |

Legal Services for the Period Ending January 31, 2016
Energy Future Competitive Holdings Co.
109 - [ALL] Expenses

| Date | Description | Amount |
|---|---|---|
| 1/20/16 | Color Prints | 23.40 |
| 1/21/16 | Color Prints | 3.90 |
| 1/22/16 | Color Prints | 1.20 |
| 1/22/16 | Color Prints | 0.30 |
| 1/22/16 | Color Prints | 0.30 |
| 1/25/16 | Color Prints | 0.60 |
| 1/25/16 | Color Prints | 0.30 |
| 1/25/16 | Color Prints | 1.20 |
| 1/26/16 | Color Prints | 2.40 |
| 1/26/16 | Color Prints | 11.10 |
| 1/27/16 | Color Prints | 0.30 |
| 1/27/16 | Color Prints | 1.80 |
| 1/27/16 | Color Prints | 0.90 |
| 1/27/16 | Color Prints | 0.30 |
| 1/27/16 | Color Prints | 0.30 |
| 1/27/16 | Color Prints | 0.30 |
| 1/27/16 | Color Prints | 0.30 |
| 1/27/16 | Color Prints | 3.60 |
| 1/28/16 | Color Prints | 0.90 |
| 1/28/16 | Color Prints | 0.60 |
| 1/28/16 | Color Prints | 0.60 |
| | **Total:** | **948.30** |

Legal Services for the Period Ending January 31, 2016
Energy Future Competitive Holdings Co.
   109 - [ALL] Expenses

## Description of Expenses

### Production Blowbacks

| Date | Description | Amount |
|------|-------------|-------:|
| 1/04/16 | Production Blowbacks | 113.00 |
| 1/12/16 | Production Blowbacks | 109.80 |
| 1/26/16 | Production Blowbacks | 150.20 |
| 1/26/16 | Production Blowbacks | 168.00 |
| 1/27/16 | Production Blowbacks | 75.90 |
| 1/28/16 | Production Blowbacks | 214.80 |
| | **Total:** | **831.70** |

Legal Services for the Period Ending January 31, 2016
Energy Future Competitive Holdings Co.
   109 - [ALL] Expenses

## Description of Expenses

### Overnight Delivery

| Date | Description | Amount |
|------|-------------|--------|
| 12/23/15 | FEDERAL EXPRESS CORPORATION - PO BOX 371741 FEDEX ERS (NT), Overnight Delivery, Fedex ovrnight letter going to Krista F. Hill in Toronto on 12/17/15 | 15.87 |
| 12/23/15 | FEDERAL EXPRESS CORPORATION - PO BOX 371741 FEDEX ERS (NT), Overnight Delivery, Fedex overnight letter going to Stuart Baldwin & Head GLB INFR in London on 12/17/15 | 20.65 |
| 12/23/15 | FEDERAL EXPRESS CORPORATION - PO BOX 371741 FEDEX ERS (NT), Overnight Delivery, Fedex overnight letter going to  Steven Zucchet in Toronto On on 12/17/15 | 15.87 |
| 1/06/16 | FEDEX EXPRESS - PO BOX 94515 (NT), Overnight Delivery, Shipping charges for two packages sent to Toronto, Canada and on sent to London, UK on 12/31/15. | 69.15 |
| 1/11/16 | FEDEX EXPRESS - PO BOX 94515 (NT), Overnight Delivery, Fedex overnight pak going  George Zimmerman at Skadde, Arps in NY on 12/31/15 | 18.13 |
| 1/11/16 | FEDEX EXPRESS - PO BOX 94515 (NT), Overnight Delivery, Fedex paks going to various locations on 12/31/15 | 75.94 |
| 1/12/16 | Overnight Delivery, Fed Exp to:Cecily Gooch, DALLAS,TX from:Lisa Cast | 16.88 |
| 1/14/16 | Overnight Delivery, Fed Exp to:George Zimmerman | Jason Vigna,NEW YORK,NY from:Veronica T. Nunn | 93.37 |
| 1/14/16 | Overnight Delivery, Fed Exp to:George Panagakis | Carl Tullso,CHICAGO IL from:Veronica T. Nunn | 86.99 |
| 1/14/16 | Overnight Delivery, Fed Exp to:Mike Davitt | Patricia Villare,DALLAS TX from:Veronica T. Nunn | 68.63 |
| 1/14/16 | Overnight Delivery, Fed Exp to:General Counsel, DALLAS,TX from:Veronica T. Nunn | 68.63 |
| 1/14/16 | Overnight Delivery, Fed Exp to:General Counsel, DALLAS,TX from:Veronica T. Nunn | 68.63 |
| 1/14/16 | Overnight Delivery, Fed Exp to:General Counsel, DALLAS,TX from:Veronica T. Nunn | 68.63 |
| 1/14/16 | Overnight Delivery, Fed Exp to:David Hernandez, DALLAS,TX from:Veronica T. Nunn | 68.63 |
| 1/19/16 | Overnight Delivery, Fed Exp to:Stacey Dore,DALLAS, TX from:Anna Terteryan | 25.24 |
| 1/19/16 | Overnight Delivery, Fed Exp to:Andrew M. Wright, DALLAS,TX from:Anna Terteryan | 25.24 |
| 1/19/16 | Overnight Delivery, Fed Exp to:Tony Horton,DALLAS, TX from:Anna Terteryan | 25.24 |
| 1/20/16 | FEDERAL EXPRESS CORPORATION - PO BOX 371741 FEDEX ERS (NT), Overnight Delivery, Shipping charges for three packages sent to | 68.92 |

Legal Services for the Period Ending January 31, 2016
Energy Future Competitive Holdings Co.
  109 - [ALL] Expenses

        Toronto (2) and London on 01/14/16.
        **Total:**                                                    **900.64**

Legal Services for the Period Ending January 31, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL] Expenses

## Description of Expenses

### Outside Messenger Services

| Date | Description | Amount |
|---|---|---|
| 10/31/15 | E-WASHINGTON EXPRESS LLC - 12240 INDIAN CREEK CT #100 (NT), Outside Messenger Service, Messenger service for C. Connor | 50.44 |
| 1/09/16 | COMET MESSENGER SERVICE INC, Outside Messenger Services, 300 N LA SALLE, 4732 N PAULINA, Andrew R McGaan, P.C., 1/9/2016 | 42.16 |
| | **Total:** | **92.60** |

Legal Services for the Period Ending January 31, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL] Expenses


## Description of Expenses

### Local Transportation

| Date | Description | Amount |
|------|-------------|-------:|
| 5/06/15 | Chad Husnick, Taxi, Restructuring | 8.84 |
| 6/02/15 | Chad Husnick, Taxi, Restructuring | 6.89 |
| 6/02/15 | Chad Husnick, Taxi, Restructuring | 12.09 |
| 6/11/15 | Chad Husnick, Taxi, Restructuring | 6.80 |
| 7/08/15 | Chad Husnick, Taxi, Restructuring | 17.15 |
| 7/08/15 | Chad Husnick, Taxi, Restructuring | 10.01 |
| 7/08/15 | Chad Husnick, Taxi, Restructuring | 14.15 |
| 11/24/15 | VITAL TRANSPORTATION INC, Passenger: AKAYDIN,AJ, (CLIENT) Local Transportation, Date: 11/19/2015, pickup at 601 Lexington Ave, New York, NY dropoff at The Plaza Hotel | 27.68 |
| 11/24/15 | VITAL TRANSPORTATION INC, Passenger: WRIGHT ANDREW, (client)Local Transportation, Date: 11/19/2015, pickup at 601 Lexington Ave, New York, NY dropoff at The Plaza Hotel | 28.87 |
| 12/16/15 | Jonathan Ganter, Taxi, Hearing | 15.15 |
| 12/16/15 | Jonathan Ganter, Taxi, Hearing | 12.98 |
| 12/16/15 | Jonathan Ganter, Taxi, Hearing | 12.00 |
| 12/16/15 | Jonathan Ganter, Taxi, Hearing | 12.00 |
| | **Total:** | **184.61** |

