# EXHIBIT A

RLF1 14652828v.1

**Energy Future Holdings et. al**
**De Minimis Asset Sales Motion Reporting**
**For the Period April 1, 2016 to April 30, 2016**

*De Minimis Asset sales with a sales price less than $250,000*

| Aggregate net sales price |
|---|
| $2,122.00 |

*De Minimis Asset sales / transfers with a sales price greater than $250,000*

| General description of asset sold | Name of purchasing parties incl. details of relationship with TCEH Debtors and their estates | Sales price | Details (incl. amount) of third parties receiving commission |
|---|---|---|---|
|  |  |  |  |

*De Minimis Asset Abandonments with an estimated book value less than $250,000*

| Aggregate estimated book value of abandonments |
|---|
| None recorded during the period April 1, 2016 to April 30, 2016 |

*De Minimis Asset Abandonments with an estimated book value greater than $250,000*

| General description of asset abandoned | Estimated book value |
|---|---|
| None recorded during the period April 1, 2016 to April 30, 2016 |  |