## EXHIBIT A

**Statement of Fees and Expenses By Subject Matter**

| Description | Total Billed Hours | Total Fees |
|---|---:|---:|
| Plan and Disclosure | 96.00 | 111,952.50 |
| Tax Issues | 89.90 | 101,971.00 |
| Non-Working Travel | 8.00 | 5,000.00 |
| **TOTAL** | **193.90** | **$218,923.50** |