## EXHIBIT B

### Attorney and Paraprofessionals Information

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Philip Gelston | Partner | 1979 | Corporate | 1,250 | 86.90 | 103,625.00 |
| Andrew Needham | Partner | 1995 | Tax | 1,250 | 67.00 | 83,750.00 |
| Michael Paskin | Partner | 1996 | Litigation | 1,230 | 1.20 | 1,476.00 |
| Stephen Gordon | Partner | 1982 | Tax | 1,250 | 5.10 | 6,375.00 |
| | | | | | | |
| T. Broad | Associate | 2009 | Litigation | 835 | 0.20 | 167.00 |
| A. Hagena | Associate | 2015 | Tax | 740 | 20.40 | 15,096.00 |
| A. Wein | Associate | 2011 | Corporate | 765 | 6.20 | 4,743.00 |
| C. Ricciardi | Associate | 2016 | Corporate | 535 | 6.90 | 3,691.50 |
| | | | | **TOTAL** | **193.90** | **$218,923.50** |