# EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

| Service Description | Amount |
|---|---:|
| **TRAVEL** | 1,422.56 |
| **MISCELLANEOUS** | 36.95 |
| **CLIENT BUSINESS CONFERENCE DINING** | 200.00 |
| **CLIENT BUSINESS TRANSPORTATION** | 27.24 |
| **GROUND TRANSPORTATION** | 29.50 |
| TOTAL | $ **1,716.25** |