**EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

| Matter | Date | Name | Title | Description | Amount | Narrative |
|---|---|---|---|---|---|---|
| 011205-00003 | 4/14/2016 | BROAD, TREVOR M. | ASSOCIATE | GROUND TRANSPORTATION | 14.75 | TAXI Local TRIP PURPOSE: Client work  RptID: 010012019523 |
| 011205-00003 | 4/18/2016 | GELSTON, P A | PARTNER | GROUND TRANSPORTATION | 14.75 | TAXI Local TRIP PURPOSE: Client work  RptID: 010012046823 |
| 011205-00003 | 4/21/2016 | BROAD, TREVOR M. | ASSOCIATE | TRAVEL | 61.05 | TAXI Out of Town TRIP PURPOSE: Attend meetings CITIES VISITED: Dallas, Texas RptID: 010012112455 |
| 011205-00003 | 4/21/2016 | GELSTON, P A | PARTNER | TRAVEL | 65.31 | TAXI Out of Town TRIP PURPOSE: Attend meetings CITIES VISITED: Dallas, Texas RptID: 010012112455 |
| 011205-00003 | 4/21/2016 | GELSTON, P A | PARTNER | MISCELLANEOUS | 36.95 | INTERNET,  TRIP PURPOSE: Attend meetings CITIES VISITED: Dallas, Texas RptID: 010012112455 |
| 011205-00003 | 4/21/2016 | GELSTON, P A | PARTNER | TRAVEL | 648.1 | AIRFARE CLASS: First ,CITIES VISITED: Dallas, Texas ,TICKET NO: See note TRIP PURPOSE: Attend Meetings  RptID: 010012112455 |
| 011205-00003 | 4/21/2016 | GELSTON, P A | PARTNER | TRAVEL | 648.1 | AIRFARE CLASS: First ,CITIES VISITED: NEW YORK FROM Dallas, Texas ,TICKET NO: See Note TRIP PURPOSE: Attend Meetings  RptID: 010012112455 |
| 011205-00003 | 4/27/2016 | GELSTON, P A | PARTNER | CLIENT BUSINESS CONFERENCE DINING | 200.00 | Conference dining, ticket #: 231831 |
| 011205-00003 | 4/30/2016 | GELSTON, P A | PARTNER | CLIENT BUSINESS TRANSPORTATION | 27.24 | TAXI Local TRIP PURPOSE: Cab to permit participation in conference call  RptID: 010012323513 |
| | | | | | $1,716.25 | |