# EXHIBIT A

**Declaration of Joseph H. Huston, Jr.**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered)<br><br>**Objection Deadline: July 7, 2016** |

**DECLARATION OF JOSEPH H. HUSTON, JR. IN SUPPORT OF THE
FIFTH INTERIM FEE APPLICATION OF STEVENS & LEE, P.C.,
SPECIAL COUNSEL FOR ENERGY FUTURE INTERMEDIATE
HOLDING COMPANY LLC FOR THE PERIOD OF
JANUARY 1, 2016 THROUGH APRIL 30, 2016**

I, Joseph H. Huston, Jr., declare under penalty of perjury as follows:

1. I am Co-Chair of the Bankruptcy and Financial Restructuring Group of the firm of Stevens & Lee, P.C. ("S&L"), am the lead attorney from S&L working on this chapter 11 case, and am authorized to submit this Declaration on its behalf. I am a member in good standing of the Bar of the State of Delaware, and there are no disciplinary proceedings pending against me.

2. I am authorized to submit this Declaration in support of the Fifth Interim Fee Application of S&L as Special Counsel to Energy Future Intermediate Holding Company LLC for the Period of January 1, 2016 through April 30, 2016 (the "Interim Fee Application"). Except as otherwise noted, I have personal knowledge of the matters set forth in this Declaration.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

1

3. I have read the Interim Fee Application, and the statements contained therein are true and correct according to the best of my knowledge, information, and belief. I believe that the Interim Fee Application complies with the Local Bankruptcy Rules 2016-1 and 2016-2.

4. I certify:

(a) To the best of my knowledge, information, and belief, formed after reasonable inquiry, the fees and disbursements sought in the Fee Application are permissible under the relevant rules, court orders and Bankruptcy Code provisions.

(b) The fees and disbursements sought in the Fee Application are billed at rates S&L customarily employs and S&L clients generally accept.

(c) None of the professionals seeking compensation varied their hourly rate based on the geographic location of the EFIH case.

(d) S&L does not seek compensation for this Fee Period for time spent reviewing or revising time records other than as required by the Fee Committee Order to ensure compliance therewith or preparing, reviewing or revising invoices. S&L regularly revises its time records for privileged and confidential information and accordingly, did not spend any additional time reviewing time records to redact such privileged or confidential information.

(e) S&L does not make a profit on costs or expenses for which it seeks reimbursement, whether the service is performed by S&L in-house or through a third party.

(f) In accordance with Rule 2016(a) of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. § 504, no agreement or understanding exists between S&L and any other person for the sharing of compensation to be received in connection with the above cases except as authorized by the Bankruptcy Code, Bankruptcy Rules and Local Bankruptcy Rules.

(g) All services for which compensation is sought were professional services rendered on behalf of EFIH and not on behalf of any other person.

I declare under penalty of perjury as provided in 28 U.S.C. § 1746 that the foregoing is true and correct according to the best of my knowledge, information, and belief.

Dated: June 16, 2016         */s/ Joseph H. Huston, Jr.*
                                        Joseph H. Huston, Jr.

3