**EXHIBIT D**

**Summary of Stevens & Lee, P.C. Non-Bankruptcy Blended Hourly Rates**
**(Customary and Comparable Compensation Disclosures)**

| **Timekeeper Category (Delaware)** | **Blended Hourly Rate** | |
|---|---|---|
| | **Worked and Billed in 2015** (excluding bankruptcy lawyers) | **Billed in this Fee Application** |
| Practice Leader/Shareholders | $330.00[1] | $715.00 |
| Associates | N/A[2] | $355.00 |
| Legal Assistants/Paralegals | $159.00 | $170.00 |
| **Average Rate** | $244.36 | $416.70 |

Case Name: Energy Future Intermediate Holding Company LLC
Case Number: 14-10979 (CSS)
Applicant's Name: Stevens & Lee, P.C.
Date of Application: June 16, 2016
Interim or Final: Interim

---

[1] This includes hours recorded on matters which were contingent and unsuccessful; institutional clients who negotiated volume discounts; work for nonprofits; and negotiated fee engagements.
[2] There are no associates, bankruptcy or otherwise, located in the S&L Delaware office.

SL1 1420248v1 109285.00006