**EXHIBIT E**

**Summary of Stevens & Lee, P.C. Hours Worked and Fees Incurred**

| Name of Professional | Title | Year Admitted | Practice Concentration | 2016 Hourly Billing Rate[1] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Joseph H. Huston, Jr. | Practice Leader | 1975 (PA) 2001 (DE) | Bankruptcy/ Restructuring | $715.00 | 16.4 | $ 11,726.00 |
| Camille C. Bent | Associate | 2010 (NY) | Bankruptcy/ Restructuring | $355.00 | 41.7 | $ 14,803.50 |
| Stephanie L. Foster | Legal Assistant | N/A | Bankruptcy/ Litigation | $170.00 | 9.4 | $ 1,598.00 |
| | | | | TOTAL | 67.5 | $ 28,127.50 |

| Name of Professional | Title | Year Admitted | Practice Concentration | 2014 Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Joseph H. Huston, Jr. | Practice Leader | 1975 (PA) 2001 (DE) | Bankruptcy/ Restructuring | $680.00 | 16.4 | $ 11,152.00 |
| Camille C. Bent | Associate | 2010 (NY) | Bankruptcy/ Restructuring | $310.00 | 41.7 | $ 12,927.00 |
| Stephanie L. Foster | Legal Assistant | N/A | Bankruptcy/ Litigation | $160.00 | 9.4 | $ 1,504.00 |
| | | | | TOTAL | 67.5 | $ 25,583.00 |

---

[1] For the Fee Period, S&L's current hourly billing rate for each attorney and paraprofessional equals the respective 2015 hourly billing rate as disclosed in the S&L employment application. There have been no rate increases during the Fee Period, and two rate increases since the inception of the case.

SL1 1420248v1 109285.00006