## **EXHIBIT F**

**Summary of Stevens & Lee, P.C. Expenses**

| Service Description | | Amount |
|---|---|---|
| Computer Research | $ | 42.20 |
| CourtCall Appearance Fees | $ | 30.00 |
| Document Reproduction | $ | 119.75 |
| Transcript | $ | 163.20 |
| Transportation | $ | 108.00 |
| **TOTAL** | **$** | **463.15** |