## EXHIBIT G

**Schedule of Hours Worked and Aggregate Fees for Each Matter Category**

| Description | Total Billed Hours | Total Fees |
|---|---|---|
| **(1) Professional Retentions** | 0.8 | $ 173.00 |
| **(2) Case Administration-General Matters** | 0.3 | $ 214.50 |
| **(3) Chapter 11 Issues** | 0.0 | $ 0.00 |
| **(4) Communications with Professionals** | 0.6 | $ 429.00 |
| **(5) Fee Applications – Others** | 33.4 | $ 13,427.50 |
| **(6) Fee Applications – S&L** | 28.1 | $ 10,809.00 |
| **(7) Hearings** | 1.3 | $ 929.50 |
| **(8) Legal & Factual Research** | 1.6 | $ 1,144.00 |
| **(9) Meetings** | 0.0 | $ 0.00 |
| **(10) Plans of Reorganization and Disclosure Statements** | 1.1 | $ 786.50 |
| **(11) Pleadings, Motions & Briefs** | 0.3 | $ 214.50 |
| TOTAL | **67.5** | $ **28,127.50** |