# **EXHIBIT H**

**Detailed Time Records for Stevens & Lee, P.C.**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| **109285-00001** | | **ENERGY FUTURE/PROFESSIONAL RETENTIONS** | |

**CCB      Bent, Camille C**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 1/6/16 | 0.20 | $71.00 | EMAILS WITH JHH AND SLFO RE FILING OF CRAVATH'S AMENDED FEE APP. |
| **CCB Total:** | **0.20** | **$71.00** | |

**SLFO     Foster, Stephanie L.**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 1/18/16 | 0.20 | $34.00 | CHECK DOCKET FOR OBJECTIONS; EFILE CERTIFICATE OF NO OBJECTION REGARDING THE TWELFTH MONTHLY FEE STATEMENT OF GOLDIN ASSOCIATES, LLC FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM NOVEMBER 1, 2015 THROUGH NOVEMBER 30, 2015 (NO ORDER REQUIRED) - SEND TO INTERESTED PARTIES VIA EMAIL |
| 1/25/16 | 0.40 | $68.00 | EFILE THIRTEENTH MONTHLY FEE STATEMENT OF STEVENS & LEE, P.C. FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM DECEMBER 1, 2015 THROUGH DECEMBER 31, 2015 - UPLOAD FILES TO BOX.COM - SEND TO EPIQ FOR SERVICE - SEND TO INTERESTED PARTIES VIA EMAIL |
| **SLFO Total:** | **0.60** | **$102.00** | |
| **109285-00001 Total:** | **0.80** | **$173.00** | |

| | | | |
|---|---|---|---|
| **109285-00002** | | **ENERGY FUTURE/CASE ADMINISTRATION-GENEF** | |

**JHH      Huston, Joseph**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 2/12/16 | 0.30 | $214.50 | REVIEW RECENTLY DOCKETED ITEMS RE PLAN SUPPLEMENT AND TCEH DEBTORS |
| **JHH Total:** | **0.30** | **$214.50** | |
| **109285-00002 Total:** | **0.30** | **$214.50** | |

| | | | |
|---|---|---|---|
| **109285-00004** | | **ENERGY FUTURE/COMMUNICATIONS WITH PROF** | |

**JHH      Huston, Joseph**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 3/4/16 | 0.60 | $429.00 | CONF CALL RE TEXAS PUC HEARING |
| **JHH Total:** | **0.60** | **$429.00** | |
| **109285-00004 Total:** | **0.60** | **$429.00** | |

| | | | |
|---|---|---|---|
| **109285-00005** | | **ENERGY FUTURE/FEE APPLICATIONS- OTHERS** | |

**CCB      Bent, Camille C**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 1/5/16 | 0.40 | $142.00 | EMAILS WITH R. GONZALEZ RE CRAVATH'S AMENDED THIRD INTERIM FEE APP (.1); REVIEW OF DOCUMENT (.3). |
| 1/12/16 | 0.50 | $177.50 | DRAFTED CNO RE JENNER'S MONTHLY FEE STATEMENT (.3); COORDINATED FILING OF SAME (.2). |
| 1/12/16 | 0.20 | $71.00 | EMAILS WITH R. GONZALEZ RE CRAVATH'S NOVEMBER FEE STATEMENT (.2). |

