# EXHIBIT J

### Staffing Plan for Stevens & Lee, P.C. for All Matter Categories
### For the Period January 1, 2016 through April 30, 2016

| Aggregate Staffing Plan for All Matter Categories | | |
|---|---|---|
| **Category of Timekeeper** | **# of Timekeepers Expected to Work on the Matter Categories During the Fee Period** | **Average Hourly Rate** |
| Shareholders | 1 | $715.00 |
| Associates | 1 | $355.00 |
| Legal Assistants | 1 | $170.00 |

| Staffing Plan for Matter Category #1, Professional Retentions | | |
|---|---|---|
| **Category of Timekeeper** | **# of Timekeepers Expected to Work on the Matter Categories During the Fee Period** | **Average Hourly Rate** |
| Shareholders | 1 | $715.00 |
| Associates | 1 | $355.00 |
| Legal Assistants | 1 | $170.00 |

| Staffing Plan for Matter Category #2, Case Administration/General Matters | | |
|---|---|---|
| **Category of Timekeeper** | **# of Timekeepers Expected to Work on the Matter Categories During the Fee Period** | **Average Hourly Rate** |
| Shareholders | 1 | $715.00 |
| Associates | 1 | $355.00 |
| Legal Assistants | 1 | $170.00 |

| Staffing Plan for Matter Category #3, Chapter 11 Issues | | |
|---|---|---|
| **Category of Timekeeper** | **# of Timekeepers Expected to Work on the Matter Categories During the Fee Period** | **Average Hourly Rate** |
| Shareholders | 0 | $715.00 |
| Associates | 0 | $355.00 |
| Legal Assistants | 0 | $170.00 |

| Staffing Plan for Matter Category #4, Communications with Professionals | | |
|---|---|---|
| **Category of Timekeeper** | **# of Timekeepers Expected to Work on the Matter Categories During the Fee Period** | **Average Hourly Rate** |
| Shareholders | 1 | $715.00 |
| Associates | 0 | $355.00 |
| Legal Assistants | 0 | $170.00 |

| Staffing Plan for Matter Category #5, Fee Applications, Others | | |
|---|---|---|
| **Category of Timekeeper** | **# of Timekeepers Expected to Work on the Matter Categories During the Fee Period** | **Average Hourly Rate** |
| Shareholders | 1 | $715.00 |
| Associates | 1 | $355.00 |
| Legal Assistants | 1 | $170.00 |

SL1 1420248v1 109285.00006

| Staffing Plan for Matter Category #6, Fee Applications, S&L ||  |
|---|---|---|
| **Category of Timekeeper** | **# of Timekeepers Expected to Work on the Matter Categories During the Fee Period** | **Average Hourly Rate** |
| Shareholders | 1 | $715.00 |
| Associates | 1 | $355.00 |
| Legal Assistants | 1 | $170.00 |

| Staffing Plan for Matter Category #7, Hearings ||  |
|---|---|---|
| **Category of Timekeeper** | **# of Timekeepers Expected to Work on the Matter Categories During the Fee Period** | **Average Hourly Rate** |
| Shareholders | 1 | $715.00 |
| Associates | 1 | $355.00 |
| Legal Assistants | 0 | $170.00 |

| Staffing Plan for Matter Category #8, Research ||  |
|---|---|---|
| **Category of Timekeeper** | **# of Timekeepers Expected to Work on the Matter Categories During the Fee Period** | **Average Hourly Rate** |
| Shareholders | 1 | $715.00 |
| Associates | 0 | $355.00 |
| Legal Assistants | 0 | $170.00 |

3

| Staffing Plan for Matter Category #9, Meetings | | |
|---|---|---|
| **Category of Timekeeper** | **# of Timekeepers Expected to Work on the Matter Categories During the Fee Period** | **Average Hourly Rate** |
| Shareholders | 0 | $715.00 |
| Associates | 0 | $355.00 |
| Legal Assistants | 0 | $170.00 |

| Staffing Plan for Matter Category #10, Plans of Reorganization/Disclosure Statements | | |
|---|---|---|
| **Category of Timekeeper** | **# of Timekeepers Expected to Work on the Matter Categories During the Fee Period** | **Average Hourly Rate** |
| Shareholders | 1 | $715.00 |
| Associates | 0 | $355.00 |
| Legal Assistants | 0 | $170.00 |

| Staffing Plan for Matter Category #11, Pleadings, Motions & Briefs | | |
|---|---|---|
| **Category of Timekeeper** | **# of Timekeepers Expected to Work on the Matter Categories During the Fee Period** | **Average Hourly Rate** |
| Shareholders | 1 | $715.00 |
| Associates | 1 | $355.00 |
| Legal Assistants | 0 | $170.00 |

SL1 1420248v1 109285.00006