# EXHIBIT C

**CORPORATE STRUCTURE OF THE DEBTORS AND
CERTAIN NON-DEBTOR AFFILIATES**

**(AS OF THE PETITION DATE)**

# (AS OF THE PETITION DATE)

# Energy Future Holdings ("EFH")

Texas Energy Future Holdings Limited Partnership
[TX]

| Energy Future Holdings Corp. ("EFH Corp.") [TX] | |
|---|---|
| Total Indebtedness: $1.929 billion (excluding guarantees) | |
| Unsecured ($1.929 billion) | **EFH Unsecured LBO Notes:**<br>• 10.875% EFH LBO Senior Notes due 2017 ($33 million outstanding)<br>• 11.25%/12.0% EFH LBO Toggle Notes due 2017 ($27 million outstanding) |
| | **EFH Unsecured Legacy Notes:**<br>• 5.55% EFH Legacy Notes due 2014 ($371 million outstanding)<br>• 6.50% EFH Legacy Notes due 2024 ($746 million outstanding)<br>• 6.55% EFH Legacy Notes due 2034 ($747 million outstanding) |
| | **EFH Other Unsecured Notes:**<br>• 10.00% EFH Unsecured Notes due 2020 ($3 million outstanding)<br>• 9.75% EFH Unsecured Notes due 2019 ($2 million outstanding) |
| Total EFH Corp. | $1.929 billion |
| Guarantees | EFCH Tex-La Obligations |

| Energy Future Intermediate Holding Company LLC ("EFIH") [DE] | |
|---|---|
| Total Indebtedness: $7.709 billion (excluding guarantees) | |
| 1st Lien Secured ($3.985 billion) | **EFIH First Lien Notes:**<br>• 6.875% EFIH Senior Secured First Lien Notes due 2017 ($503 million outstanding)<br>• 10.00% EFIH Senior Secured First Lien Notes due 2020 ($3.482 billion outstanding) |
| 2nd Lien Secured ($2.156 billion) | **EFIH Second Lien Notes:**<br>• 11.00% EFIH Senior Secured Second Lien Notes due 2021 ($406 million outstanding)<br>• 11.75% EFIH Senior Secured Second Lien Notes due 2022 ($1.750 billion outstanding) |
| Unsecured ($1.568 billion) | **EFIH Unsecured Toggle Notes:**<br>• 11.25%/12.25% Senior Toggle Notes due 2018 ($1.566 billion outstanding)<br>**EFIH Other Unsecured Notes:**<br>• 9.75% EFIH Unsecured Notes due 2019 ($2 million outstanding) |
| Total EFIH Debt | $7.707 billion |
| Guarantees | EFH Unsecured LBO Notes |

EFIH Finance Inc.
[DE]

Texas Transmission Investment LLC[3]
[DE]
(Outside Investors)

**Outstanding Debt of $6.29 billion as of Dec. 31, 2013**

- Oncor Electric Delivery Holdings Company LLC [DE]
  - 80.033% — Oncor Electric Delivery Company LLC [DE] (19.75% Texas Transmission Investment LLC; 0.217% Oncor Management Investment LLC)
    - 100% (Class A membership interests); Managers/Directors 100% (Class B membership interests)
    - Oncor Management Investment LLC [DE]
    - Oncor Electric Delivery Transition Bond Company LLC [DE]
    - Oncor Electric Delivery Administration Corp. [TX]
  - Oncor License Holdings Company LLC [TX]
  - Oncor Communications Holdings Company LLC [DE]

ONCOR

| Energy Future Competitive Holdings Company LLC ("EFCH") [DE] | |
|---|---|
| Total Indebtedness: $70 million (excluding guarantees) | |
| Secured ($61 million) | EFCH Tex-La Obligations due 2019/2020 ($61 million outstanding) |
| Unsecured ($9 million) | EFCH Notes due 2037 ($9 million outstanding) |
| Total EFCH | $70 million |
| Guarantees | EFH Unsecured LBO Notes |
| | TCEH First Lien Debt |
| | TCEH Second Lien Debt |
| | TCEH Unsecured Notes (other than PCRBs) |

