## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | Case No. 14-10979 (CSS) |
| Debtors.[1] | (Jointly Administered) |
| | **Re: D.I. 8357, 8747** |

### CERTIFICATION OF COUNSEL REGARDING "ORDER (A) APPROVING THE DISCLOSURE STATEMENT OF THE TCEH DEBTORS AND THE EFH SHARED SERVICES DEBTORS, (B) ESTABLISHING THE TCEH VOTING RECORD DATE, TCEH VOTING DEADLINE, AND OTHER DATES, (C) APPROVING PROCEDURES FOR SOLICITING, RECEIVING, AND TABULATING VOTES ON THE PLAN AND FOR FILING OBJECTIONS TO THE PLAN AS TO THE TCEH DEBTORS AND EFH SHARED SERVICES DEBTORS, AND (D) APPROVING THE MANNER AND FORMS OF NOTICE AND OTHER RELATED DOCUMENTS"

On May 1, 2016, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Motion of Energy Future Holdings Corp., et al., for Entry of an Order (A) Approving the Disclosure Statement, (B) Establishing the Voting Record Date, Voting Deadline, and Other Dates, (C) Approving Procedures for Soliciting, Receiving, and Tabulating Votes on the Plan and for Filing Objections to the Plan, and (D) Approving the Manner and Forms of Notice and Other Related Documents* [D.I. 8357] (the "Motion"[2]) with the

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Contemporaneously with the Motion, the Debtors also filed the *Order (A) Approving the Disclosure Statement, (B) Establishing the Voting Record Date, Voting Deadline, and Other Dates, (C) Approving Procedures for Soliciting, Receiving, and Tabulating Votes on the Plan and for Filing Objections to the Plan, and (D) Approving the Manner and Forms of Notice and Other Related Documents* [D.I. 8357-2] (the "Proposed Order"), in connection with the Motion. The Debtors filed revised versions of the Proposed Order on June 10, 2016 [D.I. 8691] and June 16, 2016 [D.I. 8739].

United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). Pursuant to the Motion, the Debtors are seeking entry of an order (a) approving the *Third Amended Disclosure Statement for the Second Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the TCEH Debtors and the EFH Shared Services Debtors* [D.I. 8747] (as modifying D.I. 8356, D.I. 8423 and D.I. 8689 and as may be further modified, amended, or supplemented from time to time, the "TCEH Disclosure Statement"); (b) establishing the voting record date, voting deadline, and other related dates; (c) approving procedures for soliciting, receiving, and tabulating votes on the *Joint Plan of Reorganization of Energy Future Holdings Corp., et. al., Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 8355] (as modified by D.I. 8421, D.I. 8687, and D.I. 8745, and as may be further modified, amended, or supplemented from time to time, the "Plan"); (d) approving the manner and forms of notice and other related documents; and (e) granting other relief relating thereto as set forth therein.

On May 24, 2016, the Bankruptcy Court entered the *Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection With the Confirmation of Debtors' Joint Plan of Reorganization and the Approval of Debtors' Disclosure Statement* [D.I. 8514] (the "Scheduling Order"). Pursuant to the Scheduling Order, among other things, the Bankruptcy Court scheduled certain dates and deadlines and established certain protocols in connection with the confirmation of the Debtors' chapter 11 plan(s) of reorganization and approval of the Debtors' related disclosure statement(s).

In accordance with the Scheduling Order, on May 31, 2016, each of (i) The Bank of New York Mellon, as Indenture Trustee and The Bank of New York Mellon Trust Company, N.A., as Indenture Trustee (*see* D.I. 8572); (ii) American Stock Transfer & Trust Company LLC

(*see* D.I. 8574) (the "EFH Indenture Trustee"); and UMB Bank, N.A. (*see* D.I. 8575) filed a response or reservation of rights in connection with the TCEH Disclosure Statement (collectively, D.I. 8572, 8574, 8575 are the "Responses"). On June 10, 2016, the TCEH Debtors[3] filed their reply to the Responses (*see* D.I. 8686; the "Reply").

On June 16, 2016 starting at 10:00 a.m. (Eastern Daylight Time) (the "June 16[th] Hearing") the Bankruptcy Court held a hearing to consider the approval of the TCEH Disclosure Statement and the Motion, the extant Response of the EFH Indenture Trustee[4] to the approval of the TCEH Disclosure Statement, and the Reply. At the June 16th Hearing, the Bankruptcy Court heard and considered the statements and arguments of counsel to the Debtors and counsel to the EFH Indenture Trustee with respect to the requested approval of the TCEH Disclosure Statement. Following the conclusion of argument, on the record of the June 16th Hearing, the Bankruptcy Court (i) overruled the extant Response of the EFH Indenture Trustee to the approval of the TCEH Disclosure Statement; and (ii) approved the TCEH Disclosure Statement and granted the Motion subject to the submission of final documentation under a certification of counsel.

Consequently, the TCEH Debtors have prepared a further revised form of the Proposed Order (the "Revised Order") approving the TCEH Disclosure Statement and granting the Motion, which they believe is consistent with the record of the June 16th Hearing. A copy of the Revised Order is attached hereto as **Exhibit A**. A redline, comparing the Revised Order against the form of the Proposed Order filed with the Bankruptcy Court earlier on June 16, 2016

---

[3] Capitalized terms used, but not otherwise defined, herein shall be given the same meanings ascribed to them in the Scheduling Order.

[4] As set forth in the Reply, only the Response of the EFH Indenture Trustee was required to go forward on a contested basis at the June 16th Hearing.

RLF1 14654652v.1

(D.I. 8739) is attached hereto as **Exhibit B**.  The TCEH Debtors believe that the Revised Order is consistent with the record of the June 16th Hearing and should be approved.

       The TCEH Debtors therefore respectfully request that the Bankruptcy Court enter the Revised Order, substantially in the form attached hereto as **Exhibit A**, at its earliest convenience.

*[Remainder of page intentionally left blank.]*

Dated: June 16, 2016
      Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
          defranceschi@rlf.com
          madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    edward.sassower@kirkland.com
          stephen.hessler@kirkland.com
          brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    james.sprayregen@kirkland.com
          marc.kieselstein@kirkland.com
          chad.husnick@kirkland.com
          steven.serajeddini@kirkland.com

Co-Counsel to the TCEH Debtors