# **Exhibit D**

[Detailed Description of Expenses Incurred]

# Energy Future Holdings Corp – February 2016

| Date | Person | Expense Code | Fee |
|---|---|---|---|
| 2/2/2016 | Cumbee, Matthew | AIR - Airfare | $ 68.10 |
| | | Economy class, one-way from ORD to LGA for in-person Evercore meeting | |
| 2/3/2016 | Cumbee, Matthew | AIR - Airfare | $ 153.10 |
| | | Economy class, one-way from LGA to ORD for return flight. | |
| 2/12/2016 | Cumbee, Matthew | AIR - Airfare | $ 198.10 |
| | | Economy class, one-way from ORD to LGA for meeting at K&E with the DDA's | |
| 2/12/2016 | Cumbee, Matthew | AIR - Airfare | $ 1,078.10 |
| | | First class, one-way from JFK to ORD for return flight (no economy-class available at the time of booking.   Next available economy class, 5 hours later at similar pricing). | |
| 2/24/2016 | Cumbee, Matthew | AIR - Airfare | $ 386.20 |
| | | Economy class, round-trip DFW to ORD for meetings with EFH Management | |
| 2/29/2016 | Cumbee, Matthew | AIR - Airfare | $ 271.10 |
| | | Economy class, one-way from ORD to LGA for Evercore meetings | |
| 2/1/2016 | Luria, Neil | AIR - Airfare | $ 641.10 |
| | | Economy class, one-way from ORD to LGA for Evercore meetings | |
| 2/4/2016 | Luria, Neil | AIR - Airfare | $ 641.10 |
| | | Economy class, one-way from EWR to CLE for return flight from Evercore meeting and meeting with Greenhill on 2/3. | |
| 2/11/2016 | Luria, Neil | AIR - Airfare | $ 511.10 |
| | | Economy class, one-way from ORD to LGA for meeting at K&E with the DDA's | |
| 2/12/2016 | Luria, Neil | AIR - Airfare | $ 661.10 |
| | | Economy class, one-way from LGA to CLE for return flight | |
| 2/24/2016 | Luria, Neil | AIR - Airfare | $ 206.81 |
| | | Economy class, one-way to DFW for board meeting | |
| 2/26/2016 | Luria, Neil | AIR - Airfare | $ 622.00 |
| | | One-way from DFW to CLE for return flight (coach fare) | |
| 2/29/2016 | Luria, Neil | AIR - Airfare | $ 436.10 |
| | | Economy class, one-way from ORD to LGA for Evercore meetings | |
| 2/1/2016 | Nowitz, Raoul | AIR - Airfare | $ 433.85 |
| | | Economy class, one-way from ATL to LGA for Evercore meetings | |
| 2/23/2016 | Nowitz, Raoul | AIR - Airfare | $ 474.20 |
| | | Economy class, round-trip from ATL to DFW for board meeting and meetings with management. | |
| 2/29/2016 | Nowitz, Raoul | AIR - Airfare | $ 253.00 |
| | | Economy class from ORD to LGA for EFH meeting in New York | |
| | | Total Airfare: | **$ 7,035.06** |
| 2/2/2016 | Cumbee, Matthew | GRTRAN - Ground Transportation | $ 44.81 |
| | | Cab from LGA to hotel | |
| 2/2/2016 | Cumbee, Matthew | GRTRAN - Ground Transportation | $ 30.80 |
| | | Cab to ORD Airport. | |
| 2/3/2016 | Cumbee, Matthew | GRTRAN - Ground Transportation | $ 43.01 |

