IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) Case No. 14-10979 (CSS) |
| Debtors.[1] | ) (Jointly Administered) |
| | ) **Re: D.I. 8668** |

**NOTICE OF FILING OF "EXHIBIT A" TO "ORDER (A) APPROVING POSTPETITION FINANCING FOR TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC AND CERTAIN OF ITS DEBTOR AFFILIATES, (B) GRANTING LIENS AND PROVIDING SUPERPRIORITY ADMINISTRATIVE EXPENSE CLAIMS, (C) AUTHORIZING REFINANCING OF SECURED POST-PETITION DEBT AND (D) MODIFYING THE AUTOMATIC STAY" IN CONNECTION WITH "MOTION OF TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC AND CERTAIN OF ITS DEBTOR AFFILIATES, FOR ENTRY OF ORDERS (I) (A) AUTHORIZING THE TCEH DEBTORS TO (X) ENTER INTO THE POSTPETITION FINANCING COMMITMENT LETTER AND THE FEE LETTER, (Y) PAY ASSOCIATED FEES AND EXPENSES, AND (B) GRANTING RELATED RELIEF AND (II) (A) APPROVING POSTPETITION FINANCING FOR TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC AND CERTAIN OF ITS DEBTOR AFFILIATES, (B) GRANTING LIENS AND PROVIDING SUPERPRIORITY ADMINISTRATIVE EXPENSE CLAIMS, (C) AUTHORIZING REFINANCING OF SECURED POST-PETITION DEBT AND (D) MODIFYING THE AUTOMATIC STAY" [D.I. 8668]**

PLEASE TAKE NOTICE that, on June 6, 2016, Texas Competitive Electric Holdings Company LLC, Energy Future Competitive Holdings Company LLC, and certain of their affiliated debtors, each as a debtor and debtor in possession (collectively, the "TCEH Debtors") filed the *Motion of Texas Competitive Electric Holdings Company LLC and Certain of Its Debtor Affiliates, for Entry of Orders (I) (A) Authorizing the TCEH Debtors to (X) Enter Into*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

*the Postpetition Financing Commitment Letter and the Fee Letter, (Y) Pay Associated Fees and Expenses, and (B) Granting Related Relief and (II) (A) Approving Postpetition Financing for Texas Competitive Electric Holdings Company LLC and Certain of Its Debtor Affiliates, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing Refinancing of Secured Post-Petition Debt and (D) Modifying the Automatic Stay* [D.I. 8668] (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). Pursuant to the Motion, the TCEH Debtors are seeking entry of (i) an order authorizing the TCEH Debtors to (a) enter into the Commitment Letter[2], substantially in the form attached to the Motion as "Exhibit 1" to "Exhibit A" thereto, and the Fee Letter with the Commitment Parties, (b) pay associated fees and expenses, and (c) granting related relief; and (ii) the DIP Order, substantially in the form attached to the Motion as "Exhibit B" thereto, (a) authorizing the TCEH Debtors, in their sole discretion and subject to the occurrence of the Closing Date to enter into the DIP Roll Facilities on the terms set forth in the Commitment Letter, the Fee Letter, and the DIP Roll Facilities Credit Agreement, (b) granting liens and providing superpriority administrative expense claims, (c) authorizing refinancing of secured post-petition debt, and (d) modifying the automatic stay, in each case on the terms set forth in the DIP Order. **You were previously served with a copy of the Motion.**

PLEASE TAKE FURTHER NOTICE that the DIP Credit Agreement is "Exhibit A" to the DIP Order but was not filed contemporaneously with the Motion and DIP Order on June 6, 2016.

---

[2] Capitalized terms used, but not otherwise defined, herein shall be given the same meanings ascribed to them in the Motion.

PLEASE TAKE FURTHER NOTICE that, today, the TCEH Debtors have filed the DIP Credit Agreement in the form attached hereto as **Exhibit 1**. The TCEH Debtors hereby expressly incorporate the DIP Credit Agreement into the DIP Order as "Exhibit A" thereto in its entirety, as if set forth therein in full.

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Motion is currently scheduled be held before The Honorable Christopher S. Sontchi at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on **June 27, 2016 starting at 10:00 a.m. (Eastern Daylight Time)**.

*[Remainder of page intentionally left blank.]*

Dated: June 16, 2016
Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
     defranceschi@rlf.com
     madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    edward.sassower@kirkland.com
     stephen.hessler@kirkland.com
     brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    james.sprayregen@kirkland.com
     marc.kieselstein@kirkland.com
     chad.husnick@kirkland.com
     steven.serajeddini@kirkland.com

Co-Counsel to the TCEH Debtors