# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors.[1] | ) (Jointly Administered) |
| | ) |
| | ) **Re: D.I. 8668** |
| | ) |

**NOTICE OF FILING OF REVISED "EXHIBIT B" TO "MOTION OF TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC AND CERTAIN OF ITS DEBTOR AFFILIATES, FOR ENTRY OF ORDERS (I) (A) AUTHORIZING THE TCEH DEBTORS TO (X) ENTER INTO THE POSTPETITION FINANCING COMMITMENT LETTER AND THE FEE LETTER, (Y) PAY ASSOCIATED FEES AND EXPENSES, AND (B) GRANTING RELATED RELIEF AND (II) (A) APPROVING POSTPETITION FINANCING FOR TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC AND CERTAIN OF ITS DEBTOR AFFILIATES, (B) GRANTING LIENS AND PROVIDING SUPERPRIORITY ADMINISTRATIVE EXPENSE CLAIMS, (C) AUTHORIZING REFINANCING OF SECURED POST-PETITION DEBT AND (D) MODIFYING THE AUTOMATIC STAY" [D.I. 8668]**

PLEASE TAKE NOTICE that, on June 6, 2016, Texas Competitive Electric Holdings Company LLC, Energy Future Competitive Holdings Company LLC, and certain of their affiliated debtors, each as a debtor and debtor in possession (collectively, the "TCEH Debtors") filed the *Motion of Texas Competitive Electric Holdings Company LLC and Certain of Its Debtor Affiliates, for Entry of Orders (I) (A) Authorizing the TCEH Debtors to (X) Enter Into the Postpetition Financing Commitment Letter and the Fee Letter, (Y) Pay Associated Fees and Expenses, and (B) Granting Related Relief and (II) (A) Approving Postpetition Financing for*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 14657407v.1

*Texas Competitive Electric Holdings Company LLC and Certain of Its Debtor Affiliates, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing Refinancing of Secured Post-Petition Debt and (D) Modifying the Automatic Stay* [D.I. 8668] (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). Pursuant to the Motion, the TCEH Debtors are seeking entry of (i) an order authorizing the TCEH Debtors to (a) enter into the Commitment Letter[2], substantially in the form attached to the Motion as "Exhibit 1" to "Exhibit A" thereto, and the Fee Letter with the Commitment Parties, (b) pay associated fees and expenses, and (c) granting related relief; and (ii) the DIP Order, substantially in the form attached to the Motion as "Exhibit B" thereto, (a) authorizing the TCEH Debtors, in their sole discretion and subject to the occurrence of the Closing Date to enter into the DIP Roll Facilities on the terms set forth in the Commitment Letter, the Fee Letter, and the DIP Roll Facilities Credit Agreement, (b) granting liens and providing superpriority administrative expense claims, (c) authorizing refinancing of secured post-petition debt, and (d) modifying the automatic stay, in each case on the terms set forth in the DIP Order. **You were previously served with a copy of the Motion.**

PLEASE TAKE FURTHER NOTICE that, contemporaneously with the Motion, the TCEH Debtors also filed the *Order (A) Approving Postpetition Financing for Texas Competitive Electric Holdings Company LLC and Certain of Its Debtor Affiliates, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing Refinancing of Secured Post-Petition Debt and (D) Modifying the Automatic Stay* (the "Original Proposed DIP Order") in connection with, and as "Exhibit B" to, the Motion.

---

[2] Capitalized terms used, but not otherwise defined, herein shall be given the same meanings ascribed to them in the Motion.

3

PLEASE TAKE FURTHER NOTICE that, today, the TCEH Debtors have filed a revised proposed form of DIP order (*i.e.*, a revised form of "Exhibit B") (the "Revised Proposed DIP Order") in connection with the Motion. A copy of the Revised Proposed DIP Order is attached hereto as **Exhibit 1**. For the convenience of the Bankruptcy Court and other parties-in-interest, a blackline comparing the Revised Proposed DIP Order against the Original Proposed DIP Order is attached hereto as **Exhibit 2**. The TCEH Debtors hereby expressly incorporate the Revised Proposed DIP Order into the Motion in its entirety as "Exhibit B" thereto as if set forth therein in full.

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Motion is currently scheduled be held before The Honorable Christopher S. Sontchi at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on **June 27, 2016 starting at 10:00 a.m. (Eastern Daylight Time)** (the "June 27th Hearing").

PLEASE TAKE FURTHER NOTICE that, to the extent that the TCEH Debtors make further revisions to the Revised Proposed DIP Order prior to the June 27th Hearing, the TCEH Debtors will present a further blacklined copy of such revised documents to the Bankruptcy Court either at or before the June 27th Hearing.

*[Remainder of page intentionally left blank.]*

Dated: June 17, 2016
Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:   collins@rlf.com
defranceschi@rlf.com
madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:   edward.sassower@kirkland.com
stephen.hessler@kirkland.com
brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:   james.sprayregen@kirkland.com
marc.kieselstein@kirkland.com
chad.husnick@kirkland.com
steven.serajeddini@kirkland.com

Co-Counsel to the TCEH Debtors