**<u>EXHIBIT A</u>**

**ORDER**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., et al., | ) ) ) | Case No. 14-10979 (CSS) (Jointly Administered) |
| | ) | |
| Debtors. | ) ) | |
| DELAWARE TRUST COMPANY, as Indenture Trustee and Collateral Trustee, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Adv. Pro. No: 14-50410 (CSS) |
| COMPUTERSHARE TRUST COMPANY, N.A. and COMPUTERSHARE TRUST COMPANY OF CANADA, as Indenture Trustee and Paying Agent | ) ) ) ) ) | |
| Defendants. | ) ) ) | |

## ORDER

For the reasons set forth in the Court's opinion dated June 3, 2016 the Motion of Defendants to Dismiss Second Amended Complaint for Declaratory Judgment and Injunction [D.I. 48] is GRANTED.

_/s/ Christopher S. Sontchi_
Christopher S. Sontchi
United States Bankruptcy Judge

Dated: June 3, 2016