**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>ENERGY FUTURE<br>HOLDINGS CORP., *et al.*,<br><br>*Debtors*.<br><br>DELAWARE TRUST COMPANY,<br>as Indenture Trustee and Collateral Trustee,<br>*Plaintiff*,<br>v.<br>COMPUTERSHARE TRUST COMPANY,<br>N.A. and COMPUTERSHARE TRUST<br>COMPANY OF CANADA,<br>as Indenture Trustee and Paying Agent,<br>*Defendants*. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered)<br><br><br><br><br>Adversary Proceeding No. 14-50410 |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 17, 2016, she caused a copy of the **Notice of Appeal** to be served on the following counsel for the Defendants via first class mail:

| | | |
|---|---|---|
| Laura Davis Jones, Esquire<br>Robert J. Feinstein, Esquire<br>PACHULSKI STANG<br>ZIEHL & JONES LLP<br>919 N. Market Street<br>17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 | Thomas Moers Mayer, Esquire<br>Gregory A. Horowitz, Esquire<br>Philip Bentley, Esquire<br>Joshua K. Brody, Esquire<br>KRAMER LEVIN<br>NAFTALIS & FRANKEL LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 | Stephanie Wickouski, Esquire<br>BRYAN CAVE LLP<br>1290 Avenue of the Americas<br>New York, NY 10104-3300 |

COLE SCHOTZ P.C.

/s/  J. Kate Stickles
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: 302-652-3131
Facsimile:  302-652-3117