# Notice Recipients

District/Off: 0311−1          User: JudyF          Date Created: 6/17/2016
Case: 14−10979−CSS          Form ID: van440          Total: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
aty          Andrea Beth Schwartz          U.S. Department of Justice – Office of the U.S. Trustee          U.S. Federal Office Building          201 Varick Street, Rm 1006          New York, NY 10065
aty          Richard L. Schepacarter          Office of the United States Trustee          U. S. Department of Justice          844 King Street, Suite 2207          Lockbox #35          Wilmington, DE 19801
              Kate Stickles          500 Delaware Avenue          Suite 1410          Wilmington, DE 19801
              Laura Davis Jones          919 N. Market Street          17th Floor          Wilmington, DE 19899

                                                                                                              TOTAL: 4