UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

**Case Number:** 14-10979                  BK ◉ AP ○

If AP, related BK case number:

**Title of Order Appealed:** Order Granting Motion of Defendants to Dismiss Second Amended Complaint For Declaratory Judgment and Injunction. and Opinion Docket #8637 filed

**Docket #:** 8639      **Date Entered:** 6/3/2016

Item Transmitted:

| | | | | | |
|---|---|---|---|---|---|
| ✓ | **Notice of Appeal** | **Docket #:** | 8763 | **Date Filed:** | 6/3/2016 |
| ☐ | **Amended Notice of Appeal** | **Docket #:** | | **Date Filed:** | |
| ☐ | **Cross Appeal** | **Docket #:** | | **Date Filed:** | |
| ☐ | **Motion for Leave to Appeal** | **Docket #:** | | **Date Filed:** | |
| ☐ | **Request for Certification of Direct Appeal** | **Docket #:** | | **Date Filed:** | |

**Appellant/Cross Appellant:**

Delaware Trust Company, as Indenture Trustee and Collateral Trustee

**Appellee/Cross Appellee**

Computershare Trust Company, N.A. and Computershare Trust Company of Canada, As Indenture Trustee and Paying Agent

**Counsel for Appellant/Cross Appellant:**

J. Kate Stickles, Esq.
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801

**Counsel for Appellee/Cross Appellee:**

Laura Davis Jones, Esq.
919 N. Market Street, 17th Floor
POB 8705
Wilmington, DE  19899-8705

| | | | | |
|---|---|---|---|---|
| **Filing fee paid?** | Yes ◉ | No ○ |
| **IFP application filed by applicant?** | Yes ○ | No ◉ |
| **Have additional appeals of the same order been filed?** | Yes ○ | No ◉ |
| ***If Yes, has District Court assigned a Civil Action Number?** | Yes ○ | No ◉ |
| **Civil Action Number:** | | |

*(continued on next page)*

**Notes:**    See attachment for additional counsel.

*I hereby certify that all designated items are available electronically through CM/ECF.*

Judy Fisher

**Date:** 6/17/2016                **by:**_____

**Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number:    16-33

| PARTY | ATTORNEYS |
|---|---|
| **APPELLANT**<br><br>Delaware Trust Company, as Indenture Trustee and Collateral Trustee | **ROPES & GRAY LLP**<br>Keith H. Wofford<br>Mark R. Somerstein<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>Telephone: 212-596-9000<br>Facsimile: 212-596-9090<br><br>**ROPES & GRAY LLP**<br>D. Ross Martin<br>Andrew G. Devore<br>Joshua Y. Sturm<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199-3600<br>Telephone: 617-951-7000<br>Facsimile: 617-951-7050<br><br>**COLE SCHOTZ P.C.**<br>Norman L. Pernick (No. 2290)<br>J. Kate Stickles (No. 2917)<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>Telephone: 302-652-3131<br>Facsimile: 302-652-3117<br><br>**COLE SCHOTZ P.C.**<br>Warren A. Usatine<br>25 Main Street<br>P.O. Box 800<br>Hackensack, NJ 07602<br>Telephone: 201-489-3000<br>Facsimile: 201-489-1536 |

| PARTY | ATTORNEYS |
|---|---|
| **APPELLEES**<br><br>Computershare Trust Company, N.A. and Computershare Trust Company of Canada, as Indenture Trustee and Paying Agent | **KRAMER LEVIN NAFTALIS & FRANKEL LLP**<br>Thomas Moers Mayer<br>Gregory A. Horowitz<br>Philip Bentley<br>Joshua K. Brody<br>1177 Avenue of the Americas<br>New York, NY 10036<br>Telephone: 212-715-9314<br>Facsimile : 212-715-8000<br><br>**PACHULSKI STANG ZIEHL & JONES LLP**<br>Laura Davis Jones<br>Robert J. Feinstein<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705<br>Telephone: 302-652-4100<br>Facsimile: 302-652-4400<br><br>**BRYAN CAVE LLP**<br>Stephanie Wickouski<br>1290 Avenue of the Americas<br>New York, NY 10104-3300<br>Telephone: 212-541-1114<br>Facsimile: 212-904-0514 |

[SIGNATURE ON NEXT PAGE]