IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ENERGY FUTURE<br>HOLDINGS CORP., *et al.*,<br><br>    *Debtors*.<br><br>DELAWARE TRUST COMPANY,<br>as Indenture Trustee and Collateral Trustee,<br><br>    *Plaintiff*,<br><br>    v.<br><br>COMPUTERSHARE TRUST COMPANY,<br>N.A. and COMPUTERSHARE TRUST<br>COMPANY OF CANADA,<br>as Indenture Trustee and Paying Agent,<br><br>    *Defendants*. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered)<br><br>Related to Docket Nos. 8637 and 8639<br><br><br><br>Adversary Proceeding No. 14-50410<br><br>Related to Adversary Docket Nos. 72 and 73 |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Delaware Trust Company, as Indenture Trustee and Collateral Trustee, hereby appeals to the United States District Court for the District of Delaware, pursuant to 28 U.S.C. § 158(a) and Rules 8002 and 8003 of the Federal Rules of Bankruptcy Procedure, from the Order of the United States Bankruptcy Court for the District of Delaware (Honorable Christopher S. Sontchi), entered June 3, 2016 [Docket No. 8639; Adversary Docket No. 73], granting the Motion of Defendants to Dismiss Second Amended Complaint for Declaratory Judgment and Injunction (the "Order"), and the Opinion related to the Order, entered June 3, 2016 [Docket No. 8637; Adversary Docket No. 72] (the "Opinion").

A copy of the Order is attached hereto as **Exhibit A** and a copy of the Opinion is attached hereto as **Exhibit B**.

The parties to the Opinion and Order appealed from, and the names, addresses and telephone numbers of their respective attorneys are as follows:

| PARTY | ATTORNEYS |
|---|---|
| **APPELLANT**<br><br>Delaware Trust Company,<br>as Indenture Trustee<br>and Collateral Trustee | **ROPES & GRAY LLP**<br>Keith H. Wofford<br>Mark R. Somerstein<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>Telephone: 212-596-9000<br>Facsimile:  212-596-9090<br><br>**ROPES & GRAY LLP**<br>D. Ross Martin<br>Andrew G. Devore<br>Joshua Y. Sturm<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199-3600<br>Telephone: 617-951-7000<br>Facsimile:  617-951-7050<br><br>**COLE SCHOTZ P.C.**<br>Norman L. Pernick (No. 2290)<br>J. Kate Stickles (No. 2917)<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>Telephone: 302-652-3131<br>Facsimile:  302-652-3117<br><br>**COLE SCHOTZ P.C.**<br>Warren A. Usatine<br>25 Main Street<br>P.O. Box 800<br>Hackensack, NJ 07602<br>Telephone: 201-489-3000<br>Facsimile:  201-489-1536 |

| PARTY | ATTORNEYS |
|---|---|
| **APPELLEES**<br><br>Computershare Trust Company, N.A. and Computershare Trust Company of Canada, as Indenture Trustee and Paying Agent | **KRAMER LEVIN NAFTALIS & FRANKEL LLP**<br>Thomas Moers Mayer<br>Gregory A. Horowitz<br>Philip Bentley<br>Joshua K. Brody<br>1177 Avenue of the Americas<br>New York, NY 10036<br>Telephone: 212-715-9314<br>Facsimile : 212-715-8000<br><br>**PACHULSKI STANG ZIEHL & JONES LLP**<br>Laura Davis Jones<br>Robert J. Feinstein<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705<br>Telephone: 302-652-4100<br>Facsimile:  302-652-4400<br><br>**BRYAN CAVE LLP**<br>Stephanie Wickouski<br>1290 Avenue of the Americas<br>New York, NY 10104-3300<br>Telephone: 212-541-1114<br>Facsimile: 212-904-0514 |

[SIGNATURE ON NEXT PAGE]

Dated: June 17, 2016

**COLE SCHOTZ P.C.**

/s/ J. Kate Stickles
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: 302-652-3131
Facsimile: 302-652-3117
npernick@coleschotz.com
kstickles@coleschotz.com

Warren A. Usatine
25 Main Street
P.O. Box 800
Hackensack, NJ 07602
Telephone: 201-489-3000
Facsimile: 201-489-1536
wusatine@coleschotz.com

-and-

**ROPES & GRAY LLP**

Keith H. Wofford
Mark R. Somerstein
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: 212-596-9000
Facsimile: 212-596-9090
Keith.Wofford@ropesgray.com
Mark.Somerstein@ropesgray.com

D. Ross Martin
Andrew G. Devore
Joshua Y. Sturm
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone: 617-951-7000
Facsimile: 617-951-7050
Ross.Martin@ropesgray.com
Andrew.Devore@ropesgray.com
Joshua.Sturm@ropesgray.com

*Counsel for Delaware Trust Company, as Indenture Trustee and Collateral Trustee*