# **EXHIBIT A**

**Professional Fees and Expenses**
**Monthly Fee Statement**

| Applicant | Fee Statement Period, Filing Date, & Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| Jenner & Block LLP<br><br>919 Third Avenue New York, NY 10022 | Eleventh Monthly Fee Statement<br><br>04/01/2016 through 04/30/2016<br><br>Docket No. 8543 | $114,547.50 | $2,544.78 | 06/15/2016 | $91,638.00 | $2,544.78 | $22,909.50 |