## Exhibit B

## Hours Expended by Goldin Professional

| | | |
|---|---|---:|
| Harrison J. Goldin | Sr. Managing Director | 3.7 |
| David Prager | Managing Director | 118.0 |
| Karthik Bhavaraju | Director | 103.7 |
| Brian Bromberg | Associate | 13.5 |
| Deborah Praga | Analyst | 183.1 |
| Troy Sarpen | Analyst | 4.5 |
| **Total** | | **426.5** |