## **Exhibit C**

## **Hours Expended by Subject Matter**

| | |
|---|---:|
| Board/Director Communications | 27.0 |
| Plan Development | 121.7 |
| Sales Process | 272.2 |
| Tax Issues | 0.5 |
| General Case Matters/Other | 5.1 |
| **Total** | **426.5** |