## Exhibit D

**Expenses by Category**

| | |
|---|---:|
| Meals | 450.73 |
| Photocopies | 310.45 |
| Research | 3,423.37 |
| Teleconference | 91.00 |
| Travel | 750.71 |
| **Total** | **$5,026.26** |