**EXHIBIT E--DETAIL OF HOURS EXPENDED**

| TIMEKEEPER | TITLE | DATE | HOURS | SPECIFIC CODE | DESCRIPTION |
|---|---|---|---|---|---|
| Goldin, Harrison J. | Sr. Managing Director | 4/6/2016 | 3.7 | Plan Development | Preparation for meeting with counsel, review of material, meeting with counsel |
| **Goldin, Harrison J. Total** | | | **3.7** | | |
| Prager, David | Managing Director | 1/8/2016 | 1.5 | Board/Director Communications | Board call; review of board materials |
| Prager, David | Managing Director | 1/22/2016 | 0.5 | Board/Director Communications | Review of board materials |
| Prager, David | Managing Director | 1/22/2016 | 1.5 | Board/Director Communications | Board call |
| Prager, David | Managing Director | 1/25/2016 | 0.5 | Sales Process | Call with R. Levin re: Oncor value |
| Prager, David | Managing Director | 1/29/2016 | 1.0 | Sales Process | Call with Evercore re: valuation |
| Prager, David | Managing Director | 2/10/2016 | 0.5 | Sales Process | Review and comment on Oncor analysis |
| Prager, David | Managing Director | 2/11/2016 | 1.5 | Sales Process | Review of Oncor analysis with K. Bhavaraju and D. Praga |
| Prager, David | Managing Director | 2/12/2016 | 2.0 | Plan Development | Meeting re Plan with DDA |
| Prager, David | Managing Director | 2/16/2016 | 0.5 | Plan Development | Discuss Oncor analysis with R. Levin |
| Prager, David | Managing Director | 2/16/2016 | 4.0 | Sales Process | Review of Oncor analysis; discuss same with D. Praga |
| Prager, David | Managing Director | 2/17/2016 | 1.0 | Sales Process | Oncor value analysis |
| Prager, David | Managing Director | 2/17/2016 | 1.5 | Sales Process | Discuss Oncor value with team |
| Prager, David | Managing Director | 2/17/2016 | 4.5 | Plan Development | Meetings with creditors |
| Prager, David | Managing Director | 2/18/2016 | 2.5 | Sales Process | Oncor value analysis |
| Prager, David | Managing Director | 2/19/2016 | 2.3 | Plan Development | Meeting with counsel re: plan developments |
| Prager, David | Managing Director | 2/22/2016 | 1.0 | Plan Development | Review and analysis of plan update and valuation issues; discuss same with R. Levin |
| Prager, David | Managing Director | 2/22/2016 | 1.0 | Board/Director Communications | Call with C. Cremens re: plan update |
| Prager, David | Managing Director | 2/23/2016 | 1.0 | Board/Director Communications | Review of board materials and restructuring deck |
| Prager, David | Managing Director | 2/24/2016 | 0.5 | Plan Development | Recovery analysis |
| Prager, David | Managing Director | 2/24/2016 | 1.0 | Board/Director Communications | Board call |
| Prager, David | Managing Director | 2/24/2016 | 1.0 | Sales Process | Internal meeting re: valuation issues |
| Prager, David | Managing Director | 2/25/2016 | 0.5 | Plan Development | Recovery analysis |
| Prager, David | Managing Director | 2/25/2016 | 0.5 | Sales Process | Internal meeting re: valuation issues |
| Prager, David | Managing Director | 2/25/2016 | 1.0 | Sales Process | Discuss valuation issues with Evercore |
| Prager, David | Managing Director | 2/25/2016 | 3.0 | Board/Director Communications | Board meeting |
| Prager, David | Managing Director | 2/26/2016 | 0.5 | Plan Development | Recovery analysis and communications with counsel re: same |
| Prager, David | Managing Director | 2/27/2016 | 0.5 | Plan Development | Correspondence re: recovery analysis and plan status with C. Cremens |
| Prager, David | Managing Director | 2/29/2016 | 1.5 | Sales Process | Discuss Oncor valuation with K. Bhavaraju and D. Praga |
| Prager, David | Managing Director | 2/29/2016 | 3.5 | Sales Process | Revise Oncor valuation model |
| Prager, David | Managing Director | 3/1/2016 | 8.5 | Sales Process | Revise Oncor valuation model |
