**EXHIBIT F--DETAIL OF EXPENSES INCURRED**

| EXPENSE CATEGORY | DATE | NAME OF TIMEKEEPER WHO INCURRED EXPENSE | EXPENSE | EXPENSE DESCRIPTION |
|---|---|---|---|---|
| Meals | 2/4/2016 | Praga, Deborah | 23.62 | SeamlessWeb - Inv # 2315497 - Working Dinner - Ref # 1697826939 - Praga, Deborah |
| Meals | 2/6/2016 | Praga, Deborah | 15.25 | SeamlessWeb - Inv # 2315497 - Weekend Lunch - Ref # 1698229904 - Praga, Deborah |
| Meals | 2/9/2016 | Bhavaraju, Karthik | 23.76 | SeamlessWeb - Inv # 2321991 - Working Dinner - Ref # 1699048692 - Bhavaraju, Karthik |
| Meals | 2/8/2016 | Praga, Deborah | 22.06 | SeamlessWeb - Inv # 2321991 - Working Dinner - Ref # 1698761686 - Praga, Deborah |
| Meals | 2/9/2016 | Praga, Deborah | 23.40 | SeamlessWeb - Inv # 2321991 - Working Dinner - Ref # 1699044941 - Praga, Deborah |
| Meals | 2/18/2016 | Bhavaraju, Karthik | 22.68 | SeamlessWeb - Inv # 2323449 - Working Dinner - Ref # 1702099498 - Bhavaraju, Karthik |
| Meals | 2/18/2016 | Praga, Deborah | 14.62 | SeamlessWeb - Inv # 2323449 - Working Dinner - Ref # 1702065868 - Praga, Deborah |
| Meals | 2/16/2016 | Praga, Deborah | 23.91 | SeamlessWeb - Inv # 2323449 - Working Dinner - Ref # 1701192616 - Praga, Deborah |
| Meals | 2/24/2016 | Bhavaraju, Karthik | 24.04 | SeamlessWeb - Inv # 2337689 - Working Dinner - Ref # 1704059923 - Bhavaraju, Karthik |
| Meals | 2/25/2016 | Praga, Deborah | 24.08 | SeamlessWeb - Inv # 2337689 - Working Dinner - Ref # 1704447443 - Praga, Deborah |
| Meals | 2/29/2016 | Praga, Deborah | 24.15 | SeamlessWeb - Inv # 2339239 - Working Dinner - Ref # 1705416522 - Praga, Deborah |
| Meals | 2/29/2016 | Praga, David | 24.15 | SeamlessWeb - Inv # 2339239 - Working Dinner - Ref # 1705457109 - Praga, David |
| Meals | 3/3/2016 | Bromberg, Brian | 24.14 | SeamlessWeb - Inv # 2339239 - Working Dinner - Ref # 1706731819 - Bromberg, Brian |
| Meals | 3/2/2016 | Praga, Deborah | 24.10 | SeamlessWeb - Inv # 2339239 - Working Dinner - Ref # 1706306800 - Praga, Deborah |
| Meals | 3/1/2016 | Praga, David | 24.15 | SeamlessWeb - Inv # 2339239 - Working Dinner - Ref # 1705883231 - Praga, David |
| Meals | 3/2/2016 | Praga, David | 24.15 | SeamlessWeb - Inv # 2339239 - Working Dinner - Ref # 1706341716 - Praga, David |
| Meals | 4/26/2016 | Bhavaraju, Karthik | 23.76 | SeamlessWeb - Inv # 2384970 - Working Dinner - Ref # 1722805417 - Bhavaraju, Karthik |
| Meals | 4/27/2016 | Praga, Deborah | 22.87 | SeamlessWeb - Inv # 2384970 - Working Dinner - Ref # 1723144714 - Praga, Deborah |
| Meals | 4/28/2016 | Praga, Deborah | 23.79 | SeamlessWeb - Inv # 2384970 - Working Dinner - Ref # 1723616966 - Praga, Deborah |
| Meals | 4/26/2016 | Praga, Deborah | 18.05 | SeamlessWeb - Inv # 2384970 - Working Dinner - Ref # 1722849810 - Praga, Deborah |
| **Meals Total** | | | **450.73** | |
| Photocopies | 2/29/2016 | | 110.81 | Photocopies for the period of February 1 through February 29, 2016 (1,583 pages at $0.07 per page) |
| Photocopies | 3/31/2016 | | 95.90 | Photocopies for the period of March 1 through March 31, 2016 (1,370 pages at $0.07 per page) |
| Photocopies | 4/30/2016 | | 103.74 | Photocopies for the period of April 1 through April 30, 2016 (1,482 pages at $0.07 per page) |
| **Photocopies Total** | | | **310.45** | |
| Research | 12/31/2015 | | 9.20 | Pacer - Inv # 2552207-Q42015 |
| Research | 12/31/2015 | | 721.83 | Thomson Reuters- Service Dates: 12/1/15 - 12/31/15 |
