# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**
Energy Future Holdings Corp.

**Case No.:** 14–10979–CSS

**Chapter:** 11

### CLERK'S NOTICE REGARDING FILING OF APPEAL

Please be advised that a Notice of Appeal has been filed in the above mentioned case. The Notice of Appeal, as well as the related documents are available for view by registered PACER users. They can also be viewed at the clerk's office.

David D. Bird, Clerk of Court

Date: 6/17/16
(VAN–440)

United States Bankruptcy Court
District of Delaware

In re:                                                                    Case No. 14-10979-CSS
Energy Future Holdings Corp.                                              Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0311-1          User: JudyF              Page 1 of 24              Date Rcvd: Jun 17, 2016
                             Form ID: van440          Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 19, 2016.
aty          +Andrea Beth Schwartz,    U.S. Department of Justice - Office of t,
              U.S. Federal Office Building,   201 Varick Street, Rm 1006,   New York, NY 10014-9449
aty          +Richard L. Schepacarter,   Office of the United States Trustee,   U. S. Department of Justice,
              844 King Street, Suite 2207,   Lockbox #35,   Wilmington, DE 19801-3519
             +Kate Stickles,   500 Delaware Avenue,   Suite 1410,   Wilmington, DE 19801-1496
             +Laura Davis Jones,   919 N. Market Street,   17th Floor,   Wilmington, DE 19801-3034

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2016                              Signature:  /s/Joseph Speetjens


---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 17, 2016 at the address(es) listed below:
              Aaron C Baker   on behalf of Attorney   Godfrey & Kahn, S.C. acb@pgslaw.com
              Aaron C Baker   on behalf of Fee Examiner Richard Gitlin acb@pgslaw.com
              Aaron H Stulman   on behalf of Interested Party   Wilmington Savings Fund Society, FSB, in its
              capacity as successor Indenture Trustee AStulman@ashby-geddes.com
              Adam  Hiller   on behalf of Interested Party   MoreTech, Inc. ahiller@hillerarban.com
              Adam  Hiller   on behalf of Interested Party   Steag Energy Services, Inc. ahiller@hillerarban.com
              Adam  Hiller   on behalf of Creditor   Buffalo Industrial Supply, Inc. ahiller@hillerarban.com
              Adam G. Landis   on behalf of Interested Party   Alcoa Inc. landis@lrclaw.com,
              raucci@lrclaw.com;panchak@lrclaw.com;brown@lrclaw.com;dellose@lrclaw.com
              Adam G. Landis   on behalf of Creditor   NextEra Energy Resources, LLC landis@lrclaw.com,
              raucci@lrclaw.com;panchak@lrclaw.com;brown@lrclaw.com;dellose@lrclaw.com
              Adam G. Landis   on behalf of Interested Party   Marathon Asset Management, LP landis@lrclaw.com,
              raucci@lrclaw.com;panchak@lrclaw.com;brown@lrclaw.com;dellose@lrclaw.com
              Adam Scott Moskowitz   on behalf of Creditor   ASM Capital IV, L.P. asmcapital@aol.com
              Albert Kass   on behalf of Interested Party   Kurtzman Carson Consultants LLC
              ECFpleadings@kccllc.com, ecfpleadings@kccllc.com
              Alessandra Glorioso   on behalf of Creditor   U.S. Bank National Association
              glorioso.alessandra@dorsey.com
              Alexa Kranzley   on behalf of Creditor Committee   The Official Committee of Unsecured Creditors
              of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH Finance,
              Inc., and EECI, Inc. (EFH Committee) kranzleya@sullcrom.com
              Allison R Axenrod   on behalf of Creditor   Claims Recovery Group LLC
              allison@claimsrecoveryllc.com, notices@claimsrecoveryllc.com
              Amish R. Doshi   on behalf of Creditor   Oracle America, Inc. adoshi@magnozzikye.com
              Amy  Baudler   on behalf of Creditor   Barr Engineering Co. amy@purduelaw.com,
              gpurdue@purduelaw.com;kim@purduelaw.com
              Ana  Chilingarishvili   on behalf of Creditor   U.S. Bank National Association
              ana.chilingarishvili@maslon.com
              Andrea Beth Schwartz   on behalf of U.S. Trustee   United States Trustee
              andrea.b.schwartz@usdoj.gov
              Andrew Dietderich   on behalf of Creditor Committee   The Official Committee of Unsecured
              Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
              Finance, Inc., and EECI, Inc. (EFH Committee) dietderich@sullcrom.com
              Andrew Glenn Devore   on behalf of Interested Party   CSC Trust Company of Delaware, as successor
              indenture trustee and collateral trustee andrew.devore@ropesgray.com
              Andrew K Glenn   on behalf of Interested Party   Ad Hoc Group of EFH Legacy Noteholders
              aglenn@kasowitz.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Andrew L Magaziner    on behalf of Interested Party    Ad Hoc Committee of TCEH First Lien
          Creditors bankfilings@ycst.com
          Andrew R. Remming    on behalf of Interested Party    Kohlberg Kravis Roberts & Co. L.P., TPG
          Capital, L.P., Goldman, Sachs & Co. and Associated Individuals aremming@mnat.com,
          rfusco@mnat.com;aconway@mnat.com;mdecarli@mnat.com
          Angela Ferrante    on behalf of Claims Agent    Garden City Group, LLC
          debra.wolther@gardencitygroup.com,  PACERteam@gardencitygroup.com
          Ann M Kashishian    on behalf of Interested Party    Ad Hoc Committee of EFIH Unsecured Noteholders
          akashishian@gelaw.com,  dero@chipmanbrown.com;mccloskey@chipmanbrown.com
          Ann M Kashishian    on behalf of Intervenor-Defendant    Ad Hoc Committee of EFIH Unsecured
          Noteholders akashishian@gelaw.com,  dero@chipmanbrown.com;mccloskey@chipmanbrown.com
          Ann M Kashishian    on behalf of Attorney    Chipman Brown Cicero & Cole, LLP akashishian@gelaw.com,
          dero@chipmanbrown.com;mccloskey@chipmanbrown.com
          Anna  Grace    on behalf of Interested Party    United States on behalf of Environmental Protection
          Agency Anna.E.Grace@usdoj.gov
          Anna  Grace    on behalf of Creditor    UNITED STATES OF AMERICA Anna.E.Grace@usdoj.gov
          Ari David Kunofsky    on behalf of Creditor    UNITED STATES OF AMERICA ari.d.kunofsky@usdoj.gov,
          eastern.taxcivil@usdoj.gov
          Arlene Rene Alves    on behalf of Interested Party    Wilmington Trust, N.A. alves@sewkis.com
          Ashley F. Bartram    on behalf of Interested Party    Texas Commission on Environmental Quality
          ashley.bartram@texasattorneygeneral.gov
          Ashley F. Bartram    on behalf of Interested Party    Public Utility Commission of Texas
          ashley.bartram@texasattorneygeneral.gov
          Ashley F. Bartram    on behalf of Interested Party    Railroad Commission of Texas
          ashley.bartram@texasattorneygeneral.gov
          Ashley Robert Altschuler    on behalf of Defendant    Morgan Stanley Capital Group, Inc.
          ashley.altschuler@dlapiper.com
          Ashley Robert Altschuler    on behalf of Interested Party    Morgan Stanley Capital Group, Inc.
          ashley.altschuler@dlapiper.com
          Barry G. Felder    on behalf of Creditor    UMB Bank, N.A. bgfelder@foley.com
          Barry G. Felder    on behalf of Interested Party    UMB Bank, N.A., as indenture trustee
          bgfelder@foley.com
          Barry M. Klayman    on behalf of Interested Party    J Aron & Company bklayman@cozen.com
          Benjamin  Finestone    on behalf of Creditor    CCP Credit Acquisition Holdings, L.L.C.
          benjaminfinestone@quinnemanuel.com
          Benjamin  Finestone    on behalf of Creditor    Centerbridge Special Credit Partners, L.P.
          benjaminfinestone@quinnemanuel.com
          Benjamin  Finestone    on behalf of Creditor    Centerbridge Special Credit Partners, II, L.P.
          benjaminfinestone@quinnemanuel.com
          Benjamin  Stewart    on behalf of Creditor    Pinnacle Technical Resources, Inc.
          bstewart@baileybrauer.com
          Benjamin J. Schladweiler    on behalf of Defendant    Brookfield Asset Management Private
          Institutional Capital Adviser (Canada), L.P. bschladweiler@ramllp.com,
          jlano@ramllp.com;hgibbons@ramllp.com;dkrech@ramllp.com;sdaily@ramllp.com;nmozal@ramllp.com;dsanto
          ro@ramllp.com
          Benjamin J. Schladweiler    on behalf of Defendant    Angelo Gordon & Co., LP
          bschladweiler@ramllp.com,
          jlano@ramllp.com;hgibbons@ramllp.com;dkrech@ramllp.com;sdaily@ramllp.com;nmozal@ramllp.com;dsanto
          ro@ramllp.com
          Benjamin J. Schladweiler    on behalf of Creditor    Brookfield Asset Management Private
          Institutional Capital Adviser (Canada), L.P. bschladweiler@ramllp.com,
          jlano@ramllp.com;hgibbons@ramllp.com;dkrech@ramllp.com;sdaily@ramllp.com;nmozal@ramllp.com;dsanto
          ro@ramllp.com
          Benjamin J. Schladweiler    on behalf of Creditor    Angelo Gordon & Co., LP
          bschladweiler@ramllp.com,
          jlano@ramllp.com;hgibbons@ramllp.com;dkrech@ramllp.com;sdaily@ramllp.com;nmozal@ramllp.com;dsanto
          ro@ramllp.com
          Benjamin J. Schladweiler    on behalf of Defendant    Apollo Advisors VII, L.P.
          bschladweiler@ramllp.com,
          jlano@ramllp.com;hgibbons@ramllp.com;dkrech@ramllp.com;sdaily@ramllp.com;nmozal@ramllp.com;dsanto
          ro@ramllp.com
          Benjamin J. Schladweiler    on behalf of Interested Party    Titan Investment Holdings LP
          bschladweiler@ramllp.com,
          jlano@ramllp.com;hgibbons@ramllp.com;dkrech@ramllp.com;sdaily@ramllp.com;nmozal@ramllp.com;dsanto
          ro@ramllp.com
          Benjamin J. Schladweiler    on behalf of Creditor    Apollo Advisors VII, L.P.
          bschladweiler@ramllp.com,
          jlano@ramllp.com;hgibbons@ramllp.com;dkrech@ramllp.com;sdaily@ramllp.com;nmozal@ramllp.com;dsanto
          ro@ramllp.com
          Bernard George Conaway    on behalf of Creditor    Doyenne Constructors, LLC
          bconaway@cohenseglias.com,  bconaway@cohenseglias.com
          Bernard Grover Johnson, III    on behalf of Creditor    Milam Appraisal District
          bjohnson@fisherboyd.com
          Bonnie R. Golub    on behalf of Creditor    Evercore Group LLC bgolub@weirpartners.com
          Bradley R. Aronstam    on behalf of Defendant    Angelo Gordon & Co., LP baronstam@ramllp.com,
          hgibbons@ramllp.com;jlano@ramllp.com;nmozal@ramllp.com;dsantoro@ramllp.com;dkrech@ramllp.com;sdai
          ly@ramllp.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

    Bradley R. Aronstam    on behalf of Interested Party    Titan Investment Holdings LP
      baronstam@ramllp.com,
      hgibbons@ramllp.com;jlano@ramllp.com;nmozal@ramllp.com;dsantoro@ramllp.com;dkrech@ramllp.com;sdai
      ly@ramllp.com
    Bradley R. Aronstam    on behalf of Creditor    Brookfield Asset Management Private Institutional
    Capital Adviser (Canada), L.P. baronstam@ramllp.com,
      hgibbons@ramllp.com;jlano@ramllp.com;nmozal@ramllp.com;dsantoro@ramllp.com;dkrech@ramllp.com;sdai
      ly@ramllp.com
    Bradley R. Aronstam    on behalf of Defendant    Brookfield Asset Management Private Institutional
    Capital Adviser (Canada), L.P. baronstam@ramllp.com,
      hgibbons@ramllp.com;jlano@ramllp.com;nmozal@ramllp.com;dsantoro@ramllp.com;dkrech@ramllp.com;sdai
      ly@ramllp.com
    Bradley R. Aronstam    on behalf of Creditor    Angelo Gordon & Co., LP baronstam@ramllp.com,
      hgibbons@ramllp.com;jlano@ramllp.com;nmozal@ramllp.com;dsantoro@ramllp.com;dkrech@ramllp.com;sdai
      ly@ramllp.com
    Bradley R. Aronstam    on behalf of Defendant    Apollo Advisors VII, L.P. baronstam@ramllp.com,
      hgibbons@ramllp.com;jlano@ramllp.com;nmozal@ramllp.com;dsantoro@ramllp.com;dkrech@ramllp.com;sdai
      ly@ramllp.com
    Bradley R. Aronstam    on behalf of Creditor    Apollo Advisors VII, L.P. baronstam@ramllp.com,
      hgibbons@ramllp.com;jlano@ramllp.com;nmozal@ramllp.com;dsantoro@ramllp.com;dkrech@ramllp.com;sdai
      ly@ramllp.com
    Brett H. Miller    on behalf of Interested Party    The Official Committee of TCEH Unsecured
    Creditors BMiller@mofo.com
    Brian Schartz    on behalf of Debtor    Energy Future Holdings Corp. bschartz@kirkland.com,
      rebecca.chaikan@kirkland.com;lina.kaisey@kirkland.com;nora.schweighart@kirkland.com
    Brian Schartz    on behalf of Plaintiff    Energy Future Intermediate Holding Company LLC
      bschartz@kirkland.com,
      rebecca.chaikan@kirkland.com;lina.kaisey@kirkland.com;nora.schweighart@kirkland.com
    Brian E Farnan    on behalf of Interested Party    Forest Creek Wind Farm, LLC
      bfarnan@farnanlaw.com, tfarnan@farnanlaw.com
    Brian L. Arban    on behalf of Interested Party    Steag Energy Services, Inc.
      barban@hillerarban.com
    Brian Lucian Kasprzak    on behalf of Interested Party    Fireman's Fund Insurance Company
      bkasprzak@moodklaw.com
    Brian S. Hermann    on behalf of Interested Party    Ad Hoc Committee of TCEH First Lien Creditors
      jadlerstein@paulweiss.com;bhermann@paulweiss.com;mtattnall@paulweiss.com;abernstein@paulweiss.com
      ;aehrlich@paulweiss.com;mturkel@paulweiss.com;kcairns@paulweiss.com;koneill@paulweiss.com;mao_fed
      national@paulwei
    Bruce J. Ruzinsky    on behalf of Creditor    Milam Appraisal District bruzinsky@jw.com,
      mcavenaugh@jw.com
    Brya M. Keilson    on behalf of Other Prof.    Ad Hoc Group of Non-Settling EFIH PIK Noteholders
      comprised of York Capital Management Global Advisors, LLC, P. Schoenfeld Asset Management L.P.,
      Polygon Convertible Opportunity Master Fund, Polygon D bkeilson@gsbblaw.com
    Camille C. Bent    on behalf of Spec. Counsel    Energy Future Intermediate Holding Company LLC
      CCB@stevenslee.com
    Carl N. Kunz, III    on behalf of Creditor    Pooled Equipment Inventory Company
      ckunz@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com
    Carla O. Andres    on behalf of Interested Party    Fee Committee candres@gklaw.com,
      kboucher@gklaw.com;shuntema@gklaw.com
    Chad J. Husnick    on behalf of Debtor    Energy Future Holdings Corp. chusnick@kirkland.com
    Chad J. Husnick    on behalf of Plaintiff    Energy Future Intermediate Holding Company LLC
      chusnick@kirkland.com
    Chantelle D'nae McClamb    on behalf of Interested Party    Simeio Solutions, Inc.
      cmcclamb@wtplaw.com, cmcallister@wtplaw.com;slisko@wtplaw.com
    Charles J. Brown    on behalf of Creditor    Anadarko Petroleum Corporation cbrown@gsbblaw.com,
      dabernathy@archerlaw.com
    Charles J. Brown    on behalf of Interested Party    Emerson Network Power Liebert Services
      cbrown@gsbblaw.com, dabernathy@archerlaw.com
    Chester B. Salomon    on behalf of Creditor    Securitas Security Services USA, Inc.
