# **EXHIBIT B**

## SUMMARY OF PROFESSIONAL SERVICES

The MMWR attorneys and paralegals that rendered professional services in these cases during the Fee Period are:

| Name of Professional Individual | Position of the Applicant and Year of Obtaining License to Practice | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **PARTNERS AND OF COUNSEL** | | | | |
| Natalie D. Ramsey | Partner; Joined Firm in 1985; Member of DE Bar since 2009 | $675.00 | 1.40 | $945.00 |
| Mark A. Fink | Partner; Joined Firm in 2012; Member of DE Bar since 2000 | $590.00 | 41.00 | $24,190.00 |
| Mark A. Fink[3] | Partner; Joined Firm in 2012; Member of DE Bar since 2000 | $610.00 | 20.20 | $12,322.00 |
| Mark B. Sheppard | Partner; Joined Firm in 2009; Member of PA Bar since 1987 | $585.00 | 1.40 | $819.00 |
| Jonathan R. Flora | Partner; Joined Firm in 2014; Member of CA Bar since 1989 | $540.00 | 3.00 | $1,620.00 |
| Lathrop B. Nelson | Partner; Joined Firm in 2002; Member of PA Bar since 2001 | $420.00 | 3.00 | $1,266.00 |
| Tricia J. Sadd | Partner; Joined Firm in 2003; Member of PA Bar since 2003 | $415.00 | 5.50 | $2,282.50 |
| Davis Lee Wright | Of Counsel; Joined Firm in 2011; Member of the DE Bar since 2002 | $550.00 | 1.20 | $660.00 |
| **TOTAL PARTNERS AND OF COUNSEL** | | | **76.70** | **$44,104.50** |
| **ASSOCIATES** | | | | |
| Megan Diaz Ellinghaus | Associate; Joined Firm in 2013; Member of NY Bar since 2008 | $385.00 | 4.00 | $1,540.00 |
| Katherine M. Fix | Associate; Joined Firm in 2012; Member of PA Bar since 2012 | $290.00 | 6.20 | $1,798.00 |
| **TOTAL ASSOCIATES** | | | **10.20** | **$3,338.00** |
| **PARALEGALS & ADDITIONAL PROFESSIONALS** | | | | |
| Keith Mangan | Paralegal | $140.00 | 42.50 | $6,039.50 |
| Suzanne E. Burke | Litigation Support Specialist | $175.00 | 2.30 | $402.50 |
| **TOTAL PARALEGALS AND ADDITIONAL PROFESSIONALS** | | | **44.80** | **$6,442.00** |
| **TOTAL ALL PROFESSIONALS** | | | **131.70** | **$53,884.50** |

---

[3] During the Fee Period, Mark A. Fink's hourly billing rate, increased from $590.00 to $610.00.