# **EXHIBIT C**

**SUMMARY OF ACTUAL AND NECESSARY EXPENSES INCURRED**

| Expense Category | Expense Amount |
|---|---|
| Delivery Service | $340.00 |
| Duplicating - Internal | $0.50 |
| Filing Fee – Other | $81.00 |
| Lunch/Dinner Conference | $37.70 |
| Miscellaneous Expense (Court Call and E-Discovery Costs) | $5,338.00 |
| Outside Copying | $87.90 |
| Pacer | $196.40 |
| Postage | $20.61 |
| Travel - Lodging | $1,152.81 |
| **Total** | **$7,254.92** |