# **EXHIBIT D**

# **JANUARY 2016**

|  |  |
|---|---|
| Invoice Date: | 3/31/16 |
| Invoice Number: | 730260 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

## Disbursements and Other Related Charges Incurred On Your Behalf

| Date | Description | | Amount |
|---|---|---|---|
| 01/31/16 | Pacer | $ | 12.80 |
| 01/06/16 | Delivery Service - PAID TO: Parcels Inc - 12/8/15, Fr U.S. Bankruptcy Court 6, Judge Sontchi, Wilmington, DE To Parcels, Wilmington, DE re: courtroom cleanout (24 boxes/shredding) | $ | 240.00 |
| 01/06/16 | Delivery Service - PAID TO: Parcels Inc - 12/17/15, Fr U.S.Bankruptcy Court, Judge Sontchi, Wilmington, DE To Parcels, Wilmington, DE re: shredding of documents (qty 10) | $ | 100.00 |
| 01/06/16 | Outside Copying - PAID TO: Parcels Inc - 12/10/15, 356 Printed Pages, custom tabs & binding (E-Side Committee Exhibits) | $ | 87.90 |
| 01/21/16 | Miscellaneous Expense - PAID TO: Mark A. Fink - 11/19/15, Attendance at hearing via Court Call | $ | 121.00 |
| 01/21/16 | Miscellaneous Expense - PAID TO: Mark A. Fink - 12/3/15, Attendance at hearing via Court Call | $ | 72.00 |
| 01/21/16 | Miscellaneous Expense - PAID TO: Mark A. Fink - 12/4/15, Attendance at hearing via Court Call | $ | 37.00 |
| 01/21/16 | Miscellaneous Expense - PAID TO: Mark A. Fink - 12/18/15, Attendance at hearing via Court Call | $ | 58.00 |
| 01/21/16 | Lunch/Dinner Conference - PAID TO: Mark A. Fink - 12/16/15, Lunch with A. Kranzley during recess of omnibus hearing in the EFH matter | $ | 37.70 |
| 01/21/16 | Travel - Lodging - PAID TO: Mark A. Fink - 11/23/15-11/24/15, Lodging expense at Hotel du Pont late cancellation room charges (incurred by Keith Mangan during EFH trial) | $ | 439.00 |
| 01/25/16 | Travel - Lodging - PAID TO: Natalie D. Ramsey - 9/25/15, Lodging at Lotte New York Palace while attending Evans deposition | $ | 713.81 |
| 01/31/16 | Filing Fee - Other - PAID TO: American Express - CourtCall ID # 7289346 on 12/3/2015 | $ | 51.00 |
|  | Total Disbursements | $ | 1,970.21 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

|  |  |
|---|---|
| Invoice Date: | 3/31/16 |
| Invoice Number: | 730260 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

## Summary of Disbursements and Other Related Charges Incurred on Your Behalf

| Cost Code | Description | Amount |
|---|---|---|
| 0008 | Miscellaneous Expense | $ 288.00 |
| 0051 | Delivery Service | $ 340.00 |
| 0058 | Filing Fee - Other | $ 51.00 |
| 0067 | Lunch/Dinner Conference | $ 37.70 |
| 0088 | Travel - Lodging | $ 1,152.81 |
| 0141 | Outside Copying | $ 87.90 |
| 0163 | Pacer | $ 12.80 |
|  | Total: | $ 1,970.21 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

# **FEBRUARY 2016**

|  |  |
|---|---|
| Invoice Date: | 4/5/16 |
| Invoice Number: | 730344 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

## Disbursements and Other Related Charges Incurred On Your Behalf

| Date | Description | | Amount |
|---|---|---|---|
| 02/29/16 | Postage | $ | 19.66 |
| 02/29/16 | Printing & Duplicating - Internal | $ | 0.50 |
| 02/29/16 | Pacer | $ | 67.10 |
| 02/11/16 | Miscellaneous Expense - PAID TO: Epiq eDiscovery Solutions  - Discovery Services for the month of November 2015 (Customer # 3003555) | $ | 2,175.00 |
| 02/11/16 | Miscellaneous Expense - PAID TO: Epiq eDiscovery Solutions  - Discovery Services for the month of December 2015 (Customer # 3003555) | $ | 2,175.00 |
| 02/17/16 | Miscellaneous Expense - PAID TO: Epiq eDiscovery Solutions  - Services for the month of January, 2016 | $ | 150.00 |
|  | Total Disbursements | $ | 4,587.26 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

| | |
|---|---|
| Invoice Date: | 4/5/16 |
| Invoice Number: | 730344 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

