# **EXHIBIT E**

## SUMMARY OF PROFESSIONAL SERVICES RENDERED BY PROJECT CATEGORY

| PROJECT CATEGORY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 001 | Asset Analysis | 0.00 | $0.00 |
| 002 | Asset Disposition | 0.00 | $0.00 |
| 003 | Assumption and Rejection of Leases and Contracts | 0.00 | $0.00 |
| 004 | Avoidance Action Analysis | 0.00 | $0.00 |
| 005 | Business Operations | 0.00 | $0.00 |
| 006 | Case Administration | 29.10 | $14,317.00 |
| 007 | Claims Administration and Objections | 0.00 | $0.00 |
| 008 | Corporate Governance and Board Matters | 0.00 | $0.00 |
| 009 | Employment Benefits and Pensions | 0.00 | $0.00 |
| 010 | Employment and Fee Applications (MMWR) | 22.70 | $6,936.50 |
| 011 | Employment and Fee Applications (Others) | 38.70 | $11,557.50 |
| 012 | Financing, Cash Collateral, Make Whole | 3.60 | $2,124.00 |
| 013 | Other Litigation | 2.60 | $605.00 |
| 014 | Meetings and Communications with Creditors | 0.00 | $0.00 |
| 015 | Non-Working Travel | 0.00 | $0.00 |
| 016 | Plan and Disclosure Statement | 0.00 | $0.00 |
| 017 | Relief from Stay and Adequate Protection | 0.00 | $0.00 |
| 018 | Tax | 0.00 | $0.00 |
| 019 | Valuation | 0.00 | $0.00 |
| 020 | Discovery | 0.00 | $0.00 |
| 021 | Hearings | 9.30 | $5,673.00 |
| 022 | First and Second Day Motions | 0.00 | $0.00 |
| 023 | Claims Investigation | 0.00 | $0.00 |
| 024 | Lien Investigation | 0.00 | $0.00 |
| 025 | Intercompany Claims | 0.00 | $0.00 |
| 026 | Other Motions/Applications | 0.00 | $0.00 |
| 027 | Schedules and Statements | 0.00 | $0.00 |
| 028 | Time Entry Review | 0.00 | $0.00 |
| 029 | Budgeting (Case) | 1.20 | $660.00 |
| 030 | Asbestos-Related Matters | 0.00 | $0.00 |
| 031 | Derivative Litigation Investigation | 24.50 | $12,011.50 |
| | **Total** | **131.70** | **$53,884.50** |