# <u>EXHIBIT F</u>

# JANUARY 2016

| | |
|---|---|
| Invoice Date: | 3/31/16 |
| Invoice Number: | 730260 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

### Detail for Fee Services Rendered - 006 Case Administration

| Date | Name | Task | Description | Hours |
|---|---|---|---|---|
| 1/11/16 | KM Fix | 006 | Reviewing remaining EFH documents to identify any documents in clawback letter | 2.10 |
| 1/21/16 | MA Fink | 006 | Reviewing filings in asbestos appeal of confirmation order | 1.20 |
| 1/25/16 | MA Fink | 006 | Attending bi-monthly committee meeting (.6); reviewing documents cited on call (.4) | 1.00 |
| 1/25/16 | KM Fix | 006 | Reviewing internal case files and document lists for documents contained in clawback letter for destruction | 2.70 |
| 1/26/16 | MA Fink | 006 | Reviewing briefing by appellants (3.7) and appellees (3.5) in Computershare appeal | 7.20 |

Task Total     14.20

Invoice Date:                          3/31/16
Invoice Number:                        730260
Client Matter Number:  66471.00003
I.D.#                                  01051

## SUMMARY FOR FEE SERVICES RENDERED
### 006 Case Administration

| TK# | Timekeeper Name | Hours | Rate | Amount |
|-----|-----------------|-------|------|--------|
| 07722 | Fink, MA | 9.40 | $590.00 | $5,546.00 |
| 07870 | Fix, KM | 4.80 | $290.00 | $1,392.00 |
| | Task Total | 14.20 | | $6,938.00 |

| | |
|---|---|
| Invoice Date: | 3/31/16 |
| Invoice Number: | 730260 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

**Detail for Fee Services Rendered - 010 Employment and Fee Applications (MMWR)**

| Date | Name | Task | Description | Hours |
|---|---|---|---|---|
| 1/6/16 | KT Mangan | 010 | Drafting and filing MMWR 12th monthly fee CNO and coordinating service of same with KCC | 0.90 |
| 1/7/16 | MA Fink | 010 | Reviewing/revising MMWR November 2015 fee application (.2); preparing notice for EFH re same (.4) | 0.60 |
| 1/13/16 | KT Mangan | 010 | Drafting and filing MMWR 13th monthly fee CNO and coordinating service with KCC | 0.80 |
| 1/13/16 | MA Fink | 010 | Finalizing CNO for 10/2015 (.2); preparing materials requested by debtors re same (.2) | 0.40 |
| 1/26/16 | KT Mangan | 010 | Drafting and filing MMWR monthly fee application for December 2015 and coordinating service of same with KCC | 3.10 |
| 1/29/16 | KT Mangan | 010 | Drafting MMWR 4th interim fee application | 3.10 |

Task Total    8.90

| | |
|---|---|
| Invoice Date: | 3/31/16 |
| Invoice Number: | 730260 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

### SUMMARY FOR FEE SERVICES RENDERED
### 010 Employment and Fee Applications (MMWR)

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | Fink, MA | 1.00 | $590.00 | $590.00 |
| 09064 | Mangan, KT | 7.90 | $140.00 | $1,106.00 |
| | Task Total | 8.90 | | $1,696.00 |

Invoice Date: 3/31/16
Invoice Number: 730260
Client Matter Number: 66471.00003
I.D.# 01051

**Detail for Fee Services Rendered - 011 Employment and Fee Applications (Others)**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 1/19/16 | MA Fink | 011 | Correspondence with A. Hollerbach (Alix) re CNO (.2); reviewing and commenting on Alix fee statement (.4); coordinating filing (.2) and service (.2) of CNO and statement | 1.00 |
| 1/19/16 | KT Mangan | 011 | Drafting and filing AlixPartners certificate of no objection | 0.80 |
| 1/19/16 | KT Mangan | 011 | Filing AlixPartners' monthly fee application and coordinating service of same with KCC | 0.60 |
| 1/20/16 | KT Mangan | 011 | Drafting AlixPartners Notice of monthly fee application and coordinating service of same | 1.10 |
| 1/21/16 | MA Fink | 011 | Correspondence with A. Kranzley re S&C December fee application | 0.30 |
| 1/22/16 | KT Mangan | 011 | Filing S&C monthly fee application and coordinating service of same with KCC | 0.70 |
| 1/28/16 | KT Mangan | 011 | Filing Guggenheim monthly fee application and certificate of no objection and coordinating service of same with KCC | 1.40 |
| 1/29/16 | MA Fink | 011 | Finalizing Guggenheim December application for filing | 0.50 |

Task Total    6.40

Invoice Date:              3/31/16
Invoice Number:              730260
Client Matter Number:  66471.00003
I.D.#                    01051

## SUMMARY FOR FEE SERVICES RENDERED
### 011 Employment and Fee Applications (Others)

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | Fink, MA | 1.80 | $590.00 | $1,062.00 |
| 09064 | Mangan, KT | 4.60 | $140.00 | $644.00 |
| | Task Total | 6.40 | | $1,706.00 |

| | |
|---|---|
| Invoice Date: | 3/31/16 |
| Invoice Number: | 730260 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

