# **EXHIBIT G**

**BUDGET AND STAFFING PLAN**

| Code | Project Category | Estimated Hours | | Estimated Fees | |
|---|---|---|---|---|---|
| | | *Low* | *High* | *Low* | *High* |
| 001 | Asset Analysis | 0 | 0 | $0.00 | $0.00 |
| 002 | Asset Disposition | 0 | 0 | $0.00 | $0.00 |
| 003 | Assumption and Rejection of Leases & Contracts | 0 | 0 | $0.00 | $0.00 |
| 004 | Avoidance Action Analysis | 0 | 0 | $0.00 | $0.00 |
| 005 | Business Operations | 0 | 0 | $0.00 | $0.00 |
| 006 | Case Administration | 130 | 210 | $54,400.00 | $88,080.00 |
| 007 | Claims Administration and Objections | 0 | 0 | $0.00 | $0.00 |
| 008 | Corporate Governance and Board Matters | 0 | 0 | $0.00 | $0.00 |
| 009 | Employment Benefits and Pensions | 0 | 0 | $0.00 | $0.00 |
| 010 | Employment and Fee Applications (MMWR) | 140 | 180 | $58,400.00 | $75,120.00 |
| 011 | Employment and Fee Applications (Others) | 55 | 95 | $23,000.00 | $39,720.00 |
| 012 | Financing, Cash Collateral, Make Whole | 0 | 0 | $0.00 | $0.00 |
| 013 | Other Litigation | 30 | 60 | $12,480.00 | $24,960.00 |
| 014 | Meetings and Communications with Creditors | 100 | 165 | $41,840.00 | $69,040.00 |
| 015 | Non-Working Travel | 55 | 110 | $22,880.00 | $45,760.00 |
| 016 | Plan and Disclosure Statement | 2800 | 5600 | $1,164,800.00 | $2,329,600.00 |
| 017 | Relief from Stay and Adequate Protection | 0 | 0 | $0.00 | $0.00 |
| 018 | Tax | 0 | 0 | $0.00 | $0.00 |
| 019 | Valuation | 0 | 0 | $0.00 | $0.00 |
| 020 | Discovery (Non-asbestos) | 15 | 150 | $6,240.00 | $62,400.00 |
| 021 | Hearings | 70 | 145 | $29,280.00 | $60,840.00 |
| 022 | First and Second Day Motions | 0 | 0 | $0.00 | $0.00 |
| 023 | Claims Investigation | 0 | 0 | $0.00 | $0.00 |
| 024 | Lien Investigation | 0 | 0 | $0.00 | $0.00 |
| 025 | Intercompany Claims | 75 | 150 | $31,200.00 | $62,400.00 |
| 026 | Other Motions/Applications | 80 | 230 | $33,440.00 | $96,080.00 |
| 027 | Schedules and Statements | 0 | 0 | $0.00 | $0.00 |
| 028 | Time Entry Review | 120 | 140 | $50,160.00 | $58,520.00 |
| 029 | Budgeting (Case) | 17 | 33 | $7,088.00 | $13,752.00 |
| 030 | Asbestos-Related Matters | 30 | 150 | $12,480.00 | $62,400.00 |
| 031 | Derivative Litigation | 1800 | 4200 | $748,800.00 | $1,747,200.00 |
| | **TOTAL:** | **5517** | **11618** | **$2,587,473.00** | **$5,448,842.00** |

| Category of Timekeeper | Total Number in Category Expected to Work on Matter | Estimated Average Hourly Rate [1] |
|---|---|---|
| Partner | 19 | $605.88 |
| Of Counsel | 6 | $395.25 |
| Associate | 10 | $333.50 |
| Legal Assistant | 10 | $179.00 |

Notes:
[1] Actual average hourly rate will vary with seniority of resources, and may be higher for some workstreams than others.

