**EXHIBIT D**

**Summary of Cravath, Swaine & Moore LLP Blended Hourly Rates
(Customary And Comparable Compensation Disclosures)**

| Timekeeper Category | Blended Hourly Rate | |
| --- | --- | --- |
| | **Worked and Billed in 2015** (excluding Restructuring lawyers) | **Billed in this Fee Application** |
| Partners | $1,127 | $1,217 |
| Associates | $659 | $732 |
| Litigation Specialist Attorney | $780 | $725 |
| Legal Assistants/Paralegals | $247 | N/A |
| Total | $703 | $1,104 |

Case Name:            Energy Future Intermediate Holding Company LLC

Case Number:          14-10979 (CSS)

Applicant's Name:     Cravath, Swaine & Moore LLP

Date of Application:  June 20, 2016

Interim or Final:     Interim