## **EXHIBIT E**

## **Summary of Cravath, Swaine & Moore LLP Hours Worked and Fees Incurred**

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| **Michael Paskin** | Partner | 1996 | Litigation | 1,230 | 2.00 | $ 2,460.00 |
| **Philip Gelston** | Partner | 1979 | Corporate | 1,250 | 194.10 | $ 231,375.00 |
| **Andrew Needham** | Partner | 1995 | Tax | 1,250 | 145.30 | $ 181,625.00 |
| **Stephen Gordon** | Partner | 1982 | Tax | 1,250 | 5.10 | $ 6,375.00 |
| **Christopher Fargo** | Partner | 2007 | Tax | 990 | 0.60 | $ 594.00 |
| **M. Schler** | Of Counsel | 1974 | Corporate | 1,250 | 0.80 | $ 1,000.00 |
| | | | | | | |
| **Trevor Broad** | Associate | 2009 | Litigation | 835 | 5.20 | $ 4,342.00 |
| **Allison Wein** | Associate | 2011 | Corporate | 765 | 6.20 | $ 4,743.00 |
| **Antje Hagena** | Associate | 2015 | Tax | 740 | 87.30 | $ 64,602.00 |
| **Claudia Ricciardi** | Associate | 2016 | Corporate | 535 | 6.90 | $ 3,691.50 |
| | | | | | | |
| **Robert E. Novick** | Litigation Specialist Attorney | 1977 | Litigation | 725 | 0.10 | $ 72.50 |
| | | | | | | |
| **TOTAL** | | | | | **453.60** | 500,880.00 |

2445346.3.3

06/20/2016 SL1 1420854v1 109285.00005