## EXHIBIT F

**Summary of Cravath, Swaine & Moore LLP Expenses**

| Service Description | Amount |
|---|---:|
| CLIENT BUSINESS CONFERENCE DINING | $ 308.88 |
| TRAVEL | $ 3,304.35 |
| GROUND TRANSPORTATION | $ 29.50 |
| MISCELLANEOUS | $ 119.32 |
| CLIENT BUSINESS TRANSPORTATION | $ 27.24 |
| BUSINESS MEALS | $ 100.00 |
| **TOTAL** | **$ 3,889.29** |