## EXHIBIT G

## Schedule of Hours Worked and Aggregate Fees for Each Matter Category

| Description | Total Billed Hours | | Total Fees |
|---|---:|---|---:|
| Chapter 11 General and Administrative | 2.90 | $ | 2,908.50 |
| Plan and Disclosure | 196.70 | $ | 237,438.00 |
| Tax Issues | 234.80 | $ | 248,281.50 |
| Employment and Fee Applications | 1.20 | $ | 1,002.00 |
| Non-working Travel | 18.00 | $ | 11,250.00 |
| **TOTAL** | **453.60** | **$** | **500,880.00** |