## EXHIBIT H

## Detailed Time Records for Cravath, Swaine & Moore LLP

| Matter | Date | Name | Title | Hours | Narrative |
|---|---|---|---|---|---|
| 011205-00001 | 1/22/2016 | Needham, A | Partner | 1.20 | Review of IRS statute of limitation issue related to open audit years (0.8 hrs); corr w/ T. Maynes at K&E re same (0.3 hrs). |
| 011205-00001 | 1/26/2016 | Broad, Trevor M. | Associate | 1.30 | Drafting response letter regarding a 2015 audit request letter. |
| 011205-00001 | 1/27/2016 | Broad, Trevor M. | Associate | 0.30 | Discussion with M. Paskin and R. Levin re audit request letter. |
| 011205-00001 | 1/27/2016 | Novick, Robert E. | Special Atty | 0.10 | Providing Mr. Broad with 2015 Cravath audit letter response. |
| 011205-00003 | 1/7/2016 | Gelston, P A | Partner | 2.70 | E-Mails with R. Levin, S, Serajeddini (0.6); reviewed Joint Board Materials (1.2); conference call with E. Sassower, T. Walper, M. Thomas, R. Levin, M. Kieselstein, J. Sprayregen and C. Husnick concerning EFH Plan B; follow up call with R. Levin (0.9). |
| 011205-00003 | 1/8/2016 | Gelston, P A | Partner | 1.40 | E-Mail with R. Levin concerning Plan B (0.2); participated in telephonic Board meeting (1.2). |
| 011205-00003 | 1/12/2016 | Gelston, P A | Partner | 2.30 | E-Mails concerning Plan B and Plan A status with C. Cremens (.2), M. Kieselstein (.1), R. Levin (.2) and A. Wein (.2) concerning EFH; reviewed news reports on PUCT (1.6). |
| 011205-00003 | 1/15/2016 | Gelston, P A | Partner | 1.10 | E-Mail with C. Cremens and R. Levin concerning status of draft deck and regulatory update (.8); telephone call with R. Levin (.3). |
| 011205-00003 | 1/19/2016 | Gelston, P A | Partner | 2.10 | Reviewed draft board deck (1.3); conference with all DDA's concerning board deck (.8). |
| 011205-00003 | 1/20/2016 | Gelston, P A | Partner | 1.00 | E-Mail with R. Levin and M. Thomas regarding comments to Board Presentation (.2); reviewed comments on board deck (.8). |
| 011205-00003 | 1/21/2016 | Gelston, P A | Partner | 0.60 | Reviewed final board deck (0.6). |
| 011205-00003 | 1/22/2016 | Gelston, P A | Partner | 1.20 | Participated in telephonic Board meeting and related call with R. Levin (1.2). |
| 011205-00003 | 1/26/2016 | Gelston, P A | Partner | 0.70 | E-Mail with R. Levin concerning Plan B (0.7). |
| 011205-00003 | 1/27/2016 | Gelston, P A | Partner | 0.80 | Review PUCT reports (0.8). |

### EXHIBIT H-Continued

### Detailed Time Records for Cravath, Swaine & Moore LLP

| Matter | Date | Name | Title | Hours | Narrative |
|---|---|---|---|---|---|
| 011205-00003 | 1/28/2016 | Gelston, P A | Partner | 1.20 | Reviewed new materials posted on Intralinks (1.2). |
| 011205-00003 | 2/1/2016 | Gelston, P A | Partner | 0.60 | E-Mails with R. Levin and V. Lazar concerning Plan B call (0.6). |
| 011205-00003 | 2/3/2016 | Gelston, P A | Partner | 0.60 | Prep for Plan B call (0.6). |
| 011205-00003 | 2/4/2016 | Gelston, P A | Partner | 2.10 | E-Mail with S. Dore concerning Plan B and upcoming Board Meeting (0.3); telephone call with A. Needham concerning Plan B tax issues (0.2); conference call with K&E, Evercore, MTO and PR concerning Plan B (1.6). |
| 011205-00003 | 2/4/2016 | Needham, A | Partner | 1.90 | Call with P. Gelston to discuss pending PUC approval/disapproval of Hunt plan, impact of disapproval (0.3 hrs); review of current Hunt plan and various "plan B" alternatives (1.2 hrs); meeting with A. Hagena to discuss same (0.4 hrs). |
| 011205-00003 | 2/5/2016 | Gelston, P A | Partner | 1.20 | E-Mail with M. Paskin concerning contingency planning call; (0.1); reviewed summary of tax issues for alternative proposals (0.7); e-mail with A. Needham concerning the reliance on IRS ruling (0.2); e-mail with R. Levin and V. Lazar concerning Plan B Meeting (0.2). |
| 011205-00003 | 2/8/2016 | Gelston, P A | Partner | 3.20 | Prep for Plan B meeting. |
| 011205-00003 | 2/9/2016 | Gelston, P A | Partner | 0.80 | Telephone call with D. Prager concerning Plan B (0.8). |
| 011205-00003 | 2/12/2016 | Gelston, P A | Partner | 3.50 | Attendance at Plan B Meeting at Kirkland & Ellis with debtors and DDAs (1.7); reviewed K&E/Evercore materials on Plan B. |
| 011205-00003 | 2/15/2016 | Gelston, P A | Partner | 0.60 | E-Mail exchange with R. Levin, D. Prager and V. Lazar concerning Plan B call (0.6). |
| 011205-00003 | 2/16/2016 | Gelston, P A | Partner | 1.20 | E-Mail exchange with R. Levin concerning Plan B meetings and negotiating strategies (1.2). |
| 011205-00003 | 2/17/2016 | Gelston, P A | Partner | 4.20 | Participate in meetings with T-1st's, PIKs and E-2L (4.2) |
| 011205-00003 | 2/18/2016 | Gelston, P A | Partner | 2.20 | E-Mail exchange with D. Prager (0.2); reviewed Oncor valuation presentation (1.5); prep for meeting (0.5). |

