# EXHIBIT I

## Detailed Expense Records for Cravath, Swaine & Moore LLP

| Matter | Date | Name | Description | Amount | Narrative |
|---|---|---|---|---|---|
| 011205-00003 | 2/24/2016 | GELSTON, P A | BUSINESS MEALS | 40.00 | MEALS: HOTEL - DINNER BUSINESS PURPOSE: Attend Board meeting VENUE: Fearings Restaurant CITIES VISITED: Dallas, TX ATTENDEES CRAVATH: Philip Gelston RPT ID: 010011432931 |
| 011205-00003 | 2/24/2016 | GELSTON, P A | MISCELLANEOUS | 49.95 | INTERNET, TRIP PURPOSE: Attend Board Meeting CITIES VISITED: Dallas, Texas RPT ID: 010011432931 |
| 011205-00003 | 2/24/2016 | GELSTON, P A | TRAVEL | 350.00 | LODGING Ritz Carlton TRIP PURPOSE: Attend Board meeting CITIES VISITED: Dallas, TX RPT ID: 010011432931 |
| 011205-00003 | 2/24/2016 | GELSTON, P A | TRAVEL | 66.53 | TAXI 673 TRIP PURPOSE: Attend Board Meeting CITIES VISITED: Dallas, Texas RPT ID: 010011432931 |
| 011205-00003 | 2/24/2016 | GELSTON, P A | TRAVEL | 94.96 | TAXI 673 TRIP PURPOSE: Attend Board Meeting CITIES VISITED: Dallas, Texas RPT ID: 010011432931 |
| 011205-00003 | 2/24/2016 | GELSTON, P A | TRAVEL | 661.09 | AIRFARE CLASS: 670 ,CITIES VISITED: Dallas, Texas ,TICKET NO: 0012321386716 TRIP PURPOSE: Attend Board Meeting RPT ID: 010011432931 |
| 011205-00003 | 2/25/2016 | GELSTON, P A | BUSINESS MEALS | 20.00 | MEALS: HOTEL - BREAKFAST BUSINESS PURPOSE: Attend Board meeting VENUE: Fearings Restaurant CITIES VISITED: Dallas, TX ATTENDEES CRAVATH: Philip Gelston RPT ID: 010011432931 |

**EXHIBIT I-Continued**

Detailed Expense Records for Cravath, Swaine & Moore LLP

| Matter | Date | Name | Description | Amount | Narrative |
|---|---|---|---|---|---|
| 011205-00003 | 2/25/2016 | GELSTON, P A | BUSINESS MEALS | 40.00 | MEALS: DINNER BUSINESS PURPOSE: Attend Board meeting VENUE: Cru Love Field CITIES VISITED: Dallas, Texas ATTENDEES CRAVATH: Philip Gelston RPT ID: 010011490153 |
| 011205-00003 | 2/25/2016 | GELSTON, P A | MISCELLANEOUS | 32.42 | INTERNET, TRIP PURPOSE: Attend Board Meeting CITIES VISITED: Dallas, Texas RPT ID: 010011432931 |
| 011205-00003 | 2/25/2016 | GELSTON, P A | TRAVEL | 36.40 | TAXI 673 TRIP PURPOSE: Attend Board Meeting CITIES VISITED: Dallas, Texas RPT ID: 010011432931 |
| 011205-00003 | 2/25/2016 | GELSTON, P A | TRAVEL | 498.10 | AIRFARE CLASS: 670 ,CITIES VISITED: Dallas, Texas ,TICKET NO: 9842145437639 TRIP PURPOSE: Attend Board Meeting RPT ID: 010011432931 |
| 011205-00003 | 2/25/2016 | GELSTON, P A | TRAVEL | 174.71 | CAR SERVICE 673 TRIP PURPOSE: Attended Board Meeting. CITIES VISITED: Dallas, TX RPT ID: 010011461731 |
| 011205-00003 | 3/10/2016 | Needham, A | CLIENT BUSINESS CONFERENCE DINING | 108.88 | Client Business Conf Dining, ticket #: 230476 |
| 011205-00003 | 4/14/2016 | BROAD, TREVOR M. | GROUND TRANSPORTATION | 14.75 | TAXI Local TRIP PURPOSE: Client work  RptID: 010012019523 |
| 011205-00003 | 4/18/2016 | GELSTON, P A | GROUND TRANSPORTATION | 14.75 | TAXI Local TRIP PURPOSE: Client work  RptID: 010012046823 |
| 011205-00003 | 4/21/2016 | GELSTON, P A | MISCELLANEOUS | 36.95 | INTERNET,  TRIP PURPOSE: Attend meetings CITIES VISITED: Dallas, Texas RptID: 010012112455 |
| 011205-00003 | 4/21/2016 | BROAD, TREVOR M. | TRAVEL | 61.05 | TAXI Out of Town TRIP PURPOSE: Attend meetings CITIES VISITED: Dallas, Texas RptID: 010012112455 |
| 011205-00003 | 4/21/2016 | GELSTON, P A | TRAVEL | 65.31 | TAXI Out of Town TRIP PURPOSE: Attend meetings CITIES VISITED: Dallas, Texas RptID: 010012112455 |
| 011205-00003 | 4/21/2016 | GELSTON, P A | TRAVEL | 648.10 | AIRFARE CLASS: First ,CITIES VISITED: Dallas, Texas ,TICKET NO: See note TRIP PURPOSE: Attend Meetings |

## **EXHIBIT I-Continued**

### **Detailed Expense Records for Cravath, Swaine & Moore LLP**

| Matter | Date | Name | Description | Amount | Narrative |
|---|---|---|---|---|---|
|  |  |  |  |  | RptID: 010012112455 |
| **011205-00003** | 4/21/2016 | GELSTON, P A | TRAVEL | 648.10 | AIRFARE CLASS: First ,CITIES VISITED: NEW YORK FROM Dallas, Texas ,TICKET NO: See Note TRIP PURPOSE: Attend Meetings  RptID: 010012112455 |
| **011205-00003** | 4/27/2016 | GELSTON, P A | CLIENT BUSINESS CONFERENCE DINING | 200.00 | Conference dining, ticket #: 231831 |
| **011205-00003** | 4/30/2016 | GELSTON, P A | CLIENT BUSINESS TRANSPORTATION | 27.24 | TAXI Local TRIP PURPOSE: Cab to permit participation in conference call  RptID: 010012323513 |
|  |  |  | **Total** | **$3,889.29** |  |

06/20/2016 SL1 1420854v1 109285.00005

2445346.3.3