**<u>EXHIBIT K</u>**

**Comparison of Cravath, Swaine & Moore LLP Budgeted and Actual Fees**

**January through April 2016**

06/20/2016 SL1 1420854v1 109285.00005

| | Matter | 1<br>Gen | 3<br>Plan | 4<br>Intercompany | 5<br>Tax | 6<br>Sale | 8<br>Empl | 9<br>Travel | Total |
|---|---|---|---|---|---|---|---|---|---|
| **Fees** | | | | | | | | | |
| January | Budget | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| | Actual | $2,908.50 | $18,875.00 | - | - | - | - | - | $21,783.50 |
| | Difference | ($2,908.50) | ($18,875.00) | - | - | - | - | - | ($21,783.50 |
| | | | | | | | | | |
| February | Budget | - | $32,800.00 | - | $13,720.00 | - | $3,690.00 | - | $50,210.00 |
| | Actual | - | $48,125.00 | - | $64,224.50 | - | - | $6,250.00 | $118,599.50 |
| | Difference | - | ($15,325.00) | - | ($50,504.50) | - | $3,690.00 | ($6,250.00) | ($62,139.50) |
| | | | | | | | | | |
| March | Budget | - | $85,900.00 | - | $15,680.00 | - | - | $3,750.00 | $105,330.00 |
| | Actual | - | $58,485.50 | - | $82,086.00 | - | 1,002.00 | - | 141,573.50 |
| | Difference | - | $27,415.00 | - | ($66,406.00) | - | (1,002.00) | | ($39,993.00) |
| | | | | | | | | | |
| April | Budget | - | $65,280.00 | - | $92,100.00 | - | - | - | $157,380.00 |
| | Actual | - | $111,952.50 | - | $101,971.00 | - | | $5,000.00 | $218,923.50 |
| | Difference | - | ($46,672.50) | - | ($9,871.00) | - | | ($5,000.00) | ($61,543.50) |
| | | | | | | | | | |
| **Total** | **Budget** | **N/A** | **$183,980.00** | **-** | **$121,500.00** | **-** | **$3,690.00** | **$3,750.00** | **$312,920.00** |
| | **Actual** | **$2,908.50** | **$237,438.00** | **-** | **$248,281.50** | **-** | **$1,002.00** | **$11,250.00** | **$500,880.00** |
| | Difference | ($2,908.50) | ($53,458.00) | | ($126,781.50) | N/A | $6,688.00 | ($7,500.00) | ($187,959.50) |
| | % Budget | N/A | 129% | N/A | 204% | N/A | 27% | 300% | 160% |

06/20/2016 SL1 1420854v1 109285.00005

2445346.3

| | Matter | 1 | 3 | 4 | 5 | 6 | 8 | 9 | |
| | | Gen | Plan | Intercompany | Tax | Sale | Empl | Travel | Total |
| **Hours** | | | | | | | | | |
| January | Budget | N/A | N/A | N/A | N/A | N/A | N/A | N/A | **N/A** |
| | Actual | 2.9 | 15.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | **18.0** |
| | Difference | (2.9) | (15.1) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | **(18.0)** |
| | | | | | | | | | |
| February | Budget | 0.0 | 30.0 | 0.0 | 14.0 | 0.0 | 3.0 | 0.0 | **47.0** |
| | Actual | 0.0 | 38.5 | 0.0 | 64.5 | 0.0 | 0.0 | 10.0 | **113.0** |
| | Difference | 0.0 | (8.5) | 0.0 | (50.5) | 0.0 | 3.0 | (10.0) | **(66.0)** |
| | | | | | | | | | |
| March | Budget | 0.0 | 80.0 | 0.0 | 16.0 | 0.0 | 0.0 | 6.0 | **102.0** |
| | Actual | 0.0 | 47.1 | 0.0 | 80.4 | 0.0 | 1.2 | 0.0 | **128.7** |
| | Difference | 0.0 | 32.9 | 0.0 | (64.4) | 0.0 | (1.2) | 6.0 | **(26.7)** |
| | | | | | | | | | |
| April | Budget | 0.0 | 56.0 | 0.0 | 90.0 | 0.0 | 0.0 | 0.0 | **146.0** |
| | Actual | 0.0 | 96.0 | 0.0 | 89.9 | 0.0 | 0.0 | 8.0 | **193.9** |
| | Difference | 0.0 | (40.0) | 0.0 | (0.1) | 0.0 | 0.0 | (8.0) | **(47.9)** |
| | | | | | | | | | |
| **Total** | **Budget** | **N/A** | **166.0** | **0.0** | **120.0** | **0.0** | **3.0** | **6.0** | **295.0** |
| | **Actual** | **2.9** | **196.7** | **0.0** | **234.8** | **0.0** | **1.2** | **18.0** | **453.6** |
| | **Difference** | **(2.9)** | **(30.7)** | **0.0** | **(114.8)** | **0.0** | **1.8** | **(12.0)** | **(158.6)** |
| | **% Budget** | **N/A** | **118%** | **N/A** | **196%** | **N/A** | **40%** | **300%** | **154%** |

06/20/2016 SL1 1420854v1 109285.00005

2445346.3