## **EXHIBIT A**

### **Statement of Fees and Expenses By Subject Matter**

| Description | Total Billed Hours | Total Fees |
|---|---:|---:|
| Plan and Disclosure | 62.50 | $65,793.00 |
| Employment and Fee Applications | 1.80 | $2,092.50 |
| Non-Working Travel | 24.00 | $12,881.25 |
| TOTAL | **88.30** | **$80,766.75** |