## **EXHIBIT B**

### **Attorney and Paraprofessionals Information**

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Richard Levin | Partner | 1976 | Bankruptcy | 1200 | 40.30 | 42,060.00 |
| Vince Lazar | Partner | 1990 | Bankruptcy | 975 | 42.40 | 34,758.75 |
| Carl N. Wedoff | Associate | 2010 | Bankruptcy | 705 | 5.60 | 3,948.00 |
| | | | | **TOTAL** | **88.30** | **80,766.75** |