6

# **EXHIBIT C**

## **Summary of Actual and Necessary Expenses for the Fee Period**

| Service Description | Amount |
|---|---:|
| TRAVEL/AIRFARE | $ 1,117.38 |
| LODGING | $ 2,094.45 |
| MEALS | $ 362.02 |
| TAXI EXPENSE | $ 216.92 |
| INTERNET CONNECTIVITY | $ 25.72 |
| PARKING | $ 203.00 |
| TELEPHONE EXPENSE | $ 32.70 |
| TOTAL | $ 4,052.19 |