# EXHIBIT D

## Detailed Description of Expenses and Disbursements

| Matter | Date | Name | Title | Description | Amount | Narrative |
|---|---|---|---|---|---|---|
| 55152-10034 | 5/10/16 | LAZAR, V. | PARTNER | Travel/Airfare | 63.98 | Travel/Airfare, Vincent E. Lazar, 5/03-06/2016 to Dallas, Texas for Business |
| 55152-10034 | 5/10/16 | LAZAR, V. | PARTNER | Lodging | 678.88 | Lodging, Vincent E. Lazar, 5/03-06/2016, Dallas, Texas for Business |
| 55152-10034 | 5/10/16 | LAZAR, V. | PARTNER | Meals | 362.02 | Meals, Vincent E. Lazar, 5/03-06/2016, Dallas, Texas for Business |
| 55152-10034 | 5/10/16 | LAZAR, V. | PARTNER | Parking | 120.00 | Parking, Vincent E. Lazar, 5/03-06/2016, Dallas, Texas for Business |
| 55152-10034 | 5/10/16 | LEVIN, R. | PARTNER | Travel/Airfare | 616.20 | Travel/Airfare, Richard Levin, 05/03-04/2016 to Dallas, Texas; EFIH Board meeting |
| 55152-10034 | 5/10/16 | LEVIN, R. | PARTNER | Lodging | 529.04 | Lodging, Richard Levin, 05/03-04/2016, Dallas, Texas; EFIH Board meeting |
| 55152-10034 | 5/10/16 | LEVIN, R. | PARTNER | Internet Connectivity | 10.77 | Internet Connectivity, Richard Levin, 05/03-04/2016, Dallas, Texas; EFIH Board meeting |
| 55152-10034 | 5/10/16 | LEVIN, R. | PARTNER | Taxi Charges | 69.69 | Taxi Charges, Richard Levin, 05/03-04/2016, Dallas, Texas; EFIH Board meeting |
| 55152-10034 | 5/13/16 | LEVIN, R. | PARTNER | Telephone Expense | 2.70 | Telephone Expense, SOUNDPATH CONFERENCING, 4/12/2016 |
| 55152-10034 | 5/17/16 | LAZAR, V. | PARTNER | Travel/Airfare | 437.20 | Travel/Airfare, Vincent E. Lazar, 5/09-13/2016 to New York, New York for meetings |
| 55152-10034 | 5/17/16 | LAZAR, V. | PARTNER | Lodging | 886.53 | Lodging, Vincent E. Lazar, 5/09-13/2016, New York, New York for meetings |
| 55152-10034 | 5/17/16 | LAZAR, V. | PARTNER | Internet Connectivity | 14.95 | Internet Connectivity, Vincent E. Lazar, 5/09-13/2016, New York, New York for meetings |
| 55152-10034 | 5/17/16 | LAZAR, V. | PARTNER | Parking | 83.00 | Parking, Vincent E. Lazar, 5/09-13/2016, New York, New York for meetings |
| 55152-10034 | 5/17/16 | LAZAR, V. | PARTNER | Taxi Charges | 147.23 | Taxi Charges, Vincent E. Lazar, 5/09-13/2016, New York, New York for meetings |
| 55152-10034 | 5/17/16 | LAZAR, V. | PARTNER | Telephone Expense | 30.00 | Telephone Expense, VINCENT E. LAZAR, 04/28/16 Teleconf/Videoconf – CourtCall |

NYCorp 3534423v.1

06/21/2016 SL1 1421025v1 109285.00005

108084.1