## EXHIBIT A

**Statement of Fees and Expenses by Subject Matter**

## COMPENSATION BY PROJECT CATEGORY
## MAY 1, 2016 THROUGH MAY 31, 2016

| Matter Number | Project Category | Total Hours | Total Fees |
|---|---|---:|---:|
| Applicable to All Debtors[1] | | | |
| 12 | Tax Analysis | N/A | N/A |
| 25 | Public Policy Advice | N/A | N/A |
| 30 | Employment and Fee Applications | 56.1 | $26,029.00 |
| 46 | Budget-Related Work | 2.1 | $1,417.50 |
| Total for All-Debtor Matters | | 58.2 | $27,446.50 |
| Applicable to TCEH Debtors | | | |
| 4 | Litigation: Disputes and Potential Litigation with Aurelius | N/A | N/A |
| 8 | Litigation: FPL v. TXU (Texas Supreme Court) | N/A | N/A |
| 13 | Litigation: FOIA Disputes and EPA Matters | N/A | N/A |
| 16 | Litigation: Sierra Club – Eastern District of Texas | N/A | N/A |
| 17 | Litigation: Sierra Club – Western District of Texas | N/A | N/A |
| 18 | Litigation: NSR Case | 5.3 | $4,139.00 |
| 22 | Litigation: 2004 FPL Lawsuit | N/A | N/A |
| 23 | Litigation: 2011 FPL Lawsuit | N/A | N/A |
| 24 | Litigation: FPL Offer Curves Dispute | N/A | N/A |
| 41 | SEC Matters | N/A | N/A |
| 43 | Corporate Matters | 5.4 | $2,889.00 |
| 48 | TCEH Going Public Transactions | 17.6 | $12,666.50 |
| 49 | TCEH Notes Offering | N/A | N/A |
| 50 | Project Longhorn | 8.5 | $4,673.50 |
| 52 | Project Titan | 0.2 | $206.00 |
| 53 | Horseshoe Bend Solar Project | 39.9 | $35,995.50 |
| Total for TCEH Matters | | 76.9 | $60,569.50 |
| Applicable to EFIH Debtors | | | |

---

[1] Matter categories applicable to all Debtors are allocated to each Debtor in the same proportion as the amount incurred by each Debtor to its direct benefit on a monthly basis. In this Monthly Fee Statement, 97.6% of the fees ($26,788.61) shall be allocated to the TCEH estate, 0.0% of the fees ($0.00) shall be allocated to the EFIH estate, and 2.4% of the fees ($657.89) shall be allocated to the EFH estate.

2

| Matter Number | Project Category | Total Hours | Total Fees |
|---|---|---:|---:|
| 27 | First Lien DIP Exchange Offer | N/A | N/A |
| 28 | Second Lien DIP Tender Offer | N/A | N/A |
| 29 | Second Lien DIP Notes Offering | N/A | N/A |
| 34 | SEC Matters | N/A | N/A |
| 35 | Corporate Matters | N/A | N/A |
| Total for EFIH Matters | | N/A | N/A |
| Applicable to EFH Debtors | | | |
| 31 | SEC Matters | 1.7 | $1,487.50 |
| 32 | Corporate Matters | N/A | N/A |
| Total for EFH Matters | | 1.7 | $1,487.50 |
| **Total** | | **136.8** | **$89,503.50** |

RLF1 14669568v.1

**EXPENSE SUMMARY**
**MAY 1, 2016 THROUGH MAY 31, 2016**

| Expenses Category | Total Expenses |
|---|---:|
| Filing Fees | $1,650.00 |
| In House Duplication | $56.90 |
| Messenger and Courier Expense | $18.65 |
| **Total:** | **$1,725.55** |