# **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The Gibson Dunn professionals and paraprofessionals who rendered professional services in these cases during the Fee Period are:

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Andrew L. Fabens | Partner. Became a Partner in 2009. Member of NY Bar since 2001. | $1,100.00 | 0.5 | $550.00 |
| Joseph Kattan | Partner. Became a Partner in 1997. Member of DC Bar since 1980. | $1,030.00 | 0.2 | $206.00 |
| Robert B. Little | Partner. Joined firm as a Partner in 2011. Member of TX Bar since 1998. | $875.00 | 13.2 | $11,550.00 |
| Nicholas H. Politan Jr. | Partner. Joined firm as a Partner in 2006. Member of CA Bar since 1986, and NY Bar since 2000. | $1,155.00 | 5.5 | $6,352.50 |
| Michael L. Raiff | Partner. Joined firm as a Partner in 2011. Member of TX Bar since 1992. | $930.00 | 3.4 | $3,162.00 |
| David L. Sinak | Partner. Joined firm as a Partner in 2002. Member of TX Bar since 1979. | $1,110.00 | 9.1 | $10,101.00 |
| Jessica Basil | Of Counsel. Became an Of Counsel in 2013. Member of NY Bar since 2000. | $855.00 | 9.4 | $8,037.00 |
| Ashley E. Johnson | Of Counsel. Became an Of Counsel in 2014. Member of NC Bar since 2007, and TX Bar since 2009. | $715.00 | 0.3 | $214.50 |
| Matthew G. Bouslog | Associate. Joined firm as an associate in 2012. Member of CA Bar since 2011. | $675.00 | 10.1 | $6,817.50 |
| Michael Q. Cannon | Associate. Joined firm as an Associate in 2014. Member of TX Bar since 2012. | $650.00 | 10.7 | $6,955.00 |

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Russell H. Falconer | Associate. Joined firm as an Associate in 2011. Member of TX Bar since 2009. | $650.00 | 2.6 | $1,690.00 |
| Timothy P. Fisher | Associate. Joined firm as an associate in 2013. Member of TX Bar since 2013. | $535.00 | 18.8 | $10,058.00 |
| Robert Nichols | Associate. Joined firm as an Associate in 2015. Member of CA Bar since 2012, and DC Bar since 2014. | $650.00 | 0.9 | $585.00 |
| Elizabeth M. Viney | Associate. Joined firm as an Associate in 2012. Member of TX Bar since 2011, and LA Bar since 2011. | $565.00 | 0.4 | $226.00 |
| Jonathan M. Whalen | Associate. Joined firm as an Associate in 2009. Member of TX Bar since 2009. | $675.00 | 6.8 | $4,590.00 |
| Duke K. Amponsah | Paralegal. Joined firm as a Paralegal in 2012. | $410.00 | 44.9 | $18,409.00 |
| **TOTAL** | | | 136.8 | $89,503.50 |
| **Blended Rate** | | $654.27 | | |