**<ins>EXHIBIT C</ins>**

**Summary of Actual and Necessary Expenses for the Fee Period**

**EXPENSE SUMMARY**
**MAY 1, 2016 THROUGH MAY 31, 2016**

**Applicable to TCEH Debtors**

| Expenses Category | Total Expenses |
|---|---|
| Filing Fees | $1,650.00 |
| In House Duplication | $56.90 |
| Messenger and Courier Expense | $18.65 |
| **Total:** | **$1,725.55** |

**TOTAL EXPENSES:**                                        **$1,725.55**