# **EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

| Invoice Number | Matter Name | Date | Name Of Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 2016062421 | TCEH | 2016419 | Ho, Sue Wei | Messenger And Courier Expense | 0 | 0 | $18.65 | Federal Express Corporation Invoice#: FEDX-20160422 DATE: 4/22/2016 Ship Date 04/19/2016 |
| 2016062421 | TCEH | 2016504 | Hopkins, Louie S. | Filing Fees | 0 | 0 | $825.00 | Vendor: Capitol Services, Inc. Invoice#: 3068589 Date: 5/4/2016 Acct#3155/Filing Fees/La Frontera Holdings, LLC - Delaware Corrected Certificate of Merger filing |
| 2016062421 | TCEH | 2016504 | Hopkins, Louie S. | Filing Fees | 0 | 0 | $825.00 | Vendor: Capitol Services, Inc. Invoice#: 3068597 Date: 5/4/2016 Acct#3155/Filing Fees/FPLE Forney Pipeline, LLC; Delaware Certificate of Amendment filing |
| 2016062421 | TCEH | 2016518 | Paden, Kevin N. | In House Duplication | $0.10 | 46 | $4.60 | In House Duplication Charge via Equitrac |
| 2016062421 | TCEH | 2016518 | Paden, Kevin N. | In House Duplication | $0.10 | 16 | $1.60 | In House Duplication Charge via Equitrac |
| 2016062421 | TCEH | 2016519 | Paden, Kevin N. | In House Duplication | $0.10 | 10 | $1.00 | In House Duplication Charge via Equitrac |
| 2016062421 | TCEH | 2016519 | Paden, Kevin N. | In House Duplication | $0.10 | 15 | $1.50 | In House Duplication Charge via Equitrac |
| 2016062421 | TCEH | 2016518 | Paden, Kevin N. | In House Duplication | $0.10 | 9 | $0.90 | In House Duplication Charge via Equitrac |
| 2016062421 | TCEH | 2016518 | Sirls, Derrick D. | In House Duplication | $0.10 | 7 | $0.70 | In House Duplication Charge via Equitrac |
| 2016062421 | TCEH | 2016518 | Sirls, Derrick D. | In House Duplication | $0.10 | 12 | $1.20 | In House Duplication Charge via Equitrac |
| 2016062421 | TCEH | 2016518 | Sirls, | In House | $0.10 | 14 | $1.40 | In House |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Derrick D. | Duplication | | | | Duplication Charge via Equitrac |
| 2016062421 | TCEH | 2016518 | Paden, Kevin N. | In House Duplication | $0.10 | 6 | $0.60 | In House Duplication Charge via Equitrac |
| 2016062421 | TCEH | 2016518 | Paden, Kevin N. | In House Duplication | $0.10 | 6 | $0.60 | In House Duplication Charge via Equitrac |
| 2016062421 | TCEH | 2016518 | Paden, Kevin N. | In House Duplication | $0.10 | 11 | $1.10 | In House Duplication Charge via Equitrac |
| 2016062421 | TCEH | 2016518 | Sirls, Derrick D. | In House Duplication | $0.10 | 4 | $0.40 | In House Duplication Charge via Equitrac |
| 2016062421 | TCEH | 2016518 | Sirls, Derrick D. | In House Duplication | $0.10 | 6 | $0.60 | In House Duplication Charge via Equitrac |
| 2016062421 | TCEH | 2016518 | Sirls, Derrick D. | In House Duplication | $0.10 | 6 | $0.60 | In House Duplication Charge via Equitrac |
| 2016062421 | TCEH | 2016518 | Sirls, Derrick D. | In House Duplication | $0.10 | 10 | $1.00 | In House Duplication Charge via Equitrac |
| 2016062421 | TCEH | 2016518 | Paden, Kevin N. | In House Duplication | $0.10 | 11 | $1.10 | In House Duplication Charge via Equitrac |
| 2016062421 | TCEH | 2016518 | Paden, Kevin N. | In House Duplication | $0.10 | 8 | $0.80 | In House Duplication Charge via Equitrac |
| 2016062421 | TCEH | 2016518 | Sirls, Derrick D. | In House Duplication | $0.10 | 9 | $0.90 | In House Duplication Charge via Equitrac |
| 2016062421 | TCEH | 2016518 | Paden, Kevin N. | In House Duplication | $0.10 | 7 | $0.70 | In House Duplication Charge via Equitrac |
| 2016062421 | TCEH | 2016518 | Paden, Kevin N. | In House Duplication | $0.10 | 6 | $0.60 | In House Duplication Charge via Equitrac |
| 2016062421 | TCEH | 2016518 | Paden, Kevin N. | In House Duplication | $0.10 | 5 | $0.50 | In House Duplication Charge via Equitrac |
| 2016062421 | TCEH | 2016518 | Paden, Kevin N. | In House Duplication | $0.10 | 9 | $0.90 | In House Duplication Charge via Equitrac |
| 2016062421 | TCEH | 2016518 | Paden, Kevin N. | In House Duplication | $0.10 | 1 | $0.10 | In House Duplication Charge via Equitrac |
| 2016062421 | TCEH | 2016518 | Paden, Kevin N. | In House Duplication | $0.10 | 1 | $0.10 | In House Duplication Charge via Equitrac |
| 2016062421 | TCEH | 2016518 | Paden, Kevin N. | In House Duplication | $0.10 | 4 | $0.40 | In House Duplication Charge via Equitrac |
| 2016062421 | TCEH | 2016518 | Sirls, Derrick D. | In House Duplication | $0.10 | 8 | $0.80 | In House Duplication Charge |

