# **EXHIBIT A**

**Professional Fees and Expenses**
**Monthly Fee Statement**

| Applicant | Fee Statement Period, Filing Date, & Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| Stevens & Lee, P.C. 919 N. Market St. Suite 1300 Wilmington, DE 19801 | Seventeenth Monthly Fee Statement 04/01/2016 through 04/30/2016 D.I. 8546 | $4,937.50 | $84.95 | 06/15/2016 | $3,950.00 | $84.95 | $987.50 |

SL1 1420949v1 109285.00006