IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 14-10979 (CSS)<br>)<br>) (Jointly Administered)<br>)<br>) **Re: D.I. 855, 1771, 2083, 2704, 2916, 3380, 3857,<br>      4210, 4958, 5248, 5922, 5923, 6097** |

### CERTIFICATION OF COUNSEL CONCERNING STIPULATION AND CONSENT ORDER AMENDING CERTAIN TERMS OF THE FINAL CASH COLLATERAL ORDER

The undersigned hereby certifies as follows:

1. On June 6, 2014, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered the *Final Order (A) Authorizing Use of Cash Collateral for Texas Competitive Electric Holdings Company LLC and Certain of its Debtor Affiliates, (B) Granting Adequate Protection, and (C) Modifying the Automatic Stay* [D.I. 855] (the "Final Cash Collateral Order").

2. On August 10, 2015, the Debtors filed the *Motion of Energy Future Holdings Corp., et. al., to Authorize the Debtors to Enter into and Perform Under the Plan Support Agreement* [D.I. 5248], pursuant to which the Debtors sought entry of an order approving and authorizing the Debtors to enter into and perform under the executed Plan Support Agreement attached as an exhibit thereto (the "PSA").

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

1

3. On September 18, 2015, the Bankruptcy Court entered its *Order Authorizing Debtors to Enter Into and Perform Under Plan Support Agreement* [D.I. 6097], pursuant to which the Bankruptcy Court authorized the Debtors to enter into, and perform under, the PSA.

4. Among other things, section 10(k) of the PSA provides that the Parties[2] shall seek, as soon as reasonably practicable after the Agreement Effective Date, to extend the TCEH Debtors' use of Cash Collateral on the terms set forth in the Final Cash Collateral Order. In that regard, and to further implement the PSA, on September 10, 2015, the Debtors submitted that certain *Stipulation and Consent Order Amending Certain Terms of the Final Cash Collateral Order* (the "Cash Collateral Stipulation and Order") to the Bankruptcy Court for entry and approval under a certification of counsel [D.I. 5918]. On September 11, 2015, the Bankruptcy Court entered and approved the Cash Collateral Stipulation and Order [D.I. 5923].

5. Following entry of the Cash Collateral Stipulation and Order, the Plan Support Termination Date occurred on May 1, 2016. As a result of the occurrence of the Plan Support Termination Date, under the terms of the Cash Collateral Stipulation and Order, the TCEH Debtors' use of Cash Collateral is currently set to expire on June 30, 2016. Consequently, the Debtors have, subject to Bankruptcy Court approval, entered into that certain *Stipulation and Consent Order Amending Certain Terms of the Final Cash Collateral Order*, dated June 21, 2016 (the "Further Cash Collateral Stipulation and Order"). A copy of the Further Cash Collateral Stipulation and Order is attached hereto as Exhibit A. Among other things, the Further Cash Collateral Stipulation and Order extends the TCEH Debtors' use of Cash Collateral from June 30, 2016 through and including September 30, 2016. The Further Cash Collateral

---

[2] Capitalized terms used, but not otherwise defined, herein shall have the meanings ascribed to such terms in the PSA.

Stipulation and Order has been circulated to, is acceptable to, and has been signed by the TCEH Debtors, the First Lien Collateral Agent, the First Lien Administrative Agent, the First Lien Notes Trustee, and the TCEH First Lien Ad Hoc Committee.

WHEREFORE, the TCEH Debtors respectfully request that the Bankruptcy Court enter the Further Cash Collateral Stipulation and Order, substantially in the form attached hereto as Exhibit A, at its earliest convenience.

[*Remainder of page intentionally left blank.*]

Dated: June 21, 2016
    Wilmington, Delaware    */s/ Jason M. Madron*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
    defranceschi@rlf.com
    madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    edward.sassower@kirkland.com
    stephen.hessler@kirkland.com
    brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    james.sprayregen@kirkland.com
    marc.kieselstein@kirkland.com
    chad.husnick@kirkland.com
    steven.serajeddini@kirkland.com

*Co-Counsel to the TCEH Debtors*