# EXHIBIT A

## Statement of Fees and Expenses By Subject Matter

| Matter Number | Matter Description | Total Hours Billed | Total Fees Requested |
|---|---|---|---|
| 13 | CAO Financial Reporting Support | 112.0 | $ 24,640.00 |
| 26 | OneSource Indirect Tax | 1.0 | $ 595.00 |
| 28 | Tax Accounting Support (Current Quarter) | 20.1 | $ 11,557.50 |
| 30 | Earnings and Profit Study | 123.4 | $ 66,488.50 |
| 32 | Tax Accounting Support (Restructuring) | 11.9 | $ 6,670.00 |
| 33 | Fresh Start | 241.7 | $ 83,308.00 |
| 34 | 2015 Bankruptcy Cost Analysis | 168.6 | $ 72,100.00 |
| 35 | Fee Statement and Fee Application Preparation | 49.7 | $ 14,483.00 |
| 36 | Retention Services | 2.9 | $ 885.80 |
| 37 | Allegro Implementation Internal Audit | 8.5 | $ 2,482.50 |
| 38 | 2015 Repairs and Maintenance | 31.0 | $ 16,260.00 |
| 39 | 2016 IT Compliance Support | 153.0 | $ 29,691.00 |
| 40 | Tax Consulting Services | 69.5 | $ 55,471.50 |
| 41 | IA - Identity Access Management | 125.5 | $ 25,446.50 |
| | **Total** | **1,118.8** | **$ 410,079.30**[1] |

| Service Description | Service Provider | Amount |
|---|---|---|
| Airfare | N/A | $ 4,261.22 |
| Lodging | N/A | $ 4,233.39 |
| Travel Meals | N/A | $ 458.24 |
| Ground Transportation | N/A | $ 1,829.90 |
| Miscellaneous | N/A | $ - |
| **Total** | | **$ 10,782.75** |

---

[1] KPMG bills for services at discounted billing rates as specified in the Retention Application dated May 29, 2014. During the Fee Period, KPMG's standard rates for services rendered totaled $750,501.00. KPMG's services at the agreed upon discounted rates result in a voluntary discount of fees in the amount of $342,941.70 thus benefitting the Chapter 11 estate by same amount.