**EXHIBIT B**
**Professionals' Information**
The KPMG professionals who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position & Department | | Total Billed Hours | Hourly Billing Rate | | Total Compensation |
|---|---|---|---|---|---|---|
| Lyons, Stacy L | Partner - Tax | | 1.7 | $ 845 | ** | $ 1,436.50 |
| Wheat, David | Partner - Tax | | 50.2 | $ 845 | | $ 42,419.00 |
| Johnson, Brent | Partner - Tax | | 8.8 | $ 805 | | $ 7,084.00 |
| Li, Paul | Principal - Tax | | 2.0 | $ 720 | | $ 1,440.00 |
| Nesta, Michael G | Partner - Advisory | * | 3.8 | $ 610 | | $ 2,318.00 |
| Crockett, Clifford M | Partner - Tax | | 4.7 | $ 575 | ** | $ 2,702.50 |
| Lyons, Stacy L | Partner - Tax | | 25.0 | $ 575 | ** | $ 14,375.00 |
| Bradford, Steven | Partner - Advisory | | 1.5 | $ 325 | | $ 487.50 |
| Chilakapati, Molly | Managing Director - Advisory | | 0.7 | $ 610 | | $ 427.00 |
| Cargile, David | Managing Director - Advisory | | 3.2 | $ 325 | | $ 1,040.00 |
| Calloway, Robert | Senior Manager - Tax | | 8.5 | $ 700 | | $ 5,950.00 |
| Homen, Greg | Senior Manager- Tax | | 4.0 | $ 660 | | $ 2,640.00 |
| Miller, Ryan | Senior Manager - Tax | | 17.6 | $ 660 | | $ 11,616.00 |
| Mojto, Pavol | Senior Manager- Tax | | 4.0 | $ 660 | | $ 2,640.00 |
| Plantes, James | Senior Manager- Tax | | 3.0 | $ 660 | | $ 1,980.00 |
| Meredith, Kyle | Senior Manager - Tax | | 1.0 | $ 595 | | $ 595.00 |
| Booe, Amanda | Senior Manager- Tax | | 2.3 | $ 500 | | $ 1,150.00 |
| Lancy, Bradley | Director - Advisory | | 114.5 | $ 500 | | $ 57,250.00 |
| Seeman, Nick | Director - Advisory | | 6.2 | $ 290 | | $ 1,798.00 |
| Gram, Mark | Director - Advisory | | 5.0 | $ 285 | | $ 1,425.00 |
| Guyre, Jason | Director - Advisory | | 2.0 | $ 285 | | $ 570.00 |
| Plangman, Monica | Associate Director - Bankruptcy | | 5.0 | $ 325 | | $ 1,625.00 |
| Laukhuff, Brittny | Manager - Tax | | 22.8 | $ 560 | ** | $ 12,768.00 |
| Laukhuff, Brittny | Manager - Tax | | 47.9 | $ 545 | ** | $ 26,105.50 |
| Wigmore, Andrew | Manager - Tax | * | 25.2 | $ 545 | | $ 13,734.00 |
| Sampson, Clay | Senior Associate - Tax | | 3.4 | $ 420 | | $ 1,428.00 |
| Campbell, Celeste | Manager - Bankruptcy | | 43.4 | $ 298 | | $ 12,933.20 |
| Harper, Michael C | Manager - Advisory | | 3.3 | $ 250 | | $ 825.00 |
| Myrick, Cristina | Manager - Advisory | | 33.0 | $ 250 | | $ 8,250.00 |
| Payne, Lani | Senior Associate - Tax | | 25.0 | $ 455 | ** | $ 11,375.00 |
| Miron, Alex | Senior Associate - Tax | | 12.0 | $ 420 | | $ 5,040.00 |
| Moss, Jonathan | Senior Associate - Tax | | 6.0 | $ 420 | | $ 2,520.00 |
| Payne, Lani | Senior Associate - Tax | | 57.0 | $ 420 | ** | $ 23,940.00 |
| Wyatt, Darrin | Senior Associate - Tax | | 73.5 | $ 420 | | $ 30,870.00 |
| Jeffcott, David | Senior Associate - Advisory | | 112.0 | $ 220 | | $ 24,640.00 |
| Crain, Mariela | Senior Associate - Advisory | | 47.0 | $ 190 | | $ 8,930.00 |
| Hugghins, Hillary | Senior Associate - Advisory | | 1.8 | $ 190 | | $ 342.00 |
| Mullapudi, Sushma | Senior Associate - Advisory | | 52.5 | $ 190 | | $ 9,975.00 |
| Ravishanker, Venkatesh | Senior Associate - Advisory | | 116.0 | $ 190 | | $ 22,040.00 |
| Benage, Meredith | Associate - Tax | | 8.0 | $ 280 | | $ 2,240.00 |
| Benage, Meredith Levine | Associate - Tax | | 11.9 | $ 260 | | $ 3,094.00 |
| Garza, Juanita | Associate - Bankruptcy | | 4.2 | $ 193 | | $ 810.60 |

## EXHIBIT B

### (Continued)

| Professional Person | Position & Department | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|
| Fritsche, Philip | Associate - Advisory | 6.0 | $ 190 | $ 1,140.00 |
| Kapsner, Paul | Associate - Advisory | 116.7 | $ 190 | $ 22,173.00 |
| Puntham-Baker, Jay | Associate - Advisory | 15.5 | $ 125 | $ 1,937.50 |
| **Total Hours and Fees** | | **1,118.8** | | **$ 410,079.30** |

\* Promoted effective 10/1/15
\*\* Rates differ due to services provided under multiple Statements of Work