# EXHIBIT C

## Summary of Actual and Necessary Expenses for the Fee Period

### ALL - Expense Summary

| Service Description | Service Provider | Amount |
|---|---|---|
| Airfare | N/A | $ 4,261.22 |
| Lodging | N/A | $ 4,233.39 |
| Travel Meals | N/A | $ 458.24 |
| Ground Transportation | N/A | $ 1,829.90 |
| Miscellaneous | N/A | $ - |
| **Total** | | **$ 10,782.75** |

### EFH - Expense Summary

| Service Description | Service Provider | Amount |
|---|---|---|
| Airfare | N/A | $ 4,261.22 |
| Lodging | N/A | $ 4,233.39 |
| Travel Meals | N/A | $ 458.24 |
| Ground Transportation | N/A | $ 1,829.90 |
| Miscellaneous | N/A | $ - |
| **Total** | | **$ 10,782.75** |