**EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

**KPMG LLP**
**EFH Expense Detail**
**April 1, 2016 through April 30, 2016**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 044465668 | Fresh Start | 20160401 | Lancy, Bradley | air | | | $ 651.90 | Roundtrip coach class airfare from Chicago, IL to Dallas, TX. Departure Date:3/28/16 Return Date:4/1/16. Business Purpose: To travel to client, Energy Future Holdings (EFH). |
| 044465668 | CAO Financial Reporting Support | 20160403 | Jeffcott, David | air | | | $ 425.80 | Roundtrip Economy Airfare from Hobby Airport on 4/3/16 to Love airport while performing work for EFH Corporate Accounting project. |
| 044465668 | Fresh Start | 20160405 | Lancy, Bradley | air | | | $ 389.93 | Roundtrip coach class airfare from Chicago, IL to Dallas, TX. Departure Date:4/5/16 Return Date:4/8/16. Business Purpose: To travel to client, Energy Future Holdings (EFH). |
| 044465668 | Earnings and Profit Study | 20160411 | Laukhuff, Brittny | air | | | $ 299.70 | Round trip coach air fare from Layfayette, LA, to Dallas, TX  04/12/2016 To Date: 04/12/2016 to attend EFH meeting on 4/12. |
| 044465668 | Earnings and Profit Study | 20160411 | Johnson, Brent | air | | | $ 378.24 | Round trip coach air fare from Atlanta, GA to Dallas, TX  04/11/2016 To Date:04/12/2016 to attend EFH meeting on 4/12. |
| 044465668 | Earnings and Profit Study | 20160412 | Calloway, Robert | air | | | $ 704.97 | Round trip coach air fare from Atlanta, GA to Dallas, TX  04/12/2016 To Date: 04/12/2016 to attend EFH meeting on 4/12. |
| 044465668 | Fresh Start | 20160412 | Lancy, Bradley | air | | | $ 207.96 | Roundtrip coach class airfare from Chicago, IL to Dallas, TX. Departure Date:4/12/16 Return Date:4/15/16. Business Purpose: To travel to client, Energy Future Holdings (EFH). |
| 044465668 | CAO Financial Reporting Support | 20160417 | Jeffcott, David | air | | | $ 425.80 | Roundtrip Economy Airfare from Hobby Airport on 4/17/16 to Love airport while performing work for EFH Corporate Accounting project. |
| 044465668 | Fresh Start | 20160418 | Lancy, Bradley | air | | | $ 324.96 | Roundtrip coach class airfare from Chicago, IL to Dallas, TX. Departure Date:4/18/16 Return Date:4/20/16. Business Purpose: To travel to client, Energy Future Holdings (EFH). |
| 044465668 | Allegro Implementation Internal Audit | 20160428 | Guyre, Jason | air | | | $ 451.96 | Round trip coach air fare from Houston Texas to Dallas Texas:  Date: 04/26/2016 To Date: 04/26/2016 |
| | | | | **Total Air** | | | **$ 4,261.22** | |

**KPMG LLP**
**EFH Expense Detail**
**April 1, 2016 through April 30, 2016**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 044465668 | Fresh Start | 20160401 | Lancy, Bradley | lodging | | | $ 820.64 | Hotel fees incurred in Dallas, TX for 4 nights (3/28-4/1) while performing work for Energy Future Holdings. |
| 044465668 | Fresh Start | 20160405 | Lancy, Bradley | lodging | | | $ 570.54 | Hotel fees incurred in Dallas, TX for 3 nights (4/5-4/8) while performing work for Energy Future Holdings. |
| 044465668 | CAO Financial Reporting Support | 20160407 | Jeffcott, David | lodging | | | $ 828.65 | Dallas Hotel for EFH 4/03/16 - 4/07/16. |
| 044465668 | Earnings and Profit Study | 20160412 | Johnson, Brent | lodging | | | $ 205.16 | Hotel fees incurred in Dallas, TX for 1 night (4/11-4/12) for EFH meeting |
| 044465668 | Fresh Start | 20160412 | Lancy, Bradley | lodging | | | $ 615.48 | Hotel fees incurred in Dallas, TX for 3 nights (4/12-4/15) while performing work for Energy Future Holdings. |
| 044465668 | Fresh Start | 20160418 | Lancy, Bradley | lodging | | | $ 410.32 | Hotel fees incurred in Dallas, TX for 2 nights (4/18-4/20) while performing work for Energy Future Holdings. |
| 044465668 | CAO Financial Reporting Support | 20160420 | Jeffcott, David | lodging | | | $ 615.48 | Dallas Hotel for EFH 4/17/16 - 4/20/16. |
| 044465668 | Allegro Implementation Internal Audit | 20160422 | Gram, Mark | lodging | | | $ 167.12 | Lodging in Dallas for EFH meetings - 1 night |
| | | | **Total Lodging** | | | | **$ 4,233.39** | |

