# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re<br><br>ENERGY FUTURE<br>HOLDINGS CORP., *et al.*,<br><br>        *Debtors*. | ) Chapter 11<br>)<br>) Case No. 14-10979 (CSS)<br>)<br>) (Jointly Administered)<br>)<br>) Related to Docket No. 8763<br>) |

## NOTICE OF WITHDRAWAL OF DOCKET NO. 8763

TO: THE CLERK OF THE COURT

      PLEASE TAKE NOTICE that, on June 17, 2016, Delaware Trust Company, as Indenture Trustee and Collateral Trustee, filed a Notice of Appeal in both: (i) the above-captioned bankruptcy case (the "Main Case") [Docket No. 8763; BAP No. 16-33; USDC Case No. 16-cv-460] and (ii) Adversary Proceeding No. 14-50410 (the "Adversary Proceeding") [Adv. Pro. Docket No. 74; BAP No. 16-34; USDC Case No. 16-cv-461].

      PLEASE TAKE FURTHER NOTICE that, Delaware Trust Company, as Indenture Trustee and Collateral Trustee, hereby withdraws, without prejudice, the Notice of Appeal filed in the Main Case [Docket No. 8763], as duplicative of the Notice of Appeal filed in the Adversary Proceeding.

      PLEASE TAKE FURTHER NOTICE that, this Notice of Withdrawal does not apply to the Notice of Appeal filed in the Adversary Proceeding [Adv. Pro. Docket No. 74; BAP No. 16-34; USDC Case No. 16-cv-461], which shall remain in effect.

[SIGNATURE ON NEXT PAGE]

Dated: June 22, 2016

**COLE SCHOTZ P.C.**

/s/  J. Kate Stickles
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: 302-652-3131
Facsimile:  302-652-3117
npernick@coleschotz.com
kstickles@coleschotz.com

Warren A. Usatine
25 Main Street
P.O. Box 800
Hackensack, NJ 07602
Telephone: 201-489-3000
Facsimile:  201-489-1536
wusatine@coleschotz.com

-and-

**ROPES & GRAY LLP**

Keith H. Wofford
Mark R. Somerstein
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: 212-596-9000
Facsimile:  212-596-9090
Keith.Wofford@ropesgray.com
Mark.Somerstein@ropesgray.com

D. Ross Martin
Andrew G. Devore
Joshua Y. Sturm
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone: 617-951-7000
Facsimile:  617-951-7050
Ross.Martin@ropesgray.com
Andrew.Devore@ropesgray.com
Joshua.Sturm@ropesgray.com

*Counsel for Delaware Trust Company, as Indenture Trustee and Collateral Trustee*