**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

_____
                                                                )  Chapter 11
In re                                                            )
                                                                )  Case No. 14-10979 (CSS)
ENERGY FUTURE                                   )
HOLDINGS CORP., *et al.*,                    )  (Jointly Administered)
                                                                )
            *Debtors*.                                    )
_____)

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 22, 2016, she caused a copy of the **Notice of Withdrawal of Docket No. 8763** to be served on the following counsel for the Defendants via first class mail:

| | | |
|---|---|---|
| Laura Davis Jones, Esquire | Thomas Moers Mayer, Esquire | Stephanie Wickouski, Esquire |
| Robert J. Feinstein, Esquire | Gregory A. Horowitz, Esquire | BRYAN CAVE LLP |
| PACHULSKI STANG | Philip Bentley, Esquire | 1290 Avenue of the Americas |
| ZIEHL & JONES LLP | Joshua K. Brody, Esquire | New York, NY 10104-3300 |
| 919 N. Market Street | KRAMER LEVIN | |
| 17th Floor | NAFTALIS & FRANKEL LLP | |
| P.O. Box 8705 | 1177 Avenue of the Americas | |
| Wilmington, DE 19899-8705 | New York, NY 10036 | |

                                                                            COLE SCHOTZ P.C.

                                                                            */s/  J. Kate Stickles*
                                                                            J. Kate Stickles (No. 2917)
                                                                            500 Delaware Avenue, Suite 1410
                                                                            Wilmington, DE 19801
                                                                            Telephone: 302-652-3131
                                                                            Facsimile:  302-652-3117