# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> ENERGY FUTURE HOLDINGS CORP., et al., <br><br> Debtors. | Chapter 11 <br><br> Case No. 14-10979 (CSS) <br><br> (Jointly Administered) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that I, Kurt F. Gwynne, Esquire, hereby certify that on June 22, 2016, I caused to be served true and correct copies of the following documents:

1. **NOTICE OF DEPOSITION OF THE DEBTORS PURSUANT TO FED. R. CIV. P. 30(b)(6)**;

2. **NOTICE OF DEPOSITION OF HUGH SAWYER IN HIS CAPACITY AS THE DISINTERESTED MANAGER FOR ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY LLC AND TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC AND THEIR DEBTOR SUBSIDIARIES PURSUANT TO FED. R. CIV. P. 30**; and

3 **NOTICE OF DEPOSITION OF THE TCEH UNSECURED AD HOC GROUP PURSUANT TO FED. R. CIV. P. 30(b)(6).**

on the Participating Parties (as defined in the *Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Debtors' Joint Plan of Reorganization and Approval of Debtors' Disclosure Statement* (D.I. 8514)) at the following electronic mail address set up by the Debtors to allow for service on all Participating Parties:

EFH_DS_Discovery_Service_List@kirkland.com

- 2 -

Dated: June 23, 2016  
Wilmington, Delaware

Respectfully submitted,

REED SMITH LLP

*/s/ Kurt F. Gwynne*
Kurt F. Gwynne (Bar No. 3951)  
1201 North Market Street, Suite 1500  
Wilmington, DE 19801  
Telephone: (302) 778-7500  
Facsimile: (302) 778-7575  
E-mail: kgwynne@reedsmith.com

-and-

Sarah K. Kam (*pro hac vice*)  
599 Lexington Avenue  
New York, NY 10022  
Telephone: (212) 549-0284  
Facsimile: (212) 521-5450  
Email: skam@reedsmith.com

Counsel to The Bank of New York Mellon, in its capacity as the PCRB Trustee, and The Bank of New York Mellon Trust Company, N.A., in its capacity as the EFCH 2037 Notes Trustee