## **EXHIBIT A**

## **Statement of Fees by Subject Matter**

| Description | Total Billed Hours | Total Fees |
|---|---|---|
| PROFESSIONAL RETENTIONS | 0.5 | $357.50 |
| FEE APPLICATIONS – OTHERS | 5.9 | $2,177.00 |
| FEE APPLICATIONS – S&L | 4.7 | $1,557.50 |
| HEARINGS | 2.4 | $1,716.00 |
| PLANS OF REORGANIZATION | 5.3 | $3,789.50 |
| **TOTAL** | **18.8** | **$9,597.50** |