## **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

| Service Description | Amount |
|---|---|
| COMPUTER RESEARCH | $ 25.10 |
| COURTCALL | $ 86.00 |
| DOCUMENT REPRODUCTION | $ 29.50 |
| **TOTAL** | **$ 140.60** |