## EXHIBIT D

**Detailed Description of Expenses and Disbursements**

| Matter | Date | Description | Amount |
|---|---|---|---|
| 109285-00002 | 5/1/16 | DOCUMENT REPRODUCTION | $1.80 |
| 109285-00002 | 5/2/16 | DOCUMENT REPRODUCTION | $1.90 |
| 109285-00002 | 5/2/16 | DOCUMENT REPRODUCTION | $2.00 |
| 109285-00002 | 5/10/16 | COMPUTER RESEARCH | $25.10 |
| 109285-00002 | 5/17/16 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 5/17/16 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 5/17/16 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 5/18/16 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 5/18/16 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 5/18/16 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 5/18/16 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 5/18/16 | DOCUMENT REPRODUCTION | $0.30 |
| 109285-00002 | 5/18/16 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 5/18/16 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 5/18/16 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 5/18/16 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 5/18/16 | DOCUMENT REPRODUCTION | $0.30 |
| 109285-00002 | 5/18/16 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 5/18/16 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 5/19/16 | DOCUMENT REPRODUCTION | $9.90 |
| 109285-00002 | 5/19/16 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 5/20/16 | DOCUMENT REPRODUCTION | $0.50 |
| 109285-00002 | 5/20/16 | DOCUMENT REPRODUCTION | $0.80 |
| 109285-00002 | 5/20/16 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 5/20/16 | DOCUMENT REPRODUCTION | $1.90 |
| 109285-00002 | 5/20/16 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 5/20/16 | DOCUMENT REPRODUCTION | $0.60 |
| 109285-00002 | 5/20/16 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 5/20/16 | DOCUMENT REPRODUCTION | $0.60 |
| 109285-00002 | 5/20/16 | DOCUMENT REPRODUCTION | $0.50 |
| 109285-00002 | 5/20/16 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 5/20/16 | DOCUMENT REPRODUCTION | $0.30 |
| 109285-00002 | 5/20/16 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 5/20/16 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 5/20/16 | DOCUMENT REPRODUCTION | $0.70 |
| 109285-00002 | 5/20/16 | DOCUMENT REPRODUCTION | $0.10 |

| Matter | Date | Description | Amount |
|---|---|---|---|
| 109285-00002 | 5/20/16 | DOCUMENT REPRODUCTION | $0.70 |
| 109285-00002 | 5/20/16 | DOCUMENT REPRODUCTION | $0.20 |
| 109285-00002 | 5/23/16 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 5/23/16 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 5/23/16 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 5/24/16 | DOCUMENT REPRODUCTION | $0.30 |
| 109285-00002 | 5/27/16 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 5/27/16 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 5/23/16 | COURTCALL CHARGES | $86.00 |
| 109285-00006 | 5/19/16 | DOCUMENT REPRODUCTION | $0.20 |
| 109285-00006 | 5/19/16 | DOCUMENT REPRODUCTION | $0.40 |
| 109285-00006 | 5/19/16 | DOCUMENT REPRODUCTION | $0.40 |
| 109285-00006 | 5/19/16 | DOCUMENT REPRODUCTION | $0.20 |
| 109285-00006 | 5/19/16 | DOCUMENT REPRODUCTION | $0.20 |
| 109285-00006 | 5/19/16 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00006 | 5/20/16 | DOCUMENT REPRODUCTION | $0.20 |
| 109285-00006 | 5/20/16 | DOCUMENT REPRODUCTION | $0.20 |
| 109285-00006 | 5/20/16 | DOCUMENT REPRODUCTION | $0.30 |
| 109285-00006 | 5/20/16 | DOCUMENT REPRODUCTION | $0.30 |
| 109285-00006 | 5/20/16 | DOCUMENT REPRODUCTION | $0.20 |
| 109285-00006 | 5/20/16 | DOCUMENT REPRODUCTION | $0.20 |
| 109285-00006 | 5/20/16 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00006 | 5/20/16 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00006 | 5/20/16 | DOCUMENT REPRODUCTION | $0.50 |
| | | **TOTAL** | **$ 140.60** |