## EXHIBIT A

### Statement of Fees By Subject Matter

| Matter Number | Matter Description | Total Billed Hours [1] | Total Fees Requested |
|---|---|---|---|
| 1 | Long-Range Forecast | 212.00 | $123,175.00 |
| 2 | Metric Analysis | 3.00 | $2,250.00 |
| 3 | Generation Analysis | 146.50 | $80,297.50 |
| 4 | Retail Analysis | 3.50 | $1,602.50 |
| 5 | Commodity Analysis | 71.50 | $36,953.00 |
| 6 | Competitor Analysis | 42.20 | $28,545.00 |
| 7 | EBITDA Projection | 32.50 | $19,165.50 |
| 8 | Environmental Analysis | 43.50 | $24,250.00 |
| 9 | Short-Range Forecast | 4.50 | $2,835.00 |
| 10 | Capital Projects | 8.00 | $5,350.00 |
| 11 | Wholesale Operations | 42.30 | $25,705.00 |
| 12 | Retail Operations | 39.50 | $19,380.00 |
| 13 | T&D Operations | 316.10 | $156,113.00 |
| 14 | Data Collection and Diligence | 95.00 | $45,720.00 |
| 15 | Reports | 79.00 | $39,757.50 |
| 16 | Hearings | 0.00 | $0.00 |
| 17 | On-Site Diligence | 106.20 | $60,739.50 |
| 18 | Project Management | 10.00 | $7,030.00 |
| 19 | Project Administration | 0.00 | $0.00 |
| 20 | T&D Forecast | 214.30 | $138,067.50 |
| 21 | Fee Objection Discussion and Litigation | 0.00 | $0.00 |
| 22 | Fee Application | 11.10 | $4,218.00 |
| | *Continued on next page* | | |

[1]. Non-working travel time has been billed at 50% of actual time incurred.

## EXHIBIT A (cont'd)

### Statement of Fees By Subject Matter

| Matter Number | Matter Description | Total Billed Hours [1] | Total Fees Requested |
|---|---|---|---|
| 23 | Business Services Analysis | 2.50 | $1,137.50 |
| 24 | Retail Margins | 0.00 | $0.00 |
| 25 | T&D Market Research | 7.50 | $3,120.00 |
| 26 | Wholesale Market Research | 8.50 | $3,792.50 |
| 27 | Retail Market Research | 156.50 | $82,445.00 |
| 28 | Performance Analysis | 6.50 | $2,857.50 |
| 29 | Sales, General & Administrative Analysis | 0.00 | $0.00 |
| 30 | Portfolio Analysis | 9.50 | $5,037.50 |
| 31 | Oncor Revenue Analysis | 31.00 | $19,770.00 |
| 32 | Oncor Capital Structure | 8.00 | $6,000.00 |
| 33 | Regulatory Analysis | 0.30 | $138.00 |
| 34 | Claims & Settlement Issues | 4.00 | $2,300.00 |
| 35 | Property Tax Analysis | 11.50 | $6,160.00 |
| 36 | Analysis of Competitive Portfolios | 285.00 | $169,950.00 |
| | | | |
| | Totals: | 2,011.50 | $1,123,862.00 |

---

[1.] Non-working travel time has been billed at 50% of actual time incurred.

2