## EXHIBIT B

### Consultants' Information

The FEP consultants who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Todd W. Filsinger | Senior Managing Director | $750 | 154.00 | $115,500.00 |
| Jean Agras | Managing Director | $720 | 179.00 | $128,880.00 |
| Gary Germeroth | Managing Director | $720 | 171.00 | $123,120.00 |
| Dave Andrus | Director | $645 | 227.50 | $146,737.50 |
| Scott Davis | Director | $545 | 138.50 | $75,482.50 |
| Mike Green | Director | $550 | 21.00 | $11,550.00 |
| Paul Harmon | Director | $575 | 56.50 | $32,487.50 |
| Tim Wang | Director | $575 | 174.50 | $100,337.50 |
| Kimberly Eckert | Managing Consultant | $495 | 6.50 | $3,217.50 |
| Michael Gadsden | Managing Consultant | $460 | 90.40 | $41,584.00 |
| Jill Kawakami | Managing Consultant | $430 | 191.50 | $82,345.00 |
| Buck Monday | Managing Consultant | $450 | 161.00 | $72,450.00 |
| Mike Perry | Managing Consultant | $410 | 80.50 | $33,005.00 |
| Nathan Pollak | Managing Consultant | $460 | 72.00 | $33,120.00 |
| Samuel Schreiber | Managing Consultant | $455 | 184.50 | $83,947.50 |
| Laura Hatanaka | Consultant | $390 | 92.00 | $35,880.00 |
| Pamela Morin | Consultant | $380 | 11.10 | $4,218.00 |
| | | Totals: | 2,011.50 | $1,123,862.00 |

RLF1 14689567v.1