## **EXHIBIT C**

## **Summary of Actual and Necessary Expenses for the Fee Period**

### **ALL - Expense Summary**

| Service Description | Amount |
|---|---:|
| Lodging | $14,343.59 |
| Airfare | $19,354.91 |
| Taxi | $2,716.60 |
| Travel Meals | $3,539.22 |
| Other Travel Expenses | $1,599.58 |
| Vehicle Rental Expenses | $2,252.75 |
| Copies | $12.97 |
|  |  |
| **Total:** | **$43,819.62** |

### **TCEH - Expense Summary**

| Service Description | Amount |
|---|---:|
| Lodging | $10,122.70 |
| Airfare | $13,659.33 |
| Taxi | $1,917.19 |
| Travel Meals | $2,497.73 |
| Other Travel Expenses | $1,128.87 |
| Vehicle Rental Expenses | $1,589.83 |
| Copies | $9.15 |
|  |  |
| **Total:** | **$30,924.80** |

### **EFIH - Expense Summary**

| Service Description | Amount |
|---|---:|
| Lodging | $334.00 |
| Airfare | $450.69 |

| Service Description | Amount |
|---|---:|
| Taxi | $63.26 |
| Travel Meals | $82.41 |
| Other Travel Expenses | $37.25 |
| Vehicle Rental Expenses | $52.46 |
| Copies | $0.30 |
|  |  |
| **Total:** | **$1,020.37** |

**EFH - Expense Summary**

| Service Description | Amount |
|---|---:|
| Lodging | $3,886.89 |
| Airfare | $5,244.89 |
| Taxi | $736.15 |
| Travel Meals | $959.08 |
| Other Travel Expenses | $433.46 |
| Vehicle Rental Expenses | $610.46 |
| Copies | $3.52 |
|  |  |
| **Total:** | **$11,874.45** |

RLF1 14689567v.1