IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: D.I. 8668, 8754, 8762** |

## CERTIFICATION OF COUNSEL CONCERNING MOTION OF TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC AND CERTAIN OF ITS DEBTOR AFFILIATES FOR ENTRY OF ORDERS (I) (A) AUTHORIZING THE TCEH DEBTORS TO (X) ENTER INTO THE POSTPETITION FINANCING COMMITMENT LETTER AND THE FEE LETTER, (Y) PAY ASSOCIATED FEES AND EXPENSES, AND (B) GRANTING RELATED RELIEF AND (II) (A) APPROVING POSTPETITION FINANCING FOR TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC AND CERTAIN OF ITS DEBTOR AFFILIATES, (B) GRANTING LIENS AND PROVIDING SUPERPRIORITY ADMINISTRATIVE EXPENSE CLAIMS, (C) AUTHORIZING REFINANCING OF SECURED POST-PETITION DEBT AND (D) MODIFYING THE AUTOMATIC STAY [D.I. 8668]

The undersigned hereby certifies as follows:

1. On June 6, 2016, Texas Competitive Electric Holdings Company LLC, Energy Future Competitive Holdings Company LLC, and certain of their affiliated debtors, each as a debtor and debtor in possession (collectively, the "TCEH Debtors") filed the *Motion of Texas Competitive Electric Holdings Company LLC and Certain of Its Debtor Affiliates, for Entry of Orders (I) (A) Authorizing the TCEH Debtors to (X) Enter Into the Postpetition Financing Commitment Letter and the Fee Letter, (Y) Pay Associated Fees and Expenses, and (B) Granting Related Relief and (II) (A) Approving Postpetition Financing for Texas Competitive Electric*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing

*Holdings Company LLC and Certain of Its Debtor Affiliates, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing Refinancing of Secured Post-Petition Debt and (D) Modifying the Automatic Stay* [D.I. 8668] (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). Pursuant to the Motion, the TCEH Debtors are seeking entry of (i) an order authorizing the TCEH Debtors to (a) enter into the Commitment Letter[2], substantially in the form attached to the Motion as "Exhibit 1" to "Exhibit A" thereto, and the Fee Letter with the Commitment Parties, (b) pay associated fees and expenses, and (c) granting related relief; and (ii) the DIP Order, substantially in the form attached to the Motion as "Exhibit B" thereto, (a) authorizing the TCEH Debtors, in their sole discretion and subject to the occurrence of the Closing Date to enter into the DIP Roll Facilities on the terms set forth in the Commitment Letter, the Fee Letter, and the DIP Roll Facilities Credit Agreement, (b) granting liens and providing superpriority administrative expense claims, (c) authorizing refinancing of secured post-petition debt, and (d) modifying the automatic stay, in each case on the terms set forth in the DIP Order.

2. Pursuant to the *Notice of "Motion of Texas Competitive Electric Holdings Company LLC and Certain of Its Debtor Affiliates, for Entry of Orders (I) (A) Authorizing the TCEH Debtors to (X) Enter Into the Postpetition Financing Commitment Letter and the Fee Letter, (Y) Pay Associated Fees and Expenses, and (B) Granting Related Relief and (II) (A) Approving Postpetition Financing for Texas Competitive Electric Holdings Company LLC and Certain of Its Debtor Affiliates, (B) Granting Liens and Providing Superpriority Administrative*

---

agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used, but not otherwise defined, herein shall be given the same meanings ascribed to them in the Motion.

RLF1 14700052v.1

*Expense Claims, (C) Authorizing Refinancing of Secured Post-Petition Debt and (D) Modifying the Automatic Stay" and Hearing Thereon*, filed and served contemporaneously with the Motion, objections or responses to the Motion were to be filed and served no later than 4:00 p.m. (Eastern Daylight Time) on June 20, 2016 (the "Objection Deadline"). A hearing to consider the relief requested in the Motion is currently scheduled to take place before the Bankruptcy Court on June 27, 2016 starting at 10:00 a.m. (Eastern Daylight Time).

3. The TCEH Debtors did not receive any responses or objections to the Motion prior to the Objection Deadline nor do any responses or objections to the Motion appear on the Bankruptcy Court's docket in the above-captioned chapter 11 cases.[3]

4. The TCEH Debtors have confirmed that entry of the Approval Order, in the form attached hereto as **Exhibit A**, and the DIP Order, in the form attached hereto as **Exhibit B**, is acceptable to (i) the DIP Agent; (ii) the DIP Lenders; (iii) the Existing DIP Agent; and (iv) the Ad Hoc Committee of TCEH First Lien Creditors. The DIP Credit Agreement, attached as "Exhibit 1" to the DIP Order, is also acceptable to (i) the DIP Agent; (ii) the DIP Lenders; (iii) the Existing DIP Agent; and (iv) the Ad Hoc Committee of TCEH First Lien Creditors; *provided, however*, that the provisions of the DIP Credit Agreement related to the Term Letters of Credit shall be reasonably acceptable to Citibank, N.A., in its capacity as Existing DIP Agent and Existing DIP L/C Issuer.

5. Consequently, the TCEH Debtors respectfully request that the Bankruptcy Court enter the Approval Order, in the form attached hereto as **Exhibit A**, and the DIP Order, in the

---

[3] On June 16, 2016, the TCEH Debtors filed the DIP Credit Agreement (*i.e.*, "Exhibit A" to the DIP Order) [D.I. 8754] and, on June 17, 2016, the TCEH Debtors filed a revised form of the DIP Order (*i.e.*, "Exhibit B" to the Motion) [D.I. 8762] with the Bankruptcy Court; the TCEH Debtors have similarly received no responses or objections to either of these submissions, nor do any responses or objections thereto appear on the Bankruptcy Court's docket in the above-captioned chapter 11 cases.

form attached hereto as **Exhibit B**, at its earliest convenience.

*[Remainder of page intentionally left blank.]*

Dated: June 24, 2016
Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:    (302) 651-7701
Email:          collins@rlf.com
                    defranceschi@rlf.com
                    madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900
Email:          edward.sassower@kirkland.com
                    stephen.hessler@kirkland.com
                    brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:    (312) 862-2200
Email:          james.sprayregen@kirkland.com
                    marc.kieselstein@kirkland.com
                    chad.husnick@kirkland.com
                    steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession