# EXHIBIT A

**[Statement of Fees by Subject Matter]**

| Description | Total Hours Billed | Total Fees |
|---|---|---|
| [ALL] BK Retention and Fee Applications | 5.4 | $877.50 |
| [ALL] Case Administration | 1.0 | $237.50 |
| [ALL] Claims Administration & Objections | 2.6 | $617.50 |
| [ALL] Contested Matters & Adv. Proceed. | 0.3 | $105.00 |
| [ALL] Hearings | 3.6 | $1,260.00 |
| [ALL] Non-BK Fee/Employment Applications | 2.0 | $385.00 |
| [ALL] Plan and Disclosure Statement | 8.1 | $2,340.00 |
| **Total** | **23.0** | **$5,822.50** |