## EXHIBIT C

**[Summary of Actual and Necessary Expenses for the Fee Period]**

| Expense Category | Total Expenses |
|---|---:|
| Conference Call | $30.00 |
| Filing/Court Fees | $7.70 |
| **Total** | **$37.70** |