# EXHIBIT D

**[Detailed Description of Expenses and Disbursements]**

| Date | Category | Description | Total Expenses |
|---|---|---|---|
| 05-04-2016 | Filing/Court Fees | PACER | $1.70 |
| 05-10-2016 | Conference Call | CourtCall | $30.00 |
| 05-11-2016 | Filing/Court Fees | PACER | $3.00 |
| 05-26-2016 | Filing/Court Fees | PACER | $3.00 |
| **Total** | | | **$37.70** |