# **EXHIBIT A**

## SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY

(See Guidelines C.8. for project category information.)

| Project Category | Hours Budgeted | Fees Budgeted | Hours Billed | Fees Sought |
|---|---|---|---|---|
| Administration | | | - | $ - |
| Asset Disposition | | | 0.40 | $ 196.50 |
| Assumption/Rejection of Leases & Contracts | | | 0.60 | $ 382.00 |
| Bankruptcy-Related Advice | | | 17.70 | $ 7,553.00 |
| Business Operations | | | 0.40 | $ 270.00 |
| Case Administration | | | 3.80 | $ 2,013.00 |
| Claims Administration & Objections | | | 1.30 | $ 643.00 |
| Corporate Governance & Board Matters | | | 0.90 | $ 607.50 |
| Employment/Fee Applications | | | 14.30 | $ 6,611.50 |
| Financing & Cash Collateral | | | 1.60 | $ 758.00 |
| Litigation Contested Matters(excl assump/rejection motions | | | 4.80 | $ 2,524.00 |
| Meetings of & Communications with Creditors or the Comm | | | 5.00 | $ 2,530.00 |
| Operations | | | 20.30 | $ 10,686.00 |
| Plan & Disclosure Statement (including business plan) | | | 35.30 | $ 16,570.50 |
| | | | 106.40 | $ 51,345.00 |

# **EXHIBIT B**

SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FEE APPLICATION

| Name | Title | Section | Date of First Admission | Fees Billed | Hours Billed | Hourly Rate Billed in This Application | Hourly Rate Billed in First Interim Application | Number of Rate Increases Since Case Inception |
|---|---|---|---|---|---|---|---|---|
| Bird, James E. | Shareholder | FR Bankruptcy and Restructuring | 10/15/1980 | $ 1,353.00 | 2.20 | 615.00 | - | 0 |
| Callenbach, Anne E. | Shareholder | BU Energy | 05/01/1998 | $ 4,560.00 | 9.50 | 480.00 | - | 0 |
| Caro, Jr., Frank A. | Shareholder | BU Energy | 05/01/1983 | $ 240.00 | 0.40 | 600.00 | - | 0 |
| Church, Jr., William H. | Shareholder | LI Commercial Litigation | 11/01/1988 | $ 1,080.00 | 1.80 | 600.00 | - | 0 |
| Edelson, Justin K. | Shareholder | FR Bankruptcy and Restructuring | 05/01/2007 | $ - | - | - | - | 0 |
| Edelson, Justin K. | Shareholder | FR Bankruptcy and Restructuring | 05/01/2007 | $ 19,491.00 | 43.80 | 445.00 | - | 0 |
| Katona, Shanti M. | Shareholder | FR Bankruptcy and Restructuring | 05/01/2007 | $ 2,536.50 | 5.70 | 445.00 | - | 0 |
| Ward, Chris A. | Shareholder | FR Bankruptcy and Restructuring | 12/15/1999 | $ - | - | - | - | 0 |
| Ward, Chris A. | Shareholder | FR Bankruptcy and Restructuring | 12/15/1999 | $ 12,352.50 | 18.30 | 675.00 | - | 0 |
| Ross, Matthew E. | Shareholder | BU Energy | 01/01/1999 | $ 3,192.00 | 5.60 | 570.00 | - | 0 |
| Vine, Jarrett K. | Associate | FR Bankruptcy and Restructuring | 01/01/2009 | $ 4,120.00 | 10.30 | 400.00 | - | 0 |
| Suprum, Lindsey M. | Paralegal | FR Bankruptcy and Restructuring | | $ 2,420.00 | 8.80 | 275.00 | - | 0 |
| | | | | $ 51,345.00 | 106.40 | 482.57 | | |

CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES WITH FEE APPLICATIONS

( See Guidelines C.3. for definitions of terms used in this Exhibit.)

| Category of Timekeeper (using categories already maintained by the firm) | BLENDED HOURLY RATE | |
|---|---|---|
| | BILLED OR COLLECTED<br>Firm or offices for preceding year, excluding bankruptcy | BILLED<br>In this fee application |
| Shareholder | $ 463.63 | $ 513.23 |
| Associate | $ 316.14 | $ 400.00 |
| Paralegal | $ 230.02 | $ 275.00 |
| | | |
| All timekeepers averaged | $ 443.25 | $ 482.57 |

# **EXHIBIT C**

53431400.1

## SUMMARY OF EXPENSE REIMBURSEMENT REQUESTED BY CATEGORY

(See Guidelines C.8. for project category information.)

| Category | Amount |
|---|---|
| Client Advance | $ (48.35) |
| Document Reproduction | $ 210.50 |
| On-Line Searches | $ - |
| Meals | $ 299.64 |
| Miscellaneous | $ 224.00 |
| Transcript of Proceedings | $ 195.60 |
| | $ 881.39 |

# **EXHIBIT D**



# Invoice Detail

For Professional Services Through 5/31/16  
File No. 078582-475724  
**Re: Energy Future Holdings Bankruptcy**

Page 43  
June 21, 2016  
Invoice No: 1297634

## Disbursements

| Date | | Amount |
|---|---|---|
| 05/04/16 | Meals client special pickup- Ale house on 5/3 | $74.13 |
| 05/06/16 | Meals client special pickup- cactus cantina 5/5/16 | 32.48 |
| 05/09/16 | CA: Ck 11204988 Veritext Corp recd 5/9/16 refund on ck 690443 | (48.35) |
| 05/09/16 | Meals delivery/pickup meals | 56.07 |
| 05/09/16 | Miscellaneous Telephonic Appearance for Justin Edelson A7575419 | 30.00 |
| 05/09/16 | Miscellaneous Telephonic Appearance for Chris Ward A7575373 | 30.00 |
| 05/12/16 | Transcript of Proceedings electronic copy of transcript | 38.40 |
| 05/13/16 | Miscellaneous Telephonic Appearance for Chris Ward A7600108 | 30.00 |
| 05/13/16 | Miscellaneous Telephonic Appearance for Justin Edelson A7600113 | 30.00 |
| 05/16/16 | Miscellaneous Telephonic Appearance for Justin Edelson A7530978 | 30.00 |
| 05/16/16 | Miscellaneous Telephonic Appearance for Justin Edelson A7536224 | 44.00 |
| 05/16/16 | Miscellaneous Telephonic Appearance for Chris Ward A7530981 | 30.00 |
| 05/18/16 | Meals delivery/pick up meals | 54.96 |
| 05/19/16 | Meals delivery/pickup lunch | 82.00 |
| 05/23/16 | Document Reproduction reproduction of documents | 210.50 |
| 05/24/16 | Transcript of Proceedings electronic copy of transcript | 157.20 |
| 05/31/16 | On-Line Searches | 0.00 |
| 05/31/16 | On-Line Searches | 0.00 |
| | **Total Disbursements** | **$881.39** |

Total Disbursements | 881.39

**Total Current Charges Due** | **$52,226.39**