**EXHIBIT A**

In re: Energy Future Holdings Corp., et al.
Case No. 14-10979(CSS)
Uncontested Fee Hearing set for June 27, 2016 at 10:00 a.m. EST

| # | Applicant | Compensation Period | Interim Fees Requested | Fee Committee's Fee Adjustments | Interim Expenses Requested | Fee Committee's Expense Adjustments | Interim Fees Approved | Interim Expenses Approved |
|---|---|---|---|---|---|---|---|---|
| 1 | EPIQ Bankruptcy Solutions, LLC [D.I. 8109] | 5/1/15 - 8/31/15 | $101,138.80 | $0.00 | $210,819.35 | $0.00 | $101,138.80 | $210,819.35 |
| 2 | FTI Consulting [D.I. 6489] | 5/1/15 - 8/31/15 | $1,513,409.50 | $40,529.42 | $2,233.77 | $2,172.45 | $1,472,880.08 | $61.32 |
| 3 | Lazard Frères & Co. LLC [D.I. 6620] | 5/1/15 - 8/31/15 | $1,000,000.00 | $0.00 | $1,565.46 | $364.06 | $1,000,000.00 | $1,201.40 |
| 4 | Richards Layton & Finger [D.I. 7808] | 5/1/15 - 8/31/15 | $467,550.50 | $5,900.58 | $29,883.76 | $5,817.44 | $461,649.92 | $24,066.32 |
| 5 | Bielli & Klauder [D.I. 7847] | 10/1/15 - 12/31/15 | $60,379.00 | $245.00 | $355.50 | $34.80 | $60,134.00 | $320.70 |
| 6 | Greenberg Traurig [D.I. 8098] | 11/2/15 - 12/31/15 | $115,966.00 | $340.00 | $3,536.76 | $0.00 | $115,626.00 | $3,536.76 |
| 7 | Jenner & Block [D.I. 7861] | 9/1/15 - 12/31/15 | $281,897.50 | $95.00 | $10,929.30 | $771.86 | $281,802.50 | $10,157.44 |
| 8 | McElroy Deutsch M&C [D.I. 7862] | 9/1/15 - 12/31/15 | $89,160.00 | $1,397.50 | $2,339.06 | $218.00 | $87,762.50 | $2,121.06 |
| 9 | SOLIC Capital Advisors [D.I. 7864] | 9/1/15 - 12/31/15 | $800,000.00 | $0.00 | $13,709.16 | $0.00 | $800,000.00 | $13,709.16 |
| 10 | AlixPartners LLP [D.I. 7854] | 9/1/15 - 12/31/15 | $1,118,835.50 | $139.00 | $101,021.60 | $612.64 | $1,118,696.50 | $100,408.96 |
| 11 | Baich & Bingham LLP [D.I. 7881] | 9/1/15 - 12/31/15 | $740,153.50 | $2,293.00 | $15,389.63 | $490.47 | $737,860.50 | $14,899.16 |
| 12 | Cravath Swaine & Moore LLP [D.I. 7867] | 9/1/15 - 12/31/15 | $872,647.50 | $5,566.38 | $8,858.86 | $409.18 | $867,081.12 | $8,449.68 |
| 13 | Goldin & Associates LLP [D.I. 7870] | 9/1/15 - 12/31/15 | $600,000.00 | $0.00 | $188.27 | $0.00 | $600,000.00 | $188.27 |
| 14 | Greenhill & Co LLC [D.I. 7927] | 9/1/15 - 12/31/15 | $1,000,000.00 | $0.00 | $32,071.37 | $222.52 | $1,000,000.00 | $31,848.85 |
| 15 | Guggenheim Securities LLC [D.I. 7829] | 9/1/15 - 12/31/15 | $1,000,000.00 | $0.00 | $71,390.97 | $1,921.83 | $1,000,000.00 | $69,469.14 |
| 16 | Munger Tolles & Olson LLP [D.I. 7849] | 9/1/15 - 12/31/15 | $2,880,590.50 | $92,050.50 | $126,306.14 | $7,234.71 | $2,788,540.00 | $119,071.43 |
