## **Exhibit A**

## **Hours Expended by Goldin Professional**

| | | |
|---|---|---|
| David Prager | Managing Director | 41.5 |
| Karthik Bhavaraju | Director | 40.3 |
| Deborah Praga | Analyst | 42.9 |
| **Total** | | **124.7** |