## <u>Exhibit C</u>

**Expenses by Category**

| | |
|---|---:|
| Lodging | $316.40 |
| Meals | 334.49 |
| Photocopies | 76.16 |
| Research | 1,649.51 |
| Teleconference | 67.91 |
| Travel | 2,334.36 |
| **Total** | **$4,778.83** |