# Exhibit D

**Expense Detail**

**GoldinAssociates, LLC**

350 Fifth Avenue
The Empire State Building
New York, New York 10118

Tel.: 212 593 2255
Fax: 212 888 2841
www.goldinassociates.com

### *Detailed Expenses by Category:* EFIH

For Expenses Through 5/31/16

| Expense | Start Date | End Date | Invoice Date | | Description | Charges |
|---|---|---|---|---|---|---|
| _: Lodging_ | | | | | | |
| | 5/4/2016 | 5/4/2016 | | DP | D. Prager -- Westin Dallas - Lodging Date: 5/3/16 | $316.40 |
| Total: Lodging | | | | | | $316.40 |
| _: Meals_ | | | | | | |
| | 4/19/2016 | 4/19/2016 | | DP | D. Prager - Jet Rock Bar - Food for Trip | $27.88 |
| | 4/19/2016 | 4/19/2016 | | DP | D. Prager - Hudson News - Food for Trip | $10.74 |
| | 5/2/2016 | 5/2/2016 | 5/8/16 | KB | SeamlessWeb - Inv # 2390254 - Working Dinner - Ref # 1725981638 - K. Bhavaraju | $24.15 |
| | 5/2/2016 | 5/2/2016 | 5/8/16 | DP | SeamlessWeb - Inv # 2390254 - Working Dinner - Ref # 1724370965 - D. Prager | $24.15 |
| | 5/2/2016 | 5/2/2016 | 5/8/16 | DP | SeamlessWeb - Inv # 2390254 - Working Dinner - Ref # 1724329081 - D. Praga | $23.81 |
| | 5/3/2016 | 5/3/2016 | | DP | D. Prager - 7 Eleven - Food for traveling | $6.91 |
| | 5/3/2016 | 5/3/2016 | | DP | D. Prager - 7 Eleven - Food for traveling | $2.00 |
| | 5/3/2016 | 5/3/2016 | 5/8/16 | KB | SeamlessWeb - Inv # 2390254 - Working Dinner - Ref # 1724738845 - K. Bhavaraju | $23.99 |
| | 5/4/2016 | 5/4/2016 | | DP | D. Prager - Jet Rock Bar & Grill - Food while traveling | $27.66 |
| | 5/4/2016 | 5/4/2016 | | DP | D. Prager - Hudson News - Food while traveling | $10.99 |
| | 5/4/2016 | 5/4/2016 | | DP | D. Prager -- Cafe Fino - Dinner | $38.56 |
| | 5/11/2016 | 5/11/2016 | 5/8/16 | DP | SeamlessWeb - Inv # 2392833 - Working Dinner - Ref # 1727200689 - D. Praga | $23.91 |
| | 5/15/2016 | 5/15/2016 | 5/8/16 | DP | SeamlessWeb - Inv # 2392833 - Weekend Lunch - Ref # 1727954688 - D. Praga | $13.08 |
| | 5/15/2016 | 5/15/2016 | 5/8/16 | DP | SeamlessWeb - Inv # 2392833 - Weekend Dinner - Ref # 1727980244 - D. Praga | $20.53 |
| | 5/17/2016 | 5/17/2016 | 5/22/16 | DP | SeamlessWeb - Inv. # 2397922 - Working Dinner - Ref # 1728765620 - D. Praga | $21.76 |
| | 5/20/2016 | 5/20/2016 | 5/22/16 | DP | SeamlessWeb - Inv. # 2397922 - Working Dinner - Ref # 1729821395 - D. Praga | $18.72 |
| | 5/21/2016 | 5/21/2016 | 5/22/16 | DP | SeamlessWeb - Inv. # 2397922 - Weekend Lunch - Ref # 1729881219 - D. Praga | $15.65 |
| Total: Meals | | | | | | $334.49 |
| _: Office Supplies/Miscellaneous_ | | | | | | |
| | 5/1/2016 | 5/31/2016 | 5/31/2016 | AJD | Photocopies for the period of May 1 through May 31, 2016 (703 pages at $0.07 per page) | $49.21 |
| | 5/3/2016 | 5/3/2016 | | DP | D. Prager - Gogoair.com - In flight internet | $26.95 |
| Total: Office Supplies/Miscellaneous | | | | | | $76.16 |
| _: Research_ | | | | | | |
| | 4/1/2016 | 4/30/2016 | 5/1/16 | RCD | Capital IQ - research for the period 4/1 - 4/30 - Cap IQ discounted rate: retail rate per click would equal $1017.26 | $207.10 |
| | 4/1/2016 | 4/30/2016 | 5/1/16 | AJD | Thomson Reuters - Service Dates 4/1/16 - 4/30/16 | $752.80 |
| | 5/1/2016 | 5/31/2016 | 5/1/16 | JB | Thomson Reuters - Service Dates 5/1/16 - 5/31/16 | $583.92 |
| | 5/1/2016 | 5/31/2016 | 6/1/16 | RCD | Capital IQ - research for the period 5/1 - 5/31 - Cap IQ discounted rate: retail rate per click would equal $278.36 | $105.69 |
| Total: Research | | | | | | $1,649.51 |
| _: Telephone, Postage_ | | | | | | |
| | 4/19/2016 | 4/19/2016 | | DP | D. Prager - Gogoair.com - Inflight Internet | $36.95 |
| | 4/26/2016 | 5/25/2016 | 5/25/15 | RCD | AT&T - actual service dates 4/26/15 through 5/25/15 | $30.96 |

