IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
|  | ) **Re: D.I. 8668, 8754, 8762, 8817** |

**CERTIFICATION OF COUNSEL CONCERNING AMENDED ORDER (A) APPROVING POSTPETITION FINANCING FOR TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC AND CERTAIN OF ITS DEBTOR AFFILIATES, (B) GRANTING LIENS AND PROVIDING SUPERPRIORITY ADMINISTRATIVE EXPENSE CLAIMS, (C) AUTHORIZING REFINANCING OF SECURED POST-PETITION DEBT AND (D) MODIFYING THE AUTOMATIC STAY**

The undersigned hereby certifies as follows:

1. On June 6, 2016, Texas Competitive Electric Holdings Company LLC, Energy Future Competitive Holdings Company LLC, and certain of their affiliated debtors, each as a debtor and debtor in possession (collectively, the "TCEH Debtors") filed the *Motion of Texas Competitive Electric Holdings Company LLC and Certain of Its Debtor Affiliates, for Entry of Orders (I) (A) Authorizing the TCEH Debtors to (X) Enter Into the Postpetition Financing Commitment Letter and the Fee Letter, (Y) Pay Associated Fees and Expenses, and (B) Granting Related Relief and (II) (A) Approving Postpetition Financing for Texas Competitive Electric Holdings Company LLC and Certain of Its Debtor Affiliates, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing Refinancing of Secured Post-Petition Debt and (D) Modifying the Automatic Stay* [D.I. 8668] (the "Motion") with the United

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing

States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). Pursuant to the Motion, the TCEH Debtors are seeking entry of (i) an order authorizing the TCEH Debtors to (a) enter into the Commitment Letter[2], substantially in the form attached to the Motion as "Exhibit 1" to "Exhibit A" thereto, and the Fee Letter with the Commitment Parties, (b) pay associated fees and expenses, and (c) granting related relief; and (ii) the DIP Order, substantially in the form attached to the Motion as "Exhibit B" thereto, (a) authorizing the TCEH Debtors, in their sole discretion and subject to the occurrence of the Closing Date to enter into the DIP Roll Facilities on the terms set forth in the Commitment Letter, the Fee Letter, and the DIP Roll Facilities Credit Agreement, (b) granting liens and providing superpriority administrative expense claims, (c) authorizing refinancing of secured post-petition debt, and (d) modifying the automatic stay, in each case on the terms set forth in the DIP Order.

2. Pursuant to the *Notice of "Motion of Texas Competitive Electric Holdings Company LLC and Certain of Its Debtor Affiliates, for Entry of Orders (I) (A) Authorizing the TCEH Debtors to (X) Enter Into the Postpetition Financing Commitment Letter and the Fee Letter, (Y) Pay Associated Fees and Expenses, and (B) Granting Related Relief and (II) (A) Approving Postpetition Financing for Texas Competitive Electric Holdings Company LLC and Certain of Its Debtor Affiliates, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing Refinancing of Secured Post-Petition Debt and (D) Modifying the Automatic Stay" and Hearing Thereon*, filed and served contemporaneously with the Motion, objections or responses to the Motion were to be filed and served no later than 4:00 p.m. (Eastern

---

agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used, but not otherwise defined, herein shall be given the same meanings ascribed to them in the Motion.

Daylight Time) on June 20, 2016 (the "Objection Deadline"). A hearing to consider the relief requested in the Motion was scheduled to take place before the Bankruptcy Court on June 27, 2016 starting at 10:00 a.m. (Eastern Daylight Time).

3. The TCEH Debtors did not receive any responses or objections to the Motion prior to the Objection Deadline nor do any responses or objections to the Motion appear on the Bankruptcy Court's docket in the above-captioned chapter 11 cases.[3]

4. Therefore, on June 24, 2016, the TCEH Debtors filed a certification of counsel with the Bankruptcy Court attaching a proposed form of Approval Order and a proposed form of DIP Order for entry. See D.I. 8812. Based on the TCEH Debtors' submission, later on June 24, 2016, the Bankruptcy Court entered the Approval Order (see D.I. 8815) and the DIP Order (see D.I. 8817).

5. Following the entry of the DIP Order (see D.I. 8817) by the Bankruptcy Court on June 24, 2016, the TCEH Debtors identified a scrivener's error in paragraph 16 of the form of DIP Order (i.e., the inadvertent inclusion of the word "or"). Consequently, the TCEH Debtors have prepared an amended form of the DIP Order (the "Amended DIP Order") which corrects the scrivener's error in paragraph 16 of the form of DIP Order. A copy of the Amended DIP Order is attached hereto as **Exhibit A**. A redline comparison of the changed pages of the Amended DIP Order marked against the corresponding pages in the form of the DIP Order entered by the Bankruptcy Court on June 24, 2016 (D.I. 8817) is attached hereto as **Exhibit B.**

6. The TCEH Debtors have confirmed that entry of the Amended DIP Order, in the

---

[3] On June 16, 2016, the TCEH Debtors filed the DIP Credit Agreement (i.e., "Exhibit A" to the DIP Order) [D.I. 8754] and, on June 17, 2016, the TCEH Debtors filed a revised form of the DIP Order (i.e., "Exhibit B" to the Motion) [D.I. 8762] with the Bankruptcy Court; the TCEH Debtors have similarly received no responses or objections to either of these submissions, nor do any responses or objections thereto appear on the Bankruptcy Court's docket in the above-captioned chapter 11 cases.

3

RLF1 14710905v.1

form attached hereto as **Exhibit A**, is acceptable to (i) the DIP Agent; (ii) the DIP Lenders; (iii) the Existing DIP Agent; and (iv) the Ad Hoc Committee of TCEH First Lien Creditors. The DIP Credit Agreement, attached as "Exhibit 1" to the DIP Order, is also acceptable to (i) the DIP Agent; (ii) the DIP Lenders; (iii) the Existing DIP Agent; and (iv) the Ad Hoc Committee of TCEH First Lien Creditors; *provided, however*, that the provisions of the DIP Credit Agreement related to the Term Letters of Credit shall be reasonably acceptable to Citibank, N.A., in its capacity as Existing DIP Agent and Existing DIP L/C Issuer.

7.  Consequently, the TCEH Debtors respectfully request that the Bankruptcy Court enter the Amended DIP Order, in the form attached hereto as **Exhibit A**, at its earliest convenience.

*[Remainder of page intentionally left blank.]*

Dated: June 27, 2016
      Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:    (302) 651-7701
Email:        collins@rlf.com
             defranceschi@rlf.com
             madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900
Email:        edward.sassower@kirkland.com
             stephen.hessler@kirkland.com
             brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:    (312) 862-2200
Email:        james.sprayregen@kirkland.com
             marc.kieselstein@kirkland.com
             chad.husnick@kirkland.com
             steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession