IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., et al.,<br><br>                    Debtors. | Bankruptcy Case No. 14-10979 (CSS)<br>(Jointly Administered)<br><br>Bankruptcy Adv. No. 15-51 |
| THE BANK OF NEW YORK MELLON, in its capacity as the PCRB Trustee, and THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., in its capacity as the EFCH 2037 Notes Trustee,<br><br>                    Appellants,<br><br>      v.<br><br>ENERGY FUTURE HOLDINGS CORP., et al.,<br><br>                    Appellees. | Civil Action No. 15-885-RGA |

ORDER

Now, this 24th day of June, 2016, after oral argument and consideration of the parties' briefs (D.I. 12, 28, 31), for the reasons stated in open court, **IT IS HEREBY ORDERED** that the appeal is **DISMISSED**.

                                                                       /s/ Richard G. Andrews
                                                                       United States District Judge