# Exhibit A

[Statement of Fees by Subject Matter]

56984856v1

| MATTER NUMBER | MATTER DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 001 | Case Administration | 3.7 | $2,905.00 |
| 003 | EFH Business Operations | 4.0 | $4,005.00 |
| 004 | EFH Contested Matters and Adversary Proceedings | 3.0 | $3,017.50 |
| 005 | EFH Corporate Governance and Board Matters | 28.6 | $31,755.00 |
| 006 | Discovery | 11.5 | $12,017.50 |
| 008 | Fee Applications and Objections | 15.5 | $14,870.00 |
| 009 | Financing and Cash Collateral | 0.9 | $900.00 |
| 010 | Hearings | 8.2 | $8,792.50 |
| 011 | Claims Investigations, Analyses and Objections | 4.8 | $4,355.00 |
| 014 | Non-working Travel | 61.2 | $33,600.00 |
| 015 | Plan and Disclosure Statement | 193.9 | $206,552.00 |
| 016 | Tax | 141.0 | $132,125.00 |
| **TOTAL FOR ALL MATTER NOS.** | | **476.3** | **$454,894.50** |

56984856v1