## Exhibit B

[Attorneys' and Paraprofessionals' Information]

Proskauer attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Julie M. Allen | Partner | 1984 | Corporate | $1,350 | 10.1 | $13,635.00 |
| Richard M. Corn | Partner | 2005 | Tax | $925 | 63.1 | $58,367.50 |
| Michael E. Ellis | Partner | 2007 | Corporate | $925 | 5.8 | $5,365.00 |
| Michael A. Firestein | Partner | 1983 | Litigation | $1,025 | 17.8 | $18,245.00 |
| Daniel I. Ganitsky | Partner | 2001 | Corporate | $1,050 | 18.2 | $19,110.00 |
| Jeff J. Marwil | Partner | 1986 | Corporate | $1,200 | 6.7 | $8,040.00 |
| Lary Alan Rappaport | Partner | 1979 | Litigation | $950 | 3.3 | $3,135.00 |
| Stuart L. Rosow | Partner | 1976 | Tax | $1,350 | 11.3 | $15,255.00 |
| Mark K. Thomas | Partner | 1981 | Corporate | $1,200 | 98.9 | $118,680.00 |
| | | | | $600 | 30.0 | $18,000.00[1] |
| Peter J. Young | Partner | 2002 | Corporate | $1,000 | 128.0 | $128,000.00 |
| | | | | $500 | 31.2 | $15,600.00[1] |
| Kunal Dogra | Associate | 2010 | Corporate | $825 | 5.2 | $4,290.00 |
| Gary Silber | Associate | 2011 | Tax | $770 | 16.5 | $12,705.00 |
| Martine Seiden | Associate | 2016 | Tax | $495 | 2.3 | $1,138.50 |
| Jared D. Zajac | Associate | 2009 | Corporate | $825 | 8.2 | $6,765.00 |
| Mani Kakkar | Law Clerk | N/A | Tax | $445 | 13.2 | $5,874.00 |
| Zachary Z. Zermay | Summer Associate | N/A | Corporate | $445 | 5.1 | $2,269.50 |
| **Total** | | | | | **474.9** | **$454,474.50** |

---

[1] Represents a fifty percent (50%) reduction for non-working travel time.

Proskauer paraprofessionals who rendered professionals services in these cases during the

Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Natasha Petrov | Paralegal | 1 year | Corporate | $300 | 1.4 | $420.00 |
| **Total** | | | | | **1.4** | **$420.00** |

**TOTAL FOR PROFESSIONALS AND PARAPROFESSIONALS**　　　　　476.3　　　$454,894.50