## Exhibit C

[Summary of Actual and Necessary Expenses for the Fee Period]

56984856v1

| EXPENSE CATEGORY | AMOUNT |
|---|---:|
| Reproduction Costs (at $0.10 per page) | $321.80 |
| Telecommunications | $0.00[1] |
| Research (Lexis/Westlaw/Other Database Searches) | $1,666.00 |
| Litigation and Corporate Support Services[2] | $116.00 |
| Travel Out-of-Town – Transportation | $3,820.03[3] |
| Taxi, Carfare, Mileage, Parking | $1,421.48[4] |
| Business Meals | $327.59[5] |
| Out-of-Town Lodging | $3,258.08[6] |
| Word Processing | $0.00[7] |
| **Total** | **$10,930.98** |

---

[1] Reflects a reduction of $5.07 for telecommunication expenses incurred that are not reimbursable pursuant to the fee committee guidelines.

[2] Consists of CourtCall, PACER and transcript (hearing and deposition) expenses.

[3] Includes non-refundable first-class airfare reduced by 50% to approximate the cost differential between non-refundable first-class airfare and refundable coach-class fare, addressing the reimbursable cap imposed by the fee committee.

[4] Includes a reduction of $210.22 for cab and carfare expenses incurred that are not reimbursable pursuant to the fee committee guidelines.

[5] Includes a reduction of $1,152.18 for business meal expenses either (i) in excess of the reimbursable cap or (ii) that are not otherwise reimbursable pursuant to the fee committee guidelines.

[6] Includes a reduction of $1,324.79 for lodging expenses in excess of the reimbursable cap imposed by the fee committee.

[7] Reflects a reduction of $59.15 for word processing and proofreading expenses incurred that are not reimbursable pursuant to the fee committee guidelines.

56984856v1