## **Exhibit D**

[Detailed Description of Expenses and Disbursements]

Disbursements and Other Charges

| Date | Name | Description | Amount |
|---|---|---|---|
| 04/29/2016 | Peter J. Young | Airplane-Economy Chicago to/from New York 4/28-29/16 | 468.20 |
| 04/30/2016 | Mark K. Thomas | Airplane-Economy Chicago to/from New York 4/28-29/16 | 351.20 |
| 04/30/2016 | Mark K. Thomas | Lodging-1 Night New York | 358.08 |
| 04/30/2016 | Peter J. Young | Local Meals-7.2 Hours Worked on Saturday | 20.00 |
| 04/30/2016 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-11.6 Hours Worked; Cabs to/from Home/Work | 29.00 |
| 05/02/2016 | Daniel I. Ganitsky | Reproduction | 0.40 |
| 05/02/2016 | Daniel I. Ganitsky | Reproduction | 0.50 |
| 05/02/2016 | Daniel I. Ganitsky | Reproduction | 9.00 |
| 05/02/2016 | Daniel I. Ganitsky | Reproduction | 10.90 |
| 05/02/2016 | Daniel I. Ganitsky | Reproduction | 0.30 |
| 05/02/2016 | Daniel I. Ganitsky | Reproduction | 0.90 |
| 05/02/2016 | Daniel I. Ganitsky | Reproduction | 1.80 |
| 05/02/2016 | Daniel I. Ganitsky | Reproduction | 0.10 |
| 05/02/2016 | Paulette Lindo | Reproduction | 0.10 |
| 05/02/2016 | Paulette Lindo | Reproduction | 2.40 |
| 05/02/2016 | Paulette Lindo | Reproduction | 0.40 |
| 05/02/2016 | Paulette Lindo | Reproduction | 0.80 |
| 05/02/2016 | Paulette Lindo | Reproduction | 3.50 |
| 05/02/2016 | Paulette Lindo | Reproduction | 1.80 |
| 05/02/2016 | Paulette Lindo | Reproduction | 0.10 |
| 05/02/2016 | Paulette Lindo | Reproduction | 0.10 |
| 05/03/2016 | Mark K. Thomas | Out Of Town Meals | 40.00 |
| 05/03/2016 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-Cab from Dallas Airport to EFH Offices | 71.00 |
| 05/03/2016 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-A-1 Airport Limo from Home to O'Hare | 75.00 |
| 05/03/2016 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Uber from Home to O'Hare | 75.00 |
| 05/03/2016 | Mark K. Thomas | Out Of Town Meals | 40.00 |
| 05/04/2016 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-Cab from Hotel to Dinner | 20.00 |
| 05/04/2016 | Peter J. Young | Airplane-GoGoAir Internet Service on 5/3/16 | 21.95 |
| 05/04/2016 | Peter J. Young | Other Disbursements-Gratuities | 20.00 |
| 05/04/2016 | Peter J. Young | Out Of Town Meals | 6.33 |
| 05/04/2016 | Peter J. Young | Out Of Town Meals | 14.88 |

