2

**<u>Exhibit A</u>**

2

| | |
|---|---|
| **Transfer Assets:** | One (1) spare compressor rotor and other spare parts salvaged from Sweetwater Plant demolition. |
| **Debtor/Seller:** | Luminant Generation Company LLC ("Luminant") |
| **Purchaser:** | ACT Industrial Services (together with Luminant, the "Parties") |
| **Marketing/Sales Process:** | Luminant did not market the compressor rotor or the spare parts for sale, although it did determine that the "trade-in" value of the spare rotor was $250,000.00. |
| **Price/Terms:** | $726,555.00 in repair services toward Luminant's remaining rotor. |
| **Book Value:** | $0.00 – None of the parts to be transferred are held on Luminant's books as inventory and some of the spare parts have no use in the Debtors' current fleet. |
| **Other Significant Terms:** | To determine the value to be given for the proposed trade, the Parties used the value of the transfer assets as new and then depreciated using the number of hours and starts and number of repairs completed. The value was determined to be $716,707.00. |
| | Once an agreement between the Parties has been signed, the repair services will begin immediately, as will the transfer of assets. |
| **Known Encumbrances:** | None |
| **Other Known Affected/ Interested Governmental/ Regulatory Entities:** | None |