# Exhibit E

**Timekeeper Fees Summary**

# TIMEKEEPER FEES SUMMARY
## January 1, 2016 through April 30, 2016

| Professional Person | Position | Year Admitted | Department | Total Hours Billed in this Fee Application | Hourly Billing Rate | | Total Fees Billed | | Number of Rate Increases |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | In this Fee Application | *In the First Interim Fee Application* | At this Fee Application Rates | *At the First Interim Fee Application Rates* | |
| Steven Burns | Partner | 1995 | Environmental | 1.10 | $445.00 | *$425.00* | $489.50 | *$467.50* | 2 |
| Thomas L. Casey III | Partner | 2003 | Environmental | 257.20 | $395.00 | *$350.00* | $101,590.00[1] | *$90,020.00* | 2 |
| Thomas DeLawrence | Partner | 2006 | Environmental | 137.50 | $330.00 | *$295.00* | $45,375.00 | *$40,562.50* | 2 |
| P. Stephen Gidiere | Partner | 1996 | Environmental | 773.10 | $525.00 | *$470.00* | $405,877.50 | *$363,357.00* | 2 |
| Scott B. Grover | Partner | 2001 | Energy | 16.60 | $445.00 | *$390.00* | $7,441.50[2] | *$6,474.00* | 2 |
| Ed R. Haden | Partner | 1993 | Litigation | 0.40 | $475.00 | *$455.00* | $190.00 | *$182.00* | 2 |
| Peter LeJeune | Partner | 1997 | Energy | 1.40 | $480.00 | *$425.00* | $672.00 | *$595.00* | 2 |
| Leo E. Manuel | Partner | 2005 | Energy | 0.50 | $355.00 | *$340.00* | $177.50 | *$170.00* | 2 |
| C. Grady Moore | Partner | 1992 | Environmental | 159.60 | $525.00 | *$475.00* | $83,790.00 | *$75,810.00* | 2 |
| Millicent Ronnlund | Partner | 2008 | Energy | 11.00 | $345.00 | *$285.00* | $3,795.00 | *$3,135.00* | 2 |
| Mary F. Samuels | Partner | 2007 | Environmental | 162.6 | $330.00 | *$285.00* | $53,658.00 | *$46,341.00* | 2 |
| Jeff Wood | Partner | 2003 | Environmental | 4.90 | $465.00 | *$425.00* | $2,278.50 | *$2,082.50* | 2 |
| Julia Barber | Associate | 2014 | Environmental | 222.40 | $245.00 | *$230.00* | $54,488.00 | *$51,152.00* | 2 |

---

[1] Note that the total compensation amount for Thomas L. Casey, III includes 0.40 hours billed at the 2015 billing rate of $385.00 per hour.

[2] Note that the total compensation amount for Scott B. Grover includes 5.70 hours billed at the 2015 billing rate of $445.00 per hour.

| Professional Person | Position | Year Admitted | Department | Total Hours Billed in this Fee Application | Hourly Billing Rate | | Total Fees Billed | | Number of Rate Increases |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | In this Fee Application | *In the First Interim Fee Application* | At this Fee Application Rates | *At the First Interim Fee Application Rates* | |
| S. Ellen Burgin | Associate | 2014 | Environmental | 90.20 | $240.00 | *$230.00* | $21,648.00 | *$20,746.00* | 2 |
| Steven Corhern | Associate | 2011 | Litigation | 30.60 | $285.00 | *$275.00* | $8,721.00 | *$8,415.00* | 2 |
| Jonathan Grayson | Associate | 2005 | Bankruptcy | 17.20 | $295.00 | *$255.00* | $5,074.00 | *$4,386.00* | 2 |
| Ryan M. Hodinka | Associate | 2011 | Litigation | 0.90 | $270.00 | *$255.00* | $243.00 | *$229.50* | 2 |
| Alan Lovett | Associate | 2013 | Energy | 3.40 | $235.00 | *$230.00* | $799.00 | *$782.00* | 2 |
| Michael Madison | Associate | 2015 | Energy | 1.20 | $230.00 | *n/a* | $276.00 | *n/a* | 0 |
| Michael P. Malenfant | Associate | 2013 | Energy | 3.50 | $240.00 | *$230.00* | $840.00 | *$805.00* | 2 |
| David W. Mitchell | Associate | 2009 | Environmental | 761.70 | $300.00 | *$260.00* | $228,510.00 | *$198,042.00* | 2 |
| J. Patrick Runge | Associate | 2008 | Environmental | 71.00 | $280.00 | *$250.00* | $19,880.00 | *$17,750.00* | 2 |
| Amy Benschoter | Staff Attorney | 2005 | Environmental | 393.60 | $230.00 | *n/a* | $90,528.00 | *n/a* | 0 |
| M. Talmadge Simpson | Staff Attorney | 2011 | Environmental | 104.10 | $265.00 | *$230.00* | $27,586.50 | *$23,943.00* | 2 |
| Stephen Kelley | Project Assistant | n/a | General | 5.30 | $185.00 | *n/a* | $980.50 | *n/a* | 0 |
| TOTAL (professionals) | | | | 3,225.70 | – | – | $1,163,928.00 | *$955,447.00* | – |
| TOTAL (paraprofessionals) | | | | 5.30 | – | – | $980.50 | *n/a* | – |
| **TOTAL (professionals and paraprofessionals)** | | | | **3,231.00** | – | – | **$1,164,908.50** | *$955,447.00* | – |