# **<u>Exhibit F</u>**

**Expense Summary**

**EXPENSE SUMMARY**
**JANUARY 1, 2016 THROUGH APRIL 30, 2016**

| Expense Category | Amount |
|---|---|
| Airfare | $7,721.80 |
| Copies or Prints – Color | $421.50 |
| Copies or Prints – Standard | $263.00 |
| Court Fees | $1,500.00 |
| Deliveries | $468.21 |
| Equipment | $58.21 |
| Telephone Charges | $261.11 |
| Transportation | $114.44 |
| Transportation to/from airport | $584.48 |
| Travel Expenses – Lodging | $5,972.77 |
| Travel Expenses – Other | $461.58 |
| Travel Meals | $1,360.42 |
| Working Meals | $19.77 |
| **Total Expenses Sought:** | **$19,207.29** |