# <u>Exhibit G</u>

**Subject Matter Summary**

# COMPENSATION BY SUBJECT MATTER[1]
# JANUARY 1, 2016 THROUGH APRIL 30, 2016

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 4 | General Environmental Matters | 184.10 | $80,402.00 |
| 7 | EPA NSR Litigation | 542.90 | $177,439.50 |
| 8 | EGU MACT | 79.70 | $31,943.50 |
| 9 | Texas PM2.5 Interstate Transport Rule | 107.80 | $34,915.50 |
| 11 | EPA Regional Haze Rulemaking | 1,286.80 | $469,322.50 |
| 17 | Regional Haze Section 114 Request | 85.30 | $26,909.00 |
| 18 | EPA Affirmative Defense Litigation | 189.30 | $77,317.50 |
| 19 | EPA GHG Rules | 254.80 | $101,952.00 |
| 21 | Bankruptcy Application and Retention | 134.50 | $34,442.50 |
| 24 | La Frontera Gas Contracts | 17.10 | $7,559.00 |
| 25 | SO2 NAAQS | 348.70 | $122,705.50 |
| **Totals:** | | **3,231.00** | **$1,164,908.50** |

---

[1] The work performed and expenses incurred by Balch during the compensation period were entirely on behalf of Texas Competitive Electric Holdings Company, LLC and its debtor subsidiaries.