## EXHIBIT A
### Statement of Fees by Subject Matter

| Task Code | Project Category Description | Hours | Total Fees (Prior to Holdback) | 80% of Total Fees |
|---|---|---|---|---|
| B160 | Employment Applications | 8.4 | $4,340.00 | $3,472.00 |
| B161 | Budget/Staffing Plan | 2.4 | $1,368.00 | $1,094.40 |
| B162 | Fee Applications | 2.1 | $713.00 | $570.40 |
| B170 | Fee/Employment Objection | .6 | $378.00 | $302.40 |
| B210 | Business Operations | 8.4 | $4,368.00 | $3,494.40 |
| B240 | Tax Issues | 11.2 | $5,788.00 | $4,630.40 |
| | **Totals** | **33.1** | **$16,955.00** | **$13,564.00** |