# EXHIBIT B

## Attorneys and Paraprofessionals' Information

The RL&F attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Daniel J. DeFranceschi | Director | 1989 | Bankruptcy | $775 | 13.6 | $10,540.00 |
| Jason M. Madron | Counsel | 2003 | Bankruptcy | $550 | 121.9 | $67,045.00 |
| Joseph C. Barsalona II | Associate | 2014 | Bankruptcy | $360 | 23.7 | $8,532.00 |
| Andrew M. Dean | Associate | 2015 | Bankruptcy | $295 | 8.3 | $2,448.50 |
| **Total** | | | | | | **$88,565.50** |

The paraprofessionals of RL&F who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Barbara J. Witters | Paralegal | 16 | Bankruptcy | $240 | 71.2 | $17,088.00 |
| Ann Jerominski | Paralegal | 16 | Bankruptcy | $240 | 4.6 | $1,104.00 |
| Rebecca V. Speaker | Paralegal | 14 | Bankruptcy | $240 | 0.7 | $168.00 |
| **Total** | | | | | | **$18,360.00** |
| | | | | **Total Fees** | | **$106,925.50** |