## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

## ALL - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $0.00 |
| Business Meals | $713.82 |
| Conference Calling | $417.06 |
| Court Reporter Services | $0.00 |
| Document Retrieval | $623.79 |
| Electronic Legal Research | $0.00 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Cost | $0.00 |
| Long distance Telephone Charges | $82.06 |
| Messenger and Delivery Service | $599.49 |
| Overtime | $0.00 |
| Photocopying/Printing - Outside Vendor | $0.00 |
| Photocopying/Printing | $2,633.59 |
| Postage | $11.65 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Record Retrieval | $0.00 |
| Travel Expense | $85.32 |
| **Total:** | **$5,166.78** |

## TCEH - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $0.00 |
| Business Meals | $22.49 |
| Conference Calling | $13.14 |
| Court Reporter Services | $0.00 |
| Document Retrieval | $19.65 |
| Electronic Legal Research | $0.00 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Costs | $0.00 |
| Long distance Telephone Charges | $2.59 |
| Messenger and Delivery Service | $18.89 |
| Overtime | $0.00 |
| Photocopying/Printing - Outside Vendor | $0.00 |
| Photocopying/Printing | $82.97 |
| Postage | $0.37 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Record Retrieval | $0.00 |
| Travel Expense | $2.68 |
| **Total:** | **$162.78** |

## EFIH - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $0.00 |
| Business Meals | $12.74 |
| Conference Calling | $7.45 |
| Court Reporter Services | $0.00 |
| Document Retrieval | $11.14 |
| Electronic Legal Research | $0.00 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Costs | $0.00 |
| Long distance Telephone Charges | $1.47 |
| Messenger and Delivery Service | $10.70 |
| Overtime | $0.00 |
| Photocopying/Printing - Outside Vendor | $0.00 |
| Photocopying/Printing | $47.03 |
| Postage | $0.21 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Record Retrieval | $0.00 |
| Travel Expense | $1.51 |
| **Total:** | **$92.25** |

## EFH - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $0.00 |
| Business Meals | $0.60 |
| Conference Calling | $0.35 |
| Court Reporter Services | $0.00 |
| Document Retrieval | $0.52 |
| Electronic Legal Research | $0.00 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Costs | $0.00 |
| Long distance Telephone Charges | $0.07 |
| Messenger and Delivery Service | $0.50 |
| Overtime | $0.00 |
| Photocopying/Printing - Outside Vendor | $0.00 |
| Photocopying/Printing | $2.21 |
| Postage | $0.02 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Record Retrieval | $0.00 |
| Travel Expense | $0.07 |
| **Total:** | **$4.34** |