# EXHIBIT E

## Detailed Description of Meal Expenses

| Date | Restaurant/ Provider | Meal | Number of People | Description | Average Amount Per Person | Amount |
|---|---|---|---|---|---|---|
| 5/18/2016 | Rodney Grill | Drinks | 6 | Refreshments for visiting co-counsel, client representatives and other estate professionals in connection with 5/18/2016 hearing | $6.15 | $36.89 |
| 5/23/2016 | Manhattan Bagel Co. | Breakfast | 15 | Working meal for visiting co-counsel, client representatives and other estate professionals in connection hearing to consider Plan scheduling motion | $15.67 | $235.00 |
| 5/23/2016 | Cosi | Dinner | 15 | Working meal for visiting co-counsel, client representatives and other estate professionals in connection with 5/23/16 hearing on plan process scheduling motion | $29.65 | $444.65 |
| 5/23/2016 | Chelsea Tavern | Dinner/ | 1 | Working meal for RL&F team member in connection with after-hours preparation for and filing and service of certification of counsel regarding revised scheduling order | $13.83 | $13.83 |
| 5/31/2016 | Chelsea Tavern | Dinner | 1 | Working meal for RL&F team member in connection with after-hours preparation and filing of RL&F twenty-fourth fee statement and April 2016 monthly operating report | $19.28 | $19.28 |
| **TOTALS** | | | | | | $749.65 |

RLF1 14730423v.1