**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP , | ) | |
| *et al.* | ) | Case No. 14- 10979 (CSS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

**RESPONSE OF OHIO DEPARTMENT OF TAXATION TO DEBTORS' FORTY-SECOND OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS**

Ohio Department of Taxation ("ODT") through Ohio Attorney General Michael DeWine, hereby responds to the Forty-Second Omnibus Substantive) Objection to Claims filed by Debtors on June 15, 2016, (doc. 8728).   Debtors object to claim 3526 filed by ODT in the amount of $3,365.02. Debtors assert that no liability is owed to ODT based upon their books and records. A 2006 annual reconciliation return was required (form IT 941) to be filed but was not filed with ODT. As a result, an estimated tax, interest and penalty are owed to the state of Ohio. Unless Debtors can provide evidence to prove that the return was filed and required tax paid, ODT's proof of claim should be allowed.

WHEREFORE, ODT respectfully requests that this Court denies Debtors' objection and allow claim 3526 as filed.

Respectfully Submitted,

MICHAEL DeWINE
Attorney General of Ohio

*/s/ Victoria D. Garry*

Victoria D. Garry (OH #0037014)

Assistant Attorney General
Office of the Attorney General of Ohio
1600 Carew Tower
441 Vine Street
Cincinnati, OH 45202
Tel: (513) 852-3497
Fax: (866) 449-7532
Email: victoria.garry@ohioattorneygeneral.gov

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the foregoing *Response of Ohio Department of Taxation to Debtors' Forty-Second Omnibus (Substantive) Objection* was filed electronically this 29th day of June, 2016.  Notice of this filing will be sent electronically to all parties who have entered an appearance and receive notices by means of the court's electronic case filing system.

*/s/ Victoria D.  Garry*
Victoria D. Garry
Assistant Attorney General