IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) |  |
| ENERGY FUTURE HOLDINGS CORP., et al. ) | Case No. 14-10979 (CSS) |
| ) |  |
| Debtors. ) | (Jointly Administered) |
| ) |  |

### NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL

Alcoa Inc., a party in interest ("Alcoa"), files this Notice of Substitution of Counsel and would show as follows:

1. Alcoa hereby substitutes the following attorney as its counsel of record:

**MCKOOL SMITH P.C.**
Paul D. Moak
Texas Bar No. 00794316
600 Travis, Suite 7000
Houston, Texas 77002
T: 713-485-7300
F: 713-485-7344
pmoak@mckoolsmith.com

in place and stead of Peter S. Goodman and Michael R. Carney of McKool Smith, P.C. Matthew B. McGuire with the law firm of Landis Rath & Cobb, LLP will continue to act as co-counsel.

{1017.001-W0042771.}   1

2.  This substitution of counsel is not sought for purposes of delay. No party will be harmed by this substitution.

Dated: June 30, 2016
       Wilmington, Delaware

LANDIS RATH & COBB LLP

*/s/ Matthew B. McGuire*
Matthew B. McGuire (No. 4366)
919 Market Street, Suite 1800
Wilmington, Delaware 198999
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

-and-

MCKOOL SMITH P.C.

Paul D. Moak
600 Travis, Suite 7000
Houston, Texas 77002
Telephone: (713) 485-7300
Facsimile: (713) 485-7344

**Counsel for Alcoa, Inc.**

{1017.001-W0042771.}    2