# EXHIBIT A

**Statement of Fees and Expenses By Subject Matter**

# COMPENSATION BY SUBJECT MATTER[1]
## MAY 1, 2016 THROUGH MAY 31, 2016

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 4 | General Environmental Matters | 70.20 | $32,943.00 |
| 7 | EPA NSR Litigation | 204.50 | $61,648.50 |
| 8 | EGU MACT | 5.10 | $1,891.00 |
| 9 | Texas PM2.5 Interstate Transport Rule | 22.10 | $7,210.50 |
| 11 | EPA Regional Haze Rulemaking | 291.80 | $109,239.00 |
| 17 | Regional Haze Section 114 Request | 0.70 | $210.00 |
| 18 | EPA Affirmative Defense Litigation | 1.50 | $697.50 |
| 19 | EPA Existing Source GHG Rules | 6.10 | $2,942.50 |
| 21 | Bankruptcy Application and Retention | 39.80 | $9,626.00 |
| 24 | La Frontera Gas Contracts | 12.10 | $5,187.00 |
| 25 | SO2 NAAQS | 0.60 | $256.50 |
| 26 | Market Regulatory Advice | 21.00 | $10,790.00 |
| 27 | EPA New Source GHG Rules | 10.10 | $3,943.50 |
| **Totals:** | | **685.60** | **$246,505.00** |

---

[1] The work performed and expenses incurred by Balch during the compensation period were entirely on behalf of Texas Competitive Electric Holdings Company, LLC and its debtor subsidiaries.

# EXPENSE SUMMARY
## MAY 1, 2016 THROUGH MAY 31 2016

| Expense Category | Amount |
|---|---|
| Airfare | $2,775.90 |
| Deliveries | $13.33 |
| In-house Copying – Color Copies or Prints | $227.00 |
| In-house Copying  -  Standard Copies or Prints | $231.00 |
| Outside Copying | $333.00 |
| Telephone Charges | $213.47 |
| Transportation to/from airport | $88.71 |
| Transportation | $63.76 |
| Travel Meals | $447.09 |
| Other Travel Expenses | $146.33 |
| Working Meals | $39.44 |
| **Total Expenses Sought:** | **$4,579.03** |

1449775.1