# **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The Balch attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Thomas L. Casey | Partner | 2003 | Environmental | $395.00 | 20.90 | $8,255.50 |
| Thomas DeLawrence | Partner | 2006 | Environmental | $330.00 | 40.60 | $13,398.00 |
| P. Stephen Gidiere | Partner | 1996 | Environmental | $525.00 | 158.80 | $83,370.00 |
| Scott B. Grover | Partner | 2001 | Energy | $450.00 | 10.90 | $4,905.00 |
| Lyle Larson | Partner | 1991 | Energy | $520.00 | 15.80 | $8,216.00 |
| C. Grady Moore | Partner | 1992 | Environmental | $525.00 | 38.50 | $20,212.50 |
| Mary Samuels | Partner | 2007 | Environmental | $330.00 | 0.30 | $99.00 |
| Stephen C. Still | Partner | 1994 | Energy | $495.00 | 5.20 | $2,574.00 |
| Spence M. Taylor | Partner | 1996 | Environmental | $445.00 | 0.80 | $356.00 |
| Julia Barber | Associate | 2014 | Environmental | $245.00 | 40.20 | $9,849.00 |
| S. Ellen Burgin | Associate | 2014 | Environmental | $240.00 | 5.10 | $1,224.00 |
| Alan Lovett | Associate | 2013 | Energy | $235.00 | 1.20 | $282.00 |
| David Mitchell | Associate | 2009 | Environmental | $300.00 | 177.10 | $53,130.00 |
| Amy Benschoter | Staff Attorney | 2005 | Environmental | $230.00 | 125.40 | $28,842.00 |
| Tal Simpson | Staff Attorney | 2011 | Environmental | $265.00 | 44.80 | $11,872.00 |
|  |  |  |  |  |  |  |

**Total Fees Requested**          **$246,585.00**