# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

**EXPENSE SUMMARY**
**MAY 1, 2016 THROUGH MAY 31 2016**

| Expense Category | Amount |
|---|---|
| Airfare | $2,775.90 |
| Deliveries | $13.33 |
| In-house Copying – Color Copies or Prints | $227.00 |
| In-house Copying - Standard Copies or Prints | $231.00 |
| Outside Copying | $333.00 |
| Telephone Charges | $213.47 |
| Transportation to/from airport | $88.71 |
| Transportation | $63.76 |
| Travel Meals | $447.09 |
| Other Travel Expenses | $146.33 |
| Working Meals | $39.44 |
| **Total Expenses Sought:** | **$4,579.03** |