## **EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

## DETAILED EXPENSE SUMMARY
## MAY 1, 2016 THROUGH MAY 31 2016

| Invoice Number | Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| *701249* | *004* | *3/10/2016* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$1.84[1]* | *Long Distance* |
| *701249* | *004* | *3/10/2016* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$1.22* | *Long Distance* |
| 701249 | 004 | 3/17/2016 | P. Stephen Gidiere | Telephone Charges | | | $11.91 | Conference Call |
| 701249 | 004 | 3/24/2016 | P. Stephen Gidiere | Telephone Charges | | | $21.10 | Conference Call |
| 701249 | 004 | 3/31/2016 | P. Stephen Gidiere | Telephone Charges | | | $9.82 | Conference Call |
| 701249 | 004 | 4/4/2016 | P. Stephen Gidiere | In-house Copying | $0.10 | 504 | $50.40 | Standard Copies |
| 701249 | *004* | 4/7/2016 | P. Stephen Gidiere | Telephone Charges | | | $6.32 | Conference Call |
| 701249 | *004* | 4/7/2016 | P. Stephen Gidiere | Telephone Charges | | | $8.41 | Conference Call |
| *701249* | *004* | *4/14/2016* | *C. Grady Moore* | *Telephone Charges* | | | *$0.50* | *Long Distance* |
| 701249 | 004 | 4/21/2016 | P. Stephen Gidiere | Airfare | | | $411.10 | Roundtrip airfare between Birmingham, AL and Washington, DC |
| *701249* | *004* | *4/27/2016* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$0.20* | *Long Distance* |
| 701249 | 004 | 4/28/2016 | David Mitchell | In-house Copying | $0.10 | 1108 | $110.80 | Standard Copies |
| 701249 | 004 | 4/28/2016 | P. Stephen Gidiere | Telephone Charges | | | $10.45 | Conference Call |
| 701249 | 004 | 5/3/2016 | C. Grady Moore | Airfare | | | $25.00 | Required airline baggage fee |
| 701249 | 004 | 5/3/2016 | P. Stephen Gidiere | Airfare | | | $59.00 | Airfare change difference |
| 701249 | 004 | 5/3/2016 | P. Stephen Gidiere | Transportation | | | $15.15 | Cab fare to client meeting |
| 701249 | 004 | 5/3/2016 | P. Stephen Gidiere | Transportation | | | $15.15 | Cab fare from client meeting |
| 701249 | 004 | 5/3/2016 | C. Grady Moore | Transportation to/from Airport | | | $13.00 | Cab fare from airport to office |
| 701249 | 004 | 5/3/2016 | P. Stephen Gidiere | Transportation to/from Airport | | | $2.16 | Transportation to Birmingham airport |
| 701249 | 004 | 5/3/2016 | P. Stephen Gidiere | Transportation to/from Airport | | | $19.26 | Cab fare from airport to office |
| 701249 | 004 | 5/3/2016 | C. Grady Moore | Travel Meals | | | $10.00 | Lunch (1 person) |
| 701249 | 004 | 5/3/2016 | P. Stephen Gidiere | Travel Meals | | | $3.18 | Breakfast (1 person) |

[1] Italicized entries for Telephone Charges represent those calls which cannot be classified as multi-party conference calls. A total of $11.26 in telephone charges is not reimbursable.

