## EXHIBIT A

## Hours Expended by SOLIC Professionals

| NAME | TITLE | HOURS 05/01 – 05/31/2016 |
|---|---|---|
| Neil Luria | Sr. Managing Director | 45.5 |
| Raoul Nowitz | Managing Director | 169.5 |
| Paul Hogan | Director | 3.0 |
| Matthew Cumbee | Sr. Associate | 123.0 |
| TOTALS | | 341.0 |