## **EXHIBIT** B

### Hours Expended by Subject Matter

**GENERAL**

|  | May 2016 |
|---|---|
| Plan Development and Testimony Review & Analysis | 39.5 |
| Bid Review | 93.5 |
| Tax Reviews | 2.5 |
| Meeting with Counsel & with other Constituents | 23.0 |
| Financing Proposal Review | 2.0 |
| Dataroom and Diligence Materials Review | 86.5 |
| EFH Board Meeting Attendance | 8.0 |
| Project Management & Support | 8.0 |
| Travel Time | 40.0 |
| Presentation Development | 35.0 |
| Fee Applications/Retention Applications | 3.0 |
| TOTAL HOURS | 341.0 |

**GENERAL DESCRIPTION OF WORK CODES:**

- Plan Development and Testimony Review and Analysis:  Review restructuring proposals, as well as meetings with constituents regarding plan formulation, review of plan proposals and term sheets and analysis of proposed settlements of Conflict Matters.  This category also includes working alongside counsel regarding the Plan of Reorganization including the financial analysis and modeling of illustrative financial scenarios, and discussion related to same.

- Bid Review:  Review of various bids and proposals put forth after post-termination of the Hunt/Ovation Deal, specifically including third party and certain creditor backed bids.  This category also includes financial analysis and modeling of the impact of each bid on the recovery of the various creditor parties.

- Tax Reviews: Financial analysis on relevant tax matters including NOL financial analyses as requested by counsel to EFH related to Conflict Matters.

- Meeting with Counsel & Other Constituents:  Meetings with counsel to EFH, as well as meetings (telephonic and in-person) with professionals of other affiliates and constituents pertaining to Conflict Matters.

- <u>Financing Proposal Review</u>:  Review of proposals and analyses relating to the potential extension of terms and/or pay down of existing debt balances via various financing mechanisms proposed by the Company and potential bidders.

- <u>Dataroom and Diligence Materials Review</u>:  Download, analyze and review materials posted to the debtors' dataroom, and follow-up with the Debtors' professionals pertaining to (i) items posted to the dataroom and (ii) follow-up information being sought in the dataroom.

- <u>EFH Board Meeting Attendance</u>:  Attend in-person and/or telephonically weekly EFH board meetings and engage in pre-meeting preparation and post-meeting follow-up, including work plan development.

- <u>Project Management & Support</u>:  Key elements of project management on the engagement including work plan development and internal discussion pertaining to same.  General review and research of case filings.

- <u>Travel Time</u>:  Traveling to/from in-person meetings.

- <u>Presentation Development:</u>  Develop specific presentations for discussion with the disinterested directors of EFH pertaining Conflict Matters and potential Conflict Matters.

- <u>Fee Applications/Retention Applications</u>:  Prepare monthly fee statements and interim fee applications; review and respond to inquiries by parties in interest, including the Fee Committee.