# EXHIBIT C

## Expenses by Category

|  | May 2016 |
|---|---|
| Airfare | $5,005.75 |
| Ground Transportation | $866.11 |
| Hotel & Lodging | $2,050.00 |
| Meals | $416.52 |
| Mileage | $50.22 |
| TOTALS | $8,388.60 |