**EXHIBIT D**

**Expenses Detail**

# Energy Future Holdings Corp – May 2016

| Date | Person | Expense Code | Fee |
|---|---|---|---|
| 5/4/2016 | Cumbee, Matthew | AIR - Airfare | $ 750.20 |
| | | Round trip, economy class ORD to DFW for EFH Board Meeting | |
| 5/16/2016 | Cumbee, Matthew | AIR - Airfare | $ 237.10 |
| | | One-way, economy class LGA to ORD for return trip from Evercore meeting | |
| 5/16/2016 | Cumbee, Matthew | AIR - Airfare | $ 431.10 |
| | | One-way, economy class ORD to EWR for Evercore Meeting | |
| 5/3/2016 | Luria, Neil | AIR - Airfare | $ 1,075.76 |
| | | One-way, economy class from MCO to DFW for EFH board meeting | |
| 5/4/2016 | Luria, Neil | AIR - Airfare | $ 222.09 |
| | | One-way, economy class DFW to LAX for return trip from board meeting in Dallas | |
| 5/15/2016 | Luria, Neil | AIR - Airfare | $ 661.10 |
| | | One-way, economy class CLE to LGA for Evercore Meeting | |
| 5/4/2016 | Nowitz, Raoul | AIR - Airfare | $ 506.20 |
| | | Round-trip, economy class ATL - DFW for EFH Board Meeting | |
| 5/16/2016 | Nowitz, Raoul | AIR - Airfare | $ 1,122.20 |
| | | Roundtrip, economy class ATL to LGA for Evercore meeting | |
| | | Total Airfare: | **$ 5,005.75** |
| 5/3/2016 | Cumbee, Matthew | GRTRAN - Ground Transportation | $ 57.20 |
| | | Cab to ORD Airport | |
| 5/3/2016 | Cumbee, Matthew | GRTRAN - Ground Transportation | $ 10.00 |
| | | Cab to hotel in Dallas | |
| 5/4/2016 | Cumbee, Matthew | GRTRAN - Ground Transportation | $ 62.30 |
| | | Cab from airport to home | |
| 5/4/2016 | Cumbee, Matthew | GRTRAN - Ground Transportation | $ 5.00 |
| | | Cab from hotel to meeting | |
| 5/16/2016 | Cumbee, Matthew | GRTRAN - Ground Transportation | $ 67.04 |
| | | Cab from hotel to LGA Airport | |
| 5/16/2016 | Cumbee, Matthew | GRTRAN - Ground Transportation | $ 13.80 |
| | | Cab to Evercore meeting in NY | |
| 5/16/2016 | Cumbee, Matthew | GRTRAN - Ground Transportation | $ 60.00 |
| | | Cab from home to ORD Airport | |
| 5/16/2016 | Cumbee, Matthew | GRTRAN - Ground Transportation | $ 61.40 |
| | | Cab from ORD Airport to home | |
| 5/3/2016 | Luria, Neil | GRTRAN - Ground Transportation | $ 69.60 |
| | | Cab from DFW Airport to Energy Plaza | |
| 5/4/2016 | Luria, Neil | GRTRAN - Ground Transportation | $ 11.00 |
| | | Cab to Energy Plaza in Dallas | |
| 5/4/2016 | Luria, Neil | GRTRAN - Ground Transportation | $ 47.90 |
| | | Cab to hotel in Dallas | |
| 5/15/2016 | Luria, Neil | GRTRAN - Ground Transportation | $ 92.98 |
| | | Car service to CLE Airport | |
| 5/15/2016 | Luria, Neil | GRTRAN - Ground Transportation | $ 49.99 |
| | | Car service from LGA to mid-town. | |
| 5/17/2016 | Luria, Neil | GRTRAN - Ground Transportation | $ 100.00 |
| | | Car service to EWR Airport | |
| 5/3/2016 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 15.00 |

