**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) (Jointly Administered) |
| Debtors. | Re: Docket Nos. 7814 and 7919 |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that I, J. Cory Falgowski, Esq., hereby certify that on the 30th day of June, 2016, I caused a true and correct copy of the **FIRST SET OF REQUESTS FOR ADMISSION AND REQUESTS FOR PRODUCTION OF DOCUMENTS PROPOUNDED BY TEXAS BIG SPRING, LP TO LUMINANT ENERGY COMPANY, LLC** to be served on the below-listed parties in the manners indicated.

| **VIA E-MAIL AND HAND DELIVERY** | **VIA E-MAIL** |
|---|---|
| Mark D. Collins | Edward O. Sassower, P.C. |
| Daniel J. DeFranceschi | Stephen E. Hessler |
| Jason M. Madron, Esq. | Brian E. Schartz |
| RICHARDS, LAYTON & FINGER, P.A. | Rebecca B. Chaiken |
| 920 North King Street | KIRKLAND & ELLIS LLP |
| Wilmington, Delaware 19801 | KIRKLAND & ELLIS INT'L LLP |
| collins@rlf.com | 601 Lexington Avenue |
| defranceschi@rlf.com | New York, New York 10022-4611 |
| madron@rlf.com | edward.sassower@kirkland.com |
| | stephen.hessler@kirkland.com |
| | brian.schartz@kirkland.com |
| | rebecca.chaiken@kirkland.com |

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

- 2 -

**VIA E-MAIL**
James H.M. Sprayregen, P.C.
Marc Kieselstein, P.C.
Chad J. Husnick
Steven N. Serajeddini
KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INT'L LLP
300 North LaSalle
Chicago, Illinois 60654
james.sprayregen@kirkland.com
marc.kieselstein@kirkland.com
chad.husnick@kirkland.com
steven.serajeddini@kirkland.com

Dated:  July 1, 2016                REED SMITH LLP

                                    By:   /s/ J. Cory Falgowski
                                          J. Cory Falgowski (No. 4546)
                                          1201 Market Street, Suite 1500
                                          Wilmington, DE  19801
                                          Telephone:  (302) 778-7500
                                          Facsimile:  (302) 778-7575
                                          E-mail:  jfalgowski@reedsmith.com

                                    *Counsel for Texas Big Spring, LP*