*Exhibit E*

**Combined - All Entities**
*Summary of Time Detail by Professional*
*January 1, 2016 through April 30, 2016*

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Tyler Horton | Managing Director | $950.00 | 20.0 | $19,000.00 |
| Jeff Stegenga | Managing Director | $950.00 | 8.4 | $7,980.00 |
| Emmett Bergman | Managing Director | $775.00 | 156.5 | $121,287.50 |
| John Stuart | Managing Director | $775.00 | 14.0 | $10,850.00 |
| Steve Kotarba | Managing Director | $700.00 | 4.7 | $3,290.00 |
| Jonathan Vanderveen | Managing Director | $675.00 | 129.4 | $87,345.00 |
| Steve Kotarba | Managing Director | $675.00 | 7.8 | $5,265.00 |
| Jodi Ehrenhofer | Senior Director | $625.00 | 332.7 | $207,937.50 |
| Jeff Gerarde | Director | $630.00 | 5.0 | $3,150.00 |
| Matt Frank | Director | $625.00 | 320.0 | $200,000.00 |
| Derek Myers | Director | $570.00 | 38.1 | $21,717.00 |
| David Blanks | Director | $550.00 | 55.0 | $30,250.00 |
| Kevin Sullivan | Director | $550.00 | 39.1 | $21,505.00 |
| Paul Kinealy | Director | $550.00 | 311.7 | $171,435.00 |
| Mark Zeiss | Director | $525.00 | 0.6 | $315.00 |
| Holly Sjostrom | Director | $500.00 | 150.4 | $75,200.00 |
| Adam Buchler | Manager | $450.00 | 33.1 | $14,895.00 |
| Jeff Dwyer | Senior Associate | $500.00 | 2.1 | $1,050.00 |
| Richard Carter | Consultant | $450.00 | 575.0 | $258,750.00 |
| Michael Williams | Consultant | $375.00 | 620.9 | $232,837.50 |
| Bemjamin Strickler | Associate | $300.00 | 1.8 | $540.00 |
| Jon Rafpor | Analyst | $400.00 | 53.9 | $21,560.00 |
| Sarah Pittman | Analyst | $375.00 | 309.9 | $116,212.50 |
| Peyton Heath | Analyst | $350.00 | 54.8 | $19,180.00 |
| Mary Napoliello | Paraprofessional | $300.00 | 64.9 | $19,470.00 |
| **Total** | | | **3,309.8** | **$1,671,022.00** |