*Exhibit F*

---

*Combined*
*Energy Future Holdings Corp., et al.,*
*Summary of Expense Detail by Category*
*January 1, 2016 through April 30, 2016*

---

| *Expense Category* | *Sum of Expenses* |
|---|---|
| Airfare | $27,305.30 |
| Lodging | $22,708.02 |
| Meals | $2,528.64 |
| Miscellaneous | $191.61 |
| Transportation | $9,038.90 |
| *Total* | **$61,772.47** |