*Exhibit G*

**Combined - All Entities**
*Summary of Time Detail by Task*
*January 1, 2016 through April 30, 2016*

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Accounting/Cut-off | 68.5 | $31,180.00 |
| Bankruptcy Support | 76.7 | $45,440.00 |
| Business Plan | 234.9 | $88,087.50 |
| Cash Management | 47.6 | $16,660.00 |
| Claims | 1,732.2 | $820,492.50 |
| Contracts | 306.3 | $185,872.50 |
| Coordination & Communication with other Creditor Constituents | 0.7 | $542.50 |
| Coordination & Communication with UCC | 54.8 | $32,540.00 |
| Court | 0.9 | $337.50 |
| Fee Applications | 118.8 | $48,807.50 |
| POR / Disclosure Statement | 72.3 | $43,760.00 |
| Status Meetings | 11.1 | $8,300.00 |
| Strategic Transaction Asset Sale | 378.5 | $222,414.50 |
| Travel Time | 97.8 | $51,690.00 |
| UST Reporting Requirements | 38.7 | $21,285.00 |
| Vendor Management | 70.0 | $53,612.50 |
| **Total** | **3,309.8** | **$1,671,022.00** |

*Travel time billed at 50% of time incurred*