*Exhibit I*

## Combined - All Entities
## Expense Detail by Category
## January 1, 2016 through April 30, 2016

### *Airfare*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Emmett Bergman | 11/2/2015 | $568.10 | Airfare one-way coach Dallas/San Francisco. |
| Emmett Bergman | 11/5/2015 | $418.10 | Airfare one-way coach San Francisco/Dallas. |
| Emmett Bergman | 11/16/2015 | $836.20 | Airfare roundtrip coach Dallas/San Francisco. |
| Paul Kinealy | 11/23/2015 | $712.00 | Airfare roundtrip coach Chicago/Dallas. |
| Paul Kinealy | 12/7/2015 | $693.99 | Airfare roundtrip coach Chicago/Dallas. |
| Emmett Bergman | 12/9/2015 | $418.10 | Airfare one-way coach San Francisco/Dallas. |
| Paul Kinealy | 12/28/2015 | $693.99 | Airfare roundtrip coach Chicago/Dallas. |
| Michael Williams | 1/4/2016 | $701.20 | Airfare roundtrip coach Chicago/Dallas. |
| Richard Carter | 1/10/2016 | $750.20 | Airfare roundtrip coach Chicago/Dallas. |
| Michael Williams | 1/11/2016 | $706.86 | Airfare roundtrip coach Chicago/Dallas. |
| Paul Kinealy | 1/11/2016 | $719.20 | Airfare roundtrip coach Chicago/Dallas. |
| Richard Carter | 1/14/2016 | $750.20 | Airfare roundtrip coach Chicago/Dallas. |
| Jodi Ehrenhofer | 1/18/2016 | $97.21 | Airfare one-way coach Chicago/NYC. |
| Michael Williams | 1/18/2016 | $791.47 | Airfare roundtrip coach Chicago/Dallas. |
| Jodi Ehrenhofer | 1/25/2016 | $103.55 | Airfare one-way coach NYC/Chicago. |
| Michael Williams | 1/25/2016 | $894.88 | Airfare roundtrip coach Chicago/Dallas. |
| Jodi Ehrenhofer | 1/26/2016 | $176.71 | Airfare one-way coach Chicago/Dallas. |
| Richard Carter | 1/26/2016 | $750.20 | Airfare roundtrip coach Chicago/Dallas. |
| Holly Sjostrom | 1/28/2016 | $179.10 | Airfare roundtrip Chicago/New York. |
| Jodi Ehrenhofer | 1/28/2016 | $176.71 | Airfare one-way coach Dallas/Chicago. |
| Jonathan Vanderveen | 1/28/2016 | $160.60 | Airfare roundtrip Chicago/New York. |
| Jodi Ehrenhofer | 2/1/2016 | $176.71 | Airfare one-way coach Chicago/Dallas. |
| Michael Williams | 2/1/2016 | $706.86 | Airfare coach roundtrip Chicago/Dallas. |
| Emmett Bergman | 2/2/2016 | $418.10 | Airfare one-way coach San Francisco/Dallas. |
| Matt Frank | 2/2/2016 | $278.10 | Airfare one-way coach Chicago/Dallas. |
| Paul Kinealy | 2/2/2016 | $349.70 | Airfare roundtrip coach Chicago/Dallas. |
| Emmett Bergman | 2/4/2016 | $418.10 | Airfare one-way coach Dallas/San Francisco. |
| Jodi Ehrenhofer | 2/4/2016 | $176.71 | Airfare one-way coach Dallas/Chiacgo. |
| Matt Frank | 2/4/2016 | $278.10 | Airfare one-way coach Dallas/Chicago. |

*Exhibit I*

**Combined - All Entities**
**Expense Detail by Category**
**January 1, 2016 through April 30, 2016**

*Airfare*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Jodi Ehrenhofer | 2/8/2016 | $176.71 | Airfare one-way coach Chicago/Dallas. |
| Paul Kinealy | 2/9/2016 | $359.60 | Airfare roundtrip coach Chicago/Dallas. |
| Holly Sjostrom | 2/11/2016 | $210.05 | Airfare roundtrip Chicago/New York. |
| Jodi Ehrenhofer | 2/11/2016 | $280.72 | Airfare one-way coach Dallas/Chiacgo. |
| Richard Carter | 2/11/2016 | $780.20 | Airfare roundtrip coach Chicago/Dallas. |
| Jodi Ehrenhofer | 2/15/2016 | $176.71 | Airfare one-way coach Chicago/Dallas. |
| Michael Williams | 2/15/2016 | $706.86 | Airfare coach roundtrip Chicago/Dallas. |
| Richard Carter | 2/16/2016 | $780.20 | Airfare roundtrip coach Chicago/Dallas. |
| Jodi Ehrenhofer | 2/18/2016 | $176.71 | Airfare one-way coach Dallas/Chicago. |
| Jodi Ehrenhofer | 2/22/2016 | $176.71 | Airfare one-way coach Chicago/Dallas. |
| Michael Williams | 2/22/2016 | $353.43 | Airfare coach one-way Chicago/Dallas. |
| Jodi Ehrenhofer | 2/23/2016 | $190.05 | Airfare one-way coach Dallas/Chicago. |
| Matt Frank | 2/23/2016 | $278.10 | Airfare one-way coach Chicago/Dallas. |
| Michael Williams | 2/23/2016 | $380.10 | Airfare coach one-way Chicago/Dallas. |
| Matt Frank | 2/24/2016 | $273.10 | Airfare one-way coach Dallas/Chicago. |
| Jonathan Vanderveen | 2/26/2016 | $296.10 | Airfare roundtrip Chicago/New York. |
| Holly Sjostrom | 2/29/2016 | $212.55 | Airfare Chicago/Dallas. |
| Richard Carter | 2/29/2016 | $760.20 | Airfare roundtrip coach Chicago/Dallas. |
| Michael Williams | 3/7/2016 | $904.28 | Airfare roundtrip coach Chicago/Dallas. |
| Michael Williams | 3/7/2016 | $904.28 | Airfare roundtrip coach Chicago/Dallas. |
| Paul Kinealy | 3/9/2016 | $364.10 | Airfare roundtrip coach Chicago/Dallas. |
| Paul Kinealy | 3/13/2016 | $364.10 | Airfare one-way coach Dallas/Chicago. |
| Paul Kinealy | 3/24/2016 | $364.10 | Airfare one-way coach Chicago/Dallas. |
| Jodi Ehrenhofer | 3/29/2016 | $179.07 | Airfare one-way coach Chicago/Dallas. |
| Jodi Ehrenhofer | 3/31/2016 | $283.07 | Airfare one-way coach Dallas/Chicago. |
| Paul Kinealy | 4/8/2016 | $761.96 | Airfare roundtrip coach Chicago/Dallas. |
| Richard Carter | 4/8/2016 | $760.20 | Airfare roundtrip coach Chicago/Dallas. |
| Jodi Ehrenhofer | 4/12/2016 | $358.14 | Airfare one-way coach Chicago/Dallas. |
| Jodi Ehrenhofer | 4/14/2016 | $442.75 | Airfare one-way coach Dallas/Chicago. |

