# **EXHIBIT A**

**Statement of Fees and Expenses By Subject Matter**

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---:|---|---:|---:|
| 6 | [ALL] Case Administration | 16.90 | $9,064.00 |
| 8 | [ALL] Claims Administration & Objections | 117.40 | $77,734.00 |
| 9 | [ALL] Contested Matters & Adv. Proceed. | 684.50 | $442,578.00 |
| 10 | [ALL] Corp. Governance and Sec. Issues | 732.60 | $718,805.00 |
| 11 | [ALL] Exec. Contracts & Unexpired Leases | 13.00 | $9,265.00 |
| 12 | [ALL] Hearings | 34.90 | $32,643.50 |
| 14 | [ALL] K&E Retention and Fee Applications | 169.80 | $59,501.00 |
| 17 | [ALL] Non-K&E Retentions & Fee Apps | 0.60 | $417.00 |
| 18 | [ALL] Non-Working Travel | 28.40 | $31,618.50 |
| 21 | [ALL] Plan and Disclosure Statements | 432.70 | $458,630.00 |
| 26 | [ALL] Retiree and Employee Issues/OPEB | 37.10 | $29,281.00 |
| 29 | [ALL] Tax Issues | 274.70 | $313,144.00 |
| 30 | [ALL] U.S. Trustee Issues | 0.40 | $278.00 |
| 34 | [TCEH] Asset Dispositions and Purchases | 13.60 | $9,227.00 |
| 38 | [TCEH] Cash Collateral and DIP Financing | 8.00 | $7,887.50 |
| 39 | [TCEH] Claims Administration & Objection | 30.70 | $17,857.00 |
| 40 | [TCEH] Contested Matters & Advers. Proc. | 7.90 | $5,828.50 |
| 41 | [TCEH] Corp. Governance and Sec. Issues | 0.40 | $430.00 |
| 42 | [TCEH] Environmental Issues | 12.10 | $11,909.00 |
| 68 | [EFIH] Contested Matters & Advers. Pro. | 170.00 | $161,200.50 |
| 69 | [EFIH] Corp. Governance and Sec. Issues | 0.40 | $430.00 |
| 108 | [TCEH] Exec. Contracts & Unexpired Lease | 6.10 | $3,690.50 |
| 113 | [ALL] Enforcement of TTI Rights | 49.40 | $38,657.00 |
| 115 | [TCEH] Exit Financing | 833.20 | $756,075.50 |
| | **Totals:** | **3,674.80** | **$3,196,151.50** |

| Service Description | Amount |
|---|---:|
| Third Party Telephone Charges | $969.88 |
| Standard Copies or Prints | $2,147.20 |
| Color Copies or Prints | $4,026.00 |
| Production Blowbacks | $546.80 |
| Overnight Delivery | $11.27 |
| Outside Messenger Services | $96.40 |
| Local Transportation | $196.68 |
| Travel Expense | $6,000.34 |
| Airfare | $6,498.23 |
| Transportation to/from airport | $1,257.90 |
| Travel Meals | $406.03 |
| Other Travel Expenses | $134.00 |
| Court Reporter Fee/Deposition | $1,254.79 |
| Other Court Costs and Fees | $183.00 |
| Catering Expenses | $2,500.00 |
| Outside Retrieval Service | $190.92 |
| Computer Database Research | $794.00 |
| Westlaw Research | $854.77 |
| Overtime Transportation | $567.68 |
| Overtime Meals - Non-Attorney | $20.00 |
| Overtime Meals - Attorney | $965.57 |
| **Total:** | **$29,621.46** |