# EXHIBIT B

**Attorneys and Paraprofessionals' Information**

RLF1 14756446v.1

The K&E attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Andrew Barton | Associate | 2010 | Executive Compensation | 940.00 | 1.70 | $1,598.00 |
| Rebecca Blake Chaikin | Associate | 2015 | Restructuring | 605.00 | 28.10 | $17,000.50 |
| Kevin Chang | Associate | 2014 | Litigation - General | 585.00 | 4.90 | $2,866.50 |
| Ryan Copeland | Associate | 2012 | Corporate - Debt Finance | 775.00 | 155.50 | $120,512.50 |
| Thomas Dobleman | Associate | 2011 | Corporate - Debt Finance | 895.00 | 213.30 | $190,903.50 |
| Emily Geier | Associate | 2012 | Restructuring | 845.00 | 149.10 | $125,989.50 |
| Stephanie I Gitler | Associate | 2009 | Environment - Transactional | 895.00 | 1.60 | $1,432.00 |
| Shayne Henry | Associate | 2014 | Litigation - General | 585.00 | 4.00 | $2,340.00 |
| Sam Hong | Associate | 2008 | Technology & IP Transactions | 845.00 | 3.50 | $2,957.50 |
| Natasha Hwangpo | Associate | 2014 | Restructuring | 695.00 | 110.30 | $76,658.50 |
| Miles Johnson | Associate | 2015 | Taxation | 525.00 | 5.50 | $2,887.50 |
| Jacob Johnston | Associate | 2013 | Litigation - General | 755.00 | 1.50 | $1,132.50 |
| Cyril V Jones | Associate | 2014 | Corporate - M&A/Private Equity | 845.00 | 1.20 | $1,014.00 |
| Lina Kaisey | Associate | 2015 | Restructuring | 605.00 | 96.80 | $58,564.00 |
| Austin Klar | Associate | 2013 | Litigation - General | 675.00 | 76.40 | $51,570.00 |
| Nick Laird | Associate | 2013 | Litigation - General | 675.00 | 3.50 | $2,362.50 |
| James C Melchers | Associate | 2012 | Corporate - General | 695.00 | 1.00 | $695.00 |
| Mark Menzies | Associate | 2014 | Litigation - General | 675.00 | 4.50 | $3,037.50 |
| Kristen Molloy | Associate | 2015 | Corporate - General | 510.00 | 94.30 | $48,093.00 |
| David Moore | Associate | 2015 | Corporate - General | 510.00 | 51.40 | $26,214.00 |
| Veronica Nunn | Associate | 2010 | Corporate - M&A/Private Equity | 895.00 | 240.40 | $215,158.00 |
| Daniel Rudewicz | Associate | 2016 | Restructuring | 510.00 | 17.30 | $8,823.00 |
| Michael A Schulman | Associate | 2012 | Labor & Employment | 795.00 | 2.00 | $1,590.00 |
| Anthony Sexton | Associate | 2011 | Taxation | 895.00 | 106.10 | $94,959.50 |
| Justin Sowa | Associate | 2013 | Litigation - General | 755.00 | 123.40 | $93,167.00 |
| Anna Terteryan | Associate | 2014 | Litigation - General | 585.00 | 175.80 | $102,843.00 |
| McClain Thompson | Associate | 2014 | Restructuring | 605.00 | 57.40 | $34,727.00 |
| Holly R Trogdon | Associate | 2014 | Litigation - General | 585.00 | 3.20 | $1,872.00 |
| Andrew D Walker | Associate | 2014 | Corporate - General | 605.00 | 4.20 | $2,541.00 |
| Jesse T Wallin | Associate | 2014 | Corporate - General | 605.00 | 4.80 | $2,904.00 |
| Charles D Wineland, III | Associate | 2013 | IP Litigation | 675.00 | 3.50 | $2,362.50 |
| Spencer A Winters | Associate | 2013 | Restructuring | 695.00 | 13.10 | $9,104.50 |
| Aparna Yenamandra | Associate | 2013 | Restructuring | 775.00 | 61.60 | $47,740.00 |
| John S Irving, Jr. | Of Counsel | 1965 | Labor & Employment | 1,145.00 | 0.50 | $572.50 |
| Jack N Bernstein | Partner | 1995 | Employee Benefits | 1,075.00 | 8.20 | $8,815.00 |
| Katherine Bolanowski | Partner | 2009 | Corporate - Debt Finance | 940.00 | 18.30 | $17,202.00 |
| Marin K Boney | Partner | 2008 | Litigation - Antitrust/Competition | 900.00 | 0.30 | $270.00 |
| Andrew Calder, P.C. | Partner | 2003 | Corporate - | 1,325.00 | 99.00 | $131,175.00 |

