# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

RLF1 14756446v.1

## ALL - Expense Summary

| Service Description | Amount |
|---|---|
| Third Party Telephone Charges | $969.88 |
| Standard Copies or Prints | $1,080.90 |
| Color Copies or Prints | $2,567.70 |
| Production Blowbacks | $546.80 |
| Overnight Delivery | $11.27 |
| Outside Messenger Services | $96.40 |
| Local Transportation | $196.68 |
| Travel Expense | $6,000.34 |
| Airfare | $6,498.23 |
| Transportation to/from airport | $1,257.90 |
| Travel Meals | $406.03 |
| Other Travel Expenses | $134.00 |
| Court Reporter Fee/Deposition | $1,254.79 |
| Other Court Costs and Fees | $183.00 |
| Catering Expenses | $2,500.00 |
| Outside Retrieval Service | $190.92 |
| Computer Database Research | $794.00 |
| Westlaw Research | $854.77 |
| Overtime Transportation | $567.68 |
| Overtime Meals - Non-Attorney | $20.00 |
| Overtime Meals - Attorney | $965.57 |
| **Total:** | **$27,096.86** |

## **TCEH - Expense Summary**

| Service Description | Amount |
|---|---|
| Standard Copies or Prints | $533.50 |
| Color Copies or Prints | $707.70 |
| **Total:** | **$1,241.20** |

## EFIH - Expense Summary

| Service Description | Amount |
|---|---:|
| Standard Copies or Prints | $532.80 |
| Color Copies or Prints | $750.60 |
| **Total:** | **$1,283.40** |