# **Exhibit A**

| | |
|---|---|
| **Description of the assets being sold:** | Miscellaneous equipment (collectively, the "Miscellaneous Equipment")[1] |
| | • Large Mining Equipment: dozers, front end loaders, water trucks, end dumps, coal haulers, excavators, etc.
• Support Equipment: pickup trucks, services trucks, etc.
• Office Furniture: desks, chairs, filing cabinets, partitions, etc.
• Tools: standard mechanics' tools and tool boxes
• Shop Equipment: welding equipment, jack stands, etc.
• Warehouse Items: hydraulic hoses, nuts and bolts, etc. |
| **Debtor selling the assets:** | Luminant Mining Company LLC ("Luminant"). |
| **Purchaser buying the assets:** | Purchasers – The Miscellaneous Equipment will be sold individually to a variety of unknown parties via auction.

Auctioneer – Equify Auctions, LLC (the "Auctioneer"). |
| **Marketing/sales process:** | Luminant has employed the Auctioneer to host the auction of the Miscellaneous Equipment. The proceeds Luminant receives will be subject to 8% commission to be paid to the Auctioneer. |
| **Purchase price/terms of the payment:** | The value of the miscellaneous equipment is estimated at a range of approximately $1.6 million to $2.3 million—less commission paid to the Auctioneer—totaling approximately $1.47 million to $2.1 million. |
| **Book value of the assets:** | $0.00 – the various Miscellaneous Equipment listed for auction were either not listed in the Debtors books and records or were held in such at a zero dollar value. |
| **Significant terms of the sale:** | The Auctioneer will be paid 8% commission on each sale. The balance of the sale proceeds, estimated at $1.47 million to $2.1 million, will be paid to Luminant.

All Miscellaneous Equipment, sold at auction, will be removed from Luminant property within 30 days of purchase, at the various purchasers' expense.

Payment to Luminant is anticipated to be made within seven (7) to fourteen (14) days after the conclusion of the auction. |

---

[1] The miscellaneous equipment is a result of the closure of the Monticello mines—Winfield South and Thermo.

**Known Encumbrances:**

| Liens | Identity of Lienholder |
|---|---|
| Mineral Liens (Texas Property Code) | TNT Crane & Rigging, Inc.<br>925 South Loop West<br>Houston, Texas 77054<br><br>With a copy to:<br>Andrews Myers<br>Attention: Ben Westcott<br>3900 Essex Lane, Suite 800<br>Houston, Texas 77027 |
| | Rexel, Inc.<br>807 West Cotton Street<br>Longview, Texas 75604 |
| | RailWorks Track Systems, Inc.<br>1600 West 13th Street<br>Deer Park, Texas 77536<br><br>With a copy to:<br>Porter Hedges<br>Meghann Myers<br>1000 Main Street, 36th Floor<br>Houston, Texas 77002 |

RLF1 14778611v.1