**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered) |

*AMENDED* **NOTICE OF INTENT OF LAW DEBENTURE**
**TRUST COMPANY OF NEW YORK, AS INDENTURE TRUSTEE,**
**TO PARTICIPATE IN DISCLOSURE STATEMENT PROCEEDINGS AND**
**CONFIRMATION PROCEEDINGS**

In accordance with the *Motion of Energy Future Holdings Corp., et al., for Entry of an Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors Joint Plan of Reorganization and the Approval of Debtors Disclosure Statement*, filed by the above-referenced debtors ("Debtors") on May 1, 2016 (D.I. 8358) (the "Scheduling Motion"), Law Debenture Trust Company of New York ("Law Debenture") filed on May 13, 2016 the Notice of Intent of Law Debenture Trust Company of New York, as Indenture Trustee, to Participate in Disclosure Statement Proceedings and Confirmation Proceedings (D.I. 8440) and hereby files, so as to identify an omitted counsel, this *Amended* Notice of Intent of Law Debenture Trust Company of New York, as Indenture Trustee, to Participate in Disclosure Statement Proceedings and Confirmation Proceedings (each as defined in the Scheduling Motion).

---

[1] The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. A complete list of the Debtors and the last four digits of their federal tax identification numbers is available at http://www.efhcaseinfo.com.

8674165

1. **Name and Address of Participating Party and its Counsel**

   Law Debenture Trust Company of New York, as Indenture Trustee
   400 Madison Avenue, Suite 4D
   New York, New York  10017
   Attention:  Mr. Frank Godino

   Law Debenture is represented in this proceeding by the following law firms:

   Patterson Belknap Webb & Tyler LLP
   1133 Avenue of the Americas
   New York, New York  10036
   Attention:  Daniel A. Lowenthal, Esq.

   - and -

   Morris James LLP
   500 Delaware Avenue, Suite 1500
   P.O. Box 2306
   Wilmington, Delaware  19899-2306
   Attention:  Stephen M. Miller, Esq.

   - and -

   **White & Case LLP**
   **1155 Avenue of the Americas**
   **New York, New York  10036**
   **Attention:  J. Christopher Shore, Esq.**

2. **Description of Claims**

   Law Debenture is the successor indenture trustee under that certain Indenture, dated as of October 31, 2007 (the "Indenture"), among Texas Competitive Electric Holdings Company LLC and TCEH Finance, Inc. (together, the "Issuers"), certain guarantors that are affiliates of the Issuers ("Guarantors"), and The Bank of New York Mellon Trust Company, N.A., pursuant to which (i) $2,045,956,000 aggregate principal amount of the Issuers' 10.25% Senior Notes due 2015, (ii) $1,441,957,000 aggregate principal amount of the Issuers' 10.25% Senior Notes due 2015, Series B and (iii) $1,749,645,671 aggregate principal amount of the

Issuers' 10.50%/11.25% Senior Toggle Notes due 2016 (collectively, the "TCEH Unsecured Notes") were issued and are outstanding as of the date hereof.

On or about October 23, 2014, Law Debenture filed a total of 41 proofs of claim against the Debtors that are Issuers or Guarantors demanding payment of all amounts due to the holders of the TCEH Unsecured Notes under the Indenture and related transaction documents. Such claims were assigned numbers 6210-6250 by the Debtors' claims and noticing agent.

Dated: July 7, 2016

**MORRIS JAMES LLP**

_____
Stephen M. Miller (DE Bar No. 2610)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE  19899-2306
Telephone: (302) 888-6800
Facsimile:  (302) 571-1750
Email: smiller@morrisjames.com

- and -

Daniel A. Lowenthal
Brian P. Guiney
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY  10036-6710
Telephone: (212) 336-2000
Facsimile:  (212) 336-2222
Email: dalowenthal@pbwt.com
          bguiney@pbwt.com

- and -

J. Christopher Shore
WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York  10036
Telephone: (212) 819-8200
Facsimile:  (212) 354-8113
Email: cshore@whitecase.com

*Attorneys for Law Debenture Trust Company of New York, as Indenture Trustee*

8674165