IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ENERGY FUTURE<br>HOLDINGS CORP., *et al.*,<br>Debtors. | ) Chapter 11<br>)<br>) Case No. 14-10979 (CSS)<br>)<br>) (Jointly Administered)<br>) **Related to Docket Nos. 8877, 8878, 8879**<br>) |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE     )
                                          ) SS
NEW CASTLE COUNTY  )

I, Kimberly A. Karstetter, being duly sworn according to law, depose and state that I am employed by Cole Schotz P.C., and that on July 8, 2016, I caused a copy of the following pleadings to be served to be served via electronic mail upon the Participating Parties service list at EFH_DS_Discovery_Service_List@kirkland.com, chusnick@kirkland.com and mmckane@kirkland.com:

- Notice of Deposition of the Debtors Pursuant to Fed. R. Civ. P. 30(b)(6) by Delaware Trust Company, as Indenture Trustee (Docket No. 8877)

- Delaware Trust Company, as Indenture Trustee, Notice of Deposition of Paul Keglevic (Docket No. 8878)

- Notice of Deposition of Stacey Dore by Delaware Trust Company, as Indenture Trustee (Docket No. 8879)

Kimberly A. Karstetter, Paralegal
COLE SCHOTZ P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131

SWORN TO AND SUBSCRIBED before me
this 8th day of July, 2016

NOTARY PUBLIC
Pauline Z. Ratkowiak
Notary Public State of Delaware
My Commission Expires 12/18/2018

52881/0001-13129526v1