**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors.[1] | ) (Jointly Administered) |
| | ) |
| | ) **Re: D.I. 8358 & 8514** |
| | ) |

**CERTIFICATION OF COUNSEL CONCERNING
"SUPPLEMENT TO ORDER SCHEDULING CERTAIN HEARING DATES AND
DEADLINES AND ESTABLISHING CERTAIN PROTOCOLS IN CONNECTION
WITH THE CONFIRMATION OF DEBTORS' JOINT PLAN OF REORGANIZATION
AND THE APPROVAL OF DEBTORS' DISCLOSURE STATEMENT"**

The undersigned hereby certifies as follows:

1.     On May 1, 2016, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Motion of Energy Future Holdings Corp., et al., for Entry of an Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Joint Plan of Reorganization and The Approval of Debtors' Disclosure Statement* [D.I. 8358] (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").  Pursuant to the Motion, the Debtors were seeking entry of an order scheduling certain dates and deadlines and establishing certain protocols in connection with the confirmation of the Debtors' joint plan of reorganization and approval of the Debtors' related disclosure statement(s).

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not

2.      Following notice and a hearing, on May 24, 2016, the Bankruptcy Court entered the *Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Joint Plan of Reorganization and the Approval of Debtors' Disclosure Statement* [D.I. 8514] (the "Scheduling Order").[2]

3.      Pursuant to the Scheduling Order, the Bankruptcy Court established (a) in Section II of the Scheduling Order, certain dates and deadlines relating to approval of a disclosure statement and confirmation of the New Plan with respect to the TCEH Debtors and EFH Shared Services Debtors (as defined in the New Plan, and referred to as the EFH Corporate Services Debtors in the Scheduling Order) and, separately, (b) in Section III of the Scheduling Order, certain dates and deadlines relating to approval of a disclosure statement and confirmation of the New Plan with respect to the EFH Debtors and EFIH Debtors.

4.      In accordance with paragraph 8(g) of the Scheduling Order, the Debtors are required to file an amended Plan of Reorganization (the "Amended Plan") by July 8, 2016 and request a telephonic status conference with the Bankruptcy Court no later than two business days after filing the Amended Plan.  As of the date hereof, the Debtors are in discussions with multiple interested parties regarding a potential transaction involving EFH Corp.'s indirect economic interest in Oncor Electric Delivery Company, LLC (any such transaction, a "Transaction"), however, the Debtors have not yet executed definitive documentation with any parties regarding a potential Transaction.

5.      Consequently, as a result of the foregoing, the Debtors have prepared a

provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

supplement to the Scheduling Order pursuant to which the Debtors are requesting a suspension of the dates and deadlines set forth in paragraph 8(f)-8(hh) of the Scheduling Order (the "Scheduling Order Supplement").  A copy of the Scheduling Order Supplement is attached hereto as **Exhibit A**.  Notably, nothing in the Scheduling Order Supplement affects or alters any of the other dates and deadlines (*i.e.,* none of the dates and deadlines *other than* those contained in paragraph 8(f)-8(hh)) set forth in the remainder of the Scheduling Order, which shall continue to apply in full force and effect.

6.      The Debtors circulated a copy of the Scheduling Order Supplement to each of counsel to (a) The Bank of New York Mellon, in its capacity as the PCRB Trustee, and The Bank of New York Mellon Trust Company, N.A., in its capacity as the EFCH 2037 Notes Trustee; (b) Shirley Fenicle, as successor-in-interest to the Estate of George Fenicle, and David William Fahy; (c) Contrarian Capital Management, LLC; (d) Certain Funds and Accounts Advised or Sub-Advised by Fidelity Management & Research Company or its Affiliates; (e) the EFIH Second Lien Indenture Trustee; (f) The American Stock Transfer & Trust Company, LLC, as successor trustee to the Bank of New York Mellon Trust Company, N.A.; (g) UMB Bank, N.A., as Indenture Trustee; (h) the official committee of unsecured creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc.; and (i) the Office of the United States Trustee for the District of Delaware, and each of the parties to whom it was circulated has either confirmed it does not object to the entry of the Scheduling Order Supplement or expressed no position with respect thereto.

7.      The Debtors therefore respectfully request that the Bankruptcy Court enter the Scheduling Order Supplement, substantially in the form attached hereto as **Exhibit A**, at its

---

[2] Capitalized terms used, but not otherwise defined, herein shall have the same meanings ascribed to them in the Motion or the Scheduling Order, as applicable.

earliest convenience.

Dated:  July 8, 2016
       Wilmington, Delaware

*/s/ Joseph C. Barsalona II*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
Joseph C. Barsalona II (No. 6102)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:     collins@rlf.com
          defranceschi@rlf.com
          madron@rlf.com
          barsalona@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:     edward.sassower@kirkland.com
          stephen.hessler@kirkland.com
          brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:     james.sprayregen@kirkland.com
          marc.kieselstein@kirkland.com
          chad.husnick@kirkland.com
          steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession

4