**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors.[1] | ) ) ) ) ) ) | (Jointly Administered) **Re: D.I. 8514** |

**NOTICE REGARDING SUPPLEMENT TO THE SCHEDULING ORDER**

**PLEASE TAKE NOTICE** that, on May 24, 2016, the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court") entered the *Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Joint Plan of Reorganization and the Approval of Debtors' Disclosure Statement* [D.I. 8514] (the "Scheduling Order").[2]

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Scheduling Order, the Bankruptcy Court established (a) in Section II of the Scheduling Order, certain dates and deadlines relating to approval of a disclosure statement and confirmation of the New Plan with

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] On May 1, 2016, the above-captioned debtors and debtors-in-possession filed the *Motion of Energy Future Holdings Corp. et al., for Entry of an Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Joint Plan of Reorganization and the Approval of the Debtors' Disclosure Statement* [D.I. 8358] (the "Scheduling Motion"). Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Scheduling Motion and the Scheduling Order, as applicable.

RLF1 14790575v.1

respect to the TCEH Debtors and EFH Shared Services Debtors (as defined in the New Plan, and referred to as the EFH Corporate Services Debtors in the Scheduling Order) and, separately, (b) in Section III of the Scheduling Order, certain dates and deadlines relating to approval of a disclosure statement and confirmation of the New Plan with respect to the EFH Debtors and EFIH Debtors.

**PLEASE TAKE FURTHER NOTICE** that pursuant to paragraph 8(g) of the Scheduling Order, the Debtors are required to file an amended Plan of Reorganization (the "Amended Plan") by July 8, 2016 and request a telephonic status conference with the Bankruptcy Court no later than two business days after filing the Amended Plan.

**PLEASE TAKE FURTHER NOTICE** that as of the date hereof, the Debtors are in discussions with multiple interested parties regarding a potential transaction involving EFH Corp.'s indirect economic interest in Oncor Electric Delivery Company, LLC (any such transaction, a "Transaction").

**PLEASE TAKE FURTHER NOTICE** that as of the date hereof, the Debtors have not executed definitive documentation with any parties regarding a potential Transaction.

**PLEASE TAKE FURTHER NOTICE** that, as a result, the Debtors have, contemporaneously herewith, filed a supplement to the Scheduling Order pursuant to which the Debtors are requesting a suspension of the dates and deadlines set forth in paragraph 8(f)-8(hh) of the Scheduling Order (the "Scheduling Order Supplement").

**PLEASE TAKE FURTHER NOTICE** that nothing in this notice or the Scheduling Order Supplement affects the dates and deadlines set forth in the remainder of the Scheduling Order, which shall continue to apply in full force and effect.

| | |
|---|---|
| Dated:  July 8, 2016<br>       Wilmington, Delaware | */s/ Joseph C. Barsalona II*<br>**RICHARDS, LAYTON & FINGER, P.A.**<br>Mark D. Collins (No. 2981)<br>Daniel J. DeFranceschi (No. 2732)<br>Jason M. Madron (No. 4431)<br>Joseph C. Barsalona II (No. 6102)<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone:  (302) 651-7700<br>Facsimile:  (302) 651-7701<br>Email:  collins@rlf.com<br>       defranceschi@rlf.com<br>       madron@rlf.com<br>       barsalona@rlf.com<br><br>-and-<br><br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Edward O. Sassower, P.C. (admitted *pro hac vice*)<br>Stephen E. Hessler (admitted *pro hac vice*)<br>Brian E. Schartz (admitted *pro hac vice*)<br>601 Lexington Avenue<br>New York, New York 10022-4611<br>Telephone:  (212) 446-4800<br>Facsimile:  (212) 446-4900<br>Email:  edward.sassower@kirkland.com<br>       stephen.hessler@kirkland.com<br>       brian.schartz@kirkland.com<br><br>-and-<br><br>James H.M. Sprayregen, P.C. (admitted *pro hac vice*)<br>Marc Kieselstein, P.C. (admitted *pro hac vice*)<br>Chad J. Husnick (admitted *pro hac vice*)<br>Steven N. Serajeddini (admitted *pro hac vice*)<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone:  (312) 862-2000<br>Facsimile:  (312) 862-2200<br>Email:  james.sprayregen@kirkland.com<br>       marc.kieselstein@kirkland.com<br>       chad.husnick@kirkland.com<br>       steven.serajeddini@kirkland.com<br><br>Co-Counsel to the Debtors and Debtors in Possession |