IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
|  | ) Re: D.I. 8358 & 8514 |

**SUPPLEMENT TO ORDER SCHEDULING CERTAIN HEARING DATES AND DEADLINES AND ESTABLISHING CERTAIN PROTOCOLS IN CONNECTION WITH THE CONFIRMATION OF DEBTORS' JOINT PLAN OF REORGANIZATION AND THE APPROVAL OF DEBTORS' DISCLOSURE STATEMENT**

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order scheduling certain hearing dates and deadlines and establishing certain protocols in connection with the confirmation of the Debtors' Joint Plan of Reorganization and approval of the Debtors' disclosure statement or disclosure statements, as applicable; and the Court having entered an order on May 24, 2016 [D.I. 8514] (the "Order"); and the Debtors having thereafter requested modifications to the Order; and the Debtors having discussed the relief requested with each of the various creditor constituencies affected by such requested modifications and who objected to the relief requested in the Motion (which objections were overruled or withdrawn in connection with the Order); and

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the *Motion of Energy Future Holdings Corp., et al., for Entry of an Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Joint Plan of Reorganization and the Approval of Debtors' Disclosure Statement* [D.I. 8358] (the "Motion").

RLF1 14790505v.1

such constituencies having agreed to not object to entry of this supplement to the Order; and the Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor; it is HEREBY ORDERED THAT:

1. Effective as of July 8, 2016, the provisions set forth in paragraph 8(f)-8(hh) shall not be binding on the Debtors or any other party in interest.

2. Except as expressly modified by the terms hereof, all of the terms and conditions of the Order are hereby reaffirmed and shall continue in full force and effect as therein written, including, for the avoidance of doubt, the obligation to supplement document productions with documents responsive to the E-Side Requests.

3. No new dates to replace the provisions set forth in paragraph 8(f) -8(hh) shall be set by the Court without appropriate notice as required by the Bankruptcy Court or otherwise ordered by the Court, and opportunity for parties in interest to object.

Dated: July 11, 2016
Wilmington, Delaware

THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

RLF1 14790505v.1