## EXHIBIT A

### Statement of Fees By Subject Matter

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 495 | Solicitation and Balloting | 25.00 | $6,099.20 |
| 642 | Fee Application Prep | 11.80 | $2,855.60 |
| 901 | Ediscovery Services | 11.50 | $2,012.50 |
| **Totals:** | | **48.30** | **$10,967.30** |