## **EXHIBIT B**

### **Professionals' Information**

The Epiq professionals[1] who rendered services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jane Sullivan | EBS Practice Director | $385.00 | 0.90 | $346.50 |
| Brian Karpuk | EBS Senior Consultant III | $242.00 | 11.80 | $2,855.60 |
| Stephenie Kjontvedt | EBS Senior Consultant III | $242.00 | 23.60 | $5,711.20 |
| Tanya Rivera | EDS Technical/Litigation Analyst II | $175.00 | 9.50 | $1,662.50 |
| Archana Sidhartha | EDS Project Manager II | $175.00 | 2.00 | $350.00 |
| John Chau | EBS Case Manager I | $83.00 | 0.50 | $41.50 |
| **Totals:** | | | **48.30** | **$10,967.30** |

---

[1] Note: Epiq Bankruptcy Solutions, LLC personnel are labelled "EBS" and Epiq eDiscovery Solutions personnel are labelled "EDS."