# EXHIBIT D

**Detailed Description of Epiq eDiscovery Solutions Expenses and Disbursements**

| Expense Category | Quantity | Unit Cost | Amount |
|---|---|---|---|
| HST626 – Relativity License Fee | 48.00 licenses | $70.00 | $3,360.00 |
| HST756 - Billable storage fee (GB) for the eDiscovery Relativity repository | 4,319.79 GB | $13.00 | $56,157.28 |
| HST757 - Billable storage fee (GB) for the eDiscovery Relativity repository | 731.48 GB | $12.86 | $9,277.76 |
| PRO128 – Client Media Storage | 4.00 EA | $10.00 - $15.00 | $50.00 |
| **TOTAL** | | | **$68,845.04** |