**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) ) ) | Case No.: 14-10979 (CSS) |
| | ) | Jointly Administered |
| Debtors. | ) ) ) ) | **Objection Deadline: TBD**<br>**Hearing Date: TBD** |

**NOTICE OF MOTION OF CONTRARIAN CAPITAL MANAGEMENT, LLC,**
**TO COMPEL MEDIATION OF DISPUTES CONCERNING**
**CERTAIN PLAN CONFIRMATION ISSUES**

PLEASE TAKE NOTICE that on July 11, 2016, Contrarian Capital Management, LLC, (as advisors, or affiliates of advisors to holder, or managers of various accounts with investment authority, contractual authority or voting authority, "Contrarian"), filed the attached **Motion of Contrarian Capital to Compel Mediation of Disputes Concerning Certain Plan Confirmation Issues** (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that, **if the Bankruptcy Court grants the accompanying motion to shorten notice**, any responses or objections to the Motion be in writing, filed with the Clerk of the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned counsel for the Debtors on or before the date of the hearing.

PLEASE TAKE FURTHER NOTICE that if an objection is timely filed, served and received and such objection is not otherwise timely resolved, **if the Bankruptcy Court grants the accompanying motion to shorten notice**, a hearing to consider such objection and the Motion will be held before the Honorable Christopher S. Sontchi at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 6,Wilmington, Delaware 19801, **on either of the**

**upcoming hearings currently scheduled for July 20, 2016, or July 21, 2016, or as soon thereafter as the Court's calendar permits.**

IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED INACCORDANCE WITH THIS NOTICE,THE BANKTUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: July 11, 2016
Wilmington, Delaware

          HOGAN♦MCDANIEL

          By: /s/Garvan F. McDaniel
          Garvan F. McDaniel, Esq.
          1311 Delaware Avenue
          Wilmington, Delaware 19806
          Telephone:  (302) 656-7540
          Facsimile:  (302) 656-7599
          Email: gfmcdaniel@dkhogan.com

          – and –

          KASOWITZ, BENSON, TORRES
           & FRIEDMAN LLP

          David S. Rosner, Esq.
          Andrew K. Glenn, Esq.
          Daniel A. Fliman, Esq.
          1633 Broadway
          New York, New York 10019
          Telephone:  (212) 506-1700
          Facsimile:  (212) 506-1800
          Email: DRosner@kasowitz.com
                  AGlenn@kasowitz.com
                  DFliman@kasowitz.com

          *Counsel to Contrarian Capital Management, LLC*