**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: D.I. 8730, 8732** |
| | ) | |

**CERTIFICATION OF COUNSEL
REGARDING "DEBTORS' FORTY-THIRD OMNIBUS
(SUBSTANTIVE) OBJECTION TO CERTAIN IMPROPERLY ASSERTED CLAIMS
PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1" [D.I. 8730]**

The undersigned hereby certifies as follows:

1. On June 15, 2016, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed with the United States Bankruptcy Court for the District of Delaware (the "Court") the *Debtors' Forty-Third Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1* [D.I. 8730] (the "Objection").[2] On June 15, 2016, the Debtors also filed the *Declaration of Steven R. Kotarba, Managing Director with Alvarez & Marsal North America, LLC, in Support of the Debtors' Forty-Third Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.

*502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1* [D.I. 8732] in connection with, and in support of the relief requested, in the Objection.

2. Responses to the Objection were to be filed on or before 4:00 p.m. (Eastern Daylight Time) on July 1, 2016 (the "Response Deadline").

3. Prior to the response Deadline, the Debtors received an informal response to the Objection from Scurry County Wind, L.P. regarding claim number 9884 (the "Scurry Claim"), which the Debtors have consensually resolved with the Claimant, which has indicated that it does not object to the relief requested in the Objection as modified in the exhibit attached hereto.

4. Prior to the response Deadline, the Debtors received an informal response to the Objection from United States Gypsum Company regarding claim number 9874 (the "USGC Claim"). The Debtors are currently in negotiations to consensually resolve the response concerning the USGC Claim and have agreed to continue the hearing on the USGC Claim.

5. During the continuance of the USGC Claim, the Debtors reserve all rights to, in the future, reassert any objection contained in the Objection or to raise further objections with respect to the USGC Claim.

6. The Debtors have not received any other responses or objections to the Objection, and no other responses or objections appear on the Court's docket in these cases.

7. The Debtors have revised the applicable exhibits to the proposed form of order (the "Proposed Order") to remove the USGC Claim and in accordance with the resolution concerning the Scurry Claim. A copy of the Proposed Order is attached hereto as **Exhibit A**, and a redline of the applicable exhibit as compared to the exhibit attached to the Proposed Order filed on June 15, 2016, is attached hereto as **Exhibits B**.

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Order, substantially in the form attached hereto as **Exhibit A** at the convenience of the Court.

Dated:  July 11, 2016
       Wilmington, Delaware

*/s/ Jason M. Madron*
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:     (302) 651-7700
Facsimile:      (302) 651-7701
Email:            collins@rlf.com
              defranceschi@rlf.com
              madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:     (212) 446-4800
Facsimile:      (212) 446-4900
Email:            edward.sassower@kirkland.com
              stephen.hessler@kirkland.com
              brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200
Email:            james.sprayregen@kirkland.com
              marc.kieselstein@kirkland.com
              chad.husnick@kirkland.com
              steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*