# EXHIBIT B

**Modify Amount Claims**

**(Redline)**

**ENERGY FUTURE HOLDINGS CORP., et al.**

**<span style="color:red;"><u>REDLINE OF</u></span> FORTY-THIRD OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Modify Amount**

| | NAME | CLAIM # | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | SCURRY COUNTY WIND, L.P. C/O INVENERGY, LLC ATTN: WILLIAM BORDERS ONE SOUTH WACKER DR, STE 1900 CHICAGO, IL 60606 | 9884 | Luminant Energy Company LLC | Unsecured | $160,600.00 | Luminant Energy Company LLC | Unsecured | $~~109,811.37~~<span style="color:red;"><u>120,025.00</u></span> |
| | REASON: The claim is for contract rejection damages. Claimant provided no evidence to support the asserted damages. The modified amount reflects quotes from a power broker. | | | | | | | |
| ~~2~~ | ~~UNITED STATES GYPSUM COMPANY C/O SUTHERLAND ASBILL & BRENNAN LLP ATTN: LINO MENDIOLA ONE AMERICAN CTR; 600 CONGRESS AVE #2000 AUSTIN, TX 78701-3232~~ | ~~9874~~ | ~~Luminant Generation Company LLC~~ | ~~Unsecured~~ | ~~$100,000.00*~~ | ~~Luminant Generation Company LLC~~ | ~~Unsecured~~ | ~~$100,000.00~~ |
| | ~~REASON: Modified to liquidate unliquidated portion of claim.~~ | | | | | | | |
| | | | | TOTAL | $~~12~~60,600.00~~*~~ | | TOTAL | $~~209,811.37~~<span style="color:red;"><u>120,025.00</u></span> |

~~* Indicates claim contains unliquidated and/or undetermined amounts~~