# EXHIBIT 1 to EXHIBIT A

## Modify Amount Claims

Case 14-10979-CSS    Doc 8895-1    Filed 07/12/16    Page 2 of 4

## ENERGY FUTURE HOLDINGS CORP., et al.

### THIRTY-SEVENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Modify Amount Claim

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | RANGER EXCAVATING LP<br>C/O STEPHEN SAKONCHICK II, P.C.<br>ATTN: STEPHEN SAKONCHICK, II<br>6502 CANON WREN DRIVE<br>AUSTIN, TX 78746 | 2614 | Luminant Mining Company LLC | Secured | $890,333.45* | Luminant Mining Company LLC | Secured | $983,684.91 |
| | REASON FOR MODIFICATION: Modified amount reflects liquidation of claim to reflect the amount owed according to Debtors' books and records. | | | | | | | |
| | | | | TOTAL | $890,333.45* | | TOTAL | $983,684.91 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 1

## EXHIBIT 2 to EXHIBIT A

**Modify Classification Claims**

**ENERGY FUTURE HOLDINGS CORP., et al.**

**THIRTY-SEVENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – Modify Classification Claims**

| | NAME | CLAIM # | DEBTOR | ASSERTED CLASSIFICATION | AMOUNT | MODIFIED DEBTOR | CLASSIFICATION | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | STEAG ENERGY SERVICES LLC<br>ATTN: BRIGITTE HARTENSTEIN<br>304 LINWOOD ROAD, SUITE 102<br>KINGS MOUNTAIN, NC 28086 | 4794 | Oak Grove Management Company LLC | Secured | $69,550.00 | Oak Grove Management Company LLC | Unsecured | $69,550.00 |
| | REASON FOR MODIFICATION: Modified classification reflects that, according to Debtors' books and records and/or documentation filed with the proof of claim, the claimant asserts secured classification under artisan's liens; Texas law does not provide liens for entities that fabricate materials, therefore the claimant does not qualify for secured classification. | | | | | | | |
| 2 | STEAG ENERGY SERVICES LLC<br>ATTN: BRIGITTE HARTENSTEIN<br>304 LINWOOD ROAD, SUITE 102<br>KINGS MOUNTAIN, NC 28086 | 4795 | Luminant Generation Company LLC | Secured | $165,051.50 | Luminant Generation Company LLC | Unsecured | $165,051.50 |
| | REASON FOR MODIFICATION: Modified classification reflects that, according to Debtors' books and records and/or documentation filed with the proof of claim, the claimant asserts secured classification under artisan's liens; Texas law does not provide liens for entities that fabricate materials, therefore the claimant does not qualify for secured classification. | | | | | | | |
| | | | | TOTAL | $234,601.50 | | TOTAL | $234,601.50 |

Page 1 of 1