## EXHIBIT 1 to EXHIBIT A

**Modify Amount Claims**

ENERGY FUTURE HOLDINGS CORP., et al.

FORTY-THIRD OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Modify Amount

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | SCURRY COUNTY WIND, L.P.<br>C/O INVENERGY, LLC<br>ATTN: WILLIAM BORDERS<br>ONE SOUTH WACKER DR, STE 1900<br>CHICAGO, IL 60606 | 9884 | Luminant Energy Company LLC | Unsecured | $160,600.00 | Luminant Energy Company LLC | Unsecured | $120,025.00 |
| | REASON: The claim is for contract rejection damages. Claimant provided no evidence to support the asserted damages. The modified amount reflects quotes from a power broker. | | | | | | | |
| | | | | TOTAL | $160,600.00 | | TOTAL | $120,025.00 |

Page 1 of 1