In THE United STATES BANKRUPTCY COURT for the DISTRICT OF DELAWARE

Energy Future Holdings Corp...    CHAPTER 11
CASE NO: 14-10979 (CSS)
CLAIM NO: 4959  POC NO:
D.I. 3389
SSN: 7325

PHONE NO: 214-718-8961 OR
972-898-8371
E-mail:

I Miss. JoAnn M. Robinson, Must filed it's with on July 13, 2016 A Hearing to Conider Approval of the ETH Disclosure Statement will Commence before THE Honorable MR. Christoper S. Sontchi, United States Bankruptcy Statement Hearing) AT The Bankruptcy Court, Located at 824 North Market Street, 5 floor, Courtroom 6, Wilmington, Delaware 19801. To Consider the entry of an Order for distribution Approving the ETH Disclosure Statement. further Notice That for filing Objections to the Discloure Statement filed the Second Amended Joint Plans of Recorganzation of Energy Furture Holding Corp. pursuant to Chapter 11 Bankurptcy Code. (D.I. 8745) (D.I. 8356) (D.I. 8423) and (D.I. 8689) (DI 8514) The Approving Solicatation. My CLAIMS ALONE OR with Other Combined with other personal or Identifing Informations TO ME. I sending Docorment on my Claims Amount $30,500. proceeding on Differents amounts of payment claims NO: 4959 30.500 with the Epiq Bankruptcy Soliction LLC Company Legal Document Department or President or The Honorabl Christopher S. Sontchi, United States Bankruptcy Judge. Can Your please Help to Supporting The BASeing on my Furture Energy Holding Bankruptcy of the District of Delaware Case so i can recieve And payment In the Furture SOON!!  ———>  TURN OVER PLEASE

I will send In my Invoice Statement, Identify Information card my Social Security card, proof Address and phone Number Birth Cerificater to whom it's may Concerns. Please Help me to going forward To Recieve my claims money on this EFH Claims case. The Base To Insuffient from Objections on the Claim register in the TXU Energy case

Thank You

Yours Truly
Miss. John M. Robinson