## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |

**SUPPLEMENTAL DECLARATION OF BRACEWELL LLP PURSUANT TO THE ORDER AUTHORIZING THE RETENTION AND COMPENSATION OF CERTAIN PROFESSIONALS UTILIZED IN THE ORDINARY COURSE OF BUSINESS**

I, Timothy A. Wilkins, declare under penalty of perjury:

1. I am a Partner of Bracewell LLP ("Bracewell"), located at 111 Congress Avenue, Suite 2300, Austin, Texas 78701 (the "Company"), which has been employed by the debtors and debtors in possession (collectively, the "Debtors") pursuant to the *Order Authorizing the Retention and Compensation of Certain Professionals Utilized in the Ordinary Course of Business* [Dkt. No. 765] to provide Environmental Advice/Political Consultant services to Debtor Luminant Generation Company LLC ("Luminant").

2. This declaration supplements the *Declaration of Disinterestedness of Bracewell & Giuliani LLP Pursuant to the Order Authorizing the Retention and Compensation of Certain Professionals Utilized in the Ordinary Course of Business* filed on June 27, 2014 [Dkt. No. 1200] (the "Initial Declaration"). In the Initial Declaration, John Riley who was then a Partner of the Company, disclosed the Company's potential interests in the Debtors' chapter 11 cases and

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

its potential connections to interested parties, and further disclosed the Company's representation of Luminant as "Environmental Advice/Political Consultant services."

3. On or about May 23, 2016, Luminant requested an expansion of the Company's services to include general real estate matters, and the Company has consented to provide such services. These additional services are unrelated to the Chapter 11 Cases.

4. In reviewing our relationship with Luminant in connection with this updated Declaration, I noted that in November 2015 a third party had engaged the Company to advise on a potential transactional matter involving or relating to certain businesses or properties of the Debtors. Such engagement was unrelated to the matters for which the Company has been retained by Luminant. Further, the engagement did not result in any transaction and is no longer active.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date: July 8, 2016

_____
Timothy A. Wilkins

#5045924.3