**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) |
|  | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |
|  | ) **Re: D.I. 8728, 8729, 8845** |
|  | ) |

**CERTIFICATION OF COUNSEL**
**REGARDING "DEBTORS' FORTY-SECOND OMNIBUS**
**(SUBSTANTIVE) OBJECTION TO NO LIABILITY CLAIMS**
**PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY**
**RULES 3001, 3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1" [D.I. 8728]**

The undersigned hereby certifies as follows:

1.      On June 15, 2016, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed with the United States Bankruptcy Court for the District of Delaware (the "Court") the *Debtors' Forty-Second Omnibus (Substantive) Objection to No Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1* [D.I. 8728] (the "Objection").[2]  On June 15, 2016, the Debtors also filed the *Declaration of Steven R. Kotarba, Managing Director with Alvarez & Marsal North America, LLC, in Support of the Debtors' Forty-Second Omnibus (Substantive) Objection to No Liability Claims Pursuant to Section 502(b) of the Bankruptcy*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.

*Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1* [D.I. 8729] in

connection with, and in support of the relief requested, in the Objection.

2.       Responses to the Objection were to be filed on or before 4:00 p.m. (Eastern

Daylight Time) on July 1, 2016 (the "Response Deadline").

3.       Prior to the Response Deadline, the Debtors received a formal response to the

Objection from the Ohio Department of Taxation regarding claim number 3526 (the "Ohio Tax

Claim").

4.        The Debtors have determined to continue the hearing on the Ohio Tax Claim

while they attempt to consensually resolve the response concerning the Ohio Tax Claim.

5.       During the continuance of the Ohio Tax Claim, the Debtors reserve all rights to,

in the future, reassert any objection contained in the Objection or to raise further objections with

respect to the Ohio Tax Claim.

6.       The Debtors have not received any other responses or objections to the Objection,

and no other responses or objections appear on the Court's docket in these cases.

7.       The Debtors have revised the applicable exhibits to the proposed form of order

(the "Proposed Order") to remove the Ohio Tax Claim.   A copy of the Proposed Order is

attached hereto as **Exhibit A**, and a redline of the applicable exhibit as compared to the exhibit

attached to the Proposed Order filed on June 15, 2016, is attached hereto as **Exhibits B**.

RLF1 14803278v.1

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Order,

substantially in the form attached hereto as **Exhibit A** at the convenience of the Court.

Dated:  July 12, 2016
      Wilmington, Delaware

                    */s/ Jason M. Madron*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:     (302) 651-7700
Facsimile:     (302) 651-7701
Email:        collins@rlf.com
                defranceschi@rlf.com
                madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900
Email:        edward.sassower@kirkland.com
                stephen.hessler@kirkland.com
                brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200
Email:        james.sprayregen@kirkland.com
                marc.kieselstein@kirkland.com
                chad.husnick@kirkland.com
                steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

3