# EXHIBIT B

**No Liability Claims**

**(Redline)**

**ENERGY FUTURE HOLDINGS CORP., et al.**

<span style="color:red">**REDLINE FOR**</span> **FORTY-SECOND OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | BAYLOR COUNTY<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>ATTN: JEANMARIE BAER<br>PO BOX 8188<br>WICHITA FALLS, TX 76307 | 14-11045 (CSS) | Texas Utilities Electric Company, Inc. | 11/20/2015 | 13797 | $144.30 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 2 | BONHAM INDEPENDENT SCHOOL DISTRICT<br>C/O GAY MCCALL ISAACKS GORDON ROBERTS PC<br>1919 S. SHILOH RD<br>SUITE 310, LB40<br>GARLAND, TX 75042 | 14-10979 (CSS) | Energy Future Holdings Corp. | 01/22/2015 | 9954 | $3,941.37[1] | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 3 | BONHAM INDEPENDENT SCHOOL DISTRICT<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>500 EAST BORDER ST, SUITE 640<br>ARLINGTON, TX 76010 | 14-10989 (CSS) | TXU Electric Company, Inc. | 10/27/2015 | 12717 | $3,823.97 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 4 | BOWIE ISD<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>ATTN: JEANMARIE BAER<br>PO BOX 8188<br>WICHITA FALLS, TX 76307 | 14-11045 (CSS) | Texas Utilities Electric Company, Inc. | 11/20/2015 | 13798 | $96.02 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |

---

[1] **Claim 9954 was modified 03/24/2016 by Debtors' Fourth Notice Of Claims Satisfied In Full Or In Part (DI. 8073)**

**ENERGY FUTURE HOLDINGS CORP., et al.**

**<u>REDLINE FOR</u> FORTY-SECOND OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 5 | BROWN CENTRAL APPRAISAL DISTRICT<br>C/O MCCREARY VESELKA BRAGG & ALLEN P.C.<br>ATTN: LEE GORDON<br>P.O. BOX 1269<br>ROUND ROCK, TX 78680 | 14-10979 (CSS) | Energy Future Holdings Corp. | 01/14/2016 | 37543 | $8,678.88*[2] | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 6 | BURKBURNETT ISD<br>C/O PERDUE BRANDON FIELDER COLLINS NOTT<br>PO BOX 8188<br>WICHITA FALLS, TX 76307 | 14-10979 (CSS) | Energy Future Holdings Corp. | 11/20/2015 | 13803 | $387.25 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 7 | CARROLLTON-FARMERS BRANCH ISD<br>C/O LAW OFFICES OF ROBERT E. LUNA, P.C.<br>4411 NORTH CENTRAL EXPRESSWAY<br>DALLAS, TX 75205 | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/24/2014 | 7597 | $33,954.84[3] | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 8 | CITY OF GARLAND<br>C/O GAY MCCALL ISAACKS GORDON ROBERTS PC<br>1919 S. SHILOH RD<br>SUITE 310, LB40<br>GARLAND, TX 75042 | 14-10979 (CSS) | Energy Future Holdings Corp. | 01/22/2015 | 9952 | $3,233.26[4] | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |

---

[2] **Claim 37543 was modified 04/08/2016 by Debtors' Sixth Notice Of Claims Satisfied In Full Or In Part (DI. 8172)**
[3] **Claim 7597 was modified 03/24/2016 by Debtors' Fourth Notice Of Claims Satisfied In Full Or In Part (DI. 8073)**
[4] **Claim 9952 was modified 03/24/2016 by Debtors' Fourth Notice Of Claims Satisfied In Full Or In Part (DI. 8073)**

