## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Re: D.I. 8681** |

**CERTIFICATE OF NO OBJECTION REGARDING THE "FIFTEENTH MONTHLY FEE STATEMENT OF CRAVATH, SWAINE & MOORE LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM FEBRUARY 1, 2016 THROUGH FEBRUARY 29, 2016"**
**(NO ORDER REQUIRED)**

On June 8, 2016, the *Fifteenth Monthly Fee Statement of Cravath, Swaine & Moore LLP ("Cravath") for Allowance of an Administrative Claim for Compensation and Reimbursement of Expenses Incurred from February 1, 2016 Through February 29, 2016* [D.I. 8681; the "Monthly Fee Statement"] was filed with this Court and served upon the Notice Parties as required by the *Stipulation and Order Appointing a Fee Committee*, dated August 21, 2014 [D.I. 1896] and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals*, dated September 16, 2014 [D.I. 2066]. Under the *Notice of Fee Statement* filed and served with the Monthly Fee Statement, objections to the Monthly Fee Statement were to be filed and served in accordance with the foregoing Orders no later than **June 29, 2016 at 4:00 p.m.** Eastern Time.

On June 14, 2016, the Fee Committee advised Cravath that the Fee Committee did not object to the Debtor's payment of 80% of the fees and 100% of the expenses requested in the

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Monthly Fee Statement.  Aside from the foregoing,  the undersigned certifies that no answer,

objection or other response to the Monthly Fee Statement was filed or  served as required, and

that as of July 13, 2016, none appeared on the Court's docket in this case.

   Consequently, Energy Future Intermediate Holding Company LLC, debtor and

debtor in possession in the above-captioned case, is authorized to pay Cravath 80% of the fees

and 100% of the expenses requested in the Monthly Fee Statement upon the filing of this

Certificate without the need for a further Court order. A summary of the fees and expenses that

Cravath seeks is attached as **Exhibit A**.

Dated: July 13, 2016

Respectfully submitted,
STEVENS & LEE, P.C.

*/s/ Joseph H. Huston, Jr.*
Joseph H. Huston, Jr. (No. 4035)
Camille C. Bent (*admitted pro hac vice*)
919 North Market Street, Suite 1300
Wilmington, DE 19801
Tel: (302) 425-3310
Fax: (610) 371-7972
Email: jhh/ccb@stevenslee.com

  -and-

Richard Levin, Esquire
JENNER & BLOCK
919 Third Avenue
New York, NY 10022-3908
Tel: (212) 891-1601
Fax: (212) 891-1699
Email: rlevin@jenner.com

  -and-

2

Michael A. Paskin, Esquire
Trevor M. Broad, Esquire
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Tel:    (212) 474-1760
Fax:    (212) 474-3700
Email: mpaskin@cravath.com
          tbroad@cravath.com

*Independent Counsel for Energy Future*
*Intermediate Holding Company LLC*

SL1 1423672v1 109285.00005