## EXHIBIT A

**Professional Fees and Expenses**
**Monthly Fee Statement**

| Applicant | Fee Statement Period, Filing Date, & Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| Cravath, Swaine & Moore LLP Worldwide Plaza 825 Eighth Avenue, New York, NY 10024 | Sixteenth Monthly Fee Statement<br><br>3/01/2016 through 3/31/2016<br><br>Docket No. 8695 | $141,573.50 | $108.88 | 07/05/2016 | $113,258.80 | $108.88 | $28,314.70 |