# EXHIBIT A

## Professional Fees and Expenses
## Monthly Fee Statement

| Applicant | Fee Statement Period, Filing Date, & Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| Cravath, Swaine & Moore LLP Worldwide Plaza 825 Eighth Avenue, New York, NY 10024 | Seventeenth Monthly Fee Statement<br><br>4/01/2016 through 4/30/2016<br><br>Docket No. 8740 | $218,923.50 | $1,716.25 | 07/05/2016 | $175,138.80 | $1,716.25 | $43,784.70 |