# Exhibit A

**Fee Summary by Professional for the Period January 1, 2016 through January 31, 2016**

# EFH Corp
# Deloitte & Touche LLP
# Fees Sorted by Category for the Fee Period
# January 01, 2016 - January 31, 2016

*Bankruptcy Related Research Consultation and Transaction*

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Bradfield, Derek | Partner/Principal | $720.00 | 2.2 | $1,584.00 |
| Kilkenny, Tom | Partner/Principal | $720.00 | 5.3 | $3,816.00 |
| Kushner, Jonathan | Partner/Principal | $720.00 | 3.0 | $2,160.00 |
| Mitrovich, Lisa | Partner/Principal | $720.00 | 0.4 | $288.00 |
| Morrissey, Michael | Partner/Principal | $720.00 | 0.7 | $504.00 |
| Parker, Matt | Partner/Principal | $720.00 | 65.9 | $47,448.00 |
| Poindexter, Heath | Partner/Principal | $720.00 | 1.7 | $1,224.00 |
| Smith, Wyn | Partner/Principal | $720.00 | 1.0 | $720.00 |
| Stokx, Randy | Partner/Principal | $720.00 | 14.8 | $10,656.00 |
| Wahrman, Julie | Partner/Principal | $720.00 | 36.1 | $25,992.00 |
| Alimchandani, Hero | Senior Manager | $620.00 | 7.0 | $4,340.00 |
| Bowers, Rachel | Senior Manager | $620.00 | 3.2 | $1,984.00 |
| Degnan, Jen | Senior Manager | $620.00 | 0.5 | $310.00 |
| Handler, Benjamin | Senior Manager | $620.00 | 1.0 | $620.00 |
| Furry, Margaret | Manager | $540.00 | 26.6 | $14,364.00 |
| Morehead, David | Manager | $540.00 | 9.2 | $4,968.00 |
| Murawski, Bryan | Manager | $540.00 | 7.5 | $4,050.00 |
| Butler, Mike | Senior Consultant | $425.00 | 1.0 | $425.00 |
| Coetzee, Rachelle | Senior Consultant | $425.00 | 1.8 | $765.00 |
| Twigge, Daniel | Senior Consultant | $425.00 | 3.6 | $1,530.00 |
| Elliott, Randall | Consultant | $350.00 | 11.4 | $3,990.00 |
| Williams, Darryl | Consultant | $350.00 | 3.0 | $1,050.00 |
| **Professional Subtotal:** | | | **206.9** | **$132,788.00** |

# EFH Corp
# Deloitte & Touche LLP
# Fees Sorted by Category for the Fee Period
# January 01, 2016 - January 31, 2016

*Financial Statement Audit and Related Services*

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Becker, Paul | Partner/Principal | $365.00 | 1.0 | $365.00 |
| Benesh, Kay | Partner/Principal | $365.00 | 6.1 | $2,226.50 |
| Blair, Kirk | Partner/Principal | $365.00 | 10.6 | $3,869.00 |
| Carr, Vickie | Partner/Principal | $365.00 | 9.8 | $3,577.00 |
| Fisher, Mark | Partner/Principal | $365.00 | 1.5 | $547.50 |
| Kilkenny, Tom | Partner/Principal | $365.00 | 6.8 | $2,482.00 |
| Mano, Patrice | Partner/Principal | $365.00 | 1.0 | $365.00 |
| Parker, Matt | Partner/Principal | $365.00 | 131.7 | $48,070.50 |
| Poindexter, Heath | Partner/Principal | $365.00 | 47.4 | $17,301.00 |
| Stokx, Randy | Partner/Principal | $365.00 | 90.8 | $33,142.00 |
| Wahrman, Julie | Partner/Principal | $365.00 | 17.2 | $6,278.00 |
| Winger, Julie | Partner/Principal | $365.00 | 4.2 | $1,533.00 |
| Binkley, Jeff | Director | $365.00 | 0.8 | $292.00 |
| Craig, Valerie | Director | $365.00 | 155.2 | $56,648.00 |
| Favor, Rick | Director | $365.00 | 35.1 | $12,811.50 |
| Johnson, Michael | Director | $365.00 | 37.1 | $13,541.50 |
| Johnston, Josh | Director | $365.00 | 0.9 | $328.50 |
| Khandelwal, Vinyas | Director | $365.00 | 18.4 | $6,716.00 |
| Miocic, Greg | Director | $365.00 | 0.5 | $182.50 |
| Pleskac, Bryan | Director | $365.00 | 5.2 | $1,898.00 |
| Sasso, Anthony | Director | $365.00 | 13.7 | $5,000.50 |
| Bowers, Rachel | Senior Manager | $290.00 | 186.3 | $54,027.00 |
| Carlson, Mike | Senior Manager | $290.00 | 3.8 | $1,102.00 |
| Dwivedi, Rajesh | Senior Manager | $290.00 | 19.3 | $5,597.00 |
| Garner, Kristen | Senior Manager | $290.00 | 2.7 | $783.00 |
| Hannagan, Peter | Senior Manager | $290.00 | 3.5 | $1,015.00 |
| Hickl, Jeff | Senior Manager | $290.00 | 43.5 | $12,615.00 |
| Kurey, Joseph | Senior Manager | $290.00 | 0.7 | $203.00 |
| Moyers, Kevin | Senior Manager | $290.00 | 1.0 | $290.00 |
| Singh, Amit | Senior Manager | $290.00 | 12.0 | $3,480.00 |
| Alrich, Tom | Manager | $265.00 | 14.0 | $3,710.00 |
| Freeman, Mike | Manager | $265.00 | 183.7 | $48,680.50 |
| Harold, Matt | Manager | $265.00 | 0.3 | $79.50 |
| Kidd, Erin | Manager | $265.00 | 28.0 | $7,420.00 |
| Kowalk, Bennett | Manager | $265.00 | 212.4 | $56,286.00 |
| McCumber, Aryn | Manager | $265.00 | 7.2 | $1,908.00 |
| Morehead, David | Manager | $265.00 | 222.5 | $58,962.50 |
| Murawski, Bryan | Manager | $265.00 | 198.3 | $52,549.50 |
| Salch, Ryan | Manager | $265.00 | 10.0 | $2,650.00 |
| Tangirala, Hershy | Manager | $265.00 | 6.9 | $1,828.50 |
| Tillman, Kyle | Manager | $265.00 | 0.8 | $212.00 |
| Vadlamudi, Ambrish | Manager | $265.00 | 3.0 | $795.00 |
| Babanova, Maria | Senior Consultant | $215.00 | 245.4 | $52,761.00 |
| Brunson, Steve | Senior Consultant | $215.00 | 263.4 | $56,631.00 |

