# Exhibit A

**Fee Summary by Professional for the Period February 1, 2016 through February 29, 2016**

# EFH Corp
## Deloitte & Touche LLP
## Fees Sorted by Category for the Fee Period
## February 01, 2016 - February 29, 2016

*Bankruptcy Related Research Consultation and Transaction*

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Bradfield, Derek | Partner/Principal | $720.00 | 1.5 | $1,080.00 |
| Carr, Vickie | Partner/Principal | $720.00 | 2.0 | $1,440.00 |
| Halfacre, Dean | Partner/Principal | $720.00 | 1.8 | $1,296.00 |
| Hoffman, David | Partner/Principal | $720.00 | 1.0 | $720.00 |
| Kushner, Jonathan | Partner/Principal | $720.00 | 10.8 | $7,776.00 |
| Parker, Matt | Partner/Principal | $720.00 | 54.5 | $39,240.00 |
| Smith, Wyn | Partner/Principal | $720.00 | 0.8 | $576.00 |
| Stokx, Randy | Partner/Principal | $720.00 | 20.3 | $14,616.00 |
| Wegener, Steve | Partner/Principal | $720.00 | 0.8 | $576.00 |
| Bihm, Christy | Director | $720.00 | 0.5 | $360.00 |
| Favor, Rick | Director | $720.00 | 2.3 | $1,656.00 |
| Alimchandani, Hero | Senior Manager | $620.00 | 4.0 | $2,480.00 |
| Bowers, Rachel | Senior Manager | $620.00 | 7.7 | $4,774.00 |
| Degnan, Jen | Senior Manager | $620.00 | 1.0 | $620.00 |
| Handler, Benjamin | Senior Manager | $620.00 | 6.0 | $3,720.00 |
| Hickl, Jeff | Senior Manager | $620.00 | 0.5 | $310.00 |
| Furry, Margaret | Manager | $540.00 | 5.0 | $2,700.00 |
| Murawski, Bryan | Manager | $540.00 | 14.5 | $7,830.00 |
| Butler, Mike | Senior Consultant | $425.00 | 5.9 | $2,507.50 |
| Grace, Kelsey | Consultant | $350.00 | 1.3 | $455.00 |
| **Professional Subtotal:** | | | **142.2** | **$94,732.50** |

# EFH Corp
## Deloitte & Touche LLP
## Fees Sorted by Category for the Fee Period
## February 01, 2016 - February 29, 2016

*Financial Statement Audit and Related Services*

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Becker, Paul | Partner/Principal | $365.00 | 0.8 | $292.00 |
| Benesh, Kay | Partner/Principal | $365.00 | 102.9 | $37,558.50 |
| Blair, Kirk | Partner/Principal | $365.00 | 1.2 | $438.00 |
| Carr, Vickie | Partner/Principal | $365.00 | 31.6 | $11,534.00 |
| Janiak, Stacy | Partner/Principal | $365.00 | 6.0 | $2,190.00 |
| Kilkenny, Tom | Partner/Principal | $365.00 | 9.7 | $3,540.50 |
| Mano, Patrice | Partner/Principal | $365.00 | 1.5 | $547.50 |
| Parker, Matt | Partner/Principal | $365.00 | 260.4 | $95,046.00 |
| Poindexter, Heath | Partner/Principal | $365.00 | 96.1 | $35,076.50 |
| Smith, Wyn | Partner/Principal | $365.00 | 0.8 | $292.00 |
| Stokx, Randy | Partner/Principal | $365.00 | 155.2 | $56,648.00 |
| Wahrman, Julie | Partner/Principal | $365.00 | 101.5 | $37,047.50 |
| Winger, Julie | Partner/Principal | $365.00 | 35.3 | $12,884.50 |
| Biltz, Meredith | Director | $365.00 | 2.8 | $1,022.00 |
| Craig, Valerie | Director | $365.00 | 213.5 | $77,927.50 |
| Dunn, Phyllis | Director | $365.00 | 10.3 | $3,759.50 |
| Ellsworth, Rick | Director | $365.00 | 1.0 | $365.00 |
| Favor, Rick | Director | $365.00 | 81.9 | $29,893.50 |
| Johnson, Michael | Director | $365.00 | 55.9 | $20,403.50 |
| Khandelwal, Vinyas | Director | $365.00 | 28.5 | $10,402.50 |
| Ryan, Jim | Director | $365.00 | 23.4 | $8,541.00 |
| Sasso, Anthony | Director | $365.00 | 13.7 | $5,000.50 |
| Bowers, Rachel | Senior Manager | $290.00 | 262.2 | $76,038.00 |
| Carlson, Mike | Senior Manager | $290.00 | 1.6 | $464.00 |
| Dwivedi, Rajesh | Senior Manager | $290.00 | 5.0 | $1,450.00 |
| Garner, Kristen | Senior Manager | $290.00 | 0.8 | $232.00 |
| Hannagan, Peter | Senior Manager | $290.00 | 1.5 | $435.00 |
| Hickl, Jeff | Senior Manager | $290.00 | 75.9 | $22,011.00 |
| Horn, Dave | Senior Manager | $290.00 | 9.4 | $2,726.00 |
| Kurey, Joseph | Senior Manager | $290.00 | 2.9 | $841.00 |
| Parmar, Ashok | Senior Manager | $290.00 | 5.0 | $1,450.00 |
| Singh, Amit | Senior Manager | $290.00 | 7.9 | $2,291.00 |
| Thomas, Teresa | Senior Manager | $290.00 | 2.5 | $725.00 |
| Alvarado, Jason | Manager | $265.00 | 3.6 | $954.00 |
| Auyeung, Tungjun | Manager | $265.00 | 36.8 | $9,752.00 |
| Freeman, Mike | Manager | $265.00 | 287.2 | $76,108.00 |
| Harold, Matt | Manager | $265.00 | 2.6 | $689.00 |
| Kowalk, Bennett | Manager | $265.00 | 193.8 | $51,357.00 |
| Morehead, David | Manager | $265.00 | 308.7 | $81,805.50 |
| Murawski, Bryan | Manager | $265.00 | 266.5 | $70,622.50 |
| Phadke, Amolika | Manager | $265.00 | 3.4 | $901.00 |
| Tangirala, Hershy | Manager | $265.00 | 17.5 | $4,637.50 |

