# Exhibit A

**Fee Summary by Professional for the Period
March 1, 2016 through March 31, 2016**

# EFH Corp
## Deloitte & Touche LLP
## Fees Sorted by Category for the Fee Period
## March 01, 2016 - March 31, 2016

*Bankruptcy Related Research Consultation and Transaction*

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Blair, Kirk | Partner/Principal | $720.00 | 2.0 | $1,440.00 |
| Carr, Vickie | Partner/Principal | $720.00 | 4.0 | $2,880.00 |
| Forrest, Jonathan | Partner/Principal | $720.00 | 0.2 | $144.00 |
| Kilkenny, Tom | Partner/Principal | $720.00 | 13.3 | $9,576.00 |
| Kushner, Jonathan | Partner/Principal | $720.00 | 35.6 | $25,632.00 |
| Parker, Matt | Partner/Principal | $720.00 | 31.9 | $22,968.00 |
| Poindexter, Heath | Partner/Principal | $720.00 | 0.5 | $360.00 |
| Smith, Wyn | Partner/Principal | $720.00 | 0.5 | $360.00 |
| Stokx, Randy | Partner/Principal | $720.00 | 5.7 | $4,104.00 |
| Craig, Valerie | Director | $720.00 | 1.0 | $720.00 |
| Favor, Rick | Director | $720.00 | 10.7 | $7,704.00 |
| Hynes, John | Director | $720.00 | 0.6 | $432.00 |
| Sasso, Anthony | Director | $720.00 | 1.0 | $720.00 |
| Bowers, Rachel | Senior Manager | $620.00 | 1.5 | $930.00 |
| Handler, Benjamin | Senior Manager | $620.00 | 19.1 | $11,842.00 |
| Hickl, Jeff | Senior Manager | $620.00 | 5.3 | $3,286.00 |
| Horn, Dave | Senior Manager | $620.00 | 6.0 | $3,720.00 |
| Fuehrmeyer, Katie | Manager | $540.00 | 0.6 | $324.00 |
| Furry, Margaret | Manager | $540.00 | 1.5 | $810.00 |
| Morehead, David | Manager | $540.00 | 4.6 | $2,484.00 |
| Murawski, Bryan | Manager | $540.00 | 4.5 | $2,430.00 |
| Babanova, Maria | Senior Consultant | $425.00 | 3.3 | $1,402.50 |
| Butler, Mike | Senior Consultant | $425.00 | 66.4 | $28,220.00 |
| Coetzee, Rachelle | Senior Consultant | $425.00 | 1.8 | $765.00 |
| Salamon, David | Senior Consultant | $425.00 | 0.6 | $255.00 |
| Koprivnik, Xander | Consultant | $350.00 | 2.0 | $700.00 |
| **Professional Subtotal:** | | | **224.2** | **$134,208.50** |

