# EXHIBIT A

## Statement of Fees By Subject Matter

# EXHIBIT A

## Statement of Fees By Subject Matter

*Exhibit A*

*Combined - All Entities*
*Summary of Time Detail by Task*
*May 1, 2016 through May 31, 2016*

| *Task Description* | *Sum of Hours* | *Sum of Fees* |
|---|---|---|
| Accounting/Cut-off | 14.5 | $5,800.00 |
| Bankruptcy Support | 77.7 | $39,688.50 |
| Business Plan | 22.9 | $8,587.50 |
| Cash Management | 3.1 | $1,162.50 |
| Claims | 135.3 | $65,685.00 |
| Contracts | 110.2 | $59,335.00 |
| Coordination & Communication with other Creditor Constituents | 8.7 | $6,697.50 |
| Coordination & Communication with UCC | 35.3 | $19,845.00 |
| Fee Applications | 8.9 | $3,125.00 |
| Liquidation Analysis | 146.3 | $70,437.50 |
| Motions and Orders | 1.5 | $1,087.50 |
| POR / Disclosure Statement | 65.6 | $43,012.50 |
| Status Meetings | 6.1 | $4,742.50 |
| Travel Time | 21.7 | $14,012.50 |
| UST Reporting Requirements | 14.9 | $8,195.00 |
| Vendor Management | 56.0 | $41,990.00 |
| *Total* | 728.7 | $393,403.50 |

*Travel time billed at 50% of time incurred*

*Exhibit A*

*TCEH*
*Summary of Time Detail by Task*
*May 1, 2016 through May 31, 2016*

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Accounting/Cut-off | 10.9 | $4,350.00 |
| Bankruptcy Support | 53.0 | $27,107.81 |
| Business Plan | 13.8 | $5,165.67 |
| Cash Management | 2.1 | $786.12 |
| Claims | 94.4 | $45,907.53 |
| Contracts | 83.2 | $44,943.75 |
| Coordination & Communication with other Creditor Constituents | 6.5 | $5,009.29 |
| Coordination & Communication with UCC | 24.4 | $13,808.13 |
| Fee Applications | 6.0 | $2,113.24 |
| Liquidation Analysis | 84.2 | $40,648.78 |
| Motions and Orders | 1.0 | $735.41 |
| POR / Disclosure Statement | 42.3 | $27,522.55 |
| Status Meetings | 4.1 | $3,207.05 |
| Travel Time | 14.7 | $9,475.76 |
| UST Reporting Requirements | 10.1 | $5,541.76 |
| Vendor Management | 42.1 | $31,539.37 |
| ***Total*** | **492.8** | **$267,862.23** |

*Travel time billed at 50% of time incurred*

*Exhibit A*

> *EFH*
> *Summary of Time Detail by Task*
> *May 1, 2016 through May 31, 2016*

| *Task Description* | *Sum of Hours* | *Sum of Fees* |
|---|---:|---:|
| Accounting/Cut-off | 3.6 | $1,450.00 |
| Bankruptcy Support | 18.5 | $9,430.92 |
| Business Plan | 6.1 | $2,275.89 |
| Cash Management | 0.7 | $280.72 |
| Claims | 30.8 | $14,904.73 |
| Contracts | 27.1 | $14,391.25 |
| Coordination & Communication with other Creditor Constituents | 2.2 | $1,672.78 |
| Coordination & Communication with UCC | 10.5 | $5,816.88 |
| Fee Applications | 2.1 | $754.62 |
| Liquidation Analysis | 34.6 | $16,466.11 |
| Motions and Orders | 0.4 | $262.61 |
| POR / Disclosure Statement | 15.2 | $9,915.62 |
| Status Meetings | 1.5 | $1,145.21 |
| Travel Time | 5.2 | $3,383.71 |
| UST Reporting Requirements | 3.6 | $1,978.91 |
| Vendor Management | 13.9 | $10,450.63 |
| ***Total*** | **176.0** | **$94,580.58** |

*Travel time billed at 50% of time incurred*

*Exhibit A*

### EFIH
### Summary of Time Detail by Task
### May 1, 2016 through May 31, 2016

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Bankruptcy Support | 6.2 | $3,149.77 |
| Business Plan | 3.1 | $1,145.93 |
| Cash Management | 0.3 | $95.66 |
| Claims | 10.1 | $4,872.74 |
| Coordination & Communication with other Creditor Constituents | 0.0 | $15.43 |
| Coordination & Communication with UCC | 0.4 | $220.00 |
| Fee Applications | 0.7 | $257.14 |
| Liquidation Analysis | 27.5 | $13,322.61 |
| Motions and Orders | 0.1 | $89.49 |
| POR / Disclosure Statement | 8.0 | $5,574.33 |
| Status Meetings | 0.5 | $390.24 |
| Travel Time | 1.8 | $1,153.03 |
| UST Reporting Requirements | 1.2 | $674.33 |
| **Total** | **59.9** | **$30,960.69** |

*Travel time billed at 50% of time incurred*