## **EXHIBIT B**

### **Professionals' Information**

The A&M professionals who rendered services in these cases during the Fee Period are:

*Exhibit B*

| Combined - All Entities |
| :---: |
| Summary of Time Detail by Professional |
| May 1, 2016 through May 31, 2016 |

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
| :--- | :--- | ---: | ---: | ---: |
| Jeff Stegenga | Managing Director | $950.00 | 9.0 | $8,550.00 |
| Keith Kechik | Managing Director | $950.00 | 1.0 | $950.00 |
| Kent Willetts | Managing Director | $795.00 | 2.3 | $1,828.50 |
| Emmett Bergman | Managing Director | $775.00 | 99.8 | $77,345.00 |
| John Stuart | Managing Director | $775.00 | 36.0 | $27,900.00 |
| Curtis Moody | Senior Director | $695.00 | 13.0 | $9,035.00 |
| Jodi Ehrenhofer | Senior Director | $625.00 | 46.6 | $29,125.00 |
| Matt Frank | Director | $625.00 | 36.2 | $22,625.00 |
| David Blanks | Director | $550.00 | 107.0 | $58,850.00 |
| Kevin Sullivan | Director | $550.00 | 14.9 | $8,195.00 |
| Paul Kinealy | Director | $550.00 | 2.5 | $1,375.00 |
| Alexander Ziets | Senior Associate | $440.00 | 28.5 | $12,540.00 |
| Richard Carter | Consultant | $450.00 | 144.3 | $64,935.00 |
| Jon Rafpor | Analyst | $400.00 | 14.5 | $5,800.00 |
| Peyton Heath | Analyst | $375.00 | 62.5 | $23,437.50 |
| Sarah Pittman | Analyst | $375.00 | 103.1 | $38,662.50 |
| Mary Napoliello | Paraprofessional | $300.00 | 7.5 | $2,250.00 |
| | | **Total** | **728.7** | **$393,403.50** |

**TCEH**
**Summary of Time Detail by Professional**
**May 1, 2016 through May 31, 2016**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $950.00 | 6.6 | $6,273.94 |
| Keith Kechik | Managing Director | $950.00 | 0.7 | $642.42 |
| Kent Willetts | Managing Director | $795.00 | 1.6 | $1,236.50 |
| Emmett Bergman | Managing Director | $775.00 | 74.1 | $57,437.08 |
| John Stuart | Managing Director | $775.00 | 22.1 | $17,148.58 |
| Curtis Moody | Senior Director | $695.00 | 8.8 | $6,109.80 |
| Jodi Ehrenhofer | Senior Director | $625.00 | 36.7 | $22,909.45 |
| Matt Frank | Director | $625.00 | 26.7 | $16,718.53 |
| David Blanks | Director | $550.00 | 58.5 | $32,189.74 |
| Kevin Sullivan | Director | $550.00 | 10.1 | $5,541.76 |
| Paul Kinealy | Director | $550.00 | 1.7 | $950.11 |
| Richard Carter | Consultant | $450.00 | 101.6 | $45,723.36 |
| Alexander Ziets | Senior Associate | $440.00 | 19.3 | $8,480.00 |
| Jon Rafpor | Analyst | $400.00 | 10.9 | $4,350.00 |
| Peyton Heath | Analyst | $375.00 | 36.0 | $13,488.40 |
| Sarah Pittman | Analyst | $375.00 | 72.4 | $27,141.03 |
| Mary Napoliello | Paraprofessional | $300.00 | 5.1 | $1,521.53 |
| | | *Total* | **492.8** | **$267,862.23** |

*Exhibit B*

**EFH**
*Summary of Time Detail by Professional*
*May 1, 2016 through May 31, 2016*

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $950.00 | 1.8 | $1,697.59 |
| Keith Kechik | Managing Director | $950.00 | 0.2 | $229.40 |
| Kent Willetts | Managing Director | $795.00 | 0.6 | $441.54 |
| Emmett Bergman | Managing Director | $775.00 | 24.9 | $19,270.21 |
| John Stuart | Managing Director | $775.00 | 8.1 | $6,248.45 |
| Curtis Moody | Senior Director | $695.00 | 3.1 | $2,181.75 |
| Jodi Ehrenhofer | Senior Director | $625.00 | 7.6 | $4,754.99 |
| Matt Frank | Director | $625.00 | 8.8 | $5,505.33 |
| David Blanks | Director | $550.00 | 30.8 | $16,925.17 |
| Kevin Sullivan | Director | $550.00 | 3.6 | $1,978.91 |
| Paul Kinealy | Director | $550.00 | 0.6 | $334.38 |
| Richard Carter | Consultant | $450.00 | 31.9 | $14,346.10 |
| Alexander Ziets | Senior Associate | $440.00 | 6.9 | $3,028.13 |
| Jon Rafpor | Analyst | $400.00 | 3.6 | $1,450.00 |
| Peyton Heath | Analyst | $375.00 | 15.8 | $5,917.77 |
| Sarah Pittman | Analyst | $375.00 | 25.9 | $9,727.53 |
| Mary Napoliello | Paraprofessional | $300.00 | 1.8 | $543.33 |
| | | **Total** | **176.0** | **$94,580.58** |

**EFIH**
*Summary of Time Detail by Professional*
*May 1, 2016 through May 31, 2016*

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $950.00 | 0.6 | $578.47 |
| Keith Kechik | Managing Director | $950.00 | 0.1 | $78.17 |
| Kent Willetts | Managing Director | $795.00 | 0.2 | $150.46 |
| Emmett Bergman | Managing Director | $775.00 | 0.8 | $637.71 |
| John Stuart | Managing Director | $775.00 | 5.8 | $4,502.97 |
| Curtis Moody | Senior Director | $695.00 | 1.1 | $743.45 |
| Jodi Ehrenhofer | Senior Director | $625.00 | 2.3 | $1,460.57 |
| Matt Frank | Director | $625.00 | 0.6 | $401.14 |
| David Blanks | Director | $550.00 | 17.7 | $9,735.09 |
| Kevin Sullivan | Director | $550.00 | 1.2 | $674.33 |
| Paul Kinealy | Director | $550.00 | 0.2 | $90.51 |
| Richard Carter | Consultant | $450.00 | 10.8 | $4,865.54 |
| Alexander Ziets | Senior Associate | $440.00 | 2.3 | $1,031.86 |
| Peyton Heath | Analyst | $375.00 | 10.8 | $4,031.33 |
| Sarah Pittman | Analyst | $375.00 | 4.8 | $1,793.93 |
| Mary Napoliello | Paraprofessional | $300.00 | 0.6 | $185.14 |
| | | **Total** | **59.9** | **$30,960.69** |