# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

*Exhibit C*

*Combined*
*Energy Future Holdings Corp., et al.,*
*Summary of Expense Detail by Category*
*May 1, 2016 through May 31, 2016*

| Expense Category | Sum of Expenses |
|---|---:|
| Airfare | $2,291.88 |
| Lodging | $2,716.68 |
| Meals | $494.77 |
| Transportation | $1,017.42 |
| **Total** | **$6,520.75** |

*Exhibit C*

## TCEH
### Summary of Expense Detail by Category
### May 1, 2016 through May 31, 2016

| Expense Category | Sum of Expenses |
|---|---|
| Airfare | $1,549.77 |
| Lodging | $1,837.02 |
| Meals | $334.57 |
| Transportation | $687.95 |
| **Total** | **$4,409.31** |

*Exhibit C*

### EFH
### Summary of Expense Detail by Category
### May 1, 2016 through May 31, 2016

| Expense Category | Sum of Expenses |
|---|---|
| Airfare | $553.49 |
| Lodging | $656.08 |
| Meals | $119.49 |
| Transportation | $245.70 |
| **Total** | **$1,574.76** |

*Exhibit C*

### EFIH
### Summary of Expense Detail by Category
### May 1, 2016 through May 31, 2016

| Expense Category | Sum of Expenses |
|---|---:|
| Airfare | $188.62 |
| Lodging | $223.58 |
| Meals | $40.71 |
| Transportation | $83.77 |
| *Total* | **$536.68** |