# EXHIBIT D

**Detailed Description of Expenses and Disbursements**

*Exhibit D*

**Combined - All Entities**
**Expense Detail by Category**
**May 1, 2016 through May 31, 2016**

## Airfare

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Jodi Ehrenhofer | 5/1/2016 | $176.72 | Airfare one-way coach Chicago/Dallas. |
| Richard Carter | 5/2/2016 | $750.20 | Airfare roundtrip coach Chicago/Dallas. |
| Jodi Ehrenhofer | 5/4/2016 | $219.02 | Airfare one-way coach Dallas/Chicago. |
| Jodi Ehrenhofer | 5/10/2016 | $176.72 | Airfare one-way coach Chicago/Dallas. |
| Matt Frank | 5/10/2016 | $375.10 | Airfare one-way coach Chicago/Dallas. |
| Jodi Ehrenhofer | 5/12/2016 | $219.02 | Airfare one-way coach Dallas/Chicago. |
| Matt Frank | 5/12/2016 | $375.10 | Airfare one-way coach airfare Dallas/Chicago. |
| **Expense Category Total** | | **$2,291.88** | |

## Lodging

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Jodi Ehrenhofer | 5/3/2016 | $383.82 | Hotel in Dallas - 3 nights. |
| Richard Carter | 5/4/2016 | $843.54 | Hotel in Dallas - 3 nights. |
| Jodi Ehrenhofer | 5/11/2016 | $255.88 | Hotel in Dallas - 2 nights. |
| Matt Frank | 5/11/2016 | $664.04 | Hotel in Dallas - 2 nights. |
| Richard Carter | 5/11/2016 | $569.40 | Hotel in Dallas - 2 nights. |
| **Expense Category Total** | | **$2,716.68** | |

## Meals

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Richard Carter | 5/1/2016 | $24.50 | Out of town dinner - R. Carter. |
| Jodi Ehrenhofer | 5/2/2016 | $43.37 | Out of town dinner - R. Carter, J. Ehrenhofer - 2 |
| Jodi Ehrenhofer | 5/2/2016 | $3.98 | Out of town breakfast - J. Ehrenhofer. |
| Richard Carter | 5/3/2016 | $40.00 | Out of town dinner - R. Carter. |
| Richard Carter | 5/4/2016 | $21.02 | Out of town dinner - R. Carter. |
| Richard Carter | 5/4/2016 | $4.25 | Out of town breakfast - R. Carter. |
| Jodi Ehrenhofer | 5/10/2016 | $11.85 | Out of town breakfast - J. Ehrenhofer. |

*Exhibit D*

**Combined - All Entities**
**Expense Detail by Category**
**May 1, 2016 through May 31, 2016**

## Meals

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Matt Frank | 5/10/2016 | $80.00 | Out of town dinner - Frank, Bergman - 2. |
| Richard Carter | 5/10/2016 | $22.49 | Out of town dinner - R. Carter. |
| Richard Carter | 5/10/2016 | $7.92 | Out of town breakfast - R. Carter. |
| Jodi Ehrenhofer | 5/11/2016 | $8.24 | Out of town breakfast - J. Ehrenhofer and R. Carter - 2. |
| Matt Frank | 5/11/2016 | $160.00 | Out of town dinner - Frank, Bergman, Ehrenhofer, Carter - 4. |
| Matt Frank | 5/11/2016 | $25.00 | Out of town breakfast - M. Frank. |
| Jodi Ehrenhofer | 5/12/2016 | $3.98 | Out of town breakfast - J. Ehrenhofer. |
| Jodi Ehrenhofer | 5/12/2016 | $17.06 | Out of town dinner - J. Ehrenhofer. |
| Richard Carter | 5/12/2016 | $21.11 | Out of town dinner - R. Carter. |
| **Expense Category Total** | | **$494.77** | |

## Transportation

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Jodi Ehrenhofer | 5/1/2016 | $22.50 | Taxi from home to O'Hare. |
| Richard Carter | 5/1/2016 | $54.00 | Taxi from DFW Airport to hotel. |
| Jodi Ehrenhofer | 5/2/2016 | $5.00 | Parking at Energy offices. |
| Jodi Ehrenhofer | 5/3/2016 | $40.50 | Parking at hotel in Dallas - 3 nights. |
| Jodi Ehrenhofer | 5/4/2016 | $3.80 | Fuel for rental car. |
| Jodi Ehrenhofer | 5/4/2016 | $22.50 | Taxi from O'Hare to home. |
| Richard Carter | 5/4/2016 | $118.00 | Parking at Chicago Airport. |
| Richard Carter | 5/4/2016 | $57.78 | Taxi from Energy to DFW Airport. |
| Jodi Ehrenhofer | 5/5/2016 | $92.98 | Rental Car in Dallas - 3 days |
| Jodi Ehrenhofer | 5/10/2016 | $22.45 | Taxi from home to O'Hare. |
| Matt Frank | 5/10/2016 | $70.00 | Taxi from DFW to hotel. |
| Richard Carter | 5/10/2016 | $53.00 | Taxi from DFW Airport to Energy. |
| Jodi Ehrenhofer | 5/11/2016 | $5.00 | Parking at Energy offices. |
| Jodi Ehrenhofer | 5/11/2016 | $27.00 | Parking at hotel in Dallas - 2 nights. |
| Matt Frank | 5/11/2016 | $25.00 | Taxi from hotel to dinner. |

*Exhibit D*

*Combined - All Entities*
*Expense Detail by Category*
*May 1, 2016 through May 31, 2016*

### Transportation

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Matt Frank | 5/11/2016 | $22.00 | Taxi from dinner to hotel. |
| Richard Carter | 5/11/2016 | $2.50 | Taxi from Energy to hotel. |
| Jodi Ehrenhofer | 5/12/2016 | $92.98 | Rental Car in Dallas - 3 days. |
| Jodi Ehrenhofer | 5/12/2016 | $22.50 | Taxi from O'Hare to home. |
| Jodi Ehrenhofer | 5/12/2016 | $15.00 | Parking at Energy offices. |
| Jodi Ehrenhofer | 5/12/2016 | $2.93 | Fuel for rental car. |
| Matt Frank | 5/12/2016 | $70.00 | Parking at ORD (5/10/16-5/12/16). |
| Matt Frank | 5/12/2016 | $65.00 | Taxi from hotel to DFW. |
| Richard Carter | 5/12/2016 | $105.00 | Parking at Chicago Airport. |
| **Expense Category Total** | | **$1,017.42** | |
| *Grand Total* | | **$6,520.75** | |