**<u>EXHIBIT A</u>**

## SCHEDULE A36

Following the Parties' execution of this Schedule A36 ("SOW"), CONTRACTOR ( "KPMG LLP" or "KPMG") is authorized to perform the services ("Services") as defined below on behalf of COMPANY ("EFH Corporate Services Company" or "EFH") pursuant to the terms and conditions contained in the Master Services Agreement C0631124C dated November 1, 2009 and subsequently amended (collectively referred to as the "Agreement").

This SOW shall be effective as of June 13, 2016 (the "Effective Date") and shall remain in full force and effect until it is either (a) superseded by a change order ("CO") or Schedule A-XX, or (b) until terminated in accordance with the Agreement or this SOW, or (c) January 31, 2017, whichever occurs first (the "Expiration Date").

## SCOPE OF WORK AND APPROACH

The Services will be performed in accordance with the specifications and instructions, if any, attached hereto and identified in the List of Attachments. The Services will be scheduled at the direction of COMPANY'S Project Sponsor as identified herein.

During the term of this SOW, KPMG will provide professional services for COMPANY's Internal Audit (IA) co-sourced indicative projects as listed below. These projects are indicative and are subject to change based on COMPANY's needs and as mutually agreed upon by both parties.

| Internal Audit Project Name | Business Unit | Est. Hours Q3 | Est. Hours Q4 | Total Est. Hours |
|---|---|---|---|---|
| Miscellaneous (Audit Planning, Status Updates, CIO Requests, etc.) | EFH Business Services IT | 105 | 110 | 215 |
| IT Application Outsourcing Effectiveness | EFH Business Services IT | 400 | | 400 |
| Converged Systems Availability | EFH Business Services IT | 350 | | 350 |
| SOX Testing - IT | EFH Business Services IT | 1,000 | 700 | 1,700 |
| To Be Identified | EFH Business Services IT | 270 | 230 | 500 |

## APPROACH

Key activities included in the projects noted above include:

- Define audit project objectives and obtain IA Management approval for individual audit project scope
- Perform audit testing and document results in IA workpaper repository (TeamMate)
- Provide results to IA management for review and final submission

## DELIVERABLES

The intended deliverables associated with this project include:
- Audit workpapers documented in Archer or TeamMate per EFH Internal Audit standards
- Audit planning and reporting documented in TeamMate, per EFH Internal Audit standards
- Periodic status reporting

Deliverables will neither be prepared on KPMG letterhead nor contain the KPMG logo or other references to KPMG. These deliverables, however, may be prepared on COMPANY letterhead or contain the COMPANY logo if instructed to do so by the Project Sponsor.

Each deliverable will be provided to the Project Sponsor and other members of senior management, as applicable, for their review. Management will take full responsibility for each deliverable and is solely responsible for classifying any control matters of concern as deficiencies, significant deficiencies or material weaknesses, if applicable. Each deliverable is considered an internal COMPANY report or deliverable that may be distributed as management determines to be appropriate for its needs. For testing work, the deliverable may include conclusions on the individual control objectives tested based upon approved detailed criteria established by the Project Sponsor. In the event detailed criteria is not available, control objectives will be determined to be met only when *all* sample items tested are found to be functioning effectively.

CONTRACTOR may attach a transmittal communication to each deliverable, or provide a periodic transmittal communications referring to the deliverables that have been provided previously. Neither this CONTRACTOR transmittal communication, nor a copy thereof, should accompany any reports or deliverables shared outside COMPANY. Should COMPANY attach its own transmittal letter when reports or deliverables are shared externally, such transmittal letter may not indicate that the report or deliverable was prepared by CONTRACTOR or that the findings were based on input or test work provided by CONTRACTOR. Further, CONTRACTOR's role in supporting COMPANY's internal audit function or other projects may not be publicly disclosed (other than to COMPANY's external auditor) without CONTRACTOR's written consent.

## COMPANY PARTICIPATION AND RESPONSIBILITIES

During the development of this Agreement, CONTRACTOR has been guided by certain assumptions about the project scope, and level of COMPANY's involvement and support.

COMPANY's management is responsible for establishing and maintaining an effective internal control process. Our assistance is intended to help management in fulfilling these responsibilities.

