# **EXHIBIT A**

Invoice Date: 7/14/16
Invoice Number: 733427
Client Matter Number: 66471.00003
I.D.# 01051

## SUMMARY FOR FEE SERVICES RENDERED BY TASK

| Code | Description | Hours | Amount |
|---|---|---|---|
| 006 | Case Administration | 10.50 | $5,574.50 |
| 010 | Employment and Fee Applications (MMWR) | 5.70 | $1,059.00 |
| 011 | Employment and Fee Applications (Others) | 5.40 | $1,620.00 |
| 012 | Financing, Cash Collateral, Make Whole | 2.30 | $1,403.00 |
| 014 | Meetings and Communications with Creditors | 1.70 | $1,037.00 |
| 015 | Non-Working Travel | 5.90 | $1,812.50 |
| 016 | Plan and Disclosure Statement | 53.50 | $33,096.50 |
| 021 | Hearings | 5.20 | $3,341.00 |
| | Matter Total | 90.20 | $48,943.50 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**