# **<u>EXHIBIT B</u>**

The MMWR attorneys and paralegals that rendered professional services in these cases during the Fee Period are:

| Name of Professional Individual | Position of the Applicant and Year of Obtaining License to Practice | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **PARTNERS AND OF COUNSEL** | | | | |
| Natalie D. Ramsey | Partner; Joined Firm in 1985; Member of DE Bar since 2009 | $675.00 | 11.50 | $7,762.50 |
| Natalie D. Ramsey | Non-working Travel | $337.50 | 0.40 | $135.00 |
| Mark A. Fink | Partner; Joined Firm in 2012; Member of DE Bar since 2000 | $610.00 | 61.30 | $37,393.00 |
| Mark A. Fink | Non-working Travel | $305.00 | 5.50 | $1,677.50 |
| Mark B. Sheppard | Partner; Joined Firm in 2009; Member of PA Bar since 1987 | $585.00 | 0.70 | $409.50 |
| **TOTAL PARTNERS AND OF COUNSEL** | | | **79.40** | **$47,377.50** |
| **PARALEGALS & ADDITIONAL PROFESSIONALS** | | | | |
| Keith Mangan | Paralegal | $140.00 | 10.80 | $1,566.00 |
| **TOTAL PARALEGALS AND ADDITIONAL PROFESSIONALS** | | | **10.80** | **$1,566.00** |
| **TOTAL ALL PROFESSIONALS** | | | **90.20** | **$48,943.50** |