**EXHIBIT C**

**EXPENSE SUMMARY**

| Expense Category | Total Expenses |
| --- | --- |
| Miscellaneous Expense | $30.00 |
| Postage | $0.47 |
| Consultant Fees | $150.00 |
| Filing Fee - Other | $30.00 |
| Travel - Rail Fare | $234.00 |
| Pacer | $241.60 |
| **Total:** | **$686.07** |