# **EXHIBIT D**

|  |  |
|---|---|
| Invoice Date: | 7/14/16 |
| Invoice Number: | 733427 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

## Disbursements and Other Related Charges Incurred On Your Behalf

| Date | Description | | Amount |
|---|---|---|---|
| 05/31/16 | Postage | $ | 0.47 |
| 05/31/16 | Pacer | $ | 241.60 |
| 05/13/16 | Miscellaneous Expense - PAID TO: Mark A. Fink - 4/28/16, Court Call Hearing Expense | $ | 30.00 |
| 05/17/16 | Consultant Fees - PAID TO: Epiq eDiscovery Solutions - Services for the month of April, 2016 | $ | 150.00 |
| 05/23/16 | Travel - Rail Fare - PAID TO: Mark A. Fink 05/23/16 Roundtrip Amtrak rail from New York to Wilmington DE - Attend EFH hearing | $ | 234.00 |
| 05/26/16 | Filing Fee - Other - PAID TO: American Express - CCAll ID # 7534524 charge on 4/15/2016 for Natalie Ramsey on 4/5/2016 | $ | 30.00 |
| | Total Disbursements | $ | 686.07 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**