# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered) |

## ENTRY OF APPEARANCE AND REQUEST FOR SERVICE
## PURSUANT TO FED.R.BANKR.P.2002 AND 9010 AND DEL.BANKR.L.R. 2002-1(d)

Pursuant to Federal Rules of Bankruptcy Procedure 2002(g) and 9010(b) and Local Rule of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware 2002-1(d), the undersigned, as proposed counsel to John H. Jones, hereby appear in the above-captioned cases and request that they be added to the official mailing matrix and service lists in these cases and that copies of all pleadings, motions, notices, and other papers, filed or served, in these cases or any proceeding therein, be served upon Hogan♦McDaniel, and Gori Julian & Associates, P.C. at the following addresses and/or facsimile numbers:

| | |
|---|---|
| Daniel K. Hogan, Esq. [DE #2814]<br>HOGAN♦McDANIEL<br>1311 Delaware Avenue<br>Wilmington, Delaware 19806<br>Telephone:  (302) 656-7540<br>Facsimile:   (302) 656-7599<br>Email:  gfmcdaniel@dkhogan.com | Barry Julian, Esq.<br>Beth A. Gori, Esq.<br>GORI JULIAN & ASSOCIATES, P.C.<br>156 North Main Street<br>Edwardsville, IL 62025<br>Telephone: (618) 659-9833<br>Facsimile:  (618) 659-9834<br>Email: barry@gorijulianlaw.com<br>          beth@gorijulianlaw.com |

---

[1]  The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

PLEASE TAKE FURTHER NOTICE, that the foregoing request includes, without limitation, all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of financial affairs, operating reports, plans of reorganization, and disclosure statements, including all amendments to any of the foregoing, whether formal or informal, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this Entry of Appearance and Request for Notices nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive John H. Jones's (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding so triable in any case, controversy or adversary proceeding; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which the John H. Jones is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated:   July 15, 2016
         Wilmington, Delaware

Respectfully submitted:

By: /s/ **Daniel K. Hogan**
Daniel K. Hogan (DE Bar # 2814)
**HOGAN♦McDANIEL**
1311 Delaware Avenue
Wilmington, Delaware  19806
Telephone:  (302) 656-7540
Facsimile:  (302) 656-7599
dkhogan@dkhogan.com

*Counsel for Shirley Fenicle, individually and as successor-in-interest to the Estate of George Fenicle, David William Fahy, and John H. Jones*

-and-

Barry Julian
Beth A. Gori
Gori Julian & Associates, P.C.
156 North Main Street
Edwardsville, IL 62025
Telephone: (618) 659-9833
Facsimile: (618) 659-9834

*Counsel for John H. Jones*