# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) ) ENERGY FUTURE HOLDINGS CORP., *et al.,* ) ) Debtors. ) ) | Chapter 11 Case No. 14-10979 (CSS) (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of John Barry Julian, Esquire, of Gori, Julian and Associates, P.C., 156 North Main Street, Edwardsville, Illinois 62025 to represent John H. Jones in this action.

Dated: July 15, 2016

**HOGAN♦McDANIEL**

By:*/s/ Daniel K. Hogan*
Daniel K. Hogan (DE #2814)
1311 Delaware Avenue
Wilmington, DE  19806
Telephone:  (302) 656-7540
Fax:  (302) 656-7599
dkhogan@dkhogan.com.com

*Counsel for Shirley Fenicle, individually and as successor-in-interest to the Estate of George Fenicle, David William Fahy, and John H. Jones*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admission *Pro Hac Vice* is granted.

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois, the Bar of the State of Missouri, and the United States District Court for the Southern District of Illinois, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Dated: July 15, 2016
       Wilmington, Delaware

                        */s/ John Barry Julian*
                        John Barry Julian, Esquire
                        Gori, Julian and Associates, P.C.
                        156 North Main Street
                        Edwardsville, Illinois 62025
                        Telephone:    618-659-4085
                        Facsimile:     618-659-9834
                        Email:           barry@gorijulianlaw.com