# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
|  | ) ) | (Jointly Administered) |
| Debtors. | ) ) | **Ref. Docket Nos. 7999 and 8000** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 11, 2016, I caused to be served the:

   a) "Notice of Fourteenth Amended Lists of Ordinary Course Professionals," dated March 11, 2016 [Docket No. 7999], and

   b) "Declaration of Disinterestedness of Grace & McEwan Pursuant to the Order Authorizing the Retention and Compensation of Certain Professionals Utilized in the Ordinary Course of Business," dated March 9, 2016 [Docket No. 8000],

by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Carol Zhang

Sworn to before me this
14th day of March, 2016

_____
Notary Public

ELLI KREMPA
Notary Public, State of New York
No. 01KR6175879
Qualified in Suffolk County
Commission Expires October 22, 20__

**EXHIBIT A**

**EFH_(LIST2002.DBF, REC2002) *** 29 *****
ENERGY FUTURE HOLDINGS CORP ET AL
ATTN: ANDREW M WRIGHT
1601 BRYAN ST 43RD FL
DALLAS, TX 75201

**EFH_(LIST2002.DBF, REC2002) *** 1 *****
KIRKLAND & ELLIS LLP
(COUNSEL TO EFHC DEBTORS)
ATTN: EDWARD SASSOWER PC
STEPHEN HESSLER ESQ & BRIAN SCHARTZ ESQ
601 LEXINGTON AVE
NEW YORK, NY 10022

**EFH_(LIST2002.DBF, REC2002) *** 2 *****
KIRKLAND & ELLIS LLP
(COUNSEL TO EFHC DEBTORS)
ATTN: JAMES HM SPRAYREGEN PC
CHAD HUSNICK ESQ & STEVEN SERAJEDDINI ESQ
300 N LASALLE
CHICAGO, IL 60654

**EFH_(LIST2002.DBF, REC2002) *** 239 *****
MORRISON & FOERSTER LLP
(COUNSEL TO THE EFH CREDITORS COMMITTEE)
ATTN: JAMES PECK ESQ, BRETT H MILLER ESQ
LORENZO MARINUZZI ESQ
250 W 55TH ST
NEW YORK, NY 10019

**EFH_(LIST2002.DBF, REC2002) *** 4 *****
OFFICE OF THE UNITED STATES TRUSTEE
ATTN: RICHARD L. SCHEPACARTER
J. CALEB BOGGS FEDERAL BUILDING
844 KING STREET, SUITE 2207
WILMINGTON, DE 19801

**EFH_(LIST2002.DBF, REC2002) *** 234 *****
OFFICE OF THE UNITED STATES TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: ANDREA SCHWARTZ
201 VARICK STREET, SUITE 1006
NEW YORK, NY 10014

**EFH_(LIST2002.DBF, REC2002) *** 23 *****
SHEARMAN & STERLING LLP
(COUNSEL TO DEUTSCHE BANK, AGENT TO EFIH
FIRST LIEN DIP FINANCING)
ATTN: FREDERICK SOSNICK ESQ &
NED SHODEK ESQ
599 LEXINGTON AVE
NEW YORK, NY 10022