## EXHIBIT A

Energy Future Holdings et. al
De Minimis Asset Sales Motion Reporting
For the Period June 1, 2016 to June 30, 2016

### De Minimis Asset sales with a sales price less than $250,000

| Aggregate net sales price |
|---|
| $2,000.00 |

### De Minimis Asset sales / transfers with a sales price greater than $250,000

| General description of asset sold | Name of purchasing parties incl. details of relationship with TCEH Debtors and their estates | Sales price | Details (incl. amount of third parties receiving commission) |
|---|---|---|---|
| 94.45 acres of land owned by Luminant Generation Company LLC | Oncor | $762,069.00 | |

### De Minimis Asset Abandonments with an estimated book value less than $250,000

| Aggregate estimated book value of abandonments |
|---|
| None recorded during the period June 1, 2016 to June 30, 2016 |

### De Minimis Asset Abandonments with an estimated book value greater than $250,000

| General description of asset abandoned | Estimated book value |
|---|---|
| None recorded during the period June 1, 2016 to June 30, 2016 | |