**EXHIBIT B**

**Time Records**

(Detailed expense records have been included with each Monthly Fee Statement)

**Energy Future Holdings**
Time Detail (January 1, 2016 - April 30, 2016)
Evercore Group L.L.C.
William O. Hiltz - Senior Managing Director

| Date | Description of Work | Hours | Code | Debtors |
|---|---|---|---|---|
| 1/6/2016 | Review latest Board Materials | 0.5 | 9 | ALL |
| 1/6/2016 | EFH Discussion - Internal | 0.5 | 1 | EFH |
| 1/7/2016 | Weekly Execution Pre-Call (Company / K&E) | 0.5 | 8 | ALL |
| 1/8/2016 | Joint Meeting of the Boards | 1.0 | 9 | ALL |
| 1/14/2016 | Weekly Execution Call (PW/K&E/Co) | 0.5 | 1 | ALL |
| 1/19/2016 | [ TCEH ] Bid Discussion | 1.0 | 5 | TCEH |
| 1/22/2016 | Joint Meeting of the Boards (Teleconference) | 1.5 | 9 | All |
| 1/22/2016 | Joint Meeting of the Boards | 1.0 | 9 | ALL |
| 1/25/2016 | Call with K&E re preparing for Plan B discussions | 0.5 | 8 | ALL |
| 2/3/2016 | Weekly Update Call Company K&E | 0.5 | 1 | All |
| 2/19/2016 | Review draft board materials | 1.0 | 9 | All |
| 2/23/2016 | Travel NY to Dallas for EFH Board meetings | 6.0 | 12 | All |
| 2/24/2016 | Conversation with Company Refinancing options for TCEH / EFIH | 2.0 | 4 | TCEH |
| 2/24/2016 | TCEH Board Meeting | 1.0 | 9 | TCEH |
| 2/24/2016 | EFIH Board Meeting | 1.0 | 9 | EFIH |
| 2/25/2016 | EFH Board Meeting | 3.0 | 9 | EFH |
| 2/25/2016 | Travel Dallas to NY | 5.0 | 12 | All |
| 3/27/2016 | Review recent market data on TCEH comparable companies | 1.0 | 6 | TCEH |
| 3/27/2016 | Review recent market data on EFIH / Oncor comparable companies | 1.0 | 6 | EFIH |
| 3/28/2016 | Weekly Update Call with Company K&E | 0.5 | 1 | All |
| 3/28/2016 | Weekly Transaction Call (Co/K&E/W&C/BB) | 0.5 | 1 | All |
| 3/31/2016 | Call with Company re Hunt transaction | 0.5 | 5 | EFIH |
| | | **30.0** | | |

**Energy Future Holdings**
Time Detail (January 1, 2016 - April 30, 2016)
Evercore Group L.L.C.
David Ying - Senior Managing Director

| Date | Description of Work | Hours | Code | Debtors |
|---|---|---|---|---|
| 1/4/2016 | Weekly Update Call | 0.5 | 1 | ALL |
| 1/5/2016 | Review market valuation data on IPPs | 1.5 | 6 | TCEH |
| 1/5/2016 | Review market valuation data on REITs and YieldCos | 1.5 | 6 | EFH |
| 1/6/2016 | Review latest Board Materials | 0.5 | 9 | ALL |
| 1/7/2016 | Weekly Execution Pre-Call (Company / K&E) | 0.5 | 8 | ALL |
| 1/7/2016 | K&E and Evercore RE: EFH Plan B | 1.0 | 8 | ALL |
| 1/7/2016 | Internal discussion re next steps | 0.5 | 1 | ALL |
| 1/7/2016 | Call with Miller Buckfire re Update on PUCT hearing | 0.5 | 10 | ALL |
| 1/8/2016 | Joint Meeting of the Boards | 1.0 | 9 | ALL |
| 1/12/2016 | Review materials from Clean Energy Tech | 1.0 | 5 | ALL |
| 1/13/2016 | Review analysis of Cean Energy tech proposal | 1.0 | 5 | ALL |
| 1/14/2016 | Weekly Execution Pre-Call with Company K&E | 0.5 | 1 | ALL |
| 1/14/2016 | Weekly Execution Call (PW/K&E/Co) | 0.5 | 1 | ALL |
| 1/14/2016 | Review reports transcripts on PUCT hearing | 2.0 | 1 | ALL |
| 1/15/2016 | Review latest research and market data on valuation comparables - Oncor/EFH | 1.5 | 6 | EFH |
| 1/15/2016 | Review latest research and market data on valuation comparables TCEH | 1.5 | 6 | TCEH |
| 1/20/2016 | Internal meeting re valuation | 2.0 | 6 | ALL |
| 1/21/2016 | Call with Company K&E re Clean Energy Tech | 0.5 | 5 | ALL |
| 1/21/2016 | Review Board materials | 1.0 | 9 | ALL |
| 1/22/2016 | Joint Meeting of the Boards | 1.0 | 9 | ALL |
| 1/25/2016 | Internal discussion re next steps | 0.5 | 1 | ALL |
| 1/25/2016 | Call with K&E re preparing for Plan B discussions | 0.5 | 8 | ALL |
| 1/25/2016 | Weekly Update Call (Company / K&E) | 1.0 | 1 | ALL |
| 1/28/2016 | Weekly Execution Pre-Call (K&E / Company) | 0.5 | 1 | ALL |
| 2/1/2016 | Internal Prep re Plan B Scenarios | 1.0 | 6 | All |
| 2/3/2016 | Weekly Update Call Company K&E | 0.5 | 1 | All |
| 2/4/2016 | Call re Plan B with K&E DD Lawyers | 1.0 | 6 | All |
| 2/5/2016 | Plan B Tax Issues Strategy Discussion with K&E | 1.0 | 6 | All |
| 2/7/2016 | Review K&E prepeared materials for DDA meeting on Plan B | 1.0 | 6 | All |
| 2/7/2016 | Prepare financial analysis re DDA Meeting on Plan B | 1.0 | 6 | All |
| 2/8/2016 | Weekly Update Call with Company K&E | 1.0 | 1 | All |
| 2/9/2016 | Call with K&E re Plan B | 1.0 | 6 | All |
| 2/11/2016 | Call with Company re Plan B discussions | 0.5 | 6 | All |
| 2/11/2016 | Review of materials for Plan B meeting | 1.0 | 6 | All |
| 2/12/2016 | Plan B Meeting with K&E DD Legal and Financial advisors | 2.0 | 6 | All |
| 2/15/2016 | Weekly Transaction Pre-Call (K&E/Co/GDC/EVR) | 0.5 | 1 | All |
| 2/16/2016 | Internal call re recent developments in Utility industry M&A | 0.5 | 6 | EFIH |
| 2/18/2016 | Internal discussion re creditor discussions | 0.5 | 6 | EFIH |
| 2/18/2016 | Internal discussion materials for upcoming board meeting | 0.5 | 9 | All |
| 2/19/2016 | Review draft board materials | 1.0 | 9 | All |
| 2/19/2016 | Internal discussion re board materials | 0.5 | 9 | All |
| 2/23/2016 | Meeting with EFIH PIK holder re status of transaction | 1.0 | 10 | EFIH |
| 2/23/2016 | Review latest draft of board materials | 0.5 | 9 | All |
| 2/23/2016 | Call with Company re Plan B discussions | 0.5 | 6 | All |
| 2/23/2016 | Travel NY to Dallas for EFH Board meetings | 6.0 | 12 | All |
| 2/24/2016 | Conversation with Company Refinancing options for TCEH / EFIH | 2.0 | 4 | TCEH |
| 2/24/2016 | TCEH Board Meeting | 1.0 | 9 | TCEH |
| 2/24/2016 | EFIH Board Meeting | 1.0 | 9 | EFIH |
| 2/25/2016 | Meeting with Company re Plan B alternatives | 0.5 | 6 | All |
| 2/25/2016 | EFH Board Meeting | 3.0 | 9 | EFH |
| 2/25/2016 | Travel Dallas to NY | 5.0 | 12 | All |
| 2/29/2016 | Review most recent filings with PUCT | 1.0 | 1 | EFIH |
| 3/1/2016 | Internal discussion re Plan B | 0.5 | 6 | All |
| 3/2/2016 | Review recent filings with PUCT | 0.5 | 1 | EFIH |
| 3/3/2016 | Review transcript from PUCT hearing | 1.0 | 1 | EFIH |
| 3/14/2016 | Meeting with Company K&E re alternative Plans | 1.0 | 8 | All |
| 3/15/2016 | Internal discussion re next steps | 0.5 | 1 | All |
| 3/16/2016 | Review financial analysis re alternative plans | 1.0 | 6 | All |
| 3/17/2016 | Review internal financial analysis of Plan B alternatives | 1.0 | 6 | All |
| 3/17/2016 | Internal discussion re next steps | 0.5 | 1 | All |
| 3/18/2016 | Call with Company re Plan B alternatives | 0.5 | 8 | All |

