## <u>CERTIFICATE OF SERVICE</u>

I, Christopher P. Simon, hereby certify that on July 18, 2016, I caused a true and correct copy of the **Joinder of EFH Notes Indenture Trustee to Contrarian Capital Management, LLC's Motion to Compel Mediation of Disputes Concerning Certain Plan Confirmation Issues** to be served upon all interested parties via CM/ECF and upon the parties listed on the attached service list via electronic mail and first class mail.

*/s/ Christopher P. Simon*
Christopher P. Simon (No. 3697)

## SERVICE LIST

BIELLI & KLAUDER, LLC
David M. Klauder, Esq.
1204 N. King Street
Wilmington, DE 19801
Email: dklauder@bk-legal.com

PROSKAUER ROSE LLP
Jeff J. Marwil, Esq.
Mark K. Thomas, Esq.
Peter J. Young, Esq.
Three First National Plaza
70 W. Madison Street, Suite 3800
Chicago, IL 60602
Email: jmarwil@proskauer.com
         mthomas@proskauer.com
         pyoung@proskauer.com

RICHARDS, LAYTON & FINGER, P.A.
 Mark D. Collins, Esq.
Daniel J. DeFranceschi, Esq.
Jason M. Madron, Esq.
920 North King Street
Wilmington, Delaware 19801
Email: collins@rlf.com
         defranceschi@rlf.com
         madron@rlf.com

KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL
LLP
Edward O. Sassower, P.C.
Stephen E. Hessler, Esq.
Brian E. Schartz, Esq.
601 Lexington Avenue
New York, New York 10022-4611
Email: edward.sassower@kirkland.com
         stephen.hessler@kirkland.com
         brian.schartz@kirkland.com

KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL
LLP
James H.M. Sprayregen, P.C.
Marc Kieselstein, P.C.
Chad J. Husnick, Esq.
Steven N. Serajeddini, Esq.
300 North LaSalle
Chicago, Illinois 60654
Email: james.sprayregen@kirkland.com
         marc.kieselstein@kirkland.com
         chad.husnick@kirkland.com
         steven.serajeddini@kirkland.com

OFFICE OF THE UNITED STATES
TRUSTEE
Richard L. Shepacarter, Esq.
844 King Street, Suite 2207
Lockbox 35
Wilmington, Delaware 19801
Email: richard.schepacarter@usdoj.gov

MUNGER, TOLLES & OLSON LLP
Thomas B. Walper, Esq.
Todd J. Rosen, Esq.
Seth Goldman, Esq.
John W. Spiegel, Esq.
355 S. Grand Ave, 35th Fl.
Los Angeles, CA 90071
Email: Thomas.Walper@mto.com
        Todd.Rosen@mto.com
        Seth.Goldman@mto.com
        John.Spiegel@mto.com

MCELROY, DEUTSCH, MUVANEY, &
CARPENTER, LLP
David P. Primack, Esq.
300 Delaware Ave., Ste 770
Wilmington, DE 19801
Email: dprimack@mdmc-law.com

CRAVATH, SWAIN, & MOORE LLP
Michael A Paskin, Esq.
Worldwide Plaza
825 Eighth Ave
New York, NY 10019-7475
Email: mpaskin@cravath.com

JENNER & BLOCK LLP
Richard Levin, Esq.
919 Third Ave
New York, NY 10022-3908
Email: rlevin@jenner.com

STEVENS & LEE PC
Joseph H. Hutson Jr, Esq.
1105 N. Market St., Ste. 700
Wilmington, DE 19801
Email: jhh@stevenslee.com

MORRISON & FOERSTER LLP
James M. Peck, Esq.
Brett H. Miller, Esq.
Lorenzo Marinuzzi, Esq.
Todd M. Goren, Esq.
Samantha Martin, Esq.
250 West 55th Street
New York, NY 10019
Email: jpeck@mofo.com
        brettmiller@mofo.com
        lmarinuzzi@mofo.com
        tgoren@mofo.com
        smartin@mofo.com

POLSINELLI PC
Christopher A. Ward, Esq.
Justin K. Edelson, Esq.
Shanti M. Katona, Esq.
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
Email: cward@polsinelli.com
        jedelson@polsinelli.com
        skatona@polsinelli.com

SULLIVAN & CROMWELL LLP
Andrew G. Dietderich, Esq.
Brian D. Glueckstein, Esq.
Michael H. Torkin, Esq.
125 Broad St.
New York, NY 10004
Email: dietdericha@sullcrom.com
        gluecksteinb@sullcrom.com
        torkinm@sullcrom.com

MONTGOMERY, MCCRACKEN,
WALKER, & RHOADS LLP
Natalie D. Ramsey, Esq.
Davis Lee Wright, Esq.
Mark A. Fink, Esq.
1105 N. Market St, 15th Fl.
Wilmington, DE 19801
Email: nramsey@mmwr.com
        dwright@mmwr.com
        mfink@mmwr.com

KASOWITZ, BENSON, TORRES &
FRIEDMAN LLP David S. Rosner, Esq.
Andrew K. Glenn, Esq.
Daniel A. Fliman, Esq.
1633 Broadway
New York, New York 10019
Email: DRosner@kasowitz.com
        AGlenn@kasowitz.com
        DFliman@kasowitz.com

HOGAN♦MCDANIEL
Garvan F. McDaniel, Esq.
1311 Delaware Avenue
Wilmington, Delaware 19806
Email: gfmcdaniel@dkhogan.com