**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Energy Future Holdings, Corp., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) ) ) ) | (Jointly Administered) **Related Document: 8890** **Hearing Date: July 20, 2016 at 10:00 a.m.** |

**JOINDER OF CERTAIN FUNDS AND ACCOUNTS ADVISED OR SUB-ADVISED BY FIDELITY MANAGEMENT & RESEARCH COMPANY OR ITS AFFILIATES TO CONTRARIAN CAPITAL MANAGEMENT, LLC'S MOTION TO COMPEL MEDIATION OF DISPUTES CONCERNING CERTAIN PLAN CONFIRMATION ISSUES**

Certain funds and accounts advised or sub-advised by Fidelity Management & Research Company or its affiliates (collectively, "Fidelity") hereby submit this Joinder to *Contrarian Capital Management, LLC's Motion to Compel Mediation of Disputes Concerning Certain Plan Confirmation Issues* [D.I. 8890] (the "Mediation Motion")[2].  In support of the Joinder, Fidelity respectfully states as follows:

**JOINDER**

As the Court is well aware, in connection with the first confirmation hearing in these chapter 11 cases, a substantial amount of time and tens of millions of dollars were spent preparing for a contested hearing and, at the last minute, nearly all of the disputes were resolved.

---

[1] The last four digits of Energy Future Holding Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Mediation Motion.

1

Had they been resolved earlier, massive amounts of time and money could have been saved. Presently, given the disputed aspects of the New Plan between the E-Side and T-Side estates, these cases appear to be headed in the same direction. In its Mediation Motion, Contrarian has proposed a path forward that would give the Debtors and parties in interest the opportunity to attempt to avoid the long hours and exorbitant costs of a contested hearing and resolve the disputed issues in advance of confirmation, in a streamlined and practical manner. Fidelity believes that the Mediation Motion is in the best interests of the Debtors' estates, and joins in and adopts the arguments set forth therein.

     Contrarian and Fidelity have extended settlement proposals to the TCEH First Lien Group and have made it clear that they are willing to negotiate in good faith to avoid wasting significant estate and Court resources. To date, however, no meaningful discussions have taken place. The assistance of a neutral mediator to advance these crucial negotiations before the confirmation process becomes incredibly expensive and time consuming makes sense and can only benefit all parties in interest. Fidelity believes that the Mediation Motion represents a logical step forward toward an efficient and cost effective T-Side confirmation hearing – clearly the desired result for everybody involved.

## **CONCLUSION**

For the reasons set forth above and in the Mediation Motion, Fidelity respectfully requests that this Court enter an order granting the Mediation Motion and such other relief as is just and proper.

Dated: July 18, 2016
       Wilmington, Delaware

CROSS & SIMON, LLC

*/s/ Michael J. Joyce*
Michael J. Joyce (No. 4563)
1105 North Market Street
Suite 901
Wilmington, Delaware 19801
Telephone: (302) 777-4200
Facsimile: (302) 777-4224
E-mail: mjoyce@crosslaw.com

-and-

Brad Eric Scheler
Gary L. Kaplan
Matthew M. Roose
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004
Telephone: (212) 859-8000
Facsimile: (212) 859-4000
Email: brad.eric.scheler@friedfrank.com
       gary.kaplan@friedfrank.com
       matthew.roose@friedfrank.com

*Counsel to certain funds and accounts advised or sub-advised by Fidelity Management & Research Company or its affiliates*