## **CERTIFICATE OF SERVICE**

I, Michael J. Joyce, hereby certify that on July 18, 2016, I caused a true and correct copy of the **Joinder of certain funds and accounts advised or sub-advised by Fidelity Management & Research Company or its affiliates to Contrarian Capital Management, LLC's Motion to Compel Mediation of Disputes Concerning Certain Plan Confirmation Issues** to be served upon all interested parties via CM/ECF and upon the parties listed on the attached service list via electronic mail and first class mail.

*/s/ Michael J. Joyce*
Michael J. Joyce (No. 4563)

**SERVICE LIST**

BIELLI & KLAUDER, LLC
David M. Klauder, Esq.
1204 N. King Street
Wilmington, DE 19801
Email: dklauder@bk-legal.com

PROSKAUER ROSE LLP
Jeff J. Marwil, Esq.
Mark K. Thomas, Esq.
Peter J. Young, Esq.
Three First National Plaza
70 W. Madison Street, Suite 3800
Chicago, IL 60602
Email: jmarwil@proskauer.com
         mthomas@proskauer.com
         pyoung@proskauer.com

RICHARDS, LAYTON & FINGER, P.A.
 Mark D. Collins, Esq.
Daniel J. DeFranceschi, Esq.
Jason M. Madron, Esq.
920 North King Street
Wilmington, Delaware 19801
Email: collins@rlf.com
         defranceschi@rlf.com
         madron@rlf.com

KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
Edward O. Sassower, P.C.
Stephen E. Hessler, Esq.
Brian E. Schartz, Esq.
601 Lexington Avenue
New York, New York 10022-4611
Email: edward.sassower@kirkland.com
         stephen.hessler@kirkland.com
         brian.schartz@kirkland.com

KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
James H.M. Sprayregen, P.C.
Marc Kieselstein, P.C.
Chad J. Husnick, Esq.
Steven N. Serajeddini, Esq.
300 North LaSalle
Chicago, Illinois 60654
Email: james.sprayregen@kirkland.com
         marc.kieselstein@kirkland.com
         chad.husnick@kirkland.com
         steven.serajeddini@kirkland.com

OFFICE OF THE UNITED STATES TRUSTEE
Richard L. Shepacarter, Esq.
844 King Street, Suite 2207
Lockbox 35
Wilmington, Delaware 19801
Email: richard.schepacarter@usdoj.gov

| | |
|---|---|
| MUNGER, TOLLES & OLSON LLP<br>Thomas B. Walper, Esq.<br>Todd J. Rosen, Esq.<br>Seth Goldman, Esq.<br>John W. Spiegel, Esq.<br>355 S. Grand Ave, 35th Fl.<br>Los Angeles, CA 90071<br>Email: Thomas.Walper@mto.com<br>　　　　Todd.Rosen@mto.com<br>　　　　Seth.Goldman@mto.com<br>　　　　John.Spiegel@mto.com | MCELROY, DEUTSCH, MUVANEY, & CARPENTER, LLP<br>David P. Primack, Esq.<br>300 Delaware Ave., Ste 770<br>Wilmington, DE 19801<br>Email: dprimack@mdmc-law.com |
| CRAVATH, SWAIN, & MOORE LLP<br>Michael A Paskin, Esq.<br>Worldwide Plaza<br>825 Eighth Ave<br>New York, NY 10019-7475<br>Email: mpaskin@cravath.com | JENNER & BLOCK LLP<br>Richard Levin, Esq.<br>919 Third Ave<br>New York, NY 10022-3908<br>Email: rlevin@jenner.com |
| STEVENS & LEE PC<br>Joseph H. Hutson Jr, Esq.<br>1105 N. Market St., Ste. 700<br>Wilmington, DE 19801<br>Email: jhh@stevenslee.com | MORRISON & FOERSTER LLP<br>James M. Peck, Esq.<br>Brett H. Miller, Esq.<br>Lorenzo Marinuzzi, Esq.<br>Todd M. Goren, Esq.<br>Samantha Martin, Esq.<br>250 West 55th Street<br>New York, NY 10019<br>Email: jpeck@mofo.com<br>　　　　brettmiller@mofo.com<br>　　　　lmarinuzzi@mofo.com<br>　　　　tgoren@mofo.com<br>　　　　smartin@mofo.com |
| POLSINELLI PC<br>Christopher A. Ward, Esq.<br>Justin K. Edelson, Esq.<br>Shanti M. Katona, Esq.<br>222 Delaware Avenue, Suite 1101<br>Wilmington, DE 19801<br>Email: cward@polsinelli.com<br>　　　　jedelson@polsinelli.com<br>　　　　skatona@polsinelli.com | SULLIVAN & CROMWELL LLP<br>Andrew G. Dietderich, Esq.<br>Brian D. Glueckstein, Esq.<br>Michael H. Torkin, Esq.<br>125 Broad St.<br>New York, NY 10004<br>Email: dietdericha@sullcrom.com<br>　　　　gluecksteinb@sullcrom.com<br>　　　　torkinm@sullcrom.com |

MONTGOMERY, MCCRACKEN, WALKER, & RHOADS LLP
Natalie D. Ramsey, Esq.
Davis Lee Wright, Esq.
Mark A. Fink, Esq.
1105 N. Market St, 15th Fl.
Wilmington, DE 19801
Email: nramsey@mmwr.com
  dwright@mmwr.com
  mfink@mmwr.com

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP David S. Rosner, Esq.
Andrew K. Glenn, Esq.
Daniel A. Fliman, Esq.
1633 Broadway
New York, New York 10019
Email: DRosner@kasowitz.com
  AGlenn@kasowitz.com
  DFliman@kasowitz.com

HOGAN♦MCDANIEL
Garvan F. McDaniel, Esq.
1311 Delaware Avenue
Wilmington, Delaware 19806
Email: gfmcdaniel@dkhogan.com