9

**<u>EXHIBIT A</u>**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al*., | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

**ORDER DIRECTING PARTIES TO MEDIATE DISPUTES**
**CONCERNING CERTAIN PLAN CONFIRMATION ISSUES**

Upon the motion (the "Motion"),[1] of Contrarian Capital Management, LLC [D.I. 8892],

for entry of an order directing parties to mediate certain issues related to *Second Amended Joint*

*Plan of Reorganization of Energy Futures Holding Corp., et al., Pursuant to Chapter 11 of the*

*Bankruptcy Code*, dated June 16, 2016 (as may be further amended, the "New Plan") [D.I. 8747-

2], as more fully set forth in the Motion; and Fenicle and Fahy's joinder to the Motion (the

"Joinder"), and upon due and sufficient notice of the Motion and Joinder having been provided

under the particular circumstances, and it appearing that no other or further notice need be

provided; and the Court having jurisdiction to consider the Motion and Joinder, and the relief

requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the

Motion and Joinder, and the relief requested therein being a core proceeding pursuant to 28

U.S.C. § 157(b)(2); and venue being proper before this Court under 28 U.S.C. §§ 1408 and 1409;

and a hearing having been scheduled and, to the extent necessary, held to consider the relief

requested in the Motion (the "Hearing"); and upon the record of the Hearing (if any was held),

and all the proceedings had before the Court; and the Court having found and determined that the

relief requested is in the best interests of the Debtors, their estates and creditors, and any parties

---

[1]     Capitalized terms used but not otherwise defined herein shall have the meanings given to them in the
Motion.

in interest; and the legal and factual bases set forth in the Motion, Joinder and at the Hearing (if

any was held) having established just cause for the relief granted herein; and after due

deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The issues related (a) to the use of EFH Corp.'s NOLs and other tax attributes (the

"Tax Attribute Issue") in connection with the transactions contemplated in the New Plan, (b) to

the EFH Debtors' proposed transfer to Reorganized TCEH of the equity interests in the

Reorganized EFH Shared Services Debtors  (the "Contribution Issue") and the impact of the Tax

Attribute Issue and the Contribution Issue  on the treatment of asbestos claims on both the T-side

and the E-side (the "Asbestos Issue"), and together with the Tax Attributes Issue and

Contribution Issue, the "Mediation Issues"), are hereby referred to Mediation in accordance with

Local Rule 9019- 3.

2.      Local Rule 9019-5, as supplemented by the following procedures (collectively,

the "Proposed Mediation Procedures"):

> (i)   **Mandatory Mediation**. The parties shall proceed to mediation regarding the Mediation Issues. The Mediation will be privileged and confidential. Proceedings, discussions, and written materials associated with the Mediation will not be reported into evidence, nor shall anything stated or exchanged during the Mediation operate as an admission of liability, wrongdoing, or responsibility.

> (ii)  **Mediators**. After consultation with Fenicle and Fahy, Contrarian shall file a list of proposed mediators from the Court's Register of Mediators within three (3) business days from entry of an order directing mediation.  The Court will select the mediator (the "Mediator") from that list. The Mediator selected will serve as the Mediator for the Mediation.

> (iii) **Time, Place, and Manner for the Mediations**. Unless otherwise and expressly agreed by the parties to the Mediation or as directed by the Mediator, all Mediations shall take place either in-person or telephonically at a time and location chosen by the Mediator.  Each party shall attend the Mediation, either in person or telephonically, by either its principal or by an appointed representative with

settlement authority. The Mediator shall establish the deadlines for the submission of materials.

(iv)    **Mediator's Report**. Promptly after conclusion of the Mediation, the Mediator shall electronically file a report with the Court indicating whether Mediation resulted in the parties reaching an agreement.

3.    The Debtors are authorized and empowered to take all actions necessary or

appropriate to implement the relief granted in this Order in accordance with the Motion

4.    This Court shall retain jurisdiction over all matters arising from or related to the

implementation or interpretation of this Order.

Dated: _____,2016
Wilmington, Delaware

_____
Honorable Christopher S. Sontchi