**CERTIFICATE OF SERVICE**

I, Daniel K. Hogan, hereby certify that on the 18th day of July, 2016, I caused a true and correct copy of the foregoing *Joinder of Fenicle and Fahy to Motion to Compel Mediation of Disputes Concerning Certain Plan Confirmation Issues* to be served upon the persons listed on the attached email service list and all other parties registered for service via CM/ECF.

/s/Daniel K. Hogan
Daniel K. Hogan, Esq. (#2814)
HOGAN♦McDANIEL

**EMAIL**

abrams@abramsbayliss.com; seaman@abramsbayliss.com
PETER.HANSEN@ADA-CS.COM; INFO@ADA-CS.COM

CRPATTON@AEP.COM

sunny.sidhu@akerman.com; andrea.hartley@akerman.com; jules.cohen@akerman.com
idizengoff@akingump.com; aqureshi@akingump.com; sbaldini@akingump.com;
mlahaie@akingump.com; rboller@akingump.com; ccarty@akingump.com;
lzahradka@akingump.com
salberino@akingump.com; jnewdeck@akingump.com
MAX.LAUN@ALCOA.COM
pkinealy@alvarezandmarsal.com
dean.smith@ameco.com
PKIM@AMSTOCK.COM
PKIM@AMSTOCK.COM
linomendiola@andrewskurth.com
wbowden@ashby-geddes.com; gtaylor@ashby-geddes.com
KALYN@ASHERMEDIA.COM
MICHAEL.HOEHN@ASI.COM
bstewart@baileybrauer.com

jim.prince@bakerbotts.com; omar.alaniz@bakerbotts.com; ian.roberts@bakerbotts.com
MWILCOX@BENCHMARKISI.COM

julia.frost-davies@bingham.com; christopher.carter@bingham.com
jeffrey.sabin@bingham.com
debaecke@blankrome.com; tarr@blankrome.com
schaedle@blankrome.com
bgerard@bfsnlaw.com
jason.spencer2@bnsf.com
ian.peck@haynesboone.com

KHOFFMAN@BOKF.COM
CWILKINSON@BOKF.COM
SALES@BRAKE.COM
christine.ryan@bbrslaw.com
dludman@brownconnery.com
eweisfelner@brownrudnick.com

jjonas@brownrudnick.com; astrehle@brownrudnick.com; jcoffey@brownrudnick.com
hsiegel@brownrudnick.com
JCOFFEY@BROWNRUDNICK.COM
stephanie.wickouski@bryancave.com; michelle.mcmahon@bryancave.com
REPEDERSEN@BRYANCAVE.COM
schristianson@buchalter.com

kathleen.murphy@bipc.com
ISABELLE.ROUX-CHENU@CAPGEMINI.COM
gdw@carmodymacdonald.com
Robert.Claude@CenterPointEnergy.com
hseife@chadbourne.com; dlemay@chadbourne.com; crivera@chadbourne.com
jmcmahon@ciardilaw.com
OWEN.LEONARD.COYLE@CITI.COM; SHANE.AZZARA@CITI.COM;
KIRKWOOD.ROLAND@CITI.COM; ALLISTER.CHAN@CITI.COM;
CHIDO.UGOCHUKWU@CITI.COM
ZORIJANA.MIGLIORINI@CITI.COM
ERIC.LIGAN@CITI.COM
GLAGENTOFFICEOPS@CITI.COM
ANNEMARIE.E.PAVCO@CITI.COM
RYAN.FALCONER@CITI.COM
chris.mosley@fortworthtexas.gov
tmoloney@cgsh.com; soneal@cgsh.com; hkhalid@cgsh.com
wkelleher@cohenlaw.com
tmaxson@cohenlaw.com

tina.vitale@computershare.com
alessandra.panersa@computershare.com
kbifferato@connollygallagher.com; kconlan@connollygallagher.com
codycourtney@courtneyconstruction.com
cousins@ccbllp.com; olivere@ccbllp.com; kashishian@ccbllp.com
sstapleton@cowlesthompson.com
mfelger@cozen.com
CINFO@CRANEVS.COM
mjoyce@crosslaw.com
judy.morse@crowedunlevy.com
SANDRA.HORWITZ@CSCGLOBAL.COM
SANDRA.HORWITZ@CSCGLOBAL.COM
MILES.COWDRY@ROLLS-ROYCE.COM
efh.service@davispolk.com

