**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Objection Deadline: August 9, 2016 at 4:00 p.m. |

**SIXTH INTERIM FEE APPLICATION OF KPMG LLP FOR COMPENSATION**
**FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS**
**BANKRUPTCY ACCOUNTING AND TAX ADVISORS**
**TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD**
**FROM JANUARY 1, 2016 THROUGH APRIL 30, 2016**

| | |
|---|---|
| Name of Applicant: | KPMG LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | September 16, 2014 *Nunc Pro Tunc* to April 29, 2014 |
| Period for which compensation and reimbursement is sought: | January 1, 2016 through April 30, 2016 |
| Amount of Compensation sought as actual, reasonable and necessary: | $      2,026,894.60 [2] |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $          59,962.19 |

This is a: _____ Monthly   ____X___ Interim _____ Final Application

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] KPMG bills for services at discounted billing rates as specified in the Retention Application dated May 29, 2014. During the Fee Period, KPMG's standard rates for services rendered totaled $3,820,072.50. KPMG's services at the agreed upon discounted rates result in a voluntary discount of fees in the amount of $1,793,177.90 thus benefitting the Chapter 11 estate by same amount.

| Prior Applications | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Requested | | | Payments | | |
| Docket No. | Interim Period | Requested Fees | Requested Expenses | Total Requested | Fees Paid to Date | Expenses Paid to Date | Outstanding |
| 2806 | 1st | $ 1,248,506.95 | $ 91,466.65 | $ 1,339,973.60 | $1,227,908.60 | $ 91,466.65 | $ - |
| 3877 | 2nd | $ 2,563,940.10 | $ 190,576.19 | $ 2,754,516.29 | $2,541,011.60 | $ 189,593.44 | $ - |
| 4903 | 3rd | $ 2,336,145.97 | $ 102,769.68 | $ 2,438,915.65 | $2,308,224.13 | $ 101,435.58 | $ - |
| 6939 | 4th | $ 2,187,894.20 | $ 51,600.16 | $ 2,239,494.36 | $2,177,934.70 | $ 51,600.16 | $ - |
| 7948 | 5th | $ 2,026,911.80 | $ 38,527.76 | $ 2,065,439.56 | $1,621,529.44 | $38,527.76 | $ 401,619.36* |
| Total | | $ 10,363,399.02 | $ 474,940.44 | $10,838,339.46 | $9,876,608.47 | $ 472,623.59 | $ 401,619.36 |

* Reduced by agreed upon reduction of $3,763.00 related to the Fifth Interim Period.

