# EXHIBIT A

## Professional Fees and Expenses
## Monthly Fee Statement

| Applicant | Fee Statement Period, Filing Date, & Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| Jenner & Block LLP<br><br>919 Third Avenue New York, NY 10022 | Twelfth Monthly Fee Statement<br><br>05/01/2016 through 05/31/2016<br><br>Docket No. 8783 | $80,766.75 | $4,052.19 | 07/12/2016 | $64,613.40 | $4,052.19 | $16,153.35 |