IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: D.I. 467, 8598, 8871** |

**CERTIFICATION OF COUNSEL REGARDING
ORDER AUTHORIZING SALE OF MISCELLANEOUS EQUIPMENT**

The undersigned hereby certifies as follows:

1. On June 3, 2016, the United States Bankruptcy Court for the District of Delaware (the "Court") entered the *Amended and Superseding Order Establishing Procedures to Sell, Transfer, or Abandon Certain De Minimis Assets* [D.I. 8598] (the "Sale Order"), whereby the Court authorized the above-captioned debtors and debtors in possession (collectively, the "Debtors") to sell certain surplus, obsolete, non-core, unused, or burdensome assets (collectively, the "*De Minimis* Assets") subject to the procedures set forth therein.

2. In accordance with the procedures set forth in the Sale Order, on July 6, 2016, the Debtors filed and served the *Notice of Sale* [D.I. 8871] (the "Sale Notice") pursuant to which the Debtors provided notice of their intention to sell the *De Minimis* Assets as set forth and described on "Exhibit A" attached to the Sale Notice.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 14844595v.1

3. As described in the Sale Notice (and consistent with the requirements of the Sale Order), parties-in-interest had ten calendar days (*i.e.*, until July 16, 2016) to file and serve any responses or objections to the proposed sale of *De Minimis* Assets disclosed in the Sale Notice.

4. As of the date hereof, the Debtors have received no responses or objections in connection with the Sale Notice nor do any other objections thereto appear on the Court's docket in the Debtors' chapter 11 cases. Accordingly, in accordance with the procedures set forth in the Sale Order, the Debtors have prepared a proposed form of order authorizing the sale outlined in the Sale Notice (the "Proposed Order"). The Proposed Order is attached hereto as Exhibit A.

*[Remainder of page intentionally left blank.]*

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Order, attached hereto as Exhibit A, at the Court's earliest convenience.

Dated: July 18, 2016
Wilmington, Delaware

/s/ [signature]

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:      (302) 651-7700
Facsimile:       (302) 651-7701
Email:             collins@rlf.com
                      defranceschi@rlf.com
                      madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:      (212) 446-4800
Facsimile:       (212) 446-4900
Email:             edward.sassower@kirkland.com
                      stephen.hessler@kirkland.com
                      brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:       (312) 862-2200
Email:             james.sprayregen@kirkland.com
                      marc.kieselstein@kirkland.com
                      chad.husnick@kirkland.com
                      steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession