# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON JULY 20, 2016 STARTING AT 10:00 A.M. (EDT)[3]

**I.   INITIAL PLAN CONFIRMATION PRE-TRIAL CONFERENCE:**

1. Second Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 8745; filed June 16, 2016]

    Response/Objection Deadline:     August 3, 2016

    Confirmation Responses/Objections Received:     None to date.

    Related Documents:

    i. Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order (A) Approving the Disclosure Statement, (B) Establishing the Voting Record Date, Voting Deadline, and Other Dates, (C) Approving Procedures for Soliciting, Receiving, and Tabulating Votes on the Plan and for Filing Objections to the Plan, and (D) Approving the Manner and Forms of Notice and Other Related Documents [D.I. 8357; filed May 1, 2016]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] **Amended items appear in bold.**

[3] The July 20, 2016 (the "July 20th Hearing") hearing will be held before The Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 beginning at 10:00 a.m. (EDT). Any person who wishes to appear telephonically at the July 20th Hearing must contact COURTCALL, LLC at 866-582-6878 prior to 12:00 p.m. (noon) (EDT) on Tuesday, July 19, 2016 to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009.*

ii. Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Joint Plan of Reorganization and the Approval of Debtors' Disclosure Statement [D.I. 8514; filed May 24, 2016] (the "Scheduling Order")

iii. Notice of Filing of "Form of Tax Matters Agreement by and Among Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, EFIH Finance Inc. and [Reorganized TCEH]" [D.I. 8699; filed June 13, 2016]

iv. Second Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code (Blackline) [D.I. 8746; filed June 16, 2016]

v. Third Amended Disclosure Statement for the Second Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the TCEH Debtors and EFH Shared Services Debtors [D.I. 8747; filed June 16, 2016]

vi. Third Amended Disclosure Statement for the Second Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the TCEH Debtors and EFH Shared Services Debtors (Blackline) [D.I. 8753; filed June 16, 2016]

vii. Order (A) Approving the Disclosure Statement of the TCEH Debtors and the EFH Shared Services Debtors, (B) Establishing the TCEH Voting Record Dates, (C) Approving Procedures for Soliciting, Receiving, and Tabulating Votes on the Plan and for Filing Objections to the Plan as to the TCEH Debtors and EFH Shared Services Debtors, and (D) Approving the Manner and Forms of Notice and Other Related Documents [D.I. 8761; filed June 17, 2016]

viii. Notice of Hearing to Consider Confirmation of the Chapter 11 Plan Filed by the TCEH Debtors and Related Voting and Objection Deadlines [D.I. 8772; filed June 17, 2016]

ix. Notice Regarding Supplement to the Scheduling Order [D.I. 8882; filed July 8, 2016]

x. Supplement to Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Joint Plan of Reorganization and the Approval of Debtors' Disclosure Statement [D.I. 8883; filed July 11, 2016]

Status: As set forth in the Scheduling Order, an initial pre-trial conference with respect to the Plan as it relates to the TCEH Debtors and EFH Shared Services Debtors will go forward. Additionally, the Debtors shall provide the Court with an update concerning the status of certain tax matters in

connection with the Plan as it relates to the TCEH Debtors and EFH Shared Services Debtors at the hearing.

## II. MATTER GOING FORWARD:

2. Contrarian Capital Management, LLC's Motion to Compel Mediation of Disputes Concerning Certain Plan Confirmation Issues [D.I. 8890; filed July 11, 2016]

    Response/Objection Deadline:   July 18, 2016 at 4:00 p.m. (EDT)

    Responses/**Joinders**/Objections Received:

    A. **Debtors' Opposition to Motion of Contrarian Capital Management, LLC to Compel Mediation of Dispute Concerning Certain Plan Confirmation Issues [D.I. 8938; filed July 18, 2016]**

    B. **Joinder of EFH Notes Indenture Trustee to Contrarian Capital Management, LLC's Motion to Compel Mediation of Disputes Concerning Certain Plan Confirmation Issues [D.I. 8940; filed July 18, 2016]**

    C. **Objection of the Ad Hoc Committee of TCEH First Lien Creditors to Contrarian Capital Management LLC's Motion to Compel Mediation of Disputes Concerning Certain Plan Confirmation Issues [D.I. 8941; filed July 18, 2016]**

    D. **Joinder of Certain Funds and Accounts Advised or Sub-Advised by Fidelity Management & Research Company or its Affiliates to Contrarian Capital Management, LLC's Motion to Compel Mediation of Disputes Concerning Certain Plan Confirmation Issues [D.I. 8942; filed July 18, 2016]**

    E. **Joinder of Fenicle and Fahy to Motion to Compel Mediation of Disputes Concerning Certain Plan Confirmation Issues [D.I. 8943; filed July 18, 2016]**

    Related Documents:

    i. Motion of Contrarian Capital Management, LLC for Order Shortening Notice of Hearing for Motion to Compel Mediation of Disputes Concerning Certain Plan Confirmation Issues [D.I. 8892; filed July 11, 2016]

    ii. Order Setting Expedited Hearing and Shortening Notice Period with Respect to Contrarian Capital Management, LLC's Motion to Compel Mediation of Disputes Concerning Certain Plan Confirmation Issues [D.I. 8894; filed July 12, 2016]

Status: The hearing on this matter will go forward **on a contested basis**.

Dated: July 18, 2016
Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
defranceschi@rlf.com
madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    edward.sassower@kirkland.com
stephen.hessler@kirkland.com
brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    james.sprayregen@kirkland.com
marc.kieselstein@kirkland.com
chad.husnick@kirkland.com
steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*