# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

|  |  |  |
|---|---|---|
| Mark McKane, P.C.<br>To Call Writer Directly:<br>(415) 439-1473<br>mark.mckane@kirkland.com | 555 California Street<br>San Francisco, California  94104<br><br>(415) 439-1400<br><br>www.kirkland.com | Facsimile:<br>(415) 439-1500 |

July 19, 2016

**By eFiling and Hand Delivery**

The Honorable Christopher S. Sontchi
United States Bankruptcy Judge
United States Bankruptcy Court
824 North Market Street, 5th Floor
Wilmington, Delaware 19801

            Re:    *In re Energy Future Holdings, Corp., et. al.* (Case No. 14-10979)

Dear Judge Sontchi:

      I write on behalf of the debtors and debtors in possession of Energy Future Holdings Corp., *et al*. (collectively, the "Debtors"), in connection with tomorrow's initial pre-trial hearing on confirmation of the *Second Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al.*, [D.I. 8745] (as may be further amended, modified, or supplemented, the "Plan"). Specifically, I write to update the Court on ongoing discussions between the Debtors and parties participating in the T-Side confirmation proceedings (the "Participating Parties") with regard to concluding fact and expert discovery and conducting the confirmation hearing for the T-Side entities (the "T-Side Confirmation Hearing").

### I.      Logistics for the T-Side Confirmation Hearing

      On July 14, 2016, the Debtors hosted a telephonic initial pre-trial meet and confer, pursuant to paragraph 7 of the *Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Joint Plan of Reorganization and the Approval of Debtors' Disclosure Statement* [D.I. 8514] (as supplemented by D.I. 8883, the "Scheduling Order") in an effort to reach agreement on procedures for the T-Side Confirmation Hearing. Counsel for the following parties participated:  (1) the Debtors as a whole; (2) EFH; (3) the EFH Indenture Trustee; (4) the United States Trustee; (5) the EFIH Unsecured Notes; (6) the EFH Official Committee; (7) Fidelity; (8) the EFIH PIK Indenture Trustee; (9) the Ad Hoc Group of EFH Legacy Noteholders; (10) Shirley Fenicle and David William Fahy; (11) the PCRB Indenture Trustee; (12) the TCEH 1st Lien Ad Hoc Group; (13) the TCEH Official Committee; (14) Law Debenture Trust Company of New York, as the indenture trustee for the TCEH unsecured notes; and (15) TCEH.

Beijing    Chicago    Hong Kong    Houston    London    Los Angeles    Munich    New York    Palo Alto    Shanghai    Washington, D.C.

RLF1 14851722v.1

**KIRKLAND & ELLIS LLP**

The Honorable Christopher S. Sontchi
July 19, 2016
Page 2

    Based on the discussion, the Debtors and the Participating Parties largely agree on how to conduct the T-Side Confirmation Hearing. The proposed approach is based significantly on the successful procedures used in the November 2015 confirmation hearing. Specifically, the Debtors and the Participating Parties substantially agree as to the following, further details of which will be reflected in a final pre-trial order to be submitted to the Court by August 8, 2016:

    **Use of a Chess Clock:** The parties agree on the use of a chess clock with a fixed set of time split between 50% / 50% between Plan Proponents and Opponents.

    **Written Direct Examinations**: Parties may submit narrative written direct examinations for all or part of any witness's testimony, which shall not count against a party's allocated time. Witnesses testifying by written direct are permitted to supplement the written direct with live testimony, and must be tendered for cross examination. Written direct testimony should be provided to Participating Parties and the Court four (4) calendar days in advance of the witness being called.

    **Exhibits**: By Sunday, August 14, 2016, each Participating Party shall give notice of all exhibits it intends to move into evidence at trial. Any evidentiary objections to any exhibit so identified shall be lodged by 9:00 p.m. (Eastern Daylight Time) on Monday, August 15, 2016. The parties shall meet and confer in good faith in an effort to resolve any evidentiary objections prior to use of the exhibit(s) at trial. Exhibits produced by any Participating Party are self-authenticating and are understood to be true and accurate representations of the original document.

    **Demonstratives**: Participating Parties must provide to all other Participating Parties any demonstrative to be used at the T-Side Confirmation Hearing prior to 10:00 p.m. (Eastern Daylight Time) on the day before the demonstrative's use.

