IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE   )
                    ) SS
NEW CASTLE COUNTY   )

Melissa L. Romano, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, co-counsel to the Ad Hoc Committee of TCEH First Lien Creditors in the above-captioned matter, and that on July 18, 2016, she caused copies of the following to be served upon the parties on the attached service list in the manner indicated.

- **Objection of the Ad Hoc Committee of TCEH First Lien Creditors to Contrarian Capital Management LLC's Motion to Compel Mediation of Disputes Concerning Certain Plan Confirmation Issues [Docket No: 8941]**

_____
Melissa L. Romano

SWORN TO AND SUBSCRIBED before me this 20 day of July, 2016.

_____
Notary Public
DEBBIE ELLEN LASKIN
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Nov. 29, 2016

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

01:18938746.1

Hand Delivery & Electronic Mail

**MONTGOMERY, MCCRACKEN, WALKER, & RHOADS LLP**
Attn: Natalie D. Ramsey, Esq.
Attn: Davis Lee Wright, Esq.
Attn: Mark A. Fink, Esq.
1105 N. Market St 15th FL
Wilmington, DE 19801
*nramsey@mmwr.com*
*dwright@mmwr.com*
*mfink@mmwr.com*

(Co-Counsel to the EFH Creditors' Committee)

Federal Express & Electronic Mail

**SULLIVAN & CROMWELL LLP**
Attn: Andrew G. Dietderich, Esq.
Attn: Brian D. Glueckstein, Esq.
Attn: Michael H. Torkin, Esq.
125 Broad St.
New York, NY 10004
*dietdericha@sullcrom.com*
*gluecksteinb@sullcrom.com*
*torkinm@sullcrom.com*

(Co-Counsel to the EFH Creditors' Committee)

Hand & Electronic Mail

**POLSINELLI PC**
Attn: Christopher A. Ward, Esq.
Attn: Justin K. Edelson, Esq.
Attn: Shanti M. Katona, Esq.
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
*cward@polsinelli.com*
*jedelson@polsinelli.com*
*skatona@polsinelli.com*

(Co-Counsel to the TCEH Creditors' Committee)

Federal Express & Electronic Mail

**MORRISON & FOERSTER LLP**
Attn: James M. Peck, Esq.
Attn: Brett H. Miller, Esq.
Attn: Lorenzo Marinuzzi, Esq.
Attn: Todd M. Goren, Esq.
Attn: Samantha Martin, Esq.
250 West 55th Street
New York, NY 10019
*jedelson@polsinelli.com*
*brettmiller@mofo.com*
*lmarinuzzi@mofo.com*
*tgoren@mofo.com*

(Co-Counsel to the TCEH Creditors' Committee)

Hand Delivery & Electronic Mail

**OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE**
Attn: Richard L. Shepacarter, Esq.
Attn: Andrea B. Schwartz, Esq.
844 King Street, Suite 2207
Wilmington, DE 19801
*richard.schepacarter@usdoj.gov*
*andrea.schwartz@usdoj.gov*

Federal Express & Electronic Mail

**KIRKLAND & ELLIS LLP**
Attn: James H.M. Sprayregen, P.C.
Attn: Marc Kieselstein, P.C.
Attn: Chad J. Husnick, Esq.
Attn: Steven N. Serajeddini, Esq.
300 North LaSalle
Chicago, IL 60654
*james.sprayregen@kirkland.com*
*marc.kieselstein@kirkland.com*
*chad.husnick@kirkland.com*
*steven.serajeddini@kirkland.com*

(Co-Counsel to the Debtors)

| Hand Delivery & Electronic Mail | Federal Express & Electronic Mail |
|---|---|
| **RICHARDS, LAYTON & FINGER, P.A.**<br>Attn: Mark D. Collins, Esq.<br>Attn: Daniel J. DeFranceschi, Esq.<br>Attn: Jason M. Madron, Esq.<br>920 North King Street<br>Wilmington, DE 19801<br>*collins@rlf.com*<br>*defranceschi@rlf.com*<br>*madron@rlf.com*<br><br>(Co-Counsel to the Debtors) | **KIRKLAND & ELLIS LLP**<br>Attn: Edward O. Sassower, P.C.<br>Attn: Stephen E. Hessler, Esq.<br>Attn: Brian E. Schartz, Esq.<br>601 Lexington Avenue<br>New York, DE 10022<br>*edward.sassower@kirkland.com*<br>*stephen.hessler@kirkland.com*<br>*brian.schartz@kirkland.com*<br><br>(Co-Counsel to the Debtors) |

| Hand Delivery | Federal Express |
|---|---|
| **HOGAN MCDANIEL**<br>Attn: Garvan F. McDaniel<br>1311 Delaware Avenue<br>Wilmington, DE  19806<br>*gfmcdaniel@dkhogan.com*<br><br>(Counsel to Contrarian Capital Management) | **KASOWITZ, BENSON, TORRES & FRIEDMAN LLP**<br>Attn: David S. Rosner, Esq.<br>Attn: Andrew K. Glenn, Esq.<br>Attn: Daniel A. Fliman, Esq.<br>1633 Broadway<br>New York, NY 10019<br>*drosner@kasowitz.com*<br>*aglenn@kasowitz.com*<br>*dfliman@kasowitz.com*<br><br>(Counsel to Contrarian Capital Management) |