IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Energy Future Holdings Corp., et al. | : | Case No.: 14-10979 (CSS) |
| | : | Jointly Administered |
| | : | |
| Debtors. | : | Re: Docket No.: 8890 |
| _____ | : | |

## ORDER

Upon consideration of Contrarian Capital Management, LLC's Motion to Compel Mediation of Disputes Concerning Certain Plan Confirmation Issues [D.I. 8890] filed on July 11, 2016 (the "Motion"); the Court having reviewed the Motion and the joinders and objections thereto; the Court having heard the statements of counsel and parties in interest regarding the Motion at a hearing before the Court on July 20, 2016 (the "Hearing"); the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (iii) notice of the Motion and the Hearing were sufficient notice under the circumstances; and (iv) the Court has judicial power to enter a final order.

IT IS HEREBY ORDERED THAT, for the reasons set forth on the record at the Hearing, the Motion is DENIED without prejudice.

_____
Christopher S. Sontchi
United States Bankruptcy Judge

Date: July 20, 2016