# SIGN-IN SHEET

**CASE NAME: EFH**
**CASE NO: 14-10979**

**COURTROOM LOCATION: 6**
**DATE: 7/20/2016 at 10:00 A.M.**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Jeffrey Sabin | Venable, LLP | PIMCO |
| Mark A. Fink | MMWR | E-Side Committee |
| Brian Glueckstein | Sullivan & Cromwell | E-Side Committee |
| Laura Davis Jones | Pachulski Stang Ziehl + Jones | Second Lien Indenture Trustee |
| Jennifer Sharret | Kramer Levin Naftalis + Frankel | Second Lien Indenture Trustee |
| Daniel K. Hogan | Hogan McDaniel | Fenicle & Fahy |
| Dave Holmes | Cross & Simon | Fidelity Management + Research |
| Gary Kaplan | Fried, Frank, Harris, Shriver... | " |
| Matthew Roose | " | " |
| ARLENE ALVES | SEWARD + KISSEL | WILMINGTON TRUST AS TCEH First Lien Agent |
| Garvan McDaniel | Hogan McDaniel | Contrarian Capital |
| David Rosner | Kasowitz Benson | " |
| Nii-Amar Amamoo | " | " |
| Stephen Miller | Morris James LLP | Law Debenture Trust Company of NY, Trustee |
| Brian Guiney | Patterson Belknap | " |
| Rich Pedone | Nixon Peabody LLP | American Stock Transfer as EFH Trustee |
| George Shelly | " | |
| David Primack | McElroy Deutsch Mulvaney Carpenter | TCEH Debtors |
| Tom Walper | Munger Tolles, Olson | " |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

| | | |
|---|---|---|
| Howard A. Cohen | Drinker Biddle + Reath | Citibank DIP Agent |
| Richard L. Schepacarter | USDOJ-OUST | U.S. Trustee |

| Name | Firm | Representing |
|---|---|---|
| Ray Gruisch | Klehr Harrison | UMB Bank, N.A. Indenture Trustee |
| Abid Qureshi | Akin Gump | " |
| Alan Kornberg, Moses Silverman, Jacob Adlerstein, Adam Bernstein | Paul, Weiss, Rifkind Wharton & Garrison | Ad Hoc Committee of TCEH First Lien Creditors |
| Pauline K. Morgan | Young Conaway | Ad Hoc Committee of TCEH First Lien Creditors |
| Mark Thomas | Proskauer | EFH |
| Peter Young | Proskauer | EFH |
| David Klauder | Bielli & Klauder | EFH |
| Jeff Schlerf | Fox Rothschild | TCEH Unsecured Noteholders Group |
| Thomas Walper | Munger Tolles & Olson | TCEH, Disinterested |
| Mark McKane | Kirkland & Ellis LLP | Debtors |
| Sara Zablotney | " | Debtors |
| Dan DeFranceschi | RLF | " |
| Jason Madron | " | " |
| Christopher Carty | Akin Gump | UMB Bank, N.A. Indenture Trustee |
| [illegible] | [illegible] | [illegible] |

| | | |
|---|---|---|
| Ray Lemisch | Klehr Harrison | UMB Bank, N.A. Indenture Trustee |
| Abid Qureshi | AKIN GUMP | " |
| Alan Kornberg, Moses Silverman, Jacob Adlerstein, Adam Bernstein | Paul, Weiss, Rifkind Wharton & Garrison | Ad Hoc Committee of TCEH First Lien Creditors |
| Pauline K. Morgan | Young Conaway | |
| Mark Thomas, Peter Young | Proskauer | EFH |
| David Klauder | Bielli & Klauder | EFH |
| Jeffrey Schlerf | Fox Rothschild | TCEH Unsecured Noteholders Group |
| THOMAS WALPER | MUNGER TOLLES & OLSON | TCEH, DISINTERESTED |
| Mark McKane | Kirkland & Ellis LLP | Debtors |
| Sara Zablotney | " | Debtors |
| Dan DeFranceschi | RLF | " |
| Jason Madron | " | " |
| Christopher Carty | Akin Gump | UMB Bank, N.A. Indenture Trustee |
| [illegible] | [illegible] | [illegible] |

# SIGN-IN SHEET

**CASE NAME:** EFH
**CASE NO: - (CSS)**

**COURTROOM LOCATION: 6**
**DATE: AT :**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Christopher Simon | Cross & Simon | American Stock Transfer |
| CHRIS SHORE | WHITE & CASE LLP | Ad Hoc TCEH Unsecured Notes |
| Joseph H. Huston, Jr. | Stevens & Lee PC | EFIH → Wilmington Trust |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

