## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors.[1] | ) (Jointly Administered) |
| | ) |
| | ) **Re: D.I. 8358, 8514, 8883** |

### CERTIFICATION OF COUNSEL CONCERNING "SECOND SUPPLEMENT TO ORDER SCHEDULING CERTAIN HEARING DATES AND DEADLINES AND ESTABLISHING CERTAIN PROTOCOLS IN CONNECTION WITH THE CONFIRMATION OF DEBTORS' JOINT PLAN OF REORGANIZATION AND THE APPROVAL OF DEBTORS' DISCLOSURE STATEMENT"

The undersigned hereby certifies as follows:

1. On May 1, 2016, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Motion of Energy Future Holdings Corp., et al., for Entry of an Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Joint Plan of Reorganization and The Approval of Debtors' Disclosure Statement* [D.I. 8358] (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). Pursuant to the Motion, the Debtors were seeking entry of an order scheduling certain dates and deadlines and establishing certain protocols in connection with the confirmation of the Debtors' joint plan of reorganization and approval of the Debtors' related disclosure statement(s).

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not

RLF1 14855861v.1

2.      Following notice and a hearing, on May 24, 2016, the Bankruptcy Court entered the *Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Joint Plan of Reorganization and the Approval of Debtors' Disclosure Statement* [D.I. 8514] (the "Scheduling Order").[2]

3.      Pursuant to the Scheduling Order, the Bankruptcy Court established (a) in Section II of the Scheduling Order, certain dates and deadlines relating to approval of a disclosure statement and confirmation of the New Plan with respect to the TCEH Debtors and EFH Shared Services Debtors (as defined in the New Plan, and referred to as the EFH Corporate Services Debtors in the Scheduling Order) and, separately, (b) in Section III of the Scheduling Order, certain dates and deadlines relating to approval of a disclosure statement and confirmation of the New Plan with respect to the EFH Debtors and EFIH Debtors.

4.      On July 11, 2016, the Bankruptcy Court entered the *Supplement to Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection With the Confirmation of Debtors' Joint Plan of Reorganization and the Approval of Debtors' Disclosure Statement* [D.I. 8883] (the "First Supplement"). Pursuant to the First Supplement, the Bankruptcy Court suspended the dates and deadlines set forth in paragraph 8(f)-8(hh) of the Scheduling Order (*i.e.*, the dates and deadlines relating to approval of a disclosure statement and confirmation of the New Plan with respect to the EFH Debtors and EFIH Debtors). Notably, nothing in the First Supplement affected or altered any of the other dates and deadlines (*i.e.,* none of the dates and deadlines *other than* those contained in paragraph 8(f)-8(hh)) set forth

---

provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

in the remainder of the Scheduling Order, which have continued to apply in full force and effect.

5. In accordance with the Scheduling Order, on July 20, 2016 starting at 10:00 a.m. (Eastern Daylight Time) (the "July 20th Hearing"), the Bankruptcy Court held an initial pretrial conference in connection with the hearings scheduled to consider confirmation of the New Plan as it relates to the TCEH Debtors and EFH Shared Services Debtors. As set forth on the record of the July 20th Hearing, the Debtors have prepared a further supplement to the Scheduling Order (the "Second Supplemental Order") to extend three (3) of the dates set forth in the Scheduling Order. A copy of the Second Supplemental Order is attached hereto as Exhibit A.

6. The Debtors have shared the revised dates set forth in the Second Supplemental Order with each of counsel to (a) The Bank of New York Mellon, in its capacity as the PCRB Trustee, and The Bank of New York Mellon Trust Company, N.A., in its capacity as the EFCH 2037 Notes Trustee; (b) Certain Funds and Accounts Advised or Sub-Advised by Fidelity Management & Research Company or its Affiliates; (c) the EFIH Second Lien Indenture Trustee; (d) The American Stock Transfer & Trust Company, LLC, as successor trustee to the Bank of New York Mellon Trust Company, N.A.; (e) UMB Bank, N.A., as Indenture Trustee; (f) Delaware Trust Company of Delaware, as indenture trustee; (g) the official committee of unsecured creditors of Energy Future Competitive Holdings Company LLC ("EFCH"), Texas Competitive Electric Holdings Company LLC ("TCEH"), the direct and indirect Debtor subsidiaries of EFCH and TCEH, and EFH Corporate Services Company; (h) the Ad Hoc Committee of TCEH First Lien Creditors; (i) ad hoc group of TCEH unsecured noteholders; (j) Wilmington Savings Fund Society, FSB, successor trustee for the TCEH second lien notes; and (k) the Office of the United States Trustee for the District of Delaware, and each of the parties to

---

[2] Capitalized terms used, but not otherwise defined, herein shall have the same meanings ascribed to them in the Motion or the Scheduling Order, as applicable.

RLF1 14855861v.1

whom the revised dates were circulated has either confirmed it does not object to the revised dates or expressed no position with respect thereto.

7.  The Debtors therefore respectfully request that the Bankruptcy Court enter the Second Supplemental Order, substantially in the form attached hereto as **Exhibit A**, at its earliest convenience.

*[Remainder of page intentionally left blank.]*

Dated: July 20, 2016
Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:        collins@rlf.com
              defranceschi@rlf.com
              madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:        edward.sassower@kirkland.com
              stephen.hessler@kirkland.com
              brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:        james.sprayregen@kirkland.com
              marc.kieselstein@kirkland.com
              chad.husnick@kirkland.com
              steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession