# Exhibit A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | Case No. 14-10979 (CSS) |
| Debtors.[1] | (Jointly Administered) |
| | **Re: D.I. 8358, 8514, 8883** |

### SECOND SUPPLEMENT TO ORDER SCHEDULING CERTAIN HEARING DATES AND DEADLINES AND ESTABLISHING CERTAIN PROTOCOLS IN CONNECTION WITH THE CONFIRMATION OF DEBTORS' JOINT PLAN OF REORGANIZATION AND THE APPROVAL OF DEBTORS' DISCLOSURE STATEMENT

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order scheduling certain hearing dates and deadlines and establishing certain protocols in connection with the confirmation of the Debtors' Joint Plan of Reorganization and approval of the Debtors' disclosure statement or disclosure statements, as applicable; and the Court having entered an order on May 24, 2016 [D.I. 8514] (the "Order"); and the Debtors having thereafter requested modifications to the Order; and the Court having entered a supplement to the Order on July 11, 2016 [D.I. 8883] (the "E-Side Supplement") addressing certain dates and deadlines related to the E-Side Disclosure

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the *Motion of Energy Future Holdings Corp., et al., for Entry of an Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Joint Plan of Reorganization and the Approval of Debtors' Disclosure Statement* [D.I. 8358] (the "Motion").

Statement Hearing and E-Side Confirmation Hearing; and the Debtors having requested certain additional modifications to the Order related to the TCEH Confirmation Hearing (the "T-Side Supplement"); and the Court having considered the relief requested with respect to the T-Side Supplement at the hearing held on July 20, 2016; and the Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor; it is HEREBY ORDERED THAT:

1.  Section II, paragraph 7(a)-(ee) of the Order is replaced in its entirety with the following dates and deadlines.

*Fact Discovery*

a.  **Monday, May 2, 2016**, shall be the date on which Participating Parties may begin serving written discovery requests related to the TCEH Debtors (the "TCEH Requests") and all such written discovery requests must be served no later than **Friday, May 27, 2016, at 4:00 p.m. (prevailing Eastern Time)**. The Participating Parties must serve written responses and objections to the TCEH Requests no later than **Friday, June 3, 2016**.

b.  **Monday, May 2, 2016**, shall be the date on which Participating Parties may begin serving third-party subpoenas.

c.  **Monday, May 2, 2016**, shall be the date on which Participating Parties may begin serving notices of depositions related to the TCEH Debtors, including notices under Rule 30(b)(6) of the Federal Rules of Civil Procedure. Deposition notices must be served no later than seven days prior to the deposition date.

d.  **Wednesday, June 22, 2016**, shall be the date on which Participating Parties shall have completed responding to the TCEH Requests (it being understood that Participating Parties will produce responsive materials on a rolling basis in advance of such date).

e.  **Wednesday, June 22, 2016**, shall be the date on which depositions of fact witnesses may begin. Deposition notices must be served no later than

2

seven days prior to the deposition date, and any objections thereto must be served no later than five days before the deposition date; *provided, however*, that the objection deadline will be no earlier than three days after the date the deposition notices are served.

f.   **Friday, June 24, 2016**, shall be the deadline for service of deposition notices.   Notwithstanding the foregoing, if a party designates a fact witness to testify at the TCEH Confirmation Hearing who has not been deposed, the deadline to serve a deposition notice on that witness shall be five days after the witness designation.

g.   **Wednesday, June 29, 2016**, shall be the deadline by which Participating Parties must file any motions to compel discovery responses and document production, except that a Participating Party shall have until **Tuesday, July 5, 2016**, to file a motion to compel based on that privilege log, and these deadlines can be extended by agreement between the Debtors and a Participating Party.   In no event will the making or the granting of a motion to compel be grounds, standing alone, to extend any of the dates set forth in this Order.

h.   **Thursday, June 30, 2016**, shall be the date on which Participating Parties shall have provided logs of all documents responsive to the TCEH Requests that were withheld on the basis of any claim of privilege.

i.   **Thursday, June 30, 2016**, shall be the date on which all fact discovery related to the TCEH Debtors shall be complete.   Reasonable requests for follow up documents or limited fact depositions based on new information discovered after this date will not be unreasonably withheld, and this deadline can be extended by agreement between the Debtors and a Participating Party.

*Disclosure Statement Proceedings*

j.   **Tuesday, May 31, 2016**, shall be the deadline by which any party, including the Participating Parties, must file any objections to the Disclosure Statement with regard to aspects of the Disclosure Statement relating to the TCEH Debtors.

k.   **Thursday, June 9, 2016**, shall be the deadline by which the Debtors must file their reply to all timely objections to the Disclosure Statement with regard to aspects of the Disclosure Statement relating to the TCEH Debtors.

l.   **Saturday, June 11, 2016**, shall be the date by which counsel to parties who filed timely objections to the Disclosure Statement without regard to aspects of the Disclosure Statement relating to the TCEH Debtors and counsel to the Debtors must meet and confer with a view toward narrowing and resolving their disputes regarding the adequacy of the

disclosure statement (the "<u>TCEH DS Meet and Confer</u>").  The TCEH DS Meet and Confer may be held either in person or by telephone.  Any party whose attorney fails to timely participate in the TCEH DS Meet and Confer will be deemed to have waived its objections to the Disclosure Statement.

m.  **Tuesday, June 14, 2016,** shall be the date on which the Debtors must file a statement identifying the objections to the Disclosure Statement with regard to aspects of the Disclosure Statement related to the TCEH Debtors that remain unresolved after the TCEH DS Meet and Confer.  The Debtors shall contemporaneously file an amended version of the Disclosure Statement reflecting all proposed changes.

n.  **Thursday, June 16, 2016, at 10:00 a.m. (prevailing Eastern Time),** shall be the date and time of the start of the TCEH Disclosure Statement Hearing, and the Debtors shall have filed the material terms of a tax matters agreement as an exhibit to the proposed TCEH disclosure statement.

o.  **Monday, June 20, 2016,** shall be the date by which the Debtors must file the final Disclosure Statement, with regard to aspects of the Disclosure Statement relating to the TCEH Debtors, as approved by the Court.

