**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] Debtors. | Case No. 14-10979 (CSS) |
| | (Jointly Administered) |

**NOTICE OF ENTRY OF APPEARANCE**
**AND DEMAND FOR NOTICES AND PAPERS**

PLEASE TAKE NOTICE that Chipman Brown Cicero & Cole, LLP and Varnum LLP, counsel for AppLabs Technolologies Pvt Ltd. (hereafter, "**AppLabs**"), hereby enter their appearance pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b); and such counsel hereby request, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in these cases be given and served upon the undersigned at the following addresses and telephone/facsimile numbers:

| | |
|---|---|
| William E. Chipman, Jr. | Mary Kay Shaver, Esquire |
| Chipman Brown Cicero & Cole, LLP | Varnum LLP |
| Hercules Plaza | Bridgewater Place |
| 1313 North Market Street, Suite 5400 | P.O. Box 352 |
| Wilmington, Delaware  19801 | Grand Rapids, MI 49501-0352 |
| Telephone:  (302) 295-0191 | Telephone: (616) 336-6755 |
| Facsimile:  (302) 295-0199 | Facsimile: (616) 336-7000 |
| Email:     chipman@chipmanbrown.com | E-Mail:  mkshaver@varnumlaw.com |

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the  debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website ofthe debtors' claims and noticing agent at http://www.efhcaseinfo.com.

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, plan and disclosure statement, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, courier service, hand-delivery, electronic mail, internet, or otherwise filed or made with regard to the referenced cases and proceedings therein.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Entry of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive AppLabs' (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which AppLabs is or may be entitled to under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated:  July 21, 2016
      Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

          */s/ William E. Chipman, Jr.*
William E. Chipman, Jr. (No. 3818)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:    (302) 295-0191
Facsimile:    (302) 295-0199
Email:    chipman@chipmanbrown.com

-and-

Mary Kay Shaver, Esquire
Varnum LLP
Bridgewater Place
P.O. Box 352
Grand Rapids, MI 49501-0352
Telephone: (616) 336-6755
Facsimile: (616) 336-7000
E-Mail:  mkshaver@varnumlaw.com

*Attorneys for AppLabs Technolologies Pvt Ltd.*