**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| Debtors. | ) | (Jointly Administered) |

**NOTICE OF INTENT OF APPLABS TECHNOLOGIES PVT LTD.**
**TO PARTICIPATE IN DISCLOSURE STATEMENT**
**PROCEEDINGS AND CONFIRMATION PROCEEDINGS**

In accordance with the *Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors Joint Plan of Reorganization and the Approval of Debtors Disclosure Statement* entered on May 24, 2016 (D.I. 8514) (the "**Scheduling Order**"), AppLabs Technologies Pvt Ltd. ("**AppLabs**") hereby files this Notice of Intent to Participate in the Disclosure Statement Proceedings and the Confirmation Proceedings (each as defined in the Scheduling Order).

1. **Name and Address of Participating Party and its Counsel**

   AppLabs Technologies Pvt Ltd.
   616 Lincoln Road
   Grosse Pointe, MI 48230

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

AppLabs is represented in this proceeding by the following law firms:

Chipman Brown Cicero & Cole, LLP
Hercules Plaza
1313 N. Market Street, Suite 5400
Wilmington, DE 19801

and

Varnum LLP
Bridgewater Place
P.O. Box 352
Grand Rapids, MI 49501-0352

**2.     Description of Claims**

AppLabs filed Claim No. 4760 on September 29, 2014 for pre-petition services provided to TXU Energy Retail Company LLC ("**TXU**").  AppLabs is evaluating the Second Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code (the "**Plan**") and is filing this Notice for the limited purpose of preserving its right to file a limited objection to the Plan if it determines it is advisable based on advice of counsel.

**CHIPMAN BROWN CICERO & COLE, LLP**

Dated: July 21, 2016

*/s/ William E. Chipman, Jr.*
William E. Chipman, Jr. (DE Bar No. 3818)
Hercules Plaza
1313 N. Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:  (302) 295-0193
Facsimile: (302) 295-0199 (fax)
E-Mail: Chipman@ChipmanBrown.com

-and-

VARNUM LLP
Mary Kay Shaver (MI P-60411)
Bridgewater Place
P.O. Box 352
Grand Rapids, MI  49501-0352
Telephone: (616) 336-6755
Facsimile: (616) 336-7000
E-Mail:  mkshaver@varnumlaw.com

*Attorneys for AppLabs Technologies Pvt Ltd.*
