IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | )  SS |
| NEW CASTLE COUNTY | ) |

I, Kristin McCloskey, certify that I am, and at all times during the service, have been an employee of Chipman Brown Cicero & Cole, LLP, am not less than 18 years of age and am not a party to the matter concerning which service was made. I further certify that on the 21st day of July, 2016, I caused the **NOTICE OF INTENT OF APPLABS TECHNOLOGIES PVT LTD. TO PARTICIPATE IN DISCLOSURE STATEMENT PROCEEDINGS AND CONFIRMATION PROCEEDINGS** to be served upon the parties listed below *via* email.

_____
Kristin McCloskey

SWORN TO AND SUBCRIBED before me this 21st day of July, 2016.

_____
Notary Public

WILLIAM E. CHIPMAN, JR.
Attorney at Law
Notary Public - State of Delaware
My Commission Has No Expiration Date
29 Del.C. § 4323(a)(3)

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

**VIA EMAIL**

Mark D. Collins, Esq.
Daniel J. DeFranceschi, Esq.
Jason M. Madron, Esq.
RICHARDS, LAYTON & FINGER, P.A.
920 North King Street
Wilmington, DE 1980 I
E-mail: collins@rlf.com
E-mail: deftanceschi@rlf.com
E-mail: madron@rlf.com
[Counsel for Debtors and
Debtors in Possession]

David M. Klander, Esq.
Shannon Dougherty, Esq.
O'KELLY, ERNST & BIELLI LLP
901 North Market Street
Wilmington, DE 19801
E-mail: dklauder@oeblegal.com
E-mail: sdougherty@oeblegal.com
[Counsel to Energy Future Holdings Corp.]

David P. Primack, Esq.
MCELROY, DEUTSCH, MULVANEY,
& CARPENTER, LLP
300 Delaware, Suite 770
Wilmington, DE 19801
E-mail: dprimack@mdmc-law.com
[Counsel to the TCEH Debtors]

Joseph H. Huston, Jr., Esq.
STEVENS & LEE, P.C.
919 North Market Street, Suite 1300
Wilmington, DE 19801
E-mail: jhh@stevenslee.com
[Counsel to Energy Future Intermediate
Holding Company LLC]

Christopher A. Ward, Esq.
Justin K. Edelson, Esq.
Shanti M. Katona, Esq.
POLSINELLI PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
E-mail: cward@polinelli.com
E-mail: jedelson@polsinelli.com
E-mail: skatona@polsinelli.com
[Counsel to the TCEH Creditors' Committee]

Richard L. Schepacarter
Andrea B. Schwartz
Timothy J. Fox, Jr.
Trial Attorneys
OFFICE OF THE U.S. TRUSTEE
J. Caleb Boggs Federal Building
844 North King Street, Suite 2207
Lockbox# 35
Wilmington, DE 19801
E-mail: richard.schepacarter@usdoj.gov

Natalie D. Ramsey, Esq.
Davis Lee Wright, Esq.
Lorenzo Marinuzzi, Esq.
Mark A. Fink, Esq.
MONTGOMERY MCCRACKEN WALKER &
RHOADS, LLP
11 05 North Market Street, 15th Floor
Wilmington, DE 19801
E-mail: nramsey@mmwr.com
E-mail: dwright@mmwr.com
E-mail: lmarinuzzi@mmwr.com
E-mail: mfink@mmwr.com
[Counsel to the EFH Creditors' Committee]

Andrew G. Dietderich, Esq.
Brian D. Glueckstein, Esq.
Michael H. Torkin, Esq.
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
E-mail: gluecksteinb@sullcrom.com
E-mail: torkinm@sullcrom.com
[Counsel to the EFH Creditors' Committee]

**VIA EMAIL**

Edward O. Sassower, P.C.
Stephen E. Hessler, Esq.
Brian E. Schartz, Esq.
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022-4611
Facsimile: (212) 446-4900
E-mail: edward.sassower@kirkland.com
E-mail: stephen.hessler@kirkland.com
E-mail: brian.schartz@kirkland.com
[Counsel for Debtors and
Debtors in Possession]

James H.M. Sprayregen, P.C.
Marc Kieselstein, P.C.
Chad J. Husnick, Esq.
Steven N. Serajeddini, Esq.
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Facsimile: (312) 862-2200
E-mail: james.sprayregen@kirkland.com
E-mail: marc.kieselstein@kirkland.com
E-mail: chad.husnick@kirkland.com
E-mail: steven.serajeddini@kirkland.com
[Counsel for Debtors and
Debtors in Possession]

Jeff J. Marwil, Esq.
Mark K. Thomas, Esq.
Peter J. Young, Esq.
PROSKAUER ROSE LLP
Three First National Plaza
70 W. Madison Street, Suite 3800
Chicago, IL 60602
E-mail: jmarwil@proskauer.com
E-mail: mthomas@proskauer.com
E-mail: pyoung@proskauer.com
[Counsel to Energy Future Holdings Corp.]

