# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
| | ) **Re: D.I. 8358, 8514, 8745, 8883, 8972** |

### NOTICE OF HEARING DATES SCHEDULED TO CONSIDER CONFIRMATION OF THE "SECOND AMENDED JOINT PLAN OF REORGANIZATION OF ENERGY FUTURE HOLDINGS CORP., *ET AL.*, PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE" [D.I. 8745] AS IT RELATES TO THE TCEH DEBTORS AND EFH SHARED SERVICES DEBTORS

PLEASE TAKE NOTICE that, on May 1, 2016, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Motion of Energy Future Holdings Corp., et al., for Entry of an Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Joint Plan of Reorganization and The Approval of Debtors' Disclosure Statement* [D.I. 8358] (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). Pursuant to the Motion, the Debtors were seeking entry of an order scheduling certain dates and deadlines and establishing certain protocols in connection with the confirmation of the Debtors' joint plan of reorganization and approval of the Debtors' related disclosure statement(s).

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

PLEASE TAKE FURTHER NOTICE THAT, following notice and a hearing, on May 24, 2016, the Bankruptcy Court entered the *Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Joint Plan of Reorganization and the Approval of Debtors' Disclosure Statement* [D.I. 8514] (as supplemented by D.I. 8883 and 8972, the "Scheduling Order").[2]

PLEASE TAKE FURTHER NOTICE THAT that, on June 16, 2016, the Debtors filed the *Second Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 8745] (as may be further amended, modified, or supplemented, the "Plan") and the *Third Amended Disclosure Statement for the Second Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the TCEH Debtors and EFH Shared Services Debtors* [D.I. 8747] (the "Disclosure Statement") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). **You were previously served with a copy of the Plan and the Disclosure Statement**.

PLEASE TAKE FURTHER NOTICE THAT, on June 17, 2016, the Bankruptcy Court entered the *Order (A) Approving the Disclosure Statement of the TCEH Debtors and the EFH Shared Services Debtors, (B) Establishing the TCEH Voting Record Dates, (C) Approving Procedures for Soliciting, Receiving, and Tabulating Votes on the Plan and for Filing Objections to the Plan as to the TCEH Debtors and EFH Shared Services Debtors, and (D) Approving the Manner and Forms of Notice and Other Related Documents* [D.I. 8761] (the "Disclosure Statement Approval Order"). **You were previously served with a copy of the Disclosure**

---

[2] Capitalized terms used, but not otherwise defined, herein shall have the same meanings ascribed to them in the Motion or the Scheduling Order, as applicable.

**Statement Approval Order**.  Pursuant to the Disclosure Statement Approval Order, among other things, the Bankruptcy Court approved the Disclosure Statement and authorized the Debtors to solicit votes on the Plan as it relates to the TCEH Debtors and EFH Shared Services Debtors.

PLEASE TAKE FURTHER NOTICE THAT the Bankruptcy Court has scheduled the following dates to consider confirmation of the Plan as it relates to the TCEH Debtors and EFH Shared Services Debtors (collectively, the "Confirmation Hearing Dates"):

- **August 17, 2016 starting at 10:00 a.m. (Eastern Daylight Time)**
- **August 18, 2016 starting at 10:00 a.m. (Eastern Daylight Time)**
- **August 19, 2016 starting at 10:00 a.m. (Eastern Daylight Time)**
- **August 22, 2016 starting at 10:00 a.m. (Eastern Daylight Time)**
- **August 23, 2016 starting at 10:00 a.m. (Eastern Daylight Time)**
- **August 24, 2016 starting at 10:00 a.m. (Eastern Daylight Time)**
- **August 25, 2016 starting at 10:00 a.m. (Eastern Daylight Time)**
- **August 26, 2016 starting at 10:00 a.m. (Eastern Daylight Time)**

PLEASE TAKE FURTHER NOTICE THAT the foregoing list of Confirmation Hearing Dates is **not** necessarily exhaustive, and the Bankruptcy Court may subsequently schedule additional dates to consider confirmation of the Plan as it relates to the TCEH Debtors and EFH Shared Services Debtors, as the Bankruptcy Court deems necessary and appropriate.

PLEASE TAKE FURTHER NOTICE THAT, pursuant to Section II, paragraph 7(y) of the Scheduling Order, objections to confirmation of the Plan as it relates to the TCEH Debtors and

EFH Shared Services Debtors must be in writing, filed with the Clerk of the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned co-counsel for the Debtors on or before **August 8, 2016**.

[*Remainder of page intentionally left blank.*]

Dated: July 22, 2016
      Wilmington, Delaware

/s/ *signature*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:   collins@rlf.com
          defranceschi@rlf.com
          madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:   edward.sassower@kirkland.com
          stephen.hessler@kirkland.com
          brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:   james.sprayregen@kirkland.com
          marc.kieselstein@kirkland.com
          chad.husnick@kirkland.com
          steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession