**EXHIBIT A**

**Professional Fees and Expenses**
**Monthly Fee Statement**

| Applicant | Fee Statement Period, Filing Date, & Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| Goldin Associates, LLC 350 Fifth Ave. The Empire State Bldg. New York, NY 10118 | Eighteenth Monthly Fee Statement 05/01/2016 through 05/31/2016 D.I. 8826 | $150,000.00 | $4,778.83 | 07/18/2016 | $120,000.00 | $4,778.83 | $30,000.00 |

SL1 1425036v1 109285.00005