# EXHIBIT A

## Statement of Fees By Subject Matter

| Matter Number | Matter Description | Total Billed Hours [1] | Total Fees Requested |
|---|---|---|---|
| 1 | Long-Range Forecast | 259.20 | $145,347.00 |
| 2 | Metric Analysis | 6.90 | $4,347.00 |
| 3 | Generation Analysis | 236.80 | $120,630.50 |
| 4 | Retail Analysis | 109.60 | $51,700.50 |
| 5 | Commodity Analysis | 61.90 | $34,093.50 |
| 6 | Competitor Analysis | 26.80 | $18,045.00 |
| 7 | EBITDA Projection | 78.70 | $41,402.50 |
| 8 | Environmental Analysis | 14.00 | $7,700.00 |
| 9 | Short-Range Forecast | 0.00 | $0.00 |
| 10 | Capital Projects | 0.00 | $0.00 |
| 11 | Wholesale Operations | 37.50 | $20,660.00 |
| 12 | Retail Operations | 23.50 | $16,457.50 |
| 13 | T&D Operations | 198.60 | $96,391.00 |
| 14 | Data Collection and Diligence | 149.40 | $71,689.00 |
| 15 | Reports | 149.90 | $80,920.50 |
| 16 | Hearings | 0.00 | $0.00 |
| 17 | On-Site Diligence | 109.00 | $64,055.00 |
| 18 | Project Management | 5.00 | $3,615.00 |
| 19 | Project Administration | 0.00 | $0.00 |
| 20 | T&D Forecast | 218.50 | $140,197.50 |
| 21 | Fee Objection Discussion and Litigation | 0.00 | $0.00 |
| 22 | Fee Application | 24.7 | $12,831.00 |
| | *Continued on next page* | | |

---

[1.] Non-working travel time has been billed at 50% of actual time incurred.

## EXHIBIT A (cont'd)

## Statement of Fees By Subject Matter

| Matter Number | Matter Description | Total Billed Hours [1] | Total Fees Requested |
|---|---|---|---|
| 23 | Business Services Analysis | 0.00 | $0.00 |
| 24 | Retail Margins | 37.00 | $19,485.00 |
| 25 | T&D Market Research | 12.90 | $5,524.00 |
| 26 | Wholesale Market Research | 3.30 | $1,336.50 |
| 27 | Retail Market Research | 96.50 | $52,592.50 |
| 28 | Performance Analysis | 7.60 | $4,540.00 |
| 29 | Sales, General & Administrative Analysis | 51.50 | $24,582.50 |
| 30 | Portfolio Analysis | 2.00 | $927.50 |
| 31 | Oncor Revenue Analysis | 0.00 | $0.00 |
| 32 | Oncor Capital Structure | 16.00 | $7,200.00 |
| 33 | Regulatory Analysis | 0.00 | $0.00 |
| 34 | Claims & Settlement Issues | 0.00 | $0.00 |
| 35 | Property Tax Analysis | 22.50 | $12,187.50 |
| 36 | Analysis of Competitive Portfolios | 98.00 | $64,560.00 |
| | | | |
| | Totals: | 2057.30 | $1,123,018.00 |

---

[1] Non-working travel time has been billed at 50% of actual time incurred.