# EXHIBIT B

## Consultants' Information

The FEP consultants who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Todd W. Filsinger | Senior Managing Director | $750 | 129.70 | $97,275.00 |
| Jean Agras | Managing Director | $720 | 116.00 | $83,520.00 |
| Gary Germeroth | Managing Director | $720 | 149.50 | $107,640.00 |
| Dave Andrus | Director | $645 | 228.00 | $147,060.00 |
| Scott Davis | Director | $545 | 259.50 | $141,427.50 |
| Mike Green | Director | $550 | 42.50 | $23,375.00 |
| Paul Harmon | Director | $575 | 83.00 | $47,725.00 |
| Tim Wang | Director | $575 | 163.50 | $94,012.50 |
| Sean Costello | Managing Consultant | $405 | 71.90 | $29,119.50 |
| Kimberly Eckert | Managing Consultant | $495 | 13.50 | $6,682.50 |
| Michael Gadsden | Managing Consultant | $460 | 69.00 | $31,740.00 |
| Jill Kawakami | Managing Consultant | $430 | 87.50 | $37,625.00 |
| Buck Monday | Managing Consultant | $450 | 123.50 | $55,575.00 |
| Nathan Pollak | Managing Consultant | $460 | 207.00 | $95,220.00 |
| Samuel Schreiber | Managing Consultant | $455 | 185.00 | $84,175.00 |
| Laura Hatanaka | Consultant | $390 | 73.00 | $28,470.00 |
| Pamela Morin | Consultant | $380 | 12.20 | $4,636.00 |
| Thomas Weiderspon | Asst. Analyst | $180 | 43.00 | $7,740.00 |
| | | Totals: | 2,057.30 | $1,123,018.00 |