# **EXHIBIT C**

## **Summary of Actual and Necessary Expenses for the Fee Period**

### **ALL - Expense Summary**

| Service Description | Amount |
|---|---|
| Lodging | $14,307.34 |
| Airfare | $15,762.37 |
| Taxi | $2,727.94 |
| Travel Meals | $3,189.54 |
| Other Travel Expenses | $1,129.75 |
| Vehicle Rental Expenses | $2,250.31 |
| Other | $30.00 |
| | |
| **Total:** | **$39,397.25** |

### **TCEH - Expense Summary**

| Service Description | Amount |
|---|---|
| Lodging | $10,973.63 |
| Airfare | $12,089.62 |
| Taxi | $2,092.31 |
| Travel Meals | $2,446.35 |
| Other Travel Expenses | $866.51 |
| Vehicle Rental Expenses | $1,725.97 |
| Other | $23.01 |
| | |
| **Total:** | **$30,217.40** |

### **EFIH - Expense Summary**

| Service Description | Amount |
|---|---|
| Lodging | $93.09 |
| Airfare | $102.56 |

| Service Description | Amount |
|---|---:|
| Taxi | $17.75 |
| Travel Meals | $20.75 |
| Other Travel Expenses | $7.35 |
| Vehicle Rental Expenses | $14.64 |
| Other | $0.20 |
| | |
| **Total:** | **$256.34** |

**EFH - Expense Summary**

| Service Description | Amount |
|---|---:|
| Lodging | $3,240.62 |
| Airfare | $3,570.19 |
| Taxi | $617.88 |
| Travel Meals | $722.44 |
| Other Travel Expenses | $255.89 |
| Vehicle Rental Expenses | $509.70 |
| Other | $6.79 |
| | |
| **Total:** | **$8,923.51** |

RLF1 14873647v.1