## Exhibit A

## Hours Expended by Goldin Professional

| | | |
|---|---|---:|
| David Prager | Managing Director | 15.5 |
| Karthik Bhavaraju | Director | 44.3 |
| Deborah Praga | Analyst | 129.3 |
| **Total** | | **189.1** |