## <u>Exhibit C</u>

**Expenses by Category**

| | |
|---|---:|
| Meals | $267.30 |
| Photocopies | 121.31 |
| Research | 211.23 |
| Travel | 103.03 |
| **Total** | **$702.87** |