## Exhibit D

**Expense Detail**

# GoldinAssociates, LLC

350 Fifth Avenue
The Empire State Building
New York, New York 10118

Tel.: 212 593 2255
Fax: 212 888 2841
www.goldinassociates.com

***Detailed Expenses by Category:*** EFIH

For Expenses Through 6/30/2016

| Expense | Start Date | End Date | Invoice Date | | Description | Charges |
|---|---|---|---|---|---|---|
| : Meals | | | | | | |
| | 6/1/2016 | 6/1/2016 | 6/5/16 | DP | SeamlessWeb - Inv # 2407794 - Working Dinner - Ref # 1732585269 - D. Praga | $24.11 |
| | 6/3/2016 | 6/3/2016 | 6/5/16 | DP | SeamlessWeb - Inv # 2407794 - Working Dinner - Ref # 1733273783 - D. Praga | $17.52 |
| | 6/5/2016 | 6/5/2016 | 6/5/16 | DP | SeamlessWeb - Inv # 2407794 - Weekend Dinner - Ref # 1733381063 - D. Praga | $21.70 |
| | 6/6/2016 | 6/6/2016 | 6/12/16 | DP | SeamlessWeb - Inv # 2412738 - Working Dinner - Ref # 1733743824 - D. Praga | $24.11 |
| | 6/8/2016 | 6/8/2016 | 6/12/16 | DP | SeamlessWeb - Inv # 2412738 - Working Dinner - Ref # 1734579759 - D. Praga | $24.15 |
| | 6/13/2016 | 6/13/2016 | 6/19/16 | KB | SeamlessWeb - Inv # 2415049 - Working Dinner - Ref # 1735698287 - K. Bhavaraju | $22.68 |
| | 6/13/2016 | 6/13/2016 | 6/19/16 | DP | SeamlessWeb - Inv # 2415049 - Working Dinner - Ref # 1735658603 - D. Praga | $24.09 |
| | 6/14/2016 | 6/14/2016 | 6/19/16 | DP | SeamlessWeb - Inv # 2415049 - Working Dinner - Ref # 1736155631 - D. Praga | $22.68 |
| | 6/15/2016 | 6/15/2016 | 6/19/16 | KB | SeamlessWeb - Inv # 2415049 - Working Dinner - Ref # 1736546045 - K. Bhavaraju | $14.62 |
| | 6/15/2016 | 6/15/2016 | 6/19/16 | DP | SeamlessWeb - Inv # 2415049 - Working Dinner - Ref # 1736548806 - D. Praga | $11.49 |
| | 6/22/2016 | 6/22/2016 | 6/26/16 | DP | SeamlessWeb - Inv # 2420291 - Working Dinner - Ref # 1738657753 - D. Praga | $15.44 |
| | 6/23/2016 | 6/23/2016 | 6/26/16 | DP | SeamlessWeb - Inv # 2420291 - Working Dinner - Ref # 1738998041 - D. Praga | $20.67 |
| | 6/29/2016 | 6/29/2016 | 7/3/16 | DP | SeamlessWeb - Inv # 2429300 - Working Dinner - Ref # 1740668710 - D. Praga | $24.04 |
| **Total: Meals** | | | | | | **$267.30** |
| : Office Supplies/Miscellaneous | | | | | | |
| | 6/1/2016 | 6/30/2016 | 6/30/2016 | AJD | Photocopies for the period of June 1 through June 30, 2016 (1,733 pages at $0.07 per page) | $121.31 |
| **Total: Office Supplies/Miscellaneous** | | | | | | **$121.31** |
| : Research | | | | | | |
| | 6/1/2016 | 6/30/2016 | 7/1/16 | RCD | Capital IQ - research for the period 6/1 - 6/30 - Cap IQ discounted rate: retail rate per click would equal $2446.99 | $211.23 |
| **Total: Research** | | | | | | **$211.23** |
| : Travel | | | | | | |
| | 6/1/2016 | 6/1/2016 | | DP | D. Praga - NYC Taxi - Working Late - Taxi from GA Office to Home | $12.35 |
| | 6/2/2016 | 6/2/2016 | | DP | D. Praga - NYC Taxi - Working Late - Taxi from GA Office to Home | $15.36 |
| | 6/3/2016 | 6/3/2016 | | DP | D. Praga - Maug Y. Mon - Working Late - Taxi from GA Office to Home | $12.96 |
| | 6/5/2016 | 6/5/2016 | | DP | D. Praga - NYC Taxi - Working Weekend - Taxi from Home to GA Office | $18.35 |
| | 6/5/2016 | 6/5/2016 | | DP | D. Praga - S&R Medalion - Working Weekend - Taxi from GA Office to Home | $11.16 |
| | 6/6/2016 | 6/6/2016 | | DP | D. Praga - NYC Taxi - Working Late - Taxi from GA Office to Home | $8.75 |
| | 6/14/2016 | 6/14/2016 | | DP | D. Praga - NYC Taxi - Working Late - Taxi from GA Office to Home | $11.75 |
| | 6/22/2016 | 6/22/2016 | | DP | D. Praga - NYC Taxi - Working Late - Taxi from GA Office to Home | $12.35 |

# GoldinAssociates, LLC

***Detailed Expenses by Category:***   ***EFIH***

For Expenses Through 6/30/2016

| Expense | Start Date | End Date | Invoice Date | Description | Charges |
|---|---|---|---|---|---|
| Total: Travel | | | | | $103.03 |
| Grand Total | | | | | $702.87 |