## **EXHIBIT A**

## **Statement of Fees and Expenses By Subject Matter**

| Description | Total Billed Hours | Total Fees |
|---|---|---|
| Plan and Disclosure | 32.70 | $32,958.00 |
| Employment and Fee Applications | 20.10 | $20,632.50 |
| **TOTAL** | **52.80** | **$53,590.50** |