## EXHIBIT B

## Attorney and Paraprofessionals Information

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Richard Levin | Partner | 1976 | Bankruptcy | 1200 | 18.50 | 22,200.00 |
| Vince Lazar | Partner | 1990 | Bankruptcy | 975 | 26.70 | 26,032.50 |
| Carl N. Wedoff | Associate | 2010 | Bankruptcy | 705 | 7.60 | 5,358.00 |
| | | | | **TOTAL** | **52.80** | **53,590.50** |

5