## **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

| Service Description | Amount |
|---|---|
| TELEPHON EXPENSE | $ 25.89 |
| LEXIS RESEARCH | $ 52.56 |
| TOTAL | $ 78.45 |

NYCorp 3534423v.1

108593.1