# **EXHIBIT A**

**Professional Fees and Expenses**
**Monthly Fee Statement**

| Applicant | Fee Statement Period, Filing Date, & Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| Stevens & Lee, P.C. 919 N. Market St. Suite 1300 Wilmington, DE 19801 | Eighteenth Monthly Fee Statement 05/01/2016 through 05/31/2016 D.I. 8804 | $9,597.50 | $140.60 | 07/14/2016 | $7,678.00 | $140.60 | $1,919.50 |

SL1 1425242v1 109285.00006