## **EXHIBIT A**

## **Statement of Fees by Subject Matter**

| Description | Total Billed Hours | Total Fees |
|---|---|---|
| FEE APPLICATIONS – OTHERS | 11.9 | $4,773.00 |
| FEE APPLICATIONS – S&L | 11.8 | $4,725.00 |
| HEARINGS | 3.1 | $2,216.50 |
| PLANS OF REORGANIZATION | 2.8 | $2,002.00 |
| **TOTAL** | **29.6** | **$13,716.50** |