## EXHIBIT D

**Detailed Description of Expenses and Disbursements**

| Matter | Date | Description | Amount |
|---|---|---|---|
| 109285-00002 | 6/2/16 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 6/3/16 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 6/1/16 | COMPUTER RESEARCH | $6.60 |
| 109285-00002 | 6/13/16 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 6/14/16 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 6/14/16 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 6/14/16 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 6/14/16 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 6/14/16 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 6/15/16 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 6/15/16 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 6/15/16 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 6/15/16 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 6/15/16 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 6/15/16 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 6/15/16 | DOCUMENT REPRODUCTION | $3.80 |
| 109285-00002 | 6/15/16 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 6/15/16 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 6/15/16 | DOCUMENT REPRODUCTION | $7.00 |
| 109285-00002 | 6/15/16 | DOCUMENT REPRODUCTION | $1.90 |
| 109285-00002 | 6/15/16 | DOCUMENT REPRODUCTION | $4.00 |
| 109285-00002 | 6/15/16 | DOCUMENT REPRODUCTION | $0.30 |
| 109285-00002 | 6/16/16 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 6/16/16 | DOCUMENT REPRODUCTION | $1.00 |
| 109285-00002 | 6/17/16 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 6/17/16 | DOCUMENT REPRODUCTION | $0.70 |
| 109285-00002 | 6/20/16 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 6/20/16 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 6/21/16 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 6/22/16 | DOCUMENT REPRODUCTION | $0.30 |
| 109285-00002 | 6/22/16 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 6/22/16 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 6/22/16 | DOCUMENT REPRODUCTION | $0.30 |
| 109285-00002 | 6/22/16 | DOCUMENT REPRODUCTION | $0.50 |
| 109285-00002 | 6/22/16 | DOCUMENT REPRODUCTION | $0.20 |
| 109285-00002 | 6/22/16 | DOCUMENT REPRODUCTION | $0.30 |

| Matter | Date | Description | Amount |
|---|---|---|---|
| 109285-00002 | 6/22/16 | DOCUMENT REPRODUCTION | $0.30 |
| 109285-00002 | 6/22/16 | DOCUMENT REPRODUCTION | $0.20 |
| | | **TOTAL** | **$ 140.60** |

07/25/2016 SL1 1425224v1 109285.00006