JoAnn M. Rogers
Phone NO: 214-817-8961
or
972-898-7183

July 8, 2016

CASE NO: 14-10979
CLAIM NO: 4959
POC: 3389

To whom it's may Concern, I will likely to have fair hearing too. On the Confirmation of My Payment Claim about Recieve Any payment to me the creditor

The (TCEH Confirmation Hearing) will commence at 10:00 am Eastern Daylight Time) On August 17, 2016, before the The Honorable Judge Christopher S. Sontchi, at the United States Bankruptcy Court for the District Court of Delaware, located at 824 North Market St. 5th Floor Courtroom 6, Wilmington, Delaware 19801

I mail and send In edvidence Since 2014 threw 2016 send related document again consider the claim cases in all claims. please make a payment a check. I mailing States ID, Social Security Card, Birth Certification, Invoices, Statement TXU Statement proof lease Contract Statement Sending all proof.

Thank You
Yourly Truly

1853 W MOCKINGBIRD LN APT 1106

0009742938989000000112660000000003

1-888-398-5370

CASE NO: 14-10979
Claim NO: 4959
POC: 3389
F HE...

DISCONNECTION NOTICE
AVISO DE CORTE DE SERVICIO
SI TIENE PREGUNTAS SOBRE ESTE AVISO
POR FAVOR LLAME AL 1-888-398-5370

ACCORDING TO OUR RECORDS, YOUR PAYMENT FOR OUTSTANDING ELECTRIC SERVICE CHARGES IN THE AMOUNT OF          $112.66  HAS NOT BEEN RECEIVED.   IT IS IMPERATIVE THAT YOU PAY THIS ENTIRE AMOUNT BEFORE THE DISCONNECTION DATE OF 10/13/08.   YOUR PAYMENT SHOULD BE MAILED TO:

TXU ENERGY
P.O. BOX 660409
DALLAS, TX 75266-0409

DE ACUERDO A NUESTROS REGISTROS, SU PAGO PENDIENTE POR CARGOS DE SERVICIO ELECTRICO EN LA CANTIDAD DETALLADA MAS ARRIBA NO HA SIDO RECIBIDO.   ES IMPERATIVO QUE USTED PAGUE ESTA CANTIDAD ANTES DE LA FECHA DE DESCONEXION, 3/10/08.   ENVIE SU PAGO POR CORREO A LA DIRECCION DETALLADA MAS ARRIBA.

PLEASE SEE REVERSE SIDE FOR OTHER IMPORTANT INFORMATION.   POR FAVOR VEA EL DORSO PARA MAS INFORMACION IMPORTANTE.



**TXU Energy**
P.O. Box 100001
Dallas, TX 75310-0001

Public Utility Commission
License #10004

Keep this portion for your records

TXU Energy
Public Utility Commission
License #10004
Please return this portion with your payment
Join TXU Energy Aid in giving heat relief. (see back for details)

$241.19
April 4, 2006

FHE...

0100092227899850000030119000000053935

AMOUNT DUE $301.19

UB
JOANN M ROBINSON
4101 DELAFIELD LN APT 11106
DALLAS TX 75227-4433

**Send Payment To:**

TXU ENERGY
P.O. BOX 100001
DALLAS, TX
75310-0001

### ACCOUNT NUMBER: 922-2789-98-5
PAYMENT MUST BE RECEIVED BY: APRIL 4, 2006

JOANN M ROBINSON
4101 DELAFIELD LN APT 11106
DALLAS TX
ACCOUNT NUMBER: 922-2789-98-5

## BILLING SUMMARY

| | |
|---|---:|
| Previous Bill | $253.93 |
| Payment Received Thank You | $200.00- |
| Balance | $53.93 |
| Current Meter Reading (03/15/06) | 09748 |
| Previous Meter Reading (02/14/06) | -08563 |
| Kilowatt-hours Used | 1185 |
| Energy Charge (1185 kwh) | $162.69 |
| Base Customer Charge | $5.34 |
| Sales Tax | $1.68 |
| Current Bill | $169.71 |
| Late Payment Charge of 5% x $52.20 for Bill Not Paid by 03/07/06 | $2.61 |
| Deferred Payment Amount | $74.94 |

## MESSAGES

Avoid 5% late fees by paying your bill by the due date. Please refer to your Terms of Service Document for more information.

Your Service Period was from February 14, 2006 to March 15, 2006.

The balance of the deferred amount is $74.93 after payment of this bill. Feb 14, 2006

Your "Balance" from previous billing of $53.93 was past due as of March 3, 2006. 60.00 charge

Your "Current Bill" amount and current charges totalling $247.26 are due by April 4, 2006. → $241.19

Please see reverse side for a quick reference to important information.

CASE NO: 14-10979
Claim NO: 4959
POC NO: 3389

### Your electricity use



The average daily high temperature during this billing period was 67°; average daily high temperature during the same billing period last year was 65°.

The average price you paid for electric service this month was 14.17 cents per kWh.
S0002609  03160E  00000000000

**Total Amount Due** $301.19

ESI ID: 10443720009222789
Statement Date: 03/16/06
Meter Number: 089412849
Rate: Residential
Energy Charge Also Includes:
  Power Cost Factor: $0.000418 per Metered kwh

Customer Service on the web at www.txu.com
For information call us at: (972) 791-2888
SE HABLA ESPANOL

**TXU energy**

*Handwritten:* 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=SSN; 03-28-1967=BD
Case 14-10979-CSS   Doc 8996   Filed 07/26/16   Page 4 of 13

**Mobile Solutions**
Manage your account on-the-go.
Visit txu.com/mobilesolutions for details.

| Payment Due Date | Amount Due |
|---|---|
| 07/28/2015 | $58.82 |

### Account Information
| | |
|---|---|
| Customer Name: | JOANN M ROBINSON |
| Account Number: | 900038812846 |
| Invoice Number: | 055501466915 |
| Invoice Date: | 06/27/2015 |

