# Exhibit A

## Fee Summary by Professional for the Period
## April 1, 2016 through April 30, 2016

# EFH Corp
## Deloitte & Touche LLP
## Fees Sorted by Category for the Fee Period
## April 01, 2016 - April 30, 2016

*Bankruptcy Related Research Consultation and Transaction*

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Carr, Vickie | Partner/Principal | $720.00 | 0.5 | $360.00 |
| Forrest, Jonathan | Partner/Principal | $720.00 | 1.2 | $864.00 |
| Halfacre, Dean | Partner/Principal | $720.00 | 1.0 | $720.00 |
| Kilkenny, Tom | Partner/Principal | $720.00 | 4.2 | $3,024.00 |
| Kushner, Jonathan | Partner/Principal | $720.00 | 5.7 | $4,104.00 |
| Parker, Matt | Partner/Principal | $720.00 | 7.8 | $5,616.00 |
| Favor, Rick | Director | $720.00 | 1.2 | $864.00 |
| Penico, Victor | Director | $720.00 | 0.4 | $288.00 |
| Handler, Benjamin | Senior Manager | $620.00 | 3.8 | $2,356.00 |
| Hickl, Jeff | Senior Manager | $620.00 | 8.0 | $4,960.00 |
| Krozek, Derek | Senior Manager | $620.00 | 0.4 | $248.00 |
| Murawski, Bryan | Manager | $540.00 | 1.3 | $702.00 |
| Babanova, Maria | Senior Consultant | $425.00 | 2.9 | $1,232.50 |
| Butler, Mike | Senior Consultant | $425.00 | 8.9 | $3,782.50 |
| Coetzee, Rachelle | Senior Consultant | $425.00 | 3.5 | $1,487.50 |
| Yadav, Devavrata | Senior Consultant | $425.00 | 3.5 | $1,487.50 |
| Koprivnik, Xander | Consultant | $350.00 | 2.2 | $770.00 |
| **Professional Subtotal:** | | | **56.5** | **$32,866.00** |

# EFH Corp
## Deloitte & Touche LLP
## Fees Sorted by Category for the Fee Period
## April 01, 2016 - April 30, 2016

*Financial Statement Audit and Related Services*

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Becker, Paul | Partner/Principal | $365.00 | 1.0 | $365.00 |
| Brandau, Patrick | Partner/Principal | $365.00 | 2.0 | $730.00 |
| Carr, Vickie | Partner/Principal | $365.00 | 1.5 | $547.50 |
| DeHaas, Deb | Partner/Principal | $365.00 | 2.0 | $730.00 |
| Kilkenny, Tom | Partner/Principal | $365.00 | 61.3 | $22,374.50 |
| Kushner, Jonathan | Partner/Principal | $365.00 | 0.5 | $182.50 |
| Lawrence, George | Partner/Principal | $365.00 | 1.0 | $365.00 |
| Parker, Matt | Partner/Principal | $365.00 | 111.4 | $40,661.00 |
| Poindexter, Heath | Partner/Principal | $365.00 | 5.7 | $2,080.50 |
| Porter, Stanley | Partner/Principal | $365.00 | 1.0 | $365.00 |
| Slyh, John | Partner/Principal | $365.00 | 8.4 | $3,066.00 |
| Smith, Wyn | Partner/Principal | $365.00 | 1.3 | $474.50 |
| Stokx, Randy | Partner/Principal | $365.00 | 5.0 | $1,825.00 |
| Wahrman, Julie | Partner/Principal | $365.00 | 2.1 | $766.50 |
| Winger, Julie | Partner/Principal | $365.00 | 3.0 | $1,095.00 |
| Craig, Valerie | Director | $365.00 | 65.8 | $24,017.00 |
| Favor, Rick | Director | $365.00 | 18.5 | $6,752.50 |
| Meads, Ivan | Director | $365.00 | 8.5 | $3,102.50 |
| Sasso, Anthony | Director | $365.00 | 3.7 | $1,350.50 |
| Bowers, Rachel | Senior Manager | $290.00 | 33.9 | $9,831.00 |
| Hickl, Jeff | Senior Manager | $290.00 | 21.7 | $6,293.00 |
| Horn, Dave | Senior Manager | $290.00 | 3.0 | $870.00 |
| Goldberg, Sarah | Senior Manager | $290.00 | 4.0 | $1,160.00 |
| Lin, Martin | Senior Manager | $290.00 | 1.0 | $290.00 |
| Auyeung, Tungjun | Manager | $265.00 | 5.5 | $1,457.50 |
| Freeman, Mike | Manager | $265.00 | 17.1 | $4,531.50 |
| Janes, Robby | Manager | $265.00 | 1.0 | $265.00 |
| Kowalk, Bennett | Manager | $265.00 | 1.2 | $318.00 |
| Morehead, David | Manager | $265.00 | 119.0 | $31,535.00 |
| Murawski, Bryan | Manager | $265.00 | 125.5 | $33,257.50 |
| Nicholson, Greg | Manager | $265.00 | 1.5 | $397.50 |
| Regan, Katie | Manager | $265.00 | 4.5 | $1,192.50 |
| Athasniya, Aarti | Senior Consultant | $215.00 | 1.7 | $365.50 |
| Babanova, Maria | Senior Consultant | $215.00 | 113.7 | $24,445.50 |
| Billa, Swapna | Senior Consultant | $215.00 | 7.0 | $1,505.00 |
| Blum, Brian | Senior Consultant | $215.00 | 31.2 | $6,708.00 |
| Brunson, Steve | Senior Consultant | $215.00 | 137.0 | $29,455.00 |
| Butler, Mike | Senior Consultant | $215.00 | 3.6 | $774.00 |
| Casey, Chris | Senior Consultant | $215.00 | 71.7 | $15,415.50 |
| Coetzee, Rachelle | Senior Consultant | $215.00 | 29.1 | $6,256.50 |
| Evetts, Erin | Senior Consultant | $215.00 | 8.5 | $1,827.50 |
| Godbole, Avinash | Senior Consultant | $215.00 | 2.0 | $430.00 |

