**Exhibit A**

*In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)

**Service List**

| Participating Parties | Email | Official Service |
|---|---|---|
| (a) the Debtors; | jsowa@kirkland.com<br>alexander.davis@kirkland.com<br>michael.esser@kirkland.com<br>jonathan.ganter@kirkland.com<br>SHessler@kirkland.com<br>rhowell@kirkland.com<br>CHusnick@kirkland.com<br>howard.kaplan@kirkland.com<br>amcgaan@kirkland.com<br>MMcKane@kirkland.com<br>WPruitt@kirkland.com<br>brogers@kirkland.com<br>esassower@kirkland.com<br>bschartz@kirkland.com<br>steven.serajeddini@kirkland.com<br>anthony.sexton@kirkland.com<br>bstephany@kirkland.com<br>ksturek@kirkland.com<br>holly.trogdon@kirkland.com<br>andrew.welz@kirkland.com<br>jgould@kirkland.com<br>collins@RLF.com<br>defranceschi@RLF.com<br>madron@rlf.com<br>travis.langenkamp@kirkland.com<br>anna.terteryan@kirkland.com<br>austin.klar@kirkland.com<br>jeffery.lula@kirkland.com<br>james.barolo@kirkland.com<br>kevin.chang@kirkland.com<br>nick.laird@kirkland.com | Edward O. Sassower, P.C.<br>Stephen Hessler<br>Brian E. Schartz<br>Mark E. McKane<br>William Pruitt<br>Bryan Stephany<br>**KIRKLAND & ELLIS LLP**<br>601 Lexington Avenue<br>New York, New York 10022-4611<br>Telephone: (212) 446-4800<br><br>Mark D. Collins<br>Daniel J. DeFranceschi<br>Jason M. Madron<br>**RICHARDS, LAYTON & FINGER, P.A.**<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 651-7700 |

| Participating Parties | Email | Official Service |
|---|---|---|
| (b) the ad hoc group of TCEH first lien lenders (the "TCEH First Lien Ad Hoc Group") and the members thereof; | abernstein@paulweiss.com<br>adenhoff@paulweiss.com<br>aehrlich@paulweiss.com<br>akornberg@paulweiss.com<br>bhermann@paulweiss.com<br>edso@paulweiss.com<br>jadlerstein@paulweiss.com<br>kcornish@paulweiss.com<br>mnadler@paulweiss.com<br>katescherling@quinnemanuel.com<br>RBartley@ycst.com<br>kfrancis@paulweiss.com<br>nmamis@paulweiss.com | Andrew J. Ehrlich<br>Jacob A. Adlerstein<br>Adam J. Bernstein<br>**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Telephone: (212) 373-3000 |
| (c) Wilmington Trust, N.A., as TCEH first lien collateral agent and first lien administrative agent; | kotwick@sewkis.com<br>ashmead@sewkis.com<br>DeBaecke@BlankRome.com | Mark D. Kotwick<br>John Ashmead<br>**SEWARD & KISSEL LLP**<br>One Battery Park Plaza<br>New York, NY 10004<br>Telephone: 212-574-1200<br><br>Michael D. DeBaecke<br>**BLANK ROME LLP**<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801<br>Telephone: 302.425.6400 |
| (d) those certain funds and accounts advised or sub-advised by Fidelity Management & Research Company or its affiliates; | mjoyce@crosslaw.com<br>gary.kaplan@friedfrank.com<br>matthew.roose@friedfrank.com<br>Samuel.groner@friedfrank.com<br>Jesse.ryan.loffler@friedfrank.com<br>brad.eric.scheler@friedfrank.com<br>Jocelyn.Ryan@friedfrank.com<br>gshumaker@jonesday.com<br>brosenblum@jonesday.com<br>wglaxton@jonesday.com<br>Alysa.Ain@friedfrank.com | Michael J. Joyce<br>**CROSS & SIMON, LLC**<br>913 N. Market Street, 11th Floor<br>P.O. Box 1380<br>Wilmington, Delaware 19899-1380<br>Telephone: (302) 777-4200<br><br>Gary L. Kaplan<br>Matthew M. Roose<br>Brad Eric Scheler<br>**FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP**<br>One New York Plaza<br>New York, New York 10004<br>Telephone: (212) 859-8000 |
| (e) the ad hoc group of EFH legacy noteholders; | aglenn@kasowitz.com<br>dfliman@kasowitz.com<br>DRosner@kasowitz.com | David Rosner<br>Andrew Glenn<br>Daniel Fliman<br>**KASOWITZ, BENSON, TORRES & FRIEDMAN**<br>1633 Broadway, 22nd Floor<br>New York, NY 10019<br>Telephone: (212) 506-1726 |

