# EXHIBIT A

## SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY

### (See Guidelines C.8. for project category information.)

| Project Category | Hours Budgeted | Fees Budgeted | Hours Billed | Fees Sought |
|---|---|---|---|---|
| Administration | | | - | $ - |
| Asset Disposition | | | 1.50 | $ 691.00 |
| Bankruptcy-Related Advice | | | 15.20 | $ 5,762.00 |
| Business Operations | | | 0.40 | $ 201.00 |
| Case Administration | | | 2.80 | $ 1,246.00 |
| Claims Administration & Objections | | | 1.20 | $ 525.50 |
| Corporate Governance & Board Matters | | | 0.10 | $ 67.50 |
| Employee Benefits/Pensions | | | 0.60 | $ 240.00 |
| Employment/Fee Applications | | | 24.80 | $ 10,306.00 |
| Financing & Cash Collateral | | | 3.40 | $ 1,559.50 |
| General Bankruptcy Advice/Opinions | | | 0.20 | $ 80.00 |
| Litigation Contested Matters(excl assump/rejection motions | | | 6.60 | $ 3,077.50 |
| Meetings of & Communications with Creditors or the Comm | | | 1.80 | $ 824.00 |
| Operations | | | 2.30 | $ 1,198.50 |
| Plan & Disclosure Statement (including business plan) | | | 14.60 | $ 6,752.50 |
| Relief from Stay/Adequate Protection Proceedings | | | 0.10 | $ 67.50 |
| Tax Issues | | | 0.60 | $ 267.00 |
| | | | 76.20 | $ 32,865.50 |

# EXHIBIT B

SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FEE APPLICATION

| Name | Title | Section | Date of First Admission | Fees Billed | Hours Billed | Hourly Rate Billed in This Application | Hourly Rate Billed in First Interim Application | Number of Rate Increases Since Case Inception |
|---|---|---|---|---|---|---|---|---|
| Bird, James E. | Shareholder | FR Bankruptcy and Restructuring | 10/15/1980 | $ 799.50 | 1.30 | 615.00 | - | 0 |
| Caro, Jr., Frank A. | Shareholder | BU Energy | 05/01/1983 | $ 480.00 | 0.80 | 600.00 | - | 0 |
| Edelson, Justin K. | Shareholder | FR Bankruptcy and Restructuring | 05/01/2007 | $ - | - | - | - | 0 |
| Edelson, Justin K. | Shareholder | FR Bankruptcy and Restructuring | 05/01/2007 | $ 22,250.00 | 50.00 | 445.00 | - | 0 |
| Katona, Shanti M. | Shareholder | FR Bankruptcy and Restructuring | 05/01/2007 | $ 578.50 | 1.30 | 445.00 | - | 0 |
| Ward, Chris A. | Shareholder | FR Bankruptcy and Restructuring | 12/15/1999 | $ 2,700.00 | 4.00 | 675.00 | - | 0 |
| Vine, Jarrett K. | Associate | FR Bankruptcy and Restructuring | 01/01/2009 | $ 2,840.00 | 7.10 | 400.00 | - | 0 |
| Suprum, Lindsey M. | Paralegal | FR Bankruptcy and Restructuring | | $ 3,217.50 | 11.70 | 275.00 | - | 0 |
| | | | | $ 32,865.50 | 76.20 | 431.31 | | |

## CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES WITH FEE APPLICATIONS

### ( See Guidelines C.3. for definitions of terms used in this Exhibit.)

| Category of Timekeeper (using categories already maintained by the firm) | BLENDED HOURLY RATE | |
|---|---|---|
| | BILLED OR COLLECTED<br>Firm or offices for preceding year, excluding bankruptcy | BILLED<br>In this fee application |
| Shareholder | $ 456.87 | $ 467.04 |
| Associate | $ 332.52 | $ 400.00 |
| Paralegal | $ 230.00 | $ 275.00 |
| | | |
| All timekeepers averaged | $ 427.54 | $ 431.31 |

# EXHIBIT C

SUMMARY OF EXPENSE REIMBURSEMENT REQUESTED BY CATEGORY

(See Guidelines C.8. for project category information.)

| Category | Amount |
|---|---|
| Client Advance | $ 628.50 |
| Deliveries | $ 81.63 |
| On-Line Searches | $ - |
| Meals | $ 347.03 |
| Transcript of Proceedings | $ 172.80 |
| | $ 1,229.96 |

# EXHIBIT D



# Invoice Detail

For Professional Services Through 6/30/16
File No. 078582-475724
**Re: Energy Future Holdings Bankruptcy**

Page 26
July 25, 2016
Invoice No: 1308430

## Disbursements

| Date | | Amount |
|------|---|--------|
| 04/29/16 | Transcript of Proceedings Veritext New York Reporting Co. electronic copy of transcript | $33.60 |
| 05/23/16 | Meals Meal 11939338 | 12.60 |
| 05/24/16 | Meals Reliable Wilmington working lunch pickup/delivery | 103.37 |
| 05/24/16 | Deliveries Reliable Wilmington hand delivery courier service to Judge Sontchi | 15.00 |
| 05/26/16 | Meals Meal 1 | 54.99 |
| 06/15/16 | Deliveries Reliable Wilmington client special pickup- 6/14/16 | 51.63 |
| 06/15/16 | Client Advance Reliable Wilmington document reproduction | 606.12 |
| 06/17/16 | Deliveries Reliable Wilmington hand delivery and pickup to Judge Sontchi | 15.00 |
| 06/17/16 | Client Advance Reliable Wilmington binder production and meal pickup | 22.38 |
| 06/17/16 | Transcript of Proceedings Veritext New York Reporting Co. transcript (electronic copy) | 90.00 |
| 06/29/16 | Transcript of Proceedings Veritext New York Reporting Co. certified transcript | 49.20 |
| 06/30/16 | Meals Reliable Wilmington working lunch (pickup/delivery) | 66.63 |
| 06/30/16 | Meals Reliable Wilmington working lunch on 6/10/16 | 51.06 |
| 06/30/16 | On-Line Searches | 0.00 |
| 06/30/16 | On-Line Searches | 0.00 |
| 06/30/16 | Meals Reliable Wilmington working lunch (pickup/delivery) | 58.38 |
| | **Total Disbursements** | **$1,229.96** |

Total Disbursements      1,229.96

**Total Current Charges Due**      **$34,095.46**