## Exhibit A

[Statement of Fees by Subject Matter]

58082869v1

| MATTER NUMBER | MATTER DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 001 | Case Administration | 1.6 | $1,327.50 |
| 003 | EFH Business Operations | 7.4 | $7,415.00 |
| 004 | EFH Contested Matters and Adversary Proceedings | 7.6 | $7,590.00 |
| 005 | EFH Corporate Governance and Board Matters | 29.7 | $31,470.00 |
| 006 | Discovery | 130.70 | $128,998.50 |
| 008 | Fee Applications and Objections | 39.7 | $34,472.50 |
| 009 | Financing and Cash Collateral | 2.2 | $2,205.00 |
| 010 | Hearings | 2.5 | $2,430.00 |
| 011 | Claims Investigations, Analyses and Objections | 6.7 | $6,157.50 |
| 014 | Non-working Travel | 47.1 | $24,550.00 |
| 015 | Plan and Disclosure Statement | 253.5 | $263,582.00 |
| 016 | Tax | 181.1 | $184,490.50 |
| 018 | Valuation | 0.4 | $400.00 |
| **TOTAL FOR ALL MATTER NOS.** | | **710.2** | **$695,088.50** |

58082869v1