## Exhibit B

[Attorneys' and Paraprofessionals' Information]

58082869v1

Proskauer attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Julie M. Allen | Partner | 1984 | Corporate | $1,350 | 3.9 | $5,265.00 |
| Richard M. Corn | Partner | 2005 | Tax | $925 | 71.9 | $66,507.50 |
| Michael E. Ellis | Partner | 2007 | Corporate | $925 | 6.6 | $6,105.00 |
| Michael A. Firestein | Partner | 1983 | Litigation | $1,025 | 52.3 | $53,607.50 |
| Daniel I. Ganitsky | Partner | 2001 | Corporate | $1,050 | 38.2 | $40,110.00 |
| Jeff J. Marwil | Partner | 1986 | Corporate | $1,200 | 0.7 | $840.00 |
| Lary Alan Rappaport | Partner | 1979 | Litigation | $950 | 22.3 | $21,185.00 |
| Stuart L. Rosow | Partner | 1976 | Tax | $1,350 | 30.3 | $40,905.00 |
| Mark K. Thomas | Partner | 1981 | Corporate | $1,200 | 122.5 | $147,000.00 |
|  |  |  |  | $600 | 10.0 | $6,000.00[1] |
| Peter J. Young | Partner | 2002 | Corporate | $1,000 | 200.6 | $200,600.00 |
|  |  |  |  | $500 | 37.10 | $18,550.00[1] |
| Courtney M. Bowman | Associate | 2013 | Litigation | $575 | 5.2 | $2,990.00 |
| Kunal Dogra | Associate | 2010 | Corporate | $825 | 24.9 | $20,542.50 |
| Jennifer L. Roche | Associate | 2007 | Litigation | $850 | 11.9 | $10,115.00 |
| Rochelle H. Schultz | Associate | 2014 | Litigation | $465 | 5.9 | $2,743.50 |
| Gary Silber | Associate | 2011 | Tax | $770 | 29.9 | $23,023.00 |
| Jeramy Webb | Associate | 2015 | Corporate | $445 | 0.6 | $267.00 |
| Jared D. Zajac | Associate | 2009 | Corporate | $825 | 34.5 | $28,462.50 |
| **Total** |  |  |  |  | **709.3** | **$694,818.50** |

---

[1] Represents a fifty percent (50%) reduction for non-working travel time.

58082869v1

Proskauer paraprofessionals who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Natasha Petrov | Paralegal | 1 year | Corporate | $300 | 0.9 | $270.00 |
| **Total** | | | | | **0.9** | **$270.00** |

| | |
|---|---|
| **TOTAL FOR PROFESSIONALS AND PARAPROFESSIONALS** | 710.2   $695,088.50 |

58082869v1