# Exhibit C

[Summary of Actual and Necessary Expenses for the Fee Period]

58082869v1

| EXPENSE CATEGORY | AMOUNT |
|---|---:|
| Reproduction Costs (at $0.10 per page) | $394.40 |
| Telecommunications | $0.00[1] |
| Research (Lexis/Westlaw/Other Database Searches) | $2,385.25 |
| Litigation and Corporate Support Services[2] | $90.00 |
| Postage | $2.30 |
| Travel Out-of-Town – Transportation | $3,011.98[3] |
| Taxi, Carfare, Mileage, Parking | $1,425.82[4] |
| Business Meals | $309.28[5] |
| Out-of-Town Lodging | $2,349.87[6] |
| Word Processing | $0.00[7] |
| **Total** | **$9,968.90** |

---

[1] Reflects a reduction of $13.64 for telecommunication expenses incurred that are not reimbursable pursuant to the fee committee guidelines.

[2] Consists of CourtCall, PACER and transcript (hearing and deposition) expenses.

[3] Includes non-refundable first-class airfare reduced by 50% to approximate the cost differential between non-refundable first-class airfare and refundable coach-class fare, addressing the reimbursable cap imposed by the fee committee.

[4] Includes a reduction of $424.16 for cab and carfare expenses incurred that are not reimbursable pursuant to the fee committee guidelines.

[5] Includes a reduction of $276.58 for business meal expenses either (i) in excess of the reimbursable cap or (ii) that are not otherwise reimbursable pursuant to the fee committee guidelines.

[6] Includes a reduction of $859.48 for lodging expenses in excess of the reimbursable cap imposed by the fee committee.

[7] Reflects a reduction of $102.70 for word processing and proofreading expenses incurred that are not reimbursable pursuant to the fee committee guidelines.

58082869v1