## **Exhibit D**

[Detailed Description of Expenses and Disbursements]

Disbursements and Other Charges

| Date | Name | Description | Amount |
|------|------|-------------|--------|
| 03/06/2016 | Joseph P. Malca | Taxi, Carfare, Mileage and Parking-Cab from home to office on Sunday | 14.17 |
| 03/06/2016 | Joseph P. Malca | Taxi, Carfare, Mileage and Parking-Cab from office to home on Sunday | 15.40 |
| 03/23/2016 | Joseph P. Malca | Taxi, Carfare, Mileage and Parking-8.5 hours worked; cab from office to home | 19.81 |
| 05/22/2016 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-A1 Airport Limo from home to O'Hare | 75.00 |
| 05/22/2016 | Mark K. Thomas | Out Of Town Meals-M. Thomas and P. Young | 80.00 |
| 05/22/2016 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-Cab from Philadelphia airport to hotel | 40.00 |
| 05/23/2016 | Mark K. Thomas | Lodging-1 Night Philadelphia | 300.00 |
| 05/24/2016 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-Cab from hotel to meeting | 10.00 |
| 05/24/2016 | Mark K. Thomas | Airplane-Chicago to/from Philadelphia 5/22-24/16 | 559.60 |
| 05/24/2016 | Mark K. Thomas | Lodging-1 Night New York | 449.87 |
| 05/24/2016 | Mark K. Thomas | Out Of Town Transportation-Amtrak from Wilmington to New York | 178.00 |
| 05/24/2016 | Mark K. Thomas | Taxicab/car Svc.-XYZ Car Service from office to LaGuardia | 97.79 |
| 06/01/2016 | Peter J. Young | Taxicab/car Svc.-XYZ Car service from LaGuardia to hotel | 88.65 |
| 06/01/2016 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-A1 Airport Limo from home to O'Hare | 75.00 |
| 06/01/2016 | Mark K. Thomas | Out Of Town Meals | 37.57 |
| 06/01/2016 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Cab from home to O'Hare | 55.00 |
| 06/01/2016 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-Cab from LaGuardia to hotel | 60.00 |
| 06/02/2016 | Peter J. Young | Out Of Town Meals | 40.00 |
| 06/02/2016 | Peter J. Young | Out Of Town Meals | 22.42 |
| 06/02/2016 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Cab from hotel to meeting | 8.00 |
| 06/02/2016 | Peter J. Young | Airplane-Chicago to/from New York 6/1-2/16 | 560.10 |
| 06/02/2016 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Uber from hotel to LaGuardia | 75.00 |
| 06/02/2016 | Peter J. Young | Lodging-1 Night New York | 500.00 |
| 06/02/2016 | Peter J. Young | Other Disbursements-Gratuity | 10.00 |

