## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: D.I. 8858** |

### CERTIFICATION OF NO OBJECTION
### REGARDING THE "TWENTY-FIFTH MONTHLY FEE
### STATEMENT OF KIRKLAND & ELLIS LLP AND KIRKLAND & ELLIS
### INTERNATIONAL LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM
### FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM
### MAY 1, 2016 THROUGH MAY 31, 2016" (NO ORDER REQUIRED)

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading with respect to the twenty-fifth monthly fee statement for compensation and reimbursement of expenses (the "Monthly Fee Statement") of **Kirkland & Ellis LLP** and **Kirkland & Ellis International LLP** (together, "K&E" or the "Applicant") listed on **Exhibit A** attached hereto.[2] The Monthly Fee Statement was filed with the United States Bankruptcy Court for the District of Delaware (the "Court") on July 1, 2016. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Monthly Fee Statement appears thereon.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] On July 11, 2016, K&E received a letter from the Fee Committee regarding the relief requested in the Monthly Fee Statement. The Fee Committee stated, notwithstanding the Fee Committee's reservation of rights with respect to objections to interim expense reimbursement requests, the Fee Committee does not object to the Debtors' payment of 80 percent of fees and 100 percent of expenses requested in the Monthly Fee Statement.

Pursuant to the **Notice of Fee Statement** filed with the Monthly Fee Statement, objections to the Monthly Fee Statement were to be filed and served no later than **July 25, 2016 at 4:00 p.m. (Eastern Daylight Time)**. The Monthly Fee Statement was filed and served in accordance with the **Stipulation and Order Appointing a Fee Committee**, dated August 21, 2014 [D.I. 1896] and the **Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals**, dated September 16, 2014 [D.I. 2066] (the "Administrative Order").

Consequently, pursuant to the Administrative Order, the above-captioned debtors and debtors in possession in the above-captioned cases are authorized to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement upon the filing of this certification without the need for a further order of the Court. A summary of the fees and expenses sought by the Applicant is annexed hereto as **Exhibit A**.

*[Remainder of page intentionally left blank.]*

Dated: July 26, 2016
      Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:        collins@rlf.com
             defranceschi@rlf.com
             madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:        edward.sassower@kirkland.com
             stephen.hessler@kirkland.com
             brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:        james.sprayregen@kirkland.com
             marc.kieselstein@kirkland.com
             chad.husnick@kirkland.com
             steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession

# EXHIBIT A

**Professional Fees and Expenses**
**Monthly Fee Statement**

| **Direct Benefit: $782,153.00** | |
| **(comprised of $779,628.40 (80% of $974,535.50) and $2,524.60 expenses)** | |
| **Debtor(s)** | **Amount Sought to be Paid** |
|---|---|
| EFH Corp. | $0.00 |
| EFIH | $130,587.80 |
| TCEH Debtors | $651,565.20 |
| *Total:* | $782,153.00 |
| **Collective Benefit:  $1,804,389.66** | |
| **(comprised of $1,777,292.80 fees (80% of $2,221,616.00) and $27,096.86 expenses)** | |
| **Debtor(s)** | **Amount Sought to be Paid** |
| EFH Corp. | $0.00 |
| EFIH | $308,545.82 |
| TCEH Debtors | $1,495,843.84 |
| *Total:* | $1,804,389.66 |
| *Grand Totals:* | $2,586,542.66 |