# EXHIBIT A

## Hours Expended by SOLIC Professionals

| NAME | TITLE | HOURS<br>06/01 – 06/30/2016 |
|---|---|---|
| Neil Luria | Sr. Managing Director | 36.0 |
| Raoul Nowitz | Managing Director | 146.0 |
| Paul Hogan | Director | 4.5 |
| Matthew Cumbee | Sr. Associate | 102.5 |
| TOTALS | | 289.0 |