## EXHIBIT C

**Expenses by Category**

|  | June 2016 |
|---|---|
| Airfare | $1,401.40 |
| Ground Transportation | $316.30 |
| Hotel & Lodging | $830.89 |
| Meals | $178.75 |
| Mileage | $33.48 |
| TOTALS | $2,760.82 |