**EXHIBIT D**

**Expenses Detail**

# Energy Future Holdings Corp – June 2016

| Date | Person | Expense Code | Fee |
|---|---|---|---|
| 6/1/2016 | Cumbee, Matthew | AIR - Airfare | $ 149.10 |
| | | One-way, economy class from ORD to LGA for meetings with select creditor advisers | |
| 6/2/2016 | Cumbee, Matthew | AIR - Airfare | $ 149.10 |
| | | One-way, economy class from LGA to ORD for return trip | |
| 6/2/2016 | Nowitz, Raoul | AIR - Airfare | $ 1,103.20 |
| | | Round-trip, economy class from ATL-LGA for meetings with select creditor advisers | |
| | | **Total Airfare:** | **$ 1,401.40** |
| 6/1/2016 | Cumbee, Matthew | GRTRAN - Ground Transportation | $ 49.59 |
| | | Cab to hotel | |
| 6/1/2016 | Cumbee, Matthew | GRTRAN - Ground Transportation | $ 60.00 |
| | | Cab to ORD | |
| 6/2/2016 | Cumbee, Matthew | GRTRAN - Ground Transportation | $ 43.28 |
| | | Cab to home | |
| 6/1/2016 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 10.75 |
| | | Taxi from dinner | |
| 6/1/2016 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 65.44 |
| | | Taxi from airport | |
| 6/1/2016 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 19.24 |
| | | Taxi to dinner | |
| 6/2/2016 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 68.00 |
| | | Hartsfield Jacksonville Atlanta Int'l Airport parking | |
| | | **Total Ground Transportation:** | **$ 316.30** |
| 6/2/2016 | Cumbee, Matthew | HOTEL - Hotel and Lodging | $ 346.83 |
| | | Room rate and taxes - 1 night in New York | |
| 6/2/2016 | Nowitz, Raoul | HOTEL - Hotel and Lodging | $ 484.06 |
| | | Room rate and taxes - 1 night in New York | |
| | | **Total Hotel and Lodging:** | **$ 830.89** |
| 6/1/2016 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 21.32 |
| | | Attendee:   R. Nowitz | |
| 6/1/2016 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 40.00 |
| | | Attendee:   R. Nowitz | |
| 6/1/2016 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 40.00 |
| | | Attendee:   R. Nowitz | |
| 6/1/2016 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 37.43 |
| | | Attendee:   R. Nowitz | |
| 6/2/2016 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 40.00 |
| | | Attendee:   R. Nowitz | |
| | | **Total Out of Town Meals:** | **$ 178.75** |
| 6/2/2016 | Nowitz, Raoul | MILES - USA - Mileage | $ 16.74 |
| | | from home to airport | |
| 6/2/2016 | Nowitz, Raoul | MILES - USA - Mileage | $ 16.74 |
| | | from airport to home | |
| | | **Total USA - Mileage:** | **$ 33.48** |
| | | | **$ 2,760.82** |

SOLIC Capital Advisors, LLC | 1603 Orrington Ave, Suite 1600 | Evanston, Illinois 60201
Phone 847-583-1618 | Fax 847-583-1719