# EXHIBIT A

**Proposed Order**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

### ORDER GRANTING DEBTORS' MOTION
### FOR ENTRY OF AN ORDER (I) SCHEDULING HEARING
### DATES AND CERTAIN DEADLINES AND ESTABLISHING CERTAIN
### PROCEDURES IN CONNECTION WITH ADJUDICATING CONTESTED
### OBJECTIONS TO PRO SE CLAIMS AND (II) APPROVING NOTICE THEREOF

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), for entry of an order (this "Order"), scheduling certain dates and deadlines and establishing certain procedures in connection with the adjudication of the Contested Pro Se Claims, and (b) approving the forms of Notice of the Pro Se Claims Hearing; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of these cases and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Court having found that the Debtors provided appropriate

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

RLF1 14897549v.1

notice of the Motion and the opportunity for a hearing on the Motion (the "Hearing") under the circumstances; and the Court having reviewed the Motion and having heard the statements in support of the relief requested therein at the Hearing, if any; and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The following Procedures are hereby approved:

   a. **Friday, August 19, 2016**, shall be the date by which the Debtors shall serve a customized notice of the Pro Se Claims Hearings and these Procedures, substantially in the form attached as **Exhibit 1** or **Exhibit 2** to **Exhibit A** (the "Notice"), as applicable, upon the Pro Se Claimants. The Notice shall include a customized questionnaire, substantially in the form attached as **Exhibit 3** to **Exhibit A** (the "Questionnaire") requesting information regarding the Pro Se Claimants' participation in the Pro Se Claims Hearings, including their preferred date.

   b. **Monday, September 19, 2016**, shall be the date by which Pro Se Claimants must file with the Court a formal response to the Objection (each, a "Formal Response") if they have not already done so (the "Claimant Response Deadline"). If no Formal Response regarding a Contested Pro Se Claim is received by the Claimant Response Deadline, the relevant Pro Se Claimant will be deemed to consent to the relief requested in the applicable Objection and, upon order of the Court, the Contested Pro Se Claim will be disallowed and expunged (or modified, if applicable) from the Claims Register.

   c. **Monday, September 19, 2016**, shall be the date by which Pro Se Claimants must return the Questionnaire to the Debtors (the "Questionnaire Deadline"). Any Pro Se Claimant who does not submit a Questionnaire by the Questionnaire Deadline will not be allowed to participate in the Pro Se Claims Hearings absent further order of the Court.

   d. **Friday, October 21, 2016**, shall be the date by which the Debtors must file their omnibus reply to all Formal Responses to the Objections that were filed on or before the Claimant Response Deadline (the "Debtors' Reply"). The Debtors will serve a copy of the Debtors' Reply on each Pro Se Claimant who timely filed a Formal Response.

  e. **November 8, 2016 at 10:00 a.m. (ET)** shall be the date of the first Pro Se Claims Hearing. Oral argument shall be limited to ten minutes per Proof of Claim, except as otherwise ordered by the Court, allocation of time between the parties to be determined.

  f. **December 13, 2016 at 10:00 a.m. (ET)** shall be the date of the second Pro Se Claims Hearing. Oral argument shall be limited to ten minutes per Proof of Claim, except as otherwise ordered by the Court, allocation of time between the parties to be determined.

3. The forms of Notice, attached hereto as **Exhibit 1** and **Exhibit 2**, are hereby approved.

4. The form of Questionnaire, attached hereto as **Exhibit 3**, is hereby approved.

5. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

6. This Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to this Order.

Dated: August _____, 2016
   Wilmington, Delaware

                 _____
                  THE HONORABLE CHRISTOPHER S. SONTCHI
                  UNITED STATES BANKRUPTCY JUDGE

**Exhibit 1 to Exhibit A**

**Form of Notice to Claimants Who Have Not Filed Formal Responses to Date**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**NOTICE OF (I) HEARINGS ON CONTESTED OBJECTIONS TO PRO SE CLAIMS AND RELATED DEADLINES AND (II) PROCEDURES IN CONNECTION THEREWITH**

| TO: | [NAME] | | **Claim Number(s)** | **Claim Amount(s)** |
|---|---|---|---|---|
| | [STREET ADDRESS] | Claim(s) to be Disallowed: | [####] | [####] |
| | [CITY], [STATE] [ZIP] | | | |
| | [COUNTRY] | HEARING DATE: | [____] at 10:00 a.m. ET | |
| | | | ([First/Second] Pro Se Claims Hearing) | |

You are receiving this Notice because the Debtors' records reflect that you have filed a claim to which an Objection is currently pending. Please read this Notice carefully.

