**Exhibit B**

**Schedule of Contested Pro Se Claims**

RLF1 14897549v.1

| Omnibus No. | Claimant | Proof of Claim No(s). | Asserted Amount[1] | Response Docket No. | Basis for Objection | Brief Summary of Debtors' Objection[2] | Assigned Hearing Date |
|---|---|---|---|---|---|---|---|
| 3 | Kimberley Olbrish | 669 | Undetermined | None | No Supporting Documentation | Debtors unable to obtain clarity from claimant as to claim being asserted; claimant is a customer; Debtors' records show no indication of incorrect charges | Dec. 13 |
| 3 | Susan Keyes | 2891 | Undetermined | 3164 | No Supporting Documentation | Debtors unable to obtain clarity from claimant as to claim being asserted; claimant is a customer; Debtors' records show no indication of incorrect charges | Dec. 13 |
| 3 | Nannanette Nedd-Johnson | 2021 | Undetermined | None | No Supporting Documentation | Unsubstantiated claim for overcharges; Debtors' records show no indication of incorrect charges | Nov. 8 |
| 3 | Ruth Caesar | 5630 | Undetermined | 3173 | No Supporting Documentation | Debtors unable to obtain clarity from claimant as to claim being asserted; claimant is a customer; Debtors' records show no indication of incorrect charges | Dec. 13 |
| 3 | Kathey Neal | 1499 | Undetermined | None | No Supporting Documentation | Unsubstantiated claim for overcharges; Debtors' records show no indication of incorrect charges | Nov. 8 |
| 3 | Cynthia Smith | 1423 | Undetermined | None | No Supporting Documentation | Unsubstantiated claim for incorrect gas charges; claimant had selected a pricing plan that has component based on the price of natural gas, the Debtors do not provide gas services | Dec. 13 |
| 3 | Maria Navejar Delgado | 2004 | Undetermined | None | No Supporting Documentation | Unsubstantiated claim for overcharges; Debtors' records show no indication of incorrect charges | Nov. 8 |
| 3 | Maria Soto | 428 | Undetermined | None | No Supporting Documentation | Debtors unable to obtain clarity from claimant as to claim being asserted; claimant is a customer; Debtors' records show no indication of incorrect charges | Dec. 13 |
| 3 | Barbara Betts | 3831 | Undetermined | None | No Supporting Documentation | Debtors unable to obtain clarity from claimant as to claim being asserted; claimant is a customer; Debtors' records show no indication of incorrect charges | Dec. 13 |
| 3 | Mason Guy | 2738 | Undetermined | 3153 | No Supporting Documentation | Claimant asserts that he is part of a class action regarding prices; Debtors' records show no indication of incorrect charges and Debtors are not a party to any class action regarding prices | Nov. 8 |

[1] Asterisk indicates that the claim contains unliquidated and/or undetermined amounts.

[2] The summaries contained in this chart are for convenience purposes only and are qualified in their entirety by the contents of the Proofs of Claim, the Objections, the forthcoming Debtors' Reply, and any evidence the Debtors present in connection with the adjudication of the Contested Pro Se Claims.

