# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Ref. Docket Nos. 8073 and 8074** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                   ) ss.:
COUNTY OF NEW YORK   )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 24, 2016, I caused to be served:

   a) the "Debtors' Fourth Notice of Claims Satisfied in Full or in Part," dated March 24, 2016 [Docket No. 8073], (the "4th Notice of Claims Satisfied"),

   b) *a customized Cover Memo from Energy Future Holdings, to include the affected claim holder's claim number(s) regarding their claim Satisfied in Full*, dated March 24, 2016, a sample of which is annexed hereto as <u>Exhibit A</u>, (the "4th Notice of Claims Satisfied in Full Cover Memo"),

   c) *a customized Cover Memo from Energy Future Holdings, to include the affected claim holder's claim number(s) regarding their claim as Satisfied in Part*, dated March 24, 2016, a sample of which is annexed hereto as <u>Exhibit B</u>, (the "4th Notice of Claims Satisfied in Part Cover Memo"),

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

d) a customized version of the "Notice of Debtors' Fourth Notice of Claims Satisfied in Full or in Part," dated March 24, 2016, *relating to Docket No. 8073*, a sample of which is annexed hereto as <u>Exhibit C</u>, (the "4th Notice of Claims Satisfied in Full Custom Notice"),

e) a customized version of the "Notice of Debtors' Fourth Notice of Claims Satisfied in Full or in Part," dated March 24, 2016, *relating to Docket No. 8073*, a sample of which is annexed hereto as <u>Exhibit D</u>, (the "4th Notice of Claims Satisfied in Part Custom Notice"),

f) the "Debtors' Fifth Notice of Claims Satisfied in Full or in Part," dated March 24, 2016 [Docket No. 8074], (the "5th Notice of Claims Satisfied"),

g) *a customized Cover Memo from Energy Future Holdings, to include the affected claim holder's claim number(s) regarding their claim Satisfied in Full*, dated March 24, 2016, a sample of which is annexed hereto as <u>Exhibit E</u>, (the "5th Notice of Claims Satisfied in Full Cover Memo"),

h) *a customized Cover Memo from Energy Future Holdings, to include the affected claim holder's claim number(s) regarding their claim as Satisfied in Part*, dated March 24, 2016, a sample of which is annexed hereto as <u>Exhibit F</u>, (the "5th Notice of Claims Satisfied in Part Cover Memo"),

i) a customized version of the "Notice of Debtors' Fifth Notice of Claims Satisfied in Full or in Part," dated March 24, 2016, *relating to Docket No. 8074*, a sample of which is annexed hereto as <u>Exhibit G</u>, (the "5th Notice of Claims Satisfied in Full Custom Notice"), and

j) a customized version of the "Notice of Debtors' Fifth Notice of Claims Satisfied in Full or in Part," dated March 24, 2016, *relating to Docket No. 8074*, a sample of which is annexed hereto as <u>Exhibit H</u>, (the "5th Notice of Claims Satisfied in Part Custom Notice"),

by causing true and correct copies of the:

i. 4th Notice of Claims Satisfied and 5th Notice of Claims Satisfied, to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit I</u>,

ii. 4th Notice of Claims Satisfied and 5th Notice of Claims Satisfied, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit J</u>,

iii. 4th Notice of Claims Satisfied in Full Cover Memo and 4th Notice of Claims Satisfied in Full Custom Notice, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit K</u>,

iv.  4th Notice of Claims Satisfied in Part Cover Memo and 4th Notice of Claims Satisfied in Part Custom Notice, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit L,

v.  5th Notice of Claims Satisfied in Full Cover Memo and 5th Notice of Claims Satisfied in Full Custom Notice, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit M, and

vi.  5th Notice of Claims Satisfied in Part Cover Memo and 5th Notice of Claims Satisfied in Part Custom Notice, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit N.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Carol Zhang

Sworn to before me this
29th day of March, 2016

Notary Public

ELLI KREMPA
Notary Public, State of New York
No. 01KR6175879
Qualified in Suffolk County
Commission Expires October 22, 20

**EXHIBIT A**

**Energy Future Holdings**

March 24, 2016

We are writing to you today about the claim (or claims) you filed as part of Energy Future Holdings' Chapter 11 proceedings.

The company is seeking to designate as satisfied your claim(s) – number(s) ____ . This means that the Company has determined that you are not entitled to any further payment on account of your claim(s). Our basis for marking your claim(s) as satisfied is described in the enclosed materials.

You do not need to respond if you agree with the enclosed Notice, which has been customized to address your claim, and the company's response to your claim. However, if you have a response, you must file it with the Bankruptcy Court on or before **April 25, 2016**. You must also send a copy of any such response to the debtors' counsel listed on the Notice so that it is **actually received** by April 25, 2016 at 4:00 PM (ET).

If you have any questions, please call our dedicated telephone hotline at (844) 415-6962 free of charge or send your contact information to efhcorrespondence@kirkland.com and a representative will be in touch with you shortly.

Thank you.

**EXHIBIT B**

**Energy Future Holdings**

March 24, 2016


We are writing to you today about the claim (or claims) you filed as part of Energy Future Holdings' Chapter 11 proceedings.

The company is seeking to designate your claim(s) – number(s)
as satisfied in part.  This means that the Company has determined that you are not entitled to any further payment on account of a portion of your claim(s). Our basis for marking your claim(s) as satisfied is described in the enclosed materials.

You do not need to respond if you agree with the enclosed Notice, which has been customized to address your claim, and the company's response to your claim.  However, if you have a response, you must file it with the Bankruptcy Court on or before **April 25, 2016**.  You must also send a copy of any such response to the debtors' counsel listed on the Notice so that it is **actually received** by April 25, 2016 at 4:00 PM (ET).

If you have any questions, please call our dedicated telephone hotline at (844) 415-6962 free of charge or send your contact information to efhcorrespondence@kirkland.com and a representative will be in touch with you shortly.

Thank you.

**EXHIBIT C**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**NOTICE OF DEBTORS' FOURTH NOTICE OF CLAIMS SATISFIED IN FULL OR IN PART**

TO:                    **Basis for Objection**: Satisfied Claim.  Claim satisfied pursuant to court order
entered on 10/27/2014 [Docket No. 2574] setting cure amount to $0.

|  | **Claim Number** | **Claim Amount** |
|---|---|---|
| **Claim(s) Satisfied In Full:** |  |  |

March 24, 2016, the above-captioned debtors and debtors in possession (the "Debtors") filed the **Debtors' Fourth Notice of Claims Satisfied in Full or in Part** (the "Notice").[2]  A copy of the filed notice, which does not include exhibits, declarations, or other attachments, is included herein for your reference only, and the full notice may be viewed at http://www.efhcaseinfo.com.

By the Notice, the Debtors seek to designate as satisfied the claim(s) listed as "Claim(s) Satisfied In Full" for the reason stated above and as further described in the Notice.  If you do not respond, the "Claim(s) Satisfied In Full" will be designated as such on the Claims Register, and no further distribution on account of such claim(s) will be made.

Responses to the Notice, if any, must be in writing and filed on or before **April 25, 2016, at 4:00 PM (ET)** (the "Response Deadline"), with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of any such response upon the undersigned counsel to the Debtors listed so that the response is **actually received** on or before the Response Deadline.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE NOTICE WITHOUT FURTHER NOTICE OR HEARING.

If you have questions about the Notice, please call (844) 415-6962 or send your contact information to efhcorrespondence@kirkland.com, both free of charge.

---

[1]    The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]    Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Notice.

Wilmington, Delaware
Dated: March 24, 2016

_/s/ Jason M. Madron_

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:        collins@rlf.com
              defranceschi@rlf.com
              madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted _pro hac vice_)
Stephen E. Hessler (admitted _pro hac vice_)
Brian E. Schartz (admitted _pro hac vice_)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:        edward.sassower@kirkland.com
              stephen.hessler@kirkland.com
              brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted _pro hac vice_)
Marc Kieselstein, P.C. (admitted _pro hac vice_)
Chad J. Husnick (admitted _pro hac vice_)
Steven N. Serajeddini (admitted _pro hac vice_)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:        james.sprayregen@kirkland.com
              marc.kieselstein@kirkland.com
              chad.husnick@kirkland.com
              steven.serajeddini@kirkland.com

_Co-Counsel to the Debtors and Debtors in Possession_

**EXHIBIT D**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

### NOTICE OF DEBTORS' FOURTH NOTICE OF CLAIMS SATISFIED IN FULL OR IN PART

**TO:**

**Basis for Satisfaction:** Partially Satisfied Claim. Claim included post-petition amounts, which were paid in the ordinary course of business. Paid via ACH numbers _____ and _____ on 05/27/2015 and 05/30/2014, respectively.

| | Claim Number | Asserted Priority Status | Amount | Remaining Priority Status | Amount |
|---|---|---|---|---|---|
| **Claim(s) Satisfied In Part:** | | | | | |

On March 24, 2016, the above-captioned debtors and debtors in possession (the "Debtors") filed the **Debtors' Fourth Notice of Claims Satisfied in Full or in Part** (the "Notice")[2]. A copy of the filed notice, which does not include exhibits, declarations, or other attachments, is included herein for your reference only, and the full notice may be viewed at http://www.efhcaseinfo.com.

By the Notice, the Debtors seek to designate as satisfied in part the claim(s) listed as "Claim(s) Satisfied In Part" for the reason stated above and as further described in the Notice. If you do not respond, the "Claim(s) Satisfied In Part" will be designated as such on the Claims Register, and no further distribution on account of that portion of such claim(s) will be made.

Responses to the Notice, if any, must be in writing and filed on or before **April 25, 2016, at 4:00 PM (ET)** (the "Response Deadline"), with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of any such response upon the undersigned counsel to the Debtors listed so that the response is **actually received** on or before the Response Deadline.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE NOTICE WITHOUT FURTHER NOTICE OR HEARING.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Notice.

If you have questions about the Notice, please call (844) 415-6962 or send your contact information to efhcorrespondence@kirkland.com, both free of charge.

Wilmington, Delaware
Dated:  March 24, 2016

_____/s/ Jason M. Madron_____

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:        (302) 651-7700
Facsimile:        (302) 651-7701
Email:            collins@rlf.com
                  defranceschi@rlf.com
                  madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:        (212) 446-4800
Facsimile:        (212) 446-4900
Email:            edward.sassower@kirkland.com
                  stephen.hessler@kirkland.com
                  brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:        (312) 862-2000
Facsimile:        (312) 862-2200
Email:            james.sprayregen@kirkland.com
                  marc.kieselstein@kirkland.com
                  chad.husnick@kirkland.com
                  steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

**EXHIBIT E**

**Energy Future Holdings**

March 24, 2016

We are writing to you today about the claim (or claims) you filed as part of Energy Future Holdings' Chapter 11 proceedings.

The company is seeking to designate as satisfied your claim(s) – number(s) _____ . This means that the Company has determined that you are not entitled to any further payment on account of your claim(s). Our basis for marking your claim(s) as satisfied is described in the enclosed materials.

You do not need to respond if you agree with the enclosed Notice, which has been customized to address your claim, and the company's response to your claim.  However, if you have a response, you must file it with the Bankruptcy Court on or before **April 25, 2016**.  You must also send a copy of any such response to the debtors' counsel listed on the Notice so that it is **actually received** by April 25, 2016 at 4:00 PM (ET).

If you have any questions, please contact co-counsel to the debtors by telephone at (302) 651-7595 or by e-mail at Madron@rlf.com.

Thank you.

# EXHIBIT F

**Energy Future Holdings**

March 24, 2016

We are writing to you today about the claim (or claims) you filed as part of Energy Future Holdings' Chapter 11 proceedings.

The company is seeking to designate your claim(s) – number(s)
as satisfied in part.  This means that the Company has determined that you are not entitled to any further payment on account of a portion of your claim(s). Our basis for marking your claim(s) as satisfied is described in the enclosed materials.

You do not need to respond if you agree with the enclosed Notice, which has been customized to address your claim, and the company's response to your claim.  However, if you have a response, you must file it with the Bankruptcy Court on or before **April 25, 2016**.  You must also send a copy of any such response to the debtors' counsel listed on the Notice so that it is **actually received** by April 25, 2016 at 4:00 PM (ET).

If you have any questions, please contact co-counsel to the debtors by telephone at (302) 651-7595 or by e-mail at Madron@rlf.com.

Thank you.

# EXHIBIT G

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF DEBTORS' FIFTH NOTICE OF CLAIMS SATISFIED IN FULL OR IN PART**

TO:                    **Basis for Objection**: Satisfied Claim.  Claim satisfied pursuant to court order entered on 6/4/2014 [Docket No. 786].  Claim satisfied by ACH numbers _____ and _____ on 11/12/2014 and 2/24/2015, respectively.

|  | **Claim Number** | **Claim Amount** |
|---|---|---|
| **Claim(s) Satisfied In Full:** | | |

March 24, 2016, the above-captioned debtors and debtors in possession (the "Debtors") filed the **Debtors' Fifth Notice of Claims Satisfied in Full or in Part** (the "Notice").[2]  A copy of the filed notice, which does not include exhibits, declarations, or other attachments, is included herein for your reference only, and the full notice may be viewed at http://www.efhcaseinfo.com.

By the Notice, the Debtors seek to designate as satisfied the claim(s) listed as "Claim(s) Satisfied In Full" for the reason stated above and as further described in the Notice.  If you do not respond, the "Claim(s) Satisfied In Full" will be designated as such on the Claims Register, and no further distribution on account of such claim(s) will be made.

Responses to the Notice, if any, must be in writing and filed on or before **April 25, 2016, at 4:00 PM (ET)** (the "Response Deadline"), with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of any such response upon the undersigned counsel to the Debtors listed so that the response is **actually received** on or before the Response Deadline.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE NOTICE WITHOUT FURTHER NOTICE OR HEARING.

If you have any questions, please contact co-counsel to the debtors by telephone at (302) 651-7595 or by e-mail at Madron@rlf.com.

---

[1]    The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]    Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Notice.

Dated:  March 24, 2016
        Wilmington, Delaware                    */s/ Jason M. Madron*
                                        _____
                                        **RICHARDS, LAYTON & FINGER, P.A.**
                                        Mark D. Collins (No. 2981)
                                        Daniel J. DeFranceschi (No. 2732)
                                        Jason M. Madron (No. 4431)
                                        920 North King Street
                                        Wilmington, Delaware 19801
                                        Telephone:    (302) 651-7700
                                        Facsimile:    (302) 651-7701
                                        Email:        collins@rlf.com
                                                      defranceschi@rlf.com
                                                      madron@rlf.com

                                        *Co-Counsel and Conflicts Counsel to*
                                        *the Debtors and Debtors in Possession*

**EXHIBIT H**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF DEBTORS' FIFTH NOTICE OF CLAIMS SATISFIED IN FULL OR IN PART**

TO:

**Basis for Satisfaction:**  Partially Satisfied Claim.  Claim included post-petition amounts, which were paid in the ordinary course of business.  Paid via ACH numbers        ,         , and         on 6/11/2014, 6/30/2014, and 9/29/2014, respectively.

| | Claim Number | Asserted | | Remaining | |
|---|---|---|---|---|---|
| | | Priority Status | Amount | Priority Status | Amount |
| Claim(s) Satisfied In Part: | | Unsecured | | Unsecured | |

On March 24, 2016, the above-captioned debtors and debtors in possession (the "Debtors") filed the **Debtors' Fifth Notice of Claims Satisfied in Full or in Part** (the "Notice")[2].  A copy of the filed notice, which does not include exhibits, declarations, or other attachments, is included herein for your reference only, and the full notice may be viewed at http://www.efhcaseinfo.com.

By the Notice, the Debtors seek to designate as satisfied in part the claim(s) listed as "Claim(s) Satisfied In Part" for the reason stated above and as further described in the Notice.  If you do not respond, the "Claim(s) Satisfied In Part" will be designated as such on the Claims Register, and no further distribution on account of that portion of such claim(s) will be made.

Responses to the Notice, if any, must be in writing and filed on or before **April 25, 2016, at 4:00 PM (ET)** (the "Response Deadline"), with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of any such response upon the undersigned counsel to the Debtors listed so that the response is **actually received** on or before the Response Deadline.

---

[1]  The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]  Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Notice.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE NOTICE WITHOUT FURTHER NOTICE OR HEARING.

If you have any questions, please contact co-counsel to the debtors by telephone at (302) 651-7595 or by e-mail at Madron@rlf.com.

