## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
|  | ) **Ref. Docket No. 8104** |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 30, 2016, I caused to be served the "Notice of Fee Statement," dated March 30, 2016, to which was attached the "Sixteenth Monthly Fee Statement of Epiq Bankruptcy Solutions, LLC and Epiq eDiscovery Solutions for Allowance of an Administrative Claim for Compensation and Reimbursement of Expenses Incurred from August 1, 2015 through August 31, 2015," dated March 30, 2016 [Docket No. 8104], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Sworn to before me this
31st day of March, 2016

/s/ Notary Public

/s/ Carol Zhang

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 20__

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

**EXHIBIT A**

ENERGY FUTURE HOLDINGS CORP ET AL
ATTN: ANDREW M WRIGHT & CECILY GOOCH
1601 BRYAN ST 43RD FL
DALLAS, TX 75201

ROBERTA A. DEANGELIS
UNITED STATES TRUSTEE – REGION 3
ATTN: RICHARD L. SCHEPACARTER
J. CALEB BOGGS FEDERAL BUILDING
844 KING ST, ROOM 2207
WILMINGTON, DE 19801

ROBERTA A. DEANGELIS
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE U.S. TRUSTEE
ATTN: ANDREA B. SCHWARTZ
U.S. FEDERAL BUILDING
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

SHEARMAN & STERLING LLP
(AGENT TO EFIH FIRST LIEN DIP
FINANCING FACILITY)
ATTN: FREDERICK SOSNICK ESQ &
NED SHODEK ESQ
599 LEXINGTON AVE
NEW YORK, NY 10022

MILBANK, TWEED, HADLEY & MCCLOY LLP
(COUNSEL TO AGENT TCEH DIP
FINANCING FACILITY)
ATTN: EVAN FLECK AND MATTHEW BROD
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005

MORRISON & FOERSTER LLP
(COUNSEL TO OFFICIAL CREDITORS'
COMMITTEE)
ATTN: LORENZO MARINUZZI & JENNIFER MARINES
250 W 55TH STREET
NEW YORK, NY 10019

GODFREY & KAHN, S.C.
(COUNSEL TO FEE COMMITTEE)
ATTN: KATHERINE STADLER
ONE E MAIN STREET
MADISON, WI 53703