## Exhibit A

**Ordinary Course Professional Quarterly Statement of Payments**

| | | For the Postpetition Period of April 01, 2016 to June 30, 2016 | | | Aggregate Postpetition Payments Through June 30, 2016 | |
|---|---|---|---|---|---|---|
| **OCP** | **Service Description** | **Compensation for Services / Expense Reimbursement** [1] | **Average Monthly Compensation** | **Total Payments** | **Compensation for Services / Expense Reimbursement** [1] | **Total Payments** |
| **Tier 1 OCP's (3-Month Rolling Average Cap of $450,000)** | | | | | | |
| Bracewell & Giuliani LLP | Environmental Advice / Political Consultant | 16,696 | 5,565 | 16,696 | 783,555 | 783,555 |
| Duff & Phelps LLC | Valuation - Impairment; Property Tax | 16,438 | 5,479 | 16,438 | 1,121,777 | 1,121,777 |
| Hawkins Parnell Thackston & Young | Litigation - Asbestos | 176 | 59 | 176 | 12,809 | 12,809 |
| Hunton & Williams LLP | Benefits-Immigration, Political Consultant | 342,726 | 114,242 | 342,726 | 2,317,493 | 2,317,493 |
| K&L Gates [2] | Transaction Advice; Non-Income Tax Litigation | 1,601,049 | 533,683 | 1,601,049 | 2,443,993 | 2,443,993 |
| Morgan Lewis & Bockius LLP | Regulatory (NRC) and Labor | 166,729 | 55,576 | 166,729 | 2,021,393 | 2,044,423 |
| Vinson & Elkins LLP | Regulatory, Real Estate Advice | 9,463 | 3,154 | 9,463 | 1,740,171 | 1,740,171 |
| **Tier 2 OCP's (3-Month Rolling Average Cap of $195,000)** | | | | | | |
| Alliance Consulting Group | Depreciation Study | - | - | - | - | - |
| Allison McCombe Small | Political Consultant | 9,000 | 3,000 | 9,000 | 72,000 | 72,000 |
| American Appraisal | Property Tax Expert for Litigation | - | - | - | - | - |
| Armstrong & Associates LLP | Litigation - Asbestos | - | - | - | 1,353 | 1,353 |
| Arnold & Porter LLP | Consulting Services | 30,000 | 10,000 | 30,000 | 585,000 | 585,000 |
| AYCO Company LP | Financial Executive counseling | 7,734 | 2,578 | 7,734 | 243,304 | 243,304 |
| Baker Botts LLP | IP, Transactional, and Contract Restructure | 168,096 | 56,032 | 168,096 | 1,065,229 | 1,065,229 |
| Beirne Maynard & Parsons LLP | Litigation - Asbestos | - | - | - | 281 | 281 |
| Beveridge and Diamond PC | Litigation - Water | 10,341 | 3,447 | 10,341 | 175,987 | 175,987 |
| Bluewater Strategies LLC | Consulting Services | 33,750 | 11,250 | 33,750 | 281,250 | 281,250 |
| Boulette Golden & Marin L.L.P. | Legal Advice -Labor and Employment | - | - | - | 18,403 | 18,403 |
| Bradley Arant Boult Cummings LLP | Adv- Asbestos Exposure | - | - | - | - | - |
| Brady & Peavey, P.C. | Public affairs and political consulting services | 7,500 | 2,500 | 7,500 | 130,000 | 130,000 |
| Burford & Ryburn LLP | Litigation - Asbestos | - | - | - | 10,817 | 10,817 |
| Carl S. Richie, Jr. Attorney At Law | Political Consultant | - | - | - | 203,641 | 203,641 |
| DCI Group LLC | Consulting Services | - | - | - | 405,429 | 405,429 |
| Deloitte Tax LLP | FIRPTA Advisory Services | - | - | - | 25,261 | 25,261 |
| Diane Yanaway | Political Consultant | - | - | - | 78,438 | 78,438 |
| Dykema Gossett | Counsel for TXU Chyba case | - | - | - | - | - |
| Eddie Cavazos | Political Consultant | 18,106 | 6,035 | 18,106 | 153,545 | 153,545 |
| Edward M. Shack | Political Activities Law Advice | 4,360 | 1,453 | 4,360 | 8,360 | 8,360 |
| Estes Okon Thorne & Carr PLLC | Litigation - General | 14,788 | 4,929 | 14,788 | 213,530 | 213,530 |
| Fish & Richardson PC | Litigation - General | - | - | - | - | - |
| Goldberg Godles Wiener & Wright | Regulatory Advice | 2,868 | 956 | 2,868 | 27,034 | 27,034 |
| Goodmans LLP | Canadian Counsel for Ebasco Services of | - | - | - | - | - |
| Grace & McEwan Consulting, LLC | Government Relation Services | - | - | - | - | - |
| Gruber Hurst Johansen Hail | Litigation - General | 1,158 | 386 | 1,158 | 43,892 | 43,892 |
| Haley Olson | Environmental Litigation | - | - | - | 2,703 | 2,703 |
| Harris & Dickey LLC | Tax Consulting | - | - | - | - | - |
| HMWK LLC | Political Consultant | - | - | - | 150,000 | 150,000 |
| Husch Blackwell Sanders LLP | Employment Litigation/Political Consultant | - | - | - | 25,949 | 25,949 |
| Imperium Public Affairs | Political Consultant | 51,558 | 17,186 | 51,558 | 304,756 | 304,756 |
| Ireland Carroll & Kelley PC | Environmental Litigation | - | - | - | 18 | 18 |

