# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
|  | **Ref. Docket Nos. 8579 & 8580** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                     ) ss.:
COUNTY OF NEW YORK  )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 1, 2016, I caused to be served the:

   a) "Order Scheduling Omnibus Hearing Date," *regarding hearing on July 15, 2016*, dated June 1, 2016 [Docket No. 8579], and

   b) "Order Scheduling Omnibus Hearing Date," *regarding hearing on August 16, 2016*, dated June 1, 2016 [Docket No. 8580],

   by causing true and correct copies to be:

   i. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to the parties listed on the annexed Exhibit A, and

   ii. delivered via electronic mail to the parties listed on the annexed Exhibit B.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.


3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Forrest Kuffer

Sworn to before me this
3rd day of June, 2016

Notary Public

SIDNEY J. GARABATO
NOTARY PUBLIC, STATE OF NEW YORK
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 20___

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| ABRAMS & BAYLISS LLP | (COUNSEL TO GOLDMAN SACHS & CO) KEVIN G. ABRAMS & JOHN M. SEAMAN 20 MONTCHANIN RD STE 200 WILMINGTON DE 19807 |
| AKIN GUMP STRAUSS HAUER & FELD LLP | (COUNSEL TO AD HOC COMMITTEE OF EFIH UNSECURED NOTEHOLDERS AND EFIH SECOND LIEN DIP COMMITMENT) ATTN: IRA DIZENGOFF; ABID QURESHI; STEPHEN BALDINI MEREDITH LAHAIE; ROBERT BOLLER; CHRISTOPHER CARTY 1 BRYANT PARK NEW YORK NY 10036-6745 |
| AKIN GUMP STRAUSS HAUER & FELD LLP | (COUNSEL TO AD HOC COMMITTEE OF EFIH UNSECURED NOTEHOLDERS AND EFIH SECOND LIEN DIP COMMITMENT) ATTN: SCOTT ALBERINO; JOANNA NEWDECK ROBERT S. STRAUSS BUILDING 1333 NEW HAMPSHIRE AVE, NW WASHINGTON DC 20036-1564 |
| ALDINE INDEPENDENT SCHOOL DISTRICT | ATTN: COURTENEY F HARRIS ESQ 14910 ALDINE WESTFIELD RD HOUSTON TX 77032 |
| ALSTON & BIRD LLP | (COUNSEL TO SIMEIO) ATTN: SAGE M SIGLER ESQ ONE ATLANTIC CENTER 1201 W PEACHTREE ST STE 4900 ATLANTA GA 30309-3424 |
| AMERICAN STOCK TRANSFER & TRUST CO LLC | ATTN: GENERAL COUNSEL 6201 15TH AVE BROOKLYN NY 11219 |
| AMERICAN STOCK TRANSFER & TRUST CO LLC | ATTN: PAUL KIM 6201 15TH AVE BROOKLYN NY 11219 |
| ASHBY & GEDDES PA | (COUNSEL TO WILMINGTON SAVINGS/WSFS) ATTN: WILLIAM BOWDEN ESQ & GREGORY TAYLOR ESQ PO BOX 1150 WILMINGTON DE 19899 |
| BAKER BOTTS LLP | (COUNSEL TO CENTERPOINT) ATTN: JAMES PRINCE; OMAR J ALANIZ 2001 ROSS AVE DALLAS TX 75201-2980 |
| BALLARD SPAHR LLP | (COUNSEL TO LOUISIANA ENERGY & URENCO) ATTN: MATTHEW G SUMMERS ESQ 919 N MARKET ST 11TH FL WILMINGTON DE 19801 |
| BARNES & THORNBURG LLP | (COUNSEL TO GATX CORPORATION) ATTN: KEVIN G COLLINS ESQ 1000 N WEST ST STE 1500 WILMINGTON DE 19801 |
| BARNES & THORNBURG LLP | (COUNSEL TO GATX CORPORATION) ATTN: DAVID M POWLEN ESQ 1000 N WEST ST STE 1500 WILMINGTON DE 19801 |
| BARNES & THORNBURG LLP | (COUNSEL TO GATX) ATTN: KEVIN C DRISCOLL JR ESQ 1 N WACKER DR STE 4400 CHICAGO IL 60606-2833 |
| BAYARD PA | (COUNSEL TO CSC TRUST CO OF DELAWARE, SUCC TTEE UNDER THE TCEH 11.5% SR SECURED NOTES INDENTURE) ATTN: NEIL GLASSMAN ESQ 222 DELAWARE AVE STE 900 WILMINGTON DE 19801 |
| BENESCH FRIEDLANDER COPLAN & ARONOFF LLP | (COUNSEL TO THERMO FISHER) ATTN: KEVIN M. CAPUZZI 222 DELAWARE AVE STE 801 WILMINGTON DE 19801-1611 |
| BIELLI & KLAUDER LLC | (COUNSEL TO ENERGY FUTURE HOLDINGS CORP) ATTN: DAVID M KLAUDER ESQ & CORY P STEPHENSON ESQ 1204 N KING STREET WILMINGTON DE 19801 |
| BLANK ROME LLP | (COUNSEL TO WILMINGTON TRUST NA-FIRST LIEN AGENT) ATTN: MICHAEL B. SCHAEDLE ONE LOGAN SQUARE 130 N 18TH ST PHILADELPHIA PA 19103 |
| BLANK ROME LLP | (COUNSEL TO WILMINGTON TRUST NA-FIRST LIEN AGENT) ATTN: MICHAEL DEBAECHE; STANLEY TARR 1201 MARKET ST STE 800 WILMINGTON DE 19801 |
| BROWN & CONNERY LLP | (COUNSEL TO SAP INDUSTRIES INC) ATTN: DONALD K. LUDMAN 6 NORTH BROAD ST STE 100 WOODBURY NJ 08096 |
| BROWN RUDNICK LLP | (COUNSEL TO WILMINGTON SAVINGS/WSFS) ATTN: EDWARD WEISFELNER ESQ 7 TIMES SQUARE NEW YORK NY 10036 |
| BROWN RUDNICK LLP | ATTN: JEREMY B. COFFEY SEVEN TIMES SQUARE NEW YORK NY 10036 |
| BROWN RUDNICK LLP | (COUNSEL TO WILMINGTON SAVINGS/WSFS) ATTN: HOWARD SIEGEL ESQ 185 ASYLUM ST HARTFORD CT 06103 |
| BROWN RUDNICK LLP | (COUNSEL TO WILMINGTON SAVINGS/WSFS) ATTN: JEFFREY JONAS, ANDREW STREHLE ONE FINANCIAL CENTER BOSTON MA 02111 |
| BRYAN CAVE LLP | (COUNSEL TO INDENTURE TRUSTEE OF 11% & 11.75% SR) ATTN: STEPHANIE WICKOUSKI; MICHELLE MCMAHON 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| BRYAN CAVE LLP | ATTN: ROBERT E. PEDERSEN 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104-3300 |
| BUCHALTER NEMER, A PROFESSIONAL CORPORATION | (COUNSEL TO ORACLE AMERICA INC) ATTN: SHAWN M. CHRISTIANSON 55 SECOND ST 17TH FL SAN FRANCISCO CA 94105-3493 |
| BUCHANAN INGERSOLL & ROONEY PC | (COUNSEL TO CATERPILLAR FINANCIAL SERVICES CORP) ATTN: KATHLEEN A. MURPHY 919 N MARKET ST STE 1500 WILMINGTON DE 19801 |

