IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------x
:
In re                                      :    Chapter 11
:
ENERGY FUTURE HOLDINGS CORP., ET AL.,      :    Case No. 14-10979 (CSS)
:
Debtors.                  :    (Jointly Administered)
---------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

I, Robert D. Terziyan, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the communications agent for the Official Committee of Unsecured Creditors, in the above-captioned cases.

On July 26, 2016, at my direction and under my supervision, employees of KCC caused the following document to be served via Overnight Mail on the service list attached hereto as **Exhibit A**:

- Monthly Application for Compensation (Twenty-Sixth) and Reimbursement of Expenses as Delaware Bankruptcy Counsel and Conflicts Counsel for the Official Committee of TCEH Unsecured Creditors for the period of June 1, 2016 to June 30, 2016 **[Docket No. 9005]**

Dated: June 27, 2016

/s/ Robert A. Terziyan
Robert A. Terziyan
Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 27th day of June, 2016, by Robert A. Terziyan, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

WITNESS my hand and official seal.

Signature: /s/ Leticia Sanchez

LETICIA SANCHEZ
Commission # 2130730
Notary Public - California
Los Angeles County
My Comm. Expires Oct 18, 2019

# Exhibit A

Exhibit A
Fee Application Service List - Overnight Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Party / Function |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp et al | Andrew W Wright Cecily Gooch | 1601 Bryan St 43rd Fl | | Dallas | TX | 75201 | Debtors |
| Kirkland and Ellis LLP | Brian E Schartz | 601 Lexington Ave | | New York | NY | 10022 | Counsel to the Debtors |
| Kirkland and Ellis LLP | Chad Husnick | 300 N LaSalle St | | Chicago | IL | 60654 | Counsel to the Debtors |
| Milbank Tweed Haldey et al | Evan Fleck Matthew Brod | 1 Chase Manhattan Plaza | | New York | NY | 10005 | Counsel for the agent of the TCEH DIP Financing Facility |
| MONTGOMERY MCCRACKEN WALKER & RHOADS LLP | ATTN NATALIE D RAMSEY DAVIS LEE WRIGHT MARK FINK | 1105 NORTH MARKET ST STE 1500 | | WILMINGTON | DE | 19801 | COUNSEL TO EFH UNSECURED COMMITTEE |
| Richards Layton and Finger | Daniel DeFranceschi Jason Madron | 920 N King St | | Wilmington | DE | 19801 | Co-Counsel to the Debtors |
| Sherman and Sterling | Ned Schodek Fredric Sosnick | 599 Lexington Ave | | New York | NY | 10022 | Counsel to for the Agent of the EFIH First Lien DIP Financing Facility |
| SULLIVAN & CROMWELL LLP | ANDREW G DIETDERICH BRIAN D GLUECKSTEIN MICHAEL H TORKIN | 125 BROAD STREET | | NEW YORK | NY | 10004 | COUNSEL TO EFH UNSECURED COMMITTEE |
| US Department of Justice | Andrea B Schwartz Office US Trustee | 201 Varick St Rm 1006 | US Federal Bldg | New York | NY | 10014 | Office of US Trustee |
| US Trustee Reg 3 R DeAngelis | Richard L Schepacarter | 844 King St Rm 2207 | J Caleb Boggs Fed Bldg | Wilmington | DE | 19801 | Office of US Trustee |

In re: Energy Future Holdings Corp., et al.
Case No. 14-10979 (CSS)

Page 1 of 1