**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) Case No. 14-10979 (CSS) |
|  | ) |
| Debtors.[1] | ) (Jointly Administered) |
|  | ) |
|  | ) **Re: D.I. 8358, 8514, 8745, 8883, 8972** |

**NOTICE OF FILING OF (I) "FORM OF TAX MATTERS AGREEMENT BY AND AMONG ENERGY FUTURE HOLDINGS CORP., ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC, EFIH FINANCE INC. AND [REORGANIZED TCEH]"; (II) "TRANSITION SERVICES AGREEMENT"; AND (III) "SEPARATION AGREEMENT" IN CONNECTION WITH CONFIRMATION PROCEEDINGS ON THE "SECOND AMENDED JOINT PLAN OF REORGANIZATION OF ENERGY FUTURE HOLDINGS CORP., *ET AL.*, PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE" [D.I. 8745] AS IT RELATES TO THE TCEH DEBTORS AND EFH SHARED SERVICES DEBTORS**

PLEASE TAKE NOTICE that, on May 1, 2016, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Motion of Energy Future Holdings Corp., et al., for Entry of an Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Joint Plan of Reorganization and The Approval of Debtors' Disclosure Statement* [D.I. 8358] (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). Pursuant to the Motion, the Debtors were seeking entry of an order scheduling certain dates and deadlines and establishing certain

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

protocols in connection with the confirmation of the Debtors' joint plan of reorganization and approval of the Debtors' related disclosure statement(s).

PLEASE TAKE FURTHER NOTICE THAT, following notice and a hearing, on May 24, 2016, the Bankruptcy Court entered the *Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Joint Plan of Reorganization and the Approval of Debtors' Disclosure Statement* [D.I. 8514] (as supplemented by D.I. 8883 and 8972, the "Scheduling Order").[2]

PLEASE TAKE FURTHER NOTICE THAT that, on June 16, 2016, the Debtors filed the *Second Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 8745] (as may be further amended, modified, or supplemented, the "Plan") and the *Third Amended Disclosure Statement for the Second Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the TCEH Debtors and EFH Shared Services Debtors* [D.I. 8747] (the "Disclosure Statement") with the Bankruptcy Court.  **You were previously served with a copy of the Plan and the Disclosure Statement**.

PLEASE TAKE FURTHER NOTICE THAT, on June 17, 2016, the Bankruptcy Court entered the *Order (A) Approving the Disclosure Statement of the TCEH Debtors and the EFH Shared Services Debtors, (B) Establishing the TCEH Voting Record Dates, (C) Approving Procedures for Soliciting, Receiving, and Tabulating Votes on the Plan and for Filing Objections to the Plan as to the TCEH Debtors and EFH Shared Services Debtors, and (D) Approving the Manner and Forms of Notice and Other Related Documents* [D.I. 8761] (the "Disclosure

---

[2] Capitalized terms used, but not otherwise defined, herein shall have the same meanings ascribed to them in the Motion or the Scheduling Order, as applicable.

Statement Approval Order"). **You were previously served with a copy of the Disclosure Statement Approval Order**.  Pursuant to the Disclosure Statement Approval Order, among other things, the Bankruptcy Court approved the Disclosure Statement and authorized the Debtors to solicit votes on the Plan as it relates to the TCEH Debtors and EFH Shared Services Debtors.

PLEASE TAKE FURTHER NOTICE that, today, consistent with the Scheduling Order and the record of the hearing held before the Bankruptcy Court on July 20, 2016 (see Transcript of Record at 18: lines 14-20, In re Energy Future Holdings Corp., *et al.*, Case No. 14-10979 (CSS) (Bankr. D. Del. Jul. 20, 2016)), the Debtors have filed that certain (i) *Form of Tax Matters Agreement By and Among Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, EFIH Finance Inc. and [Reorganized TCEH]* (the "Tax Matters Agreement"[3]); (ii) *Transition Services Agreement* (the "TSA"); and (iii) *Separation Agreement* (the "Separation Agreement").  A copy of the Tax Matters Agreement is attached hereto as **Exhibit 1.**  A copy of the TSA is attached hereto as **Exhibit 2.**  A copy of the Separation Agreement is attached hereto as **Exhibit 3.**

PLEASE TAKE FURTHER NOTICE that a hearing to consider confirmation of the Plan as it relates to the TCEH Debtors and EFH Shared Services Debtors is scheduled to commence before The Honorable Christopher S. Sontchi at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on **August 17, 2016 starting at 10:00 a.m. (Eastern Daylight Time)**.

---

[3] The Tax Matters Agreement, a draft of which was previously filed with the Bankruptcy Court on June 13, 2016 (see D.I. 8699) is "Exhibit H" to the Disclosure Statement.  The Debtors expressly incorporate the Tax Matters Agreement into the Disclosure Statement as if set forth therein in full.

| | |
|---|---|
| Dated: July 27, 2016<br>Wilmington, Delaware | */s/ Jason M. Madron* |

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:     (302) 651-7700
Facsimile:       (302) 651-7701
Email:             collins@rlf.com
                       defranceschi@rlf.com
                       madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:     (212) 446-4800
Facsimile:       (212) 446-4900
Email:             edward.sassower@kirkland.com
                       stephen.hessler@kirkland.com
                       brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:       (312) 862-2200
Email:             james.sprayregen@kirkland.com
                       marc.kieselstein@kirkland.com
                       chad.husnick@kirkland.com
                       steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession