## **EXHIBIT A**

**[Statement of Fees by Subject Matter]**

| Description | Total Hours Billed | Total Fees |
|---|---|---|
| [ALL] BK Retention and Fee Applications | 10.2 | $1,905.00 |
| [ALL] Case Administration | 1.0 | $305.00 |
| [ALL] Claims Administration & Objections | 1.1 | $250.00 |
| [ALL] Contested Matters & Adv. Proceed. | 0.1 | $35.00 |
| [ALL] Hearings | 3.2 | $1,120.00 |
| [ALL] Non-BK Fee/Employment Applications | 3.7 | $822.50 |
| [ALL] Plan and Disclosure Statement | <u>5.0</u> | <u>$1,750.00</u> |
| **Total** | **24.3** | **$6,187.50** |