# EXHIBIT B

**[Attorney and Paraprofessionals Information]**

| Name of Professional Person | Position | Year Admitted and (State) | Department | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| David M. Klauder | Partner | 2012 (DE) 2008 (PA) 1999 (VA) | Bankruptcy | $350.00 | 14.0 | $4,900.00 |
| Amy M. Huber | Paralegal | *Not Admitted | Litigation Support | $125.00 | <u>10.3</u> | <u>$1,287.50</u> |
| **Total** | | | | | **24.3** | **$6,187.50** |