# **EXHIBIT C**

**[Summary of Actual and Necessary Expenses for the Fee Period]**

| Expense Category | Total Expenses |
|---|---:|
| Filing/Court Fees | $13.10 |
| In-House Reproduction | $2.30 |
| **Total** | **$15.40** |