## EXHIBIT D

**[Detailed Description of Expenses and Disbursements]**

| Date | Category | Description | Total Expenses |
|---|---|---|---|
| 06-16-2016 | Filing/Court Fees | PACER | $9.40 |
| 06-20-2016 | Filing/Court Fees | PACER | $3.00 |
| 06-27-2016 | In-House Reproduction | Photocopies (22 pages) | $2.20 |
| 06-27-2016 | In-House Reproduction | Photocopies (1 page) | $0.10 |
| 06-30-2016 | Filing/Court Fees | PACER | $0.70 |
| **Total** | | | **$15.40** |