# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
|  | ) **Hearing Date: August 17, 2016 at 10:00 a.m.** |

## NOTICE OF SETTLEMENT AMONG EFH PROPERTIES COMPANY AND THE UNITED STATES ON BEHALF OF U.S. ENVIRONMENTAL PROTECTION AGENCY AND U.S. DEPARTMENT OF THE INTERIOR

**PLEASE TAKE NOTICE** that EFH Properties Company ("EFH Properties") and the United States on behalf of the U.S. Environmental Protection Agency and the U.S. Department of the Interior (collectively, the "Parties") have reached an agreement (the "EPA Settlement") resolving, among other things, outstanding disputes regarding the allowance and treatment (as applicable) of the EFH Properties Claim.[2]

**PLEASE TAKE FURTHER NOTICE** that attached hereto are the following documents, which implement the EPA Settlement: (a) the *Settlement Agreement* incorporating the EPA Settlement as **Exhibit A** (the "Agreement"); and (b) a proposed form of order approving the EPA Settlement as **Exhibit B** (the "EPA Settlement Order").

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used, but not otherwise defined, herein shall have the meanings ascribed to them in the Agreement (as defined below).

**PLEASE TAKE FURTHER NOTICE** that the attached versions of the Agreement and the EPA Settlement Order have been agreed among the Parties.

**PLEASE TAKE FURTHER NOTICE** that the Debtors intend to present the EPA Settlement Order for entry and approval to The Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware at the hearing to consider confirmation of the *Second Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 8745] (as may be amended, modified, or supplemented from time to time, the "Plan") commencing on **August 17, 2016 at 10:00 a.m. (Eastern Daylight Time)**.

*[Remainder of page intentionally left blank.]*

Dated: July 29, 2016
  Wilmington, Delaware
   /s/ Jason M. Madron
   **RICHARDS, LAYTON & FINGER, P.A.**
   Mark D. Collins (No. 2981)
   Daniel J. DeFranceschi (No. 2732)
   Jason M. Madron (No. 4431)
   920 North King Street
   Wilmington, Delaware 19801
   Telephone: (302) 651-7700
   Facsimile: (302) 651-7701
   Email: collins@rlf.com
     defranceschi@rlf.com
     madron@rlf.com

   -and-

   **KIRKLAND & ELLIS LLP**
   **KIRKLAND & ELLIS INTERNATIONAL LLP**
   Edward O. Sassower, P.C. (admitted *pro hac vice*)
   Stephen E. Hessler (admitted *pro hac vice*)
   Brian E. Schartz (admitted *pro hac vice*)
   601 Lexington Avenue
   New York, New York 10022-4611
   Telephone: (212) 446-4800
   Facsimile: (212) 446-4900
   Email: edward.sassower@kirkland.com
     stephen.hessler@kirkland.com
     brian.schartz@kirkland.com

   -and-

   James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
   Marc Kieselstein, P.C. (admitted *pro hac vice*)
   Chad J. Husnick (admitted *pro hac vice*)
   Steven N. Serajeddini (admitted *pro hac vice*)
   300 North LaSalle
   Chicago, Illinois 60654
   Telephone: (312) 862-2000
   Facsimile: (312) 862-2200
   Email: james.sprayregen@kirkland.com
     marc.kieselstein@kirkland.com
     chad.husnick@kirkland.com
     steven.serajeddini@kirkland.com

   *Co-Counsel to the Debtors and Debtors in Possession*