## EXHIBIT B

**Attorneys and Paraprofessionals' Information**

The RL&F attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Daniel J. DeFranceschi | Director | 1989 | Bankruptcy | $775 | 27.7 | $21,467.50 |
| Jason M. Madron | Counsel | 2003 | Bankruptcy | $550 | 150.9 | $82,995.00 |
| Joseph C. Barsalona II | Associate | 2014 | Bankruptcy | $360 | 45.3 | $16,308.00 |
| Andrew M. Dean | Associate | 2015 | Bankruptcy | $295 | 5.4 | $1,593.00 |
| Total | | | | | 229.3 | $122,363.50 |

The paraprofessionals of RL&F who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Barbara J. Witters | Paralegal | 16 | Bankruptcy | $240 | 74.7 | $17,928.00 |
| Ann Jerominski | Paralegal | 16 | Bankruptcy | $240 | 17.9 | $4,296.00 |
| Caroline E. Dougherty | Paralegal | 1 | Bankruptcy | $240 | 2.2 | $528.00 |
| Rebecca V. Speaker | Paralegal | 15 | Bankruptcy | $240 | 0.9 | $216.00 |
| Cynthia M. McMenamin | Paralegal | 1 | Bankruptcy | $240 | 0.2 | $48.00 |
| Tesia S. Smith | Case Management Assistant | 1 | Bankruptcy | $130 | 5.0 | $650.00 |
| Lesley Morris | Case Management Assistant | 1 | Bankruptcy | $130 | 0.1 | $13.00 |
| Total | | | | | 101.0 | $23,679.00 |
| | | | | Total Fees | | $146,042.50 |