# EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

## ALL - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $0.00 |
| Business Meals | $327.08 |
| Conference Calling | $47.78 |
| Court Reporter Services | $0.00 |
| Document Retrieval | $456.57 |
| Electronic Legal Research | $0.00 |
| Equipment Rental | ($972.40) |
| Filing Fees/Court Cost | $222.36 |
| Long distance Telephone Charges | $192.65 |
| Messenger and Delivery Service | $564.58 |
| Overtime | $0.00 |
| Photocopying/Printing - Outside Vendor | $197.02 |
| Photocopying/Printing | $2,382.26 |
| Postage | $61.85 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Record Retrieval | $0.00 |
| Travel Expense | $59.92 |
| **Total:** | **$3,539.67** |

## TCEH - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $0.00 |
| Business Meals | $182.72 |
| Conference Calling | $26.69 |
| Court Reporter Services | $0.00 |
| Document Retrieval | $255.07 |
| Electronic Legal Research | $0.00 |
| Equipment Rental | ($543.24) |
| Filing Fees/Court Costs | $124.22 |
| Long distance Telephone Charges | $107.63 |
| Messenger and Delivery Service | $315.41 |
| Overtime | $0.00 |
| Photocopying/Printing - Outside Vendor | $110.07 |
| Photocopying/Printing | $1,330.88 |
| Postage | $34.55 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Record Retrieval | $0.00 |
| Travel Expense | $33.48 |
| **Total:** | **$1,977.48** |

## EFIH - Expense Summary

| Service Description | Amount |
| --- | --- |
| Binding | $0.00 |
| Business Meals | $35.39 |
| Conference Calling | $5.17 |
| Court Reporter Services | $0.00 |
| Document Retrieval | $49.39 |
| Electronic Legal Research | $0.00 |
| Equipment Rental | ($105.19) |
| Filing Fees/Court Costs | $24.05 |
| Long distance Telephone Charges | $20.84 |
| Messenger and Delivery Service | $61.07 |
| Overtime | $0.00 |
| Photocopying/Printing - Outside Vendor | $21.31 |
| Photocopying/Printing | $257.69 |
| Postage | $6.69 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Record Retrieval | $0.00 |
| Travel Expense | $6.48 |
| **Total:** | **$382.89** |

## EFH - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $0.00 |
| Business Meals | $9.36 |
| Conference Calling | $1.37 |
| Court Reporter Services | $0.00 |
| Document Retrieval | $13.08 |
| Electronic Legal Research | $0.00 |
| Equipment Rental | ($27.86) |
| Filing Fees/Court Costs | $6.37 |
| Long distance Telephone Charges | $5.52 |
| Messenger and Delivery Service | $16.18 |
| Overtime | $0.00 |
| Photocopying/Printing - Outside Vendor | $5.65 |
| Photocopying/Printing | $68.26 |
| Postage | $1.77 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Record Retrieval | $0.00 |
| Travel Expense | $1.72 |
| **Total:** | **$101.42** |