## EXHIBIT E

## Detailed Description of Meal Expenses

| Date | Restaurant/ Provider | Meal | Number of People | Description | Average Amount Per Person | Amount |
|---|---|---|---|---|---|---|
| 6/6/2016 | Seasons Pizza | Dinner | 1 | Working meal for RL&F team member in connection with after-hours preparation and filing of Kirkland & Ellis monthly fee statement, civil action removal period extension motion, motion to increase severance payment limit, declaration in support of same, TCEH exit financing motion, and declaration in support of same. | $17.27 | $17.27 |
| 6/8/2016 | Grotto's Pizza | Dinner | 1 | Working meal for RL&F team member in connection with after-hours filing and service of Third Circuit answering brief in first lien makewhole appeal. | $4.62 | $4.62 |
| 6/14/2016 | Chelsea Tavern | Dinner | 1 | Working meal for RL&F team member in connection with after-hours filing and service of Epiq sixth interim period fee application. | $15.39 | $15.39 |
| 6/15/2016 | Seasons Pizza | Dinner | 1 | Working meal for RL&F team member in connection with after-hours filing and service of interim period fee application, supplemental declaration, three omnibus claim objections and supporting declarations, and *de minimis* asset sale reports. | $11.50 | $11.50 |
| 6/15/2016 | Dimeo's Pizzaiuoli | Dinner | 1 | Working meal for RL&F team member in connection with after-hours assistance with planned filing of amended plan and disclosure statement | $22.55 | $22.55 |
| 6/16/2016 | Rodney Grille | Breakfast | 12 | Working meal for visiting co-counsel, client representatives and other estate professionals in connection with 6/16/16 hearing. | $20.29 | $243.47 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 6/22/2016 | Chelsea Tavern | Dinner | 1 | Working meal for RL&F team member in connection with after-hours filing and service of Appellees' Third Circuit brief in second lien makewhole appeal, supplemental appendix, motion for leave, and notice of E-side disclosure statement hearing. | $14.46 | $14.46 |
| 6/24/2016 | Rodney Grille | Breakfast | 5 | Working meal for visiting co-counsel, client representatives and other estate professionals in connection with 6/24/16 District Court oral argument in Bank of New York Mellon appeal. | $18.66 | $93.30 |
| 6/27/2016 | Urban Café | Breakfast | 6 | Working meal for visiting co-counsel, client representatives and other estate professionals in connection with 6/27/16 hearing. | $22.00 | $132.00 |
| **TOTALS** | | | | | | $554.56 |

RLF1 14923916v.1