IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) Re: Docket Nos. 8154 and 8883 |

**NOTICE OF INTENT TO PARTICIPATE IN DISCLOSURE STATEMENT PROCEEDINGS AND CONFIRMATION PROCEEDINGS FOR NEW PLAN**

In accordance with the *Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors Joint Plan of Reorganization and the Approval of Debtors Disclosure Statement* entered on May 24, 2016, (D.I. 8514) (the "**Scheduling Order**"), and the *Scheduling Order (Supplement) Scheduling Certain Hearing Dates And Deadlines And Establishing Certain Protocols In Connection With The Confirmation Of Debtors Joint Plan Of Reorganization And The Approval Of Debtors Disclosure Statement* ( D.I. 8883) (the "**Supplemental Scheduling Order**"), John H. Jones, by and through his undersigned counsel, hereby provides notice of intent to participate in the Disclosure Statement Proceedings and the Confirmation Proceedings (as defined in the Scheduling Orders).

1. Mr. Jones' address is 407 West Canyon Lake Drive, Kennewick WA, 99337.

2. The name and address of counsel to Mr. Jones is (1) Beth Gori, Gori Julian &

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

Associates, P.C., 156 North Main Street, Edwardsville, IL 62025, Telephone: (618) 659-9833, Facsimile: (618) 659-9834, and (2) Daniel K. Hogan, HOGAN♦McDANIEL, 1311 Delaware Avenue, Wilmington, Delaware 19806, Telephone: (302) 656-7540, Facsimile: (302) 656-7599.

3. Mr. Jones has claims against the Debtors for personal injury arising from his to exposure to asbestos at the Hanford Nuclear Plant in Washington State, which is on the EECI site list provided by Debtors in these bankruptcies. Mr. Jones was diagnosed with mesothelioma on December 14, 2015. He was not notified of, and was unaware of, the bar date in these cases, and did not file a proof of claim. If the Confirmation Order denying the objection to the discharge provisions of the Debtors' plan were upheld on appeal, Mr. Jones' claims against the Debtors for personal injury caused by exposure to asbestos at the Hanford Nuclear Plant would be discharged.

4. Mr. Jones has agreed to be bound by the Confidentiality Agreement and Stipulated Protective Order approved by the Court on August 13, 2014 (D.I. 1833). On July 29, 2016, counsel for Mr. Jones transmitted to Jason M. Madron, Esquire, a Declaration of Acknowledgment and Agreement to be Bound by the Confidentiality Agreement and Stipulated Protective Order as executed by his proxies, Beth A. Gori, Esquire, and John Barry Julian, Esquire. A true and correct copy of the proxy is attached hereto as **Exhibit A**.

[Remainder of Page Intentionally Left Blank]

Dated: August 1, 2016
Wilmington, Delaware

Respectfully submitted:

HOGAN♦McDANIEL

By: /s/ *Daniel K. Hogan*
Daniel K. Hogan (DE Bar # 2814)
1311 Delaware Avenue
Wilmington, Delaware  19806
Telephone:  (302) 656-7540
Facsimile:   (302) 656-7599
dkhogan@dkhogan.com

*Counsel for Shirley Fenicle, individually and as successor-in-interest to the Estate of George Fenicle, David William Fahy, and John H. Jones*

-and-

Barry Julian
Beth A. Gori
Gori Julian & Associates, P.C.
156 North Main Street
Edwardsville, IL 62025
Telephone: (618) 659-9833
Facsimile: (618) 659-9834

*Counsel for John H. Jones*