# **EXHIBIT A**

John Barry Julian, Esq. (IL Bar #6229519)
Beth A. Gori, Esq. (IL Bar #6271472)
GORI, JULIAN & ASSOCIATES, P.C.
156 N. Main Street
Edwardsville, IL 62025
Telephone: (61) 659-9833
Facsimile: (618) 659-9834
Attorneys for Plaintiffs

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., et al.,[1] | Case No. 14-10979 (CSS)<br>Jointly Administered |
| Debtors. | **PROXY AUTHORIZING REPRESENTATION** |

I, JOHN H. JONES, was exposed to Energy Future Holdings Corp.'s asbestos while working for contractors at the Hanford Nuclear Plant in Washington State. I seek appointment to the Committee of Asbestos Personal Injury Claimants. By this proxy, I authorize my attorneys, John Barry Julian, Beth Gori, and GORI, JULIAN & ASSOCIATES, P.C., to act on my behalf in all respects to the above-captioned bankruptcy.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct, executed in Kennewick, WA.

DATED: 7-17-2016

_John H. Jones_
JOHN H. JONES

---

PROXY AUTHORIZING REPRESENTATION

John Barry Julian, Esq.
Beth A. Gori, Esq.
GORI, JULIAN & ASSOCIATES, P.C.
156 N. Main Street
Edwardsville, IL 62025