**EXHIBIT A**

**Statement of Fees and Expenses By Subject Matter**
**COMPENSATION BY SUBJECT MATTER[1]**
**APRIL 1, 2016 THROUGH APRIL 30, 2016**

| Matter Number | Matter Description | Total Billed | Total Fees |
|---|---|---|---|
| 11000-50 | EFH Restructuring | 155.60 | $62,500.00 |
| 11000-50.1 | EFH Restructuring – Case Administration | -- | |
| 11000-50.2 | EFH Restructuring – Budgeting | -- | |
| 11000-50.3 | EFH Restructuring – Fee Application | 1.00 | |
| 11000-51 | EFH - 2015 Legislative Session | -- | |
| 11000-56 | EFH – Project Titan | 8.00 | |
| 11001 | Luminant | 328.90 | $75,000.00 |
| 11002 | TXU | 28.70 | $12,500.00 |
| 12050 | 4Change | 0.20 | $2,083.33 |
| | | | |
| | | | |
| **Totals:** | | **522.40** | **$152,083.33** |

**EXPENSE SUMMARY**
**APRIL 1, 2016 THROUGH APRIL 30, 2016**

| Expense Category | Amount |
|---|---|
| Delivery Service/Messenger | $535.99 |
| Copies | $367.12 |
| Taxi | -- |
| Parking | -- |
| Airfare | -- |
| Rental Car | $26.04 |
| Fuel | -- |
| Postage | $79.82 |
| Filing Fees | -- |
| Meals | -- |
| Hotel | -- |
| Court Reporter/Hearing Transcripts | $2,340.66 |
| Professional Services | -- |
| **Total Expenses:** | **$3,349.63** |

---

[1] The work performed and expenses incurred by Enoch Kever during the compensation period were entirely on behalf of Energy Future Holdings, LLC and its debtor subsidiaries.