**EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

**EXPENSE SUMMARY**
**APRIL 1, 2016 THROUGH APRIL 30, 2016**

| Expense Category | Amount |
|---|---|
| Delivery Service/Messenger | $535.99 |
| Copies | $367.12 |
| Taxi | -- |
| Parking | -- |
| Airfare | -- |
| Rental Car | $26.04 |
| Fuel | -- |
| Postage | $79.82 |
| Filing Fees | -- |
| Meals | -- |
| Hotel | -- |
| Court Reporter/Hearing Transcripts | $2,340.66 |
| Professional Services | -- |
| **Total Expenses:** | **$3,349.63** |