## EXHIBIT D

### Detailed Description of Expenses and Disbursements

**DETAILED EXPENSE SUMMARY**
**APRIL 1, 2016 THROUGH APRIL 30, 2016**

| Invoice Number | Matter | Date | Timekeeper Who Incurred | Expense Category | Unit Cost | # Of Unit | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 4956 | 1100050 | 4/8/16 | Kever, Andy | Court Reporter | 948.06 | 1 | $948.06 | PUC hearing transcript for 3/11/16 (Kennedy Reporting) |
| 4946 | 1100050 | 4/8/16 | Kever, Andy | Court Reporter | 787.56 | 1 | $787.56 | PUC hearing transcript for 3/27/16 (Kennedy Reporting) |
| 4946 | 1100050 | 4/8/16 | Kever, Andy | Court Reporter | 605.04 | 1 | $605.04 | PUC hearing transcript for 3/27/16 (Kennedy Reporting) |
| 4946 | 1100050 | 4/11/16 | Rasmussen, Kirk | Delivery/ Messenger | 45.12 | 1 | $45.12 | FedEx overnight delivery of notice of trust transfer application in Dkt 45753 to REP in Brownwood, Tx. |
| 4946 | 1100050 | 4/12/16 | Rasmussen, Kirk | Delivery/ Messenger | 50.15 | 1 | $50.15 | FedEx overnight delivery of notice of trust transfer application in Dkt 45753 to REP in Ft. Lauderdale, Fl. |
| 4946 | 1100050 | 4/13/16 | Rasmussen, Kirk | Delivery/ Messenger | 20.00 | 1 | $20.00 | Hand-deliver Proof of Notice in Dkt 45753 to PUC for filing and return of file-stamped copy (Corporate Couriers; Invoice #41584) |
| 4946 | 1100050 | 4/30/16 | Various | Copies | 0.13 | 322 | $41.86 | Copies for the month of April 2016 |
| 4946 | 1100050 | 4/30/16 | Various | Postage | 52.43 | 1 | $52.43 | Postage for the months of April 2016 |
| 4945 | 1100127 | 4/11/16 | Kimbrough, Mandy | Delivery/ Messenger | 20.00 | 1 | $20.00 | Hand-deliver Comments in Project 45124 to PUC for filing and return of file-stamped copy (Corporate Couriers; Invoice #41584) |
| 4945 | 1100127 | 4/30/16 | Various | Copies | 0.13 | 143 | $18.59 | Copies for the month of April 2016 |
| 4945 | 1100182 | 4/5/16 | Kimbrough, Mandy | Delivery/ Messenger | 28.00 | 1 | $28.00 | Hand-deliver La Frontera PGC Application to PUC for filing and return of file-stamped copy (Corporate Couriers; Invoice #41584) |

