# EXHIBIT A

**Assumption Schedule**

## Assumption Schedule

| Ref. # | Debtor(s) | Description of Contract or Lease | Counterparty | Counterparty Address | Contract Assignee, if any | Amount Required to Cure Default Thereunder, if any | Details of Material Amendments | Assumption Date |
|---|---|---|---|---|---|---|---|---|
| 1675 | LUMINANT MINING COMPANY LLC | SUPPLIER AGREEMENT DATED 01/01/2014 PLUS AMENDMENTS | MICHELIN NORTH AMERICA, INC. | ONE PARKWAY SOUTH GREENVILLE, SC 29602 UNITED STATES | | $769,354.70 | | Upon entry of the Order |