# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Objection Deadline : August 23, 2016 at 4:00 p.m.** |

## NINETEENTH MONTHLY FEE STATEMENT
## OF MUNGER, TOLLES & OLSON LLP FOR ALLOWANCE OF AN ADMINISTRATIVE
## CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
## FROM MAY 1, 2016 THROUGH MAY 31, 2016

| **Name of Applicant** | Munger, Tolles & Olson LLP |
|---|---|
| Authorized to Provide Professional Services to: | Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC. Debtors and Debtors-in-Possession |
| Date of Retention: | Retention Order Entered on January 13, 2015 (Effective as of November 16, 2014) |
| Period for which compensation and reimbursement is sought: | May 1, 2016 through May 31, 2016 |
| Amount of Compensation sought as actual, reasonable and necessary: | $177,381.60 (80% of $221,727.00[2]) |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $3,450.07[3] |

This is a **X** monthly ___ interim __ final application. No prior application filed.[4]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] To comply with the guidelines established by the fee committee, Munger, Tolles & Olson LLP ("MTO") voluntarily reduced its fees by $7,825.50 in the Fee Period (as defined herein).

[3] To comply with the caps and guidelines established by the fee committee, MTO voluntarily reduced its expenses by $803.56 in the Fee Period (as defined herein). Consequently, MTO does not seek payment of these expenses in this Monthly Fee Statement (as defined herein).

[4] Notice of this Monthly Fee Statement (as defined herein) shall be served in accordance with the Interim Compensation Order and Fee Committee Order and objections to the relief requested in this Monthly Fee Statement shall be addressed in accordance with the Interim Compensation Order and Fee Committee Order.

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code, (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the *Order Authorizing the Retention and Employment of Munger, Tolles & Olson LLP as Counsel to Debtors and Debtors in Possession Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC Effective* Nunc Pro Tunc *to November 16, 2014,* dated January 13, 2015 [D.I. 3279] (the "Retention Order"), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals,* dated September 16, 2014 [D.I. 2066] (the "Interim Compensation Order"), the *Stipulation and Order Appointing a Fee Committee* [D.I. 1896] (the "Fee Committee Order"), and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Bankruptcy Rules"), the law firm Munger, Tolles & Olson LLP ("MTO"), counsel for the debtors and debtors in possession Energy Future Competitive Holdings Company LLC ("EFCH") and Texas Competitive Electric Holdings Company LLC ("TCEH" and together with EFCH and their debtor subsidiaries, the "TCEH Debtors"), hereby files this monthly fee statement (this "Monthly Fee Statement") for: (i) compensation in the amount of $177,381.60 for the reasonable and necessary legal services MTO rendered to the TCEH Debtors from May 1, 2016 through May 31, 2016 (the "Fee Period") (80% of $221,727.00); and (ii) reimbursement for the actual and necessary expenses that MTO incurred, in the amount of $3,450.07 during the Fee Period.

**Itemization of Services Rendered and Disbursements Incurred**

1. In support of this Monthly Fee Statement, attached are the following exhibits:

    - **Exhibit A** is a schedule of the number of hours expended and fees incurred (on an aggregate basis) by MTO partners, associates, and paraprofessionals during the Fee Period with respect to each of the subject matter categories MTO established in accordance with its internal billing procedures. As reflected in Exhibit A, MTO incurred $221,727.00 in fees during the Fee Period. Pursuant to this Monthly Fee Statement, MTO seeks reimbursement for 80% of such fees ($177,381.60 in the aggregate).

2

- **Exhibit B** is a schedule providing certain information regarding the MTO attorneys and paraprofessionals for whose work on these chapter 11 cases compensation is sought in this Monthly Fee Statement. Attorneys and paraprofessionals of MTO expended a total of 281.70 hours in connection with these chapter 11 cases during the Fee Period.

- **Exhibit C** is a schedule for the Fee Period, setting forth the total amount of reimbursement sought with respect to each category of expenses for which MTO is seeking reimbursement in this Monthly Fee Statement. All of these disbursements comprise the requested sum for MTO's out-of-pocket expenses.

