**EXHIBIT 1** to **EXHIBIT A**

**Insufficient Documentation Claim**

ENERGY FUTURE HOLDINGS CORP., et al

NINETEENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | LEWIS, MELISSA C ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/30/2014 | 9698 | $5,000.00* | Insufficient Documentation Claim |
| | | | | | TOTAL | $5,000.00* | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 1