# EXHIBIT A

## Statement of Fees and Expenses By Subject Matter

| Description | Total Billed Hours | Total Fees |
|---|---:|---:|
| Plan and Disclosure | 141.00 | 140,627.00 |
| Tax Issues | 69.60 | 75,576.00 |
| Employment & Fee Application | 1.3 | 1,599.00 |
| Non-Working Travel | 8.60 | 5,375.00 |
| **TOTAL** | **220.50** | **$223,177.00** |

4