5

# EXHIBIT B

## Attorney and Paraprofessionals Information

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Philip Gelston | Partner | 1979 | Corporate | 1,250 | 93.50 | 111,500.00 |
| Andrew Needham | Partner | 1995 | Tax | 1,250 | 47.20 | 59,000.00 |
| Michael Paskin | Partner | 1996 | Litigation | 1,230 | 4.00 | 4,920.00 |
| | | | | | | |
| D. Herman | Associate | 2008 | Litigation | 835 | 3.90 | 3,256.50 |
| T. Broad | Associate | 2009 | Litigation | 835 | 0.70 | 584.50 |
| A. Wein | Associate | 2011 | Corporate | 765 | 9.90 | 7,573.00 |
| A. Hagena | Associate | 2015 | Tax | 740 | 22.40 | 16,576.50 |
| A. Larkin | Associate | 2015 | Litigation | 535 | 8.70 | 4,654.50 |
| C. Ricciardi | Associate | 2016 | Corporate | 535 | 26.40 | 14,124.00 |
| | | | | | | |
| C. Sylvester | Legal Assistant | n/a | Litigation Support | 260 | 3.80 | 988.00 |
| | | | | | | |
| | | | | **TOTAL** | **220.50** | **$223,177.00** |

[[NYCORP:3606357v1:4470D: 08/02/2016--03:24 PM]]
08/03/2016 SL1 1426494v1 109285.00005