# EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

| Service Description | Amount |
|---|---:|
| **BUSINESS MEALS** | 47.04 |
| **CLIENT BUSINESS TRANSPORTATION** | 26.30 |
| **GROUND TRANSPORTATION** | 110.13 |
| **MISCELLANEOUS** | 62.37 |
| **OTHER DATABASE RESEARCH** | 56.50 |
| **TRAVEL** | 1,920.55 |
| TOTAL | **$ 2,222.89** |