# EXHIBIT D

## Detailed Description of Expenses and Disbursements

| Matter | Date | Name | Description | Amount | Narrative |
|---|---|---|---|---|---|
| 011205-00003 | 5/2/2016 | Gelston, P A | CLIENT BUSINESS TRANSPORTATION | 26.30 | TAXI Local TRIP PURPOSE: Cab to permit participation in conference call RptID: 010012323513 |
| 011205-00003 | 5/2/2016 | Wein, Allison | GROUND TRANSPORTATION | 110.13 | Inv#:  4591950 V# LV191491F4 ETG Cravath, 825 Eighth Avenue, New York, NY - SCARSDALE, NY W 2:59  0.00 Cravath, 825 Eighth Avenue, New York, NY SCARSDALE, NY |
| 011205-00003 | 5/2/2016 | Gelston, P A | MISCELLANEOUS | 29.95 | INTERNET,  TRIP PURPOSE: Attend Board of Directors & Finance Committee meetings CITIES VISITED: Dallas, Texas RptID: 010012323513 |
| 011205-00003 | 5/2/2016 | Gelston, P A | TRAVEL | 350.00 | LODGING Ritz Carlton TRIP PURPOSE: Attend Board of Directors & Finance Committee meetings CITIES VISITED: Dallas, Texas RptID: 010012323513 |
| 011205-00003 | 5/2/2016 | Gelston, P A | TRAVEL | 548.10 | AIRFARE CLASS: First ,CITIES VISITED: Dallas, Texas ,TICKET NO: 9842146274580 TRIP PURPOSE: Attend Board of Directors & Finance Committee meetings  RptID: 010012323513 |
| 011205-00003 | 5/2/2016 | Gelston, P A | TRAVEL | 31.43 | TAXI Out of Town TRIP PURPOSE: Attend Board of Directors & Finance Committee meetings CITIES VISITED: Dallas, Texas RptID: 010012323513 |
| 011205-00003 | 5/2/2016 | Gelston, P A | TRAVEL | 60.49 | TAXI Out of Town TRIP PURPOSE: Attend Board of Directors & Finance Committee meetings CITIES VISITED: Dallas, Texas RptID: 010012323513 |
| 011205-00003 | 5/3/2016 | Gelston, P A | BUSINESS MEALS | 20.00 | MEALS: HOTEL - BREAKFAST BUSINESS PURPOSE: Attend Board of Directors & Finance Committee meetings VENUE: Fearings Restaurant/Ritz Carlton CITIES VISITED: Dallas, Texas ATTENDEES CRAVATH: Philip Gelston RptID: 010012323513 |
| 011205-00003 | 5/3/2016 | Gelston, P A | BUSINESS MEALS | 7.04 | MEALS: HOTEL - MEALS OTHER BUSINESS PURPOSE: Attend Board of Directors & Finance Committee meetings VENUE: Indulge/Ritz Carlton CITIES VISITED: Dallas, Texas ATTENDEES CRAVATH: Philip Gelston RptID: 010012323513 |
| 011205-00003 | 5/3/2016 | Gelston, P A | TRAVEL | 350.00 | LODGING Ritz Carlton TRIP PURPOSE: Attend Board of Directors & Finance Committee meetings CITIES VISITED: Dallas, Texas RptID: 010012323513 |
| 011205-00003 | 5/4/2016 | Gelston, P A | BUSINESS MEALS | 20.00 | MEALS: LUNCH BUSINESS PURPOSE: Attend Board of Directors & Finance Committee meetings VENUE: Cru Love Field CITIES VISITED: Dallas, Texas ATTENDEES CRAVATH: |

| Matter | Date | Name | Description | Amount | Narrative |
|---|---|---|---|---|---|
| | | | | | Philip Gelston RptID: 010012323513 |
| 011205-00003 | 5/4/2016 | Gelston, P A | MISCELLANEOUS | 32.42 | INTERNET,  TRIP PURPOSE: Attend Board of Directors & Finance Committee meetings CITIES VISITED: Dallas, Texas RptID: 010012323513 |
| 011205-00003 | 5/4/2016 | Gelston, P A | TRAVEL | 15.00 | TAXI Out of Town TRIP PURPOSE: Attend Board of Directors & Finance Committee meetings CITIES VISITED: Dallas, Texas RptID: 010012323513 |
| 011205-00003 | 5/4/2016 | Gelston, P A | TRAVEL | 84.12 | TAXI Out of Town TRIP PURPOSE: Attend Board of Directors & Finance Committee meetings CITIES VISITED: Dallas, Texas RptID: 010012323513 |
| 011205-00003 | 5/4/2016 | Gelston, P A | TRAVEL | 448.10 | AIRFARE CLASS: First ,CITIES VISITED: Dallas, Texas ,TICKET NO: 9842146274885 TRIP PURPOSE: Attend Board of Directors & Finance Committee meetings  RptID: 010012323513 |
| 011205-00003 | 5/4/2016 | Gelston, P A | TRAVEL | 33.31 | TAXI Out of Town TRIP PURPOSE: Attend Board of Directors & Finance Committee meetings CITIES VISITED: Dallas, Texas RptID: 010012323513 |
| 011205-00003 | 5/31/2016 | Larkin, Alexandra | OTHER DATABASE RESEARCH | 50.19 | Public Document Retrieval - Pacer |
| 011205-00003 | 5/31/2016 | Shiekman, Alexander | OTHER DATABASE RESEARCH | 6.31 | Public Document Retrieval - Pacer |
| | | | | $2,222.89 | |

[[NYCORP:3606357v1:4470D: 08/02/2016--03:24 PM]]
08/03/2016 SL1 1426494v1 109285.00005