**EXHIBIT 1** to **EXHIBIT A**

**Modify Amount Claim**

## ENERGY FUTURE HOLDINGS CORP., et al.

### THIRTY-FOURTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Modify Amount Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | API SYSTEMS GROUP INC<br>10575 VISTA PARK ROAD<br>DALLAS, TX 75238<br><br>TRANSFERRED TO:<br>TANNOR PARTNERS CREDIT FUND, LP<br>TRANSFEROR: API SYSTEMS GROUP INC<br>ATTN: ROBERT TANNOR<br>150 GRAND STREET, STE 401<br>WHITE PLAINS, NY 10601 | 4018 | Oak Grove Management Company LLC | Unsecured | $20,795.00 | Oak Grove Management Company LLC | Unsecured | $16,520.00 |

REASON FOR MODIFICATION: Modified amount reflects adjustment per a review of the claimant's Proof of Claim, the documents attached thereto, a reasonable review of the Debtors' books and records, and further discussion with claimant.

| | | | | TOTAL | $20,795.00 | | TOTAL | $16,520.00 |