**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**AFFIDAVIT OF PUBLICATION OF ANA LOZANO-HARPER OF NOTICE OF
HEARING TO CONSIDER (I) CONFIRMATION OF THE CHAPTER 11 PLAN
AS IT APPLIES TO THE TCEH DEBTORS AND EFH SHARED SERVICES
DEBTORS AND (II) RELATED VOTING AND OBJECTION DEADLINES
IN THE WACO TRIBUNE-HERALD**

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

THE STATE OF TEXAS

COUNTY OF McLENNAN

Before me, a notary public, on  this day personally appeared  Ana Lozano-Harper

and after being by me duly sworn, states that she is   Multi-Media Sales Manager

of the Waco Tribune-Herald, a newspaper published in Waco, McLennan County, Texas,

and that the Notice, a copy of which is hereto attached, was published in said newspaper

on the following named dates, to-wit:

On June 7th,  2016  Newspaper Ref: 265015 -  Energy Future Holdings

_____

Ana Lozano-Harper,  Multi-Media Sales Manager

Sworn to and subscribed before me on the __ day  July 2016.

_____

Grace Allen, Notary Public, McLennan County, Texas

Commission Expires:  March 14, 2019

GRACE ALLEN
MY COMMISSION EXPIRES
MARCH 14, 2019

Keep up with local happenings
Daily in the Trib

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., et al.,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF HEARING TO CONSIDER (I) CONFIRMATION OF THE CHAPTER 11 PLAN AS IT APPLIES TO THE TCEH DEBTORS AND EFH SHARED SERVICES DEBTORS AND (II) RELATED VOTING AND OBJECTION DEADLINES**

**PLEASE TAKE NOTICE THAT** on June 17, 2016, United States Bankruptcy Court for the District of Delaware (the "Court") entered an order [D.I. 8761] (the "TCEH Disclosure Statement Order"): (a) authorizing Texas Competitive Electric Holdings Company LLC ("TCEH" and, together with its direct parent company, Energy Future Competitive Holdings Company LLC ("EFCH") and certain of TCEH's direct and indirect subsidiaries, the "TCEH Debtors") to solicit acceptances for the Second Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 8745] (as may be modified, amended or supplemented from time to time, the "Plan") as to the TCEH Debtors and EFH Shared Services Debtors;[2] (b) approving the Third Amended Disclosure Statement for the Second Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the TCEH Debtors and EFH Shared Services Debtors, including all exhibits and schedules thereto [D.I. 8747] (as may be modified, amended or supplemented from time to time, the "TCEH Disclosure Statement") as containing "adequate information" pursuant to section 1125 of the Bankruptcy Code; (c) approving the solicitation materials and documents to be included in the solicitation packages; and (d) approving procedures for soliciting, receiving and tabulating votes on the Plan as to the TCEH Debtors and EFH Shared Services Debtors.

**PLEASE TAKE FURTHER NOTICE THAT** on May 24, 2016, the Court entered an Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Plan of Reorganization and the Approval of Debtors' Disclosure Statement [D.I. 8514] (the "Scheduling Order") (a) scheduling dates and deadlines in connection with the approval of the TCEH Disclosure Statement and the confirmation of the Plan as to the TCEH Debtors and EFH Shared Services Debtors and (b) establishing certain protocols in connection with the approval of the TCEH Disclosure Statement and the confirmation of the Plan as to the TCEH Debtors and EFH Shared Services Debtors, as applicable.

**PLEASE TAKE FURTHER NOTICE THAT** the hearing at which the Court will consider Confirmation of the Plan as to the TCEH Debtors and EFH Shared Services Debtors (the "TCEH Confirmation Hearing") will commence at **10:00 a.m.** (Eastern Daylight Time) on August 17, 2016, before The Honorable Judge Christopher S. Sontchi, at the United States Bankruptcy Court for the District of Delaware, located at 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801.

**PLEASE BE ADVISED:** THE TCEH CONFIRMATION HEARING MAY BE CONTINUED FROM TIME TO TIME BY THE COURT OR THE TCEH DEBTORS WITHOUT FURTHER NOTICE OTHER THAN BY SUCH ADJOURNMENT BEING ANNOUNCED IN OPEN COURT OR BY A NOTICE OF ADJOURNMENT FILED WITH THE COURT AND SERVED ON ALL PARTIES ENTITLED TO NOTICE.

**CRITICAL INFORMATION REGARDING VOTING ON THE PLAN**

**TCEH Voting Record Date.** The voting record date was June 6, 2016 (the "TCEH Voting Record Date"), which was the date for determining which holders of Claims or Interests, as applicable, against the TCEH Debtors in Classes C3, C4, and C5 are entitled to vote on the Plan.

