## <u>EXHIBIT A</u>

**Statement of Fees and Expenses By Subject Matter**

## COMPENSATION BY SUBJECT MATTER[1]
## JUNE 1, 2016 THROUGH JUNE 30, 2016

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 4 | General Environmental Matters | 80.20 | $39,191.00 |
| 7 | EPA NSR Litigation | 136.50 | $46,722.00 |
| 8 | EGU MACT | 15.30 | $5,968.50 |
| 9 | Texas PM2.5 Interstate Transport Rule | 17.90 | $6,192.00 |
| 11 | EPA Regional Haze Rulemaking | 347.00 | $136,858.00 |
| 17 | Regional Haze Section 114 Request | 11.50 | $3,324.00 |
| 18 | EPA Affirmative Defense Litigation | 10.30 | $5,368.50 |
| 19 | EPA Existing Source GHG Rules | 3.00 | $1,100.00 |
| 21 | Bankruptcy Application and Retention | 72.70 | $19,138.50 |
| 24 | La Frontera Gas Contracts | 0.30 | $135.00 |
| 25 | SO2 NAAQS | 0.10 | $24.50 |
| 26 | Market Regulatory Advice | 36.80 | $16,504.50 |
| 27 | EPA New Source GHG Rules | 2.90 | $1,049.50 |
| **Totals:** | | **734.50** | **$281,576.00** |

---

[1]    The work performed and expenses incurred by Balch during the compensation period were entirely on behalf of Texas Competitive Electric Holdings Company, LLC and its debtor subsidiaries.

**EXPENSE SUMMARY**
**JUNE 1, 2016 THROUGH JUNE 30, 2016**

| Expense Category | Amount |
|---|---|
| Airfare | $1,012.20 |
| Court Costs | $500.00 |
| Deliveries | $175.45 |
| In-house Copying – Color Copies or Prints | $140.50 |
| In-house Copying  -  Standard Copies or Prints | $273.00 |
| Outside Copying | $312.12 |
| Telephone Charges | $47.26 |
| Transportation to/from airport | $172.61 |
| Transportation | $440.03 |
| Travel Meals | $825.33 |
| Other Travel Expenses | $280.82 |
| Travel Expenses – Lodging | $3,693.10 |
| **Total Expenses Sought:** | **$7,872.42** |