# **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The Balch attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Thomas L. Casey | Partner | 2003 | Environmental | $395.00 | 21.80 | $8,611.00 |
| Thomas DeLawrence | Partner | 2006 | Environmental | $330.00 | 26.50 | $8,745.00 |
| P. Stephen Gidiere | Partner | 1996 | Environmental | $525.00 | 184.70 | $96,967.50 |
| Scott B. Grover | Partner | 2001 | Energy | $450.00 | 1.90 | $855.00 |
| Lyle Larson | Partner | 1991 | Energy | $520.00 | 14.50 | $7,540.00 |
| C. Grady Moore | Partner | 1992 | Environmental | $525.00 | 71.30 | $37,432.50 |
| Stephen C. Still | Partner | 1994 | Energy | $495.00 | 10.10 | $4,999.50 |
| Jason Tompkins | Partner | 2007 | Litigation | $380.00 | 7.00 | $2,660.00 |
| Timothy J. Tracy | Partner | 1984 | Corporate Finance | $600.00 | 16.50 | $9,900.00 |
| Jeff Wood | Partner | 2003 | Environmental | $465.00 | 1.00 | $465.00 |
| Julia Barber | Associate | 2014 | Environmental | $245.00 | 32.00 | $7,840.00 |
| S. Ellen Burgin | Associate | 2014 | Environmental | $240.00 | 11.10 | $2,664.00 |
| Jonathan Grayson | Associate | 2005 | Bankruptcy | $295.00 | 2.70 | $796.50 |
| David Mitchell | Associate | 2009 | Environmental | $300.00 | 182.50 | $54,750.00 |
| Patrick Runge | Associate | 2008 | Environmental | $280.00 | 7.10 | $1,988.00 |
| Jesse Unkenholz | Associate | 2008 | Energy | $325.00 | 12.20 | $3,965.00 |
| Amy Benschoter | Staff Attorney | 2005 | Environmental | $230.00 | 116.10 | $26,703.00 |
| Tal Simpson | Staff Attorney | 2011 | Environmental | $265.00 | 13.20 | $3,498.00 |
| Karl R. Moor | Of Counsel | 1986 | Environmental | $520.00 | 2.30 | $1,196.00 |
| | | | **Total Fees Requested** | | | **$281,576.00** |