# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

## EXPENSE SUMMARY
## JUNE 1, 2016 THROUGH JUNE 30, 2016

| Expense Category | Amount |
|---|---|
| Airfare | $1,012.20 |
| Court Costs | $500.00 |
| Deliveries | $175.45 |
| In-house Copying – Color Copies or Prints | $140.50 |
| In-house Copying  -  Standard Copies or Prints | $273.00 |
| Outside Copying | $312.12 |
| Telephone Charges | $47.26 |
| Transportation to/from airport | $172.61 |
| Transportation | $440.03 |
| Travel Meals | $825.33 |
| Other Travel Expenses | $280.82 |
| Travel Expenses – Lodging | $3,693.10 |
| **Total Expenses Sought:** | **$7,872.42** |