**EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

**DETAILED EXPENSE SUMMARY**
**JUNE 1, 2016 THROUGH JUNE 30, 2016**

| Invoice Number | Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 702107 | 004 | 5/3/16 | C. Grady Moore | Airfare | | | $304.00 | Roundtrip airfare between Birmingham, AL and Washington, DC |
| *702107* | *004* | *5/3/16* | *C. Grady Moore* | *Other Travel Expenses* | | | *$20.00[1]* | *Travel agency service fee* |
| *702107* | *004* | *5/5/2016* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$3.69[2]* | *Long Distance* |
| 702107 | 004 | 5/12/2016 | P. Stephen Gidiere | Telephone Charges | | | $6.04 | Conference Call |
| 702107 | 004 | 5/12/2016 | P. Stephen Gidiere | Telephone Charges | | | $2.98 | Conference Call |
| 702107 | 004 | 5/19/2016 | P. Stephen Gidiere | Telephone Charges | | | $6.69 | Conference Call |
| 702107 | 004 | 5/19/2016 | P. Stephen Gidiere | Telephone Charges | | | $13.79 | Conference Call |
| 702107 | 004 | 5/19/2016 | P. Stephen Gidiere | Telephone Charges | | | $6.78 | Conference Call |
| *702107* | *004* | *5/24/2016* | *C. Grady Moore* | *Telephone Charges* | | | *$0.40* | *Long Distance* |
| *702107* | *004* | *5/26/2016* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$3.81* | *Long Distance* |
| 702107 | 004 | 6/1/16 | C. Grady Moore | Airfare | | | $25.00 | Required airline baggage fee |
| 702107 | 004 | 6/1/16 | C. Grady Moore | Airfare | | | $591.20 | Roundtrip airfare between Birmingham, AL and Washington, DC |
| *702107* | *004* | *6/1/16* | *C. Grady Moore* | *Other Travel Expenses* | | | *$10.00[3]* | *Travel agency service fee* |
| 702107 | 004 | 6/1/16 | C. Grady Moore | Transportation to/from Airport | | | $19.00 | Cab fare from airport to hotel |
| 702107 | 004 | 6/1/2016 | C. Grady Moore | Travel Meals | | | $16.24 | Lunch (1 person) |
| 702107 | 004 | 6/2/16 | C. Grady Moore | Transportation | | | $12.00 | Cab fare from hotel to meeting |
| 702107 | 004 | 6/2/16 | C. Grady Moore | Travel Meals | | | $33.00 | Dinner (1 person) |
| 702107 | 004 | 6/2/16 | C. Grady Moore | Travel Meals | | | $10.18 | Lunch (1 person) |
| 702107 | 004 | 6/3/16 | C. Grady Moore | Airfare | | | $37.00 | Airline seat purchase |
| 702107 | 004 | 6/3/16 | C. Grady Moore | Airfare | | | $25.00 | Required airline baggage fee |
| 702107 | 004 | 6/3/2016 | C. Grady Moore | Other Travel Expenses | | | $53.00 | Airport Parking |

---

[1]  Pursuant to the Fee Committee's Letter Report on the First Interim Application of Balch & Bingham LLP, dated May 20, 2015, service fees are not reimbursable.  Therefore, $10.00 is not reimbursable.

[2]  Italicized entries for Telephone Charges represent those calls which cannot be classified as multi-party conference calls.  A total of $21.54 in telephone charges is not reimbursable.

[3]  Pursuant to the Fee Committee's Letter Report on the First Interim Application of Balch & Bingham LLP, dated May 20, 2015, service fees are not reimbursable.  Therefore, $10.00 is not reimbursable.

