**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**PLAN SUPPLEMENT AS IT RELATES TO THE TCEH DEBTORS AND
EFH SHARED SERVICES DEBTORS FOR THE THIRD AMENDED JOINT PLAN OF
REORGANIZATION OF ENERGY FUTURE HOLDINGS CORP., ET AL., PURSUANT
TO CHAPTER 11 OF THE BANKRUPTCY CODE**

　　　　**PLEASE TAKE NOTICE THAT** that the TCEH Debtors and the EFH Shared Services Debtors (collectively, the "<u>T-Side Debtors</u>"), submit this plan supplement (the "<u>Plan Supplement</u>") in support of confirmation of the *Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. _____] (as amended from time to time, the "<u>Plan</u>"), filed in these chapter 11 cases on [_____]. Capitalized terms used but not defined herein have the meanings set forth in the Plan.

　　　　**PLEASE TAKE FURTHER NOTICE** that the Plan Supplement includes the following documents, as may be modified, amended, or supplemented from time to time by the Debtors in accordance with the Plan:

- <u>Exhibit A</u> — New Organizational Documents for Reorganized TCEH

- <u>Exhibit B</u> — List of Executory Contracts and Unexpired Leases to be Assumed by Reorganized TCEH Debtors on the TCEH Effective Date

- <u>Exhibit C</u> — List of Executory Contracts and Unexpired Leases to be Rejected by Reorganized TCEH Debtors on the TCEH Effective Date

- <u>Exhibit D</u> — Retained Causes of Action

- <u>Exhibit E</u> — Compensation Supplements

- <u>Exhibit F</u> — Reorganized TCEH Registration Rights Agreement

---

[1]　　The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

- <u>Exhibit G</u> — Disclosures Regarding New Boards of Reorganized TCEH

- <u>Exhibit H</u> — New Reorganized TCEH Debt Documents

- <u>Exhibit I</u> — Tax Matters Agreement Disclosure

- <u>Exhibit J</u> — Transition Services Agreement

- <u>Exhibit K</u> — Reorganized TCEH Shareholders' Agreement

- <u>Exhibit L</u>— Spin-Off Tax Receivable Agreement and Spin-Off Tax Receivable Information Form

- <u>Exhibit M</u>—Split Participant Agreement

- <u>Exhibit N</u>—Separation Agreement

- <u>Exhibit O</u>—Preferred Stock Term Sheet

> Certain documents, or portions thereof, contained in the Plan Supplement remain subject to continuing negotiations among the T-Side Debtors and interested parties with respect thereto. The T-Side Debtors reserve all rights to amend, modify, or supplement the Plan Supplement and any of the documents contained therein, in accordance with the terms of the Plan.  To the extent material amendments or modifications are made to any of the Plan Supplement documents, the T-Side Debtors will file a blackline with the Bankruptcy Court prior to the Confirmation Hearing marked to reflect same.

**PLEASE TAKE FURTHER NOTICE** that the documents contained in the Plan Supplement are integral to, part of, and incorporated by reference into the Plan.  These documents have not yet been approved by the Bankruptcy Court.  If the Plan is approved, the documents contained in the Plan Supplement will be approved by the Bankruptcy Court pursuant to the Confirmation Order.

**PLEASE TAKE FURTHER NOTICE** that the hearing to consider confirmation of the Plan as it relates to the T-Side Debtors is currently scheduled for **Wednesday**, **August 17, 2016 starting at 10:00 a.m. (Eastern Daylight Time)**, before The Honorable Christopher S. Sontchi, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that any party wishing to obtain copies of the Plan, the Plan Supplement documents referred to on the attached list, or the TCEH Disclosure Statement related to the Plan may download copies from the Debtors' Notice and Claims Agent, Epiq Bankruptcy Solutions, LLC at http://www.efhcaseinfo.com.

Dated: August 3, 2016
     Wilmington, Delaware

*/s/ Jason M. Madron*
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
    defranceschi@rlf.com
    madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    edward.sassower@kirkland.com
    stephen.hessler@kirkland.com
    brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    james.sprayregen@kirkland.com
    marc.kieselstein@kirkland.com
    chad.husnick@kirkland.com
    steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

RLF1 14947606v.1

## **PLAN SUPPLEMENT DOCUMENTS**

Exhibit A — New Organizational Documents for Reorganized TCEH

Exhibit B — List of Executory Contracts and Unexpired Leases to be Assumed by Reorganized TCEH Debtors on the TCEH Effective Date

Exhibit C — List of Executory Contracts and Unexpired Leases to be Rejected by Reorganized TCEH Debtors on the TCEH Effective Date

Exhibit D — Retained Causes of Action

Exhibit E — Compensation Supplements

Exhibit F — Reorganized TCEH Registration Rights Agreement

Exhibit G — Disclosures Regarding New Boards of Reorganized TCEH

Exhibit H — New Reorganized TCEH Debt Documents

Exhibit I — Tax Matters Agreement Disclosure

Exhibit J — Transition Services Agreement

Exhibit K — Reorganized TCEH Shareholders' Agreement

Exhibit L — Spin-Off Tax Receivable Agreement and Spin-Off Tax Receivable Information Form

Exhibit M—Split Participant Agreement

Exhibit N—Separation Agreement

Exhibit O—Preferred Stock Term Sheet