# EXHIBIT C

## List of Executory Contracts and Unexpired Leases to be Rejected by Reorganized T-Side Debtors on the Effective Date

On the TCEH Effective Date, except as otherwise provided herein, all TCEH Executory Contracts or Unexpired Leases of the TCEH Debtors, not previously assumed or rejected pursuant to an order of the Bankruptcy Court, will be deemed to be TCEH Assumed Executory Contracts or Unexpired Leases, in accordance with the provisions and requirements of sections 365 and 1123 of the Bankruptcy Code, other than those Executory Contracts or Unexpired Leases that: (1) previously were assumed or rejected by the Debtors; (2) are identified on the TCEH Rejected Executory Contract and Unexpired Lease List; (3) are the subject of a motion to reject Executory Contracts or Unexpired Leases that is pending on the Confirmation Date; or (4) are subject to a motion to reject an Executory Contract or Unexpired Lease pursuant to which the requested effective date of such rejection is after the TCEH Effective Date; *provided* that each of (2), (3) and (4) must be in form and substance reasonably acceptable to the TCEH Supporting First Lien Creditors. Entry of the TCEH Confirmation Order by the Bankruptcy Court shall constitute approval of such assignments and/or assumptions and the rejection of the Executory Contracts or Unexpired Leases listed on the TCEH Rejected Executory Contract and Unexpired Lease List pursuant to sections 365(a) and 1123 of the Bankruptcy Code. Any motions to assume Executory Contracts or Unexpired Leases pending on the TCEH Effective Date shall be subject to approval by the Bankruptcy Court on or after the TCEH Effective Date by a Final Order. Each Executory Contract and Unexpired Lease assumed pursuant to Article V.A.2 of the Plan or by any order of the Bankruptcy Court, which has not been assigned to a third party before the TCEH Confirmation Date, shall revest in and be fully enforceable by the Reorganized TCEH Debtors in accordance with its terms, except as such terms are modified by the Plan or any order of the Bankruptcy Court authorizing and providing for its assumption under applicable federal law. Notwithstanding anything in Article V.A.2 of the Plan to the contrary, the Employment Agreements, the New Employee Agreements/Arrangements, and the Executive Severance Policy shall be deemed to be entered into or assumed and/or assigned (as applicable) to Reorganized TCEH on the TCEH Effective Date, and Reorganized TCEH shall be responsible for any cure costs arising from or related to the assumption of such Employment Agreement or Executive Severance Policy; *provided* that, for the avoidance of doubt, in the event any party to an Employment Agreement and the Reorganized EFH Debtors or Reorganized EFIH Debtors mutually agree that such party's Employment Agreement shall be assumed by Reorganized EFH or Reorganized EFIH and not assigned to Reorganized TCEH, the consent of the Plan Sponsor shall be required with respect to such assumption and the Reorganized EFH Debtors and Reorganized EFIH Debtors, as applicable, shall be responsible for any cure costs arising from or related to the assumption of such Employment Agreements. Additionally, notwithstanding anything to the contrary in the Plan, the Plan Supplement, the Executive Severance Policy, or any Employment Agreement, the occurrence of the TCEH Effective Date shall be deemed to constitute a "change in control" under the Executive Severance Policy and each Employment Agreement. On the TCEH Effective Date, Reorganized TCEH shall execute a written agreement (in a form reasonably acceptable to the TCEH Supporting First Lien Creditors) with each employee who is party to an Employment Agreement acknowledging that the transactions consummated upon the occurrence

of the TCEH Effective Date shall constitute a "change in control" under such employee's Employment Agreement.  The Debtors or the Reorganized Debtors, as applicable, with the reasonable consent of the Plan Sponsor and the TCEH Supporting First Lien Creditors, reserve the right to alter, amend, modify, or supplement the schedules of Executory Contracts and Unexpired Leases with respect to such Debtors and Reorganized Debtors at any time through and including 45 days after the Effective Date, without incurrence of any penalty or changing the priority or security of any Claim as a result of such treatment change.  For the avoidance of doubt, and notwithstanding anything herein to the contrary, the Tax Matters Agreement, Transition Services Agreement, Separation Agreement, and Amended and Restated Split Participant Agreement shall be TCEH Assumed Executory Contracts or Unexpired Leases.

