# EXHIBIT I

## Tax Matters Agreement Disclosure

For the avoidance of doubt, the TCEH Confirmation Order will provide that, upon execution thereof, (a) the Tax Matters Agreement shall be binding and enforceable against all of the Debtors, all parties in interest in the Chapter 11 Cases (as defined in the Tax Matters Agreement), any chapter 11 trustee or chapter 7 trustee appointed in any of the Chapter 11 Cases or following conversion of any of the Chapter 11 Cases to a case under chapter 7 of the Bankruptcy Code, and each of their respective successors and permitted assigns, and (b) no plan of reorganization, liquidation, asset sale or other transaction for or in respect of the EFH Debtors or EFIH Debtors shall be approved that is inconsistent with, or that would result in a violation of, the Tax Matters Agreement or that would, directly or indirectly, result in a Tax-Free Transaction Failure (as defined in the Tax Matters Agreement). These provisions, and any actions taken pursuant thereto, shall survive entry of any order which may be entered: (1) confirming any plan of reorganization or liquidation in any of the Chapter 11 Cases; (2) converting any of the Chapter 11 Cases to a case under chapter 7 of the Bankruptcy Code; (3) dismissing any of the Chapter 11 Cases or any case that has been converted to a case under chapter 7 of the Bankruptcy Code; or (4) pursuant to which the Court abstains from hearing any of the Chapter 11 Cases.