# **EXHIBIT J**

**Transition Services Agreement [*See* Docket No. 9100]**

RLF1 14947606v.1