# EXHIBIT A

## Statement of Fees and Expenses By Subject Matter
### COMPENSATION BY SUBJECT MATTER[1]
### MAY 1, 2016 THROUGH MAY 31, 2016

| Matter Number | Matter Description | Total Billed | Total Fees |
|---|---|---|---|
| 11000-50 | EFH Restructuring | 137.80 | $62,500.00 |
| 11000-50.1 | EFH Restructuring – Case Administration | -- | |
| 11000-50.2 | EFH Restructuring – Budgeting | -- | |
| 11000-50.3 | EFH Restructuring – Fee Application | .80 | |
| 11000-56 | EFH – Project Titan | -- | |
| 11001 | Luminant | 416.80 | $75,000.00 |
| 11001-85 | Luminant – Forney Annexation | 296.10 | $126,447.50 |
| 11001-87 | Luminant – Water Rights Amendment | 2.20 | $736.00 |
| 11002 | TXU | 62.60 | $12,500.00 |
| 12050 | 4Change | 8.10 | $2,083.33 |
| | | | |
| **Totals:** | | **924.40** | **$279,266.83** |

### EXPENSE SUMMARY
### MAY 1, 2016 THROUGH MAY 31, 2016

| Expense Category | Amount |
|---|---|
| Delivery Service/Messenger | $269.51 |
| Copies | $397.15 |
| Taxi | -- |
| Parking | $8.00 |
| Airfare | -- |
| Rental Car | -- |
| Fuel | -- |
| Postage | $8.92 |
| Filing Fees | -- |
| Meals | -- |
| Hotel | $371.25 |
| Electronic Research | $8.50 |
| Court Reporter/Hearing Transcripts | $3.50 |
| Hearing/Trial Exhibits | $47.09 |
| **Total Expenses:** | **$1,113.92** |

---

[1] The work performed and expenses incurred by Enoch Kever during the compensation period were entirely on behalf of Energy Future Holdings, LLC and its debtor subsidiaries.