## EXHIBIT B

### Attorneys and Paraprofessionals' Information
### (Consolidated Engagement)

The Enoch Kever attorneys who rendered professional services in the consolidated engagement during the Fee Period are:

| Professional Person | Position With the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Andrew Kever | Member | 1975 | Regulatory | $550.00 | 96.00 | |
| Bill A. Moore | Member | 1995 | Regulatory | $475.00 | 174.80 | |
| Emily R. Jolly | Associate | 2007 | Regulatory | $295.00 | 96.40 | |
| Kirk D. Rasmussen | Member | 1999 | Regulatory | $450.00 | 84.20 | |
| Mandy J. Kimbrough | Member | 2005 | Regulatory | $325.00 | 91.00 | |
| Lisa D. Kinzer | Associate | 2013 | Regulatory | $250.00 | -- | |
| John J. Vay | Member | 1984 | Environmental | $435.00 | -- | |
| Rod C. Johnson | Member | 1992 | Environmental | $490.00 | 14.40 | |
| Shana L. Horton | Associate | 2003 | Regulatory | $300.00 | 2.60 | |
| Brett A. Nuttall | Associate | 2015 | Regulatory | $225.00 | 46.00 | |
| Shelby O'Brien | Associate | 2002 | Appellate/Litigation | $325.00 | 4.10 | |
| | | | | | | |
| | | | | | | |
| | | | | | **609.50** | **$152,083.33*** |

*Consolidated Engagement Fixed Fee

The paraprofessionals of Enoch Kever who rendered professionals services in the consolidated engagement during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Cyd McCool | Legal Assistant | 1 | Appellate/Litigation | $75.00 | -- | |
| Lynn Needles | Legal Assistant | 1 | Regulatory | $75.00 | 11.10 | |
| Laci Lofton | Legal Assistant | 1 | Appellate/Litigation | $95.00 | 5.50 | |
| | | | | | **16.60** | |

**Total Fees Requested Consolidated Engagement    626.10    $152,083.33**

## EXHIBIT B

### Attorneys and Paraprofessionals' Information
### (Forney Annexation)

The Enoch Kever attorneys who rendered professional services in the Forney Annexation engagement during the Fee Period are:

| Professional Person | Position With the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Bill A. Moore | Member | 1995 | Regulatory | $475.00 | 25.10 | $11,922.50 |
| Gary Zausmer | Member | 1979 | Litigation | $550.00 | 114.80 | $63,140.00 |
| John J. Vay | Member | 1984 | Environmental | $490.00 | 20.20 | $9,898.00 |
| Melissa Lorber | Member | 2001 | Appellate | $395.00 | 28.80 | $11,376.00 |
| Lisa D. Kinzer | Associate | 2013 | Regulatory | $250.00 | 45.40 | $11,350.00 |
| Shana L. Horton | Associate | 2003 | Regulatory | $300.00 | 45.60 | $13,680.00 |
| Shelby O'Brien | Associate | 2002 | Appellate/Litigation | $325.00 | 15.40 | $5,005.00 |
| | | | | | **295.30** | **$126,371.50** |

*Consolidated Engagement Fixed Fee

The paraprofessionals of Enoch Kever who rendered professionals services in the consolidated engagement during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Cyd McCool | Legal Assistant | 1 | Appellate/Litigation | $75.00 | -- | |
| Lynn Needles | Legal Assistant | 1 | Regulatory | $75.00 | -- | |
| Laci Lofton | Legal Assistant | 1 | Appellate/Litigation | $95.00 | 0.80 | $76.00 |
| | | | | | **0.80** | **$76.00** |

| | | |
|---|---|---|
| **Total Fees Requested Forney Annexation** | **296.10** | **$126,447.50** |

## EXHIBIT B

### Attorneys and Paraprofessionals' Information
### (Water Rights Amendment)

The Enoch Kever attorneys who rendered professional services in the Water Rights engagement during the Fee Period are:

| Professional Person | Position With the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| John J. Vay | Member | 1984 | Environmental | $435.00 | 0.40 | $196.00 |
| Shana L. Horton | Associate | 2003 | Regulatory | $300.00 | 1.80 | $540.00 |
| | | | | | 2.20 | $ 736.00 |

The paraprofessionals of Enoch Kever who rendered professionals services in the consolidated engagement during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| N/A | | | | | | |

| | | |
|---|---|---|
| **Total Fees Requested Water Rights Amendment** | 2.20 | $    736.00 |
| **Total Fee Requested Consolidated Engagement** | 626.10 | $152,083.33 |
| **Total Fees Requested Forney Annexation** | 296.10 | $126,447.50 |
| **Total Fees Requested Water Rights Amendment** | 2.20 | $    736.00 |
| **Total Fees Requested** | 924.40 | $279,266.83 |