## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

**EXPENSE SUMMARY**
**MAY 1, 2016 THROUGH MAY 31, 2016**

| Expense Category | Amount |
|---|---|
| Delivery Service/Messenger | $269.51 |
| Copies | $397.15 |
| Taxi | -- |
| Parking | $8.00 |
| Airfare | -- |
| Rental Car | -- |
| Fuel | -- |
| Postage | $8.92 |
| Filing Fees | -- |
| Meals | -- |
| Hotel | $371.25 |
| Electronic Research | $8.50 |
| Court Reporter/Hearing Transcripts | $3.50 |
| Hearing/Trial Exhibits | $47.09 |
| **Total Expenses:** | **$1,113.92** |