## EXHIBIT D

### Detailed Description of Expenses and Disbursements

**DETAILED EXPENSE SUMMARY**
**MAY 1, 2016 THROUGH MAY 31, 2016**

| Invoice Number | Matter | Date | Timekeeper Who Incurred | Expense Category | Unit Cost | # Of Unit | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 4837 | 110050 | 5/31/16 | Various | Copies | 0.13 | 62 | $8.06 | Copies for the month of May 2016 |
| 4839 | 110116 | 5/31/16 | Kimbrough, Mandy | Delivery/ Messenger | 20.00 | 1 | $20.00 | Hand-deliver Emergency Operations to PUC for filing and return of file-stamped copy (Corporate Couriers; Invoice #42195) |
| 4839 | 110126 | 5/16/16 | Kimbrough, Mandy | Delivery/ Messenger | 10.00 | 1 | $10.00 | Hand-deliver Q1 2016 Performance Report in Project 36141 to PUC for filing and return of file-stamped copy (Corporate Couriers; Invoice #42195) |
| 4839 | 110126 | 5/31/16 | Various | Copies | 0.13 | 33 | $4.29 | Copies for the month of May 2016 |
| 4839 | 110127 | 5/31/16 | Various | Copies | 0.13 | 13 | $1.69 | Copies for the month of May 2016 |
| 4839 | 110128 | 5/16/16 | Moore, Bill | Delivery/ Messenger | 8.00 | 1 | $8.00 | Pick up thumb drive from EFH and deliver to B. Moore (Corporate Couriers; Invoice #42195) |
| 4839 | 110149 | 5/16/16 | Rasmussen, Kirk | Delivery/ Messenger | 5.33 | 1 | $5.33 | Hand-deliver 2015 Annual Report in Project 34277 to PUC for filing and return of file-stamped copy (Corporate Couriers; Invoice #42195) |
| 4839 | 110149 | 5/31/16 | Various | Copies | 0.13 | 24 | $3.12 | Copies for the month of May 2016 |
| 4839 | 110182 | 5/9/16 | Johnson, Rod | Delivery/ Messenger | 55.81 | 1 | $55.81 | Hand-deliver filing to the Railroad Commission of Texas and return of file-stamped copy (Pro Courier Service) |
| 4839 | 110183 | 5/16/16 | Rasmussen, Kirk | Delivery/ Messenger | 5.34 | 1 | $5.34 | Hand-deliver Response to Staff's 1st RFIs in Dkt 45868 to PUC for filing and return of file-stamped copy (Corporate Couriers; Invoice #42195) |
| 4839 | 110183 | 4/30/16 | Various | Copies | 0.13 | 104 | $13.52 | Copies for the month of May 2016 |

