# EXHIBIT A

**Statement of Fees By Subject Matter**

*Exhibit A*

**Combined - All Entities**
**Summary of Time Detail by Task**
**June 1, 2016 through June 30, 2016**

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Accounting/Cut-off | 15.3 | $6,577.50 |
| Bankruptcy Support | 92.6 | $44,976.50 |
| Business Plan | 40.5 | $15,187.50 |
| Claims | 161.6 | $78,827.50 |
| Contracts | 42.6 | $25,885.00 |
| Coordination & Communication with other Creditor Constituents | 24.2 | $12,972.50 |
| Coordination & Communication with UCC | 1.3 | $812.50 |
| Fee Applications | 52.7 | $23,067.50 |
| POR / Disclosure Statement | 55.9 | $29,467.50 |
| Status Meetings | 1.8 | $1,547.50 |
| Strategic Transaction Asset Sale | 4.8 | $2,561.00 |
| Travel Time | 5.0 | $3,875.00 |
| UST Reporting Requirements | 9.8 | $5,390.00 |
| Vendor Management | 8.2 | $6,355.00 |
| **Total** | **516.3** | **$257,502.50** |

*Travel time billed at 50% of time incurred*

*Exhibit A*

### EFH
### Summary of Time Detail by Task
### June 1, 2016 through June 30, 2016

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Accounting/Cut-off | 3.8 | $1,644.38 |
| Bankruptcy Support | 60.1 | $27,425.23 |
| Business Plan | 14.8 | $5,534.43 |
| Claims | 55.0 | $26,878.15 |
| Contracts | 11.8 | $6,751.31 |
| Coordination & Communication with other Creditor Constituents | 12.1 | $6,486.25 |
| Fee Applications | 19.2 | $8,405.95 |
| POR / Disclosure Statement | 3.2 | $2,112.57 |
| Status Meetings | 0.7 | $563.92 |
| Travel Time | 1.8 | $1,412.08 |
| UST Reporting Requirements | 3.6 | $1,964.15 |
| Vendor Management | 2.0 | $1,588.75 |
| **Total** | **188.1** | **$90,767.17** |

*Travel time billed at 50% of time incurred*

*Exhibit A*

*EFIH*
*Summary of Time Detail by Task*
*June 1, 2016 through June 30, 2016*

| *Task Description* | *Sum of Hours* | *Sum of Fees* |
|---|---:|---:|
| Bankruptcy Support | 3.9 | $2,093.84 |
| Business Plan | 3.1 | $1,151.59 |
| Claims | 9.6 | $4,733.27 |
| Contracts | 0.1 | $50.99 |
| Coordination & Communication with other Creditor Constituents | 12.1 | $6,486.25 |
| Fee Applications | 4.0 | $1,749.10 |
| POR / Disclosure Statement | 0.3 | $169.47 |
| Status Meetings | 0.1 | $117.34 |
| Strategic Transaction Asset Sale | 4.8 | $2,561.00 |
| Travel Time | 0.4 | $293.82 |
| UST Reporting Requirements | 0.7 | $408.70 |
| *Total* | **39.1** | **$19,815.37** |

*Travel time billed at 50% of time incurred*

*Exhibit A*

*TCEH*
*Summary of Time Detail by Task*
*June 1, 2016 through June 30, 2016*

| *Task Description* | *Sum of Hours* | *Sum of Fees* |
|---|---:|---:|
| Accounting/Cut-off | 11.5 | $4,933.12 |
| Bankruptcy Support | 28.7 | $15,457.44 |
| Business Plan | 22.7 | $8,501.48 |
| Claims | 97.0 | $47,216.09 |
| Contracts | 30.7 | $19,082.69 |
| Coordination & Communication with UCC | 1.3 | $812.50 |
| Fee Applications | 29.5 | $12,912.45 |
| POR / Disclosure Statement | 52.3 | $27,185.46 |
| Status Meetings | 1.0 | $866.24 |
| Travel Time | 2.8 | $2,169.10 |
| UST Reporting Requirements | 5.5 | $3,017.15 |
| Vendor Management | 6.2 | $4,766.25 |
| *Total* | **289.1** | **$146,919.96** |

*Travel time billed at 50% of time incurred*