## EXHIBIT B

### Professionals' Information

The A&M professionals who rendered services in these cases during the Fee Period are:

*Exhibit B*

*Combined - All Entities*
*Summary of Time Detail by Professional*
*June 1, 2016 through June 30, 2016*

| *Professional* | *Position* | *Billing Rate* | *Sum of Hours* | *Sum of Fees* |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $950.00 | 3.9 | $3,705.00 |
| Mike White | Managing Director | $920.00 | 1.0 | $920.00 |
| Kent Willetts | Managing Director | $795.00 | 1.2 | $954.00 |
| Emmett Bergman | Managing Director | $775.00 | 42.0 | $32,550.00 |
| Jeff Foster | Managing Director | $745.00 | 1.0 | $745.00 |
| Curtis Moody | Senior Director | $695.00 | 14.0 | $9,730.00 |
| Jodi Ehrenhofer | Senior Director | $625.00 | 74.9 | $46,812.50 |
| Thomas Yerger | Director | $635.00 | 2.0 | $1,270.00 |
| Matt Frank | Director | $625.00 | 8.7 | $5,437.50 |
| Derek Myers | Director | $570.00 | 2.3 | $1,311.00 |
| David Blanks | Director | $550.00 | 10.5 | $5,775.00 |
| Kevin Sullivan | Director | $550.00 | 9.8 | $5,390.00 |
| Holly Sjostrom | Director | $500.00 | 2.5 | $1,250.00 |
| Alex Ziets | Senior Associate | $440.00 | 8.0 | $3,520.00 |
| Richard Carter | Consultant | $450.00 | 182.8 | $82,260.00 |
| Michael Williams | Consultant | $375.00 | 1.4 | $525.00 |
| Jon Rafpor | Analyst | $400.00 | 14.0 | $5,600.00 |
| Peyton Heath | Analyst | $375.00 | 45.1 | $16,912.50 |
| Sarah Pittman | Analyst | $375.00 | 73.0 | $27,375.00 |
| Mary Napoliello | Paraprofessional | $300.00 | 18.2 | $5,460.00 |
| | | *Total* | 516.3 | $257,502.50 |

*Exhibit B*

### EFH
### Summary of Time Detail by Professional
### June 1, 2016 through June 30, 2016

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $950.00 | 1.4 | $1,350.13 |
| Mike White | Managing Director | $920.00 | 0.4 | $335.25 |
| Kent Willetts | Managing Director | $795.00 | 0.4 | $347.64 |
| Emmett Bergman | Managing Director | $775.00 | 11.1 | $8,580.83 |
| Jeff Foster | Managing Director | $745.00 | 0.4 | $271.48 |
| Curtis Moody | Senior Director | $695.00 | 5.1 | $3,545.68 |
| Thomas Yerger | Director | $635.00 | 0.7 | $462.80 |
| Jodi Ehrenhofer | Senior Director | $625.00 | 22.2 | $13,865.20 |
| Matt Frank | Director | $625.00 | 1.8 | $1,135.06 |
| David Blanks | Director | $550.00 | 10.5 | $5,775.00 |
| Kevin Sullivan | Director | $550.00 | 3.6 | $1,964.15 |
| Richard Carter | Consultant | $450.00 | 58.5 | $26,317.18 |
| Alex Ziets | Senior Associate | $440.00 | 2.9 | $1,282.71 |
| Jon Rafpor | Analyst | $400.00 | 3.5 | $1,400.00 |
| Michael Williams | Consultant | $375.00 | 0.3 | $131.25 |
| Peyton Heath | Analyst | $375.00 | 32.1 | $12,024.79 |
| Sarah Pittman | Analyst | $375.00 | 26.6 | $9,988.35 |
| Mary Napoliello | Paraprofessional | $300.00 | 6.6 | $1,989.66 |
| | | *Total* | 188.1 | $90,767.17 |

*Exhibit B*

### EFIH
### *Summary of Time Detail by Professional*
### *June 1, 2016 through June 30, 2016*

| *Professional* | *Position* | *Billing Rate* | *Sum of Hours* | *Sum of Fees* |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $950.00 | 0.3 | $280.93 |
| Mike White | Managing Director | $920.00 | 0.1 | $69.76 |
| Kent Willetts | Managing Director | $795.00 | 0.1 | $72.34 |
| Emmett Bergman | Managing Director | $775.00 | 0.4 | $293.82 |
| Jeff Foster | Managing Director | $745.00 | 0.1 | $56.49 |
| Curtis Moody | Senior Director | $695.00 | 1.1 | $737.78 |
| Thomas Yerger | Director | $635.00 | 0.2 | $96.30 |
| Jodi Ehrenhofer | Senior Director | $625.00 | 9.1 | $5,690.20 |
| Matt Frank | Director | $625.00 | 0.2 | $151.65 |
| Derek Myers | Director | $570.00 | 2.3 | $1,311.00 |
| Kevin Sullivan | Director | $550.00 | 0.7 | $408.70 |
| Holly Sjostrom | Director | $500.00 | 2.5 | $1,250.00 |
| Richard Carter | Consultant | $450.00 | 15.5 | $6,975.30 |
| Alex Ziets | Senior Associate | $440.00 | 0.6 | $266.90 |
| Peyton Heath | Analyst | $375.00 | 0.2 | $90.99 |
| Sarah Pittman | Analyst | $375.00 | 4.4 | $1,649.20 |
| Mary Napoliello | Paraprofessional | $300.00 | 1.4 | $414.01 |
| | | *Total* | **39.1** | **$19,815.37** |

*Exhibit B*

### TCEH
### Summary of Time Detail by Professional
### June 1, 2016 through June 30, 2016

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $950.00 | 2.2 | $2,073.94 |
| Mike White | Managing Director | $920.00 | 0.6 | $514.99 |
| Kent Willetts | Managing Director | $795.00 | 0.7 | $534.02 |
| Emmett Bergman | Managing Director | $775.00 | 30.5 | $23,675.35 |
| Jeff Foster | Managing Director | $745.00 | 0.6 | $417.03 |
| Curtis Moody | Senior Director | $695.00 | 7.8 | $5,446.54 |
| Thomas Yerger | Director | $635.00 | 1.1 | $710.91 |
| Jodi Ehrenhofer | Senior Director | $625.00 | 43.6 | $27,257.10 |
| Matt Frank | Director | $625.00 | 6.6 | $4,150.79 |
| Kevin Sullivan | Director | $550.00 | 5.5 | $3,017.15 |
| Richard Carter | Consultant | $450.00 | 108.8 | $48,967.52 |
| Alex Ziets | Senior Associate | $440.00 | 4.5 | $1,970.38 |
| Jon Rafpor | Analyst | $400.00 | 10.5 | $4,200.00 |
| Michael Williams | Consultant | $375.00 | 1.0 | $393.75 |
| Peyton Heath | Analyst | $375.00 | 12.8 | $4,796.72 |
| Sarah Pittman | Analyst | $375.00 | 42.0 | $15,737.46 |
| Mary Napoliello | Paraprofessional | $300.00 | 10.2 | $3,056.33 |
| | | *Total* | **289.1** | **$146,919.96** |