## **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

*Exhibit C*

**Combined**
**Energy Future Holdings Corp., et al.,**
**Summary of Expense Detail by Category**
**June 1, 2016 through June 30, 2016**

| Expense Category | Sum of Expenses |
|---|---:|
| Airfare | $1,697.40 |
| Lodging | $1,232.67 |
| Meals | $119.13 |
| Transportation | $394.70 |
| **Total** | **$3,443.90** |

*Exhibit C*

### *EFH*
### *Summary of Expense Detail by Category*
### *June 1, 2016 through June 30, 2016*

| Expense Category | Sum of Expenses |
|---|---|
| Airfare | $618.54 |
| Lodging | $449.18 |
| Meals | $43.41 |
| Transportation | $143.83 |
| **Total** | **$1,254.96** |

*Exhibit C*

### EFIH
### Summary of Expense Detail by Category
### June 1, 2016 through June 30, 2016

| Expense Category | Sum of Expenses |
|---|---|
| Airfare | $128.64 |
| Lodging | $93.45 |
| Meals | $9.02 |
| Transportation | $29.91 |
| **Total** | **$261.02** |

*Page 1 of 1*

*Exhibit C*

### TCEH
### Summary of Expense Detail by Category
### June 1, 2016 through June 30, 2016

| Expense Category | Sum of Expenses |
|---|---|
| Airfare | $950.22 |
| Lodging | $690.04 |
| Meals | $66.70 |
| Transportation | $220.96 |
| **Total** | **$1,927.92** |