## EXHIBIT D

**Detailed Description of Expenses and Disbursements**

*Exhibit D*

*Combined - All Entities*
*Expense Detail by Category*
*June 1, 2016 through June 30, 2016*

## *Airfare*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Emmett Bergman | 4/18/2016 | $398.10 | Airfare one-way coach San Francisco/Dallas. |
| Emmett Bergman | 4/21/2016 | $398.10 | Airfare one-way coach Dallas/San Francisco. |
| Emmett Bergman | 4/25/2016 | $503.10 | Airfare one-way coach San Francisco/Dallas. |
| Emmett Bergman | 4/28/2016 | $398.10 | Airfare one-way coach Dallas/San Francisco. |
| **Expense Category Total** | | **$1,697.40** | |

## *Lodging*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Emmett Bergman | 4/20/2016 | $510.60 | Hotel in Dallas - 3 nights. |
| Emmett Bergman | 4/28/2016 | $722.07 | Hotel in Dallas - 3 nights. |
| **Expense Category Total** | | **$1,232.67** | |

## *Meals*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Emmett Bergman | 4/18/2016 | $27.49 | Out of town dinner - E. Bergman |
| Emmett Bergman | 4/20/2016 | $11.00 | Out of town breakfast - E. Bergman. |
| Emmett Bergman | 4/25/2016 | $20.32 | Out of town dinner - E. Bergman |
| Emmett Bergman | 4/26/2016 | $40.00 | Out of town dinner - E. Bergman |
| Emmett Bergman | 4/27/2016 | $20.32 | Out of town dinner - E. Bergman |
| **Expense Category Total** | | **$119.13** | |

## *Transportation*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Emmett Bergman | 4/18/2016 | $100.00 | Taxi roundtrip from home to San Francisco Airport. |
| Emmett Bergman | 4/18/2016 | $25.00 | Taxi from Dallas Airport to Energy. |
| Emmett Bergman | 4/21/2016 | $10.43 | Taxi from Energy to Dallas Airport. |

*Exhibit D*

## Combined - All Entities
## Expense Detail by Category
## June 1, 2016 through June 30, 2016

### Transportation

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Emmett Bergman | 4/21/2016 | $61.76 | Taxi from San Francisco Airport to home. |
| Emmett Bergman | 4/25/2016 | $25.00 | Taxi from Dallas Airport to Energy. |
| Emmett Bergman | 4/25/2016 | $100.00 | Taxi from San Francisco Airport to home. |
| Emmett Bergman | 4/28/2016 | $10.38 | Taxi from Energy to Dallas Airport. |
| Emmett Bergman | 4/28/2016 | $62.13 | Taxi from San Francisco Airport to home. |
| **Expense Category Total** | | **$394.70** | |
| *Grand Total* | | **$3,443.90** | |