# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | Case No. 14-10979 (CSS) |
| Debtors.[1] | (Jointly Administered) |
| | Hearing Date: August 17, 2016 at 10:00 a.m. (ET) |
| | Re: Dkt. Nos. 7125 & 9188 |

## AMENDED OBJECTION OF POOLED EQUIPMENT INVENTORY COMPANY TO PLAN SUPPLEMENT AND PROPOSED CURE AMOUNT

Pooled Equipment Inventory Company ("PEICo") hereby objects to the cure amount listed in the Debtors' Assumption Schedule attached as Exhibit B to the Debtors' Plan Supplement ("Plan Supplement") filed on August 3, 2016 (D.I. 9188). In support hereof, PEICo states as follows:

1.    PEICo operates a program called Pooled Inventory Management ("PIM"). The US Nuclear Regulatory Commission ("NRC") has regulatory authority over all United States nuclear electric generating plants and has adopted a rule requiring plans to maintain "response center" equipment. The NRC allows nuclear plants to satisfy the requirement by participating in PIM, which a plant does by entering into a Participation Contract with PEICo.

2.    One of the Debtors, Luminant Generation LLC, owns two United States nuclear electric generating plants and has entered into a Participation Contract with PEICo dated March 15, 1985.

---

[1]    The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. A complete list of the Debtors and the last four digits of their federal tax identification numbers is available at http://www.efhcaseinfo.com.

3. In connection with the Plan Supplement, the Debtors have indicated that they intend to assume the Participation Contract. However, they have listed the cure as $32,231.60. PEICo does not understand how the Debtors have arrived at that cure amount. PEICo had previously filed an objection (D.I. 7125) to the cure amount when the Debtors, in October 2015, listed the cure amount as $31,402.67. That cure objection was subsequently resolved when the Debtors agreed with PEICo's objection and filed an amended cure notice that properly listed the cure as $62,062.80 (D.I. 7191). Now, the Debtors have arrived at yet another figure for cure.

4. The proper cure amount due and owing PEICo is $**62,062.80**. PEICo has advised the Debtors that the cure amount listed in the Plan Supplement is incorrect. While PEICo is hopeful that the Debtors will confirm the proper cure amount, this Amended Objection is filed out of an abundance of caution.

WHEREFORE, PEICo respectfully requests that the Court order the Debtors to pay $62,062.80 in connection with the proposed assumption of the Participation Contract.

Dated: August 4, 2016 **MORRIS JAMES LLP**

/s/ Carl N. Kunz, III
Carl N. Kunz, III (DE Bar No. 3201)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE  19899-2306
Telephone:  (302) 888-6800
Facsimile:   (302) 571-1750
Email: ckunz@morrisjames.com

Counsel to Pooled Equipment Inventory Company