IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS, CORP., et al., | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### AFFIDAVIT OF JAMIE L. DAWSON, PARALEGAL

STATE OF DELAWARE      :
                                         : SS:
NEW CASTLE COUNTY  :

   I, Jamie L. Dawson, certify that I am, and at all times during the service, have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on August 4, 2016, I caused to be served:

**AMENDED OBJECTION OF POOLED EQUIPMENT INVENTORY COMPANY TO PLAN SUPPLEMENT AND PROPOSED CURE AMOUNT**

   Service was completed upon the parties on the attached service list as indicated thereon.

Dated: August 4, 2016

                                                                        /s/ Jamie L. Dawson
                                                                        Jamie L. Dawson

**SWORN AND SUBSCRIBED** before me this 4th day of August, 2016.

                                                                        Notary Public

**VIA EMAIL**
Mark D. Collins, Esq.
Daniel J. DeFranceschi, Esq.
Jason M. Madron, Esq.
RICHARDS, LAYTON & FINGER, P.A.
920 North King Street
Wilmington, DE 19801
E-mail: collins@rlf.com
E-mail: defranceschi@rlf.com
E-mail: madron@rlf.com
[Counsel for Debtors and
Debtors in Possession]

David M. Klauder, Esq.
Shannon Dougherty, Esq.
O'KELLY, ERNST & BIELLI LLP
901 North Market Street
Wilmington, DE 19801
E-mail: dklauder@oeblegal.com
E-mail: sdougherty@oeblegal.com
[Counsel to Energy Future Holdings Corp.]

David P. Primack, Esq.
MCELROY, DEUTSCH, MULVANEY,
& CARPENTER, LLP
300 Delaware, Suite 770
Wilmington, DE 19801
E-mail: dprimack@mdmc-law.com
[Counsel to the TCEH Debtors]

Joseph H. Huston, Jr., Esq.
STEVENS & LEE, P.C.
919 North Market Street, Suite 1300
Wilmington, DE 19801
E-mail: jhh@stevenslee.com
[Counsel to Energy Future Intermediate Holding
Company LLC]

Christopher A. Ward, Esq.
Justin K. Edelson, Esq.
Shanti M. Katona, Esq.
POLSINELLI PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
E-mail: cward@polinelli.com
E-mail: jedelson@polsinelli.com
E-mail: skatona@polsinelli.com
[Counsel to the TCEH Creditors' Committee]

**VIA EMAIL**
Richard L. Schepacarter
Andrea B. Schwartz
Timothy J. Fox, Jr.
Trial Attorneys
OFFICE OF THE UNITED STATES TRUSTEE
J. Caleb Boggs Federal Building
844 North King Street, Suite 2207
Lockbox # 35
Wilmington, DE 19801
E-mail: richard.schepacarter@usdoj.gov

Natalie D. Ramsey, Esq.
Davis Lee Wright, Esq.
Lorenzo Marinuzzi, Esq.
Mark A. Fink, Esq.
MONTGOMERY MCCRACKEN WALKER
& RHOADS, LLP
1105 North Market Street, 15th Floor
Wilmington, DE 19801
E-mail: nramsey@mmwr.com
E-mail: dwright@mmwr.com
E-mail: lmarinuzzi@mmwr.com
E-mail: mfink@mmwr.com
[Counsel to the EFH Creditors' Committee]

Andrew G. Dietderich, Esq.
Brian D. Glueckstein, Esq.
Michael H. Torkin, Esq.
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
E-mail: gluecksteinb@sullcrom.com
E-mail: torkinm@sullcrom.com
[Counsel to the EFH Creditors' Committee]

Edward O. Sassower, P.C.
Stephen E. Hessler, Esq.
Brian E. Schartz, Esq.
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022-4611
Facsimile: (212) 446-4900
E-mail: edward.sassower@kirkland.com
E-mail: stephen.hessler@kirkland.com
E-mail: brian.schartz@kirkland.com
[Counsel for Debtors and
Debtors in Possession]

**VIA EMAIL**
James H.M. Sprayregen, P.C.
Marc Kieselstein, P.C.
Chad J. Husnick, Esq.
Steven N. Serajeddini, Esq.
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Facsimile: (312) 862-2200
E-mail: james.sprayregen@kirkland.com
E-mail: marc.kieselstein@kirkland.com
E-mail: chad.husnick@kirkland.com
E-mail: steven.serajeddini@kirkland.com
[Counsel for Debtors and
Debtors in Possession]

Jeff J. Marwil, Esq.
Mark K. Thomas, Esq.
Peter J. Young, Esq.
PROSKAUER ROSE LLP
Three First National Plaza
70 W. Madison Street, Suite 3800
Chicago, IL 60602
E-mail: jmarwil@proskauer.com
E-mail: mthomas@proskauer.com
E-mail: pyoung@proskauer.com
[Counsel to Energy Future Holdings Corp.]

