IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| Energy Future Holdings Corp., *et al.,*[1] | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | **Objection Deadline: August 25, 2016 at 4:00 p.m.** |
|  | ) |  |

## NOTICE OF FEE STATEMENT

**PLEASE TAKE NOTICE** that Morrison & Foerster LLP (the "**Applicant**") has filed the attached **Twenty-Fifth Monthly Fee Statement of Morrison & Foerster LLP as Counsel for the Official Committee of TCEH Unsecured Creditors for Compensation and Reimbursement of Expenses Incurred for the Period May 1, 2016 through May 31, 2016** (the "**Fee Statement**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Fee Statement must be made in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals,* dated September 16, 2014 [D.I. 2066] (the **Administrative Order**"), and must be filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, Wilmington, Delaware 19801, and be served upon and received by (i) the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), Energy Future Holdings Corp., *et al.*, 1601 Bryan Street, 43rd

---

[1]     The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers are not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://efhcaseinfo.com.

54001920.1

Floor, Dallas, TX, 75201, Attn: Andrew M. Wright and Cecily Gooch; (ii) co-counsel to the

Debtors, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022, Attn: Brian E.

Schartz and Kirkland & Ellis LLP, 300 North LaSalle, Chicago, IL 60654, Attn: Chad Husnick;

(iii) proposed co-counsel to the Debtors, Richards, Layton & Finger, P.A., 920 North King

Street, Wilmington, DE 19801, Attn: Daniel J. DeFranceschi and Jason M. Madron; (iv) Roberta

A. DeAngelis, the United States Trustee for Region 3, J. Caleb Boggs Federal Building, 844

King Street, Room 2207, Wilmington, DE 19801, Attn: Richard L. Schepacarter and U.S.

Department of Justice, Office of the U.S. Trustee, U.S. Federal Building, 201 Varick Street,

Room 1006, New York, NY 10014, Attn: Andrea B. Schwartz; (v) counsel for the agent of the

EFIH First Lien DIP Financing Facility, Shearman & Sterling LLP, 599 Lexington Avenue, New

York, NY 10022, Attn: Ned Schodek and Fredric Sosnick; (vi) counsel for the agent of the

TCEH DIP Financing Facility, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan

Plaza, New York, NY 10005, Attn: Evan Fleck and Matthew Brod; (vii) counsel to the Official

Committee of TCEH Unsecured Creditors (the "**TCEH Committee**"), Morrison & Foerster

LLP, 250 W. 55th Street, New York, NY 10019, Attn: Brett H. Miller and Lorenzo Marinuzzi;

(viii) co-counsel to the TCEH Committee, Polsinelli PC, 222 Delaware Avenue, Suite 1101,

Wilmington, DE 19801, Attn: Christopher A. Ward and (ix) counsel to the fee committee,

Godfrey & Kahn, S.C., One East Main Street, Madison, WI 53703, Attn: Katherine Stadler, by

no later than **4:00 p.m. (Eastern Daylight Time) on August 25, 2016** (the "**Objection

Deadline**")

PLEASE TAKE FURTHER NOTICE if any responses or objection to the Fee

Statement are timely filed, served and received in accordance with this notice, a hearing on the

Fee Statement will be held at the convenience of the Bankruptcy Court.  Only those objections

54001920.1

made in writing and timely filed and received in accordance with the Administrative Order and

the procedures described herein will be considered by the Bankruptcy Court at such hearing.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Administrative Order, if no

objection to the Fee Statement is timely filed, served and received by the Objection Deadline, the

Applicant may be paid an amount equal or lesser of (i) 80 percent of fees and 100 percent of

expenses requested in the Fee Statement or (ii) 80 percent of fees and 100 percent of expenses

not subject to an objection without the need for further order of the Bankruptcy Court.


*[Remainder of page intentionally left blank]*

54001920.1

Dated: Wilmington, Delaware
August 4, 2016

**MORRISON & FOERSTER LLP**
James M. Peck
Brett H. Miller
Lorenzo Marinuzzi
Todd M. Goren
250 West 55th Street
New York, New York 10019-9601
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900
E-mail:  jpeck@mofo.com
            brettmiller@mofo.com
            lmarinuzzi@mofo.com
            tgoren@mofo.com

        -and-

*/s/ Justin K. Edelson*
Christopher A. Ward (Del. Bar No. 3877)
Justin K. Edelson (Del. Bar No. 5002)
Shanti M. Katona (Del. Bar No. 5352)
Jarrett Vine (Del. Bar No. 5400)
**POLSINELLI PC**
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile:  (302) 252-0921
E-mail:  cward@polsinelli.com
            jedelson@polsinelli.com
            skatona@polsinelli.com
            jvine@polsinelli.com

*Attorneys for the Official Committee of TCEH
Unsecured Creditors*

54001920.1