# **EXHIBIT A**

**Statement of Fees and Expenses by Subject Matter**

| Project Category Number | Matter Description | Total Hours Billed | Total Fees Requested |
|---|---|---|---|
| 002 | Asset Disposition | 0.30 | $292.50 |
| 006 | Business Operations | 0.40 | $390.00 |
| 007 | Case Administration | 10.00 | $3,294.00 |
| 008 | Claims Administration and Objections | 7.00 | $6,369.00 |
| 010 | Employee Benefits and Pensions | 0.30 | $292.50 |
| 011 | Employment and Fee Applications | 0.80 | $393.00 |
| 014 | Other Litigation | 3.00 | $2,961.00 |
| 015 | Meetings and Communications with Creditors | 22.00 | $22,678.00 |
| 016 | Non-Working Travel | 4.80 | $4,680.00 |
| 017 | Plan and Disclosure Statement | 111.80 | $116,162.00 |
| 021 | Tax | 29.00 | $29,200.50 |
| 023 | Discovery | 6.00 | $5,896.00 |
| 024 | Hearings | 11.80 | $11,286.00 |
| 032 | Time Entry Review | 0.90 | $877.50 |
| 033 | Fee Objection Discussion and Litigation | 0.60 | $585.00 |
| **Total Incurred:** | | **208.70** | **$205,357.00** |
| **Less Client Accommodation for Non-Working Travel (50% of fee incurred):** | | **(2.40)** | **$(2,340.00)** |
| **Less Client Accommodation for Time Entry Review (100% of fees incurred):** | | **(0.90)** | **$(877.50)** |
| **Total Requested:** | | **205.40** | **$202,139.50** |

ny-1242391

| Service Description | Amount |
|---|---|
| Filing Fees | $84.00 |
| Travel | $367.00 |
| On-line Research - LEXIS | $91.00 |
| On-line Research - OTHER DATABASE – PACER (APR 1 – MAY 31) | $374.10 |
| Court Filing Service | $104.00 |
| Business Meals | $10.47 |
| Travel Meals | $11.43 |
| CourtCall | $72.00 |
| On-line Research - OTHER DATABASE (MAY) | $86.94 |
| **Total Requested** | **$1,200.94** |

ny-1242391

# **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The Morrison & Foerster attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Goren, Todd M. | Partner | 2003 | Business Restructuring & Insolvency | $975.00 | 69.50 | $67,762.50 |
| Humphreys, Thomas A. | Partner | 1977 | Tax | $1,300.00 | 10.90 | $14,170.00 |
| Lawrence, J. Alexander | Partner | 1996 | Litigation | $995.00 | 2.70 | $2,686.50 |
| Marinuzzi, Lorenzo | Partner | 1996 | Business Restructuring & Insolvency | $1,075.00 | 3.40 | $3,655.00 |
| Miller, Brett H. | Partner | 1992 | Business Restructuring & Insolvency | $1,150.00 | 74.50 | $85,675.00 |
| Reigersman, Remmelt A. | Partner | 2007 | Tax | $925.00 | 2.30 | $2,127.50 |
| Goett, David J. | Associate | 2012 | Tax | $690.00 | 2.70 | $1,863.00 |
| Harris, Daniel J. | Associate | 2008 | Business Restructuring & Insolvency | $775.00 | 0.70 | $542.50 |
| Humphrey, Nicole M. | Associate | 2013 | Tax | $450.00 | 4.50 | $2,025.00 |
| Richards, Erica J. | Associate | 2007 | Business Restructuring & Insolvency | $785.00 | 26.20 | $20,567.00 |
| Peck, James Michael | Senior Of Counsel | 1971 | Business Restructuring & Insolvency | $1,130.00 | 0.70 | $791.00 |

The paraprofessionals of Morrison & Foerster who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Guido, Laura | Senior Paralegal | 8.5 years | Business Restructuring & Insolvency | $330.00 | 10.30 | $3,399.00 |
| Braun, Danielle Eileen | Paralegal | 3 years | Business Restructuring & Insolvency | $310.00 | 0.30 | $93.00 |
| **Total Incurred:** | | | | | 208.70 | $205,357.00 |
| **Less Client Accommodation for Non-Working Travel (50% of fees incurred):** | | | | | (2.40) | $(2,340.00) |
| **Less Client Accommodation for Time Entry Review (100% of fees incurred):** | | | | | (0.90) | $(877.50) |
| **Total Requested:** | | | | | 205.40 | $202,139.50 |

ny-1242391

## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

ny-1242391

## ALL - Expense Summary

| Service Description | Amount |
| --- | --- |
| Filing Fees | $84.00 |
| Travel | $367.00 |
| On-line Research - LEXIS | $91.00 |
| On-line Research - OTHER DATABASE – PACER (APR 1 – MAY 31) | $374.10 |
| Court Filing Service | $104.00 |
| Business Meals | $10.47 |
| Travel Meals | $11.43 |
| CourtCall | $72.00 |
| On-line Research - OTHER DATABASE (MAY) | $86.94 |
| **Total Requested** | **$1,200.94** |

ny-1242391

# EXHIBIT D

**Detailed Description of Expenses and Disbursements**

# MORRISON | FOERSTER

PO BOX 742335
LOS ANGELES
CALIFORNIA 90074-2335

TELEPHONE: 415 268 7000
FACSIMILE: 415 268 7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON D.C.,
DENVER, NORTHERN VIRGINIA,
SACRAMENTO

