# **EXHIBIT A**

**Statement of Fees and Expenses By Subject Matter**

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 4 | [ALL] Bond Issues | 0.20 | $191.00 |
| 6 | [ALL] Case Administration | 18.40 | $8,664.00 |
| 8 | [ALL] Claims Administration & Objections | 139.60 | $112,745.00 |
| 9 | [ALL] Contested Matters & Adv. Proceed. | 205.60 | $129,686.50 |
| 10 | [ALL] Corp. Governance and Sec. Issues | 204.20 | $181,613.00 |
| 12 | [ALL] Hearings | 6.70 | $5,320.50 |
| 14 | [ALL] K&E Retention and Fee Applications | 173.10 | $88,833.50 |
| 17 | [ALL] Non-K&E Retentions & Fee Apps | 3.10 | $2,090.50 |
| 18 | [ALL] Non-Working Travel | 47.10 | $47,026.50 |
| 21 | [ALL] Plan and Disclosure Statements | 158.60 | $159,328.00 |
| 26 | [ALL] Retiree and Employee Issues/OPEB | 45.90 | $38,714.00 |
| 29 | [ALL] Tax Issues | 326.40 | $380,659.50 |
| 30 | [ALL] U.S. Trustee Issues | 0.60 | $417.00 |
| 34 | [TCEH] Asset Dispositions and Purchases | 9.00 | $6,351.00 |
| 35 | [TCEH] Automatic Stay | 0.40 | $242.00 |
| 38 | [TCEH] Cash Collateral and DIP Financing | 17.00 | $14,726.50 |
| 39 | [TCEH] Claims Administration & Objection | 51.90 | $33,243.50 |
| 40 | [TCEH] Contested Matters & Advers. Proc. | 1,524.60 | $944,863.00 |
| 42 | [TCEH] Environmental Issues | 15.50 | $15,409.00 |
| 43 | [TCEH] Hearings | 22.70 | $22,596.50 |
| 48 | [TCEH] Non-Working Travel | 17.00 | $18,500.50 |
| 51 | [TCEH] Plan/Disclosure Statements | 343.90 | $311,208.50 |
| 57 | [TCEH] Trading and Hedging Contracts | 0.60 | $465.00 |
| 66[1] | [EFIH] Cash Collat./DIP Finan./Makewhole | 1.10 | $1,518.00 |
| 67 | [EFIH] Claims Administration & Objection | 19.50 | $23,692.50 |
| 68 | [EFIH] Contested Matters & Advers. Pro. | 190.40 | $180,208.00 |
| 73 | [EFIH] Non-Working Travel | 24.80 | $27,216.00 |
| 76 | [EFIH] Plan / Disclosure Statement | 1,252.90 | $1,149,491.50 |
| 108 | [TCEH] Exec. Contracts & Unexpired Lease | 7.00 | $5,099.00 |
| 113 | [ALL] Enforcement of TTI Rights | 11.50 | $10,512.00 |
| 115 | [TCEH] Exit Financing | 704.20 | $650,862.50 |
| | **Totals:** | **5,543.50** | **$4,571,494.00** |

---

[1] All amounts billed to [EFIH] matters are allocated 90% to EFIH and 10% to EFH Corp. reflecting the corresponding debt amounts.

| Service Description | Amount |
|---|---:|
| Third Party Telephone Charges | $4,384.82 |
| Standard Copies or Prints | $3,033.20 |
| Color Copies or Prints | $10,316.40 |
| Production Blowbacks | $902.80 |
| Postage | $1.15 |
| Overnight Delivery | $303.94 |
| Outside Messenger Services | $168.73 |
| Local Transportation | $699.77 |
| Travel Expense | $17,210.94 |
| Airfare | $25,507.77 |
| Transportation to/from airport | $3,512.01 |
| Travel Meals | $1,757.10 |
| Other Travel Expenses | $342.14 |
| Court Reporter Fee/Deposition | $580.96 |
| Other Court Costs and Fees | $30.00 |
| Catering Expenses | $2,667.33 |
| Outside Retrieval Service | $610.00 |
| Computer Database Research | $864.00 |
| Westlaw Research | $3,285.89 |
| LexisNexis Research | $1,931.79 |
| Overtime Transportation | $746.84 |
| Overtime Meals - Non-Attorney | $60.00 |
| Overtime Meals - Attorney | $1,024.62 |
| **Total:** | **$79,942.20** |