# **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The K&E attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Andrew Barton | Associate | 2010 | Executive Compensation | 940.00 | 2.00 | $1,880.00 |
| Rebecca Blake Chaikin | Associate | 2015 | Restructuring | 605.00 | 36.60 | $22,143.00 |
| Kevin Chang | Associate | 2014 | Litigation - General | 585.00 | 36.90 | $21,586.50 |
| Ryan Copeland | Associate | 2012 | Corporate - Debt Finance | 775.00 | 83.30 | $64,557.50 |
| Thomas Dobleman | Associate | 2011 | Corporate - Debt Finance | 895.00 | 131.40 | $117,603.00 |
| Emily Geier | Associate | 2012 | Restructuring | 845.00 | 142.40 | $120,328.00 |
| Stephanie I Gitler | Associate | 2009 | Environment - Transactional | 895.00 | 2.30 | $2,058.50 |
| Shayne Henry | Associate | 2014 | Litigation - General | 585.00 | 35.30 | $20,650.50 |
| Sam Hong | Associate | 2008 | Technology & IP Transactions | 845.00 | 7.00 | $5,915.00 |
| Natasha Hwangpo | Associate | 2014 | Restructuring | 695.00 | 133.70 | $92,921.50 |
| Samuel Ikard | Associate | 2014 | Litigation - General | 585.00 | 32.30 | $18,895.50 |
| Jacob Johnston | Associate | 2013 | Litigation - General | 755.00 | 50.20 | $37,901.00 |
| Vinu Joseph | Associate | 2013 | Litigation - General | 675.00 | 24.30 | $16,402.50 |
| Lina Kaisey | Associate | 2015 | Restructuring | 605.00 | 82.10 | $49,670.50 |
| Howard Kaplan | Associate | 2011 | Litigation - General | 795.00 | 39.80 | $31,641.00 |
| Austin Klar | Associate | 2013 | Litigation - General | 675.00 | 171.50 | $115,762.50 |
| Serafima Krikunova | Associate | 2012 | Litigation - General | 755.00 | 35.00 | $26,425.00 |
| Nick Laird | Associate | 2013 | Litigation - General | 675.00 | 26.10 | $17,617.50 |
| James C Melchers | Associate | 2012 | Corporate - General | 695.00 | 206.50 | $143,517.50 |
| Mark Menzies | Associate | 2014 | Litigation - General | 675.00 | 146.40 | $98,820.00 |
| Kristen Molloy | Associate | 2015 | Corporate - General | 510.00 | 45.80 | $23,358.00 |
| David Moore | Associate | 2015 | Corporate - General | 510.00 | 81.60 | $41,616.00 |
| Jennie L Morawetz | Associate | 2013 | Environment - Transactional | 605.00 | 3.10 | $1,875.50 |
| Aaron J Newell | Associate | 2013 | Environment - Transactional | 510.00 | 1.50 | $765.00 |
| Veronica Nunn | Associate | 2010 | Corporate - M&A/Private Equity | 895.00 | 321.40 | $287,653.00 |
| Bryan M O'Keefe | Associate | 2011 | Labor & Employment | 755.00 | 0.70 | $528.50 |
| Erin Ramamurthy | Associate | 2014 | Litigation - General | 585.00 | 42.60 | $24,921.00 |
| Daniel Rudewicz | Associate | 2016 | Restructuring | 510.00 | 14.00 | $7,140.00 |
| Michael Saretsky | Associate | 2010 | Environment - Transactional | 605.00 | 0.20 | $121.00 |
| Anthony Sexton | Associate | 2011 | Taxation | 895.00 | 161.90 | $144,900.50 |
| Justin Sowa | Associate | 2013 | Litigation - General | 755.00 | 153.20 | $115,666.00 |
| Anna Terteryan | Associate | 2014 | Litigation - General | 585.00 | 236.40 | $138,294.00 |
| McClain Thompson | Associate | 2014 | Restructuring | 605.00 | 77.20 | $46,706.00 |
| Holly R Trogdon | Associate | 2014 | Litigation - General | 585.00 | 7.00 | $4,095.00 |
| Jesse T Wallin | Associate | 2014 | Corporate - General | 605.00 | 103.30 | $62,496.50 |
| Charles D Wineland, III | Associate | 2013 | IP Litigation | 675.00 | 47.80 | $32,265.00 |
| Spencer A Winters | Associate | 2013 | Restructuring | 695.00 | 18.70 | $12,996.50 |
| Aparna Yenamandra | Associate | 2013 | Restructuring | 775.00 | 199.20 | $154,380.00 |

