# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

## **ALL - Expense Summary**

| Service Description | Amount |
|---|---:|
| Third Party Telephone Charges | $4,384.82 |
| Standard Copies or Prints | $1,117.90 |
| Color Copies or Prints | $3,618.90 |
| Production Blowbacks | $902.80 |
| Postage | $1.15 |
| Overnight Delivery | $303.94 |
| Outside Messenger Services | $168.73 |
| Local Transportation | $699.77 |
| Travel Expense | $17,210.94 |
| Airfare | $25,507.77 |
| Transportation to/from airport | $3,512.01 |
| Travel Meals | $1,757.10 |
| Other Travel Expenses | $342.14 |
| Court Reporter Fee/Deposition | $580.96 |
| Other Court Costs and Fees | $30.00 |
| Catering Expenses | $2,667.33 |
| Outside Retrieval Service | $610.00 |
| Computer Database Research | $864.00 |
| Westlaw Research | $3,285.89 |
| LexisNexis Research | $1,931.79 |
| Overtime Transportation | $746.84 |
| Overtime Meals - Non-Attorney | $60.00 |
| Overtime Meals - Attorney | $1,024.62 |
| **Total:** | **$71,329.40** |

## **TCEH - Expense Summary**

| Service Description | Amount |
|---|---|
| Standard Copies or Prints | $261.60 |
| Color Copies or Prints | $1,971.00 |
| **Total:** | **$2,232.60** |

## EFIH - Expense Summary[1]

| Service Description | Amount |
|---|---:|
| Standard Copies or Prints | $1,653.70 |
| Color Copies or Prints | $4,726.50 |
| **Total:** | **$6,380.20** |

---

[1] All amounts billed to [EFIH] matters are allocated 90% to EFIH and 10% to EFH Corp. reflecting the corresponding debt amounts.

RLF1 14968154v.1