**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) ) ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) (Jointly Administered) ) |

**NOTICE OF FILING THIRD AMENDED JOINT PLAN OF
REORGANIZATION OF ENERGY FUTURE HOLDINGS CORP.,
*ET AL.*, PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE**

**PLEASE TAKE NOTICE** that on June 16, 2016, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the solicitation version of the *Second Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* at [Docket No. 8745] (the "Prior Plan") in the above-captioned chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is the *Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* (the "Plan"), which implements certain modifications to the Prior Plan.[2]

**PLEASE TAKE FURTHER NOTICE** that, for the convenience of the Bankruptcy Court and all parties in interest, attached hereto as **Exhibit B** is a blackline of the Plan against the Prior Plan.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Plan.

RLF1 14976075v.1

**PLEASE TAKE FURTHER NOTICE** that the Debtors are only requesting at this time confirmation of the Plan pursuant to the Spin-Off. The Debtors will not submit evidence or argument in support of the Taxable Separation and the proposed Confirmation Order will expressly not confirm or otherwise approve the Plan on the basis of the Taxable Separation. Accordingly, any provisions of the Plan, solely to the extent they authorize or implement the Taxable Separation, are inoperative and will not be approved pursuant to the Confirmation Order solely to such extent, including: (i) Article III.B.29.c.ii; (ii) the first paragraph of Article IV.B.2; (iii) Article IV.B.2.b; (iv) Article IV.U; and (v) Article XII.G. For the avoidance of doubt, any such provisions shall remain operative and the Debtors shall seek approval of such provisions pursuant to the Confirmation Order to the extent they authorize or implement the Spin-Off or any related transactions or agreements contemplated thereby or are executed in connection therewith and the foregoing shall not limit or impair the approval, confirmation, or consummation of the Plan pursuant to the Spin-Off or any transactions or agreements contemplated thereby or executed in connection therewith.

**PLEASE TAKE FURTHER NOTICE** that the Debtors intend to seek approval of the Plan with respect to the TCEH Debtors and EFH Shared Services Debtors at a hearing before the Bankruptcy Court commencing **Wednesday, August 17, at 10:00 a.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that copies of the Plan are available by visiting the website maintained in these chapter 11 cases at www.efhcaseinfo.com. You may also obtain copies of any pleadings filed in these chapter 11 cases for a fee via PACER at: http://www.deb.uscourts.gov.

Dated: August 5, 2016
      Wilmington, Delaware

*/s/ Zachary I. Shapiro*
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
Zachary I. Shapiro (No. 5103)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:   collins@rlf.com
    defranceschi@rlf.com
    madron@rlf.com
    shapiro@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:   edward.sassower@kirkland.com
    stephen.hessler@kirkland.com
    brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:   james.sprayregen@kirkland.com
    marc.kieselstein@kirkland.com
    chad.husnick@kirkland.com
    steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

RLF1 14976075v.1