**<u>Exhibit B</u>**

**Plan of Reorganization**

**[Separately Filed]**

KE 42565101