**<u>Exhibit F</u>**

**EFH/EFIH Disclosure Statement Order**

**[To Be Filed]**

KE 42565101