**Exhibit G**

**Tax Matters Agreement**

**[To Be Filed]**

KE 42565101