D'Layne Carter, 00792988
PERDUE, BRANDON, FIELDER,
COLLINS & MOTT, L.L.P.
P.O. Box 9132
Amarillo, TX 79105-9132
(806) 359-3188
FAX (806) 359-5126
dpcarter@pbfcm.com

ATTORNEY FOR CHILDRESS COUNTY APPRAISAL DISTRICT

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE | § IN PROCEEDINGS UNDER |
| | § CHAPTER 11 OF THE |
| ENERGY FUTURE HOLDINGS CORP., | § BANKRUPTCY ACT |
| ET AL | |
| | § |
| DEBTOR | § NO. 14-10979 |
| | (JOINTLY ADMINISTERED) |

### WITHDRAWAL OF CLAIM NO: 10001 FOR TAXES OF THE CHILDRESS COUNTY APPRAISAL DISTRICT

Claimant, CHILDRESS COUNTY APPRAISAL DISTRICT filed Secured Claim Number 10001 for Taxes of the CHILDRESS COUNTY APPRAISAL DISTRICT in the amount of $253.45. Claimant wishes to withdraw this claim since the ad valorem taxes have been paid.

Respectfully,

PERDUE, BRANDON, FIELDER,
COLLINS & MOTT, L.L.P.
(806) 359-3188, FAX: (806) 359-5126
dpcarter@pbfcm.com

By _____
D'Layne Carter
Bar No: 00792988