**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
| | **No Hearing Required**<br>**Related to D.I. Nos. 3028 and 3205** |

**NOTICE OF ENTRY OF APPEARANCE AND DEMAND FOR NOTICES AND PAPERS**

PLEASE TAKE NOTICE that Cravath, Swaine & Moore LLP, as special counsel to Energy Future Intermediate Holding Company LLC ("EFIH") in connection with "Independent Matters," as defined in the *Stipulation and Agreed Order Regarding a Protocol for Certain Case Matters* (Docket No. 2051), entered September 16, 2014, pursuant to Sections 342(a) and 1109(b) of Chapter 11, Title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), hereby appears and requests that all notices and papers served in these cases be given to and served upon:

    **CRAVATH, SWAINE & MOORE LLP**
    Michael A. Paskin
    Worldwide Plaza
    825 Eighth Avenue
    New York, NY 10019
    Phone: (212) 474-1000
    Fax: (212) 474-3700

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Email: mpaskin@cravath.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers specifically referred to in the Bankruptcy Rules and Bankruptcy Code provisions specified above, but also includes, without limitation, any and all notices, motions, applications, orders, petitions, pleadings, requests, complaints, demands, statements, certificates, affidavits, exhibits, reports, or schedules, whether formal or informal, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, electronic mail or otherwise.

**PLEASE TAKE FURTHER NOTICE** that the undersigned intends that neither this appearance and request for copies nor any later appearance, pleading, claim, or suit shall waive: (i) the right to have final orders in non-core matters entered only after de novo review by a district judge; (ii) the right to trial by jury in any proceeding so triable in this case, controversy, or proceeding related to this case; (iii) the right to have the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which EFIH is or may be entitled to, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments EFIH expressly reserves.

Dated:  August 8, 2016                    **CRAVATH, SWAINE & MOORE LLP**

*/s/* Michael A. Paskin
Michael A. Paskin
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Phone: (212) 474-1000
Fax: (212) 474-3700

*Special Counsel to EFIH*