**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| | (Jointly Administered) |
| Debtors. | **Re:  Docket No(s). 9199** |

<u>**RESERVATION OF RIGHTS BY**</u>
<u>**TXU 2007-1 RAILCAR LEASING LLC WITH RESPECT TO**</u>
<u>**THIRD AMENDED JOINT PLAN OF REORGANIZATION**</u>

This Reservation of Rights (this "**Reservation of Rights**") is filed by TXU 2007-1 Railcar Leasing LLC ("**TXU Railcar Leasing**"), a lessor and party in interest in the above-captioned bankruptcy cases.  TXU Railcar Leasing files this Reservation of Rights with respect to the *Third Amended Joint Plan Of Reorganization Of Energy Future Holdings Corp., Et Al., Pursuant To Chapter 11 Of The Bankruptcy Code* [Docket No. 9199] (as may be modified, amended or supplemented from time to time, the "**New Plan**") as to the TCEH Debtors (as that term is defined in the Plan).

TXU Railcar Leasing is the lessor and Debtor Texas Competitive Electric Holdings Company LLC ("**Texas Competitive**") is the lessee under the *Amended and Restated Lease Dated as of December 30, 2015* (the "**Amended Railcar Lease**") (which amended and restated the *Lease,*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

dated as of September 7, 2007 between the parties (the "**Railcar Lease**")).  The Amended Railcar Lease was assumed by Texas Competitive under the First Confirmed Plan described below.[2]

The *Sixth Amended Joint Plan Of Reorganization Of Energy Future Holdings Corp., Et. Al., Pursuant To Chapter 11 Of The Bankruptcy Code* [Docket No. 7187] (the "**First Confirmed Plan**") proposed by Texas Competitive and the other TCEH Debtors previously was confirmed pursuant to the "*Order Confirming The Sixth Amended Joint Plan Of Reorganization Of Energy Future Holdings Corp., Et. Al., Pursuant To Chapter 11 Of The Bankruptcy Code* [Docket No. 7244] (the "**First Confirmation Order**").

Under the First Confirmed Plan and the First Confirmation Order, Texas Competitive assumed the Railcar Lease in accordance with the modified terms of the Amended Railcar Lease, which was fully executed by Texas Competitive and TXU Railcar Leasing, and TXU Railcar Leasing was treated in all respects under the First Confirmed Plan in accordance with the Amended Railcar Lease.  The TCEH Debtors confirmed this treatment in their *Second Amended Plan Supplement For The Joint Plan Of Reorganization Of Energy Future Holdings Corp., Et. Al., Pursuant To Chapter 11 Of The Bankruptcy Code* [Docket No. 7866] (the "**First Plan Supplement**"), which was filed in conjunction with the First Confirmed Plan and the First Confirmation Order.  A copy of the relevant pages of the First Plan Supplement filed by the TCEH Debtors are attached hereto as **<u>Exhibit A</u>**.  Texas Competitive and TXU Railcar Leasing have been operating under the terms of the Amended Railcar Lease since its execution by the parties.

On August 3, 2016, TCEH Debtors filed their Plan Supplement for the New Plan [Docket No. 9188] (the "**New Plan Supplement**").  In the New Plan Supplement, the TCEH Debtors list the Amended Railcar Lease as a lease being assumed in accordance with the terms of the Amended

---

[2]    The Amended Railcar Lease and the Railcar Lease relate to 996 Aluminum Rapid Discharge IV Coal Cars (the "**Coal Cars**").

Railcar Lease.  Counsel for TXU Railcar Leasing has a number of questions that it is working out with counsel for the TCEH Debtors.

TXU Railcar Leasing hereby reserves all of its rights with respect to the New Plan, the New Plan Supplement, and the Amended Railcar Lease, including, but not limited to, any issues regarding any proposed assignment of the Amended Railcar Lease and any alteration of the treatment proposed for the Amended Railcar Lease.[3]

Dated:  August 8, 2016

Respectfully submitted,

CIARDI CIARDI & ASTIN

*/s/ Joseph J. McMahon, Jr.*
Daniel K. Astin (No. 4068)
John D. McLaughlin, Jr. (No. 4123)
Joseph J. McMahon, Jr. (No. 4819)
1204 North King Street
Wilmington, Delaware  19801
Telephone:  302-658-1100
Facsimile:  302-658-1300

-and-

QUARLES & BRADY LLP
John A. Harris (admitted *pro hac vice*)
Jason D. Curry (admitted *pro hac vice*)
Renaissance One
Two North Central Avenue
Phoenix, Arizona  85004-2391
Telephone:  602-229-5200
Facsimile:  602-229-5690

Attorneys for TXU 2007-1 Railcar Leasing LLC

---

[3]    TXU reserves all its rights and interests under the Railcar Lease and the Amended Railcar Lease, and with respect to the Coal Cars.  TXU does not waive, and hereby expressly reserves, its rights to supplement and amend this Reservation of Rights, as it may deem necessary or appropriate.

QB\023718.00022\40888368.3