# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | ) <br> ) Chapter 11 <br> ) <br> ) Case No. 14-10979 (CSS) <br> ) <br> ) (Jointly Administered) <br> ) |

**SECOND AMENDED PLAN SUPPLEMENT
FOR THE JOINT PLAN OF REORGANIZATION OF
ENERGY FUTURE HOLDINGS CORP., *ET AL.*, PURSUANT
TO CHAPTER 11 OF THE BANKRUPTCY CODE**

**PLEASE TAKE NOTICE THAT** Energy Future Holdings Corp. and certain of its affiliates, as debtors and debtors in possession (collectively, the "Debtors"), submit this second amended plan supplement (the "Amended Plan Supplement") in support of confirmation of the *Sixth Amended Joint Plan of Reorganization of Energy Future Holdings Corp.*, et al.*, Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 7235] (as amended from time to time, the "Plan"), filed in these chapter 11 cases on December 6, 2015. Capitalized terms used but not defined herein have the meanings set forth in the Plan.

**PLEASE TAKE FURTHER NOTICE** that the Amended Plan Supplement includes the following documents, as may be modified, amended, or supplemented from time to time by the Debtors in accordance with the Plan:

- Exhibit A — Amended List of Executory Contracts and Unexpired Leases to be Assumed by Reorganized Debtors on the Effective Date

- Exhibit B — Comparison of Amended List of Executory Contracts and Unexpired Leases to be Assumed by Reorganized Debtors on the Effective Date

- Exhibit C — Amended List of Executory Contracts and Unexpired Leases to be Rejected by Reorganized Debtors on the Effective Date

- Exhibit D — Comparison of Amended List of Executory Contracts and Unexpired Leases to be Rejected by Reorganized Debtors on the Effective Date

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 13908953v.1

2

- <u>Exhibit E</u> — Amended List of Executory Contracts and Unexpired Leases to be Conditionally Assumed by Reorganized Debtors on the Effective Date

- <u>Exhibit F</u> — Comparison of Amended List of Executory Contracts and Unexpired Leases to be Conditionally Assumed by Reorganized Debtors on the Effective Date

> Certain documents, or portions thereof, contained in the Amended Plan Supplement remain subject to continuing negotiations among the Debtors and interested parties with respect thereto. The Debtors reserve all rights to amend, modify, or supplement the Amended Plan Supplement and any of the documents contained therein, in accordance with the terms of the Plan. To the extent material amendments or modifications are made to any of the Amended Plan Supplement documents, the Debtors will file a blackline with the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that the documents contained in the Plan Supplement are integral to, part of, and incorporated by reference into the Plan. These documents have not yet been approved by the Bankruptcy Court. If the Plan is approved, the documents contained in the Plan Supplement will be approved by the Bankruptcy Court pursuant to the Confirmation Order.

**PLEASE TAKE FURTHER NOTICE** that any party wishing to obtain copies of the Plan, the Plan Supplement documents referred to on the attached list, or the Disclosure Statement related to the Plan may download copies from the Debtors' Notice and Claims Agent, Epiq Bankruptcy Solutions, LLC at http://www.efhcaseinfo.com.

[*Remainder of page intentionally left blank.*]

Dated: February 16, 2016
      Wilmington, Delaware            */s/ Joseph C. Barsalona II*
                                           **RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
Joseph C. Barsalona II (No. 6102)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:    (302) 651-7701
Email:         collins@rlf.com
               defranceschi@rlf.com
               madron@rlf.com
               barsalona@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900
Email:         edward.sassower@kirkland.com
               stephen.hessler@kirkland.com
               brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:    (312) 862-2200
Email:         james.sprayregen@kirkland.com
               marc.kieselstein@kirkland.com
               chad.husnick@kirkland.com
               steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

# **EXHIBIT A**

Amended List of Executory Contracts and Unexpired Leases to be Assumed by Reorganized Debtors on the Effective Date

# Exhibit A

## Assumption Schedule

| | Details of Contract (s) | | Counterparty Information | | | Other Information | | | |
|---|---|---|---|---|---|---|---|---|---|
| Ref # | Debtor(s) | Description of Contract or Lease | Counterparty | Counterparty Address | Contract Assignee, if any | Amount Required to Cure Default Thereunder, if any | Cure Details | Details of Material Amendments | Assumption Date |
| 2768 | TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC ("TEXAS COMPETITIVE") | CAPITAL LEASE. ASSUMED IN ACCORDANCE WITH THE TERMS OF THAT CERTAIN AMENDED AND RESTATED LEASE DATED AS OF DECEMBER 30, 2015 (THE "AMENDED AND RESTATED LEASE") BETWEEN TEXAS COMPETITIVE AND TXU RAILCAR LEASING. | TXU 2007-1 RAILCAR LEASING LLC ("TXU RAILCAR LEASING") | C/O GENERAL ELECTRIC RAILCAR SERVICES LLC, 161 NORTH CLARK STREET, SUITE 700, CHICAGO, IL, 60601; ATTENTION - RISK LEADER | | $0.00 | TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC - $0.00 | 1. IMPROVED DEAL ECONOMICS. 2. PROVISIONS FOR EARLY RETURN OF SUBJECT RAIL CARS. 3. CONTINUATION OF TXU RAILCAR LEASING'S SENIOR LIENS IN THE SUBJECT RAIL CARS. 4. NOTWITHSTANDING ANY OTHER OR DIFFERENT PROVISIONS OF THE PLAN (INCLUDING THE PLAN SUPPLEMENT), TXU RAILCAR LEASING WILL BE TREATED IN ALL RESPECTS UNDER THE PLAN IN ACCORDANCE WITH THE TERMS OF THE AMENDED AND RESTATED LEASE. | DECEMBER 30, 2015 |