IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., et al.[1], | ) Case No. 14-10979 (CSS) |
| | ) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) **Response Deadline: August 29, 2016 at 4:00 p.m. (ET)** |

**NOTICE OF GREENHILL & CO., LLC'S
SEVENTEENTH MONTHLY FEE STATEMENT**

PLEASE TAKE NOTICE that on August 8, 2016, Greenhill & Co., LLC (the "Applicant") filed its Seventeenth Monthly Fee Statement for Allowance of an Administrative Claim for Compensation and Reimbursement of Expenses Incurred from May 1, 2016 Through May 31, 2016 (the "Monthly Fee Statement") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court")

PLEASE TAKE FURTHER NOTICE that responses or objections, if any, to the Monthly Fee Statement must be made in accordance with the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals dated September 16, 2014 [Docket No. 2066] (the "Administrative Order"), and must be filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, DE 19801, and be served upon and received by (i) the above-captioned debtors and debtors in possession (collectively, the "Debtors"), Energy Future Holdings Corp., et al., 1601 Bryan Street, 43rd Floor, Dallas, TX 75201, Attn: Andrew M. Wright and Cecily Gooch; (ii) co-counsel to the Debtors, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022, Attn: Brian E. Schartz and Kirkland & Ellis LLP, 300 North LaSalle, Chicago, IL 60654, Attn:

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Chad Husnick; (iii) co-counsel to the Debtors, Richards, Layton & Finger, P.A., 920 North King Street, Wilmington, DE 19801, Attn: Daniel J. DeFranceschi and Jason M. Madron; (iv) Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Room 2207, Wilmington, DE 19801, Attn: Richard L. Schepacarter and U.S. Department of Justice, Office of the U.S. Trustee, U.S. Federal Building, 201 Varick Street, Room 1006, New York, NY 10014, Attn: Andrea B. Schwartz; (v) counsel for the agent of the EFIH First Lien DIP Financing Facility, Shearman & Sterling LLP, 599 Lexington Avenue, New York, NY 10022, Attn: Ned Schodek and Fredric Sosnick; (vi) counsel for the agent of the TCEH DIP Financing Facility, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, NY 10005, Attn: Evan Fleck and Matthew Brod; (vii) counsel to the (TCEH) Official Committee of Unsecured Creditors, Morrison & Foerster LLP, 250 W. 55th Street, New York, NY 10019, Attn: Lorenzo Marinuzzi and Jennifer Marines and Polsinelli PC 222 Delaware Avenue, Suite 1101 Wilmington, Delaware 19801, Attn: Christopher A. Ward; (viii) counsel to the (EFH) Official Committee of Unsecured Creditors, Sullivan & Cromwell LLP, 125 Broad Street, New York, NY 10004, Attn: Andrew G. Dietderich, Brian D. Glueckstein, Michael H. Torkin and Mark U. Schneiderman and Montgomery, McCracken, Walker and Rhoades, LLP 1105 N. Market Street, 5th Floor, Wilmington, DE 19801 Attn: Natalie D. Ramsey; (ix) counsel to the fee committee, Godfrey & Kahn, S.C., One East Main Street, Madison, WI 53703, Attn: Katherine Stadler; and (x) the Applicant, Greenhill & Co., LLC 300 Park Ave., New York, NY 10022 Attn; Bradley A. Robins, by no later than 4:00 p.m. (Eastern Standard Time) on August 29, 2016 (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that if any responses or objections to the Monthly Fee Statement are timely filed, served and received in accordance with this notice, a hearing on the Fee Statement will be held at the convenience of the Bankruptcy Court. Only those objections made in writing and timely filed and received in accordance with the Administrative

Order and the procedures described therein will be considered by the Bankruptcy Court at such hearing.

PLEASE TAKE FURTHER NOTICE that pursuant to the Administrative Order, if no objection to the Monthly Fee Statement is timely filed, served and received by the Objection Deadline, the Applicant may be paid an amount equal to the lesser of (i) 80 percent of the fees and 100 percent of expenses requested in the Fee Statement or (ii) 80 percent of the fees and 100 percent of the expenses not subject to an objection without the need for further order of the Bankruptcy Court.

Dated: August 8, 2016

**McElroy, Deutsch, Mulvaney & Carpenter, LLP**

/s/ David Primack
David Primack, Esq. (No. 4449)
300 Delaware Ave., Suite 770
Wilmington, DE 19801
Phone: (302) 300-4515
Facsimile: (302) 654-4031
dprimack@mdmc-law.com