Legal Services for the Period Ending January 31, 2016
Energy Future Competitive Holdings Co.
109 - [ALL] Expenses

## Description of Expenses

**Travel Expense**

| Date | Description | Amount |
|------|-------------|--------|
| 11/13/15 | Mark McKane, Lodging, Wilmington, DE 11/10/2015 to 11/13/2015, Confirmation Hearing | 854.70 |
| 11/22/15 | Jonathan Ganter, Lodging, Wilmington, DE 11/22/2015 to 11/22/2015, Trial | 350.00 |
| 11/24/15 | Mark McKane, Lodging, Wilmington, DE 11/23/2015 to 11/25/2015, Trial | 569.80 |
| 12/02/15 | Mark McKane, Lodging, Wilmington, DE 11/30/2015 to 12/02/2015, Confirmation Hearing | 700.00 |
| 1/26/16 | Justin Sowa, Lodging, New York, New York 01/26/2016 to 01/28/2016, Depositions. | 242.23 |
| 1/27/16 | Justin Sowa, Lodging, New York, New York 01/26/2016 to 01/28/2016, Depositions. | 242.23 |
| | **Total:** | **2,958.96** |

Legal Services for the Period Ending January 31, 2016
Energy Future Competitive Holdings Co.
109 - [ALL] Expenses

## Description of Expenses

### Airfare

| Date | Description | Amount |
|------|-------------|-------:|
| 9/26/15 | Mark McKane, Agency Fee, Confirmation Hearing | 21.00 |
| 9/26/15 | Mark McKane, Airfare, Philadelphia, PA 11/10/2015 to 11/13/2015, Confirmation Hearing, Depart SFO, Arrive at Philadelphia Airport | 1,705.93 |
| 10/19/15 | Mark McKane, Airfare, San Francisco, CA 11/25/2015 to 11/25/2015, Trial, from Philadelphia airport arrive at SFO. | 872.96 |
| 10/19/15 | Mark McKane, Agency Fee, Trial | 58.00 |
| 10/21/15 | Mark McKane, Airfare, Philadelphia, PA 11/22/2015 to 11/22/2015, Trial departure SFO arrival Philadelphia Airport | 919.10 |
| 10/27/15 | Mark McKane, Airfare, Philadelphia, PA 11/22/2015 to 11/25/2015, Trial, departure Philadelphia Airport, Arrival SFO | 212.14 |
| 11/12/15 | Mark McKane, Airfare, Philadelphia, PA 11/10/2015 to 11/14/2015, Confirmation Hearing, change of flight | 8.50 |
| 11/20/15 | Mark McKane, Airfare, Philadelphia, PA 11/22/2015 to 11/22/2015, Trial | (919.10) |
| 11/20/15 | Mark McKane, Airfare, Philadelphia, PA 11/23/2015 to 11/23/2015, Trial, Departure SFO, Arrival Philadelphia Airport | 852.97 |
| 11/20/15 | Mark McKane, Agency Fee, Trial | 58.00 |
| 11/24/15 | Mark McKane, Airfare, Philadelphia, PA 12/01/2015 to 12/03/2015, Confirmation Hearing, Depart from Philadelphia Airport to SFO Airport | 1,705.93 |
| 11/24/15 | Mark McKane, Agency Fee, Confirmation Hearing | 58.00 |
| 11/25/15 | Mark McKane, Airfare, Philadelphia, PA 11/30/2015 to 12/02/2015, Confirmation Hearing | 20.00 |
| 12/15/15 | Jonathan Ganter, Rail, Wilmington, DE 12/16/2015 to 12/16/2015, Hearing | 98.00 |
| 12/16/15 | Jonathan Ganter, Rail, Washington, DC 12/16/2015 to 12/16/2015, Hearing | 98.00 |
| 1/22/16 | Justin Sowa, Airfare, New York, New York 01/26/2016 to 01/28/2016, Depositions. From SFO Airport Arrive at JFK Airport | 1,632.20 |
| 1/22/16 | Justin Sowa, Agency Fee, Depositions. | 58.00 |
| | **Total:** | **7,459.63** |

Legal Services for the Period Ending January 31, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL] Expenses

## Description of Expenses

### Transportation to/from airport

| Date | Description | Amount |
|---|---|---|
| 11/14/15 | Mark McKane, Transportation To/From Airport, Confirmation Hearing | 63.78 |
| 11/24/15 | VITAL TRANSPORTATION INC, Passenger: GOOCH,CECILY, (client), Transportation to/from airport, Pickup at 10 Central Park Ave, New York, NY dropoff at Penn Station, Date: 11/18/2015 | 28.87 |
| 11/24/15 | VITAL TRANSPORTATION INC, Passenger: SAF,JOSHI (client), Transportation to/from airport, pickup at 601 Lexington Ave, New York, NY dropoff at LGA, Date: 11/19/2015 | 65.04 |
| 12/01/15 | VITAL TRANSPORTATION INC, Passenger: SASSOWER EDWARD, Transportation to/from airport, Pickup at Penn Station Dropoff at E 84th St, New York, NY, Date: 11/12/2015 | 34.56 |
| 12/08/15 | VITAL TRANSPORTATION INC, Passenger: CARTER MICHAEL, (client)Transportation to/from airport, Pickup at 601 Lexington Ave, New York, NY dropoff at LGA Airport, Date: 11/19/2015 | 61.20 |
| 12/08/15 | VITAL TRANSPORTATION INC, Passenger: SASSOWER EDWARD, Transportation to/from airport, pickup at 1009 Park Ave, New York, NY and Dropoff at Penn StationDate: 12/3/2015 | 35.36 |
| 12/10/15 | VITAL TRANSPORTATION INC, Passenger: SASSOWER EDWARD O, Transportation to/from airport, Pickup at 1009 Park Ave, New York, NY dropff at Penn Station, Date: 12/2/2015 | 35.75 |
| 12/15/15 | CROWN CARS & LIMOUSINES, Transportation to/from airport, 12/15/2015, ROGERS BRENTON A, pick up at 300 N LASALLE, CHICAGO, dropoff at ORD American Airlines Flt:1997, 2:45 PM | 75.00 |
| 12/15/15 | CROWN CARS & LIMOUSINES, Transportation to/from airport, 12/15/2015, GEIER EMILY, pick up at 1833 MELROSE, CHICAGO,Dropoff at ORD American Airlines Flt:783, 2:30 PM | 75.00 |
| 12/15/15 | VITAL TRANSPORTATION INC, Passenger: SASSOWER EDWARD, Transportation to/from airport, Pickup at Penn station dropoff at 1009 Park Ave, New York, NYDate: 12/2/2015 | 45.20 |
| 12/16/15 | CROWN CARS & LIMOUSINES, Transportation to/from airport, 12/16/2015, ROGERS BRENTON A, pick up at ORD American Airlines Flt:743, dropoff at 2121 FORESTVIEW RD, EVANSTON, 5:55 PM | 75.00 |
| 12/16/15 | CROWN CARS & LIMOUSINES, Transportation to/from airport, 12/16/2015, GEIER EMILY, pickup at ORD American Airlines Flt:1994, dropoff at 1833 MELROSE, CHICAGO, 3:00 PM | 75.00 |
| 1/26/16 | Justin Sowa, Transportation To/From Airport, Transportation from Airport to Hotel, pickup at JFK airport dropoff at 135 W 45th St, Depositions. | 69.99 |
| | **Total:** | **739.75** |