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 1/13/16 | 0.70 | $248.50 | REVIEW OF CRAVATH'S NOVEMBER FEE STATEMENT AND SMALL EDITS TO SAME (.3); COORDINATED FILING AND SERVICE OF SAME (.4). |
| 1/13/16 | 0.10 | $35.50 | PHONE CALL WITH R. ZERBE RE FILING OF CRAVATH FEE STATEMENT. |
| 1/14/16 | 0.70 | $248.50 | DRAFTED JENNER CNO RE MONTHLY FEE STATEMENT FOR FILING (.3); COORDINATED FILING OF SAME (.2); EMAILS WITH GOLDIN REGARDING PREPARATION OF GOLDIN'S CNO (.2). |
| 1/18/16 | 0.60 | $213.00 | EMAILS WITH D. PRAGER RE FILING OF CNO RE GOLDIN'S 13TH MONTHLY FEE STATEMENT (.2); DRAFTED CNO (.3); EMAILS WITH SLFO AND JHH RE FILING OF SAME (.1). |
| 1/21/16 | 0.10 | $35.50 | EMAILS WITH JHH RE CRAVATH CNO RE DECEMBER. |
| 1/22/16 | 0.20 | $71.00 | EMAILS WITH D. PRAGER RE FILING OF DECEMBER MONTHLY FEE APPLICATION. |
| 1/22/16 | 0.50 | $177.50 | REVIEW OF AND EDITS TO GOLDIN DECEMBER MONTHLY GOLDIN FEE STATEMENT (.3); EMAILS TO SLFO AND JHH RE SAME (.2). |
| 1/22/16 | 0.20 | $71.00 | EMAILS WITH D. PRAGER RE INFO RE GOLDIN'S CNO FOR DECEMBER FEE APPLICATION. |
| 1/22/16 | 0.20 | $71.00 | EMAILS WITH R. GONZALEZ RE CRAVATH'S DECEMBER MONTHLY FEE STATEMENT. |
| 1/26/16 | 0.80 | $284.00 | EMAILS WITH SLFO RE CRAVATH'S THIRTEENTH FEE STATEMENT (.2); REVIEW OF FEE STATEMENT AND EDITS TO SAME (.3). COORDINATED FILING OF SAME (.3). |
| 1/26/16 | 0.20 | $71.00 | EMAILS WITH R. GONZALEZ RE EDITS TO CRAVATH'S MONTHLY FEE STATEMENT. |
| 1/27/16 | 0.30 | $106.50 | EMAILS WITH R. LEVIN, JHH, AND SLFO RE JENNER'S DECEMBER FEE STATEMENT. |
| 1/27/16 | 0.30 | $106.50 | EDITS TO JENNER'S FEE STATEMENT; EMAILS WITH JHH RE SAME. |
| 1/27/16 | 0.20 | $71.00 | COORDINATED FILING AND SERVICE OF JENNER'S MONTHLY FEE STATEMENT. |
| 2/2/16 | 0.20 | $71.00 | EMAILS FROM R. LEVIN RE CNO TO BE FILED RE DEC. FEE STATEMENT. |
| 2/11/16 | 0.50 | $177.50 | DRAFTED CNO RE CRAVATH'S TWELFTH MONTHLY FEE STATEMENT (.3); COORDINATED FILING OF SAME (.2). |
| 2/12/16 | 0.10 | $35.50 | EMAILS WITH SLFO RE CRAVATH'S CNO RE TWELFTH MONTHLY FEE STATEMENT. |
| 2/16/16 | 0.60 | $213.00 | EMAILS WITH JHH AND SLFO RE JENNER'S SECOND INTERIM APPLICATION (.2); REVIEW OF JENNER'S APPLICATION AND SMALL EDITS TO SAME (.3); COORDINATED FILING OF APPLICATION (.1). |
| 2/16/16 | 0.70 | $248.50 | EMAILS RE CRAVATH'S FOURTH INTERIM FEE APPLICATION (.2); REVIEW OF APPLICATION (.3); COORDINATED FILING AND SERVICE OF SAME (.2). |
| 2/16/16 | 0.10 | $35.50 | EMAILS WITH D. PRAGER RE GOLDIN'S FEE APPLICATION. |
| 2/17/16 | 0.30 | $106.50 | EMAILS WITH SLFO RE GOLDIN'S INTERIM FEE APPLICATION. COORDINATED FILING OF SAME. |
| 2/18/16 | 0.60 | $213.00 | EMAILS WITH JHH, SLFO, AND M. PASKIN RE CRAVATH'S CNO (.2); DRAFTED CRAVATH'S DECEMBER CNO (.3); COORDINATED FILING OF SAME (.2). |
| 2/18/16 | 0.20 | $71.00 | EMAILS WITH JHH AND CO-COUNSEL RE HEARING ON INTERIM FEE APPLICATIONS. |
| 2/19/16 | 0.70 | $248.50 | EMAILS WITH JENNER RE FEE STATEMENT (.2); REVIEW OF SAME (.3); COORDINATED FILING OF FEE STATMENT (.2); |
| 2/22/16 | 0.20 | $71.00 | EMAILS WITH D. PRAGER RE GOLDIN'S FEE STATEMENT. |
| 2/23/16 | 0.20 | $71.00 | COORDINATED FILING OF JENNER'S MONTHLY FEE STATEMENT. |