| Texas Competitive Electric Holdings Company LLC ("TCEH LLC") [DE] | |
|---|---|
| Total Indebtedness: $32.068 billion | |
| 1st Lien Secured ($24.385 billion) | **TCEH First Lien Debt:**<br>• TCEH First Lien Credit Agreement ($22.635 billion outstanding)<br>• 11.50% TCEH First Lien Notes due 2020 ($1.750 billion outstanding)<br>• Obligations under TECH First Lien Interest Rate Swaps and TCEH First Lien Commodity Hedges to be determined) |
| 2nd Lien Secured ($1.571 billion) | **TCEH Second Lien Notes:**<br>• 15.0% TCEH Second Lien Notes due 2021 ($1.571 billion outstanding) |
| Unsecured ($6.113 billion) | **TCEH Unsecured Notes:**<br>• 10.25% TCEH Fixed Senior Notes due 2015 ($3.488 billion outstanding)<br>• 10.50%/11.25% TCEH Senior Toggle Notes due 2016 ($1.749 billion outstanding) |
| | **TCEH Pollution Control Revenue Bonds:**<br>• TCEH PCRBs ($875 million outstanding, $19 million supported by outstanding LCs) (PCRBs are owed only by TCEH LLC, not by any subsidiaries. |
| Total TCEH | $32.068 billion |

- Generation MT Company LLC [DE]
- Luminant Holding Company LLC [DE]
  - Luminant Energy Company LLC (TX)
    - Luminant ET Services Company [TX]
    - Luminant Energy Trading California Company [TX]
  - *Other wholly-owned subsidiaries of Luminant Holding Company LLC*
    - Big Brown 3 Power Company LLC [TX]
    - Big Brown Power Company LLC [TX]
    - Collin Power Company LLC [DE]
    - DeCordova Power Company LLC [TX]
    - Luminant Mineral Development Company LLC [TX]
    - Lake Creek 3 Power Company LLC [TX]
    - Martin Lake 4 Power Company LLC [TX]
    - Monticello 4 Power Company LLC [TX]
    - Morgan Creek 7 Power Company LLC [TX]
    - NCA Resources Development Company LLC [TX]
    - Oak Grove Management Company LLC [DE]
    - Oak Grove Power Company LLC [TX]
    - Sandow Power Company LLC [TX]
    - Tradinghouse 3 & 4 Power Company LLC [TX]
    - Generation SVC Company [TX]
    - Tradinghouse Power Company LLC [TX]
    - Valley Power Company LLC [TX]
    - Decordova II Power Company LLC [DE]
    - Greenway Development Company LLC [DE]
    - Eagle Mountain Power Company LLC [DE]
    - Big Brown Lignite Company LLC [TX]
    - Luminant Big Brown Mining Company LLC [TX]
    - Luminant Mining Company LLC [TX]
    - Oak Grove Mining Company LLC [TX]
  - Luminant Generation Company LLC [TX]
    - Luminant Renewables Company LLC [TX]
    - Valley NG Power Company LLC [TX]
    - Nuclear Energy Future Holdings LLC [DE]
      - Nuclear Energy Future Holdings II LLC [DE]
        - 88% — Comanche Peak Nuclear Power Company LLC [DE] (12% MHI Nuclear North America, Inc. (Outside Investor))
- TCEH Finance, Inc. [DE]
- TXU Energy Retail Company LLC [TX]
  - TXU Retail Services Company [DE]
  - TXU Energy Solutions Company LLC [TX]
    - TXU SEM Company [DE]
- TXU Energy Receivables Company LLC [DE]
- 4Change Energy Holdings LLC [TX]
  - 4Change Energy Company [TX]

Luminant

TXU energy

**EFH Corporate Services Company [TX]**

- Dallas Power & Light Company, Inc. [TX]
- Lone Star Energy Company, Inc. [TX]
- Lone Star Pipeline Company, Inc. [TX]
- Southwestern Electric Service Company, Inc. [TX]
- Texas Electric Service Company, Inc. [TX]
- Texas Energy Industries Company, Inc. [TX]
- Texas Power and Light Company, Inc. [TX]
- Texas Utilities Company, Inc. [TX]
- Texas Utilities Electric Company, Inc. [TX]
- TXU Electric Company, Inc. [TX]
- EFH CG Management Company LLC [TX]
  - 21.5% — EFH CG Holdings Company L.P.(1) [TX]

- LSGT Gas Company LLC [TX]
  - LSGT SACROC, Inc. [TX]
  - Humphreys & Glasgow Limited [UK, in liquidation]
  - EEC Holdings, Inc. [NV]
    - EECI, Inc. [NV]
    - Ebasco Services of Canada Limited [Canada]

- EFH Renewables Company LLC [DE]
- Generation Development Company LLC [DE]
- NCA Development Company LLC [TX]
- TXU Receivables Company [DE]
- EFH Vermont Insurance Company [VT]
- Brighten Holdings LLC [DE]
  - Brighten Energy LLC [DE]
- EFH Australia (No. 2) Holdings Company [DE]
- EFH Finance (No. 2) Holdings Company [DE]
- EFH FS Holdings Company [DE]
  - International Entities in Administration/ Liquidation

- EFH Properties Company [TX]
  - Basic Resources Inc. [TX]

KE 26752493