**Energy Future Holdings Corp – February 2016**

| Date | Person | Expense Code | Fee |
|---|---|---|---|
| 2/3/2016 | Cumbee, Matthew | Cab to meeting<br>GRTRAN - Ground Transportation | $ 59.00 |
| 2/3/2016 | Cumbee, Matthew | Cab to home<br>GRTRAN - Ground Transportation | $ 3.30 |
| 2/12/2016 | Cumbee, Matthew | Cab to meeting<br>GRTRAN - Ground Transportation | $ 39.75 |
| 2/12/2016 | Cumbee, Matthew | Cab to meeting<br>GRTRAN - Ground Transportation | $ 66.00 |
| 2/12/2016 | Cumbee, Matthew | Cab to JFK Airport<br>GRTRAN - Ground Transportation | $ 41.10 |
| 2/12/2016 | Cumbee, Matthew | Cab to home<br>GRTRAN - Ground Transportation | $ 30.22 |
| 2/25/2016 | Cumbee, Matthew | Cab to ORD Airport<br>GRTRAN - Ground Transportation | $ 5.00 |
| 2/25/2016 | Cumbee, Matthew | Cab from meeting to hotel in Dallas<br>GRTRAN - Ground Transportation | $ 5.00 |
| 2/26/2016 | Cumbee, Matthew | Cab from meeting to hotel in Dallas<br>GRTRAN - Ground Transportation | $ 59.80 |
| 2/26/2016 | Cumbee, Matthew | Cab to home<br>GRTRAN - Ground Transportation | $ 27.85 |
| 2/26/2016 | Cumbee, Matthew | Cab from airport to meeting in Dallas<br>GRTRAN - Ground Transportation | $ 27.35 |
| 2/26/2016 | Cumbee, Matthew | Cab from meeting to airport in Dallas<br>GRTRAN - Ground Transportation | $ 5.00 |
| 2/26/2016 | Cumbee, Matthew | Cab from hotel to meeting<br>GRTRAN - Ground Transportation | $ 7.94 |
| 2/26/2016 | Cumbee, Matthew | Cab from hotel to meeting<br>GRTRAN - Ground Transportation | $ 30.29 |
| 2/29/2016 | Cumbee, Matthew | Cab to from airport to home<br>GRTRAN - Ground Transportation | $ 56.10 |
| 2/29/2016 | Cumbee, Matthew | Cab to ORD airport<br>GRTRAN - Ground Transportation | $ 36.96 |
| 2/1/2016 | Luria, Neil | Cab from LGA airport to hotel<br>GRTRAN - Ground Transportation | $ 100.00 |
| 2/1/2016 | Luria, Neil | Car service from EWR to mid-town in NY<br>GRTRAN - Ground Transportation | $ 75.00 |
| 2/12/2016 | Luria, Neil | Car service from home to airport in Cleveland (CLE)<br>GRTRAN - Ground Transportation | $ 75.00 |
| 2/19/2016 | Luria, Neil | From airport to home in Cleveland<br>GRTRAN - Ground Transportation | $ 63.44 |
| 2/24/2016 | Luria, Neil | Car to LGA Airport<br>GRTRAN - Ground Transportation | $ 20.00 |
| 2/24/2016 | Luria, Neil | Cab in Dallas<br>GRTRAN - Ground Transportation | $ 54.54 |
| 2/24/2016 | Luria, Neil | Cab from DFW airport to hotel<br>GRTRAN - Ground Transportation | $ 5.00 |
| 2/25/2016 | Luria, Neil | Cab in Dallas<br>GRTRAN - Ground Transportation | $ 16.00 |
| 2/26/2016 | Luria, Neil | Cab following dinner in Dallas<br>GRTRAN - Ground Transportation | $ 75.00 |