| Prager, David | Managing Director | 3/3/2016 | 2.0 | Sales Process | Review and comment on valuation presentation |
| Prager, David | Managing Director | 3/3/2016 | 5.0 | Sales Process | Monitor PUCT hearing; review Andersen memo |
| Prager, David | Managing Director | 3/4/2016 | 0.5 | Plan Development | Review of tax considerations memo |
| Prager, David | Managing Director | 3/4/2016 | 1.0 | Board/Director Communications | Call with C. Cremens re: PUCT update |
| Prager, David | Managing Director | 3/4/2016 | 3.0 | Sales Process | Review Oncor valuation presentation; discuss with K. Bhavaraju and D. Praga |
| Prager, David | Managing Director | 3/7/2016 | 2.5 | Sales Process | Meeting with counsel re: plan and valuation |
| Prager, David | Managing Director | 3/9/2016 | 0.5 | Sales Process | Call with T. Snyder re: 2L position |
| Prager, David | Managing Director | 3/9/2016 | 3.5 | Plan Development | Meetings with disinterested director advisors re: plan |
| Prager, David | Managing Director | 3/10/2016 | 1.0 | Plan Development | Litigation meeting with counsel |
| Prager, David | Managing Director | 3/10/2016 | 2.5 | Plan Development | Tax meeting with counsel |
| Prager, David | Managing Director | 3/21/2016 | 0.5 | Sales Process | Review PUCT filings |
| Prager, David | Managing Director | 3/21/2016 | 3.0 | Sales Process | Monitor PUCT hearing |
| Prager, David | Managing Director | 3/22/2016 | 1.0 | Plan Development | Review PUCT filings |
| Prager, David | Managing Director | 3/24/2016 | 0.5 | Plan Development | Monitor PUCT developments |
| Prager, David | Managing Director | 4/1/2016 | 0.5 | General Case Matters/Other | Call with EFH fee committee |
| Prager, David | Managing Director | 4/1/2016 | 1.0 | Board/Director Communications | Board call |
| Prager, David | Managing Director | 4/5/2016 | 0.5 | Plan Development | Review of case updates |
| Prager, David | Managing Director | 4/6/2016 | 1.0 | Plan Development | Discuss case progress with H. J. Goldin and K. Bhavaraju |
| Prager, David | Managing Director | 4/6/2016 | 1.5 | Plan Development | Meeting with counsel re: Plan progress |
| Prager, David | Managing Director | 4/7/2016 | 2.5 | Plan Development | Prepare plan term sheet and related analysis |
| Prager, David | Managing Director | 4/8/2016 | 2.0 | Plan Development | Prepare plan term sheet and related analysis |
| Prager, David | Managing Director | 4/10/2016 | 0.5 | Plan Development | Respond to comments on term sheet |
| Prager, David | Managing Director | 4/11/2016 | 1.6 | Plan Development | Revise plan term sheet and related analysis |
| Prager, David | Managing Director | 4/12/2016 | 0.5 | Plan Development | Plan correspondence |
| Prager, David | Managing Director | 4/12/2016 | 1.0 | Plan Development | Revise term sheet and related analysis |
| Prager, David | Managing Director | 4/13/2016 | 0.5 | Plan Development | Strategy discussion with R. Levin |
| Prager, David | Managing Director | 4/13/2016 | 2.0 | Plan Development | Revise term sheet and related analysis |
| Prager, David | Managing Director | 4/13/2016 | 3.5 | Plan Development | Meeting with counsel re: Plan term sheet |
| Prager, David | Managing Director | 4/14/2016 | 1.0 | Plan Development | Call with C. Cremens |
| Prager, David | Managing Director | 4/14/2016 | 1.0 | Plan Development | Term sheet modification |
| Prager, David | Managing Director | 4/15/2016 | 0.5 | Tax Issues | Review update on tax progress |
| Prager, David | Managing Director | 4/18/2016 | 0.5 | Plan Development | Prepare for meeting on term sheet |
| Prager, David | Managing Director | 4/18/2016 | 0.5 | Plan Development | Discuss term sheet with K. Bhavaraju |
| Prager, David | Managing Director | 4/19/2016 | 1.0 | Plan Development | Meeting with Kirkland |
| Prager, David | Managing Director | 4/19/2016 | 1.0 | Plan Development | Review and revise term sheet |