| Research | 2/29/2016 | | 648.65 | Capital IQ - research for the period 2/1 -2/29 - Cap IQ discounted rate |
| Research | 2/29/2016 | | 1,465.10 | Thomson Reuters - Service Dates 2/1/16 - 2/29/16 |
| Research | 3/31/2016 | | 363.25 | Capital IQ - research for the period 3/1 - 3/31 - Cap IQ discounted rate: retail rate per click would equal $556.71 |
| Research | 3/31/2016 | | 215.34 | Thomson Reuters - Service Dates 3/1/16 - 3/31/16 |
| **Research Total** | | | **3,423.37** | |
| Teleconference | 2/25/2016 | | 30.00 | AT&T - actual service dates 1/26/15 through 2/25/15 |
| Teleconference | 3/25/2016 | | 31.50 | AT&T - actual service dates 2/26/15 through 3/25/15 |
| Teleconference | 4/25/2016 | | 29.50 | AT&T - actual service dates 3/26/15 through 4/25/15 |
| **Teleconference Total** | | | **91.00** | |
| Travel | 2/9/2016 | Bhavaraju, Karthik | 118.90 | Primetime - Inv # 505326 - Car from Office to Home - Ref # 505886 - Bhavaraju, Karthik |
| Travel | 2/10/2016 | Bhavaraju, Karthik | 127.10 | Primetime - Inv # 505326 - Car from Office to Home - Ref # 485360 - Bhavaraju, Karthik |
| Travel | 2/18/2016 | Praga, Deborah | 10.55 | Praga, Deborah - NYC Taxi - Working Late - Taxi from GA Office to Home |
| Travel | 2/16/2016 | Praga, Deborah | 9.95 | Praga, Deborah - NYC Taxi - Working Late - Taxi from GA Office to Home |
| Travel | 2/17/2016 | Praga, Deborah | 11.15 | Praga, Deborah - NYC Taxi - Working Late - Taxi from GA Office to Home |
| Travel | 2/9/2016 | Praga, Deborah | 10.56 | Praga, Deborah - All Taxi Management - Working Late - Taxi from GA Office to Home |
| Travel | 2/8/2016 | Praga, Deborah | 11.15 | Praga, Deborah - NYC Taxi - Working Late - Taxi from GA Office to Home |
| Travel | 2/4/2016 | Praga, Deborah | 12.36 | Praga, Deborah - Boulevard Taxi - Working Late - Taxi from GA Office to Home |
| Travel | 2/4/2016 | Praga, Deborah | 10.55 | Praga, Deborah - NYC Taxi - Working Late - Taxi from GA Office to Home |
| Travel | 2/2/2016 | Praga, Deborah | 9.95 | Praga, Deborah - NYC Taxi - Working Late - Taxi from GA Office to Home |
| Travel | 2/25/2016 | Praga, David | 24.36 | Praga, David - Way2Ride - Taxi during board call |
| Travel | 2/17/2016 | Praga, David | 19.56 | Praga, David - Midtown Operation - Working Late - Taxi GA Office to Home |
| Travel | 2/12/2016 | Praga, David | 9.36 | Praga, David - Datar - Taxi to meeting at Kirkland |
| Travel | 2/12/2016 | Praga, David | 8.76 | Praga, David - United Mgmt - Taxi from meeting at Kirkland |
| Travel | 2/24/2016 | Bhavaraju, Karthik | 118.18 | PrimeTime - Inv # 505605 - Car from Office to Home - Ref # 508190 - Bhavaraju, Karthik |
| Travel | 3/3/2016 | Bhavaraju, Karthik | 141.45 | PrimeTime - Inv # 505739 - Car from Office to Home - Working Late - Ref # 511762- Bhavaraju, Karthik |
| Travel | 3/3/2016 | Bromberg, Brian | 30.70 | Bromberg, Brian - Uber - Working Late - Taxi from GA Office to Home |
| Travel | 2/29/2016 | Praga, Deborah | 13.55 | Praga, Deborah - NYC Taxi - Working Late - Taxi from GA Office to Home |
| Travel | 2/26/2016 | Praga, Deborah | 12.25 | Praga, Deborah - S&R Medalion - Working Late - Taxi from GA Office to Home |
| Travel | 3/4/2016 | Praga, David | 24.36 | Praga, David - Way2Ride - Working Late - Taxi from GA Office to Home |
| Travel | 3/1/2016 | Praga, David | 15.96 | Praga, David - Mohammad Arshad - Working Late - Taxi from GA Office to Home |
| **Travel Total** | | | **750.71** | |
| **Grand Total** | | | **5,026.26** | |