      csalomon@beckerglynn.com, saltreuter@beckerglynn.com;hhill@beckerglynn.com
    Christopher Fong    on behalf of Interested Party    American Stock Transfer & Trust Company LLC
      cfong@nixonpeabody.com
    Christopher A. Ward    on behalf of Attorney    Polsinelli PC cward@polsinelli.com,
      LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
    Christopher A. Ward    on behalf of Creditor Committee    The Official Committee of Unsecured
    Creditors cward@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
    Christopher A. Ward    on behalf of Interested Party    The Official Committee of TCEH Unsecured
    Creditors cward@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
    Christopher A. Ward    on behalf of Financial Advisor    FTI Consulting, Inc. cward@polsinelli.com,
      LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
    Christopher A. Ward    on behalf of Creditor Committee    The Official Committee of TCEH Unsecured
    Creditors cward@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
    Christopher A. Ward    on behalf of Attorney    Morrison & Foerster LLP cward@polsinelli.com,
      LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
    Christopher B. Mosley    on behalf of Creditor    City of Fort Worth
      Chris.Mosley@fortworthtexas.gov, Sharon.Floyd@fortworthtexas.gov
    Christopher L. Carter    on behalf of Creditor    Pacific Investment Management Co. LLC
      christopher.carter@morganlewis.com, julia.frost-davies@morganlewis.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Christopher M Hayes    on behalf of Interested Party    Goldman Sachs & Co. and certain affiliates
              Christopher.hayes@kirkland.com
          Christopher Page Simon    on behalf of Interested Party    American Stock Transfer & Trust Company
              LLC csimon@crosslaw.com,  smacdonald@crosslaw.com
          Christopher R. Belmonte    on behalf of Interested Party    Moody's Analytics, Inc.
              cbelmonte@ssbb.com,  pbosswick@ssbb.com,managingclerk@ssbb.com,asnow@ssbb.com
          Clark T. Whitmore    on behalf of Creditor    U.S. Bank National Association
              clark.whitmore@maslon.com
          Colin R. Robinson    on behalf of Interested Party    EFIH 2nd Lien Notes Indenture Trustee
              crobinson@pszjlaw.com
          Corby Davin Boldissar    on behalf of Interested Party    BP America Production Company
              dboldissar@lockelord.com
          Curtis A Hehn    on behalf of Interested Party    Somervell County Central Appraisal District
              curtishehn@comcast.net
          D. Ross Martin    on behalf of Interested Party    CSC Trust Company of Delaware, as successor
              indenture trustee and collateral trustee rmartin@ropesgray.com
          Daniel A. Fliman    on behalf of Interested Party    Ad Hoc Group of EFH Legacy Noteholders
              dfliman@kasowitz.com
          Daniel A. O'Brien    on behalf of Creditor    Pacific Investment Management Co. LLC
              daobrien@venable.com
          Daniel J. DeFranceschi    on behalf of Debtor    TXU Retail Services Company rbgroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Eagle Mountain Power Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    EFH Renewables Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Luminant Generation Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    TXU Energy Retail Company LLC rbgroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Luminant Energy Trading California Company
              RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Valley NG Power Company LLC rbgroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    TXU Energy Solutions Company LLC rbgroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Big Brown 3 Power Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    EFH Finance (No. 2) Holdings Company
              RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Brighten Holdings LLC RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    DeCordova Power Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Lone Star Pipeline Company, Inc.
              defranceschi@rlf.com,  RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Daniel J. DeFranceschi    on behalf of Debtor    Southwestern Electric Service Company, Inc.
              RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Energy Future Competitive Holdings Company LLC
              defranceschi@rlf.com,  RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Daniel J. DeFranceschi    on behalf of Debtor    Generation MT Company LLC defranceschi@rlf.com,
              RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Daniel J. DeFranceschi    on behalf of Debtor    Generation Development Company LLC
              defranceschi@rlf.com,  RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Daniel J. DeFranceschi    on behalf of Debtor    Martin Lake 4 Power Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Oak Grove Power Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    4Change Energy Holdings LLC RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Texas Energy Industries Company, Inc.
              rbgroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Tradinghouse 3 & 4 Power Company LLC
              RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Plaintiff    Energy Future Intermediate Holding Company LLC
              RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    NCA Resources Development Company LLC
              RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Luminant Mining Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Sandow Power Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Brighten Energy LLC RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    EFH CG Management Company LLC defranceschi@rlf.com,
              RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Daniel J. DeFranceschi    on behalf of Debtor    TXU Receivables Company rbgroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    EFIH Finance Inc. defranceschi@rlf.com,
              RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Daniel J. DeFranceschi    on behalf of Debtor    Generation SVC Company defranceschi@rlf.com,
              RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Daniel J. DeFranceschi    on behalf of Debtor    EFH Corporate Services Company RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Luminant Big Brown Mining Company LLC
              RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    EFH CG Holdings Company LP defranceschi@rlf.com,
              RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Daniel J. DeFranceschi    on behalf of Debtor    EFH FS Holdings Company RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Energy Future Intermediate Holding Company LLC
              defranceschi@rlf.com,  RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Daniel J. DeFranceschi    on behalf of Debtor    Monticello 4 Power Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Big Brown Power Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Morgan Creek 7 Power Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Collin Power Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    4Change Energy Company RBGroup@rlf.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Daniel J. DeFranceschi   on behalf of Debtor   EBASCO SERVICES OF CANADA LIMITED RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Oak Grove Management Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Lake Creek 3 Power Company LLC
               defranceschi@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi   on behalf of Debtor   DeCordova II Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Texas Power & Light Company, Inc. rbgroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Luminant Energy Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   EEC Holdings, Inc. RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Tradinghouse Power Company LLC rbgroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Texas Utilities Electric Company, Inc.
               RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Texas Competitive Electric Holdings Company LLC
               defranceschi@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi   on behalf of Debtor   Luminant Renewables Company LLC
               defranceschi@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi   on behalf of Debtor   EFH Australia (No. 2) Holdings Company
               RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Luminant Holding Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   TCEH Finance, Inc. rbgroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Oak Grove Mining Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   TXU Energy Receivables Company LLC rbgroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Valley Power Company LLC rbgroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Luminant Mineral Development Company LLC
               RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Big Brown Lignite Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Luminant ET Services Company RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Energy Future Holdings Corp. defranceschi@rlf.com,
               RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi   on behalf of Debtor   LSGT SACROC, Inc. RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Lone Star Energy Company, Inc.
               defranceschi@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi   on behalf of Debtor   TXU Electric Company, Inc. rbgroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Texas Electric Service Company, Inc.
               rbgroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Dallas Power & Light Company, Inc. RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Texas Utilities Company, Inc. RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   LSGT Gas Company LLC defranceschi@rlf.com,
               RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi   on behalf of Debtor   TXU SEM Company rbgroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   NCA Development Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   EECI, Inc. RBGroup@rlf.com
              Daniel K Bearden    on behalf of Creditor   Carrollton-Farmers Branch ISD bearden@txschoollaw.com,
               coston@txschoollaw.com
              Daniel K. Astin    on behalf of Creditor   TXU 2007-1 Railcar Leasing LLC dastin@ciardilaw.com,
               jmcmahon@ciardilaw.com
              Daniel K. Astin    on behalf of Creditor   Atmos Energy Corporation dastin@ciardilaw.com,
               jmcmahon@ciardilaw.com
              Daniel K. Hogan    on behalf of Interested Party Michelle  Ziegelbaum dkhogan@dkhogan.com,
               keharvey@dkhogan.com,gpalagruto@dkhogan.com,mrust@dkhogan.com
              Daniel K. Hogan    on behalf of Interested Party   Brake Supply Company, Inc. dkhogan@dkhogan.com,
               keharvey@dkhogan.com,gpalagruto@dkhogan.com,mrust@dkhogan.com
              Daniel K. Hogan    on behalf of Interested Party David William Fahy dkhogan@dkhogan.com,
               keharvey@dkhogan.com,gpalagruto@dkhogan.com,mrust@dkhogan.com
              Daniel K. Hogan    on behalf of Interested Party Charlotte and Curtis  Liberda dkhogan@dkhogan.com,
               keharvey@dkhogan.com,gpalagruto@dkhogan.com,mrust@dkhogan.com
              Daniel K. Hogan    on behalf of Interested Party   PI Law Firms dkhogan@dkhogan.com,
               keharvey@dkhogan.com,gpalagruto@dkhogan.com,mrust@dkhogan.com
              Daniel K. Hogan    on behalf of Interested Party Joe  Arabie dkhogan@dkhogan.com,
               keharvey@dkhogan.com,gpalagruto@dkhogan.com,mrust@dkhogan.com
              Daniel K. Hogan    on behalf of Interested Party Michael  Cunningham dkhogan@dkhogan.com,
               keharvey@dkhogan.com,gpalagruto@dkhogan.com,mrust@dkhogan.com
              Daniel K. Hogan    on behalf of Interested Party   Shirley Fenicle, as Successor-In-Interest to
               the Estate of George Fenicle,and David William Fahy dkhogan@dkhogan.com,  keharvey@dkhogan.com,
               gpalagruto@dkhogan.com,mrust@dkhogan.com
              Daniel K. Hogan    on behalf of Interested Party   Fenicle, Shirley, as Successor-In-Interest to
               the Estate of George Fenicle dkhogan@dkhogan.com,  keharvey@dkhogan.com,gpalagruto@dkhogan.com,
               mrust@dkhogan.com
              Daniel K. Hogan    on behalf of Interested Party   The Richards Group, Inc. dkhogan@dkhogan.com,
               keharvey@dkhogan.com,gpalagruto@dkhogan.com,mrust@dkhogan.com
              Daniel S. Shamah    on behalf of Defendant   Apollo Advisors VII, L.P. dshamah@omm.com
              Daniel S. Shamah    on behalf of Creditor   Angelo Gordon & Co., LP dshamah@omm.com
              Daniel S. Shamah    on behalf of Defendant   Brookfield Asset Management Private Institutional
               Capital Adviser (Canada), L.P. dshamah@omm.com
              Daniel S. Shamah    on behalf of Defendant   Angelo Gordon & Co., LP dshamah@omm.com
              Daniel S. Shamah    on behalf of Creditor   Brookfield Asset Management Private Institutional
               Capital Adviser (Canada), L.P. dshamah@omm.com
              Daniel S. Shamah    on behalf of Creditor   Wilmington Trust, N.A., in its capacity as First Lien
               Administrative Agent dshamah@omm.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
```
        Daniel S. Shamah   on behalf of Creditor   Apollo Advisors VII, L.P. dshamah@omm.com
        Daniel S. Shamah   on behalf of Defendant   Wilmington Trust, N.A., solely in its capacity as
         First Lien Administrative Agent dshamah@omm.com
        Danielle M. Audette   on behalf of Interested Party   Ad Hoc Group of TCEH Unsecured Noteholders ,
         jdisanti@whitecase.com;mco@whitecase.com;jason.bartlett@whitecase.com
        Danielle Marie Audette   on behalf of Intervenor   Ovation Acquisition II, L.L.C.
         daudette@whitecase.com, jdisanti@whitecase.com;mco@whitecase.com;jason.bartlett@whitecase.com
        Danielle Marie Audette   on behalf of Intervenor   Ovation Acquisition I, L.L.C.
         daudette@whitecase.com, jdisanti@whitecase.com;mco@whitecase.com;jason.bartlett@whitecase.com
        David  Neier   on behalf of Creditor   Chicago Bridge & Iron Company N.V. dneier@winston.com,
         dcunsolo@winston.com
        David B. Anthony   on behalf of Plaintiff   York Capital Management Global Advisors, LLC
         danthony@bergerharris.com
        David B. Anthony   on behalf of Plaintiff   GSO Capital Partners LP danthony@bergerharris.com
        David B. Anthony   on behalf of Plaintiff   P. Schoenfeld Asset Management LP
         danthony@bergerharris.com
        David B. Anthony   on behalf of Plaintiff   Third Avenue Management LLC danthony@bergerharris.com
        David B. Anthony   on behalf of Plaintiff   Avenue Capital Management II, LP
         danthony@bergerharris.com
        David Daniel Farrell   on behalf of Creditor   Martin Engineering Company
         dfarrell@thompsoncoburn.com
        David Edward Leta   on behalf of Creditor   Headwaters Resources, Inc. dleta@swlaw.com,
         wkalawaia@swlaw.com
        David G. Aelvoet   on behalf of Creditor   Ector CAD davida@publicans.com
        David M. Klauder   on behalf of Debtor   Energy Future Holdings Corp. dklauder@bk-legal.com
        David N. Deaconson   on behalf of Creditor William Jeffrey Herbert deaconson@pakislaw.com
        David P. Primack   on behalf of Other Prof.   Munger, Tolles & Olson LLP dprimack@mdmc-law.com,
         sshidner@mdmc-law.com;smullen@mdmc-law.com
        David P. Primack   on behalf of Financial Advisor   Greenhill & Co., LLC dprimack@mdmc-law.com,
         sshidner@mdmc-law.com;smullen@mdmc-law.com
        David P. Primack   on behalf of Interested Party   TCEH Debtors dprimack@mdmc-law.com,
         sshidner@mdmc-law.com;smullen@mdmc-law.com
        David P. Primack   on behalf of Interested Party   Energy Future Competitive Holdings Company LLC
         dprimack@mdmc-law.com,  sshidner@mdmc-law.com;smullen@mdmc-law.com
        David P. Primack   on behalf of Interested Party   Texas Competitive Electric Holdings Company
         LLC dprimack@mdmc-law.com,  sshidner@mdmc-law.com;smullen@mdmc-law.com
        David S. Rosner   on behalf of Interested Party   Ad Hoc Group of EFH Legacy Noteholders
         nAmamoo@kasowitz.com;courtnotices@kasowitz.com
        David W. Carickhoff   on behalf of Interested Party Allen  Shrode dcarickhoff@archerlaw.com,
         de20@ecfcbis.com
        Davis Lee Wright   on behalf of Creditor Committee   The Official Committee of Unsecured
         Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
         Finance, Inc., and EECI, Inc. (EFH Committee) dwright@mmwr.com,
         keith-mangan-mmwr-1628@ecf.pacerpro.com
        Dennis  Dunne, Esq.   on behalf of Interested Party   CITIBANK, N.A. ddunne@millbank.com
        Dennis L. Jenkins   on behalf of Interested Party   CSC Trust Company of Delaware, as successor
         indenture trustee and collateral trustee dennis.jenkins@wilmerhale.com
        Derek C. Abbott   on behalf of Interested Party   TPG Capital, L.P. dabbott@mnat.com,
         rfusco@mnat.com;mdecarli@mnat.com;aconway@mnat.com
        Derek C. Abbott   on behalf of Interested Party   Kohlberg Kravis Roberts & Co. L.P., TPG Capital,
         L.P., Goldman, Sachs & Co. and Associated Individuals dabbott@mnat.com,
         rfusco@mnat.com;mdecarli@mnat.com;aconway@mnat.com
        Derek C. Abbott   on behalf of Interested Party   Texas Energy Future Holdings Limited
         Partnership dabbott@mnat.com,  rfusco@mnat.com;mdecarli@mnat.com;aconway@mnat.com
        Desiree M. Amador   on behalf of Creditor   Pension Benefit Guaranty Corporation
         amador.desiree@pbgc.gov,  efile@pbgc.gov
        Diane W. Sanders   on behalf of Creditor   Nueces County austin.bankruptcy@publicans.com
        Diane W. Sanders   on behalf of Creditor   Lee County austin.bankruptcy@publicans.com
        Diane W. Sanders   on behalf of Creditor   Walnut Springs ISD austin.bankruptcy@publicans.com
        Diane W. Sanders   on behalf of Creditor   Robertson County austin.bankruptcy@publicans.com
        Diane W. Sanders   on behalf of Creditor   Limestone County austin.bankruptcy@publicans.com
        Diane W. Sanders   on behalf of Creditor   Falls County austin.bankruptcy@publicans.com
        Diane W. Sanders   on behalf of Creditor   Round Rock ISD austin.bankruptcy@publicans.com
        Diane W. Sanders   on behalf of Creditor   McLennan County austin.bankruptcy@publicans.com
        Diane W. Sanders   on behalf of Creditor   Franklin ISD austin.bankruptcy@publicans.com
        Donald K. Ludman   on behalf of Creditor   SAP Industries, Inc. dludman@brownconnery.com
        Duane David Werb   on behalf of Creditor   BWM Services, LP
         maustria@werbsullivan.com;riorii@werbsullivan.com
        Duane David Werb   on behalf of Creditor   The Kansas City Southern Railway Company
         maustria@werbsullivan.com;riorii@werbsullivan.com
        Edward O. Sassower   on behalf of Plaintiff   Energy Future Intermediate Holding Company LLC
         Robert.orren@kirkland.com;beth.friedman@kirkland.com;steven.serajeddini@kirkland.com;aparna.yenam
         andra@kirkland.com;michael.esser@kirkland.com;natasha.hwangpo@kirkland.com;mcclain.thompson@kirkl
         and.com
        Edward O. Sassower   on behalf of Debtor   Energy Future Holdings Corp.