## Summary of Disbursements and Other Related Charges Incurred on Your Behalf

| Cost Code | Description | | Amount |
|---|---|---|---|
| 0008 | Miscellaneous Expense | $ | 4,500.00 |
| 0013 | Duplicating - Internal | $ | 0.50 |
| 0014 | Postage | $ | 19.66 |
| 0163 | Pacer | $ | 67.10 |
| | Total: | $ | 4,587.26 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

# **MARCH 2016**

| | |
|---|---|
| Invoice Date: | 5/24/16 |
| Invoice Number: | 731968 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

## Disbursements and Other Related Charges Incurred On Your Behalf

| Date | Description | | Amount |
|---|---|---|---|
| 03/31/16 | Postage | $ | 0.48 |
| 03/31/16 | Pacer | $ | 24.60 |
| 03/04/16 | Miscellaneous Expense - PAID TO: Mark A. Fink - 2/18/16, Court Call expense for attendance at hearing via Court Call | $ | 30.00 |
| 03/15/16 | Miscellaneous Expense - PAID TO: Epiq eDiscovery Solutions  - Services for the month of February, 2016 | $ | 150.00 |
| 03/31/16 | Miscellaneous Expense - PAID TO: Mark A. Fink - 3/4/16, Court Call expense for hearing on 3/4/16 | $ | 30.00 |
| 03/31/16 | Miscellaneous Expense - PAID TO: Mark A. Fink - 3/28/16, Court Call expense for hearing on 3/28/16 | $ | 30.00 |
| | Total Disbursements | $ | 265.08 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

| | |
|---|---|
| Invoice Date: | 5/24/16 |
| Invoice Number: | 731968 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

## Summary of Disbursements and Other Related Charges Incurred on Your Behalf

| Cost Code | Description | | Amount |
|---|---|---|---|
| 0008 | Miscellaneous Expense | $ | 240.00 |
| 0014 | Postage | $ | 0.48 |
| 0163 | Pacer | $ | 24.60 |
| | Total: | $ | 265.08 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

# **APRIL 2016**

|                          |               |
|--------------------------|---------------|
| Invoice Date:            | 5/24/16       |
| Invoice Number:          | 731969        |
| Client Matter Number:    | 66471.00003   |
| I.D.#                    | 01051         |

## Disbursements and Other Related Charges Incurred On Your Behalf

| Date     | Description | | Amount |
|----------|-------------|---|--------|
| 04/30/16 | Postage | $ | 0.47 |
| 04/30/16 | Pacer | $ | 91.90 |
| 04/05/16 | Miscellaneous Expense - PAID TO: Mark A. Fink - 3/21/16, Court Call Expense re: attendance at hearing via Court Call | $ | 100.00 |
| 04/15/16 | Consultant Fees - PAID TO: Epiq eDiscovery Solutions - Services for the month of March, 2016 | $ | 150.00 |
| 04/21/16 | Miscellaneous Expense - PAID TO: Mark A. Fink - 4/5/16, Court Call expense for attendance at hearing via Court Call | $ | 30.00 |
| 04/21/16 | Miscellaneous Expense - PAID TO: Mark A. Fink - 4/5/16, Court Call expense for attendance at hearing via Court Call | $ | 30.00 |
| 04/27/16 | Filing Fee - Other - PAID TO: American Express - CCALL ID # 7517872 charge on 3/24/2016 for Natalie Ramsey | $ | 30.00 |
|          | Total Disbursements | $ | 432.37 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date: 5/24/16  
Invoice Number: 731969  
Client Matter Number: 66471.00003  
I.D.# 01051

## Summary of Disbursements and Other Related Charges Incurred on Your Behalf

| Cost Code | Description | | Amount |
|---|---|---|---:|
| Cost | Cost Code Description | $ | Amount |
| 0008 | Miscellaneous Expense | $ | 160.00 |
| 0014 | Postage | $ | 0.47 |
| 0046 | Consultant Fees | $ | 150.00 |
| 0058 | Filing Fee - Other | $ | 30.00 |
| 0163 | Pacer | $ | 91.90 |
| | Total: | $ | 432.37 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**