**Detail for Fee Services Rendered - 013 Other Litigation**

| Date | Name | Task | Description | Hours |
|---|---|---|---|---|
| 11/11/15 | SE Burke | 013 | Proofing EFH Committee's exhibit list | 2.10 |
| 11/13/15 | SE Burke | 013 | Adding list of trial exhibits to spreadsheet | 0.20 |
| 1/6/16 | ND Ramsey | 013 | Reviewing (.1) and email correspondence with L. Nelson, K. Fix (.2) regarding clawback letter from K&E regarding documents produced in connection with confirmation trial | 0.30 |

Task Total    2.60

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

| | | | |
|---|---|---|---|
| Invoice Date: | | | 3/31/16 |
| Invoice Number: | | | 730260 |
| Client Matter Number: | | | 66471.00003 |
| I.D.# | | | 01051 |

## SUMMARY FOR FEE SERVICES RENDERED
### 013 Other Litigation

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07561 | Burke, SE | 2.30 | $175.00 | $402.50 |
| 01051 | Ramsey, ND | 0.30 | $675.00 | $202.50 |
| | Task Total | 2.60 | | $605.00 |

| | |
|---|---|
| Invoice Date: | 3/31/16 |
| Invoice Number: | 730260 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

**Detail for Fee Services Rendered - 029 Budgeting (Case)**

| Date | Name | Task | Description | Hours |
|---|---|---|---|---|
| 10/26/15 | DL Wright | 029 | Working on November budget for committee approval | 1.20 |
| | | | Task Total | 1.20 |

| | | | |
|---|---|---|---|
| Invoice Date: | | | 3/31/16 |
| Invoice Number: | | | 730260 |
| Client Matter Number: | | | 66471.00003 |
| I.D.# | | | 01051 |

## SUMMARY FOR FEE SERVICES RENDERED
### 029 Budgeting (Case)

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07717 | Wright, DL | 1.20 | $550.00 | $660.00 |
| | Task Total | 1.20 | | $660.00 |

Invoice Date:              3/31/16
Invoice Number:          730260
Client Matter Number:  66471.00003
I.D.#                          01051

**Detail for Fee Services Rendered - 031 Derivative Litigation Investigation**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 11/1/15 | MB Sheppard | 031 | Meeting with L. Nelson re deposition preparation | 1.40 |
| 11/2/15 | MD Ellinghaus | 031 | Inserting objections into Charles Cremens objection | 0.70 |
| 11/2/15 | MD Ellinghaus | 031 | Conference call led by T. Sadd re instructions for designating objections project | 0.30 |
| 11/2/15 | MD Ellinghaus | 031 | Reviewing instructions for designating objections project | 0.30 |
| 11/2/15 | MD Ellinghaus | 031 | Conferring with D. Dormont re transfer of debt from T-side to E-side | 0.20 |
| 11/2/15 | MD Ellinghaus | 031 | Reviewing debt exchange materials re transfer of debt from T-side to E-side | 0.50 |
| 11/2/15 | MD Ellinghaus | 031 | Preparing chart for D. Dormont re transfer of debt from T-side to E-side | 0.50 |
| 11/4/15 | MD Ellinghaus | 031 | Conferring with M. Fink re formation documents and bylaws for EFIH and EFH | 0.20 |
| 11/5/15 | MD Ellinghaus | 031 | Searching Intralinks for documents evidencing TXU approval of management agreement and indemnification agreement entered into in connection with 2007 LBO | 0.70 |
| 11/5/15 | MD Ellinghaus | 031 | Instructions from L. Nelson to search Intralinks for documents evidencing TXU approval of management agreement and Indemnification Agreement entered into in connection with 2007 LBO | 0.10 |
| 11/5/15 | MD Ellinghaus | 031 | Reviewing 2007 consent approving management and indemnification agreements | 0.30 |
| 11/5/15 | MD Ellinghaus | 031 | Discussion with L. Nelson and T. Sadd re corporate action required to authorize execution of indemnification and management agreements connected to 2007 LBO | 0.20 |
| 11/12/15 | JR Flora | 031 | Analyzing tax issues relating to ana re-acquisition of debt by EFIH | 0.90 |
| 11/13/15 | JR Flora | 031 | Research and analyzing tax issues res relating to EFIH acquisition and EFH debt and solvency and conferring with G. Edelson | 2.10 |
| 1/6/16 | LB Nelson | 031 | Reviewing and responding to e-mail from N. Ramsey re correspondence from Debtors' counsel re clawback of privileged documents | 0.20 |
| 1/7/16 | LB Nelson | 031 | Analyzing documents identified in debtors' claw back notice to determine whether to challenge privilege designation | 1.20 |
| 1/7/16 | TJ Sadd | 031 | Emails re clawback of privileged documents (.4); data analysis to determine if clawback documents are on MMWR exhibit list and related follow up (2.1) | 2.50 |
| 1/8/16 | TJ Sadd | 031 | Follow up on reports re clawback documents | 0.10 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

|  | | | Invoice Date: | 3/31/16 |
|--|--|--|----------------|---------|
|  | | | Invoice Number: | 730260 |
|  | | | Client Matter Number: | 66471.00003 |
|  | | | I.D.# | 01051 |