| Code | Project Category | Estimated Hours | | Actual Hours | Estimated Fees | | Actual Fees |
|---|---|---|---|---|---|---|---|
| | | *Low* | *High* | *Hours through 8/31* | *Low* | *High* | *Actual Fees through 8/31* |
| 001 | Asset Analysis | 0 | 0 | 10.9 | $0.00 | $0.00 | $0.00 |
| 002 | Asset Disposition | 0 | 0 | 0 | $0.00 | $0.00 | $0.00 |
| 003 | Assumption and Rejection of Leases & Contracts | 0 | 0 | 0 | $0.00 | $0.00 | $0.00 |
| 004 | Avoidance Action Analysis | 0 | 0 | 0 | $0.00 | $0.00 | $0.00 |
| 005 | Business Operations | 0 | 0 | 0 | $0.00 | $0.00 | $0.00 |
| 006 | Case Administration | 130 | 210 | 323.8 | $54,400.00 | $16,640.00 | $88,080.00 |
| 007 | Claims Administration and Objections | 0 | 0 | 0 | $0.00 | $0.00 | $0.00 |
| 008 | Corporate Governance and Board Matters | 0 | 0 | 3.1 | $0.00 | $0.00 | $0.00 |
| 009 | Employment Benefits and Pensions | 0 | 0 | 0 | $0.00 | $0.00 | $0.00 |
| 010 | Employment and Fee Applications (MMWR) | 140 | 180 | 31.3 | $58,400.00 | $20,800.00 | $75,120.00 |
| 011 | Employment and Fee Applications (Others) | 55 | 95 | 51.4 | $23,000.00 | $8,320.00 | $39,720.00 |
| 012 | Financing, Cash Collateral, Make Whole | 0 | 0 | 3.8 | $0.00 | $0.00 | $0.00 |
| 013 | Other Litigation | 30 | 60 | 9.2 | $12,480.00 | $8,320.00 | $24,960.00 |
| 014 | Meetings and Communications with Creditors | 100 | 165 | 1.9 | $41,840.00 | $14,560.00 | $69,040.00 |
| 015 | Non-Working Travel | 55 | 110 | 176.6 | $22,880.00 | $4,160.00 | $45,760.00 |
| 016 | Plan and Disclosure Statement | 2800 | 5600 | 1851.8 | $1,164,800.00 | $832,000.00 | $2,329,600.00 |
| 017 | Relief from Stay and Adequate Protection | 0 | 0 | 0 | $0.00 | $0.00 | $0.00 |
| 018 | Tax | 0 | 0 | 0.5 | $0.00 | $0.00 | $0.00 |
| 019 | Valuation | 0 | 0 | 0 | $0.00 | $0.00 | $0.00 |
| 020 | Discovery (Non-asbestos) | 15 | 150 | 146.3 | $6,240.00 | $20,800.00 | $62,400.00 |
| 021 | Hearings | 70 | 145 | 503.9 | $29,280.00 | $8,320.00 | $60,840.00 |
| 022 | First and Second Day Motions | 0 | 0 | 0 | $0.00 | $0.00 | $0.00 |
| 023 | Claims Investigation | 0 | 0 | 27 | $0.00 | $0.00 | $0.00 |
| 024 | Lien Investigation | 0 | 0 | 0 | $0.00 | $0.00 | $0.00 |
| 025 | Intercompany Claims | 75 | 150 | 0 | $31,200.00 | $20,800.00 | $62,400.00 |
| 026 | Other Motions/Applications | 80 | 230 | 16.1 | $33,440.00 | $24,960.00 | $96,080.00 |
| 027 | Schedules and Statements | 0 | 0 | 9.1 | $0.00 | $0.00 | $0.00 |
| 028 | Time Entry Review | 120 | 140 | 0 | $50,160.00 | $14,560.00 | $58,520.00 |
| 029 | Budgeting (Case) | 17 | 33 | 0 | $7,088.00 | $4,160.00 | $13,752.00 |
| 030 | Asbestos-Related Matters | 30 | 150 | 41.6 | $12,480.00 | $20,800.00 | $62,400.00 |
| 031 | Derivative Litigation | 1800 | 4200 | 4129.9 | $748,800.00 | $624,000.00 | $1,747,200.00 |
| | **TOTAL:** | **5517** | **11618** | **7338.2** | **$2,587,473.00** | **$5,448,842.00** | **$2,979,882.00** |

| Category of Timekeeper | Total Number in Category Expected to Work on Matter [1] | Maximum Number of Persons in Category that Actually Worked on Matter in any Month during Period | Total Number in Category that Actually Worked on Matter in Period |
|---|---|---|---|
| Partner | 19 | 12 | 12 |
| Of Counsel | 6 | 5 | 5 |
| Associate | 10 | 15 | 15 |
| Legal Assistant [2] | 10 | 13 | 13 |

Notes:
[1] Actual average hourly rate will vary with seniority of resources, and may be higher for some workstreams than others.
[2] Includes Paralegals, Librarians, and Automated Litigation Support Specialists