2

## EXHIBIT H-Continued

### Detailed Time Records for Cravath, Swaine & Moore LLP

| Matter | Date | Name | Title | Hours | Narrative |
|---|---|---|---|---|---|
| 011205-00003 | 2/19/2016 | Gelston, P A | Partner | 2.10 | Attendance at Plan B meeting among DDA's and Debtor Advisors (1.3) review of valuation materials (0.8). |
| 011205-00003 | 2/20/2016 | Gelston, P A | Partner | 1.10 | Reviewed and commented on Board deck (1.1). |
| 011205-00003 | 2/21/2016 | Gelston, P A | Partner | 0.60 | Reviewed revised board deck (0.6). |
| 011205-00003 | 2/22/2016 | Gelston, P A | Partner | 2.30 | Telephone call with K&E and DDA's to review Board deck (1.0); call and email exchanges with C. Cremens on status and Plan B (1.3). |
| 011205-00003 | 2/23/2016 | Gelston, P A | Partner | 1.80 | Reviewed board deck questions (0.3); email with R. Levin concerning investment trading rights (0.2); prep for Committee meeting including review of materials (1.3). |
| 011205-00003 | 2/24/2016 | Gelston, P A | Partner | 3.20 | Emails with C. Cremens and D. Prager concerning restructuring (0.4); reviewed Fidelity analysis by Goldin (0.6); reviewed joint board meeting restructuring update (0.8); emails with R. Levin and V. Lazar concerning follow up with T-1sts (0.4); conferences with S. Dore re: Plan A status (0.6); conference with S. Dore re: Plan B process (0.4). |
| 011205-00003 | 2/25/2016 | Gelston, P A | Partner | 5.30 | Conference with S. Dore re: Plan B process (0.4); conference with DDA's re: Plan B Process (1.1); attended Joint Board of Directors meeting (3.8). |
| 011205-00003 | 3/2/2016 | Gelston, P A | Partner | 0.60 | Participated on telephone conference call with DDAs (0.6). |
| 011205-00003 | 3/3/2016 | Gelston, P A | Partner | 7.20 | Attended (by video) TPUC hearing on Oncor CIC (5.6); email with C. Cremens concerning PTPUC hearing (0.2); reviewed Commissioner Addison memo (1.1); email with R. Levin concerning TPUC Hearing summary (0.3). |
| 011205-00003 | 3/4/2016 | Gelston, P A | Partner | 1.80 | Review bond prices chart (0.2); emails with R. Levin and C. Cremens re: Plan B (0.4); telephone conference call with C. Cremens to discuss PUCT decision (1.2). |

3

2445346.3.3

**EXHIBIT H-Continued**

**Detailed Time Records for Cravath, Swaine & Moore LLP**

| Matter | Date | Name | Title | Hours | Narrative |
|---|---|---|---|---|---|
| 011205-00003 | 3/7/2016 | Gelston, P A | Partner | 3.40 | Meeting with D. Prager, R. Levin, V. Lazar concerning Plan B (2.1); reviewed Goldin financial analysis and other Plan B Materials (1.3). |
| 011205-00003 | 3/9/2016 | Broad, Trevor M. | Associate | 0.10 | Corresponding with R. Levin regarding EFIH litigation issues. |
| 011205-00003 | 3/9/2016 | Gelston, P A | Partner | 4.20 | Attendance at DDA meeting at Kirkland & Ellis to discuss Plan B (4.2). |
| 011205-00003 | 3/10/2016 | Broad, Trevor M. | Associate | 0.50 | Meeting with M. Paskin, R. Levin and P. Gelston regarding EFIH evaluation reports. |
| 011205-00003 | 3/10/2016 | Gelston, P A | Partner | 2.90 | Attend meeting with M. Paskin and R. Levin concerning discovery and litigation strategy (0.8); meeting with Jenner & Goldin concerning Plan B tax alternatives and review of related materials (2.1). |
| 011205-00003 | 3/10/2016 | Paskin, M A | Partner | 0.80 | Conf. w/ Levin, Gelston re valuation issues and potential disclosure of Goldin work (0.5); continued attention to same following meeting (0.3). |
| 011205-00003 | 3/11/2016 | Gelston, P A | Partner | 0.10 | E-Mail with A. Needham; reviewed Proskauer call update (0.1). |
| 011205-00003 | 3/14/2016 | Gelston, P A | Partner | 0.80 | Reviewed Plan B side tax slide deck (0.8). |
| 011205-00003 | 3/17/2016 | Gelston, P A | Partner | 1.90 | Telephone conference call with Levin and Thomas concerning EFH Plan B Issues (0.8); follow up call with R. Levin (0.3); reviewed PUCT filings (0.8). |
| 011205-00003 | 3/21/2016 | Gelston, P A | Partner | 5.60 | Reviewed PUCT filings including Nelson brief, Anderson note and draft PUC order (1.4); emails with R. Levin and D. Prager concerning PUCT hearing (0.6); Reviewed draft PUC order; attend meeting via video (3.6). |
| 011205-00003 | 3/23/2016 | Gelston, P A | Partner | 1.30 | Reviewed documents posted on TPUC website (1.3). |
| 011205-00003 | 3/23/2016 | Needham, A | Partner | 1.40 | Attention to leveraged partnership structure & next steps. |
| 011205-00003 | 3/24/2016 | Broad, Trevor M. | Associate | 0.30 | Discussion with P. Gelston and M. Paskin re PUCT approval of Oncor sale. |

4

**EXHIBIT H-Continued**

**Detailed Time Records for Cravath, Swaine & Moore LLP**

| Matter | Date | Name | Title | Hours | Narrative |
|---|---|---|---|---|---|
| 011205-00003 | 3/24/2016 | Gelston, P A | Partner | 7.30 | Email exchange with T. Broad re: PUCT approval and plan B issues (0.3); reviewed Proskauer/K&E tax call summary (0.6); attended PUCT hearing via video (4.8); reviewed filings on TPUC website (1.6). |
| 011205-00003 | 3/24/2016 | Needham, A | Partner | 2.10 | Call w/ Proskauer, Kirkland to discuss leveraged partnership transaction and next steps (0.6 hrs); tax attn to same (1.3 hrs); corr w/ P. Gelston re PUC approval (0.2 hrs). |
| 011205-00003 | 3/28/2016 | Needham, A | Partner | 2.20 | Call w/ Proskauer, K&E and MTO on diligence related issues concerning leveraged partnership alternative (0.8 hrs);  attn to tax issues related to leveraged partnership alternative (1.4 hrs). |
| 011205-00003 | 3/29/2016 | Gelston, P A | Partner | 1.00 | Reviewed materials concerning Plan B partnership structure (0.6); reviewed press reports on Plan A risks (0.4). |
| 011205-00003 | 3/29/2016 | Needham, A | Partner | 0.80 | Review of Oncor tax diligence information request related to Plan B alternative from Proskauer (0.6 hrs); email corr w/ A. Hagena re same (0.2 hrs). |
| 011205-00003 | 3/31/2016 | Gelston, P A | Partner | 0.80 | Prep for board call with Plan B status review (0.8). |
| 011205-00003 | 4/1/2016 | Gelston, P A | Partner | 0.80 | Participated on Joint Board conference call (0.8). |
| 011205-00003 | 4/3/2016 | Gelston, P A | Partner | 0.80 | E-Mail exchange with R. Levin and D. Prager concerning meeting on Plan B and potential Plan B terms (0.8). |
| 011205-00003 | 4/5/2016 | Gelston, P A | Partner | 2.10 | Reviewed plan materials to prepare for meeting (2.1). |
| 011205-00003 | 4/6/2016 | Gelston, P A | Partner | 2.60 | Meeting with Levin, Prager and Goldin to discuss Plan B strategy. |
| 011205-00003 | 4/7/2016 | Gelston, P A | Partner | 1.90 | Reviewed tax emails on plan B (0.7); reviewed Plan B negotiation dynamics and tactics (1.2). |
| 011205-00003 | 4/8/2016 | Gelston, P A | Partner | 1.20 | E-Mail exchanges with D. Prager, A. Needham and R. Levin concerning stand alone plan term sheet (1.2). |