RLF1 14669568v.1

| | | | | | | | | via Equitrac |
|---|---|---|---|---|---|---|---|---|
| 2016062421 | TCEH | 2016518 | Sirls, Derrick D. | In House Duplication | $0.10 | 6 | $0.60 | In House Duplication Charge via Equitrac |
| 2016062421 | TCEH | 2016518 | Sirls, Derrick D. | In House Duplication | $0.10 | 6 | $0.60 | In House Duplication Charge via Equitrac |
| 2016062421 | TCEH | 2016518 | Sirls, Derrick D. | In House Duplication | $0.10 | 5 | $0.50 | In House Duplication Charge via Equitrac |
| 2016062421 | TCEH | 2016518 | Paden, Kevin N. | In House Duplication | $0.10 | 6 | $0.60 | In House Duplication Charge via Equitrac |
| 2016062421 | TCEH | 2016518 | Paden, Kevin N. | In House Duplication | $0.10 | 9 | $0.90 | In House Duplication Charge via Equitrac |
| 2016062421 | TCEH | 2016518 | Sirls, Derrick D. | In House Duplication | $0.10 | 7 | $0.70 | In House Duplication Charge via Equitrac |
| 2016062421 | TCEH | 2016518 | Sirls, Derrick D. | In House Duplication | $0.10 | 7 | $0.70 | In House Duplication Charge via Equitrac |
| 2016062421 | TCEH | 2016518 | Sirls, Derrick D. | In House Duplication | $0.10 | 7 | $0.70 | In House Duplication Charge via Equitrac |
| 2016062421 | TCEH | 2016518 | Paden, Kevin N. | In House Duplication | $0.10 | 10 | $1.00 | In House Duplication Charge via Equitrac |
| 2016062421 | TCEH | 2016518 | Paden, Kevin N. | In House Duplication | $0.10 | 2 | $0.20 | In House Duplication Charge via Equitrac |
| 2016062421 | TCEH | 2016518 | Paden, Kevin N. | In House Duplication | $0.10 | 1 | $0.10 | In House Duplication Charge via Equitrac |
| 2016062421 | TCEH | 2016519 | Paden, Kevin N. | In House Duplication | $0.10 | 22 | $2.20 | In House Duplication Charge via Equitrac |
| 2016062421 | TCEH | 2016519 | Paden, Kevin N. | In House Duplication | $0.10 | 28 | $2.80 | In House Duplication Charge via Equitrac |
| 2016062421 | TCEH | 2016519 | Paden, Kevin N. | In House Duplication | $0.10 | 10 | $1.00 | In House Duplication Charge via Equitrac |
| 2016062421 | TCEH | 2016519 | Paden, Kevin N. | In House Duplication | $0.10 | 23 | $2.30 | In House Duplication Charge via Equitrac |
| 2016062421 | TCEH | 2016519 | Paden, Kevin N. | In House Duplication | $0.10 | 4 | $0.40 | In House Duplication Charge via Equitrac |
| 2016062421 | TCEH | 2016519 | Paden, Kevin N. | In House Duplication | $0.10 | 44 | $4.40 | In House Duplication Charge via Equitrac |
| 2016062421 | TCEH | 2016519 | Paden, Kevin N. | In House Duplication | $0.10 | 50 | $5.00 | In House Duplication Charge via Equitrac |

RLF1 14669568v.1

4

| 2016062421 | TCEH | 2016520 | Paden, Kevin N. | In House Duplication | $0.10 | 23 | $2.30 | In House Duplication Charge via Equitrac |
|---|---|---|---|---|---|---|---|---|
| 2016062421 | TCEH | 2016518 | Paden, Kevin N. | In House Duplication | $0.10 | 2 | $0.20 | In House Duplication Charge via Equitrac |
| 2016062421 | TCEH | 2016518 | Paden, Kevin N. | In House Duplication | $0.10 | 1 | $0.10 | In House Duplication Charge via Equitrac |
| 2016062421 | TCEH | 2016519 | Paden, Kevin N. | In House Duplication | $0.10 | 4 | $0.40 | In House Duplication Charge via Equitrac |
| 2016062421 | TCEH | 2016519 | Paden, Kevin N. | In House Duplication | $0.10 | 6 | $0.60 | In House Duplication Charge via Equitrac |
| 2016062421 | TCEH | 2016519 | Paden, Kevin N. | In House Duplication | $0.10 | 6 | $0.60 | In House Duplication Charge via Equitrac |
| 2016062421 | TCEH | 2016519 | Paden, Kevin N. | In House Duplication | $0.10 | 12 | $1.20 | In House Duplication Charge via Equitrac |
| 2016062421 | TCEH | 2016519 | Paden, Kevin N. | In House Duplication | $0.10 | 20 | $2.00 | In House Duplication Charge via Equitrac |
| 2016062421 | TCEH | 2016519 | Paden, Kevin N. | In House Duplication | $0.10 | 1 | $0.10 | In House Duplication Charge via Equitrac |