**KPMG LLP**
**EFH Expense Detail**
**April 1, 2016 through April 30, 2016**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 044465668 | Fresh Start | 20160401 | Lancy, Bradley | Travel meals | | | $ 8.75 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 044465668 | CAO Financial Reporting Support | 20160404 | Jeffcott, David | Travel meals | | | $ 14.63 | Out of town dinner at Beyond the Box while working on EFH Corporate Accounting Project. |
| 044465668 | CAO Financial Reporting Support | 20160405 | Jeffcott, David | Travel meals | | | $ 14.63 | Out of town dinner at Beyond the Box while working on EFH Corporate Accounting Project. |
| 044465668 | Fresh Start | 20160405 | Lancy, Bradley | Travel meals | | | $ 7.50 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 044465668 | Fresh Start | 20160405 | Lancy, Bradley | Travel meals | | | $ 8.88 | Out of town dinner. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 044465668 | Fresh Start | 20160406 | Lancy, Bradley | Travel meals | | | $ 7.50 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 044465668 | Fresh Start | 20160406 | Lancy, Bradley | Travel meals | | | $ 10.23 | Out of town dinner. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 044465668 | CAO Financial Reporting Support | 20160407 | Jeffcott, David | Travel meals | | | $ 23.22 | Lunch at Wild Salsa while working on EFH Corporate Accounting Project. |
| 044465668 | Fresh Start | 20160407 | Lancy, Bradley | Travel meals | | | $ 8.87 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 044465668 | Allegro Implementation Internal Audit | 20160407 | Gram, Mark | Travel meals | | | $ 23.00 | Out of town meal for self, Dallas, Texas |
| 044465668 | Fresh Start | 20160408 | Lancy, Bradley | Travel meals | | | $ 10.79 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 044465668 | Fresh Start | 20160412 | Lancy, Bradley | Travel meals | | | $ 7.50 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 044465668 | Fresh Start | 20160412 | Lancy, Bradley | Travel meals | | | $ 40.00 | Out of town dinner. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 044465668 | Fresh Start | 20160413 | Lancy, Bradley | Travel meals | | | $ 8.66 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 044465668 | Fresh Start | 20160414 | Lancy, Bradley | Travel meals | | | $ 8.87 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 044465668 | Fresh Start | 20160414 | Lancy, Bradley | Travel meals | | | $ 10.23 | Out of town dinner. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 044465668 | Allegro Implementation Internal Audit | 20160414 | Gram, Mark | Travel meals | | | $ 21.00 | Out of town lunch for self while traveling for EFH meetings |
| 044465668 | Fresh Start | 20160415 | Lancy, Bradley | Travel meals | | | $ 7.78 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 044465668 | CAO Financial Reporting Support | 20160418 | Jeffcott, David | Travel meals | | | $ 14.63 | Out of town dinner at Beyond the Box while working on EFH Corporate Accounting Project. |
| 044465668 | Fresh Start | 20160418 | Lancy, Bradley | Travel meals | | | $ 8.75 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 044465668 | Fresh Start | 20160418 | Lancy, Bradley | Travel meals | | | $ 15.34 | Out of town dinner. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 044465668 | Fresh Start | 20160419 | Lancy, Bradley | Travel meals | | | $ 10.39 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |

**KPMG LLP**
**EFH Expense Detail**
**April 1, 2016 through April 30, 2016**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 044465668 | Fresh Start | 20160419 | Lancy, Bradley | Travel meals | | | $ 35.32 | Out of town dinner. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 044465668 | CAO Financial Reporting Support | 20160420 | Jeffcott, David | Travel meals | | | $ 27.89 | Lunch at Wild Salsa while performing work on EFH Corporate Accounting Project. |
| 044465668 | Fresh Start | 20160420 | Lancy, Bradley | Travel meals | | | $ 12.10 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 044465668 | Fresh Start | 20160420 | Lancy, Bradley | Travel meals | | | $ 7.78 | Out of town dinner. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 044465668 | Allegro Implementation Internal Audit | 20160421 | Gram, Mark | Travel meals | | | $ 40.00 | Out of town dinner for self, Dallas, Texas |
| 044465668 | Allegro Implementation Internal Audit | 20160421 | Gram, Mark | Travel meals | | | $ 22.75 | Out of town lunch for self, Dallas, Texas |
| 044465668 | Allegro Implementation Internal Audit | 20160422 | Gram, Mark | Travel meals | | | $ 21.25 | Out of town meal for self, Dallas, Texas |
| | | | **Total Travel Meals** | | | | **$ 458.24** | |