| 17 | Proskauer Rose LLP [D.I. 7863] | 9/1/15 - 12/31/15 | $2,736,191.75 | $89,993.00 | $67,629.00 | $14,982.44 | $2,646,198.75 | $52,646.56 |
| 18 | Stevens & Lee PC [D.I. 7846] | 9/1/15 - 12/31/15 | $106,643.00 | $613.00 | $831.60 | $0.00 | $106,030.00 | $831.60 |
| 19 | Alvarez & Marsal North America, LLC [D.I. 7910] | 9/1/15 - 12/31/15 | $3,303,080.00 | $6,897.50 | $157,701.88 | $580.34 | $3,296,182.50 | $157,121.54 |
| 20 | Deloitte & Touche LLP [D.I. 8087] | 9/1/15 - 12/31/15 | $3,374,434.25 | $20,289.50 | $0.00 | $0.00 | $3,354,144.75 | $0.00 |
| 21 | Evercore Group L.L.C. [D.I. 7990] | 9/1/15 - 12/31/15 | $2,100,000.00 | $0.00 | $52,014.38 | $0.00 | $2,100,000.00 | $52,014.38 |
| 22 | Filsinger Energy Partners [D.I. 7911] | 9/1/15 - 12/31/15 | $3,507,023.50 | $360.00 | $145,320.24 | $0.00 | $3,506,663.50 | $145,320.24 |
| 23 | FTI Consulting [D.I. 7828] | 9/1/15 - 12/31/15 | $283,780.50 | $18,044.70 | $0.00 | $0.00 | $265,735.80 | $0.00 |
| 24 | Gibson, Dunn & Crutcher LLP [D.I. 7836] | 9/1/15 - 12/31/15 | $1,444,656.60 | $5,424.50 | $21,356.35 | $625.85 | $1,439,232.10 | $20,730.50 |
| 25 | KPMG LLP [D.I. 7948] | 9/1/15 - 12/31/15 | $2,026,911.80 | $3,763.00 | $38,527.76 | $0.00 | $2,023,148.80 | $38,527.76 |
| 26 | Kirkland & Ellis [D.I. 7708] | 9/1/15 - 12/31/15 | $20,074,835.50 | $574,143.25 | $1,256,581.06 | $72,816.19 | $19,500,692.25 | $1,183,764.87 |
| 27 | Richards Layton & Finger [D.I. 8238] | 9/1/15 - 12/31/15 | $860,280.50 | $1,772.08 | $89,491.95 | $11,849.56 | $858,508.42 | $77,642.39 |
| 28 | McDermott Will & Emery LLP [D.I. 7972] | 9/1/15 - 12/31/15 | $85,629.50 | $0.00 | $5,495.09 | $19.25 | $85,629.50 | $5,475.84 |
| 29 | Morrison & Foerster [D.I. 7807] | 9/1/15 - 12/31/15 | $2,696,076.75 | $28,228.00 | $86,106.20 | $253.77 | $2,667,848.75 | $85,852.43 |
| 30 | Thompson & Knight LLP [D.I. 8066] | 9/1/15 - 12/31/15 | $506,550.50 | $2,440.00 | $2,038.41 | $264.50 | $504,110.50 | $1,773.91 |
| 31 | EPIQ Bankruptcy Solutions, LLC [D.I. 8433] | 9/1/15 - 12/31/15 | $212,520.30 | $340.50 | $256,008.03 | $0.00 | $212,179.80 | $256,008.03 |
| 32 | Gitlin & Co. LLC & Richard Gitlin [D.I. 8643] | 9/1/15 - 12/31/15 | $200,000.00 | $0.00 | $0.00 | $0.00 | $200,000.00 | $0.00 |
| 33 | Godfrey & Kahn SC [D.I. 8644] | 9/1/15 - 12/31/15 | $800,000.00 | $0.00 | $75,879.28 | $0.00 | $800,000.00 | $75,879.28 |
| 34 | Phillips Goldman & Spence PA [D.I. 7737] | 9/1/15 - 12/31/15 | $1,872.00 | $0.00 | $45.30 | $0.00 | $1,872.00 | $45.30 |

157951372