*Detailed Expenses by Category:*  **EFIH**

For Expenses Through 5/31/16

| Expense | Start Date | End Date | Invoice Date | | Description | Charges |
|---|---|---|---|---|---|---|
| Total: Telephone, Postage | | | | | | $67.91 |
| _: Travel_ | | | | | | |
| | 4/13/2016 | 4/13/2016 | | DP | D. Prager - Way2Ride - Taxi to meeting at Jenner | $20.16 |
| | 4/14/2016 | 4/14/2016 | | DP | D. Prager - Virgin America - LGA to DAL - Departure Date: 4/19/16 | $616.20 |
| | 4/19/2016 | 4/19/2016 | | DP | D. Prager - Philadelphia Taxi - Taxi from LGA to Home | $45.41 |
| | 4/19/2016 | 4/19/2016 | | DP | D. Prager - Olympic Enterprise - Taxi from DAL to Office | $32.00 |
| | 4/19/2016 | 4/19/2016 | | DP | D. Prager - Philadelphia Taxi - Taxi from Home to LGA | $44.81 |
| | 4/19/2016 | 4/19/2016 | | DP | D. Prager - Demilew -  Taxi from Office to DAL | $28.80 |
| | 4/26/2016 | 4/26/2016 | | DP | D. Praga - RMT Management - Working Late - Taxi from GA Office to Home | $9.99 |
| | 4/26/2016 | 4/26/2016 | 5/6/16 | KB | PrimeTime - Inv. # 506791 - Working Late - Car from Office to Home - Ref # 520412 - K. Bhavaraju | $115.08 |
| | 4/27/2016 | 4/27/2016 | | DP | D. Praga - NYC Taxi - Working Late - Taxi from GA Office to Home | $11.16 |
| | 4/28/2016 | 4/28/2016 | | DP | D. Praga - JTL Management - Working Late - Taxi from GA Office to Home | $12.96 |
| | 5/2/2016 | 5/2/2016 | 5/13/16 | KB | PrimeTime - Inv # 4592601 - Working Late - Car from Office to Home - Ref # 520204 - K. Bhavaraju | $118.15 |
| | 5/2/2016 | 5/2/2016 | | DP | D. Praga - RMT Management - Working Late - Taxi from GA Office to Home | $12.96 |
| | 5/2/2016 | 5/2/2016 | | DP | D. Prager -- Virgin American - LGA to DAL - Departure Date: 5/3/16 - one way | $308.10 |
| | 5/2/2016 | 5/2/2016 | | DP | D. Prager -- American Airlines - DFW to LGA - Departure Date: 5/4/16 - one way | $502.10 |
| | 5/3/2016 | 5/3/2016 | | DP | D. Prager - Yellow .com - taxi from airport to client | $30.00 |
| | 5/3/2016 | 5/3/2016 | | DP | D. Prager - Way2 Ride Taxi -  Taxi from Home to :GA | $43.01 |
| | 5/4/2016 | 5/4/2016 | | DP | D.Prager - Way2 Ride Taxi -  Taxi from GA Office to LGA | $44.81 |
| | 5/4/2016 | 5/4/2016 | | DP | D. Prager - Uber - Taxi from Office to Lunch | $18.02 |
| | 5/4/2016 | 5/4/2016 | | DP | D. Prager - Uber - Taxi from Lunch to Airport | $31.30 |
| | 5/10/2016 | 5/10/2016 | | DP | D. Prager  - Way2Ride -  Taxi while attending meeting by phone | $22.56 |
| | 5/17/2016 | 5/17/2016 | | DP | D. Praga - NYC Taxi - Working Late - Taxi from GA Office to Home | $13.55 |
| | 5/18/2016 | 5/18/2016 | 5/27/16 | KB | PrimeTime - Inv # 4604791 - Working Late - Car from Office to Home - Ref # 520832 - K. Bhavaraju | $115.08 |
| | 5/18/2016 | 5/18/2016 | | DP | D. Praga - JTL Management - Working Late - Taxi from GA Office to Home | $9.96 |
| | 5/19/2016 | 5/19/2016 | 5/27/16 | KB | PrimeTime - Inv # 4604791 - Working Late - Car from Office to Home - Ref # 517333 - K. Bhavaraju | $122.31 |
| | 5/21/2016 | 5/21/2016 | | DP | D. Praga - NYC Taxi - Working Weekend - Taxi from GA Office to Home | $5.88 |
| Total: Travel | | | | | | $2,334.36 |
| **Grand Total** | | | | | | $4,778.83 |