| Date | Name | Description | Amount |
|---|---|---|---|
| 05/04/2016 | Peter J. Young | Airplane-Chicago to/from Dallas on 5/3-4/16 | 907.22 |
| 05/04/2016 | Peter J. Young | Taxi, Carfare, Mileage and Parking- Cab from O'Hare to Home | 60.00 |
| 05/04/2016 | Peter J. Young | Lodging-1 Night Dallas | 300.00 |
| 05/04/2016 | Peter J. Young | Airplane-GoGoAir Internet Service | 25.93 |
| 05/04/2016 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking- Uber from Hotel to Dallas Airport | 75.00 |
| 05/04/2016 | Mark K. Thomas | Lodging-1 Night Dallas | 300.00 |
| 05/04/2016 | Mark K. Thomas | Airplane-Chicago to/from Dallas on 5/3-4/16 | 501.30 |
| 05/04/2016 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking- A-1 Airport Limo from O'Hare to Home | 75.00 |
| 05/04/2016 | Michele M. Reetz | Reproduction | 0.40 |
| 05/04/2016 | Michele M. Reetz | Reproduction | 0.10 |
| 05/04/2016 | Michele M. Reetz | Reproduction | 0.30 |
| 05/04/2016 | Michele M. Reetz | Reproduction | 0.10 |
| 05/04/2016 | Michele M. Reetz | Reproduction | 2.60 |
| 05/04/2016 | Michele M. Reetz | Reproduction | 7.80 |
| 05/04/2016 | Michele M. Reetz | Reproduction | 1.80 |
| 05/04/2016 | Michele M. Reetz | Reproduction | 0.80 |
| 05/05/2016 | Peter J. Young | Reproduction | 0.60 |
| 05/05/2016 | Peter J. Young | Reproduction | 7.80 |
| 05/05/2016 | Peter J. Young | Reproduction | 10.50 |
| 05/05/2016 | Peter J. Young | Reproduction | 0.80 |
| 05/06/2016 | Richard M. Corn | Lexis | 181.00 |
| 05/07/2016 | Daniel I. Ganitsky | Reproduction | 1.00 |
| 05/07/2016 | Daniel I. Ganitsky | Reproduction | 5.60 |
| 05/07/2016 | Daniel I. Ganitsky | Reproduction | 1.60 |
| 05/07/2016 | Daniel I. Ganitsky | Reproduction | 1.20 |
| 05/08/2016 | Daniel I. Ganitsky | Reproduction | 0.40 |
| 05/08/2016 | Daniel I. Ganitsky | Reproduction | 7.50 |
| 05/08/2016 | Daniel I. Ganitsky | Reproduction | 0.50 |
| 05/09/2016 | Paulette Lindo | Reproduction | 0.40 |
| 05/09/2016 | Paulette Lindo | Reproduction | 1.00 |
| 05/09/2016 | Paulette Lindo | Reproduction | 1.80 |
| 05/09/2016 | Paulette Lindo | Reproduction | 0.60 |
| 05/09/2016 | Paulette Lindo | Reproduction | 0.30 |
| 05/09/2016 | Paulette Lindo | Reproduction | 0.20 |
| 05/09/2016 | Paulette Lindo | Reproduction | 0.10 |
| 05/09/2016 | Paulette Lindo | Reproduction | 0.20 |
| 05/09/2016 | Richard M. Corn | Lexis | 212.00 |
| 05/09/2016 | Peter J. Young | Local Meals-Lunch at O'Hare pre-travel to New York | 7.80 |