| Invoice Number | Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 701249 | 004 | 5/3/2016 | P. Stephen Gidiere | Travel Meals | | | $9.53 | Lunch (1 person) |
| 701249 | 004 | 5/3/2016 | P. Stephen Gidiere | Travel Meals | | | $3.29 | Coffee with lunch |
| *701249* | *004* | *5/3/2016* | *P. Stephen Gidiere* | *Travel Meals* | | | *$188.95[2]* | *Dinner (4 people)* |
| *701249* | *004* | *5/4/2016* | *P. Stephen Gidiere* | *Other Travel Expenses* | | | *$2.00[3]* | *Baggage Tip* |
| 701249 | 004 | 5/4/2016 | P. Stephen Gidiere | Transportation | | | $15.15 | Cab fare from client meeting to hotel |
| 701249 | 004 | 5/4/2016 | P. Stephen Gidiere | Transportation | | | $18.31 | Cab fare to client meeting |
| 701249 | 004 | 5/4/2016 | C. Grady Moore | Travel Meals | | | $7.00 | Breakfast (1 person) |
| 701249 | 004 | 5/4/2016 | P. Stephen Gidiere | Travel Meals | | | $3.25 | Coffee |
| *701249* | *004* | *5/4/2016* | *P. Stephen Gidiere* | *Travel Meals* | | | *$196.65[4]* | *Dinner (4 people)* |
| 701249 | 004 | 5/4/2016 | P. Stephen Gidiere | Travel Meals | | | $18.15 | Breakfast (1 person) |
| 701249 | 004 | 5/4/2016 | P. Stephen Gidiere | Travel Meals | | | $60.28 | Lunch (4 people) |
| 701249 | 004 | 5/5/2016 | C. Grady Moore | Airfare | | | $25.00 | Required airline baggage fee |
| 701249 | 004 | 5/5/2016 | P. Stephen Gidiere | Airfare | | | $561.20 | Roundtrip airfare between Birmingham, AL and Washington, DC |
| 701249 | 004 | 5/5/2016 | C. Grady Moore | Other Travel Expenses | | | $49.00 | Airport parking |
| 701249 | 004 | 5/5/2016 | C. Grady Moore | Other Travel Expenses | | | $27.38 | Hotel WiFi access |
| *701249* | *004* | *5/5/2016* | *C. Grady Moore* | *Other Travel Expenses* | | | *$10.00[5]* | *Travel agency service fee* |
| 701249 | 004 | 5/5/2016 | P. Stephen Gidiere | *Other Travel Expenses* | | | *$2.00[6]* | *Baggage Tip* |
| 701249 | 004 | 5/5/2016 | P. Stephen Gidiere | Other Travel Expenses | | | $54.00 | Airport parking |
| 701249 | 004 | 5/5/2016 | P. Stephen Gidiere | Other Travel Expenses | | | $15.95 | In-Flight WiFi service |
| 701249 | 004 | 5/5/2016 | C. Grady Moore | Transportation to/from Airport | | | $25.00 | Cab fare from hotel to airport |

---

[2]   Pursuant to the Fee Committee's initial memorandum, dated October 3, 2014, meals are capped at $40.00 per person, per meal.  Therefore, $28.95 is not reimbursable.

[3]   Pursuant to correspondence from the Fee Committee, baggage fees and tips are not reimbursable.  Therefore, $2.00 has been deducted.

[4]   Pursuant to the Fee Committee's initial memorandum, dated October 3, 2014, meals are capped at $40.00 per person, per meal.  Therefore, $36.65 is not reimbursable.

[5]   Pursuant to the Fee Committee's Letter Report on the First Interim Application of Balch & Bingham LLP, dated May 20, 2015, service fees are not reimbursable.  Therefore, $10.00 is not reimbursable.

[6]   Pursuant to correspondence from the Fee Committee, baggage fees and tips are not reimbursable.  Therefore, $2.00 has been deducted.