## Energy Future Holdings Corp – May 2016

| Date | Person | Expense Code | Fee |
|---|---|---|---|
| 5/4/2016 | Nowitz, Raoul | Cab to hotel in Dallas<br>GRTRAN - Ground Transportation | $ 69.30 |
| 5/16/2016 | Nowitz, Raoul | Cab from airport to home<br>GRTRAN - Ground Transportation | $ 41.60 |
| 5/16/2016 | Nowitz, Raoul | Cab to meeting Evercore meeting<br>GRTRAN - Ground Transportation | $ 32.00 |
|  |  | Parking fees at ATL Airport |  |
|  |  | Total Ground Transportation: | $ 866.11 |
| 5/3/2016 | Cumbee, Matthew | HOTEL - Hotel and Lodging | $ 350.00 |
| 5/4/2016 | Luria, Neil | Room rate and taxes - 1 night in Dallas<br>HOTEL - Hotel and Lodging | $ 350.00 |
| 5/15/2016 | Luria, Neil | Room rate and taxes - 1 night in Dallas<br>HOTEL - Hotel and Lodging | $ 500.00 |
| 5/16/2016 | Luria, Neil | Room rate and taxes - 1 night in New York<br>HOTEL - Hotel and Lodging | $ 500.00 |
| 5/4/2016 | Nowitz, Raoul | Room rate and taxes - 1 night in New York<br>HOTEL - Hotel and Lodging | $ 350.00 |
|  |  | Room rate and taxes - 1 night in Dallas |  |
|  |  | Total Hotel and Lodging: | $ 2,050.00 |
| 5/3/2016 | Cumbee, Matthew | MEALS - Out of Town Meals | $ 9.90 |
| 5/3/2016 | Cumbee, Matthew | Attendee(s):   M. Cumbee<br>MEALS - Out of Town Meals | $ 40.00 |
| 5/4/2016 | Cumbee, Matthew | Attendee(s):   M. Cumbee<br>MEALS - Out of Town Meals | $ 6.06 |
| 5/16/2016 | Cumbee, Matthew | Attendee(s):   M. Cumbee<br>MEALS - Out of Town Meals | $ 14.02 |
| 5/3/2016 | Luria, Neil | Attendee(s):   M. Cumbee<br>MEALS - Out of Town Meals | $ 40.00 |
| 5/4/2016 | Luria, Neil | Attendee(s):   N. Luria<br>MEALS - Out of Town Meals | $ 13.25 |
| 5/16/2016 | Luria, Neil | Attendee(s):   N. Luria<br>MEALS - Out of Town Meals | $ 40.00 |
| 5/16/2016 | Luria, Neil | Attendee(s):   N. Luria<br>MEALS - Out of Town Meals | $ 13.01 |
| 5/3/2016 | Nowitz, Raoul | Attendee(s):   N. Luria<br>MEALS - Out of Town Meals | $ 10.78 |
| 5/3/2016 | Nowitz, Raoul | Attendee(s):   R. Nowitz<br>MEALS - Out of Town Meals | $ 80.00 |
| 5/4/2016 | Nowitz, Raoul | Attendee(s):   R. Nowitz, N. Luria<br>MEALS - Out of Town Meals | $ 19.82 |
| 5/4/2016 | Nowitz, Raoul | Attendee(s):   R. Nowitz<br>MEALS - Out of Town Meals | $ 40.00 |
| 5/16/2016 | Nowitz, Raoul | Attendee(s):   R. Nowitz<br>MEALS - Out of Town Meals | $ 20.93 |
| 5/16/2016 | Nowitz, Raoul | Attendee(s):   R. Nowitz<br>MEALS - Out of Town Meals | $ 9.80 |
|  |  | Attendee(s):   R. Nowitz |  |

**Energy Future Holdings Corp – May 2016**

| Date | Person | Expense Code | | Fee |
|---|---|---|---|---|
| 5/16/2016 | Nowitz, Raoul | MEALS - Out of Town Meals | | $ 18.95 |
| | | Attendee(s):   R. Nowitz | | |
| 5/16/2016 | Nowitz, Raoul | MEALS - Out of Town Meals | | $ 40.00 |
| | | Attendee(s):   R. Nowitz | | |
| | | | Total Out of Town Meals: | **$ 416.52** |
| 5/3/2016 | Nowitz, Raoul | MILES - USA - Mileage | | $ 16.74 |
| | | Mileage to ATL Airport | | |
| 5/16/2016 | Nowitz, Raoul | MILES - USA - Mileage | | $ 33.48 |
| | | Mileage to/from ATL Airport | | |
| | | | Total USA - Mileage: | **$ 50.22** |
| | | | | **$ 8,388.60** |