*Exhibit I*

*Combined - All Entities*
*Expense Detail by Category*
*January 1, 2016 through April 30, 2016*

## *Airfare*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Richard Carter | 4/28/2016 | $950.20 | Airfare roundtrip coach Chicago/Dallas. |
| **Expense Category Total** | | **$27,305.30** | |

## *Lodging*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Emmett Bergman | 11/4/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Emmett Bergman | 11/18/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Paul Kinealy | 12/2/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Emmett Bergman | 12/9/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Paul Kinealy | 12/14/2015 | $255.88 | Hotel in Dallas - 1 night. |
| Paul Kinealy | 1/6/2016 | $767.64 | Hotel in Dallas - 3 nights. |
| Michael Williams | 1/7/2016 | $767.64 | Hotel in Dallas - 3 nights. |
| Richard Carter | 1/13/2016 | $767.64 | Hotel in Dallas - 3 nights. |
| Michael Williams | 1/14/2016 | $767.64 | Hotel in Dallas - 3 nights. |
| Paul Kinealy | 1/19/2016 | $511.76 | Hotel in Dallas - 2 nights. |
| Jodi Ehrenhofer | 1/20/2016 | $456.77 | Hotel in New York - 2 nights. |
| Michael Williams | 1/21/2016 | $767.64 | Hotel in Dallas - 3 nights. |
| Jodi Ehrenhofer | 1/26/2016 | $255.88 | Hotel in Dallas - 1 night. |
| Michael Williams | 1/27/2016 | $767.64 | Hotel in Dallas - 3 nights. |
| Richard Carter | 1/27/2016 | $767.64 | Hotel in Dallas - 3 nights. |
| Matt Frank | 2/3/2016 | $463.30 | Hotel in Dallas - 2 nights. |
| Michael Williams | 2/3/2016 | $767.64 | Hotel in Dallas - 3 nights. |
| Richard Carter | 2/3/2016 | $767.64 | Hotel in Dallas - 3 nights. |
| Emmett Bergman | 2/4/2016 | $616.98 | Hotel in Dallas - 2 nights. |
| Jodi Ehrenhofer | 2/4/2016 | $383.82 | Hotel in Dallas - 3 nights. |
| Holly Sjostrom | 2/10/2016 | $578.46 | Hotel in New York - 2 nights. |
| Jonathan Vanderveen | 2/10/2016 | $249.07 | Hotel in New York - 1 night. |
| Paul Kinealy | 2/10/2016 | $360.75 | Hotel in Dallas - 3 nights. |

*Exhibit I*

*Combined - All Entities*
*Expense Detail by Category*
*January 1, 2016 through April 30, 2016*

## Lodging

| Professional/Service | Date | Expense | Expense Description |
| --- | --- | --- | --- |
| Jodi Ehrenhofer | 2/11/2016 | $383.82 | Hotel in Dallas - 3 nights. |
| Michael Williams | 2/16/2016 | $511.76 | Hotel in Dallas - 2 nights. |
| Richard Carter | 2/16/2016 | $511.76 | Hotel in Dallas - 2 nights. |
| Jodi Ehrenhofer | 2/17/2016 | $383.82 | Hotel in Dallas - 3 nights. |
| Paul Kinealy | 2/17/2016 | $360.72 | Hotel in Dallas - 3 nights. |
| Jodi Ehrenhofer | 2/22/2016 | $127.94 | Hotel in Dallas - 1 night. |
| Michael Williams | 2/22/2016 | $255.88 | Hotel in Dallas - 1 night. |
| Matt Frank | 2/23/2016 | $147.53 | Hotel in Dallas - 1 night. |
| Richard Carter | 2/23/2016 | $511.76 | Hotel in Dallas - 2 nights. |
| Jonathan Vanderveen | 3/2/2016 | $339.72 | Hotel in New York - 1 night. |
| Holly Sjostrom | 3/4/2016 | $231.85 | Hotel in Dallas - 1 night. |
| Michael Williams | 3/9/2016 | $767.64 | Hotel in Dallas - 3 nights. |
| Michael Williams | 3/9/2016 | $767.64 | Hotel in Dallas - 3 nights. |
| Richard Carter | 3/9/2016 | $767.64 | Hotel in Dallas - 3 nights. |
| Paul Kinealy | 3/16/2016 | $255.88 | Hotel in Dallas - 1 night. |
| Paul Kinealy | 3/23/2016 | $244.07 | Hotel in Dallas - 1 night. |
| Jodi Ehrenhofer | 3/29/2016 | $127.94 | Hotel in Dallas - 1 night. |
| Paul Kinealy | 3/30/2016 | $221.13 | Hotel in Dallas - 1 night. |
| Michael Williams | 4/13/2016 | $412.20 | Hotel in Dallas - 2 nights. |
| Paul Kinealy | 4/13/2016 | $255.88 | Hotel in Dallas - 1 night. |
| Richard Carter | 4/13/2016 | $497.69 | Hotel in Dallas - 2 nights. |
| Jodi Ehrenhofer | 4/14/2016 | $511.76 | Hotel in Dallas - 2 nights. |

**Expense Category Total**　　**$22,708.02**

## Meals

| Professional/Service | Date | Expense | Expense Description |
| --- | --- | --- | --- |
| Emmett Bergman | 11/3/2015 | $10.50 | Out of town breakfast - E. Bergman. |
| Emmett Bergman | 11/19/2015 | $13.74 | Out of town breakfast - E. Bergman. |