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| | | | M&A/Private Equity | | | |
| Jeanne T Cohn-Connor | Partner | 1985 | Environment - Transactional | 1,010.00 | 19.20 | $19,392.00 |
| Thad Davis | Partner | 2005 | Taxation | 1,045.00 | 4.50 | $4,702.50 |
| John Donley, P.C. | Partner | 1985 | Litigation - General | 1,155.00 | 0.50 | $577.50 |
| Barack S Echols | Partner | 1999 | Litigation - General | 1,010.00 | 6.10 | $6,161.00 |
| Michael Esser | Partner | 2009 | Litigation - General | 875.00 | 75.10 | $65,712.50 |
| Gregory W Gallagher, P.C. | Partner | 1997 | Taxation | 1,325.00 | 81.30 | $107,722.50 |
| Jonathan F Ganter | Partner | 2010 | Litigation - General | 900.00 | 12.10 | $10,890.00 |
| Jeffrey M Gould | Partner | 2006 | Litigation - General | 955.00 | 6.70 | $6,398.50 |
| Warren Haskel | Partner | 2009 | Litigation - General | 900.00 | 32.20 | $28,980.00 |
| Richard U S Howell | Partner | 2006 | Litigation - General | 955.00 | 6.00 | $5,730.00 |
| Chad J Husnick | Partner | 2004 | Restructuring | 1,090.00 | 95.70 | $104,313.00 |
| Ellen M Jakovic | Partner | 1985 | Litigation - Antitrust/Competition | 1,100.00 | 5.60 | $6,160.00 |
| Marc Kieselstein, P.C. | Partner | 1988 | Restructuring | 1,310.00 | 90.00 | $117,900.00 |
| Michelle Kilkenney | Partner | 2002 | Corporate - Debt Finance | 1,120.00 | 91.50 | $102,480.00 |
| Gregg G Kirchhoefer, P.C. | Partner | 1982 | Technology & IP Transactions | 1,195.00 | 2.80 | $3,346.00 |
| Joshua N Korff, P.C. | Partner | 1994 | Corporate - Capital Markets | 1,325.00 | 19.70 | $26,102.50 |
| Daniel Lewis | Partner | 2008 | Technology & IP Transactions | 975.00 | 0.60 | $585.00 |
| Todd F Maynes, P.C. | Partner | 1988 | Taxation | 1,445.00 | 67.90 | $98,115.50 |
| Andrew R McGaan, P.C. | Partner | 1986 | Litigation - General | 1,215.00 | 89.40 | $108,621.00 |
| Mark McKane, P.C. | Partner | 1997 | Litigation - General | 1,075.00 | 90.30 | $97,072.50 |
| Amber J Meek | Partner | 2009 | Corporate - M&A/Private Equity | 995.00 | 0.50 | $497.50 |
| Roberto S Miceli | Partner | 1996 | Real Estate | 995.00 | 1.20 | $1,194.00 |
| Dennis M Myers, P.C. | Partner | 1991 | Corporate - Capital Markets | 1,325.00 | 1.00 | $1,325.00 |
| Linda K Myers, P.C. | Partner | 1990 | Corporate - Debt Finance | 1,380.00 | 125.80 | $173,604.00 |
| JoAnne Nagjee | Partner | 2007 | Taxation | 1,030.00 | 29.80 | $30,694.00 |
| Adam C Paul | Partner | 1997 | Restructuring | 1,090.00 | 0.60 | $654.00 |
| Michael A Petrino | Partner | 2008 | Litigation - General | 900.00 | 76.70 | $69,030.00 |
| John Pitts | Partner | 2010 | Corporate - M&A/Private Equity | 995.00 | 93.50 | $93,032.50 |
| Scott D Price | Partner | 1998 | Executive Compensation | 1,325.00 | 1.50 | $1,987.50 |
| Brenton A Rogers | Partner | 2007 | Litigation - General | 940.00 | 13.90 | $13,066.00 |
| Joshua Samis | Partner | 2005 | Corporate - Debt Finance | 995.00 | 6.20 | $6,169.00 |
| Edward O Sassower, P.C. | Partner | 2000 | Restructuring | 1,310.00 | 106.00 | $138,860.00 |
| Steven Serajeddini | Partner | 2010 | Restructuring | 940.00 | 13.10 | $12,314.00 |
| Joseph Serino, Jr., P.C. | Partner | 1988 | Litigation - General | 1,225.00 | 0.50 | $612.50 |
| Dean S Shulman, P.C. | Partner | 1992 | Taxation | 1,445.00 | 0.80 | $1,156.00 |