\* - Indicates claim contains unliquidated and/or undetermined amounts

**ENERGY FUTURE HOLDINGS CORP., et al.**

**<span style="color:red">REDLINE FOR</span> FORTY-SECOND OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 9 | CITY VIEW ISD<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>ATTN: JEANMARIE BAER<br>PO BOX 8188<br>WICHITA FALLS, TX 76307 | 14-10979 (CSS) | Energy Future Holdings Corp. | 11/20/2015 | 13806 | $1,037.60 | According to the Debtors' books and records, Debtors are not liable for the asserted claim.  The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 10 | COLLIN COUNTY TAX ASSESSOR/COLLECTOR<br>C/O GAY MCCALL ISAACKS GORDON ROBERTS PC<br>1919 S. SHILOH RD<br>SUITE 310, LB40<br>GARLAND, TX 75042 | 14-10979 (CSS) | Energy Future Holdings Corp. | 01/22/2015 | 9951 | $18,896.27[5] | According to the Debtors' books and records, Debtors are not liable for the asserted claim.  The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 11 | COOKE COUNTY APPRAISAL DISTRICT<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>ATTN: JEANMARIE BAER<br>PO BOX 8188<br>WICHITA FALLS, TX 76307 | 14-11045 (CSS) | Texas Utilities Electric Company, Inc. | 11/20/2015 | 13796 | $3,920.23 | According to the Debtors' books and records, Debtors are not liable for the asserted claim.  The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 12 | COUNTY OF ANDERSON, TEXAS, THE, ET AL<br>C/O MCCREARY VESELKA BRAGG & ALLEN P.C.<br>ATTN: LEE GORDON<br>P.O. BOX 1269<br>ROUND ROCK, TX 78680-1269 | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/02/2014 | 865 | $35.07*[6] | According to the Debtors' books and records, Debtors are not liable for the asserted claim.  The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |

---

[5] **Claim 9951 was modified 03/24/2016 by Debtors' Fourth Notice Of Claims Satisfied In Full Or In Part (DI. 8073)**
[6] **Claim 865 was modified 03/24/2016 by Debtors' Fourth Notice Of Claims Satisfied In Full Or In Part (DI. 8073)**

\* - Indicates claim contains unliquidated and/or undetermined amounts                                                                                                   Page 3 of 14

**ENERGY FUTURE HOLDINGS CORP., et al.**

**<span style="color:red">REDLINE FOR</span> FORTY-SECOND OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 13 | COUNTY OF BASTROP, TEXAS, THE, ET AL<br>C/O MCCREARY VESELKA BRAGG & ALLEN P.C.<br>ATTN: LEE GORDON<br>P.O. BOX 1269<br>ROUND ROCK, TX 78680-1269 | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/02/2014 | 868 | $28,446.11*[7] | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors determined that Debtors already paid claimant on account of this claim via check numbers 1002544851 and 1002643591 on 01/25/2011 and 11/30/2012, respectively. |
| 14 | COUNTY OF BOSQUE, TEXAS<br>C/O MCCREARY VESELKA BRAGG & ALLEN P.C.<br>ATTN: LEE GORDON<br>P.O. BOX 1269<br>ROUND ROCK, TX 78680 | 14-10979 (CSS) | Energy Future Holdings Corp. | 01/14/2016 | 37542 | $1,733.50*[8] | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 15 | COUNTY OF CHEROKEE, TEXAS, THE<br>C/O MCCREARY VESELKA BRAGG & ALLEN P.C.<br>ATTN: LEE GORDON<br>P.O. BOX 1269<br>ROUND ROCK, TX 78680-1269 | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/02/2014 | 866 | $6,669.74*[9] | According to the Debtors' books and records, Debtors are not liable for the asserted claim. A portion of the claim is on account of an over-estimate of taxes that would be owed by the Debtor. Concerning the remaining portion, the Debtors believe that the liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 16 | COUNTY OF CHEROKEE, TEXAS, THE<br>C/O MCCREARY VESELKA BRAGG & ALLEN P.C.<br>ATTN: LEE GORDON<br>P.O. BOX 1269<br>ROUND ROCK, TX 78680 | 14-10979 (CSS) | Energy Future Holdings Corp. | 01/14/2016 | 37544 | $2,943.62*[10] | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |

---

[7] Claim 868 was modified 03/24/2016 by Debtors' Fourth Notice Of Claims Satisfied In Full Or In Part (DI. 8073)
[8] Claim 37542 was modified 03/24/2016 by Debtors' Fourth Notice Of Claims Satisfied In Full Or In Part (DI. 8073)
[9] Claim 866 was modified 03/24/2016 by Debtors' Fourth Notice Of Claims Satisfied In Full Or In Part (DI. 8073)
[10] Claim 37544 was modified 03/24/2016 by Debtors' Fourth Notice Of Claims Satisfied In Full Or In Part (DI. 8073)