# EFH Corp
# Deloitte & Touche LLP
# Fees Sorted by Category for the Fee Period
# January 01, 2016 - January 31, 2016

*Financial Statement Audit and Related Services*

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Continued | | | | |
| Casey, Chris | Senior Consultant | $215.00 | 254.0 | $54,610.00 |
| Coetzee, Rachelle | Senior Consultant | $215.00 | 100.9 | $21,693.50 |
| Evetts, Erin | Senior Consultant | $215.00 | 12.5 | $2,687.50 |
| Henry, Diane | Senior Consultant | $215.00 | 253.6 | $54,524.00 |
| Reynolds, Matt | Senior Consultant | $215.00 | 47.0 | $10,105.00 |
| Richards, Nick | Senior Consultant | $215.00 | 17.0 | $3,655.00 |
| Salamon, David | Senior Consultant | $215.00 | 2.1 | $451.50 |
| Schneider, Stephen | Senior Consultant | $215.00 | 56.3 | $12,104.50 |
| Twigge, Daniel | Senior Consultant | $215.00 | 241.3 | $51,879.50 |
| Yadav, Devavrata | Senior Consultant | $215.00 | 72.9 | $15,673.50 |
| Banga, Anubhav | Consultant | $175.00 | 46.0 | $8,050.00 |
| Benvenuti, Christina | Consultant | $175.00 | 258.2 | $45,185.00 |
| Bhandoola, Kriti | Consultant | $175.00 | 1.0 | $175.00 |
| Boutwell, Ryan | Consultant | $175.00 | 2.9 | $507.50 |
| Chesser, Taylor | Consultant | $175.00 | 236.0 | $41,300.00 |
| Din, Anisa | Consultant | $175.00 | 101.0 | $17,675.00 |
| Elliott, Randall | Consultant | $175.00 | 99.8 | $17,465.00 |
| Friedland, Eric | Consultant | $175.00 | 47.2 | $8,260.00 |
| Grace, Kelsey | Consultant | $175.00 | 71.9 | $12,582.50 |
| Koprivnik, Xander | Consultant | $175.00 | 76.1 | $13,317.50 |
| Lirely, Loren | Consultant | $175.00 | 205.4 | $35,945.00 |
| Nasa, Srishti | Consultant | $175.00 | 74.8 | $13,090.00 |
| O'Bar, Brandon | Consultant | $175.00 | 102.5 | $17,937.50 |
| O'Donnell, Chris | Consultant | $175.00 | 14.9 | $2,607.50 |
| Pansari, Anubhav | Consultant | $175.00 | 187.0 | $32,725.00 |
| Parsley, Jon | Consultant | $175.00 | 34.7 | $6,072.50 |
| Persons, Hillary | Consultant | $175.00 | 240.7 | $42,122.50 |
| Pothoulakis, Tony | Consultant | $175.00 | 248.3 | $43,452.50 |
| Saini, Sonali | Consultant | $175.00 | 5.5 | $962.50 |
| Thomas, Dona | Consultant | $175.00 | 1.0 | $175.00 |
| **Professional Subtotal:** | | | **5,376.2** | **$1,227,752.00** |

# EFH Corp

# Deloitte & Touche LLP

# Fees Sorted by Category for the Fee Period

# January 01, 2016 - January 31, 2016

*Non-Working Travel*

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Blair, Kirk | Partner/Principal | $365.00 | 6.0 | $2,190.00 |
| Favor, Rick | Partner/Principal | $365.00 | 8.0 | $2,920.00 |
| Sasso, Anthony | Partner/Principal | $365.00 | 10.0 | $3,650.00 |
| Hickl, Jeff | Senior Manager | $290.00 | 10.0 | $2,900.00 |
| **Professional Subtotal:** | | | **34.0** | **$11,660.00** |

| Adjustment | |
|---|---:|
| Less 50% Non-Working Travel Deduction | ($5,830.00) |
| **Total** | **$5,830.00** |

# EFH Corp
# Deloitte & Touche LLP
# Fees Sorted by Category for the Fee Period
# January 01, 2016 - January 31, 2016

*Preparation of Fee Applications*

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| Murawski, Bryan | Manager | $265.00 | 15.2 | $4,028.00 |
| Gutierrez, Dalia | Project Controller | $175.00 | 53.8 | $9,415.00 |
| Malinak, Kae | Project Controller | $175.00 | 10.0 | $1,750.00 |
| **Professional Subtotal:** | | | **79.0** | **$15,193.00** |