# EFH Corp
## Deloitte & Touche LLP
## Fees Sorted by Category for the Fee Period
## February 01, 2016 - February 29, 2016

*Financial Statement Audit and Related Services*

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| Continued | | | | |
| Tillman, Kyle | Manager | $265.00 | 29.9 | $7,923.50 |
| Varkey, Jamie | Manager | $265.00 | 1.8 | $477.00 |
| Zoltowski, Michelle | Manager | $265.00 | 11.0 | $2,915.00 |
| Babanova, Maria | Senior Consultant | $215.00 | 308.5 | $66,327.50 |
| Brunson, Steve | Senior Consultant | $215.00 | 313.5 | $67,402.50 |
| Casey, Chris | Senior Consultant | $215.00 | 312.4 | $67,166.00 |
| Coetzee, Rachelle | Senior Consultant | $215.00 | 226.4 | $48,676.00 |
| Evetts, Erin | Senior Consultant | $215.00 | 54.6 | $11,739.00 |
| Henry, Diane | Senior Consultant | $215.00 | 304.1 | $65,381.50 |
| Richards, Nick | Senior Consultant | $215.00 | 14.6 | $3,139.00 |
| Schneider, Stephen | Senior Consultant | $215.00 | 41.4 | $8,901.00 |
| Twigge, Daniel | Senior Consultant | $215.00 | 262.9 | $56,523.50 |
| Yadav, Devavrata | Senior Consultant | $215.00 | 53.5 | $11,502.50 |
| Anant, Nimisha | Consultant | $175.00 | 15.0 | $2,625.00 |
| Arora, Jasreen | Consultant | $175.00 | 8.3 | $1,452.50 |
| Baylis, Jessica | Consultant | $175.00 | 7.1 | $1,242.50 |
| Benvenuti, Christina | Consultant | $175.00 | 303.9 | $53,182.50 |
| Bhandari, Shalabh | Consultant | $175.00 | 5.0 | $875.00 |
| Bhatia, Sarabjit | Consultant | $175.00 | 0.7 | $122.50 |
| Chawla, Samridhi | Consultant | $175.00 | 0.2 | $35.00 |
| Chesser, Taylor | Consultant | $175.00 | 256.7 | $44,922.50 |
| Claytor, Kate | Consultant | $175.00 | 34.4 | $6,020.00 |
| Danwani, Nikita | Consultant | $175.00 | 26.0 | $4,550.00 |
| Din, Anisa | Consultant | $175.00 | 183.7 | $32,147.50 |
| Elliott, Randall | Consultant | $175.00 | 43.0 | $7,525.00 |
| Friedland, Eric | Consultant | $175.00 | 27.3 | $4,777.50 |
| Grace, Kelsey | Consultant | $175.00 | 156.1 | $27,317.50 |
| Gupta, Anitya | Consultant | $175.00 | 0.5 | $87.50 |
| Koprivnik, Xander | Consultant | $175.00 | 260.4 | $45,570.00 |
| Lirely, Loren | Consultant | $175.00 | 291.3 | $50,977.50 |
| Nasa, Srishti | Consultant | $175.00 | 52.6 | $9,205.00 |
| O'Donnell, Chris | Consultant | $175.00 | 22.2 | $3,885.00 |
| Padhi, Pavitra | Consultant | $175.00 | 2.0 | $350.00 |
| Pansari, Anubhav | Consultant | $175.00 | 78.3 | $13,702.50 |
| Parsley, Jon | Consultant | $175.00 | 23.0 | $4,025.00 |
| Persons, Hillary | Consultant | $175.00 | 287.8 | $50,365.00 |
| Pothoulakis, Tony | Consultant | $175.00 | 313.5 | $54,862.50 |
| Sachdeva, Rahul | Consultant | $175.00 | 12.5 | $2,187.50 |
| Saini, Sonali | Consultant | $175.00 | 4.5 | $787.50 |
| Sharma, Abhishek | Consultant | $175.00 | 10.0 | $1,750.00 |
| **Professional Subtotal:** | | | **7,089.4** | **$1,698,523.50** |

# EFH Corp

# Deloitte & Touche LLP

# Fees Sorted by Category for the Fee Period

# February 01, 2016 - February 29, 2016

*Non-Working Travel*

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Favor, Rick | Director | $365.00 | 8.0 | $2,920.00 |
| Hickl, Jeff | Senior Manager | $290.00 | 22.5 | $6,525.00 |
| Tillman, Kyle | Manager | $265.00 | 0.2 | $53.00 |
| Professional Subtotal: | | | 30.7 | $9,498.00 |

| Adjustment | |
|---|---:|
| Less 50% Non-Working Travel Deduction | ($4,749.00) |
| **Total** | **$4,749.00** |

# EFH Corp

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

## February 01, 2016 - February 29, 2016

*Preparation of Fee Applications*

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| Murawski, Bryan | Manager | $265.00 | 14.7 | $3,895.50 |
| Gutierrez, Dalia | Project Controller | $175.00 | 41.0 | $7,175.00 |
| **Professional Subtotal:** | | | **55.7** | **$11,070.50** |