# EFH Corp
## Deloitte & Touche LLP
## Fees Sorted by Category for the Fee Period
## March 01, 2016 - March 31, 2016

*Financial Statement Audit and Related Services*

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Blair, Kirk | Partner/Principal | $365.00 | 21.0 | $7,665.00 |
| Carr, Vickie | Partner/Principal | $365.00 | 1.0 | $365.00 |
| Himmelman, Matthew | Partner/Principal | $365.00 | 0.5 | $182.50 |
| Kilkenny, Tom | Partner/Principal | $365.00 | 30.7 | $11,205.50 |
| Parker, Matt | Partner/Principal | $365.00 | 68.9 | $25,148.50 |
| Poindexter, Heath | Partner/Principal | $365.00 | 14.5 | $5,292.50 |
| Porter, Stanley | Partner/Principal | $365.00 | 4.0 | $1,460.00 |
| Slyh, John | Partner/Principal | $365.00 | 0.5 | $182.50 |
| Stokx, Randy | Partner/Principal | $365.00 | 4.2 | $1,533.00 |
| Wahrman, Julie | Partner/Principal | $365.00 | 9.0 | $3,285.00 |
| Winger, Julie | Partner/Principal | $365.00 | 1.5 | $547.50 |
| Cohen, Mark | Director | $365.00 | 1.0 | $365.00 |
| Craig, Valerie | Director | $365.00 | 52.8 | $19,272.00 |
| Ellsworth, Rick | Director | $365.00 | 1.0 | $365.00 |
| Favor, Rick | Director | $365.00 | 16.9 | $6,168.50 |
| Meads, Ivan | Director | $365.00 | 3.0 | $1,095.00 |
| Sasso, Anthony | Director | $365.00 | 22.0 | $8,030.00 |
| Bowers, Rachel | Senior Manager | $290.00 | 94.2 | $27,318.00 |
| Degnan, Jen | Senior Manager | $290.00 | 2.0 | $580.00 |
| Garrison, Amy | Senior Manager | $290.00 | 2.5 | $725.00 |
| Hannagan, Peter | Senior Manager | $290.00 | 0.6 | $174.00 |
| Hickl, Jeff | Senior Manager | $290.00 | 17.7 | $5,133.00 |
| Singh, Amit | Senior Manager | $290.00 | 6.5 | $1,885.00 |
| Alvarado, Jason | Manager | $265.00 | 3.0 | $795.00 |
| Auyeung, Tungjun | Manager | $265.00 | 45.7 | $12,110.50 |
| Freeman, Mike | Manager | $265.00 | 139.9 | $37,073.50 |
| Kowalk, Bennett | Manager | $265.00 | 4.0 | $1,060.00 |
| McCann, Ryan | Manager | $265.00 | 2.0 | $530.00 |
| Morehead, David | Manager | $265.00 | 116.3 | $30,819.50 |
| Murawski, Bryan | Manager | $265.00 | 56.1 | $14,866.50 |
| Reid, Alison | Manager | $265.00 | 1.0 | $265.00 |
| Babanova, Maria | Senior Consultant | $215.00 | 145.4 | $31,261.00 |
| Brunson, Steve | Senior Consultant | $215.00 | 143.3 | $30,809.50 |
| Casey, Chris | Senior Consultant | $215.00 | 145.3 | $31,239.50 |
| Coetzee, Rachelle | Senior Consultant | $215.00 | 50.5 | $10,857.50 |
| Evetts, Erin | Senior Consultant | $215.00 | 8.8 | $1,892.00 |
| Henry, Diane | Senior Consultant | $215.00 | 105.5 | $22,682.50 |
| Kelly, Cathi | Senior Consultant | $215.00 | 1.0 | $215.00 |
| Richards, Nick | Senior Consultant | $215.00 | 7.2 | $1,548.00 |
| Schneider, Stephen | Senior Consultant | $215.00 | 30.2 | $6,493.00 |
| Tucker, Jason | Senior Consultant | $215.00 | 4.0 | $860.00 |
| Twigge, Daniel | Senior Consultant | $215.00 | 103.6 | $22,274.00 |

# EFH Corp
## Deloitte & Touche LLP
## Fees Sorted by Category for the Fee Period
## March 01, 2016 - March 31, 2016

*Financial Statement Audit and Related Services*

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| Continued | | | | |
| Baylis, Jessica | Consultant | $175.00 | 1.5 | $262.50 |
| Benvenuti, Christina | Consultant | $175.00 | 50.8 | $8,890.00 |
| Chesser, Taylor | Consultant | $175.00 | 21.8 | $3,815.00 |
| Friedland, Eric | Consultant | $175.00 | 2.8 | $490.00 |
| Grace, Kelsey | Consultant | $175.00 | 3.5 | $612.50 |
| Koprivnik, Xander | Consultant | $175.00 | 11.8 | $2,065.00 |
| Lirely, Loren | Consultant | $175.00 | 2.3 | $402.50 |
| Nasa, Srishti | Consultant | $175.00 | 6.5 | $1,137.50 |
| Pansari, Anubhav | Consultant | $175.00 | 10.0 | $1,750.00 |
| Persons, Hillary | Consultant | $175.00 | 107.1 | $18,742.50 |
| Pothoulakis, Tony | Consultant | $175.00 | 103.4 | $18,095.00 |
| Thompson, Jennifer | Consultant | $175.00 | 4.0 | $700.00 |
| **Professional Subtotal:** | | | **1,814.3** | **$442,592.00** |

# EFH Corp
# Deloitte & Touche LLP
# Fees Sorted by Category for the Fee Period
# March 01, 2016 - March 31, 2016

*Non-Working Travel*

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| *Non-Working Travel* | | | | |
| Blair, Kirk | Partner/Principal | $365.00 | 9.0 | $3,285.00 |
| Favor, Rick | Director | $365.00 | 8.0 | $2,920.00 |
| Sasso, Anthony | Director | $365.00 | 10.0 | $3,650.00 |
| Handler, Benjamin | Senior Manager | $290.00 | 6.8 | $1,972.00 |
| Auyeung, Tungjun | Manager | $265.00 | 10.0 | $2,650.00 |
| Butler, Mike | Senior Consultant | $215.00 | 7.2 | $1,548.00 |
| Professional Subtotal: | | | 51.0 | $16,025.00 |

| Adjustment | |
|---|---:|
| Less 50% Non-Working Travel Deduction | ($8,012.50) |
| **Total** | **$8,012.50** |

# EFH Corp

# Deloitte & Touche LLP

# Fees Sorted by Category for the Fee Period

# March 01, 2016 - March 31, 2016

*Preparation of Fee Applications*

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| Murawski, Bryan | Manager | $265.00 | 6.6 | $1,749.00 |
| Gutierrez, Dalia | Project Controller | $175.00 | 78.1 | $13,667.50 |
| **Professional Subtotal:** | | | **84.7** | **$15,416.50** |