COMPANY will designate a project sponsor ("Project Sponsor" - a senior member of management who has the requisite skills and competencies to oversee the services being provided). The Project Sponsor is responsible for establishing the objectives & scope, and determining the nature, timing, and extent of procedures; for approving the service delivery plan; and for maintaining appropriate day-to-day oversight of the CONTRACTOR team. In addition, the Project Sponsor will have responsibility for reviewing, approving, and taking full responsibility for engagement deliverables prepared during the engagement that document the results; for coordinating with management to determine whether control matters of concern noted constitute deficiencies, significant deficiencies or material weaknesses; for reporting the results within COMPANY's reporting structure, including the Audit Committee; for evaluating the observations and recommendations that arise from the services; and for monitoring corrective action taken.

Notwithstanding the foregoing, CONTRACTOR shall not be obligated to fulfill any particular obligation to provide Services to the extent (and only to the extent) that CONTRACTOR is unable to fulfill such obligation, as a direct result of any of the following dependencies not being completed in all material respects:

- Appropriate access to the number and type of resources agreed upon by the parties and/or relevant documentation
- Timely management review and approval of recommendations
- Appropriate access to relevant data associated with process(es) and system(s) in scope of the specific audits

## OTHER MATTERS

KPMG will provide Services in accordance with the terms and conditions of this SOW. The Services as outlined in this SOW constitute an Advisory Engagement conducted under the American Institute of Certified Public Accountants ("AICPA") Standards for Consulting Services. Such Services are not intended to be an audit, examination, attestation, special report or agreed-upon procedures engagement as those services are defined in AICPA literature applicable to such engagements conducted by independent auditors. Accordingly, these services will not result in the issuance of a written communication to third parties by KPMG directly reporting on financial data or internal control or expressing a conclusion or any other form of assurance.

CONTRACTOR uses third party service providers within and without the United States to provide at CONTRACTOR's direction, administrative and clerical services to CONTRACTOR. Accordingly, COMPANY consents to CONTRACTOR's disclosure to such third party service providers of data and information received from or at the request or direction of COMPANY for the foregoing purposes; however, such COMPANY authorization does not relieve CONTRACTOR of its confidentiality obligations hereunder and CONTRACTOR shall remain responsible and liable for breaches of confidentiality committed by any such third party provider.

### Sarbanes-Oxley Act of 2002

The following paragraph supersedes Article 43(a) of the Agreement:

In accepting this engagement, COMPANY acknowledges that completion of this engagement or acceptance of deliverables resulting from this engagement will not constitute the sole basis for its assessment or evaluation of internal control over financial reporting or the primary basis for its compliance with its principal officer certification requirements under Section 302 of the Sarbanes-Oxley Act of 2002 (the Act). This engagement shall not be construed to be the sole basis to support the COMPANY'S responsibilities under Section 404 of the Act requiring each annual report filed under Section 13(a) or 15(d) of the Securities Exchange Act of 1934 to contain an internal control report from management. It is the responsibility of COMPANY management to establish and maintain an adequate internal control structure and procedures for financial reporting and to assess, as of the end of the most recent fiscal year of the COMPANY, the effectiveness of the internal control structure and procedures of the COMPANY for financial reporting.

### Other Parties

KPMG has performed a limited internal search for relationships based on the parties identified by COMPANY. Based on that internal search, KPMG and member firms of the KPMG network of

independent firms and firms and entities controlled by, or under common control with, one or more such member firms (collectively, "Member Firms") has provided services to the following organizations identified by COMPANY:

- KPMG LLP in the US and one or more other member Firms of KPMG Intl provide audit, tax and advisory services to Capgemini America, Inc and or affiliates.
- KPMG LLP in the US provides tax and advisory services and one or more other member Firms of KPMG Intl provide audit, tax and advisory services to HCL TECHNOLOGIES, LTD and or affiliates.
- KPMG LLP in the US and one or more member firms of KPMG International provide audit, tax, and advisory services to ACCENTURE and/or affiliates.

By signing this SOW, COMPANY agrees that these relationships do not (i) constitute a limitation on the Services requested; (ii) create a basis for disqualification of KPMG or its professionals; or (iii) constitute a conflict of interest for purposes of KPMG's engagement to perform the services under this Schedule A36 for COMPANY. COMPANY expressly waives its right to assert any such conflict against KPMG.

KPMG's process for conducting searches of potential conflicts takes place at the time the organizations are identified for review by COMPANY. However, if KPMG becomes aware of any potential conflicts after the start of the engagement, KPMG will promptly inform COMPANY. In addition, during the course of this engagement, COMPANY agrees that it will inform KPMG of additional organizations or name changes for the organizations previously provided by COMPANY. At such time, KPMG will perform an additional limited internal search for relationships on those organizations. If identified, KPMG will advise COMPANY of the general nature of any services provided to those organizations (i.e. audit, tax and/or advisory).