**Energy Future Holdings**
Time Detail (January 1, 2016 - April 30, 2016)
Evercore Group L.L.C.
David Ying - Senior Managing Director

| Date | Description of Work | Hours | Code | Debtors |
|---|---|---|---|---|
| 3/18/2016 | Call with TCEH 1L holder re case status | 0.5 | 10 | TCEH |
| 3/18/2016 | Call with Company re PUCT approval process | 0.5 | 1 | EFIH |
| 3/18/2016 | Internal discussion re TCEH strategic alternatives | 0.5 | 6 | TCEH |
| 3/21/2016 | Weekly Update Call with Company K&E | 0.5 | 1 | All |
| 3/21/2016 | Review latest filings at the PUCT | 1.0 | 1 | EFIH |
| 3/21/2016 | Review TCEH DIP refinancing proposals | 1.0 | 4 | TCEH |
| 3/24/2016 | Call with Company re PUCT Ruling | 0.5 | 1 | All |
| 3/25/2016 | Review PUCT Order | 2.0 | 1 | EFIH |
| 3/27/2016 | Review recent market data on TCEH comparable companies | 2.0 | 6 | TCEH |
| 3/27/2016 | Review recent market data on EFIH / Oncor comparable companies | 2.0 | 6 | EFIH |
| 3/28/2016 | Weekly Update Call with Company K&E | 0.5 | 1 | All |
| 3/28/2016 | Weekly Transaction Call (Co/K&E/W&C/BB) | 0.5 | 1 | All |
| 3/29/2016 | Review proposals for TCEH exit financing | 0.5 | 4 | TCEH |
| 3/29/2016 | Call with TCEH Unsecured bondholder | 0.5 | 10 | TCEH |
| 3/31/2016 | Call with TCEH Uns holder re Plan of Reorg | 0.5 | 10 | TCEH |
| 3/31/2016 | Call with Company re Hunt transaction | 0.5 | 5 | EFIH |
| 4/1/2016 | Joint Meeting of the Boards | 1.0 | 9 | All |
| 4/4/2016 | Review materials for Plan B term sheet | 1.0 | 6 | All |
| 4/11/2016 | EFH - Weekly Update Call Company K&E | 1.0 | 1 | All |
| 4/12/2016 | Conversation with T Uns holder re Plan of reorganization | 0.5 | 10 | TCEH |
| 4/12/2016 | Internal discussion re TCEH exit financing | 0.5 | 4 | TCEH |
| 4/13/2016 | Call re Plan Modification Term Sheet with Company K&E | 1.0 | 8 | All |
| 4/14/2016 | Call with EFIH PIK holder re Plan of reorganization | 0.5 | 10 | EFIH |
| 4/14/2016 | Call with K&E re Plan Modification Term Sheet | 0.5 | 8 | All |
| 4/14/2016 | Call with Company re Plan Modification Term Sheet | 0.5 | 8 | All |
| 4/14/2016 | Review and analyze financial terms of Plan Modification proposal | 0.5 | 6 | All |
| 4/15/2016 | Weekly Execution Call (PW/K&E/Co) | 0.5 | 1 | All |
| 4/15/2016 | Internal meeting re next steps | 0.5 | 1 | All |
| 4/15/2016 | Call with K&E re Plan Modification Term Sheet | 0.5 | 8 | All |
| 4/15/2016 | Call with Company re plan modification term sheet | 0.5 | 8 | All |
| 4/18/2016 | Weekly Update Call with Company/K&E | 0.5 | 1 | All |
| 4/18/2016 | Review plan modification financial alternatives analyses | 1.0 | 6 | All |
| 4/19/2016 | Travel NYC - Dallas | 5.0 | 12 | All |
| 4/19/2016 | Meeting with Company K&E re Plan Modification Alternatives | 4.0 | 8 | All |
| 4/20/2016 | Travel Dallas - NYC | 5.0 | 12 | All |
| 4/20/2016 | Internal meeting re next Steps | 0.5 | 1 | All |
| 4/21/2016 | Review Plan Modification Term Sheet | 1.0 | 8 | All |
| 4/25/2016 | Weekly Update Call with Company/K&E | 1.0 | 1 | All |
| 4/25/2016 | Meeting with TCEH 1L Holder to discuss Plan of reorganization | 0.5 | 10 | TCEH |
| 4/25/2016 | Call with Creditor re plan modification term sheet | 0.5 | 10 | EFH |
| 4/25/2016 | Review plan modification term sheet and financial analysis | 1.0 | 6 | All |
| 4/26/2016 | Review market data valuations of T side comps | 1.0 | 7 | TCEH |
| 4/27/2016 | Review market data valuations of E side comps | 1.5 | 7 | EFIH |
| 5/26/2016 | Internal discussion re next steps | 0.5 | 1 | All |
| 4/28/2016 | Call with Company re Plan B discussions | 0.5 | 8 | All |
| 4/28/2016 | Call with K&E re Plan B discussions | 0.5 | 8 | All |
| 4/28/2016 | Call with Solic re Plan B term sheet | 0.5 | 8 | All |
| 4/28/2016 | SOLIC/EVR/K&E/Proskauer/EFH Corp. DDs/S. Dore catch-up | 1.0 | 1 | All |
| 4/28/2016 | 4/28 Telephonic Status Conference - Wilmington, DE | 0.5 | 11 | All |
| 4/28/2016 | Prepare for Board Meeting and review board materials | 1.0 | 9 | All |
| 4/29/2016 | Joint Meeting of the Boards | 1.5 | 9 | All |
| 4/30/2016 | Review Alternative Plan of Reorganization and related filing drafts | 2.0 | 8 | All |
| 4/30/2016 | Review Board materials | 1.0 | 9 | All |
| 4/30/2016 | Joint Meeting of the Boards | 1.0 | 9 | All |
| | | **120.0** | | |