hugh.mcdonald@dentons.com; louis.curcio@dentons.com; oscar.pinkas@dentons.com
SARA.PELTON@DB.COM
MARCUS.TARKINGTON@DB.COM; AGENCY.TRANSACTIONS@DB.COM
howard.cohen@dbr.com; robert.malone@dbr.com
jfine@dykema.com
Ronald.Rowland@rms-iqor.com
wbowden@ashby-geddes.com;gtaylor@ashby-geddes.com
jkatchadurian@epiqsystems.com; sgarabato@epiqsystems.com
CARLOS.HERNANDEZ@FLUOR.COM
hkaplan@foley.com; mhebbeln@foley.com; lapeterson@foley.com
jschlerf@foxrothschild.com; jstrock@foxrothschild.com; jbird@foxrothschild.com
sory@fdlaw.com

brad.eric.scheler@friedfrank.com; gary.kaplan@friedfrank.com;
matthew.roose@friedfrank.com
CTHOMAS@FRISCOCS.COM
tking@fbtlaw.com
jmelko@gardere.com; mriordan@gardere.com
sgbankruptcy@ntexas-attorneys.com
mbusenkell@gsbblaw.com

wweintraub@goodwinprocter.com; kjarashow@goodwinprocter.com
JOHN.HOWARD@GRAINGER.COM
jonathan.hook@haynesboone.com
patrick.hughes@haynesboone.com
ian.peck@haynesboone.com
RLAKSHMANAN@HCL.COM
HHATFIELD@HEADWATERS.COM
jdoran@hinckleyallen.com
MICHAEL.PURYEAR@HOLTCAT.COM
MSAVAGE@HYDROCARBONEXCHANGE.COM



mblacker@jw.com
srose@jw.com
PJVILLAREAL@JONESDAY.COM
MLDAVITT@JONESDAY.COM


DRosner@kasowitz.com; AGlenn@kasowitz.com; DFliman@kasowitz.com
kdwbankruptcydepartment@kelleydrye.com
michael.mcconnell@kellyhart.com; katherine.thomas@kellyhart.com
richard.cieri@kirkland.com; edward.sassower@kirkland.com; stephen.hessler@kirkland.com;
brian.schartz@kirkland.com
james.sprayregen@kirkland.com; chad.husnick@kirkland.com;
steven.serajeddini@kirkland.com
rlemisch@klehr.com
tmayer@kramerlevin.com; ghorowitz@kramerlevin.com; jbrody@kramerlevin.com;
pbentley@kramerlevin.com
jrw@lhlaw.net
landis@lrclaw.com; mcguire@lrclaw.com
FRANK.GODINO@LAWDEB.COM
pwp@pattiprewittlaw.com
dallas.bankruptcy@publicans.com
houston_bankruptcy@publicans.com

ggay@lglawfirm.com
nobankecf@lockelord.com
GENERAL.MANAGER@LCRA.ORG

bill.medaille@lcra.org
mphillips@mgmlaw.com
jhuggett@margolisedelstein.com; abrown@margolisedelstein.com
kmayer@mccarter.com
jhowell@mccathernlaw.com

pgoodman@mckoolsmith.com;mcarney@mckoolsmith.com
pmoak@mckoolsmith.com
MIKE@MERRITT.NET
mikesmith1973@sbcglobal.net
ddunne@milbank.com; efleck@milbank.com; kgartenberg@milbank.com
JBROWN@MILBANK.COM

langedebault@msirockdale.com; eddienoak@msirockdale.com; lindahicks@msirockdale.com
deecf@dor.mo.gov
smiller@morrisjames.com
dabbott@mnat.com; aremming@mnat.com; efay@mnat.com
jpeck@mofo.com; bmiller@mofo.com; lmarinuzzi@mofo.com
rmunsch@munsch.com
klippman@munsch.com
rmyers@myers-hill.com
jody.bedenbaugh@nelsonmullins.com; george.cauthen@nelsonmullins.com
rpedone@nixonpeabody.com; adarwin@nixonpeabody.com