## ATTACHMENT B TO FEE APPLICATION

| Professional Person | Position & Department | | Total Billed Hours | | Hourly Billing Rate | | | Total Compensation |
|---|---|---|---|---|---|---|---|---|
| Lyons, Stacy L | Partner - Tax | | 1.7 | | $ 845 | ** | $ | 1,436.50 |
| Wheat, David | Partner - Tax | | 50.2 | | $ 845 | | $ | 42,419.00 |
| Johnson, Brent | Partner - Tax | | 27.4 | | $ 805 | | $ | 22,057.00 |
| Atkinson, James | Principal - Tax | | 2.0 | | $ 720 | | $ | 1,440.00 |
| Baltmanis, Peter | Principal - Tax | | 7.4 | | $ 720 | | $ | 5,328.00 |
| Carpenter, John | Partner - Tax | | 14.0 | | $ 720 | | $ | 10,080.00 |
| Li, Paul | Principal - Tax | | 2.0 | | $ 720 | | $ | 1,440.00 |
| Nesta, Michael G | Partner - Advisory | * | 36.5 | | $ 610 | | $ | 22,265.00 |
| Crockett, Clifford M | Partner - Tax | | 28.2 | | $ 575 | ** | $ | 16,215.00 |
| Lyons, Stacy L | Partner - Tax | | 143.0 | | $ 575 | ** | $ | 82,225.00 |
| Bradford, Steven | Partner - Advisory | | 6.3 | | $ 325 | | $ | 2,047.50 |
| Kleppel, Robert | Partner - Tax | | 1.0 | | $ 682 | | $ | 682.00 |
| Corum, Ashby | Partner - Tax | | 2.0 | | $ 575 | | $ | 1,150.00 |
| Geracimos, John | Managing Director - Tax | | 5.7 | | $ 680 | | $ | 3,876.00 |
| Chilakapati, Molly | Managing Director - Advisory | | 0.7 | | $ 610 | | $ | 427.00 |
| Cargile, David | Managing Director - Advisory | | 36.0 | | $ 325 | | $ | 11,700.00 |
| Calloway, Robert | Senior Manager - Tax | | 40.0 | | $ 700 | | $ | 28,000.00 |
| Harris, Deanna | Director  - WNT | | 3.0 | | $ 700 | | $ | 2,100.00 |
| Homen, Greg | Senior Manager- Tax | | 44.0 | | $ 660 | | $ | 29,040.00 |
| Miller, Ryan | Senior Manager - Tax | | 17.6 | | $ 660 | | $ | 11,616.00 |
| Mojto, Pavol | Senior Manager- Tax | | 4.0 | | $ 660 | | $ | 2,640.00 |
| Plantes, James | Senior Manager- Tax | | 93.5 | | $ 660 | | $ | 61,710.00 |
| LeCompte, Dan | Senior Manager - Tax | | 1.0 | | $ 595 | | $ | 595.00 |
| Meredith, Kyle | Senior Manager - Tax | | 30.9 | | $ 595 | | $ | 18,385.50 |
| Booe, Amanda | Senior Manager- Tax | | 283.9 | | $ 500 | | $ | 141,950.00 |
| Gibson, Rhonda | Senior Manager - Tax | | 10.5 | | $ 500 | | $ | 5,250.00 |
| Jandera, Judy | Director - Advisory | | 41.1 | | $ 500 | | $ | 20,550.00 |
| Lancy, Bradley | Director - Advisory | | 485.0 | | $ 500 | | $ | 242,500.00 |
| Lee, Catherine | Director - Advisory | | 1.0 | | $ 500 | | $ | 500.00 |
| Summer, Jenna L | Senior Manager- Tax | | 0.5 | | $ 500 | | $ | 250.00 |
| Klingelhoefer, Ralph A | Director - Advisory | | 2.0 | | $ 290 | | $ | 580.00 |
| Seeman, Nick | Director - Advisory | | 52.4 | | $ 290 | | $ | 15,196.00 |
| Gram, Mark | Director - Advisory | | 45.0 | | $ 285 | | $ | 12,825.00 |
| Guyre, Jason | Director - Advisory | | 2.0 | | $ 285 | | $ | 570.00 |
| Brannon, Andrew | Senior Manager - Tax | * | 1.0 | | $ 500 | ** | $ | 500.00 |
| Plangman, Monica | Associate Director - Bankruptcy | | 12.0 | | $ 325 | | $ | 3,900.00 |