    **Closing Arguments**: The Participating Parties shall confer in good faith and work with the Court to schedule closing arguments as the trial progresses.

    **Deposition Designations**: Plan Objectors shall provide deposition designations, if any, to the Plan Supporters at least four (4) calendar days prior to submitting them to the Court. Plan Supporters shall provide designations, counter-designations, and objections two (2) calendar days after receiving designations. The parties must meet and confer prior to submitting designations to the Court, and the submission must be joint.

    Additionally, the Debtors and the Participating Parties are in tentative agreement on the following procedures, though certain Participating Parties have reserved their rights subject to case developments in advance of submission of the final pretrial order:

**KIRKLAND & ELLIS LLP**

The Honorable Christopher S. Sontchi
July 19, 2016
Page 3

**Trial Timing**:  The Debtors believe twenty (20) hours is sufficient time to complete the T-Side Confirmation Hearing.

**Opening Statements**:  The Debtors believe three (3) hours is an adequate amount of time to complete opening statements, and propose allocating two (2) hours to Plan Supporters and one (1) hour to Plan Objectors.  Certain Participating Parties have proposed the time be allocated equally between Plan Supporters and Plan Objectors.

The Debtors believe the parties can reach agreement on these issues before the August 8, 2016 deadline for submission of a pre-trial order.

## II.     Proposed Revisions to Scheduling Order

Pursuant to the Scheduling Order, June 30, 2016 was the date to complete fact discovery related to the TCEH Debtors.  While the parties concluded the substantial majority of discovery before this date, there are several ancillary agreements related to Reorganized TCEH that have yet to be finalized.  The Debtors expect to finalize those agreements next week, and will provide Participating Parties an opportunity to take depositions relating to the final agreements, consistent with the Court's guidance at the T-Side disclosure statement hearing.

The Debtors and Participating Parties have worked constructively to date to allow for this additional discovery.  To accommodate this second phase of fact discovery, the Debtors are proposing the following minor adjustments to the Scheduling Order, moving:

- The deadline for Participating Parties to serve final lists of witnesses and exhibits from August 4, 2016, to August 5, 2016;

- The deadline to file objections to the Plan with regards to aspects of the Plan relating to the TCEH Debtors from August 3, 2016, to August 8, 2016; and

- The deadline for the Debtors to file their reply to objections to the Plan from August 12, 2016, to August 15, 2016.

- Finally, the deadline to serve and object to deposition designations is removed, to be replaced by a provision in the final pre-trial order requiring service of notice of intent to submit deposition designations at least four (4) days prior to submission to the Court, and requiring service of objections and counter-designations at least two (2) days prior to submission to the Court.

The Debtors believe these adjustments to the Scheduling Order will enable all Parties to adequately prepare for and efficiently litigate any issues to be decided at the T-Side

# KIRKLAND & ELLIS LLP

The Honorable Christopher S. Sontchi
July 19, 2016
Page 4

Confirmation Hearing. The Debtors circulated the proposed revised Scheduling Order to the PCRB Indenture Trustee, the TCEH 1st Lien Ad Hoc Group, the TCEH Official Committee, and TCEH Second Lien Noteholders. No party has objected to the proposed order to date.

### III.    EFH Corporate Services and EFH Properties Company Discovery

The Debtors and the EFH Indenture Trustee are also working to resolve a lingering discovery dispute with respect to the treatment and value of EFH Corporate Services and EFH Properties Company (a non-Debtor). The EFH Indenture Trustee has sought substantial discovery on these topics. While the Debtors disagree with the EFH Indenture Trustee regarding the appropriate scope of this discovery, and have exchanged letters with the EFH Indenture Trustee memorializing their disagreement, the Debtors are working cooperatively with the EFH Indenture Trustee to provide information through a diligence process and the ongoing expert discovery process. The Debtors are making significant efforts to resolve this dispute without the Court's involvement.

\* \* \* \*

The Debtors will also provide an update on their efforts to obtain a private letter ruling from the IRS on the T-Side Debtors' proposed restructuring transactions at tomorrow's hearing.

Sincerely,

*/s/ Mark McKane, P.C.*

Mark McKane, P.C.