Court Conference

Calendar Date: 07/20/2016

Calendar Time: 10:00 AM ET

U.S. Bankruptcy Court-Delaware

Confirmed Telephonic Appearance Schedule

Honorable Christopher S. Sontchi

#6

*Amended Calendar 07/20/2016 06:49 AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7735832 | Alysa Ain | (212) 859-8076 | Fried, Frank, Harris, Shriver & Jacobson LLP | Client, Fidelity Management & Research / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7731111 | Scott L. Alberino | (202) 887-4000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Ad Hoc Committee of Unsecure Note Holders / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7729154 | Ashley F. Bartram | (512) 475-4937 | State of Texas - Office of the Attorney General -Bankruptcy & Collections Div.Only | Interested Party, Public Utility Commission of Texas, et al / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7733012 | Ward Benson | (202) 514-9642 | U.S. Department of Justice | Creditor, United States of America / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7731443 | Josh W. Brant | (212) 723-1584 | Citigroup | Interested Party, Citigroup Global Markets Inc / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7733938 | Peg A. Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Dow Jones & Co. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7731165 | Philip E. Brown | (212) 649-9596 | PSAM, LP | Creditor, PSAM, LP / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7731139 | Stephen Burnazian | (212) 878-3526 | Avenue Capital Group | Interested Party, AHCEFIH / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7726045 | Kellie Cairns | (212) 373-3012 | Paul Weiss Rifkind Wharton & Garrison | Creditor, The Steering Committee of TCEH First Lien Lenders / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7732295 | Mark A. Cody | (312) 269-4392 | Jones Day | Creditor, Oncor Electric Delivery Holdings Company, LLC / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7732982 | Daniel B. Denny | 213-229-7646 | Gibson, Dunn & Crutcher LLP | Interested Party, Gibson, Dunn & Crutcher LLP / LISTEN ONLY |

Copyright © 2016 CourtCall, LLC. All Rights Reserved.

| | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7724211 | Stacey Dore | (212) 446-6411 | Energy Future Holdings Corp. | Debtor, Energy Future Holdings / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7735004 | Philip G. Eisenberg | (713) 226-1304 | Locke Lord LLP | Interested Party, Locke Lord LLP / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7731135 | Catherine Eisenhut | (941) 306-7283 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Ad Hoc Committee of Unsecured Note Holders / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7731839 | Benjamin D. Feder | (212) 808-7925 | Kelley Drye & Warren LLP | Creditor, CSC Inventure / LIVE |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7731157 | Bradley Feingerts | (302) 651-7886 | GSO Capital Partners | Interested Party, GSO Capital Partners / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7734857 | Barry Felder | (212) 338-3540 | Foley & Lardner LLP | Interested Party, UMB Bank, N.A., as indenture trustee / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7720083 | Michael Firestein | (310) 284-5661 | Proskauer Rose LLP | Debtor, Energy Future Holdings Corp / LIVE |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7725864 | Mark Flannagan | (212) 808-7925 | UMB Bank | Creditor, UMB Bank N.A. / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7731162 | Patrick Fleury | (302) 571-6727 | GSO Capital Partners | Interested Party, GSO Capital Partners / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7732318 | Joseph A. Florczak | (312) 269-4123 | Jones Day | Creditor, Oncor Electric Delivery Holdings / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7720601 | Seth Goldman | (213) 683-9554 | Munger, Tolles & Olson LLP | Interested Party, Energy Future Holdings Corp. / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7732355 | Erica Goodstein | (718) 921-8180 | American Stock Transfer Trust Company, LLC | Creditor, American Stock Transfer / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7733618 | Isley M. Gostin | (202) 663-6551 | WilmerHale LLP | Creditor, Delaware Trust Co. / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7719553 | Christopher Hahm | (212) 530-5198 | Milbank, Tweed, Hadley & McCloy, LLP | Creditor, Citibank / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7736471 | Thomas Hals | (610) 544-2712 | Thomson & Reuters | Interested Party, Thomson & Reuters / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7731182 | Beau Harbour | (212) 588-6132 | Mudrick Capital Management, LP | Interested Party, Mudrick Capital Management / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7725850 | Mark F. Hebbeln | (312) 832-4394 | Foley & Lardner, LLP | Trustee, UMB Bank N.A. / LISTEN ONLY |