*Expert Discovery*

p.  **Monday, July 11, 2016,** shall be the date by which the Participating Parties shall engage in the simultaneous exchange of reports prepared by the initial expert witnesses.  These reports must satisfy the requirements of Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure.  The Debtors will also update any of their valuation and liquidation analyses relating to the TCEH Debtors concurrently with the exchange of reports prepared by their initial expert witnesses.

q.  **Monday, July 25, 2016,** shall be the date by which the Participating Parties shall engage in the simultaneous exchange of disclosures prepared by the rebuttal expert witnesses.  These disclosures must satisfy the requirements of Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure.

r.  **Monday, August 1, 2016,** shall be the date on which all expert discovery relating to the TCEH Debtors shall be complete.  Deposition notices must be served no later than five days prior to the deposition date, and any objections thereto must be served no later than three days before the deposition date; *provided, however*, that the objection deadline will be no earlier than three days after the date the deposition notices are served.

*Plan Confirmation Proceedings*

s.  To the extent that the Debtors "toggle" to a taxable TCEH plan, the Debtors shall provide notice to all Participating Parties and request a status conference within two business days.

t.  **Wednesday, July 13, 2016**, shall be the deadline by which Participating Parties must serve a <u>preliminary</u> list of witnesses and exhibits they intend to offer at the TCEH Confirmation Hearing. Witness lists shall identify all witnesses that each party will call or may call at each phase of the TCEH Confirmation Hearing and shall provide a brief summary of each witness's anticipated testimony.

u.  **Friday, July 15, 2016**, shall be the date on which counsel to the Participating Parties shall meet and confer regarding the initial pretrial conference, including as to the duration of the trial.

v.  **Wednesday, July 20, 2016, at 10:00 a.m. (prevailing Eastern Time)**, shall be the date and time of an initial pretrial conference. The number of trial days and the Court's post-trial procedures shall be determined at the initial pretrial conference.

w.  **Friday, August 5, 2016**, shall be the deadline by which Participating Parties must serve a <u>final</u> list of witnesses and exhibits they intend to offer at the TCEH Confirmation Hearing. Witness lists shall identify all witnesses that each Participating Party will call or may call at the TCEH Confirmation Hearing and shall provide a brief summary of each witness's anticipated testimony.

x.  **Monday, August 8, 2016**, shall be the deadline by which Participating Parties must file motions in limine and by which Participating Parties must submit a proposed joint pretrial order per Local Bankruptcy Rule 7016-2(d).

y.  **Monday, August 8, 2016**, shall be the deadline by which any party, including the Participating Parties, must file any objections to the New Plan with regard to aspects of the New Plan relating to the TCEH Debtors.

z.  **Monday, August 8, 2016**, shall be the date by which the Participating Parties must meet and confer with a view toward narrowing and resolving their evidentiary disputes (the "<u>TCEH Plan Meet and Confer</u>"). The TCEH Plan Meet and Confer may be held either in person or by telephone.

aa. **Thursday, August 11, 2016**, shall be the deadline by which Participating Parties must serve objections to final witness and exhibit lists.

bb. **Thursday, August 11, 2016**, shall be the deadline by which the Participating Parties must file oppositions to any motions in limine.

5

cc. **Monday, August 15, 2016,** shall be the deadline by which the Debtors, and any other Parties supporting the New Plan, must file their reply to all timely objections to the New Plan regarding aspects of the New Plan relating to the TCEH Debtors.

dd. **Monday, August 15, 2016, at 12:30 p.m. (prevailing Eastern Time),** shall be the date and time of the final pretrial conference.

ee. **Wednesday, August 17, 2016, at 10:00 a.m. (prevailing Eastern Time),** shall be the date and time of the start of the TCEH Confirmation Hearing. The TCEH Confirmation Hearing will continue from day to day, as the Court's schedule permits, until completed; provided, however, the TCEH Confirmation Hearing may be continued from time to time by the Court or the Debtors and, with respect to the TCEH Debtors, with the consent of the TCEH Supporting First Lien Creditors (as defined in the Plan), without further notice other than by such adjournment being announced in open court or by a notice of adjournment filed with the Court and served on all parties entitled to notice.

Trial time will be divided equally between New Plan supporters and New Plan objectors, to be monitored by a chess clock. The Court will consider the submission of written directs upon request by the parties, which submissions shall not count against the submitting party's available trial time.

The TCEH Debtors shall proceed first at the TCEH Confirmation Hearing, with supporters of and objectors to aspects of the New Plan affecting the TCEH Debtors putting forth their case as to such aspects. To the extent there are objections to confirmation of aspects of the Plan affecting EFH Debtors and/or EFIH Debtors (each as defined in the New Plan, and collectively, the "E-Side Debtors") that do not relate to or affect TCEH Debtors, the Confirmation Hearing shall be concluded with respect to the TCEH Debtors and an appropriate order entered with respect thereto before proceeding with the Confirmation Hearing with respect to the E-Side Debtors (the "E-Side Confirmation Hearing," as described in Section III, below).

2.   Nothing in this T-Side Supplement shall affect or modify any other part of the

Order, as modified by the E-Side Supplement.

Dated: July _____, 2016          **SO ORDERED:**
        Wilmington, Delaware

_____
Honorable Christopher S. Sontchi
United States Bankruptcy Judge

6