Thomas B. Walper, Esq.
Todd J. Rosen, Esq.
Seth Goldman, Esq.
John W. Spiegel, Esq.
MUNGER, TOLLES & OLSON LLP
355 S. Grand Avenue, 35th Floor
Los Angeles, CA 90071
E-mail: Thomas.Walper@mto.com
E-mail: Todd.Rosen@mto.com
E-mail: Seth.Goldman@mto.com
E-mail: John.Spiegel@mto.com
[Counsel to the TCEH Debtors]

Michael A. Paskin, Esq.
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
E-mail: mpaskin@cravath.com
[Counsel to Energy Future Intermediate
Holding Company LLC]

Richard Levin, Esq.
JENNER & BLOCK LLP
919 Third Avenue
New York, NY 10022
E-mail: rlevin@jenner.com
[Counsel to Energy Future Intermediate
Holding Company LLC]

James M. Peck, Esq.
Brett H. Miller, Esq.
Lorenzo Marinuzzi, Esq.
Todd M. Goren, Esq.
Samantha Martin, Esq.
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019
Facsimile: (212) 468-7900
E-mail: jpeck@mofo.com
E-mail: BrettMiller@mofo.com
E-mail: lmarinuzzi@mofo.com
E-mail: tgoren@mofo.com
E-mail: smartin@mofo.com
[Counsel to the TCEH Creditors' Committee]

**VIA EMAIL**

Jeffiey M. Schlerf, Esq.
L. John Bird, Esq.
Fox ROTIISCHILD LLP
919 North Market St., Suite 300 Wilmington, DE 19801 Telephone: (302) 654-7444
E-mail: ischlerf@foxrothschild.com
E-mail: lbird@foxrothschild.com
[Counsel to the Ad Hoc Group of TCEH Unsecured Noteholders and the Backstop Purchasers]

Thomas E Lauria, Esq.
Matthew C. Brown, Esq.
WHITE & CASE LLP
Southeast Financial Center, Suite 4900
200 South Biscayne Blvd.
Miami, FL 33131
E-mail: tlauria@whitecase.com
E-mail: mbrown@whitecase.com
[Counsel to the Ad Hoc Group of TCEH Unsecured Noteholders and the Backstop Purchasers]

J. Christopher Shore, Esq.
Gregory M. Starner, Esq.
WHITE & CASE LLP
liS 5 Avenue of the Americas
New York, NY 10036
E-mail: cshore@whitecase.com
E-mail: gstarner@whitecase.com
[Counsel to the Ad Hoc Group of TCEH Unsecured Noteholders and the Backstop Purchasers]

William P. Bowden, Esq.
Gregory A. Taylor, Esq.
ASHBY & GEDDES, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 1980 I
E-mail: wbowden@ashby-geddes.com
E-mail: gtaylor@ashby-geddes.com
[Counsel for Wilmington Savings Fund Society, FSB]

Edward S. Weisfelner, Esq.
BROWN RUDNICK LLP
Seven Times Square
New York, NY 10036
E-mail: eweisfelner@brownrudnick.com
[Counsel for Wilmington Savings Fund Society, FSB]

Jeffiey L. Jonas, Esq.
Jeremy B. Coffey, Esq.
BROWN RUDNICK LLP
One Financial Center
Boston, MA 02111
E-mail: jlonas@brownrudnick.com
E-mail: jcoffey@brownrudnick.com
[Counsel for Wilmington Savings Fund Society, FSB]

Alan W. Kornberg, Esq.
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
E-mail: akornberg@paulweiss.com
[Counsel for TCEH First Lien Ad Hoc Committee]

Michael Busenkell, Esq.
GELLERT SCALI BUSENKELL & BROWN, LLC
1201 North Orange Street, Suite 300
Wilmington, DE 19801
E-mail: mbusenkell@gsbblaw.com
[Counsel for EFIH PIK Noteholders]

Scott D. Talmadge, Esq.
KAYE SCHOLER LLP
250 W. 55th Street
New York, NY 10019
E-mail: scott.talmadge@kayescholer.com
[Counsel for EFIH PIK Noteholders]