### Account Summary
| | | | |
|---|---|---|---|
| Previous Balance | | $ | 144.81 |
| Credits/Payments | | | |
| Incoming Credit Card | 05/22/2015 | $ | 79.81 CR |
| Incoming Credit Card | 05/16/2015 | $ | 25.00 CR |
| Incoming Credit Card | 05/09/2015 | $ | 40.00 CR |
| Balance Forward | | $ | 0.00 |
| Current Charges | | $ | 58.82 |
| Amount Due | | $ | 58.82 |

See remaining pages for invoice details.   Note: CR = Credit

### Customer Communications

Spend less time watching your mailbox for your electricity bill, and more time doing the things you enjoy. Visit txu.com/paperless to sign up today.

Out of stamps? Tired of writing checks? Envelope glue taste bad? Enroll in TXU Energy AutoPay, our recurring payment program, and automatically pay your TXU Energy bill from your bank account, debit card or credit card. Visit txu.com/billpay today!

*Handwritten:*
CASE NO: 14-10979
CLAIM NO: 4959
POC NO: 3389
FHE...

### Your Electricity Usage



JUN 2014 – JUN 2015 (kWh bar chart)

### Contact Information

**Customer Service:**

By Phone
1-877-460-4262 (24X7)

On the Web
txu.com

Hearing Impaired:
1-800-735-2988 (24 X 7)

ONCOR ELECTRIC DELIVERY COMPANY
**Power Outage Notification:** 1-888-313-4747
REP Certificate:#10004

---

**For more information about residential electric service please visit www.powertochoose.com.**

Please return this portion with your payment in the enclosed envelope. Make checks payable to TXU Energy. Do not include correspondence with your payment.

The TXU Energy Aid℠ program helps families in critical situations with bill payment assistance.

For Donations Only

One-time gift to TXU Energy Aid℠ program  $ _____

Recurring monthly donation to TXU Energy Aid℠ program  $ _____

| Payment Due Date | Amount Due |
|---|---|
| 07/28/2015 | $58.82 |

*Additional payment options on the back.*

**To ensure proper payment posting, please provide this number (900038812846) on all payments and send to the address directly below.**

AV 01 032794 62228B100 E**5DGT

JOANN M ROBINSON
9744 FOREST LN, APT 1622
DALLAS TX 75243-5748

TXU ENERGY
PO BOX 650700
DALLAS, TX 75265-0700



219000388128460000005882000000007



**TXU energy**

Sept 14-2015
Friday $65.16

**Mobile Solutions**
Manage your account on-the-go.
Visit txu.com/mobilesolutions for details.

| Payment Due Date | Amount Due |
|---|---|
| 08/28/2015 | $123.98 |

#65.16 Your account ~~is past due~~ ~~scratched out~~

### Account Information
| | |
|---|---|
| Customer Name: | JOANN M ROBINSON |
| Account Number: | 900038812846 |
| Invoice Number: | 054801554976 |
| Invoice Date: | 07/29/2015 |

### Account Summary
| | | |
|---|---|---|
| Previous Balance | $ | 58.82 |
| Credits/Payments | $ | 0.00 |
| Balance Forward | $ | 58.82 |
| Current Charges | $ | 65.16 |
| Amount Due | $ | 123.98 |

See remaining pages for Invoice details.  Note: CR = Credit

#000089807266
CASE NO: 14-10979
CLAIM NO: 4959
POC NO: 3389

### Customer Communications

Your account is past due. The due date on this bill is for the current charges only, and doesn't extend the due date for any previous balance. Please pay the past due amount immediately to avoid a potential service interruption.

Spend less time watching your mailbox for your electricity bill, and more time doing the things you enjoy. Visit txu.com/paperless to sign up today.

Out of stamps? Tired of writing checks? Envelope glue taste bad? Enroll in TXU Energy AutoPay, our recurring payment program, and automatically pay your TXU Energy bill from your bank account, debit card or credit card.
Visit txu.com/billpay today!

FHE...

### Your Electricity Usage
[Bar chart showing kWh usage from JUL 2014 through JUL 2015, with bars visible only for JUN and JUL 2015]

### Contact Information
**Customer Service:**
**By Phone**
1-877-460-4262 (24X7)

**On the Web**
txu.com
**Hearing Impaired:**
1-800-735-2988 (24 X 7)

**ONCOR ELECTRIC DELIVERY COMPANY**
**Power Outage Notification:** 1-888-313-4747
REP Certificate:#10004

---

For more information about residential electric service please visit www.powertochoose.com.

Please return this portion with your payment in the enclosed envelope. Make checks payable to TXU Energy. Do not include correspondence with your payment.

The TXU Energy Aid℠ program helps families in critical situations with bill payment assistance.

For Donations Only
One-time gift to
TXU Energy Aid℠ program  $ _____

Recurring monthly donation
to TXU Energy Aid℠ program  $ _____

| Payment Due Date | Amount Due |
|---|---|
| 08/28/2015 | $123.98 |

*Additional payment options on the back.*

To ensure proper payment posting, please provide this number (900038812846) on all payments and send to the address directly below:

AV 01 032304 79122B 96 A**5DGT
JOANN M ROBINSON
9744 FOREST LN, APT 1622
DALLAS TX 75243-5748



TXU ENERGY
PO BOX 650700
DALLAS, TX 75265-0700

21900038812846000001239800000058821

**Providence Mockingbird**
1853 W Mockingbird Ln
Dallas, TX 75235

*Fax*
*To:*

Case No: 14-10979

Claim No: 4959

POC: 3389

FHE...