# EFH Corp
## Deloitte & Touche LLP
## Fees Sorted by Category for the Fee Period
## April 01, 2016 - April 30, 2016

*Financial Statement Audit and Related Services*

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| Continued | | | | |
| Henry, Diane | Senior Consultant | $215.00 | 89.0 | $19,135.00 |
| Richards, Lauren | Senior Consultant | $215.00 | 21.4 | $4,601.00 |
| Schneider, Stephen | Senior Consultant | $215.00 | 4.5 | $967.50 |
| Shankar, Lalitha | Senior Consultant | $215.00 | 15.0 | $3,225.00 |
| Tucker, Jason | Senior Consultant | $215.00 | 22.0 | $4,730.00 |
| Wendel, Ashley | Senior Consultant | $215.00 | 10.1 | $2,171.50 |
| Yadav, Devavrata | Senior Consultant | $215.00 | 1.0 | $215.00 |
| Arora, Shriya | Consultant | $175.00 | 5.0 | $875.00 |
| Benvenuti, Christina | Consultant | $175.00 | 100.8 | $17,640.00 |
| Chesser, Taylor | Consultant | $175.00 | 1.5 | $262.50 |
| Chiste, Robby | Consultant | $175.00 | 8.7 | $1,522.50 |
| Falkiewicz, Bradley | Consultant | $175.00 | 16.5 | $2,887.50 |
| Foster, Danielle | Consultant | $175.00 | 5.2 | $910.00 |
| Jain, Devanshi | Consultant | $175.00 | 4.0 | $700.00 |
| Jain, Mahaveer | Consultant | $175.00 | 3.0 | $525.00 |
| Koprivnik, Xander | Consultant | $175.00 | 18.0 | $3,150.00 |
| Lirely, Loren | Consultant | $175.00 | 53.1 | $9,292.50 |
| Miceli, Addison | Consultant | $175.00 | 37.4 | $6,545.00 |
| Modi, Kevin | Consultant | $175.00 | 7.5 | $1,312.50 |
| Nasa, Srishti | Consultant | $175.00 | 5.5 | $962.50 |
| Pansari, Anubhav | Consultant | $175.00 | 18.3 | $3,202.50 |
| Persons, Hillary | Consultant | $175.00 | 80.2 | $14,035.00 |
| Pothoulakis, Tony | Consultant | $175.00 | 163.7 | $28,647.50 |
| Rashad P.M., Aatif Rashad | Consultant | $175.00 | 4.5 | $787.50 |
| Rohl, Brian | Consultant | $175.00 | 0.5 | $87.50 |
| Rosales, Josue | Consultant | $175.00 | 18.5 | $3,237.50 |
| Saini, Sonali | Consultant | $175.00 | 7.0 | $1,225.00 |
| Sciolino, Andrea | Consultant | $175.00 | 1.4 | $245.00 |
| Thomas, Dona | Consultant | $175.00 | 6.0 | $1,050.00 |
| **Professional Subtotal:** | | | **1,777.4** | **$423,579.00** |

# EFH Corp

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

## April 01, 2016 - April 30, 2016

*Non-Working Travel*

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| Favor, Rick | Director | $365.00 | 8.0 | $2,920.00 |
| Hickl, Jeff | Senior Manager | $290.00 | 7.5 | $2,175.00 |
| Professional Subtotal: | | | 15.5 | $5,095.00 |

| Adjustment | |
|---|---|
| Less 50% Non-Working Travel Deduction | ($2,547.50) |
| **Total** | **$2,547.50** |

# EFH Corp

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

## April 01, 2016 - April 30, 2016

*Preparation of Fee Applications*

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Parker, Matt | Partner/Principal | $365.00 | 2.0 | $730.00 |
| Murawski, Bryan | Manager | $265.00 | 9.0 | $2,385.00 |
| Gutierrez, Dalia | Project Controller | $175.00 | 88.6 | $15,505.00 |
| **Professional Subtotal:** | | | **99.6** | **$18,620.00** |