RLF1 14891897v.1

| Participating Parties | Email | Official Service |
|---|---|---|
| (f) Texas Energy Future Holdings Limited Partnership, as EFH Corp.'s equity holder; | akherring@wlrk.com<br>eakleinhaus@wlrk.com<br>jlynch@wlrk.com<br>rgmason@wlrk.com<br>ABLees@wlrk.com<br>DAbbott@MNAT.com<br>efay@mnat.com | Richard G. Mason<br>John F. Lynch<br>Emil A. Kleinhaus<br>Angela K. Herring<br>WACHTELL, LIPTON, ROSEN & KATZ<br>51 West 52nd Street<br>New York, NY 10019<br>Telephone: (212) 403-1000 |
| (g) American Stock Transfer & Trust Company, LLC, as indenture trustee for the EFH notes; | rpedone@nixonpeabody.com<br>adarwin@nixonpeabody.com<br>eschneider@nixonpeabody.com<br>mnighan@nixonpeabody.com<br>tgood@nixonpeabody.com<br>mciullo@nixonpeabody.com lharrington@nixonpeabody.com<br>gskelly@nixonpeabody.com<br>spritchett@nixonpeabody.com | Amanda D. Darwin<br>Richard C. Pedone<br>Erik Schneider<br>Morgan Nighan<br>NIXON PEABODY LLP<br>100 Summer Street<br>Boston, MA 02100<br>Telephone: 617-345-1000 |
| (h) Computershare Trust Company, N.A. and Computershare Trust Company of Canada, as indenture trustee for the EFIH second lien notes; | ghorowitz@kramerlevin.com<br>agoodman@kramerlevin.com<br>nhertzbunzl@kramerlevin.com<br>abyowitz@kramerlevin.com<br>RRinger@KRAMERLEVIN.com | Gregory A. Horowitz<br>Alissa R. Goodman<br>Noah Hertz-Bunzl<br>Rachael Ringer<br>KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 715-9100 |

| Participating Parties | Email | Official Service |
|---|---|---|
| (i) the ad hoc group of EFIH "PIK" noteholders; | idizengoff@akingump.com<br>aqureshi@akingump.com<br>salberino@akingump.com<br>sbaldini@akingump.com<br>rboller@akingump.com<br>ccarty@akingump.com<br>jnewdeck@akingump.com<br>nmoss@akingump.com<br>rtizravesh@akingump.com<br>wmongan@akingump.com | Ira Dizengoff<br>Abid Qureshi<br>Stephen M. Baldini<br>Joanna Newdeck<br>Naomi Moss<br>Robert J. Boller<br>Christopher W. Carty<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>One Bryant Park<br>Bank of America Tower<br>New York, NY 10036-6745<br>Telephone: (212) 872-1000<br>Facsimile: (212) 872-1002<br><br>Scott L. Alberino<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>Robert S. Strauss Building<br>1333 New Hampshire Avenue, N.W.<br>Washington, DC 20036-1564<br>Telephone: (202) 887-4000<br>Facsimile: (202) 887-4288<br><br>Roxanne Tizravesh<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>1111 Louisiana Street<br>44th Floor<br>Houston, TX 77002-5200<br>Telephone: (713) 220-5800<br>Facsimile: (713) 236-0822 |