| Date | Name | Description | Amount |
|---|---|---|---|
| 06/02/2016 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Cab from O'Hare to home | 65.00 |
| 06/02/2016 | Mark K. Thomas | Airplane-Chicago to/from New York 6/1-2/16 | 657.60 |
| 06/02/2016 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-A1 Airport Limo from O'Hare to home | 75.00 |
| 06/02/2016 | Mark K. Thomas | Lodging-1 Night New York | 500.00 |
| 06/02/2016 | Jared Zajac | Reproduction | 1.80 |
| 06/02/2016 | Jared Zajac | Reproduction | 4.10 |
| 06/02/2016 | Jared Zajac | Reproduction | 3.70 |
| 06/02/2016 | Jared Zajac | Reproduction | 3.50 |
| 06/03/2016 | Peter J. Young | Reproduction | 13.60 |
| 06/03/2016 | Peter J. Young | Reproduction | 0.20 |
| 06/03/2016 | Peter J. Young | Reproduction | 11.70 |
| 06/06/2016 | Jared Zajac | Reproduction | 0.10 |
| 06/06/2016 | Richard M. Corn | Reproduction | 2.40 |
| 06/06/2016 | Richard M. Corn | Reproduction | 2.40 |
| 06/07/2016 | Jared Zajac | Reproduction | 4.30 |
| 06/07/2016 | Jared Zajac | Reproduction | 0.10 |
| 06/07/2016 | Jared Zajac | Reproduction | 0.10 |
| 06/07/2016 | Jared Zajac | Reproduction | 0.10 |
| 06/07/2016 | Peter J. Young | Reproduction | 1.40 |
| 06/07/2016 | Peter J. Young | Reproduction | 1.10 |
| 06/08/2016 | Gary Silber | Reproduction | 0.60 |
| 06/08/2016 | Gary Silber | Reproduction | 0.40 |
| 06/08/2016 | Richard M. Corn | Lexis | 31.00 |
| 06/08/2016 | Zachary Z. Zermay | Westlaw | 297.00 |
| 06/09/2016 | Zachary Z. Zermay | Westlaw | 396.00 |
| 06/09/2016 | Daniel I. Ganitsky | Food Service/conf. Dining | 18.51 |
| 06/10/2016 | Zachary Z. Zermay | Westlaw | 297.00 |
| 06/10/2016 | Daniel I. Ganitsky | Reproduction | 4.10 |
| 06/10/2016 | Daniel I. Ganitsky | Reproduction | 8.50 |
| 06/10/2016 | Daniel I. Ganitsky | Reproduction | 0.40 |
| 06/10/2016 | Daniel I. Ganitsky | Reproduction | 4.40 |
| 06/10/2016 | Peter J. Young | Reproduction | 4.00 |
| 06/10/2016 | Peter J. Young | Reproduction | 5.10 |
| 06/10/2016 | Mark K. Thomas | Reproduction | 2.80 |
| 06/10/2016 | Peter J. Young | Reproduction | 0.50 |
| 06/10/2016 | Peter J. Young | Reproduction | 6.90 |
| 06/13/2016 | Kimberly White | Reproduction | 0.10 |
| 06/13/2016 | Kimberly White | Reproduction | 0.10 |
| 06/14/2016 | Jared Zajac | Reproduction | 0.30 |
| 06/14/2016 | Jared Zajac | Reproduction | 0.40 |
| 06/14/2016 | Lorena Ramirez | Reproduction | 0.20 |

| Date | Name | Description | Amount |
|------|------|-------------|-------:|
| 06/14/2016 | Lorena Ramirez | Reproduction | 0.10 |
| 06/14/2016 | Lorena Ramirez | Reproduction | 0.20 |
| 06/14/2016 | Lorena Ramirez | Reproduction | 0.10 |
| 06/14/2016 | Lorena Ramirez | Reproduction | 0.10 |
| 06/14/2016 | Lorena Ramirez | Reproduction | 0.20 |
| 06/14/2016 | Lorena Ramirez | Reproduction | 2.80 |
| 06/14/2016 | Lorena Ramirez | Reproduction | 0.50 |
| 06/14/2016 | Lorena Ramirez | Reproduction | 2.80 |
| 06/14/2016 | Lorena Ramirez | Reproduction | 0.50 |
| 06/14/2016 | Lorena Ramirez | Reproduction | 0.50 |
| 06/14/2016 | Lorena Ramirez | Reproduction | 2.80 |
| 06/14/2016 | Mark K. Thomas | Reproduction | 0.20 |
| 06/14/2016 | Mark K. Thomas | Reproduction | 0.20 |
| 06/14/2016 | Mark K. Thomas | Reproduction | 2.80 |
| 06/14/2016 | Mark K. Thomas | Reproduction | 2.80 |
| 06/14/2016 | Zachary Z. Zermay | Westlaw | 495.00 |
| 06/15/2016 | Zachary Z. Zermay | Westlaw | 297.00 |
| 06/15/2016 | Jennifer L. Roche | Reproduction | 0.60 |
| 06/15/2016 | Jennifer L. Roche | Reproduction | 2.80 |
| 06/15/2016 | Jennifer L. Roche | Reproduction | 0.20 |
| 06/15/2016 | Peter J. Young | Local Meals | 25.00 |
| 06/15/2016 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Cab from Philadlephia airport to hotel | 35.00 |
| 06/16/2016 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Cab from Wilminton to Philadelphia airport | 110.00 |
| 06/16/2016 | Natasha Petrov | Transcripts & Depositions-Hearing Transcript from Veritext | 90.00 |
| 06/16/2016 | Peter J. Young | Out Of Town Meals | 14.45 |
| 06/16/2016 | Peter J. Young | Airplane-Chicago to/from Philadelphia 6/15-16/16 | 495.10 |
| 06/16/2016 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Parkign at O'Hare | 52.00 |
| 06/16/2016 | Peter J. Young | Lodging-1 Night Philadelphia | 300.00 |
| 06/16/2016 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Carey Car Service from Philadelphia hotel to Wilmington courthouse | 125.00 |
| 06/16/2016 | Peter J. Young | Out Of Town Meals | 40.00 |
| 06/16/2016 | Daniel I. Ganitsky | Reproduction | 1.80 |
| 06/17/2016 | Zachary Z. Zermay | Westlaw | 198.00 |
| 06/18/2016 | Lary Alan Rappaport | Lexis | 350.25 |
| 06/20/2016 | Daniel I. Ganitsky | Reproduction | 0.30 |
| 06/20/2016 | Lary Alan Rappaport | Postage | 0.46 |
| 06/20/2016 | Michele M. Reetz | Reproduction | 0.30 |
| 06/20/2016 | Mark K. Thomas | Reproduction | 7.50 |