On [●], 2016, the Court entered the *Order (I) Scheduling A Hearing Date and Certain Deadlines and Establishing Certain Procedures in Connection with Adjudicating Contested Objections to Pro Se Claims and (II) Approving Notice Thereof* (the "Order"),[2] establishing certain deadlines and protocols in connection with the adjudication of your claim:

| **Deadline** | **Date** |
|---|---|
| Claimant Response Deadline | September 19, 2016 |
| Deadline to Submit Questionnaire | September 19, 2016 |
| Debtors' Reply Deadline | October 21, 2016 |
| First Pro Se Claims Hearing | November 8, 2016 |
| Second Pro Se Claims Hearing | December 13, 2016 |

**RESPONSES TO THE OBJECTION:**

The Debtors understand that you may oppose the relief requested in the Objection. **If you do oppose the relief requested in the Objection to your claim, you must file a response with the Court by September 19, 2016.** If you no longer oppose the relief sought in the Objection, there is no need to file a response. **Responses to the Objection, if any, must be in writing and mailed to the United**

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Order, of copy of which is included with this Notice.

RLF1 14897549v.1

States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

> **IF NO RESPONSE TO THE OBJECTION IS FILED WITH THE COURT BY THE CLAIMANT RESPONSE DEADLINE, YOUR CLAIM WILL BE DISALLOWED AND REMOVED FROM THE REGISTER WITHOUT FURTHER NOTICE OR HEARING.**

**PARTICIPATION IN THE HEARING:**

If you intend to participate in the hearing concerning your claim, you **must** fill out and return the Questionnaire included with this Notice by **September 19, 2016.** You have been assigned to one of two hearing dates. Your hearing date is noted in the chart at the beginning of this Notice. If you wish to be reassigned to the other hearing date, please check the box in question 1 of the Questionnaire. **Completed Questionnaires should be returned, in the postage pre-paid envelope provided, to Kirkland & Ellis LLP, Attn: Rebecca Chaikin, 601 Lexington Avenue, New York, New York, 10022.**

> **IF THE QUESTIONNAIRE IS NOT RECEIVED BY THE DEADLINE, YOU WILL NOT BE ALLOWED TO PARTICIPATE IN THE HEARING ABSENT FURTHER ORDER OF THE COURT.**

The Pro Se Claims Hearing will be held before the Honorable Christopher S. Sontchi in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801.

If you wish to participate by <u>telephone</u>, you may do so for a <u>fee</u> by calling CourtCall **at least three days before** the hearing to schedule a **speaking** appearance. CourtCall can be reached at (866) 582-6878 or (310) 743-1886. Remember to keep the instructions provided by CourtCall regarding how to participate in the hearing. It is the participant's responsibility to dial into the hearing at least ten minutes prior to the scheduled hearing by dialing (888) 603-6867; provide to the operator your name and that you are appearing as a "Pro Se Claimant" in front of Judge Sontchi of the Bankruptcy Court for the District of Delaware in the matter of Energy Future Holdings Corp., case number 14-10979.

*The hearing with respect to each claim shall be limited to a maximum of ten (10) minutes, except as otherwise ordered by the Court.*

If you have questions about this Notice, the Questionnaire, or the Order, please leave a message at (844) 415-6962 (including your phone number and that your call is concerning the "EFH Pro Se Claims Hearing") or send your contact information to efhcorrespondence@kirkland.com (and write "EFH Pro Se Claims Hearing" in the subject line), both free of charge.

*[Remainder of page intentionally left blank.]*

Dated: _____, 2016
       Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:   collins@rlf.com
      defranceschi@rlf.com
      madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:   edward.sassower@kirkland.com
      stephen.hessler@kirkland.com
      brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:   james.sprayregen@kirkland.com
      marc.kieselstein@kirkland.com
      chad.husnick@kirkland.com
      steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

**Exhibit 2 to Exhibit A**

**Form of Notice to Claimants Who Have Filed Formal Responses**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

### NOTICE OF (I) HEARINGS ON CONTESTED OBJECTIONS TO PRO SE CLAIMS AND RELATED DEADLINES AND (II) PROCEDURES IN CONNECTION THEREWITH

| TO: | [NAME] | | **Claim Number(s)** | **Claim Amount(s)** |
|---|---|---|---|---|
| | [STREET ADDRESS] | Claim(s) to be Disallowed: | [####] | [####] |
| | [CITY], [STATE] [ZIP] | | | |
| | [COUNTRY] | | **Docket Number(s)** | |
| | | Response(s) Filed: | [####] | |
| | | HEARING DATE: | [____] at 10:00 a.m. ET | |
| | | | ([First/Second] Pro Se Claims Hearing) | |

You are receiving this Notice because the Debtors' records reflect that you have filed a claim to which an Objection is currently pending. Please read this Notice carefully.