| Omnibus No. | Claimant | Proof of Claim No(s). | Asserted Amount[1] | Response Docket No. | Basis for Objection | Brief Summary of Debtors' Objection[2] | Assigned Hearing Date |
|---|---|---|---|---|---|---|---|
| 4 | Annie Brinkley | 2345 | $5,063.00 | None | Non-EFH | Documentation indicates the claimant is asserting a liability against a company called "Green Monster"; the Debtors have no connection to a company with that name; claimant also asserted a connection to Oncor, a non-Debtor entity; Oncor has no record of any claim asserted by, or connection to, claimant | Dec. 13 |
| 6 | JoAnn M. Robinson | 4959 | $30,500.00 | 3389; 3926; 8897 | Insufficient Documentation | Debtors unable to obtain clarity from claimant as to claim being asserted; claimant is a customer; Debtors' records show no indication of incorrect charges | Dec. 13 |
| 6 | Monica Regina Hawkins | 1868 | $110,177.00 | 3386 | Insufficient Documentation | Documentation indicates claimant is asserting a claim in connection with a foreclosure or mortgage note from Wells Fargo Home Mortgage, which has no connection to the Debtors, or with an unspecified class action settlement, of which the Debtors have no record | Dec. 13 |
| 6 | Shanta Woods | 2899 | $4,775.00 | None | Insufficient Documentation | Unsubstantiated claim for overcharges; Debtors' records show no indication of incorrect charges | Nov. 8 |
| 6 | Jose de la Cerda | 1324 | $15,000.00 | None | Insufficient Documentation | Unsubstantiated claim for overcharges; Debtors' records show no indication of incorrect charges | Nov. 8 |
| 6 | Deborah Moore | 3927 | $12,780.00 | 3352 | Insufficient Documentation | Unsubstantiated claim for overcharges; Debtors' records show no indication of incorrect charges | Nov. 8 |
| 6 | Stephen W. Mitchell | 2636 | $5,000.00 | 3355 | Insufficient Documentation | Unsubstantiated claim concerning customer account; Debtors' records show a claim report that was referred to Oncor, a non-Debtor entity | Nov. 8 |
| 7 & 17 | Gerald and DeAnna Edwards | 7659; 9922; 9923 | Undetermined | 3388 | No Liability & Substantive Duplicate | Claimant asserts that certain companies, which are not affiliated with the Debtors, defrauded them; the Debtors' records show no indication of a connection to the claimant or the alleged fraud | Dec. 13 |
| 8 | Jesus Moreno | 2730 | $2,775.00 | 3578 | Insufficient Documentation | Claimant declined to specify the claim being asserted against the Debtors and indicated he only filled out the proof of claim to express general dissatisfaction with the Debtors | Dec. 13 |
| 8 | Leo Griffin | 2191 | $2,775.00 | 3498 | Insufficient Documentation | Claimant indicated claim is in connection with an unspecified class action, of which the Debtors have no record | Dec. 13 |
| 8 | Jackie McClain | 417 | $2,000.00 | 3500 | Insufficient Documentation | Unsubstantiated claim for overcharges; Debtors' records show no indication of incorrect charges | Nov. 8 |