Dated: March 24, 2016
     Wilmington, Delaware

*/s/ Jason M. Madron*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
         defranceschi@rlf.com
         madron@rlf.com

*Co-Counsel and Conflicts Counsel to*
*the Debtors and Debtors in Possession*

**EXHIBIT I**

ENERGY FUTURE HOLDINGS CORP., ET AL.
CONSENTED TO EMAIL FED. R. BANKR. P. RULE 2002 LIST PARTIES
EMAIL NOTICE

| Name | Counsel To / Attention | Email Address |
|------|------------------------|---------------|
| BAILEY BRAUER PLLC | (COUNSEL TO PINNACLE TECHNICAL RESOURCES INC) ATTN: BENJAMIN L STEWART ESQ | bstewart@baileybrauer.com |
| BARNES & THORNBURG LLP | (COUNSEL TO COVERDYN) ATTN: PAULA J JACOBI ESQ | pjacobi@btlaw.com |
| BARNES & THORNBURG LLP | (COUNSEL TO COVERDYN & GATX CORPORATION) ATTN: KEVIN G COLLINS ESQ | Kevin.Collins@btlaw.com |
| CRAVATH SWAINE & MOORE LLP | (COUNSEL TO ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC/EFIH) ATTN: MICHAEL A PASKIN ESQ | mpaskin@cravath.com; tbroad@cravath.com |
| CROWE & DUNLEVY, PC | (COUNSEL TO DEVON ENERGY) ATTN: JUDY HAMILTON MORSE ESQ | judy.morse@crowedunlevy.com |
| GREGORY D. WILLARD, ESQ. | (COUNSEL TO AUTOMATIC SYSTEMS, INC.) | gregoryd.willard@gmail.com |
| JENNER & BLOCK | (COUNSEL TO ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC/EFIH) ATTN: RICHARD LEVIN ESQ AND VINCENT E LAZAR ESQ | rlevin@jenner.com; vlazar@jenner.com |
| PERKINS COIE LLP | (COUNSEL TO DELAWARE TRUST COMPANY, AS SUCC TTEE UNDER TCEH 11.5% SENIOR SECURED NOTES INDENTURE) ATTN: TINA N MOSS ESQ | tmoss@perkinscoie.com |
| PINCKNEY, WEIDINGER, URBAN & JOYCE LLC | (COUNSEL TO AUTOMATIC SYSTEMS, INC.) ATTN: GREGORY T DONILON ESQ | gdonilon@pwujlaw.com |
| SEARCY & SEARCY PC | (COUNSEL TO D.COURTNEY CONSTRUCTION INC) ATTN: JASON R SEARCY ESQ AND JOSHUA P SEARCY ESQ | jsearcy@jrsearcylaw.com; joshsearcy@jrsearcylaw.com |
| STEPHEN SAKONCHICK II, PC | (COUNSEL TO RANGER EXCAVATING LP) | sakon@flash.net; ssakon@gmail.com |

| | |
|---|---|
| **Total Creditor Count** | **11** |
| **Total Email Count** | **15** |

**EXHIBIT J**

| Claim Name | Address Information |
|---|---|
| ABRAMS & BAYLISS LLP | (COUNSEL TO GOLDMAN SACHS & CO) KEVIN G. ABRAMS & JOHN M. SEAMAN 20 MONTCHANIN RD STE 200 WILMINGTON DE 19807 |
| AKIN GUMP STRAUSS HAUER & FELD LLP | (COUNSEL TO AD HOC COMMITTEE OF EFIH UNSECURED NOTEHOLDERS AND EFIH SECOND LIEN DIP COMMITMENT) ATTN: IRA DIZENGOFF; ABID QURESHI; STEPHEN BALDINI MEREDITH LAHAIE; ROBERT BOLLER; CHRISTOPHER CARTY 1 BRYANT PARK, BANK OF AMERICA TOWER NEW YORK NY 10036-6745 |
| AKIN GUMP STRAUSS HAUER & FELD LLP | (COUNSEL TO AD HOC COMMITTEE OF EFIH UNSECURED NOTEHOLDERS AND EFIH SECOND LIEN DIP COMMITMENT) ATTN: SCOTT ALBERINO; JOANNA NEWDECK ROBERT S. STRAUSS BUILDING 1333 NEW HAMPSHIRE AVE, NW WASHINGTON DC 20036-1564 |
| ALDINE INDEPENDENT SCHOOL DISTRICT | ATTN: COURTENEY F HARRIS ESQ 14910 ALDINE WESTFIELD RD HOUSTON TX 77032 |
| ALSTON & BIRD LLP | (COUNSEL TO SIMEIO) ATTN: SAGE M SIGLER ESQ ONE ATLANTIC CENTER 1201 W PEACHTREE ST STE 4900 ATLANTA GA 30309-3424 |
| AMERICAN STOCK TRANSFER & TRUST CO LLC | ATTN: GENERAL COUNSEL 6201 15TH AVE BROOKLYN NY 11219 |
| AMERICAN STOCK TRANSFER & TRUST CO LLC | ATTN: PAUL KIM 6201 15TH AVE BROOKLYN NY 11219 |
| ASHBY & GEDDES PA | (COUNSEL TO WILMINGTON SAVINGS/WSFS) ATTN: WILLIAM BOWDEN ESQ & GREGORY TAYLOR ESQ PO BOX 1150 WILMINGTON DE 19899 |
| BAKER BOTTS LLP | (COUNSEL TO CENTERPOINT) ATTN: JAMES PRINCE; OMAR J ALANIZ 2001 ROSS AVE DALLAS TX 75201-2980 |
| BALLARD SPAHR LLP | (COUNSEL TO LOUISIANA ENERGY & URENCO) ATTN: MATTHEW G SUMMERS ESQ 919 N MARKET ST 11TH FL WILMINGTON DE 19801 |
| BARNES & THORNBURG LLP | (COUNSEL TO GATX CORPORATION) ATTN: KEVIN G COLLINS ESQ 1000 N WEST ST STE 1500 WILMINGTON DE 19801 |
| BARNES & THORNBURG LLP | (COUNSEL TO GATX CORPORATION) ATTN: DAVID M POWLEN ESQ 1000 N WEST ST STE 1500 WILMINGTON DE 19801 |
| BARNES & THORNBURG LLP | (COUNSEL TO GATX) ATTN: KEVIN C DRISCOLL JR ESQ 1 N WACKER DR STE 4400 CHICAGO IL 60606-2833 |
| BAYARD PA | (COUNSEL TO CSC TRUST CO OF DELAWARE, SUCC TTEE UNDER THE TCEH 11.5% SR SECURED NOTES INDENTURE) ATTN: NEIL GLASSMAN ESQ 222 DELAWARE AVE STE 900 WILMINGTON DE 19801 |
| BENESCH FRIEDLANDER COPLAN & ARONOFF LLP | (COUNSEL TO THERMO FISHER) ATTN: KEVIN M. CAPUZZI 222 DELAWARE AVE STE 801 WILMINGTON DE 19801-1611 |
| BIELLI & KLAUDER LLC | (COUNSEL TO ENERGY FUTURE HOLDINGS CORP) ATTN: DAVID M KLAUDER ESQ & CORY P STEPHENSON ESQ 1204 N KING STREET WILMINGTON DE 19801 |
| BLANK ROME LLP | (COUNSEL TO WILMINGTON TRUST NA-FIRST LIEN AGENT) ATTN: MICHAEL B. SCHAEDLE ONE LOGAN SQUARE 130 N 18TH ST PHILADELPHIA PA 19103 |
| BLANK ROME LLP | (COUNSEL TO WILMINGTON TRUST NA-FIRST LIEN AGENT) ATTN: MICHAEL DEBAECHE; STANLEY TARR 1201 MARKET ST STE 800 WILMINGTON DE 19801 |
| BROWN & CONNERY LLP | (COUNSEL TO SAP INDUSTRIES INC) ATTN: DONALD K. LUDMAN 6 NORTH BROAD ST STE 100 WOODBURY NJ 08096 |
| BROWN RUDNICK LLP | (COUNSEL TO WILMINGTON SAVINGS/WSFS) ATTN: EDWARD WEISFELNER ESQ 7 TIMES SQUARE NEW YORK NY 10036 |
| BROWN RUDNICK LLP | ATTN: JEREMY B. COFFEY SEVEN TIMES SQUARE NEW YORK NY 10036 |
| BROWN RUDNICK LLP | (COUNSEL TO WILMINGTON SAVINGS/WSFS) ATTN: HOWARD SIEGEL ESQ 185 ASYLUM ST HARTFORD CT 06103 |
| BROWN RUDNICK LLP | (COUNSEL TO WILMINGTON SAVINGS/WSFS) ATTN: JEFFREY JONAS, ANDREW STREHLE ONE FINANCIAL CENTER BOSTON MA 02111 |
| BRYAN CAVE LLP | (COUNSEL TO INDENTURE TRUSTEE OF 11% & 11.75% SR) ATTN: STEPHANIE WICKOUSKI; MICHELLE MCMAHON 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| BRYAN CAVE LLP | ATTN: ROBERT E. PEDERSEN 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104-3300 |
| BUCHALTER NEMER, A PROFESSIONAL CORPORATION | (COUNSEL TO ORACLE AMERICA INC) ATTN: SHAWN M. CHRISTIANSON 55 SECOND ST 17TH FL SAN FRANCISCO CA 94105-3493 |
| BUCHANAN INGERSOLL & ROONEY PC | (COUNSEL TO CATERPILLAR FINANCIAL SERVICES CORP) ATTN: KATHLEEN A. MURPHY 919 N MARKET ST STE 1500 WILMINGTON DE 19801 |

| Claim Name | Address Information |
|---|---|
| CADWALADER WICKERSHAM & TAFT LLP | (COUNSEL TO DEF. MORGAN STANLEY CAPITAL GRP, INC.) ATTN: HOWARD R. HAWKINS, JR.; ELLEN M. HALSTEAD; MICHELE MAMAN & THOMAS J. CURTIN, ESQS. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| CADWALADER WICKERSHAM & TAFT LLP | (COUNSEL TO DEF. MORGAN STANLEY CAPITAL GRP INC) ATTN: MARK C ELLENBERG ESQ 700 SIXTH STREET, N.W. WASHINGTON DC 20001 |
| CHADBOURNE & PARKE LLP | (COUNSEL TO NEXTERA ENERGY RESOURCES LLC) ATTN: HOWARD SEIFE, DAVID M LEMAY AND CHRISTY RIVERA ESQS 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019-6022 |
| CHIPMAN BROWN CICERO & COLE LLP | (COUNSEL TO AD HOC COMMITTEE OF EFIH UNSECURED NOTEHOLDERS AND EFIH SECOND LIEN DIP COMMITMENT) ATTN: WILLIAM CHIPMAN JR ESQ; MARK OLIVERE ESQ 1007 N ORANGE ST STE 1110 WILMINGTON DE 19801 |
| CIARDI CIARDI & ASTIN | (COUNSEL TO ATMOS ENERGY; TXU 2007-1 RAILCAR, & RED BALL OXYGEN) ATTN: D ASTIN, J MCLAUGHLIN JR, J MCMAHON JR 1204 N KING STREET WILMINGTON DE 19801 |
| CITIBANK N.A. | ATTN: ZORI MIGLIORINI 388 GREENWICH ST 21ST FL NEW YORK NY 10013 |
| CITIBANK N.A. | ATTN: ERIC O LIGAN, VICE PRESIDENT 388 GREENWICH ST 32ND FL NEW YORK NY 10013 |
| CITIBANK N.A. | ATTN: RYAN FALCONER 388 GREENWICH STREET NEW YORK NY 10013 |
| CITIBANK N.A. | ATTN: OWEN COYLE 1615 BRETT ROAD, OPS III NEW CASTLE DE 19720 |
| CITIBANK N.A. | BANK LOAN SYNDICATIONS DEPARTMENT 1615 BRETT ROAD, BUILDING III NEW CASTLE DE 19720 |
| CITIBANK N.A. | ATTN: ANNEMARIE E PAVCO SECURITIES PROCESSING SENIOR ANALYST GLOBAL LOANS, 1615 BRETT RD., OPS III NEW CASTLE DE 19720 |
| CITY OF FORT WORTH | ATTN: CHRISTOPHER B. MOSLEY 1000 THROCKMORTON ST FORT WORTH TX 76102 |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | (COUNSEL TO J ARON & COMPANY) ATTN: THOMAS MOLONEY; SEAN O'NEAL; HUMAYUN KHALID ONE LIBERTY PLAZA NEW YORK NY 10006 |
| COHEN & GRIGSBY, PC | (COUNSEL TO NOVA CHEMICALS INC) ATTN: THOMAS D. MAXSON 625 LIBERTY AVE PITTSBURGH PA 15222-3152 |
| COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TX | OFFICE OF THE TEXAS ATTORNEY GENERAL BANKRUPTCY & COLLECTIONS DIVISION ATTN: RACHEL OBALDO & JOHN MARK STERN PO BOX 12548 AUSTIN TX 78711-2548 |
| COMPUTERSHARE | ATTN: TINA VITALE, BA; LL.B. 480 WASHINGTON BLVD JERSEY CITY NJ 07310 |
| COMPUTERSHARE TRUST COMPANY OF CANADA | ATTN: ALESSANDRA PANSERA 1500 ROBERT-BOURASSA BOULEVARD, 7TH FLOOR MONTREAL QC H3A 3S8 CANADA |
| COWLES & THOMPSON | (COUNSEL TO ATMOS ENERGY CORPORATION) ATTN: STEPHEN C. STAPLETON BANK OF AMERICA PLAZA 901 MAIN ST STE 3900 DALLAS TX 75202 |
| COZEN O'CONNOR | (COUNSEL TO J ARON & COMPANY) ATTN: MARK E. FELGER 1201 N MARKET ST STE 1001 WILMINGTON DE 19801 |
| CROSS & SIMON LLC | (COUNSEL TO FIDELITY MANAGEMENT & RESEARCH CO) ATTN: MICHAEL J JOYCE ESQ 1105 N MARKET ST STE 901 WILMINGTON DE 19801 |
| CSC TRUST COMPANY OF DELAWARE | ATTN: SANDRA E HORWITZ MANAGING DIRECTOR 2711 CENTERVILLE RD STE 400 WILMINGTON DE 19808 |
| DAVIS POLK & WARDWELL LLP | (COUNSEL TO GOLDMAN SACHS, ET AL) ATTN: MARSHALL HUEBNER; BENJAMIN KAMINETZKY; ELLIOT MOSKOWITZ; DAMON MEYER 450 LEXINGTON AVE NEW YORK NY 10017 |
| DECHERT LLP | (COUNSEL TO MUDRICK CAPITAL MANAGEMENT, L.P.) ATTN: MICHAEL J. SAGE & ANDREW C. HARMEYER) 1095 AVENUE OF THE AMERICAS NEW YORK NY 10036-6797 |
| DECHERT LLP | (COUNSEL TO MUDRICK CAPITAL MANAGEMENT, L.P.) ATTN: G. ERIC BRUNSTAD, JR. 90 STATE HOUSE SQUARE HARTFORD CT 06103-3702 |
| DECHERT LLP | (COUNSEL TO MUDRICK CAPITAL MANAGEMENT, L.P.) ATTN: KATE O'KEEFFE ONE INTERNATIONAL PLACE 40TH FLOOR 100 OLIVER STREET BOSTON MA 02110-2605 |
| DEUTSCHE BANK | ATTN: MARCUS M TARKINGTON 60 WALL STREET (NYCC60-0266) NEW YORK NY 10005-2836 |
| DLA PIPER LLP (US) | (COUNSEL TO DEF. MORGAN STANLEY CAPITAL GRP INC) ATTN: ASHLEY R. ALTSCHULER; R.CRAIG MARTIN 1201 N MARKET ST STE 2100 WILMINGTON DE 19801 |
| DORSEY & WHITNEY DELAWARE LLP | (COUNSEL TO U.S. BANK NATIONAL ASSOCIATION) ATTN: ERIC LOPEZ SCHNABEL, ROBERT W. MALLARD & ALESSANDRA GLORIOSO 300 DELAWARE AVE STE 1010 WILMINGTON DE 19801 |
| DRINKER BIDDLE & REATH LLP | (COUNSEL TO CITIBANK NA, TCEH DIP AGENT) ATTN: HOWARD A. COHEN & ROBERT K. MALONE 222 DELAWARE AVE STE 1410 WILMINGTON DE 19801-1621 |