**Ordinary Course Professional Quarterly Statement of Payments**

|  |  | For the Postpetition Period of April 01, 2016 to June 30, 2016 | | | Aggregate Postpetition Payments Through June 30, 2016 | |
|---|---|---|---|---|---|---|
| **OCP** | **Service Description** | **Compensation for Services / Expense Reimbursement [1]** | **Average Monthly Compensation** | **Total Payments** | **Compensation for Services / Expense Reimbursement [1]** | **Total Payments** |
| Jack Roberts | Political Consultant | 16,000 | 5,333 | 16,000 | 184,000 | 184,000 |
| Jack W Gullahorn PC | Political Consultant | 40,439 | 13,480 | 40,439 | 662,006 | 662,006 |
| Jackson Gilmour & Dobbs, PC | Regulatory - Environmental | 90,000 | 30,000 | 90,000 | 375,050 | 375,050 |
| Jackson Kelly PLLC | Regulatory - MSHA/OSHA | 29,601 | 9,867 | 29,601 | 169,551 | 169,551 |
| Jackson Lewis, P.C. | Legal Advice - Labor and Employment | - | - | - | 19,563 | 19,563 |
| Jackson Sjoberg Mccarthy | Real Estate Mining | 19,715 | 6,572 | 19,715 | 292,442 | 292,442 |
| John Hildreth | Political Consultant | - | - | - | 200,000 | 200,000 |
| John Sherwood | Collections for TXU | 991 | 330 | 991 | 9,084 | 9,084 |
| Kelly Hart & Hallman | Litigation - Environmental and General | - | - | - | - | - |
| Kyle Bibb | Federal Income Tax Advice | 40,663 | 13,554 | 40,663 | 246,013 | 246,013 |
| Lam Lyn & Philip PC | Collections for TXU | - | - | - | 4,085 | 4,085 |
| Laurie Fenstemaker Pair | Ethics Consultant | 11,400 | 3,800 | 11,400 | 125,233 | 125,233 |
| Law Offices Of Dan Gus | Litigation - General | 5,450 | 1,817 | 5,450 | 13,475 | 13,475 |
| LeClairRyan | Retail Advice | 28,330 | 9,443 | 28,330 | 46,987 | 46,987 |
| Lillard Wise Szygenda PLLC | Litigation - General | - | - | - | 3,792 | 3,792 |
| Lisa Garcia | Political Consultant | 15,000 | 5,000 | 15,000 | 182,581 | 182,581 |
| Littler Mendelson PC | Employment Litigation | 30,356 | 10,119 | 30,356 | 321,354 | 321,354 |
| Locke Lord Bissell & Liddell | Benefits Advice | 13,433 | 4,478 | 13,433 | 244,899 | 244,899 |
| LPI Consulting Inc | Consulting Services | 20,000 | 6,667 | 20,000 | 240,000 | 240,000 |
| Madison Group LLC | Consulting Services | 56,266 | 18,755 | 56,266 | 473,921 | 473,921 |
| McConnell & Jones LLP | Employee Benefits Auditor | - | - | - | 123,396 | 123,396 |
| McGivney & Kluger P.C | Litigation - Asbestos | - | - | - | 216 | 216 |
| McGlinchey Stafford PLLC | Bankruptcy for TXU | 6,558 | 2,186 | 6,558 | 138,613 | 138,613 |
| Mcguirewoods LLP | Federal Political Consultant | 44,076 | 14,692 | 44,076 | 487,526 | 487,526 |
| Mehlman Vogel Castagnetti Inc | Consulting Services | - | - | - | 240,000 | 240,000 |
| Mercer Global | 401k Consulting | - | - | - | 51,674 | 51,674 |
| Mgroup Strategies | Political Consultant | 41,808 | 13,936 | 41,808 | 322,733 | 322,733 |
| Mignon McGarry | Political Consultant | 28,500 | 9,500 | 28,500 | 218,500 | 218,500 |
| Mike Kelly | Political Consultant | - | - | - | 93,636 | 93,636 |
| Miller & Chevalier Chartered | Federal Income Tax and Benefits Legal Advice | 11,219 | 3,740 | 11,219 | 557,801 | 557,801 |
| Norton Rose Fulbright | Legal Counsel for Gross Receipts Tax Matters | - | - | - | 5,535 | 5,535 |
| O'Neill, Athy & Casey PC | Consulting Services | 15,000 | 5,000 | 15,000 | 180,000 | 180,000 |
| Perry Street Communications LLC | Financial communications | 44,350 | 14,783 | 44,350 | 388,479 | 388,479 |
| Phenix & Crump, PLLC | Local Counsel in Partition Actions | - | - | - | 4,407 | 4,407 |
| Phil Gamble | Political Consultant | 30,486 | 10,162 | 30,486 | 231,052 | 231,052 |
| Philips & Meachum Public Affairs | Political Consultant | 43,500 | 14,500 | 43,500 | 348,000 | 348,000 |
| Pillsbury Winthrop Shaw Pittman | Litigation - General | - | - | - | 12,214 | 12,214 |
| Polan Culley Advocacy Group | Political Consultant | 20,000 | 6,667 | 20,000 | 284,665 | 284,665 |
| Prickett Jones & Elliott PA | Delaware Corp. Law Advice | - | - | - | - | - |
| Public Strategies Inc | Consulting Services | - | - | - | - | - |
| Quintairos, Prieto, Wood & Boyer, P.A. | Collection Legal Services | - | - | - | - | - |
| R. H. Sweeney Associates | Leadership Development & Recruiting | - | - | - | - | - |
| Rajkovich Williams Kilpatrick & True | Mine Safety & Health Admin Litigation | 135 | 45 | 135 | 2,885 | 2,885 |