| Claim Name | Address Information |
|---|---|
| CADWALADER WICKERSHAM & TAFT LLP | (COUNSEL TO DEF. MORGAN STANLEY CAPITAL GRP, INC.) ATTN: HOWARD R. HAWKINS, JR.; ELLEN M. HALSTEAD; MICHELE MAMAN & THOMAS J. CURTIN, ESQS. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| CHADBOURNE & PARKE LLP | (COUNSEL TO NEXTERA ENERGY RESOURCES LLC) ATTN: HOWARD SEIFE, DAVID M LEMAY AND CHRISTY RIVERA ESQS 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019-6022 |
| CHIPMAN BROWN CICERO & COLE LLP | (COUNSEL TO AD HOC COMMITTEE OF EFIH UNSECURED NOTEHOLDERS AND EFIH SECOND LIEN DIP COMMITMENT) ATTN: WILLIAM CHIPMAN JR ESQ; MARK OLIVERE ESQ 1007 N ORANGE ST STE 1110 WILMINGTON DE 19801 |
| CIARDI CIARDI & ASTIN | (COUNSEL TO ATMOS ENERGY; TXU 2007-1 RAILCAR, & RED BALL OXYGEN) ATTN: D ASTIN, J MCLAUGHLIN JR, J MCMAHON JR 1204 N KING STREET WILMINGTON DE 19801 |
| CITIBANK N.A. | ATTN: ZORI MIGLIORINI 388 GREENWICH ST 21ST FL NEW YORK NY 10013 |
| CITIBANK N.A. | ATTN: ERIC O LIGAN, VICE PRESIDENT 388 GREENWICH ST 32ND FL NEW YORK NY 10013 |
| CITIBANK N.A. | ATTN: RYAN FALCONER 388 GREENWICH STREET NEW YORK NY 10013 |
| CITIBANK N.A. | ATTN: OWEN COYLE 1615 BRETT ROAD, OPS III NEW CASTLE DE 19720 |
| CITIBANK N.A. | BANK LOAN SYNDICATIONS DEPARTMENT 1615 BRETT ROAD, BUILDING III NEW CASTLE DE 19720 |
| CITIBANK N.A. | ATTN: ANNEMARIE E PAVCO SECURITIES PROCESSING SENIOR ANALYST GLOBAL LOANS, 1615 BRETT RD., OPS III NEW CASTLE DE 19720 |
| CITY OF FORT WORTH | ATTN: CHRISTOPHER B. MOSLEY 1000 THROCKMORTON ST FORT WORTH TX 76102 |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | (COUNSEL TO J ARON & COMPANY) ATTN: THOMAS MOLONEY; SEAN O'NEAL; HUMAYUN KHALID ONE LIBERTY PLAZA NEW YORK NY 10006 |
| COHEN & GRIGSBY, PC | (COUNSEL TO NOVA CHEMICALS INC) ATTN: THOMAS D. MAXSON 625 LIBERTY AVE PITTSBURGH PA 15222-3152 |
| COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TX | OFFICE OF THE TEXAS ATTORNEY GENERAL BANKRUPTCY & COLLECTIONS DIVISION ATTN: RACHEL OBALDO & JOHN MARK STERN PO BOX 12548 AUSTIN TX 78711-2548 |
| COMPUTERSHARE | ATTN: TINA VITALE, BA; LL.B. 480 WASHINGTON BLVD JERSEY CITY NJ 07310 |
| COMPUTERSHARE TRUST COMPANY OF CANADA | ATTN: ALESSANDRA PANSERA 1500 ROBERT-BOURASSA BOULEVARD, 7TH FLOOR MONTREAL QC H3A 3S8 CANADA |
| COWLES & THOMPSON | (COUNSEL TO ATMOS ENERGY CORPORATION) ATTN: STEPHEN C. STAPLETON BANK OF AMERICA PLAZA 901 MAIN ST STE 3900 DALLAS TX 75202 |
| COZEN O'CONNOR | (COUNSEL TO J ARON & COMPANY) ATTN: MARK E. FELGER 1201 N MARKET ST STE 1001 WILMINGTON DE 19801 |
| CROSS & SIMON LLC | (COUNSEL TO FIDELITY MANAGEMENT & RESEARCH CO) ATTN: MICHAEL J JOYCE ESQ 1105 N MARKET ST STE 901 WILMINGTON DE 19801 |
| CSC TRUST COMPANY OF DELAWARE | ATTN: SANDRA E HORWITZ MANAGING DIRECTOR 2711 CENTERVILLE RD STE 400 WILMINGTON DE 19808 |
| DAVIS POLK & WARDWELL LLP | (COUNSEL TO GOLDMAN SACHS, ET AL) ATTN: MARSHALL HUEBNER; BENJAMIN KAMINETZKY; ELLIOT MOSKOWITZ; DAMON MEYER 450 LEXINGTON AVE NEW YORK NY 10017 |
| DECHERT LLP | (COUNSEL TO MUDRICK CAPITAL MANAGEMENT, L.P.) ATTN: MICHAEL J. SAGE & ANDREW C. HARMEYER) 1095 AVENUE OF THE AMERICAS NEW YORK NY 10036-6797 |
| DECHERT LLP | (COUNSEL TO MUDRICK CAPITAL MANAGEMENT, L.P.) ATTN: G. ERIC BRUNSTAD, JR. 90 STATE HOUSE SQUARE HARTFORD CT 06103-3702 |
| DECHERT LLP | (COUNSEL TO MUDRICK CAPITAL MANAGEMENT, L.P.) ATTN: KATE O'KEEFFE ONE INTERNATIONAL PLACE 40TH FLOOR 100 OLIVER STREET BOSTON MA 02110-2605 |
| DEUTSCHE BANK | ATTN: MARCUS M TARKINGTON 60 WALL STREET (NYCC60-0266) NEW YORK NY 10005-2836 |
| DLA PIPER LLP (US) | (COUNSEL TO DEF. MORGAN STANLEY CAPITAL GRP INC) ATTN: ASHLEY R. ALTSCHULER; R.CRAIG MARTIN 1201 N MARKET ST STE 2100 WILMINGTON DE 19801 |
| DORSEY & WHITNEY DELAWARE LLP | (COUNSEL TO U.S. BANK NATIONAL ASSOCIATION) ATTN: ERIC LOPEZ SCHNABEL, ROBERT W. MALLARD & ALESSANDRA GLORIOSO 300 DELAWARE AVE STE 1010 WILMINGTON DE 19801 |
| DRINKER BIDDLE & REATH LLP | (COUNSEL TO CITIBANK NA, TCEH DIP AGENT) ATTN: HOWARD A. COHEN & ROBERT K. MALONE 222 DELAWARE AVE STE 1410 WILMINGTON DE 19801-1621 |
| DYKEMA GOSSETT PLLC | (COUNSEL TO TEX-LA ELECTRIC COOPERATIVE OF TEXAS) ATTN: JEFFREY R FINE ESQ 1717 MAIN ST STE 4200 DALLAS TX 75201 |