| 4945 | 1100182 | 4/15/16 | Kimbrough, Mandy | Delivery/ Messenger | 12.00 | 1 | $12.00 | Hand-deliver 9 PUC registration and relinquishment documents to PUC for filing and return of file-stamped copy (Corporate Couriers; Invoice #41584) |
|------|---------|---------|------------------|---------------------|-------|---|--------|--------|
| 4945 | 1100182 | 4/26/16 | Kimbrough, Mandy | Delivery/ Messenger | 28,00 | 1 | $28.00 | Hand-deliver 3 letters of Request for Corrected Notice of Approval of Amendment to PUC for filing and return file-stamped copies (Corporate Couriers; Invoice #41784) |
| 4945 | 1100182 | 4/27/16 | Johnson, Rod | Delivery/ Messenger | 39.92 | 1 | $39.92 | Hand-deliver filing to Railroad Commission for filing and return of file-stamped copy (Pro Courier) |
| 4945 | 1100182 | 4/29/16 | Johnson, Rod | Taxi | 26.04 | 1 | $26.04 | Reimbursement for Uber trips to and from Railroad Commission on 4/24/16 ($15.34) and 4/26/16 ($10.70) re: RRC filings. |
| 4945 | 1100182 | 4/30/16 | Various | Copies | 0.13 | 453 | $58.89 | Copies for the month of April 2016 |
| 4945 | 1100183 | 4/18/16 | Rasmussen, Kirk | Delivery/ Messenger | 28.00 | 1 | $28.00 | Hand-deliver Request for Declaratory Order in Dkt 45868 to PUC for filing and return of file-stamped copy (Corporate Couriers; Invoice #41784) |
| 4945 | 1100183 | 4/30/16 | Various | Copies | 0.13 | 125 | $16.38 | Copies for the month of April 2016 |
| 4945 | 1100183 | 4/30/16 | Various | Postage | .93 | 1 | $0.93 | Postage for the months of April 2016 |
| 4945 | 1100184 | 4/1/16 | Jolly, Emily | Delivery/ Messenger | 28.00 | 1 | $28.00 | Hand-deliver Protective Order Certificates in Dkt 45624 to PUC for filing and return of file-stamped copy (Corporate Couriers; Invoice #41584) |
| 4945 | 1100184 | 4/11/16 | Jolly, Emily | Delivery/ Messenger | 24.00 | 1 | $24.00 | Hand-deliver Protective Order Certificates in Dkt 45624 to PUC for filing and return of file-stamped copy (Corporate Couriers; Invoice #41584) |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 4945 | 1100184 | 4/12/16 | Jolly, Emily | Delivery/ Messenger | 20.00 | 1 | $20.00 | Hand-deliver Protective Order Certificates in Dkt 45624 to PUC for filing and return of file-stamped copy (Corporate Couriers; Invoice #41584) |
| 4945 | 1100184 | 4/12/16 | Jolly, Emily | Delivery/ Messenger | 24.00 | 1 | $24.00 | Hand-deliver 1st RFIs to SCT in Dkt 45624 to PUC for filing and return of file-stamped copy (Corporate Couriers; Invoice #41584) |
| 4945 | 1100184 | 4/14/16 | Jolly, Emily | Delivery/ Messenger | 20.00 | 1 | $20.00 | Hand-deliver 2nd RFIs to SCT in Dkt 45624 to PUC for filing and return of file-stamped copy (Corporate Couriers; Invoice #41584) |
| 4945 | 1100184 | 4/15/16 | Jolly, Emily | Delivery/ Messenger | 16.00 | 1 | $16.00 | Hand-deliver Protective Order Certificates in Dkt 45624 to PUC for filing and return of file-stamped copy (Corporate Couriers; Invoice #41584) |
| 4945 | 1100184 | 4/26/16 | Jolly, Emily | Delivery/ Messenger | 28.00 | 1 | $28.00 | Hand-deliver Protective Order Certificate in Dkt 45624 to PUC for filing and return of file-stamped copy (Corporate Couriers; Invoice #41784) |
| 4945 | 1100184 | 4/27/16 | Jolly, Emily | Delivery/ Messenger | 28.00 | 1 | $28.00 | Hand-deliver S. Siddiqi & A. Frazier direct testimony in Dkt 45624 to PUC for filing and return of file-stamped copy (Corporate Couriers; Invoice #41784) |
| 4945 | 1100184 | 4/30/16 | Various | Copies | 0.13 | 1222 | $158.86 | Copies for the month of April 2016 |
| 4945 | 1100184 | 4/30/16 | Various | Postage | 26.46 | 1 | $26.46 | Postage for the months of April 2016 |
| 4844 | 1100204 | 4/18/16 | Kimbrough, Mandy | Delivery/ Messenger | 28.00 | 1 | $28.00 | Hand-deliver 3 Motions to Intervene in Dkts 45747, 45787, and 45788 to PUC for filing and return of file-stamped copy (Corporate Couriers; Invoice #41784) |

| 4844 | 1100204 | 4/22/16 | Kimbrough, Mandy | Delivery/ Messenger | 28.00 | 1 | $28.00 | Hand-deliver TXU Comments in Project 45625 to PUC for filing and return of file-stamped copy (Corporate Couriers; Invoice #41784) |
|---|---|---|---|---|---|---|---|---|
| 4844 | 1100204 | 4/25/16 | Kimbrough, Mandy | Delivery/ Messenger | 20.80 | 1 | $20.80 | Hand-deliver Comments in Project 45730 to PUC for filing and return of file-stamped copy (Corporate Couriers; Invoice #41784) |
| 4844 | 1100204 | 4/30/16 | Various | Copies | 0.13 | 558 | $72.54 | Copies for the month of April 2016 |