- **Exhibit D** consists of MTO's records of expenses incurred during the Fee Period in the rendition of the professional services to the TCEH Debtors and their estates.

## Proposed Payment Allocation

2. In accordance with paragraph 2 of the Interim Compensation Order, all MTO's fees and expenses sought in this Application are allocated to TCEH.

## Representations

3. Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period. MTO reserves the right to make further application to this Court for allowance of such fees and expenses not included herein. Subsequent fee applications will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, Local Bankruptcy Rules, the Fee Committee Order, and the Interim Compensation Order.

WHEREFORE, MTO requests allowance of its fees and expenses incurred during the Fee Period in the total amount of $180,831.67 consisting of (a) $177,381.60 of which is 80% of the fees incurred by the TCEH Debtors for reasonable and necessary professional services rendered by MTO; and (b) $3,450.07 for actual and necessary costs and expenses, and that such fees and expenses be paid as administrative expenses of the TCEH Debtors' estates.

Dated:  August 2, 2016

**McElroy, Deutsch, Mulvaney & Carpenter, LLP**
David P. Primack (No. 4449)
300 Delaware Avenue, Suite 770
Wilmington, Delaware 19801
Telephone:       (302) 300-4515
Facsimile:         (302) 654-4031
Email:                dprimack@mdmc-law.com

-and-

**MUNGER, TOLLES & OLSON LLP**
*/s/  Todd J. Rosen*

Thomas B. Walper (admitted *pro hac vice*)
Todd J. Rosen (admitted *pro hac vice*)
Seth Goldman (admitted *pro hac vice*)
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071-1560
Telephone:       (213) 683-9100
Facsimile:         (213) 687-3702
Email:                thomas.walper@mto.com
                          todd.rosen@mto.com
                          seth.goldman@mto.com

Co-Counsel to the TCEH Debtors

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |

## VERIFICATION OF TODD J. ROSEN

1. I am Todd J. Rosen, a partner in the law firm of Munger, Tolles & Olson LLP ("MTO"), located at 355 S. Grand Ave., 35th Floor, Los Angeles, California, 90071. I am a lead attorney from MTO working on the above-captioned chapter 11 cases. I am a member in good standing of the Bar of the State of California, and I have been admitted to practice in the United States District Courts for the Central, Northern, Eastern, and Southern District of California; and the Ninth Circuit Court of Appeals. There are no disciplinary proceedings pending against me.

2. I have personally performed many of the legal services rendered by MTO as conflicts counsel to the TCEH Debtors and am familiar with all other work performed on behalf of the TCEH Debtors by the lawyers and other persons in the firm.

3. The facts set forth in the foregoing Monthly Fee Statement are true and correct to the best of my knowledge, information, and belief.

4. I have reviewed Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedures of the United States Bankruptcy Court for the District of Delaware and believe that the Monthly Fee Statement for MTO complies with Rule 2016-2.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

*/s/ Todd J. Rosen*
Todd J. Rosen
Partner of Munger, Tolles & Olson LLP

## **EXHIBIT A**

**Statement of Fees and Expenses By Subject Matter**

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 008 | [TCEH] Corporate Governance | 19.00 | $18,435.00 |
| 010 | [TCEH] Hearings | 11.30 | $11,779.50 |
| 013 | [TCEH] MTO Retention and Fee Applications | 21.60 | $13,132.50 |
| 014 | [TCEH] Non-Working Travel | 14.10 | $15,651.00 |
| 017 | [TCEH] Plan / Disclosure Statement | 157.70 | $120,288.00 |
| 018 | [TCEH] Private Letter Ruling / IRS Matters / Tax Issues | 58.00 | $42,441.00 |
| **Total:** | | **281.70** | **$221,727.00** |

| Service Description | Amount |
|---|---|
| Computer Research | $176.90 |
| Copying Charges/Outside | $113.34 |
| Meals[1] | $179.33 |
| Other Expense | $218.00 |
| Travel – Ground | $663.78 |
| Travel – Hotel[2] | $2,250.00 |
| **Total:**[3] | **$3,601.35** |

---

[1] Reflects a voluntary reduction in the amount of $68.98 to comply with the caps and guidelines established by the fee committee.