**TCEH Voting Deadline.** The deadline for voting on the Plan as to the TCEH Debtors is 4:00 p.m. (Eastern Daylight Time) on August 3, 2016 (the "TCEH Voting Deadline"). If you received a TCEH Solicitation Package, including a Ballot and intend to vote on the Plan you must: (a) follow the instructions carefully; (b) complete all of the required information on the ballot; and (c) execute and return your completed Ballot according to and as set forth in detail in the voting instructions so that it is actually received by the Debtors' solicitation agent, Epiq Bankruptcy Solutions, LLC (the "Solicitation Agent") on or before the TCEH Voting Deadline. A failure to follow such instructions may disqualify your vote.

**CRITICAL INFORMATION REGARDING OBJECTING TO THE PLAN**

ARTICLE VIII OF THE PLAN CONTAINS RELEASE, EXCULPATION, AND INJUNCTION PROVISIONS, AND **ARTICLE VIII.D. CONTAINS A THIRD-PARTY RELEASE.** THUS, YOU ARE ADVISED TO REVIEW AND CONSIDER THE PLAN CAREFULLY BECAUSE YOUR RIGHTS MIGHT BE AFFECTED THEREUNDER.

**Plan Objection Deadline.** The deadline for filing objections to the Plan as to the TCEH Debtors and EFH Shared Services Debtors is August 3, 2016 at 4:00 p.m. (Eastern Daylight Time) (the "TCEH Plan Objection Deadline"). All objections to the relief sought at the TCEH Confirmation Hearing must: (a) be in writing; (b) conform to the Bankruptcy Rules, the Local Rules and any orders of the Court; (c) state, with particularity, the legal and factual basis for the objection and, if practicable, a proposed modification to the Plan (or related materials) that would resolve such objection; and (d) be filed with the Court (contemporaneously with a proof of service) and served upon the following parties so as to be actually received on or before August 3, 2016 at 4:00 p.m. (Eastern Daylight Time): KIRKLAND & ELLIS LLP, Attn: Edward O. Sassower, P.C., Attn: Stephen E. Hessler, Esq., Attn: Brian E. Schartz, Esq., 601 Lexington Avenue, New York, NY 10022, Attn: James H.M. Sprayregen, P.C., Attn: Marc Kieselstein, P.C., Attn: Chad J. Husnick, Esq., Attn: Steven N. Serajeddini, Esq., 300 North LaSalle, Chicago, IL 60654 and RICHARDS, LAYTON & FINGER, P.A., Attn: Mark D. Collins, Esq., Attn: Daniel J. DeFranceschi, Esq., Attn: Jason M. Madron, Esq., 920 North King Street, Wilmington, DE 19801, Co-Counsel to the Debtors; PROSKAUER ROSE LLP, Attn: Jeff J. Marwil, Esq., Attn: Mark K. Thomas, Esq., Attn: Peter J. Young, Esq., Three First National Plaza, 70 W. Madison ST STE 3800, Chicago, IL 60602 and O'KELLY, ERNST & BIELLI LLP, Attn: David M. Klauder, Esq., Attn: Shannon Dougherty, Esq., 901 N Market ST STE 1000, Wilmington, DE 19801, Co-Counsel to Energy Future Holdings Corp.; MUNGER, TOLLES & OLSON LLP, Attn: Thomas B. Walper, Esq., Attn: Todd J. Rosen, Esq., Attn: Seth Goldman, Esq., Attn: John W. Spiegel, Esq., 355 S. Grand Ave 35th FL, Los Angeles, CA 90071 and MCELROY, DEUTSCH, MUVANEY, & CARPENTER, LLP, Attn: David P. Primack, Esq., 300 Delaware Ste 770, Wilmington, DE 19801, Co-Counsel to the TCEH Debtors; CRAVATH, SWAIN, & MOORE LLP, Attn: Michael A Paskin, Esq., Worldwide Plaza, 825 Eighth Ave, New York, NY 10019-7475, JENNER & BLOCK LLP, Attn: Richard Levin, Esq., 919 Third Ave, New York, NY 10022-3908 and STEVENS & LEE PC, Attn: Joseph H. Hutson Jr, Esq., 1105 N. Market St STE 700, Wilmington, DE 19801, Co-Counsel to Energy Future Intermediate Holding Company LLC; THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE, Attn: Richard L. Schepacarter, Esq., Attn: Andrea B. Schwartz, Esq., 844 King Street, Suite 2207, Wilmington, DE 19801; MORRISON & FOERSTER LLP, Attn: James M. Peck, Esq., Attn: Brett H. Miller, Esq., Attn: Lorenzo Marinuzzi, Esq., Attn: Todd M. Goren, Esq., Attn: Samantha Martin, Esq., 250 West 55th Street, New York, NY 10019 and POLSINELLI PC, Attn: Christopher A. Ward, Esq., Attn: Justin K. Edelson, Esq., Attn: Shanti M. Katona, Esq., 222 Delaware Avenue, Suite 1101, Wilmington, DE 19801, Co-Counsel to the TCEH Creditors' Committee; SULLIVAN & CROMWELL LLP, Attn: Andrew G. Dietderich, Esq., Attn: Brian D. Glueckstein, Esq., Attn: Michael H. Torkin, Esq., 125 Broad St, New York, NY 10004 and MONTGOMERY, MCCRACKEN, WALKER, & RHOADS LLP, Attn: Natalie D. Ramsey, Esq., Attn: Davis Lee Wright, Esq., Attn: Mark A. Fink, Esq., 1105 N. Market St 15th FL, Wilmington, DE 19801, Co-Counsel to the EFH Creditors' Committee.