RLF1 14946153v.1

| Invoice Number | Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| *702107* | *004* | *6/3/16* | *C. Grady Moore* | *Other Travel Expenses* | | | *$7.00[4]* | *Baggage tips* |
| 702107 | 004 | 6/3/16 | C. Grady Moore | Transportation to/from Airport | | | $20.00 | Cab fare from hotel to airport |
| 702107 | 004 | 6/3/2016 | C. Grady Moore | Travel Expenses – Lodging | | | $893.10 | Lodging in Washington, DC (2 nights) |
| *702107* | *004* | *6/3/16* | *C. Grady Moore* | *Travel Meals* | | | *$41.96[5]* | *Dinner (1 person)* |
| 702107 | 004 | 6/3/16 | C. Grady Moore | Travel Meals | | | $12.00 | Lunch (1 person) |
| *702107* | *004* | *6/8/2016* | *C. Grady Moore* | *Telephone Charges* | | | *$0.80* | *Long Distance* |
| 702107 | 004 | 6/28/2016 | P. Stephen Gidiere | Telephone Charges | | | $0.40 | Conference Call |
| *703215* | *007* | *5/6/2016* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$6.14* | *Long Distance* |
| 703215 | 007 | 6/3/2016 | Amy Benschoter | Telephone Charges | | | $2.70 | Conference Call |
| 703215 | 007 | 6/3/2016 | Amy Benschoter | Telephone Charges | | | $0.60 | Conference Call |
| *703215* | *007* | *6/24/2016* | *Linda Shaper* | *Telephone Charges* | | | *$0.80* | *Long Distance* |
| *703215* | *007* | *6/30/2016* | *Linda Shaper* | *Telephone Charges* | | | *$0.30* | *Long Distance* |
| 703216 | 008 | 6/22/2016 | C. Grady Moore | In-house Copying | $0.10 | 25 | $2.50 | Standard Copies |
| 703216 | 008 | 6/22/16 | Julia Barber | Court Costs | | | $500.00 | Petition for review filing fee |
| 703216 | 008 | 6/22/2016 | Julia Barber | Deliveries | | | $26.36 | Fed-Ex |
| *703217* | *009* | *6/29/2016* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$2.10* | *Long Distance* |
| *703218* | *011* | | *P. Stephen Gidiere* | *Travel Expenses – Lodging* | | | *$863.71[6]* | *Lodging in Austin, TX (2 nights)* |
| *703218* | *011* | | *P. Stephen Gidiere* | *Travel Meals* | | | *$136.00[7]* | *Dinner (3 people)* |
| *703218* | *011* | *6/6/2016* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$0.40* | *Long Distance* |
| 703218 | 011 | 6/7/2016 | Amy Benschoter | In-house Copying | $0.10 | 2684 | $268.40 | Standard Copies |
| 703218 | 011 | 6/7/2016 | Amy Benschoter | In-house Copying | $0.10 | 1 | $0.10 | Standard Copies |

---

[4]   Pursuant to correspondence from the Fee Committee, baggage fees and tips are not reimbursable.  Therefore, $7.00 has been deducted.

[5]   Pursuant to the Fee Committee's initial memorandum, dated October 3, 2014, meals are capped at $40.00 per person, per meal.   Therefore, $1.96 is not reimbursable.

[6]   Pursuant to the Fee Committee's correspondence dated December 1, 2014, hotel rooms for this location are capped at $350.00 per night.  Therefore, $165.71 is not reimbursable.

[7]   Pursuant to the Fee Committee's initial memorandum, dated October 3, 2014, meals are capped at $40.00 per person, per meal.   Therefore, $16.00 is not reimbursable.