Unless otherwise provided by a Final Order of the Bankruptcy Court, all Proofs of Claim with respect to Claims arising from the rejection of Executory Contracts or Unexpired Leases, pursuant to the Plan or the TCEH Confirmation Order, if any, must be Filed within 30 days after the later of:  (1) the date of entry of an order of the Bankruptcy Court (including the TCEH Confirmation Order) approving such rejection; and (2) the effective date of such rejection.  **Any Claims arising from the rejection of an Executory Contract or Unexpired Lease not Filed within such time will be automatically disallowed, forever barred from assertion, and shall not be enforceable against the T-Side Debtors or the Reorganized TCEH Debtors, the Estates, or their property without the need for any objection by the Reorganized TCEH Debtors or further notice to, or action, order, or approval of the Bankruptcy Court or any other Entity, and any Claim arising out of the rejection of the Executory Contract or Unexpired Lease shall be deemed fully satisfied, released, and discharged, notwithstanding anything in the Schedules or a Proof of Claim to the contrary.**  All Allowed Claims arising from the rejection of the T-Side Debtors' Executory Contracts or Unexpired Leases shall be classified as General Unsecured Claims against the applicable Debtor and shall be treated in accordance with the Plan, unless a different security or priority is otherwise asserted in such Proof of Claim and Allowed in accordance with Article VII of the Plan.

Neither the exclusion nor inclusion of any contract or lease in the Plan Supplement, nor anything contained in the Plan, shall constitute an admission by the T-Side Debtors that any such contract or lease is in fact an Executory Contract or Unexpired Lease or that the T-Side Debtors or Reorganized TCEH Debtors, as applicable, have any liability thereunder.