| 4839 | 110018 4 | 5/27/16 | Jolly, Emily | Hearing/ Trial Exhibits | 47.09 | 1 | $47.09 | Preparation of presentation board for hearing exhibit (Miller Imaging; Invoice #902235) |
|---|---|---|---|---|---|---|---|---|
| 4839 | 110018 4 | 5/17/16 | Jolly, Emily | Delivery/ Messenger | 16.00 | 1 | $16.00 | Hand-deliver Luminant RFIs to ERCOT in Dkt 45624 to PUC for filing and return of file-stamped copy (Corporate Couriers; Invoice #42195) |
| 4839 | 110018 4 | 5/24/16 | Jolly, Emily | Delivery/ Messenger | 35.00 | 1 | $35.00 | Hand-deliver A. Frazier testimony in Dkt 45624 to PUC for filing and return of file-stamped copy (Corporate Couriers; Invoice #42195) |
| 4839 | 110018 4 | 5/27/16 | Jolly, Emily | Delivery/ Messenger | 20.00 | 1 | $20.00 | Pick up confidential documents from Thompson & Knight and deliver to Enoch Kever (Corporate Couriers; Invoice #42195) |
| 4839 | 110018 4 | 5/27/16 | Jolly, Emily | Delivery/ Messenger | 14.70 | 1 | $14.70 | Pick up exhibit from Miller Imaging and deliver to Enoch Kever (Corporate Couriers; Invoice #42195) |
| 4839 | 110018 4 | 5/31/16 | Various | Copies | 0.13 | 2525 | $328.25 | Copies for the month of May 2016 |
| 4839 | 110018 4 | 5/31/16 | Various | Postage | 2.34 | 1 | $2.34 | Postage for the months of May 2016 |
| 4942 | 110018 5 | 4/27/16 | Kinzer, Lisa | Electronic Research | 3.00 | 1 | $3.00 | Pacer-Obtain Order on Application for Preliminary Injunction from Dallas Dist. Court case. |
| 4942 | 110018 5 | 4/30/16 | Kinzer, Lisa | Electronic Research | 5.50 | 1 | $5.50 | Pacer electronic research for April 2016. |
| 4943 | 110018 5 | 5/22/16 | Zausmer, Gary | Court Reporter/ Hearing Transcripts | 3.50 | 1 | $3.50 | DVD of Texas House of Representatives Floor Debate of SB 89 heard on 5/25/99 re: Forney annexation. |
| 4839 | 110018 8 | 5/22/16 | Moore, Bill | Hotel | 371.25 | 1 | $371.25 | Reimbursement to B. Moore for hotel stay in Dallas to attend CT Investigative meetings/interview with S. Siegel. |
| 4838 | 110020 4 | 5/24/16 | Nuttall, Brett | Parking | 8.00 | 1 | $8.00 | Reimbursement to B. Nuttall for parking at settlement conference on 5/4/16. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 4838 | 1100204 | 5/4/16 | Kimbrough, Mandy | Delivery/ Messenger | 16.00 | 1 | $16.00 | Hand-deliver Notices of Representation in Dkts 45787, and 45788 to PUC for filing and return of file-stamped copy (Corporate Couriers; Invoice #41977) |
| 4838 | 1100204 | 5/16/16 | Kimbrough, Mandy | Delivery/ Messenger | 5.33 | 1 | $5.33 | Hand-deliver Q1 2016 Reports to PUC for filing and return of file-stamped copy (Corporate Couriers; Invoice #42195) |
| 4838 | 1100204 | 5/16/16 | Kimbrough, Mandy | Delivery/ Messenger | 24.00 | 1 | $24.00 | Hand-deliver Motion to Intervene in Dkt 45414 to PUC for filing and return of file-stamped copy (Corporate Couriers; Invoice #42195) |
| 4838 | 1100204 | 5/18/16 | Kimbrough, Mandy | Delivery/ Messenger | 16.00 | 1 | $16.00 | Hand-deliver List of Issues in Dkt 45414 to PUC for filing and return of file-stamped copy (Corporate Couriers; Invoice #42195) |
| 4838 | 1100204 | 5/23/16 | Kimbrough, Mandy | Delivery/ Messenger | 8.00 | 1 | $8.00 | Hand-deliver confidential documents in C. Dorriety complaint to PUC for filing (Corporate Couriers; Invoice #42195) |
| 4838 | 1100204 | 5/31/16 | Various | Copies | 0.13 | 258 | $33.54 | Copies for the month of May 2016 |
| 4838 | 1100204 | 5/31/16 | Various | Postage | 6.58 | 1 | $6.58 | Postage for the month of May 2016 |
| 4836 | 1205002 | 5/16/16 | Kimbrough, Mandy | Delivery/ Messenger | 10.00 | 1 | $10.00 | Hand-deliver Q1 2016 Reports to PUC for filing and return of file-stamped copy (Corporate Couriers; Invoice #42195) |
| 4836 | 1205002 | 5/31/16 | Various | Copies | 0.13 | 36 | $4.68 | Copies for the month of May 2016 |