Thomas B. Walper, Esq.
Todd J. Rosen, Esq.
Seth Goldman, Esq.
John W. Spiegel, Esq.
MUNGER, TOLLES & OLSON LLP
355 S. Grand Avenue, 35th Floor
Los Angeles, CA 90071
E-mail: Thomas.Walper@mto.com
E-mail: Todd.Rosen@mto.com
E-mail: Seth.Goldman@mto.com
E-mail: John.Spiegel@mto.com
[Counsel to the TCEH Debtors]

Michael A. Paskin, Esq.
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
E-mail: mpaskin@cravath.com
[Counsel to Energy Future Intermediate Holding
Company LLC]

**VIA EMAIL**
Richard Levin, Esq.
JENNER & BLOCK LLP
919 Third Avenue
New York, NY 10022
E-mail: rlevin@jenner.com
[Counsel to Energy Future Intermediate Holding
Company LLC]

James M. Peck, Esq.
Brett H. Miller, Esq.
Lorenzo Marinuzzi, Esq.
Todd M. Goren, Esq.
Samantha Martin, Esq.
MORRISON & FOERESTER LLP
250 West 55th Street
New York, NY 10019
Facsimile: (212) 468-7900
E-mail: jpeck@mofo.com
E-mail: BrettMiller@mofo.com
E-mail: lmarinuzzi@mofo.com
E-mail: tgoren@mofo.com
E-mail: smartin@mofo.com
[Counsel to the TCEH Creditors' Committee]

Jeffrey M. Schlerf, Esq.
L. John Bird, Esq.
FOX ROTHSCHILD LLP
919 North Market St., Suite 300 Wilmington,
DE 19801 Telephone: (302) 654-7444
E-mail: jschlerf@foxrothschild.com
E-mail: lbird@foxrothschild.com
[Counsel to the Ad Hoc Group of TCEH
Unsecured Noteholders and the Backstop
Purchasers]

Thomas E Lauria, Esq.
Matthew C. Brown, Esq.
WHITE & CASE LLP
Southeast Financial Center, Suite 4900
200 South Biscayne Blvd.
Miami, FL 33131
E-mail: tlauria@whitecase.com
E-mail: mbrown@whitecase.com
[Counsel to the Ad Hoc Group of TCEH
Unsecured Noteholders and the Backstop
Purchasers]

**VIA EMAIL**
J. Christopher Shore, Esq.
Gregory M. Starner, Esq.
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036
E-mail:  cshore@whitecase.com
E-mail:  gstarner@whitecase.com
[Counsel to the Ad Hoc Group of TCEH Unsecured Noteholders and the Backstop Purchasers]

William P. Bowden, Esq.
Gregory A. Taylor, Esq.
ASHBY & GEDDES, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801
E-mail:  wbowden@ashby-geddes.com
E-mail:  gtaylor@ashby-geddes.com
[Counsel for Wilmington Savings Fund Society, FSB]

Edward S. Weisfelner, Esq.
BROWN RUDNICK LLP
Seven Times Square
New York, NY 10036
E-mail:  eweisfelner@brownrudnick.com
[Counsel for Wilmington Savings Fund Society, FSB]

Jeffrey L. Jonas, Esq.
Jeremy B. Coffey, Esq.
BROWN RUDNICK LLP
One Financial Center
Boston, MA 02111
E-mail:  jlonas@brownrudnick.com
E-mail:  jcoffey@brownrudnick.com
[Counsel for Wilmington Savings Fund Society, FSB]

Alan W. Kornberg, Esq.
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
E-mail:  akornberg@paulweiss.com
[Counsel for TCEH First Lien Ad Hoc Committee]

**VIA EMAIL**
Michael Busenkell, Esq.
GELLERT SCALI BUSENKELL & BROWN, LLC
1201 North Orange Street, Suite 300
Wilmington, DE 19801
E-mail:  mbusenkell@gsbblaw.com
[Counsel for EFIH PIK Noteholders]

Scott D. Talmadge, Esq.
KAYE SCHOLER LLP
250 W. 55th Street
New York, NY 10019
E-mail:  scott.talmadge@kayescholer.com
[Counsel for EFIH PIK Noteholders]