TOKYO, BEIJING, SHANGHAI,
HONG KONG, SINGAPORE

LONDON, BRUSSELS, BERLIN

Paul Keglevic
Energy Future Holdings Corp.
1601 Bryan Street
Dallas, Texas 75201

**Taxpayer ID #** ▮▮▮▮▮
Invoice Number: 5546888
Invoice Date: August 2, 2016

Client/Matter Number: 073697-0000001

Matter Name: BANKRUPTCY OF ENERGY FUTURE HOLDINGS

RE: BANKRUPTCY OF ENERGY FUTURE HOLDINGS

*Disbursements Incurred through May 31, 2016*

|  | U.S.Dollars |
|---|---:|
| Current Disbursements | 1,200.94 |
| **Total This Invoice** | **1,200.94** |

**Payment may be made by Electronic Funds transfer to the firm's account**

# MORRISON | FOERSTER

Matter Number: 073697-0000001  
Matter Name: BANKRUPTCY OF ENERGY FUTURE HOLDINGS  
Invoice Number: 5546888  
Invoice Date: August 2, 2016

## Disbursement Detail

| Date | Description | Value |
|---|---|---:|
| 31-May-16 | On-line Research – LEXIS (MAY 1-MAY 31) | 91.00 |
| 31-May-16 | On-line Research - OTHER DATABASE – PACER (APR 1 – MAY 31) | 374.10 |
| 02-May-16 | Filing fees, CourtCall, telephonic hearing appearance for B. Miller, 3/21/16 | 84.00 |
| 23-May-16 | Travel, train, T. Goren, travel to/from Delaware for hearing, 5/23/16 | 346.00 |
| 23-May-16 | Travel, T. Goren, parking at train station for hearing, 5/23/16 | 21.00 |
| 27-May-16 | CourtCall, telephonic hearing appearance for B. Miller, 5/23/16 | 72.00 |
| 05-Apr-16 | CourtCall, E. Richards, telephonic attendance, 4/5 hearing | 30.00 |
| 06-Apr-16 | CourtCall, E. Richards, telephonic attendance, 4/6 hearing | 44.00 |
| 28-Apr-16 | CourtCall, E. Richards, telephonic attendance, 4/28 hearing | 30.00 |
| 23-May-16 | Travel meals, E. Richards, lunch while in Delaware for hearing, 5/23/16 | 10.47 |
| 23-May-16 | Travel meals, T. Goren, dinner in Delaware for hearing, 5/23/16 | 6.75 |
| 23-May-16 | Travel meals, T. Goren, lunch in Delaware for hearing, 5/23/16 | 4.68 |
| 31-Mar-16 | On-line Research - OTHER DATABASE 6400 CSC TRUST CO. OF DELAWARE V. ENERGY FUTURE HOLDI 23 | 11.40 |
| 31-Mar-16 | On-line Research - OTHER DATABASE 6375 IN RE: ENERGY FUTURE HOLDINGS 23 | 11.40 |
| 31-Mar-16 | On-line Research - OTHER DATABASE 6744 ENERGY FUTURE HOLDINGS V. TEXAS TRANSMISSION INV 15 | 7.29 |
| 30-Apr-16 | On-line Research - OTHER DATABASE 6400 CSC TRUST CO. OF DELAWARE V. ENERGY FUTURE HOLDI 21 | 9.91 |
| 30-Apr-16 | On-line Research - OTHER DATABASE 6375 IN RE: ENERGY FUTURE HOLDINGS 21 | 9.91 |
| 30-Apr-16 | On-line Research - OTHER DATABASE 6744 ENERGY FUTURE HOLDINGS V. TEXAS TRANSMISSION INV 21 | 9.91 |
| 31-May-16 | On-line Research - OTHER DATABASE 6400 CSC TRUST CO. OF DELAWARE V. ENERGY FUTURE HOLDI 21 | 9.04 |
| 31-May-16 | On-line Research - OTHER DATABASE 6375 IN RE: ENERGY FUTURE HOLDINGS 21 | 9.04 |
| 31-May-16 | On-line Research - OTHER DATABASE 6744 ENERGY FUTURE HOLDINGS V. TEXAS TRANSMISSION INV 21 | 9.04 |
| | **Current Disbursements** | **1,200.94** |