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| William J Benitez | Partner | 2009 | Corporate - M&A/Private Equity | 995.00 | 0.80 | $796.00 |
| Jack N Bernstein | Partner | 1995 | Employee Benefits | 1,075.00 | 17.00 | $18,275.00 |
| Katherine Bolanowski | Partner | 2009 | Corporate - Debt Finance | 940.00 | 144.30 | $135,642.00 |
| Marin K Boney | Partner | 2008 | Litigation - Antitrust/Competition | 900.00 | 1.50 | $1,350.00 |
| Andrew Calder, P.C. | Partner | 2003 | Corporate - M&A/Private Equity | 1,325.00 | 174.30 | $230,947.50 |
| Jeanne T Cohn-Connor | Partner | 1985 | Environment - Transactional | 1,010.00 | 32.10 | $32,421.00 |
| Thad Davis | Partner | 2005 | Taxation | 1,045.00 | 1.40 | $1,463.00 |
| John Donley, P.C. | Partner | 1985 | Litigation - General | 1,155.00 | 6.70 | $7,738.50 |
| Barack S Echols | Partner | 1999 | Litigation - General | 1,010.00 | 16.90 | $17,069.00 |
| Lisa G Esayian | Partner | 1991 | Litigation - General | 1,030.00 | 17.10 | $17,613.00 |
| Michael Esser | Partner | 2009 | Litigation - General | 875.00 | 148.00 | $129,500.00 |
| Gregory W Gallagher, P.C. | Partner | 1997 | Taxation | 1,325.00 | 130.90 | $173,442.50 |
| Jonathan F Ganter | Partner | 2010 | Litigation - General | 900.00 | 17.90 | $16,110.00 |
| Jeffrey M Gould | Partner | 2006 | Litigation - General | 955.00 | 1.60 | $1,528.00 |
| Warren Haskel | Partner | 2009 | Litigation - General | 900.00 | 18.00 | $16,200.00 |
| Erik Hepler | Partner | 1990 | Corporate - Debt Finance | 1,120.00 | 9.60 | $10,752.00 |
| Edward B Holzwanger | Partner | 2001 | Labor & Employment | 950.00 | 0.70 | $665.00 |
| Richard U S Howell | Partner | 2006 | Litigation - General | 955.00 | 5.00 | $4,775.00 |
| Chad J Husnick | Partner | 2004 | Restructuring | 1,090.00 | 124.50 | $135,705.00 |
| Ellen M Jakovic | Partner | 1985 | Litigation - Antitrust/Competition | 1,100.00 | 11.00 | $12,100.00 |
| Matthew D Keiser | Partner | 1996 | Labor & Employment | 1,145.00 | 3.00 | $3,435.00 |
| Marc Kieselstein, P.C. | Partner | 1988 | Restructuring | 1,310.00 | 73.30 | $96,023.00 |
| Michelle Kilkenney | Partner | 2002 | Corporate - Debt Finance | 1,120.00 | 68.50 | $76,720.00 |
| Gregg G Kirchhoefer, P.C. | Partner | 1982 | Technology & IP Transactions | 1,195.00 | 9.70 | $11,591.50 |
| Joshua N Korff, P.C. | Partner | 1994 | Corporate - Capital Markets | 1,325.00 | 0.50 | $662.50 |
| Michael Krasnovsky | Partner | 2004 | Executive Compensation | 1,025.00 | 0.20 | $205.00 |
| Adam D Larson | Partner | 2007 | Corporate - M&A/Private Equity | 1,165.00 | 2.80 | $3,262.00 |
| Daniel Lewis | Partner | 2008 | Technology & IP Transactions | 975.00 | 3.00 | $2,925.00 |
| Todd F Maynes, P.C. | Partner | 1988 | Taxation | 1,445.00 | 80.80 | $116,756.00 |
| Andrew R McGaan, P.C. | Partner | 1986 | Litigation - General | 1,215.00 | 127.90 | $155,398.50 |
| Mark McKane, P.C. | Partner | 1997 | Litigation - General | 1,075.00 | 104.80 | $112,660.00 |
| Roberto S Miceli | Partner | 1996 | Real Estate | 995.00 | 1.70 | $1,691.50 |
| Kevin L Morris | Partner | 2002 | Corporate - M&A/Private Equity | 1,040.00 | 70.80 | $73,632.00 |
| Dennis M Myers, P.C. | Partner | 1991 | Corporate - Capital Markets | 1,325.00 | 3.80 | $5,035.00 |
| Linda K Myers, P.C. | Partner | 1990 | Corporate - Debt | 1,380.00 | 88.30 | $121,854.00 |