Legal Services for the Period Ending January 31, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL] Expenses

## Description of Expenses

### Travel Meals

| Date | Description | Amount |
|------|-------------|-------:|
| 4/17/15 | Chad Husnick, Travel Meals, Chicago, IL Restructuring, Dinner (1) | 3.37 |
| 4/17/15 | Chad Husnick, Travel Meals, San Francisco, CA Restructuring, Breakfast (1) | 7.28 |
| 5/07/15 | Chad Husnick, Travel Meals, Bronx, NY Restructuring, Dinner (1) | 40.00 |
| 6/05/15 | Chad Husnick, Travel Meals, Flushing, NY Restructuring, Breakfast (1) | 3.21 |
| 7/09/15 | Chad Husnick, Travel Meals, Flushing, NY Restructuring, Breakfast (1) | 12.11 |
| 7/09/15 | Chad Husnick, Travel Meals, New York, NY Restructuring, Breakfast (1) | 4.14 |
| 9/07/15 | Chad Husnick, Travel Meals, Des Plaines, IL Restructuring, Breakfast (1) | 10.82 |
| 11/10/15 | Mark McKane, Travel Meals, Wilmington, DE Confirmation Hearing, Dinner (1) | 40.00 |
| 11/11/15 | Mark McKane, Travel Meals, Wilmington, DE Confirmation Hearing, Dinner (1) | 19.40 |
| 11/11/15 | Mark McKane, Travel Meals, Wilmington, DE Confirmation Hearing, Breakfast (1) | 36.60 |
| 11/12/15 | Mark McKane, Travel Meals, Wilmington, DE Confirmation Hearing, Breakfast (1) | 30.20 |
| 11/23/15 | Mark McKane, Travel Meals, Wilmington, DE Trial, Dinner (1) | 40.00 |
| 11/30/15 | Mark McKane, Travel Meals, San Francisco, CA Confirmation Hearing, Breakfast (1) | 15.58 |
| 11/30/15 | Mark McKane, Travel Meals, Wilmington, DE Confirmation Hearing, Dinner (1) | 61.00 |
| 12/01/15 | Mark McKane, Travel Meals, Wilmington, DE Confirmation Hearing, Dinner (1) | 40.00 |
| 12/02/15 | Mark McKane, Travel Meals, Philadelphia, PA Confirmation Hearing, Dinner (1) | 40.00 |
| 12/16/15 | Jonathan Ganter, Travel Meals, Wilmington, DE Hearing, Breakfast (1) | 13.00 |
| 12/16/15 | Jonathan Ganter, Travel Meals, Wilmington, DE Hearing, Lunch (1) | 14.00 |
| 1/26/16 | Justin Sowa, Travel Meals, San Francisco, CA Depositions, Breakfast (1) | 4.73 |
| 1/26/16 | Justin Sowa, Travel Meals, New York, New York Depositions, Dinner (1) | 22.45 |
| 1/27/16 | Justin Sowa, Travel Meals, New York, New York Depositions, Dinner (1) | 40.00 |
| 1/28/16 | Justin Sowa, Travel Meals, New York, New York Depositions, Lunch (1) | 9.20 |
| 1/28/16 | Justin Sowa, Travel Meals, New York, New York Depositions, Dinner (1) | 29.69 |
| 1/28/16 | Justin Sowa, Travel Meals, New York, New York Depositions, Dinner (1) | 3.36 |
| | **Total:** | **540.14** |

Legal Services for the Period Ending January 31, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL] Expenses

## Description of Expenses

**Other Travel Expenses**

| Date | Description | Amount |
|------|-------------|--------|
| 5/15/15 | Chad Husnick, Parking, Chicago, IL Restructuring | 226.00 |
| 9/18/15 | Chad Husnick, Parking, Chicago, IL Restructuring | 162.00 |
| 11/25/15 | Mark McKane, Parking, San Francisco, CA Trial | 108.00 |
| 12/02/15 | Mark McKane, Parking, San Francisco Int'l Airport Confirmation Hearing | 108.00 |
| | **Total:** | **604.00** |

Legal Services for the Period Ending January 31, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL] Expenses

## Description of Expenses

### Court Reporter Fee/Deposition

| Date | Description | Amount |
|------|-------------|--------|
| 9/14/15 | E-TSG REPORTING INC - 747 THIRD AVENUE (NT), Court Reporter Deposition, Transcript | 1,533.20 |
| 9/18/15 | E-TSG REPORTING INC - 747 THIRD AVENUE (NT), Court Reporter Deposition, Transcript | 2,035.70 |
| 12/31/15 | E-VERITEXT - PO BOX 71303 (NT), Court Reporter Deposition, Original transcript. | 1,573.75 |
| | **Total:** | **5,142.65** |

Legal Services for the Period Ending January 31, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL] Expenses

## Description of Expenses

### Filing Fees

| Date | Description | Amount |
|------|-------------|--------|
| 8/28/15 | E-TSG REPORTING INC - 747 THIRD AVENUE (NT), Filing Fees, Transcript | 624.25 |
| | **Total:** | **624.25** |

Legal Services for the Period Ending January 31, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL] Expenses

## Description of Expenses

### Other Court Costs and Fees

| Date | Description | Amount |
|---|---|---|
| 12/28/15 | COURTCALL LLC - 6383 ARIZONA CIRCLE (NT), Court Costs and Fees, Court call. | 58.00 |
| | **Total:** | **58.00** |

Legal Services for the Period Ending January 31, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL] Expenses

## Description of Expenses

### Other Trial Expenses

| Date | Description | Amount |
|---|---|---|
| 1/19/16 | E-VERITEXT - PO BOX 71303 (NT), Trial Expense - Other, Transcript | 360.93 |
| | **Total:** | **360.93** |

Legal Services for the Period Ending January 31, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL] Expenses

## Description of Expenses

### Outside Paralegal Assistance

| Date | Description | Amount |
|------|-------------|--------|
| 6/07/15 | E-SPECIAL COUNSEL - PO BOX 1024140 (NT), Special Counsel - Outside Contract Attorneys, Document Review | 81,883.00 |
| 6/14/15 | E-SPECIAL COUNSEL - PO BOX 1024140 (NT), Special Counsel - Outside Contract Attorneys, Document Review | 71,623.50 |
| 10/11/15 | E-SPECIAL COUNSEL - PO BOX 1024140 (NT), Special Counsel - Outside Contract Attorneys, Document Review | 78,025.00 |
| | **Total:** | **231,531.50** |

Legal Services for the Period Ending January 31, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL] Expenses

## Description of Expenses

### Outside Printing Services

| Date | Description | Amount |
|---|---|---|
| 12/14/15 | E-PARCELS INC - PO BOX 646 (NT), Outside Printing Services, Cost of printing volume 38 (DX976 - DX996) of confirmation trial exhibits for submission to Judge Sontchi. | 135.45 |
| 12/18/15 | E-PARCELS INC - PO BOX 646 (NT), Outside Printing Services, Cost of printing final set of submitted materials x10 for use at Stewart hearing. | 1,750.50 |
| | **Total:** | **1,885.95** |