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 2/23/16 | 0.40 | $142.00 | REVIEW OF AND EDITS TO GOLDIN'S MONTHLY FEE STATEMENT; COORDINATED FILING AND SERVICE OF SAME. |
| 2/23/16 | 0.20 | $71.00 | EMAILS WITH JHH RE FOURTH INTERIM FEE APPLICATION. |
| 2/26/16 | 0.20 | $71.00 | EMAILS WITH R. GONZALEZ RE CRAVATH'S MONTHLY FEE STATEMENT. |
| 3/1/16 | 0.20 | $71.00 | EMAILS WITH JHH RE CRAVATH'S MONTHLY FEE STATEMENT. |
| 3/7/16 | 0.30 | $106.50 | EMAILS WITH D. PRAGER AND JHH RE INTERIM FEE APPLICATION AND ORDER. |
| 3/8/16 | 0.20 | $71.00 | EMAILS WITH R. GONZALEZ RE CRAVATH'S MONTHLY FEE STATEMENT. |
| 3/9/16 | 0.40 | $142.00 | REVIEW AND EDIT TO CRAVATH MONTHLY FEE STATEMENT. COORDINATE FILING AND SERVICE OF SAME. |
| 3/17/16 | 0.50 | $177.50 | EMAILS WITH JHH AND SLFO RE JENNER CNO; DRAFTED SAME AND COORDINATED FILING. |
| 3/18/16 | 0.20 | $71.00 | EMAILS WITH JHH AND SLFO RE GOLDIN CNO. |
| 3/22/16 | 0.20 | $71.00 | EMAILS WITH JENNER RE NINTH MONTHLY FEE STATEMENT. |
| 3/22/16 | 0.20 | $71.00 | EMAILS WITH D. PRAGER RE GOLDIN'S FEE APPLICATION (FEB.). |
| 3/22/16 | 0.50 | $177.50 | REVIEW OF GOLDIN FEE APP AND EDITS TO SAME; COORDINATED FILING AND SERVICE OF FEE APP. |
| 3/22/16 | 0.50 | $177.50 | MINOR EDITS TO JENNER FEE APP; COORDINATED FILING AND SERVICE OF SAME. |
| 3/22/16 | 0.20 | $71.00 | ADDITIONAL EMAILS WITH D. PRAGER RE CNO FOR JAN. FEE STATEMENT. |
| 3/28/16 | 0.20 | $71.00 | EMAILS WITH JHH AND SLFO RE JENNER'S CNO RE FEB. MONTHLY FEE APP. |
| 3/29/16 | 0.40 | $142.00 | MULTIPLE EMAILS WITH D. PRAGER RE FILING OF CNO. |
| 4/19/16 | 0.20 | $71.00 | EMAILS WITH D. PRAGER RE GOLDIN'S CNOS. |
| 4/19/16 | 0.20 | $71.00 | EMAILS WITH R. GONZALEZ RE FILING OF CRAVATH'S FEE STATEMENTS. |
| 4/19/16 | 0.20 | $71.00 | EMAILS WITH JHH RE JENNER'S CNO RE FEBRUARY FEE APPLICATION. |
| 4/20/16 | 0.20 | $71.00 | EMAILS WITH R. GONZALEZ RE CRAVATH'S FEE STATEMENTS. |
| 4/20/16 | 0.20 | $71.00 | EMAILS WITH R. LEVIN RE JENNER & BLOCK'S TO BE FILED CNO. |
| 4/20/16 | 0.40 | $142.00 | DRAFTED CNO RE JENNER'S FEE STATEMENT. |
| 4/20/16 | 0.70 | $248.50 | EMAILS RE JENNER'S MARCH FEE STATEMENT. REVIEW OF FEE STATEMENT AND PREPARED FOR FILING. |
| 4/20/16 | 0.70 | $248.50 | EMAILS RE GOLDIN'S MARCH FEE STATEMENT. REVIEW OF FEE STATEMENT AND PREPARED FOR FILING. |
| 4/20/16 | 0.20 | $71.00 | REVIEW OF AS-FILED FEE APPLICATIONS. |
| 4/21/16 | 0.40 | $142.00 | COORDINATED FILING OF GOLDIN FEE STATEMENT. EMAILS WITH R. LEVIN RE EDIT TO FEE STATEMENT. |
| 4/21/16 | 0.50 | $177.50 | FILED AND COORDINATED SERVICE OF JENNER FEE APPLICATION. |
| 4/29/16 | 0.20 | $71.00 | EMAILS WITH D. PRAGER RE CNOS TO JANUARY AND FEBRUARY FEE STATEMENTS. |
| **CCB Total:** | **19.50** | **$6,922.50** | |

**JHH    Huston, Joseph**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 1/5/16 | 0.30 | $214.50 | REVIEW CRAVATH THIRD INTERIM AND EMAILS CCB SAME |
| 1/6/16 | 0.30 | $214.50 | REVIEW NOTICE AND FINAL/REVISED APP FROM CRAVATH |
| 1/11/16 | 0.30 | $214.50 | EMAILS COCOUNSEL AND GOLDIN RE APPROVALS FOR CNOS ON INTERIM FEE APPS |