# Energy Future Holdings Corp – February 2016

| Date | Person | Expense Code | Fee |
|---|---|---|---:|
| 2/29/2016 | Luria, Neil | Car from CLE airport to home<br>GRTRAN - Ground Transportation | $ 75.00 |
| 2/29/2016 | Luria, Neil | Car to airport in Chicago<br>GRTRAN - Ground Transportation | $ 65.00 |
| 2/2/2016 | Nowitz, Raoul | Car from LGA to Hotel<br>GRTRAN - Ground Transportation | $ 48.54 |
| 2/2/2016 | Nowitz, Raoul | Cab from EFH airport to hotel<br>GRTRAN - Ground Transportation | $ 12.09 |
| 2/3/2016 | Nowitz, Raoul | Cab to meeting<br>GRTRAN - Ground Transportation | $ 12.09 |
| 2/5/2016 | Nowitz, Raoul | Cab after EFH meeting<br>GRTRAN - Ground Transportation | $ 88.00 |
| 2/24/2016 | Nowitz, Raoul | Parking Fees at Atlanta Hartsfield Intl Airport<br>GRTRAN - Ground Transportation | $ 52.45 |
| 2/26/2016 | Nowitz, Raoul | Car from airport to hotel in Dallas<br>GRTRAN - Ground Transportation | $ 104.00 |
| 2/26/2016 | Nowitz, Raoul | Parking fees at Atlanta Hartsfield Jax Int'l airport<br>GRTRAN - Ground Transportation | $ 60.00 |
| 2/29/2016 | Nowitz, Raoul | Cab to airport for R. Nowitz & N. Luria<br>GRTRAN - Ground Transportation | $ 41.67 |
|  |  | Taxi from airport to hotel in NY |  |
|  |  | **Total Ground Transportation:** | **$ 1,662.10** |
| 2/3/2016 | Cumbee, Matthew | HOTEL - Hotel and Lodging | $ 426.93 |
| 2/3/2016 | Luria, Neil | Room Rate and Taxes - 1 night in New York<br>HOTEL - Hotel and Lodging | $ 900.76 |
| 2/12/2016 | Luria, Neil | Room Rate and Taxes - 2 nights in NYC<br>HOTEL - Hotel and Lodging | $ 500.00 |
| 2/25/2016 | Luria, Neil | Room Rate and Taxes - 1 night in NYC<br>HOTEL - Hotel and Lodging | $ 700.00 |
| 2/4/2016 | Nowitz, Raoul | Room Rate and Taxes - 2 nights in Dallas<br>HOTEL - Hotel and Lodging | $ 566.98 |
| 2/26/2016 | Nowitz, Raoul | Room Rate and Taxes - 2 night in NYC<br>HOTEL - Hotel and Lodging | $ 350.00 |
|  |  | Room Rate and Taxes - 1 night in Dallas |  |
|  |  | **Total Hotel and Lodging:** | **$ 3,444.67** |
| 2/2/2016 | Cumbee, Matthew | MEALS - Out of Town Meals | $ 40.00 |
| 2/2/2016 | Cumbee, Matthew | Attendee:   M. Cumbee<br>MEALS - Out of Town Meals | $ 9.20 |
| 2/3/2016 | Cumbee, Matthew | Attendee:   M. Cumbee<br>MEALS - Out of Town Meals | $ 13.28 |
| 2/3/2016 | Cumbee, Matthew | Attendee:   M. Cumbee<br>MEALS - Out of Town Meals | $ 8.73 |
| 2/3/2016 | Cumbee, Matthew | Attendee:   M. Cumbee<br>MEALS - Out of Town Meals | $ 8.74 |
| 2/12/2016 | Cumbee, Matthew | Attendee:   M. Cumbee<br>MEALS - Out of Town Meals | $ 9.20 |
|  |  | Attendee:   M. Cumbee |  |

**Energy Future Holdings Corp – February 2016**

| Date | Person | Expense Code | Fee |
|---|---|---|---:|
| 2/25/2016 | Cumbee, Matthew | MEALS - Out of Town Meals | $ 9.15 |
| | | Attendee:  M. Cumbee | |
| 2/25/2016 | Cumbee, Matthew | MEALS - Out of Town Meals | $ 10.48 |
| | | Attendee:  M. Cumbee | |
| 2/26/2016 | Cumbee, Matthew | MEALS - Out of Town Meals | $ 8.68 |
| | | Attendee:  M. Cumbee | |
| 2/29/2016 | Cumbee, Matthew | MEALS - Out of Town Meals | $ 8.36 |
| | | Attendee:  M. Cumbee | |
| 2/1/2016 | Luria, Neil | MEALS - Out of Town Meals | $ 10.56 |
| | | Attendee:  N. Luria | |
| 2/2/2016 | Luria, Neil | MEALS - Out of Town Meals | $ 40.00 |
| | | Attendee:  N. Luria | |
| 2/2/2016 | Luria, Neil | MEALS - Out of Town Meals | $ 6.53 |
| | | Attendee:  N. Luria | |
| 2/3/2016 | Luria, Neil | MEALS - Out of Town Meals | $ 6.08 |
| | | Attendee:  N. Luria | |
| 2/11/2016 | Luria, Neil | MEALS - Out of Town Meals | $ 6.50 |
| | | Attendee:  N. Luria | |
| 2/24/2016 | Luria, Neil | MEALS - Out of Town Meals | $ 6.68 |
| | | Attendee:  N. Luria | |
| 2/24/2016 | Luria, Neil | MEALS - Out of Town Meals | $ 19.24 |
| | | Attendee:  N. Luria | |
| 2/25/2016 | Luria, Neil | MEALS - Out of Town Meals | $ 2.37 |
| | | Attendee:  N. Luria | |
| 2/26/2016 | Luria, Neil | MEALS - Out of Town Meals | $ 6.45 |
| | | Attendee:  N. Luria | |
| 2/2/2016 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 13.83 |
| | | Attendee:  R. Nowitz | |
| 2/3/2016 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 40.00 |
| | | Attendee:  R. Nowitz | |
| 2/4/2016 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 33.91 |
| | | Attendee:  R. Nowitz | |
| 2/4/2016 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 12.91 |
| | | Attendee:  R. Nowitz | |
| 2/24/2016 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 23.32 |
| | | Attendee:  R. Nowitz | |
| 2/25/2016 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 40.00 |
| | | Attendee:  R. Nowitz | |
| 2/25/2016 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 4.00 |
| | | Attendee:  R. Nowitz | |
| 2/26/2016 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 8.95 |
| | | Attendee:  R. Nowitz | |
| 2/29/2016 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 16.70 |
| | | Attendee:  R. Nowitz | |
| | | Total Out of Town Meals: | **$ 423.85** |
| 2/24/2016 | Luria, Neil | LIT - Outside Litigation Support | $ 21.00 |
| | | Printing of documents at hotel | |