| Prager, David | Managing Director | 4/19/2016 | 1.5 | General Case Matters/Other | Non-working travel Dallas to NY |
| Prager, David | Managing Director | 4/19/2016 | 2.0 | Plan Development | Meeting with CROs, Kirkland and Evercore |
| Prager, David | Managing Director | 4/19/2016 | 2.5 | General Case Matters/Other | Non-working travel NY to Dallas |
| Prager, David | Managing Director | 4/19/2016 | 3.5 | Plan Development | Meetings with R. Levin and P. Gelston |
| Prager, David | Managing Director | 4/20/2016 | 0.5 | Plan Development | Review of debt and cash balance data |
| Prager, David | Managing Director | 4/20/2016 | 0.5 | Plan Development | Call with Evercore re: debt and cash balances |
| Prager, David | Managing Director | 4/20/2016 | 0.5 | Board/Director Communications | Call with R. Levin and C. Cremens |
| Prager, David | Managing Director | 4/21/2016 | 0.5 | Plan Development | Review of term sheet and plan process correspondence |
| Prager, David | Managing Director | 4/22/2016 | 0.5 | Sales Process | Valuation analysis |
| Prager, David | Managing Director | 4/24/2016 | 0.5 | Plan Development | Plan analysis and correspondence |
| Prager, David | Managing Director | 4/26/2016 | 0.3 | Plan Development | Call with R. Levin |
| Prager, David | Managing Director | 4/26/2016 | 0.5 | Sales Process | Review and comment on valuation and term sheet sensitivity |
| Prager, David | Managing Director | 4/27/2016 | 0.8 | Plan Development | Call with PIKs |
| Prager, David | Managing Director | 4/27/2016 | 1.5 | Board/Director Communications | Call with C. Cremens |
| Prager, David | Managing Director | 4/28/2016 | 0.5 | Board/Director Communications | Correspondence re: board calls and meeting |
| Prager, David | Managing Director | 4/30/2016 | 1.0 | Board/Director Communications | Review board correspondence |
| **Prager, David Total** | | | **118.0** | | |

| Name | Title | Date | Hours | Category | Description |
|---|---|---|---|---|---|
| Bhavaraju, Karthik | Director | 1/8/2016 | 1.0 | Board/Director Communications | Joint board meeting |
| Bhavaraju, Karthik | Director | 1/29/2016 | 1.0 | Plan Development | Conference call with D. Prager and J. Matican to discuss Plan B and related valuation updates |
| Bhavaraju, Karthik | Director | 2/1/2016 | 0.5 | Sales Process | Discuss plans for updates to Oncor valuation with D. Praga |
| Bhavaraju, Karthik | Director | 2/1/2016 | 1.5 | Sales Process | Review certain valuation materials and other information about EFIH |
| Bhavaraju, Karthik | Director | 2/4/2016 | 2.0 | Sales Process | Review Oncor valuation model prepared by D. Praga |
| Bhavaraju, Karthik | Director | 2/4/2016 | 3.0 | Sales Process | Review certain financial information related to EFIH and other entities in preparation for Oncor valuation update |
| Bhavaraju, Karthik | Director | 2/5/2016 | 1.0 | Sales Process | Discuss Oncor valuation model and related presentation with D. Praga |
| Bhavaraju, Karthik | Director | 2/5/2016 | 2.0 | Sales Process | Review updated Oncor valuation presentation prepared by D. Praga |
| Bhavaraju, Karthik | Director | 2/8/2016 | 1.4 | Sales Process | Review certain debt outstanding calculations prepared by D. Praga |
| Bhavaraju, Karthik | Director | 2/8/2016 | 1.5 | Sales Process | Review and discuss updates to Oncor valuation model with D. Praga |
| Bhavaraju, Karthik | Director | 2/9/2016 | 3.5 | Sales Process | Review and discuss updates to Oncor valuation presentation with D. Praga |
| Bhavaraju, Karthik | Director | 2/10/2016 | 1.4 | Sales Process | Review certain aspects of the Oncor valuation model including those related to comparable companies |
| Bhavaraju, Karthik | Director | 2/11/2016 | 1.0 | Sales Process | Review prior presentations from Evercore respecting valuations in preparation for upcoming meeting |