         Robert.orren@kirkland.com;beth.friedman@kirkland.com;steven.serajeddini@kirkland.com;aparna.yenam
         andra@kirkland.com;michael.esser@kirkland.com;natasha.hwangpo@kirkland.com;mcclain.thompson@kirkl
         and.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Edwin Kevin Camson   camson@drumcapital.com
              Elihu Ezekiel Allinson, III   on behalf of Creditor   Henry Pratt Company, LLC
               ZAllinson@SHA-LLC.com,   ecf@williamdsullivanllc.com;KDavis@SHA-LLC.com;hcoleman@sha-llc.com
              Elizabeth  Banda Calvo   on behalf of Creditor   Somervell County et al rgleason@pbfcm.com,
               ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com
              Elizabeth  Banda Calvo   on behalf of Creditor   Richardson ISD, Crowley ISD rgleason@pbfcm.com,
               ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com
              Ellen M. Halstead   on behalf of Defendant   Morgan Stanley Capital Group, Inc.
               ellen.halstead@cwt.com,   joshua.arnold@cwt.com;nyecfnotice@cwt.com
              Ellen M. Halstead   on behalf of Interested Party   Morgan Stanley Capital Group, Inc.
               ellen.halstead@cwt.com,   joshua.arnold@cwt.com;nyecfnotice@cwt.com
              Ellen W. Slights   on behalf of Creditor   United States/USAO usade.ecfbankruptcy@usdoj.gov
              Epiq Bankruptcy Solutions LLC   nmrodriguez@epiqsystems.com
              Erica J. Richards   on behalf of Creditor Committee   The Official Committee of Unsecured
               Creditors erichards@mofo.com
              Erik  Schneider   on behalf of Interested Party   American Stock Transfer & Trust Company LLC
               eschneider@nixonpeabody.com,  bos.managing.clerk@nixonpeabody.com,mnighan@nixonpeabody.com,
              Erin A. West   on behalf of Interested Party   Fee Committee ewest@gklaw.com,
               kboucher@gklaw.com;kknitter@gklaw.com
              Erin R Fay   on behalf of Interested Party   Texas Energy Future Capital Holdings LLC, Texas
               Energy Future Holdings Limited Partnership, and Certain Other Direct or Indirect Holders of
               Equity Interests in Energy Future Holdings Corp. efay@mnat.com,
               aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
              Erin R Fay   on behalf of Interested Party   Texas Energy Future Holdings Limited Partnership
               efay@mnat.com,   aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
              Erin R Fay   on behalf of Interested Party   Kohlberg Kravis Roberts & Co. L.P., TPG Capital,
               L.P., Goldman, Sachs & Co. and Associated Individuals efay@mnat.com,
               aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
              Erin R Fay   on behalf of Interested Party   Texas Energy Future Capital Holdings, LLC, Texas
               Energy Future Holdings Limited Partnership, Kohlberg Kravis Roberts & Co. L.P., KKR 2006 Fund
               L.P., TPG Global, LLC, TPG Partners V, L.P., TPG Capital, efay@mnat.com,
               aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
              Erin R Fay   on behalf of Interested Party   Kohlberg Kravis Roberts & Co. L.P., TPG Capital,
               L.P. and Associated Individuals efay@mnat.com,
               aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
              Erin R Fay   on behalf of Interested Party Mary Ann  KIlgore efay@mnat.com,
               aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
              Erin R Fay   on behalf of Interested Party   Interest Holders efay@mnat.com,
               aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
              Evan  Rassman   on behalf of Creditor   Knife River Corporation-South erassman@gsbblaw.com
              Evan R. Fleck   on behalf of Interested Party   CITIBANK, N.A. EFleck@milbank.com,
               jbrewster@milbank.com;mbrod@milbank.com;chahm@milbank.com;badams@milbank.com;bzucco@milbank.com;m
               price@milbank.com;aleblanc@milbank.com
              Evan T. Miller   on behalf of Interested Party   CSC Trust Company of Delaware, as Successor
               Trustee under the TCEH 11.5% Senior Secured Notes Indenture emiller@bayardlaw.com,
               lmorton@bayardlaw.com;tstoner@bayardlaw.com
              Frances  Gecker   on behalf of Interested Party   PI Law Firms fgecker@fgllp.com,
               csmith@fgllp.com
              Francis A. Monaco,  Jr.   on behalf of Interested Party   Fluor Corporation fmonaco@wcsr.com,
               kdalton@wcsr.com;hsasso@wcsr.com;jwray@wcsr.com
              Francis A. Monaco,  Jr.   on behalf of Interested Party   American Equipment Company Inc.
               fmonaco@wcsr.com,  kdalton@wcsr.com;hsasso@wcsr.com;jwray@wcsr.com
              Francis A. Monaco,  Jr.   on behalf of Interested Party   AMECO Inc. fmonaco@wcsr.com,
               kdalton@wcsr.com;hsasso@wcsr.com;jwray@wcsr.com
              Francis A. Monaco,  Jr.   on behalf of Interested Party   Fluor Enterprises Inc. fmonaco@wcsr.com,
               kdalton@wcsr.com;hsasso@wcsr.com;jwray@wcsr.com
              Francis A. Monaco,  Jr.   on behalf of Interested Party   Fluor Global Services fmonaco@wcsr.com,
               kdalton@wcsr.com;hsasso@wcsr.com;jwray@wcsr.com
              Frederick B. Rosner   on behalf of Interested Party   Mudrick Capital Management L.P.
               rosner@teamrosner.com
              G. Alexander Bongartz   on behalf of Interested Party   CSC Trust Company of Delaware, as
               Successor Trustee under the TCEH 11.5% Senior Secured Notes Indenture
               alexbongartz@paulhastings.com
              Garden City Group, LLC   PACERTeam@gardencitygroup.com
              Garvan F. McDaniel   on behalf of Interested Party   Contrarian Capital Management, LLC
               gfmcdaniel@dkhogan.com,  gdurstein@dkhogan.com;karen@dkhogan.com;mrust@dkhogan.com
              Garvan F. McDaniel   on behalf of Interested Party   Ad Hoc Group of EFH Legacy Noteholders
               gfmcdaniel@dkhogan.com,  gdurstein@dkhogan.com;karen@dkhogan.com;mrust@dkhogan.com
              Garvan F. McDaniel   on behalf of Interested Party   Caxton Associates LP gfmcdaniel@dkhogan.com,
               gdurstein@dkhogan.com;karen@dkhogan.com;mrust@dkhogan.com
              Gary F. Seitz   on behalf of Attorney   Gellert Scali Busenkell & Brown LLC gseitz@gsbblaw.com
              George  Davis   on behalf of Defendant   Wilmington Trust, N.A., solely in its capacity as First
               Lien Administrative Agent gdavis@omm.com
              George  Davis   on behalf of Creditor   Apollo Global Management, LLC gdavis@omm.com
              George  Davis   on behalf of Defendant   Brookfield Asset Management Private Institutional
               Capital Adviser (Canada), L.P. gdavis@omm.com
              George  Davis   on behalf of Defendant   Apollo Advisors VII, L.P. gdavis@omm.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              George  Davis   on behalf of Creditor   Wilmington Trust, N.A., in its capacity as First Lien
               Administrative Agent gdavis@omm.com
              George  Davis   on behalf of Defendant   Angelo Gordon & Co., LP gdavis@omm.com
              Gerrit M. Pronske   on behalf of Creditor   Pallas Realty Advisors, Inc. gpronske@pgkpc.com
              GianClaudio  Finizio   on behalf of Interested Party   Delaware Trust Company
               gfinizio@bayardlaw.com,
               bankserve@bayardlaw.com;sbreckenridge@bayardlaw.com;lmorton@bayardlaw.com;tstoner@bayardlaw.com
              GianClaudio  Finizio   on behalf of Trustee   Delaware Trust Company, as TCEH First Lien
               Indenture Trustee gfinizio@bayardlaw.com,
               bankserve@bayardlaw.com;sbreckenridge@bayardlaw.com;lmorton@bayardlaw.com;tstoner@bayardlaw.com
              GianClaudio  Finizio   on behalf of Interested Party   CSC Trust Company of Delaware, as
               Successor Trustee under the TCEH 11.5% Senior Secured Notes Indenture gfinizio@bayardlaw.com,
               bankserve@bayardlaw.com;sbreckenridge@bayardlaw.com;lmorton@bayardlaw.com;tstoner@bayardlaw.com
              GianClaudio  Finizio   on behalf of Plaintiff   Delaware Trust Company, as TCEH First Lien
               Indenture Trustee gfinizio@bayardlaw.com,
               bankserve@bayardlaw.com;sbreckenridge@bayardlaw.com;lmorton@bayardlaw.com;tstoner@bayardlaw.com
              GianClaudio  Finizio   on behalf of Interested Party   Delaware Trust Company as Successor
               Trustee under the TCEH 11.5% Senior Secured Notes Indenture gfinizio@bayardlaw.com,
               bankserve@bayardlaw.com;sbreckenridge@bayardlaw.com;lmorton@bayardlaw.com;tstoner@bayardlaw.com
              Gilbert R. Saydah, Jr.   on behalf of Creditor   CSC Trust Company of Delaware, Proposed
               Successor Indenture Trustee KDWbankruptcyDepartment@kelleydrye.com
              Gregory A. Taylor   on behalf of Interested Party   Wilmington Savings Fund Society, FSB, in its
               capacity as successor Indenture Trustee gtaylor@ashby-geddes.com
              Gregory A. Taylor   on behalf of Interested Party   Ad Hoc Committee of TCEH Second Lien
               Noteholders gtaylor@ashby-geddes.com
              Gregory M. Starner   on behalf of Interested Party   Ad Hoc Group of TCEH Unsecured Noteholders ,
               jdisanti@whitecase.com;mco@whitecase.com;erin.smith@whitecase.com;mshepherd@whitecase.com;jason.b
               artlett@whitecase.com;aaron.colodny@whitecase.com;tamara.vanheel@whitecase.com;mbrown@whitecase.c
               om
              Gregory M. Weinstein   on behalf of Creditor   Mario Sinacola & Sons Excavating, Inc.
               gweinstein@weinrad.com,  mbowers@weinrad.com
              Gregory Michael Starner   on behalf of Creditor   Law Debenture Trust Company of New York, in its
               capacity as Indenture Trustee gstarner@whitecase.com,
               jdisanti@whitecase.com;mco@whitecase.com;erin.smith@whitecase.com;mshepherd@whitecase.com;jason.b
               artlett@whitecase.com;aaron.colodny@whitecase.com;tamara.vanheel@whitecase.com;mbrown@whitecase.c
               om
              Gregory Michael Starner   on behalf of Intervenor   Ovation Acquisition II, L.L.C.
               gstarner@whitecase.com,
               jdisanti@whitecase.com;mco@whitecase.com;erin.smith@whitecase.com;mshepherd@whitecase.com;jason.b
               artlett@whitecase.com;aaron.colodny@whitecase.com;tamara.vanheel@whitecase.com;mbrown@whitecase.c
               om
              Gregory Michael Starner   on behalf of Intervenor   Ovation Acquisition I, L.L.C.
               gstarner@whitecase.com,
               jdisanti@whitecase.com;mco@whitecase.com;erin.smith@whitecase.com;mshepherd@whitecase.com;jason.b
               artlett@whitecase.com;aaron.colodny@whitecase.com;tamara.vanheel@whitecase.com;mbrown@whitecase.c
               om
              Gregory T. Donilon   on behalf of Creditor   Automatic Systems, Inc. gdonilon@pwujlaw.com
              Hal F. Morris   on behalf of Interested Party   Texas Commission on Environmental Quality
               hal.morris@texasattorneygeneral.gov
              Hal F. Morris   on behalf of Interested Party   Public Utility Commission of Texas
               hal.morris@texasattorneygeneral.gov
              Hal F. Morris   on behalf of Interested Party   Railroad Commission of Texas
               hal.morris@texasattorneygeneral.gov
              Helen Elizabeth Weller   on behalf of Creditor    Northwest ISD dallas.bankruptcy@publicans.com,
               evelyn.palmer@lgbs.com
              Helen Elizabeth Weller   on behalf of Creditor    Northeast TX Comm Coll Dist
               dallas.bankruptcy@publicans.com,  evelyn.palmer@lgbs.com
              Helen Elizabeth Weller   on behalf of Creditor    Angelina County dallas.bankruptcy@publicans.com,
               evelyn.palmer@lgbs.com
              Helen Elizabeth Weller   on behalf of Creditor    Rusk County dallas.bankruptcy@publicans.com,
               evelyn.palmer@lgbs.com
              Helen Elizabeth Weller   on behalf of Creditor    Brownsboro ISD dallas.bankruptcy@publicans.com,
               evelyn.palmer@lgbs.com
              Helen Elizabeth Weller   on behalf of Creditor    Malakoff ISD dallas.bankruptcy@publicans.com,
               evelyn.palmer@lgbs.com
              Helen Elizabeth Weller   on behalf of Creditor    Robertson County dallas.bankruptcy@publicans.com,
               evelyn.palmer@lgbs.com
              Helen Elizabeth Weller   on behalf of Creditor    Fannin CAD dallas.bankruptcy@publicans.com,
               evelyn.palmer@lgbs.com
              Helen Elizabeth Weller   on behalf of Creditor    Harris County dallas.bankruptcy@publicans.com,
               evelyn.palmer@lgbs.com
              Helen Elizabeth Weller   on behalf of Creditor    Walnut Springs ISD
               dallas.bankruptcy@publicans.com,  evelyn.palmer@lgbs.com
              Helen Elizabeth Weller   on behalf of Creditor    Kaufman County dallas.bankruptcy@publicans.com,
               evelyn.palmer@lgbs.com
              Helen Elizabeth Weller   on behalf of Creditor    Clay county dallas.bankruptcy@publicans.com,
               evelyn.palmer@lgbs.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Helen Elizabeth Weller    on behalf of Creditor    Lee County dallas.bankruptcy@publicans.com,
                  evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Ellis County dallas.bankruptcy@publicans.com,
                  evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    City of sulphur springs
                  dallas.bankruptcy@publicans.com,   evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Fannin county dallas.bankruptcy@publicans.com,
                  evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Valley View ISD dallas.bankruptcy@publicans.com,
                  evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Irving isd dallas.bankruptcy@publicans.com,
                  evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Sulphur Springs ISD
                  dallas.bankruptcy@publicans.com,   evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Beckville isd dallas.bankruptcy@publicans.com,
                  evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Archer County dallas.bankruptcy@publicans.com,
                  evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    City of Coppell dallas.bankruptcy@publicans.com,
                  evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Morris CAD dallas.bankruptcy@publicans.com,
                  evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Gainesville isd dallas.bankruptcy@publicans.com,
                  evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Limestone County dallas.bankruptcy@publicans.com,
                  evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Red River County dallas.bankruptcy@publicans.com,
                  evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Slocum ISD dallas.bankruptcy@publicans.com,
                  evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Franklin ISD dallas.bankruptcy@publicans.com,
                  evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Fort Bend County dallas.bankruptcy@publicans.com,
                  evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Stephenville ISD dallas.bankruptcy@publicans.com,
                  evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Nueces County dallas.bankruptcy@publicans.com,
                  evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Hopkins County dallas.bankruptcy@publicans.com,
                  evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Cisco College dallas.bankruptcy@publicans.com,
                  evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Camp cad dallas.bankruptcy@publicans.com,
                  evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Montague county dallas.bankruptcy@publicans.com,
                  evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Lamar CAD dallas.bankruptcy@publicans.com,
                  evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Rains County AD dallas.bankruptcy@publicans.com,
                  evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Coppell ISD dallas.bankruptcy@publicans.com,
                  evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Navarro County dallas.bankruptcy@publicans.com,
                  evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Wise County dallas.bankruptcy@publicans.com,
                  evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Upshur County dallas.bankruptcy@publicans.com,
                  evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Tarrant County dallas.bankruptcy@publicans.com,
                  evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Falls County dallas.bankruptcy@publicans.com,
                  evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Franklin County dallas.bankruptcy@publicans.com,
                  evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    City of bonham dallas.bankruptcy@publicans.com,
                  evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Rockwall Cad dallas.bankruptcy@publicans.com,
                  evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Smith County dallas.bankruptcy@publicans.com,
                  evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Cherokee CAD dallas.bankruptcy@publicans.com,
                  evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    City of carrollton
                  dallas.bankruptcy@publicans.com,   evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Kerens ISD dallas.bankruptcy@publicans.com,
                  evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Red River CAD dallas.bankruptcy@publicans.com,
                  evelyn.palmer@lgbs.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Helen Elizabeth Weller    on behalf of Creditor    City of Stephenville
 dallas.bankruptcy@publicans.com,  evelyn.palmer@lgbs.com
Helen Elizabeth Weller    on behalf of Creditor    Van Zandt CAD dallas.bankruptcy@publicans.com,
 evelyn.palmer@lgbs.com
Helen Elizabeth Weller    on behalf of Creditor    Hunt County dallas.bankruptcy@publicans.com,
 evelyn.palmer@lgbs.com
Helen Elizabeth Weller    on behalf of Creditor    City of malakoff dallas.bankruptcy@publicans.com,
 evelyn.palmer@lgbs.com
Helen Elizabeth Weller    on behalf of Creditor    Hood CAD dallas.bankruptcy@publicans.com,
 evelyn.palmer@lgbs.com
Helen Elizabeth Weller    on behalf of Creditor    McLennan County dallas.bankruptcy@publicans.com,
 evelyn.palmer@lgbs.com
Helen Elizabeth Weller    on behalf of Creditor    City of Corinth dallas.bankruptcy@publicans.com,
 evelyn.palmer@lgbs.com
Helen Elizabeth Weller    on behalf of Creditor    Cisco ISD dallas.bankruptcy@publicans.com,
 evelyn.palmer@lgbs.com
Helen Elizabeth Weller    on behalf of Creditor    Round Rock ISD dallas.bankruptcy@publicans.com,
 evelyn.palmer@lgbs.com
Helen Elizabeth Weller    on behalf of Creditor    Wise CAD dallas.bankruptcy@publicans.com,
 evelyn.palmer@lgbs.com
Helen Elizabeth Weller    on behalf of Creditor    Cayuga isd dallas.bankruptcy@publicans.com,
 evelyn.palmer@lgbs.com
Helen Elizabeth Weller    on behalf of Creditor    Grayson County dallas.bankruptcy@publicans.com,
 evelyn.palmer@lgbs.com
Helen Elizabeth Weller    on behalf of Creditor    Dallas County dallas.bankruptcy@publicans.com,
 evelyn.palmer@lgbs.com
Helen Elizabeth Weller    on behalf of Creditor    Jack County dallas.bankruptcy@publicans.com,
 evelyn.palmer@lgbs.com
Helen Elizabeth Weller    on behalf of Creditor    Ector CAD dallas.bankruptcy@publicans.com,
 evelyn.palmer@lgbs.com
Howard A. Cohen    on behalf of Interested Party    CITIBANK, N.A. howard.cohen@dbr.com
Howard R. Hawkins, Jr.    on behalf of Interested Party    Morgan Stanley Capital Group, Inc.