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 1/8/16 | LB Nelson | 031 | Coordinating review of claw back documents re potential challenge to privilege designations | 0.20 |
| 1/11/16 | LB Nelson | 031 | Reviewing and responding to e-mails from K. Fix and G. Suddes re review of clawed-back documents | 0.30 |
| 1/11/16 | TJ Sadd | 031 | Follow up with K. Fix on list of documents produced for purposes of cutting down shortened exhibit list | 0.20 |
| 1/14/16 | TJ Sadd | 031 | Emails with K. Fix re additional data analysis need to search for clawback documents | 0.20 |
| 1/15/16 | TJ Sadd | 031 | Data analysis comparing "contender" exhibit list to clawback list and reporting same | 1.50 |
| 1/22/16 | LB Nelson | 031 | Reviewing Debtors' claw back request and drafting e-mails to N. Ramsey and M. Sheppard re same | 0.20 |
| 1/25/16 | LB Nelson | 031 | Coordinating review of documents identified in 01/25/16 claw back notice re potential challenge to privilege designations | 0.40 |
| 1/25/16 | TJ Sadd | 031 | Data analysis re 1/22/16 clawback letter from Gould | 0.90 |
| 1/28/16 | LB Nelson | 031 | Reviewing and responding to e-mails from M. Fink re Debtors' clawback notice | 0.10 |

Task Total    16.40

|  |  |  |
|---|---|---|
| Invoice Date: | | 3/31/16 |
| Invoice Number: | | 730260 |
| Client Matter Number: | 66471.00003 | |
| I.D.# | | 01051 |

## SUMMARY FOR FEE SERVICES RENDERED
### 031 Derivative Litigation Investigation

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07794 | Ellinghaus, MD | 4.00 | $385.00 | $1,540.00 |
| 07781 | Flora, JR | 3.00 | $540.00 | $1,620.00 |
| 00197 | Nelson, LB | 2.60 | $420.00 | $1,092.00 |
| 07179 | Sadd, TJ | 5.40 | $415.00 | $2,241.00 |
| 07249 | Sheppard, MB | 1.40 | $585.00 | $819.00 |
| | Task Total | 16.40 | | $7,312.00 |

| | |
|---|---|
| Invoice Date: | 3/31/16 |
| Invoice Number: | 730260 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

## SUMMARY FOR FEE SERVICES RENDERED

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | MA Fink | 12.20 | $590.00 | $7,198.00 |
| 07781 | JR Flora | 3.00 | $540.00 | $1,620.00 |
| 00197 | LB Nelson | 2.60 | $420.00 | $1,092.00 |
| 01051 | ND Ramsey | 0.30 | $675.00 | $202.50 |
| 07179 | TJ Sadd | 5.40 | $415.00 | $2,241.00 |
| 07249 | MB Sheppard | 1.40 | $585.00 | $819.00 |
| 07717 | DL Wright | 1.20 | $550.00 | $660.00 |
| 07794 | MD Ellinghaus | 4.00 | $385.00 | $1,540.00 |
| 07870 | KM Fix | 4.80 | $290.00 | $1,392.00 |
| 09064 | KT Mangan | 12.50 | $140.00 | $1,750.00 |
| 07561 | SE Burke | 2.30 | $175.00 | $402.50 |
| | Matter Total | 49.70 | | $18,917.00 |

# **<u>FEBRUARY 2016</u>**

Invoice Date:                          4/5/16
Invoice Number:                    730344
Client Matter Number:  66471.00003
I.D.#                                    01051

### SUMMARY FOR FEE SERVICES RENDERED BY TASK

| Code | Description | Hours | Amount |
|------|-------------|-------|--------|
| 006 | Case Administration | 1.60 | $524.00 |
| 010 | Employment and Fee Applications (MMWR) | 6.10 | $3,194.00 |
| 011 | Employment and Fee Applications (Others) | 12.40 | $2,276.00 |
| 012 | Financing, Cash Collateral, Make Whole | 3.60 | $2,124.00 |
| 031 | Derivative Litigation Investigation | 7.70 | $4,525.50 |
| | Matter Total | 31.40 | $12,643.50 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date:                          4/5/16
Invoice Number:                        730344
Client Matter Number:  66471.00003
I.D.#                                   01051

**Detail for Fee Services Rendered - 006 Case Administration**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 2/1/16 | KM Fix | 006 | Reviewing files re confidential documents clawed back by EFH | 1.40 |
| 2/16/16 | MA Fink | 006 | Reviewing PUCT update from Guggenheim | 0.20 |