2445346.3.3

**EXHIBIT H-Continued**

**Detailed Time Records for Cravath, Swaine & Moore LLP**

| Matter | Date | Name | Title | Hours | Narrative |
|---|---|---|---|---|---|
| 011205-00003 | 4/11/2016 | Gelston, P A | Partner | 5.20 | Analysis of and comment on draft term sheet (2.6); review of related valuation materials (1.8); email exchange with R. Levin and D. Prager on term sheets (0.4); reviewed correspondence on PSA termination (0.4). |
| 011205-00003 | 4/12/2016 | Gelston, P A | Partner | 5.40 | Analysis, review and revision of draft term sheets (1.8); analysis of negotiation strategy (2.1); review and revision of draft talking points (0.8); review of tax analysis related to term sheets (0.7). |
| 011205-00003 | 4/12/2016 | Needham, A | Partner | 2.60 | Review of revised draft of term sheet for E side only plan (0.7 hrs); circulated comments on draft term sheet to working group (0.7 hrs); mtg w/ A. Hagena to discuss tax issues in plan (0.4 hrs);  email corr w/ Jenner, Prager & Associates & R. Levin re tax issues in Proskauer plan & E side only plan (0.8 hrs). |
| 011205-00003 | 4/13/2016 | Gelston, P A | Partner | 5.20 | Attendance at meeting with Jenner and Goldin concerning EFIH Plan B (3.6); e-mails with R. Levin and S. Dore concerning Plan B discussions (0.4); reviewed and commented on revised draft term sheet, equity allocation and valuation deck and summary (1.2) |
| 011205-00003 | 4/13/2016 | Wein, Allison | Associate | 3.00 | Meeting with Jenner, CSM and Goldin re: proposal on next steps. |
| 011205-00003 | 4/14/2016 | Gelston, P A | Partner | 4.60 | Analyzed and revised new term sheet drafts (1.7); emails and teleconference with C. Cremens concerning Plan B terms and strategy (1.2); reviewed revised financial presentations (0.6); reviewed revised schedule (0.2); reviewed correspondence concerning terms of T spin (0.4); reviewed update on IRS letter ruling process (0.5). |
| 011205-00003 | 4/14/2016 | Wein, Allison | Associate | 1.40 | Review materials from Goldin (.6); call with Chuck, Rich, Phil and David re: next step proposal (.8). |

6

2445346.3.3

**EXHIBIT H-Continued**

**Detailed Time Records for Cravath, Swaine & Moore LLP**

| Matter | Date | Name | Title | Hours | Narrative |
|--------|------|------|-------|-------|-----------|
| 011205-00003 | 4/15/2016 | Gelston, P A | Partner | 2.70 | Further analysis of Plan B negotiating dynamics and strategy (1.4); emails and call with S. Dore concerning Plan B proposal and strategy (1.3). |
| 011205-00003 | 4/18/2016 | Gelston, P A | Partner | 3.10 | Reviewed and revised Plan B proposals (2.3); email exchange with R. Levin concerning Plan B (0.8). |
| 011205-00003 | 4/19/2016 | Gelston, P A | Partner | 4.30 | Attendance at meetings with K&E, CRO's and R. Levin to discuss Plan B. (4.3). |
| 011205-00003 | 4/20/2016 | Gelston, P A | Partner | 3.10 | Telephone, conference call with CRO's, K&E and Jenner on potential Plan B (0.6); follow up email exchange with Jenner (0.8); reviewed revised Plan B materials (1.1); conference call with Jenner and Goldin on Plan B process (0.6). |
| 011205-00003 | 4/21/2016 | Gelston, P A | Partner | 3.60 | Reviewed and analyzed developments in IRS REIT letter (1.2); participated in conference call on REIT developments (0.4); reviewed and revised draft CRO term sheet for Plan B (1.6); email exchange with Jenner on Plan B tactics (0.4). |
| 011205-00003 | 4/22/2016 | Gelston, P A | Partner | 4.10 | Telephone conference call with Jenner and Cremens to discuss Plan B (0.8); email exchange with DDAs concerning Plan B and CRO term sheet (0.4); reviewed and analyzed revised CRO term sheet (0.7); conference with A. Wein and C. Ricciardi concerning term sheets (0.2); conference call with Kirkland, CRO's and DDAs concerning term sheet and revised plan and follow up emails (1.3); reviewed and analyzed Goldin financial analysis of term sheets (0.7). |
| 011205-00003 | 4/23/2016 | Gelston, P A | Partner | 3.60 | Reviewed and analyzed revised CRO term sheet (1.2); email exchange with DDAs about term sheet and Plan B negotiation process (0.8); conference call with K&E, CRO's and DDA's concerning term sheet and plan negotiation process (1.2) reviewed material to be distributed to creditors (0.4). |

7

**EXHIBIT H-Continued**

**Detailed Time Records for Cravath, Swaine & Moore LLP**

| Matter | Date | Name | Title | Hours | Narrative |
|---|---|---|---|---|---|
| 011205-00003 | 4/24/2016 | Gelston, P A | Partner | 0.80 | Reviewed revised term sheet (0.6); email with C. Cremens and J. Walker concerning restructuring update (0.2). |
| 011205-00003 | 4/25/2016 | Gelston, P A | Partner | 2.10 | Reviewed materials sent to creditors (0.6); call with Jenner concerning PIK reaction (0.4); conference call with DDA's and K&E concerning Plan B progress (1.1). |
| 011205-00003 | 4/26/2016 | Gelston, P A | Partner | 1.90 | Reviewed financial analysis of Plan B proposals (1.1); reviewed and analyzed tax term sheet and related email exchange with A. Needham (0.8). |
| 011205-00003 | 4/26/2016 | Ricciardi, Claudia | Associate | 1.60 | Review of draft Plan B and other board materials. |
| 011205-00003 | 4/27/2016 | Gelston, P A | Partner | 6.00 | Conference call with representatives of PIKs and follow up emails (1.8); attended meeting of Disinterested Manager to consider term sheet and filing of revised plan (2.4); conference call with K&E, CROs and DDAs on Plan filing schedule and follow up emails (1.2); reviewed revised tax term sheet (0.6). |
| 011205-00003 | 4/27/2016 | Ricciardi, Claudia | Associate | 1.90 | EFIH Board meeting. |
| 011205-00003 | 4/27/2016 | Wein, Allison | Associate | 1.80 | Meeting with C. Cremens, P. Gelston, R. Levin and Goldin team re: update and discussion of PSA termination and filing of new plan. |
| 011205-00003 | 4/28/2016 | Broad, Trevor M. | Associate | 0.20 | Review of correspondence re Board resolutions and Plan term sheets. |
| 011205-00003 | 4/28/2016 | Gelston, P A | Partner | 3.50 | Reviewed draft term sheet, plan, disclosure statement and other documents (2.3); reviewed and revised board deck (1.2). |
| 011205-00003 | 4/28/2016 | Ricciardi, Claudia | Associate | 0.30 | Attention to email regarding new plan draft. |
| 011205-00003 | 4/28/2016 | Ricciardi, Claudia | Associate | 0.60 | Review of new plan draft and board materials. |