**KPMG LLP**
**EFH Expense Detail**
**April 1, 2016 through April 30, 2016**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 044465668 | Fresh Start | 20160401 | Lancy, Bradley | ground | | | $ 31.25 | Taxi - ground transportation from client offices to airport in Dallas, TX related to Energy Future Holdings work travel. |
| 044465668 | Fresh Start | 20160401 | Lancy, Bradley | ground | | | $ 40.20 | Taxi - ground transportation from airport to home in Chicago, IL related to Energy Future Holdings work travel. |
| 044465668 | CAO Financial Reporting Support | 20160403 | Jeffcott, David | ground | | | $ 75.00 | Taxi from Home to Hobby Airport. |
| 044465668 | CAO Financial Reporting Support | 20160403 | Jeffcott, David | ground | | | $ 40.00 | Taxi from Love Airport to Marriott. |
| 044465668 | Fresh Start | 20160405 | Lancy, Bradley | ground | | | $ 23.05 | Taxi - ground transportation from home to airport in Chicago, IL related to Energy Future Holdings work travel. |
| 044465668 | Fresh Start | 20160405 | Lancy, Bradley | ground | | | $ 31.25 | Taxi - ground transportation from airport to hotel in Dallas, TX related to Energy Future Holdings work travel. |
| 044465668 | CAO Financial Reporting Support | 20160407 | Jeffcott, David | ground | | | $ 40.00 | Taxi from EFH to Dallas Love Airport. |
| 044465668 | CAO Financial Reporting Support | 20160407 | Jeffcott, David | ground | | | $ 75.00 | Taxi from Houston Hobby Airport to Home. |
| 044465668 | Allegro Implementation Internal Audit | 20160407 | Gram, Mark | ground | | | $ 236.52 | Roundtrip mileage from 38 N Beech Springs Cir, The Woodlands TX to 1601 Bryan, Dallas TX (438 miles) |
| 044465668 | Allegro Implementation Internal Audit | 20160407 | Gram, Mark | ground | | | $ 15.00 | Parking at EFH Energy Plaza building |
| 044465668 | Fresh Start | 20160408 | Lancy, Bradley | ground | | | $ 31.25 | Taxi - ground transportation from client offices to airport in Dallas, TX related to Energy Future Holdings work travel. |
| 044465668 | Fresh Start | 20160408 | Lancy, Bradley | ground | | | $ 40.20 | Taxi - ground transportation from airport to home in Chicago, IL related to Energy Future Holdings work travel. |
| 044465668 | Fresh Start | 20160412 | Lancy, Bradley | ground | | | $ 23.36 | Taxi - ground transportation from home to airport in Chicago, IL related to Energy Future Holdings work travel. |
| 044465668 | Fresh Start | 20160412 | Lancy, Bradley | ground | | | $ 31.25 | Taxi - ground transportation from airport to hotel in Dallas, TX related to Energy Future Holdings work travel. |
| 044465668 | Allegro Implementation Internal Audit | 20160414 | Gram, Mark | ground | | | $ 15.00 | Parking at EFH Energy Plaza building |
| 044465668 | Allegro Implementation Internal Audit | 20160414 | Gram, Mark | ground | | | $ 236.52 | Roundtrip mileage from 38 N Beech Springs Cir, The Woodlands TX to 1601 Bryan, Dallas TX (438 miles) |
| 044465668 | Fresh Start | 20160415 | Lancy, Bradley | ground | | | $ 31.50 | Taxi - ground transportation from client offices to airport in Dallas, TX related to Energy Future Holdings work travel. |
| 044465668 | Fresh Start | 20160415 | Lancy, Bradley | ground | | | $ 45.00 | Taxi - ground transportation from airport to home in Chicago, IL related to Energy Future Holdings work travel. |
| 044465668 | CAO Financial Reporting Support | 20160417 | Jeffcott, David | ground | | | $ 75.00 | Taxi from Home to Hobby Airport. |
| 044465668 | CAO Financial Reporting Support | 20160417 | Jeffcott, David | ground | | | $ 40.00 | Taxi from Love Airport to Marriott. |
| 044465668 | Fresh Start | 20160418 | Lancy, Bradley | ground | | | $ 24.05 | Taxi - ground transportation from home to airport in Chicago, IL related to Energy Future Holdings work travel. |
| 044465668 | Fresh Start | 20160418 | Lancy, Bradley | ground | | | $ 31.50 | Taxi - ground transportation from airport to hotel in Dallas, TX related to Energy Future Holdings work travel. |
| 044465668 | CAO Financial Reporting Support | 20160420 | Jeffcott, David | ground | | | $ 40.00 | Taxi from EFH to Dallas Love Airport. |
| 044465668 | CAO Financial Reporting Support | 20160420 | Jeffcott, David | ground | | | $ 75.00 | Taxi from Houston Hobby Airport to Home. |
| 044465668 | Fresh Start | 20160420 | Lancy, Bradley | ground | | | $ 31.50 | Taxi - ground transportation from client offices to airport in Dallas, TX related to Energy Future Holdings work travel. |
| 044465668 | Fresh Start | 20160420 | Lancy, Bradley | ground | | | $ 44.30 | Taxi - ground transportation from airport to home in Chicago, IL related to Energy Future Holdings work travel. |
| 044465668 | Allegro Implementation Internal Audit | 20160421 | Gram, Mark | ground | | | $ 15.00 | Parking at EFH Energy Plaza building |
| 044465668 | Allegro Implementation Internal Audit | 20160422 | Gram, Mark | ground | | | $ 22.73 | Parking at hotel for two days |
| 044465668 | Allegro Implementation Internal Audit | 20160422 | Gram, Mark | ground | | | $ 236.52 | Roundtrip mileage from home in The Woodlands TX to Dallas TX (438 miles) |
| 044465668 | Allegro Implementation Internal Audit | 20160428 | Guyre, Jason | ground | | | $ 47.51 | Uber from home in Houston, TX to Houston Hobby Airport |
| 044465668 | Allegro Implementation Internal Audit | 20160428 | Guyre, Jason | ground | | | $ 17.20 | Uber from Dallas Love Airport to EFH Office |

**KPMG LLP**
**EFH Expense Detail**
**April 1, 2016 through April 30, 2016**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 044465668 | Allegro Implementation Internal Audit | 20160428 | Guyre, Jason | ground | | | $ 23.08 | Uber from EFH Office to Dallas Love Airport |
| 044465668 | Allegro Implementation Internal Audit | 20160428 | Guyre, Jason | ground | | | $ 45.16 | Uber from Houston Hobby Airport back to home in Houston, TX |
| | | | **Total Ground** | | | | **$ 1,829.90** | |

**KPMG LLP**
**EFH Expense Detail**
**April 1, 2016 through April 30, 2016**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |
| **Total Miscellaneous** |  |  |  |  |  |  | **$      -** |  |