| **Date** | **Name** | **Description** | **Amount** |
|---|---|---|---|
| 05/09/2016 | Peter J. Young | Taxicab/car Svc.-XYZ Car Service from LaGuardia to Hotel | 50.12 |
| 05/09/2016 | Mark K. Thomas | Out Of Town Meals | 40.00 |
| 05/10/2016 | Mark K. Thomas | Out Of Town Meals-Dinner M. Thomas, P. Young and V. Lazar | 120.00 |
| 05/10/2016 | Natasha Petrov | Court Reporting Service-CourtCall | 30.00 |
| 05/10/2016 | Jared Zajac | Reproduction | 0.70 |
| 05/11/2016 | Peter J. Young | Airplane-Chicago to/from New York 5/9-11/16 | 560.10 |
| 05/11/2016 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Uber from Home to O'Hare | 75.00 |
| 05/11/2016 | Peter J. Young | Lodging-2 Nights New York | 1,000.00 |
| 05/11/2016 | Peter J. Young | Airplane-United Inflight Wifi on 5/9/16 | 7.99 |
| 05/11/2016 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Cab from O'Hare to Home | 60.00 |
| 05/11/2016 | Peter J. Young | Airplane-United Inflight Wifi | 7.99 |
| 05/11/2016 | Peter J. Young | Other Disbursements-Gratuities | 25.00 |
| 05/11/2016 | Jared Zajac | Reproduction | 0.40 |
| 05/11/2016 | Jared Zajac | Reproduction | 0.20 |
| 05/11/2016 | Peter J. Young | Taxicab/car Svc.-XYZ Car Service from Hotel to LaGuardia | 56.81 |
| 05/11/2016 | Mark K. Thomas | Taxicab/car Svc.-XYZ Car Service from Hotel to LaGuardia | 50.12 |
| 05/11/2016 | Mark K. Thomas | Airplane-Chicago to/from New York 5/9-11/16 | 456.10 |
| 05/11/2016 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-Uber car in New York | 61.43 |
| 05/11/2016 | Mark K. Thomas | Lodging-2 Nights New York | 1,000.00 |
| 05/11/2016 | Mark K. Thomas | Airplane-GoGo Air Internet | 29.95 |
| 05/11/2016 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-A-1 Airport Limo Service from O'Hare to Hmoe | 75.00 |
| 05/11/2016 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-Cab from Office to O'Hare on 5/9/16 | 58.00 |
| 05/12/2016 | Richard M. Corn | Lexis | 377.00 |
| 05/12/2016 | Jared Zajac | Reproduction | 0.60 |
| 05/12/2016 | Mark K. Thomas | Reproduction | 7.60 |
| 05/13/2016 | Gary Silber | Reproduction | 0.10 |
| 05/13/2016 | Gary Silber | Reproduction | 0.10 |
| 05/13/2016 | Gary Silber | Reproduction | 0.10 |
| 05/16/2016 | Mark K. Thomas | Reproduction | 0.10 |
| 05/16/2016 | Peter J. Young | Reproduction | 7.80 |
| 05/16/2016 | Mark K. Thomas | Reproduction | 0.30 |
| 05/16/2016 | Mark K. Thomas | Reproduction | 0.60 |
| 05/16/2016 | Peter J. Young | Reproduction | 0.80 |

| **Date** | **Name** | **Description** | **Amount** |
|---|---|---|---:|
| 05/17/2016 | Natasha Petrov | Reproduction | 2.60 |
| 05/17/2016 | Natasha Petrov | Reproduction | 2.00 |
| 05/17/2016 | Natasha Petrov | Reproduction | 1.60 |
| 05/17/2016 | Natasha Petrov | Reproduction | 1.60 |
| 05/17/2016 | Natasha Petrov | Reproduction | 1.80 |
| 05/17/2016 | Natasha Petrov | Reproduction | 1.20 |
| 05/17/2016 | Natasha Petrov | Reproduction | 1.80 |
| 05/17/2016 | Natasha Petrov | Reproduction | 1.20 |
| 05/17/2016 | Natasha Petrov | Reproduction | 0.60 |
| 05/17/2016 | Natasha Petrov | Reproduction | 2.20 |
| 05/17/2016 | Natasha Petrov | Reproduction | 0.60 |
| 05/17/2016 | Natasha Petrov | Reproduction | 12.40 |
| 05/17/2016 | Natasha Petrov | Reproduction | 3.80 |
| 05/17/2016 | Natasha Petrov | Reproduction | 3.60 |
| 05/17/2016 | Natasha Petrov | Reproduction | 0.60 |
| 05/17/2016 | Natasha Petrov | Reproduction | 12.00 |
| 05/18/2016 | Mark K. Thomas | Reproduction | 2.30 |
| 05/18/2016 | Peter J. Young | Reproduction | 2.30 |
| 05/19/2016 | Peter J. Young | Reproduction | 0.50 |
| 05/19/2016 | Peter J. Young | Reproduction | 0.60 |
| 05/19/2016 | Natasha Petrov | Reproduction | 19.60 |
| 05/19/2016 | Natasha Petrov | Reproduction | 31.60 |
| 05/19/2016 | Peter J. Young | Reproduction | 15.20 |
| 05/19/2016 | Peter J. Young | Reproduction | 4.00 |
| 05/20/2016 | Daniel I. Ganitsky | Reproduction | 2.80 |
| 05/20/2016 | Daniel I. Ganitsky | Reproduction | 0.40 |
| 05/20/2016 | Daniel I. Ganitsky | Reproduction | 1.80 |
| 05/20/2016 | Peter J. Young | Reproduction | 2.90 |
| 05/22/2016 | Peter J. Young | Out Of Town Meals | 16.58 |
| 05/23/2016 | Peter J. Young | Out Of Town Meals | 22.00 |
| 05/23/2016 | Peter J. Young | Airplane-Chicago to/from Philadelphia 5/22-23/16 | 482.10 |
| 05/23/2016 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Cab from O'Hare to Home | 65.00 |
| 05/23/2016 | Peter J. Young | Lodging-1 Night Philadelphia | 300.00 |
| 05/23/2016 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Carey Car Service from Hotel in Philadelphia to Court in Wilmington | 125.00 |
| 05/23/2016 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Cab from Court in Wilmington to Philadelphia Airport | 110.00 |
| 05/23/2016 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Cab from Philadelphia Airport to Hotel | 35.00 |