| Invoice Number | Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 701249 | 004 | 5/5/2016 | P. Stephen Gidiere | Transportation to/from Airport | | | $2.16 | Transportation from Birmingham airport |
| 701249 | 004 | 5/5/2016 | P. Stephen Gidiere | Transportation to/from Airport | | | $27.13 | Cab fare from client office to airport |
| 701249 | 004 | 5/5/2016 | P. Stephen Gidiere | Travel Meals | | | $12.41 | Lunch (1 person) |
| 701249 | 004 | 5/9/2016 | C. Grady Moore | Airfare | | | $706.20 | Roundtrip airfare between Birmingham, AL and Washington, DC |
| *701249* | *004* | *5/9/2016* | *C. Grady Moore* | *Other Travel Expenses* | | | *$10.00[7]* | *Travel agency service fee* |
| *701249* | *004* | *5/9/2016* | *P. Stephen Gidiere* | *Other Travel Expenses* | | | *$10.00[8]* | *Travel agency service fee* |
| 701249 | 004 | 5/10/2016 | P. Stephen Gidiere | Telephone Charges | | | $0.50 | Conference Call |
| 701249 | 004 | 5/11/2016 | P. Stephen Gidiere | Telephone Charges | | | $0.20 | Conference Call |
| 701249 | 004 | 5/19/2016 | P. Stephen Gidiere | Working Meal | | | $39.44 | Working lunch (3 people) |
| 701250 | 007 | 4/5/2016 | Amy Benschoter | Telephone Charges | | | $4.09 | Conference Call |
| 701250 | 007 | 4/6/2016 | Amy Benschoter | Telephone Charges | | | $4.15 | Conference Call |
| 701250 | 007 | 4/11/2016 | Amy Benschoter | Telephone Charges | | | $1.19 | Conference Call |
| 701250 | 007 | 4/14/2016 | C. Grady Moore | Telephone Charges | | | $10.87 | Conference Call |
| 701250 | 007 | 4/14/2016 | Tom DeLawrence | Telephone Charges | | | $1.65 | Conference Call |
| 701250 | 007 | 4/15/2016 | Amy Benschoter | Telephone Charges | | | $7.40 | Conference Call |
| 701250 | 007 | 4/22/2016 | P. Stephen Gidiere | Telephone Charges | | | $7.21 | Conference Call |
| 701250 | 007 | 4/28/2016 | Tom DeLawrence | Telephone Charges | | | $8.88 | Conference Call |
| 701250 | 007 | 4/29/2016 | Amy Benschoter | Telephone Charges | | | $12.16 | Conference Call |
| 701250 | 007 | 5/5/2016 | Tom DeLawrence | Telephone Charges | | | $6.00 | Conference Call |
| *701250* | *007* | *5/11/2016* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$1.30* | *Long Distance* |
| 701250 | 007 | 5/12/2016 | Tom DeLawrence | Telephone Charges | | | $17.26 | Conference Call |
| 701250 | 007 | 5/13/2016 | P. Stephen Gidiere | Telephone Charges | | | $0.90 | Conference Call |

---

[7]   Pursuant to the Fee Committee's Letter Report on the First Interim Application of Balch & Bingham LLP, dated May 20, 2015, service fees are not reimbursable.  Therefore, $10.00 is not reimbursable.

[8]   Pursuant to the Fee Committee's Letter Report on the First Interim Application of Balch & Bingham LLP, dated May 20, 2015, service fees are not reimbursable.  Therefore, $10.00 is not reimbursable.