*Exhibit I*

**Combined - All Entities**
**Expense Detail by Category**
**January 1, 2016 through April 30, 2016**

*Meals*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Paul Kinealy | 11/30/2015 | $7.40 | Out of town breakfast - P. Kinealy. |
| Paul Kinealy | 11/30/2015 | $58.52 | Out of town dinner - P. Kinealy, R. Carter, M. Frank - 3. |
| Paul Kinealy | 12/1/2015 | $46.56 | Out of town dinner - M. Williams and Kinealy - 2. |
| Paul Kinealy | 12/2/2015 | $5.93 | Out of town breakfast - P. Kinealy. |
| Paul Kinealy | 12/3/2015 | $5.93 | Out of town breakfast - P. Kinealy. |
| Paul Kinealy | 12/14/2015 | $13.11 | Out of town dinner - P. Kinealy. |
| Paul Kinealy | 12/14/2015 | $7.40 | Out of town breakfast - P. Kinealy. |
| Steve Kotarba | 12/16/2015 | $10.50 | Out of town dinner - S. Kotarba. |
| Emmett Bergman | 12/18/2015 | $18.40 | Out of town breakfast - E. Bergman. |
| Paul Kinealy | 1/4/2016 | $7.40 | Out of town breakfast - P. Kinealy. |
| Paul Kinealy | 1/4/2016 | $64.62 | Out of town dinner - P. Kinealy, M. Williams - 2. |
| Michael Williams | 1/5/2016 | $12.15 | Out of town dinner - M. Williams. |
| Paul Kinealy | 1/5/2016 | $5.93 | Out of town breakfast - P. Kinealy. |
| Paul Kinealy | 1/5/2016 | $22.40 | Out of town dinner - P. Kinealy. |
| Paul Kinealy | 1/6/2016 | $13.11 | Out of town dinner - P. Kinealy. |
| Paul Kinealy | 1/6/2016 | $5.93 | Out of town breakfast - P. Kinealy. |
| Paul Kinealy | 1/7/2016 | $5.93 | Out of town breakfast - P. Kinealy. |
| Richard Carter | 1/11/2016 | $40.00 | Out of town dinner - R. Carter. |
| Michael Williams | 1/12/2016 | $21.40 | Out of town dinner - M. Williams. |
| Michael Williams | 1/13/2016 | $27.74 | Out of town dinner - M. Williams. |
| Richard Carter | 1/13/2016 | $40.00 | Out of town dinner - R. Carter. |
| Michael Williams | 1/14/2016 | $22.40 | Out of town dinner - M. Williams. |
| Richard Carter | 1/14/2016 | $20.59 | Out of town dinner - R. Carter. |
| Richard Carter | 1/14/2016 | $4.85 | Out of town breakfast - R. Carter. |
| Richard Carter | 1/15/2016 | $34.06 | Out of town dinner - R. Carter. |
| Michael Williams | 1/18/2016 | $12.36 | Out of town dinner - M. Williams. |
| Paul Kinealy | 1/18/2016 | $7.47 | Out of town breakfast - P. Kinealy. |
| Paul Kinealy | 1/18/2016 | $13.43 | Out of town dinner - P. Kinealy. |
| Paul Kinealy | 1/19/2016 | $38.48 | Out of town dinner - P. Kinealy. |

*Exhibit I*

*Combined - All Entities*
*Expense Detail by Category*
*January 1, 2016 through April 30, 2016*

*Meals*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Paul Kinealy | 1/19/2016 | $5.93 | Out of town breakfast - P. Kinealy. |
| Michael Williams | 1/20/2016 | $37.58 | Out of town dinner - M. Williams. |
| Paul Kinealy | 1/20/2016 | $8.09 | Out of town breakfast - P. Kinealy. |
| Paul Kinealy | 1/20/2016 | $12.31 | Out of town dinner - P. Kinealy. |
| Michael Williams | 1/21/2016 | $22.40 | Out of town dinner - M. Williams. |
| Richard Carter | 1/25/2016 | $7.75 | Out of town breakfast - R. Carter. |
| Richard Carter | 1/25/2016 | $39.94 | Out of town dinner - R. Carter. |
| Michael Williams | 1/26/2016 | $37.58 | Out of town dinner - M. Williams. |
| Richard Carter | 1/26/2016 | $31.06 | Out of town dinner - R. Carter. |
| Jodi Ehrenhofer | 1/27/2016 | $9.73 | Out of town dinner - J. Ehrenhofer. |
| Jodi Ehrenhofer | 1/27/2016 | $3.98 | Out of town breakfast - J. Ehrenhofer. |
| Richard Carter | 1/27/2016 | $20.55 | Out of town dinner - R. Carter. |
| Richard Carter | 1/28/2016 | $8.60 | Out of town breakfast - R. Carter. |
| Richard Carter | 1/28/2016 | $22.00 | Out of town dinner - R. Carter. |
| Michael Williams | 2/1/2016 | $12.36 | Out of town dinner - M. Williams. |
| Richard Carter | 2/1/2016 | $10.48 | Out of town breakfast - R. Carter. |
| Richard Carter | 2/1/2016 | $27.82 | Out of town dinner - R. Carter. |
| Jodi Ehrenhofer | 2/2/2016 | $3.98 | Out of town breakfast - J. Ehrenhofer. |
| Jodi Ehrenhofer | 2/2/2016 | $67.72 | Out of town dinner - J. Ehrenhofer, R. Carter, M. Williams - 3. |
| Matt Frank | 2/3/2016 | $19.24 | Out of town breakfast - M. Frank. |
| Emmett Bergman | 2/4/2016 | $18.16 | Out of town dinner - E. Bergman. |
| Matt Frank | 2/4/2016 | $13.83 | Out of town breakfast - M. Frank. |
| Richard Carter | 2/4/2016 | $21.86 | Out of town dinner - R. Carter. |
| Richard Carter | 2/5/2016 | $39.64 | Out of town dinner - R. Carter. |
| Holly Sjostrom | 2/8/2016 | $12.91 | Out of town breakfast - H. Sjostrom, J. Vanderveen - 2. |
| Jonathan Vanderveen | 2/8/2016 | $80.00 | Out of town dinner - J. Vanderveen, H. Sjostrom - 2. |
| Jonathan Vanderveen | 2/8/2016 | $25.42 | Working lunch - J. Vanderveen, H. Sjostrom - 2. |
| Paul Kinealy | 2/8/2016 | $7.47 | Out of town breakfast - P. Kinealy. |
| Jonathan Vanderveen | 2/9/2016 | $11.92 | Out of town breakfast - J. Vanderveen, H. Sjostrom - 2. |