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| James H M Sprayregen, P.C. | Partner | 1985 | Restructuring | 1,380.00 | 43.00 | $59,340.00 |
| Bryan M Stephany | Partner | 2007 | Litigation - General | 955.00 | 1.10 | $1,050.50 |
| Wayne E Williams | Partner | 2006 | Corporate - Capital Markets | 1,020.00 | 10.20 | $10,404.00 |
| Sara B Zablotney | Partner | 2003 | Taxation | 1,225.00 | 31.00 | $37,975.00 |
| **Grand Total** | | | | | **3,300.80** | **$3,087,582.00** |

The paraprofessionals of K&E who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Stephanie Ding | Case Assistant | 1 year | Litigation - General | 220.00 | 1.40 | $308.00 |
| Jason Douangsanith | Case Assistant | 6 months | Litigation - General | 205.00 | 35.10 | $7,195.50 |
| Abdulyekinni Fasinro | Case Assistant | 6 months | Restructuring | 210.00 | 5.50 | $1,155.00 |
| Jonathon Merriman | Case Assistant | 5 months | Litigation - General | 220.00 | 3.40 | $748.00 |
| Elizabeth Burns | Legal Assistant | 10 years | Corporate - General | 360.00 | 0.50 | $180.00 |
| Michael S Fellner | Legal Assistant | 9.5 years | Litigation - General | 280.00 | 4.80 | $1,344.00 |
| Beth Friedman | Legal Assistant | 10 years | Restructuring | 400.00 | 1.60 | $640.00 |
| Paul Jones | Legal Assistant | 5 months | Litigation - General | 345.00 | 122.40 | $42,228.00 |
| Travis J Langenkamp | Legal Assistant | 12 years | Litigation - General | 370.00 | 21.50 | $7,955.00 |
| Robert Orren | Legal Assistant | 6.5 years | Restructuring | 325.00 | 26.80 | $8,710.00 |
| Meghan Rishel | Legal Assistant | 1 year | Litigation - General | 280.00 | 21.50 | $6,020.00 |
| Colleen Caamano | Litigation Suppt Cons | 3 years | Litigation - General | 325.00 | 1.10 | $357.50 |
| Jason Goodman | Litigation Suppt Cons | 10.5 years | Litigation - General | 325.00 | 4.00 | $1,300.00 |
| Chad Pappenfuss | Litigation Suppt Cons | 1.5 years | Litigation - General | 330.00 | 18.40 | $6,072.00 |
| Stephen Garoutte | Other | 4 years | Admin Services | 250.00 | 14.10 | $3,525.00 |
| Allison Graybill | Other | 2.5 years | Admin Services | 250.00 | 22.00 | $5,500.00 |
| Leah Lancaster | Other | 9 months | Admin Services | 200.00 | 39.50 | $7,900.00 |
| Kenneth Sampson | Other | 3 years | Admin Services | 250.00 | 7.50 | $1,875.00 |
| Elaine Santucci | Other | 2 years | Admin Services | 225.00 | 19.50 | $4,387.50 |
| Kurt J Wunderlich | Other | 11 years | Litigation - Antitrust/Competition | 560.00 | 0.40 | $224.00 |
| Library Factual Research | Research Specialist | N/A | Admin Services | 315.00 | 3.00 | $945.00 |
| **Grand Total** | | | | | **374.00** | **$108,569.50** |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | **Total Fees Requested** | | | **2,254.70** | **$2,106,388.00** |