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE FOR FORTY-SECOND OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 17 | COUNTY OF CORYELL, TEXAS, THE<br>C/O MCCREARY VESELKA BRAGG & ALLEN P.C.<br>ATTN: LEE GORDON<br>P.O. BOX 1269<br>ROUND ROCK, TX 78680 | 14-10979 (CSS) | Energy Future Holdings Corp. | 01/14/2016 | 37545 | $5,313.99*[11] | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 18 | COUNTY OF CORYELL, TEXAS, THE ET AL<br>C/O MCCREARY VESELKA BRAGG & ALLEN P.C.<br>ATTN: LEE GORDON<br>P.O. BOX 1269<br>ROUND ROCK, TX 78680-1269 | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/02/2014 | 872 | $5,707.77*[12] | According to the Debtors' books and records, Debtors are not liable for the asserted claim. A portion of the claim is on account of an over-estimate of taxes that would be owed by the Debtor. Concerning the remaining portion, the Debtors believe that the liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 19 | COUNTY OF DENTON, TEXAS, THE<br>C/O MCCREARY VESELKA BRAGG & ALLEN P.C.<br>ATTN: LEE GORDON<br>P.O. BOX 1269<br>ROUND ROCK, TX 78680 | 14-10979 (CSS) | Energy Future Holdings Corp. | 01/14/2016 | 37546 | $11,707.74*[13] | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 20 | COUNTY OF DENTON, TEXAS, THE ET AL<br>C/O MCCREARY VESELKA BRAGG & ALLEN P.C.<br>ATTN: LEE GORDON<br>P.O. BOX 1269<br>ROUND ROCK, TX 78680-1269 | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/02/2014 | 869 | $12,855.86*[14] | According to the Debtors' books and records, Debtors are not liable for the asserted claim. A portion of the claim is on account of an over-estimate of taxes that would be owed by the Debtor. Concerning the remaining portion, the Debtors believe that the liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |

---

[11] Claim **37545** was modified 03/24/2016 by Debtors' Fourth Notice Of Claims Satisfied In Full Or In Part (DI. 8073)
[12] Claim **872** was modified 03/24/2016 by Debtors' Fourth Notice Of Claims Satisfied In Full Or In Part (DI. 8073))
[13] Claim **37546** was modified 03/24/2016 by Debtors' Fourth Notice Of Claims Satisfied In Full Or In Part (DI. 8073)
[14] Claim **869** was modified 03/24/2016 by Debtors' Fourth Notice Of Claims Satisfied In Full Or In Part (DI. 8073)

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE FOR FORTY-SECOND OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 21 | COUNTY OF EASTLAND, TEXAS, THE<br>C/O MCCREARY VESELKA BRAGG & ALLEN P.C.<br>ATTN: LEE GORDON<br>P.O. BOX 1269<br>ROUND ROCK, TX 78680 | 14-10979 (CSS) | Energy Future Holdings Corp. | 01/14/2016 | 37547 | $1,154.96*[15] | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 22 | COUNTY OF HENDERSON, TEXAS, THE<br>C/O MCCREARY VESELKA BRAGG & ALLEN P.C.<br>ATTN: LEE GORDON<br>P.O. BOX 1269<br>ROUND ROCK, TX 78680 | 14-10979 (CSS) | Energy Future Holdings Corp. | 01/14/2016 | 37550 | $10,404.25*[16] | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 23 | COUNTY OF HENDERSON, TEXAS, THE, ET AL<br>C/O MCCREARY VESELKA BRAGG & ALLEN P.C.<br>ATTN: LEE GORDON<br>P.O. BOX 1269<br>ROUND ROCK, TX 78680-1269 | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/02/2014 | 870 | $55,896.17*[17] | According to the Debtors' books and records, Debtors are not liable for the asserted claim. A portion of the claim is on account of an over-estimate of taxes that would be owed by the Debtor. Concerning the remaining portion, the Debtors believe that the liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 24 | COUNTY OF HILL, TEXAS, THE<br>C/O MCCREARY VESELKA BRAGG & ALLEN P.C.<br>ATTN: LEE GORDON<br>P.O. BOX 1269<br>ROUND ROCK, TX 78680 | 14-10979 (CSS) | Energy Future Holdings Corp. | 01/14/2016 | 37551 | $1,063.47*[18] | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |

---

[15] Claim 37547 was modified 04/08/2016 by Debtors' Sixth Notice Of Claims Satisfied In Full Or In Part (DI. 8172)
[16] Claim 37550 was modified 04/08/2016 by Debtors' Sixth Notice Of Claims Satisfied In Full Or In Part (DI. 8172)
[17] Claim 870 was modified 03/24/2016 by Debtors' Fourth Notice Of Claims Satisfied In Full Or In Part (DI. 8073)
[18] Claim 37551 was modified 03/24/2016 by Debtors' Fourth Notice Of Claims Satisfied In Full Or In Part (DI. 8073)

\* - Indicates claim contains unliquidated and/or undetermined amounts

**ENERGY FUTURE HOLDINGS CORP., et al.**

<u>**REDLINE FOR**</u> **FORTY-SECOND OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 25 | COUNTY OF MILAM, TEXAS, THE<br>C/O MCCREARY VESELKA BRAGG & ALLEN P.C.<br>ATTN: LEE GORDON<br>P.O. BOX 1269<br>ROUND ROCK, TX 78680 | 14-10979 (CSS) | Energy Future Holdings Corp. | 01/14/2016 | 37556 | $186.60*[19] | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 26 | COUNTY OF MILAN, TEXAS, THE, ET AL<br>C/O MCCREARY VESELKA BRAGG & ALLEN P.C.<br>ATTN: LEE GORDON<br>P.O. BOX 1269<br>ROUND ROCK, TX 78680-1269 | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/02/2014 | 877 | $1,591,271.99*[20] | According to the Debtors' books and records, Debtors are not liable for the asserted claim. A portion of the claim is on account of an over-estimate of taxes that would be owed by the Debtor. Concerning the remaining portion, the Debtors believe that the liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 27 | COUNTY OF STEPHENS, TEXAS, THE, ET AL<br>C/O MCCREARY VESELKA BRAGG & ALLEN P.C.<br>ATTN: LEE GORDON<br>P.O. BOX 1269<br>ROUND ROCK, TX 78680-1269 | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/02/2014 | 875 | $947.43*[21] | According to the Debtors' books and records, Debtors are not liable for the asserted claim. A portion of the claim is on account of an over-estimate of taxes that would be owed by the Debtor. Concerning the remaining portion, the Debtors believe that the liability, if any, is owed by a non-Debtor third-party. |

---

[19] Claim 37556 was modified 03/24/2016 by Debtors' Fourth Notice Of Claims Satisfied In Full Or In Part (DI. 8073)
[20] Claim 877 was modified 03/24/2016 by Debtors' Fourth Notice Of Claims Satisfied In Full Or In Part (DI. 8073)
[21] Claim 875 was modified 03/24/2016 by Debtors' Fourth Notice Of Claims Satisfied In Full Or In Part (DI. 8073)

**ENERGY FUTURE HOLDINGS CORP., et al.**

**<span style="color:red">REDLINE FOR</span> FORTY-SECOND OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 28 | FRIEDMAN, PETER GAD & COLBORN, MICHELLE<br>C/O FISHMAN & MALLON, LLP<br>ATTN: SAMEER BIRRING<br>305 BROADWAY, SUITE 900<br>NEW YORK, NY 10007 | 14-10997 (CSS) | TXU Energy Retail Company LLC | 10/27/2014 | 7945 | Undetermined* | According to the Debtors' books and records and the documentation attached to the proof of claim, Debtors are not liable for the asserted claim. As clearly indicated in the credit report appended to the claim, the type of credit inquiry performed by TXU Energy does not impact the claimant's credit score and is not restricted by applicable law. |
| 29 | GARLAND INDEPENDENT SCHOOL DISTRICT<br>C/O GAY MCCALL ISAACKS GORDON & ROBERTS<br>1919 S. SHILOH ROAD, SUITE 310, LB40<br>GARLAND, TX 75042 | 14-10979 (CSS) | Energy Future Holdings Corp. | 01/22/2015 | 9953 | $19,540.56[22] | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 30 | GARLAND INDEPENDENT SCHOOL DISTRICT<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>500 EAST BORDER ST, SUITE 640<br>ARLINGTON, TX 76010 | 14-10989 (CSS) | TXU Electric Company, Inc. | 10/27/2015 | 12716 | $1,987.18 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 31 | HILL COUNTY APPRAISAL DISTRICT<br>C/O MCCREARY VESELKA BRAGG & ALLEN P.C.<br>ATTN: LEE GORDON<br>P.O. BOX 1269<br>ROUND ROCK, TX 78680 | 14-10979 (CSS) | Energy Future Holdings Corp. | 01/14/2016 | 37552 | $3,509.54*[23] | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |

---

[22] Claim 9953 was modified 03/24/2016 by Debtors' Fourth Notice Of Claims Satisfied In Full Or In Part (DI. 8073)

[23] Claim 37552 was modified 03/24/2016 by Debtors' Fourth Notice Of Claims Satisfied In Full Or In Part (DI. 8073)

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE FOR FORTY-SECOND OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 32 | HUDSON INDEPENDENT SCHOOL DISTRICT<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>ATTN: TAB BEALL<br>PO BOX 2007<br>TYLER, TX 75710-2007 | 14-10996 (CSS) | EFH Corporate Services Company | 10/27/2014 | 8114 | $10,602.90[24] | According to the Debtors' books and records, Debtors are not liable for the asserted claim.  The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 33 | IOWA PARK ISD<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>ATTN: JEANMARIE BAER<br>PO BOX 8188<br>WICHITA FALLS, TX 76307 | 14-10979 (CSS) | Energy Future Holdings Corp. | 11/12/2014 | 9834 | $227.74[25] | According to the Debtors' books and records, Debtors are not liable for the asserted claim.  The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 34 | IOWA PARK ISD<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>ATTN: JEANMARIE BAER<br>PO BOX 8188<br>WICHITA FALLS, TX 76307 | 14-10979 (CSS) | Energy Future Holdings Corp. | 11/20/2015 | 13779 | $234.47 | According to the Debtors' books and records, Debtors are not liable for the asserted claim.  The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 35 | LEWISVILLE INDEPENDENT SCHOOL DISTRICT<br>C/O LAW OFFICES OF ROBERT E. LUNA, P.C.<br>4411 NORTH CENTRAL EXPRESSWAY<br>DALLAS, TX 75205 | 14-10979 (CSS) | Energy Future Holdings Corp. | 08/29/2014 | 3975 | $10,987.81*[26] | According to the Debtors' books and records, Debtors are not liable for the asserted claim.  A portion of the claim is on account of an over-estimate of taxes that would be owed by the Debtor.  Concerning the remaining portion, the Debtors believe that the liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |

---

[24] Claim **8114** was modified 03/24/2016 by Debtors' Fourth Notice Of Claims Satisfied In Full Or In Part (DI. 8073)
[25] Claim **9834** was modified 03/24/2016 by Debtors' Fourth Notice Of Claims Satisfied In Full Or In Part (DI. 8073)
[26] Claim **3975** was modified 03/24/2016 by Debtors' Fourth Notice Of Claims Satisfied In Full Or In Part (DI. 8073)