If COMPANY fails to promptly notify KPMG of its objection to the identified relationship(s), COMPANY agrees that KPMG's professional relationship with an organization does not impact KPMG's engagement to perform the Services under this Schedule A36 for COMPANY.

KPMG reserves the right to resign from this engagement at any time if a conflict, as contemplated by the professional standards of the AICPA, law or regulation, arises or becomes known to KPMG that prohibits KPMG from conducting this engagement, or in KPMG's judgment, would impair KPMG's ability to perform objectively. If KPMG serves as independent auditors of an organization, KPMG may require consent from the organization, which will be determined on a case-by-case basis.

KPMG will take all reasonable steps to prevent the disclosure of confidential information between the KPMG team serving COMPANY and the KPMG teams serving the identified organizations. COMPANY hereby also acknowledges and agrees that KPMG may be in possession of confidential information concerning these organizations that may be relevant to COMPANY'S procedures and that such information will not be disclosed to COMPANY unless the organization provides written consent to such disclosure in advance.

Where KPMG provides audit services to an organization, our professional responsibilities may require that we inform the KPMG team serving that organization about information coming to our attention that affects KPMG's engagement to audit that organization's consolidated financial statements. By your signature below you acknowledge that such communication, if deemed necessary in our sole judgment, will require no approval from you on this matter.

## WORK SITE

The work site will be the following location(s): CONTRACTOR &/or COMPANY offices located in or near Dallas, TX.

## COMPENSATION, INVOICES AND PAYMENT

As full compensation for the satisfactory performance by CONTRACTOR of the Work authorized pursuant to this Schedule A36, COMPANY will compensate CONTRACTOR as follows.

## PROFESSIONAL AND SUPPORT STAFF FEES SCHEDULE

| Role | Rate |
|------|------|
| Partner / Managing Director | $320 |
| Director / Senior Manager | $285 |
| Manager | $245 |
| Senior Associate | $185 |
| Associate | $120 |

The estimated effort for this project is 3,165 hours with related professional fees between $570,000 and $605,000 and this project is not authorized to exceed $615,000. CONTRACTOR will bill only for hours spent performing substantive Services for COMPANY; substantive Services do not include any administrative expenses of whatsoever kind. Any extension or increase in spend will require a CO signed by an authorized agent of each party. If travel is required, normal and reasonable travel expenses will be reimbursed in accordance with Article 5 and Attachment 5 of the Agreement (Reimbursable Expense Policy).

The rates specified in this Schedule A36 will remain in effect, with respect to and until completion of the Work authorized pursuant to this Schedule A36.

All invoices shall be submitted to the United States Bankruptcy Court for the District of Delaware and to:

P. O. Box 20
Dallas, Texas 75221-0020

OR, BUT NOT BOTH PAPER AND ELECTRONIC, ONE INVOICE PER EMAIL

Email: ap.invoicing@energyfutureholdings.com (Include location where Work was performed.)

With an electronic copy to: Drew.Cameron@energyfutureholdings.com

## KEY PERSONNEL

CONTRACTOR will employ all reasonable efforts to ensure that Assigned Personnel remain so assigned until such Services are accepted by COMPANY; provided, however, that in the event that any such individuals are reassigned by CONTRACTOR or otherwise become unavailable to perform such Services, CONTRACTOR will provide, by way of replacement, individuals with reasonably equivalent experience and expertise.

## LIST OF ATTACHMENTS

COMPANY and CONTRACTOR agree that the following described attachments, if any, are incorporated herein in their entirety as fully as completely rewritten herein.

n/a

Services not specified above may be authorized only through a separate Schedule A-XX, or through a CO signed by a duly authorized agent of each party.

## RESERVATION OF RIGHTS

Nothing in this Statement of Work shall constitute or be deemed (a) an allowance or disallowance of any claim, including administrative expense claims under section 503(b) of the Bankruptcy Code, (b) an assumption or rejection of this Statement of Work, any other agreement between the parties, or any other executory contract or unexpired lease under section 365 of the Bankruptcy Code, (c) a waiver of any of the rights of the Buyer to dispute claims asserted against the Buyer in the chapter 11 cases commenced by the Buyer, or (d) change of any priority levels existing in the absence of this Statement of Work.

**KPMG LLP**

By: _____
    Signature

Name: David Cargile

Title:  Managing Director

Date:  July 12, 2016

**EFH CORPORATE SERVICES COMPANY**

By: _____
    Signature

Name: Drew Cameron

Title:  VP, Internal Audit

Date:  July 13, 2016