**Energy Future Holdings**
Time Detail (January 1, 2016 - April 30, 2016)
Evercore Group L.L.C.
Laurie Coben - Senior Managing Director

| Date | Description of Work | Hours | Code | Debtors |
|---|---|---|---|---|
| 1/8/2016 | TCEH Management Call re. Diligence & Plan | 2.0 | 2 | TCEH |
| 1/12/2016 | TCEH Call re. Plan | 1.0 | 8 | TCEH |
| 1/19/2016 | Bid Discussion - Internal | 1.0 | 5 | EFIH |
| 1/22/2016 | Joint Meeting of the Boards | 1.5 | 9 | All |
| 4/1/2016 | Joint Meeting of the Boards (Teleconference) | 1.5 | 9 | All |
| 4/25/2016 | Evercore and Apollo/TCEH Discussion | 1.0 | 4 | TCEH |
| 4/29/2016 | Joint Meeting of the Boards (Teleconference) | 1.5 | 9 | All |
| | | **9.5** | | |

**Energy Future Holdings**
Time Detail (January 1, 2016 - April 30, 2016)
Evercore Group L.L.C.
Chuck McMullan - Senior Managing Director

| Date | Description of Work | Hours | Code | Debtors |
|---|---|---|---|---|
| 3/18/2016 | Internal discussion re TCEH Financing | 2.0 | 4 | TCEH |
| 3/21/2016 | Review TCEH DIP refinancing proposals | 3.0 | 4 | TCEH |
| 3/27/2016 | Review recent market data on TCEH comparable companies | 2.0 | 6 | TCEH |
| 3/28/2016 | Weekly Transaction Call (Co/K&E/W&C/BB) | 0.5 | 1 | All |
| 3/29/2016 | Review proposals for TCEH exit financing | 1.0 | 4 | TCEH |
| 4/12/2016 | Internal discussion re TCEH exit financing | 0.5 | 4 | TCEH |
| 4/19/2016 | Review TCEH DIP refinancing proposals | 3.0 | 4 | TCEH |
| 4/22/2016 | Review recent market data on TCEH comparable companies | 2.0 | 6 | TCEH |
| 4/24/2016 | Review TCEH DIP refinancing proposals | 4.0 | 4 | TCEH |
| 4/29/2016 | Meeting with Viking Global re. TCEH | 3.0 | 5 | TCEH |
| 4/29/2016 | Review TCEH DIP refinancing proposals | 2.0 | 4 | TCEH |
| | | **23.0** | | |

**Energy Future Holdings**
Time Detail (January 1, 2016 - April 30, 2016)
Evercore Group L.L.C.
Jeremy Matican - Managing Director

| Date | Description of Work | Hours | Code | Debtors |
|---|---|---|---|---|
| 1/4/2016 | Weekly preparation call with Company and K&E | 0.5 | 1 | All |
| 1/4/2016 | Weekly transaction call with Company, K&E, W&C, and BB | 0.5 | 1 | All |
| 1/5/2016 | Review documents for redaction | 1.0 | 11 | All |
| 1/6/2016 | Review documents for redaction | 1.5 | 11 | All |
| 1/6/2016 | Dialogue internally and with K&E re. document redactions | 2.0 | 11 | All |
| 1/6/2016 | Internal dialogue re. TCEH M&A process | 0.5 | 5 | TCEH |
| 1/7/2016 | Call with K&E re. backup plan of reorganization | 1.0 | 8 | All |
| 1/7/2016 | Internal dialogue re. backup plan of reorganization | 1.0 | 8 | All |
| 1/8/2016 | Joint board call | 1.0 | 9 | All |
| 1/8/2016 | Internal meeting re. valuation | 1.0 | 6 | All |
| 1/8/2016 | Review valuation materials | 1.5 | 6 | All |
| 1/11/2016 | Work session re. valuation | 1.0 | 6 | All |
| 1/12/2016 | Internal dialogue re. valuation | 0.5 | 6 | All |
| 1/12/2016 | Call re. TCEH preferred stock | 1.0 | 8 | TCEH |
| 1/12/2016 | Review third party acquisition proposal | 1.0 | 5 | All |
| 1/13/2016 | Work session re. valuation | 2.5 | 6 | All |
| 1/19/2016 | Work session re. valuation | 1.5 | 6 | All |
| 1/19/2016 | Review acquisition proposal and supporting analysis | 1.5 | 5 | All |
| 1/20/2016 | Review valuation materials | 1.0 | 6 | All |
| 1/20/2016 | Internal meeting re. valuation and backup plan of reorganization | 1.0 | 6 | All |
| 1/20/2016 | Review acquisition proposal and supporting analysis | 1.5 | 5 | All |
| 1/21/2016 | Call with Company and K&E re. acquisition proposal | 0.5 | 5 | All |
| 1/22/2016 | Review board materials | 0.5 | 9 | All |
| 1/22/2016 | Joint board call | 0.5 | 9 | All |
| 1/25/2016 | Weekly preparation call with Company and K&E | 1.0 | 1 | All |
| 1/25/2016 | Dialogue with K&E re. potential alternative plan of reorganization | 1.0 | 8 | All |
| 1/25/2016 | Dialogue with Company and K&E re. merger docs for gov't | 1.0 | 5 | All |
| 1/26/2016 | Preparation for calls with disinterested directors' advisors | 1.0 | 9 | All |
| 1/26/2016 | Dialogue with Solic re. plan of reorganization | 0.5 | 9 | EFH |
| 1/26/2016 | Dialogue with Greenhill re. plan of reorganization | 0.5 | 9 | TCEH |
| 1/29/2016 | Dialogue with Goldin re. plan of reorganization | 0.5 | 9 | EFIH |
| 2/1/2016 | Dialogue with Goldin re. plan of reorganization | 0.5 | 9 | EFIH |
| 2/2/2016 | Preparation for meeting with Solic | 1.0 | 9 | EFH |
| 2/2/2016 | Meeting with Solic | 1.0 | 9 | EFH |
| 2/2/2016 | Call with Company re. Solic requests and case status | 0.5 | 9 | EFH |
| 2/3/2016 | Weekly preparation call with Company and K&E | 0.5 | 1 | All |
| 2/3/2016 | Dialogue with Greenhill re. next steps and follow-up | 1.0 | 9 | TCEH |
| 2/3/2016 | Review docket | 0.5 | 1 | All |
| 2/3/2016 | Dialogue with K&E re. next steps | 0.5 | 8 | All |
| 2/4/2016 | Work session re. valuation | 1.0 | 6 | All |
| 2/4/2016 | Gather and review documents in connection with sale process | 1.5 | 5 | All |
| 2/4/2016 | Meeting with Greenhill re. plan of reorganization | 1.0 | 9 | TCEH |
| 2/4/2016 | Call with K&E and DDA's re. backup plan of reorganization | 1.0 | 9 | All |
| 2/5/2016 | Internal dialogue and work session re. backup plan of reorganization | 2.5 | 8 | All |
| 2/6/2016 | Review tax materials from K&E | 1.0 | 8 | All |
| 2/7/2016 | Internal dialogue and work session re. backup plan of reorganization | 2.0 | 8 | All |
| 2/7/2016 | Review Solic diligence request, and follow-up | 1.0 | 9 | EFH |
| 2/8/2016 | Internal dialogue and work session re. backup plan of reorganization | 3.0 | 8 | All |
| 2/8/2016 | Weekly preparation call with Company and K&E | 0.5 | 1 | All |
| 2/9/2016 | Work session re. backup plan of reorganization | 2.0 | 8 | All |
| 2/9/2016 | Call K&E and Wachtel re. backup plan of reorganization | 0.5 | 8 | EFH |
| 2/10/2016 | Call with Company re. backup plan of reorganization | 0.5 | 8 | All |
| 2/11/2016 | Work session re. backup plan of reorganization | 1.0 | 8 | All |
| 2/12/2016 | Preparation for meeting with K&E and indep. directors' advisors | 1.5 | 8 | All |
| 2/12/2016 | Meeting with K&E and DDAs re. backup PoR, and follow-up | 2.0 | 8 | All |
| 2/12/2016 | Work session re. tax | 1.0 | 8 | All |
| 2/16/2016 | Work session re. Solic request | 1.0 | 9 | EFH |
| 2/16/2016 | Work session to prepare for creditor advisor meetings re. PoR | 2.0 | 8 | All |
| 2/19/2016 | Work session re. Oncor business plan | 1.0 | 2 | EFIH |
| 2/19/2016 | Internal dialogue re. plan of reorganization | 0.5 | 8 | All |
| 2/19/2016 | Work session re board materials | 1.0 | 9 | All |