gdavis@omm.com

hal.morris@texasattorneygeneral.gov; ashley.bartram@texasattorneygeneral.gov;
nicole.mignone@texasattorneygeneral.gov
hal.morris@texasattorneygeneral.gov; ashley.bartram@texasattorneygeneral.gov

richard.schepacarter@usdoj.gov

ljones@pszjlaw.com; rfeinstein@pszjlaw.com
dalowenthal@pbwt.com; cdent@pbwt.com
akornberg@paulweiss.com; kcornish@paulweiss.com; bhermann@paulweiss.com;
jadlerstein@paulweiss.com
amador.desiree@pbgc.gov; efile@pbgc.gov
GOLDOWITZ.ISRAEL@PBGC.GOV
chatalian.jon@pbgc.gov; efile@pbgc.gov

ebcalvo@pbfcm.com
houbank@pbfcm.com
hbky@pbfcm.com
INFO@PCG.COM
kpierce@piercecons.com

kcapuzzi@pwujlaw.com

gdonilon@pwujlaw.com
cward@polsinelli.com; jedelson@polsinelli.com; skatona@polsinelli.com
efox@polsinelli.com
matchley@popehardwicke.com; mtaplett@popehardwicke.com
lsilverstein@potteranderson.com; jryan@potteranderson.com
john.harris@quarles.com; jason.curry@quarles.com
JACK.CARMODY@RANGEREXCAVATING.COM
kgwynne@reedsmith.com; klawson@reedsmith.com
atonti@reedsmith.com
rrobinson@reedsmith.com
rrobinson@reedsmith.com
collins@rlf.com; defranceschi@rlf.com; madron@rlf.com
MARK.SOMERSTEIN@ROPESGRAY.COM
MARY.PERRY@RYANPARTNERSHIP.COM
mminuti@saul.com
joshsearcy@jsearcylaw.com; jrspc@jrsearcylaw.com
CONTACT@SECURITASINC.COM


ashmead@sewkis.com; das@sewkis.com; alves@sewkis.com
rchandler@cbi.com
fsosnick@shearman.com; ned.schodek@shearman.com

DAVID.BECKMAN@SITEL.COM



kmiller@skjlaw.com
dleta@swlaw.com
stephen.lerner@squiresanders.com; andrew.simon@squiresanders.com
streusand@slollp.com
zallinson@sha-llc.com
INFO@FORGEGROUP.COM
sgreenberg@taylorenglish.com
WYOST@TEAMEXCAVATINGCO.COM

scott.seamster@pnmresources.com
jbailey@jfbailey.com
RAFAEL.MARTINEZ@BNYMELLON.COM
THOMAS.VLAHAKIS@BNYMELLON.COM
dennis.roemlein@bnymellon.com
dkhogan@dkhogan.com
gfmcdaniel@dkhogan.com
dfarrell@thompsoncoburn.com
JOHN.MAY@TELEPERFORMANCE.COM
GMONTANO@TRANSACTEL.NET
kay.brock@co.travis.tx.us

jblask@tuckerlaw.com; lshipkovitz@tuckerlaw.com
LAURA.ROBERSON@UMB.COM
mkilgore@up.com; jlanderso1@up.com


mschein@vedderprice.com
rgmason@wlrk.com; ekleinhaus@wlrk.com; awitt@wlrk.com
cgrace@warfabinc.com
gweinstein@weinrad.com
salvucc@westinghouse.com
alexis.mcdonald@weyerhaeuser.com
cshore@whitecase.com; gstarner@whitecase.com
tlauria@whitecase.com; mbrown@whitecase.com
philip.anker@wilmerhale.com; george.shuster@wilmerhale.com
benjamin.loveland@wilmerhale.com
PHEALY@CHRISTIANATRUST.COM
jjankiewicz@wilmingtontrust.com
dneier@winston.com
mdesgrosseilliers@wcsr.com
mdesgrosseilliers@wcsr.com
pmorgan@ycst.com; jwaite@ycst.com; rbartley@ycst.com; amagaziner@ycst.com