3

**ATTACHMENT B TO FEE APPLICATION, continued**

| Professional Person | Position & Department | | Total Billed Hours | | Hourly Billing Rate | | | Total Compensation |
|---|---|---|---|---|---|---|---|---|
| Doyle, Matthew | Manager - Tax | | 12.5 | | $ 560 | | | $ 7,000.00 |
| Laukhuff, Brittny | Manager - Tax | | 128.4 | | $ 560 | ** | | $ 71,904.00 |
| Laukhuff, Brittny | Manager - Tax | | 143.0 | | $ 545 | ** | | $ 77,935.00 |
| Puckett, Vaishali | Manager - Advisory | | 5.0 | | $ 545 | | | $ 2,725.00 |
| Wigmore, Andrew | Manager - Tax | * | 65.7 | | $ 545 | | | $ 35,806.50 |
| Marchand, Elizabeth | Manager - Tax | | 2.6 | | $ 388 | | | $ 1,008.80 |
| Campbell, Celeste | Manager - Bankruptcy | | 188.8 | | $ 298 | | | $ 56,262.40 |
| Harper, Michael C | Manager - Advisory | | 5.5 | | $ 250 | | | $ 1,375.00 |
| Myrick, Cristina | Manager - Advisory | | 163.4 | | $ 250 | | | $ 40,850.00 |
| Payne, Lani | Senior Associate - Tax | | 155.7 | | $ 455 | ** | | $ 70,843.50 |
| Johnson, Audra | Senior Associate - Tax | | 50.5 | | $ 420 | | | $ 21,210.00 |
| Miron, Alex | Senior Associate - Tax | | 12.0 | | $ 420 | | | $ 5,040.00 |
| Moss, Jonathan | Senior Associate - Tax | | 6.0 | | $ 420 | | | $ 2,520.00 |
| Payne, Lani | Senior Associate - Tax | | 248.6 | | $ 420 | ** | | $ 104,391.00 |
| Ruzicka, Emily | Senior Associate - Tax | | 56.9 | | $ 420 | | | $ 23,898.00 |
| Sampson, Clay | Senior Associate - Tax | | 93.3 | | $ 420 | | | $ 39,186.00 |
| Suttle, Chrissie | Senior Associate - Tax | | 37.5 | | $ 420 | | | $ 15,750.00 |
| Wyatt, Darrin | Senior Associate - Tax | | 160.3 | | $ 420 | | | $ 67,326.00 |
| Berryman, Ben | Senior Associate - Advisory | | 9.1 | | $ 275 | | | $ 2,502.50 |
| Shaffer, Wendy | Senior Associate - Bankruptcy | | 9.2 | | $ 228 | | | $ 2,097.60 |
| Jeffcott, David | Senior Associate - Advisory | | 1,032.0 | | $ 220 | | | $ 227,040.00 |
| Lange, Jolandi de | Senior Associate - Advisory | | 16.0 | | $ 220 | | | $ 3,520.00 |
| Crain, Mariela | Senior Associate - Advisory | | 47.0 | | $ 190 | | | $ 8,930.00 |
| Hugghins, Hillary | Senior Associate - Advisory | | 1.8 | | $ 190 | | | $ 342.00 |
| Mullapudi, Sushma | Senior Associate - Advisory | | 52.5 | | $ 190 | | | $ 9,975.00 |
| Ravishanker, Venkatesh | Senior Associate - Advisory | | 455.1 | | $ 190 | | | $ 86,469.00 |
| Benage, Meredith | Associate - Tax | | 8.0 | | $ 280 | ** | | $ 2,240.00 |
| Arce, Erika | Associate - Tax | | 22.3 | | $ 260 | | | $ 5,798.00 |
| Benage, Meredith Levine | Associate - Tax | | 53.2 | | $ 260 | ** | | $ 13,832.00 |
| Freeman, Katherine | Associate - Tax | | 39.0 | | $ 260 | | | $ 10,140.00 |
| Klaudt, David | Associate - Tax | | 43.0 | | $ 260 | | | $ 11,180.00 |
| Klein, Allie | Associate - Tax | | 43.3 | | $ 260 | ** | | $ 11,258.00 |
| Klein, Allie | Associate - Tax | | 36.4 | | $ 200 | ** | | $ 7,280.00 |
| Garza, Juanita | Associate - Bankruptcy | | 30.1 | | $ 193 | | | $ 5,809.30 |
| Bozon, Brianna | Associate - Advisory | | 55.5 | | $ 190 | | | $ 10,545.00 |
| Fritsche, Philip | Associate - Advisory | | 572.9 | | $ 190 | | | $ 108,851.00 |
| Kapsner, Paul | Associate - Advisory | | 150.9 | | $ 190 | | | $ 28,671.00 |
| Puntham-Baker, Jay | Associate - Advisory | | 15.5 | | $ 125 | | | $ 1,937.50 |
| **Total Hours and Fees** | | | **5,763.0** | | | | | **2,026,894.60** |
| **Blended Hourly Rate** | | | | | **$ 351.71** | | | |

\* Promoted effective 10/1/15
\*\* Rates differ due to services provided under multiple Statements of Work