Copyright © 2016 CourtCall, LLC. All Rights Reserved.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7735222 | Patrick Holohan | (646) 412-5336 | Merger Market | Interested Party, Debtwire / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7724223 | Natasha Hwangpo | (212) 909-3198 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7725857 | Harold Kaplan | (312) 832-4393 | Foley & Lardner LLP | Trustee, UMB Bank / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7731152 | Matthew Kimble | (212) 878-3504 | Avenue Capital Group | Interested Party, AHCEFIH / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7736378 | Stuart Kovensky | (201) 541-2121 | Onex Credit Partners | Interested Party, Stuart Kovensky / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7735615 | Ari D. Kunofsky | (202) 353-9187 | U.S. Department of Justice | Creditor, United States of America / LIVE |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7732716 | Michael Lee | (212) 317-3374 | Carl Marks Strategic | Interested Party, Carl Marks Strategic / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7732905 | Catherine LoTempio | (212) 574-1632 | Seward & Kissel LLP | Creditor, Wilmington Trust N.A. / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7735164 | Robert K. Malone | (973) 549-7080 | Drinker Biddle & Reath LLP | Debtor, Citibank N.A. / LIVE |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7720891 | Chris McBay - Client | (214) 953-6487 | Baker Botts LLP | Interested Party, Hunt Utility Services / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7729149 | Hal F. Morris | (512) 475-4550 | State of Texas - Office of the Attorney General -Bankruptcy & Collections Div.Only | Interested Party, Public Utility Commission of Texas / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7721010 | Tina Moss | (212) 262-6910 | Perkins Coie LLP | Creditor, Delaware Trust Company / LIVE |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7726040 | Kevin O'Neill | (212) 373-3000 | Paul Weiss Rifkind Wharton & Garrison | Creditor, Steering Committee of TCEH Lenders / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7732547 | Meredith Pfister | (212) 412-1368 | Barclays Bank PLC | Interested Party, Barclays Bank PLC / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7733650 | Jon Pruchansky | (212) 584-5945 | Arrowgrass Capital Partners U.S. LP | Interested Party, Jon Pruchansky / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7731120 | Abid Qureshi | (212) 872-1000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Ad Hoc Committee Of EFIH Unsecured Noteholders / LIVE |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7720092 | Lary A. Rappaport | (310) 284-5658 | Proskauer Rose LLP | Debtor, Energy Future Holdings Corp. / LIVE |

Copyright © 2016 CourtCall, LLC. All Rights Reserved.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7733557 | Elizabeth Rasskazova | +44-207-901-8300 | Polygon Global Partners | Interested Party, Polygon Global Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7731172 | Jeff Rosenbaum | (212) 300-1309 | York Capital Management, (U.S. Advisors) LP | Interested Party, York Capital Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7724370 | Robin Russell | 203-353-3101 | Bennett Management Corporation | Interested Party, Bennett Management Corporation / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7732349 | Erik Schneider | (617) 345-1112 | Nixon Peabody LLP | Creditor, American Stock Transfer / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7719596 | Noah M Schottenstein | (214) 953-6500 | Baker Botts LLP | Interested Party, Hunt Utility Services / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7735558 | Nate Streicher | (212) 668-5094 | Am Trust Group | Interested Party, Am Trust Group / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7732580 | Marsha Sukach | (212) 715-9551 | Kramer Levin Naftalis & Frankel LLP | Creditor, Second Lein Note Holders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7732175 | Foteini Teloni | (212) 848-4579 | Shearman & Sterling LLP | Creditor, Deutsche Bank National Trust Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7725722 | Angelo Thalassinos | (212) 588-8890 | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7732303 | Andrew M. Thau | (212) 915-1232 | Cantor Fitzgerald | Interested Party, Cantor Fitzgerald / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7733736 | Amer Tiwana | (646) 616-3052 | Cowen and Company | Interested Party, Cowen and Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7730795 | Matthew Underwood | 212-588-5148 | HBK Capital | Interested Party, HBK Capital / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7731858 | Tamara Van Heel | (305) 995-5232 | White and Case | Creditor, Ad Hoc Committe of TECH Unsecured Noted Holders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7720623 | Thomas Walper | (213) 593-5393 | Munger, Tolles & Olson LLP | Interested Party, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7736374 | Julia M. Winters | (212) 617-6592 | Bloomberg LP | Interested Party, Bloomberg LP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7724221 | Aparna Yenamandra | (212) 446-4800 | Kirkland & Ellis LLP | Debtor, Energy Future Holding Corporation / LISTEN ONLY |

Copyright © 2016 CourtCall, LLC. All Rights Reserved.