Subjournal: RESIDENT
Joann Robinson
1853 Mockingbird Lane #1106
Dallas, TX 75235

## Final account statement

| Ledger Account at move-out | |
|---|---|
| SR# 2052-1: Repl. microwave door handle 0 Hours,0 Minutes | 25.00 |
| Balance at move-out | 25.00 |

* See the itemized charges for a complete listing of the work.

| Deposit Activities | |
|---|---|
| Deposit Received | (150.00) |
| Total Deposits on hand | (150.00) |

| Additional charges/credits/payments after move-out | |
|---|---|
| Total additional charges / credits / payments | 0.00 |

| Final Account balance | |
|---|---|
| Balance at move-out | 25.00 |
| Total Deposits | (150.00) |
| Total additional charges / credits / payments | 0.00 |
| Account balance - refund due | (125.00) |

| FAS Prepared | |
|---|---|
| Date | 03/08/2011 |
| User | Gin, Holly |

| Pay to | |
|---|---|
| Robinson, Joann (DC) | |

| Lease information - Unit 1106 | |
|---|---|
| Move-in | 10/11/2006 |
| Notice given | |
| Lease expires | 10/10/2011 |
| Move-out | 03/04/2011 |
| Move-out reason | Transfer on Site |

Thank you for choosing Providence Mockingbird as your home. Your refund will follow within 30 days. If you have questions please feel free to contact the Property Manager at 214-638-8100.

Manager

http://lanecompany.onesite.realpage.com/rents/new_RESIDENT/WizardsObjectOriented/F...   12/8/2014

# TXU energy

**Mobile Solutions**
Manage your account on-the-go.
Visit txu.com/mobilesolutions for details.

| Payment Due Date | Amount Due |
|---|---|
| 07/18/2016 | $360.19 CR |

### Account Information
| | |
|---|---|
| Customer Name: | JOANN M ROBINSON |
| Account Number: | 900038812846 |
| Invoice Number: | 054101875732 |
| Invoice Date: | 06/25/2016 |

### Account Summary
| | | |
|---|---|---|
| Previous Balance | $ | 437.24 CR |
| Credits/Payments | $ | 0.00 |
| Balance Forward | $ | 437.24 CR |
| Current Charges | $ | 77.05 |
| Amount Due | $ | 360.19 CR |

See remaining pages for invoice details.    Note: CR = Credit



CASE NO: 14-10979
CLAIM NO: 4959
POC NO: 3389
FHE

### Customer Communications

Moving? With TXU Complete Connect, it takes one easy call to transfer your electricity service and find the best offers in your new area for TV, internet, home phone and monitored security. Call us at 1-844-824-4893 and let us help you make your move easier.

Check for and seal cracks around windows, doors and electrical outlets to keep cool air in, warm air out and electricity bills low.

Out of stamps? Tired of writing checks? Envelope glue taste bad? Enroll in TXU Energy AutoPay, our recurring payment program, and automatically pay your TXU Energy bill from your bank account or debit card.
Visit txu.com/billpay today!

### Your Electricity Usage
(bar chart showing kWh usage from JUN 2015 to JUN 2016)

### Contact Information
**Customer Service:**
By Phone
972-791-2888
1-800-242-9113 (24 X 7)

On the Web
txu.com
Hearing Impaired:
1-800-735-2988 (24 X 7)

**ONCOR ELECTRIC DELIVERY COMPANY**
Power Outage Notification: 1-888-313-4747
REP Certificate:#10004

---

For more information about residential electric service please visit www.powertochoose.com.

Please return this portion with your payment in the enclosed envelope. Make checks payable to TXU Energy. Do not include correspondence with your payment.

The TXU Energy Aid℠ program helps families in critical situations with bill payment assistance.

For Donations Only

One-time gift to TXU Energy Aid℠ program    $ _____

Recurring monthly donation to TXU Energy Aid℠ program    $ _____

| Payment Due Date | Amount Due |
|---|---|
| 07/18/2016 | $360.19 CR |

Additional payment options on the back.

No payment is due on this bill.

AV 01 036611 64689B112 D**5DGT

JOANN M ROBINSON
9744 FOREST LN, APT 1622
DALLAS TX 75243-5748



TXU ENERGY
PO BOX 650700
DALLAS, TX 75265-0700

21900038812846000000000000000000001



| | Customer Name: | JOANN M ROBINSON |
|---|---|---|
| | Account Number: | 900038812846 |
| | Invoice Number: | 055001400025 |
| | Invoice Date: | 12/10/2014 |

**Mobile Solutions**
Manage your account on-the-go.
Visit txu.com/mobilesolutions for details.

## Account Summary

| Previous Balance | Credits/Payments | Balance Forward | Total Current Charges | Total Amount Due | Due Date |
|---|---|---|---|---|---|
| $291.65 | $0.00 | $291.65 | $158.81 | $450.46 | 12/29/2014 |

See remaining pages for invoice details.

## Customer Communications

We listened to you, and we're making your bill easier to read. Stay tuned for improvements to your monthly bill that are inspired by you.

The amount billed may include price changes allowed by law or regulatory actions.

**Your account is past due.** The due date on this bill is for the current charges only, and doesn't extend the due date for any previous balance. Please pay the past due amount immediately to avoid a potential service interruption.

Out of stamps? Tired of writing checks? Envelope glue taste bad? Enroll in TXU Energy AutoPay, our recurring payment program, and automatically pay your TXU Energy bill from your bank account, debit card or credit card.
Visit txu.com/billpay today!

Follow us on Facebook.com/txuenergy or Twitter @txuenergy for deals, sweepstakes, energy saving tips & more.

CASE NO: 14-10979
CLAIM NO: 4959
POC NO: 3389

F HE...