RLF1 14891897v.1

| Participating Parties | Email | Official Service |
|---|---|---|
| (j) UMB Bank, as indenture trustee for the EFIH unsecured notes; | hkaplan@foley.com<br>mhebbeln@foley.com<br>lapeterson@foley.com<br>bgfelder@foley.com<br>jfriedman@foley.com<br>mdean@foley.com<br>rlemisch@klehr.com<br>sbrennecke@klehr.com | Harold Kaplan<br>Mark Hebbeln<br>Lars Peterson<br>**FOLEY & LARDNER LLP**<br>321 N. Clark St., Suite 2800<br>Chicago, IL 60654-5313<br>Telephone: (312) 832-4500<br>Facsimile: (312) 832-4700<br><br>Barry Felder<br>Jonathan Friedman<br>Melissa Dean<br>**FOLEY & LARDNER LLP**<br>90 Park Avenue<br>New York, NY 10016-1314<br>Phone: 212-682-7474<br>Fax: 212-687-2329<br><br>Raymond H. Lemisch<br>Sean Brennecke<br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>919 N. Market Street, Suite 1000<br>Wilmington, DE 19801<br>Phone: 302-552-5530<br>Fax: 302-426-9193 |
| (k) the TCEH Creditors' Committee; | alawrence@mofo.com<br>aprinci@mofo.com<br>brettmiller@mofo.com<br>ckerr@mofo.com<br>erichards@mofo.com<br>jmarines@mofo.com<br>ksadeghi@mofo.com<br>lmarinuzzi@mofo.com<br>smartin@mofo.com<br>tgoren@mofo.com<br>jpeck@mofo.com | James M. Peck<br>Brett H. Miller<br>Lorenzo M Arinuzzi<br>Charles L. Kerr<br>**MORRISON & FOERSTER LLP**<br>250 West 55th Street<br>New York, New York 10019-9601<br>Telephone: (212) 468-8000 |

RLF1 14891897v.1

| Participating Parties | Email | Official Service |
|---|---|---|
| (l) the EFH Creditors' Committee; | gluecksteinb@sullcrom.com<br>kranzleya@sullcrom.com<br>ipvw@sullcrom.com<br>nramsey@mmwr.com<br>msheppard@mmwr.com<br>ddormont@mmwr.com<br>sliebesman@mmwr.com<br>mfink@mmwr.com<br>brebnera@sullcrom.com | Brian D. Glueckstein<br>Alexa J. Kranzley<br>**SULLIVAN & CROMWELL LLP**<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br><br>Mark A. Fink<br>**MONTGOMERY MCCRACKEN WALKER & RHOADS LLP**<br>1105 North Market Street, Suite 1500 Wilmington, DE 19801<br>Telephone: (302) 504-7811<br>Facsimile: (215) 731-3666 |
| (m) Wilmington Savings Fund Society, FSB, as indenture trustee for the TCEH second lien notes, and the ad hoc consortium of TCEH second lien noteholders; | jcoffey@brownrudnick.com<br>jdmarshall@brownrudnick.com<br>jjonas@brownrudnick.com<br>jstoll@brownrudnick.com<br>MJackson@brownrudnick.com<br>spoddar@brownrudnick.com<br>alauchheimer@brownrudnick.com<br>eweisfelner@brownrudnick.com<br>jgarfinkle@brownrudnick.com pmott@brownrudnick.com<br>wbowden@ashby-geddes.com<br>gtaylor@ashby-geddes.com | Edward S. Weisfelner<br>**BROWN RUDNICK LLP**<br>Seven Times Square<br>New York, New York 10036<br>Telephone: (212) 209-4800<br><br>Gregory A. Taylor<br>**ASHBY & GEDDES**<br>500 Delaware Avenue<br>P.O. Box 1150<br>Wilmington, Delaware 19899<br>Telephone: (302) 504-3710<br>Facsimile: (302) 379-3715 |
| (n) the Ad Hoc Group of TCEH Unsecured Noteholders; | tlauria@whitecase.com<br>charles.koster@whitecase.com<br>cshore@whitecase.com<br>daudette@whitecase.com<br>gstarner@whitecase.com<br>mbrown@whitecase.com<br>mshepherd@whitecase.com<br>harrison.denman@whitecase.com<br>jason.bartlett@whitecase.com<br>LBird@foxrothschild.com | J. Christopher Shore<br>Gregory M. Starner<br>**WHITE & CASE LLP**<br>1155 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 819-8200<br><br>L. John Bird<br>**FOX ROTHSCHILD LLP**<br>Citizens Bank Center<br>919 North Market Street, Suite 300<br>Wilmington, DE 19801<br>Telephone: (302) 622-4263<br>Facsimile: (302) 656-8920 |