| Date | Name | Description | Amount |
|------|------|-------------|-------:|
| 06/21/2016 | Daniel I. Ganitsky | Reproduction | 0.20 |
| 06/21/2016 | Daniel I. Ganitsky | Reproduction | 0.20 |
| 06/21/2016 | Daniel I. Ganitsky | Reproduction | 0.20 |
| 06/21/2016 | Daniel I. Ganitsky | Reproduction | 1.20 |
| 06/21/2016 | Daniel I. Ganitsky | Reproduction | 1.20 |
| 06/21/2016 | Daniel I. Ganitsky | Reproduction | 1.60 |
| 06/21/2016 | Daniel I. Ganitsky | Reproduction | 1.30 |
| 06/21/2016 | Daniel I. Ganitsky | Reproduction | 1.60 |
| 06/21/2016 | Lorena Ramirez | Reproduction | 1.50 |
| 06/21/2016 | Lorena Ramirez | Reproduction | 2.50 |
| 06/21/2016 | Peter J. Young | Reproduction | 0.20 |
| 06/21/2016 | Kimberly White | Reproduction | 0.20 |
| 06/21/2016 | Peter J. Young | Reproduction | 2.00 |
| 06/21/2016 | Peter J. Young | Reproduction | 0.40 |
| 06/21/2016 | Richard M. Corn | Lexis | 24.00 |
| 06/22/2016 | Daniel I. Ganitsky | Reproduction | 6.00 |
| 06/22/2016 | Daniel I. Ganitsky | Reproduction | 7.20 |
| 06/22/2016 | Mark K. Thomas | Reproduction | 0.30 |
| 06/22/2016 | Mark K. Thomas | Reproduction | 1.50 |
| 06/22/2016 | Mark K. Thomas | Reproduction | 0.40 |
| 06/22/2016 | Mark K. Thomas | Reproduction | 2.50 |
| 06/23/2016 | Kunal Dogra | Reproduction | 6.90 |
| 06/23/2016 | Kunal Dogra | Reproduction | 4.20 |
| 06/23/2016 | Kunal Dogra | Reproduction | 6.40 |
| 06/23/2016 | Kunal Dogra | Reproduction | 0.10 |
| 06/23/2016 | Daniel I. Ganitsky | Reproduction | 1.70 |
| 06/23/2016 | Daniel I. Ganitsky | Reproduction | 1.70 |
| 06/23/2016 | Daniel I. Ganitsky | Reproduction | 1.70 |
| 06/23/2016 | Daniel I. Ganitsky | Reproduction | 14.60 |
| 06/23/2016 | Daniel I. Ganitsky | Reproduction | 1.80 |
| 06/23/2016 | Daniel I. Ganitsky | Reproduction | 1.10 |
| 06/23/2016 | Michael A. Firestein | Reproduction | 0.70 |
| 06/23/2016 | Lorena Ramirez | Reproduction | 0.10 |
| 06/23/2016 | Mark K. Thomas | Reproduction | 1.30 |
| 06/23/2016 | Peter J. Young | Reproduction | 11.00 |
| 06/23/2016 | Peter J. Young | Reproduction | 0.40 |
| 06/23/2016 | Peter J. Young | Reproduction | 6.90 |
| 06/23/2016 | Mark K. Thomas | Reproduction | 3.00 |
| 06/23/2016 | Peter J. Young | Reproduction | 1.70 |
| 06/23/2016 | Peter J. Young | Reproduction | 0.10 |
| 06/23/2016 | Peter J. Young | Reproduction | 2.10 |
| 06/23/2016 | Peter J. Young | Reproduction | 0.20 |
| 06/23/2016 | Peter J. Young | Reproduction | 6.40 |
| 06/24/2016 | Daniel I. Ganitsky | Reproduction | 6.70 |