On [●], 2016, the Court entered the *Order (I) Scheduling A Hearing Date and Certain Deadlines and Establishing Certain Procedures in Connection with Adjudicating Contested Objections to Pro Se Claims and (II) Approving Notice Thereof* (the "Order"),[2] establishing certain deadlines and protocols in connection with the adjudication of your claim:

| Deadline | Date |
|---|---|
| Deadline to Submit Questionnaire | September 19, 2016 |
| Debtors' Reply Deadline | October 21, 2016 |
| First Pro Se Claims Hearing | November 8, 2016 |
| Second Pro Se Claims Hearing | December 13, 2016 |

**Because you have already filed a formal response to the Objection, you are not required to file an additional response.**

**PARTICIPATION IN THE HEARING:**

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Order, of copy of which is included with this Notice.

RLF1 14897549v.1

**If you intend to participate in the hearing concerning your claim, you must fill out and return the Questionnaire included with this Notice by September 19, 2016.** You have been assigned to one of two hearing dates. Your hearing date is noted in the chart at the beginning of this Notice. If you wish to be reassigned to the other hearing date, please check the box in question 1 of the Questionnaire. **Completed Questionnaires should be returned, in the postage pre-paid envelope provided, to Kirkland & Ellis LLP, Attn: Rebecca Chaikin, 601 Lexington Avenue, New York, New York, 10022.**

> **IF THE QUESTIONNAIRE IS NOT RECEIVED BY THE DEADLINE,
> YOU WILL NOT BE ALLOWED TO PARTICIPATE IN THE HEARING
> ABSENT FURTHER ORDER OF THE COURT.**

The Pro Se Claims Hearing will be held before the Honorable Christopher S. Sontchi in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801.

If you wish to participate by **telephone**, you may do so for a **fee** by calling CourtCall **at least three days before** the hearing to schedule a **speaking** appearance. CourtCall can be reached at (866) 582-6878 or (310) 743-1886. Remember to keep the instructions provided by CourtCall regarding how to participate in the hearing. It is the participant's responsibility to dial into the hearing at least ten minutes prior to the scheduled hearing by dialing (888) 603-6867; provide to the operator your name and that you are appearing as a "Pro Se Claimant" in front of Judge Sontchi of the Bankruptcy Court for the District of Delaware in the matter of Energy Future Holdings Corp., case number 14-10979.

*The hearing with respect to each claim shall be limited to a maximum of ten (10) minutes, except as otherwise ordered by the Court.*

If you have questions about this Notice, the Questionnaire, or the Order, please leave a message at (844) 415-6962 (including your phone number and that your call is concerning the "EFH Pro Se Claims Hearing") or send your contact information to efhcorrespondence@kirkland.com (and write "EFH Pro Se Claims Hearing" in the subject line), both free of charge.

*[Remainder of page intentionally left blank.]*

Dated: _____, 2016
      Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:    (302) 651-7701
Email:        collins@rlf.com
              defranceschi@rlf.com
              madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900
Email:        edward.sassower@kirkland.com
              stephen.hessler@kirkland.com
              brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:    (312) 862-2200
Email:        james.sprayregen@kirkland.com
              marc.kieselstein@kirkland.com
              chad.husnick@kirkland.com
              steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

## Exhibit 3 to Exhibit A

## Questionnaire

RLF1 14897549v.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] ) | Case No. 14-10979 (CSS) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |

## QUESTIONNAIRE

TO: [NAME]
[STREET ADDRESS]
[CITY], [STATE] [ZIP]
[COUNTRY]

Claim(s) to be Disallowed:

**Claim Number(s)**
[####]

**Claim Amount(s)**
[####]

Response(s) Filed:

**Docket Number(s)**
[None/ ####]

**ASSIGNED HEARING:**    [____] at 10:00 a.m. ET
([First/Second] Pro Se Claims Hearing)

ALTERNATIVE HEARING:    [____] at 10:00 a.m. ET
([First/Second] Pro Se Claims Hearing)

> **IF THIS QUESTIONNAIRE IS NOT RECEIVED BY SEPTEMBER 19, 2016, YOU WILL NOT BE ALLOWED TO PARTICIPATE IN THE HEARING CONCERNING YOUR CLAIM ABSENT FURTHER ORDER OF THE COURT.**

If you no longer wish to oppose the Objection to your claim, which will result in your claim being disallowed and expunged from the Claims Register, there is no need to complete this Questionnaire.

1. The hearing on your claim will go forward at the date and time noted above as the "**Assigned Hearing.**" Please check the following box if you would prefer to participate in the hearing at the date and time noted as the "Alternative Hearing":

   ☐ I would like to be reassigned to the **Alternative Hearing Date**.

2. I will participate in the hearing:

   ☐ **In person.** The hearing will take place before the Honorable Christopher S. Sontchi in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801.

   ☐ **By telephone.** I will follow the instructions on the Notice to set up a telephonic appearance with CourtCall.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 14897549v.1