2

| Omnibus No. | Claimant | Proof of Claim No(s). | Asserted Amount[1] | Response Docket No. | Basis for Objection | Brief Summary of Debtors' Objection[2] | Assigned Hearing Date |
|---|---|---|---|---|---|---|---|
| 8 | Jack Rogers Beard Jr. | 2304 | $2,000.00* | 3511 | Insufficient Documentation | Unsubstantiated claim for overcharges; Debtors' records show no indication of incorrect charges | Nov. 8 |
| 10 | Melva Johnson-Cauley | 2686 | $2,000.00* | 3636 | No Liability | Documentation indicates claimant is asserting a claim against a company called "Dale Property Services" which has no relationship to the Debtors | Dec. 13 |
| 12 | Sandi Coveney | 623 | Undetermined | None | Insufficient Documentation | Unsubstantiated claim for overcharges; Debtors' records show no indication of incorrect charges | Nov. 8 |
| 12 | Evelyn Watson | 1562 | Undetermined | None | Insufficient Documentation | Unsubstantiated claim for overcharges; Debtors' records show no indication of incorrect charges | Nov. 8 |
| 12 | Christina Matheu | 1637 | Undetermined | None | Insufficient Documentation | Unsubstantiated claim for overcharges; Debtors' records show no indication of incorrect charges | Nov. 8 |
| 12 | Rose S. Washington | 6162 | $425.00 | 3998 | Insufficient Documentation | Unsubstantiated claim for overcharges; Debtors' records show no indication of incorrect charges | Nov. 8 |
| 12 | Marcia Kahle | 1371 | Undetermined | None | Insufficient Documentation | Unsubstantiated claim for improper fees; Debtors' records show no indication of incorrect charges | Nov. 8 |
| 13 | BJ Maclin (on behalf of Opal Marrs) | 2252 | Undetermined | None | Insufficient Documentation | Claimant is asserting a claim for stock in the Debtors; however there was no publicly-held stock as of the petition date | Dec. 13 |
| 13 | Mary Jane Phillips | 844 | $49,925.00 | None | Insufficient Documentation | Debtors unable to obtain clarity from claimant as to claim being asserted; claimant is a customer; Debtors' records show no indication of incorrect charges | Dec. 13 |
| 13 | Tim Villarreal | 1520 | $15,250.00 | 4114 | Insufficient Documentation | Claimant stated that he is asserting a WARN Act claim against his former employer, Jevic Transportation. Jevic is a company wholly unrelated to the Debtors and which filed its own petition for chapter 11 relief in this district in 2008: *In re Jevic Holding Corp.*, Case No. 08–11006 (BLS) | Dec. 13 |
| 13 | Nikita Denise Bailey-Kelly | 2014 | $300.00 | 4153 | Insufficient Documentation | Debtors unable to obtain clarity from claimant as to claim being asserted; claimant is a customer; Debtors' records show no indication of incorrect charges | Dec. 13 |
| 13 | Donald Cox (Lori Slocum on estate's behalf) | 2701 | Undetermined | 4088 | Insufficient Documentation | Debtors unable to obtain clarity from claimant as to claim being asserted; claimant is a customer; Debtors' records show no indication of incorrect charges | Dec. 13 |
| 13 | Melvin Williams | 3256 | Undetermined | 4204 | Insufficient Documentation | Unsubstantiated claim for overcharges; Debtors' records show no indication of incorrect charges | Nov. 8 |

| Omnibus No. | Claimant | Proof of Claim No(s). | Asserted Amount[1] | Response Docket No. | Basis for Objection | Brief Summary of Debtors' Objection[2] | Assigned Hearing Date |
|---|---|---|---|---|---|---|---|
| 13 | Marilyn Bell | 3368 | Undetermined | 4152 | Insufficient Documentation | Debtors unable to obtain clarity from claimant as to claim being asserted; claimant is a customer; Debtors' records show no indication of incorrect charges | Dec. 13 |
| 13 | Gaye Dilene Allen | 3445 | Undetermined | None | Insufficient Documentation | Unsubstantiated claim for overcharges; Debtors' records show no indication of incorrect charges | Nov. 8 |
| 13 | Luciana Albert Stephenson | 3519 | Undetermined | None | Insufficient Documentation | Unsubstantiated claim for overcharges; Debtors' records show no indication of incorrect charges | Nov. 8 |
| 13 | Robert Walker | 3557 | Undetermined | 4151 | Insufficient Documentation | Unsubstantiated claim for overcharges; Debtors' records show no indication of incorrect charges | Nov. 8 |
| 13 | Judy Allen | 3619 | Undetermined | 4154 | Insufficient Documentation | Unsubstantiated claim for overcharges; Debtors' records show no indication of incorrect charges | Nov. 8 |
| 13 | Karla Corbell | 4435 | $182.86 | None | Insufficient Documentation | Unsubstantiated claim for overcharges; Debtors' records show no indication of incorrect charges | Nov. 8 |
| 13 | Joan H. Hughes | 4465 | $7,444.40 | 4150 | Insufficient Documentation | Debtors unable to obtain clarity from claimant as to claim being asserted; claimant is a customer; Debtors' records show no indication of incorrect charges | Dec. 13 |
| 13 | Yolanda Small | 4830 | $12,475.00 | 4089 | Insufficient Documentation | Unsubstantiated claim for overcharges; Debtors' records show no indication of incorrect charges | Nov. 8 |
| 13 | Stella Garcia | 5228 | Undetermined | None | Insufficient Documentation | Unsubstantiated claim for overcharges; Debtors' records show no indication of incorrect charges | Nov. 8 |
| 13 | Sharron Carter | 5735 | $5,000.00 | None | Insufficient Documentation | Unsubstantiated claim for overcharges; Debtors' records show no indication of incorrect charges | Nov. 8 |
| 13 | Lorenzo Pipkin | 8052 | $15,600.00 | None | Insufficient Documentation | Unsubstantiated claim for overcharges; Debtors' records show no indication of incorrect charges | Nov. 8 |
| 13 | Teretta Vaughn | 8063 | Undetermined | None | Insufficient Documentation | Unsubstantiated claim for overcharges; Debtors' records show no indication of incorrect charges | Nov. 8 |
| 15 | Amelia Maurillo | 4599 | $18,150.00 | 4206 | Insufficient Documentation | Documentation indicates claimant is asserting a claim against a company called "Dale Property Services" which has no relationship to the Debtors | Dec. 13 |
| 16 | Donna Phillips | 2226 | Undetermined | 4896, 4897 | Insufficient Documentation | Claimant is asserting a claim related to a mining lease; Debtors have confirmed they have no mining operations in the county where the lease is located | Dec. 13 |
| 16 | Austin Kovach | 9867 | $13,988.00 | 4943 | Insufficient Documentation | Debtors unable to obtain clarity from claimant as to claim being asserted; claimant is a customer; Debtors' records show no indication of incorrect charges | Dec. 13 |