| Claim Name | Address Information |
|---|---|
| DYKEMA GOSSETT PLLC | (COUNSEL TO TEX-LA ELECTRIC COOPERATIVE OF TEXAS) ATTN: JEFFREY R FINE ESQ 1717 MAIN ST STE 4200 DALLAS TX 75201 |
| EMC CORPORATION | C/O RECEIVABLE MANAGEMENT SERVICES (RMS) ATTN: RONALD L ROWLAND ESQ, AGENT 305 FELLOWSHIP RD STE 100 MOUNT LAUREL NJ 08054 |
| EPIQ BANKRUPTCY SOLUTIONS LLC | (CLAIMS AGENT) ATTN: JAMES KATCHADURIAN, E.V.P. 777 THIRD AVE 12TH FL NEW YORK NY 10017 |
| EPSTEIN BECKER & GREEN PC | (COUNSEL TO BENBROOKE) ATTN: WENDY G MARCARI ESQ & STEPHANIE LERMAN ESQ 250 PARK AVE NEW YORK NY 10017 |
| FISHER BOYD JOHNSON & HUGUENARD LLP | (COUNSEL TO MILAM APPRAISAL DISTRICT) ATTN: BERNARD G JOHNSON III ESQ & WAYNE FISHER ESQ 2777 ALLEN PKWY 14TH FL HOUSTON TX 77019 |
| FOLEY & LARDNER LLP | (COUNSEL TO UMB BANK, INDENTURE TRUSTEE) ATTN: HAROLD KAPLAN ESQ, MARK HEBBELN ESQ LARS PETERSON ESQ 321 N CLARK ST STE 2800 CHICAGO IL 60654-5313 |
| FOX ROTHSCHILD LLP | (COUNSEL TO AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS) ATTN: JEFFREY SCHLERF; JOHN STROCK; L. JOHN BIRD 919 N MARKET ST STE 300 WILMINGTON DE 19801 |
| FRANKGECKER LLP | (COUNSEL TO EXPERIAN; THE PI LAW FIRMS/ASBESTOS) ATTN: JOSEPH D FRANK ESQ AND REED HEILIGMAN ESQ 325 N LASALLE ST STE 625 CHICAGO IL 60654 |
| FRANKGECKER LLP | (COUNSEL TO THE PI LAW FIRMS/ASBESTOS CLAIMANTS) ATTN: FRANCES GECKER ESQ 325 N LASALLE ST STE 625 CHICAGO IL 60654 |
| FRIED FRANK HARRIS SHRIVER & JACOBSON LLP | (COUNSEL TO FIDELITY MANGEMENT & RESEARCH CO) ATTN: BRAD E SCHELER ESQ, GARY L KAPLAN ESQ MATTHEW M ROOSE ESQ ONE NEW YORK PLAZA NEW YORK NY 10004 |
| GARDERE WYNNE SEWELL LLP | (COUNSEL TO ROMCO EQUIPMENT CO) ATTN: JOHN P. MELKO & MICHAEL K. RIORDAN 1000 LOUISIANA, STE 3400 HOUSTON TX 77002 |
| GAY MCCALL ISAACKS GORDON & ROBERTS PC | (COUNSEL TO GARLAND INDEPENDENT SCHOOL DISTRICT & CITY OF GARLAND) ATTN: DUSTIN L BANKS ESQ 1919 S SHILOH RD STE 310 LB 40 GARLAND TX 75042 |
| GAY MCCALL ISAACKS GORDON & ROBERTS PC | (COUNSEL TO COLLIN COUNTY) ATTN: DAVID MCCALL ESQ 777 E 15TH ST PLANO TX 75074 |
| GELLERT SCALI BUSENKELL & BROWN LLC | (COUNSEL TO AURELIUS) ATTN: MICHAEL G. BUSENKELL 1201 N ORANGE ST STE 300 WILMINGTON DE 19801 |
| GIBBONS PC | (COUNSEL TO VEOLIA) ATTN: DALE E BARNEY ESQ ONE GATEWAY CENTER NEWARK NJ 07102-5310 |
| GIBBONS PC | (COUNSEL TO VEOLIA) ATTN: NATASHA M SONGONUGA ESQ 1000 N WEST ST STE 1200 WILMINGTON DE 19801-1058 |
| GLAST PHILLIPS & MURRAY PC | (COUNSEL TO RED BALL OXYGEN COMPANY) ATTN: JONATHAN L HOWELL PLLC 14801 QUORUM DR STE 500 DALLAS TX 75254 |
| GOODWIN PROCTER LLP | (COUNSEL TO AURELIUS CAPITAL MANAGEMENT LP) ATTN: WILLIAM P. WEINTRAUB; KIZZY L. JARASHOW THE NEW YORK TIMES BUILDING 620 EIGHTH AVENUE NEW YORK NY 10018 |
| GREER HERZ & ADAMS LLP | (COUNSEL TO SOMERVELL CAD) ATTN: ANDREW J MYTELKA ESQ, MICHAEL ADAMS ESQ J SCOTT ANDREWS ESQ, JAMES M ROQUEMORE ESQ 1 MOODY PLAZA 18TH FL GALVESTON TX 77550 |
| HAYNES AND BOONE LLP | (COUNSEL TO AIRGAS USA LLC) ATTN: JONATHAN HOOK 30 ROCKEFELLER CENTER, 26TH FL NEW YORK NY 10112 |
| HAYNES AND BOONE LLP | (COUNSEL TO BNSF RAILWAY COMPANY) ATTN: IAN T PECK ESQ 301 COMMERCE ST STE 2600 FORT WORTH TX 76102 |
| HAYNES AND BOONE LLP | (COUNSEL TO AIRGAS USA LLC) ATTN: PATRICK L HUGHES 1221 MCKINNEY ST STE 2100 HOUSTON TX 77010 |
| HILLER & ARBAN LLC | (COUNSEL TO STEAG) ATTN: ADAM HILLER ESQ, BRIAN ARBAN ESQ JOHNNA M DARBY ESQ 1500 N FRENCH ST 2ND FL WILMINGTON DE 19801 |
| HINCKLEY ALLEN | (COUNSEL TO INVENSYS SYSTEMS INC) ATTN: JENNIFER V. DORAN 28 STATE ST BOSTON MA 02109 |
| HOGAN MCDANIEL | (COUNSEL TO THE RICHARDS GROUP; PI LAW FIRMS/ ASBESTOS CLAIMANTS) ATTN: DANIEL K HOGAN ESQ 1311 DELAWARE AVE WILMINGTON DE 19806 |
| HOGAN MCDANIEL | (COUNSEL TO AD HOC GROUP OF EFH LEGACY NOTEHOLDER) ATTN: GARVAN F MCDANIEL ESQ 1311 DELAWARE AVE WILMINGTON DE 19806 |
| HOLLAND & KNIGHT LLP | (COUNSEL TO TEX-LA ELECTRIC COOPERATIVE OF TEXAS) ATTN: CHRISTINE C RYAN ESQ |

| Claim Name | Address Information |
|---|---|
| HOLLAND & KNIGHT LLP | 800 17TH ST NW STE 1100 WASHINGTON DC 20006 |
| INTERNAL REVENUE SERVICE | PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE | DEPARTMENT OF THE TREASURY OGDEN UT 84201 |
| JACKSON WALKER LLP | (COUNSEL TO HOLT TEXAS LTD D/B/A HOLT CAT) ATTN: MONICA S. BLACKER 2323 ROSS AVE STE 600 DALLAS TX 75201 |
| JACKSON WALKER LLP | (COUNSEL TO MILAM APPRAISAL DISTRICT) ATTN: BRUCE J RUZINSKY ESQ & MATTHEW D CAVENAUGH ESQ 1401 MCKINNEY ST STE 1900 HOUSTON TX 77010 |
| JACKSON WALKER LLP | (COUNSEL TO HOLT TEXAS LTD D/B/A HOLT CAT) ATTN: J. SCOTT ROSE WESTON CENTRE 112 E PECAN ST STE 2400 SAN ANTONIO TX 78205 |
| JONES DAY | (COUNSEL TO ONCOR) ATTN: PATRICIA VILLAREAL 2727 N HARWOOD STREET DALLAS TX 75201 |
| KASOWITZ BENSON TORRES & FRIEDMAN LLP | (COUNSEL TO AD HOC GROUP OF EFH LEGACY NOTEHOLDER) ATTN: DAVID ROSNER, ANDREW GLENN, DANIEL FLIMAN 1633 BROADWAY NEW YORK NY 10019 |
| KELLEY DRYE & WARREN LLP | (COUNSEL TO CSC TRUST OF DE, AS PROPOSED SUCC INDENTURE TTEE FOR 7.46% & 7.48% TCEH SECURED FACILITY BONDS) ATTN: JAMES CARR, BENJAMINN FEDER, GILBERT SAYDAH 101 PARK AVE NEW YORK NY 10178 |
| KELLY HART & HALLMAN LLP | (COUNSEL TO ONCOR STEERING COMMITTEE) ATTN: MICHAEL MCCONNELL ESQ & CLAY TAYLOR ESQ KATHERINE THOMAS ESQ 201 MAIN ST STE 2500 FORT WORTH TX 76102 |
| KLEHR HARRISON HARVEY BRANZBURG LLP | (COUNSEL TO UMB BANK N.A. INDENTURE TRUSTEE) ATTN: RAYMOND H LEMISCH ESQ 919 MARKET ST STE 1000 WILMINGTON DE 19801 |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | (COUNSEL TO INDENTURE TRUSTEE OF 11% & 11.75% SR) ATTN: THOMAS MOERS MAYER; GREGORY HOROWITZ; JOSHUA BRODY; PHILIP BENTLEY 1177 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| LACKEY HERSHMAN LLP | (COUNSEL TO THE RICHARDS GROUP INC) ATTN: JAMIE R WELTON ESQ 3102 OAK LAWN AVE STE 777 DALLAS TX 75219 |
| LANDIS RATH & COBB LLP | (COUNSEL TO MARATHON MGMT, ALCOA AND NEXTERA ENERGY RESOURCES, LLC) ATTN: ADAM G LANDIS ESQ, MATTHEW B MCGUIRE ESQ 919 MARKET ST STE 1800 WILMINGTON DE 19801 |
| LAW DEBENTURE TRUST COMPANY OF NEW YORK | ATTN: FRANK GODINO, VP 400 MADISON AVE STE 4D NEW YORK NY 10017 |
| LAW OFFICE OF CURTIS A HEHN | (COUNSEL TO SOMERVELL CAD) ATTN: CURTIS A HEHN ESQ 1000 N WEST ST STE 1200 WILMINGTON DE 19801 |
| LAW OFFICE OF PATRICIA WILLIAMS PREWITT | (COUNSEL TO TARGA GAS MARKETING; KINDER MORGAN TEXAS PIPELINE; KINDER MORGAN TEJAS PIPELINE LLCS; NAT. GAS PIPELINE CO OF AMERICA; EL PASO NAT. GAS) ATTN: PATRICIA WILLIAMS PREWITT 10953 VISTA LAKE COURT NAVASOTA TX 77868 |
| LAW OFFICES OF ROBERT E LUNA PC | (COUNSEL TO CARROLLTON-FARMERS BRANCH ISD) ATTN: DANIEL K BEARDEN ESQ 4411 N CENTRAL EXPRESSWAY DALLAS TX 75205 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | (COUNSEL TO TARRANT & DALLAS COUNTY) ATTN: ELIZABETH WELLER ESQ 2777 N STEMMONS FWY STE 1000 DALLAS TX 75207 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | (COUNSEL TO HARRIS, ANGELINA & FORT BEND COUNTIES) ATTN: JOHN P DILLMAN ESQ PO BOX 3064 HOUSTON TX 77253-3064 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | (COUNSEL TO WALNUT SPRINGS ISD, FRANKLIN ISD, ROBERTSON CTY, LEE CTY, MCLENNAN CTY, FALLS CTY, ROUND ROCK ISD, NEUCES CTY, LIMESTONE CTY) ATTN: DIANE WADE SANDERS PO BOX 17428 AUSTIN TX 78760 |
| LLOYD GOSSELINK ROCHELLE & TOWNSEND PC | (COUNSEL TO ONCOR STEERING COMMITTEE) ATTN: GEOFFREY GAY ESQ 816 CONGRESS AVE STE 1900 AUSTIN TX 78701 |
| LOCKE LORD LLP | (COUNSEL TO BP AMERICA PRODUCTION CO) ATTN: C. DAVIN BOLDISSAR ESQ 601 POYDRAS ST STE 2660 NEW ORLEANS LA 70130 |
| LOCKE LORD LLP | (COUNSEL TO AMECO, FLUOR, & AMERICAN EQUIPMENT) ATTN: PHILIP EISENBERG ESQ 2800 JPMORGAN CHASE TOWER 600 TRAVIS HOUSTON TX 77002 |
| LOWER COLORADO RIVER AUTHORITY | LOWER COLORADO RIVER AUTHORITY TRANSMISSION SERVICES CORPORATION (LCRA TSC) LEGAL SERVICES ATTN: WILLIAM T. MEDAILLE PO BOX 220 AUSTIN TX 78767 |
| MANION GAYNOR & MANNING LLP | (COUNSEL TO ONCOR STEERING COMMITTEE) ATTN: MARC PHILLIPS ESQ THE NEMOURS BUILDING 1007 N ORANGE ST 10TH FL WILMINGTON DE 19801 |
| MARGOLIS EDELSTEIN | (COUNSEL TO URS ENERGY & CONSTRUCTION INC) ATTN: JAMES E. HUGGETT & AMY D. |

| Claim Name | Address Information |
|---|---|
| MARGOLIS EDELSTEIN | BROWN 300 DELAWARE AVE STE 800 WILMINGTON DE 19801 |
| MASLON EDELMAN BORMAN & BRAND LLP | (COUNSEL TO U.S. BANK NATIONAL ASSOCIATION) ATTN: CLARK T. WHITMORE, ANA CHILINGARISHVILI 90 S SEVENTH ST STE 3300 MINNEAPOLIS MN 55402 |
| MCCREARY VESELKA BRAGG & ALLEN PC | (COUNSEL TO TEXAS AD VALOREM TAXING JURISDICTIONS) ATTN: LEE GORDON PO BOX 1269 ROUND ROCK TX 78680 |
| MCELROY DEUTSCH MULVANEY & CARPENTER LLP | (COUNSEL TO TCEH DEBTORS) ATTN: DAVID P PRIMACK ESQ 300 DELAWARE AVE STE 770 WILMINGTON DE 19801 |
| MCKOOL SMITH | (COUNSEL TO ALCOA) ATTN: PETER S. GOODMAN; MICHAEL R. CARNEY ONE BRYANT PARK, 47TH FL NEW YORK NY 10036 |
| MCKOOL SMITH | (COUNSEL TO ALCOA) ATTN: PAUL D. MOAK, ESQ. 600 TRAVIS ST STE 7000 HOUSTON TX 77002 |
| MICHAEL G. SMITH | (COUNSEL TO VALERO TEXAS POWER MARKETING INC) 111 N 6TH ST PO BOX 846 CLINTON OK 73601 |
| MILBANK TWEED HADLEY & MCCLOY LLP | (COUNSEL TO CITIBANK NA, TCEH DIP AGENT) ATTN: DENNIS F DUNNE ESQ, EVAN R FLECK ESQ KAREN GARTENBERG ESQ 28 LIBERTY STREET NEW YORK NY 10005-1413 |
| MISSOURI DEPARTMENT OF REVENUE | BANKRUPTCY UNIT ATTN: STEVEN A. GINTHER PO BOX 475 JEFFERSON CITY MO 65105-0475 |
| MONTGOMERY MCCRACKEN WALKER & RHOADS LLP | (COUNSEL TO EFH CREDITORS COMMITTEE) ATTN: NATALIE D RAMSEY ESQ, DAVIS LEE WRIGHT ESQ MARK A FINK ESQ, SIDNEY S LIEBESMAN ESQ 1105 N MARKET ST 15TH FL WILMINGTON DE 19801 |
| MORGAN LEWIS BOCKIUS LLP | (COUNSEL TO PACFIC INVESTMENT MGMT CO/PIMCO) ATTN: JULIA FROST-DAVIES ESQ, C. CARTER ESQ 1 FEDERAL ST BOSTON MA 02110-1726 |
| MORRIS JAMES LLP | (COUNSEL TO LAW DEBENTURE TRUST COMPANY OF NY) ATTN: STEPHEN M MILLER ESQ PO BOX 2306 WILMINGTON DE 19899-2306 |
| MORRIS NICHOLS ARSHT & TUNNELL LLP | (COUNSEL TO THE "EFH EQUITY INTEREST HOLDERS") ATTN: DERK ABBOTT; ANDREW REMMING; ERIN FAY 1201 N MARKET ST STE 1600 WILMINGTON DE 19801 |
| MORRISON & FOERSTER LLP | (COUNSEL TO TCEH CREDITORS COMMITTEE) ATTN: JAMES PECK ESQ, BRETT H MILLER ESQ LORENZO MARINUZZI ESQ 250 W 55TH ST NEW YORK NY 10019 |
| MUNGER TOLLES & OLSON LLP | (COUNSEL TO TCEH DEBTORS) ATTN: THOMAS B WALPER ESQ, TODD J ROSEN ESQ; SETH GOLDMAN ESQ; JOHN W SPIEGEL ESQ 355 S GRAND AVE 35TH FL LOS ANGELES CA 90071 |
| MUNSCH HARDT KOPF & HARR PC | (COUNSEL TO ELECTRIC RELIABILITY COUNCIL OF TEXAS/ ERCOT) ATTN: KEVIN M LIPPMAN ESQ 500 N AKARD ST STE 3800 DALLAS TX 75201-6659 |
| MUNSCH HARDT KOPF & HARR PC | (COUNSEL TO ELECTRIC RELIABILITY COUNCIL OF TEXAS/ ERCOT) ATTN: RUSSELL L MUNSCH ESQ 303 COLORADO ST STE 2600 AUSTIN TX 78701-3924 |
| NAMAN HOWELL SMITH & LEE PLLC | (COUNSEL TO BUFFALO INDUSTRIAL SUPPLY INC) ATTN: KERRY L HALIBURTON ESQ PO BOX 1470 WACO TX 76703-1470 |
| NELSON MULLINS RILEY & SCARBOROUGH LLP | (COUNSEL TO MICHELIN NORTH AMERICA INC) ATTN: JODY A. BEDENBAUGH AND GEORGE B. CAUTHEN 1320 MAIN ST 17TH FL PO BOX 11070 (29211) COLUMBIA SC 29201 |
| NIXON PEABODY | (COUNSEL TO AMERICAN STOCK TRANSFER & TRUST CO) ATTN: RICHARD C PEDONE ESQ; AMANDA D DARWIN ESQ 100 SUMMER ST BOSTON MA 02110 |
| O'MELVENY & MYERS LLP | (COUNSEL TO APOLLO GLOBAL MANAGEMENT LLC) ATTN: GEORGE A. DAVIS 7 TIMES SQUARE NEW YORK NY 10036 |
| O'MELVENY & MYERS LLP | (COUNSEL TO ANGELO GORDON, APOLLO, AND BROOKFIELD) ATTN: DANIEL S SHAMAH ESQ 7 TIMES SQUARE NEW YORK NY 10036 |
| O'MELVENY & MYERS LLP | (COUNSEL TO ANGELO GORDON, APOLLO, AND BROOKFIELD) ATTN: PETER FRIEDMAN ESQ AND ANDREW SORKIN ESQ 1625 EYE ST, NW WASHINGTON DC 20006 |
| OFFICE OF THE TEXAS ATTORNEY GENERAL | (COUNSEL TO PUBLIC UTILITY COMMISSION OF TEXAS) ATTN: HAL MORRIS & ASHLEY BARTRAM BANKRUPTCY REGULATORY SECTION BANKRUPTCY & COLLECTIONS DIVISION PO BOX 12548 AUSTIN TX 78711-2548 |
| OFFICE OF THE TEXAS ATTORNEY GENERAL | (COUNSEL TO TEXAS COMMISSION ON ENVIRONMENTAL QUALITY & RAILROAD COMMISSION) ATTN: HAL F MORRIS ESQ & ASHLEY BARTRAM ESQ BANKRUPTCY REGULATORY SECTION BANKRUPTCY & COLLECTIONS DIVISION PO BOX 12548 AUSTIN TX 78711-2548 |
| OFFICE OF THE UNITED STATES ATTORNEY | ATTN: ELLEN SLIGHTS ESQ PO BOX 2046 WILMINGTON DE 19899-2046 |