**Ordinary Course Professional Quarterly Statement of Payments**

|  |  | For the Postpetition Period of April 01, 2016 to June 30, 2016 | | | Aggregate Postpetition Payments Through June 30, 2016 | |
|---|---|---|---|---|---|---|
| **OCP** | **Service Description** | **Compensation for Services / Expense Reimbursement** [1] | **Average Monthly Compensation** | **Total Payments** | **Compensation for Services / Expense Reimbursement** [1] | **Total Payments** |
| Reed Smith | Litigation - General | - | - | - | - | - |
| Rissing Strategic | External Federal Lobbyist | - | - | - | 60,000 | 60,000 |
| Robert Half Finance & Accounting | Tax Consulting | - | - | - | 31,720 | 31,720 |
| Ryan LLC | Tax abatement/reduction strategies for new | - | - | - | - | - |
| Ryan Mackinnon Vasapoli & Berzok | Consulting Services | - | - | - | 305,732 | 305,732 |
| SAK Consulting, LLC | Tax Consulting | - | - | - | 36,419 | 36,419 |
| San Jacinto Consulting Group, LLC | Consulting Services | 33,000 | 11,000 | 33,000 | 239,250 | 239,250 |
| Scheef & Stone LLP | Bankruptcy Advice | - | - | - | 157,079 | 157,079 |
| SHL US Inc. | Recruiting | 14,415 | 4,805 | 14,415 | 28,830 | 28,830 |
| Simpson Thacher & Bartlett LLP | Corporate and Financing Advice | 60,403 | 20,134 | 60,403 | 150,962 | 150,962 |
| Slover & Loftus | Transportation Advice | 900 | 300 | 900 | 30,618 | 30,618 |
| Stroz Friedberg LLC | IT and Data Security Advisor | 29,674 | 9,891 | 29,674 | 484,957 | 484,957 |
| Susman Godfrey LLP | Litigation - General | 1,151 | 384 | 1,151 | 116,611 | 116,611 |
| Sutherland Asbill & Brennan LLP | Regulatory Advice | 33,834 | 11,278 | 33,834 | 267,996 | 267,996 |
| Swetman Baxter Massenburg LLC | Litigation - Asbestos | - | - | - | - | - |
| Talley & Associates | Consulting Services | - | - | - | 150,000 | 150,000 |
| The Beshear Group, Inc. | Public Relations and Community Affairs | - | - | - | 95,236 | 95,236 |
| The EOP Group | Consulting Services | - | - | - | 300,000 | 300,000 |
| The Schlueter Group | Political Consultant | - | - | - | 205,500 | 205,500 |
| The Willis Law Group, PLLC | Litigation - General | - | - | - | 3,658 | 3,658 |
| Thomas Long Niesen & Kennard | Regulatory Advice | - | - | - | 1,793 | 1,793 |
| TLG Services, Inc. | Nuclear Decommissioning Study | - | - | - | - | - |
| Towers Watson Pennsylvania, Inc. | Compensation Advisor | 2,793 | 931 | 2,793 | 701,152 | 701,152 |
| Travis Eugene Jernigan | Political Consultant | 24,167 | 8,056 | 24,167 | 334,177 | 334,177 |
| Weber Shandwick | Media relations, visual comm | - | - | - | 81,154 | 81,154 |
| Webfilings LLC | XBRL coding, application hosting | - | - | - | 73,814 | 73,814 |
| Winston & Strawn LLP | Regulatory Advice | 62,461 | 20,820 | 62,461 | 461,486 | 461,486 |
| Zolfo Cooper, LLC | Conflicts Matter Advisor | - | - | - | - | - |

1. For purposes of this report, includes aggregate amounts paid as compensation for services rendered and reimbursement of expenses incurred unless otherwise noted.
2. A notice of excess fees was filed on 3/28/2016 related to the three month service periods ending October 30, 2015 and February 29, 2016.