| Claim Name | Address Information |
|---|---|
| EMC CORPORATION | C/O RECEIVABLE MANAGEMENT SERVICES (RMS) ATTN: RONALD L ROWLAND ESQ, AGENT 305 FELLOWSHIP RD STE 100 MOUNT LAUREL NJ 08054 |
| EPIQ BANKRUPTCY SOLUTIONS LLC | (CLAIMS AGENT) ATTN: JAMES KATCHADURIAN, E.V.P. 777 THIRD AVE 12TH FL NEW YORK NY 10017 |
| EPSTEIN BECKER & GREEN PC | (COUNSEL TO BENBROOKE) ATTN: WENDY G MARCARI ESQ & STEPHANIE LERMAN ESQ 250 PARK AVE NEW YORK NY 10017 |
| FISHER BOYD JOHNSON & HUGUENARD LLP | (COUNSEL TO MILAM APPRAISAL DISTRICT) ATTN: BERNARD G JOHNSON III ESQ & WAYNE FISHER ESQ 2777 ALLEN PKWY 14TH FL HOUSTON TX 77019 |
| FOLEY & LARDNER LLP | (COUNSEL TO UMB BANK, INDENTURE TRUSTEE) ATTN: HAROLD KAPLAN ESQ, MARK HEBBELN ESQ LARS PETERSON ESQ 321 N CLARK ST STE 2800 CHICAGO IL 60654-5313 |
| FOX ROTHSCHILD LLP | (COUNSEL TO AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS) ATTN: JEFFREY SCHLERF; JOHN STROCK; L. JOHN BIRD 919 N MARKET ST STE 300 WILMINGTON DE 19801 |
| FRANKGECKER LLP | (COUNSEL TO EXPERIAN; THE PI LAW FIRMS/ASBESTOS) ATTN: JOSEPH D FRANK ESQ AND REED HEILIGMAN ESQ 325 N LASALLE ST STE 625 CHICAGO IL 60654 |
| FRANKGECKER LLP | (COUNSEL TO THE PI LAW FIRMS/ASBESTOS CLAIMANTS) ATTN: FRANCES GECKER ESQ 325 N LASALLE ST STE 625 CHICAGO IL 60654 |
| FRIED FRANK HARRIS SHRIVER & JACOBSON LLP | (COUNSEL TO FIDELITY MANGEMENT & RESEARCH CO) ATTN: BRAD E SCHELER ESQ, GARY L KAPLAN ESQ MATTHEW M ROOSE ESQ ONE NEW YORK PLAZA NEW YORK NY 10004 |
| GARDERE WYNNE SEWELL LLP | (COUNSEL TO ROMCO EQUIPMENT CO) ATTN: JOHN P. MELKO & MICHAEL K. RIORDAN 1000 LOUISIANA, STE 3400 HOUSTON TX 77002 |
| GAY MCCALL ISAACKS GORDON & ROBERTS PC | (COUNSEL TO GARLAND INDEPENDENT SCHOOL DISTRICT & CITY OF GARLAND) ATTN: DUSTIN L BANKS ESQ 1919 S SHILOH RD STE 310 LB 40 GARLAND TX 75042 |
| GAY MCCALL ISAACKS GORDON & ROBERTS PC | (COUNSEL TO COLLIN COUNTY) ATTN: DAVID MCCALL ESQ 777 E 15TH ST PLANO TX 75074 |
| GELLERT SCALI BUSENKELL & BROWN LLC | (COUNSEL TO AURELIUS) ATTN: MICHAEL G. BUSENKELL 1201 N ORANGE ST STE 300 WILMINGTON DE 19801 |
| GIBBONS PC | (COUNSEL TO VEOLIA) ATTN: DALE E BARNEY ESQ ONE GATEWAY CENTER NEWARK NJ 07102-5310 |
| GIBBONS PC | (COUNSEL TO VEOLIA) ATTN: NATASHA M SONGONUGA ESQ 1000 N WEST ST STE 1200 WILMINGTON DE 19801-1058 |
| GLAST PHILLIPS & MURRAY PC | (COUNSEL TO RED BALL OXYGEN COMPANY) ATTN: JONATHAN L HOWELL PLLC 14801 QUORUM DR STE 500 DALLAS TX 75254 |
| GOODWIN PROCTER LLP | (COUNSEL TO AURELIUS CAPITAL MANAGEMENT LP) ATTN: WILLIAM P. WEINTRAUB; KIZZY L. JARASHOW THE NEW YORK TIMES BUILDING 620 EIGHTH AVENUE NEW YORK NY 10018 |
| GREER HERZ & ADAMS LLP | (COUNSEL TO SOMERVELL CAD) ATTN: ANDREW J MYTELKA ESQ, MICHAEL ADAMS ESQ J SCOTT ANDREWS ESQ, JAMES M ROQUEMORE ESQ 1 MOODY PLAZA 18TH FL GALVESTON TX 77550 |
| HAYNES AND BOONE LLP | (COUNSEL TO AIRGAS USA LLC) ATTN: JONATHAN HOOK 30 ROCKEFELLER CENTER, 26TH FL NEW YORK NY 10112 |
| HAYNES AND BOONE LLP | (COUNSEL TO BNSF RAILWAY COMPANY) ATTN: IAN T PECK ESQ 301 COMMERCE ST STE 2600 FORT WORTH TX 76102 |
| HAYNES AND BOONE LLP | (COUNSEL TO AIRGAS USA LLC) ATTN: PATRICK L HUGHES 1221 MCKINNEY ST STE 2100 HOUSTON TX 77010 |
| HILLER & ARBAN LLC | (COUNSEL TO STEAG) ATTN: ADAM HILLER ESQ, BRIAN ARBAN ESQ JOHNNA M DARBY ESQ 1500 N FRENCH ST 2ND FL WILMINGTON DE 19801 |
| HINCKLEY ALLEN | (COUNSEL TO INVENSYS SYSTEMS INC) ATTN: JENNIFER V. DORAN 28 STATE ST BOSTON MA 02109 |
| HOGAN MCDANIEL | (COUNSEL TO THE RICHARDS GROUP; PI LAW FIRMS/ ASBESTOS CLAIMANTS) ATTN: DANIEL K HOGAN ESQ 1311 DELAWARE AVE WILMINGTON DE 19806 |
| HOGAN MCDANIEL | (COUNSEL TO AD HOC GROUP OF EFH LEGACY NOTEHOLDER) ATTN: GARVAN F MCDANIEL ESQ 1311 DELAWARE AVE WILMINGTON DE 19806 |
| HOLLAND & KNIGHT LLP | (COUNSEL TO TEX-LA ELECTRIC COOPERATIVE OF TEXAS) ATTN: CHRISTINE C RYAN ESQ 800 17TH ST NW STE 1100 WASHINGTON DC 20006 |
| INTERNAL REVENUE SERVICE | PO BOX 7346 PHILADELPHIA PA 19101-7346 |