[2] Reflects a voluntary reduction in the amount of $734.58 to comply with the caps and guidelines established by the fee committee.

[3] Reflects a voluntary reduction in the amount of $803.56 to comply with the caps and guidelines established by the fee committee.

# **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The MTO attorneys and paraprofessionals who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Thomas B. Walper | Partner | 1980 | Restructuring | $1,110.00 | 67.90 | $75,369.00 |
| Allred, Kevin S. | Partner | 1986 | Litigation | $865.00 | 17.40 | $15,051.00 |
| Stephen D. Rose | Partner | 1991 | Tax | $995.00 | 27.80 | $27,661.00 |
| Seth Goldman | Partner | 2002 | Restructuring | $780.00 | 47.90 | $37,362.00 |
| Michael J. O'Sullivan | Partner | 1992 | Corporate | $975.00 | 18.30 | $17,842.50 |
| Todd J. Rosen | Partner | 1999 | Corporate | $910.00 | 8.60 | $7,826.00 |
| Schneider, Bradley R. | Partner | 2004 | Litigation | $705.00 | 3.20 | $2,256.00 |
| Sam Greenberg | Associate | 2010 | Tax | $660.00 | 0.80 | $528.00 |
| Emily A. Bussigel | Associate | 2010 | Restructuring | $675.00 | 19.80 | $13,365.00 |
| Peter E. Boos | Associate | 2014 | Tax | $470.00 | 28.00 | $13,160.00 |
| Barlow, Alicia M. | Specialist | N/A | Litigation | $250.00 | 7.40 | $1,850.00 |
| Bruce M. Gordon | Paralegal | N/A | Litigation | $230.00 | 23.50 | $5,405.00 |
| Ng, Allen | Automated Litigation Specialist | N/A | Litigation | $365.00 | 11.10 | $4,051.50 |
| **Total:** | | | | | **281.70** | **$221,727.00** |

# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

## **Expense Summary**[1]

| Service Description | Amount |
|---|---|
| Computer Research | $176.90 |
| Copying Charges/Outside | $113.34 |
| Meals | $179.33 |
| Other Expense | $218.00 |
| Travel – Ground | $663.78 |
| Travel – Hotel | $2,250.00 |
| **Total:** | **$3,601.35** |

---

[1] Reflects an aggregate voluntary reduction in the amount of $803.56, as previously detailed.