**ADDITIONAL INFORMATION**

**Obtaining Solicitation Materials.** The materials in the TCEH Solicitation Package are intended to be self-explanatory. If you should have any questions or if you would like to obtain additional solicitation materials (or paper copies of solicitation materials if you received a CD-ROM), please feel free to contact the Debtors' Solicitation Agent, by: (a) calling the Debtors' restructuring hotline at (877) 276-7311; (b) visiting the Debtors' restructuring website at: http://www.efhcaseinfo.com; and/ or (c) email to efhvote@epiqsystems.com and reference "TCEH" in the subject line. You may also obtain copies of any pleadings filed in these chapter 11 Cases for a fee via PACER at http://www.deb.uscourts.gov. Please be advised that the Solicitation Agent is authorized to answer questions about, and provide additional copies of, solicitation materials, but may not advise you as to whether you should vote to accept or reject the Plan.

**Filing the Plan Supplement.** The Debtors will file the Plan Supplement (as defined in the Plan) as it relates to the TCEH Debtors and EFH Shared Services Debtors no later than fourteen days before the TCEH Confirmation Hearing or such later date as may be approved by this Court and will serve notice on all holders of Claims and Interests entitled to vote on the Plan as it relates to the TCEH Debtors and EFH Shared Services Debtors, which will: (a) inform parties that the Debtors filed the Plan Supplement as it relates to the TCEH Debtors and EFH Shared Services Debtors; (b) list the information contained in the Plan Supplement as it relates to the TCEH Debtors and EFH Shared Services Debtors; and (c) explain how parties may obtain copies of the Plan Supplement as it relates to the TCEH Debtors and EFH Shared Services Debtors.

**BINDING NATURE OF THE PLAN:**
IF CONFIRMED, THE PLAN SHALL BIND ALL HOLDERS OF CLAIMS AND INTERESTS AGAINST THE TCEH DEBTORS AND EFH SHARED SERVICES DEBTORS TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, WHETHER OR NOT SUCH HOLDER WILL RECEIVE OR RETAIN ANY PROPERTY OR INTEREST IN PROPERTY UNDER THE PLAN, HAS FILED A PROOF OF CLAIM IN THE CHAPTER 11 CASES, FAILED TO VOTE TO ACCEPT OR REJECT THE PLAN, OR VOTED TO REJECT THE PLAN.

Dated: June 17, 2016        Wilmington, Delaware        /s/ Jason M. Madron        RICHARDS, LAYTON & FINGER, P.A., Mark D. Collins (No. 2981), Daniel J. DeFranceschi (No. 2732), Jason M. Madron (No. 4431), 920 North King Street, Wilmington, Delaware 19801 -and- KIRKLAND & ELLIS LLP, KIRKLAND & ELLIS INTERNATIONAL LLP, Edward O. Sassower, P.C. (admitted pro hac vice), Stephen E. Hessler (admitted pro hac vice), Brian E. Schartz (admitted pro hac vice), 601 Lexington Avenue, New York, New York 10022-4611 -and- James H.M. Sprayregen, P.C. (admitted pro hac vice), Marc Kieselstein, P.C. (admitted pro hac vice), Chad J. Husnick (admitted pro hac vice), Steven N. Serajeddini (admitted pro hac vice), 300 North LaSalle, Chicago, Illinois 60654. Co-Counsel to the Debtors and Debtors in Possession

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms not otherwise defined herein shall have the same meanings set forth in the Plan.