| Invoice Number | Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 703218 | 011 | 6/7/2016 | P. Stephen Gidiere | Deliveries | | | $19.70 | Fed-Ex |
| 703218 | 011 | 6/8/2016 | P. Stephen Gidiere | Telephone Charges | | | $0.40 | Conference Call |
| 703218 | 011 | 6/8/2016 | P. Stephen Gidiere | Telephone Charges | | | $3.10 | Conference Call |
| 703218 | 011 | 6/9/2016 | P. Stephen Gidiere | In-house Copying | $0.10 | 15 | $1.50 | Standard Copies |
| 703218 | 011 | 6/13/2016 | P. Stephen Gidiere | In-house Copying | $0.50 | 241 | $120.50 | Color Copies |
| 703218 | 011 | 6/13/2016 | P. Stephen Gidiere | In-house Copying | $0.50 | 40 | $20.00 | Color Copies |
| *703218* | *011* | *6/13/2016* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$3.10* | *Long Distance* |
| 703218 | 011 | 6/14/16 | David Mitchell | Travel Meals | | | $12.31 | Lunch ( 1 person) |
| 703218 | 011 | 6/14/16 | P. Stephen Gidiere | Airfare | | | $15.00 | Airline seat purchase |
| 703218 | 011 | 6/14/16 | P. Stephen Gidiere | Other Travel Expenses | | | $19.95 | In-flight Wi-Fi service |
| 703218 | 011 | 6/14/16 | P. Stephen Gidiere | Transportation | | | $9.50 | Cab fare from hotel to office |
| 703218 | 011 | 6/14/16 | P. Stephen Gidiere | Transportation to/from Airport | | | $31.40 | Cab fare from airport to hotel |
| 703218 | 011 | 6/14/16 | P. Stephen Gidiere | Transportation to/from Airport | | | $2.30 | Transportation to Birmingham airport |
| 703218 | 011 | 6/14/16 | P. Stephen Gidiere | Travel Meals | | | $11.26 | Breakfast (1 person) |
| 703218 | 011 | 6/14/16 | P. Stephen Gidiere | Travel Meals | | | $2.80 | Coffee with breakfast |
| 703218 | 011 | 6/14/16 | P. Stephen Gidiere | Travel Meals | | | $26.46 | Lunch (1 person) |
| 703218 | 011 | 6/15/16 | David Mitchell | Travel Meals | | | $6.17 | Breakfast (1 person) |
| 703218 | 011 | 6/15/16 | David Mitchell | Travel Meals | | | $2.11 | Coffee with breakfast (1 person) |
| 703218 | 011 | 6/15/16 | David Mitchell | Travel Meals | | | $18.70 | Dinner (1 person) |
| 703218 | 011 | 6/15/16 | David Mitchell | Travel Meals | | | $17.68 | Lunch (1 person) |
| *703218* | *011* | *6/15/16* | *P. Stephen Gidiere* | *Travel Meals* | | | *$68.28[8]* | *Dinner (1 person)* |
| 703218 | 011 | 6/15/16 | P. Stephen Gidiere | Travel Meals | | | 12.99 | Breakfast (1 person) |
| 703218 | 011 | 6/15/16 | P. Stephen Gidiere | Travel Meals | | | $48.09 | Lunch (2 people) |
| 703218 | 011 | 6/16/16 | David Mitchell | Other Travel Expenses | | | $32.00 | Airport parking |
| 703218 | 011 | 6/16/16 | David Mitchell | Transportation to/from Airport | | | $33.24 | Cab fare from hotel to airport |

---

[8]   Pursuant to the Fee Committee's initial memorandum, dated October 3, 2014, meals are capped at $40.00 per person, per meal.   Therefore, $28.28 is not reimbursable.