**Exhibit A**

**Rejection Schedule**

| | Details of Contract (s) | | Counterparty Information | | Other Information | |
|---|---|---|---|---|---|---|
| Ref # | Debtor | Description of Contract or Lease | Counterparty | Counterparty Address | Description of Property to be Abandoned, if any | Rejection Date |
| 1 | LUMINANT MINING COMPANY LLC | SERVICES AGREEMENT DATED 3/3/2014 | ABSOLUTE CONSULTING, INC. | 7552 NAVARRE PARKWAY STE 63 NAVARRE, FL 32566 | | ON THE TCEH EFFECTIVE DATE |
| 2 | LUMINANT GENERATION COMPANY LLC | SERVICES AGREEMENT DATED 02/08/2012 PLUS AMENDMENTS PLUS STATEMENTS OF WORK | ABSOLUTE CONSULTING | 7552 NAVARRE SUITE 63 NAVARRE, FL 32566 | | ON THE TCEH EFFECTIVE DATE |
| 3 | LUMINANT GENERATION COMPANY LLC | SERVICES AGREEMENT DATED 01/07/2013 PLUS AMENDMENTS | ABSOLUTE CONSULTING INC | 7552 NAVARRE PARKWAY STE 63 NAVARRE, FL 32566 | | ON THE TCEH EFFECTIVE DATE |
| 4 | LUMINANT GENERATION COMPANY LLC | SERVICES AGREEMENT DATED 3/26/2014 | AGGREKO TEXAS LP | 655 GRIGSBY WAY SUITE A CEDAR HILL, TX 75104 | | ON THE TCEH EFFECTIVE DATE |
| 5 | LUMINANT GENERATION COMPANY LLC | SERVICES AGREEMENT DATED 03/20/2013 PLUS AMENDMENTS | AGGREKO LLC | 627 GRIGSBY WAY CEDAR HILL, TX 75104 | | ON THE TCEH EFFECTIVE DATE |
| 6 | TXU ENERGY RETAIL COMPANY LLC | SERVICES AGREEMENT DATED 06/29/2009 | AGR GROUP LLC | 13100-56TH COURT CLEARWATER, FL 33760 | | ON THE TCEH EFFECTIVE DATE |
| 7 | SANDOW POWER COMPANY LLC | ALLIED ENV HUMIDITY MONITOR - SA | ALLIED ENVIRONMENTAL SOLUTIONS, INC. | 9730 PATUXENT WOODS DR. STE.100 COLUMBIA, MD 21046 | | ON THE TCEH EFFECTIVE DATE |
| 8 | LUMINANT MINING COMPANY LLC | SERVICES AGREEMENT DATED 02/18/2014 | ARAMARK UNIFORM SERVICES | 22014 BUSH DR. WACO, TX 76712 | | ON THE TCEH EFFECTIVE DATE |
| 9 | OAK GROVE MANAGEMENT COMPANY LLC | SERVICES AGREEMENT DATED 01/19/2009 PLUS AMENDMENTS | ARAMARK UNIFORM SERVICES | 22014 BUSH DR. WACO, TX 76712 | | ON THE TCEH EFFECTIVE DATE |
| 10 | LUMINANT GENERATION COMPANY LLC | SERVICES AGREEMENT DATED 01/01/2004 PLUS AMENDMENTS | AREVA NP INC. | 155 MILL RIDGE RD. LYNCHBERG, VA 24502 | | ON THE TCEH EFFECTIVE DATE |
| 11 | OAK GROVE MANAGEMENT COMPANY LLC | SERVICES AGREEMENT DATED 7/01/2012 | BCS STOP & GO POTTIES | P.O. BOX 5449 BRYAN, TX 77805-5449 | | ON THE TCEH EFFECTIVE DATE |
| 12 | OAK GROVE MANAGEMENT COMPANY LLC | SERVICES AGREEMENT DATED 1/01/2015 | BEACON AVIATION INC | 194 COUNTY ROAD 2950 ALBA, TX 75410 | | ON THE TCEH EFFECTIVE DATE |
| 13 | LUMINANT BIG BROWN MINING COMPANY LLC | SERVICES AGREEMENT DATED 10/01/2013 | BEACON AVIATION, INC. | 194 COUNTY ROAD 2950 ALBA, TX 75410 | | ON THE TCEH EFFECTIVE DATE |
| 14 | LUMINANT MINING COMPANY LLC | SERVICES AGREEMENT DATED 02/04/2014 | BEACON AVIATION, INC. | 194 COUNTY ROAD 2950 ALBA, TX 75410 | | ON THE TCEH EFFECTIVE DATE |
| 15 | LUMINANT GENERATION COMPANY LLC OAK GROVE MANAGEMENT COMPANY LLC SANDOW POWER COMPANY LLC | SERVICES AGREEMENT DATED 01/25/2014 PLUS AMENDMENTS | CLARY E & I SERVICES, LLC | P.O. BOX 343 OVERTON, TX 75684 | | ON THE TCEH EFFECTIVE DATE |