RLF1 14968154v.1

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| | | | Finance | | | |
| JoAnne Nagjee | Partner | 2007 | Taxation | 1,030.00 | 3.50 | $3,605.00 |
| Adam C Paul | Partner | 1997 | Restructuring | 1,090.00 | 2.20 | $2,398.00 |
| Michael A Petrino | Partner | 2008 | Litigation - General | 900.00 | 91.20 | $82,080.00 |
| John Pitts | Partner | 2010 | Corporate - M&A/Private Equity | 995.00 | 49.90 | $49,650.50 |
| Scott D Price | Partner | 1998 | Executive Compensation | 1,325.00 | 10.90 | $14,442.50 |
| William T Pruitt | Partner | 2004 | Litigation - General | 940.00 | 5.50 | $5,170.00 |
| Jeffrey S Quinn | Partner | 1998 | Employee Benefits | 1,075.00 | 43.70 | $46,977.50 |
| Brenton A Rogers | Partner | 2007 | Litigation - General | 940.00 | 7.70 | $7,238.00 |
| Joshua Samis | Partner | 2005 | Corporate - Debt Finance | 995.00 | 64.00 | $63,680.00 |
| Edward O Sassower, P.C. | Partner | 2000 | Restructuring | 1,310.00 | 49.60 | $64,976.00 |
| James H M Sprayregen, P.C. | Partner | 1985 | Restructuring | 1,380.00 | 38.60 | $53,268.00 |
| Bryan M Stephany | Partner | 2007 | Litigation - General | 955.00 | 9.40 | $8,977.00 |
| R Timothy Stephenson | Partner | 1990 | Labor & Employment | 1,145.00 | 4.00 | $4,580.00 |
| Brandon Vongsawad | Partner | 2009 | Corporate - M&A/Private Equity | 940.00 | 2.80 | $2,632.00 |
| Wayne E Williams | Partner | 2006 | Corporate - Capital Markets | 1,020.00 | 18.80 | $19,176.00 |
| Sara B Zablotney | Partner | 2003 | Taxation | 1,225.00 | 61.30 | $75,092.50 |
| **Grand Total** | | | | | **4,922.20** | **$4,375,960.50** |

RLF1 14968154v.1

The paraprofessionals of K&E who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Stephanie Ding | Case Assistant | 1 year | Litigation - General | 220.00 | 11.30 | $2,486.00 |
| Jason Douangsanith | Case Assistant | 6 months | Litigation - General | 205.00 | 17.90 | $3,669.50 |
| Jonathon Merriman | Case Assistant | 5 months | Litigation - General | 220.00 | 18.60 | $4,092.00 |
| Elizabeth Burns | Legal Assistant | 10 years | Corporate - General | 360.00 | 2.20 | $792.00 |
| Gary A Duncan | Legal Assistant | 14 years | Litigation - General | 315.00 | 76.50 | $24,097.50 |
| Michael S Fellner | Legal Assistant | 9.5 years | Litigation - General | 280.00 | 10.90 | $3,052.00 |
| Beth Friedman | Legal Assistant | 10 years | Restructuring | 400.00 | 1.30 | $520.00 |
| Shavone Green | Legal Assistant | 2 years | Restructuring | 295.00 | 15.30 | $4,513.50 |
| Paul Jones | Legal Assistant | 5 months | Litigation - General | 345.00 | 119.60 | $41,262.00 |
| Travis J Langenkamp | Legal Assistant | 12 years | Litigation - General | 370.00 | 42.40 | $15,688.00 |
| Robert Orren | Legal Assistant | 6.5 years | Restructuring | 325.00 | 81.30 | $26,422.50 |
| Meghan Rishel | Legal Assistant | 1 year | Litigation - General | 280.00 | 51.30 | $14,364.00 |
| Colleen Caamano | Litigation Suppt Cons | 3 years | Litigation - General | 325.00 | 29.50 | $9,587.50 |
| Chad Pappenfuss | Litigation Suppt Cons | 1.5 years | Litigation - General | 330.00 | 76.60 | $25,278.00 |
| Katelyn Ye | Litigation Suppt Cons | 8 years | Litigation - General | 325.00 | 0.50 | $162.50 |
| Jigna Dalal | Litigation Suppt Cons | 2 months | Litigation - General | 325.00 | 19.00 | $6,175.00 |
| Olivia Altmayer | Other | 1 year | Litigation - Antitrust/Competition | 245.00 | 30.30 | $7,423.50 |
| Eileen Drabek | Other | 9 years | Admin Services | 220.00 | 3.50 | $770.00 |
| Kenneth Sampson | Other | 3 years | Admin Services | 250.00 | 4.10 | $1,025.00 |
| Elaine Santucci | Other | 2 years | Admin Services | 225.00 | 1.30 | $292.50 |
| Kurt J Wunderlich | Other | 11 years | Litigation - Antitrust/Competition | 560.00 | 5.60 | $3,136.00 |
| Library Factual Research | Research Specialist | N/A | Admin Services | 315.00 | 2.30 | $724.50 |
| Grand Total | | | | | 621.30 | $195,533.50 |
| Total Fees Requested | | | | | 5,543.50 | $4,571,494.00 |

RLF1 14968154v.1