Legal Services for the Period Ending January 31, 2016
Energy Future Competitive Holdings Co.
  109 - [ALL] Expenses

## Description of Expenses

### Computer Database Research

| Date | Description | Amount |
|------|-------------|-------:|
| 12/01/15 | RESTRUCTURING CONCEPTS LLC, Computer Database Research, Chapter 11 Dockets Usage for 12/2015, Spencer Winters | 40.00 |
| 12/03/15 | RESTRUCTURING CONCEPTS LLC, Computer Database Research, Chapter 11 Dockets Usage for 12/2015, Robert Orren | 14.00 |
| 12/04/15 | RESTRUCTURING CONCEPTS LLC, Computer Database Research, Chapter 11 Dockets Usage for 12/2015, Robert Orren | 8.00 |
| 12/04/15 | RESTRUCTURING CONCEPTS LLC, Computer Database Research, Chapter 11 Dockets Usage for 12/2015, Aparna Yenamandra | 5.00 |
| 12/05/15 | RESTRUCTURING CONCEPTS LLC, Computer Database Research, Chapter 11 Dockets Usage for 12/2015, Aparna Yenamandra | 137.00 |
| 12/06/15 | RESTRUCTURING CONCEPTS LLC, Computer Database Research, Chapter 11 Dockets Usage for 12/2015, Aparna Yenamandra | 45.00 |
| 12/07/15 | RESTRUCTURING CONCEPTS LLC, Computer Database Research, Chapter 11 Dockets Usage for 12/2015, Robert Orren | 11.00 |
| 12/07/15 | RESTRUCTURING CONCEPTS LLC, Computer Database Research, Chapter 11 Dockets Usage for 12/2015, Aparna Yenamandra | 347.00 |
| 12/08/15 | RESTRUCTURING CONCEPTS LLC, Computer Database Research, Chapter 11 Dockets Usage for 12/2015, Robert Orren | 21.00 |
| 12/09/15 | RESTRUCTURING CONCEPTS LLC, Computer Database Research, Chapter 11 Dockets Usage for 12/2015, Robert Orren | 274.00 |
| 12/09/15 | RESTRUCTURING CONCEPTS LLC, Computer Database Research, Chapter 11 Dockets Usage for 12/2015, Aparna Yenamandra | 13.00 |
| 12/10/15 | RESTRUCTURING CONCEPTS LLC, Computer Database Research, Chapter 11 Dockets Usage for 12/2015, Robert Orren | 31.00 |
| 12/10/15 | RESTRUCTURING CONCEPTS LLC, Computer Database Research, Chapter 11 Dockets Usage for 12/2015, Natasha Hwangpo | 20.00 |
| 12/11/15 | RESTRUCTURING CONCEPTS LLC, Computer Database Research, Chapter 11 Dockets Usage for 12/2015, Aparna Yenamandra | 8.00 |
| 12/11/15 | RESTRUCTURING CONCEPTS LLC, Computer Database Research, Chapter 11 Dockets Usage for 12/2015, Natasha Hwangpo | 20.00 |
| 12/12/15 | RESTRUCTURING CONCEPTS LLC, Computer Database Research, Chapter 11 Dockets Usage for 12/2015, Natasha Hwangpo | 14.00 |
| 12/14/15 | RESTRUCTURING CONCEPTS LLC, Computer Database Research, Chapter 11 Dockets Usage for 12/2015, Robert Orren | 8.00 |
| 12/14/15 | RESTRUCTURING CONCEPTS LLC, Computer Database Research, Chapter 11 Dockets Usage for 12/2015, Aparna Yenamandra | 16.00 |
| 12/15/15 | RESTRUCTURING CONCEPTS LLC, Computer Database Research, Chapter 11 Dockets Usage for 12/2015, Robert Orren | 46.00 |
| 12/16/15 | RESTRUCTURING CONCEPTS LLC, Computer Database Research, | 70.00 |

Legal Services for the Period Ending January 31, 2016
Energy Future Competitive Holdings Co.
109 - [ALL] Expenses

|  | Chapter 11 Dockets Usage for 12/2015, Spencer Winters |  |
|---|---|---|
| 12/17/15 | RESTRUCTURING CONCEPTS LLC, Computer Database Research, Chapter 11 Dockets Usage for 12/2015, Spencer Winters | 69.00 |
| 12/17/15 | RESTRUCTURING CONCEPTS LLC, Computer Database Research, Chapter 11 Dockets Usage for 12/2015, Robert Orren | 1,008.00 |
| 12/17/15 | RESTRUCTURING CONCEPTS LLC, Computer Database Research, Chapter 11 Dockets Usage for 12/2015, Natasha Hwangpo | 23.00 |
| 12/18/15 | RESTRUCTURING CONCEPTS LLC, Computer Database Research, Chapter 11 Dockets Usage for 12/2015, McClain Thompson | 161.00 |
| 12/18/15 | RESTRUCTURING CONCEPTS LLC, Computer Database Research, Chapter 11 Dockets Usage for 12/2015, Natasha Hwangpo | 521.00 |
| 12/19/15 | RESTRUCTURING CONCEPTS LLC, Computer Database Research, Chapter 11 Dockets Usage for 12/2015, Spencer Winters | 8.00 |
| 12/20/15 | RESTRUCTURING CONCEPTS LLC, Computer Database Research, Chapter 11 Dockets Usage for 12/2015, McClain Thompson | 49.00 |
| 12/23/15 | RESTRUCTURING CONCEPTS LLC, Computer Database Research, Chapter 11 Dockets Usage for 12/2015, McClain Thompson | 115.00 |
| 12/28/15 | RESTRUCTURING CONCEPTS LLC, Computer Database Research, Chapter 11 Dockets Usage for 12/2015, Robert Orren | 10.00 |
| 12/28/15 | RESTRUCTURING CONCEPTS LLC, Computer Database Research, Chapter 11 Dockets Usage for 12/2015, Aparna Yenamandra | 112.00 |
| 12/29/15 | RESTRUCTURING CONCEPTS LLC, Computer Database Research, Chapter 11 Dockets Usage for 12/2015, Aparna Yenamandra | 273.00 |
| 1/07/16 | PACER SERVICE CENTER, Computer Database Research, 10/2015 - 12/2015 | 26.60 |
| 1/07/16 | PACER SERVICE CENTER, Computer Database Research, 10/2015 - 12/2015 | 1.20 |
| 1/07/16 | PACER SERVICE CENTER, Computer Database Research, 10/2015 - 12/2015 | 0.40 |
| 1/07/16 | PACER SERVICE CENTER, Computer Database Research, 10/2015 - 12/2015 | 48.90 |
| 1/07/16 | PACER SERVICE CENTER, Computer Database Research, 10/2015 - 12/2015 | 116.50 |
| 1/07/16 | PACER SERVICE CENTER, Computer Database Research, 10/2015 - 12/2015 | 21.60 |
| 1/07/16 | PACER SERVICE CENTER, Computer Database Research, 10/2015 - 12/2015 | 3.00 |
| 1/07/16 | PACER SERVICE CENTER, Computer Database Research, 10/2015 - 12/2015 | 120.50 |
| 1/07/16 | PACER SERVICE CENTER, Computer Database Research, 10/2015 - 12/2015 | 304.40 |
| 1/07/16 | PACER SERVICE CENTER, Computer Database Research, 10/2015 - 12/2015 | 30.60 |
| 1/07/16 | PACER SERVICE CENTER, Computer Database Research, 10/2015 - | 8.50 |