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 1/13/16 | 0.30 | $214.50 | REVIEW CRAVATH 12TH MONTHLY AND NOM SAME, EMAILS CCB |
| 1/14/16 | 0.20 | $143.00 | EMAILS CCB RE CNO FOR GOLDIN INTERIM APP AND FOLLOW UP RE SAME |
| 1/18/16 | 0.30 | $214.50 | REVIEW GOLDIN 12TH MONTHLY, NOTICE- FILING AND SERVICE AND EMAILS SAME |
| 1/22/16 | 0.30 | $214.50 | REVIEW AND APPROVE GOLDIN 13TH MONTHLY AND NOTICE OF SAME, FILING AND SERVICE |
| 1/26/16 | 0.30 | $214.50 | REVIEW CRAVATH 13TH MONTHLY AND REVISE NOTICE, EMAILS CCB SAME |
| 1/27/16 | 0.30 | $214.50 | REVIEW JENNER 7TH MONTHLY AND EMAILS CCB RE ATTACHMENTS |
| 2/15/16 | 0.40 | $286.00 | TC V LAZAR RE FEE APPS AND PROGRESS IN CASE TOWARD CONFIRMATION |
| 2/16/16 | 1.70 | $1,215.50 | EMAILS V LAZAR AND CCB RE JENNER 3RD INTERIM (.2) - REVIEW, SUGGEST CHANGES AND REVISE SAME (.6) - REVIEW AND REVISE CRAVATH 4TH INTERIM (.5) - REVIEW AND REVISE GOLDIN 4TH INTERIM AND EMAILS D PRAGER SAME (.4) |
| 2/18/16 | 0.30 | $214.50 | EMAILS D PRAGER RE FEE COMMITTEE ATTN TO FIXED FEE PROFESSIONALS |
| 2/18/16 | 0.20 | $143.00 | REVIEW AND EFILING OF CRAVATH 13TH CNO |
| 2/19/16 | 0.20 | $143.00 | REVIEW AND EFILING OF JENNER 7TH MONTHLY |
| 2/22/16 | 0.30 | $214.50 | READ GOLDIN 14TH MONTHLY AND EMAILS D PRAGER AND CCB SAME |
| 2/29/16 | 0.30 | $214.50 | EMAILS J&B RE STATUS OF FEE APPS AND OBJECTIONS FROM FEE COMMITTEE |
| 3/22/16 | 0.50 | $357.50 | REVIEW AND SUGGEST REVISIONS TO JENNER 9TH MONTHLY AND GOLDIN 15TH - EMAILS D PRAGER RE FEE COMMITTEE STATEMENTS RE FIXED FEE PROFESSIONALS |
| 4/19/16 | 0.30 | $214.50 | EMAILS CCB RE JENNER CNO AND INTERIM FEE APPS |
| 4/20/16 | 0.30 | $214.50 | READ/FOLLOW EMAILS WITH PROFESSIONALS RE STATUS OF FEE APPS AND CNOS |
| 4/21/16 | 0.50 | $357.50 | REVIEW/REVISE JENNER 10TH MONTHLY AND EMAILS CCB RE CALCULATION OF PAYABLE AMOUNT (.3) REVIEW GOLDIN 16TH MONTHLY (.2) |
| *JHH Total:* | *7.60* | *$5,434.00* | |

**SLFO    Foster, Stephanie L.**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 1/6/16 | 0.30 | $51.00 | EFILE AMENDED THIRD INTERIM FEE APPLICATION OF CRAVATH, SWAINE & MOORE LLP INDEPENDENT COUNSEL FOR ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC, FOR THE PERIOD MAY 1, 2015 THROUGH AUGUST 31, 2015 - SEND TO EPIQ FOR SERVICE - SEND TO INTERESTED PARTIES VIA EMAIL |
| 1/6/16 | 0.10 | $17.00 | EFILE AFFIDAVIT OF SERVICE RE DI 6567 |
| 1/11/16 | 0.10 | $17.00 | EFILE AFFIDAVIT OF SERVICE RE: DI 7567 |
| 1/11/16 | 0.10 | $17.00 | EFILE AFFIDAVIT OF SERVICE RE: DI 7434 AND 7435 |
| 1/14/16 | 0.20 | $34.00 | CHECK DOCKET FOR OBJECTIONS; EFILE CERTIFICATE OF NO OBJECTION REGARDING THE SIXTH MONTHLY FEE STATEMENT OF JENNER & BLOCK LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM NOVEMBER 1, 2015 THROUGH NOVEMBER 30, 2015 (NO ORDER REQUIRED)- SEND TO INTERESTED PARTIES VIA EMAIL |
| 1/22/16 | 0.20 | $34.00 | DRAFT NOTICE RE: GOLDIN'S THIRTEENTH MONTHLY FEE APP |