SOLIC Capital Advisors, LLC | 1603 Orrington Ave, Suite 1600 | Evanston, Illinois 60201
Phone 847-583-1618 | Fax 847-583-1719

**Energy Future Holdings Corp – February 2016**

| Date | Person | Expense Code | | Fee |
|---|---|---|---|---|
| | | | Total Outside Litigation Support: | $ 21.00 |
| 2/3/2016 | Nowitz, Raoul | MILES - USA - Mileage from airport to home | | $ 16.74 |
| 2/23/2016 | Nowitz, Raoul | MILES - USA - Mileage from home to airport | | $ 16.74 |
| 2/25/2016 | Nowitz, Raoul | MILES - USA - Mileage from airport to home | | $ 16.74 |
| 2/29/2016 | Nowitz, Raoul | MILES - USA - Mileage from home to airport | | $ 16.74 |
| | | | Total USA - Mileage: | $ 66.96 |
| | | | | $ 12,653.64 |

# Energy Future Holdings Corp – March 2016

| Date | Person | Expense Code | Fee |
|---|---|---|---:|
| 3/1/2016 | Cumbee, Matthew | AIR - Airfare | $ 193.10 |
| | | One-way economy class from LGA to ORD for return flight for Evercore Meetings (*note: the first leg was billed in February). | |
| 3/2/2016 | Luria, Neil | AIR - Airfare | $ 607.10 |
| | | One-way economy class from EWR to MCO for return flight after Evercore Meetings | |
| 3/9/2016 | Luria, Neil | AIR - Airfare | $ 309.10 |
| | | One-way economy class from MCO to EWR for meetings at K&E | |
| 3/10/2016 | Luria, Neil | AIR - Airfare | $ 566.10 |
| | | One-way economy class from EWR to CLE for return flight after meetings at K&E | |
| 3/2/2016 | Nowitz, Raoul | AIR - Airfare | $ 563.10 |
| | | One-way economy class from LGA to ATL for return flight from Evercore Meetings | |
| 3/9/2016 | Nowitz, Raoul | AIR - Airfare | $ 1,126.20 |
| | | Round-trip economy class from ATL to LGA for Plan B DDA meetings | |
| | | Total Airfare: | **$ 3,364.70** |
| 3/1/2016 | Cumbee, Matthew | GRTRAN - Ground Transportation | $ 11.75 |
| | | Taxi from hotel to meeting | |
| 3/1/2016 | Cumbee, Matthew | GRTRAN - Ground Transportation | $ 67.72 |
| | | Taxi from hotel to LGA | |
| 3/1/2016 | Cumbee, Matthew | GRTRAN - Ground Transportation | $ 30.15 |
| | | Taxi from hotel to home | |
| 3/1/2016 | Luria, Neil | GRTRAN - Ground Transportation | $ 100.00 |
| | | Car Service to Newark Airport. | |
| 3/1/2016 | Luria, Neil | GRTRAN - Ground Transportation | $ 12.00 |
| | | Taxi to Proskauer | |
| 3/9/2016 | Luria, Neil | GRTRAN - Ground Transportation | $ 100.00 |
| | | Car Service from EWR to Proskauer | |
| 3/10/2016 | Luria, Neil | GRTRAN - Ground Transportation | $ 92.98 |
| | | Car Service to CLE | |
| 3/10/2016 | Luria, Neil | GRTRAN - Ground Transportation | $ 100.00 |
| | | Car service to EWR | |
| 3/1/2016 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 23.46 |
| | | Taxi from Proskauer to Evercore | |
| 3/1/2016 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 14.04 |
| | | Taxi to Proskauer offices from hotel | |
| 3/2/2016 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 49.84 |
| | | Taxi from hotel to airport | |
| 3/2/2016 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 104.00 |
| | | Hartsfield Jax Atl Int'l Airport parking | |
| 3/9/2016 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 32.00 |
| | | Hartsfield Jax Atl Int'l Airport parking | |
| 3/9/2016 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 59.59 |
| | | Taxi from K&E to airport | |
| 3/10/2016 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 46.54 |
| | | Taxi to Proskauer from airport | |
| | | Total Ground Transportation: | **$ 844.07** |