| Bhavaraju, Karthik | Director | 2/12/2016 | 0.5 | Plan Development | Discuss information received from meetings with DDAs with D. Praga |
| Bhavaraju, Karthik | Director | 2/12/2016 | 0.7 | Sales Process | Review certain calculations of Oncor and EFIH capital structure as of proposed plan confirmation dates |
| Bhavaraju, Karthik | Director | 2/12/2016 | 2.0 | Plan Development | Meetings with DDAs, Kirkland and Ellis, and Evercore to discuss process for negotiations around plan |
| Bhavaraju, Karthik | Director | 2/15/2016 | 1.0 | Sales Process | Discuss and review Oncor valuation model with D. Praga |
| Bhavaraju, Karthik | Director | 2/18/2016 | 1.0 | Sales Process | Review and discuss updated Oncor valuation analysis prepared by D. Praga |
| Bhavaraju, Karthik | Director | 2/19/2016 | 3.0 | Plan Development | Meeting with R. Levin, P. Gelston, D. Prager, V. Lazar and D. Praga to discuss Plan and related valuation issues |
| Bhavaraju, Karthik | Director | 2/23/2016 | 2.0 | Plan Development | Review equity splits calculations prepared by D. Prager for EFIH as requested by C. Cremens |
| Bhavaraju, Karthik | Director | 2/24/2016 | 0.4 | Plan Development | Update equity split calculations based on feedback from R. Levin and C. Cremens |
| Bhavaraju, Karthik | Director | 2/24/2016 | 1.0 | Sales Process | Review certain Evercore board presentations for information related to the valuation of Oncor |
| Bhavaraju, Karthik | Director | 2/24/2016 | 1.3 | Plan Development | Check calculations prepared by D. Praga to support equity split calculations |
| Bhavaraju, Karthik | Director | 2/24/2016 | 3.0 | Sales Process | Review Oncor valuation model for changes and discuss expected changes with D. Praga |
| Bhavaraju, Karthik | Director | 2/25/2016 | 1.0 | Sales Process | Review Oncor valuation presentation with D. Praga |
| Bhavaraju, Karthik | Director | 2/26/2016 | 1.0 | Sales Process | Discuss and review updates to the Oncor valuation prepared by D. Praga |
| Bhavaraju, Karthik | Director | 2/29/2016 | 2.0 | Sales Process | Review and discuss Oncor valuation with D. Praga and D. Prager |
| Bhavaraju, Karthik | Director | 3/3/2016 | 2.5 | Sales Process | Review Oncor valuation model changes prepared by D. Prager |
| Bhavaraju, Karthik | Director | 3/3/2016 | 3.0 | Sales Process | Discuss and review QA for Oncor valuation model with B. Bromberg and D. Praga |
| Bhavaraju, Karthik | Director | 3/3/2016 | 5.0 | Plan Development | PUCT hearing on proposed bankruptcy plan |
| Bhavaraju, Karthik | Director | 3/4/2016 | 1.0 | Sales Process | Discuss changes to Oncor valuation with D. Praga |
| Bhavaraju, Karthik | Director | 3/4/2016 | 1.0 | Board/Director Communications | Conference call with C. Cremens to discuss PUCT hearing |
| Bhavaraju, Karthik | Director | 3/4/2016 | 5.5 | Sales Process | Turn Oncor valuation presentation in preparation for meeting with R. Levin |
| Bhavaraju, Karthik | Director | 3/7/2016 | 0.5 | Plan Development | Prepare for upcoming meeting with R. Levin and P. Gelston re: Oncor valuations |
| Bhavaraju, Karthik | Director | 3/7/2016 | 2.5 | Sales Process | Meeting with R. Levin, P. Gelston, D. Prager and D. Praga to review certain Oncor valuations |
| Bhavaraju, Karthik | Director | 3/9/2016 | 0.5 | Plan Development | General case administration |
| Bhavaraju, Karthik | Director | 3/9/2016 | 2.0 | Plan Development | Meeting with DDAs of EFH |
| Bhavaraju, Karthik | Director | 3/10/2016 | 2.5 | Plan Development | EFIH meeting at Cravath with P. Gelston, R. Levin, A. Needham, D. Prager and D. Praga |
| Bhavaraju, Karthik | Director | 3/21/2016 | 1.0 | Plan Development | Monitor PUCT hearing |
| Bhavaraju, Karthik | Director | 3/21/2016 | 1.0 | Plan Development | Review PUC draft order |