 howard.hawkins@cwt.com,  nyecfnotice@cwt.com
Howard R. Hawkins, Jr.    on behalf of Defendant    Morgan Stanley Capital Group, Inc.
 howard.hawkins@cwt.com,  nyecfnotice@cwt.com
Humayun  Khalid    on behalf of Interested Party    J. Aron & Company hkhalid@cgsh.com,
 maofiling@cgsh.com
Humayun  Khalid    on behalf of Interested Party    J Aron & Company hkhalid@cgsh.com,
 maofiling@cgsh.com
J Jackson Shrum    on behalf of Creditor    BWM Services, LP jshrum@werbsullivan.com
J Jackson Shrum    on behalf of Creditor    The Kansas City Southern Railway Company
 jshrum@werbsullivan.com
J. Kate Stickles    on behalf of Interested Party    Delaware Trust Company as Successor Trustee
 under the TCEH 11.5% Senior Secured Notes Indenture kstickles@coleschotz.com,
 bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
 otz.com
J. Kate Stickles    on behalf of Interested Party    Delaware Trust Company, f/k/a CSC Trust
 Company of Delaware, as Indenture Trustee kstickles@coleschotz.com,
 bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
 otz.com
J. Kate Stickles    on behalf of Interested Party    CSC Trust Company of Delaware, as successor
 indenture trustee and collateral trustee kstickles@coleschotz.com,
 bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
 otz.com
J. Kate Stickles    on behalf of Plaintiff    Delaware Trust Company, as Indenture Trustee and
 Collateral Trustee, kstickles@coleschotz.com,
 bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
 otz.com
J. Kate Stickles    on behalf of Interested Party    CSC Trust Company of Delaware as Successor
 Indenture Trustee kstickles@coleschotz.com,
 bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
 otz.com
J. Kate Stickles    on behalf of Other Prof.    Cole Schotz P.C. kstickles@coleschotz.com,
 bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
 otz.com
J. Kate Stickles    on behalf of Other Prof.    Delaware Trust Company, as First Lien Successor
 Trustee and Collateral Trustee kstickles@coleschotz.com,
 bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
 otz.com
J. Kate Stickles    on behalf of Plaintiff    Delaware Trust Company kstickles@coleschotz.com,
 bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
 otz.com
Jacob A. Adlerstein    on behalf of Interested Party    Ad Hoc Committee of TCEH First Lien
 Creditors jadlerstein@paulweiss.com
James E. Huggett    on behalf of Creditor    URS Energy & Construction, Inc.
 jhuggett@margolisedelstein.com,  nvangorder@margolisedelstein.com
James E. Huggett    on behalf of Creditor    Oracle America, Inc. jhuggett@margolisedelstein.com,
 nvangorder@margolisedelstein.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          James Halstead Millar    on behalf of Interested Party   CSC Trust Company of Delaware, as
          successor indenture trustee and collateral trustee james.millar@dbr.com,
          Daniel.Northrop@dbr.com;Marita.Erbeck@dbr.com
          James Michael Peck    on behalf of Creditor Committee    The Official Committee of Unsecured
          Creditors jpeck@mofo.com
          James Michael Peck    on behalf of Interested Party    The Official Committee of TCEH Unsecured
          Creditors jpeck@mofo.com
          James S. Carr    on behalf of Creditor   CSC Trust Company of Delaware, Proposed Successor
          Indenture Trustee KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com
          James S. Yoder    on behalf of Attorney   Salesforce.com, Inc. yoderj@whiteandwilliams.com
          Jamie Lynne Edmonson    on behalf of Creditor   Pacific Investment Management Co. LLC
          jledmonson@venable.com
          Jarrett  Vine    on behalf of Creditor Committee    The Official Committee of Unsecured Creditors
          jvine@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
          Jarrett  Vine    on behalf of Interested Party    The Official Committee of TCEH Unsecured
          Creditors jvine@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
          Jason A. Starks    on behalf of Creditor   Texas Office of Public Utility Counsel
          bk-jstarks@texasattorneygeneral.gov, sherri.simpson@texasattorneygeneral.gov
          Jason D. Curry    on behalf of Creditor   TXU 2007-1 Railcar Leasing LLC jason.curry@quarles.com,
          sybil.aytch@quarles.com;amelia.valenzuela@quarles.com
          Jason M. Liberi    on behalf of Interested Party   Texas Transmission Investment LLC
          jason.liberi@skadden.com,
          christopher.heaney@skadden.com;debank@skadden.com;wendy.lamanna@skadden.com
          Jason M. Liberi    on behalf of Defendant   Texas Transmission Investment LLC
          jason.liberi@skadden.com,
          christopher.heaney@skadden.com;debank@skadden.com;wendy.lamanna@skadden.com
          Jason M. Madron    on behalf of Debtor   Texas Utilities Electric Company, Inc. madron@rlf.com,
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor   DeCordova II Power Company LLC madron@rlf.com,
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor   EFH FS Holdings Company madron@rlf.com,
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor   Valley Power Company LLC madron@rlf.com,
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor   Luminant Energy Trading California Company madron@rlf.com,
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor   Luminant ET Services Company madron@rlf.com,
          rbgroup@rlf.com
          Jason M. Madron    on behalf of Attorney   Kirkland & Ellis LLP madron@rlf.com, rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor   Luminant Big Brown Mining Company LLC madron@rlf.com,
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor   Generation SVC Company madron@rlf.com,
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor   EFH Finance (No. 2) Holdings Company madron@rlf.com,
          rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor   DeCordova Power Company LLC madron@rlf.com,
          rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor   Texas Power & Light Company, Inc. madron@rlf.com,
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor   TCEH Finance, Inc. madron@rlf.com,
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor   Luminant Generation Company LLC madron@rlf.com,
          rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor   Energy Future Holdings Corp. madron@rlf.com,
          rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor   Generation MT Company LLC madron@rlf.com,
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor   Tradinghouse 3 & 4 Power Company LLC madron@rlf.com,
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor   TXU Electric Company, Inc. madron@rlf.com,
          rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor   TXU Energy Receivables Company LLC madron@rlf.com,
          rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor   Oak Grove Management Company LLC madron@rlf.com,
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor   Southwestern Electric Service Company, Inc.
          madron@rlf.com, rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor   Texas Energy Industries Company, Inc. madron@rlf.com,
          rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor   Texas Competitive Electric Holdings Company LLC
          madron@rlf.com, rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor   Oak Grove Mining Company LLC madron@rlf.com,
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor   EFH CG Management Company LLC madron@rlf.com,
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor   Oak Grove Power Company LLC madron@rlf.com,
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor   Collin Power Company LLC madron@rlf.com, rbgroup@rlf.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jason M. Madron   on behalf of Debtor   EFH Corporate Services Company madron@rlf.com,
            rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor   Energy Future Competitive Holdings Company LLC
            madron@rlf.com,   rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   EECI, Inc. madron@rlf.com,   rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor   Valley NG Power Company LLC madron@rlf.com,
            rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   Eagle Mountain Power Company LLC madron@rlf.com,
            rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor   Dallas Power & Light Company, Inc. madron@rlf.com,
            rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   Martin Lake 4 Power Company LLC madron@rlf.com,
            rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   Luminant Holding Company LLC madron@rlf.com,
            rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor   LSGT Gas Company LLC madron@rlf.com,   rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor   LSGT SACROC, Inc. madron@rlf.com,
            rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   Texas Utilities Company, Inc. madron@rlf.com,
            rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Interested Party   Energy Future Holdings Corp. madron@rlf.com,
            rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   Luminant Mineral Development Company LLC madron@rlf.com,
            rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor   Lone Star Pipeline Company, Inc. madron@rlf.com,
            rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor   NCA Development Company LLC madron@rlf.com,
            rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Plaintiff   EFIH Finance Inc. madron@rlf.com,   rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor   Sandow Power Company LLC madron@rlf.com,   rbgroup@rlf.com
          Jason M. Madron   on behalf of Attorney   Richards, Layton & Finger, P.A. madron@rlf.com,
            rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   Luminant Renewables Company LLC madron@rlf.com,
            rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   4Change Energy Company madron@rlf.com,   rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor   Morgan Creek 7 Power Company LLC madron@rlf.com,
            rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   Luminant Energy Company LLC madron@rlf.com,
            rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   Big Brown Power Company LLC madron@rlf.com,
            rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor   Brighten Energy LLC madron@rlf.com,   rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor   TXU Energy Solutions Company LLC madron@rlf.com,
            rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   NCA Resources Development Company LLC madron@rlf.com,
            rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   Big Brown Lignite Company LLC madron@rlf.com,
            rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor   Generation Development Company LLC madron@rlf.com,
            rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   Lone Star Energy Company, Inc. madron@rlf.com,
            rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor   Monticello 4 Power Company LLC madron@rlf.com,
            rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   EBASCO SERVICES OF CANADA LIMITED madron@rlf.com,
            rbgroup@rlf.com
          Jason M. Madron   on behalf of Defendant   Energy Future Intermediate Holding Company LLC
            madron@rlf.com,   rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor   TXU SEM Company madron@rlf.com,
            rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   EFH Australia (No. 2) Holdings Company madron@rlf.com,
            rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor   EFH CG Holdings Company LP madron@rlf.com,
            rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   EFH Renewables Company LLC madron@rlf.com,
            rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Defendant   EFIH Finance Inc. madron@rlf.com,   rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor   Tradinghouse Power Company LLC madron@rlf.com,
            rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor   Lake Creek 3 Power Company LLC madron@rlf.com,
            rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   TXU Energy Retail Company LLC madron@rlf.com,
            rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor   EEC Holdings, Inc. madron@rlf.com,   rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor   Energy Future Intermediate Holding Company LLC
            madron@rlf.com,   rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Other Prof.   KPMG LLP madron@rlf.com,
            rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Jason M. Madron   on behalf of Debtor   TXU Retail Services Company madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   Big Brown 3 Power Company LLC madron@rlf.com,
              rbgroup@rlf.com
              Jason M. Madron   on behalf of Plaintiff   Energy Future Intermediate Holding Company LLC
              madron@rlf.com,   rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor   Luminant Mining Company LLC madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   Brighten Holdings LLC madron@rlf.com,   rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor   TXU Receivables Company madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Plaintiff   Energy Future Holdings Corp. madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   Texas Electric Service Company, Inc. madron@rlf.com,
              rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor   EFIH Finance Inc. madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   4Change Energy Holdings LLC madron@rlf.com,
              rbgroup@rlf.com
              Jeffrey C. Wisler   on behalf of Creditor   Pete Tinkham, Mike McCall, Homer J. Gibbs, Billy
              Ranton, Michael Blevins, Michael McNally, Liz LaValley, Richard Wistrand, Susan Atteridge, Curt
              Seidlits, Wes Taylor and Jeff Weiser jwisler@connollygallagher.com
              Jeffrey C. Wisler   on behalf of Creditor   Cloud Peak Energy Resources LLC
              jwisler@connollygallagher.com
              Jeffrey C. Wisler   on behalf of Creditor   Pete Tinkham, Mike McCall, Jarrell Gibbs, Bill Ranton,
              Michael Blevins, Michael McNally, Liz LaValley, Richard Wistrand, Susan Atteridge, and Curt
              Seidlets jwisler@connollygallagher.com
              Jeffrey M. Schlerf   on behalf of Intervenor   Ovation Acquisition I, L.L.C.
              jschlerf@foxrothschild.com
              Jeffrey M. Schlerf   on behalf of Interested Party   Ad Hoc Group of TCEH Unsecured Noteholders
              jschlerf@foxrothschild.com
              Jeffrey M. Schlerf   on behalf of Intervenor   Ovation Acquisition II, L.L.C.
              jschlerf@foxrothschild.com
              Jeffrey M. Schlerf   on behalf of Interested Party   Ad Hoc Group of TCEH Unsecured Noteholders
              jschlerf@foxrothschild.com
              Jeffrey R. Fine   on behalf of Creditor   Tex-La Electric Cooperative of Texas, Inc.
              jfine@dykema.com,   jrf5825@gmail.com,aashmore@dykema.com,pelliott@dykema.com
              Jeffrey S Cianciulli   on behalf of Creditor   Evercore Group LLC jcianciulli@weirpartners.com,
              creese@weirpartners.com
              Jeffrey S Cianciulli   on behalf of Financial Advisor   Evercore Group L.L.C.