Task Total    1.60

| | |
|---|---|
| Invoice Date: | 4/5/16 |
| Invoice Number: | 730344 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

## SUMMARY FOR FEE SERVICES RENDERED
### 006 Case Administration

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | Fink, MA | 0.20 | $590.00 | $118.00 |
| 07870 | Fix, KM | 1.40 | $290.00 | $406.00 |
| | Task Total | 1.60 | | $524.00 |

Invoice Date:                              4/5/16
Invoice Number:                         730344
Client Matter Number:  66471.00003
I.D.#                                          01051

**Detail for Fee Services Rendered - 010 Employment and Fee Applications (MMWR)**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 2/16/16 | MA Fink | 010 | Revising MMWR 4th interim fee application for filing (4.7); reviewing MMWR CNO for filing (.2) | 4.90 |
| 2/17/16 | MA Fink | 010 | Finalizing MMWR's 4th interim fee application for filing | 0.30 |
| 2/17/16 | KT Mangan | 010 | Drafting (.4) and filing (.3) MMWR's certificate of no objection and coordinating service of same with KCC (.2) | 0.90 |

Task Total    6.10

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date:                    4/5/16
Invoice Number:                730344
Client Matter Number:  66471.00003
I.D.#                              01051

## SUMMARY FOR FEE SERVICES RENDERED
### 010 Employment and Fee Applications (MMWR)

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | Fink, MA | 5.20 | $590.00 | $3,068.00 |
| 09064 | Mangan, KT | 0.90 | $140.00 | $126.00 |
| | Task Total | 6.10 | | $3,194.00 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

| | |
|---|---|
| Invoice Date: | 4/5/16 |
| Invoice Number: | 730344 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

**Detail for Fee Services Rendered - 011 Employment and Fee Applications (Others)**

| Date | Name | Task | Description | Hours |
|---|---|---|---|---|
| 2/3/16 | KT Mangan | 011 | Drafting AlixPartners notice of fee application (.3); filing AlixPartners monthly fee application (.4) and coordinating service of same with KCC (.2) | 0.90 |
| 2/3/16 | MA Fink | 011 | Reviewing and revising Alix Partners application (.2); correspondence with A. Hollerbach re same (.1) | 0.30 |
| 2/9/16 | MA Fink | 011 | Correspondence with A. Hollerbach re Alix fee application (.2); reviewing draft CNO prepared by K. Mangan (.1) | 0.30 |
| 2/10/16 | KT Mangan | 011 | Drafting (.5) and filing (.3) AlixPartners certificate of no objection and coordinating service of same with KCC (.1) | 0.90 |
| 2/12/16 | KT Mangan | 011 | Filing Guggenheim's 4th interim fee application (.5) and coordinating service of same with KCC (.2) | 0.70 |
| 2/12/16 | KT Mangan | 011 | Filing S&C's 4th interim fee application (.5) and coordinating service of same with KCC (.2) | 0.70 |
| 2/16/16 | MA Fink | 011 | Finalizing Alix fee application for filing (.3); finalizing S&C CNO for filing (.1); finalizing Alix CNO for filing (.2) | 0.60 |
| 2/16/16 | KT Mangan | 011 | Revising (2.4) and filing (.5) MMWR interim fee application with supporting documents; coordinating service of same with KCC (.2) | 3.10 |
| 2/16/16 | KT Mangan | 011 | Drafting notice (.4) and filing (.5) AlixPartners interim fee application and coordinating service of same with KCC (.2) | 1.10 |
| 2/17/16 | KT Mangan | 011 | Filing S&C certificate of no objection (.4) and coordinating service of same with KCC (.2) | 0.60 |
| 2/22/16 | KT Mangan | 011 | Filing (.4) and serving (.3) Guggenheim certificate of no objection | 0.70 |
| 2/22/16 | KT Mangan | 011 | Filing (.4) and serving (.2) S&C's January monthly fee application and coordinating service of same with KCC (.1) | 0.70 |
| 2/25/16 | KT Mangan | 011 | Filing (.5) Guggenheim's monthly fee application for January and coordinating service of same with KCC (.2) | 0.70 |
| 2/25/16 | KT Mangan | 011 | Drafting certificate of no objection for AlixPartners (.6); filing same (.3); coordinating service of same with KCC (.2) | 1.10 |

Task Total    12.40

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date:                          4/5/16
Invoice Number:                       730344
Client Matter Number:  66471.00003
I.D.#                                   01051

## SUMMARY FOR FEE SERVICES RENDERED
### 011 Employment and Fee Applications (Others)

| TK# | Timekeeper Name | Hours | Rate | Amount |
|-----|-----------------|-------|------|--------|
| 07722 | Fink, MA | 1.20 | $590.00 | $708.00 |
| 09064 | Mangan, KT | 11.20 | $140.00 | $1,568.00 |
| | Task Total | 12.40 | | $2,276.00 |

| | | |
|---|---|---|
| Invoice Date: | 4/5/16 |
| Invoice Number: | 730344 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