8

2445346.3.3

**EXHIBIT H-Continued**

**Detailed Time Records for Cravath, Swaine & Moore LLP**

| Matter | Date | Name | Title | Hours | Narrative |
|---|---|---|---|---|---|
| 011205-00003 | 4/29/2016 | Gelston, P A | Partner | 5.00 | Reviewed Board materials (0.4); participated in telephonic board call (1.6); review Hunt merger agreement termination provisions and expense provisions (1.3); reviewed revised drafts (0.8); reviewed revised tax materials (0.3); update meeting with Paskin (0.4); emails with DDA's on Plan B (0.2). |
| 011205-00003 | 4/29/2016 | Paskin, M A | Partner | 1.20 | Telephone call with w/ Gelston, Levin re revised plan and potential schedule and scope for confirmation trial (0.5); consider issues re discovery for plan confirmation trial (0.7). |
| 011205-00003 | 4/29/2016 | Ricciardi, Claudia | Associate | 0.50 | Review of board materials. |
| 011205-00003 | 4/29/2016 | Ricciardi, Claudia | Associate | 1.10 | Board meeting. |
| 011205-00003 | 4/30/2016 | Gelston, P A | Partner | 5.30 | Review and analyzed drafts of revised plan and related court filings (3.2); Reviewed and revised materials for board call (1.3); participated in telephonic board meeting (.8) |
| 011205-00003 | 4/30/2016 | Ricciardi, Claudia | Associate | 0.90 | Attention to email and calls regarding Jenner comments on K&E drafts of revised plan and board materials. |
| 011205-00005 | 2/1/2016 | Broad, Trevor M. | Associate | 1.00 | Revising draft audit letter based on comments from A. Ryan. |
| 011205-00005 | 2/4/2016 | Broad, Trevor M. | Associate | 0.20 | Corresponding with R. Levin re audit request letter. |
| 011205-00005 | 2/4/2016 | Hagena, Antje | Associate | 3.40 | Draft summary of transactions that have been proposed before or in parallel to the Hunt bid |
| 011205-00005 | 2/5/2016 | Hagena, Antje | Associate | 2.90 | Research re: new section 311(c) of the Code regarding REIT spin-offs (scope of grandfathering rule for transactions for which an IRS ruling request has been submitted) (2.1); call with Stuart Rosow re: "contingency plans" in connection with PUC decision on current transaction structure (0.8) |

**EXHIBIT H-Continued**

**Detailed Time Records for Cravath, Swaine & Moore LLP**

| Matter | Date | Name | Title | Hours | Narrative |
|---|---|---|---|---|---|
| 011205-00005 | 2/5/2016 | Needham, A | Partner | 2.40 | Review of various "plan B" alternative to Hunt plan (1.2 hrs); meeting with A. Hagena to discuss grandfathering issue related to IRS ruling (0.5 hrs); call w/ Proskauer to discuss "plan B" alternatives to Hunt plan (0.7 hrs). |
| 011205-00005 | 2/11/2016 | Broad, Trevor M. | Associate | 0.10 | Finalizing audit response letter. |
| 011205-00005 | 2/11/2016 | Gelston, P A | Partner | 0.60 | E-Mail with A. Needham concerning tax issues of Plan B (0.6). |
| 011205-00005 | 2/11/2016 | Needham, A | Partner | 1.50 | Call w/ Proskauer re meeting on 2/12 at K&E to discuss "plan B" alternatives (0.3 hrs); review of notes on alternative plan proposals from various creditor constituencies (1.2 hrs). |
| 011205-00005 | 2/12/2016 | Needham, A | Partner | 2.40 | Review of slide deck from K&E on "plan B" alternatives (0.7 hrs); conf call w/ K&E, Proskauer, MTO to discuss "plan B" alternatives and related tax issues (1.2 hrs); review of NOL and tax basis schedules from K&E (0.5 hrs). |
| 011205-00005 | 2/16/2016 | Gelston, P A | Partner | 0.20 | E-Mail with A. Needham concerning EFH tax issues (0.2). |
| 011205-00005 | 2/16/2016 | Needham, A | Partner | 3.30 | Review of K&E slide deck on "plan B" alternatives (0.8 hrs); review of K&E slides decks on financial considerations, NOL schedule (1.1 hrs); tax attn to deconsolidation risk in Chapter 7 plan (1.4 hrs). |
| 011205-00005 | 2/17/2016 | Hagena, Antje | Associate | 1.20 | Telephone call with Richard Levin, Andy Needham re: PUC decision, possible alternative transactions on E-Side and T-Side. |
| 011205-00005 | 2/17/2016 | Needham, A | Partner | 2.20 | Call w/ R. Levin to discuss "plan B" alternatives (0.6 hrs); review of K&E slide deck on alternatives (0.7 hrs); review of K&E slides deck on NOL schedule (0.5 hrs); tax attn to deconsolidation risk in Chapter 7 plan. |

2445346.3.3

**EXHIBIT H-Continued**

**Detailed Time Records for Cravath, Swaine & Moore LLP**

| Matter | Date | Name | Title | Hours | Narrative |
|--------|------|------|-------|-------|-----------|
| 011205-00005 | 2/18/2016 | Hagena, Antje | Associate | 3.30 | Research on tax implications of third-party investment in EFIH and utilization of invested funds to pay off EFIH debt (2.8); email to Andy Needham re: tax implications of third-party investment in EFIH and utilization of invested funds to pay off EFIH debt (0.5). |
| 011205-00005 | 2/18/2016 | Needham, A | Partner | 0.30 | Review of email from A. Hagena summarizing 2/16 call w/ Jenner & Block. |
| 011205-00005 | 2/19/2016 | Hagena, Antje | Associate | 2.40 | Draft summary of conference call with Richard Levin, Andy Needham re: PUC decision, possible alternative transactions on E-Side and T-Side. |
| 011205-00005 | 2/19/2016 | Needham, A | Partner | 2.30 | Review of K&E slide deck on "plan B" alternatives (0.3 hrs); tax research on deconsolidation alternative (1.2 hrs); review of research from A. Hagena re same (0.8 hrs). |
| 011205-00005 | 2/22/2016 | Hagena, Antje | Associate | 0.50 | Internal emails re: potential E-Side transactions and implications for EFIH. |
| 011205-00005 | 2/22/2016 | Needham, A | Partner | 2.80 | Correspondence w/ P. Gelston re "plan B" alternatives to Hunt plan (0.2 hrs); tax research on deconsolidation and other alternative to Hunt plan (1.2 hrs); mtg w/ A. Hagena re to discuss same (0.3 hrs); draft of email to R. Levin, P. Gelston re EFIH alternatives to Hunt plan (1.1 hrs). |
| 011205-00005 | 2/23/2016 | Gelston, P A | Partner | 1.20 | Participated on tax conference call (1.2). |
| 011205-00005 | 2/23/2016 | Hagena, Antje | Associate | 3.10 | Internal call re: potential "Plan B" transactions on E-Side and implications for EFIH (0.9); discuss with Andy Needham re: potential "Plan B" transactions on E-Side and implications for EFIH (0.4); summarize internal call re: potential "Plan B" transactions on E-Side and implications for EFIH (1.8). |