56984856v1

| Date | Name | Description | Amount |
|---|---|---|---|
| 05/23/2016 | Peter J. Young | Taxi, Carfare, Mileage and Parking- Uber Car from Home to O'Hare on 5/22/16 | 75.00 |
| 05/23/2016 | Michael A. Firestein | Filing and Court Costs | 86.00 |
| 05/24/2016 | Richard M. Corn | Lexis | 362.00 |
| 05/25/2016 | Zachary Z. Zermay | Westlaw | 257.00 |
| 05/25/2016 | Peter J. Young | Reproduction | 3.50 |
| 05/25/2016 | Peter J. Young | Reproduction | 0.40 |
| 05/26/2016 | Paulette Lindo | Reproduction | 0.60 |
| 05/26/2016 | Paulette Lindo | Reproduction | 0.50 |
| 05/26/2016 | Paulette Lindo | Reproduction | 9.10 |
| 05/26/2016 | Paulette Lindo | Reproduction | 1.70 |
| 05/26/2016 | Paulette Lindo | Reproduction | 0.40 |
| 05/26/2016 | Paulette Lindo | Reproduction | 0.30 |
| 05/26/2016 | Paulette Lindo | Reproduction | 2.20 |
| 05/26/2016 | Paulette Lindo | Reproduction | 1.10 |
| 05/26/2016 | Paulette Lindo | Reproduction | 1.30 |
| 05/26/2016 | Paulette Lindo | Reproduction | 2.50 |
| 05/26/2016 | Richard M. Corn | Lexis | 277.00 |
| 05/27/2016 | Daniel I. Ganitsky | Reproduction | 0.30 |
| 05/27/2016 | Daniel I. Ganitsky | Reproduction | 1.40 |
| 05/27/2016 | Daniel I. Ganitsky | Reproduction | 13.80 |
| 05/27/2016 | Daniel I. Ganitsky | Reproduction | 1.50 |
| 05/27/2016 | Daniel I. Ganitsky | Reproduction | 0.10 |
| 05/30/2016 | Daniel I. Ganitsky | Reproduction | 13.10 |
| 05/30/2016 | Daniel I. Ganitsky | Reproduction | 0.10 |
| 05/30/2016 | Proskauer Unassigned | Reproduction | 9.10 |
| 05/30/2016 | Daniel I. Ganitsky | Reproduction | 0.40 |
| 05/30/2016 | Daniel I. Ganitsky | Reproduction | 0.10 |
| 05/30/2016 | Proskauer Unassigned | Reproduction | 2.70 |
| 05/31/2016 | Daniel I. Ganitsky | Reproduction | 0.40 |
| 05/31/2016 | Daniel I. Ganitsky | Reproduction | 13.10 |

Disbursements and Other Charges       $   10,930.98