| Invoice Number | Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 701250 | 007 | 5/18/2016 | P. Stephen Gidiere | Telephone Charges | | | $0.80 | Conference Call |
| 701250 | 007 | 5/19/2016 | Amy Benschoter | Telephone Charges | | | $15.40 | Conference Call |
| *701252* | *009* | *4/22/2016* | *David Mitchell* | *Telephone Charges* | | | *$0.20* | *Long Distance* |
| *701252* | *009* | *5/11/2016* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$1.70* | *Long Distance* |
| 701253 | 011 | 4/12/2016 | Amy Benschoter | In-house Copying | $0.10 | 186 | $18.60 | Standard Copies |
| 701253 | 011 | 4/29/2016 | David Mitchell | In-house Copying | $0.10 | 93 | $9.30 | Standard Copies |
| 701253 | 011 | 4/29/2016 | C. Grady Moore | In-house Copying | $0.50 | 376 | $188.00 | Color Copies |
| 701253 | 004 | 5/3/2016 | C. Grady Moore | Airfare | | | $282.20 | Roundtrip airfare between Birmingham, AL and Washington, DC |
| 701253 | 011 | 5/9/2016 | David Mitchell | Airfare | | | $706.20 | Roundtrip airfare between Birmingham, AL and Washington, DC |
| *701253* | *011* | *5/9/2016* | *David Mitchell* | *Other Travel Expenses* | | | *$10.00[9]* | *Travel agency service fee* |
| 701253 | 011 | 5/10/2016 | P. Stephen Gidiere | Telephone Charges | | | $4.20 | Conference Call |
| 701253 | 011 | 5/11/2016 | P. Stephen Gidiere | Telephone Charges | | | $1.60 | Conference Call |
| 701253 | 011 | 5/16/2016 | P. Stephen Gidiere | Deliveries | | | $12.87 | Federal Express |
| 701253 | 011 | 5/16/2016 | P. Stephen Gidiere | In-house Copying | $0.10 | 202 | $20.20 | Standard Copies |
| 701253 | 011 | 5/16/2016 | P. Stephen Gidiere | In-house Copying | $0.50 | 78 | $39.00 | Color Copies |
| 701253 | 011 | 5/16/2016 | P. Stephen Gidiere | Telephone Charges | | | $0.20 | Conference Call |
| 701253 | 011 | 5/16/2016 | P. Stephen Gidiere | Telephone Charges | | | $0.20 | Conference Call |
| 701253 | 011 | 5/17/2016 | P. Stephen Gidiere | Telephone Charges | | | $1.30 | Conference Call |
| 701253 | 011 | 5/18/2016 | P. Stephen Gidiere | Telephone Charges | | | $2.40 | Conference Call |
| 701253 | 011 | 5/23/2016 | P. Stephen Gidiere | Telephone Charges | | | $1.90 | Conference Call |
| 701253 | 011 | 5/25/2016 | P. Stephen Gidiere | Telephone Charges | | | $0.90 | Conference Call |
| 701253 | 011 | 5/26/2016 | P. Stephen Gidiere | Telephone Charges | | | $0.20 | Conference Call |
| 701253 | 011 | 5/31/2016 | Amy Benschoter | In-house Copying | $0.10 | 217 | $21.70 | Standard Copies |
| 701256 | 018 | 4/21/2016 | P. Stephen Gidiere | Telephone Charges | | | $2.11 | Conference Call |

---

[9]    Pursuant to the Fee Committee's Letter Report on the First Interim Application of Balch & Bingham LLP, dated May 20, 2015, service fees are not reimbursable. Therefore, $10.00 is not reimbursable.

| Invoice Number | Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 701257 | 019 | 4/21/2016 | P. Stephen Gidiere | Telephone Charges | | | $1.22 | Conference Call |
| 701257 | 019 | 5/3/2016 | P. Stephen Gidiere | Outside Copying | | | $333.00 | Cost of printing joint appendix for appellate court |
| 701257 | 019 | 5/6/2016 | IKON | Deliveries | | | $0.46 | Postage |
| 701257 | 019 | 5/16/2016 | P. Stephen Gidiere | Telephone Charges | | | $0.30 | Conference Call |
| 701257 | 019 | 5/17/2016 | P. Stephen Gidiere | Telephone Charges | | | $2.40 | Conference Call |
| *701257* | *019* | *5/26/2016* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$0.20* | *Long Distance* |
| 701257 | 019 | 5/26/2016 | P. Stephen Gidiere | Telephone Charges | | | $2.80 | Conference Call |
| *701258* | *024* | *5/13/2016* | *Scott B. Grover* | *Telephone Charges* | | | *$0.90* | *Long Distance* |
| *701258* | *024* | *5/13/2016* | *Scott B. Grover* | *Telephone Charges* | | | *$0.20* | *Long Distance* |
| *701258* | *024* | *5/24/2016* | *Scott B. Grover* | *Telephone Charges* | | | *$3.00* | *Long Distance* |
| 701259 | 025 | 3/8/2016 | C. Grady Moore | Telephone Charges | | | $11.44 | Conference Call |
| 701259 | 025 | 3/14/2016 | C. Grady Moore | Telephone Charges | | | $13.63 | Conference Call |
| Total Expenses: | | | | | | | $4,699.98 | |
| *Less: Expense Adjustment[10]* | | | | | | | *$120.86* | |
| **Total Expenses Sought:** | | | | | | | **$4,579.03** | |

---

[10] Reflects actual expenses incurred during Fee Period which are not reimbursable pursuant to the Fee Committee's initial memorandum, dated October 3, 2014, and subsequent communications.