*Exhibit I*

**Combined - All Entities**
**Expense Detail by Category**
**January 1, 2016 through April 30, 2016**

*Meals*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Paul Kinealy | 2/9/2016 | $8.09 | Out of town breakfast - P. Kinealy. |
| Jodi Ehrenhofer | 2/10/2016 | $15.49 | Out of town dinner - J. Ehrenhofer. |
| Paul Kinealy | 2/10/2016 | $5.93 | Out of town breakfast - P. Kinealy. |
| Jodi Ehrenhofer | 2/11/2016 | $30.77 | Out of town dinner - J. Ehrenhofer. |
| Jodi Ehrenhofer | 2/11/2016 | $3.98 | Out of town breakfast - J. Ehrenhofer. |
| Paul Kinealy | 2/11/2016 | $10.16 | Out of town dinner - P. Kinealy. |
| Paul Kinealy | 2/11/2016 | $5.93 | Out of town breakfast - P. Kinealy. |
| Paul Kinealy | 2/15/2016 | $7.47 | Out of town breakfast - P. Kinealy. |
| Paul Kinealy | 2/15/2016 | $66.34 | Out of town dinner - P. Kinealy, M. Williams - 2. |
| Richard Carter | 2/15/2016 | $7.41 | Out of town breakfast - R. Carter. |
| Jodi Ehrenhofer | 2/16/2016 | $3.98 | Out of town breakfast - J. Ehrenhofer. |
| Jodi Ehrenhofer | 2/16/2016 | $88.13 | Out of town dinner- J. Ehrenhofer, M. Williams, R. Carter - 3. |
| Paul Kinealy | 2/16/2016 | $5.93 | Out of town breakfast - P. Kinealy. |
| Paul Kinealy | 2/16/2016 | $12.08 | Out of town dinner - P. Kinealy. |
| Paul Kinealy | 2/17/2016 | $5.93 | Out of town breakfast - P. Kinealy. |
| Richard Carter | 2/17/2016 | $6.68 | Out of town breakfast - R. Carter. |
| Richard Carter | 2/17/2016 | $30.21 | Out of town dinner - R. Carter. |
| Paul Kinealy | 2/18/2016 | $9.84 | Out of town dinner - P. Kinealy. |
| Richard Carter | 2/18/2016 | $39.64 | Out of town dinner - R. Carter. |
| Jodi Ehrenhofer | 2/22/2016 | $72.94 | Out of town dinner - J. Ehrenhofer, M. Williams, R. Carter - 3. |
| Richard Carter | 2/22/2016 | $10.93 | Out of town breakfast - R. Carter. |
| Jodi Ehrenhofer | 2/23/2016 | $3.98 | Out of town breakfast - J. Ehrenhofer. |
| Matt Frank | 2/23/2016 | $6.41 | Out of town breakfast - M. Frank. |
| Matt Frank | 2/23/2016 | $40.00 | Out of town dinner - M. Frank. |
| Matt Frank | 2/24/2016 | $7.57 | Out of town breakfast - M. Frank. |
| Richard Carter | 2/24/2016 | $2.91 | Out of town breakfast - R. Carter. |
| Richard Carter | 2/25/2016 | $36.30 | Out of town dinner - R. Carter. |
| Jonathan Vanderveen | 3/2/2016 | $80.00 | Out of town dinner - J. Sjostrom, J. Vanderveen - 2. |
| Jonathan Vanderveen | 3/3/2016 | $26.55 | Out of town breakfast - J. Vanderveen. |

*Exhibit I*

*Combined - All Entities*
*Expense Detail by Category*
*January 1, 2016 through April 30, 2016*

*Meals*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Michael Williams | 3/7/2016 | $14.52 | Out of town dinner - M. Williams. |
| Michael Williams | 3/7/2016 | $14.52 | Out of town dinner - M. Williams. |
| Richard Carter | 3/7/2016 | $29.90 | Out of town dinner - R. Carter. |
| Richard Carter | 3/7/2016 | $11.87 | Out of town breakfast - R. Carter. |
| Michael Williams | 3/8/2016 | $37.58 | Out of town dinner - M. Williams. |
| Michael Williams | 3/8/2016 | $37.58 | Out of town dinner - M. Williams. |
| Richard Carter | 3/8/2016 | $40.00 | Out of town dinner - R. Carter. |
| Michael Williams | 3/9/2016 | $37.58 | Out of town dinner - M. Williams. |
| Michael Williams | 3/9/2016 | $37.58 | Out of town dinner - M. Williams. |
| Richard Carter | 3/9/2016 | $36.30 | Out of town dinner - R. Carter. |
| Richard Carter | 3/10/2016 | $7.57 | Out of town dinner - R. Carter. |
| Paul Kinealy | 3/15/2016 | $5.93 | Out of town breakfast - P. Kinealy. |
| Paul Kinealy | 3/23/2016 | $5.93 | Out of town breakfast - P. Kinealy. |
| Jodi Ehrenhofer | 4/12/2016 | $10.39 | Out of town dinner - J. Ehrenhofer. |
| Michael Williams | 4/12/2016 | $40.00 | Out of town dinner - M. Williams. |
| Paul Kinealy | 4/12/2016 | $40.00 | Out of town dinner - P. Kinealy. |
| Richard Carter | 4/12/2016 | $11.13 | Out of town dinner - R. Carter. |
| Jodi Ehrenhofer | 4/13/2016 | $7.46 | Out of town dinner - J. Ehrenhofer. |
| Michael Williams | 4/13/2016 | $24.35 | Out of town dinner - M. Williams. |
| Paul Kinealy | 4/13/2016 | $5.93 | Out of town breakfast - P. Kinealy. |
| Paul Kinealy | 4/13/2016 | $9.84 | Out of town dinner - P. Kinealy. |
| Richard Carter | 4/13/2016 | $40.00 | Out of town dinner - R. Carter. |
| Richard Carter | 4/13/2016 | $8.83 | Out of town breakfast - R. Carter, J. Ehrenhofer - 2. |
| Jodi Ehrenhofer | 4/14/2016 | $31.31 | Out of town dinner - J. Ehrenhofer. |
| Richard Carter | 4/14/2016 | $25.62 | Out of town dinner - R. Carter. |
| Richard Carter | 4/14/2016 | $8.60 | Out of town breakfast - R. Carter, J. Ehrenhofer - 2. |
| Paul Kinealy | 12/2/2016 | $38.19 | Out of town dinner - P. Kinealy. |