\* - Indicates claim contains unliquidated and/or undetermined amounts

**ENERGY FUTURE HOLDINGS CORP., et al.**

**<span style="color:red">REDLINE FOR</span> FORTY-SECOND OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 36 | MEXIA INDEPENDENT SCHOOL DISTRICT<br>C/O MCCREARY VESELKA BRAGG & ALLEN P.C.<br>ATTN: LEE GORDON<br>P.O. BOX 1269<br>ROUND ROCK, TX 78680-1269 | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/02/2014 | 881 | $9.65*[27] | According to the Debtors' books and records, Debtors are not liable for the asserted claim. A portion of the claim is on account of an over-estimate of taxes that would be owed by the Debtor. Concerning the remaining portion, the Debtors believe that the liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 37 | MIDLAND CENTRAL APPRAISAL DISTRICT<br>C/O MCCREARY VESELKA BRAGG & ALLEN P.C.<br>ATTN: LEE GORDON<br>P.O. BOX 1269<br>ROUND ROCK, TX 78680 | 14-10979 (CSS) | Energy Future Holdings Corp. | 01/14/2016 | 37555 | $60,494.44*[28] | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 38 | MIDLAND CENTRAL APPRAISAL DISTRICT ET AL<br>C/O MCCREARY VESELKA BRAGG & ALLEN P.C.<br>ATTN: LEE GORDON<br>P.O. BOX 1269<br>ROUND ROCK, TX 78680-1269 | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/02/2014 | 876 | $57,191.65*[29] | According to the Debtors' books and records, Debtors are not liable for the asserted claim. A portion of the claim is on account of an over-estimate of taxes that would be owed by the Debtor. Concerning the remaining portion, the Debtors believe that the liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |

---

[27] Claim **881** was modified 03/24/2016 by Debtors' Fourth Notice Of Claims Satisfied In Full Or In Part (DI. 8073)
[28] Claim **37555** was modified 03/24/2016 by Debtors' Fourth Notice Of Claims Satisfied In Full Or In Part (DI. 8073)
[29] Claim **876** was modified 03/24/2016 by Debtors' Fourth Notice Of Claims Satisfied In Full Or In Part (DI. 8073)

**ENERGY FUTURE HOLDINGS CORP., et al.**

<span style="color:red">**REDLINE FOR**</span> **FORTY-SECOND OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 39 | NORTH CAROLINA DEPT OF STATE TREASURER UNCLAIMED PROPERTY PROGRAM 325 NORTH SALISBURY STREET RALEIGH, NC 27603-1385 | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/20/2014 | 5638 | $20,788.59 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. Debtor does not make direct payment therefore has no amounts to escheat. The claimed liability, if any, would exist with TXU Energy Retail Company LLC for which the claimant has already filed a claim [Claim# 5637]. |
| 40 | NORTH CAROLINA DEPT OF STATE TREASURER UNCLAIMED PROPERTY PROGRAM 325 NORTH SALISBURY STREET RALEIGH, NC 27603-1385 | 14-11045 (CSS) | Texas Utilities Electric Company, Inc. | 10/20/2014 | 5639 | $1,093.23 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. Debtor does not make direct payment therefore has no amounts to escheat. The claimed liability, if any, would exist with TXU Energy Retail Company LLC for which the claimant has already filed a claim [Claim# 5637]. |
| ~~41~~ | ~~OHIO DEPARTMENT OF TAXATION, THE BANKRUPTCY DIVISION P.O. BOX 530 COLUMBUS, OH 43216~~ | ~~14-11002 (CSS)~~ | ~~TXU Energy Solutions Company LLC~~ | ~~08/04/2014~~ | ~~3526~~ | ~~$3,365.02~~ | ~~According to the Debtors' books and records, Debtors are not liable for the asserted claim. Claimed Debtor is not set up as a payroll entity, therefore no payroll tax liability is owed.~~ |
| 4<u>1</u>~~2~~ | OKLAHOMA STATE TREASURER 2300 N LINCOLN BLVD RM 217 OKLAHOMA CITY, OK 73105 | 14-11043 (CSS) | Texas Utilities Company, Inc. | 09/02/2014 | 4064 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. Debtor does not make direct payment therefore has no amounts to escheat. The claimed liability, if any, would exist with TXU Energy Retail Company LLC for which the claimant has already filed a claim [Claim# 4063]. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE FOR FORTY-SECOND OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 4~~2~~3 | SCURRY COUNTY TAX OFFICE C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: LAURA J. MONROE P.O. BOX 817 LUBBOCK, TX 79408 | 14-10979 (CSS) | Energy Future Holdings Corp. | 03/24/2015 | 10028 | $6,109.34*[30] | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 4~~3~~4 | TAX APPRAISAL DISTRICT OF BELL COUNTY C/O MCCREARY VESELKA BRAGG & ALLEN P.C. ATTN: LEE GORDON P.O. BOX 1269 ROUND ROCK, TX 78680 | 14-10979 (CSS) | Energy Future Holdings Corp. | 01/14/2016 | 37541 | $35,437.07*[31] | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 4~~4~~5 | TAX APPRAISAL DISTRICT OF BELL ET AL C/O MCCREARY VESELKA BRAGG & ALLEN P.C. ATTN: LEE GORDON P.O. BOX 1269 ROUND ROCK, TX 78680-1269 | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/02/2014 | 867 | $386.47*[32] | According to the Debtors' books and records, Debtors are not liable for the asserted claim. A portion of the claim is on account of an over-estimate of taxes that would be owed by the Debtor. Concerning the remaining portion, the Debtors believe that the liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 4~~5~~6 | WEST VIRGINIA WEST VIRGINIA STATE TREASURER'S OFFICE UNCLAIMED PROP, 1900 KANAWHA BLVD E CAPITOL COMPLEX BLDG 1, RM E-145 CHARLESTON, WV 25305 | 14-11005 (CSS) | Energy Future Competitive Holdings Company LLC | 09/25/2014 | 4660 | $207.75* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. Debtor does not make direct payment therefore has no amounts to escheat. The claimed liability, if any, would exist with TXU Energy Retail Company LLC for which the claimant has already filed a claim [Claim# 4659]. |