**Energy Future Holdings**
Time Detail (January 1, 2016 - April 30, 2016)
Evercore Group L.L.C.
Jeremy Matican - Managing Director

| Date | Description of Work | Hours | Code | Debtors |
|---|---|---|---|---|
| 2/20/2016 | Work session re. plan of reorg analysis for Company | 1.5 | 8 | All |
| 2/20/2016 | Work session re board materials | 0.5 | 9 | All |
| 2/21/2016 | Work session re. plan of reorg analysis for Company | 1.5 | 8 | All |
| 2/21/2016 | Work session re. board materials | 0.5 | 9 | All |
| 2/22/2016 | Weekly preparation call with Company and K&E | 0.5 | 1 | All |
| 2/22/2016 | Work session re. Oncor business plan | 1.0 | 2 | EFIH |
| 2/22/2016 | Work session re board materials | 1.5 | 9 | All |
| 2/23/2016 | Call with Company and K&E re. plan of reorganization | 1.0 | 8 | All |
| 2/23/2016 | Work session re. plan of reorganization | 1.5 | 8 | All |
| 2/23/2016 | Call with Solic re. diligence and plan of reorganization | 0.5 | 9 | EFH |
| 2/23/2016 | Review draft of joint board materials | 1.0 | 9 | All |
| 2/24/2016 | Call with Company re. plan of reorganization scenarios, and follow-up | 2.0 | 8 | All |
| 2/24/2016 | Work session re. Greenhill diligence requests | 0.5 | 9 | TCEH |
| 2/24/2016 | Work session re. valuation | 1.0 | 6 | All |
| 2/25/2016 | Review board materials | 1.0 | 9 | All |
| 2/25/2016 | Call with Solic re. plan of reorganization, and follow-up | 0.5 | 9 | EFH |
| 2/25/2016 | Call with Goldin re. plan of reorganization | 1.0 | 9 | EFIH |
| 2/26/2016 | Diligence call with Company, Greenhill, and Solic | 1.5 | 8 | All |
| 3/1/2016 | Work session re. request from EFH tax dept. | 0.5 | 8 | All |
| 3/1/2016 | Preparation for Solic meeting | 1.0 | 9 | EFH |
| 3/1/2016 | Meeting with Solic re. PoR and valuation, and follow-up | 4.0 | 9 | EFH |
| 3/2/2016 | Work session re. request from EFH tax dept. | 1.5 | 8 | All |
| 3/2/2016 | Work session re. Solic diligence requests | 1.0 | 9 | EFH |
| 3/3/2016 | Dialogue with Company re. pro forma debt, and follow-up | 1.5 | 4 | TCEH |
| 3/3/2016 | Work session re. Solic diligence requests | 0.5 | 9 | EFH |
| 3/3/2016 | Work session re. taxes | 0.5 | 8 | All |
| 3/4/2016 | Work session re. Solic diligence requests | 1.0 | 9 | EFH |
| 3/4/2016 | Review E-side holder information | 1.0 | 1 | EFIH |
| 3/6/2016 | Work session re. fee application | 3.0 | 14 | All |
| 3/7/2016 | Work session re. fee application | 2.0 | 14 | All |
| 3/8/2016 | Work session re. valuation | 1.0 | 6 | All |
| 3/8/2016 | Preparation for disinterested director advisors meeting | 1.5 | 9 | All |
| 3/8/2016 | Work session re. fee application | 2.0 | 14 | All |
| 3/9/2016 | Disinterested director advisors meeting | 2.5 | 9 | All |
| 3/9/2016 | Work session re. taxes | 1.0 | 8 | TCEH |
| 3/9/2016 | Work session re. fee application | 1.5 | 14 | All |
| 3/10/2016 | Call with K&E re. taxes and follow-up | 1.0 | 8 | TCEH |
| 3/10/2016 | Work session re. fee application | 1.5 | 14 | All |
| 3/14/2016 | Meeting with Company and K&E re. plan of reorganization | 1.0 | 8 | All |
| 3/15/2016 | Internal discussion re. case update and next steps | 0.5 | 1 | All |
| 3/16/2016 | Call with K&E re. plan of reorganization | 1.0 | 8 | All |
| 3/16/2016 | Call with Miller Buckfire re. case update | 0.5 | 1 | All |
| 3/16/2016 | Review PoR analysis | 0.5 | 8 | All |
| 3/17/2016 | Review TCEH PoR materials | 0.5 | 8 | TCEH |
| 3/21/2016 | Weekly preparation call with Company and K&E | 0.5 | 1 | All |
| 3/22/2016 | Dialogue with Miller Buckfire re. case status and request | 1.0 | 1 | All |
| 3/22/2016 | Call with Company re. TCEH exit financing, and follow-up | 0.5 | 4 | TCEH |
| 3/22/2016 | Review exit financing materials | 1.5 | 4 | TCEH |
| 3/23/2016 | Internal discussion and analysis re. debt trading prices | 1.0 | 3 | All |
| 3/23/2016 | Review exit financing materials | 1.0 | 4 | TCEH |
| 3/24/2016 | Work session re. TCEH exit financing | 1.5 | 4 | TCEH |
| 3/25/2016 | Work session re. TCEH exit financing | 0.5 | 4 | TCEH |
| 3/28/2016 | Weekly preparation call with Company and K&E | 0.5 | 1 | All |
| 3/28/2016 | Calls with Company and K&E re. TCEH exit financing | 1.0 | 4 | TCEH |
| 3/28/2016 | Review term sheet re. TCEH exit financing | 1.5 | 4 | TCEH |
| 3/28/2016 | Review and edit TCEH RFP materials | 1.5 | 4 | TCEH |
| 3/29/2016 | Work session re. TCEH exit financing and RFP | 2.5 | 4 | TCEH |
| 3/30/2016 | Work session re. TCEH exit financing and RFP | 2.0 | 4 | TCEH |
| 3/31/2016 | Calls with Company and K&E re. exit financing | 1.5 | 4 | TCEH |
| 3/31/2016 | Work session re. TCEH exit financing and RFP | 1.0 | 4 | TCEH |
| 3/31/2016 | Review financial model from Company | 1.5 | 2 | TCEH |
| 4/1/2016 | Review plan of reorganization analysis | 0.5 | 8 | All |