## COMPENSATION BY PROJECT CATEGORY

| Matter Number | Matter Description | Total Hours Billed | Total Fees Requested |
|---|---|---|---|
| 13 | CAO Financial Reporting Support[3] | 1,048.8 | $ 230,798.40 |
| 26 | OneSource Indirect Tax | 32.9 | $ 19,662.50 |
| 27 | Repairs & Maintenance Review [3] | 111.6 | $ 67,512.00 |
| 28 | Tax Accounting Support (Current Quarter) | 101.8 | $ 57,650.00 |
| 29 | SOX Compliance | 355.1 | $ 82,092.50 |
| 30 | Earnings and Profit Study | 445.8 | $ 240,617.00 |
| 32 | Tax Accounting Support (Restructuring) | 406.3 | $ 198,178.80 |
| 33 | Fresh Start | 1,352.7 | $ 436,811.50 |
| 34 | 2015 Bankruptcy Cost Analysis [3] | 967.0 | $ 398,829.00 |
| 35 | Fee Statement and Fee Application Preparation | 230.0 | $ 65,608.90 |
| 36 | Retention Services | 15.3 | $ 5,562.00 |
| 37 | Allegro Implementation Internal Audit | 53.3 | $ 15,442.50 |
| 38 | 2015 Repairs and Maintenance [3] | 96.8 | $ 57,396.00 |
| 39 | 2016 IT Compliance Support | 350.6 | $ 69,815.50 |
| 40 | Tax Consulting Services | 69.5 | $ 55,471.50 |
| 41 | IA - Identity Access Management | 125.5 | $ 25,446.50 |
| **Total** | | **5,763.0** | **$ 2,026,894.60** |

---

[3] Includes fees which were deferred until retention approval obtained

## EXPENSE SUMMARY

| Service Description | Service Provider | Amount | |
|---|---|---|---|
| Airfare | N/A | $ | 18,162.24 |
| Lodging | N/A | $ | 27,734.49 |
| Travel Meals | N/A | $ | 2,485.93 |
| Ground Transportation | N/A | $ | 11,579.53 |
| Miscellaneous | N/A | $ | - |
| **Total** | | **$** | **59,962.19** [4] |

---

[4] Includes expenses associated with fees which had been deferred pending retention approval.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | Objection Deadline: August 9, 2016 at 4:00 p.m. |

**SIXTH INTERIM FEE APPLICATION OF KPMG LLP FOR COMPENSATION**
**FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS**
**BANKRUPTCY ACCOUNTING AND TAX ADVISORS TO THE DEBTORS**
**AND DEBTORS IN POSSESSION FOR THE PERIOD FROM**
**JANUARY 1, 2016 THROUGH APRIL 30, 2016**

KPMG LLP, ("KPMG") as Bankruptcy Accounting and Tax Advisors to the

above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), files

this Sixth Interim Fee Application (the "Application"), pursuant to section 330 and 331

of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal

Rules of  Bankruptcy Procedure (the "Bankruptcy Rules"), and the Local Rules of

Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the

District of Delaware (the "Local Rules"). By this Application, KPMG seeks the

allowance of compensation for professional services performed and actual and

necessary expenses incurred by KPMG for the period from January 1, 2016 through and

including April 30, 2016 (the "Compensation Period"), in the amount of  $2,086,856.79

and respectfully represents:

**Background**

1.      On April 29, 2014 (the "Petition Date"), each of the Debtors filed a voluntary petition with the Court under chapter 11 of the Bankruptcy Code.  The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  The Court has entered a final order for joint administration of these chapter 11 cases.  The Court has not appointed a trustee.

2.      The Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") formed an official committee of unsecured creditors in these chapter 11 cases on May 13, 2014 [D.I. 420].  Further information regarding the Debtors' business operations and capital structure is set forth in the Declaration of Paul Keglevic, Executive Vice President, Chief Financial Officer, and Co-Chief Restructuring Officer of Energy Future Holdings Corp., et al., in Support of First Day Motions [D.I. 98].