## Contact Information

| Web: | Customer Service: |
|---|---|
| txu.com | 972-791-2888 |
| | 1-800-242-9113 (24 X 7) |
| Hearing Impaired: | Email: |
| 1-800-735-2988 (24 X 7) | txuenergy@txu.com |
| Power Outage Notification: | |
| 1-888-313-4747 | REP Certificate:#10004 |

For more information about residential electric service please visit www.powertochoose.com.

---

Please return this portion with your payment in the enclosed envelope. Make checks payable to TXU Energy. Do not include correspondence with your payment.

The TXU Energy Aid℠ program helps families in critical situations with bill payment assistance.

**For Donations Only**

One-time gift to
TXU Energy Aid℠ program        $ _____

Recurring monthly donation
to TXU Energy Aid℠ program    $ _____

**Account Number:** 900038812846

| Total Amount Due | Due Date |
|---|---|
| $450.46 | 12/29/2014 |

To ensure proper payment posting, please provide this number (900038812846) on all payments and send to the address directly below.

AV 01 011023 55986B 31 A**5DGT

JOANN M ROBINSON
1716 CHATTANOOGA PL, APT 1633
DALLAS TX 75235-6162



TXU ENERGY
PO BOX 650700
DALLAS, TX 75265-0700

21900038812846000004504600000291659



# TXU energy

**Mobile Solutions**
Manage your account on-the-go.
Visit txu.com/mobilesolutions for details.

| Payment Due Date | Amount Due |
|---|---|
| 03/02/2015 | $252.13 |

Your account is past due

### Account Information
| | |
|---|---|
| Customer Name: | JOANN M ROBINSON |
| Account Number: | 900038812846 |
| Invoice Number: | 055051428642 |
| Invoice Date: | 02/10/2015 |

### Account Summary

| | | | |
|---|---|---|---|
| Previous Balance | | $ | 582.19 |
| Credits/Payments | | | |
| Payment | 02/06/2015 | $ | 300.00 CR |
| Agency Pledge | 02/03/2015 | $ | 167.07 CR |
| Balance Forward | | $ | 115.12 |
| Current Charges | | $ | 137.01 |
| Amount Due | | $ | 252.13 |

See remaining pages for invoice details.   Note: CR = Credit



CASE NO: 14-10979
CLAIM NO: 4959
POC NO: 3389
FHE...

### Customer Communications

LITE-UP TEXAS is back. The Low Income Electric Discount Program will run May 2015 through August 2015. For additional information and program requirements you can call 1-866-454-8387 or go to the Public Utility Commission of Texas website at:
www.puc.texas.gov/consumer/lowincome/Assistance.aspx

**Your account is past due.** The due date on this bill is for the current charges only, and doesn't extend the due date for any previous balance. Please pay the past due amount immediately to avoid a potential service interruption.

Out of stamps? Tired of writing checks? Envelope glue taste bad? Enroll in TXU Energy AutoPay, our recurring payment program, and automatically pay your TXU Energy bill from your bank account, debit card or credit card.
Visit txu.com/billpay today!

### Your Electricity Usage

(Bar chart showing kWh usage from FEB 2014 to FEB 2015, ranging from 0 to 1,750 kWh)

### Contact Information
**Customer Service:**
By Phone
972-791-2888
1-800-242-9113 (24 X 7)

On the Web
txu.com
Hearing Impaired:
1-800-735-2988 (24 X 7)

**ONCOR ELECTRIC DELIVERY COMPANY**
Power Outage Notification: 1-888-313-4747
REP Certificate:#10004

For more information about residential electric service please visit www.powertochoose.com.

Please return this portion with your payment in the enclosed envelope. Make checks payable to TXU Energy. Do not include correspondence with your payment.

The TXU Energy Aid℠ program helps families in critical situations with bill payment assistance.

For Donations Only

One-time gift to
TXU Energy Aid℠ program   $ _____

Recurring monthly donation
to TXU Energy Aid℠ program   $ _____

| Payment Due Date | Amount Due |
|---|---|
| 03/02/2015 | $252.13 |

Additional payment options on the back.

**To ensure proper payment posting, please provide this number (900038812846) on all payments and send to the address directly below.**

AV 01 004110 87932B 14 A**5DGT

JOANN M ROBINSON
1716 CHATTANOOGA PL, APT 1633
DALLAS TX 75235-6162



TXU ENERGY
PO BOX 650700
DALLAS, TX 75265-0700

219000388128460000025213000000115122



**TEXAS APARTMENT ASSOCIATION**

*This Lease Contract is only valid if filled out before January 1, 2012.*

# Apartment Lease Contract

APARTMENT ASSOCIATION GREATER·DALLAS

CASE NO: 14-10979
CLAIM NO: 4959
POC NO: 3389
FHE...

Date of Lease Contract: **December 11, 2009**
(when this Lease Contract is filled out)

*This is a binding contract. Read carefully before signing.*

## Moving In -- General Information

1. **PARTIES.** This Lease Contract is between *you*, the resident(s) (list all people signing the Lease Contract): **Joann Robinson, Kenneth Robinson, Taranika Robinson** and *us*, the owner: **Providence Mockingbird**
(name of apartment community or title holder). You've agreed to rent Apartment No. **1106**, at **1853 W. Mockingbird** (street address) in **Dallas** (city), Texas, **75235** (zip code) for use as a private residence only. The terms "you" and "your" refer to all residents listed above, and a person authorized to act in the event of a sole resident's death. The terms "we," "us," and "our" refer to the owner listed above and not to property managers or anyone else. Written notice to or from our managers constitutes notice to or from us. If anyone else has guaranteed performance of this Lease Contract, a separate Lease Contract Guaranty for each guarantor must be executed.