| Participating Parties | Email | Official Service |
|---|---|---|
| (o) Law Debenture Trust Company of New York, as the indenture trustee for the TCEH unsecured notes; | bguiney@pbwt.com<br>dalowenthal@pbwt.com<br>cdent@pbwt.com<br>jtkirklin@pbwt.com | Daniel A. Lowenthal<br>Brian P. Guiney<br>Craig W. Dent<br>**PATTERSON BELKNAP WEBB & TYLER LLP**<br>1133 Avenue of the Americas<br>New York, NY 10036-6710<br>Telephone: (212) 336-2000 |

| Participating Parties | Email | Official Service |
|---|---|---|
| (p) Delaware Trust Company (f/k/a CSC Trust Company of Delaware), as successor indenture trustee for the 11.5% senior secured TCEH first lien notes; and<br><br>[D.I. 8392 Filed 05/09/16]<br><br>[D.I. 5122 Filed 07/28/15]<br><br>Attn: Sandra E. Horwitz<br>2711 Centerville Road, Suite 400<br>Wilmington, DE 19808 | TMoss@perkinscoie.com<br>Dzazove@perkinscoie.com<br>Philip.Anker@wilmerhale.com<br>Charles.Platt@wilmerhale.com<br>Dennis.Jenkins@wilmerhale.com<br>Isley.Gostin@wilmerhale.com<br>david.gringer@wilmerhale.com<br>James.Millar@dbr.com<br>todd.schiltz@dbr.com<br>Keith.Wofford@ropesgray.com<br>Mark.Somerstein@ropesgray.com<br>Ross.Martin@ropesgray.com<br>Andrew.Devore@ropesgray.com<br>npernick@coleschotz.com<br>kstickles@coleschotz.com<br>wusatine@coleschotz.com<br>david.gringer@wilmerhale.com<br>Dennis.Jenkins@wilmerhale.com | **PERKINS COIE:**<br>Tina Moss<br>30 Rockefeller Plaza, 22nd Floor, New York, New York 10112-0085<br>Telephone: (212) 262-6900 / Facsimile: (212) 977-1649<br><br>Daniel Zazove<br>131 South Dearborn Street, Suite 1700<br>Chicago, Illinois 60603-5559<br>Telephone: (312) 324-8605 / Facsimile: (312) 324-9605<br><br>**WILMER CUTLER PICKERING HALE & DORR LLP:**<br>Philip D. Anker / Charles C. Platt<br>7 World Trade Center, 250 Greenwich Street, New York, NY 10007<br>Telephone: (212) 230-8800 / Facsimile: (212) 230-8888<br><br>Dennis L. Jenkins<br>60 State Street, Boston, MA 021 09<br>Telephone: (617) 526-6000 / Facsimile: (617) 526-5000<br><br>**DRINKER BIDDLE & REATH LLP:**<br>James H. Millar<br>1177 Ave. of the Americas, 41st Floor, NY, NY 10036-2714<br>Telephone: 212-248-3264 / Facsimile: 212-248-3141<br><br>Todd C. Schiltz<br>222 Delaware Ave, Suite 141 0, Wilmington, DE 19801<br>Telephone: (302) 467-4200 / Facsimile: (302) 467-4201<br><br>**COLE SCHOTZ P.C.:**<br>Norman L. Pernick (DE 2290) / J. Kate Stickles (DE 2917)<br>500 Delaware Avenue, Suite 1410, Wilmington, DE 19801<br>Telephone: (302) 652-3131 / Facsimile: (302) 652-3117<br><br>Warren A. Usatine<br>25 Main Street, P.O. Box 800, Hackensack, NJ 07602<br>Telephone: (201) 489-3000 / Facsimile: (201) 489-1536<br><br>**ROPES & GRAY LLP**<br>Keith H. Wofford / Mark R. Somerstein<br>1211 Avenue of the Americas, New York, NY 10036-8704<br>Telephone: (212) 596-9000 / Facsimile: 212-596-9090<br><br>D. Ross Martin / Andrew G. Devore<br>Prudential Tower, 800 Boylston St, Boston, MA 02199-3600<br>Telephone: (617) 951-7000 / Facsimile: (617) 951-7050 |