58082869v1

| Date | Name | Description | Amount |
|------|------|-------------|--------|
| 06/24/2016 | Daniel I. Ganitsky | Reproduction | 13.50 |
| 06/24/2016 | Daniel I. Ganitsky | Reproduction | 13.50 |
| 06/24/2016 | Daniel I. Ganitsky | Reproduction | 1.80 |
| 06/24/2016 | Kunal Dogra | Reproduction | 13.50 |
| 06/24/2016 | Kunal Dogra | Reproduction | 10.00 |
| 06/24/2016 | Kunal Dogra | Reproduction | 3.20 |
| 06/24/2016 | Jared Zajac | Reproduction | 2.20 |
| 06/24/2016 | Mark K. Thomas | Reproduction | 1.30 |
| 06/24/2016 | Mark K. Thomas | Reproduction | 0.20 |
| 06/24/2016 | Peter J. Young | Reproduction | 13.50 |
| 06/24/2016 | Peter J. Young | Reproduction | 1.30 |
| 06/24/2016 | Peter J. Young | Reproduction | 0.10 |
| 06/24/2016 | Michele M. Reetz | Reproduction | 1.30 |
| 06/24/2016 | Mark K. Thomas | Reproduction | 1.00 |
| 06/24/2016 | Mark K. Thomas | Reproduction | 3.00 |
| 06/24/2016 | Peter J. Young | Reproduction | 1.00 |
| 06/24/2016 | Peter J. Young | Reproduction | 4.80 |
| 06/24/2016 | Peter J. Young | Reproduction | 5.20 |
| 06/24/2016 | Michele M. Reetz | Reproduction | 1.00 |
| 06/24/2016 | Michael A. Firestein | Postage | 1.84 |
| 06/26/2016 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Uber from hoem to O'Hare | 75.00 |
| 06/26/2016 | Peter J. Young | Out Of Town Meals | 31.33 |
| 06/26/2016 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Cab from Philadelphia airport to hotel | 35.00 |
| 06/27/2016 | Peter J. Young | Other Disbursements-Gratuities | 25.00 |
| 06/27/2016 | Peter J. Young | Lodging-1 Night Philadelphia | 300.00 |
| 06/27/2016 | Peter J. Young | Airplane-Inflight WiFi | 7.98 |
| 06/27/2016 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Cab from O'Hare to home | 60.00 |
| 06/27/2016 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Carey Car Service from Philadelphia hotel to Wilmington courthouse | 125.00 |
| 06/27/2016 | Peter J. Young | Airplane-Chicago to/from Philadelphia 6/26-27/16 | 553.60 |
| 06/27/2016 | Natasha Petrov | Reproduction | 0.20 |
| 06/27/2016 | Natasha Petrov | Reproduction | 1.50 |
| 06/27/2016 | Natasha Petrov | Reproduction | 0.70 |
| 06/27/2016 | Natasha Petrov | Reproduction | 1.90 |
| 06/27/2016 | Natasha Petrov | Reproduction | 4.00 |
| 06/27/2016 | Natasha Petrov | Reproduction | 0.20 |
| 06/27/2016 | Natasha Petrov | Reproduction | 11.80 |
| 06/27/2016 | Natasha Petrov | Reproduction | 20.40 |
| 06/28/2016 | Jared Zajac | Reproduction | 0.10 |
| 06/28/2016 | Jared Zajac | Reproduction | 0.30 |

| Date | Name | Description | Amount |
|------|------|-------------|-------:|
| 06/28/2016 | Lorena Ramirez | Reproduction | 8.30 |
| 06/28/2016 | Peter J. Young | Reproduction | 0.50 |
| 06/28/2016 | Peter J. Young | Reproduction | 0.20 |
| 06/28/2016 | Peter J. Young | Reproduction | 4.10 |
| 06/28/2016 | Peter J. Young | Reproduction | 0.20 |
| 06/28/2016 | Peter J. Young | Reproduction | 0.10 |
| 06/28/2016 | Peter J. Young | Reproduction | 0.10 |
| 06/28/2016 | Peter J. Young | Reproduction | 0.20 |
| 06/28/2016 | Peter J. Young | Reproduction | 1.20 |
| 06/28/2016 | Peter J. Young | Reproduction | 0.10 |
| 06/28/2016 | Peter J. Young | Reproduction | 0.10 |
| 06/28/2016 | Peter J. Young | Reproduction | 8.30 |
| 06/28/2016 | Peter J. Young | Reproduction | 6.00 |

Disbursements and Other Charges   $        9,968.90

58082869v1