4

| Omnibus No. | Claimant | Proof of Claim No(s). | Asserted Amount[1] | Response Docket No. | Basis for Objection | Brief Summary of Debtors' Objection[2] | Assigned Hearing Date |
|---|---|---|---|---|---|---|---|
| 16 | Jacquelyn Myles | 9600 | $3,523.01 | 4906 | Insufficient Documentation | Unsubstantiated claim for overcharges; Debtors' records show no indication of incorrect charges | Nov. 8 |
| 16 | Cora Redic | 9919 | Undetermined | None | Insufficient Documentation | Debtors unable to obtain clarity from claimant as to claim being asserted; claimant is a customer; Debtors' records show no indication of incorrect charges | Dec. 13 |
| 17 | Linda Lammers | 251 | $700.00 | 4919 | No Liability | Unsubstantiated claim in connection with customer account; Debtors' records show no indication of incorrect charges | Nov. 8 |
| 17 | Wayne English | 9800 | $24,580.00 | 4882 | No Liability | Claimant is asserting a claim for damages on account of selling bonds at a loss; the Debtors are not liable for an investor's losses incurred in connection with the sale of its securities | Dec. 13 |
| 18 | John Hildreth | 4230 | $10,000.00 | None | Modify Priority | Claimant asserted 507(a)(4) priority status (wages earned 180 days prior to filing), which the Debtors do not believe he is entitled to as he is an independent contractor | Dec. 13 |
| 39 | Maurice Jefferson | 7526; 9650 | $35,000.00*; $99,000.00 | 8134 | No Liability | Unsubstantiated claim for a severance payment allegedly distributed to employees in connection with the 2007 acquisition. The company has no record of a severance program of the kind and at the time described and no record of unpaid amounts due to the Claimant | Dec. 13 |
| 39 | Wendy Copeland | 10042; 10074; 10619 | $12,000; undetermined; $19,000 | None | No Liability | Claimant's timely proof of claim was disallowed by the Order Sustaining Debtors Thirteenth Omnibus (Non-Substantive) Objection to (Insufficient Documentation) Claims [Docket No. 4373]. To the extent claimant is attempting to assert a new claim, such claims are untimely and will be disallowed by the Debtors' chapter 11 plan | Dec. 13 |

5

RLF1 14897549v.1