| Claim Name | Address Information |
|---|---|
| OFFICE OF THE UNITED STATES TRUSTEE | U.S. FEDERAL OFFICE BUILDING ATTN: ANDREA SCHWARTZ 201 VARICK STREET, SUITE 1006 NEW YORK NY 10014 |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: RICHARD L. SCHEPACARTER J. CALEB BOGGS FEDERAL BUILDING 844 KING STREET, SUITE 2207 - LOCKBOX #35 WILMINGTON DE 19801 |
| PACHULSKI STANG ZIEHL & JONES LLP | (COUNSEL TO INDENTURE TRUSTEE OF 11% & 11.75% SR) ATTN: LAURA DAVIS JONES ESQ; ROBERT FEINSTEIN ESQ PO BOX 8705 WILMINGTON DE 19899 |
| PATTERSON BELKNAP WEBB & TYLER LLP | (COUNSEL TO LAW DEBENTURE TRUST COMPANY OF NY) ATTN: DANIEL A LOWENTHAL ESQ; CRAIG W DENT ESQ BRIAN P GUINEY ESQ 1133 AVENUE OF THE AMERICAS NEW YORK NY 10036-6710 |
| PAUL WEISS RIFKIND WHARTON & GARRISON LLP | (COUNSEL TO AD HOC COMMITTEE OF TCEH FIRST LIEN) ATTN: ALAN KORNBERG; KELLEY CORNISH; BRIAN HERMANN JACOB ADLERSTEIN 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| PENSION BENEFIT GUARANTY CORPORATION (PBGC) | OFFICE OF THE CHIEF COUNSEL ATTN: DESIREE M AMADOR, ATTY 1200 K STREET, NW WASHINGTON DC 20005-4026 |
| PENSION BENEFIT GUARANTY CORPORATION (PBGC) | ATTN: JON CHATALIAN OFFICE OF THE CHIEF COUNSEL 1200 K STREET, NW WASHINGTON DC 20005-4026 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | (COUNSEL TO SOMERVELL COUNTY ET AL) ATTN: ELIZABETH BANDA CALVO ESQ 500 E BORDER ST STE 640 ARLINGTON TX 76010 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | (COUNSEL TO YOUNG CTY, GRAHAM ISD, GRAHAM HOSPITAL DISTRICT & NORTH CENTRAL TEXAS COLLEGE DISTRICT) ATTN: JEANMARIE BAER PO BOX 8188 WICHITA FALLS TX 76307 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | (COUNSEL TO GALENA PARK ISD) ATTN: OWEN M SONIK ESQ 1235 N LOOP WEST STE 600 HOUSTON TX 77008 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | (COUNSEL TO ISD: CAMERON, THORNDALE, BUCKHOLTS, COPPERAS COVE, MCALLEN; HIDALGO COUNTY ET AL) ATTN: JOHN T BANKS ESQ 3301 NORTHLAND DR STE 505 AUSTIN TX 78731 |
| POLSINELLI PC | (COUNSEL TO TCEH CREDITORS COMMITTEE) ATTN: CHRISTOPHER WARD ESQ, JUSTIN EDELSON ESQ SHANTI KATONA ESQ 222 DELAWARE AVE STE 1101 WILMINGTON DE 19801 |
| POPE HARDWICKE CHRISTIE SCHELL KELLY & RAY LLP | (COUNSEL TO TARRANT REGIONAL WATER DISTRICT & NORTH TEXAS MUNICIPAL WATER DISTRICT) ATTN: MICHAEL L. ATCHLEY; MATTHEW T. TAPLETT 500 W 7TH ST STE 600 FORT WORTH TX 76102 |
| POTTER ANDERSON & CORROON LLP | (COUNSEL TO DEUTSCHE BANK, AGENT TO DIP FINANCING) ATTN: JEREMY RYAN ESQ 1313 N MARKET ST 6TH FL PO BOX 951 WILMINGTON DE 19801 |
| PROSKAUER ROSE LLP | (OF COUNSEL TO ENERGY FUTURE HOLDINGS CORP) ATTN: JEFF J MARWIL ESQ, MARK K THOMAS ESQ PETER J YOUNG ESQ THREE FIRST NATIONAL PLAZA 70 W MADISON ST STE 3800 CHICAGO IL 60602 |
| PURDUE AWSUMB & BAUDLER PA | (COUNSEL TO BARR ENGINEERING CO) ATTN: AMY R BAUDLER 4300 MARKETPOINTE DRIVE, STE 240 MINNEAPOLIS MN 55435 |
| QUARLES & BRADY LLP | (COUNSEL TO TXU 2007-1 RAILCAR LEASING LLC) ATTN: HOHN A. HARRIS; JASON D. CURRY RENAISSANCE ONE TWO N CENTRAL AVE PHOENIX AZ 85004-2391 |
| REED SMITH LLP | (COUNSEL TO BANK OF NEW MELLON, PCRB TRUSTEE) ATTN: SARAH K KAM ESQ 599 LEXINGTON AVE 22ND FL NEW YORK NY 10022 |
| REED SMITH LLP | (COUNSEL TO THE BANK OF NEW YORK MELLON AND THE BANK OF NEW YORK MELLON TRUST COMPANY NA, AS INDENTURE TRUSTEES) ATTN: KURT F GWYNNE; KIMBERLY E.C. LAWSON ESQS 1201 MARKET ST STE 1500 WILMINGTON DE 19801 |
| REED SMITH LLP | (COUNSEL TO THE BANK OF NEW YORK MELLON SOLELY IN ITS CAPACITY AS TTEE RE ENUMERATED TRUSTS) ATTN: RICHARD A ROBINSON ESQ 1201 MARKET ST STE 1500 WILMINGTON DE 19801 |
| REED SMITH LLP | (COUNSEL TO THE BANK OF NEW YORK MELLON SOLELY IN ITS CAPACITY AS TRUSTEE UNDER ENUMERATED TRUST) INDENTURE TRUSTEES) ATTN: ROBERT P SIMONS ESQ REED SMITH CENTRE 225 FIFTH AVE STE 1200 PITTSBURGH PA 15222 |
| RIDDELL WILLIAMS P.S. | (COUNSEL TO MICROSOFT) ATTN: JOSEPH E SHICKICH JR & TRAVIS D. DAILEY, ESQ 1001 - 4TH AVE STE 4500 SEATTLE WA 98154 |
| ROPES & GRAY LLP | ATTN: MARK R SOMERSTEIN 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704 |

| Claim Name | Address Information |
|---|---|
| ROSS ARONSTAM & MORITZ LLP | (COUNSEL TO ANGELO GORDON, APOLLO, AND BROOKFIELD) ATTN: BRADLEY ARONSTAM, BENJAMIN SCHLADWEILER ESQS 100 S WEST ST STE 400 WILMINGTON DE 19801 |
| SATTERLEE STEPHENS BURKE & BURKE LLP | (COUNSEL TO MOODY'S ANALYTICS) ATTN: CHRISTOPHER R BELMONTE ESQ AND PAMELA A BOSSWICK ESQ 230 PARK AVE NEW YORK NY 10169 |
| SAUL EWING LLP | (COUNSEL TO ELECTRIC RELIABILITY COUNCIL OF TEXAS/ ERCOT) ATTN: MARK MINUTI ESQ PO BOX 1266 WILMINGTON DE 19899 |
| SAUL EWING LLP | (COUNSEL TO JOHNSON MATTHEY) ATTN: LUCIAN B MURLEY ESQ 222 DELAWARE AVE STE 1200 WILMINGTON DE 19899 |
| SCHNADER HARRISON SEGAL & LEWIS LLP | (COUNSEL TO CCP CREDIT ACQUISITION/CENTERBRIDGE) ATTN: RICHARD A BARKASY ESQ 824 N MARKET ST STE 800 WILMINGTON DE 19801 |
| SECURITIES AND EXCHANGE COMMISSION | 100 F STREET, NE WASHINGTON DC 20549 |
| SEWARD & KISSEL LLP | (COUNSEL TO WILMINGTON TRUST NA, FIRST LIEN AGENT) ATTN: JOHN ASHMEAD, KALYAN DAS, ARLENE ALVES ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| SHEARMAN & STERLING LLP | (COUNSEL TO DEUTSCHE BANK, AGENT TO DIP FINANCING) ATTN: FREDERIC SOSNICK ESQ & NED SCHODEK ESQ 599 LEXINGTON AVE NEW YORK NY 10022 |
| SHEEHY LOVELACE & MAYFIELD, PC | (COUNSEL TO CENTRAL TEXAS SECURITY & FIRE EQUIPMENT, INC.) ATTN: STEVEN M. BURTON 510 N VALLEY MILLS DR STE 500 WACO TX 76710 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | (COUNSEL TO BOREALIS INFRASTRUCTURE) ATTN: JAY M GOFFMAN ESQ 4 TIMES SQUARE NEW YORK NY 10036-6522 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | (COUNSEL TO BOREALIS INFRASTRUCTURE MGMT INC) ATTN: MARK S CHEHI ESQ PO BOX 636 WILMINGTON DE 19899-0636 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | (COUNSEL TO BOREALIS INFRASTRUCTURE MGMT INC) ATTN: GEORGE N PANAGAKIS ESQ; CARL T TULLSON ESQ 155 N WACKER DR STE 2700 CHICAGO IL 60606-1720 |
| SMITH KATZENSTEIN & JENKINS LLP | (COUNSEL TO AIRGAS USA LLC & VALERO TEXAS POWER) ATTN: KATHLEEN M MILLER ESQ PO BOX 410 WILMINGTON DE 19899 |
| SNELL & WILMER LLP | (COUNSEL TO HEADWATERS RESOURCES INC) ATTN: DAVID E LETA ESQ 15 W SOUTH TEMPLE STE 1200 SALT LAKE CITY UT 84101-1547 |
| SQUIRE SANDERS (US) LLP | (COUNSEL TO ARCELORMITTLA USA LLC) ATTN: STEPHEN D. LERNER & ANDREW M. SIMON 221 E FOURTH ST STE 2900 CINCINNATI OH 45202 |
| STEFFES VINGIELLO & MCKENZIE LLC | (COUNSEL TO SETPOINT INTEGRATED SOLUTIONS) ATTN: NOEL STEFFES MELANCON ESQ 13702 COURSEY BLVD BLDG 3 BATON ROUGE LA 70817 |
| STREUSAND LANDON & OZBURN LLP | (COUNSEL TO ALLEN SHRODE) ATTN: SABRINA L. STREUSAND 811 BARTON SPRINGS RD STE 811 AUSTIN TX 78704 |
| SULLIVAN & CROMWELL LLP | (COUNSEL TO EFH CREDITORS COMMITTEE) ATTN: ANDREW G DIETDERICH, BRIAN D GLUECKSTEIN MICHAEL H TORKIN ESQS 125 BROAD ST NEW YORK NY 10004 |
| SULLIVAN HAZELTINE ALLINSON LLC | (COUNSEL TO HENRY PRATT COMPANY LLC) ATTN: ELIHU E. ALLINSON, III 901 N MARKET ST STE 1300 WILMINGTON DE 19801 |
| SUTHERLAND ASBILL & BRENNAN LLP | (COUNSEL TO TITUS COUNTY FRESH WATER SUPPLY DISTRICT NO. 1) ATTN: LINO MENDIOLA, III, ESQ. ONE AMERICAN CENTER 600 CONGRESS AVENUE, SUITE 2000 AUSTIN TX 78701 |
| TAYLOR ENGLISH DUMA LLP | (COUNSEL TO HENRY PRATT COMPANY LLC) ATTN: STEPHEN C GREENBERG ESQ 1600 PARKWOOD CIR STE 400 ATLANTA GA 30339 |
| TEXAS OFFICE OF PUBLIC UTILITY COUNSEL (OPUC) | BANKRUPTCY & COLLECTIONS DIVISION ATTN: JASON A STARKS, ASST ATTORNEY GENERAL PO BOX 12548 AUSTIN TX 78711-2548 |
| THE BANK OF NEW YORK MELLON | TRUST COMPANY ATTN: THOMAS VLAHAKIS,VP 385 RIFLE CAMP RD 3RD FL WOODLAND PARK NJ 07424 |
| THE BANK OF NEW YORK MELLON | TRUST COMPANY ATTN: RAFAEL MARTINEZ,VP – CSM 601 TRAVIS ST 16TH FL HOUSTON TX 77002 |
| THE BANK OF NEW YORK MELLON | TRUST COMPANY ATTN: DENNIS ROEMLEIN 601 TRAVIS ST 16TH FL HOUSTON TX 77002 |
| THE ROSNER LAW GROUP LLC | (COUNSEL TO MUDRICK CAPITAL MANAGEMENT LP) ATTN: FEDERICK B ROSNER ESQ & JULIA B KLEIN ESQ 824 MARKET ST STE 810 WILMINGTON DE 19801 |
| THE UNIVERSITY OF TEXAS SYSTEM | ON BEHALF OF THE UNIVERSITY OF TEXAS AT ARLINGTON OFFICE OF GENERAL COUNSEL ATTN: TRACI L COTTON ESQ 201 W SEVENTH ST AUSTIN TX 78701 |

| Claim Name | Address Information |
|---|---|
| THOMPSON COBURN LLP | (COUNSEL TO MARTIN ENGINEERING COMPANY) ATTN: DAVID D. FARRELL ONE US BANK PLAZA, STE 3200 SAINT LOUIS MO 63101 |
| TRAVIS COUNTY | ATTN: KAY D. BROCK, ASSISTANT COUNTY ATTORNEY PO BOX 1748 AUSTIN TX 78767 |
| TROUTMAN SANDERS LLP | (COUNSEL TO WILMINGTON SAVINGS FUND SOCIETY, FSG, IN ITS CAPACITY AS SUCCESSOR INDENTURE TTEE/WSFS ATTN: HUGH MCDONALD, LOUIS CURCIO, BRETT GOODMAN 875 THIRD AVE NEW YORK NY 10022 |
| TUCKER ARENSBERG, PC | (COUNSEL TO THERMO FISHER) ATTN: JORDAN S. BLASK, LARA E. SHIPKOVITZ 1500 ONE PPG PLACE PITTSBURGH PA 15222 |
| TW TELECOM INC | ATTN: LINDA BOYLE 10475 PARK MEADOWS DR #400 LITTLETON CO 80124 |
| UMB BANK N.A. | ATTN: LAURA ROBERSON, VP 2 S BROADWAY STE 600 ST. LOUIS MO 63102 |
| UNION PACIFIC RAILROAD COMPANY | ATTN: MARY ANN KILGORE & JENNIE L. ANDERSON 1400 DOUGLAS ST STOP 1580 OMAHA NE 68179 |
| UNITED STATES DEPARTMENT OF JUSTICE | (COUNSEL TO THE UNITED STATES OF AMERICA) ATTN: ARI D KUNOFSKY ESQ & WARD W BENSON ESQ PO BOX 227 BEN FRANKLIN STATION WASHINGTON DC 20044 |
| UNITED STATES DEPARTMENT OF JUSTICE | (ON BEHALF OF UNITED STATES OF AMERICA, DEPT. OF AGRICULTURE, RURAL UTILITIES SERVICE) ATTN: MATTHEW J TROY ESQ CIVIL DIVISION PO BOX 875 BEN FRANKLIN STATION WASHINGTON DC 20044-0875 |
| UNITED STATES DEPARTMENT OF JUSTICE | (COUNSEL TO THE UNITED STATES OF AMERICA) FEDERAL COMMUNICATIONS COMMISSION ATTN: MATTHEW J TROY, CIVIL DIVISION PO BOX 875 BEN FRANKLIN STATION WASHINGTON DC 20044-0875 |
| UNITED STATES DEPARTMENT OF JUSTICE | (COUNSEL TO THE UNITED STATES OF AMERICA) ENVIRONMENTAL ENFORCEMENT SECTION, ENRD ATTN: ANNA GRACE AND BRANDON ROBERS, TRIAL ATTYS P.O. BOX 7611 WASHINGTON DC 20044-7611 |
| VARNUM LLP | (COUNSEL TO APPLABS) ATTN: MARY KAY SHAVER ESQ BRIDGEWATER PLACE PO BOX 352 GRAND RAPIDS MI 49501-0352 |
| VEDDER PRICE PC | (COUNSEL TO FIRST UNION RAIL CORPORATION) ATTN: MICHAEL L SCHEIN ESQ 1633 BROADWAY 47TH FL NEW YORK NY 10019 |
| VENABLE LLP | (COUNSEL TO PACIFIC INVESTMENT MANAGEMENT CO LLC) ATTN: JEFFREY S. SABIN ESQ 1270 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| VENABLE LLP | (COUNSEL TO PACIFIC INVESTMENT MANAGEMENT CO LLC) ATTN: JAMIE L. EDMONSON 1201 NORTH MARKET STREET WILMINGTON DE 19801 |
| WACHTELL LIPTON ROSEN & KATZ | (COUNSEL TO THE "EFH EQUITY INTEREST HOLDERS") ATTN: RICHARD MASON; EMIL KLEINHAUS; AUSTIN WITT 51 W 52ND ST NEW YORK NY 10019 |
| WEINSTEIN RADCLIFF LLP | (COUNSEL TO MARIO SINACOLA & SONS EXCAVATING INC) ATTN: GREGORY M WEINSTEIN ESQ 8350 N CENTRAL EXPY STE 1550 DALLAS TX 75206 |
| WEIR & PARTNERS LLP | (COUNSEL TO EVERCORE GROUP LLC) ATTN: JEFFREY S CIANCIULLI ESQ 824 N MARKET ST STE 800 WILMINGTON DE 19801 |
| WERB & SULLIVAN | (COUNSEL TO THE KANSAS CITY SOUTHERN RAILWAY) ATTN: "J" JACKSON SHRUM ESQ & DUANE D WERB ESQ PO BOX 25046 WILMINGTON DE 19899 |
| WHITE & CASE LLP | (COUNSEL TO AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS; AND LAW DEBENTURE) ATTN: J. CHRISTOPHER SHORE; GREGORY STARNER 1155 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| WHITE & CASE LLP | (COUNSEL TO AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS; AND LAW DEBENTURE) ATTN: THOMAS LAURIA ESQ; MATTHEW BROWN ESQ 200 S BISCAYNE BLVD STE 4900 MIAMI FL 33131 |
| WHITEFORD TAYLOR & PRESTON LLC | (COUNSEL TO SIMEIO) ATTN: L KATHERINE GOOD ESQ, CHATELLE D MCCLAMB ESQ THE RENAISSANCE CENTRE 405 N KING ST STE 500 WILMINGTON DE 19801 |
| WILMER CUTLER PICKERING HALE & DORR LLP | (COUNSEL TO MARATHON ASSET MGMT) ATTN: PHILIP ANKER ESQ & GEORGE SHUSTER ESQ 7 WORLD TRADE CENTER, 205 GREENWICH ST NEW YORK NY 10007 |
| WILMER CUTLER PICKERING HALE & DORR LLP | (COUNSEL TO CSC TRUST COMPANY OF DELAWARE AS IND. & COLLATERAL TTEE FOR 10% SR SECUR NOTES DUE 2020) ATTN: PHILIP D ANKER; CHARLES C PLATT; DENNIS L JENKINS & GEORGE W SHUSTER JR ESQ 7 WORLD TRADE CENTER 250 GREENWICH ST NEW YORK NY 10007 |
| WILMER CUTLER PICKERING HALE & DORR LLP | (COUNSEL TO MARATHON ASSET MGMT) ATTN: BENJAMIN LOVELAND ESQ 60 STATE ST |