| Claim Name | Address Information |
|---|---|
| INTERNAL REVENUE SERVICE | DEPARTMENT OF THE TREASURY OGDEN UT 84201 |
| JACKSON WALKER LLP | (COUNSEL TO HOLT TEXAS LTD D/B/A HOLT CAT) ATTN: MONICA S. BLACKER 2323 ROSS AVE STE 600 DALLAS TX 75201 |
| JACKSON WALKER LLP | (COUNSEL TO MILAM APPRAISAL DISTRICT) ATTN: BRUCE J RUZINSKY ESQ & MATTHEW D CAVENAUGH ESQ 1401 MCKINNEY ST STE 1900 HOUSTON TX 77010 |
| JACKSON WALKER LLP | (COUNSEL TO HOLT TEXAS LTD D/B/A HOLT CAT) ATTN: J. SCOTT ROSE WESTON CENTRE 112 E PECAN ST STE 2400 SAN ANTONIO TX 78205 |
| JONES DAY | (COUNSEL TO ONCOR) ATTN: PATRICIA VILLAREAL 2727 N HARWOOD STREET DALLAS TX 75201 |
| KASOWITZ BENSON TORRES & FRIEDMAN LLP | (COUNSEL TO AD HOC GROUP OF EFH LEGACY NOTEHOLDER) ATTN: DAVID ROSNER, ANDREW GLENN, DANIEL FLIMAN 1633 BROADWAY NEW YORK NY 10019 |
| KELLEY DRYE & WARREN LLP | (COUNSEL TO CSC TRUST OF DE, AS PROPOSED SUCC INDENTURE TTEE FOR 7.46% & 7.48% TCEH SECURED FACILITY BONDS) ATTN: JAMES CARR, BENJAMINN FEDER, GILBERT SAYDAH 101 PARK AVE NEW YORK NY 10178 |
| KELLY HART & HALLMAN LLP | (COUNSEL TO ONCOR STEERING COMMITTEE) ATTN: MICHAEL MCCONNELL ESQ & CLAY TAYLOR ESQ KATHERINE THOMAS ESQ 201 MAIN ST STE 2500 FORT WORTH TX 76102 |
| KLEHR HARRISON HARVEY BRANZBURG LLP | (COUNSEL TO UMB BANK N.A. INDENTURE TRUSTEE) ATTN: RAYMOND H LEMISCH ESQ 919 MARKET ST STE 1000 WILMINGTON DE 19801 |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | (COUNSEL TO INDENTURE TRUSTEE OF 11% & 11.75% SR) ATTN: THOMAS MOERS MAYER; GREGORY HOROWITZ; JOSHUA BRODY; PHILIP BENTLEY 1177 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| LACKEY HERSHMAN LLP | (COUNSEL TO THE RICHARDS GROUP INC) ATTN: JAMIE R WELTON ESQ 3102 OAK LAWN AVE STE 777 DALLAS TX 75219 |
| LANDIS RATH & COBB LLP | (COUNSEL TO MARATHON MGMT, ALCOA AND NEXTERA ENERGY RESOURCES) ATTN: ADAM G LANDIS ESQ, MATTHEW B MCGUIRE ESQ 919 MARKET ST STE 1800 WILMINGTON DE 19801 |
| LAW DEBENTURE TRUST COMPANY OF NEW YORK | ATTN: FRANK GODINO, VP 400 MADISON AVE STE 4D NEW YORK NY 10017 |
| LAW OFFICE OF CURTIS A HEHN | (COUNSEL TO SOMERVELL CAD) ATTN: CURTIS A HEHN ESQ 1000 N WEST ST STE 1200 WILMINGTON DE 19801 |
| LAW OFFICE OF PATRICIA WILLIAMS PREWITT | (COUNSEL TO TARGA GAS MARKETING; KINDER MORGAN TEXAS PIPELINE; KINDER MORGAN TEJAS PIPELINE LLCS; NAT. GAS PIPELINE CO OF AMERICA; EL PASO NAT. GAS) ATTN: PATRICIA WILLIAMS PREWITT 10953 VISTA LAKE COURT NAVASOTA TX 77868 |
| LAW OFFICES OF ROBERT E LUNA PC | (COUNSEL TO CARROLLTON-FARMERS BRANCH ISD) ATTN: DANIEL K BEARDEN ESQ 4411 N CENTRAL EXPRESSWAY DALLAS TX 75205 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | (COUNSEL TO TARRANT & DALLAS COUNTY) ATTN: ELIZABETH WELLER ESQ 2777 N STEMMONS FWY STE 1000 DALLAS TX 75207 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | (COUNSEL TO HARRIS, ANGELINA & FORT BEND COUNTIES) ATTN: JOHN P DILLMAN ESQ PO BOX 3064 HOUSTON TX 77253-3064 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | (COUNSEL TO WALNUT SPRINGS ISD, FRANKLIN ISD, ROBERTSON CTY, LEE CTY, MCLENNAN CTY, FALLS CTY, ROUND ROCK ISD, NEUCES CTY, LIMESTONE CTY) ATTN: DIANE WADE SANDERS PO BOX 17428 AUSTIN TX 78760 |
| LLOYD GOSSELINK ROCHELLE & TOWNSEND PC | (COUNSEL TO ONCOR STEERING COMMITTEE) ATTN: GEOFFREY GAY ESQ 816 CONGRESS AVE STE 1900 AUSTIN TX 78701 |
| LOCKE LORD LLP | (COUNSEL TO BP AMERICA PRODUCTION CO) ATTN: C. DAVIN BOLDISSAR ESQ 601 POYDRAS ST STE 2660 NEW ORLEANS LA 70130 |
| LOCKE LORD LLP | (COUNSEL TO AMECO, FLUOR, & AMERICAN EQUIPMENT) ATTN: PHILIP EISENBERG ESQ 2800 JPMORGAN CHASE TOWER 600 TRAVIS HOUSTON TX 77002 |
| LOWER COLORADO RIVER AUTHORITY | LOWER COLORADO RIVER AUTHORITY TRANSMISSION SERVICES CORPORATION (LCRA TSC) LEGAL SERVICES ATTN: WILLIAM T. MEDAILLE PO BOX 220 AUSTIN TX 78767 |
| MANION GAYNOR & MANNING LLP | (COUNSEL TO ONCOR STEERING COMMITTEE) ATTN: MARC PHILLIPS ESQ THE NEMOURS BUILDING 1007 N ORANGE ST 10TH FL WILMINGTON DE 19801 |
| MARGOLIS EDELSTEIN | (COUNSEL TO URS ENERGY & CONSTRUCTION INC) ATTN: JAMES E. HUGGETT & AMY D. BROWN 300 DELAWARE AVE STE 800 WILMINGTON DE 19801 |
| MASLON EDELMAN BORMAN & BRAND LLP | (COUNSEL TO U.S. BANK NATIONAL ASSOCIATION) ATTN: CLARK T. WHITMORE, ANA CHILINGARISHVILI 90 S SEVENTH ST STE 3300 MINNEAPOLIS MN 55402 |