## **EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

| Name | Title | Description | Amount | Narrative |
|---|---|---|---|---|
| Walper, Thomas B. | Partner | Travel – Ground (Out of Town) | 100 | Travel - Ground (Out of Town) - Vendor: BLS INV-3053794*1 - 04/27/16 - From EWR to The Ritz Carlton, New York - T. Walper |
| Walper, Thomas B. | Partner | Travel – Ground (Out of Town) | 100 | Travel - Ground (Out of Town) - Vendor: BLS - INV-3058212*1 - 04/29/16 - From Ritz Carlton - New York to EWR - T. Walper |
| Walper, Thomas B. | Partner | Travel – Ground (Out of Town) | 100 | Travel - Ground (Out of Town) - Vendor: BLS - INV-802291 - 08/17/16 - From JFK to Hotel - New York - T. Walper |
| Walper, Thomas B. | Partner | Travel - Ground (Out of Town) | 75 | Travel - Ground (Out of Town) - Vendor: BLS - INV-3059538*1 - 05/03/16 - From DFW to Ritz Carlton - Dallas - T. Walper |
| Goldman, Seth | Partner | Other Expense | 30 | Other Expense - Vendor: COURTCALL, LLC INV #5/15/16 STMNT - U.S. BANKRUPTCY COURT - DELAWARE BEFORE HONORABLE CHRISTOPHER S. SONTCHI ON 4/28/16 - S GOLDMAN |
| Walper, Thomas B. | Partner | Other Expense | 30 | Other Expense - Vendor: COURTCALL, LLC INV #5/15/16 STMNT - U.S. BANKRUPTCY COURT - DELAWARE BEFORE HONORABLE CHRISTOPHER S. SONTCHI ON 4/28/16 - T WALPER |
| Walper, Thomas B. | Partner | Travel – Hotel | 750 | Travel - Hotel THOMAS B. WALPER - Lodging, Travel to New York to attend client meetings on EFH, 04/11/2016 - 04/14/2016, Ritz Carlton Central Park, New York City – 010012178182 |
| Walper, Thomas B. | Partner | Travel – Meals | 20 | Meals THOMAS B. WALPER - Hotel - Meals Other, Travel to New York to attend client meetings on EFH(split), 04/11/2016, Ritz Carlton Central Park - 010012178182 |
| Walper, Thomas B. | Partner | Travel - Meals | 40 | Meals THOMAS B. WALPER - Hotel - Breakfast, Travel to New York to attend client meetings on EFH (split) (2 meals), 04/12/2016 - 04/13/2016, Ritz Carlton Central Park - 010012178182 |
| Walper, Thomas B. | Partner | Travel - Meals | 20 | Meals THOMAS B. WALPER - Hotel - Dinner, Travel to New York to attend client meetings on EFH (split), 04/12/2016, Ritz Carlton Central Park - 010012178182 |
| Walper, Thomas B. | Partner | Travel - Meals | 19.33 | Meals THOMAS B. WALPER - Hotel - Lunch, Travel to New York to attend client meetings on EFH (split), 04/13/2016, Ritz Carlton Central Park - 010012178182 |
| Walper, Thomas B. | Partner | Travel – Ground (Out of Town) | 62.5 | Travel - Ground (Out of Town) THOMAS B. WALPER - Parking, 04/14/16, Travel to New York to attend client meetings on EFH , LAX Airport Lot P7 - 010012178182 |
| Walper, Thomas B. | Partner | Travel – Hotel | 1,500 | Travel - Hotel THOMAS B. WALPER - Lodging, Travel to New York to attend client meetings., 04/26/2016 - 04/29/2016, Ritz Carlton Central Park, New York City - 010012292631 |
| Walper, Thomas B. | Partner | Travel – Meals | 80 | Meals THOMAS B. WALPER - Hotel - Breakfast, Travel to New York to attend client meetings., 04/27/2016 - 04/29/2016, Ritz Carlton Central Park – 010012292631 (2 meals) |
| Walper, Thomas B. | Partner | Computer Research | 70 | Computer Research - APRIL 2016 PACER CHARGES |
| Walper, Thomas B. | Partner | Computer Research | 106.90 | Computer Research - APRIL 2016 PACER CHARGES |
| Bussigel, Emily A. | Associate | Other Expense | 86 | Other Expense - Vendor: COURTCALL, LLC INV #5/31/16 STMNT - U.S. BANKRUPTCY COURT - DELWARE BEFORE HONORABLE CHRISTOPHER S. SONTCHI ON 5/23/16 - E BUSSIGEL |
| Goldman, Seth | Partner | Other Expense | 72 | Other Expense - Vendor: COURTCALL, LLC INV #5/31/16 STMNT - U.S. BANKRUPTCY COURT - DELAWARE BEFORE HONORABLE CHRISTOPHER S. SONTCHI ON 5/23/16 - S GOLDMAN |
| Gordon, Bruce M. | Paralegal | Copying Charges/Outside | 99.82 | Copying Charges/Outside - Vendor: VENDOR DIRECT SOLUTIONS Inv #17362, 5/17/16 - 284 b&w blowbacks, 619 color blowbacks - B Gordon |

| Gordon, Bruce M. | Paralegal | Copying Charges/Outside | 13.52 | Copying Charges/Outside - Vendor: VENDOR DIRECT SOLUTIONS Inv #17427, 5/20/16 - 248 b&w blowbacks - B Gordon |
|---|---|---|---|---|
| Walper, Thomas B. | Partner | Travel – Ground (Out of Town) | 75 | Travel - Ground (Out of Town) - Vendor: BLS  - INV-3060206*1 - 05/13/16 - From 1601 Bryan St., Dallas, TX to DFW - T. Walper |
| **Disbursement Total:** | | | **3,450.07** | |