| Invoice Number | Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| *703218* | *011* | *6/16/16* | *David Mitchell* | *Travel Expenses – Lodging* | | | *$889.06[9]* | *Lodging in Austin, TX (2 nights)* |
| 703218 | 011 | 6/16/16 | David Mitchell | Travel Meals | | | $8.63 | Breakfast (1 person) |
| 703218 | 011 | 6/16/16 | David Mitchell | Travel Meals | | | $17.59 | Lunch (1 person) |
| 703218 | 011 | 6/16/16 | P. Stephen Gidiere | Airfare | | | $15.00 | Airline seat purchase |
| 703218 | 011 | 6/16/16 | P. Stephen Gidiere | Other Travel Expenses | | | $6.50 | In-flight Wi-Fi service |
| 703218 | 011 | 6/16/16 | P. Stephen Gidiere | Other Travel Expenses | | | $20.51 | In-flight Wi-Fi service |
| 703218 | 011 | 6/16/16 | P. Stephen Gidiere | Transportation to/from Airport | | | $48.30 | Cab fare from hotel to airport |
| 703218 | 011 | 6/16/16 | P. Stephen Gidiere | Travel Meals | | | $2.49 | Breakfast (1 person) |
| 703218 | 011 | 6/16/16 | P. Stephen Gidiere | Travel Meals | | | $25.06 | Lunch (1 person) |
| 703218 | 011 | 6/17/16 | P. Stephen Gidiere | Other Travel Expenses | | | $77.00 | Airport parking |
| *703218* | *011* | *6/17/16* | *P. Stephen Gidiere* | *Other Travel Expenses* | | | *$2.00[10]* | *Baggage tips* |
| 703218 | 011 | 6/20/16 | David Mitchell | Transportation | | | $11.64 | Cab fare to Enterprise Car Rental office |
| 703218 | 011 | 6/20/2016 | P. Stephen Gidiere | Deliveries | | | $55.47 | Fed-Ex |
| 703218 | 011 | 6/20/2016 | P. Stephen Gidiere | In-house Copying | $0.10 | 3 | $0.30 | Standard Copies |
| 703218 | 011 | 6/20/2016 | P. Stephen Gidiere | In-house Copying | $0.10 | 1 | $0.10 | Standard Copies |
| 703218 | 011 | 6/20/16 | P. Stephen Gidiere | Travel Meals | | | $7.48 | Breakfast (1 person) |
| *703218* | *011* | *6/20/16* | *P. Stephen Gidiere* | Travel Meals | | | *$185.76[11]* | *Dinner (3 people)* |
| 703218 | 011 | 6/20/16 | P. Stephen Gidiere | Travel Meals | | | $21.19 | Lunch (2 people) |
| *703218* | *011* | *6/21/16* | *David Mitchell* | *Other Travel Expenses* | | | *$5.00[12]* | *Baggage tips* |
| 703218 | 011 | 6/21/16 | David Mitchell | Outside Copying | | | $22.12 | Standard and color copies of court documents |
| 703218 | 011 | 6/21/16 | David Mitchell | Transportation | | | $5.95 | Cab fare from hotel to client meeting |
| 703218 | 011 | 6/21/16 | David Mitchell | Travel Meals | | | $2.49 | Breakfast (1 person) |

---

[9]   Pursuant to the Fee Committee's correspondence dated December 1, 2014, hotel rooms for this location are capped at $350.00 per night.  Therefore, $189.06 is not reimbursable.

[10]   Pursuant to correspondence from the Fee Committee, baggage fees and tips are not reimbursable.  Therefore, $2.00 has been deducted.

[11]   Pursuant to the Fee Committee's initial memorandum, dated October 3, 2014, meals are capped at $40.00 per person, per meal.   Therefore, $45.76 is not reimbursable.

[12]   Pursuant to correspondence from the Fee Committee, baggage fees and tips are not reimbursable.  Therefore, $5.00 has been deducted.