**Exhibit A**

**Rejection Schedule**

| | Details of Contract (s) | | Counterparty Information | | Other Information | |
|---|---|---|---|---|---|---|
| Ref # | Debtor | Description of Contract or Lease | Counterparty | Counterparty Address | Description of Property to be Abandoned, if any | Rejection Date |
| 16 | LUMINANT GENERATION COMPANY LLC | ACCOMMODATION AGREEMENT DATED 12/9/2005 | ENDURING RESOURCES LLC | [ADDRESS ON FILE] | | ON THE TCEH EFFECTIVE DATE |
| 17 | LUMINANT MINING COMPANY LLC | ACCOMMODATION AGREEMENT DATED 12/9/2005 | ENDURING RESOURCES LLC | [ADDRESS ON FILE] | | ON THE TCEH EFFECTIVE DATE |
| 18 | LUMINANT GENERATION COMPANY LLC | SERVICES AGREEMENT DATED 04/15/2012 PLUS AMENDMENTS | ENERCON SERVICES INC | 12916 TAMPA OAKS BLVD SUITE 131 TEMPLE TERRACE, FL  33637 | | ON THE TCEH EFFECTIVE DATE |
| 19 | LUMINANT GENERATION COMPANY LLC OAK GROVE MANAGEMENT COMPANY LLC SANDOW POWER COMPANY LLC | SERVICES AGREEMENT DATED 04/06/2012 | EAST TEXAS TESTING LABORATORY, INC. | 1717 EAST ERWIN STREET TYLER, TX  75702 | | ON THE TCEH EFFECTIVE DATE |
| 20 | LUMINANT MINING COMPANY LLC | SERVICES AGREEMENT DATED 01/31/2014 | ETTL ENGINEERS AND CONSULTANTS, INC. | 1717 EAST ERWIN ST TYLER, TX  75702 | | ON THE TCEH EFFECTIVE DATE |
| 21 | LUMINANT BIG BROWN MINING COMPANY LLC LUMINANT GENERATION COMPANY LLC LUMINANT MINING COMPANY LLC OAK GROVE MANAGEMENT COMPANY LLC SANDOW POWER COMPANY LLC | SERVICES AGREEMENT DATED 04/01/1997 PLUS AMENDMENTS | ETTL ENGINEERS & CONSULTANTS, INC. | 1717 EAST ERWIN STREET TYLER, TX  75702-6398 | | ON THE TCEH EFFECTIVE DATE |
| 23 | LUMINANT HOLDING COMPANY LLC | FUTURE GEN INDUST ALLIANCE - MEM | FUTUREGEN INDUSTRIAL ALLIANCE, INC. | 1101 PENNSYLVANIA AVE., 6TH FL WASHINGTON, DC  20004 | | ON THE TCEH EFFECTIVE DATE |
| 24 | LUMINANT GENERATION COMPANY LLC | SERVICES AGREEMENT DATED 11/14/2011 PLUS AMENDMENTS | W.W. GRAINGER, INC. | 300 WEST VICKERY BOULEVARD FORT WORTH, TX  76104-1201 | | ON THE TCEH EFFECTIVE DATE |
| 26 | LUMINANT GENERATION COMPANY LLC | SERVICES AGREEMENT DATED 01/01/2014 | KONECRANES NUCLEAR EQUIPMENT & SERVICES | 5300 SOUTH EMMER DRIVE NEW BERLIN, WI  53151 | | ON THE TCEH EFFECTIVE DATE |
| 28 | OAK GROVE MANAGEMENT COMPANY LLC | SERVICES AGREEMENT DATED 03/01/2012 PLUS AMENDMENTS | LRS-RDC INC. | P.O. BOX 2335 MT. PLEASANT, TX  75456 | | ON THE TCEH EFFECTIVE DATE |
| 29 | LUMINANT MINING COMPANY LLC | SERVICES AGREEMENT DATED 03/01/2012 PLUS AMENDMENTS | LRS-RDC INC. | P.O. BOX 2335 MT. PLEASANT, TX  75456 | | ON THE TCEH EFFECTIVE DATE |
| 31 | EFH CORPORATE SERVICES COMPANY | SERVICES AGREEMENT DATED 01/31/2014 | MAMMOET USA SOUTH, INC. | 20525 FM 521 ROSHARON, TX  77583 | | ON THE TCEH EFFECTIVE DATE |
| 32 | LUMINANT GENERATION COMPANY LLC | SERVICES AGREEMENT DATED 06/09/2008 PLUS AMENDMENTS | OEAAT, INC | 755 SUMMERSONG LANE ENCINITAS, CA  92024 | | ON THE TCEH EFFECTIVE DATE |