Legal Services for the Period Ending January 31, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL] Expenses

| | | |
|---|---|---:|
| | 12/2015 | |
| 1/07/16 | PACER SERVICE CENTER, Computer Database Research, 10/2015 - 12/2015 | 305.80 |
| 1/07/16 | PACER SERVICE CENTER, Computer Database Research, 10/2015 - 12/2015 | 26.30 |
| 1/07/16 | PACER SERVICE CENTER, Computer Database Research, 10/2015 - 12/2015 | 1,455.80 |
| 1/07/16 | PACER SERVICE CENTER, Computer Database Research, 10/2015 - 12/2015 | 1.10 |
| 1/07/16 | PACER SERVICE CENTER, Computer Database Research, 10/2015 - 12/2015 | 164.10 |
| 1/07/16 | PACER SERVICE CENTER, Computer Database Research, 10/2015 - 12/2015 | 4.10 |
| 1/07/16 | PACER SERVICE CENTER, Computer Database Research, 10/2015 - 12/2015 | 1.80 |
| 1/07/16 | PACER SERVICE CENTER, Computer Database Research, 10/2015 - 12/2015 | 1.70 |
| 1/07/16 | PACER SERVICE CENTER, Computer Database Research, 10/2015 - 12/2015 | 109.40 |
| 1/07/16 | PACER SERVICE CENTER, Computer Database Research, 10/2015 - 12/2015 | 1,084.80 |
| 1/07/16 | PACER SERVICE CENTER, Computer Database Research, 10/2015 - 12/2015 | 111.10 |
| 1/07/16 | PACER SERVICE CENTER, Computer Database Research, 10/2015 - 12/2015 | 4.20 |
| 1/07/16 | PACER SERVICE CENTER, Computer Database Research, 10/2015 - 12/2015 | 3.20 |
| 1/07/16 | PACER SERVICE CENTER, Computer Database Research, 10/2015 - 12/2015 | 48.60 |
| 1/07/16 | PACER SERVICE CENTER, Computer Database Research, 10/2015 - 12/2015 | 63.00 |
| 1/07/16 | PACER SERVICE CENTER, Computer Database Research, 10/2015 - 12/2015 | 3.00 |
| 1/07/16 | PACER SERVICE CENTER, Computer Database Research, 10/2015 - 12/2015 | 29.30 |
| 1/07/16 | PACER SERVICE CENTER, Computer Database Research, 10/2015 - 12/2015 | 1.10 |
| 1/07/16 | PACER SERVICE CENTER, Computer Database Research, 10/2015 - 12/2015 | 10.70 |
| 1/07/16 | PACER SERVICE CENTER, Computer Database Research, 10/2015 - 12/2015 | 4.10 |
| 1/07/16 | PACER SERVICE CENTER, Computer Database Research, 10/2015 - 12/2015 | 6.60 |
| 1/07/16 | PACER SERVICE CENTER, Computer Database Research, 10/2015 - | 6.90 |

Legal Services for the Period Ending January 31, 2016
Energy Future Competitive Holdings Co.
   109 - [ALL] Expenses

| | | |
|---|---|---:|
| | 12/2015 | |
| 1/07/16 | PACER SERVICE CENTER, Computer Database Research, 10/2015 - 12/2015 | 0.60 |
| 1/07/16 | PACER SERVICE CENTER, Computer Database Research, 10/2015 - 12/2015 | 4.20 |
| 1/07/16 | PACER SERVICE CENTER, Computer Database Research, 10/2015 - 12/2015 | 667.50 |
| 1/07/16 | PACER SERVICE CENTER, Computer Database Research, 10/2015 - 12/2015 | 9.50 |
| | **Total:** | **8,307.70** |

Legal Services for the Period Ending January 31, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL] Expenses

## Description of Expenses

### Westlaw Research

| Date | Description | Amount |
|------|-------------|--------|
| 12/01/15 | WEST, Westlaw Research, WINTERS,SPENCER, 12/1/2015 | 69.81 |
| 12/01/15 | WEST, Westlaw Research, GREEN,SHAVONE, 12/1/2015 | 20.73 |
| 12/02/15 | WEST, Westlaw Research, STERN,ADAM, 12/2/2015 | 115.31 |
| 12/03/15 | WEST, Westlaw Research, TERTERYAN,ANNA, 12/3/2015 | 43.33 |
| 12/04/15 | WEST, Westlaw Research, HUSNICK,CHAD, 12/4/2015 | 46.54 |
| 12/04/15 | WEST, Westlaw Research, TERTERYAN,ANNA, 12/4/2015 | 21.66 |
| 12/05/15 | WEST, Westlaw Research, TERTERYAN,ANNA, 12/5/2015 | 129.54 |
| 12/06/15 | WEST, Westlaw Research, ROGERS,BRENT, 12/6/2015 | 46.54 |
| 12/06/15 | WEST, Westlaw Research, YENAMANDRA,APARNA, 12/6/2015 | 126.73 |
| 12/07/15 | WEST, Westlaw Research, WINTERS,SPENCER, 12/7/2015 | 23.27 |
| 12/07/15 | WEST, Westlaw Research, YENAMANDRA,APARNA, 12/7/2015 | 115.32 |
| 12/07/15 | WEST, Westlaw Research, SOWA,JUSTIN, 12/7/2015 | 86.65 |
| 12/08/15 | WEST, Westlaw Research, KAPLAN,HOWARD, 12/8/2015 | 406.42 |
| 12/08/15 | WEST, Westlaw Research, SOWA,JUSTIN, 12/8/2015 | 108.32 |
| 12/09/15 | WEST, Westlaw Research, KAPLAN,HOWARD, 12/9/2015 | 173.95 |
| 12/09/15 | WEST, Westlaw Research, RUDEWICZ,DANIEL, 12/9/2015 | 114.85 |
| 12/09/15 | WEST, Westlaw Research, STEPHANY,BRYAN, 12/9/2015 | 461.83 |
| 12/10/15 | WEST, Westlaw Research, HWANGPO,NATASHA, 12/10/2015 | 64.53 |
| 12/10/15 | WEST, Westlaw Research, RUDEWICZ,DANIEL, 12/10/2015 | 145.14 |
| 12/10/15 | WEST, Westlaw Research, STEPHANY,BRYAN, 12/10/2015 | 311.95 |
| 12/14/15 | WEST, Westlaw Research, RUDEWICZ,DANIEL, 12/14/2015 | 1,016.18 |
| 12/15/15 | WEST, Westlaw Research, RUDEWICZ,DANIEL, 12/15/2015 | 490.84 |
| 12/16/15 | WEST, Westlaw Research, SEXTON,ANTHONY, 12/16/2015 | 139.16 |
| 12/16/15 | WEST, Westlaw Research, RUDEWICZ,DANIEL, 12/16/2015 | 115.08 |
| 12/17/15 | WEST, Westlaw Research, SEXTON,ANTHONY, 12/17/2015 | 23.27 |
| 12/17/15 | WEST, Westlaw Research, RUDEWICZ,DANIEL, 12/17/2015 | 149.56 |
| 12/19/15 | WEST, Westlaw Research, RUDEWICZ,DANIEL, 12/19/2015 | 23.06 |
| 12/20/15 | WEST, Westlaw Research, RUDEWICZ,DANIEL, 12/20/2015 | 138.38 |
| 12/30/15 | WEST, Westlaw Research, HUSNICK,CHAD, 12/30/2015 | 104.60 |
| 12/30/15 | WEST, Westlaw Research, RUDEWICZ,DANIEL, 12/30/2015 | 464.52 |
| 12/31/15 | WEST, Westlaw Research, GEIER,EMILY, 12/31/2015 | 34.79 |
| | **Total:** | **5,331.86** |