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 1/22/16 | 0.30 | $51.00 | EFILE THIRTEENTH MONTHLY FEE STATEMENT OF GOLDIN ASSOCIATES, LLC FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM DECEMBER 1, 2015 THROUGH DECEMBER 31, 2015 - SEND TO EPIQ FOR SERVICE - SEND TO INTERESTED PARTIES VIA EMAIL |
| 1/26/16 | 0.30 | $51.00 | EFILE THIRTEENTH MONTHLY FEE STATEMENT OF CRAVATH, SWAINE & MOORE LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM DECEMBER 1, 2015 THROUGH DECEMBER 31, 2015 - SEND TO EPIQ FOR SERVICE - SEND TO INTERESTED PARTIES VIA EMAIL |
| 1/27/16 | 0.10 | $17.00 | EFILE AFFIDAVIT OF SERVICE RE DI 7716 |
| 1/27/16 | 0.30 | $51.00 | EFILE SEVENTH MONTHLY FEE STATEMENT JENNER & BLOCK LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM DECEMBER 1, 2015 THROUGH DECEMBER 31, 2015 - SEND TO EPIQ FOR SERVICE - SEND TO INTERESTED PARTIES VIA EMAIL |
| 2/1/16 | 0.10 | $17.00 | EFILE AFFIDAVIT OF SERVICE RE DI 7731 |
| 2/8/16 | 0.10 | $17.00 | EFILE AFFIDAVIT OF SERVICE RE DI 7740 |
| 2/8/16 | 0.10 | $17.00 | EFILE AFFIDAVIT OF SERVICE RE DI 7723 |
| 2/8/16 | 0.10 | $17.00 | EFILE AFFIDAVIT OF SERVICE RE DI 7641 |
| 2/8/16 | 0.10 | $17.00 | DRAFT AFFIDAVIT OF SERVICE RE DI 685 |
| 2/8/16 | 0.10 | $17.00 | EFILE AFFIDAVIT OF SERVICE RE DI 685 |
| 2/8/16 | 0.20 | $34.00 | EFILE NOTICE OF DECLARATIONS - SEND TO PARCELS, INC. FOR SERVICE |
| 2/15/16 | 0.20 | $34.00 | CHECK DOCKET FOR OBJECTIONS; EFILE CNO RE: CERTIFICATE OF NO OBJECTION REGARDING THE "TWELFTH MONTHLY FEE STATEMENT OF CRAVATH, SWAINE & MOORE LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM NOVEMBER 1, 2015 THROUGH NOVEMBER 30, 2015" (NO ORDER REQUIRED); SEND TO INTERESTED PARTIES VIA EMAIL |
| 2/17/16 | 0.30 | $51.00 | EFILE FOURTH INTERIM FEE STATEMENT OF GOLDIN ASSOCIATES, LLC FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM SEPTEMBER 1, 2015 THROUGH DECEMBER 31, 2015 - SEND TO EPIQ FOR SERVICE - SEND TO INTERESTED PARTIES VIA EMAIL |
| 2/17/16 | 0.20 | $34.00 | CHECK DOCKET FOR OBJECTIONS; EFILE CERTIFICATE OF NO OBJECTION REGARDING THE THIRTEENTH MONTHLY FEE STATEMENT OF GOLDIN ASSOCIATES, LLC FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM DECEMBER 1, 2015 THROUGH DECEMBER 31, 2015 (NO ORDER REQUIRED) - SEND TO INTERESTED PARTIES VIA EMAIL |
| 2/18/16 | 0.20 | $34.00 | CHECK DOCKET FOR OBJECTIONS; EFILE CERTIFICATE OF NO OBJECTION REGARDING THE "THIRTEENTH MONTHLY FEE STATEMENT OF CRAVATH, SWAINE & MOORE LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM DECEMBER 1, 2015 THROUGH DECEMBER 31, 2015" (NO ORDER REQUIRED) - SEND TO INTERESTED PARTIES VIA EMAIL |

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 2/19/16 | 0.20 | $34.00 | CHECK DOCKET FOR OBJECTIONS; EFILE CERTIFICATE OF NO OBJECTION REGARDING THE SEVENTH MONTHLY FEE STATEMENT OF JENNER & BLOCK LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM DECEMBER 1, 2015 THROUGH DECEMBER 31, 2015 (NO ORDER REQUIRED) - SEND TO INTERESTED PARTIES VIA EMAIL |
| 2/23/16 | 0.30 | $51.00 | EFILE EIGHTH MONTHLY FEE STATEMENT JENNER & BLOCK LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM JANUARY 1, 2016 THROUGH JANUARY 31, 2016 - SEND TO EPIQ FOR SERVICE - SEND TO INTERESTED PARTIES VIA EMAIL |
| 2/23/16 | 0.30 | $51.00 | EFILE FOURTEENTH MONTHLY FEE STATEMENT OF GOLDIN ASSOCIATES, LLC FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM JANUARY 1, 2016 THROUGH JANUARY 31, 2016 - SEND TO EPIQ FOR SERVICE - SEND TO INTERESTED PARTIES VIA EMAIL |
| 2/29/16 | 0.10 | $17.00 | EFILE AFFIDAVIT OF SERVICE RE DI 7914 AND 7916 |
| 2/29/16 | 0.10 | $17.00 | EFILE AFFIDAVIT OF SERVICE RE DI 7870 |
| 3/10/16 | 0.30 | $51.00 | EFILE FOURTEENTH MONTHLY FEE STATEMENT OF CRAVATH, SWAINE & MOORE LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM JANUARY 1, 2016 THROUGH JANUARY 31, 2016 - SEND TO EPIQ FOR SERVICE - SEND TO INTERESTED PARTIES VIA EMAIL |
| 3/17/16 | 0.20 | $34.00 | EFILE CERTIFICATE OF NO OBJECTION REGARDING THE EIGHTH MONTHLY FEE STATEMENT OF JENNER & BLOCK LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM JANUARY 1, 2016 THROUGH JANUARY 31, 2016 (NO ORDER REQUIRED) - SEND TO INTERESTED PARTIES VIA EMAIL |
| 3/22/16 | 0.30 | $51.00 | EFILE FIFTEENTH MONTHLY FEE STATEMENT OF GOLDIN ASSOCIATES, LLC FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM FEBRUARY 1, 2016 THROUGH FEBRUARY 29, 2016 - SEND TO EPIQ FOR SERVICE - SEND TO INTERESTED PARTIES VIA EMAIL |
| 3/22/16 | 0.30 | $51.00 | EFILE NINTH MONTHLY FEE STATEMENT JENNER & BLOCK LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM FEBRUARY 1, 2016 THROUGH FEBRUARY 29, 2016 - SEND TO EPIQ FOR SERVICE - SEND TO INTERESTED PARTIES VIA EMAIL |
| 4/8/16 | 0.10 | $17.00 | EFILE AFFIDAVIT OF SERVICE RE DI 8054 AND 8055 |
| 4/20/16 | 0.20 | $34.00 | EFILE CERTIFICATE OF NO OBJECTION REGARDING THE NINTH MONTHLY FEE STATEMENT OF JENNER & BLOCK LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM FEBRUARY 1, 2016 THROUGH FEBRUARY 29, 2016 (NO ORDER REQUIRED) |
| 4/21/16 | 0.20 | $34.00 | EFILE SIXTEENTH MONTHLY FEE STATEMENT OF GOLDIN ASSOCIATES, LLC FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM MARCH 1, 2016 THROUGH MARCH 31, 2016 - SEND TO EPIQ FOR SERVICE - SEND TO INTERESTED PARTIES VIA EMAIL |
| *SLFO Total:* | *6.30* | *$1,071.00* | |
| **109285-00005 Total:** | **33.40** | **$13,427.50** | |