# Energy Future Holdings Corp – March 2016

| Date | Person | Expense Code | Fee |
|---|---|---|---|
| 3/2/2016 | Cumbee, Matthew | HOTEL - Hotel and Lodging | $ 714.38 |
| | | Room rate and taxes - 2 nights in New York | |
| 3/1/2016 | Luria, Neil | HOTEL - Hotel and Lodging | $ 475.98 |
| | | Room rate and taxes - 1 night in New York | |
| 3/10/2016 | Luria, Neil | HOTEL - Hotel and Lodging | $ 500.00 |
| | | Room rate and taxes - 1 night in New York | |
| 3/2/2016 | Nowitz, Raoul | HOTEL - Hotel and Lodging | $ 670.26 |
| | | Room rate and taxes - 2 nights in New York | |
| | | **Total Hotel and Lodging:** | **$ 2,360.62** |
| 3/1/2016 | Luria, Neil | MEALS - Out of Town Meals | $ 12.79 |
| | | Attendee(s): N. Luria | |
| 3/1/2016 | Luria, Neil | MEALS - Out of Town Meals | $ 40.00 |
| | | Attendee(s): N. Luria | |
| 3/9/2016 | Luria, Neil | MEALS - Out of Town Meals | $ 8.80 |
| | | Attendee(s): N. Luria | |
| 3/10/2016 | Luria, Neil | MEALS - Out of Town Meals | $ 40.00 |
| | | Attendee(s): N. Luria | |
| 3/1/2016 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 40.00 |
| | | Attendee(s): R. Nowitz | |
| 3/1/2016 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 34.55 |
| | | Attendee(s): R. Nowitz, N. Luria, M. Cumbee | |
| 3/2/2016 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 12.68 |
| | | Attendee(s): R. Nowitz | |
| 3/2/2016 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 5.99 |
| | | Attendee(s): R. Nowitz | |
| 3/9/2016 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 13.50 |
| | | Attendee(s): R. Nowitz | |
| 3/9/2016 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 40.00 |
| | | Attendee(s): R. Nowitz | |
| 3/9/2016 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 17.51 |
| | | Attendee(s): R. Nowitz | |
| | | **Total Out of Town Meals:** | **$ 265.82** |
| 3/2/2016 | Nowitz, Raoul | MILES - USA - Mileage | $ 16.74 |
| | | from airport to home | |
| 3/9/2016 | Nowitz, Raoul | MILES - USA - Mileage | $ 16.74 |
| | | from home to airport | |
| 3/10/2016 | Nowitz, Raoul | MILES - USA - Mileage | $ 16.74 |
| | | from airport to home | |
| | | **Total USA - Mileage:** | **$ 50.22** |
| | | | **$ 6,885.43** |