| Bhavaraju, Karthik | Director | 4/5/2016 | 2.2 | Plan Development | Discuss and review updates to valuation presentation prepared by D. Praga |
| Bhavaraju, Karthik | Director | 4/6/2016 | 1.0 | Plan Development | Meeting with J. Goldin and D. Prager to discuss updates in plan development |
| Bhavaraju, Karthik | Director | 4/6/2016 | 1.5 | Plan Development | Meeting with J. Goldin, D. Prager, R. Levin and P. Gelston to discuss plan development |
| Bhavaraju, Karthik | Director | 4/19/2016 | 1.5 | Plan Development | Review prior M&A term sheets and discuss terms with R. Kost |
| Bhavaraju, Karthik | Director | 4/20/2016 | 1.0 | Plan Development | Conference call with N. Patel, D. Prager, D. Prager, and J. Matican at Evercore to discuss certain issues related to projected capital structure and cash at EFH and its subsidiaries |
| Bhavaraju, Karthik | Director | 4/21/2016 | 0.5 | Plan Development | Review draft term sheet for alternative plan received from R. Levin |
| Bhavaraju, Karthik | Director | 4/21/2016 | 1.4 | Plan Development | Review existing board presentations and other materials related to progress of EFH bankruptcy in preparation for possible discussion about alternative plans with counsel |
| Bhavaraju, Karthik | Director | 4/21/2016 | 1.6 | Plan Development | Review certain analyses prepared by D. Prager in support of alternative plans of reorganization for EFH |
| Bhavaraju, Karthik | Director | 4/21/2016 | 2.3 | Plan Development | Prepare updated analysis in support with new information relating to projected Oncor and EFH capital structure and cash balances |
| Bhavaraju, Karthik | Director | 4/22/2016 | 0.6 | Plan Development | Discuss updated sensitivity table relating to equity splits supporting plan development with R. Levin |
| Bhavaraju, Karthik | Director | 4/22/2016 | 0.6 | Plan Development | Call with M. Cumbee at Solic Capital to discuss certain proposed plan assumptions including debt and cash at EFH and related entities |
| Bhavaraju, Karthik | Director | 4/22/2016 | 1.0 | Plan Development | Prepare and provide updated sensitivity analysis to R. Levin as part of development of alternative plan of reorganization |
| Bhavaraju, Karthik | Director | 4/22/2016 | 1.0 | Plan Development | Discussion of certain assumptions respecting Oncor, EFH and EFIH cash and debt balances with N. Patel |
| Bhavaraju, Karthik | Director | 4/22/2016 | 1.1 | Plan Development | Review updates to Oncor valuation prepared by D. Praga |
| Bhavaraju, Karthik | Director | 4/24/2016 | 1.0 | Plan Development | Review information from Evercore respecting proposed alternative plan |
| Bhavaraju, Karthik | Director | 4/25/2016 | 1.0 | Plan Development | Review certain model inputs to valuation model prepared by D. Praga |
| Bhavaraju, Karthik | Director | 4/25/2016 | 1.1 | Plan Development | Review draft Oncor valuation presentation prepared by D. Praga |
| Bhavaraju, Karthik | Director | 4/25/2016 | 1.3 | Plan Development | Discuss updates to Oncor valuation with D. Praga |
| Bhavaraju, Karthik | Director | 4/26/2016 | 0.6 | Plan Development | Discuss certain changes to draft presentation respecting valuation of Oncor prepared by D. Praga |
| Bhavaraju, Karthik | Director | 4/26/2016 | 1.0 | Plan Development | Prepared and check updated creditor recovery sensitivity analysis draft |
| Bhavaraju, Karthik | Director | 4/26/2016 | 1.0 | Plan Development | Review draft Oncor valuation presentation prepared by D. Praga |
| Bhavaraju, Karthik | Director | 4/26/2016 | 3.0 | Plan Development | Oncor valuation model review and discussion of updates with D. Praga |
| Bhavaraju, Karthik | Director | 4/27/2016 | 1.0 | Plan Development | Conference call with R. Levin, P. Gelston, D. Prager, M. Kieselstein, and counsel to certain EFIH creditors to discuss alternative plans |