              jcianciulli@weirpartners.com,   creese@weirpartners.com
              Jeffrey S. Sabin   on behalf of Creditor   Pacific Investment Management Co. LLC
              JSSabin@Venable.com
              Jennifer Marines   on behalf of Creditor Committee   The Official Committee of Unsecured
              Creditors JMarines@mofo.com
              Jennifer R Sharret   on behalf of Interested Party   Computershare Trust Company, N.A., and
              Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
              Secured Lien Notes due 2021 and the 11.75% Senio jsharret@kramerlevin.com,
              MSukach@kramerlevin.com;corporate-reorg-1449@ecf.pacerpro.com
              Jennifer R. Hoover   on behalf of Creditor   Michelin North America Inc. jhoover@beneschlaw.com,
              docket@beneschlaw.com;chartman@beneschlaw.com
              Jennifer R. Hoover   on behalf of Interested Party   Fee Committee jhoover@beneschlaw.com,
              docket@beneschlaw.com;chartman@beneschlaw.com
              Jennifer V. Doran   on behalf of Creditor   Invensys Systems, Inc. jdoran@haslaw.com,
              calirm@haslaw.com
              Jeremy William Ryan   on behalf of Interested Party   Deutsche Bank AG New York Branch
              jryan@potteranderson.com,   bankruptcy@potteranderson.com
              Joanna Flynn Newdeck   on behalf of Interested Party   EFIH Second Lien DIP Commitment Parties
              jnewdeck@akingump.com,   ddunn@akingump.com
              John A. Harris   on behalf of Creditor   TXU 2007-1 Railcar Leasing LLC sybil.aytch@quarles.com
              John A. Morris   on behalf of Interested Party   Computershare Trust Company, N.A., and
              Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
              Secured Lien Notes due 2021 and the 11.75% Senio jmorris@pszjlaw.com
              John D. Demmy   on behalf of Creditor   Rexel, Inc. jdd@stevenslee.com
              John D. Demmy   on behalf of Creditor   AEP Texas Central Company d/b/a American Electric Power
              Company and AEP Texas North Company d/b/a American Electric Power Company jdd@stevenslee.com
              John D. McLaughlin, Jr.   on behalf of Creditor   Atmos Energy Corporation
              jmclaughlin@ciardilaw.com,   mflores@ciardilaw.com
              John G. Harris   on behalf of Plaintiff   Avenue Capital Management II, LP
              jharris@bergerharris.com,   mnicholls@bergerharris.com
              John G. Harris   on behalf of Plaintiff   York Capital Management Global Advisors, LLC
              jharris@bergerharris.com,   mnicholls@bergerharris.com
              John G. Harris   on behalf of Plaintiff   P. Schoenfeld Asset Management LP
              jharris@bergerharris.com,   mnicholls@bergerharris.com
              John G. Harris   on behalf of Plaintiff   Third Avenue Management LLC jharris@bergerharris.com,
              mnicholls@bergerharris.com
              John G. Harris   on behalf of Plaintiff   GSO Capital Partners LP jharris@bergerharris.com,
              mnicholls@bergerharris.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          John H. Strock    on behalf of Interested Party    Ad Hoc Group of TCEH Unsecured Noteholders
              jstrock@foxrothschild.com, dkemp@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com
          John M. Seaman    on behalf of Interested Party    Goldman Sachs & Co. and certain affiliates
              seaman@abramsbayliss.com, farro@abramsbayliss.com;matthews@abramsbayliss.com
          John Mark Stern    on behalf of Creditor    Texas Comptroller of Public Accounts
              john.stern@texasattorneygeneral.gov, sherri.simpson@texasattorneygeneral.gov
          John P. Dillman    on behalf of Creditor    Angelina County houston_bankruptcy@publicans.com
          John P. Dillman    on behalf of Creditor    Fort Bend County houston_bankruptcy@publicans.com
          John P. Dillman    on behalf of Creditor    Harris County houston_bankruptcy@publicans.com
          John P. Melko    on behalf of Creditor    ROMCO Equipment Co. jmelko@gardere.com,
              afothergill@gardere.com;mriordan@gardere.com;koliver@gardere.com;bfriedrich@gardere.com
          John R. Ashmead    on behalf of Interested Party    Wilmington Trust, N.A. ashmead@sewkis.com
          Johnna M. Darby    on behalf of Interested Party    Steag Energy Services, Inc.
              jdarby@hillerarban.com
          Jon M. Chatalian    on behalf of Creditor    Pension Benefit Guaranty Corporation
              chatalian.jon@pbgc.gov, efile@pbgc.gov
          Jonathan L. Howell    on behalf of Creditor    Red Ball Oxygen Company jhowell@gpm-law.com
          Joseph Grey    on behalf of Interested Party    American Stock Transfer & Trust Company LLC
              jgrey@crosslaw.com, smacdonald@crosslaw.com
          Joseph Charles Barsalona II    on behalf of Debtor    Energy Future Holdings Corp.
              barsalona@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Joseph Charles Barsalona II    on behalf of Plaintiff    Energy Future Holdings Corp.
              barsalona@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Joseph D. Frank    on behalf of Interested Party    PI Law Firms jfrank@fgllp.com,
              ccarpenter@fgllp.com;Larry.Thomas@westernunion.com
          Joseph D. Frank    on behalf of Creditor    Experian Information Solutions, Inc. jfrank@fgllp.com,
              ccarpenter@fgllp.com;Larry.Thomas@westernunion.com
          Joseph D. Frank    on behalf of Creditor    Experian Marketing Solutions, Inc. jfrank@fgllp.com,
              ccarpenter@fgllp.com;Larry.Thomas@westernunion.com
          Joseph D. Wright    on behalf of Interested Party    Alcoa Inc. wright@lrclaw.com,
              dellose@lrclaw.com;raucci@lrclaw.com
          Joseph D. Wright    on behalf of Creditor    FPL Energy Pecos Wind I, LP, FLP Energy Pecos Wind II,
              LP, and NWP Indian Mesa Wind Farm, L.P. wright@lrclaw.com, dellose@lrclaw.com;raucci@lrclaw.com
          Joseph H. Huston, Jr.    on behalf of Defendant    Wilmington Trust, N.A., solely in its capacity
              as First Lien Administrative Agent jhh@stevenslee.com
          Joseph H. Huston, Jr.    on behalf of Spec. Counsel    Energy Future Intermediate Holding Company
              LLC jhh@stevenslee.com
          Joseph H. Huston, Jr.    on behalf of Defendant    Wilmington Trust, N.A., as First Lien Collateral
              Agent and First Lien Administrative Agent, et al., jhh@stevenslee.com
          Joseph H. Huston, Jr.    on behalf of Creditor    Wilmington Trust, N.A., in its capacity as First
              Lien Administrative Agent jhh@stevenslee.com
          Joseph J. McMahon, Jr.    on behalf of Creditor    Atmos Energy Corporation jmcmahon@ciardilaw.com,
              mflores@ciardilaw.com
          Joseph J. McMahon, Jr.    on behalf of Creditor    Red Ball Oxygen Company jmcmahon@ciardilaw.com,
              mflores@ciardilaw.com
          Joseph J. McMahon, Jr.    on behalf of Creditor    TXU 2007-1 Railcar Leasing LLC
              jmcmahon@ciardilaw.com, mflores@ciardilaw.com
          Joshua K. Brody    on behalf of Defendant    Computershare Trust Company of Canada
              jbrody@kramerlevin.com,
              adove@kramerlevin.com;ghorowitz@kramerlevin.com;gfrenzel@kramerlevin.com;corporate-reorg-1449@ecf
              .pacerpro.com
          Joshua K. Brody    on behalf of Defendant    Computershare Trust Company, N.A.
              jbrody@kramerlevin.com,
              adove@kramerlevin.com;ghorowitz@kramerlevin.com;gfrenzel@kramerlevin.com;corporate-reorg-1449@ecf
              .pacerpro.com
          Joshua K. Brody    on behalf of Interested Party    Indenture Trustee and the EFIH 2nd Lien
              Objectors jbrody@kramerlevin.com,
              adove@kramerlevin.com;ghorowitz@kramerlevin.com;gfrenzel@kramerlevin.com;corporate-reorg-1449@ecf
              .pacerpro.com
          Joshua K. Brody    on behalf of Interested Party    Computershare Trust Company, N.A., and
              Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
              Secured Second Lien Notes due 2021 and the 11.75% Senio jbrody@kramerlevin.com,
              adove@kramerlevin.com;ghorowitz@kramerlevin.com;gfrenzel@kramerlevin.com;corporate-reorg-1449@ecf
              .pacerpro.com
          Joshua Powers Searcy    on behalf of Creditor    D. Courtney Construction, Inc.
              joshsearcy@jrsearcylaw.com
          Joshua Y. Sturm    on behalf of Creditor    Delaware Trust Company, as successor indenture trustee
              and collateral trustee, joshua.strum@ropesgray.com
          Judy Hamilton Morse    on behalf of Creditor    DEVON ENERGY CORPORATION
              judy.morse@crowedunlevy.com, ecf@crowedunlevy.com
          Julia B. Klein    on behalf of Creditor    Mudrick Capital Management, L.P. klein@teamrosner.com
          Julia Bettina Klein    on behalf of Interested Party    Mudrick Capital Management L.P.
              Julia.Klein@slglawfirm.com
          Justin Cory Falgowski    on behalf of Creditor    Texas Big Spring, LP jfalgowski@reedsmith.com,
              jfalgowski@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
          Justin K. Edelson    on behalf of Interested Party    The Official Committee of TCEH Unsecured
              Creditors jedelson@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
                Justin K. Edelson    on behalf of Creditor Committee   The Official Committee of Unsecured
                 Creditors jedelson@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
                Justin K. Edelson    on behalf of Financial Advisor    FTI Consulting, Inc. jedelson@polsinelli.com,
                 LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
                Karen Beth Shaer    on behalf of Other Prof.    Garden City Group, LLC PACERTeam@gardencitygroup.com
                Karen C Bifferato    on behalf of Interested Party    Pacific Investment Management Company LLC
                 ("PIMCO") kbifferato@connollygallagher.com
                Katharine L. Mayer    on behalf of Interested Party    Aetna Inc. kmayer@mccarter.com
                Katharine L. Mayer    on behalf of Interested Party    Aetna Life Insurance Company
                 kmayer@mccarter.com
                Katherine  Stadler    on behalf of Interested Party    Fee Committee kstadler@gklaw.com,
                 kboucher@gklaw.com;shuntema@gklaw.com
                Kathleen A. Murphy    on behalf of Creditor    CATERPILLAR FINANCIAL SERVICES CORP.
                 kathleen.murphy@bipc.com,  tammy.rogers@bipc.com
                Kathleen M. Miller    on behalf of Creditor    Airgas USA, LLC kmiller@skjlaw.com,  eys@skjlaw.com
                Kathleen M. Miller    on behalf of Creditor    Valero Texas Power Marketing, Inc.
                 kmiller@skjlaw.com,  eys@skjlaw.com
                Kay Diebel Brock    on behalf of Creditor    Travis County bkecf@co.travis.tx.us
                Keith Howard Wofford    on behalf of Interested Party    CSC Trust Company of Delaware, as
                 successor indenture trustee and collateral trustee keith.wofford@ropesgray.com,
                 keith.wofford@ropesgray.com
                Kerry L. Haliburton    on behalf of Creditor    Buffalo Industrial Supply, Inc.
                 raquel@namanhowell.com;karen@namanhowell.com;belinda@namanhowell.com
                Kevin C. Driscoll, Jr.    on behalf of Creditor    GATX Corporation Kevin.Driscoll@btlaw.com,
                 donna.dotts@btlaw.com
                Kevin G. Collins    on behalf of Creditor    GATX Corporation kevin.collins@btlaw.com,
                 pgroff@btlaw.com;Kathy.lytle@btlaw.com
                Kevin J. Mangan    on behalf of Interested Party    American Equipment Company Inc.
                 kmangan@wcsr.com,  hsasso@wcsr.com;jwray@wcsr.com
                Kevin J. Mangan    on behalf of Interested Party    AMECO Inc. kmangan@wcsr.com,
                 hsasso@wcsr.com;jwray@wcsr.com
                Kevin J. Mangan    on behalf of Interested Party    Alltite Inc. kmangan@wcsr.com,
                 hsasso@wcsr.com;jwray@wcsr.com
                Kevin J. Mangan    on behalf of Interested Party    Fluor Global Services kmangan@wcsr.com,
                 hsasso@wcsr.com;jwray@wcsr.com
                Kevin J. Mangan    on behalf of Interested Party    Fluor Corporation kmangan@wcsr.com,
                 hsasso@wcsr.com;jwray@wcsr.com
                Kevin J. Mangan    on behalf of Interested Party    Fluor Enterprises Inc. kmangan@wcsr.com,
                 hsasso@wcsr.com;jwray@wcsr.com
                Kevin M Lippman    on behalf of Creditor    Electric Reliability Council of Texas, Inc.
                 klippman@munsch.com,  lpannier@munsch.com
                Kevin M. Capuzzi    on behalf of Creditor    Thermo Fisher Scientific Inc. kcapuzzi@beneschlaw.com,
                 docket@beneschlaw.com;chartman@beneschlaw.com
                Kimberly Ellen Connolly Lawson    on behalf of Interested Party    The Bank of New York Mellon, in
                 its capacity as the PCRB Trustee klawson@reedsmith.com,  bankruptcy-2628@ecf.pacerpro.com
                Kimberly Ellen Connolly Lawson    on behalf of Creditor    The Bank of New York Mellon, as
                 Indenture Trustee klawson@reedsmith.com,  bankruptcy-2628@ecf.pacerpro.com
                Kimberly Ellen Connolly Lawson    on behalf of Creditor    The Bank of New York Mellon Trust
                 Company, N.A., as Indenture Trustee klawson@reedsmith.com,  bankruptcy-2628@ecf.pacerpro.com
                Kimberly Ellen Connolly Lawson    on behalf of Creditor Committee    The Official Committee of
                 Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company,
                 LLC, EFIH Finance, Inc., and EECI, Inc. (EFH Committee) klawson@reedsmith.com,
                 bankruptcy-2628@ecf.pacerpro.com
                Kizzy Lyn Jarashow    on behalf of Creditor    Aurelius Capital Management, LP
                 kjarashow@goodwinprocter.com
                Kurt F. Gwynne    on behalf of Interested Party    The Bank of New York Mellon Trust Company, N.A.,
                 in its capacity as the EFCh 2037 Notes Trustee kgwynne@reedsmith.com,
                 llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
                Kurt F. Gwynne    on behalf of Creditor    The Bank of New York Mellon, as Indenture Trustee
                 kgwynne@reedsmith.com,  llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
                Kurt F. Gwynne    on behalf of Interested Party    The Bank of New York Mellon, in its capacity as
                 the PCRB Trustee kgwynne@reedsmith.com,  llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
                Kurt F. Gwynne    on behalf of Creditor    The Bank of New York Mellon Trust Company, N.A., as
                 Indenture Trustee kgwynne@reedsmith.com,
                 llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
                Kurtzman Carson Consultants LLC    info@kccllc.com
                L. John  Bird    on behalf of Creditor    Creditor-Investor Consortium jbird@foxrothschild.com,
                 idensmore@foxrothschild.com
                L. John  Bird    on behalf of Interested Party    Ad Hoc Group of TCEH Unsecured Noteholders
                 jbird@foxrothschild.com,  idensmore@foxrothschild.com
                L. John  Bird    on behalf of Intervenor    Ovation Acquisition I, L.L.C. jbird@foxrothschild.com,
                 idensmore@foxrothschild.com
                L. John  Bird    on behalf of Intervenor    Ovation Acquisition II, L.L.C. jbird@foxrothschild.com,
                 idensmore@foxrothschild.com
                L. Katherine  Good    on behalf of Interested Party    Simeio Solutions, Inc. kgood@wtplaw.com,
                 cmcallister@wtplaw.com;wjeffers@wtplaw.com
                Lara E. Shipkovitz    on behalf of Creditor    Thermo Fisher Scientific Inc.
                 lshipkovitz@tuckerlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Lars A. Peterson   on behalf of Creditor   UMB Bank, N.A. lapeterson@foley.com,  khall@foley.com
              Laura Davis Jones    on behalf of Interested Party    Second Lien Indenture Trustee and the EFIH
              Second Lien Group ljones@pszjlaw.com
              Laura Davis Jones    on behalf of Plaintiff    Computershare Trust Company, N.A.