**Detail for Fee Services Rendered - 012 Financing, Cash Collateral, Make Whole**

| Date | Name | Task | Description | Hours |
|---|---|---|---|---|
| 2/9/16 | MA Fink | 012 | Reviewing correspondence re make-whole arguments (.2); correspondence with A. Kranzley and B. Glueckstein re same (.2); reviewing underlying briefing (2.8) | 3.20 |
| 2/16/16 | MA Fink | 012 | Reviewing memorandum order on make whole appeal (.2); correspondence with A. Kranzley and B. Glueckstein re same (.2) | 0.40 |
| | | | Task Total | 3.60 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date:                              4/5/16
Invoice Number:                      730344
Client Matter Number:  66471.00003
I.D.#                                       01051

## SUMMARY FOR FEE SERVICES RENDERED
### 012 Financing, Cash Collateral, Make Whole

| TK# | Timekeeper Name | Hours | Rate | Amount |
|-----|-----------------|-------|------|--------|
| 07722 | Fink, MA | 3.60 | $590.00 | $2,124.00 |
| | Task Total | 3.60 | | $2,124.00 |

Invoice Date:                    4/5/16
Invoice Number:            730344
Client Matter Number:  66471.00003
I.D.#                              01051

**Detail for Fee Services Rendered - 031 Derivative Litigation Investigation**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 2/1/16 | TJ Sadd | 031 | Follow up related to clawback letter | 0.10 |
| 2/17/16 | MA Fink | 031 | Reviewing documents in connection with Marathon adversary complaint (1.2); certificate of counsel re dismissal (.2); motion to dismiss with memorandum (2.7); declaration in support (.3); memorandum in opposition (1.6); reviewing reply brief in support (1.6) | 7.60 |

|  |  |  | Task Total | 7.70 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date:                4/5/16
Invoice Number:              730344
Client Matter Number:  66471.00003
I.D.#                        01051

## SUMMARY FOR FEE SERVICES RENDERED
### 031 Derivative Litigation Investigation

| TK# | Timekeeper Name | Hours | Rate | Amount |
|-----|-----------------|-------|------|--------|
| 07722 | Fink, MA | 7.60 | $590.00 | $4,484.00 |
| 07179 | Sadd, TJ | 0.10 | $415.00 | $41.50 |
| | Task Total | 7.70 | | $4,525.50 |

| | | | |
|---|---|---|---|
| Invoice Date: | | | 4/5/16 |
| Invoice Number: | | | 730344 |
| Client Matter Number: | | | 66471.00003 |
| I.D.# | | | 01051 |

## SUMMARY FOR FEE SERVICES RENDERED

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | MA Fink | 17.80 | $590.00 | $10,502.00 |
| 07179 | TJ Sadd | 0.10 | $415.00 | $41.50 |
| 07870 | KM Fix | 1.40 | $290.00 | $406.00 |
| 09064 | KT Mangan | 12.10 | $140.00 | $1,694.00 |
| | Matter Total | 31.40 | | $12,643.50 |

# **MARCH 2016**

Invoice Date:            5/24/16
Invoice Number:          731968
Client Matter Number:  66471.00003
I.D.#                    01051

## SUMMARY FOR FEE SERVICES RENDERED BY TASK

| Code | Description | Hours | Amount |
|------|-------------|-------|--------|
| 006 | Case Administration | 8.50 | $4,134.50 |
| 010 | Employment and Fee Applications (MMWR) | 1.00 | $610.00 |
| 011 | Employment and Fee Applications (Others) | 12.10 | $5,421.50 |
| 021 | Hearings | 7.00 | $4,270.00 |
| 031 | Derivative Litigation Investigation | 0.40 | $174.00 |
| | Matter Total | 29.00 | $14,610.00 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

| | | |
|---|---|---|
| Invoice Date: | 5/24/16 |
| Invoice Number: | 731968 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

**Detail for Fee Services Rendered - 006 Case Administration**

| Date | Name | Task | Description | Hours |
|---|---|---|---|---|
| 2/18/16 | MA Fink | 006 | Reviewing filings related to pending appeals (1.8); adversary re ONCOR (1.2) | 3.00 |
| 2/22/16 | MA Fink | 006 | Reviewing filings | 0.70 |
| 3/2/16 | KT Mangan | 006 | Preparing M. Fink for a Courtcall appearance in 3/4/16 hearing | 0.40 |
| 3/7/16 | MA Fink | 006 | Attending committee call (.5); telephone call with N. Ramsey re same (.1) | 0.60 |
| 3/8/16 | KT Mangan | 006 | Preparing M. Fink for telephonic appearance in 3/10/2016 hearing | 0.40 |
| 3/17/16 | KT Mangan | 006 | Setting up M. Fink for a courtcall appearance on 3/21/2016 | 0.40 |
| 3/24/16 | KT Mangan | 006 | Preparing M. Fink and N. Ramsey for courtcall telephonic appearance for hearing on 3/28/2016 | 0.60 |
| 3/25/16 | KT Mangan | 006 | Reviewing docket and preparing exhibits for review for N. Ramsey | 0.30 |
| 3/28/16 | MA Fink | 006 | Reviewing PUCT order (1.0); participating in telephone call with committee and professionals (.6); attending hearing (.5) | 2.10 |