11

## EXHIBIT H-Continued

### Detailed Time Records for Cravath, Swaine & Moore LLP

| Matter | Date | Name | Title | Hours | Narrative |
|---|---|---|---|---|---|
| 011205-00005 | 2/23/2016 | Needham, A | Partner | 2.90 | Meeting with A. Hagena to discuss call w/ P. Gelston & R. Levin on EFIH response to possible "plan B" alternatives to Hunt plan (0.3 hrs); call w/ on P. Gelston & R. Levin to discuss EFIH response to possible "plan B" alternatives to Hunt plan (0.8 hrs); tax research on possible 'G' reorganization/spin-off of Oncor to EFIH creditors (1.8 hrs). |
| 011205-00005 | 2/24/2016 | Hagena, Antje | Associate | 4.90 | Summarize internal call re: potential "Plan B" transactions on E-Side and implications for EFIH (0.2); research on tax implications of alternative E-Side transaction (Oncor spin-off) (3.8): draft summary of tax implications of alternative E-Side transaction (Oncor spin-off) (0.9). |
| 011205-00005 | 2/24/2016 | Needham, A | Partner | 2.70 | Review of 2/23 call summary on plan B alternatives from A. Hagena (0.5 hrs); tax research on possible 'G' reorganization/spin-off of Oncor to EFIH creditors (2.2 hrs). |
| 011205-00005 | 2/25/2016 | Hagena, Antje | Associate | 2.90 | Research on tax implications of alternative E-Side transaction (Oncor spin-off) (1.3): draft summary of tax implications of alternative E-Side transaction (Oncor spin-off) (1.2); discuss tax implications of alternative E-Side transaction (Oncor spin-off) with Andy Needham (0.4). |
| 011205-00005 | 2/25/2016 | Needham, A | Partner | 1.90 | Tax research on possible 'G' reorganization/spin-off of Oncor to EFIH creditors (1.5 hrs); mtg w/ A. Hagena to discuss same (0.4 hrs). |
| 011205-00005 | 2/26/2016 | Gelston, P A | Partner | 1.10 | EFIH Tax call with A. Needham, A. Hagena, R. Levin and V. Lazar (0.8); follow up emails with R. Levin and A. Needham (0.3). |
| 011205-00005 | 2/26/2016 | Hagena, Antje | Associate | 2.90 | Telephone call with Richard Levin, Phil Gelston re: tax implications of alternative E-Side transaction (0.8); research on tax implications of acquisition of E-Side SpinCo by third party investors (for stock and/or cash) (2.1). |

2445346.3.3

## EXHIBIT H-Continued

### Detailed Time Records for Cravath, Swaine & Moore LLP

| Matter | Date | Name | Title | Hours | Narrative |
|---|---|---|---|---|---|
| 011205-00005 | 2/26/2016 | Needham, A | Partner | 3.50 | Review of 2/23 call summary on "plan B" alternatives from A. Hagena (0.5 hrs); tax research on possible 'G' reorganization/spin-off of Oncor to EFIH creditors (2.2 hrs); follow up call w/ P. Gelston & R. Levin to discuss same (0. 8hrs). |
| 011205-00005 | 2/26/2016 | Schler, M | Of Counsel | 0.50 | Conference with Needham. |
| 011205-00005 | 2/27/2016 | Gelston, P A | Partner | 0.30 | E-Mails with C. Cremens and D. Prager concerning Fidelity negotiations (0.3). |
| 011205-00005 | 2/29/2016 | Hagena, Antje | Associate | 3.60 | Draft step plan/summary describing steps of an alternative E-Side transaction (3.1); discuss with Andy Needham re: step plan/summary describing steps of an alternative E-Side transaction (0.5) |
| 011205-00005 | 3/1/2016 | Hagena, Antje | Associate | 2.10 | Revise step plan/summary describing steps of an alternative E-Side transaction |
| 011205-00005 | 3/1/2016 | Needham, A | Partner | 2.60 | Review of draft responses from K&E to IRS follow-up questions on PLR (0.5 hrs); reviewed & revised initial draft of possible EFIH standalone plan from A. Hagena (1.7 hrs); mtg w/ A. Hagena to discuss same (0.3 hrs). |
| 011205-00005 | 3/2/2016 | Gelston, P A | Partner | 1.20 | E-Mails with R. Levin, A. Needham, A. Hagena concerning new tax issue (0.4); participated in conference call on tax developments (0.8). |
| 011205-00005 | 3/2/2016 | Hagena, Antje | Associate | 2.40 | Call with K&E, Munger Tolles, Proskauer teams re: impact of valuation on REIT purging dividend (0.9); discuss with Andy Needham re: impact of valuation on REIT purging dividend (0.3); revise step plan/summary describing steps of an alternative E-Side transaction (1.2) |

13

## EXHIBIT H-Continued

### Detailed Time Records for Cravath, Swaine & Moore LLP

| Matter | Date | Name | Title | Hours | Narrative |
|---|---|---|---|---|---|
| 011205-00005 | 3/2/2016 | Needham, A | Partner | 2.80 | Call w/ R. Levin to discuss possible E&P issue related to REIT election (0.3 hrs); draft of email to team re same (0.8 hrs); mtg w/ A. Hagena (0.4 hrs); call w/ Kirkland to discuss E&P issue (0.5 hrs); reviewed and revised draft of potential EFIH reorganization transaction from A. Hagena (0.8 hrs). |
| 011205-00005 | 3/3/2016 | Hagena, Antje | Associate | 2.40 | Review K&E's draft response to IRS questions re: supplemental ruling submission (2.1); email to Andy Needham re: K&E's draft response to IRS questions re: supplemental ruling submission (0.3) |
| 011205-00005 | 3/3/2016 | Needham, A | Partner | 1.60 | Conference with P. Gelston re PUC determination (0.3 hrs); attn to potential EFIH reorganization transaction from A. Hagena (1.3 hrs). |
| 011205-00005 | 3/4/2016 | Hagena, Antje | Associate | 1.30 | Call with Stuart Rosow (Proskauer) re: options to reduce REIT purging dividend, PUC decision (0.7); call with Rich Levin re: PUC decision (0.4); discuss with Andy Needham re: PUC decision (0.2) |
| 011205-00005 | 3/4/2016 | Needham, A | Partner | 2.50 | Call w/ Proskauer to discuss E&P purge and related tax issues (0.3 hrs); tax research on E&P purge issues (1.2 hrs); call w/ R. Levin to discuss Texas PUC findings on sharing of rate impact of REIT tax benefit (0.3 hrs); review of draft responses from K&E to IRS follow-up questions on PLR (0.7 hrs). |
| 011205-00005 | 3/7/2016 | Fargo, Christopher K. | Partner | 0.60 | Review of EFIH tax issues, G Reorg. |
| 011205-00005 | 3/7/2016 | Hagena, Antje | Associate | 2.20 | Research on application of sections 752 and 357(c) in incorporation of partnership (relating to tax considerations of alternative E-Side structures) (1.7); call with Barry Herzog of Kramer Levin re: alternative transaction structures (0.5). |