**Expense Category Total**    **$2,528.64**

*Exhibit I*

*Combined - All Entities*
*Expense Detail by Category*
*January 1, 2016 through April 30, 2016*

## Miscellaneous

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Jodi Ehrenhofer | 12/2/2015 | $1.75 | Verizon conference call charges. |
| Paul Kinealy | 12/2/2015 | $4.55 | Verizon conference call charges. |
| Emmett Bergman | 1/5/2016 | $1.42 | Verizon conference call charges. |
| Matt Frank | 2/1/2016 | $12.94 | Verizon conference call charges. |
| Paul Kinealy | 2/1/2016 | $15.30 | Verizon conference call charges. |
| Matt Frank | 2/2/2016 | $49.95 | Internet/Online Fees: Internet Access on flights 2/2/2016-3/1/2016 |
| Richard Carter | 2/4/2016 | $19.43 | In flight wifi charges. |
| Jodi Ehrenhofer | 3/1/2016 | $3.65 | Verizon conference call charges. |
| Matt Frank | 3/1/2016 | $15.66 | Verizon conference call charges. |
| Paul Kinealy | 3/1/2016 | $10.28 | Verizon conference call charges. |
| Jodi Ehrenhofer | 4/4/2016 | $1.02 | Verizon conference call charges. |
| Matt Frank | 4/4/2016 | $12.56 | Verizon conference call charges. |
| Paul Kinealy | 4/4/2016 | $43.10 | Verizon conference call charges. |
| **Expense Category Total** | | **$191.61** | |

## Transportation

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Emmett Bergman | 11/2/2015 | $100.00 | Taxi from San Francisco Airport to home. |
| Emmett Bergman | 11/2/2015 | $26.00 | Taxi from Energy to Dallas Airport. |
| Emmett Bergman | 11/4/2015 | $4.20 | Taxi from Energy to hotel. |
| Emmett Bergman | 11/5/2015 | $74.38 | Taxi from San Francisco Airport to home. |
| Emmett Bergman | 11/5/2015 | $30.00 | Taxi from Dallas Airport to Energy. |
| Emmett Bergman | 11/16/2015 | $4.20 | Taxi from Energy to hotel. |
| Emmett Bergman | 11/16/2015 | $30.00 | Taxi from Energy to Dallas Airport. |
| Emmett Bergman | 11/16/2015 | $100.00 | Taxi from San Francisco Airport to home. |
| Emmett Bergman | 11/19/2015 | $25.00 | Taxi from Energy to Dallas Airport. |
| Emmett Bergman | 11/19/2015 | $70.91 | Taxi from San Francisco Airport to home. |
| Paul Kinealy | 11/30/2015 | $25.80 | Taxi from DFW Airport to Energy. |

*Exhibit I*

*Combined - All Entities*
*Expense Detail by Category*
*January 1, 2016 through April 30, 2016*

*Transportation*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Paul Kinealy | 12/2/2015 | $22.43 | Taxi to dinner. |
| Paul Kinealy | 12/3/2015 | $28.00 | Taxi to Dallas Airport. |
| Paul Kinealy | 12/3/2015 | $114.00 | Parking at Chicago Airport. |
| Emmett Bergman | 12/7/2015 | $26.00 | Taxi from Energy to Dallas Airport. |
| Emmett Bergman | 12/7/2015 | $100.00 | Taxi from home to San Francisco Airport. |
| Emmett Bergman | 12/9/2015 | $100.00 | Taxi from San Francisco Airport to home. |
| Emmett Bergman | 12/9/2015 | $30.00 | Taxi from Energy to Dallas Airport. |
| Emmett Bergman | 12/9/2015 | $4.20 | Taxi from hotel to Energy. |
| Paul Kinealy | 12/14/2015 | $30.00 | Taxi from Dallas airport to Energy. |
| Paul Kinealy | 12/15/2015 | $6.70 | Taxi from Energy to Dallas Airport. |
| Paul Kinealy | 12/15/2015 | $64.00 | Parking at Chicago Airport. |
| Paul Kinealy | 12/15/2015 | $15.06 | Team taxi from hotel to Energy. |
| Steve Kotarba | 12/15/2015 | $186.00 | Amtrak from NYC to Wilmington. |
| Steve Kotarba | 12/15/2015 | $15.00 | Taxi from Amtrak to hotel. |
| Steve Kotarba | 12/16/2015 | $10.00 | Taxi from court to Amtrak. |
| Steve Kotarba | 12/16/2015 | $156.00 | Amtrak from Wilmington to New York. |
| Steve Kotarba | 12/16/2015 | $18.30 | Taxi from Amtrak to hotel. |
| Steve Kotarba | 12/18/2015 | $60.00 | Taxi from Midway Airport to home. |
| Michael Williams | 1/4/2016 | $51.80 | Taxi from home to O'Hare Airport. |
| Michael Williams | 1/4/2016 | $60.00 | Taxi from DFW Airport to Energy. |
| Michael Williams | 1/4/2016 | $15.00 | Taxi from Energy to hotel. |
| Paul Kinealy | 1/4/2016 | $29.00 | Taxi from Dallas Airport to Energy. |
| Michael Williams | 1/5/2016 | $15.00 | Taxi from Energy to hotel. |
| Michael Williams | 1/5/2016 | $15.00 | Taxi from hotel to Energy. |
| Paul Kinealy | 1/6/2016 | $15.00 | Taxi from hotel to Energy. |
| Paul Kinealy | 1/6/2016 | $15.00 | Taxi from dinner to hotel. |
| Michael Williams | 1/7/2016 | $60.00 | Taxi from Energy to DFW Airport. |
| Michael Williams | 1/7/2016 | $15.00 | Taxi from hotel to Energy. |
| Michael Williams | 1/7/2016 | $50.00 | Taxi from O'Hare Airport to home. |