---

[30] Claim 10028 was modified 04/08/2016 by Debtors' Sixth Notice Of Claims Satisfied In Full Or In Part (DI. 8172)
[31] Claim 37541 was modified 03/24/2016 by Debtors' Fourth Notice Of Claims Satisfied In Full Or In Part (DI. 8073)
[32] Claim 867 was modified 03/24/2016 by Debtors' Fourth Notice Of Claims Satisfied In Full Or In Part (DI. 8073)

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE FOR FORTY-SECOND OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 4~~6~~7 | WEST VIRGINIA<br>WEST VIRGINIA STATE TREASURER'S OFFICE<br>UNCLAIMED PROP, 1900 KANAWHA BLVD E<br>CAPITOL COMPLEX BLDG 1, RM E-145<br>CHARLESTON, WV 25305 | 14-10996 (CSS) | EFH Corporate Services Company | 09/25/2014 | 4661 | $195.16* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. Debtor does not make direct payment therefore has no amounts to escheat. The claimed liability, if any, would exist with TXU Energy Retail Company LLC for which the claimant has already filed a claim [Claim# 4659]. |
| 4~~7~~8 | WEST VIRGINIA<br>WEST VIRGINIA STATE TREASURER'S OFFICE<br>UNCLAIMED PROP, 1900 KANAWHA BLVD E<br>CAPITOL COMPLEX BLDG 1, RM E-145<br>CHARLESTON, WV 25305 | 14-11039 (CSS) | LSGT Gas Company LLC | 09/25/2014 | 4662 | $571.65* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. Debtor does not make direct payment therefore has no amounts to escheat. The claimed liability, if any, would exist with TXU Energy Retail Company LLC for which the claimant has already filed a claim [Claim# 4659]. |
| 4~~8~~9 | WICHITA COUNTY<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>ATTN: JEANMARIE BAER<br>PO BOX 8188<br>WICHITA FALLS, TX 76307 | 14-10979 (CSS) | Energy Future Holdings Corp. | 11/12/2014 | 9841 | $33,597.57[33] | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 49~~0~~5 | WICHITA COUNTY<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>ATTN: JEANMARIE BAER<br>PO BOX 8188<br>WICHITA FALLS, TX 76307 | 14-10979 (CSS) | Energy Future Holdings Corp. | 11/20/2015 | 13792 | $37,017.34 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |

---

[33] **Claim 9841 was modified 03/24/2016 by Debtors' Fourth Notice Of Claims Satisfied In Full Or In Part (DI. 8073)**

**ENERGY FUTURE HOLDINGS CORP., et al.**

**<span style="color:red">REDLINE FOR</span> FORTY-SECOND OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 5~~04~~ | WYLIE INDEPENDENT SCHOOL DISTRICT<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>500 EAST BORDER ST, SUITE 640<br>ARLINGTON, TX 76010 | 14-10989 (CSS) | TXU Electric Company, Inc. | 10/27/2015 | 12712 | $304.15 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| | | | | | TOTAL | $~~2,118,311.54~~2,114,946.52* | |