**Energy Future Holdings**
Time Detail (January 1, 2016 - April 30, 2016)
Evercore Group L.L.C.
Jeremy Matican - Managing Director

| Date | Description of Work | Hours | Code | Debtors |
|---|---|---|---|---|
| 4/1/2016 | Work session re. TCEH exit financing | 1.0 | 4 | TCEH |
| 4/2/2016 | Internal call and work session re. TCEH exit financing | 1.0 | 4 | TCEH |
| 4/3/2016 | Review correspondence with Company re. PoR and follow-up | 0.5 | 8 | All |
| 4/4/2016 | Review draft documentation from K&E re. TCEH exit financing | 2.0 | 4 | TCEH |
| 4/4/2016 | Review PoR analysis | 0.5 | 8 | All |
| 4/5/2016 | Review draft documentation from K&E re. TCEH exit financing | 1.5 | 4 | TCEH |
| 4/5/2016 | Internal dialogue re. exit financing | 0.5 | 4 | TCEH |
| 4/5/2016 | Call with Company and K&E re. TCEH exit financing | 2.0 | 4 | TCEH |
| 4/5/2016 | Weekly update call with Company and K&E | 0.5 | 1 | All |
| 4/6/2016 | Review draft documentation re. TCEH exit financing | 1.5 | 4 | TCEH |
| 4/7/2016 | Dialogue with Company and work session re. TCEH exit financing | 2.0 | 4 | TCEH |
| 4/8/2016 | Review credit analysis | 1.0 | 3 | TCEH |
| 4/8/2016 | Dialogue with Company and K&E re. TCEH exit financing | 0.5 | 4 | TCEH |
| 4/8/2016 | Review RFP package for TCEH exit financing | 3.5 | 4 | TCEH |
| 4/9/2016 | Dialogue internally and with Company re. TCEH exit financing | 1.5 | 4 | TCEH |
| 4/10/2016 | Work session re. TCEH exit financing | 1.0 | 4 | TCEH |
| 4/10/2016 | Call with Company re. TCEH exit financing | 1.5 | 4 | TCEH |
| 4/11/2016 | Calls with potential TCEH exit financing lenders | 1.5 | 4 | TCEH |
| 4/11/2016 | Dialogue with Company re. TCEH exit financing process | 1.0 | 4 | TCEH |
| 4/11/2016 | Weekly update call with Company and K&E | 0.5 | 1 | All |
| 4/11/2016 | Review lenders' diligence questions and responses | 2.0 | 4 | TCEH |
| 4/12/2016 | Work session re. lenders diligence requests | 3.0 | 4 | TCEH |
| 4/12/2016 | Calls with potential TCEH exit financing lenders | 1.5 | 4 | TCEH |
| 4/13/2016 | Meeting with Solic re. PoR | 1.0 | 9 | EFH |
| 4/13/2016 | Review draft PoR term sheet | 1.0 | 8 | All |
| 4/13/2016 | Call with Company and K&E re. PoR | 1.0 | 8 | All |
| 4/14/2016 | Review lender financing proposals | 2.0 | 4 | TCEH |
| 4/14/2016 | Dialogue internally and with Company / K&E re. proposals | 2.5 | 4 | TCEH |
| 4/14/2016 | Review PoR materials from indep. directors advisors | 1.5 | 8 | All |
| 4/15/2016 | Internal meeting re case status and next steps | 0.5 | 1 | All |
| 4/15/2016 | Call with Company re. TCEH exit financing | 0.5 | 4 | TCEH |
| 4/15/2016 | Work session re TCEH exit financing | 1.0 | 4 | TCEH |
| 4/15/2016 | Review PoR documents from EFIH indep. director advisors | 0.5 | 8 | EFIH |
| 4/15/2016 | Work session re valuation | 1.0 | 6 | All |
| 4/16/2016 | Review responses from TCEH exit financing lenders | 1.0 | 4 | TCEH |
| 4/17/2016 | Review PoR analysis | 0.5 | 8 | All |
| 4/17/2016 | Review responses from TCEH exit financing lenders | 1.0 | 4 | TCEH |
| 4/18/2016 | Weekly update call with Company and K&E | 0.5 | 1 | All |
| 4/19/2016 | Call with Company and K&E re. TCEH exit financing | 2.0 | 4 | TCEH |
| 4/19/2016 | Review documents related to TCEH exit financing | 1.0 | 4 | TCEH |
| 4/19/2016 | Work session re. company tax inquiry | 0.5 | 1 | All |
| 4/20/2016 | Internal meeting re case status and next steps | 0.5 | 1 | All |
| 4/20/2016 | Work session re. backup plan of reorganization | 1.0 | 8 | All |
| 4/21/2016 | Review draft plan of reorganization document from K&E | 0.5 | 8 | All |
| 4/21/2016 | Work session re. TCEH exit financing | 1.5 | 4 | TCEH |
| 4/21/2016 | Internal dialogue re. case status and next steps | 0.5 | 1 | All |
| 4/21/2016 | Call with Company and TCEH 1L advisors re. exit financing | 1.0 | 4 | TCEH |
| 4/21/2016 | Review exit financing comparison | 1.0 | 4 | TCEH |
| 4/22/2016 | Review TCEH exit financing documentation | 2.0 | 4 | TCEH |
| 4/22/2016 | Internal dialogue re. case status and next steps | 0.5 | 1 | All |
| 4/22/2016 | Call with Company re. EFH/EFIH exit financing | 0.5 | 4 | EFIH |
| 4/22/2016 | Review backup plan of reorganization documentation | 0.5 | 8 | All |
| 4/25/2016 | Weekly update call with Company and K&E | 0.5 | 1 | All |
| 4/25/2016 | Review draft amended plan of reorganization documents | 2.5 | 8 | All |
| 4/25/2016 | Review analysis re. EFH/EFIH exit financing | 1.0 | 4 | EFIH |
| 4/25/2016 | Review potential lender response re. exit financing | 0.5 | 4 | TCEH |
| 4/26/2016 | Review plan of reorganization analysis | 0.5 | 8 | All |
| 4/26/2016 | Dialogue internally and with Company re. E-side exit financing | 1.5 | 4 | EFIH |
| 4/26/2016 | Review financial projections | 1.0 | 2 | All |
| 4/26/2016 | Dialogue internally and with client re. TCEH valuation analysis | 1.0 | 6 | TCEH |
| 4/28/2016 | Call with EFH board member, K&E, and Solic | 1.0 | 9 | EFH |
| 4/28/2016 | Work session re. TCEH valuation | 1.0 | 6 | TCEH |