3.      The Debtors filed an Application To Retain and Employ KPMG as Bankruptcy Accounting and Tax Advisor on May 29, 2014 (the "Retention Application") [D.I. 652], all as more fully set forth in the Application, the Bibby Declaration, the Supplement to the Application of Energy Future Holdings Corp, et al., [D.I. 1968] (the "Application Supplement"), the Supplemental Declaration of Thomas D. Bibby in Support of the Application of Energy Future Holdings Corp., et al., for Entry of an Order Authorizing the Debtors To Retain and Employ KPMG LLP as Bankruptcy Accounting and Tax Advisors Effective *Nunc Pro Tunc* to the Petition Date [D.I.1969] (the "Bibby Application Supplement Declaration"), and the Second Supplemental Declaration of Thomas D. Bibby in Support of the Application of Energy

Future Holdings Corp. et al., for Entry of an Order Authorizing the Debtors to Retain

and Employ KPMG LLP as Bankruptcy Accounting and Tax Advisors Effective *Nunc*

*Pro Tunc* to the Petition Date [D.I. 2038] (the "Supplemental Bibby Declaration").

4.     By this Court's Order, dated September 16, 2014 [D.I. 2054] (the

"Retention Order"), the Debtors were authorized to retain and employ KPMG LLP as

Bankruptcy Accounting and Tax Advisors *Nunc Pro Tunc* to the Petition Date.  The

Retention Order authorizes the Debtors to compensate KPMG in accordance with the

procedures set forth in section 330 and 331 of the Bankruptcy Code, the Bankruptcy

Rules, the Local Rules, and such other procedures as were fixed by order of the Court.

5.     Furthermore, by this Court's Order, dated December 17, 2014 [D.I.

3048] (the "Order"), the Debtors and Debtors in Possession were authorized to expand

KPMG LLP's services as Bankruptcy Accounting and Tax Advisors *Nunc Pro Tunc* to

August 1, 2014.

6.     As noted in the Retention Order, KPMG received retainer amounts for

services earned pre-petition.  KPMG applied a portion of the remaining retainer amount

to satisfy payments of the pre-petition fees and expenses.   Per the Retention Order and

as disclosed in subsequent filings, KPMG has applied the remaining retainer balance to

post petition fees and expenses.

7.     On February 4, 2015, the Debtors filed the Motion of Energy Future

Holdings Corp., et al., for Entry of an Order Authorizing the KPMG Debtors and

KPMG Debtors in Possession to Establish Procedures to Submit Additional Agreements

That Expand the Retention and Employment of KPMG LLP as Bankruptcy Accounting,

Tax, and IT Advisors [D.I. 3442]  (the "Retention Protocol Motion").  Pursuant to the

Retention Protocol Motion, the Debtors sought entry of an order establishing procedures

to submit additional agreements and statements of work (the "Additional Agreements")

that expand the scope of the retention and employment of KPMG as bankruptcy

accounting, tax, and information technology advisors to the KPMG Debtors.

8.      On February 24, 2015, the Court entered the Retention Protocol Order.

The Retention Protocol Order provides that, to the extent the KPMG Debtors and

KPMG enter into any Additional Agreements, the Debtors shall file a Notice (attaching

such Additional Agreements) with the Court and serve the Notice upon the Notice

Parties.  The KPMG Debtors have entered into Additional Agreements with KPMG

pursuant to the terms of the Retention Protocol Order.  See D.I. 3801, 4019, 4646, 5088,

5879, 6146, 6339, 6561, 7587, 7965, 8110 and 8262

## Jurisdiction

9.      The United States Bankruptcy Court for the District of Delaware (the

"Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the

*Amended Standing Order of Reference from the United States District Court for the*

*District of Delaware*, dated February 29, 2012.  This matter is a core proceeding within

the meaning of 28 U.S.C. § 157(b)(2).

10.     Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

11.     The statutory bases for the relief requested herein are sections 327(a),

328, and 330 of title 11 of the United States Code (the "Bankruptcy Code"), Rules

2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy

Rules"), and Local Bankruptcy Rules 2014-1 and 2016-2.

## Summary of Application

12.     During the Compensation Period, KPMG performed the services for

which it is seeking compensation on behalf of or for the Debtors and their estates and

not on behalf of any committee, creditor or other person.  By this Application, KPMG

requests allowance of interim compensation of professional fees totaling $2,026,894.60

and reimbursement of necessary and actual out-of-pocket expenses in the amount of

$59,962.19.