2. **OCCUPANTS.** The apartment will be occupied only by you and (list all other occupants not signing the Lease Contract):

   No one else may occupy the apartment. Persons not listed above must not stay in the apartment for more than **7** consecutive days without our prior written consent, and no more than twice that many days in any one month. *If the previous space isn't filled in, two days per month is the limit.*

3. **LEASE TERM.** The initial term of the Lease Contract begins on the **11th** day of **December**, **2009** (year), and ends at midnight the **11th** day of **October**, **2010** (year). This Lease Contract will automatically renew month-to-month unless either party gives at least **60** days written notice of termination or intent to move-out as required by paragraph 37. *If the number of days isn't filled in, at least 30 days notice is required.*

4. **SECURITY DEPOSIT.** The total security deposit for all residents is $_____, due on or before the date this Lease Contract is signed. This amount [check one]: ☐ does or ☒ does not include an animal deposit. Any animal deposit will be stated in an animal addendum. See paragraphs 41 and 42 for security deposit return information.

5. **KEYS, FURNITURE AND AFFIDAVIT OF MOVE-OUT.** You will be provided **1** apartment key(s), **1** mailbox key(s), and **1** other access devices for **gate remote**. Any resident, occupant, or spouse who, according to a remaining resident's affidavit, has permanently moved out or is under court order to not enter the apartment, is (at our option) no longer entitled to occupancy, keys, or other access devices. Your apartment will be [check one]: ☐ furnished or ☒ unfurnished.

6. **RENT AND CHARGES.** You will pay $ **840.00** per month for rent, in advance and without demand:
   ☒ at the on-site manager's office
   ☐ through our online payment site
   ☒ at **Night Drop Box**

   Prorated rent of $ _____ is due for the remainder of [check one]:
   ☐ 1st month or ☐ 2nd month, on _____ (year). Otherwise, you must pay your rent on or before the 1st day of each month (due date) with no grace period. Cash is unacceptable without our prior written permission. You must not withhold or offset rent unless authorized by statute. We may, at our option, require at any time that you pay all rent and other sums in cash, certified or cashier's check, money order, or one monthly check rather than multiple checks. If you don't pay all rent on or before the **3rd** day of the month and we haven't given notice to vacate for the current month before that date, you'll pay an initial late charge of $ **50.00** plus a daily late charge of $ **10.00** per day after that date until paid in full. Daily late charges will not exceed 15 days for any single month's rent. We will not impose late charges until at least the third day of the month. You'll also pay a charge of $ **50.00** for each returned check or rejected electronic payment, plus initial and daily late charges until we receive acceptable payment. Daily late charges will not exceed 15 days for any single month's rent. If you don't pay rent on time, you'll be in default and all remedies under state law and this Lease Contract will be authorized. If you violate the animal restrictions of paragraph 27 or other animal rules, you'll pay an initial charge of $ **100.00** per animal (not to exceed $100 per animal) and a daily charge of $ **10.00** per animal (not to exceed $10 per day per animal) from the date the animal was brought into your apartment until it is finally removed. We'll also have all other remedies for such violation.

7. **UTILITIES.** We'll pay for the following items, if checked: ☒ gas ☒ water ☒ wastewater ☐ electricity ☒ trash ☐ cable TV ☐ master antenna ☐ Internet service ☐ other utilities _____. You'll pay for all other utilities, related deposits, and any charges or fees, on such utilities during your Lease Contract term. You must not allow any utilities (other than cable or Internet) to be cut off or switched for any reason--including disconnection for not paying your bills--until the Lease Contract term or renewal period ends. If a utility is submetered or prorated by an allocation formula, we will attach an addendum to this Lease Contract in compliance with state agency rules. If a utility is individually metered, it must be connected in your name and you must notify the utility provider of your move-out date so the meter can be timely read. If you delay getting it turned on in your name by lease commencement or cause it to be transferred back into our name before you surrender or abandon the apartment, you'll be liable for a $ **50.00** charge (not to exceed $50), plus the actual or estimated cost of the utilities used while the utility should have been connected in your name. If you are in an area open to competition and your apartment is individually metered, you may choose or change your retail electric provider at any time. If you qualify, your provider will be the same as ours, unless you choose a different provider. If you choose or change your provider, you must give us written notice. You must pay all applicable provider fees, including any fees to change service back into our name after you move out.

8. **INSURANCE.** Our insurance does not cover the loss of or damage to your personal property. You are [check one]:
   ☐ required to buy and maintain renter's or liability insurance (see attached addendum), or
   ☒ not required to buy renter's or liability insurance.
   If neither is checked, insurance is not required but is still strongly recommended. If not required, we urge you to get your own insurance for losses due to theft, fire, water damage, pipe leaks and other similar occurrences. Renter's insurance does not cover losses due to a flood. Information on renter's insurance is available from the Texas Department of Insurance.

9. **SECURITY DEVICES. What We Must Provide.** Texas law requires, with some exceptions, that we must provide at no cost to you when occupancy begins: (1) a window latch on each window; (2) a doorviewer (peephole) on each exterior door; (3) a pin lock on each sliding door; (4) either a door handle latch or a security bar on each sliding door; (5) a keyless bolting device (deadbolt) on each exterior door; and (6) either a keyed doorknob lock or a keyed deadbolt lock on one entry door. Keyed lock(s) will be rekeyed after the prior resident moves out. The rekeying will be done either before you move in or within 7 days after you move in, as required by statute. If we fail to install or rekey security devices as required by the Property Code, you have the right to do so and deduct the reasonable cost from your next rent payment under Section 92.165(1), Texas Property Code.