| Participating Parties | Email | Official Service |
|---|---|---|
| (p) Delaware Trust Company (f/k/a CSC Trust Company of Delaware), as successor indenture trustee for the 11.5% senior secured TCEH first lien notes; and<br><br>[D.I. 8547 Filed 05/26/16]<br><br>Attn: Joseph McFadden<br>2711 Centerville Road, Suite 400<br>Wilmington, DE 19808 | gfinizio@bayardlaw.com<br>nglassman@bayardlaw.com<br>michael.kim@kobrekim.com<br>jeremy.hollembeak@kobrekim.com<br>benjamin.sauter@kobrekim.com<br>Andrew.Wang@Kobrekim.com | GianClaudio Finizio/ Neil B. Glassman<br>**BAYARD, P.A.**<br>222 Delaware Avenue Suite 900<br>Wilmington, DE 19801<br>Telephone: (302) 655-5000<br><br>Michael S. Kim/ Jeremy C. Hollembeak/ Benjamin Sauter/ Andrew D. Wang<br>**KOBRE & KIM LLP**<br>800 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 488-1200 |
| (q) Pacific Investment Management Co. LLC, as investment manager for certain holders of certain EFIH First Lien Notes | Julia.frost-davies@morganlewis.com<br>christopher.carter@morganlewis.com<br>JSSabin@Venable.com | Jeffrey Sabin<br>**VENABLE**<br>Rockefeller Center<br>1270 Avenue of the Americas, 24th Flr.<br>New York, NY 10020<br>Telephone: (212) 503-0672<br><br>Julia Frost-Davies<br>Christopher Carter<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>One Federal Street<br>Boston, MA 02110<br>Telephone: (617) 951-8000 |
| U.S. Trustee | Richard.Schepacarter@usdoj.gov<br>Andrea.B.Schwartz@usdoj.gov | Richard L. Schepacarter<br>**U.S. DEPARTMENT OF JUSTICE**<br>Office of the United State Trustee<br>J. Caleb Boggs Federal Building<br>844 N. King Street, Suite 2207,<br>Lockbox 35<br>Wilmington, DE 19801<br>Telephone: (302) 573-6491<br><br>Andrea B. Schwartz<br>**U.S. DEPARTMENT OF JUSTICE**<br>Office of the U.S. Trustee<br>Southern District of New York<br>201 Varick Street, Room 1006<br>New York, New York 10014<br>Telephone: (212) 510-0531 |

| Participating Parties | Email | Official Service |
|---|---|---|
| Counsel for TCEH Debtors | bradley.schneider@mto.com<br>john.spiegel@mto.com<br>kevin.allred@mto.com<br>thomas.walper@mto.com<br>seth.goldman@mto.com<br>bradley.schneider@mto.com | Brad Schneider<br>John Spiegel<br>Kevin Allred<br>Thomas Walper<br>Seth Goldman<br>**MUNGER, TOLLES & OLSON**<br>355 South Grand Ave.<br>35th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 683-9100 |
| Counsel for Debtor Energy Future Intermediate Holding Company LLC | mpaskin@cravath.com<br>tbroad@cravath.com<br>rlevin@jenner.com<br>VLazar@jenner.com | Michael A. Paskin<br>Trevor Broad<br>**CRAVATH, SWAINE & MOORE LLP**<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, New York 10019-7475<br>Telephone: (212) 474-1000<br><br>Richard Levin<br>**JENNER & BLOCK**<br>919 Third Avenue<br>New York, NY 10022-3908<br>Telephone: (212) 891-1600 |