| Claim Name | Address Information |
|---|---|
| WILMER CUTLER PICKERING HALE & DORR LLP | BOSTON MA 02109 |
| WILMINGTON SAVINGS FUND SOCIETY | ATTN: PATRICK J HEALY 500 DELAWARE AVENUE WILMINGTON DE 19801 |
| WILMINGTON TRUST FSB | ATTN: JEFFREY T. ROSE 50 S SIXTH ST STE 1290 MINNEAPOLIS MN 55402 |
| WINSTON & STRAWN LLP | (COUNSEL TO CHICAGO BRIDGE & IRON COMPANY N.V.) ATTN: DAVID NEIER, ESQ. 200 PARK AVE NEW YORK NY 10166 |
| WOMAC LAW | (COUNSEL TO 2603 AUGUST INVESTORS LP) ATTN: STACEY L KREMLING ESQ 8301 KATY FREEWAY HOUSTON TX 77024 |
| WOMBLE CARLYLE SANDRIDGE & RICE LLP | (COUNSEL TO CENTERPOINT) ATTN: MARK L DESGROSSEILLIERS 222 DELAWARE AVE STE 1501 WILMINGTON DE 19801 |
| WOMBLE CARLYLE SANDRIDGE & RICE LLP | (COUNSEL TO HOLT TEXAS LTD D/B/A HOLT CAT) ATTN: MARK L DESGROSSEILLIERS ESQ 222 DELAWARE AVE STE 1501 WILMINGTON DE 19801 |
| WOMBLE CARLYLE SANDRIDGE & RICE LLP | (COUNSEL TO AMECO, FLUOR, & AMERICAN EQUIPMENT) ATTN: KEVIN J MANGAN ESQS 222 DELAWARE AVE STE 1501 WILMINGTON DE 19801 |
| WOMBLE CARLYLE SANDRIDGE & RICE LLP | (COUNSEL TO ALLTITE) ATTN: KEVIN J MANGAN ESQ 222 DELAWARE AVE STE 1501 WILMINGTON DE 19801 |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | (COUNSEL TO AD HOC COMMITTEE OF TCEH FIRST LIEN) ATTN: PAULINE MORGAN; JOEL WAITE; RYAN BARTLEY; ANDREW MAGAZINER RODNEY SQUARE 1000 NORTH KING STREET WILMINGTON DE 19801 |

```
Total Creditor count  218
```

**EXHIBIT K**

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**          NOTICE OF DEBTORS' FOURTH NOTICE OF CLAIMS SATISFIED IN FULL OR IN PART          Page 1 of  30

**Case #:  14-10979 (CSS)**

**Notices mailed by:  March 24, 2016**

**Exhibit A**

| | | |
|---|---|---|
| A L BULLOCK | AARON MITCHELL LONG | ADELE WEAVER |
| [ADDRESS REDACTED] | [ADDRESS REDACTED] | [ADDRESS REDACTED] |
| ADINA CEMETARY ASSOCIATION | ADRIENE J WRIGHT | AFFIE WEBB |
| 5892 COUNTY ROAD 309 | [ADDRESS REDACTED] | [ADDRESS REDACTED] |
| LEXINGTON, TX  78947-4111 | | |
| ALEX L SPENCER SR | ALICE V QUINN | ALVIN E GLENN & LINDA GLENN |
| [ADDRESS REDACTED] | [ADDRESS REDACTED] | [ADDRESS REDACTED] |
| ALVIS GENE RICHARDSON ESTATE | AMANDA K BONDS | AMELIA G FUSSELL |
| [ADDRESS REDACTED] | [ADDRESS REDACTED] | [ADDRESS REDACTED] |
| AMY MCDONOUGH | AMY MCDONOUGH | ANDERSON CRIDDLE |
| [ADDRESS REDACTED] | [ADDRESS REDACTED] | [ADDRESS REDACTED] |
| ANDREW BRYAN GREER | ANGELA M DOROUGH | ANGELINA COUNTY |
| [ADDRESS REDACTED] | [ADDRESS REDACTED] | C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP |
| | | ATTN: JOHN P. DILLMAN |
| | | P.O. BOX 3064 |
| | | HOUSTON, TX  77253-3064 |

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #:  14-10979 (CSS)**

Notices mailed by:  March 24, 2016

NOTICE OF DEBTORS' FOURTH NOTICE OF CLAIMS SATISFIED IN FULL OR IN PART

**Exhibit A**

ANITA MORRIS DENT LIVING TRUST
[ADDRESS REDACTED]

ANNE SHELBY ELLISON
[ADDRESS REDACTED]

ANNIE B BURGESS
[ADDRESS REDACTED]

ANNIE BELL JACKSON ESTATE
[ADDRESS REDACTED]

ANNIE JEAN MCQUAIDE ESTATE,DEC'D
[ADDRESS REDACTED]

ANTHONY G THOMAS
[ADDRESS REDACTED]

ARCHIE MAE WHITAKER
[ADDRESS REDACTED]

ARDETTE DENNEY
[ADDRESS REDACTED]

ARTHUR A ARMSTRONG
[ADDRESS REDACTED]

AUSTIN TRAVIS KING
[ADDRESS REDACTED]

AUTREY B HARMON TRUST
[ADDRESS REDACTED]

B H LUMPKIN
[ADDRESS REDACTED]

BASTROP CENTRAL APPRAISAL DISTRICT
C/O MCCREARY VESELKA BRAGG & ALLEN P.C.
ATTN: LEE GORDON
P.O. BOX 1269
ROUND ROCK, TX  78680

BEATRICE WRIGHT
[ADDRESS REDACTED]

BENETTE SIMON MORELAND
[ADDRESS REDACTED]

BENNY LADOD CHILDRESS
[ADDRESS REDACTED]

BENTLEY SYSTEMS INC.
DBA BENTLEY SYSTEMS
ATTN: THOMAS DORAN
685 STOCKTON DR
EXTON, PA  19341-1151

BERNICE SIMON
[ADDRESS REDACTED]

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**     NOTICE OF DEBTORS' FOURTH NOTICE OF CLAIMS SATISFIED IN FULL OR IN PART     Page 3 of  30

**Case #:  14-10979 (CSS)**

**Notices mailed by:  March 24, 2016**

**Exhibit A**

| | | |
|---|---|---|
| BETTY HARRIS CLEVELAND<br>[ADDRESS REDACTED] | BETTY JEAN WALKER<br>[ADDRESS REDACTED] | BETTY JENKINS<br>[ADDRESS REDACTED] |
| BEVERLY K MILLER<br>[ADDRESS REDACTED] | BILLY LYNN<br>[ADDRESS REDACTED] | BILLY RAY WRIGHT DEC'D<br>[ADDRESS REDACTED] |
| BILLY W ARNOLD<br>[ADDRESS REDACTED] | BIRDIE MAE STRUCK<br>[ADDRESS REDACTED] | BOBBIE (GREEN) BARRON<br>[ADDRESS REDACTED] |
| BOBBIE ELLIS<br>[ADDRESS REDACTED] | BOBBIE JANE REESE ESTATE<br>[ADDRESS REDACTED] | BOBBIE RENEE JOHNSON<br>[ADDRESS REDACTED] |
| BOBBY R & GAYLE FAULKNER<br>[ADDRESS REDACTED] | BOBBY WEATHERFORD<br>[ADDRESS REDACTED] | BOBBYE MARIE WARRICK BURKHART<br>[ADDRESS REDACTED] |
| BRAZOS RIVER AUTHORITY<br>PO BOX 7555<br>WACO, TX  76714-7555 | BRENDA GAYLE RICHARDSON<br>[ADDRESS REDACTED] | BRENDA S STEWART TRUST<br>[ADDRESS REDACTED] |

**Exhibit A**

| | | |
|---|---|---|
| BRENDA SUE MOORE<br>[ADDRESS REDACTED] | BRIAN AND SABRINA VASELECK<br>[ADDRESS REDACTED] | BRIAN R SEALE<br>[ADDRESS REDACTED] |
| C B HOPKINS JR<br>[ADDRESS REDACTED] | C J WRIGHT<br>[ADDRESS REDACTED] | C L JENKINS<br>[ADDRESS REDACTED] |
| C W BAKER<br>[ADDRESS REDACTED] | CANNON DAVID BOLING<br>[ADDRESS REDACTED] | CARL E ORR<br>[ADDRESS REDACTED] |
| CARLA ANN WEAVER KROUT BELL<br>[ADDRESS REDACTED] | CAROLYN ALLUMS<br>[ADDRESS REDACTED] | CAROLYN BAYSINGER<br>[ADDRESS REDACTED] |
| CAROLYN JEAN ENGLE STOKES<br>[ADDRESS REDACTED] | CARRIE GRAY<br>[ADDRESS REDACTED] | CARTER NORRIS LANGFORD JR<br>[ADDRESS REDACTED] |
| CASEY AND COURTNEY ASHMORE<br>[ADDRESS REDACTED] | CASEY ROSS<br>[ADDRESS REDACTED] | CASTLEBERRY INDEPENDENT SCHOOL DISTRICT<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>ATTN: R. BRUCE MEDLEY<br>P.O. BOX 13430<br>ARLINGTON, TX  76094-0430 |

**Exhibit A**

CEYLON C & BETTY SPEER
[ADDRESS REDACTED]

CHARLES HAGEN TRUSTEE
[ADDRESS REDACTED]

CHARLES HOUSTON JOINED PRO FORMA
[ADDRESS REDACTED]

CHARLES MOORE
[ADDRESS REDACTED]

CHARLOTTE ANN DYMKE
[ADDRESS REDACTED]

CHARRLA SMITH
[ADDRESS REDACTED]

CHEMICAL LIME INC
PO BOX 473
CLIFTON, TX  76634

CHEMICAL LIME INC
PO BOX 473
CLIFTON, TX  76634

CHEMICAL LIME INC
PO BOX 473
CLIFTON, TX  76634

CHERYL ANN ROGERS
[ADDRESS REDACTED]

CHERYL LYNN PERDUE
[ADDRESS REDACTED]

CHRIS AND BETH JAMES
[ADDRESS REDACTED]

CHRISTOPHER D AND LORI BAKER
[ADDRESS REDACTED]

CHRISTOPHER RYAN HARVEY
[ADDRESS REDACTED]

CINDY L MURRAY
[ADDRESS REDACTED]

CITY OF DALLAS - CITY ATTORNEY'S OFFICE
ATTN: MARK BAGGETT
1500 MARILLA STREET, 7BN
DALLAS, TX  75201

CITY OF DALLAS - CITY ATTORNEY'S OFFICE
CRYSTAL TREVINO
1500 MARILLA STREET, 2DS
DALLAS, TX  75201

CITY OF RIVER OAKS
C/O PERDUE BRANDON FIELDER COLLINS MOTT
ATTN: R. BRUCE MEDLEY
P.O. BOX 13430
ARLINGTON, TX  76094-0430

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**    NOTICE OF DEBTORS' FOURTH NOTICE OF CLAIMS SATISFIED IN FULL OR IN PART                Page 6 of  30
**Case #:  14-10979 (CSS)**
**Notices mailed by:  March 24, 2016**

**Exhibit A**

CLEM SIMON
[ADDRESS REDACTED]

CLEO M WRIGHT
[ADDRESS REDACTED]

CLITIS A AND TERESA RILEY
[ADDRESS REDACTED]

COLETHA HAINES
[ADDRESS REDACTED]

COLETHA HAINES
[ADDRESS REDACTED]

COMPUTER ASSOCIATES
1 COMPUTER ASSOCIATES PLAZA
ISLANDIA, NY  11788-7004

CONNIE MAE METCALF
[ADDRESS REDACTED]

CORA BELL WILLIAMS
[ADDRESS REDACTED]

CORREATTA WILKINSON
[ADDRESS REDACTED]

COUNTY OF FREESTONE, TEXAS, THE, ET AL
C/O MCCREARY VESELKA BRAGG & ALLEN P.C.
ATTN: LEE GORDON
P.O. BOX 1269
ROUND ROCK, TX  78680-1269

COUNTY OF LEON, TEXAS, THE
C/O MCCREARY VESELKA BRAGG & ALLEN P.C.
ATTN: LEE GORDON
P.O. BOX 1269
ROUND ROCK, TX  78680

COUNTY OF WILLIAMSON, TEXAS, THE
C/O MCCREARY VESELKA BRAGG & ALLEN P.C.
ATTN: LEE GORDON
P.O. BOX 1269
ROUND ROCK, TX  78680

CRIMS CHAPEL CEMETERY ASSOC
PO BOX 1542
HENDERSON, TX  75653

CUNNINGHAM FAMILY TRUST NO. ONE
C/O RODGER CUNNINGHAM
PO BOX 687
TATUM, TX  75691

CYNTHIA ABBOTT
[ADDRESS REDACTED]

CYNTHIA SANCHEZ
[ADDRESS REDACTED]

D BRENT AND BARBARA LACY
[ADDRESS REDACTED]

DAILIS C MOORE &
[ADDRESS REDACTED]

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**            NOTICE OF DEBTORS' FOURTH NOTICE OF CLAIMS SATISFIED IN FULL OR IN PART                    Page 7 of  30

**Case #:  14-10979 (CSS)**

**Notices mailed by:  March 24, 2016**

**Exhibit A**

DANIEL AND RACHEL WRIGLEY                DANNY BUCK DAVIDSON                  DARRELL W AND STACI L TROJACEK
[ADDRESS REDACTED]                       [ADDRESS REDACTED]                  [ADDRESS REDACTED]


DAVID BROOKS ESTATE                      DAVID JACKSON                       DAVID JOSHUA POOL
[ADDRESS REDACTED]                       [ADDRESS REDACTED]                  [ADDRESS REDACTED]


DAVID RICHARDSON                         DEBORAH K BREHE                     DELILA SPEARS
[ADDRESS REDACTED]                       [ADDRESS REDACTED]                  [ADDRESS REDACTED]


DELORES CARPENTER                        DEROA MONTGOMERY                    DESSIE STRICKLAND
[ADDRESS REDACTED]                       [ADDRESS REDACTED]                  [ADDRESS REDACTED]


DIANA BERRY CONNER                       DIANA SPHAR                         DON L LANGDON
[ADDRESS REDACTED]                       [ADDRESS REDACTED]                  [ADDRESS REDACTED]


DORA BAYSINGER                           DORIS RHYMES JOHNSON                DOROTHY JEAN JONES
[ADDRESS REDACTED]                       [ADDRESS REDACTED]                  [ADDRESS REDACTED]

**Exhibit A**

DOROTHY M TAYLOR % JO MILLS
[ADDRESS REDACTED]

DOROTHY WRIGHT
[ADDRESS REDACTED]

DORRIS HEROD
[ADDRESS REDACTED]

DR MICHAEL E JOHNSON SR
[ADDRESS REDACTED]

DRAPER TIPPS
[ADDRESS REDACTED]

DRUE AND MARY HARRIS
[ADDRESS REDACTED]

DWIGHT CHRISTOPHER NOLAN
1342 SOUTH ORANGE DR
LOS ANGELES, CA  90019

E M JONES
[ADDRESS REDACTED]

E W LEWIS ESTATE
[ADDRESS REDACTED]

EARL DEAN TAYLOR
[ADDRESS REDACTED]

EARNEST W & DONNA LILES
[ADDRESS REDACTED]

EARNESTINE E ANDERSON
[ADDRESS REDACTED]

EDDIE & JOY APPLEGATE
[ADDRESS REDACTED]

EDDIE WRIGHT
[ADDRESS REDACTED]

EDGAR GOODGION
[ADDRESS REDACTED]

EDITH G ROBERTS
[ADDRESS REDACTED]

EDNA NICELY
[ADDRESS REDACTED]

EDWIN & WILLIE SANDERS
[ADDRESS REDACTED]

**Exhibit A**

EHTEL TODD BRYAN
[ADDRESS REDACTED]

ELAINE CARMICHAEL
[ADDRESS REDACTED]

ELIZABETH GREGORY
[ADDRESS REDACTED]

ELIZABETH SELLS
[ADDRESS REDACTED]

ELLA D THOMPSON MAPLES
[ADDRESS REDACTED]

ELLA MAE HUDSON
[ADDRESS REDACTED]