| Claim Name | Address Information |
|---|---|
| MCCREARY VESELKA BRAGG & ALLEN PC | (COUNSEL TO TEXAS AD VALOREM TAXING JURISDICTIONS) ATTN: LEE GORDON PO BOX 1269 ROUND ROCK TX 78680 |
| MCELROY DEUTSCH MULVANEY & CARPENTER LLP | (COUNSEL TO TCEH DEBTORS) ATTN: DAVID P PRIMACK ESQ 300 DELAWARE AVE STE 770 WILMINGTON DE 19801 |
| MCKOOL SMITH | (COUNSEL TO ALCOA) ATTN: PETER S. GOODMAN; MICHAEL R. CARNEY ONE BRYANT PARK, 47TH FL NEW YORK NY 10036 |
| MCKOOL SMITH | (COUNSEL TO ALCOA) ATTN: PAUL D. MOAK, ESQ. 600 TRAVIS ST STE 7000 HOUSTON TX 77002 |
| MICHAEL G. SMITH | (COUNSEL TO VALERO TEXAS POWER MARKETING INC) 111 N 6TH ST PO BOX 846 CLINTON OK 73601 |
| MILBANK TWEED HADLEY & MCCLOY LLP | (COUNSEL TO CITIBANK NA, TCEH DIP AGENT) ATTN: DENNIS F DUNNE ESQ, EVAN R FLECK ESQ 28 LIBERTY ST NEW YORK NY 10005-1413 |
| MISSOURI DEPARTMENT OF REVENUE | BANKRUPTCY UNIT ATTN: STEVEN A. GINTHER PO BOX 475 JEFFERSON CITY MO 65105-0475 |
| MONTGOMERY MCCRACKEN WALKER & RHOADS LLP | (COUNSEL TO EFH CREDITORS COMMITTEE) ATTN: NATALIE D RAMSEY ESQ, DAVIS LEE WRIGHT ESQ MARK A FINK ESQ, SIDNEY S LIEBESMAN ESQ 1105 N MARKET ST 15TH FL WILMINGTON DE 19801 |
| MORGAN LEWIS BOCKIUS LLP | (COUNSEL TO PACFIC INVESTMENT MGMT CO/PIMCO) ATTN: JULIA FROST-DAVIES ESQ, C. CARTER ESQ 1 FEDERAL ST BOSTON MA 02110-1726 |
| MORRIS JAMES LLP | (COUNSEL TO LAW DEBENTURE TRUST COMPANY OF NY) ATTN: STEPHEN M MILLER ESQ PO BOX 2306 WILMINGTON DE 19899-2306 |
| MORRIS NICHOLS ARSHT & TUNNELL LLP | (COUNSEL TO THE "EFH EQUITY INTEREST HOLDERS") ATTN: DERK ABBOTT; ANDREW REMMING; ERIN FAY 1201 N MARKET ST STE 1600 WILMINGTON DE 19801 |
| MORRISON & FOERSTER LLP | (COUNSEL TO TCEH CREDITORS COMMITTEE) ATTN: JAMES PECK ESQ, BRETT H MILLER ESQ LORENZO MARINUZZI ESQ 250 W 55TH ST NEW YORK NY 10019 |
| MUNGER TOLLES & OLSON LLP | (COUNSEL TO TCEH DEBTORS) ATTN: THOMAS B WALPER ESQ, TODD J ROSEN ESQ; SETH GOLDMAN ESQ; JOHN W SPIEGEL ESQ 355 S GRAND AVE 35TH FL LOS ANGELES CA 90071 |
| MUNSCH HARDT KOPF & HARR PC | (COUNSEL TO ELECTRIC RELIABILITY COUNCIL OF TEXAS/ ERCOT) ATTN: KEVIN M LIPPMAN ESQ 500 N AKARD ST STE 3800 DALLAS TX 75201-6659 |
| MUNSCH HARDT KOPF & HARR PC | (COUNSEL TO ELECTRIC RELIABILITY COUNCIL OF TEXAS/ ERCOT) ATTN: RUSSELL L MUNSCH ESQ 303 COLORADO ST STE 2600 AUSTIN TX 78701-3924 |
| NAMAN HOWELL SMITH & LEE PLLC | (COUNSEL TO BUFFALO INDUSTRIAL SUPPLY INC) ATTN: KERRY L HALIBURTON ESQ PO BOX 1470 WACO TX 76703-1470 |
| NELSON MULLINS RILEY & SCARBOROUGH LLP | (COUNSEL TO MICHELIN NORTH AMERICA INC) ATTN: JODY A. BEDENBAUGH AND GEORGE B. CAUTHEN 1320 MAIN ST 17TH FL PO BOX 11070 (29211) COLUMBIA SC 29201 |
| NIXON PEABODY | (COUNSEL TO AMERICAN STOCK TRANSFER & TRUST CO) ATTN: RICHARD C PEDONE ESQ; AMANDA D DARWIN ESQ 100 SUMMER ST BOSTON MA 02110 |
| O'MELVENY & MYERS LLP | (COUNSEL TO APOLLO GLOBAL MANAGEMENT LLC) ATTN: GEORGE A. DAVIS 7 TIMES SQUARE NEW YORK NY 10036 |
| O'MELVENY & MYERS LLP | (COUNSEL TO ANGELO GORDON, APOLLO, AND BROOKFIELD) ATTN: DANIEL S SHAMAH ESQ 7 TIMES SQUARE NEW YORK NY 10036 |
| O'MELVENY & MYERS LLP | (COUNSEL TO ANGELO GORDON, APOLLO, AND BROOKFIELD) ATTN: PETER FRIEDMAN ESQ AND ANDREW SORKIN ESQ 1625 EYE ST, NW WASHINGTON DC 20006 |
| OFFICE OF THE TEXAS ATTORNEY GENERAL | (COUNSEL TO PUBLIC UTILITY COMMISSION OF TEXAS) ATTN: HAL MORRIS & ASHLEY BARTRAM BANKRUPTCY REGULATORY SECTION BANKRUPTCY & COLLECTIONS DIVISION PO BOX 12548 AUSTIN TX 78711-2548 |
| OFFICE OF THE TEXAS ATTORNEY GENERAL | (COUNSEL TO TEXAS COMMISSION ON ENVIRONMENTAL QUALITY & RAILROAD COMMISSION) ATTN: HAL F MORRIS ESQ & ASHLEY BARTRAM ESQ BANKRUPTCY REGULATORY SECTION BANKRUPTCY & COLLECTIONS DIVISION PO BOX 12548 AUSTIN TX 78711-2548 |
| OFFICE OF THE UNITED STATES ATTORNEY | ATTN: ELLEN SLIGHTS ESQ PO BOX 2046 WILMINGTON DE 19899-2046 |
| OFFICE OF THE UNITED STATES TRUSTEE | U.S. FEDERAL OFFICE BUILDING ATTN: ANDREA SCHWARTZ 201 VARICK STREET, SUITE 1006 NEW YORK NY 10014 |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: RICHARD L. SCHEPACARTER J. CALEB BOGGS FEDERAL BUILDING 844 KING STREET, SUITE 2207 - LOCKBOX #35 WILMINGTON DE 19801 |