| Invoice Number | Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 703218 | 011 | 6/21/2016 | P. Stephen Gidiere | Deliveries | | | $13.28 | Fed-Ex |
| 703218 | 011 | 6/21/16 | P. Stephen Gidiere | Travel Meals | | | $2.93 | Breakfast (1 person) |
| 703218 | 011 | 6/21/16 | P. Stephen Gidiere | Travel Meals | | | $62.88 | Dinner (2 people) |
| 703218 | 011 | 6/21/16 | P. Stephen Gidiere | Travel Meals | | | $38.57 | Lunch (1 person) |
| 703218 | 011 | 6/22/16 | David Mitchell | Transportation | | | $9.09 | Cab fare from hotel to client meeting |
| 703218 | 011 | 6/22/16 | David Mitchell | Transportation | | | $5.95 | Cab fare from hotel to courthouse |
| *703218* | *011* | *6/22/16* | *David Mitchell* | *Travel Expenses – Lodging* | | | *$855.82[13]* | *Lodging in New Orleans, LA (3 nights)* |
| 703218 | 011 | 6/22/16 | David Mitchell | Travel Meals | | | $2.49 | Breakfast (1 person) |
| 703218 | 011 | 6/22/2016 | Julia Barber | In-house Copying | $0.10 | 1 | $0.10 | Standard Copies |
| 703218 | 011 | 6/22/16 | P. Stephen Gidiere | Transportation | | | $9.02 | Cab fare from client meeting to hotel |
| 703218 | 011 | 6/22/16 | P. Stephen Gidiere | Travel Meals | | | $16.21 | Breakfast (1 person) |
| 703218 | 011 | 6/22/16 | P. Stephen Gidiere | Travel Meals | | | $3.63 | Coffee with breakfast (1 person) |
| 703218 | 011 | 6/23/16 | David Mitchell | Other Travel Expense | | | $34.05 | Rental car fuel |
| 703218 | 011 | 6/23/16 | David Mitchell | Other Travel Expense | | | $27.86 | Rental car fuel |
| 703218 | 011 | 6/23/16 | David Mitchell | Transportation | | | $12.78 | Cab fare from Enterprise Rental office |
| 703218 | 011 | 6/23/16 | David Mitchell | Transportation | | | $364.10 | Rental car for roundtrip between Birmingham, AL and New Orleans, LA |
| 703218 | 011 | 6/23/16 | David Mitchell | Travel Meals | | | $4.41 | Breakfast (1 person) |
| 703218 | 011 | 6/23/16 | David Mitchell | Travel Meals | | | $8.49 | Lunch (1 person) |
| 703218 | 011 | 6/23/16 | P. Stephen Gidiere | Transportation to/from Airport | | | $18.37 | Cab fare from airport |
| *703218* | *011* | *6/23/16* | *P. Stephen Gidiere* | *Travel Expenses - Lodging* | | | *$860.96[14]* | *Lodging in New Orleans, LA (3 nights)* |
| 703218 | 011 | 6/23/16 | P. Stephen Gidiere | Travel Meals | | | $28.84 | Lunch (1 person) |
| 703218 | 011 | 6/23.16 | P. Stephen Gidiere | Other Travel Expenses | | | $9.95 | In-flight Wi-Fi service |
| 702106 | 017 | 6/20/2016 | Amy Benschoter | Deliveries | | | $60.64 | Fed-Ex |

---

[13]  Pursuant to the Fee Committee's correspondence dated December 1, 2014, hotel rooms for this location are capped at $350.00 per night.  Therefore, $155.82 is not reimbursable.

[14]  Pursuant to the Fee Committee's correspondence dated December 1, 2014, hotel rooms for this location are capped at $350.00 per night.  Therefore, $160.96 is not reimbursable.

| Invoice Number | Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 703221 | 019 | 6/13/16 | P. Stephen Gidiere | Outside Copying | | | $290.00 | Cost of printing joint appendix for appellate court |
| 703225 | 026 | 5/12/2016 | Lyle Larson | Telephone Charges | | | $3.78 | Conference Call |
| Total Expenses: | | | | | | | $8,697.55 | |
| *Less: Expense Adjustment*[15] | | | | | | | *$825.13* | |
| **Total Expenses Sought:** | | | | | | | **$7,872.42** | |

---

[15]  Reflects actual expenses incurred during Fee Period which are not reimbursable pursuant to the Fee Committee's initial memorandum, dated October 3, 2014, and subsequent communications.