**Exhibit A**

**Rejection Schedule**

| | Details of Contract (s) | | Counterparty Information | | Other Information | |
|---|---|---|---|---|---|---|
| Ref # | Debtor | Description of Contract or Lease | Counterparty | Counterparty Address | Description of Property to be Abandoned, if any | Rejection Date |
| 33 | TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC<br>LUMINANT ENERGY COMPANY LLC<br>4CHANGE ENERGY HOLDINGS LLC<br>4CHANGE ENERGY COMPANY<br>TXU ENERGY RETAIL COMPANY LLC<br>ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY LLC | SEPARATION AGREEMENT DATED 12/14/2001 | ONCOR ELECTRIC DELIVERY | 1616 WOODALL ROGERS FREEWAY SUITE 6C DALLAS, TX 75201 | | ON THE TCEH EFFECTIVE DATE |
| 34 | EFH CORPORATE SERVICES COMPANY | SEPARATION AGREEMENT DATED 10/10/2007 | ONCOR ELECTRIC DELIVERY | 1616 WOODALL ROGERS FREEWAY SUITE 6C DALLAS, TX 75201 | | ON THE TCEH EFFECTIVE DATE |
| 35 | TEXAS COMPETITIVE ELECTRIC HOLDINGS LLC | TAX MAKE-WHOLE AGREEEMENT DATED 1/1/2002 | ONCOR ELECTRIC | 1616 WOODALL ROGERS FREEWAY SUITE 6C DALLAS, TX 75201 | | ON THE TCEH EFFECTIVE DATE |
| 36 | TEXAS COMPETITIVE ELECTRIC HOLDINGS LLC | INTEREST MAKE-WHOLE AGREEEMENT DATED 1/1/2002 | ONCOR ELECTRIC | 1616 WOODALL ROGERS FREEWAY SUITE 6C DALLAS, TX 75201 | | ON THE TCEH EFFECTIVE DATE |
| 37 | TEXAS COMPETITIVE ELECTRIC HOLDINGS LLC | INTEREST MAKE-WHOLE AGREEEMENT DATED 1/1/2004 | ONCOR ELECTRIC DELIVERY COMPANY | 1616 WOODALL ROGERS FREEWAY SUITE 6C DALLAS, TX 75201 | | ON THE TCEH EFFECTIVE DATE |
| 42 | TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC | RAIL EQUIPMENT LEASE AGREEMENT | SOJITZ CORPORATION OF AMERICA | ATTN: KENGO WADA 1120 AVENUE OF THE AMERICAS 44TH FLOOR NEW YORK, NY 10036 | | ON THE TCEH EFFECTIVE DATE |
| 44 | LUMINANT GENERATION COMPANY LLC<br>OAK GROVE MANAGEMENT COMPANY LLC<br>SANDOW POWER COMPANY LLC | SERVICES AGREEMENT DATED 07/01/1993 PLUS AMENDMENTS | TEAM INDUSTRIAL SERVICES, INC. | PO BOX 10279 LONGVIEW, TX 75607 | | ON THE TCEH EFFECTIVE DATE |
| 45 | LUMINANT GENERATION COMPANY LLC | SERVICES AGREEMENT DATED 02/10/2014 | TEXAS ECO SERVICES INC | 5232 SAUNDERS FORT WORTH, TX 76119 | | ON THE TCEH EFFECTIVE DATE |
| 46 | EFH CORPORATE SERVICES COMPANY | PRICING AGREEMENT DATED 10/31/2013 | TPG GLOBAL, LLC | 301 COMMERCE STREET SUITE 3300 FORT WORTH, TX 76102 | | ON THE TCEH EFFECTIVE DATE |
| 47 | TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC | RAILCAR EQUIPMENT LEASE AGREEMENT DATED 12/27/95 | WELLS FARGO BANK NORTHWEST, N.A. | 79 S. MAIN ST MAC: U1254-031 SALT LAKE CITY, UT 84111 | | ON THE TCEH EFFECTIVE DATE |
| 48 | TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC | RAILCAR EQUIPMENT LEASE AGREEMENT DATED 12/27/95 | WELLS FARGO BANK NORTHWEST, N.A. | 260 N. CHARLES LINDBERGH DRIVE SALT LAKE CITY, UT 84116 | | ON THE TCEH EFFECTIVE DATE |