Legal Services for the Period Ending January 31, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL] Expenses

## Description of Expenses

**LexisNexis Research**

| Date | Description | Amount |
|---|---|---|
| 12/01/15 | LEXISNEXIS, LexisNexis Research, GREEN, SHAVONE, 12/1/2015 | 140.47 |
| | **Total:** | **140.47** |

Legal Services for the Period Ending January 31, 2016
Energy Future Competitive Holdings Co.
   109 - [ALL] Expenses

## Description of Expenses

### Overtime Transportation

| Date | Description | Amount |
|------|-------------|-------:|
| 12/02/15 | Lina Kaisey, Taxi, OT Taxi | 16.60 |
| 12/09/15 | Lina Kaisey, Taxi, OT Taxi | 15.99 |
| 12/10/15 | Lina Kaisey, Taxi, OT Taxi | 20.54 |
| 12/15/15 | Natasha Hwangpo, Taxi, OT Taxi | 9.35 |
| 12/15/15 | VITAL TRANSPORTATION INC, Passenger: RUDEWICZ DANIEL, Overtime Transportation, Date: 12/11/2015 | 91.16 |
| 12/18/15 | Natasha Hwangpo, Taxi, OT Taxi | 11.15 |
| 1/01/16 | E-UBER TECHNOLOGIES INC - 1455 MARKET STREET 4TH FLOOR (NT), Overtime Transportation, Overtime Transportation 12/15, pickup at 555 California St, San Francisco, CA dropoff at 2260 Market St, San Francisco, CA | 20.65 |
| 1/04/16 | Anthony Sexton, Taxi, Working late | 7.75 |
| 1/04/16 | Warren Haskel, Taxi, Overtime transportation | 29.15 |
| 1/06/16 | McClain Thompson, Taxi, Car from office to home. | 16.84 |
| 1/06/16 | Anthony Sexton, Taxi, Cab fare after working late | 8.00 |
| 1/06/16 | Rebecca Chaikin, Taxi, Overtime taxi. | 26.00 |
| 1/08/16 | Warren Haskel, Taxi, Overtime transportation | 27.95 |
| 1/14/16 | McClain Thompson, Taxi, OT Taxi (1/13/2016) | 15.30 |
| 1/15/16 | Natasha Hwangpo, Taxi, OT Transportation | 9.10 |
| 1/15/16 | Rebecca Chaikin, Taxi, Overtime taxi. | 8.15 |
| 1/18/16 | Rebecca Chaikin, Taxi, Overtime taxi. | 27.95 |
| 1/19/16 | Rebecca Chaikin, Taxi, Overtime taxi. | 31.55 |
| 1/21/16 | Lina Kaisey, Taxi, OT Taxi | 20.54 |
| 1/28/16 | Lina Kaisey, Taxi, OT Taxi | 17.90 |
| | **Total:** | **431.62** |

Legal Services for the Period Ending January 31, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL] Expenses

## Description of Expenses

### Overtime Meals - Attorney

| Date | Description | Amount |
|------|-------------|--------|
| 7/22/15 | Chad Husnick, Overtime Meals - Attorney, Restructuring, Dinner (1) | 20.00 |
| 12/03/15 | Lina Kaisey, Overtime Meals - Attorney, Working late meal, Dinner (1) | 20.00 |
| 12/06/15 | Anna Terteryan, Overtime Meals - Attorney, OT Meal, Lunch (1) | 20.00 |
| 12/07/15 | SEAMLESS NORTH AMERICA INC, Lina Kaisey, Overtime Meals - Attorney, 12/7/2015, Dinner (1) | 20.00 |
| 12/07/15 | SEAMLESS NORTH AMERICA INC, Natasha Hwangpo, Overtime Meals - Attorney, 12/7/2015, Dinner (1) | 20.00 |
| 12/07/15 | SEAMLESS NORTH AMERICA INC, Warren Haskel, Overtime Meals - Attorney, 12/7/2015, Dinner (1) | 20.00 |
| 12/09/15 | SEAMLESS NORTH AMERICA INC, Lina Kaisey, Overtime Meals - Attorney, 12/9/2015, Dinner (1) | 20.00 |
| 12/14/15 | SEAMLESS NORTH AMERICA INC, Daniel Rudewicz, Overtime Meals - Attorney, 12/14/2015, Dinner (1) | 20.00 |
| 12/14/15 | SEAMLESS NORTH AMERICA INC, Natasha Hwangpo, Overtime Meals - Attorney, 12/14/2015, Dinner (1) | 20.00 |
| 12/14/15 | SEAMLESS NORTH AMERICA INC, Aparna Yenamandra, Overtime Meals - Attorney, 12/14/2015, Dinner (1) | 20.00 |
| 12/14/15 | SEAMLESS NORTH AMERICA INC, Warren Haskel, Overtime Meals - Attorney, 12/14/2015, Dinner (1) | 20.00 |
| 12/15/15 | SEAMLESS NORTH AMERICA INC, Lina Kaisey, Overtime Meals - Attorney, 12/15/2015, Dinner (1) | 20.00 |
| 12/15/15 | SEAMLESS NORTH AMERICA INC, Natasha Hwangpo, Overtime Meals - Attorney, 12/15/2015, Dinner (1) | 20.00 |
| 12/15/15 | SEAMLESS NORTH AMERICA INC, Warren Haskel, Overtime Meals - Attorney, 12/15/2015, Dinner (1) | 20.00 |
| 12/18/15 | SEAMLESS NORTH AMERICA INC, Natasha Hwangpo, Overtime Meals - Attorney, 12/18/2015, Dinner (1) | 20.00 |
| 12/21/15 | SEAMLESS NORTH AMERICA INC, Daniel Rudewicz, Overtime Meals - Attorney, 12/21/2015, Dinner (1) | 20.00 |
| 12/30/15 | SEAMLESS NORTH AMERICA INC, Daniel Rudewicz, Overtime Meals - Attorney, 12/30/2015, Dinner (1) | 20.00 |
| 1/05/16 | SEAMLESS NORTH AMERICA INC, Anna Terteryan, Overtime Meals - Attorney, 1/5/2016, Dinner (1) | 20.00 |
| | **Total:** | **360.00** |

Legal Services for the Period Ending January 31, 2016
Energy Future Competitive Holdings Co.
   109 - [ALL] Expenses

## Description of Expenses

### Miscellaneous Office Expenses

| Date | Description | Amount |
|---|---|---|
| 12/16/15 | E-PARCELS INC - PO BOX 646 (NT), Miscellaneous Expense, Cost of shredding trial materials from confirmation trial. | 240.00 |
| | **Total:** | **240.00** |

**TOTAL EXPENSES**                                          **272,348.67**

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY  10022

FEIN 36-1326630

March 9, 2016

Stacey Dore
Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas, TX  75201

Invoice Number:  4815733

---

## REMITTANCE ADVICE

For Professional Services Rendered Through January 31, 2016

Client Matter: 14356 - 109
In the Matter of      [ALL] Expenses

| | |
|---|---|
| Total Fees | $ .00 |
| Total Expenses | $ 272,348.67 |
| **TOTAL INVOICE** | **$ 272,348.67** |

To ensure proper credit to your account please return this remittance with your payment.