| Date | Hours | Dollars | Description |
|---|---|---|---|
| **109285-00006** | **ENERGY FUTURE/FEE APPLICATIONS-S&L** | | |

**CCB     Bent, Camille C**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 1/4/16 | 0.20 | $71.00 | EMAILS WITH SLFO RE FILING OF AOS RE S&L FEE STATEMENT. |
| 1/12/16 | 0.50 | $177.50 | DRAFTED S&L'S CNO RE NOVEMBER MONTHLY FEE STATEMENT (.3). COORDINATED FILING OF SAME (.2). |
| 1/19/16 | 0.20 | $71.00 | EMAILS WITH K. RICKETTS IN PREPARATION OF S&L'S MONTHLY FEE STATEMENT. |
| 1/20/16 | 0.40 | $142.00 | EMAILS WITH K. RICKETTS RE S&L'S MONTHLY FEE STATEMENT. |
| 1/25/16 | 1.00 | $355.00 | EDITS TO THIRTEENTH MONTHLY FEE APPLICATION (.9); EMAILS WITH JHH RE SAME (.1). |
| 2/9/16 | 2.10 | $745.50 | BEGAN PREPARING FOURTH INTERIM S&L FEE APPLICATION (1.9); EMAILS WITH K. RICKETTS RE SAME (.2). |
| 2/10/16 | 3.30 | $1,171.50 | EMAILS WITH JHH RE FOURTH INTERIM FEE APP (.1); DRAFTED FOURTH INTERIM FEE APP (3.2). |
| 2/11/16 | 0.20 | $71.00 | EMAILS WITH K. RICKETTS RE FOURTH INTERIM FEE APP FOR S&L. |
| 2/11/16 | 0.20 | $71.00 | EMAILS WITH SLFO RE FOURTH INTERIM FEE APP FOR S&L. |
| 2/11/16 | 0.20 | $71.00 | EMAILS WITH JHH RE FOURTH INTERIM FEE APPLICATION. |
| 2/12/16 | 0.20 | $71.00 | EMAILS WITH K. RICKETTS RE FOURTH INTERIM FEE APP FOR S&L. |
| 2/14/16 | 0.20 | $71.00 | EMAILS WITH JHH AND SLFO RE FOURTH INTERIM FEE APPLICATION. |
| 2/15/16 | 0.20 | $71.00 | EMAILS WITH SLFO RE FOURTH INTERIM FEE APPLICATION. |
| 2/17/16 | 0.60 | $213.00 | DRAFTED CNO RE S&L'S 13TH FEE STATEMENT (.3); COORDINATED FILING OF SAME (.3). |
| 2/18/16 | 1.10 | $390.50 | DRAFTED LATEST MONTHLY FEE STATEMENT BY S&L. |
| 2/19/16 | 1.30 | $461.50 | DRAFTED S&L FEE STATEMENT. |
| 2/21/16 | 1.40 | $497.00 | DRAFTED MONTHLY FEE STATEMENT; EMAILED TO JHH FOR REVIEW ALONG WITH OTHER CONSIDERATIONS. |
| 2/22/16 | 0.20 | $71.00 | EMAILS WITH K. RICKETTS RE S&L FEE STATEMENT. |
| 2/23/16 | 0.70 | $248.50 | EDITS TO DRAFT OF FOURTH INTERIM FEE APPLICATION. |
| 2/26/16 | 0.20 | $71.00 | EMAILS WITH JHH RE FOURTEENTH MONTHLY FEE STATEMENT. |
| 3/18/16 | 0.60 | $213.00 | EMAILS WITH K. RICKETTS RE S&L FEE APP; BEGAN DRAFTING SAME. |
| 3/22/16 | 0.10 | $35.50 | EMAILS WITH JHH RE S&L FEE STATEMENT. |
| 3/28/16 | 1.90 | $674.50 | DRAFTED FEB. MONTHLY FEE STATEMENT; EMAILS TO JHH. |
| 3/30/16 | 0.30 | $106.50 | EMAILS WITH JHH RE MONTHLY FEE STATEMENT. COORDINATED FILING AND SERVICE OF SAME. |
| 3/31/16 | 0.30 | $106.50 | COORDINATED ADDITIONAL SUBMISSIONS RE MONTHLY FEE STATEMENT (.3). |
| 4/19/16 | 0.20 | $71.00 | EMAILS WITH K. RICKETTS RE DRAFTING OF S&L'S MONTHLY FEE APPLICATION. |
| 4/20/16 | 0.30 | $106.50 | MULTIPLE EMAILS WITH JHH RE S&L CNO. |
| 4/21/16 | 0.50 | $177.50 | DRAFTED CNO RE S&L FEE STATEMENT; COORDINATED FILING OF SAME. |
| 4/22/16 | 2.70 | $958.50 | DRAFTED S&L'S MARCH FEE STATEMENT; EMAILS WITH K. RICKETTS RE SAME. |
| 4/27/16 | 0.40 | $142.00 | EMAILS WITH JHH RE FEE STATEMENT; COORDINATED FILING AND SERVICE OF SAME. |
| 4/28/16 | 0.30 | $106.50 | EMAILS WITH A. MCMULLAN AND SLFO RE S&L'S MARCH FEE STATEMENT. |
| **CCB Total:** | **22.00** | **$7,810.00** | |