# Energy Future Holdings Corp – April 2016

| Date | Person | Expense Code | Fee |
|---|---|---|---|
| 4/13/2016 | Hagood, Gregory | AIR - Airfare | $ 259.98 |
|  |  | One-way, economy class ATL - LGA for Evercore Meeting |  |
| 4/12/2016 | Luria, Neil | AIR - Airfare | $ 436.10 |
|  |  | One-way, economy class from ORD to LGA for meetings with Everccore. |  |
| 4/14/2016 | Luria, Neil | AIR - Airfare | $ 609.10 |
|  |  | One-way, economy class from EWR to MCO following Evercore meetings in NY. |  |
| 4/13/2016 | Nowitz, Raoul | AIR - Airfare | $ 718.10 |
|  |  | One-way, economy class from ATL to LGA for Evercore meetings |  |
| 4/14/2016 | Nowitz, Raoul | AIR - Airfare | $ 568.10 |
|  |  | One-way, economy class from LGA to ATL for return flight. |  |
|  |  | Total Airfare: | **$ 2,591.38** |
| 4/13/2016 | Hagood, Gregory | GRTRAN - Ground Transportation | $ 16.00 |
|  |  | Hartsfield Jax Atl Int'l Airport parking |  |
| 4/13/2016 | Hagood, Gregory | GRTRAN - Ground Transportation | $ 11.44 |
|  |  | Taxi to Evercore meeting |  |
| 4/13/2016 | Hagood, Gregory | GRTRAN - Ground Transportation | $ 41.21 |
|  |  | Taxi from airport to meeting |  |
| 4/13/2016 | Hagood, Gregory | GRTRAN - Ground Transportation | $ 43.54 |
|  |  | From Evercore meeting to airport |  |
| 4/12/2016 | Luria, Neil | GRTRAN - Ground Transportation | $ 68.15 |
|  |  | Car to midtown from LGA |  |
| 4/14/2016 | Luria, Neil | GRTRAN - Ground Transportation | $ 100.00 |
|  |  | Car to EWR |  |
| 4/13/2016 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 14.30 |
|  |  | Taxi from dinner to hotel |  |
| 4/13/2016 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 24.10 |
|  |  | Taxi to dinner |  |
| 4/13/2016 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 53.74 |
|  |  | Taxi to hotel from airport |  |
| 4/13/2016 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 51.79 |
|  |  | Taxi to airport |  |
| 4/14/2016 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 68.00 |
|  |  | Hartsfield Jax Atl Int'l Airport parking |  |
|  |  | Total Ground Transportation: | **$ 492.27** |
| 4/12/2016 | Luria, Neil | HOTEL - Hotel and Lodging | $ 500.00 |
|  |  | Room rate and taxes - 1 night in NY |  |
| 4/13/2016 | Luria, Neil | HOTEL - Hotel and Lodging | $ 500.00 |
|  |  | Room rate and taxes - 1 night in NY |  |
| 4/14/2016 | Nowitz, Raoul | HOTEL - Hotel and Lodging | $ 426.93 |
|  |  | Room rate and taxes - 1 night in NY |  |
|  |  | Total Hotel and Lodging: | **$ 1,426.93** |
| 4/12/2016 | Luria, Neil | MEALS - Out of Town Meals | $ 40.00 |
|  |  | Attendee:  Neil Luria |  |
| 4/13/2016 | Luria, Neil | MEALS - Out of Town Meals | $ 10.50 |

**Energy Future Holdings Corp – April 2016**

| Date | Person | Expense Code | | Fee |
|---|---|---|---|---|
| | | Attendee:  Neil Luria | | |
| 4/13/2016 | Nowitz, Raoul | MEALS - Out of Town Meals | | $ 15.78 |
| | | Attendee:  Raoul Nowitz | | |
| 4/14/2016 | Nowitz, Raoul | MEALS - Out of Town Meals | | $ 12.68 |
| | | Attendee:  Raoul Nowitz | | |
| | | | Total Out of Town Meals: | **$ 78.96** |
| 4/13/2016 | Hagood, Gregory | MILES - USA - Mileage | | $ 11.34 |
| | | from home to airport | | |
| 4/13/2016 | Nowitz, Raoul | MILES - USA - Mileage | | $ 16.74 |
| | | from home to airport | | |
| 4/14/2016 | Nowitz, Raoul | MILES - USA - Mileage | | $ 16.74 |
| | | from airport to home | | |
| | | | Total USA - Mileage: | **$ 44.82** |
| | | | | **$ 4,634.36** |