| Bhavaraju, Karthik | Director | 4/27/2016 | 1.1 | Plan Development | Final review of Oncor valuation presentation and sensitivity analysis |
| Bhavaraju, Karthik | Director | 4/27/2016 | 2.5 | Plan Development | Meeting with C. Cremens, R. Levin, P. Gelston, D. Praga, D. Prager to discuss alternative plan of reorganization |
| Bhavaraju, Karthik | Director | 4/29/2016 | 0.6 | General Case Matters/Other | General case administration |
| Bhavaraju, Karthik | Director | 4/29/2016 | 1.0 | Plan Development | Review certain board materials related to restructuring updates and proposed timeline for alternative plan confirmation process |
| Bhavaraju, Karthik | Director | 4/29/2016 | 1.5 | Board/Director Communications | EFIH board call |
| **Bhavaraju, Karthik Total** | | | **103.7** | | |
| Bromberg, Brian | Associate | 2/16/2016 | 1.0 | Sales Process | Working on EFH model |
| Bromberg, Brian | Associate | 3/3/2016 | 1.2 | Sales Process | QC-ing Oncor Valuation model (Comp company) |
| Bromberg, Brian | Associate | 3/3/2016 | 4.8 | Sales Process | QC-ing Oncor Valuation model (DCF and Transactions) |
| Bromberg, Brian | Associate | 3/4/2016 | 1.5 | Sales Process | QC of changes to model |
| Bromberg, Brian | Associate | 3/4/2016 | 1.7 | Sales Process | QC of Bloomberg data |
| Bromberg, Brian | Associate | 3/4/2016 | 3.3 | Sales Process | QC of Transaction data |
| **Bromberg, Brian Total** | | | **13.5** | | |

| Name | Title | Date | Hours | Category | Description |
|---|---|---|---|---|---|
| Praga, Deborah | Analyst | 1/8/2016 | 1.0 | Sales Process | Review of Oncor valuation model |
| Praga, Deborah | Analyst | 1/8/2016 | 1.0 | Board/Director Communications | Weekly board call |
| Praga, Deborah | Analyst | 1/22/2016 | 1.5 | Board/Director Communications | Board call |
| Praga, Deborah | Analyst | 2/3/2016 | 1.1 | Sales Process | Reviewing board presentations |
| Praga, Deborah | Analyst | 2/3/2016 | 1.4 | Sales Process | Revisions to Oncor Valuation presentation deck |
| Praga, Deborah | Analyst | 2/3/2016 | 1.5 | Sales Process | Review of analyst research reports for updated Oncor Valuation |
| Praga, Deborah | Analyst | 2/3/2016 | 2.3 | Sales Process | Revisions to Oncor Valuation |
| Praga, Deborah | Analyst | 2/3/2016 | 2.4 | Sales Process | Bloomberg and Thomson One research for updated Oncor valuation |
| Praga, Deborah | Analyst | 2/4/2016 | 2.0 | Sales Process | Meetings with K. Bhavaraju to discuss revisions to Oncor Valuation |
| Praga, Deborah | Analyst | 2/4/2016 | 3.5 | Sales Process | Revisions to Oncor Valuation model |
| Praga, Deborah | Analyst | 2/5/2016 | 1.0 | Sales Process | Meetings with K. Bhavaraju to discuss revisions to Oncor Valuation |
| Praga, Deborah | Analyst | 2/5/2016 | 1.5 | Sales Process | Revisions to Oncor Valuation presentation deck |
| Praga, Deborah | Analyst | 2/5/2016 | 3.2 | Sales Process | Revisions to Oncor Valuation model |
| Praga, Deborah | Analyst | 2/6/2016 | 1.5 | Sales Process | Transaction comp screening |
| Praga, Deborah | Analyst | 2/6/2016 | 2.5 | Sales Process | Revisions to Oncor Valuation model |
| Praga, Deborah | Analyst | 2/8/2016 | 1.0 | Sales Process | Meetings with K. Bhavaraju |
| Praga, Deborah | Analyst | 2/8/2016 | 1.3 | Plan Development | Review of makewhole calculations |
| Praga, Deborah | Analyst | 2/8/2016 | 5.2 | Sales Process | Oncor valuation model revisions |
| Praga, Deborah | Analyst | 2/9/2016 | 1.5 | Sales Process | Meetings with K. Bhavaraju to discuss Oncor valuation |
| Praga, Deborah | Analyst | 2/9/2016 | 6.1 | Sales Process | Oncor valuation model revisions |
| Praga, Deborah | Analyst | 2/10/2016 | 1.0 | Sales Process | Meetings with K. Bhavaraju to discuss Oncor valuation |
| Praga, Deborah | Analyst | 2/10/2016 | 3.2 | Sales Process | Research for Oncor valuation model |