              ljones@pszjlaw.com
              Laura Davis Jones    on behalf of Interested Party    Computershare Trust Company, N.A., and
              Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
              Secured Second Lien Notes due 2021 and the 11.75% Senio ljones@pszjlaw.com,  efile1@pszjw.com
              Laura Davis Jones    on behalf of Interested Party    EFIH 2nd Lien Notes Indenture Trustee
              ljones@pszjlaw.com
              Laura Davis Jones    on behalf of Interested Party    EFIH Second Lien Notes Indenture Trustee &
              EFIH Second Lien Group ljones@pszjlaw.com
              Laura Davis Jones    on behalf of Interested Party    Computershare Trust Company, N.A. and
              Computershare Trust Company of Canada, in their capacity as indenture trustee, for the second
              lien notes and the holders thereof. ljones@pszjlaw.com,  efile1@pszyjw.com
              Laura Davis Jones    on behalf of Interested Party    Second Lien Indenture Trustee
              ljones@pszjlaw.com
              Laura Davis Jones    on behalf of Interested Party    Indenture Trustee and the EFIH 2nd Lien
              Objectors ljones@pszjlaw.com
              Laura Davis Jones    on behalf of Interested Party    EFIH Second Lien Indenture Trustee
              ljones@pszjlaw.com,  efile1@pszyjw.com
              Laura Davis Jones   on behalf of Interested Party    Indenture Trustee and the EFIH 2nd Lien
              Objectors ljones@pszjlaw.com,  efile@pszyj.com
              Laura Davis Jones   on behalf of Interested Party    EFIH 2nd Lien Notes Indenture Trustee
              ljones@pszjlaw.com,  efile@pszyj.com
              Laurie Selber Silverstein   on behalf of Interested Party    EFIH First Lien DIP Agent
              bankruptcy@potteranderson.com
              Laurie Selber Silverstein   on behalf of Interested Party    Deutsche Bank AG New York Branch
              bankruptcy@potteranderson.com
              Lee Harrington   on behalf of Interested Party    American Stock Transfer & Trust Company LLC
              lharrington@nixonpeabody.com
              Lee B. Gordon   on behalf of Creditor    Texas Ad Valorem Taxing Jurisdictions
              sonya.ragsdale@mvbalaw.com,  vickie.covington@mvbalaw.com
              Lindsay Zahradka   on behalf of Interested Party    Ad Hoc Committee of EFIH Unsecured
              Noteholders lzahradka@akingump.com
              Lindsay Zahradka   on behalf of Interested Party    EFIH Second Lien DIP Commitment Parties
              lzahradka@akingump.com
              Lino Mendiola, III   on behalf of Interested Party    Titus County Fresh Waster Supply District
              No. 1 linomendiola@andrewskurth.com
              Lino Mendiola, III   on behalf of Interested Party    Titus County Fresh Water Supply District
              No. 1 linomendiola@andrewskurth.com
              Lorenzo Marinuzzi   on behalf of Interested Party    The Official Committee of TCEH Unsecured
              Creditors LMarinuzzi@mofo.com
              Lucian Borders Murley   on behalf of Creditor    Johnson Matthey Stationary Emissions Control LLC
              lmurley@saul.com,  rwarren@saul.com
              Marc J. Phillips   on behalf of Creditor    Tex-La Electric Cooperative of Texas, Inc.
              mphillips@mgmlaw.com
              Marc J. Phillips   on behalf of Creditor    Steering Committee of Cities Served by Oncor
              mphillips@mgmlaw.com
              Maria A. Bove   on behalf of Interested Party    Computershare Trust Company, N.A., and
              Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
              Secured Second Lien Notes due 2021 and the 11.75% Senio mbove@pszjlaw.com
              Maria Aprile Sawczuk   on behalf of Interested Party    Sierra Club marias@restructuringshop.com,
              marias@ecf.courtdrive.com
              Maria Aprile Sawczuk   on behalf of Creditor Miguel Oliveras Caraballo
              marias@restructuringshop.com,  marias@ecf.courtdrive.com
              Mark Minuti   on behalf of Creditor    Electric Reliability Council of Texas, Inc.
              mminuti@saul.com,  rwarren@saul.com
              Mark Andrew Fink   on behalf of Interested Party    The Official Committee of Unsecured Creditors
              of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC; EFIH Finance,
              Inc.; and EECI, Inc. (EFH Committee) mfink@mmwr.com,  ECFdocuments@pacerpro.com
              Mark Andrew Fink   on behalf of Creditor Committee    The Official Committee of Unsecured
              Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
              Finance, Inc., and EECI, Inc. (EFH Committee) mfink@mmwr.com,  ECFdocuments@pacerpro.com
              Mark Andrew Fink   on behalf of Creditor Committee    The Official Committee of Unsecured
              Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
              Finance, Inc., and EECI, Inc. mfink@mmwr.com,  ECFdocuments@pacerpro.com
              Mark Charles 2009npfdEllenberg   on behalf of Creditor    FPL Energy Pecos Wind I, LP, FLP Energy
              Pecos Wind II, LP, and NWP Indian Mesa Wind Farm, L.P. mark.ellenberg@cwt.com,
              wendy.kane@cwt.com;michele.maman@cwt.com;peter.tringali@cwt.com;nyecfnotice@cwt.com;kathryn.borge
              son@cwt.com
              Mark D. Collins   on behalf of Debtor    Energy Future Holdings Corp.
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Mark D. Collins   on behalf of Plaintiff    Energy Future Intermediate Holding Company LLC
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Mark D. Kotwick   on behalf of Defendant    Wilmington Trust, N.A., as First Lien Collateral Agent
              KOTWICK@SEWKIS.COM
              Mark D. Kotwick   on behalf of Interested Party    Wilmington Trust, N.A. kotwick@sewkis.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Mark D. Kotwick   on behalf of Defendant   Wilmington Trust, N.A. as First Lien Collateral Agent
  and First Lien Administrative Agent KOTWICK@SEWKIS.COM
Mark D. Olivere   on behalf of Interested Party   EFIH Second Lien DIP Commitment Parties
  olivere@chipmanbrown.com, dero@chipmanbrown.com;mccloskey@chipmanbrown.com
Mark E. Felger   on behalf of Interested Party   J. Aron & Company mfelger@cozen.com,
  MBrickley@cozen.com;dabernathy@cozen.com
Mark E. Felger   on behalf of Interested Party   J Aron & Company mfelger@cozen.com,
  mmillis@cozen.com
Mark F. Hebbeln   on behalf of Creditor   UMB Bank, N.A. mhebbeln@foley.com, jsorrels@foley.com,
  opetukhova@foley.com
Mark F. Rosenberg   on behalf of Creditor Committee   The Official Committee of Unsecured
  Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
  Finance, Inc., and EECI, Inc. (EFH Committee) rosenbergm@sullcrom.com
Mark L. Desgrosseilliers   on behalf of Interested Party   CenterPoint Energy Houston Electric,
  LLC mdesgrosseilliers@wcsr.com, hsasso@wcsr.com;jwray@wcsr.com
Mark L. Desgrosseilliers   on behalf of Interested Party   HOLT Texas, Ltd. d/b/a Holt Cat
  mdesgrosseilliers@wcsr.com, hsasso@wcsr.com;jwray@wcsr.com
Mark L. Desgrosseilliers   on behalf of Interested Party   CenterPoint Energy Resources Corp.
  mdesgrosseilliers@wcsr.com, hsasso@wcsr.com;jwray@wcsr.com
Mark S. Chehi   on behalf of Interested Party   Borealis Infrastructure Management Inc.
  mchehi@skadden.com, debank@skadden.com
Matthew Summers   on behalf of Creditor   URENCO, Inc. summersm@ballardspahr.com
Matthew Summers   on behalf of Creditor   Louisiana Energy Services, LLC
  summersm@ballardspahr.com
Matthew B. McGuire   on behalf of Plaintiff   Marathon Asset Management, LP mcguire@lrclaw.com,
  raucci@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
Matthew B. McGuire   on behalf of Interested Party   Marathon Asset Management, LP
  mcguire@lrclaw.com, raucci@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
Matthew B. McGuire   on behalf of Creditor   Polygon Convertible Opportunity Master Fund
  mcguire@lrclaw.com, raucci@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
Matthew B. McGuire   on behalf of Creditor   Polygon Distressed Opportunities Master Fund
  mcguire@lrclaw.com, raucci@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
Matthew B. McGuire   on behalf of Plaintiff   Polygon Distressed Opportunities Master Fund
  mcguire@lrclaw.com, raucci@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
Matthew B. McGuire   on behalf of Creditor   NextEra Energy, Inc. and Next Era Energy Capital
  Holdings, Inc. mcguire@lrclaw.com,
  raucci@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
Matthew B. McGuire   on behalf of Plaintiff   Polygon Convertible Opportunity Master Fund
  mcguire@lrclaw.com, raucci@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
Matthew B. McGuire   on behalf of Interested Party   Alcoa Inc. mcguire@lrclaw.com,
  raucci@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
Matthew B. McGuire   on behalf of Creditor   NextEra Energy Resources, LLC mcguire@lrclaw.com,
  raucci@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
Matthew B. McGuire   on behalf of Creditor   FPL Energy Pecos Wind I, LP, FLP Energy Pecos Wind
  II, LP, and NWP Indian Mesa Wind Farm, L.P. mcguire@lrclaw.com,
  raucci@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
Matthew C. Brown   on behalf of Interested Party   Ad Hoc Group of TCEH Unsecured Noteholders
  mbrown@whitecase.com
Matthew J. Troy   on behalf of Creditor   United States of America matthew.troy@usdoj.gov
Meredith A. Lahaie   on behalf of Interested Party   Ad Hoc Committee of EFIH Unsecured
  Noteholders mlahaie@akingump.com
Meredith A. Lahaie   on behalf of Interested Party   EFIH Second Lien DIP Commitment Parties
  mlahaie@akingump.com
Michael Schein   on behalf of Creditor   First Union Rail Corporation mschein@vedderprice.com,
  ecfnydocket@vedderprice.com
Michael D. DeBaecke   on behalf of Interested Party   Wilmington Trust, N.A.
  debaecke@blankrome.com
Michael David Debaecke   on behalf of Defendant   Wilmington Trust, N.A. as First Lien Collateral
  Agent and First Lien Administrative Agent debaecke@blankrome.com, moody@ecf.inforuptcy.com
Michael David Debaecke   on behalf of Creditor   Wilmington Trust, N.A., as Successor TCEH First
  Lien Administrative Agent and Successor TCEH First Lien Collateral Agent debaecke@blankrome.com,
  moody@ecf.inforuptcy.com
Michael David Debaecke   on behalf of Interested Party   Wilmington Trust, N.A.
  debaecke@blankrome.com, moody@ecf.inforuptcy.com
Michael David Debaecke   on behalf of Defendant   Wilmington Trust, N.A., as First Lien
  Collateral Agent debaecke@blankrome.com, moody@ecf.inforuptcy.com
Michael G. Busenkell   on behalf of Creditor   Polygon Distressed Opportunities Master Fund
  mbusenkell@gsbblaw.com
Michael G. Busenkell   on behalf of Interested Party   Subsequent Settling EFIH PIK Noteholders
  comprised of: York Capital Management Global Advisors, LLC; P. Schoenfeld Asset Management L.P.;
  mbusenkell@gsbblaw.com
Michael G. Busenkell   on behalf of Interested Party   Tannor Partners Credit Fund LP
  mbusenkell@gsbblaw.com
Michael G. Busenkell   on behalf of Creditor   Marathon Asset Management, LP
  mbusenkell@gsbblaw.com
Michael G. Busenkell   on behalf of Creditor   Knife River Corporation-South
  mbusenkell@gsbblaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Michael G. Busenkell   on behalf of Creditor   Polygon Convertible Opportunity Master Fund
            mbusenkell@gsbblaw.com
          Michael G. Busenkell   on behalf of Interested Party   York Capital Management Global Advisors,
            LLC and P. Schoenfeld Asset Management L.P. mbusenkell@gsbblaw.com
          Michael G. Busenkell   on behalf of Creditor   Mudrick Capital Management, L.P.
            mbusenkell@gsbblaw.com
          Michael G. Busenkell   on behalf of Creditor   Aurelius Capital Management, LP
            mbusenkell@gsbblaw.com
          Michael G. Busenkell   on behalf of Creditor William Jeffrey Herbert mbusenkell@gsbblaw.com
          Michael G. Busenkell   on behalf of Interested Party   Marathon Asset Management, LP
            mbusenkell@gsbblaw.com
          Michael G. Busenkell   on behalf of Other Prof.   Ad Hoc Group of Non-Settling EFIH PIK
            Noteholders comprised of York Capital Management Global Advisors, LLC, P. Schoenfeld Asset
            Management L.P., Polygon Convertible Opportunity Master Fund, Polygon D mbusenkell@gsbblaw.com
          Michael Joseph Joyce   on behalf of Creditor   Certain funds and accounts advised or sub-advised
            by Fidelity Management & Research Company or its affiliates mjoyce@crosslaw.com,
            smacdonald@crosslaw.com
          Michael Joseph Joyce   on behalf of Interested Party   certain funds and accounts advised or
            sub-advised by Fidelity Management & Research Company or its affiliates mjoyce@crosslaw.com,
            smacdonald@crosslaw.com
          Michael L. Atchley   on behalf of Creditor   Tarrant Regional Water District
            matchley@popehardwicke.com
          Michael L. Atchley   on behalf of Creditor   Northeast Texas Municipal Water District
            matchley@popehardwicke.com
          Michelle McMahon   on behalf of Interested Party   Indenture Trustee and the EFIH 2nd Lien
            Objectors michelle.mcmahon@bryancave.com,  dortiz@bryancave.com
          Monica S. Blacker   on behalf of Attorney   Jackson Walker LLP mblacker@jw.com,
            tsalter@jw.com;ldooley@jw.com
          Monica S. Blacker   on behalf of Interested Party   HOLT Texas, Ltd. d/b/a Holt Cat
            mblacker@jw.com,  tsalter@jw.com; ldooley@jw.com
          Natalie D. Ramsey   on behalf of Creditor Committee   The Official Committee of Unsecured
            Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
            Finance, Inc., and EECI, Inc. (EFH Committee) nramsey@mmwr.com,  BankECF@mmwr.com
          Neil B. Glassman   on behalf of Interested Party   CSC Trust Company of Delaware, as Successor
            Trustee under the TCEH 11.5% Senior Secured Notes Indenture bankserve@bayardlaw.com,
            nglassman@bayardlaw.com;sbreckenridge@bayardlaw.com;sbreckenridge@bayardlaw.com;jalberto@bayardla
            w.com;bankserve@bayardlaw.com
          Neil B. Glassman   on behalf of Plaintiff   Delaware Trust Company, as TCEH First Lien Indenture
            Trustee bankserve@bayardfirm.com,  nglassman@bayardfirm.com
          Neil B. Glassman   on behalf of Interested Party   Delaware Trust Company
            bankserve@bayardfirm.com,  nglassman@bayardfirm.com
          Nicholas D. Mozal   on behalf of Defendant   Angelo Gordon & Co., LP nmozal@ramllp.com
          Nicholas D. Mozal   on behalf of Defendant   Apollo Advisors VII, L.P. nmozal@ramllp.com
          Nicholas D. Mozal   on behalf of Defendant   Brookfield Asset Management Private Institutional
            Capital Adviser (Canada), L.P. nmozal@ramllp.com
          Nicholas J. Brannick   on behalf of Interested Party   CSC Trust Company of Delaware as Successor
            Indenture Trustee nbrannick@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
            otz.com
          Nicholas J. Brannick   on behalf of Plaintiff   Delaware Trust Company nbrannick@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
            otz.com
          Nicholas J. Brannick   on behalf of Interested Party   CSC Trust Company of Delaware, as
            successor indenture trustee and collateral trustee nbrannick@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
            otz.com
          Nick S. Kaluk, III   on behalf of Financial Advisor   Evercore Group L.L.C. nskaluk@debevoise.com,
            amcdermott@debevoise.com
          Nicole D. Mignone   on behalf of Interested Party   Public Utility Commission of Texas
            nicole.mignone@texasattorneygeneral.gove
          Norman L. Pernick   on behalf of Plaintiff   Delaware Trust Company npernick@coleschotz.com,
            pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
            otz.com
          Norman L. Pernick   on behalf of Interested Party   CSC Trust Company of Delaware, as successor
            indenture trustee and collateral trustee npernick@coleschotz.com,
            pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
            otz.com
          Norman L. Pernick   on behalf of Interested Party   Delaware Trust Company, f/k/a CSC Trust
            Company of Delaware, as Indenture Trustee npernick@coleschotz.com,
            pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
            otz.com
          Norman L. Pernick   on behalf of Interested Party   CSC Trust Company of Delaware as Successor
            Indenture Trustee npernick@coleschotz.com,
            pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
            otz.com

District/off: 0311-1          User: JudyF              Page 19 of 24          Date Rcvd: Jun 17, 2016
                             Form ID: van440          Total Noticed: 4

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Norman L. Pernick   on behalf of Plaintiff   Delaware Trust Company, as Indenture Trustee and
            Collateral Trustee, npernick@coleschotz.com,
            pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com
          Owen M. Sonik   on behalf of Creditor   Galena Park Independent School District osonik@pbfcm.com,
            tpope@pbfcm.com;osonik@ecf.inforuptcy.com
          Owen M. Sonik   on behalf of Creditor   Certain Texas Taxing Entities osonik@pbfcm.com,
            tpope@pbfcm.com;osonik@ecf.inforuptcy.com
          Patricia Williams Prewitt   on behalf of Creditor   Kinder Morgan Tejas Pipeline LLC
            pwp@pattiprewittlaw.com
          Patricia Williams Prewitt   on behalf of Creditor   El Paso Natural Gas Company
            pwp@pattiprewittlaw.com
          Patricia Williams Prewitt   on behalf of Creditor   Targa Gas Marketing LLC
            pwp@pattiprewittlaw.com
          Patricia Williams Prewitt   on behalf of Creditor   Kinder Morgan Texas Pipeline LLC
            pwp@pattiprewittlaw.com
          Pauline K. Morgan   on behalf of Interested Party   Ad Hoc Committee of TCEH First Lien Creditors
            bankfilings@ycst.com
          Peter J. Keane   on behalf of Interested Party   EFIH Second Lien Notes Indenture Trustee & EFIH
            Second Lien Group pkeane@pszjlaw.com
          Peter Jonathon Young   on behalf of Debtor   Energy Future Holdings Corp. pyoung@proskauer.com
          Peter M. Gilhuly   on behalf of Interested Party   Ernst & Young LLP peter.gilhuly@lw.com,