Task Total    8.50

| | |
|---|---|
| Invoice Date: | 5/24/16 |
| Invoice Number: | 731968 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

## SUMMARY FOR FEE SERVICES RENDERED
### 006 Case Administration

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | Fink, MA | 2.70 | $610.00 | $1,647.00 |
| 07722 | Fink, MA | 3.70 | $590.00 | $2,183.00 |
| 09064 | Mangan, KT | 2.10 | $145.00 | $304.50 |
| | Task Total | 8.50 | | $4,134.50 |

Invoice Date:              5/24/16
Invoice Number:            731968
Client Matter Number:  66471.00003
I.D.#                       01051

### Detail for Fee Services Rendered - 010 Employment and Fee Applications (MMWR)

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 3/11/16 | MA Fink | 010 | Preparing forms for EFH to allow for payment of holdback amounts for interim period (.6) and monthly fee statement (.4) | 1.00 |
| | | | Task Total | 1.00 |

Invoice Date:                     5/24/16
Invoice Number:                731968
Client Matter Number:  66471.00003
I.D.#                               01051

## SUMMARY FOR FEE SERVICES RENDERED
## 010 Employment and Fee Applications (MMWR)

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | Fink, MA | 1.00 | $610.00 | $610.00 |
| | Task Total | 1.00 | | $610.00 |

Invoice Date:           5/24/16
Invoice Number:         731968
Client Matter Number:  66471.00003
I.D.#                   01051

**Detail for Fee Services Rendered - 011 Employment and Fee Applications (Others)**

| Date | Name | Task | Description | Hours |
|---|---|---|---|---|
| 2/10/16 | MA Fink | 011 | Reviewing and finalizing fee applications of E-Side Committee professionals | 0.50 |
| 2/22/16 | MA Fink | 011 | Reviewing and finalizing filing of CNOs and applications of E-Side Committee professionals | 6.80 |
| 3/8/16 | KT Mangan | 011 | Drafting AlixPartners notice and filing monthly fee application and coordinating service of same with KCC | 0.90 |
| 3/14/16 | MA Fink | 011 | Reviewing S&C CNO for filing | 0.10 |
| 3/15/16 | KT Mangan | 011 | Filing S&C certificate of no objection (0.4) and coordinating service of same with KCC (0.2) | 0.60 |
| 3/17/16 | MA Fink | 011 | Correspondence with P. LaRoche re fee application, CNO | 0.30 |
| 3/18/16 | KT Mangan | 011 | Filing Guggenheim's certificate of no objection (0.4); coordinating service of same with KCC (0.2) | 0.60 |
| 3/21/16 | KT Mangan | 011 | Filing S&C monthly fee application (0.4); coordinating service of same with KCC (0.2) | 0.60 |
| 3/21/16 | MA Fink | 011 | Reviewing and filing S&C fee application | 0.20 |
| 3/23/16 | KT Mangan | 011 | Drafting notice of Alixpartners monthly fee application | 0.60 |
| 3/23/16 | KT Mangan | 011 | Filing AlixPartners monthly fee application and supporting documents (0.4); coordinating service of same with KCC (0.2) | 0.60 |
| 3/23/16 | MA Fink | 011 | Coordinating filing of fee application for Alix | 0.30 |

Task Total    12.10

Invoice Date:                          5/24/16
Invoice Number:                      731968
Client Matter Number:  66471.00003
I.D.#                                      01051

## SUMMARY FOR FEE SERVICES RENDERED
### 011 Employment and Fee Applications (Others)

| TK# | Timekeeper Name | Hours | Rate | Amount |
|-----|-----------------|-------|------|--------|
| 07722 | Fink, MA | 0.90 | $610.00 | $549.00 |
| 07722 | Fink, MA | 7.30 | $590.00 | $4,307.00 |
| 09064 | Mangan, KT | 3.90 | $145.00 | $565.50 |
| | Task Total | 12.10 | | $5,421.50 |

Invoice Date:         5/24/16
Invoice Number:     731968
Client Matter Number:  66471.00003
I.D.#            01051

### Detail for Fee Services Rendered - 021 Hearings

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 3/4/16 | MA Fink | 021 | Attending oral argument on adversary (partial) | 2.40 |
| 3/10/16 | MA Fink | 021 | Attending telephonic hearing [hearing ultimately cancelled] | 0.60 |
| 3/21/16 | MA Fink | 021 | Attending hearing on adversary | 4.00 |
| | | | Task Total | 7.00 |

| | | |
|---|---|---|
| Invoice Date: | | 5/24/16 |
| Invoice Number: | | 731968 |
| Client Matter Number: | 66471.00003 | |
| I.D.# | | 01051 |