**EXHIBIT H-Continued**

### Detailed Time Records for Cravath, Swaine & Moore LLP

| Matter | Date | Name | Title | Hours | Narrative |
|---|---|---|---|---|---|
| 011205-00005 | 3/7/2016 | Needham, A | Partner | 2.70 | Call w/ Kramer, Levin to discuss E-side planning on Plan B alternatives to Hunt plan (0.6 hrs); tax research re various issues related to sale of Oncor (1.4 hrs); mtg w/ A. Hagena to discuss same (0.7 hrs). |
| 011205-00005 | 3/7/2016 | Schler, M | Of Counsel | 0.30 | Discussion with A. Needham regarding new EFIH tax structure. |
| 011205-00005 | 3/8/2016 | Gelston, P A | Partner | 0.60 | E-Mail exchange with R. Levin, A. Needham and A. Hagena re: potential alternative structures on T-Side and E-side (0.6). |
| 011205-00005 | 3/8/2016 | Hagena, Antje | Associate | 2.90 | Research on application of sections 752 and 357(c) in incorporation of partnership (relating to tax considerations of alternative E-Side structures) (2.1); discuss with Andy Needham re: application of sections 752 and 357(c) in incorporation of partnership (relating to tax considerations of alternative E-Side structures) (0.4); email to Richard Levin and Phil Gelston summarizing call with Barry Herzog of Kramer Levin on 03/07/16 (0.4). |
| 011205-00005 | 3/8/2016 | Needham, A | Partner | 3.00 | Tax research on various issues related to sale of Oncor (2.3 hrs); mtg w/ A. Hagena to discuss same (0.4 hrs); corr w/ R. Levin re tax issues in E-side restructuring (0.3 hrs). |
| 011205-00005 | 3/9/2016 | Hagena, Antje | Associate | 2.70 | Review alternative E-Side structures for 03/10 meeting with bankruptcy/corporate team (2.4); discuss with Andy Needham re: alternative E-Side structures for 03/10 meeting with bankruptcy/corporate team (0.3). |
| 011205-00005 | 3/9/2016 | Needham, A | Partner | 3.50 | Prepared for 3/10 mtg w/ Jenner & Block and Goldin Associates to discuss various plan alternatives (1.5 hrs); tax attn to same (1.4 hrs); mtgs w/ A. Hagena to discuss various tax issues (0.6 hrs). |

15

**EXHIBIT H-Continued**

**Detailed Time Records for Cravath, Swaine & Moore LLP**

| Matter | Date | Name | Title | Hours | Narrative |
|---|---|---|---|---|---|
| 011205-00005 | 3/10/2016 | Hagena, Antje | Associate | 3.70 | Meeting with bankruptcy/corporate team to discuss alternative E-Side structures (1.1); prepare for meeting with bankruptcy/corporate team to discuss alternative E-Side structures (review of alternative structures and tax implications) (2.4); discuss alternative E-Side transaction structures with Andy Needham (0.2). |
| 011205-00005 | 3/10/2016 | Needham, A | Partner | 3.10 | Meeting with Jenner & Block and Goldin Associates to discuss various plan alternatives (1.5 hrs); mtg w/ A. Hagena to discuss impact of Path Act on REIT election (0.4 hrs); review of supplemental IRS submissions from K&E (1.2 hrs). |
| 011205-00005 | 3/11/2016 | Hagena, Antje | Associate | 3.60 | Telephone call with Stuart Rosow (Proskauer) re: alternative E-Side transaction structure (0.8); discuss with Andy Needham re: alternative E-Side transaction structure (0.7); review partnership and COD income regulations in connection with alternative E-Side transaction structure proposed by Proskauer (1.2); review K&E draft answers to IRS questions on supplemental PLR submission (0.9). |
| 011205-00005 | 3/11/2016 | Needham, A | Partner | 2.70 | Call w/ Proskauer, A. Hagena to discuss leveraged partnership alternative to sale of Oncor (0.5 hrs); tax attn to same (1.7 hrs); draft of email to Jenner & Block & P. Gelston on leveraged partnership alternative (0.5 hrs). |
| 011205-00005 | 3/12/2016 | Needham, A | Partner | 3.10 | Review of slide deck from Proskauer on leveraged partnership structure (1.6 hrs); attn to various tax issues (1.5 hrs). |
| 011205-00005 | 3/13/2016 | Hagena, Antje | Associate | 1.80 | Review slides from Proskauer on proposed alternative E-Side transaction structure (1.5); emails to Andy Needham re: slides from Proskauer on proposed alternative E-Side transaction structure. |

06/20/2016 SL1 1420854v1 109285.00005

2445346.3.3

**EXHIBIT H-Continued**

**Detailed Time Records for Cravath, Swaine & Moore LLP**

| Matter | Date | Name | Title | Hours | Narrative |
|--------|------|------|-------|-------|-----------|
| 011205-00005 | 3/13/2016 | Needham, A | Partner | 4.00 | Review of slide deck from Proskauer on leveraged partnership structure (1.3 hrs); attn to various tax issues (2.3 hrs); corr w/ A. Hagena re same (0.4 hrs). |
| 011205-00005 | 3/14/2016 | Hagena, Antje | Associate | 3.20 | Telephone call with Proskauer (Stuart Rosow) on alternative E-Side transaction (0.8); email to Phil Gelston, Rich Levin re: call with Proskauer (Stuart Rosow) on alternative E-Side transaction (0.3); research on section 704(c) allocations in tiered partnerships (2.1). |
| 011205-00005 | 3/14/2016 | Needham, A | Partner | 3.60 | Review of slide deck from Proskauer on leveraged partnership structure (1.3 hrs); conf call w/ Proskauer, A. Hagena to discuss leveraged partnership structure (0.8 hrs); reviewed and revised draft summary of Proskauer call from A. Hagena (0.7 hrs); review of 2014 RAR from Kirkland (0.8 hrs). |
| 011205-00005 | 3/15/2016 | Hagena, Antje | Associate | 2.20 | Research on section 704(c) allocations in tiered partnerships (relating to alternative E-Side transaction proposal by Proskauer) (2.1); discuss with Andy Needham re: section 704(c) allocations in tiered partnerships (relating to alternative E-Side transaction proposal by Proskauer) (0.1). |
| 011205-00005 | 3/17/2016 | Needham, A | Partner | 1.50 | Call w/ P. Gelston to discuss Proskauer leveraged partnership structure & next steps (0.3 hrs); tax attn to same (1.2 hrs). |
| 011205-00005 | 3/18/2016 | Gelston, P A | Partner | 1.40 | E-Mail exchange with R. Levin and A. Needham concerning new structure (0.6); reviewed Proskauer slide summary/plan alternative (0.8). |
| 011205-00005 | 3/18/2016 | Hagena, Antje | Associate | 0.80 | Attention to Internal emails re: Proskauer proposal on alternative E-Side transaction (timing implications in relation to T-Side transaction). |