*Exhibit I*

**Combined - All Entities**
**Expense Detail by Category**
**January 1, 2016 through April 30, 2016**

**Transportation**

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Paul Kinealy | 1/7/2016 | $26.00 | Taxi from Energy to Dallas Airport. |
| Paul Kinealy | 1/7/2016 | $120.00 | Parking: airport parking |
| Michael Williams | 1/11/2016 | $60.00 | Taxi from DFW Airport to Energy. |
| Michael Williams | 1/11/2016 | $50.00 | Taxi from Home to O'Hare Airport. |
| Michael Williams | 1/11/2016 | $15.00 | Taxi from Energy to hotel. |
| Michael Williams | 1/12/2016 | $15.00 | Taxi from hotel to Energy. |
| Michael Williams | 1/12/2016 | $15.00 | Taxi from Energy to hotel. |
| Richard Carter | 1/12/2016 | $57.60 | Taxi from DFW to Hotel. |
| Michael Williams | 1/13/2016 | $15.00 | Taxi from hotel to Energy. |
| Michael Williams | 1/13/2016 | $16.15 | Taxi from Energy to hotel. |
| Michael Williams | 1/14/2016 | $15.00 | Taxi from hotel to Energy. |
| Michael Williams | 1/14/2016 | $60.00 | Taxi from O'Hare Airport to home. |
| Richard Carter | 1/14/2016 | $109.00 | Parking: Airport Parking - ORD |
| Michael Williams | 1/18/2016 | $52.40 | Taxi from home to O'Hare Airport. |
| Michael Williams | 1/18/2016 | $15.00 | Taxi from Energy to hotel. |
| Michael Williams | 1/18/2016 | $60.00 | Taxi from O'Hare Airport to home. |
| Paul Kinealy | 1/18/2016 | $30.00 | Taxi from Dallas Airport to Energy. |
| Michael Williams | 1/19/2016 | $15.00 | Taxi from Energy to hotel. |
| Michael Williams | 1/19/2016 | $15.00 | Taxi from hotel to Energy. |
| Richard Carter | 1/19/2016 | $60.00 | Taxi from Energy to DFW Airport. |
| Michael Williams | 1/20/2016 | $15.00 | Taxi from Energy to hotel. |
| Paul Kinealy | 1/20/2016 | $15.00 | Taxi from hotel to Energy. |
| Paul Kinealy | 1/20/2016 | $11.26 | Taxi from Energy to Dallas Airport. |
| Paul Kinealy | 1/20/2016 | $96.00 | Parking at Chicago Airport. |
| Michael Williams | 1/21/2016 | $60.00 | Taxi from DFW Airport to Energy. |
| Michael Williams | 1/21/2016 | $60.00 | Taxi from O'Hare Airport to home. |
| Michael Williams | 1/21/2016 | $15.00 | Taxi from hotel to Energy. |
| Michael Williams | 1/25/2016 | $60.00 | Taxi from DFW Airport to Energy. |
| Michael Williams | 1/25/2016 | $49.10 | Taxi from home to O'Hare Airport. |

*Exhibit I*

**Combined - All Entities**
**Expense Detail by Category**
**January 1, 2016 through April 30, 2016**

**Transportation**

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Michael Williams | 1/25/2016 | $15.00 | Taxi from Energy to hotel. |
| Richard Carter | 1/25/2016 | $58.86 | Taxi from DFW to Energy. |
| Jodi Ehrenhofer | 1/26/2016 | $22.50 | Taxi from home to O'Hare |
| Jodi Ehrenhofer | 1/26/2016 | $27.00 | Parking: Hotel in Dallas - 2 nights |
| Michael Williams | 1/26/2016 | $15.00 | Taxi from hotel to Energy. |
| Michael Williams | 1/26/2016 | $15.00 | Taxi from Energy to hotel. |
| Michael Williams | 1/27/2016 | $15.00 | Taxi from Energy to hotel. |
| Jodi Ehrenhofer | 1/28/2016 | $27.50 | Taxi from O'Hare to office. |
| Jodi Ehrenhofer | 1/28/2016 | $69.88 | Rental car in Dallas - 3 days. |
| Michael Williams | 1/28/2016 | $60.00 | Taxi from O'Hare Airport to home. |
| Richard Carter | 1/28/2016 | $60.30 | Taxi from Energy to DFW Airport. |
| Richard Carter | 1/28/2016 | $15.00 | Taxi from hotel to Energy. |
| Richard Carter | 1/28/2016 | $140.00 | Parking: Airport Parking - 1/25-1/28 |
| Jodi Ehrenhofer | 2/1/2016 | $24.55 | Taxi from home to O'Hare Airport. |
| Michael Williams | 2/1/2016 | $60.00 | Taxi from DFW Airport to Energy. |
| Michael Williams | 2/1/2016 | $47.90 | Taxi from home to O'Hare Airport. |
| Michael Williams | 2/1/2016 | $15.00 | Taxi from Energy to hotel. |
| Richard Carter | 2/1/2016 | $59.10 | Taxi from DFW Airport to Energy. |
| Emmett Bergman | 2/2/2016 | $26.00 | Taxi from DFW Airport to Energy. |
| Emmett Bergman | 2/2/2016 | $100.00 | Taxi from home to San Francisco Airport. |
| Matt Frank | 2/2/2016 | $65.00 | Taxi from DFW Airport to Energy. |
| Matt Frank | 2/2/2016 | $65.00 | Taxi from home to Chicago O'Hare. |
| Emmett Bergman | 2/3/2016 | $5.79 | Taxi from Energy to hotel. |
| Jodi Ehrenhofer | 2/3/2016 | $15.00 | Parking at Energy office. |
| Matt Frank | 2/3/2016 | $15.00 | Taxi from dinner to hotel. |
| Michael Williams | 2/3/2016 | $15.00 | Taxi from Energy to hotel. |
| Emmett Bergman | 2/4/2016 | $62.20 | Taxi from San Francisco Airport to home. |
| Emmett Bergman | 2/4/2016 | $30.00 | Taxi from Energy to DFW Airport. |
| Jodi Ehrenhofer | 2/4/2016 | $22.50 | Taxi from O'Hare Airport to home. |