**Energy Future Holdings**
Time Detail (January 1, 2016 - April 30, 2016)
Evercore Group L.L.C.
Jeremy Matican - Managing Director

| Date | Description of Work | Hours | Code | Debtors |
|---|---|---|---|---|
| 4/28/2016 | Work session re. TCEH exit financing | 0.5 | 4 | TCEH |
| 4/28/2016 | Work session re. EFH / EFIH exit financing | 0.5 | 4 | EFIH |
| 4/29/2016 | Review board materials | 0.5 | 9 | All |
| 4/29/2016 | Joint board call | 1.0 | 9 | All |
| 4/29/2016 | Call with Company, A&M, and K&E re. amended PoR | 1.0 | 8 | All |
| 4/29/2016 | Follow-up dialogue internally and with Company | 1.0 | 8 | All |
| 4/30/2016 | Work session re. amended plan of reorganization | 1.5 | 8 | All |
| 4/30/2016 | Internal dialogue re. case status and next steps | 0.5 | 1 | All |
| | | **215.0** | | |

**Energy Future Holdings**
Time Detail (January 1, 2016 - April 30, 2016)
Evercore Group L.L.C.
Sesh Raghavan - Managing Director

| Date | Description of Work | Hours | Code | Debtors |
|---|---|---|---|---|
| 1/6/2016 | EFH Discussion - Internal | 0.5 | 1 | EFH |
| 1/8/2016 | TCEH Management Call re. Diligence | 2.0 | 2 | TCEH |
| 1/9/2016 | TCEH Discussion re. Plan B | 0.5 | 6 | TCEH |
| 1/12/2016 | TCEH Call with Creditors re. Diligence | 1.0 | 10 | TCEH |
| 1/13/2016 | EFH - valuation update discussions and work on Oncor / TCEH | 3.0 | 6 | All |
| 1/14/2016 | EFH valuation discussion - Internal | 1.5 | 6 | EFIH |
| 1/15/2016 | Review of TCEH valuation | 1.5 | 6 | TCEH |
| 1/15/2016 | Internal Meeting re. Valuation | 0.5 | 6 | EFIH |
| 1/15/2016 | TECH valuation discussion - Internal | 3.0 | 6 | TCEH |
| 1/18/2016 | TECH - review of bids | 2.0 | 5 | TCEH |
| 1/19/2016 | TECH - discussion on bids - Internal | 0.5 | 5 | TCEH |
| 1/19/2016 | [ TCEH ] Bid Discussion | 1.0 | 5 | TCEH |
| 1/20/2016 | Internal Meeting RE: Plan B | 2.5 | 6 | EFH |
| 1/22/2016 | Joint Meeting of the Boards (Teleconference) | 1.5 | 9 | All |
| 2/19/2016 | EFH Discussion in David Ying's office | 0.5 | 7 | EFH |
| 4/25/2016 | Evercore and Apollo/TCEH Discussion | 1.0 | 10 | TCEH |
| 4/28/2016 | Meeting with DDAs re. Plan Alternatives | 1.0 | 1 | All |
| 4/29/2016 | DS/POR Call | 1.0 | 8 | All |
| 4/29/2016 | EFH - review of TCEH comps | 1.0 | 6 | TCEH |
|  |  | **25.5** |  |  |

**Energy Future Holdings**
Time Detail (January 1, 2016 - April 30, 2016)
Evercore Group L.L.C.
Bo Yi - Managing Director

| Date | Description of Work | Hours | Code | Debtors |
|---|---|---|---|---|
| 2/16/2016 | Review EFIH/EFH transaction analysis | 1.0 | 6 | EFIH |
| 2/17/2016 | Call into meeting with TCEH 1L advisors | 1.5 | 10 | TCEH |
| 2/17/2016 | Call into meeting with EFIH PIK advisors | 1.5 | 10 | EFIH |
| 2/17/2016 | Call into meeting with EFIH 2L advisors | 1.5 | 10 | EFIH |
| 2/19/2016 | Review draft board materials | 0.5 | 9 | EFH |
| 2/21/2016 | K&E request re: TTI litigation | 0.5 | 7 | EFIH |
| 2/22/2016 | Joint weekly call with Company/K&E/A&M | 0.5 | 1 | EFH |
| 2/23/2016 | Review EFH analyses | 1.0 | 7 | EFH |
| 3/7/2016 | Dial-in to weekly call with Company/K&E | 0.5 | 1 | All |
| 3/11/2016 | Review court materials and ruling | 1.0 | 1 | All |
| 3/14/2016 | Review EFH analyses | 1.0 | 6 | EFH |
| 3/14/2016 | Weekly call with Company/K&E/A&M | 0.5 | 1 | All |
| 3/14/2016 | Meeting with P. Keglevic and K&E | 2.0 | 1 | All |
| 3/14/2016 | Review EFH analyses | 1.0 | 6 | EFH |
| 3/16/2016 | Call with K&E on Board materials | 0.5 | 9 | All |
| 3/17/2016 | Review EFH analyses | 2.0 | 6 | EFH |
| 3/18/2016 | Review EFH analyses | 2.0 | 6 | EFH |
| 4/4/2016 | Review EFH/EFIH analysis | 1.5 | 6 | EFH |
| 4/4/2016 | Call with S. Serajeddini re. Plan Alternatives | 0.5 | 8 | All |
| 4/5/2016 | Weekly call with Company/K&E | 0.5 | 1 | All |
| 4/5/2016 | Weekly execution call with Company and Hunt advisors | 0.5 | 1 | All |
| 4/6/2016 | Call with Centerview re: status of projections | 0.5 | 10 | EFIH |
| 4/11/2016 | Review plan materials from K&E | 1.0 | 8 | All |
| 4/11/2016 | Weekly call with Company/K&E | 0.5 | 1 | All |
| 4/13/2016 | Call with Company/K&E re: POR | 1.0 | 8 | All |
| 4/14/2016 | Review of TCEH DIP term sheets | 1.0 | 4 | TCEH |
| | | **25.5** | | |

**Energy Future Holdings**
Time Detail (January 1, 2016 - April 30, 2016)
Evercore Group L.L.C.
Lisa Levitte - Associate

| Date | Description of Work | Hours | Code | Debtors |
|---|---|---|---|---|
| 1/7/2016 | Bidder due diligence communication | 0.5 | 5 | EFH |
| 1/12/2016 | Bidder due diligence communication | 0.5 | 5 | EFH |
| 1/19/2016 | Bidder due diligence communication | 0.5 | 5 | EFH |
| | | **1.5** | | |