## Summary of Services Rendered During the Compensation Period

13.     This Application is KPMG's Sixth Interim Fee Application for

compensation and expense reimbursement filed in these chapter 11 cases, as referenced

in Attachment B.  During the Compensation Period, KPMG provided significant

professional services to the Debtors in their efforts to navigate their business through

the chapter11 process.

14.     Set forth below is a summary of the significant professional services that

KPMG rendered to the Debtors during the Compensation Period.

**CAO Financial Reporting Support Services**

- KPMG continued to assist EFH Corporate Accounting with special projects and other financial reporting needs for current operational processes and functions. KPMG assisted EFH with researching specific topics, new accounting guidance and internal audit processes including testing and documentation at the request of EFH management on an as needed basis.  KPMG also performed monthly check of professional fees accrual, prepared a quarterly accounting guidance update for all business units and prepared both the AP/AR and Professional Fees Monthly Operating Report for EFH Management.

**OneSource Indirect Tax**

- KPMG provided services with respect to EFH's implementation of Thomson Reuter's OneSource Indirect Tax System.  This project included the extensive documentation of the OneSource tax policy custom configurations into a deliverable referred to as the OneSource Solutions Document. Some of the specific sections of this document included coverage of EFH's business scenarios related to indirect tax, the integration of EFH custom feeder systems into OneSource, and detailed table which inventory the custom configurations found within OneSource. This project also encompassed a series of planning and design discussions related to the OneSource Indirect Tax Determination Adjustments Toolkit. This toolkit will permit the ability to automatically sync indirect tax related transaction outcomes between OneSource and various EFH feeder systems.

**Repairs & Maintenance Review**

- KPMG continued to assist EFH Tax with the analysis and review of its repairs and maintenance tax deduction.  In connection with these services, KPMG reviewed amounts paid to acquire, repair and dispose of tangible property for the purpose of assisting EFH with compliance with the final tangible property regulations. Specifically, KPMG worked with EFH tax/finance/fixed asset specialists to develop processes and procedures to address proper capital versus expense and disposition loss treatment of tax fixed assets for the accounting method change year and going forward.

**Tax Accounting Support (Current Quarter)**

- KPMG assisted EFH management with its analysis and documentation of financial reporting and disclosure requirements related to ASC 740 for the Q4 and 2016 Q1 financial reporting cycles including assistance with the ongoing remediation of the EFH material weakness with respect to income tax accounting.  KPMG's services also included participating in discussions with EFH's external auditor.

**SOX Compliance**

- During this period, KPMG continued our support of the IT Compliance department by assisting in a) ongoing control performance monitoring, b) control owner support, c) communication with business personnel, IT management, and internal audit and d) control automation development and deployment efforts related to SOX compliance across the IT organization.

**Earnings and Profit Study**

- KPMG provided services with respect to the earnings and profits of the Company from 2004 through 2014.  In connection with such services, KPMG analyzed tax returns provided by the client along with additional documentation provided by the client relating to the calculation of earnings and profits in order to determine the items that may affect earnings and profits in the current study.  In addition, KPMG reviewed the draft earnings and profits calculation prepared by the Company and provided feedback regarding necessary adjustments.

**Tax Accounting Support (Restructuring)**

- KPMG provided service with respect to assisting the EFH tax department to improve its tax accounting processes in preparation for fresh start accounting and emergence from bankruptcy.  In addition, KPMG worked with the Controller's department to coordinate the EFH Tax/EFH Controller's fresh start accounting preparation.

**Fresh Start**

- KPMG provided services related to financial reporting and accounting in preparation for emergence from bankruptcy under US GAAP ASC 852 Reorganizations. KPMG assisted management with an assessment of current accounting policies with a focus on identification of possible alternate policies to elect at emergence.  KPMG also assisted management with the preparation of pro forma financial statements for Reorganized TCEH to be updated and used in future SEC registration statements as a condition to emergence.  Pro forma updates were focused on changes in emergence assumptions and the addition of a court-approved acquisition to the generation fleet.  KPMG began assisting management with the overall assessment of the estimated Reorganized TCEH balance sheet at emergence to identify material adjustments pertaining to the Plan of Reorganization and Fresh Start Accounting with a focus on certain generation-related balances at management's request. KPMG also provided technical accounting research findings pertaining to the application of fresh start accounting.