   **What You Are Now Requesting.** Subject to some limitations, under Texas law you may at any time ask us to: (1) install one keyed deadbolt lock on an exterior door if it does not have one; (2) install a security bar on a sliding glass door if it does not have one; and (3) change or rekey locks or latches. We must comply with those requests, but you must pay for them. Subject to statutory restrictions on what security devices you may request, you are now requesting us to install or change at your expense:

   _____
   *If no item is filled in, then you are requesting none at this time.*

   **Payment.** We will pay for missing security devices that are required by statute. You will pay for: (1) rekeying that you request (except when we failed to rekey after the previous resident moved out); and (2) repairs or replacements due to misuse or damage by you or your family, occupants, or guests. You must pay immediately after the work is done unless state statute authorizes advance payment. You also must pay for additional or changed security devices you request, in advance or afterward, at our option.

## Special Provisions and "What If" Clauses

10. **SPECIAL PROVISIONS.** The following or attached special provisions and any addenda or written rules furnished to you at or before signing will become a part of this Lease Contract and will supersede any conflicting provisions of this printed Lease Contract form.

    **No checks accepted after the 3rd of the month. No checks after 2nd NSF. Annual Recertification is required. All specials due and payable if default on lease contract.**

11. **UNLAWFUL EARLY MOVE-OUT; RELETTING CHARGE.** You'll be liable for a reletting charge of $ **714.00** (not to exceed 85% of the highest monthly rent during the Lease Contract term) if you:
    (1) fail to move in, or fail to give written move-out notice as required in paragraphs 23 or 37;
    (2) move out without paying rent in full for the entire Lease Contract term or renewal period; or
    (3) move out at our demand because of your default; or
    (4) are judicially evicted.

    The reletting charge is not a cancellation fee and does not release you from your obligations under this Lease Contract. See the first paragraph of page 2.

Joann Robinson, Kenneth Robinson, Taranika Robinson
Your Initials: _____, Initials of Our Representative: _____

1211200920551TX06062706

Apartment Lease Contract     © 2009, Texas Apartment Association, Inc.     Page 1 of 6

TEXAS APARTMENT ASSOCIATION
M E M B E R

# Apartment Lease Contract

This Contract is valid only if filled out before January 1, 2016.

This is a binding contract. Read carefully before signing.

03-28-1967
972-858-7183

CASE NO: 14-10979
CLAIM NO: 4959
POC. NO: 3389
F H E...

Date of Lease Contract: __May 28, 2015__
(when this Lease Contract is filled out)

## Moving In — General Information

1. **Parties.** This Lease Contract ("Lease") is between you, the resident(s) *(list all people signing the Lease)*:
   Joann Robinson
   
   and us, the owner: Lake Landing, LLC
   
   (name of apartment community or title holder). You are renting Apartment No. __1622__, at __9744 Forest Lane__ (street address) in __Dallas__ (city), Texas __75243__ (zip code) for use as a private residence only. The terms "you" and "your" refer to all residents listed above or, in the event of a sole resident's death, to someone authorized to act for the estate. The terms "we," "us," and "our" refer to the owner listed above and not to property managers or anyone else. *Neither we nor any of our representatives have made any oral promises, representations, or agreements have made any oral tire agreement between you and us.*

2. **Occupants.** The apartment will be occupied only by you and *(list all other occupants not signing the Lease)*:
   None
   
   —and no one else. Anyone not listed here cannot stay in the apartment for more than __7__ consecutive days without our prior written consent, and no more than twice that many days in any one month. *If the previous space isn't filled in, 2 days total per month will be the limit.*

3. **Lease Term.** The initial term of the Lease begins on the __29th__ day of __May__ __2015__ (year), and ends at midnight the __31st__ day of __May__ (month), __2016__ (year). After that, this Lease will automatically renew month-to-month unless either party gives at least __60__ days' written notice of termination or intent to move out as required by Par. 36. *If the number of days isn't filled in, notice of at least 30 days is required.*

4. **Security Deposit.** The total security deposit for all residents is $__0.00__, due on or before the date this Lease is signed. This amount [check one]: ☐ does or ☒ does not include an animal deposit. Any animal deposit will be designated in an animal addendum. Security-deposit refund check and any deduction itemizations will be by [check one]:
   ☒ one check jointly payable to all residents and mailed to any one resident we choose, or
   ☐ one check payable to and mailed to _____
   (specify name of one resident).
   If neither option is checked here, the first option applies. See Par. 40 and 41 for security-deposit return information.

• **Keys, Move-Out, and Furniture.** You'll be given __1__ apartment key(s), __1__ mailbox key(s), and _____ other access devices for _____.
*Before moving out, you must give our representative advance written move-out notice as stated in Par. 36.* The move-out date in your notice [check one]: ☐ must be the last day of the month, or ☒ may be the exact day designated in your notice. If neither option is checked here, the second applies. Any resident, occupant, or spouse who, according to a remaining resident's affidavit, has permanently moved out or is under court order not to enter the apartment, is (at our option) no longer entitled to occupancy, keys, or other access devices. Your apartment will be [check one]: ☐ furnished or ☒ unfurnished.

• **Rent and Charges.** You will pay $__544.00__ per month for rent, in advance and without demand [check one]:
   ☒ at the onsite manager's office
   ☒ through our online payment site
   ☐ at _____

Prorated rent of $__52.65__ is due for the remainder of the [check one]: ☐ 1st month or ☐ 2nd month, on the ____ day of _____ (month), _____ (year).

*You must pay your rent on or before the 1st day of each month (due date). There is no grace period. Cash is not acceptable without our prior written permission. You cannot withhold or offset rent unless authorized by law.* We may, at our option, require at any time that you pay all rent and other sums in cash, certified or cashier's check, money order, or one monthly check rather than multiple checks. If you don't pay all rent on or before the __3rd__ day of the month, you'll pay an initial late charge of $__50.00__, plus a daily late charge of $__10.00__ per day after that date until the amount due is paid in full. Daily late charges cannot exceed 15 days for any single month's rent. We won't impose late charges until at least the third day of the month. You'll also pay a charge of $__50.00__ for each returned check or rejected electronic payment, plus initial and daily late charges, until we receive acceptable payment. If you don't pay rent on time, you'll be in default and subject to all remedies under state law and this Lease. If you violate the animal restrictions of Par. 27 or other animal rules, you'll pay an initial charge of $__100.00__ per animal (not to exceed $100 per animal) and a daily charge of $__10.00__ per animal (not to exceed $10 per day per animal) from the date the animal was brought into your apartment until it is removed. We'll also have all other remedies for such violations.