| Participating Parties | Email | Official Service |
|---|---|---|
| Counsel for Debtor Energy Future Holdings Corp. | MFirestein@proskauer.com<br>mthomas@proskauer.com<br>jmarwil@proskauer.com<br>JAllen@proskauer.com<br>jroche@proskauer.com<br>lrappaport@proskauer.com<br>dklauder@bk-legal.com<br>cstephenson@bk-legal.com | Michael Firestein<br>Jennifer Roche<br>Larry Alan Rappaport<br>**PROSKAUER**<br>2049 Century Park East<br>Suite 3200<br>Los Angeles, CA 90067-3206<br>Telephone: (310) 557-2900<br><br>Mark Thomas<br>Jeff Marwil<br>**PROSKAUER**<br>Three First National Plaza<br>70 West Madison<br>Suite 3800<br>Chicago, IL 60602-4342<br>Telephone: (312) 962-3550<br><br>Julie Allen<br>**PROSKAUER**<br>Eleven Times Square<br>(Eighth Avenue & 41st Street)<br>New York, NY 10036-8299<br>Telephone: (212) 969-3000<br><br>David M. Klauder, Esquire<br>Cory P. Stephenson, Esquire<br>**BIELLI & KLAUDER, LLC**<br>1204 N. King Street<br>Wilmington, DE 19801<br>Telephone: (302) 803-4600<br>Facsimile: (302) 397-2557 |
| Counsel to Law Debenture Trust Company of New York, as the indenture trustee for the TCEH unsecured notes;<br><br>Attn: Mr. Frank Godino<br>400 Madison Avenue, Suite 4D<br>New York, NY 10017<br><br>[D.I. 8440 Filed 05/13/16 | dalowenthal@pbwt.com<br>bguiney@pbwt.com<br>smiller@morrisjames.com | Daniel A. Lowenthal / Brian P. Guiney<br>**PATTERSON BELKNAP WEBB & TYLER LLP**<br>1133 Avenue of the Americas, New York, NY 10036-6710<br>Telephone: (212) 336-2000 / Facsimile: (212) 336-2222<br><br>Stephen M. Miller<br>**MORRIS JAMES LLP**<br>500 Delaware Avenue, Suite 1500, P.O. Box 2306, Wilmington, DE 19899-2306<br>Telephone: (302) 888-6800 / Facsimile: (302) 571-1750 |

11

| Participating Parties | Email | Official Service |
|---|---|---|
| Shirley Fenicle, as successor-in-interest to the Estate of George Fenicle<br><br>[D.I. 8442 Filed 05/13/16]<br><br>[D.I. 5846 Filed 09/03/15] | dkhogan@dkhogan.com<br>skazan@kazanlaw.com | Daniel K. Hogan (DE Bar # 2814)<br>HOGAN♦McDANIEL<br>1311 Delaware Avenue<br>Wilmington, Delaware 19806<br>Telephone: (302) 656-7540<br>Facsimile: (302) 656-7599<br><br>Steven Kazan (CA Bar # 46855)<br>KAZAN MCCLAIN SATTERLEY & GREENWOOD<br>A Professional Law Corporation<br>Jack London Market<br>55 Harrison Street, Suite 400<br>Oakland, CA 94607<br>Telephone: (510) 302-1000<br>Facsimile: (510) 835-4913 |
| David William Fahy<br><br>[D.I. 8441 05/13/16]<br><br>[D.I. 5912 Filed 09/10/2015] | dkhogan@dkhogan.com | Daniel K. Hogan (DE Bar # 2814)<br>HOGAN♦McDANIEL<br>1311 Delaware Avenue<br>Wilmington, Delaware 19806<br>Telephone: (302) 656-7540<br>Facsimile: (302) 656-7599<br><br>Ethan Early (CT Juris # 417930)<br>EARLY LUCARELLI SWEENEY & STRAUSS<br>265 Church Street, 11th Floor<br>New Haven, CT 06508-1866<br>Telephone: (203) 777-7799<br>Facsimile: (203) 785-1671 |