EMERY DOUGLAS BRADFORD ESTATE
[ADDRESS REDACTED]

EMILE STERNBERG
[ADDRESS REDACTED]

EMMETT D PAUL JR
[ADDRESS REDACTED]

ESTATE OF MAURICE S ANDERSON
[ADDRESS REDACTED]

ESTATE OF W W & BERTHA ABBOTT
[ADDRESS REDACTED]

ESTEBAN AND MARIA R DIOSDADO
[ADDRESS REDACTED]

ESTELLE CUMMINGS RUFUS
[ADDRESS REDACTED]

ETHEL RAYE PHILLIPS GRAY
[ADDRESS REDACTED]

FAY FERGUSON
[ADDRESS REDACTED]

FERN Y COSGROVE
[ADDRESS REDACTED]

FLORENCE MILLER ESTATE, DECEASED
[ADDRESS REDACTED]

FLORENCE MILLER ESTATE, DECEASED
[ADDRESS REDACTED]

**Exhibit A**

FRANCES JO DRURY ESTATE
[ADDRESS REDACTED]

FRANK M GLOVER
[ADDRESS REDACTED]

FRED GOODGION
[ADDRESS REDACTED]

FULTON, CHERYL J
[ADDRESS REDACTED]

GARY CHARLES GREER
[ADDRESS REDACTED]

GARY MASSEY
[ADDRESS REDACTED]

GENESTER RHYMES & O T RHYMES
[ADDRESS REDACTED]

GENESTER RHYMES
[ADDRESS REDACTED]

GENEVA LARRY
[ADDRESS REDACTED]

GEORGE & LILLIAN WILHITE
[ADDRESS REDACTED]

GEORGE SHIRLEY
[ADDRESS REDACTED]

GEORGE WILLIAM BOWLING
[ADDRESS REDACTED]

GEORGIA JEAN THACKER
[ADDRESS REDACTED]

GEORGIA MAE JOHNSON ESTATE
[ADDRESS REDACTED]

GEORGIA TURNER
[ADDRESS REDACTED]

GLADYS GIBSON
[ADDRESS REDACTED]

GLEN ROSE INDEPENDENT SCHOOL DISTRICT
C/O PERDUE BRANDON FIELDER COLLINS MOTT
ATTN: R. BRUCE MEDLEY
P.O. BOX 13430
ARLINGTON, TX  76094-0430

GLENN DORSEY
[ADDRESS REDACTED]

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**
**NOTICE OF DEBTORS' FOURTH NOTICE OF CLAIMS SATISFIED IN FULL OR IN PART**
Page 11 of  30
**Case #:  14-10979 (CSS)**
**Notices mailed by:  March 24, 2016**

**Exhibit A**

| | | |
|---|---|---|
| GLYNDON J SHELTON INDIVIDUAL AND [ADDRESS REDACTED] | GRAYSON ABBOTT [ADDRESS REDACTED] | GREGORY FOY LONG [ADDRESS REDACTED] |
| GROVER TYLER ESTATE [ADDRESS REDACTED] | H J THOMPSON JR [ADDRESS REDACTED] | H M & GLADYS LILLIAN SMITH [ADDRESS REDACTED] |
| H WAYNE & PATSY EASLEY [ADDRESS REDACTED] | HANNAH SIMONS ARNETT [ADDRESS REDACTED] | HANNAH SIMONS ARNETT [ADDRESS REDACTED] |
| HAROLD V HAYS [ADDRESS REDACTED] | HARRY & BOBBYE LUNSFORD [ADDRESS REDACTED] | HAZEL WILLIAMS OBENHAUS [ADDRESS REDACTED] |
| HELEN IRVING OEHLER TRUST [ADDRESS REDACTED] | HENRY C HICKS [ADDRESS REDACTED] | HERBERT & MARGUERITE MELTON [ADDRESS REDACTED] |
| HERBERT BANKS [ADDRESS REDACTED] | HERBERT RAY ARMSTRONG [ADDRESS REDACTED] | HERSCHEL D CHRISTIAN [ADDRESS REDACTED] |

**Exhibit A**

HOLTEK ENTERPRISES INC
500 JEWELL DR
WACO, TX  76712

HOME BUILDERS ASSOCIATION OF
GREATER DALLAS INC ATTN MISTY
VARSALONE,5816 W PLANO PKWY
PLANO, TX  75093

HOUSTON PIPE LINE COMPANY LP
C/O PORTER HEDGES LLP
ATTN: JOHN F. HIGGINS
1000 MAIN STREET, 36TH FLOOR
HOUSTON, TX  77002

HOUSTON PIPE LINE COMPANY LP
JOSIE CASTREJANA
1300 MAIN ST.
HOUSTON, TX  77002-6803

HUGH M HENSON
[ADDRESS REDACTED]

IDA LORENE BEAUCHAMP
[ADDRESS REDACTED]

INTERNATIONAL EXTERMINATOR
CORPORATION
PO BOX 123828
FORT WORTH, TX  76121-3828

INTERNATIONAL EXTERMINATOR
CORPORATION
PO BOX 123828
FT. WORTH, TX  76121-3828

IOWA PARK ISD
C/O PERDUE BRANDON FIELDER COLLINS MOTT
ATTN: JEANMARIE BAER
PO BOX 8188
WICHITA FALLS, TX  76307

IRMA HINKLE ESTATE
[ADDRESS REDACTED]

ISAIAH SIMON
[ADDRESS REDACTED]

J B DORSEY
[ADDRESS REDACTED]

J D SPENCER ESTATE
[ADDRESS REDACTED]

J D WRIGHT
[ADDRESS REDACTED]

J R HANES
[ADDRESS REDACTED]

J W WILDER
[ADDRESS REDACTED]

JACK H LEWIS JR
[ADDRESS REDACTED]

JACK W BARNETT
[ADDRESS REDACTED]

Debtor: ENERGY FUTURE HOLDINGS CORP., et al.
Case #: 14-10979 (CSS)
Notices mailed by: March 24, 2016

**NOTICE OF DEBTORS' FOURTH NOTICE OF CLAIMS SATISFIED IN FULL OR IN PART**

**Exhibit A**

JACK WELDON
[ADDRESS REDACTED]

JAMES & JUDY FOSTER
[ADDRESS REDACTED]

JAMES A FORD
[ADDRESS REDACTED]

JAMES A SHARP
[ADDRESS REDACTED]

JAMES ARTHA HARPER
[ADDRESS REDACTED]

JAMES DEWEY SR
[ADDRESS REDACTED]

JAMES E (BUCK) CANNON
[ADDRESS REDACTED]

JAMES E HARRIS
[ADDRESS REDACTED]

JAMES E THOMAS ESTATE
[ADDRESS REDACTED]

JAMES F & JAMIE F MONDELLO
[ADDRESS REDACTED]

JAMES F INGRAM
[ADDRESS REDACTED]

JAMES MCCURDY
[ADDRESS REDACTED]

JAMES PELHAM
[ADDRESS REDACTED]

JAMES PRESTON ALLRED LIFE ESTATE
[ADDRESS REDACTED]

JAMES RANDALL LUMMUS
[ADDRESS REDACTED]

JAMES W COPELAND
[ADDRESS REDACTED]

JAN JOHNSON SHEETS
[ADDRESS REDACTED]

JANA HARRELL PONDER
[ADDRESS REDACTED]

Debtor: ENERGY FUTURE HOLDINGS CORP., et al.    NOTICE OF DEBTORS' FOURTH NOTICE OF CLAIMS SATISFIED IN FULL OR IN PART    Page 14 of 30

Case #:  14-10979 (CSS)

Notices mailed by:  March 24, 2016

**Exhibit A**

JANET CONWAY
[ADDRESS REDACTED]

JANET SUE ANDERSON
[ADDRESS REDACTED]

JEANETT POOLE
[ADDRESS REDACTED]

JEANETTE MCCRAY
[ADDRESS REDACTED]

JEREMY FAVORS
[ADDRESS REDACTED]

JERRY & DELMA C HAMILTON
[ADDRESS REDACTED]

JERRY D & TALMA DILL
[ADDRESS REDACTED]

JERRY NORTON
[ADDRESS REDACTED]

JERRYE STEWARD PERSFUL
[ADDRESS REDACTED]

JESSE HELEN HARRIS RAMSEY
[ADDRESS REDACTED]

JESSE L NICKERSON
[ADDRESS REDACTED]

JESSIE C FAVORS
[ADDRESS REDACTED]

JESSIE MAE SIMON ESTATE
[ADDRESS REDACTED]

JIM ANDERSON ESTATE
[ADDRESS REDACTED]

JIM O LAVENDER
[ADDRESS REDACTED]

JO ANN BANISTER
[ADDRESS REDACTED]

JO ANN WALTERS INDV AND AS IND
[ADDRESS REDACTED]

JOE & NORMA SIMMONS
[ADDRESS REDACTED]

Debtor: ENERGY FUTURE HOLDINGS CORP., et al.   NOTICE OF DEBTORS' FOURTH NOTICE OF CLAIMS SATISFIED IN FULL OR IN PART   Page 15 of 30

Case #:  14-10979 (CSS)

Notices mailed by:  March 24, 2016

**Exhibit A**

| | | |
|---|---|---|
| JOE CANNON<br>[ADDRESS REDACTED] | JOE GARCIA<br>[ADDRESS REDACTED] | JOE LARRY MORTON<br>[ADDRESS REDACTED] |
| JOE LEE POWELL JR<br>[ADDRESS REDACTED] | JOE RAY FAVORS<br>[ADDRESS REDACTED] | JOHN & ANN HULSE<br>[ADDRESS REDACTED] |
| JOHN & CAROLYN GOLIGHTLY<br>[ADDRESS REDACTED] | JOHN C WORSHAM<br>[ADDRESS REDACTED] | JOHN DAVID PRICHARD<br>[ADDRESS REDACTED] |
| JOHN E GILL<br>[ADDRESS REDACTED] | JOHN H BAW<br>[ADDRESS REDACTED] | JOHN J & BETTY HEFFERNAN<br>[ADDRESS REDACTED] |
| JOHN MARTIN JR<br>[ADDRESS REDACTED] | JOHNNY EARL BROOKS<br>[ADDRESS REDACTED] | JOHNNY MILES<br>[ADDRESS REDACTED] |
| JON DAVIS<br>[ADDRESS REDACTED] | JONATHAN FULLER<br>[ADDRESS REDACTED] | JONNIE E STEWARD<br>[ADDRESS REDACTED] |

**Exhibit A**

| | | |
|---|---|---|
| JOSE & MARIA RENTERIA<br>[ADDRESS REDACTED] | JOSE ANGEL SANCHEZ<br>[ADDRESS REDACTED] | JOSEPH JAMES ANDERSON<br>[ADDRESS REDACTED] |
| JOY FENTON WHITE<br>[ADDRESS REDACTED] | JOYCE CORDRAY SUGGS<br>[ADDRESS REDACTED] | JOYCE D TAYLOR<br>[ADDRESS REDACTED] |
| JOYCE RIGHTSELL<br>[ADDRESS REDACTED] | JUDITH NELL COHEN<br>[ADDRESS REDACTED] | JUDY E COURSEY ZIOLA<br>[ADDRESS REDACTED] |
| JUDY E COURSEY ZIOLA<br>[ADDRESS REDACTED] | JULIE BEAUCHAMP KIRK<br>[ADDRESS REDACTED] | KAREN KENNY ALBRIGHT<br>[ADDRESS REDACTED] |
| KAY ANN MCKINNEY TRUST<br>[ADDRESS REDACTED] | KAY H MCWHORTER<br>[ADDRESS REDACTED] | KEITH EUGENE ROE<br>[ADDRESS REDACTED] |
| KENNETH AND DORIS I KEITH<br>[ADDRESS REDACTED] | KENNETH K KENNY II TRUST<br>[ADDRESS REDACTED] | KEVIN K KENNY<br>[ADDRESS REDACTED] |

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**
**Case #:  14-10979 (CSS)**
**Notices mailed by:  March 24, 2016**

**NOTICE OF DEBTORS' FOURTH NOTICE OF CLAIMS SATISFIED IN FULL OR IN PART**

**Exhibit A**

| | | |
|---|---|---|
| KEVIN W FOSTER<br>[ADDRESS REDACTED] | KEY, IRENE E.<br>[ADDRESS REDACTED] | LAJUAN JENNINGS<br>[ADDRESS REDACTED] |
| LARRY BARNETT<br>[ADDRESS REDACTED] | LARRY D FAVORS<br>[ADDRESS REDACTED] | LARRY SIDNEY GREER<br>[ADDRESS REDACTED] |
| LARRY TRUETT<br>[ADDRESS REDACTED] | LARRY WAYNE KEETON<br>[ADDRESS REDACTED] | LEON HENSON<br>[ADDRESS REDACTED] |
| LESLIE ANN RANCONE<br>[ADDRESS REDACTED] | LESTENE TIPPS, JEANETTE POOLE<br>[ADDRESS REDACTED] | LILLIAN M MCELROY<br>[ADDRESS REDACTED] |
| LILLIE MAE GRAY<br>[ADDRESS REDACTED] | LILLY SAUNDRA KAY PILAR<br>[ADDRESS REDACTED] | LINDA KAY WICKER<br>[ADDRESS REDACTED] |
| LINDA L DYE<br>[ADDRESS REDACTED] | LINDA L DYE<br>[ADDRESS REDACTED] | LISA ROBINSON<br>[ADDRESS REDACTED] |

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**
**Case #:  14-10979 (CSS)**
**Notices mailed by:  March 24, 2016**

**NOTICE OF DEBTORS' FOURTH NOTICE OF CLAIMS SATISFIED IN FULL OR IN PART**

Page 18 of  30

**Exhibit A**

LIVENIE M KATZ
[ADDRESS REDACTED]

LLOYD LEWIS
[ADDRESS REDACTED]

LOMA SHIPP ESTATE
[ADDRESS REDACTED]

LORENE MOSS
[ADDRESS REDACTED]

LORITSCH FAMILY TRUST, THE
[ADDRESS REDACTED]

LOTTIE D CEBALLOS
[ADDRESS REDACTED]

LOUIS CHARLTON
[ADDRESS REDACTED]

LUBERTA MENEFEE ESTATE
[ADDRESS REDACTED]

LURETTA RICHARDSON
[ADDRESS REDACTED]

LURLINE F KIRKENDALL
[ADDRESS REDACTED]

LUTHER BRIGHTWELL ESTATE
[ADDRESS REDACTED]

M BLANTON
[ADDRESS REDACTED]

M S BOWEN DECD
[ADDRESS REDACTED]

MABLE REYNOLDS CARPENTER ESTATE
[ADDRESS REDACTED]

MACK D TIPPS
[ADDRESS REDACTED]

MAJOR CHARLES DAVIS
[ADDRESS REDACTED]

MALISSA BARR
[ADDRESS REDACTED]

MARGARET ANN STEVENS
[ADDRESS REDACTED]

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**     **NOTICE OF DEBTORS' FOURTH NOTICE OF CLAIMS SATISFIED IN FULL OR IN PART**     Page 19 of  30
**Case #:  14-10979 (CSS)**
**Notices mailed by:  March 24, 2016**

**Exhibit A**

| | | |
|---|---|---|
| MARGARET LOUIE GARRETT<br>[ADDRESS REDACTED] | MARGERY WHITEHURST<br>[ADDRESS REDACTED] | MARIA LUSIA SANCHEZ<br>[ADDRESS REDACTED] |
| MARIE S BROWN ESTATE<br>[ADDRESS REDACTED] | MARIE SATTERFIELD<br>[ADDRESS REDACTED] | MARILYN DOGGETT STASILA<br>[ADDRESS REDACTED] |
| MARILYN DUNN JENKINS<br>[ADDRESS REDACTED] | MARK E BROOKS & LINDA BROOKS<br>[ADDRESS REDACTED] | MARK WOOD<br>[ADDRESS REDACTED] |
| MARVIN & ROWANA STARR SOILEAU<br>[ADDRESS REDACTED] | MARY ANN SWINNEY SIRES ESTATE<br>[ADDRESS REDACTED] | MARY DELL SMITH<br>[ADDRESS REDACTED] |
| MARY S COPPRELL ESTATE DECEASED<br>[ADDRESS REDACTED] | MARY S JONES<br>[ADDRESS REDACTED] | MARY TODD HOLLEMAN &<br>[ADDRESS REDACTED] |
| MARY WRIGHT<br>[ADDRESS REDACTED] | MATTHEW ALLEN SNOW<br>[ADDRESS REDACTED] | MATTHEW K GENTRY ESTATE C/O KELLY<br>GENTRY<br>[ADDRESS REDACTED] |

**Exhibit A**

MATTHEW RAMON BARRON
[ADDRESS REDACTED]

MATTIE ODELL PELHAM
[ADDRESS REDACTED]

MAUDE MCNEILL ESTATE
[ADDRESS REDACTED]

MAXINE CUMMINGS
[ADDRESS REDACTED]

MELBA A MORTON
[ADDRESS REDACTED]

MELVIN A RILEY IV
[ADDRESS REDACTED]

METTIE SHETTLESWORTH
[ADDRESS REDACTED]

MEXIA INDEPENDENT SCHOOL DISTRICT
C/O MCCREARY VESELKA BRAGG & ALLEN P.C.
ATTN: LEE GORDON
P.O. BOX 1269
ROUND ROCK, TX  78680

MICHAEL R COOK
[ADDRESS REDACTED]

MICHAEL S LONG
[ADDRESS REDACTED]

MICHAEL W BARTON
[ADDRESS REDACTED]

MICHAEL WAYNE GENTRY
[ADDRESS REDACTED]

MICHELLE LUMMUS
[ADDRESS REDACTED]

MIGUEL A & DONNA F TREJO
[ADDRESS REDACTED]

MIKE WOOD
[ADDRESS REDACTED]

MILDRED C JUSTISS
[ADDRESS REDACTED]