| Claim Name | Address Information |
|---|---|
| PACHULSKI STANG ZIEHL & JONES LLP | (COUNSEL TO INDENTURE TRUSTEE OF 11% & 11.75% SR) ATTN: LAURA DAVIS JONES ESQ; ROBERT FEINSTEIN ESQ PO BOX 8705 WILMINGTON DE 19899 |
| PATTERSON BELKNAP WEBB & TYLER LLP | (COUNSEL TO LAW DEBENTURE TRUST COMPANY OF NY) ATTN: DANIEL A LOWENTHAL ESQ; CRAIG W DENT ESQ BRIAN P GUINEY ESQ 1133 AVENUE OF THE AMERICAS NEW YORK NY 10036-6710 |
| PAUL WEISS RIFKIND WHARTON & GARRISON LLP | (COUNSEL TO AD HOC COMMITTEE OF TCEH FIRST LIEN) ATTN: ALAN KORNBERG; KELLEY CORNISH; BRIAN HERMANN JACOB ADLERSTEIN 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| PENSION BENEFIT GUARANTY CORPORATION (PBGC) | OFFICE OF THE CHIEF COUNSEL ATTN: DESIREE M AMADOR, ATTY 1200 K STREET, NW WASHINGTON DC 20005-4026 |
| PENSION BENEFIT GUARANTY CORPORATION (PBGC) | ATTN: JON CHATALIAN OFFICE OF THE CHIEF COUNSEL 1200 K STREET, NW WASHINGTON DC 20005-4026 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | (COUNSEL TO SOMERVELL COUNTY ET AL) ATTN: ELIZABETH BANDA CALVO ESQ 500 E BORDER ST STE 640 ARLINGTON TX 76010 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | (COUNSEL TO YOUNG CTY, GRAHAM ISD, GRAHAM HOSPITAL DISTRICT & NORTH CENTRAL TEXAS COLLEGE DISTRICT) ATTN: JEANMARIE BAER PO BOX 8188 WICHITA FALLS TX 76307 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | (COUNSEL TO GALENA PARK ISD) ATTN: OWEN M SONIK ESQ 1235 N LOOP WEST STE 600 HOUSTON TX 77008 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | (COUNSEL TO ISD: CAMERON, THORNDALE, BUCKHOLTS, COPPERAS COVE, MCALLEN; HIDALGO COUNTY ET AL) ATTN: JOHN T BANKS ESQ 3301 NORTHLAND DR STE 505 AUSTIN TX 78731 |
| POLSINELLI PC | (COUNSEL TO TCEH CREDITORS COMMITTEE) ATTN: CHRISTOPHER WARD ESQ, JUSTIN EDELSON ESQ SHANTI KATONA ESQ 222 DELAWARE AVE STE 1101 WILMINGTON DE 19801 |
| POPE HARDWICKE CHRISTIE SCHELL KELLY & RAY LLP | (COUNSEL TO TARRANT REGIONAL WATER DISTRICT & NORTH TEXAS MUNICIPAL WATER DISTRICT) ATTN: MICHAEL L. ATCHLEY; MATTHEW T. TAPLETT 500 W 7TH ST STE 600 FORT WORTH TX 76102 |
| POTTER ANDERSON & CORROON LLP | (COUNSEL TO DEUTSCHE BANK, AGENT TO DIP FINANCING) ATTN: JEREMY RYAN ESQ 1313 N MARKET ST 6TH FL PO BOX 951 WILMINGTON DE 19801 |
| PROSKAUER ROSE LLP | (OF COUNSEL TO ENERGY FUTURE HOLDINGS CORP) ATTN: JEFF J MARWIL ESQ, MARK K THOMAS ESQ PETER J YOUNG ESQ THREE FIRST NATIONAL PLAZA 70 W MADISON ST STE 3800 CHICAGO IL 60602 |
| PURDUE AWSUMB & BAUDLER PA | (COUNSEL TO BARR ENGINEERING CO) ATTN: AMY R BAUDLER 4300 MARKETPOINTE DRIVE, STE 240 MINNEAPOLIS MN 55435 |
| QUARLES & BRADY LLP | (COUNSEL TO TXU 2007-1 RAILCAR LEASING LLC) ATTN: HOHN A. HARRIS; JASON D. CURRY RENAISSANCE ONE TWO N CENTRAL AVE PHOENIX AZ 85004-2391 |
| REED SMITH LLP | (COUNSEL TO BANK OF NEW MELLON, PCRB TRUSTEE) ATTN: SARAH K KAM ESQ 599 LEXINGTON AVE 22ND FL NEW YORK NY 10022 |
| REED SMITH LLP | (COUNSEL TO THE BANK OF NEW YORK MELLON AND THE BANK OF NEW YORK MELLON TRUST COMPANY NA, AS INDENTURE TRUSTEES) ATTN: KURT F GWYNNE; KIMBERLY E.C. LAWSON ESQS 1201 MARKET ST STE 1500 WILMINGTON DE 19801 |
| REED SMITH LLP | (COUNSEL TO THE BANK OF NEW YORK MELLON SOLELY IN ITS CAPACITY AS TTEE RE ENUMERATED TRUSTS) ATTN: RICHARD A ROBINSON ESQ 1201 MARKET ST STE 1500 WILMINGTON DE 19801 |
| REED SMITH LLP | (COUNSEL TO THE BANK OF NEW YORK MELLON SOLELY IN ITS CAPACITY AS TRUSTEE UNDER ENUMERATED TRUST) INDENTURE TRUSTEES) ATTN: ROBERT P SIMONS ESQ REED SMITH CENTRE 225 FIFTH AVE STE 1200 PITTSBURGH PA 15222 |
| RIDDELL WILLIAMS P.S. | (COUNSEL TO MICROSOFT) ATTN: JOSEPH E SHICKICH JR & TRAVIS D. DAILEY, ESQ 1001 - 4TH AVE STE 4500 SEATTLE WA 98154 |
| ROPES & GRAY LLP | ATTN: MARK R SOMERSTEIN 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704 |
| ROSS ARONSTAM & MORITZ LLP | (COUNSEL TO ANGELO GORDON, APOLLO, AND BROOKFIELD) ATTN: BRADLEY ARONSTAM, BENJAMIN SCHLADWEILER ESQS 100 S WEST ST STE 400 WILMINGTON DE 19801 |
| SATTERLEE STEPHENS BURKE & BURKE LLP | (COUNSEL TO MOODY'S ANALYTICS) ATTN: CHRISTOPHER R BELMONTE ESQ AND PAMELA A BOSSWICK ESQ 230 PARK AVE NEW YORK NY 10169 |