**Exhibit A**

**Rejection Schedule**

| | Details of Contract (s) | | Counterparty Information | | Other Information | |
|---|---|---|---|---|---|---|
| Ref # | Debtor | Description of Contract or Lease | Counterparty | Counterparty Address | Description of Property to be Abandoned, if any | Rejection Date |
| 49 | LUMINANT GENERATION COMPANY LLC | EQUIPMENT LEASE DATED 03/12/1999 PLUS AMENDMENTS | WILLIAMS SCOTSMAN, INC. | ATTN: TOM MATRANGA<br>4590 CAREY STREET<br>FORT WORTH, TX  76119 | | ON THE TCEH EFFECTIVE DATE |
| 50 | LUMINANT GENERATION COMPANY LLC | EQUIPMENT LEASE DATED 12/05/2013 | WILLIAMS SCOTSMAN | 4590 CAREY ST<br>FORT WORTH, TX  76119 | | ON THE TCEH EFFECTIVE DATE |
| 51 | TXU ENERGY RETAIL COMPANY LLC | DATA MASTER SERVICES AGREEMENT DATED 11/04/2008 | WORLD MARKETING, INC. | 8801 AUTOBAHN DRIVE<br>SUITE 100<br>DALLAS, TX  75237 | | ON THE TCEH EFFECTIVE DATE |
| 58 | EFH CORPORATE SERVICES COMPANY | SHARED SERVICES AGREEMENT | ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC | ATTN: MR. JEFF WALKER<br>1601 BRYAN ST.<br>DALLAS, TX  75201-3411 | | ON THE TCEH EFFECTIVE DATE |
| 73 | ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY LLC,<br>TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC,<br>TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC | ENGAGEMENT LETTER AND NON-DISCLOSURE AGREEMENT | WINSTEAD PC | KEVIN A. SULLIVAN, CHAIRMAN & CEO<br>500 WINSTEAD BUILDING<br>2728 N. HARWOOD STREET<br>DALLAS, TX  75201 | | ON THE TCEH EFFECTIVE DATE |
| 74 | LUMINANT GENERATION COMPANY LLC | PO 9891 FOR MONTHLY SERVICES IN 2014 | JANI-KING, INC. | VENDOR RECOVERY FUND IV ASIGNEE OFJANI-KING OF DALLAS<br>C/O DRUM CAPITAL MANAGEMENT<br>4 STAMFORD PLAZA<br>STAMFORD, CT  06902 | | ON THE TCEH EFFECTIVE DATE |
| 75 | LUMINANT GENERATION COMPANY LLC | PO 9891 FOR MONTHLY SERVICES IN 2014 | JANI-KING, INC. | ALPHA SERVICES CORPORATION<br>4335 SUNBELT DR<br>ADDISON, TX  75001 | | ON THE TCEH EFFECTIVE DATE |
| 76 | LUMINANT GENERATION COMPANY LLC | SERVICES AGREEMENT DATED 11/24/2003 PLUS AMENDMENTS | F.L. SMIDTH AIRTECH INC. | 3231 SCHOENERSVILLE ROAD<br>BETHLEHEM, PA  18017 | | ON THE TCEH EFFECTIVE DATE |
| 153 | LUMINANT GENERATION COMPANY LLC | SERVICES AGREEMENT DATED 5/13/2005 | ARAMARK UNIFORM SERVICES | 205 E. MORNINGSIDE DR.<br>FORT WORTH, TX  76104 | | ON THE TCEH EFFECTIVE DATE |
| 232 | TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC | ISDA | BARCLAYS BANK PLC | 5 THE NORTH COLONNADE<br>CANARY WHARF<br>LONDON  E14 4BB<br>UNITED KINGDOM | | ON THE TCEH EFFECTIVE DATE |
| 335 | LUMINANT GENERATION COMPANY LLC | BY-PRODUCTS MARKETING & MANAGEMENT AGREEMENT DATED 12/19/13 | BORAL MATERIAL TECHNOLOGIES INC. | 45 NORTHEAST LOOP 410 STE. 700<br>SAN ANTONIO, TX  78216 | | ON THE TCEH EFFECTIVE DATE |