### TERMS: NET 30 DAYS

Wire Transfer From a U.S. Bank:

Citibank
ABA Number:  271070801
Acct. Name:  Kirkland & Ellis LLP
Acct. Number:  800418399
Ref. Number:  14356-109

WireTransfer From a Non U.S. Bank:

Citibank
Swift Code:  CITIUS33
Acct. Name:  Kirkland & Ellis LLP
Acct. Number:  800418399
Ref. Number:  14356-109

Beijing    Chicago    Hong Kong    Houston    London    Los Angeles    Munich    Palo Alto    San Francisco    Shanghai    Washington, D.C.

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY  10022

FEIN 36-1326630

March 9, 2016

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas, TX  75201

Attention:  Stacey Dore

**Invoice Number:  4815734**
**Client Matter: 14356-110**

---

**In the matter of    [TCEH] Expenses**

For legal services rendered through January 31, 2016
(see attached Description of Legal Services for detail)                     $ .00

For expenses incurred through January 31, 2016
(see attached Description of Expenses for detail)                           $ 43.20

Total legal services rendered and expenses incurred                         $ 43.20

Beijing    Chicago    Hong Kong    Houston    London    Los Angeles    Munich    Palo Alto    San Francisco    Shanghai    Washington, D.C.

Legal Services for the Period Ending January 31, 2016
Energy Future Competitive Holdings Co.
    110 - [TCEH] Expenses

## Description of Expenses

| Description | Amount |
|---|---|
| Standard Copies or Prints | 28.20 |
| Color Copies or Prints | 15.00 |
| | |
| TOTAL EXPENSES | $ 43.20 |

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY  10022

FEIN 36-1326630

## Description of Expenses

### Standard Copies or Prints

| Date | Description | Amount |
|------|-------------|--------|
| 1/04/16 | Standard Prints | 1.50 |
| 1/04/16 | Standard Prints | 2.30 |
| 1/06/16 | Standard Prints | 0.20 |
| 1/08/16 | Standard Prints | 1.70 |
| 1/11/16 | Standard Prints | 1.00 |
| 1/13/16 | Standard Prints | 0.30 |
| 1/15/16 | Standard Prints | 1.20 |
| 1/15/16 | Standard Prints | 0.40 |
| 1/20/16 | Standard Prints | 1.80 |
| 1/20/16 | Standard Prints | 2.80 |
| 1/21/16 | Standard Prints | 0.40 |
| 1/22/16 | Standard Prints | 3.70 |
| 1/26/16 | Standard Copies or Prints | 6.20 |
| 1/26/16 | Standard Prints | 4.40 |
| 1/26/16 | Standard Prints | 0.30 |
| | **Total:** | **28.20** |

Beijing    Chicago    Hong Kong    Houston    London    Los Angeles    Munich    Palo Alto    San Francisco    Shanghai    Washington, D.C.

Legal Services for the Period Ending January 31, 2016
Energy Future Competitive Holdings Co.
    110 - [TCEH] Expenses

## Description of Expenses

### Color Copies or Prints

| Date | Description | Amount |
|------|-------------|-------:|
| 1/04/16 | Color Prints | 3.60 |
| 1/06/16 | Color Prints | 3.30 |
| 1/08/16 | Color Prints | 3.30 |
| 1/11/16 | Color Prints | 3.00 |
| 1/11/16 | Color Prints | 1.80 |
| | **Total:** | **15.00** |

**TOTAL EXPENSES**        **43.20**

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY  10022

FEIN 36-1326630

March 9, 2016

Stacey Dore
Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas, TX  75201

Invoice Number:  4815734

---

## REMITTANCE ADVICE

For Professional Services Rendered Through January 31, 2016

Client Matter: 14356 - 110
In the Matter of      [TCEH] Expenses

| | |
|---|---|
| Total Fees | $ .00 |
| Total Expenses | $ 43.20 |
| **TOTAL INVOICE** | **$ 43.20** |

To ensure proper credit to your account please return this remittance with your payment.

## TERMS: NET 30 DAYS

Wire Transfer From a U.S. Bank:

Citibank
ABA Number:  271070801
Acct. Name:  Kirkland & Ellis LLP
Acct. Number:  800418399
Ref. Number:  14356-110

WireTransfer From a Non U.S. Bank:

Citibank
Swift Code:  CITIUS33
Acct. Name:  Kirkland & Ellis LLP
Acct. Number:  800418399
Ref. Number:  14356-110

Beijing    Chicago    Hong Kong    Houston    London    Los Angeles    Munich    Palo Alto    San Francisco    Shanghai    Washington, D.C.

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY  10022

FEIN 36-1326630

March 9, 2016

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas, TX  75201

Attention:  Stacey Dore

Invoice Number:  4815735
Client Matter: 14356-111

**In the matter of    [EFIH] Expenses**

| | |
|---|---|
| For legal services rendered through January 31, 2016 (see attached Description of Legal Services for detail) | $ .00 |
| For expenses incurred through January 31, 2016 (see attached Description of Expenses for detail) | $ 113.10 |
| Total legal services rendered and expenses incurred | $ 113.10 |

Legal Services for the Period Ending January 31, 2016
Energy Future Competitive Holdings Co.
    111 - [EFIH] Expenses

## Description of Expenses

| Description | Amount |
|---|---|
| Standard Copies or Prints | 101.10 |
| Color Copies or Prints | 12.00 |
| TOTAL EXPENSES | $ 113.10 |

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10022

FEIN 36-1326630

## Description of Expenses

### Standard Copies or Prints

| Date | Description | Amount |
|------|-------------|--------|
| 1/04/16 | Standard Prints | 10.80 |
| 1/06/16 | Standard Prints | 87.40 |
| 1/13/16 | Standard Prints | 0.10 |
| 1/21/16 | Standard Prints | 2.80 |
| | **Total:** | **101.10** |

Beijing    Chicago    Hong Kong    Houston    London    Los Angeles    Munich    Palo Alto    San Francisco    Shanghai    Washington, D.C.

Legal Services for the Period Ending January 31, 2016
Energy Future Competitive Holdings Co.
    111 - [EFIH] Expenses

**<u>Description of Expenses</u>**

**<u>Color Copies or Prints</u>**

| <u>Date</u> | <u>Description</u> | <u>Amount</u> |
|---|---|---|
| 1/21/16 | Color Prints | 12.00 |
| | **Total:** | **12.00** |

 

| | **TOTAL EXPENSES** | **113.10** |
|---|---|---|

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY  10022

FEIN 36-1326630

March 9, 2016

Stacey Dore
Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas, TX  75201

Invoice Number:  4815735

---

## REMITTANCE ADVICE

For Professional Services Rendered Through January 31, 2016

Client Matter: 14356 - 111
In the Matter of      [EFIH] Expenses

| | |
|---|---|
| Total Fees | $ .00 |
| Total Expenses | $ 113.10 |
| **TOTAL INVOICE** | **$ 113.10** |

To ensure proper credit to your account please return this remittance with your payment.