| Date | Hours | Dollars | Description |
|---|---|---|---|
| **JHH** | **Huston, Joseph** | | |
| 1/15/16 | 0.20 | $143.00 | REVIEW AND REVISE/EFILING OF CNO FOR 12TH MONTHLY |
| 1/25/16 | 0.30 | $214.50 | REVIEW 13TH MONTHLY AND EMAILS CCB SAME |
| 2/11/16 | 0.40 | $286.00 | REVIEW INITIAL DRAFT OF 4TH INTERIM AND EMAILS CCB |
| 2/12/16 | 0.30 | $214.50 | REVIEW AND APPROVE CNO RE 12TH MONTHLY AND EMAILS CCB RE 4TH INTERIM |
| 2/15/16 | 0.60 | $429.00 | REVIEW, REVISE, EFILING AND SERVICE OF 12TH MONTHLY AND 4TH INTERIM |
| 2/22/16 | 0.30 | $214.50 | REVIEW 13TH PAY PACKAGE AND EMAILS CCB RE REQUIRED CHANGES TO SAME |
| 2/26/16 | 0.30 | $214.50 | REVIEW AND REVISE 14TH MONTHLY AND EMAILS CCB SAME |
| 2/29/16 | 0.20 | $143.00 | REVISE/FILING AND SERVICE OF 14TH MONTHLY |
| 3/30/16 | 0.40 | $286.00 | REVIEW AND REVISE 15TH MONTHLY AND EMAILS CCB RE TIME CHARGED |
| 4/21/16 | 0.30 | $214.50 | REVIEW CNO FOR S&L 14TH AND EMAILS CCB RE UST LETTER ON INTERIMS |
| 4/27/16 | 0.30 | $214.50 | REVIEW AND REVISE 16TH MONTHLY, EMAILS CCB SAME |
| **JHH Total:** | **3.60** | **$2,574.00** | |
| **SLFO** | **Foster, Stephanie L.** | | |
| 1/4/16 | 0.10 | $17.00 | EFILE AFFIDAVIT OF SERVICE RE DI 7451 |
| 1/15/16 | 0.20 | $34.00 | CHECK DOCKET FOR OBJECTIONS; EFILE CERTIFICATE OF NO OBJECTION REGARDING THE TWELFTH MONTHLY FEE STATEMENT OF STEVENS & LEE, P.C. FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM NOVEMBER 1, 2015 TO NOVEMBER 30, 2015 (NO ORDER REQUIRED) - SEND TO INTERESTED PARTIES VIA EMAIL |
| 2/15/16 | 0.40 | $68.00 | EFILE FOURTH INTERIM FEE APPLICATION OF STEVENS & LEE, P.C., SPECIAL COUNSEL FOR ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC, FOR THE PERIOD OF SEPTEMBER 1, 2015 THROUGH DECEMBER 31, 2015 - UPLOAD LEDES FILES - SEND TO EPIQ FOR SERVICE - SEND TO INTERESTED PARTIES VIA EMAIL |
| 2/17/16 | 0.20 | $34.00 | CHECK DOCKET FOR OBJECTIONS; EFILE CERTIFICATE OF NO OBJECTION REGARDING THE THIRTEENTH MONTHLY FEE STATEMENT OF STEVENS & LEE, P.C. FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM DECEMBER 1, 2015 TO DECEMBER 31, 2015 (NO ORDER REQUIRED) - SEND TO INTERESTED PARTIES VIA EMAIL |
| 2/29/16 | 0.30 | $51.00 | EFILE FOURTEENTH MONTHLY FEE STATEMENT OF STEVENS & LEE, P.C. FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM JANUARY 1, 2016 THROUGH JANUARY 31, 2016 - SEND TO EPIQ FOR SERVICE - SEND TO INTERESTED PARTIES VIA EMAIL |
| 2/29/16 | 0.10 | $17.00 | EFILE AFFIDAVIT OF SERVICE RE DI 7846 |
| 3/14/16 | 0.10 | $17.00 | EFILE AFFIDAVIT OF SERVICE RE DI 7940 |
| 3/30/16 | 0.40 | $68.00 | EFILE FIFTEENTH MONTHLY FEE STATEMENT OF STEVENS & LEE, P.C. FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM FEBRUARY 1, 2016 THROUGH FEBRUARY 29, 2016 - UPLOAD FILES TO BOX.COM - SEND TO EPIQ FOR SERVICE - SEND TO INTERESTED PARTIES VIA EMAIL |
| 4/8/16 | 0.10 | $17.00 | EFILE AFFIDAVIT OF SERVICE RE DI 8103 |