| Praga, Deborah | Analyst | 2/10/2016 | 4.2 | Sales Process | Oncor valuation model revisions |
| Praga, Deborah | Analyst | 2/12/2016 | 0.4 | Plan Development | Revisions to debt calculations |
| Praga, Deborah | Analyst | 2/12/2016 | 0.4 | Sales Process | Debrief with K. Bhavaraju after Evercore meeting |
| Praga, Deborah | Analyst | 2/12/2016 | 0.8 | Sales Process | Review of Evercore documents from meeting |
| Praga, Deborah | Analyst | 2/16/2016 | 1.2 | Sales Process | Meetings with D. Prager to discuss to dos and status |
| Praga, Deborah | Analyst | 2/16/2016 | 2.1 | Sales Process | Research on comparable companies |
| Praga, Deborah | Analyst | 2/16/2016 | 2.5 | Sales Process | Revisions to Oncor valuation deck |
| Praga, Deborah | Analyst | 2/16/2016 | 8.5 | Sales Process | Revisions to Oncor valuation model |
| Praga, Deborah | Analyst | 2/17/2016 | 1.7 | Sales Process | Revisions to Oncor valuation deck |
| Praga, Deborah | Analyst | 2/17/2016 | 3.7 | Sales Process | Revisions to Oncor valuation model |
| Praga, Deborah | Analyst | 2/18/2016 | 2.2 | Sales Process | Revisions to Oncor valuation deck |
| Praga, Deborah | Analyst | 2/18/2016 | 3.1 | Sales Process | Revisions to Oncor valuation model |
| Praga, Deborah | Analyst | 2/19/2016 | 2.5 | Sales Process | Meeting with R. Levin, P. Gelston and GA team to discuss Oncor valuation |
| Praga, Deborah | Analyst | 2/22/2016 | 0.8 | Sales Process | Meetings with K. Bhavaraju to discuss Oncor Valuation Model |
| Praga, Deborah | Analyst | 2/22/2016 | 4.2 | Sales Process | Revisions to Oncor Valuation model |
| Praga, Deborah | Analyst | 2/23/2016 | 1.1 | Plan Development | Updating debt balances to 12.31.16 |
| Praga, Deborah | Analyst | 2/24/2016 | 0.4 | Plan Development | Revisions to Equity Splits analysis |
| Praga, Deborah | Analyst | 2/24/2016 | 0.6 | Sales Process | Meeting with D. Prager and K. Bhavaraju to discuss debt levels |
| Praga, Deborah | Analyst | 2/24/2016 | 1.2 | Sales Process | Meetings with K. Bhavaraju to discuss Oncor Valuation Model |
| Praga, Deborah | Analyst | 2/24/2016 | 3.2 | Sales Process | Revisions to Oncor Valuation model |
| Praga, Deborah | Analyst | 2/25/2016 | 0.8 | Sales Process | Meetings with K. Bhavaraju to discuss Oncor Valuation Model |
| Praga, Deborah | Analyst | 2/25/2016 | 0.8 | Sales Process | Call with Evercore to discuss valuation |
| Praga, Deborah | Analyst | 2/25/2016 | 4.2 | Sales Process | Revisions to Oncor Valuation model |
| Praga, Deborah | Analyst | 2/26/2016 | 1.1 | Sales Process | Review of Oncor Valuation model |
| Praga, Deborah | Analyst | 2/28/2016 | 0.7 | Sales Process | Research for Oncor Valuation update |
| Praga, Deborah | Analyst | 2/28/2016 | 2.8 | Sales Process | Revisions to Oncor Valuation model |
| Praga, Deborah | Analyst | 2/29/2016 | 0.8 | Sales Process | Meetings with K. Bhavaraju to discuss valuation |
| Praga, Deborah | Analyst | 2/29/2016 | 2.2 | Sales Process | Meeting with D. Prager and K. Bhavaraju to discuss valuation |
| Praga, Deborah | Analyst | 2/29/2016 | 5.2 | Sales Process | Revisions to valuation |
| Praga, Deborah | Analyst | 3/2/2016 | 0.3 | Sales Process | Oncor rating research |
| Praga, Deborah | Analyst | 3/2/2016 | 0.7 | Sales Process | Relinking presentation to revised valuation |
| Praga, Deborah | Analyst | 3/3/2016 | 2.1 | Sales Process | Revisions to Oncor Valuation presentation |
| Praga, Deborah | Analyst | 3/3/2016 | 2.5 | Sales Process | Listing to PUCT hearing |
| Praga, Deborah | Analyst | 3/3/2016 | 3.1 | Sales Process | Model review and QC |
| Praga, Deborah | Analyst | 3/4/2016 | 0.6 | Sales Process | Meetings with D. Prager to discuss valuation |
| Praga, Deborah | Analyst | 3/4/2016 | 1.0 | Sales Process | Meetings with B. Bromberg to discuss valuation QC |