            adam.malatesta@lw.com
          R. Karl Hill   on behalf of Creditor   Liberty Mutual Insurance Co. khill@svglaw.com,
            cday@svglaw.com
          R. Stephen McNeill   on behalf of Interested Party   Deutsche Bank AG New York Branch
            bankruptcy@potteranderson.com,  bankruptcy@potteranderson.com
          R. Stephen McNeill   on behalf of Interested Party   Deutsche Bank Securities Inc.
            bankruptcy@potteranderson.com,  bankruptcy@potteranderson.com
          Rachel Obaldo   on behalf of Creditor   Texas Comptroller of Public Accounts
            bk-robaldo@texasattorneygeneral.gov,  sherri.simpson@texasattorneygeneral.gov
          Rachel Ringer   on behalf of Interested Party   Computershare Trust Company, N.A. and
            Computershare Trust Company of Canada, in their capacity as indenture trustee, for the second
            lien notes and the holders thereof. rringer@kramerlevin.com,
            AByowitz@kramerlevin.com;NHertzBunzl@kramerlevin.com;SSchmidt@kramerlevin.com;TPeretz@kramerlevin
            .com;RMark@kramerlevin.com;GFrenzel@kramerlevin.com;dbraun@kramerlevin.com;corporate-reorg-1449@e
            cf.pacerpro.com
          Rachel B. Mersky   on behalf of Creditor   Top Line Rental , LLC rmersky@monlaw.com
          Raymond Howard Lemisch   on behalf of Interested Party   UMB Bank, N.A., as indenture trustee
            rlemisch@klehr.com
          Raymond Howard Lemisch   on behalf of Defendant   UMB Bank, N.A., as indenture trustee
            rlemisch@klehr.com
          Raymond Howard Lemisch   on behalf of Creditor   UMB Bank, N.A. rlemisch@klehr.com
          Rebecca A. Hayes   on behalf of Creditor   UMB Bank, N.A. rhayes@foley.com
          Rebecca A. Hayes   on behalf of Interested Party   UMB Bank, N.A., as indenture trustee
            rhayes@foley.com
          Reed A. Heiligman   on behalf of Interested Party   PI Law Firms rheiligman@fgllp.com,
            ccarpenter@fgllp.com
          Reed A. Heiligman   on behalf of Creditor   Experian Information Solutions, Inc.
            rheiligman@fgllp.com,  ccarpenter@fgllp.com
          Reed A. Heiligman   on behalf of Creditor   Experian Marketing Solutions, Inc.
            rheiligman@fgllp.com,  ccarpenter@fgllp.com
          Richard A. Barkasy   on behalf of Creditor   CCP Credit Acquisition Holdings, L.L.C.
            rbarkasy@schnader.com
          Richard A. Barkasy   on behalf of Creditor   Centerbridge Special Credit Partners, II, L.P.
            rbarkasy@schnader.com
          Richard A. Barkasy   on behalf of Creditor   Centerbridge Special Credit Partners, L.P.
            rbarkasy@schnader.com
          Richard A. Robinson   on behalf of Creditor   The Bank of New York Mellon, solely in its capacity
            as Trustee under the Enumerated Trust Agreements rrobinson@reedsmith.com
          Richard G. Mason   on behalf of Interested Party   Interest Holders rcstrauss@wlrk.com
          Richard G. Mason   on behalf of Interested Party   Texas Energy Future Capital Holdings LLC,
            Texas Energy Future Holdings Limited Partnership, and Certain Other Direct or Indirect Holders
            of Equity Interests in Energy Future Holdings Corp. rcstrauss@wlrk.com
          Richard L. Schepacarter   on behalf of U.S. Trustee   United States Trustee
            richard.schepacarter@usdoj.gov
          Risa Lynn Wolf-Smith   on behalf of Creditor   Cloud Peak Energy Resources LLC
            rwolf@hollandhart.com,  lmlopezvelasquez@hollandhart.com;BMain@hollandhart.com
          Robert Szwajkos   on behalf of Creditor   FLSmidth Inc. rsz@curtinheefner.com
          Robert Szwajkos   on behalf of Creditor   FLSMIDTH USA INC rsz@curtinheefner.com
          Robert J. Feinstein   on behalf of Interested Party   Indenture Trustee and the EFIH 2nd Lien
            Objectors rfeinstein@pszjlaw.com
          Robert J. Feinstein   on behalf of Defendant   Computershare Trust Company, N.A.
            rfeinstein@pszjlaw.com
          Robert J. Feinstein   on behalf of Defendant   Computershare Trust Company of Canada
            rfeinstein@pszjlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Robert J. Feinstein    on behalf of Interested Party    Computershare Trust Company, N.A., and
              Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
              Secured Second Lien Notes due 2021 and the 11.75% Senio rfeinstein@pszjlaw.com
              Robert K. Malone    on behalf of Interested Party    CITIBANK, N.A. robert.malone@dbr.com,
              brian.morgan@dbr.com
              Ryan M. Bartley    on behalf of Interested Party    Ad Hoc Committee of TCEH First Lien Creditors
              bankfilings@ycst.com
              Sabrina L. Streusand    on behalf of Interested Party Allen  Shrode streusand@slollp.com,
              prentice@slollp.com
              Samuel Lee Moultrie    on behalf of Creditor    RailWorks Track System, Inc. smoultrie@wlblaw.com
              Scott Czerwonka    on behalf of Interested Party    Morgan Stanley Capital Group, Inc.
              scott.czerwonka@dlapiper.com
              Scott Czerwonka    on behalf of Defendant    Morgan Stanley Capital Group, Inc.
              scott.czerwonka@dlapiper.com
              Scott D. Cousins    on behalf of Interested Party    Ad Hoc Committee of EFIH Unsecured Noteholders
              scousins@bayardlaw.com,  lmorton@bayardlaw.com;tstoner@bayardlaw.com
              Scott D. Cousins    on behalf of Intervenor-Defendant    Ad Hoc Committee of EFIH Unsecured
              Noteholders scousins@bayardlaw.com,  lmorton@bayardlaw.com;tstoner@bayardlaw.com
              Scott D. Cousins    on behalf of Interested Party    EFIH Second Lien DIP Commitment Parties
              scousins@bayardlaw.com,  lmorton@bayardlaw.com;tstoner@bayardlaw.com
              Sean A. O'Neal    on behalf of Interested Party    J. Aron & Company soneal@cgsh.com,
              maofiling@cgsh.com;afee@cgsh.com
              Sean A. O'Neal    on behalf of Interested Party    J Aron & Company soneal@cgsh.com,
              maofiling@cgsh.com;afee@cgsh.com
              Sean M. Brennecke    on behalf of Creditor    UMB Bank, N.A. sbrennecke@klehr.com,  state@klehr.com
              Shanti M. Katona    on behalf of Creditor Committee    The Official Committee of Unsecured
              Creditors skatona@polsinelli.com,  LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
              Shawn M. Christianson    on behalf of Creditor    Oracle America, Inc. schristianson@buchalter.com,
              cmcintire@buchalter.com
              Simon E. Fraser    on behalf of Interested Party    J Aron & Company sfraser@cozen.com
              Simon E. Fraser    on behalf of Interested Party    J. Aron & Company sfraser@cozen.com
              Simon E. Fraser    on behalf of Defendant    Morgan Stanley Capital Group, Inc. sfraser@cozen.com
              Stacey Kremling    on behalf of Interested Party    2603 Augusta Investors, LP stacey@womaclaw.com
              Stacy L. Newman    on behalf of Interested Party    Wilmington Savings Fund Society, FSB, in its
              capacity as successor Indenture Trustee snewman@ashby-geddes.com
              Stanley B. Tarr    on behalf of Interested Party    Wilmington Trust, N.A. tarr@blankrome.com,
              moody@ecf.inforuptcy.com
              Stephanie Wickouski    on behalf of Interested Party    Indenture Trustee and the EFIH 2nd Lien
              Objectors stephanie.wickouski@bryancave.com,  dortiz@bryancave.com
              Stephanie Wickouski    on behalf of Interested Party    Computershare Trust Company, N.A., and
              Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
              Secured Second Lien Notes due 2021 and the 11.75% Senio stephanie.wickouski@bryancave.com,
              dortiz@bryancave.com
              Stephanie Wickouski    on behalf of Defendant    Computershare Trust Company of Canada
              stephanie.wickouski@bryancave.com,  dortiz@bryancave.com
              Stephanie Wickouski    on behalf of Defendant    Computershare Trust Company, N.A.
              stephanie.wickouski@bryancave.com,  dortiz@bryancave.com
              Stephen Karotkin    on behalf of Plaintiff    Third Avenue Management LLC
              stephen.karotkin@weil.com,  frank.grese@weil.com
              Stephen Karotkin    on behalf of Plaintiff    GSO Capital Partners LP stephen.karotkin@weil.com,
              frank.grese@weil.com
              Stephen Karotkin    on behalf of Plaintiff    Avenue Capital Management II, LP
              stephen.karotkin@weil.com,  frank.grese@weil.com
              Stephen Karotkin    on behalf of Plaintiff    P. Schoenfeld Asset Management LP
              stephen.karotkin@weil.com,  frank.grese@weil.com
              Stephen Karotkin    on behalf of Plaintiff    York Capital Management Global Advisors, LLC
              stephen.karotkin@weil.com,  frank.grese@weil.com
              Stephen C. Stapleton    on behalf of Creditor    Atmos Energy Corporation
              sstapleton@cowlesthompson.com
              Stephen D Lerner    on behalf of Interested Party    ArcelorMittal USA LLC
              stephen.lerner@squirepb.com
              Stephen M. Miller    on behalf of Creditor    Law Debenture Trust Company of New York, in its
              capacity as Indenture Trustee smiller@morrisjames.com,
              wweller@morrisjames.com;jdawson@morrisjames.com
              Stephen W. Spence    on behalf of Fee Examiner Richard  Gitlin sws@bmbde.com,  sumspence@gmail.com
              Stephen W. Spence    on behalf of Attorney    Phillips, Goldman & Spence, P.A. sws@bmbde.com,
              sumspence@gmail.com
              Stephen W. Spence    on behalf of Interested Party    Fee Committee sws@bmbde.com,
              sumspence@gmail.com
              Steven A. Ginther    on behalf of Creditor    Missouri Department of Revenue deecf@dor.mo.gov
              Susan E. Kaufman    on behalf of Creditor    Tarrant Regional Water District
              skaufman@skaufmanlaw.com
              Theodore J. Tacconelli    on behalf of Interested Party    Titus County Appraisal District
              ttacconelli@ferryjoseph.com,  kcallahan@ferryjoseph.com
              Theodore J. Tacconelli    on behalf of Interested Party    Rusk County Appraisal District
              ttacconelli@ferryjoseph.com,  kcallahan@ferryjoseph.com
              Theodore J. Tacconelli    on behalf of Creditor    Freestone County, Texas
              ttacconelli@ferryjoseph.com,  kcallahan@ferryjoseph.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Theodore J. Tacconelli    on behalf of Interested Party    Freestone County Appraisal District
    ttacconelli@ferryjoseph.com,  kcallahan@ferryjoseph.com
Theodore J. Tacconelli    on behalf of Interested Party    Robertson County Appraisal District
    ttacconelli@ferryjoseph.com,  kcallahan@ferryjoseph.com
Thomas F. Driscoll, III    on behalf of Debtor    Energy Future Holdings Corp. tdriscoll@tbf.legal,
    mdunwody@tbf.legal
Thomas J. Moloney    on behalf of Interested Party    J Aron & Company tmoloney@cgsh.com
Thomas J. Moloney    on behalf of Interested Party    J. Aron & Company tmoloney@cgsh.com
Thomas Ross Hooper    on behalf of Defendant    Wilmington Trust, N.A., as First Lien Collateral
    Agent hooper@sewkis.com
Thomas Ross Hooper    on behalf of Interested Party    Wilmington Trust, N.A. hooper@sewkis.com
Thomas Ross Hooper    on behalf of Defendant    Wilmington Trust, N.A as First Lien Collateral
    Agent and First Lien Administrative Agent hooper@sewkis.com
Tina Niehold Moss    on behalf of Interested Party    Delaware Trust Company as Successor Trustee
    under the TCEH 11.5% Senior Secured Notes Indenture tmoss@perkinscoie.com,
    nvargas@perkinscoie.com
Tina Niehold Moss    on behalf of Interested Party    Delaware Trust Company, f/k/a CSC Trust
    Company of Delaware, as Indenture Trustee tmoss@perkinscoie.com,  nvargas@perkinscoie.com
Tina Niehold Moss    on behalf of Creditor    The Bank of New York Mellon, as Indenture Trustee
    tmoss@perkinscoie.com,  nvargas@perkinscoie.com
Tobey M. Daluz    on behalf of Defendant    Pyramis Global Advisors Trust Company
    daluzt@ballardspahr.com
Tobey M. Daluz    on behalf of Defendant    Fidelity Management & Research Company
    daluzt@ballardspahr.com
Tobey M. Daluz    on behalf of Defendant    Fidelity Advisor Series I: Fidelity Advisor High Income
    Advantage Fund daluzt@ballardspahr.com
Tobey M. Daluz    on behalf of Defendant    Fidelity Advisor Series II: Fidelity Advisor Strategic
    Income Fund daluzt@ballardspahr.com
Tobey M. Daluz    on behalf of Defendant    Japan Trustee Services Bank Ltd. as trustee of Fidelity
    High Yield Bond Open Mother Fund daluzt@ballardspahr.com
Tobey M. Daluz    on behalf of Defendant    Fidelity Puritan Trust: Fidelity Puritan Fund
    daluzt@ballardspahr.com
Tobey M. Daluz    on behalf of Defendant    Fidelity Global Bond Series  US Dollar Monthly Income
    US High Yield Pool daluzt@ballardspahr.com
Tobey M. Daluz    on behalf of Defendant    Fidelity Management & Research Company as Investment
    Manager for Japan Trustee Services Bank, Ltd. Re: Fidelity High Yield Bond Open Mother Fund
    daluzt@ballardspahr.com
Tobey M. Daluz    on behalf of Defendant    Master Trust Bank of Japan daluzt@ballardspahr.com
Tobey M. Daluz    on behalf of Defendant    Variable Insurance Products Fund V: Strategic Income
    Portfolio daluzt@ballardspahr.com
Tobey M. Daluz    on behalf of Defendant    Fidelity Investments Canada ULC daluzt@ballardspahr.com
Tobey M. Daluz    on behalf of Defendant    FIL Investments International (FII)
    daluzt@ballardspahr.com
Tobey M. Daluz    on behalf of Defendant    Fidelity Summer Street Trust: Fidelity Global High
    Income Fund daluzt@ballardspahr.com
Tobey M. Daluz    on behalf of Defendant    Fidelity School Street Trust: Fidelity Strategic Income
    daluzt@ballardspahr.com
Tobey M. Daluz    on behalf of Defendant    Japan Trustee Services Bank, Ltd. as trustee of
    Fidelity Strategic Income Mother Fund daluzt@ballardspahr.com
Tobey M. Daluz    on behalf of Defendant    Fidelity Investments daluzt@ballardspahr.com
Tobey M. Daluz    on behalf of Defendant    Fidelity Summer Street Trust: Fidelity Capital & Income
    Fund daluzt@ballardspahr.com
Todd Charles Schiltz, Esq    on behalf of Interested Party    CSC Trust Company of Delaware, as
    successor indenture trustee and collateral trustee todd.schiltz@dbr.com,
    cathlyn.cantelmi@dbr.com/marita.erbeck@dbr.com/Jennifer.Roussil@dbr.com
Todd Jeffrey Rosen    on behalf of Interested Party    TCEH Debtors todd.rosen@mto.com
Traci L. Cotton    on behalf of Creditor    UT System obo UT at Arlington tcotton@utsystem.edu
Tyler D. Semmelman    on behalf of Debtor    EECI, Inc. semmelman@rlf.com,  rbgroup@rlf.com
Tyler D. Semmelman    on behalf of Debtor    LSGT Gas Company LLC semmelman@rlf.com,
    rbgroup@rlf.com
Tyler D. Semmelman    on behalf of Debtor    NCA Development Company LLC semmelman@rlf.com,
    rbgroup@rlf.com
Tyler D. Semmelman    on behalf of Debtor    Luminant Renewables Company LLC semmelman@rlf.com,
    rbgroup@rlf.com
Tyler D. Semmelman    on behalf of Debtor    Luminant Mining Company LLC semmelman@rlf.com,
    rbgroup@rlf.com
Tyler D. Semmelman    on behalf of Debtor    Eagle Mountain Power Company LLC semmelman@rlf.com,
    rbgroup@rlf.com
Tyler D. Semmelman    on behalf of Debtor    TXU Energy Receivables Company LLC semmelman@rlf.com,
    rbgroup@rlf.com
Tyler D. Semmelman    on behalf of Debtor    TXU Retail Services Company semmelman@rlf.com,
    rbgroup@rlf.com
Tyler D. Semmelman    on behalf of Debtor    TXU Electric Company, Inc. semmelman@rlf.com,
    rbgroup@rlf.com
Tyler D. Semmelman    on behalf of Debtor    Martin Lake 4 Power Company LLC semmelman@rlf.com,
    rbgroup@rlf.com
Tyler D. Semmelman    on behalf of Debtor    Energy Future Intermediate Holding Company LLC
    semmelman@rlf.com,  rbgroup@rlf.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Tyler D. Semmelman    on behalf of Debtor    Lone Star Energy Company, Inc. semmelman@rlf.com,
                      semmelman@rlf.com, rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Texas Competitive Electric Holdings Company LLC
                      semmelman@rlf.com, rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Energy Future Competitive Holdings Company LLC
                      semmelman@rlf.com, rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Energy Future Holdings Corp. semmelman@rlf.com,
                      rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Big Brown 3 Power Company LLC semmelman@rlf.com,
                      rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Tradinghouse 3 & 4 Power Company LLC semmelman@rlf.com,
                      rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Generation Development Company LLC semmelman@rlf.com,
                      rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Oak Grove Mining Company LLC semmelman@rlf.com,
                      rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Brighten Energy LLC semmelman@rlf.com,  rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Texas Electric Service Company, Inc. semmelman@rlf.com,
                      rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Luminant Generation Company LLC semmelman@rlf.com,
                      rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Generation SVC Company semmelman@rlf.com,
                      rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Luminant Mineral Development Company LLC
                      semmelman@rlf.com, rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Texas Utilities Company, Inc. semmelman@rlf.com,
                      rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    TXU SEM Company semmelman@rlf.com,  rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Southwestern Electric Service Company, Inc.