## SUMMARY FOR FEE SERVICES RENDERED
### 021 Hearings

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | Fink, MA | 7.00 | $610.00 | $4,270.00 |
| | Task Total | 7.00 | | $4,270.00 |

Invoice Date:              5/24/16
Invoice Number:            731968
Client Matter Number:  66471.00003
I.D.#                      01051

**Detail for Fee Services Rendered - 031 Derivative Litigation Investigation**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 3/2/16 | LB Nelson | 031 | Reviewing and analyzing claw back notice and documents received from Debtors' counsel | 0.40 |
| | | | Task Total | 0.40 |

Invoice Date:              5/24/16
Invoice Number:              731968
Client Matter Number:  66471.00003
I.D.#                    01051

### SUMMARY FOR FEE SERVICES RENDERED
### 031 Derivative Litigation Investigation

| TK# | Timekeeper Name | Hours | Rate | Amount |
|-----|-----------------|-------|------|--------|
| 00197 | Nelson, LB | 0.40 | $435.00 | $174.00 |
| | Task Total | 0.40 | | $174.00 |

| | | | |
|---|---|---|---|
| Invoice Date: | | | 5/24/16 |
| Invoice Number: | | | 731968 |
| Client Matter Number: | | | 66471.00003 |
| I.D.# | | | 01051 |

## SUMMARY FOR FEE SERVICES RENDERED

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | MA Fink | 11.00 | $590.00 | $6,490.00 |
| 07722 | MA Fink | 11.60 | $610.00 | $7,076.00 |
| 00197 | LB Nelson | 0.40 | $435.00 | $174.00 |
| 09064 | KT Mangan | 6.00 | $145.00 | $870.00 |
| | Matter Total | 29.00 | | $14,610.00 |

# **APRIL 2016**

Invoice Date: 5/24/16
Invoice Number: 731969
Client Matter Number: 66471.00003
I.D.# 01051

**SUMMARY FOR FEE SERVICES RENDERED BY TASK**

| Code | Description | Hours | Amount |
|------|-------------|-------|--------|
| 006 | Case Administration | 4.80 | $2,720.50 |
| 010 | Employment and Fee Applications (MMWR) | 6.70 | $1,436.50 |
| 011 | Employment and Fee Applications (Others) | 7.80 | $2,154.00 |
| 021 | Hearings | 2.30 | $1,403.00 |
| | Matter Total | 21.60 | $7,714.00 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

| | |
|---|---|
| Invoice Date: | 5/24/16 |
| Invoice Number: | 731969 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

**Detail for Fee Services Rendered - 006 Case Administration**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 4/1/16 | KT Mangan | 006 | Coordinating Courtcall telephonic appearance for M. Fink | 0.30 |
| 4/11/16 | ND Ramsey | 006 | Reviewing Application of Ovation Acquisition for approval of Initial Leases and Rates of Oncor AssetCo and related Research Reorg article (.5); reviewing agenda for committee meeting (.1); attending telephonic committee meeting (.5) | 1.10 |
| 4/12/16 | MA Fink | 006 | Reviewing court opinion re intercreditor rights (1.6); correspondence with N. Ramsey re same (.3) | 1.90 |
| 4/12/16 | MA Fink | 006 | Attending committee meeting | 0.80 |
| 4/26/16 | KT Mangan | 006 | Coordinating courtcall appearances for M. Fink | 0.30 |
| 4/28/16 | MA Fink | 006 | Reviewing correspondence re effect of REIT deal ending | 0.40 |

Task Total    4.80

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

| | | |
|---|---|---|
| Invoice Date: | | 5/24/16 |
| Invoice Number: | | 731969 |
| Client Matter Number: | 66471.00003 | |
| I.D.# | | 01051 |

## SUMMARY FOR FEE SERVICES RENDERED
### 006 Case Administration

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | Fink, MA | 3.10 | $610.00 | $1,891.00 |
| 09064 | Mangan, KT | 0.60 | $145.00 | $87.00 |
| 01051 | Ramsey, ND | 1.10 | $675.00 | $742.50 |
| | Task Total | 4.80 | | $2,720.50 |

Invoice Date:            5/24/16
Invoice Number:      731969
Client Matter Number: 66471.00003
I.D.#               01051

### Detail for Fee Services Rendered - 010 Employment and Fee Applications (MMWR)

| Date | Name | Task | Description | Hours |
|---|---|---|---|---|
| 4/5/16 | KT Mangan | 010 | Reviewing MMWR ledes files and uploading to dropbox | 0.40 |
| 4/5/16 | KT Mangan | 010 | Conferring with M. Fink re MMWR January and February fee applications | 0.20 |
| 4/6/16 | KT Mangan | 010 | Drafting MMWR January fee application and supporting documents (1.8); filing MMWR January fee application (0.4); coordinating service of same with KCC (0.2) | 2.40 |
| 4/6/16 | KT Mangan | 010 | Drafting MMWR February fee application and supporting documents (1.7); filing MMWR February fee application (0.4); coordinating service of same with KCC (0.2) | 2.30 |
| 4/6/16 | KT Mangan | 010 | Conferring with financial department for information re ledes files data for 4th interim | 0.40 |
| 4/12/16 | MA Fink | 010 | Reviewing/finalizing MMWR fee applications for January (.5) and February (.5) | 1.00 |