2445346.3.3

**EXHIBIT H-Continued**

**Detailed Time Records for Cravath, Swaine & Moore LLP**

| Matter | Date | Name | Title | Hours | Narrative |
|---|---|---|---|---|---|
| 011205-00005 | 3/18/2016 | Needham, A | Partner | 1.90 | Call w/ Proskauer to discuss leveraged partnership structure & next steps (0.7 hrs); tax attn to same (0.8 hrs); drafted email to R. Levin at Jenner & P. Gelston on leveraged partnership structure (0.4 hrs). |
| 011205-00005 | 3/24/2016 | Hagena, Antje | Associate | 0.30 | Review PUC update on Hunt proposal, internal emails re: PUC update on Hunt proposal |
| 011205-00005 | 3/24/2016 | Hagena, Antje | Associate | 1.10 | Call with K&E, Proskauer tax teams re: Plan B" partnership transaction (next steps) (0.8); email to corporate/bankruptcy team re: call with K&E, Proskauer tax teams re: "Plan B" partnership transaction (next steps) (0.3)" |
| 011205-00005 | 3/25/2016 | Hagena, Antje | Associate | 0.20 | E-Mail to K&E and Proskauer tax teams re: status of discussions with T-Side creditor groups |
| 011205-00005 | 3/26/2016 | Needham, A | Partner | 1.90 | Review of structure for leveraged partnership transaction (0.7 hrs); tax attn to same (1.2 hrs). |
| 011205-00005 | 3/28/2016 | Hagena, Antje | Associate | 0.90 | Call with Proskauer, K&E, Munger Tolles tax teams on next steps for modeling/numerical analysis of Plan B" partnership structure (0.5); review "Plan B" partnership structure (steps) (0.4)" |
| 011205-00005 | 3/29/2016 | Hagena, Antje | Associate | 1.60 | Review information request list from Proskauer for Plan B" partnership structure modeling/analysis (0.9); email to Andy Needham re: information request list from Proskauer for "Plan B" partnership structure modeling/analysis (0.4); email to corporate and bankruptcy team re: March 28 call with Proskauer, K&E, Munger Tolles on next steps for modeling/analysis of "Plan B" partnership structure (0.3)" |
| 011205-00005 | 3/30/2016 | Hagena, Antje | Associate | 0.40 | Review information request list from Proskauer for Plan B" partnership structure modeling/analysis (0.3); email to Proskauer re: information request list from Proskauer for "Plan B" partnership structure modeling/analysis (0.1)" |

18

2445346.3.3

**EXHIBIT H-Continued**

**Detailed Time Records for Cravath, Swaine & Moore LLP**

| Matter | Date | Name | Title | Hours | Narrative |
|---|---|---|---|---|---|
| 011205-00005 | 4/1/2016 | Needham, A | Partner | 2.30 | Review of response from K&E to diligence request from Proskauer related to Plan B proposal (1.7 hrs); review of diligence information related to Oncor in data room (0.5 hrs). |
| 011205-00005 | 4/2/2016 | Needham, A | Partner | 2.70 | Review of response from K&E to diligence request from Proskauer related to Plan B proposal (1.5 hrs); review of diligence information related to Oncor in data room (1.2 hrs). |
| 011205-00005 | 4/4/2016 | Hagena, Antje | Associate | 2.30 | Review documents provided by EFH in response to information request by Proskauer for Plan B" modeling." |
| 011205-00005 | 4/5/2016 | Needham, A | Partner | 1.90 | Review of response from K&E to diligence request from Proskauer related to Plan B proposal (0.8 hrs); review of Oncor-related data in data room (1.1 hrs). |
| 011205-00005 | 4/6/2016 | Needham, A | Partner | 1.50 | Review of response from K&E to diligence request from Proskauer related to Plan B proposal (0.7 hrs); review of Oncor-related data in data room (0.8 hrs). |
| 011205-00005 | 4/8/2016 | Hagena, Antje | Associate | 2.20 | Review Proskauer plan for E-side transaction (feasibility without Oncor REIT entity) (0.9); review draft term sheet from Goldin Associates for stand-alone EFIH plan (0.8); discuss draft term sheet from Goldin Associates for stand-alone EFIH plan with Andy Needham (0.5). |
| 011205-00005 | 4/8/2016 | Needham, A | Partner | 3.20 | Review of draft term sheet from D. Prager on E side only plan, tax attn to G reorganizations, mtg w/ A. Hagena to discuss same, draft of email to Jenner & Block & Pl Gelston re tax issues in term sheet. |
| 011205-00005 | 4/9/2016 | Needham, A | Partner | 2.60 | Review of draft term sheet from Prager on E side only plan (0.8 hrs); tax attn to G reorganizations (1.1 hrs); email corr w/ Jenner & Block re same (0.7 hrs). |

19

2445346.3.3

## EXHIBIT H-Continued

### Detailed Time Records for Cravath, Swaine & Moore LLP

| Matter | Date | Name | Title | Hours | Narrative |
|---|---|---|---|---|---|
| 011205-00005 | 4/10/2016 | Hagena, Antje | Associate | 1.10 | Review draft term sheet for EFIH stand-alone plan (0.3); email to Andy Needham re: questions on tax implications raised by EFIH stand-alone plan (0.8). |
| 011205-00005 | 4/10/2016 | Needham, A | Partner | 4.10 | Review of term sheet on E side only plan (0.6 hrs); tax attn to G reorganizations (1.2 hrs); review of Proskauer plan and related tax issues (1.5 hrs); email corr w/ Jenner & Block re same (0.8 hrs). |
| 011205-00005 | 4/11/2016 | Hagena, Antje | Associate | 3.40 | Research on alternative E-side transaction with internal sale of Oncor to partnership (2.6); email to Andy Needham re: tax implications of alternative E-side transaction with internal sale of Oncor to partnership (0.8). |
| 011205-00005 | 4/11/2016 | Needham, A | Partner | 4.10 | Correspondence w/ R. Levin re term sheet for E side only plan (0.3 hrs);  tax attn to G reorganizations (1.2 hrs);  review of letter from Paul, Weiss re PSA and plan termination (0.6 hrs);  mtg w/ A. Hagena to discuss issues with basis step-up (0.7 hrs);  tax attn to same (1.3 hrs). |
| 011205-00005 | 4/12/2016 | Gordon, S L | Partner | 2.50 | Conference with A. Needham re tax issues |
| 011205-00005 | 4/12/2016 | Hagena, Antje | Associate | 2.50 | Discuss with Andy Needham re: tax implications of alternative E-side transaction with internal sale of Oncor to partnership (0.6); review/comment on draft term sheet for E-side stand alone plan (1.4); discuss draft term sheet for E-side stand alone plan with Andy Needham (0.5). |
| 011205-00005 | 4/13/2016 | Gordon, S L | Partner | 1.00 | Review to 721 issues |
| 011205-00005 | 4/13/2016 | Hagena, Antje | Associate | 3.60 | Attend meeting with Rich Levin, Goldin team at Jenner & Block offices to discuss E-side stand alone plan. |