*Exhibit I*

**Combined - All Entities**
**Expense Detail by Category**
**January 1, 2016 through April 30, 2016**

**Transportation**

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Jodi Ehrenhofer | 2/4/2016 | $40.50 | Parking at hotel in Dallas - 3 nights. |
| Jodi Ehrenhofer | 2/4/2016 | $123.98 | Rental car in Dallas - 4 days. |
| Matt Frank | 2/4/2016 | $65.00 | Taxi from Energy to DFW Airport. |
| Matt Frank | 2/4/2016 | $65.00 | Taxi from Chicago Airport to home. |
| Matt Frank | 2/4/2016 | $10.00 | Taxi from hotel to Energy. |
| Michael Williams | 2/4/2016 | $60.00 | Taxi from Energy to DFW Airport. |
| Michael Williams | 2/4/2016 | $60.00 | Taxi from O'Hare Airport to home. |
| Michael Williams | 2/4/2016 | $15.00 | Taxi from hotel to Energy. |
| Richard Carter | 2/4/2016 | $15.00 | Taxi from hotel to Energy. |
| Richard Carter | 2/4/2016 | $140.00 | Parking at Chicago O'Hare. |
| Richard Carter | 2/4/2016 | $58.80 | Taxi from Energy to DFW Airport. |
| Holly Sjostrom | 2/8/2016 | $122.00 | Train from Philadelphia to NYC. |
| Holly Sjostrom | 2/8/2016 | $11.90 | Taxi from hotel to dinner. |
| Holly Sjostrom | 2/8/2016 | $15.35 | Taxi from train to client. |
| Holly Sjostrom | 2/8/2016 | $56.30 | Taxi from home to Chicago Airport. |
| Holly Sjostrom | 2/8/2016 | $35.75 | Taxi from airport to Amtrak. |
| Jodi Ehrenhofer | 2/8/2016 | $22.50 | Taxi from home to O'Hare Airport. |
| Jonathan Vanderveen | 2/8/2016 | $38.00 | Taxi from home to Chicago O'Hare. |
| Jonathan Vanderveen | 2/8/2016 | $122.00 | Train one-way Philadelphia to New York. |
| Paul Kinealy | 2/8/2016 | $28.80 | Taxi from Dallas Airport to Energy. |
| Holly Sjostrom | 2/9/2016 | $3.00 | Train to dinner. |
| Holly Sjostrom | 2/9/2016 | $11.75 | Taxi to hotel. |
| Holly Sjostrom | 2/9/2016 | $9.96 | Taxi to office. |
| Holly Sjostrom | 2/9/2016 | $7.39 | Taxi to client. |
| Jonathan Vanderveen | 2/9/2016 | $7.60 | Taxi from dinner to hotel. |
| Holly Sjostrom | 2/10/2016 | $47.21 | Taxi to airport. |
| Jodi Ehrenhofer | 2/11/2016 | $92.99 | Rental car in Dallas - 3 days. |
| Jodi Ehrenhofer | 2/11/2016 | $40.50 | Parking at hotel in Dallas - 3 nights. |
| Jodi Ehrenhofer | 2/11/2016 | $22.50 | Taxi from O'Hare Airport to home. |

*Exhibit I*

**Combined - All Entities**
**Expense Detail by Category**
**January 1, 2016 through April 30, 2016**

**Transportation**

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Jodi Ehrenhofer | 2/11/2016 | $15.00 | Parking at Energy office. |
| Jodi Ehrenhofer | 2/11/2016 | $3.36 | Fuel for rental car. |
| Paul Kinealy | 2/11/2016 | $64.00 | Parking at Chicago Airport. |
| Jodi Ehrenhofer | 2/15/2016 | $21.70 | Taxi from home to O'Hare Airport. |
| Michael Williams | 2/15/2016 | $47.90 | Taxi from home to O'Hare Airport. |
| Paul Kinealy | 2/15/2016 | $33.60 | Taxi from Dallas Airport to Energy. |
| Richard Carter | 2/15/2016 | $60.25 | Taxi from DFW Airport to Energy. |
| Jodi Ehrenhofer | 2/17/2016 | $40.50 | Parking at hotel in Dallas - 3 nights. |
| Richard Carter | 2/17/2016 | $105.00 | Parking at Chicago O'Hare. |
| Richard Carter | 2/17/2016 | $15.00 | Taxi from hotel to Energy. |
| Jodi Ehrenhofer | 2/18/2016 | $3.23 | Fuel for rental car. |
| Jodi Ehrenhofer | 2/18/2016 | $22.50 | Taxi from O'Hare Airport to home. |
| Jodi Ehrenhofer | 2/18/2016 | $123.98 | Rental car in Dallas - 4 days. |
| Michael Williams | 2/18/2016 | $60.00 | Taxi from Energy to DFW Airport. |
| Michael Williams | 2/18/2016 | $60.00 | Taxi from O'Hare Airport to home. |
| Paul Kinealy | 2/18/2016 | $64.00 | Parking at Chicago Airport. |
| Jodi Ehrenhofer | 2/22/2016 | $13.50 | Parking at hotel in Dallas - 1 night. |
| Jodi Ehrenhofer | 2/22/2016 | $21.85 | Taxi from home to O'Hare Airport. |
| Michael Williams | 2/22/2016 | $48.80 | Taxi from home to O'Hare Airport. |
| Michael Williams | 2/22/2016 | $60.00 | Taxi from Energy to DFW Airport. |
| Richard Carter | 2/22/2016 | $56.00 | Taxi from DFW Airport to Energy. |
| Jodi Ehrenhofer | 2/23/2016 | $15.00 | Parking at Energy office. |
| Jodi Ehrenhofer | 2/23/2016 | $22.50 | Taxi from O'Hare Airport to home. |
| Jodi Ehrenhofer | 2/23/2016 | $61.85 | Rental car in Dallas - 2 days. |
| Jodi Ehrenhofer | 2/23/2016 | $2.08 | Fuel for rental car. |
| Matt Frank | 2/23/2016 | $65.00 | Taxi from home to Chicago O'Hare. |
| Matt Frank | 2/23/2016 | $65.00 | Taxi from DFW Airport to Energy. |
| Michael Williams | 2/23/2016 | $60.00 | Taxi from Energy to DFW Airport. |
| Michael Williams | 2/23/2016 | $60.00 | Taxi from O'Hare Airport to home. |

*Exhibit I*

*Combined - All Entities*
*Expense Detail by Category*
*January 1, 2016 through April 30, 2016*