**Energy Future Holdings**
Time Detail (January 1, 2016 - April 30, 2016)
Evercore Group L.L.C.
Neal Patel - Associate

| Date | Description of Work | Hours | Code | Debtors |
|---|---|---|---|---|
| 1/6/2016 | Review Oncor Capitalization Analysis | 2.0 | 3 | EFIH |
| 1/7/2016 | Discussion with Creditor Advisor re. DS/POR | 1.0 | 10 | EFH |
| 1/7/2016 | Review Covenant Analysis | 3.0 | 7 | EFH |
| 1/16/2016 | Review Bid Analysis | 1.5 | 6 | EFH |
| 1/18/2016 | Work session re. fee application | 1.0 | 14 | EFH |
| 1/19/2016 | Review Oncor Breakeven Analysis | 3.0 | 6 | EFIH |
| 1/26/2016 | Discussion with Creditor Advisor re. DS/POR | 1.0 | 10 | EFH |
| 1/28/2016 | Discussion with Creditor Advisor re. DS/POR | 1.0 | 10 | EFH |
| 1/31/2016 | Work session re. fee application | 1.0 | 14 | EFH |
| 2/6/2016 | Internal Discussion re. DS/POR | 2.0 | 8 | EFH |
| 2/8/2016 | Plan B Breakeven Analysis | 4.0 | 6 | EFIH |
| 2/11/2016 | Plan B Implied TEV Analysis | 6.0 | 6 | EFIH |
| 2/12/2016 | Discussion with Creditor Advisor re. Bid Proposal | 1.0 | 10 | EFH |
| 2/16/2016 | Review EFIH/EFH transaction analysis | 1.0 | 6 | EFIH |
| 2/17/2016 | Call into meeting with TCEH 1L advisors | 1.5 | 10 | TCEH |
| 2/17/2016 | Call into meeting with EFIH PIK advisors | 1.5 | 10 | EFIH |
| 2/17/2016 | Call into meeting with EFIH 2L advisors | 1.5 | 10 | EFIH |
| 2/18/2016 | TCEH Multiples Analysis | 3.0 | 6 | TCEH |
| 2/19/2016 | Review draft board materials | 0.5 | 9 | EFH |
| 2/20/2016 | Review updated E-side Claims | 1.0 | 6 | EFH |
| 2/21/2016 | K&E request re: TTI litigation | 0.5 | 7 | EFIH |
| 2/22/2016 | Analysis for Board deck | 4.0 | 9 | EFH |
| 2/23/2016 | Review EFH analyses | 1.0 | 7 | EFH |
| 2/24/2016 | Due Diligence communication with Creditor Advisor | 2.0 | 10 | EFIH |
| 2/29/2016 | Internal Discussion re. TCEH Tax Analysis | 2.0 | 7 | TCEH |
| 3/1/2016 | Internal Discussion re. Plan B | 1.0 | 6 | EFH |
| 3/3/2016 | Review Scenario Analysis re. Plan B | 2.0 | 6 | EFH |
| 3/7/2016 | Dial-in to weekly call with Company/K&E | 0.5 | 1 | All |
| 3/9/2016 | Intercreditor Dispute Analysis | 3.0 | 7 | TCEH |
| 3/9/2016 | Review court materials and ruling | 1.0 | 1 | All |
| 3/14/2016 | Augmented Plan A and Plan B Analysis | 6.0 | 6 | EFH |
| 3/14/2016 | Meeting with P. Keglevic and K&E | 2.0 | 1 | All |
| 3/14/2016 | Review EFH analyses | 1.0 | 6 | EFH |
| 3/14/2016 | Weekly call with Company/K&E/A&M | 0.5 | 1 | All |
| 3/16/2016 | Call with K&E on Board materials | 0.5 | 9 | All |
| 3/17/2016 | Bid Proposal Analysis | 6.0 | 5 | EFH |
| 3/17/2016 | Plan B EFH Impact Analysis | 3.0 | 6 | EFH |
| 3/17/2016 | Review EFH analyses | 2.0 | 6 | EFH |
| 3/18/2016 | Discussion re. Bid Proposal Analysis | 1.0 | 5 | EFH |
| 3/20/2016 | Plan B Sensitivity Analysis | 4.0 | 6 | EFH |
| 3/25/2016 | TCEH DIP Refinancing Sensitivity Analysis | 2.0 | 4 | TCEH |
| 4/4/2016 | Review EFH/EFIH analysis | 4.0 | 6 | EFH |
| 4/5/2016 | Weekly execution call with Company and Hunt advisors | 0.5 | 1 | All |
| 4/6/2016 | Call with Centerview re: status of projections | 0.5 | 10 | EFIH |
| 4/6/2016 | EFH/EFIH POR analysis | 4.0 | 8 | EFIH |
| 4/11/2016 | Review plan materials from K&E | 1.0 | 8 | All |
| 4/13/2016 | Call with Company/K&E re: POR | 1.0 | 8 | All |
| 4/14/2016 | Review of TCEH DIP term sheets | 1.0 | 4 | TCEH |
| 4/14/2016 | Discussion with Creditor Advisor re. Liquidity | 1.0 | 10 | EFIH |
| 4/15/2016 | Plan Comparison Analysis | 6.0 | 6 | EFH |
| 4/15/2016 | Discussion with Creditor Advisor re. Emergence Assumptions | 1.0 | 10 | TCEH |
| 4/17/2016 | Plan B Sensitivity Analysis | 4.0 | 6 | EFH |
| 4/20/2016 | Discussion with Creditor Advisor re. Emergence Assumptions | 1.0 | 10 | TCEH |
| 4/25/2016 | Plan B Analysis | 4.0 | 6 | EFH |
| 4/25/2016 | E-side Debt Capacity Analysis | 3.0 | 3 | EFIH |
| 4/27/2016 | Analysis for Disclosure Statement | 2.0 | 8 | EFH |
| 4/28/2016 | E-side Debt Capacity Analysis | 2.0 | 3 | EFIH |
| 4/29/2016 | TCEH Trading Price Analysis | 1.0 | 7 | TCEH |
| | | **119.5** | | |

**Energy Future Holdings**
Time Detail (January 1, 2016 - April 30, 2016)
Evercore Group L.L.C.
Aashik Rao - Analyst

| Date | Description of Work | Hours | Code | Debtors |
|---|---|---|---|---|
| 3/1/2016 | Discussion with Solic on Oncor valuation | 3.5 | 10 | EFIH |
| 4/14/2016 | Dataroom Management | 0.5 | 5 | EFIH |
| 4/18/2016 | T&D Trading Comparables | 2.0 | 6 | EFIH |
| 4/19/2016 | IPP Broker Valuation Methodologies & General Work | 1.0 | 6 | TCEH |
| 4/25/2016 | IPP Broker Valuation Methodologies & General Work | 2.0 | 6 | TCEH |
| 4/25/2016 | Oncor projections | 0.5 | 7 | EFIH |
| 4/27/2016 | Call with Bidder | 1.0 | 5 | TCEH |
| 4/28/2016 | Call with Solic and Board | 1.0 | 9 | EFIH |
| 4/28/2016 | NextEra Ability to Pay | 1.0 | 7 | EFIH |
| | | **12.5** | | |