**2015 Bankruptcy Cost Analysis**

- KPMG provided services with respect to the 2015 transaction costs relating to the bankruptcy.  In connection with such services, KPMG analyzed additional invoices provided by the client along with corresponding fee applications pertaining to various service providers in order to ascertain the tax treatment of such costs.  As necessary, KPMG held discussions with the Company and the additional service providers to understand the nature of the services provided in order to properly categorize the costs incurred by the Company and assist in the determination of the amounts to include in the 2015 tax return.  In addition, KPMG held discussions with the Company in order to finalize the analysis and ensure that all methodologies were captured in the KPMG deliverable.    .

**Fee Statement and Fee Application Preparation**

- The billing procedures required by the US Trustee Guidelines differ from KPMG's normal billing procedures and as such, the Local Rules and the Interim Compensation Order entered in these cases have required significant effort to inform the timekeepers of their responsibilities, compile the detailed time and expenses entries, prepare detailed and summary schedules of fees and expenses incurred, and draft the schedules included in the monthly and interim fee applications. Per the United States Bankruptcy Code Title 11 § 330(a)(6), any compensation awarded for the preparation of a fee application shall be based on the level and skill reasonably required to prepare the application.

**Retention Services**

- Services included coordinating with internal teams and Debtor's Counsel with regards to amendments and / or extensions needed for previously approved services.

**Allegro Implementation Internal Audit**

- KPMG began performing tasks needed to assist EFH with performing an Interim Audit review of the Allegro ETRM System Project implementation.

**2015 Repairs and Maintenance**

- KPMG began assisting EFH with the analysis and review of its repairs and maintenance tax deduction for the 2015 tax year.  In connection with these services, KPMG specifically is working with EFH tax/finance/fixed asset specialists to calculate an estimated 2015 repairs and maintenance deduction for provision purposes, working with EFH tax/finance/fixed asset specialists to organize all necessary fixed asset and/or transactional level detail, and underlying documentation, create a statistical sample utilizing the KPMG Economic Valuation Services team, create a template to guide COMPANY in their analysis of the sample selection, assist with the repairs and maintenance determination (to the extent

14

assistance is requested by COMPANY), extrapolate the sample repair and maintenance determination results, as determined by EFH, to the population, and prepare a process summary/technical memorandum summarizing the statistical sampling process.

**2016 IT Compliance Support**

- During this period, KPMG provided support to the EFH IT Compliance department by assisting in a) transition of compliance activities through the change of IT outsourced service providers from Cap Gemini to Accenture, b) collaborating with IT leadership on additional control automation efforts through Robotics Process Automation, and c) coordinating IT compliance efforts for the Record Center solution

**Tax Consulting Services**

- KPMG assisted EFH with analyzing the federal and state tax issues associated with various restructuring proposals and evaluating the impact on the pending IRS ruling request.

**IA - Identity Access Management**

- During this period, KPMG supported the EFH Internal Audit Department by assisting with an assessment of processes, tools, and controls related to the user access management elements across IT components by: a) conducting interviews with identified process area and IT component owners, b) observing process owners performing process tasks within target applications and supporting tools, and c) inspecting processes and controls documentation related to the user access management process areas and IT components.

15.    During the Compensation Period, KPMG billed the Debtors for time expended by professionals based on hourly rates ranging from $125 to $845 per hour. The rates reflected in this Application represent approximately a 26% to 47% discount from KPMG's standard rates. Of the aggregate time expended, 321.7 hours were expended by partners and principals, 1,212.8 hours were expended by managing directors, directors and senior managers, 714.9 hours were expended by managers, and 3,513.6 hours were expended by senior associates and associates. KPMG's blended hourly rate for services provided during the Compensation Period is $351.71.