7. **Utilities and Services.** We'll pay for the following items, if checked: ☐ gas ☐ water ☐ wastewater ☐ electricity ☐ trash/recycling ☐ cable/satellite ☐ master antenna ☐ Internet ☐ stormwater/drainage ☐ other _____.
You'll pay for all other utilities and services, related deposits, and any charges or fees on such utilities and services during your Lease term. See Par. 12 for other related provisions regarding utilities and services.

8. **Insurance.** *Our insurance doesn't cover the loss of or damage to your personal property.* You are [check one]:
   ☒ required to buy and maintain renter's or liability insurance (see attached addendum), or
   ☐ not required to buy renter's or liability insurance.
*If neither option is checked, insurance is not required but is still strongly recommended. Even if not required, we urge you to get your own insurance for losses due to theft, fire, water, pipe leaks, and similar occurrences.* Renter's insurance doesn't cover losses due to a flood. Information on renter's insurance is available from the Texas Department of Insurance.

9. **Special Provisions.** The following or attached special provisions and any addenda or written rules furnished to you at or before signing will become a part of this Lease and will supersede any conflicting provisions of this printed Lease form.
   Upon Move In, there will be a one time
   Activation Fee of $10.00 for monthly
   reimbursement. Monthly Reimbursement
   consists of $2.00 Pest Control
   Reimbursement & a monthly $3.50
   Convergent Billing Fee.

10. **Unlawful Early Move-Out And Reletting Charge.**
    10.1 **Your Responsibility.** You'll be liable for a reletting charge of $__462.40__ (not to exceed 85% of the highest monthly rent during the Lease term) if you: (A) fail to move in, or fail to give written move-out notice as required in Par. 23 or 36; (B) move out without paying rent in full for the entire Lease term or renewal period; (C) move out at our demand because of your default; or (D) are judicially evicted. *The reletting charge is not a cancellation fee and does not release you from your obligations under this Lease. See the next section.*

Our Initials: JMR   Initials of Our Representative: _____

**TEXAS APARTMENT ASSOCIATION**

*This Lease Contract is only valid if filled out before January 1, 2016.*

**Apartment Lease Contract**

APARTMENT ASSOCIATION GREATER DALLAS

CASE NO: 14-10979
CLAIM NO: 4959
POC NO: 3389

FHE...

Date of Lease Contract: __April 1, 2014__
(when this Lease Contract is filled out)

*This is a binding contract. Read carefully before signing.*

### Moving In -- General Information

1. **PARTIES.** This Lease Contract is between you, the resident(s) *(list all people signing the Lease Contract)*: __JoAnn M Robinson__

   and *us*, the owner: __Rosemont At Arlington Park__

   *(name of apartment community or title holder).* You've agreed to rent Apartment No. __1633__, at __1716 Chattanooga__ *(street address)* in __Dallas__ *(city),* Texas, __75235__ *(zip code)* for use as a private residence only. The terms "you" and "your" refer to all residents listed above, and a person authorized to act in the event of a sole resident's death. The terms "we," "us," and "our" refer to the owner listed above and not to property managers or anyone else. Written notice to or from our managers constitutes notice to or from us. If anyone else has guaranteed performance of this Lease Contract, a separate Lease Contract Guaranty for each guarantor must be executed.

2. **OCCUPANTS.** The apartment will be occupied only by you and *(list all other occupants not signing the Lease Contract)*: __only the above__

   No one else may occupy the apartment. Persons not listed above must not stay in the apartment for more than __7__ consecutive days without our prior written consent, and no more than twice that many days in any one month. *If the previous space isn't filled in, two days per month is the limit.*

3. **LEASE CONTRACT TERM.** The initial term of the Lease Contract begins on the __1st__ day of __April__, __2014__ (year), and ends at midnight the __31st__ day of __March__ __2015__ (year). This Lease Contract will automatically renew month-to-month unless either party gives at least __60__ days written notice of termination or intent to move-out as required by paragraph 37. *If the number of days isn't filled in, at least 30 days notice is required.*

4. **SECURITY DEPOSIT.** The total security deposit for all residents is $__175.00__, due on or before the date this Lease Contract is signed. This amount *[check one]*: ☐ does or ☒ does not include an animal deposit. Any animal deposit will be stated in an animal addendum. See paragraphs 41 and 42 for security deposit return information.

5. **KEYS, FURNITURE AND AFFIDAVIT OF MOVE-OUT.** You will be provided __2__ apartment key(s), __1__ mailbox key(s), and _____ other access devices for _____. Any resident, occupant, or spouse who, according to a remaining resident's affidavit, has permanently moved out or is under court order to not enter the apartment, is (at our option) no longer entitled to occupancy, keys, or other access devices. Your apartment will be *[check one]*: ☐ furnished or ☒ unfurnished.