RLF1 14891897v.1

| Participating Parties | Email | Official Service |
|---|---|---|
| Marathon Asset Management, LP; Polygon Convertible Opportunity Master Fund; Polygon Distressed Opportunities Master Fund<br><br>[D.I. 8519 Filed 05/24/16] | landis@lrclaw.com<br>mcguire@lrclaw.com<br>george.shuster@wilmerhale.com<br>benjamin.loveland@wilmerhale.com | Adam G. Landis (No. 3407)<br>Matthew B. McGuire (No. 4366)<br>**LANDIS RATH & COBB LLP**<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br><br>George W. Shuster, Jr.<br>**WILMER CUTLER PICKERING HALE AND DORR LLP**<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>Telephone: (212) 230-8800<br>Facsimile: (212) 230-8888<br><br>Benjamin W. Loveland<br>**WILMER CUTLER PICKERING HALE AND DORR LLP**<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000 |
| The Bank of New York Mellon ("BNYM") and The Bank of New York Mellon Trust Company, N.A. (the "BNYMTC" and collectively with BNYM, the "Trustees")<br><br>Attn: Dennis J. Roemlein<br>601 Travis, 16th Floor<br>Houston, TX 77002<br><br>[D.I. 8556 Filed 05/27/16]<br>[D.I. 5173 Filed 07/30/15] | kgwynne@reedsmith.com<br>klawson@reedsmith.com<br>skam@reedsmith.com | Kurt F. Gwynne (Bar No. 3951)<br>Kimberly E. C. Lawson (Bar No. 3966)<br>**REED SMITH LLP**<br>1201 North Market Street, Suite 1500<br>Wilmington, DE 19801<br>Telephone: (302) 778-7500<br>Facsimile: (302) 778-7575<br><br>Sarah K. Kam (*pro hac vice*)<br>**REED SMITH LLP**<br>599 Lexington Avenue<br>New York, NY 10022<br>Telephone: (212) 549-0284<br>Facsimile: (212) 521-5450 |

RLF1 14891897v.1

| Participating Parties | Email | Official Service |
|---|---|---|
| Counsel to Holt Texas, Ltd. d/b/a Holt Cat ("Holt")<br><br>1956 South W.W. White Rd.<br>San Antonio, Texas 78222<br><br>[D.I. 5124 Filed 07/28/15] | mblacker@jw.com | Monica S. Blacker<br>JACKSON WALKER L.L.P.<br>901 Main Street, Suite 6000<br>Dallas, Texas 75202<br>Telephone: (214)953-6000<br>Facsimile: (214) 953-5822 |
| Counsel to Veolia ES Industrial Services, Inc. ("Veolia")<br><br>Attn: Van A. Cates, Esq.<br>14055 Riveredge Drive<br>Tampa, FL 33637<br>van.cates@veolia.com<br><br>[D.I. 5157 Filed 07/29/15] | dbarney@gibbonslaw.com nsongonuga@gibbonslaw.com | Dale E. Barney, Esq.,<br>GIBBONS P.C.<br>One Gateway Center<br>Newark, NJ 07102-5310<br>Telephone: (973) 596-4500<br><br>Natasha M. Songonuga, Esq.<br>GIBBONS P.C.<br>1000 N. West Street<br>Suite 1200<br>Wilmington, DE 19801-1058<br>Telephone: (302) 295-4875<br>Facsimile: (302) 295-4876 |
| United States Environmental Protection Agency<br><br>[D.I. 6207 Filed 09/28/2015] | Anna.E.Grace@usdoj.gov<br>Alan.Tenenbaum@usdoj.gov | Anna Grace<br>Trial Attorney<br>ENVIRONMENTAL ENFORCEMENT SECTION, ENRD<br>U.S. Department of Justice<br>P.O. Box 7611, Washington DC 20044-7611<br>Phone: (202) 514-4091<br><br>Alan Tenenbaum<br>National Bankruptcy Coordinator<br>ENVIRONMENTAL ENFORCEMENT SECTION, ENRD<br>U.S. Department of Justice<br>P.O. Box 7611, Washington DC 20044-7611<br>Phone: (202) 514-5409 |