MILDRED HOLLIDAY
[ADDRESS REDACTED]

MILEY COLWELL
[ADDRESS REDACTED]

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**    NOTICE OF DEBTORS' FOURTH NOTICE OF CLAIMS SATISFIED IN FULL OR IN PART    Page 21 of 30

**Case #:  14-10979 (CSS)**

**Notices mailed by:  March 24, 2016**

**Exhibit A**

MINE SAFETY AND HEALTH ADMINISTRATION
201 12TH ST S STE 401
ARLINGTON, VA  22202-5414

MINE SAFETY AND HEALTH ADMINISTRATION
MARY FORREST-DOYLE, ATTORNEY
OFFICE OF THE SOLICITOR, U.S. DEPARTMENT
OF LABOR
1100 WILSON BLVD., SUITE 2200
ARLINGTON, VA  22209-2296

MINNIE LEE WADE
[ADDRESS REDACTED]

MOLLY ANN ALSUP
[ADDRESS REDACTED]

MORTY STEVEN KING
[ADDRESS REDACTED]

MR & MRS PHILLIP WEAVER
[ADDRESS REDACTED]

MR O B (OSCAR) VANSICKLE
[ADDRESS REDACTED]

MRS EUGENE DANSBY
[ADDRESS REDACTED]

MRS ODELL LAKE
[ADDRESS REDACTED]

MURLYENE BUDD
[ADDRESS REDACTED]

MUSTANG DRILLING INC
PO BOX 1810
HENDERSON, TX  75653

MYRA ELLIS
[ADDRESS REDACTED]

N T & ANNA MARIE RANDAZZO
[ADDRESS REDACTED]

NANCY RUTH COLLEY MOORE
[ADDRESS REDACTED]

NATHANIEL HARPER
[ADDRESS REDACTED]

NETA ABBOTT MARION
[ADDRESS REDACTED]

NINA MAE DAVIS
[ADDRESS REDACTED]

NORA MAE SMITH
[ADDRESS REDACTED]

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**
**Case #: 14-10979 (CSS)**
Notices mailed by: March 24, 2016

NOTICE OF DEBTORS' FOURTH NOTICE OF CLAIMS SATISFIED IN FULL OR IN PART

Page 22 of 30

**Exhibit A**

NORMA J FOWLER PAYNE
[ADDRESS REDACTED]

NORTHEAST TX COMM COLL DIST
C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP
ATTN: ELIZABETH WELLER
2777 N STEMMONS FREEWAY, STE 1000
DALLAS, TX  75207

NOVELLA SIRLS ROSS
[ADDRESS REDACTED]

O A VARNADO
[ADDRESS REDACTED]

ODELL CRIDDLE
[ADDRESS REDACTED]

ODIES MOORE ESTATE
[ADDRESS REDACTED]

ODIES SIMON
[ADDRESS REDACTED]

OLIVER D THOMAS
[ADDRESS REDACTED]

OLLIE SIMON GRAY
[ADDRESS REDACTED]

OPAL B PIERCE
[ADDRESS REDACTED]

OPAL M BARRIENTEZ
[ADDRESS REDACTED]

ORA TAYLOR
[ADDRESS REDACTED]

ORLAND W MONAGHAN
[ADDRESS REDACTED]

ORVILLE D JONES
[ADDRESS REDACTED]

OTIS CRIDDLE
[ADDRESS REDACTED]

OVERTON FAMILY TRUSTS
[ADDRESS REDACTED]

PAMELA ANN RILEY RITTENBERRY
[ADDRESS REDACTED]

PAMELA BROUSSARD
[ADDRESS REDACTED]

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**
**Case #:  14-10979 (CSS)**
**Notices mailed by:  March 24, 2016**

NOTICE OF DEBTORS' FOURTH NOTICE OF CLAIMS SATISFIED IN FULL OR IN PART

**Exhibit A**

PANDA LYNN TURNER VACKER
[ADDRESS REDACTED]

PANOLA COUNTY
C/O PERDUE BRANDON FIELDER COLLINS MOTT
ATTN: TAB BEALL
PO BOX 2007
TYLER, TX  75710-2007

PAT SEIMEARS
[ADDRESS REDACTED]

PATRICK JAMES RILEY
[ADDRESS REDACTED]

PAUL S COLLEY JR
[ADDRESS REDACTED]

PERMELIA ELIZABETH KELLY
[ADDRESS REDACTED]

PERRY ROSE
[ADDRESS REDACTED]

PETER THOMAS
[ADDRESS REDACTED]

PHILLIP WEAVER
[ADDRESS REDACTED]

PHYLLIS ANN HEAD
[ADDRESS REDACTED]

PHYLLIS ANN HEAD
[ADDRESS REDACTED]

POINDEXTER FAMILY PARTNERS LTD
H R POINDEXTER
251 POINT CLEAR DR
CONROE, TX  77304

POLLY MCFADDEN AMMONS
[ADDRESS REDACTED]

R E SIMON
[ADDRESS REDACTED]

R L SIMMONS
[ADDRESS REDACTED]

R R SEALY
[ADDRESS REDACTED]

R W HOGAN JR
[ADDRESS REDACTED]

RANDALL PAUL & AUDREY SUE HAMPTON
[ADDRESS REDACTED]

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**    NOTICE OF DEBTORS' FOURTH NOTICE OF CLAIMS SATISFIED IN FULL OR IN PART    Page 24 of  30

**Case #:  14-10979 (CSS)**

**Notices mailed by:  March 24, 2016**

**Exhibit A**

RANDOLPH M & DOROTHY ALLEN
[ADDRESS REDACTED]

REGINALD LEE OBERLAG
[ADDRESS REDACTED]

REMONIA ELOIS ROSEWELL
[ADDRESS REDACTED]

RENA AND RAY BARRETT
[ADDRESS REDACTED]

REUBEN S POOL & DOVIE LEE POOL
[ADDRESS REDACTED]

RICHARD DARLIN
[ADDRESS REDACTED]

RICHARD M AND BRENDA A BROWNING
[ADDRESS REDACTED]

RICHARD W GOINS
[ADDRESS REDACTED]

RICHARD Y MONAGHAN
[ADDRESS REDACTED]

RICHARDSON INDEPENDENT SCHOOL DISTRICT
C/O PERDUE BRANDON FIELDER COLLINS MOTT
ATTN: R. BRUCE MEDLEY
P.O. BOX 13430
ARLINGTON, TX  76094-0430

RICK & LINDA QUARY
[ADDRESS REDACTED]

RICKY LYNN SPRAYBERRY
[ADDRESS REDACTED]

ROBBIE LEE ESTERS ESTATE
[ADDRESS REDACTED]

ROBERT A GRAY
[ADDRESS REDACTED]

ROBERT GENTRY
[ADDRESS REDACTED]

ROBERT JOHNSON JR
[ADDRESS REDACTED]

ROCKBESTOS SURPRENANT CABLE CORP
PO BOX 98729
CHICAGO, IL  60693

ROGER AND SYLVIA ANDERSON
[ADDRESS REDACTED]

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**
**Case #:  14-10979 (CSS)**
Notices mailed by:  March 24, 2016

**NOTICE OF DEBTORS' FOURTH NOTICE OF CLAIMS SATISFIED IN FULL OR IN PART**

Page 25 of  30

**Exhibit A**

ROGER DAVID STEWARD
[ADDRESS REDACTED]

ROLAND L GILL
[ADDRESS REDACTED]

ROLAND L GILL
[ADDRESS REDACTED]

RONALD & RUSSELL & RICKY CRAIG
[ADDRESS REDACTED]

ROSA NELLY SANCHEZ
[ADDRESS REDACTED]

ROSCOE WRIGHT
[ADDRESS REDACTED]

ROSIE I NICHOLS
[ADDRESS REDACTED]

ROY CASEY JR
[ADDRESS REDACTED]

ROY L BUTLER
[ADDRESS REDACTED]

ROY LEE ANDERSON
[ADDRESS REDACTED]

RUBEN WARREN TAUBE
[ADDRESS REDACTED]

RUBEN WARREN TAUBE
[ADDRESS REDACTED]

RUBIE NELL FAULKNER
[ADDRESS REDACTED]

RUBY BARROW SMITH
[ADDRESS REDACTED]

RUBY JANELL ROGERS
[ADDRESS REDACTED]

RUBY L BULLOCK
[ADDRESS REDACTED]

RUBY STEWART ESTATE
[ADDRESS REDACTED]

RUTH LOUISE JONES
[ADDRESS REDACTED]

**Exhibit A**

| | | |
|---|---|---|
| SABRINA WEATHERFORD<br>[ADDRESS REDACTED] | SADIE MENEPHEE<br>[ADDRESS REDACTED] | SAM JOCK ET UX JUDY JOCK<br>[ADDRESS REDACTED] |
| SAMMY MONAGHAN<br>[ADDRESS REDACTED] | SANDRA RICHARDSON WRIGHT<br>[ADDRESS REDACTED] | SARAH MCBRIDE<br>[ADDRESS REDACTED] |
| SCANTRON CORPORATION<br>PO BOX 93038<br>CHICAGO, IL 60673 | SHARON S MAINE<br>[ADDRESS REDACTED] | SHARON TURNEY<br>[ADDRESS REDACTED] |
| SHERAL A MCKINNEY<br>[ADDRESS REDACTED] | SHIRLEY ANN SHOLES<br>[ADDRESS REDACTED] | SHIRLEY BROOKS GENTRY POWERS<br>[ADDRESS REDACTED] |
| STATE OF DELAWARE, DIV. OF CORPORATIONS<br>401 FEDERAL STREET, STE 4<br>DOVER, DE 19901 | STATE OF DELAWARE, DIV. OF CORPORATIONS<br>401 FEDERAL STREET, STE 4<br>DOVER, DE 19901 | STATE OF DELAWARE, DIV. OF CORPORATIONS<br>401 FEDERAL STREET, STE 4<br>DOVER, DE 19901 |
| STATE OF DELAWARE, DIV. OF CORPORATIONS<br>401 FEDERAL STREET, STE 4<br>DOVER, DE 19901 | STATE OF DELAWARE, DIV. OF CORPORATIONS<br>401 FEDERAL STREET, STE 4<br>DOVER, DE 19901 | STATE OF DELAWARE, DIV. OF CORPORATIONS<br>401 FEDERAL STREET, STE 4<br>DOVER, DE 19901 |

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**
NOTICE OF DEBTORS' FOURTH NOTICE OF CLAIMS SATISFIED IN FULL OR IN PART                    Page 27 of 30

**Case #:  14-10979 (CSS)**

**Notices mailed by:  March 24, 2016**

**Exhibit A**

STATE OF DELAWARE, DIV. OF CORPORATIONS
401 FEDERAL STREET, STE 4
DOVER, DE  19901

STATE OF DELAWARE, DIV. OF CORPORATIONS
401 FEDERAL STREET, STE 4
DOVER, DE  19901

STATE OF DELAWARE, DIV. OF CORPORATIONS
401 FEDERAL STREET, STE 4
DOVER, DE  19901

STATE OF DELAWARE, DIV. OF CORPORATIONS
401 FEDERAL STREET, STE 4
DOVER, DE  19901

STATE OF DELAWARE, DIV. OF CORPORATIONS
401 FEDERAL STREET, STE 4
DOVER, DE  19901

STATE OF DELAWARE, DIV. OF CORPORATIONS
401 FEDERAL STREET, STE 4
DOVER, DE  19901

STATE OF DELAWARE, DIV. OF CORPORATIONS
401 FEDERAL STREET, STE 4
DOVER, DE  19901

STATE OF DELAWARE, DIV. OF CORPORATIONS
401 FEDERAL STREET, STE 4
DOVER, DE  19901

STATE OF DELAWARE, DIV. OF CORPORATIONS
401 FEDERAL STREET, STE 4
DOVER, DE  19901

STATE OF DELAWARE, DIV. OF CORPORATIONS
401 FEDERAL STREET, STE 4
DOVER, DE  19901

STATE OF DELAWARE, DIV. OF CORPORATIONS
401 FEDERAL STREET, STE 4
DOVER, DE  19901

STATE OF DELAWARE, DIV. OF CORPORATIONS
401 FEDERAL STREET, STE 4
DOVER, DE  19901

STATE OF DELAWARE, DIV. OF CORPORATIONS
401 FEDERAL STREET, STE 4
DOVER, DE  19901

STEGER ENERGY CORP
PO BOX 1888
GILMER, TX  75644

SUSAN JEAN COLLEY TATOM
[ADDRESS REDACTED]

SUZANNE HENLEY
[ADDRESS REDACTED]

T C BOWENS & FANNIE BOWENS
[ADDRESS REDACTED]

T C BOWENS ET UX
[ADDRESS REDACTED]

**Exhibit A**

TANDEE L ROSARIO
[ADDRESS REDACTED]

THEOPHILUS BARRON III
[ADDRESS REDACTED]

THOMAS G PRIOR ESTATE
[ADDRESS REDACTED]

TIMOTHY BRET LOWRY AND
[ADDRESS REDACTED]

TIMOTHY W GRAY
[ADDRESS REDACTED]

TIMOTHY W HATLEY
[ADDRESS REDACTED]

TODD RAYMOND ROBERTS
[ADDRESS REDACTED]

TOMMIE THOMPSON FREENEY
[ADDRESS REDACTED]

TOMMY GENE WILLIAMS
[ADDRESS REDACTED]

TOMMY RAY HOLMAN
[ADDRESS REDACTED]

TRANSWESTERN
5001 SPRING VALLEY ROAD STE 400W
DALLAS, TX  75244

TRAVIS SIMON
[ADDRESS REDACTED]

VAN HOWARD BURKHART JR
[ADDRESS REDACTED]

VELDA A DIMMOCK
[ADDRESS REDACTED]

VERNELL ISAAC RICHARDSON
[ADDRESS REDACTED]

VICTOR & LEONA SWINNEY
[ADDRESS REDACTED]

VICTOR SWINNEY
[ADDRESS REDACTED]

VIRGIL L BAW JR
[ADDRESS REDACTED]

**Exhibit A**

VIRGINIA PARISH WILSON
[ADDRESS REDACTED]

VONDA LOU WRIGHT
[ADDRESS REDACTED]

VOURLICE BAYSINGER
[ADDRESS REDACTED]

W J SMITH
[ADDRESS REDACTED]

W M GOSS & LILLIE GOSS
[ADDRESS REDACTED]

W M STEWART
[ADDRESS REDACTED]

WALTER AND SALLY WILKERSON
[ADDRESS REDACTED]

WALTER L BAILEY
[ADDRESS REDACTED]

WALTER MICHAEL KING
[ADDRESS REDACTED]

WALTER WEST RILEY
[ADDRESS REDACTED]

WELDON DORSEY
[ADDRESS REDACTED]

WILFORD ANDERSON ESTATE
[ADDRESS REDACTED]

WILLIAM & CLARA BAUGHMAN
[ADDRESS REDACTED]

WILLIAM CHARLES NELMS
[ADDRESS REDACTED]

WILLIAM D STRANGE JR
[ADDRESS REDACTED]

WILLIAM FRANKLIN WOOD
[ADDRESS REDACTED]

WILLIAM MICHAEL MCDONOUGH
[ADDRESS REDACTED]

WILLIAM MICHAEL MCDONOUGH
[ADDRESS REDACTED]

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**   NOTICE OF DEBTORS' FOURTH NOTICE OF CLAIMS SATISFIED IN FULL OR IN PART                    Page 30 of  30

**Case #:  14-10979 (CSS)**

**Notices mailed by:  March 24, 2016**

**Exhibit A**

WILLIE A GAMBLE JR
[ADDRESS REDACTED]

WILLIE MAE SMITH
[ADDRESS REDACTED]

ZAVALLA INDEPENDENT SCHOOL DISTRICT
C/O PERDUE BRANDON FIELDER COLLINS MOTT
ATTN: TAB BEALL
PO BOX 2007
TYLER, TX  75710-2007

ZELVIN HANCOCK
[ADDRESS REDACTED]

Total Parties: 526

# EXHIBIT L

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #: 14-10979 (CSS)**

**NOTICE OF DEBTORS' FOURTH NOTICE OF CLAIMS SATISFIED IN FULL OR IN PART**

Page 1 of 6

Notices mailed by:  **March 24, 2016**

**Exhibit B**

APPLIED INDUSTRIAL TECHNOLOGIES
ATTN: DIANNE MISENKO
ONE APPLIED PLAZA
CLEVELAND, OH  44115-5056

APPLIED INDUSTRIAL TECHNOLOGIES
ATTN: DIANNE MISENKO
ONE APPLIED PLAZA
CLEVELAND, OH  44115-5056

APPLIED INDUSTRIAL TECHNOLOGIES, INC.
CORPORATE HEADQUARTERS
ATTN: DIANNE MISENKO
1 APPLIED PLAZA
CLEVELAND, OH  44115

APS AMERICA LLC
5151 E BROADWAY BLVD STE 1600
TUCSON, AZ  85711-3777

ARROWHEAD CONTRACTOR SUPPLY
201 ESTES DR
LONGVIEW, TX  75602

BONHAM INDEPENDENT SCHOOL DISTRICT
C/O GAY MCCALL ISAACKS GORDON ROBERTS
PC
1919 S. SHILOH RD
SUITE 310, LB40
GARLAND, TX  75042