| Claim Name | Address Information |
|---|---|
| SAUL EWING LLP | (COUNSEL TO ELECTRIC RELIABILITY COUNCIL OF TEXAS/ ERCOT) ATTN: MARK MINUTI ESQ PO BOX 1266 WILMINGTON DE 19899 |
| SAUL EWING LLP | (COUNSEL TO JOHNSON MATTHEY) ATTN: LUCIAN B MURLEY ESQ 222 DELAWARE AVE STE 1200 WILMINGTON DE 19899 |
| SCHNADER HARRISON SEGAL & LEWIS LLP | (COUNSEL TO CCP CREDIT ACQUISITION/CENTERBRIDGE) ATTN: RICHARD A BARKASY ESQ 824 N MARKET ST STE 800 WILMINGTON DE 19801 |
| SECURITIES AND EXCHANGE COMMISSION | 100 F STREET, NE WASHINGTON DC 20549 |
| SEWARD & KISSEL LLP | (COUNSEL TO WILMINGTON TRUST NA, FIRST LIEN AGENT) ATTN: JOHN ASHMEAD, KALYAN DAS, ARLENE ALVES ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| SHEARMAN & STERLING LLP | (COUNSEL TO DEUTSCHE BANK, AGENT TO DIP FINANCING) ATTN: FREDERIC SOSNICK ESQ & NED SCHODEK ESQ 599 LEXINGTON AVE NEW YORK NY 10022 |
| SHEEHY LOVELACE & MAYFIELD, PC | (COUNSEL TO CENTRAL TEXAS SECURITY & FIRE EQUIPMENT, INC.) ATTN: STEVEN M. BURTON 510 N VALLEY MILLS DR STE 500 WACO TX 76710 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | (COUNSEL TO BOREALIS INFRASTRUCTURE) ATTN: JAY M GOFFMAN ESQ 4 TIMES SQUARE NEW YORK NY 10036-6522 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | (COUNSEL TO BOREALIS INFRASTRUCTURE MGMT INC) ATTN: MARK S CHEHI ESQ PO BOX 636 WILMINGTON DE 19899-0636 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | (COUNSEL TO BOREALIS INFRASTRUCTURE MGMT INC) ATTN: GEORGE N PANAGAKIS ESQ; CARL T TULLSON ESQ 155 N WACKER DR STE 2700 CHICAGO IL 60606-1720 |
| SMITH KATZENSTEIN & JENKINS LLP | (COUNSEL TO AIRGAS USA LLC & VALERO TEXAS POWER) ATTN: KATHLEEN M MILLER ESQ PO BOX 410 WILMINGTON DE 19899 |
| SNELL & WILMER LLP | (COUNSEL TO HEADWATERS RESOURCES INC) ATTN: DAVID E LETA ESQ 15 W SOUTH TEMPLE STE 1200 SALT LAKE CITY UT 84101-1547 |
| SQUIRE SANDERS (US) LLP | (COUNSEL TO ARCELORMITTLA USA LLC) ATTN: STEPHEN D. LERNER & ANDREW M. SIMON 221 E FOURTH ST STE 2900 CINCINNATI OH 45202 |
| STEFFES VINGIELLO & MCKENZIE LLC | (COUNSEL TO SETPOINT INTEGRATED SOLUTIONS) ATTN: NOEL STEFFES MELANCON ESQ 13702 COURSEY BLVD BLDG 3 BATON ROUGE LA 70817 |
| STREUSAND LANDON & OZBURN LLP | (COUNSEL TO ALLEN SHRODE) ATTN: SABRINA L. STREUSAND 811 BARTON SPRINGS RD STE 811 AUSTIN TX 78704 |
| SULLIVAN & CROMWELL LLP | (COUNSEL TO EFH CREDITORS COMMITTEE) ATTN: ANDREW G DIETDERICH, BRIAN D GLUECKSTEIN MICHAEL H TORKIN ESQS 125 BROAD ST NEW YORK NY 10004 |
| SULLIVAN HAZELTINE ALLINSON LLC | (COUNSEL TO HENRY PRATT COMPANY LLC) ATTN: ELIHU E. ALLINSON, III 901 N MARKET ST STE 1300 WILMINGTON DE 19801 |
| SUTHERLAND ASBILL & BRENNAN LLP | (COUNSEL TO TITUS COUNTY FRESH WATER SUPPLY DISTRICT NO. 1) ATTN: LINO MENDIOLA, III, ESQ. ONE AMERICAN CENTER 600 CONGRESS AVENUE, SUITE 2000 AUSTIN TX 78701 |
| TAYLOR ENGLISH DUMA LLP | (COUNSEL TO HENRY PRATT COMPANY LLC) ATTN: STEPHEN C GREENBERG ESQ 1600 PARKWOOD CIR STE 400 ATLANTA GA 30339 |
| TEXAS OFFICE OF PUBLIC UTILITY COUNSEL (OPUC) | BANKRUPTCY & COLLECTIONS DIVISION ATTN: JASON A STARKS, ASST ATTORNEY GENERAL PO BOX 12548 AUSTIN TX 78711-2548 |
| THE BANK OF NEW YORK MELLON | TRUST COMPANY ATTN: THOMAS VLAHAKIS,VP 385 RIFLE CAMP RD 3RD FL WOODLAND PARK NJ 07424 |
| THE BANK OF NEW YORK MELLON | TRUST COMPANY ATTN: RAFAEL MARTINEZ,VP - CSM 601 TRAVIS ST 16TH FL HOUSTON TX 77002 |
| THE BANK OF NEW YORK MELLON | TRUST COMPANY ATTN: DENNIS ROEMLEIN 601 TRAVIS ST 16TH FL HOUSTON TX 77002 |
| THE ROSNER LAW GROUP LLC | (COUNSEL TO MUDRICK CAPITAL MANAGEMENT LP) ATTN: FEDERICK B ROSNER ESQ & JULIA B KLEIN ESQ 824 MARKET ST STE 810 WILMINGTON DE 19801 |
| THE UNIVERSITY OF TEXAS SYSTEM | ON BEHALF OF THE UNIVERSITY OF TEXAS AT ARLINGTON OFFICE OF GENERAL COUNSEL ATTN: TRACI L COTTON ESQ 201 W SEVENTH ST AUSTIN TX 78701 |
| THOMPSON COBURN LLP | (COUNSEL TO MARTIN ENGINEERING COMPANY) ATTN: DAVID D. FARRELL ONE US BANK PLAZA, STE 3200 SAINT LOUIS MO 63101 |
| TRAVIS COUNTY | ATTN: KAY D. BROCK, ASSISTANT COUNTY ATTORNEY PO BOX 1748 AUSTIN TX 78767 |
| TROUTMAN SANDERS LLP | (COUNSEL TO WILMINGTON SAVINGS FUND SOCIETY, FSG, IN ITS CAPACITY AS SUCCESSOR |

| Claim Name | Address Information |
|---|---|
| TROUTMAN SANDERS LLP | INDENTURE TTEE/WSFS ATTN: HUGH MCDONALD, LOUIS CURCIO, BRETT GOODMAN 875 THIRD AVE NEW YORK NY 10022 |
| TUCKER ARENSBERG, PC | (COUNSEL TO THERMO FISHER) ATTN: JORDAN S. BLASK, LARA E. SHIPKOVITZ 1500 ONE PPG PLACE PITTSBURGH PA 15222 |
| TW TELECOM INC | ATTN: LINDA BOYLE 10475 PARK MEADOWS DR #400 LITTLETON CO 80124 |
| UMB BANK N.A. | ATTN: LAURA ROBERSON, VP 2 S BROADWAY STE 600 ST. LOUIS MO 63102 |
| UNION PACIFIC RAILROAD COMPANY | ATTN: MARY ANN KILGORE & JENNIE L. ANDERSON 1400 DOUGLAS ST STOP 1580 OMAHA NE 68179 |
| UNITED STATES DEPARTMENT OF JUSTICE | (COUNSEL TO THE UNITED STATES OF AMERICA) ATTN: ARI D KUNOFSKY ESQ & WARD W BENSON ESQ PO BOX 227 BEN FRANKLIN STATION WASHINGTON DC 20044 |
| UNITED STATES DEPARTMENT OF JUSTICE | (ON BEHALF OF UNITED STATES OF AMERICA, DEPT. OF AGRICULTURE, RURAL UTILITIES SERVICE) ATTN: MATTHEW J TROY ESQ CIVIL DIVISION PO BOX 875 BEN FRANKLIN STATION WASHINGTON DC 20044-0875 |
| UNITED STATES DEPARTMENT OF JUSTICE | (COUNSEL TO THE UNITED STATES OF AMERICA) FEDERAL COMMUNICATIONS COMMISSION ATTN: MATTHEW J TROY, CIVIL DIVISION PO BOX 875 BEN FRANKLIN STATION WASHINGTON DC 20044-0875 |
| UNITED STATES DEPARTMENT OF JUSTICE | (COUNSEL TO THE UNITED STATES OF AMERICA) ENVIRONMENTAL ENFORCEMENT SECTION, ENRD ATTN: ANNA GRACE AND BRANDON ROBERS, TRIAL ATTYS P.O. BOX 7611 WASHINGTON DC 20044-7611 |
| VARNUM LLP | (COUNSEL TO APPLABS) ATTN: MARY KAY SHAVER ESQ BRIDGEWATER PLACE PO BOX 352 GRAND RAPIDS MI 49501-0352 |
| VEDDER PRICE PC | (COUNSEL TO FIRST UNION RAIL CORPORATION) ATTN: MICHAEL L SCHEIN ESQ 1633 BROADWAY 47TH FL NEW YORK NY 10019 |
| VENABLE LLP | (COUNSEL TO PACIFIC INVESTMENT MANAGEMENT CO LLC) ATTN: JEFFREY S. SABIN ESQ 1270 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| VENABLE LLP | (COUNSEL TO PACIFIC INVESTMENT MANAGEMENT CO LLC) ATTN: JAMIE L. EDMONSON 1201 NORTH MARKET STREET WILMINGTON DE 19801 |
| WACHTELL LIPTON ROSEN & KATZ | (COUNSEL TO THE "EFH EQUITY INTEREST HOLDERS") ATTN: RICHARD MASON; EMIL KLEINHAUS; AUSTIN WITT 51 W 52ND ST NEW YORK NY 10019 |
| WEINSTEIN RADCLIFF LLP | (COUNSEL TO MARIO SINACOLA & SONS EXCAVATING INC) ATTN: GREGORY M WEINSTEIN ESQ 8350 N CENTRAL EXPY STE 1550 DALLAS TX 75206 |
| WEIR & PARTNERS LLP | (COUNSEL TO EVERCORE GROUP LLC) ATTN: JEFFREY S CIANCIULLI ESQ 824 N MARKET ST STE 800 WILMINGTON DE 19801 |
| WERB & SULLIVAN | (COUNSEL TO THE KANSAS CITY SOUTHERN RAILWAY) ATTN: "J" JACKSON SHRUM ESQ & DUANE D WERB ESQ PO BOX 25046 WILMINGTON DE 19899 |
| WHITE & CASE LLP | (COUNSEL TO AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS; AND LAW DEBENTURE) ATTN: J. CHRISTOPHER SHORE; GREGORY STARNER 1155 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| WHITE & CASE LLP | (COUNSEL TO AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS; AND LAW DEBENTURE) ATTN: THOMAS LAURIA ESQ; MATTHEW BROWN ESQ 200 S BISCAYNE BLVD STE 4900 MIAMI FL 33131 |
| WHITEFORD TAYLOR & PRESTON LLC | (COUNSEL TO SIMEIO) ATTN: L KATHERINE GOOD ESQ, CHATELLE D MCCLAMB ESQ THE RENAISSANCE CENTRE 405 N KING ST STE 500 WILMINGTON DE 19801 |
| WILMER CUTLER PICKERING HALE & DORR LLP | (COUNSEL TO MARATHON ASSET MGMT) ATTN: PHILIP ANKER ESQ & GEORGE SHUSTER ESQ 7 WORLD TRADE CENTER, 205 GREENWICH ST NEW YORK NY 10007 |
| WILMER CUTLER PICKERING HALE & DORR LLP | (COUNSEL TO CSC TRUST COMPANY OF DELAWARE AS IND. & COLLATERAL TTEE FOR 10% SR SECUR NOTES DUE 2020) ATTN: PHILIP D ANKER; CHARLES C PLATT; DENNIS L JENKINS & GEORGE W SHUSTER JR ESQ 7 WORLD TRADE CENTER 250 GREENWICH ST NEW YORK NY 10007 |
| WILMER CUTLER PICKERING HALE & DORR LLP | (COUNSEL TO MARATHON ASSET MGMT) ATTN: BENJAMIN LOVELAND ESQ 60 STATE ST BOSTON MA 02109 |
| WILMINGTON SAVINGS FUND SOCIETY | ATTN: PATRICK J HEALY 500 DELAWARE AVENUE WILMINGTON DE 19801 |
| WILMINGTON TRUST FSB | ATTN: JEFFREY T. ROSE 50 S SIXTH ST STE 1290 MINNEAPOLIS MN 55402 |
| WINSTON & STRAWN LLP | (COUNSEL TO CHICAGO BRIDGE & IRON COMPANY N.V.) ATTN: DAVID NEIER, ESQ. 200 |