**Exhibit A**

**Rejection Schedule**

| | Details of Contract (s) | | Counterparty Information | | Other Information | |
|---|---|---|---|---|---|---|
| Ref # | Debtor | Description of Contract or Lease | Counterparty | Counterparty Address | Description of Property to be Abandoned, if any | Rejection Date |
| 420 | LUMINANT MINING COMPANY LLC | SERVICES AGREEMENT DATED 07/01/2013 PLUS AMENDMENTS | DENNIS CAMERON CONSTRUCTION AND EQUIPMENT, LLC | 1406 INDUSTRIAL ROAD<br>MT PLEASANT, TX 75455 | | ON THE TCEH EFFECTIVE DATE |
| 521 | TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC | ISDA | CITIBANK, N.A | 388 GREENWICH STREET<br>ATTN: CAPITAL MARKETS LEGAL DEPT<br>NEW YORK, NY 10013 | | ON THE TCEH EFFECTIVE DATE |
| 1203 | LUMINANT GENERATION COMPANY LLC<br>OAK GROVE MANAGEMENT COMPANY LLC<br>SANDOW POWER COMPANY LLC | SERVICES AGREEMENT DATED 12/1/2002 | HI-TECH TESTING SERVICE INC | 35 FRJ DRIVE<br>LONGVIEW, TX 75607 | | ON THE TCEH EFFECTIVE DATE |
| 1650 | TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC | ISDA | MERRILL LYNCH CAPITAL SERVICES, INC. | 250 VESEY ST N. TOWER 22ND FL<br>WORLD FINANCIAL TOWER<br>NEW YORK, NY 10281 | | ON THE TCEH EFFECTIVE DATE |
| 1812 | TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC | ISDA | NOMURA GLOBAL FINANCIAL PRODUCTS INC. | 2 WORLD FINANCIAL CENTER, BLDG B<br>NEW YORK, NY 10281-1198 | | ON THE TCEH EFFECTIVE DATE |
| 2064 | LUMINANT MINING COMPANY LLC | SERVICES AGREEMENT DATED 07/01/2009 PLUS AMENDMENTS | RAILWORKS TRACK SYSTEMS | 6060 ARMOUR DR.<br>HOUSTON, TX 77020 | | ON THE TCEH EFFECTIVE DATE |
| 2343 | LUMINANT GENERATION COMPANY LLC<br>OAK GROVE MANAGEMENT COMPANY LLC<br>SANDOW POWER COMPANY LLC | SERVICES AGREEMENT DATED 02/22/1994 PLUS AMENDMENTS | STEWART & STEVENSON POWER PRODUCTS LLC | 506 EASTWOOD<br>HOUSTON, TX 77011 | | ON THE TCEH EFFECTIVE DATE |
| 2367 | LUMINANT ENERGY COMPANY LLC | WIND | SWEETWATER WIND POWER LLC | 5307 E MOCKINGBIRD LANE<br>7TH FLOOR<br>DALLAS, TX 75206 | | ON THE TCEH EFFECTIVE DATE |
| 2497 | LUMINANT MINING COMPANY LLC | SERVICES AGREEMENT DATED 04/25/2013 | TNT CRANE & RIGGING, INC. | 5533 SOUTH FM ROAD 2087<br>LONGVIEW, TX 75603 | | ON THE TCEH EFFECTIVE DATE |
| 2525 | LUMINANT GENERATION COMPANY LLC | SERVICES AGREEMENT DATED 10/01/2008 PLUS AMENDMENTS | TRC COMPANIES INC | 9225 U.S. 183 SOUTH<br>AUSTIN, TX 78747 | | ON THE TCEH EFFECTIVE DATE |
| 2634 | LUMINANT MINING COMPANY LLC | SERVICES AGREEMENT DATED 09/02/2008 | WATCO COMPANIES, INC. | 315 W. 3RD<br>PITTSBURG, KS 66762 | | ON THE TCEH EFFECTIVE DATE |