### TERMS: NET 30 DAYS

Wire Transfer From a U.S. Bank:

Citibank
ABA Number:  271070801
Acct. Name:  Kirkland & Ellis LLP
Acct. Number:  800418399
Ref. Number:  14356-111

WireTransfer From a Non U.S. Bank:

Citibank
Swift Code:  CITIUS33
Acct. Name:  Kirkland & Ellis LLP
Acct. Number:  800418399
Ref. Number:  14356-111

Beijing    Chicago    Hong Kong    Houston    London    Los Angeles    Munich    Palo Alto    San Francisco    Shanghai    Washington, D.C.

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY  10022

FEIN 36-1326630

March 9, 2016

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas, TX  75201

Attention:  Stacey Dore

**Invoice Number:  4815736**
**Client Matter: 14356-112**

---

**In the matter of    [EFH] Expenses**

For legal services rendered through January 31, 2016
(see attached Description of Legal Services for detail)                    $ .00

For expenses incurred through January 31, 2016
(see attached Description of Expenses for detail)                          $ 626.50

Total legal services rendered and expenses incurred                        $ 626.50

Beijing    Chicago    Hong Kong    Houston    London    Los Angeles    Munich    Palo Alto    San Francisco    Shanghai    Washington, D.C.

Legal Services for the Period Ending January 31, 2016
Energy Future Competitive Holdings Co.
    112 - [EFH] Expenses

## Description of Expenses

| Description | Amount |
|---|---|
| Standard Copies or Prints | 423.70 |
| Color Copies or Prints | 202.80 |
| | |
| TOTAL EXPENSES | $ 626.50 |

# KIRKLAND & ELLIS LLP

### AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY  10022

FEIN 36-1326630

## Description of Expenses

### Standard Copies or Prints

| Date | Description | Amount |
|------|-------------|--------|
| 1/04/16 | Standard Prints | 0.10 |
| 1/04/16 | Standard Prints | 1.70 |
| 1/04/16 | Standard Prints | 1.30 |
| 1/04/16 | Standard Prints | 4.90 |
| 1/06/16 | Standard Copies or Prints | 0.10 |
| 1/06/16 | Standard Prints | 114.30 |
| 1/06/16 | Standard Prints | 0.40 |
| 1/07/16 | Standard Prints | 0.30 |
| 1/07/16 | Standard Prints | 36.00 |
| 1/08/16 | Standard Prints | 2.70 |
| 1/08/16 | Standard Prints | 0.50 |
| 1/12/16 | Standard Prints | 2.10 |
| 1/13/16 | Standard Prints | 1.00 |
| 1/13/16 | Standard Prints | 0.30 |
| 1/14/16 | Standard Prints | 223.20 |
| 1/14/16 | Standard Prints | 0.90 |
| 1/14/16 | Standard Prints | 2.40 |
| 1/14/16 | Standard Prints | 3.20 |
| 1/14/16 | Standard Prints | 0.30 |
| 1/15/16 | Standard Prints | 0.40 |
| 1/15/16 | Standard Prints | 0.10 |
| 1/15/16 | Standard Prints | 4.40 |
| 1/21/16 | Standard Copies or Prints | 0.20 |
| 1/21/16 | Standard Prints | 6.50 |
| 1/22/16 | Standard Copies or Prints | 1.50 |
| 1/22/16 | Standard Prints | 0.20 |
| 1/22/16 | Standard Prints | 4.20 |
| 1/26/16 | Standard Prints | 0.40 |
| 1/27/16 | Standard Prints | 2.60 |
| 1/27/16 | Standard Prints | 4.40 |
| 1/28/16 | Standard Prints | 0.10 |
| 1/28/16 | Standard Prints | 0.50 |
| 1/28/16 | Standard Prints | 2.50 |
| | **Total:** | **423.70** |

Beijing    Chicago    Hong Kong    Houston    London    Los Angeles    Munich    Palo Alto    San Francisco    Shanghai    Washington, D.C.

Legal Services for the Period Ending January 31, 2016
Energy Future Competitive Holdings Co.
    112 - [EFH] Expenses

## Description of Expenses

### Color Copies or Prints

| Date | Description | Amount |
|------|-------------|-------:|
| 1/04/16 | Color Prints | 2.70 |
| 1/04/16 | Color Prints | 0.30 |
| 1/04/16 | Color Prints | 1.20 |
| 1/04/16 | Color Prints | 1.20 |
| 1/06/16 | Color Prints | 6.00 |
| 1/06/16 | Color Prints | 1.20 |
| 1/06/16 | Color Prints | 2.10 |
| 1/06/16 | Color Prints | 0.30 |
| 1/06/16 | Color Prints | 4.50 |
| 1/06/16 | Color Prints | 2.40 |
| 1/06/16 | Color Prints | 0.90 |
| 1/06/16 | Color Prints | 0.60 |
| 1/06/16 | Color Prints | 3.60 |
| 1/06/16 | Color Prints | 0.60 |
| 1/06/16 | Color Prints | 1.50 |
| 1/06/16 | Color Prints | 1.50 |
| 1/07/16 | Color Prints | 44.70 |
| 1/07/16 | Color Prints | 12.60 |
| 1/07/16 | Color Prints | 20.10 |
| 1/08/16 | Color Prints | 0.60 |
| 1/12/16 | Color Prints | 30.60 |
| 1/12/16 | Color Prints | 2.10 |
| 1/12/16 | Color Prints | 7.80 |
| 1/12/16 | Color Prints | 0.90 |
| 1/12/16 | Color Prints | 2.40 |
| 1/12/16 | Color Prints | 0.30 |
| 1/13/16 | Color Prints | 0.90 |
| 1/14/16 | Color Prints | 0.90 |
| 1/14/16 | Color Prints | 0.90 |
| 1/14/16 | Color Prints | 0.60 |
| 1/15/16 | Color Prints | 1.50 |
| 1/19/16 | Color Prints | 11.40 |
| 1/21/16 | Color Prints | 24.30 |
| 1/21/16 | Color Prints | 1.20 |
| 1/21/16 | Color Prints | 3.90 |
| 1/21/16 | Color Prints | 0.30 |

Legal Services for the Period Ending January 31, 2016
Energy Future Competitive Holdings Co.
112 - [EFH] Expenses

| | | |
|---|---|---:|
| 1/21/16 | Color Prints | 1.80 |
| 1/26/16 | Color Prints | 0.90 |
| 1/26/16 | Color Prints | 0.30 |
| 1/26/16 | Color Prints | 1.20 |
| | **Total:** | **202.80** |

**TOTAL EXPENSES**            **626.50**

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10022

FEIN 36-1326630

March 9, 2016

Stacey Dore
Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas, TX 75201

Invoice Number: 4815736

---

## REMITTANCE ADVICE

For Professional Services Rendered Through January 31, 2016

Client Matter: 14356 - 112
In the Matter of     [EFH] Expenses

| | |
|---|---|
| Total Fees | $ .00 |
| Total Expenses | $ 626.50 |
| **TOTAL INVOICE** | **$ 626.50** |

To ensure proper credit to your account please return this remittance with your payment.

### TERMS: NET 30 DAYS

Wire Transfer From a U.S. Bank:

Citibank
ABA Number: 271070801
Acct. Name: Kirkland & Ellis LLP
Acct. Number: 800418399
Ref. Number: 14356-112

WireTransfer From a Non U.S. Bank:

Citibank
Swift Code: CITIUS33
Acct. Name: Kirkland & Ellis LLP
Acct. Number: 800418399
Ref. Number: 14356-112

Beijing    Chicago    Hong Kong    Houston    London    Los Angeles    Munich    Palo Alto    San Francisco    Shanghai    Washington, D.C.