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 4/22/16 | 0.20 | $34.00 | EFILE CERTIFICATE OF NO OBJECTION REGARDING THE FOURTEENTH MONTHLY FEE STATEMENT OF STEVENS & LEE, P.C. FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM JANUARY 1, 2016 TO JANUARY 31, 2016 (NO ORDER REQUIRED) |
| 4/27/16 | 0.40 | $68.00 | EFILE SIXTEENTH MONTHLY FEE STATEMENT OF STEVENS & LEE, P.C. FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM MARCH 1, 2016 THROUGH MARCH 31, 2016 - SEND TO EPIQ FOR SERVICE - SEND TO INTERESTED PARTIES VIA EMAIL - LOAD FILES TO BOX |
| **SLFO Total:** | **2.50** | **$425.00** | |
| **109285-00006 Total:** | **28.10** | **$10,809.00** | |

**109285-00007   ENERGY FUTURE/HEARINGS**

**JHH   Huston, Joseph**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 2/16/16 | 0.20 | $143.00 | REVIEW AGENDA OF FEE HEARING AND EMAILS TEAM SAME RE ATTENDANCE |
| 2/18/16 | 1.10 | $786.50 | PREP FOR, ATTEND AND REPORT ON HEARING ON INTERIM FEES |
| **JHH Total:** | **1.30** | **$929.50** | |
| **109285-00007 Total:** | **1.30** | **$929.50** | |

**109285-00008   ENERGY FUTURE/LEGAL AND FACTUAL RESEAR**

**JHH   Huston, Joseph**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 3/3/16 | 1.60 | $1,144.00 | FOLLOW PROGRESS OF TEXAS PUC HEARING ON REIT AND WATCH RELEVANT PORTIONS OF PROCEEDINGS - EMAILS JENNER & BLOCK SAME |
| **JHH Total:** | **1.60** | **$1,144.00** | |
| **109285-00008 Total:** | **1.60** | **$1,144.00** | |

**109285-00010   ENERGY FUTURE/PLANS OF REORGANIZATION A**

**JHH   Huston, Joseph**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 3/22/16 | 0.40 | $286.00 | READ REPORTS ON TEXAS PUC ACTIONS AND MOTION BY TTI RE SAME |
| 4/23/16 | 0.30 | $214.50 | EMAILS AND TC R LEVIN RE UPDATE ON PLAN PROCESS |
| 4/28/16 | 0.40 | $286.00 | READ/ANALYZE REPORTS OF HEARING ON WITHDRAWAL OF PLAN AND NEXT STEPS |
| **JHH Total:** | **1.10** | **$786.50** | |
| **109285-00010 Total:** | **1.10** | **$786.50** | |

**109285-00011   ENERGY FUTURE/PLEADINGS, MOTIONS AND BR**

**JHH   Huston, Joseph**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 1/6/16 | 0.30 | $214.50 | READ REPORT ON ALCOA SETTLEMENT |
| **JHH Total:** | **0.30** | **$214.50** | |

| Date | Hours | Dollars | Description |
|---|---|---|---|
| **109285-00011 Total:** | **0.30** | **$214.50** | |
| **Grand Total:** | **67.50** | **$28,127.50** | |