| Praga, Deborah | Analyst | 3/4/2016 | 6.1 | Sales Process | Revisions to Oncor Valuation presentation |
| Praga, Deborah | Analyst | 3/7/2016 | 0.9 | Sales Process | Revisions to Oncor valuation |
| Praga, Deborah | Analyst | 3/7/2016 | 2.5 | Sales Process | Meeting with Cravath, Jenner, D. Prager and K. Bhavaraju regarding Oncor valuation |
| Praga, Deborah | Analyst | 3/8/2016 | 1.0 | Sales Process | Researching transaction comps premiums |
| Praga, Deborah | Analyst | 3/10/2016 | 1.0 | Sales Process | Review of Oncor valuation deck |
| Praga, Deborah | Analyst | 3/10/2016 | 2.5 | Sales Process | Meeting at Cravath with D. Prager and K. Bhavaraju |
| Praga, Deborah | Analyst | 3/21/2016 | 1.1 | Plan Development | Listening to PUCT hearing |
| Praga, Deborah | Analyst | 4/5/2016 | 0.4 | Sales Process | Meeting with D. Prager and K. Bhavaraju to discuss valuation |
| Praga, Deborah | Analyst | 4/5/2016 | 1.4 | Sales Process | Research for Oncor valuation update |
| Praga, Deborah | Analyst | 4/5/2016 | 4.5 | Sales Process | Updating Oncor valuation |
| Praga, Deborah | Analyst | 4/6/2016 | 0.4 | Sales Process | Revisions to Oncor valuation |
| Praga, Deborah | Analyst | 4/12/2016 | 0.8 | Sales Process | Updating Oncor valuation |
| Praga, Deborah | Analyst | 4/13/2016 | 1.8 | Sales Process | Preparing materials for meeting |
| Praga, Deborah | Analyst | 4/13/2016 | 4.0 | Sales Process | Meeting at Jenner to discuss Oncor valuation |
| Praga, Deborah | Analyst | 4/14/2016 | 1.2 | Board/Director Communications | Call with C. Cremens and team regarding strategy |
| Praga, Deborah | Analyst | 4/20/2016 | 0.8 | Sales Process | Call with Evercore to discuss valuation |
| Praga, Deborah | Analyst | 4/20/2016 | 0.8 | Board/Director Communications | Call with C. Cremens |
| Praga, Deborah | Analyst | 4/22/2016 | 0.3 | Sales Process | Call with Solic to discuss valuation |
| Praga, Deborah | Analyst | 4/22/2016 | 0.7 | Plan Development | Review of R. Levin's term sheet |
| Praga, Deborah | Analyst | 4/22/2016 | 0.9 | Sales Process | QC proposed term sheet |
| Praga, Deborah | Analyst | 4/22/2016 | 1.2 | Plan Development | Meetings with K. Bhavaraju to discuss debt |
| Praga, Deborah | Analyst | 4/22/2016 | 1.3 | Sales Process | Updating Oncor valuation |
| Praga, Deborah | Analyst | 4/22/2016 | 1.3 | Plan Development | Revisions to makewhole file to reflect current information |
| Praga, Deborah | Analyst | 4/25/2016 | 0.7 | Sales Process | Bloomberg LIBOR research |
| Praga, Deborah | Analyst | 4/25/2016 | 3.5 | Sales Process | Revisions to Oncor valuation |
| Praga, Deborah | Analyst | 4/26/2016 | 2.1 | Plan Development | Review of and revisions to term sheet sensitivity analysis |
| Praga, Deborah | Analyst | 4/26/2016 | 3.1 | Sales Process | Meetings with K. Bhavaraju to discuss Oncor valuation |
| Praga, Deborah | Analyst | 4/26/2016 | 4.2 | Sales Process | Revisions to Oncor valuation |
| Praga, Deborah | Analyst | 4/27/2016 | 0.8 | Plan Development | Call regarding PIK proposal |
| Praga, Deborah | Analyst | 4/27/2016 | 2.1 | Sales Process | QC of Oncor valuation |
| Praga, Deborah | Analyst | 4/27/2016 | 2.4 | Sales Process | Reviewing valuation |
| Praga, Deborah | Analyst | 4/27/2016 | 2.5 | Board/Director Communications | Meeting at Cravath with C. Cremens |
| Praga, Deborah | Analyst | 4/28/2016 | 2.9 | Sales Process | QC of Oncor valuation |
| Praga, Deborah | Analyst | 4/29/2016 | 1.5 | Board/Director Communications | Board call |
| **Praga, Deborah Total** | | | **183.1** | | |
| Sarpen, Troy | Analyst | 2/16/2016 | 3.4 | Sales Process | EFH Model Review and Q&A |
| Sarpen, Troy | Analyst | 2/17/2016 | 1.1 | Sales Process | EFH Model Review and Q&A |
| **Sarpen, Troy Total** | | | **4.5** | | |

**Grand Total**     426.5