                      semmelman@rlf.com, rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    EFH FS Holdings Company semmelman@rlf.com,
                      rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Defendant   EFIH Finance Inc. semmelman@rlf.com,
                      rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    4Change Energy Holdings LLC semmelman@rlf.com,
                      rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Valley Power Company LLC semmelman@rlf.com,
                      rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Sandow Power Company LLC semmelman@rlf.com,
                      rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    EFH Renewables Company LLC semmelman@rlf.com,
                      rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    EFH CG Management Company LLC semmelman@rlf.com,
                      rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Luminant ET Services Company semmelman@rlf.com,
                      rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Attorney   Kirkland & Ellis LLP semmelman@rlf.com,
                      rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Generation MT Company LLC semmelman@rlf.com,
                      rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    TCEH Finance, Inc. semmelman@rlf.com,  rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Morgan Creek 7 Power Company LLC semmelman@rlf.com,
                      rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    NCA Resources Development Company LLC
                      semmelman@rlf.com, rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Big Brown Lignite Company LLC semmelman@rlf.com,
                      rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Texas Energy Industries Company, Inc.
                      semmelman@rlf.com, rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    TXU Energy Retail Company LLC semmelman@rlf.com,
                      rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Dallas Power & Light Company, Inc. semmelman@rlf.com,
                      rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    DeCordova Power Company LLC semmelman@rlf.com,
                      rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Monticello 4 Power Company LLC semmelman@rlf.com,
                      rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Luminant Big Brown Mining Company LLC
                      semmelman@rlf.com, rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Lake Creek 3 Power Company LLC semmelman@rlf.com,
                      rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Tradinghouse Power Company LLC semmelman@rlf.com,
                      rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Luminant Energy Company LLC semmelman@rlf.com,
                      rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Luminant Holding Company LLC semmelman@rlf.com,
                      rbgroup@rlf.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
```
Tyler D. Semmelman     on behalf of Debtor     EBASCO SERVICES OF CANADA LIMITED semmelman@rlf.com,
        rbgroup@rlf.com
Tyler D. Semmelman     on behalf of Debtor     EFIH Finance Inc. semmelman@rlf.com,   rbgroup@rlf.com
Tyler D. Semmelman     on behalf of Debtor     Collin Power Company LLC semmelman@rlf.com,
        rbgroup@rlf.com
Tyler D. Semmelman     on behalf of Debtor     Texas Power & Light Company, Inc. semmelman@rlf.com,
        rbgroup@rlf.com
Tyler D. Semmelman     on behalf of Debtor     Oak Grove Power Company LLC semmelman@rlf.com,
        rbgroup@rlf.com
Tyler D. Semmelman     on behalf of Debtor     TXU Energy Solutions Company LLC semmelman@rlf.com,
        rbgroup@rlf.com
Tyler D. Semmelman     on behalf of Debtor     Brighten Holdings LLC semmelman@rlf.com,
        rbgroup@rlf.com
Tyler D. Semmelman     on behalf of Debtor     Big Brown Power Company LLC semmelman@rlf.com,
        rbgroup@rlf.com
Tyler D. Semmelman     on behalf of Debtor     TXU Receivables Company semmelman@rlf.com,
        rbgroup@rlf.com
Tyler D. Semmelman     on behalf of Debtor     Valley NG Power Company LLC semmelman@rlf.com,
        rbgroup@rlf.com
Tyler D. Semmelman     on behalf of Debtor     LSGT SACROC, Inc. semmelman@rlf.com,   rbgroup@rlf.com
Tyler D. Semmelman     on behalf of Debtor     EFH CG Holdings Company LP semmelman@rlf.com,
        rbgroup@rlf.com
Tyler D. Semmelman     on behalf of Debtor     Oak Grove Management Company LLC semmelman@rlf.com,
        rbgroup@rlf.com
Tyler D. Semmelman     on behalf of Debtor     EFH Australia (No. 2) Holdings Company
        semmelman@rlf.com,  rbgroup@rlf.com
Tyler D. Semmelman     on behalf of Debtor     EFH Finance (No. 2) Holdings Company semmelman@rlf.com,
        rbgroup@rlf.com
Tyler D. Semmelman     on behalf of Debtor     DeCordova II Power Company LLC semmelman@rlf.com,
        rbgroup@rlf.com
Tyler D. Semmelman     on behalf of Debtor     4Change Energy Company semmelman@rlf.com,
        rbgroup@rlf.com
Tyler D. Semmelman     on behalf of Defendant   Energy Future Intermediate Holding Company LLC
        semmelman@rlf.com,  rbgroup@rlf.com
Tyler D. Semmelman     on behalf of Debtor     Luminant Energy Trading California Company
        semmelman@rlf.com,  rbgroup@rlf.com
Tyler D. Semmelman     on behalf of Debtor     EEC Holdings, Inc. semmelman@rlf.com,  rbgroup@rlf.com
Tyler D. Semmelman     on behalf of Debtor     Lone Star Pipeline Company, Inc. semmelman@rlf.com,
        rbgroup@rlf.com
United States Trustee    ustpregion03.ecf.wl@usdoj.gov
Vincent E. Lazar    on behalf of Spec. Counsel   Energy Future Intermediate Holding Company LLC
        vlazar@jenner.com
Ward W. Benson    on behalf of Creditor    UNITED STATES OF AMERICA wardlow.w.benson@usdoj.gov,
        Eastern.Taxcivil@usdoj.gov
Warren A. Usatine    on behalf of Interested Party    CSC Trust Company of Delaware, as successor
        indenture trustee and collateral trustee wusatine@coleschotz.com
Wendy B. Reilly    on behalf of Creditor    Evercore Group LLC wbreilly@debevoise.com,
        mao-bk-ecf@debevoise.com
Wendy G. Marcari    on behalf of Interested Party    Benbrooke Electric Partners, LLC
        wmarcari@ebglaw.com,  nyma@ebglaw.com
William A. Hazeltine    on behalf of Creditor    Mastercraft Printed Products & Services, Inc.
        Bankruptcy001@sha-llc.com
William A. Romanowicz    on behalf of Debtor     Big Brown 3 Power Company LLC rbgroup@rlf.com
William A. Romanowicz    on behalf of Debtor     Energy Future Competitive Holdings Company LLC
        rbgroup@rlf.com
William A. Romanowicz    on behalf of Debtor     Brighten Energy LLC rbgroup@rlf.com
William A. Romanowicz    on behalf of Debtor     Texas Utilities Electric Company, Inc.
        rbgroup@rlf.com
William A. Romanowicz    on behalf of Debtor     EFH CG Management Company LLC rbgroup@rlf.com
William A. Romanowicz    on behalf of Debtor     Energy Future Intermediate Holding Company LLC
        rbgroup@rlf.com
William A. Romanowicz    on behalf of Debtor     EFH CG Holdings Company LP rbgroup@rlf.com
William A. Romanowicz    on behalf of Debtor     EFH Australia (No. 2) Holdings Company
        rbgroup@rlf.com
William A. Romanowicz    on behalf of Debtor     EFH Corporate Services Company rbgroup@rlf.com
William A. Romanowicz    on behalf of Debtor     Southwestern Electric Service Company, Inc.
        rbgroup@rlf.com
William A. Romanowicz    on behalf of Defendant   Energy Future Intermediate Holding Company LLC
        rbgroup@rlf.com
William A. Romanowicz    on behalf of Debtor     Tradinghouse Power Company LLC rbgroup@rlf.com
William A. Romanowicz    on behalf of Debtor     TXU Energy Retail Company LLC rbgroup@rlf.com
William A. Romanowicz    on behalf of Debtor     LSGT Gas Company LLC rbgroup@rlf.com
William A. Romanowicz    on behalf of Debtor     EFH FS Holdings Company rbgroup@rlf.com
William A. Romanowicz    on behalf of Defendant   EFIH Finance Inc. rbgroup@rlf.com
William A. Romanowicz    on behalf of Debtor     Brighten Holdings LLC rbgroup@rlf.com
William A. Romanowicz    on behalf of Debtor     Eagle Mountain Power Company LLC rbgroup@rlf.com
William A. Romanowicz    on behalf of Debtor     Generation Development Company LLC rbgroup@rlf.com
William A. Romanowicz    on behalf of Debtor     EEC Holdings, Inc. rbgroup@rlf.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              William A. Romanowicz     on behalf of Debtor     DeCordova Power Company LLC rbgroup@rlf.com
              William A. Romanowicz     on behalf of Debtor     Tradinghouse 3 & 4 Power Company LLC rbgroup@rlf.com
              William A. Romanowicz     on behalf of Debtor     LSGT SACROC, Inc. rbgroup@rlf.com
              William A. Romanowicz     on behalf of Debtor     Texas Competitive Electric Holdings Company LLC
               rbgroup@rlf.com
              William A. Romanowicz     on behalf of Debtor     TXU Energy Receivables Company LLC rbgroup@rlf.com
              William A. Romanowicz     on behalf of Debtor     Energy Future Holdings Corp. rbgroup@rlf.com
              William A. Romanowicz     on behalf of Debtor     EFH Finance (No. 2) Holdings Company rbgroup@rlf.com
              William A. Romanowicz     on behalf of Debtor     Generation MT Company LLC rbgroup@rlf.com
              William A. Romanowicz     on behalf of Debtor     Lone Star Energy Company, Inc. rbgroup@rlf.com
              William A. Romanowicz     on behalf of Debtor     Big Brown Power Company LLC rbgroup@rlf.com
              William A. Romanowicz     on behalf of Debtor     Luminant Renewables Company LLC rbgroup@rlf.com
              William A. Romanowicz     on behalf of Debtor     Lone Star Pipeline Company, Inc. rbgroup@rlf.com
              William A. Romanowicz     on behalf of Debtor     4Change Energy Holdings LLC rbgroup@rlf.com
              William A. Romanowicz     on behalf of Debtor     Generation SVC Company rbgroup@rlf.com
              William A. Romanowicz     on behalf of Debtor     EFH Renewables Company LLC rbgroup@rlf.com
              William A. Romanowicz     on behalf of Debtor     EECI, Inc. rbgroup@rlf.com
              William A. Romanowicz     on behalf of Debtor     Big Brown Lignite Company LLC rbgroup@rlf.com
              William A. Romanowicz     on behalf of Debtor     TXU Electric Company, Inc. rbgroup@rlf.com
              William A. Romanowicz     on behalf of Debtor     4Change Energy Company rbgroup@rlf.com
              William A. Romanowicz     on behalf of Debtor     Lake Creek 3 Power Company LLC rbgroup@rlf.com
              William A. Romanowicz     on behalf of Debtor     EBASCO SERVICES OF CANADA LIMITED rbgroup@rlf.com
              William A. Romanowicz     on behalf of Debtor     EFIH Finance Inc. rbgroup@rlf.com
              William D. Sullivan     on behalf of Creditor     Capgemini America, Inc. wdsecfnotices@sha-llc.com
              William E Kelleher, Jr    on behalf of Creditor     Westinghouse Electric Company LLC
               wkelleher@cohenlaw.com, mgraeb@cohenlaw.com,bfilings@cohenlaw.com,
              William E. Chipman, Jr.    on behalf of Intervenor-Defendant     Ad Hoc Committee of EFIH Unsecured
               Noteholders chipman@chipmanbrown.com, dero@chipmanbrown.com
              William E. Chipman, Jr.    on behalf of Interested Party     EFIH Second Lien DIP Commitment Parties
               chipman@chipmanbrown.com, dero@chipmanbrown.com
              William F. Taylor, Jr.    on behalf of Creditor     Cellco Partnership d/b/a Verizon Wireless
               bankruptcydel@mccarter.com, bankruptcydel@mccarter.com
              William M. Hildbold    on behalf of Creditor Committee     The Official Committee of Unsecured
               Creditors WHildbold@mofo.com
              William Mark Alleman, Jr    on behalf of Interested Party     Fee Committee WAlleman@beneschlaw.com,
               chartman@beneschlaw.com;docket@beneschlaw.com
              William P. Weintraub    on behalf of Creditor     Aurelius Capital Management, LP
               wweintraub@goodwinproctor.com, zhassoun@fklaw.com
              William Pierce Bowden    on behalf of Interested Party     Wilmington Savings Fund Society, FSB, in
               its capacity as successor Indenture Trustee wbowden@ashby-geddes.com
                                                                                                    TOTAL: 913