Task Total    6.70

| | | |
|---|---|---|
| Invoice Date: | | 5/24/16 |
| Invoice Number: | | 731969 |
| Client Matter Number: | 66471.00003 | |
| I.D.# | | 01051 |

### SUMMARY FOR FEE SERVICES RENDERED
### 010 Employment and Fee Applications (MMWR)

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | Fink, MA | 1.00 | $610.00 | $610.00 |
| 09064 | Mangan, KT | 5.70 | $145.00 | $826.50 |
| | Task Total | 6.70 | | $1,436.50 |

Invoice Date: 5/24/16
Invoice Number: 731969
Client Matter Number: 66471.00003
I.D.# 01051

**Detail for Fee Services Rendered - 011 Employment and Fee Applications (Others)**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 4/1/16 | KT Mangan | 011 | Filing Guggenheim's monthly fee application (0.4); coordinating service with KCC re same (0.2) | 0.60 |
| 4/12/16 | MA Fink | 011 | Reviewing S&C fee application CNO for filing | 0.20 |
| 4/12/16 | KT Mangan | 011 | Filing S&C monthly fee CNO (0.4); coordinating service of same with KCC (0.2) | 0.60 |
| 4/13/16 | KT Mangan | 011 | Drafting January certificate of no objection for AlixPartners | 0.70 |
| 4/13/16 | KT Mangan | 011 | Drafting February certificate of no objection for AlixPartners | 0.70 |
| 4/13/16 | KT Mangan | 011 | Filing AlixPartners CNO for January (0.4); coordinating service of same with KCC (0.2) | 0.60 |
| 4/13/16 | MA Fink | 011 | Reviewing proposed CNO for Alix Partners for January 2016 (.3) and February 2016 (.3) | 0.60 |
| 4/14/16 | KT Mangan | 011 | Filing Alixpartners CNO for February (0.4); coordinating service of same with KCC (0.2) | 0.60 |
| 4/21/16 | KT Mangan | 011 | Filing S&C monthly fee application for March and supporting documents (0.4); coordinating service of same with KCC (0.2) | 0.60 |
| 4/21/16 | MA Fink | 011 | Reviewing fee application of S&C (.2); coordinating filing and service (.1) | 0.30 |
| 4/22/16 | MA Fink | 011 | Reviewing AlixPartners application (.2); reviewing draft notice (.2); correspondence with Alix Partners re filing and service (.2) | 0.60 |
| 4/22/16 | KT Mangan | 011 | Drafting AlixPartners notice of monthly fee application for March | 0.60 |
| 4/22/16 | KT Mangan | 011 | Filing AlixPartners monthly fee application and supporting documents for March (0.4); coordinating service of same with KCC (0.2) | 0.60 |
| 4/28/16 | MA Fink | 011 | Reviewing objection deadlines for pending applications | 0.50 |

Task Total   7.80

| | |
|---|---|
| Invoice Date: | 5/24/16 |
| Invoice Number: | 731969 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

## SUMMARY FOR FEE SERVICES RENDERED
### 011 Employment and Fee Applications (Others)

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | Fink, MA | 2.20 | $610.00 | $1,342.00 |
| 09064 | Mangan, KT | 5.60 | $145.00 | $812.00 |
| | Task Total | 7.80 | | $2,154.00 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date:                          5/24/16
Invoice Number:                        731969
Client Matter Number:  66471.00003
I.D.#                                  01051

**Detail for Fee Services Rendered - 021 Hearings**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 4/28/16 | MA Fink | 021 | Attending hearing re REIT status (.9); reviewing E-side settlement (1.4) | 2.30 |
| | | | Task Total | 2.30 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date:          5/24/16
Invoice Number:        731969
Client Matter Number:  66471.00003
I.D.#                  01051

## SUMMARY FOR FEE SERVICES RENDERED
### 021 Hearings

| TK# | Timekeeper Name | Hours | Rate | Amount |
|-----|-----------------|-------|------|--------|
| 07722 | Fink, MA | 2.30 | $610.00 | $1,403.00 |
| | Task Total | 2.30 | | $1,403.00 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

| | | |
|---|---|---|
| Invoice Date: | | 5/24/16 |
| Invoice Number: | | 731969 |
| Client Matter Number: | | 66471.00003 |
| I.D.# | | 01051 |

## SUMMARY FOR FEE SERVICES RENDERED

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | MA Fink | 8.60 | $610.00 | $5,246.00 |
| 01051 | ND Ramsey | 1.10 | $675.00 | $742.50 |
| 09064 | KT Mangan | 11.90 | $145.00 | $1,725.50 |
| | Matter Total | 21.60 | | $7,714.00 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**