20

2445346.3.3

### EXHIBIT H-Continued

### Detailed Time Records for Cravath, Swaine & Moore LLP

| Matter | Date | Name | Title | Hours | Narrative |
|---|---|---|---|---|---|
| 011205-00005 | 4/13/2016 | Needham, A | Partner | 5.90 | Attended meeting at Jenner & Block to discuss E side only plan and related issues (3.3 hrs); review of revised draft of term sheet and related valuation deck from Prager & Associates (1.7 hrs);  corr w/ A. Hagena re same (0.3 hrs); review of comments from R. Levin on revised draft of term sheet (0.6 hrs). |
| 011205-00005 | 4/14/2016 | Gordon, S L | Partner | 0.50 | Review 721 and related issues |
| 011205-00005 | 4/14/2016 | Hagena, Antje | Associate | 2.20 | Review revised term sheet for E-side stand alone transaction (0.4); research on basis/attribute reduction under section 1017 IRC in connection with E-side alternative transactions (1.8). |
| 011205-00005 | 4/14/2016 | Needham, A | Partner | 2.80 | Review of revised draft of term sheet and related valuation deck from Prager & Associates (1.1 hrs); mtg w/ A. Hagena to discuss revised draft of term sheet (0.5 hrs); review of Oncor basis information from EFH (1.2 hrs). |
| 011205-00005 | 4/15/2016 | Hagena, Antje | Associate | 1.60 | Review Proskauer and CSM alternative plans for E-side transactions (0.6); draft list of tax risks/values created under Proskauer and CSM alternative plans (0.6); research on basis/attribute reduction under section 1017 IRC in connection with E-side alternative transactions (0.4). |
| 011205-00005 | 4/15/2016 | Needham, A | Partner | 4.00 | Review of Oncor basis information from K&E (0.8 hrs);  mtg w/ A. Hagena to discuss basis potential step-up in E side plan (0.9hrs);  attn to tax issues in revised draft of term sheet for E side plan (2.3 hrs). |
| 011205-00005 | 4/16/2016 | Needham, A | Partner | 1.70 | Review of alternative plan proposal from TCEH 1Ls (0.5 hrs); tax attn to same (1.2 hrs). |
| 011205-00005 | 4/17/2016 | Needham, A | Partner | 2.60 | Review of revised draft of term sheet for EFIH PIK creditors from R. Levin (0.8 hrs); review of related slide deck from Goldin & Associates (0.6 hrs); tax attn to step-up under alternative plan (1.2 hrs). |

2445346.3.3

## EXHIBIT H-Continued

### Detailed Time Records for Cravath, Swaine & Moore LLP

| Matter | Date | Name | Title | Hours | Narrative |
|---|---|---|---|---|---|
| 011205-00005 | 4/18/2016 | Hagena, Antje | Associate | 0.60 | Telephone call with Rich Levin, Andy Needham re: tax implications of different E-side transaction structures. |
| 011205-00005 | 4/18/2016 | Needham, A | Partner | 1.50 | Call w/ R. Levin, A. Hagena to discuss various tax and other issues in E side plan (0.6 hrs); tax attn to same (0.9 hrs). |
| 011205-00005 | 4/19/2016 | Needham, A | Partner | 0.80 | Review tax issues in E side plan under various alternatives. |
| 011205-00005 | 4/20/2016 | Gordon, S L | Partner | 0.30 | Discuss 721 tax issues w/Needham |
| 011205-00005 | 4/21/2016 | Gordon, S L | Partner | 0.80 | Review tax issues |
| 011205-00005 | 4/21/2016 | Hagena, Antje | Associate | 0.90 | Telephone call with EFH, DDAs, creditor counsel re: communication with IRS regarding REIT ruling (0.6); internal emails re: call with EFH, DDAs, creditor counsel re: communication with IRS regarding REIT ruling (0.3). |
| 011205-00005 | 4/21/2016 | Needham, A | Partner | 1.50 | Review of draft letter to IRS from Kirkland re ruling request (0.8 hrs), conf call w/ Kirkland, various counsel to DDs and debtors (0.7 hrs). |
| 011205-00005 | 4/22/2016 | Needham, A | Partner | 1.70 | Review of draft letter to IRS from Kirkland re ruling request (0.5 hrs); review of plan documents (1.2 hrs). |
| 011205-00005 | 4/23/2016 | Needham, A | Partner | 1.70 | Correspondence w/ Proskauer regarding Paul, Weiss proposals on de-linked" plan structure and related TMA (0.5 hrs), review of existing TMA (1.2 hrs)." |
| 011205-00005 | 4/25/2016 | Needham, A | Partner | 2.10 | Call w/ Kirkland and counsel to DDs to discuss terms of renegotiated TM (0.8 hrs); review of draft plan (1.3 hrs). |
| 011205-00005 | 4/26/2016 | Needham, A | Partner | 1.80 | Review of Evercore model (0.7 hrs); review of draft timeline (0.3 hrs); review of draft term sheet for TMA from Kirkland (0.8 hrs). |
| 011205-00005 | 4/27/2016 | Needham, A | Partner | 2.90 | Review of tax matters term sheet from Kirkland (1.2 hrs); review of term sheet for alternative plan (1.7 hrs). |
| 011205-00005 | 4/28/2016 | Needham, A | Partner | 1.20 | Review of draft board deck for new plan of reorganization from Kirkland. |

2445346.3.3

### EXHIBIT H-Continued

### Detailed Time Records for Cravath, Swaine & Moore LLP

| Matter | Date | Name | Title | Hours | Narrative |
|--------|------|------|-------|-------|-----------|
| 011205-00005 | 4/29/2016 | Needham, A | Partner | 2.70 | Review of comments from Paul, Weiss on plan & tax term sheet (1.2 hrs); corr w/ Kirkland re same (0.2 hrs); review of revised draft of term sheet from Kirkland (0.5 hrs); review of slide deck from Paul, Weiss on taxable spin alternative (0.8 hrs). |
| 011205-00005 | 4/30/2016 | Needham, A | Partner | 7.10 | Reviewed drafts of tax term sheets, draft POR & disclosure statements for Plan B alternative (3.3 hrs); calls w/ various debtors' counsel to discuss 6pm board meeting and related matters (1.7 hrs);  calls w/ Kirkland to discuss EFIH issues (0.8 hrs), attn to related tax issues (1.3 hrs). |
| 011205-00008 | 3/5/2016 | Broad, Trevor M. | Associate | 1.20 | Drafting response to email for U.S. Trustee re rate disclosures. |
| 011205-00009 | 2/24/2016 | Gelston, P A | Partner | 5.20 | Travel to Dallas (5.2). |
| 011205-00009 | 2/25/2016 | Gelston, P A | Partner | 4.80 | Travel to New York (4.8). |
| 011205-00009 | 4/19/2016 | Gelston, P A | Partner | 8.00 | Travel to and from Dallas for meetings with CRO's and K&E. |
|  |  |  |  | 453.60 |  |

23

2445346.3.3