### *Transportation*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Matt Frank | 2/24/2016 | $65.00 | Taxi from Chicago Airport to home. |
| Matt Frank | 2/24/2016 | $65.00 | Taxi from Energy to DFW Airport. |
| Richard Carter | 2/24/2016 | $15.00 | Taxi from Energy to hotel. |
| Richard Carter | 2/24/2016 | $60.00 | Taxi from hotel to DFW Airport. |
| Richard Carter | 2/24/2016 | $85.00 | Parking at Chicago O'Hare. |
| Holly Sjostrom | 2/29/2016 | $11.00 | Taxi to office. |
| Jonathan Vanderveen | 3/2/2016 | $38.00 | Taxi from home to Chicago O'Hare. |
| Jonathan Vanderveen | 3/2/2016 | $43.01 | Taxi from LaGuardio to Kirkland & Ellis. |
| Holly Sjostrom | 3/3/2016 | $7.00 | Taxi to hotel. |
| Holly Sjostrom | 3/3/2016 | $8.50 | Taxi to K&E. |
| Jonathan Vanderveen | 3/4/2016 | $38.00 | Taxi from Chicago Airport to home. |
| Michael Williams | 3/7/2016 | $15.00 | Taxi from Energy to hotel. |
| Michael Williams | 3/7/2016 | $28.02 | Taxi from DFW Airport to Energy. |
| Michael Williams | 3/7/2016 | $52.40 | Taxi from home to O'Hare Airport. |
| Michael Williams | 3/7/2016 | $28.02 | Taxi from DFW Airport to Energy. |
| Michael Williams | 3/7/2016 | $15.00 | Taxi from Energy to hotel. |
| Michael Williams | 3/7/2016 | $52.40 | Taxi from home to O'Hare Airport. |
| Richard Carter | 3/7/2016 | $57.00 | Taxi from DFW Airport to Energy. |
| Michael Williams | 3/8/2016 | $15.00 | Taxi from hotel to Energy. |
| Michael Williams | 3/8/2016 | $15.00 | Taxi from hotel to Energy. |
| Michael Williams | 3/8/2016 | $15.00 | Taxi from Energy to hotel. |
| Michael Williams | 3/8/2016 | $15.00 | Taxi from Energy to hotel. |
| Richard Carter | 3/8/2016 | $5.00 | Taxi from hotel to Energy. |
| Richard Carter | 3/8/2016 | $15.00 | Taxi from Energy to hotel. |
| Michael Williams | 3/9/2016 | $15.00 | Taxi from Energy to hotel. |
| Michael Williams | 3/9/2016 | $15.00 | Taxi from hotel to Energy. |
| Michael Williams | 3/9/2016 | $15.00 | Taxi from hotel to Energy. |
| Michael Williams | 3/9/2016 | $15.00 | Taxi from Energy to hotel. |
| Michael Williams | 3/10/2016 | $50.00 | Taxi from home to O'Hare Airport. |

*Exhibit I*

**Combined - All Entities**
**Expense Detail by Category**
**January 1, 2016 through April 30, 2016**

### Transportation

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Michael Williams | 3/10/2016 | $50.00 | Taxi from O'Hare Airport to home. |
| Richard Carter | 3/10/2016 | $15.00 | Taxi from hotel to Energy. |
| Richard Carter | 3/10/2016 | $140.00 | Parking at Chicago Airport. |
| Richard Carter | 3/14/2016 | $58.00 | Taxi from Energy to DFW Airport. |
| Paul Kinealy | 3/15/2016 | $15.00 | Taxi from hotel to Energy. |
| Paul Kinealy | 3/24/2016 | $64.00 | Parking at Chicago Airport. |
| Jodi Ehrenhofer | 3/29/2016 | $22.50 | Taxi from home to O'Hare Airport. |
| Jodi Ehrenhofer | 3/29/2016 | $30.00 | Taxi from DFW Airport to hotel. |
| Jodi Ehrenhofer | 3/30/2016 | $5.00 | Taxi from dinner to hotel. |
| Jodi Ehrenhofer | 3/30/2016 | $5.00 | Taxi from hotel to dinner. |
| Jodi Ehrenhofer | 3/31/2016 | $24.30 | Taxi from O'Hare to home. |
| Jodi Ehrenhofer | 3/31/2016 | $15.00 | Taxi from hotel to Energy. |
| Jodi Ehrenhofer | 3/31/2016 | $30.00 | Taxi from Energy to DFW. |
| Paul Kinealy | 3/31/2016 | $30.00 | Taxi from Energy to DFW Airport. |
| Paul Kinealy | 3/31/2016 | $48.00 | Parking at Chicago Airport. |
| Jodi Ehrenhofer | 4/12/2016 | $45.00 | Taxi from home to O'Hare. |
| Michael Williams | 4/12/2016 | $51.80 | Taxi from home to O'Hare Airport. |
| Michael Williams | 4/12/2016 | $60.00 | Taxi from DFW Airport to hotel. |
| Paul Kinealy | 4/12/2016 | $5.00 | Taxi from Energy to dinner. |
| Paul Kinealy | 4/12/2016 | $26.00 | Taxi from DFW Airport to hotel. |
| Richard Carter | 4/12/2016 | $56.40 | Taxi from DFW Airport to Energy. |
| Jodi Ehrenhofer | 4/13/2016 | $54.00 | Parking at hotel in Dallas - 2 nights. |
| Jodi Ehrenhofer | 4/13/2016 | $5.00 | Parking at EFH offices. |
| Michael Williams | 4/13/2016 | $19.88 | Taxi from hotel to Energy. |
| Paul Kinealy | 4/13/2016 | $28.00 | Taxi from Energy to DFW Airport. |
| Paul Kinealy | 4/13/2016 | $30.00 | Parking at Chicago Airport. |
| Jodi Ehrenhofer | 4/14/2016 | $4.22 | Fuel for rental car. |
| Jodi Ehrenhofer | 4/14/2016 | $45.00 | Taxi from O'Hare to home. |
| Jodi Ehrenhofer | 4/14/2016 | $123.96 | Rental Car in Dallas - 2 days. |

*Exhibit I*

*Combined - All Entities*
*Expense Detail by Category*
*January 1, 2016 through April 30, 2016*

### Transportation

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Michael Williams | 4/14/2016 | $60.00 | Taxi from Energy to DFW Airport. |
| Michael Williams | 4/14/2016 | $18.27 | Taxi from hotel to Energy. |
| Michael Williams | 4/14/2016 | $20.02 | Taxi from O'Hare Airport to home. |
| Richard Carter | 4/14/2016 | $72.00 | Parking at Chicago Airport. |
| Richard Carter | 4/14/2016 | $60.25 | Taxi from Energy to DFW Airport. |

**Expense Category Total**    **$9,038.90**

*Grand Total*    **$61,772.47**