**Energy Future Holdings**
Time Detail (January 1, 2016 - April 30, 2016)
Evercore Group L.L.C.
Harvey Li - Analyst

| Date | Description of Work | Hours | Code | Debtors |
|---|---|---|---|---|
| 1/6/2016 | Oncor Capitalization Analysis - Internal | 4.0 | 3 | EFIH |
| 1/7/2016 | Discussion with Creditor Advisor re. DS/POR | 1.0 | 10 | EFH |
| 1/7/2016 | Covenant Analysis | 3.0 | 7 | EFH |
| 1/12/2016 | Bid Analysis - Internal | 6.0 | 6 | EFH |
| 1/13/2016 | Bid Analysis - Internal | 4.0 | 6 | EFH |
| 1/16/2016 | Internal Discussion re. Bid Analysis | 1.5 | 6 | EFH |
| 1/18/2016 | Oncor Trading Analysis - Internal | 3.0 | 6 | EFIH |
| 1/18/2016 | Work session re. fee application | 1.0 | 14 | EFH |
| 1/19/2016 | Oncor Breakeven Analysis - Internal | 4.0 | 6 | EFIH |
| 1/21/2016 | Review Oncor Breakeven Analysis | 1.0 | 6 | EFIH |
| 1/26/2016 | Discussion with Creditor Advisor re. DS/POR | 1.0 | 10 | EFH |
| 1/28/2016 | Discussion with Creditor Advisor re. DS/POR | 1.0 | 10 | EFH |
| 1/31/2016 | Work session re. fee application | 1.0 | 14 | EFH |
| 2/6/2016 | Internal Discussion re. DS/POR | 2.0 | 8 | EFH |
| 2/7/2016 | Plan B Waterfall Analysis | 4.0 | 6 | EFIH |
| 2/8/2016 | Plan B Breakeven Analysis | 4.0 | 6 | EFIH |
| 2/9/2016 | Plan B Breakeven Analysis | 2.0 | 6 | EFIH |
| 2/11/2016 | Plan B Implied TEV Analysis | 6.0 | 6 | EFIH |
| 2/12/2016 | Discussion with Creditor Advisor re. Bid Proposal | 1.0 | 10 | EFH |
| 2/17/2016 | Call into meeting with TCEH 1L advisors | 1.5 | 10 | TCEH |
| 2/17/2016 | Call into meeting with EFIH PIK advisors | 1.5 | 10 | EFIH |
| 2/17/2016 | Call into meeting with EFIH 2L advisors | 1.5 | 10 | EFIH |
| 2/18/2016 | TCEH Multiples Analysis | 3.0 | 6 | TCEH |
| 2/19/2016 | Update of E-side Claims | 3.0 | 6 | EFH |
| 2/20/2016 | Review updated E-side Claims | 1.0 | 6 | EFH |
| 2/22/2016 | Analysis for Board deck | 4.0 | 9 | EFH |
| 2/23/2016 | Oncor Proposal Scenario Analysis | 8.0 | 6 | EFIH |
| 2/24/2016 | Due Diligence communication with Creditor Advisor | 2.0 | 10 | EFIH |
| 2/25/2016 | Due Diligence communication with Creditor Advisor | 4.0 | 10 | TCEH |
| 2/26/2016 | Due Diligence communication with Creditor Advisor | 3.0 | 10 | EFH |
| 2/29/2016 | TCEH Tax Analysis | 7.0 | 7 | TCEH |
| 2/29/2016 | Internal Discussion re. TCEH Tax Analysis | 2.0 | 7 | TCEH |
| 3/1/2016 | Chronological Timeline Analysis | 5.0 | 7 | EFH |
| 3/1/2016 | Internal Discussion re. Plan B | 1.0 | 6 | EFH |
| 3/3/2016 | Scenario Analysis re. Plan B | 6.0 | 6 | EFH |
| 3/11/2016 | Intercreditor Dispute Analysis | 3.0 | 7 | TCEH |
| 3/14/2016 | Augmented Plan A an Plan B Analysis | 10.0 | 6 | EFH |
| 3/15/2016 | Plan A Sources & Uses Adjustment Analysis | 4.0 | 6 | EFH |
| 3/16/2016 | Plan A and Plan B Analysis | 4.0 | 6 | EFH |
| 3/17/2016 | Plan B EFH Impact Analysis | 3.0 | 6 | EFH |
| 3/17/2016 | Bid Proposal Analysis | 6.0 | 5 | EFH |
| 3/18/2016 | Discussion re. Bid Proposal Analysis | 1.0 | 5 | EFH |
| 3/20/2016 | Plan of Reorg Scenario Analysis | 3.0 | 8 | EFH |
| 3/20/2016 | Plan B Sensitivity Analysis | 4.0 | 6 | EFH |
| 3/24/2016 | TCEH DIP Request for Proposal Financial Analysis | 5.0 | 4 | TCEH |
| 3/25/2016 | TCEH DIP Refinancing Sensitivity Analysis | 2.0 | 4 | TCEH |
| 4/4/2016 | EFIH Trading Price Analysis | 4.0 | 7 | EFIH |
| 4/12/2016 | IPP Comps Analysis | 5.0 | 6 | TCEH |
| 4/13/2016 | Liquidity Analysis | 6.0 | 7 | EFH |
| 4/14/2016 | Discussion with Creditor Advisor re. Liquidity | 1.0 | 10 | EFIH |
| 4/14/2016 | Discussion with Creditor Advisor re. Cash & Claims | 1.0 | 10 | EFH |
| 4/15/2016 | Discussion with Creditor Advisor re. Emergence Assumptions | 1.0 | 10 | TCEH |
| 4/15/2016 | Plan Comparison Analysis | 6.0 | 6 | EFH |
| 4/17/2016 | Plan B Sensitivity Analysis | 4.0 | 6 | EFH |
| 4/19/2016 | Discussion with Creditor Advisor re. Emergence Assumptions | 1.0 | 10 | TCEH |
| 4/20/2016 | Discussion with Creditor Advisor re. Emergence Assumptions | 1.0 | 10 | TCEH |
| 4/25/2016 | E-side Debt Capacity Analysis | 3.0 | 3 | EFIH |
| 4/25/2016 | Plan B Analysis | 4.0 | 6 | EFH |
| 4/26/2016 | Analysis for Disclosure Statement | 7.0 | 8 | EFH |
| 4/27/2016 | Analysis for Disclosure Statement | 2.0 | 8 | EFH |
| 4/28/2016 | E-side Debt Capacity Analysis | 2.0 | 3 | EFIH |

**Energy Future Holdings**
Time Detail (January 1, 2016 - April 30, 2016)
Evercore Group L.L.C.
Harvey Li - Analyst

| Date | Description of Work | Hours | Code | Debtors |
|---|---|---|---|---|
| 4/28/2016 | TCEH Trading Price Analysis | 2.0 | 7 | TCEH |
| 4/29/2016 | TCEH Trading Price Analysis | 1.0 | 7 | TCEH |
| | | **200.0** | | |