16.     In addition to Attachment B, time detail records are annexed hereto as Exhibits A3 – A41.  KPMG maintains contemporaneous records of the time expended for the professional services and expenses related hereto performed in connection with these chapter 11 cases and such records are maintained in the ordinary course of business.

17.     The fees applied for herein are based on the usual and customary fees KPMG charges to advisory clients and are commensurate with the usual and customary rates charged for services performed.

18.     KPMG respectfully submits that the amounts applied for herein for professional services rendered on behalf of the Debtors in these cases to date are fair and reasonable given: (a) the time expended; (b) the nature and extent of the services performed at the time at which such services were rendered; (c) the value of such services; and (d) the costs of comparable services other than in these chapter 11 cases.

19.     The time and labor expended by KPMG during the Compensation Period has been commensurate with the size and complexity of these cases.  In rendering these services, KPMG has made every effort to maximize the benefit to the Debtors' estates, to work efficiently with the other professionals employed in these cases, and to leverage staff appropriately in order to minimize duplication of effort.

20.     During the Compensation Period, KPMG provided a focused range of professional services as requested by the Debtors.  KPMG respectfully submits that these services: (a) were necessary and beneficial to the successful and prompt administration of these cases; and (b) have been provided in a cost efficient manner.

21.     Except as set forth in the Retention Order, no promises concerning compensation have been made to KPMG by any firm, person or entity.

**Summary of Actual and Necessary Expenses During the Compensation Period**

22.     Attached hereto as Exhibit B, and incorporated herein by reference, is a detailed description of the actual and necessary expenses incurred by KPMG in connection with its employment with the Debtors during the Compensation Period.  As set forth in Exhibit B, KPMG seeks reimbursement of actual and necessary expenses incurred by KPMG during the Compensation Period in the aggregate amount of $59,962.19.  These expenses are reasonable and necessary in light of the size and complexity of the Debtors' cases.

**Reservation**

To the extent that time for services rendered or disbursements incurred relate to the Compensation Period, but were not processed prior to the preparation of this Application, KPMG reserves the right to request additional compensation for such services and reimbursement of such expenses in a future application.  Furthermore, KPMG reserves the right to seek final approval of the fees and expenses requested herein.

*[Remainder of page left intentionally blank]*

## Conclusion

WHEREFORE, subject to the terms of the Interim Compensation Order, KPMG respectfully requests that the Court approve the interim compensation of $2,026,894.60 as compensation for professional services rendered during the Compensation Period and reimbursement for actual and necessary expenses totaling $59,962.19 that KPMG incurred in rendering such services.

Dated: July 18, 2016

Respectfully submitted,

Thomas D. Bibby
Partner, KPMG LLP
717 North Harwood Street
Dallas, TX   75201-6585

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**DECLARATION PURSUANT TO RULE 2016-2 OF THE**
**LOCAL RULES OF BANKRUPTCY PROCEDURE FOR THE**
**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

I, Thomas D. Bibby, being duly sworn, deposes and says:

1.      I am a Certified Public Accountant and a Partner of KPMG LLP ("KPMG"), a

professional services firm.

2.      By Order dated September 16, 2014, KPMG was retained as Bankruptcy

Accounting and Tax Advisors to the above captioned debtors and debtors in possession (the

"Debtors").  I submit this Declaration in conjunction with KPMG's fee application, dated July

18, 2016 (the "Interim Fee Application") for KPMG's sixth interim fee application for

compensation for services rendered and allowance of expenses for the period January 1, 2016

through April 30, 2016.

3.      I am familiar with the work performed on behalf of the Debtors by the

professionals of KPMG.

4.      I have reviewed the foregoing Interim Fee Application and the facts set forth

therein are true and correct to the best of my knowledge, information and belief.  Moreover, I

have reviewed Rule 2016-2 of the Local Rules of Bankruptcy Procedure for the United States

---

[1]   The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Bankruptcy Court for the District of Delaware, and submit that the Interim Fee Application substantially complies with such Rule.

5.       KPMG has discussed with the Debtors the fees and expenses in this Interim Fee Application and the Debtors have been given the opportunity to review the Interim Fee Application.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 18th day of July, 2016

Thomas D. Bibby
KPMG LLP

2