6. **RENT AND CHARGES.** You will pay $__770.00__ per month for rent, in advance and without demand:
   ☒ at the on-site manager's office
   ☒ through our online payment site
   ☐ at _____

   Prorated rent of $_____ is due for the remainder of *[check one]*: ☐ 1st month or ☐ 2nd month, on _____ (year). Otherwise, you must pay your rent on or before the 1st day of each month (due date) with no grace period. Cash is unacceptable without our prior written permission. You must not withhold or offset rent unless authorized by statute. We may, at our option, require at any time that you pay all rent and other sums in cash, certified or cashier's check, money order, or one monthly check rather than multiple checks. If you don't pay all rent on or before the __3rd__ day of the month, you'll pay an initial late charge of $__50.00__ plus a daily late charge of $__5.00__ per day after that date until paid in full. Daily late charges will not exceed 15 days for any single month's rent. We will not impose late charges until at least the third day of the month. You'll also pay a charge of $__50.00__ for each returned check or rejected electronic payment, plus initial and daily late charges until we receive acceptable payment. If you don't pay rent on time, you'll be in default

   and all remedies under state law and this Lease Contract will be authorized. If you violate the animal restrictions of paragraph 27 or other animal rules, you'll pay an initial charge of $__100.00__ per animal (not to exceed $100 per animal) and a daily charge of $__10.00__ per animal (not to exceed $10 per day per animal) from the date the animal was brought into your apartment until it is finally removed. We'll also have all other remedies for such violation.

7. **UTILITIES/SERVICES.** We'll pay for the following items, if checked:
   ☒ gas ☒ water ☒ wastewater ☐ electricity ☒ trash/recycling
   ☐ cable/satellite ☒ master antenna ☐ Internet ☒ stormwater/drainage
   ☐ other
   You'll pay for all other utilities and services, related deposits, and any charges or fees on such utilities and services during your Lease Contract term. You must not allow any utilities (other than cable or Internet) to be cut off or switched for any reason—including disconnection for not paying your bills—until the Lease Contract term or renewal period ends. If a utility is submetered or prorated by an allocation formula, we will attach an addendum to this Lease Contract in compliance with state agency rules. If a utility is individually metered, it must be connected in your name and you must notify the utility provider of your move-out date so the meter can be timely read. If you delay getting it turned on in your name by lease commencement or cause it to be transferred back into our name before you surrender or abandon the apartment, you'll be liable for a $__50.00__ charge (not to exceed $50 per violation), plus the actual or estimated cost of the utilities used while the utility should have been connected in your name. If you are in an area open to competition and your apartment is individually metered, you may choose or change your retail electric provider at any time. If you qualify, your provider will be the same as ours, unless you choose a different provider. If you choose or change your provider, you must give us written notice. You must pay all applicable provider fees, including any fees to change service back into our name after you move out.

8. **INSURANCE.** Our insurance does not cover the loss of or damage to your personal property. You are *[check one]*:
   ☐ required to buy and maintain renter's or liability insurance *(see attached addendum),* or
   ☒ not required to buy renter's or liability insurance.
   If neither is checked, insurance is not required but is still strongly recommended. If not required, we urge you to get your own insurance for losses due to theft, fire, water damage, pipe leaks and other similar occurrences. Renter's insurance does not cover losses due to a flood. Information on renter's insurance is available from the Texas Department of Insurance.

9. **SECURITY DEVICES.** What We Must Provide. Texas law requires, with some exceptions, that we must provide at no cost to you when occupancy begins: (1) a window latch on each window; (2) a doorviewer (peephole) on each exterior door; (3) a pin lock on each sliding door; (4) either a door handle latch or a security bar on each sliding door; (5) a keyless bolting device (deadbolt) on each exterior door; and (6) either a keyed doorknob lock or a keyed deadbolt lock on one entry door. Keyed lock(s) will be rekeyed after the prior resident moves out. The rekeying will be done either before you move in or within 7 days after you move in, as required by statute. If we fail to install or rekey security devices as required by law, you have the right to do so and deduct the reasonable cost from your next rent payment under Section 92.165(1), Texas Property Code.

   **What You Are Now Requesting.** Subject to some limitations, under Texas law you may at any time ask us to: (1) install one keyed deadbolt lock on an exterior door if it does not have one; (2) install a security bar on a sliding glass door if it does not have one; and (3) change or rekey locks or latches. We must comply with those requests, but you must pay for them. Subject to statutory restrictions on what security devices you may request, you are now requesting us to install or change at your expense:

   _____

   *If no item is filled in, then you are requesting none at this time.*

   **Payment.** We will pay for missing security devices that are required by statute. You will pay for: (1) rekeying that you request (except when we failed to rekey after the previous resident moved out); and (2) repairs or replacements due to misuse or damage by you or your family, occupants, or guests. You must pay immediately after the work is done unless state statute authorizes advance payment. You also must pay for additional or changed security devices you request, in advance or afterward, at our option.

### Special Provisions and "What If" Clauses

10. **SPECIAL PROVISIONS.** The following or attached special provisions and any addenda or written rules furnished to you at or before signing will become a part of this Lease Contract and will supersede any conflicting provisions of this printed Lease Contract form.
    __No temporary checks or cash accepted. No__
    __checks accepted after the 3rd. After one__
    __NSF, all payments must be by certified__
    __funds. All Community Policies and__
    __Addendums apply to Lease.__

11. **UNLAWFUL EARLY MOVE-OUT; RELETTING CHARGE.** You'll be liable for a reletting charge of $_____ (not to exceed 85% of the highest monthly rent during the Lease Contract term) if you:
    (1) fail to move in, or fail to give written move-out notice as required in paragraphs 23 or 37; or
    (2) move out without paying rent in full for the entire Lease Contract term or renewal period; or
    (3) move out at our demand because of your default; or
    (4) are judicially evicted.

    *The reletting charge is not a cancellation fee and does not release you from your obligations under this Lease Contract. See the first paragraph of page 2.*

JoAnn M Robinson
Your Initials: __JMR__, Initials of Our Representative: __AB__

0401201408250 7tx02012307

Apartment Lease Contract    © 2013, Texas Apartment Association, Inc.    Page 1 of 6

7H E...



CASE NO: 14-10979
CLAIM NO: 4959
POC. NO: 3389