BRAHMTEX INC
5756 EASTERLING DR
BRYAN, TX  77808

CARROLLTON-FARMERS BRANCH ISD
C/O LAW OFFICES OF ROBERT E. LUNA, P.C.
4411 NORTH CENTRAL EXPRESSWAY
DALLAS, TX  75205

CITY OF DALLAS - CITY ATTORNEY'S OFFICE
ATTN: MARK BAGGETT
1500 MARILLA STREET, 7BN
DALLAS, TX  75201

CITY OF DALLAS - CITY ATTORNEY'S OFFICE
ATTN: MARK BAGGETT
1500 MARILLA STREET, 7BN
DALLAS, TX  75201

CITY OF DALLAS - CITY ATTORNEY'S OFFICE
CRYSTAL TREVINO
1500 MARILLA STREET, 2DS
DALLAS, TX  75201

CITY OF DALLAS - CITY ATTORNEY'S OFFICE
CRYSTAL TREVINO
1500 MARILLA STREET, 2DS
DALLAS, TX  75201

CITY OF GARLAND
C/O GAY MCCALL ISAACKS GORDON ROBERTS
PC
1919 S. SHILOH RD
SUITE 310, LB40
GARLAND, TX  75042

CITY OF MINERAL WELLS
C/O PERDUE BRANDON FIELDER COLLINS MOTT
ATTN: R. BRUCE MEDLEY
P.O. BOX 13430
ARLINGTON, TX  76094-0430

CITY OF SWEETWATER
C/O PERDUE BRANDON FIELDER COLLINS MOTT
ATTN: R. BRUCE MEDLEY
P.O. BOX 13430
ARLINGTON, TX  76094-0430

COLLIN COUNTY TAX ASSESSOR/COLLECTOR
C/O GAY MCCALL ISAACKS GORDON ROBERTS
PC
1919 S. SHILOH RD
SUITE 310, LB40
GARLAND, TX  75042

CONTINENTAL MESSAGE SOLUTION INC
41 S GRANT AVE
COLUMBUS, OH  43215

CONTROLLED FLUIDS INC
2220 CALDER AVE
BEAUMONT, TX  77701

Debtor: ENERGY FUTURE HOLDINGS CORP., et al.
Case #: 14-10979 (CSS)
Notices mailed by: March 24, 2016

NOTICE OF DEBTORS' FOURTH NOTICE OF CLAIMS SATISFIED IN FULL OR IN PART

Page 2 of 6

**Exhibit B**

COUNTY OF ANDERSON, TEXAS, THE, ET AL
C/O MCCREARY VESELKA BRAGG & ALLEN P.C.
ATTN: LEE GORDON
P.O. BOX 1269
ROUND ROCK, TX 78680-1269

COUNTY OF BASTROP, TEXAS, THE, ET AL
C/O MCCREARY VESELKA BRAGG & ALLEN P.C.
ATTN: LEE GORDON
P.O. BOX 1269
ROUND ROCK, TX 78680-1269

COUNTY OF BOSQUE, TEXAS
C/O MCCREARY VESELKA BRAGG & ALLEN P.C.
ATTN: LEE GORDON
P.O. BOX 1269
ROUND ROCK, TX 78680

COUNTY OF CHEROKEE, TEXAS, THE
C/O MCCREARY VESELKA BRAGG & ALLEN P.C.
ATTN: LEE GORDON
P.O. BOX 1269
ROUND ROCK, TX 78680

COUNTY OF CHEROKEE, TEXAS, THE
C/O MCCREARY VESELKA BRAGG & ALLEN P.C.
ATTN: LEE GORDON
P.O. BOX 1269
ROUND ROCK, TX 78680-1269

COUNTY OF CORYELL, TEXAS, THE ET AL
C/O MCCREARY VESELKA BRAGG & ALLEN P.C.
ATTN: LEE GORDON
P.O. BOX 1269
ROUND ROCK, TX 78680-1269

COUNTY OF CORYELL, TEXAS, THE
C/O MCCREARY VESELKA BRAGG & ALLEN P.C.
ATTN: LEE GORDON
P.O. BOX 1269
ROUND ROCK, TX 78680

COUNTY OF DENTON, TEXAS, THE ET AL
C/O MCCREARY VESELKA BRAGG & ALLEN P.C.
ATTN: LEE GORDON
P.O. BOX 1269
ROUND ROCK, TX 78680-1269

COUNTY OF DENTON, TEXAS, THE
C/O MCCREARY VESELKA BRAGG & ALLEN P.C.
ATTN: LEE GORDON
P.O. BOX 1269
ROUND ROCK, TX 78680

COUNTY OF HENDERSON, TEXAS, THE, ET AL
C/O MCCREARY VESELKA BRAGG & ALLEN P.C.
ATTN: LEE GORDON
P.O. BOX 1269
ROUND ROCK, TX 78680-1269

COUNTY OF HILL, TEXAS, THE
C/O MCCREARY VESELKA BRAGG & ALLEN P.C.
ATTN: LEE GORDON
P.O. BOX 1269
ROUND ROCK, TX 78680

COUNTY OF MILAM, TEXAS, THE
C/O MCCREARY VESELKA BRAGG & ALLEN P.C.
ATTN: LEE GORDON
P.O. BOX 1269
ROUND ROCK, TX 78680

COUNTY OF MILAN, TEXAS, THE, ET AL
C/O MCCREARY VESELKA BRAGG & ALLEN P.C.
ATTN: LEE GORDON
P.O. BOX 1269
ROUND ROCK, TX 78680-1269

COUNTY OF STEPHENS, TEXAS, THE, ET AL
C/O MCCREARY VESELKA BRAGG & ALLEN P.C.
ATTN: LEE GORDON
P.O. BOX 1269
ROUND ROCK, TX 78680-1269

CUMMINS SOUTHERN PLAINS LLC
600 NORTH WATSON ROAD
ARLINGTON, TX 76011-5319

DG FAST CHANNEL INC
PO BOX 951392
DALLAS, TX 75395-1392

DIRECTV
PO BOX 60036
LOS ANGELES, CA 90060-0036

EMERSON PROCESS MANAGEMENT POWER &
WATER
SOLUTIONS INC.
ATTN: JOSEPH MIKSCHE
8000 NORMAN CENTER DR. SUITE 1200
BLOOMINGTON, MN 55437

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**     NOTICE OF DEBTORS' FOURTH NOTICE OF CLAIMS SATISFIED IN FULL OR IN PART     Page 3 of 6

**Case #:  14-10979 (CSS)**

**Notices mailed by:  March 24, 2016**

**Exhibit B**

ENERGY SERVICES GROUP
141 LONGWATER DRIVE
SUITE 113
NORWELL, MA  02061

ESCO CORPORATION
2141 NW 25TH AVE
PORTLAND, OR  97210

FASTENAL
PO BOX 978
WINONA, MN  55987-0978

FASTENAL
PO BOX 978
WINONA, MN  55987-0978

FLSMIDTH INC. F/D/B/A FLSMIDTH AIRTECH
INC. A/K/A FLS INC. - AFT DIV
C/O CURTIN HEEFNER/ATTN: R. SZWAJKOS
250 N PENNSYLVANIA AVE
MORRISVILLE, PA  19067

FORNEY INDEPENDENT SCHOOL DISTRICT
C/O PERDUE BRANDON FIELDER COLLINS MOTT
ATTN: R. BRUCE MEDLEY
P.O. BOX 13430
ARLINGTON, TX  76094-0430

FRHAM SAFETY PRODUCTS INC
PO BOX 36098
ROCK HILL, SC  29732-6098

FRISCO CONSTRUCTION SERVICES, LLC
J. SETH MOORE
C/O ANDERSON TOBIN, PLLC
13355 NOEL RD., STE. 1900
DALLAS, TX  75240

FRISCO CONSTRUCTION SERVICES, LLC
P.O. BOX 190829
DALLAS, TX  75219

GARLAND INDEPENDENT SCHOOL DISTRICT
C/O GAY MCCALL ISAACKS GORDON &
ROBERTS
1919 S. SHILOH ROAD, SUITE 310, LB40
GARLAND, TX  75042

GENERAL ELECTRIC INTERNATIONAL
C/O REISMAN LAW FIRM LLC
ATTN: GLENN M. REISMAN, ESQ.
12 OLD HOLLOW ROAD, SUITE B
TRUMBULL, CT  06611

GENERAL ELECTRIC INTERNATIONAL
C/O REISMAN LAW FIRM LLC
ATTN: GLENN M. REISMAN, ESQ.
12 OLD HOLLOW ROAD, SUITE B
TRUMBULL, CT  06611

GOLDER ASSOCIATES INC
ATTN: SUSAN DAVIS
3730 CHAMBLEE TUCKER RD.
ATLANTA, GA  30345

H&E EQUIPMENT SERVICES, INC.
C/O BELL NUNNALLY
ATTN: RANDALL K. LINDLEY
3232 MCKINNEY AVE., STE. 1400
DALLAS, TX  75204

HANNON HYDRAULICS
625 N LOOP 12
IRVING, TX  75061

HF & ASSOCIATES
118 VERDANT
SAN ANTONIO, TX  78209

HILL COUNTY APPRAISAL DISTRICT
C/O MCCREARY VESELKA BRAGG & ALLEN P.C.
ATTN: LEE GORDON
P.O. BOX 1269
ROUND ROCK, TX  78680

HUDSON INDEPENDENT SCHOOL DISTRICT
C/O PERDUE BRANDON FIELDER COLLINS MOTT
ATTN: TAB BEALL
PO BOX 2007
TYLER, TX  75710-2007

**Exhibit B**

INTERCALL
7171 MERCY RD
STE 200
OMAHA, NE  68106

IOWA PARK ISD
C/O PERDUE BRANDON FIELDER COLLINS MOTT
ATTN: JEANMARIE BAER
PO BOX 8188
WICHITA FALLS, TX  76307

JOYCE STEEL ERECTION, LTD.
C/O LOUANN JOYCE
PO BOX 8466
LONGVIEW, TX  75607-8466

LEWISVILLE INDEPENDENT SCHOOL DISTRICT
C/O LAW OFFICES OF ROBERT E. LUNA, P.C.
4411 NORTH CENTRAL EXPRESSWAY
DALLAS, TX  75205

LRS-RDC INC.
P.O. BOX 2335
MT. PLEASANT, TX  75456

METSO MINERALS INDUSTRIES INC
PO BOX 945859
ATLANTA, GA  30394-5859

MEXIA INDEPENDENT SCHOOL DISTRICT
C/O MCCREARY VESELKA BRAGG & ALLEN P.C.
ATTN: LEE GORDON
P.O. BOX 1269
ROUND ROCK, TX  78680-1269

MIDLAND CENTRAL APPRAISAL DISTRICT ET AL
C/O MCCREARY VESELKA BRAGG & ALLEN P.C.
ATTN: LEE GORDON
P.O. BOX 1269
ROUND ROCK, TX  78680-1269

MIDLAND CENTRAL APPRAISAL DISTRICT
C/O MCCREARY VESELKA BRAGG & ALLEN P.C.
ATTN: LEE GORDON
P.O. BOX 1269
ROUND ROCK, TX  78680

MINERAL WELLS ISD
C/O PERDUE BRANDON FIELDER COLLINS MOTT
ATTN: R. BRUCE MEDLEY
P.O. BOX 13430
ARLINGTON, TX  76094-0430

MISTRAS GROUP INC
PO BOX 742420
ATLANTA, GA  30374-2420

MISTRAS GROUP INC
TERRI HARVEY
195 CLARKSVILLE RD
PRINCETON JUNCTION, NJ  08550

MITCHELL 1
25029 NETWORK PLACE
CHICAGO, IL  60673-1250

MODULAR SPACE CORPORATION
12603 COLLECTION CENTER DRIVE
CHICAGO, IL  60693-0126

MSC INDUSTRIAL SUPPLY CO.
ATTN: LEGAL DEPT.
75 MAXESS ROAD
MELVILLE, NY  11747

NOLAN COUNTY
C/O PERDUE BRANDON FIELDER COLLINS MOTT
ATTN: R. BRUCE MEDLEY
P.O. BOX 13430
ARLINGTON, TX  76094-0430

PALO PINTO COUNTY
C/O PERDUE BRANDON FIELDER COLLINS MOTT
ATTN: R. BRUCE MEDLEY
P.O. BOX 13430
ARLINGTON, TX  76094-0430

PEICO
PO BOX 10992
BIRMINGHAM, AL  35202-0992

Debtor: ENERGY FUTURE HOLDINGS CORP., et al.    NOTICE OF DEBTORS' FOURTH NOTICE OF CLAIMS SATISFIED IN FULL OR IN PART    Page 5 of 6

Case #: 14-10979 (CSS)

Notices mailed by: March 24, 2016

**Exhibit B**

RMB CONSULTING & RESEARCH INC
5104 BUR OAK CIR
RALEIGH, NC  27612

RMB CONSULTING & RESEARCH INC
5104 BUR OAK CIR
RALEIGH, NC  27612

RUSK COUNTY ELECTRIC CO-OP INC
ATTN: RICHARD MCLEON
PO BOX 1169
HENDERSON, TX  75653-1169


RYAN PARTNERSHIP
C/O EPSILON DATA MANAGEMENT, LLC
ATTN: JO ANN SALAZAR
6021 CONNECTION DRIVE
IRVING, TX  75039

SEND WORD NOW
224 WEST 30TH ST STE 500
NEW YORK, NY  10001

SIGN EXPRESS
908 US HWY 64 WEST
HENDERSON, TX  75652


SONAR CREDIT PARTNERS III, LLC
AS ASSIGNEE OF "ARBILL INDUSTRIES"
SUITE 208
80 BUSINESS PARK DRIVE
ARMONK, NY  10504

SPARKLETTS AND SIERRA SPRINGS
PO BOX 660579
DALLAS, TX  75266-0579

SUMMIT CONTROLS INC
PO BOX 940009
PLANO, TX  75094-0009


SUPERBOLT INC.
P.O. BOX 683
CARNEGIE, PA  15106

SWEETWATER INDEPENDENT SCHOOL DISTRICT
C/O PERDUE BRANDON FIELDER COLLINS MOTT
ATTN: R. BRUCE MEDLEY
P.O. BOX 13430
ARLINGTON, TX  76094-0430

TALLEY CHEMICAL AND SUPPLY
PO BOX 831
MEXIA, TX  76667-0831


TAX APPRAISAL DISTRICT OF BELL COUNTY
C/O MCCREARY VESELKA BRAGG & ALLEN P.C.
ATTN: LEE GORDON
P.O. BOX 1269
ROUND ROCK, TX  78680

TAX APPRAISAL DISTRICT OF BELL ET AL
C/O MCCREARY VESELKA BRAGG & ALLEN P.C.
ATTN: LEE GORDON
P.O. BOX 1269
ROUND ROCK, TX  78680-1269

TEAM INDUSTRIAL SERVICES INC
ATTN: WELDON EGGERT
13131 DAIRY ASHFORD STE 600
SUGAR LAND, TX  77478


TESSCO INCORPORATED
ATTN: K. FORELLA
11126 MCCORMICK RD
HUNT VALLEY, MD  21031

THINKHAUS CREATIVE
12655 NORTH CENTRAL EXPY
STE#317
DALLAS, TX  75243

THYSSENKRUPP ELEVATOR CORPORATION
PO BOX 933004
ATLANTA, GA  31193-3004

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**    NOTICE OF DEBTORS' FOURTH NOTICE OF CLAIMS SATISFIED IN FULL OR IN PART    Page 6 of  6

**Case #:  14-10979 (CSS)**

**Notices mailed by:  March 24, 2016**

**Exhibit B**

UNIFIRST
4407 HENRY S. GRACE FREEWAY
WICHITA FALLS, TX  76302

WACO CARBONIC CO LEASING
431 LA SALLE STREET
WACO, TX  76706

WAUKESHA-PEARCE INDUSTRIES, INC.
ATTN: DAVID G. MCMILLEN
12320 S MAIN
HOUSTON, TX  77035

WESTERN OILFIELDS SUPPLY CO
D/B/A RAIN FOR RENT
ATTN: CREDIT DEPARTMENT
5101 OFFICE PARK DR SUITE 100
BAKERSFIELD, CA  93309

WHITE OAK RADIATOR SERVICE INC.
P.O. BOX 606
WHITE OAK, TX  75693

WICHITA COUNTY
C/O PERDUE BRANDON FIELDER COLLINS MOTT
ATTN: JEANMARIE BAER
PO BOX 8188
WICHITA FALLS, TX  76307

WILLIAMS SCOTSMAN INC.
ATTN: KRISTIE REYES
901 S. BOND ST.
SUITE 600
BALTIMORE, MD  21231

Total Parties: 97

**EXHIBIT M**

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**  **NOTICE OF DEBTORS' FIFTH NOTICE OF CLAIMS SATISFIED IN FULL OR IN PART**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  March 24, 2016**

**Exhibit A**


AON HEWITT
ATTN: TERESA MUI, PARALEGAL
4 OVERLOOK POINT
40B-2N-3 (2329A)
LINCOLNSHIRE, IL  60069

AON RISK SERVICES SOUTHWEST INC
AON RISK SERVICES COMPANIES INC
75 REMITTANCE DR STE 1943
CHICAGO, IL  60675-1943

AON RISK SERVICES SOUTHWEST INC
AON RISK SERVICES COMPANIES INC
75 REMITTANCE DR STE 1943
CHICAGO, IL  60675-1943


CITIBANK NA
ATTN: CITI TAMPA BILLING
3800 CITIBANK CENTER
BLDG B 3RD FLOOR
TAMPA, FL  33610


Total Parties: 4

**EXHIBIT N**

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**   NOTICE OF DEBTORS' FIFTH NOTICE OF CLAIMS SATISFIED IN FULL OR IN PART   Page 1 of  1

**Case #:  14-10979 (CSS)**

**Notices mailed by:  March 24, 2016**

**Exhibit B**

DELL MARKETING, L.P.
ATTN: NANCY MIMS
ONE DELL WAY, RR1, MS 52
ROUND ROCK, TX  78682

HERTZ EQUIPMENT RENTAL
CORPORATION
PO BOX 650280
DALLAS, TX  75265-0280

IBM CORPORATION
ATTN: BANKRUPTCY COORDINATOR
275 VIGER E, 4TH FLOOR
MONTREAL, QC  H2X 3R7  CANADA

Total Parties: 3