| Claim Name | Address Information |
|---|---|
| WINSTON & STRAWN LLP | PARK AVE NEW YORK NY 10166 |
| WOMAC LAW | (COUNSEL TO 2603 AUGUST INVESTORS LP) ATTN: STACEY L KREMLING ESQ 8301 KATY FREEWAY HOUSTON TX 77024 |
| WOMBLE CARLYLE SANDRIDGE & RICE LLP | (COUNSEL TO CENTERPOINT) ATTN: MARK L DESGROSSEILLIERS 222 DELAWARE AVE STE 1501 WILMINGTON DE 19801 |
| WOMBLE CARLYLE SANDRIDGE & RICE LLP | (COUNSEL TO HOLT TEXAS LTD D/B/A HOLT CAT) ATTN: MARK L DESGROSSEILLIERS ESQ 222 DELAWARE AVE STE 1501 WILMINGTON DE 19801 |
| WOMBLE CARLYLE SANDRIDGE & RICE LLP | (COUNSEL TO AMECO, FLUOR, & AMERICAN EQUIPMENT) ATTN: KEVIN J MANGAN ESQS 222 DELAWARE AVE STE 1501 WILMINGTON DE 19801 |
| WOMBLE CARLYLE SANDRIDGE & RICE LLP | (COUNSEL TO ALLTITE) ATTN: KEVIN J MANGAN ESQ 222 DELAWARE AVE STE 1501 WILMINGTON DE 19801 |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | (COUNSEL TO AD HOC COMMITTEE OF TCEH FIRST LIEN) ATTN: PAULINE MORGAN; JOEL WAITE; RYAN BARTLEY; ANDREW MAGAZINER 1000 N KING ST WILMINGTON DE 19801 |

**Total Creditor count  217**

**EXHIBIT B**

ENERGY FUTURE HOLDINGS CORP., ET AL.
CONSENTED TO EMAIL FED. R. BANKR. P. RULE 2002 LIST PARTIES
EMAIL NOTICE

| Name | Counsel To / Attention | Email Address |
|---|---|---|
| BAILEY BRAUER PLLC | (COUNSEL TO PINNACLE TECHNICAL RESOURCES INC) ATTN: BENJAMIN L STEWART ESQ | bstewart@baileybrauer.com |
| BARNES & THORNBURG LLP | (COUNSEL TO COVERDYN) ATTN: PAULA J JACOBI ESQ | pjacobi@btlaw.com |
| BARNES & THORNBURG LLP | (COUNSEL TO COVERDYN & GATX CORPORATION) ATTN: KEVIN G COLLINS ESQ | Kevin.Collins@btlaw.com |
| CADWALADER, WICKERSHAM & TAFT LLP | (COUNSEL TO MORGAN STANLEY CAPITAL GROUP INC, AND FPL ENERGY PECOS WIND I LLC, FPL ENERGY PECOS WIND II LLC AND INDIAN MESA WIND FARM LLC) ATTN: MARK C ELLENBERG | mark.ellenberg@cwt.com |
| CRAVATH SWAINE & MOORE LLP | (COUNSEL TO ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC/EFIH) ATTN: MICHAEL A PASKIN ESQ | mpaskin@cravath.com; tbroad@cravath.com |
| CROWE & DUNLEVY, PC | (COUNSEL TO DEVON ENERGY) ATTN: JUDY HAMILTON MORSE ESQ | judy.morse@crowedunlevy.com |
| GREGORY D. WILLARD, ESQ. | (COUNSEL TO AUTOMATIC SYSTEMS, INC.) | gregoryd.willard@gmail.com |
| JENNER & BLOCK | (COUNSEL TO ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC/EFIH) ATTN: RICHARD LEVIN ESQ AND VINCENT E LAZAR ESQ | rlevin@jenner.com; vlazar@jenner.com |
| PERKINS COIE LLP | (COUNSEL TO DELAWARE TRUST COMPANY, AS SUCC TTEE UNDER TCEH 11.5% SENIOR SECURED NOTES INDENTURE) ATTN: TINA N MOSS ESQ | tmoss@perkinscoie.com |
| PINCKNEY, WEIDINGER, URBAN & JOYCE LLC | (COUNSEL TO AUTOMATIC SYSTEMS, INC.) ATTN: GREGORY T DONILON ESQ | gdonilon@pwujlaw.com |
| SEARCY & SEARCY PC | (COUNSEL TO D.COURTNEY CONSTRUCTION INC) ATTN: JASON R SEARCY ESQ AND JOSHUA P SEARCY ESQ | jsearcy@jrsearcylaw.com; joshsearcy@jrsearcylaw.com |
| STEPHEN SAKONCHICK II, PC | (COUNSEL TO RANGER EXCAVATING LP) | sakon@flash.net; ssakon@gmail.com |

| Total Creditor Count | 12 |
|---|---|
| Total Email Count | 16 |