**Exhibit 1 (to Paskin Declaration)**

[List of Parties in Interest Who Are, or Whose Affiliates Are,
Current or Former Cravath Clients]

| Name Searched | Category | Client | Former Client | Affiliate of Client | Affiliate of Former Client |
|---|---|---|---|---|---|
| Minemet Inc. | SoALs | | | X | |
| Republic Services National | Utilities | | | X | |
| National Grid | SoALs | | | X | |
| MeadWestvaco Corp. | SoALs | X | | | |
| Kraft Foods | SoALs | X | | | |
| Mitsubishi Heavy Industries Ltd. | SoALs | X | | | |
| Grumman Houston Corp. | SoALs | X | | | |
| Northrop Grumman Corp. | SoALs | X | | | |
| Linde Division Union Carbide | SoALs | X | | | X |
| Barclay | SoALs | X | | | |
| Credit Suisse Securities USA LLC | Significant Vendors | X | | | |
| First Solar Inc. | SoALs | X | | | |
| Flowserve Corp. FCD | SoALs | X | | | |
| General Electric Co. | Contract Counterparties | X | | | |
| Hertz-Penske Leasing | SoALs | X | | | |
| J.M. Huber Corp. | SoALs | X | | | |
| McKinsey & Co. Inc. United States | SoALs | X | | | |
| Polygon | Significant Vendors | X | | | |
| NCR Corp. | SoALs | X | | | |
| Pinnacle West Corp. | SoALs | X | | | |
| Pitney Bowes Inc. | SoALs | X | | | |
| Quest Diagnostics Inc. | SoALs | X | | | |
| Rockwell International Corp. | SoALs | X | | | |
| Cooper Cameron Corp. | SoALs | X | | | |
| Westinghouse Electric Co. | Significant Vendors | X | | | |
| Westinghouse Electric Co. LLC | Significant Vendors | X | | | |
| Verizon | Significant Vendors | X | | | |
| Witco Chemical Co. | SoALs | X | | | |
| Witco Corp. | SoALs | X | | | |
| Lazard | Advisors to Unsecured CC | X | | | |
| Morrison & Foerster LLP | Advisors to Unsecured CC | X | | | |
| JPMorgan Chase Bank NA | Banks | X | | | |
| JPMorgan Chase Bank NA (IL) | Banks | X | | | |
| JPMorgan Chase Bank NA (NY) | Banks | X | | | |
| JPMorgan Chase Bank NA | Banks | X | | | |

| (OH) | | | | | |
|---|---|---|---|---|---|
| JPMorgan Chase Bank NA (TX) | Banks | X | | | |
| JPMorgan Chase through Met Life | Banks | X | | | |
| Bank of America Merrill Lynch | Bondholders | X | | | |
| Barclays | Bondholders | X | | | |
| Mount Kellett | Bondholders | X | | | |
| UBS | Bondholders | X | | | |
| IBM Corp. | Claimants | X | | | |
| Pitney Bowes Inc. | Claimants | X | | | |
| Honeywell | Claims Register | X | | | |
| JP Morgan Chase Bank NA | Claims Register | X | | | |
| Martin Marietta | Claims Register | X | | | |
| Moelis & Co. | Claims Register | X | | | |
| Republic Services | Claims Register | X | | | |
| United Rentals (North America) Inc. | Claims Register | X | | | |
| Alcon Laboratories Inc. | Contract Counterparties | X | | | |
| Deutsche Bank AG | Contract Counterparties | X | | | |
| J.P. Morgan Securities LLC | Contract Counterparties | X | | | |
| Lone Star Industries Inc. | Contract Counterparties | X | | | |
| Russell Stover Candies Inc. | Contract Counterparties | X | | | |
| Stanley Black & Decker Inc. | Contract Counterparties | X | | | |
| Time Warner Entertainment Co. LP | Contract Counterparties | X | | | |
| UBS AG | Contract Counterparties | X | | | |
| Barclays Bank PLC | Debtholders | X | | | |
| Deutsche Bank - FM | Debtholders | X | | | |
| JPM Chase | Debtholders | X | | | |
| JPMorgan Chase | Debtholders | X | | | |
| MSD Capital LP | Debtholders | X | | | |
| New York Life | Debtholders | X | | | |
| Nomura International PLC | Debtholders | X | | | |
| Perry Capital | Debtholders | X | | | |
| RBC Capital Markets LLC | Debtholders | X | | | |
| Royal Bank of Canada | Debtholders | X | | | |
| UBS Securities | Debtholders | X | | | |
| Unilever United States Inc. and Its Subsidiaries and Affiliates, Master Trust Agreement Under Various Employee Benefit Plans of | Debtholders | X | | | |

| | | | | |
|---|---|---|---|---|
| Energy Future Intermediate Holding Co. LLC | Debtors, Debtor Affiliates, and Certain Related Entities | X | | |
| Bank of Tokyo-Mitsubishi UFJ | DIP Lenders | X | | |
| HSBC Securities USA Inc. | DIP Lenders | X | | |
| Jefferies LLC | DIP Lenders | X | | |
| New York Life Insurance | DIP Lenders | X | | |
| Nomura | DIP Lenders | X | | |
| Wells Fargo | DIP Lenders | X | | |
| Bank of Tokyo-Mitsubishi UFJ Ltd., The | DIP Parties | X | | |
| Citigroup Global Markets Inc. | DIP Parties | X | | |
| Deutsche Bank Securities Inc. | DIP Parties | X | | |
| Bank of New Mellon, The | Indenture Trustees | X | | |
| Bank of New York Mellon Trust Co., The | Indenture Trustees | X | | |
| Barclays Bank | Indenture Trustees | X | | |
| Citibank | Indenture Trustees | X | | |
| Citigroup | Indenture Trustees | X | | |
| Credit Suisse | Indenture Trustees | X | | |
| Deutsche Bank | Indenture Trustees | X | | |
| Morgan Stanley | Indenture Trustees | X | | |
| NextEra | Interested Parties | X | | |
| BofA Merrill Lynch | Investment Banks | X | | |
| JP Morgan | Investment Banks | X | | |
| KKR Capital Markets | Investment Banks | X | | |
| Microsoft Corp. | Landlords | X | | |
| Bank of America | Litigants | X | | |
| Bank of America Corp. | Litigants | X | | |
| Citigroup Inc. | Litigants | X | | |
| Credit Suisse Group AG | Litigants | X | | |
| Delta Air Lines Inc. | Litigants | X | | |
| JP Morgan Chase & Co. | Litigants | X | | |
| JPMorgan Chase Bank NA | Litigants | X | | |
| Societe Generale SA | Litigants | X | | |
| Alcatel-Lucent USA Inc. | Litigants - Asbestos | X | | |
| Alliant Techsystems Inc. | Litigants - Asbestos | X | | |
| Archer-Daniels-Midland Co. | Litigants - Asbestos | X | | |
| CBS Corp. | Litigants - Asbestos | X | | |
| Coltec Industries Inc. | Litigants - Asbestos | X | | |
| Flowserve (US) Inc. | Litigants - Asbestos | X | | |

| | | | | |
|---|---|---|---|---|
| Massey Energy Corp. | Litigants - Asbestos | X | | |
| Metropolitan Life Insurance Co. | Litigants - Asbestos | X | | |
| Viacom Inc. | Litigants - Asbestos | X | | |
| Adams, Robert | Officers and Directors | X | | |
| Cadwalader Wickersham & Taft (CWT) | Professionals | X | | |
| Cadwalader Wickersham & Taft LLP | Professionals | X | | |
| Centerview Partners LLC | Professionals | X | | |
| Citigroup Global Markets Inc. | Professionals | X | | |
| Deloitte & Touche | Professionals | X | | |
| Deutsche Bank Securities Inc. | Professionals | X | | |
| Goldin Associates | Professionals | X | | |
| JP Morgan Securities LLC | Professionals | X | | |
| Moelis & Co. LLC | Professionals | X | | |
| PricewaterhouseCoopers LLP | Professionals | X | | |
| Sullivan & Cromwell | Professionals | X | | |
| Morrison & Foerster LLP | Rule 2002 | X | | |
| Sullivan & Cromwell LLP | Rule 2002 | X | | |
| Weyerhaeuser Co. | Rule 2002 | X | | |
| Wilmington Trust NA | Rule 2002 | X | | |
| Barclays Capital Inc. | Secured Bondholders | X | | |
| JP Morgan Securities LLC (Broker) | Secured Bondholders | X | | |
| Morgan Stanley & Co. LLC | Secured Bondholders | X | | |
| Mount Kellett Capital Management LP | Secured Bondholders | X | | |
| UBS Securities LLC | Secured Bondholders | X | | |
| Fortress Investment Group LLC | Other | X | | |
| JP Morgan Securities LLC | Other | X | | |
| Citigroup | Shareholders | X | | |
| Goldman Sachs & Co. | Shareholders | X | | |
| Morgan Stanley | Shareholders | X | | |
| ALCOA | Significant Customers | X | | |
| Aluminum Co. of American (Alcoa) | Significant Vendors | X | | |
| Bank of New York, The | Significant Vendors | X | | |

| BNY Mellon | Significant Vendors | X | | | |
|---|---|---|---|---|---|
| Citibank NA | Significant Vendors | X | | | |
| Honeywell Inc. | Significant Vendors | X | | | |
| IBM Corp. | Significant Vendors | X | | | |
| International Business Machines Corp. | Significant Vendors | X | | | |
| JP Morgan Chase Bank | Significant Vendors | X | | | |
| JP Morgan Chase Co. | Significant Vendors | X | | | |
| JP Morgan Chase NA | Significant Vendors | X | | | |
| JP Morgan Securities Inc. | Significant Vendors | X | | | |
| Lazard Freres & Co. LLC | Significant Vendors | X | | | |
| Martin Marietta Materials Inc. | Significant Vendors | X | | | |
| Microsoft Corp. | Significant Vendors | X | | | |
| Mirion Technologies | Significant Vendors | X | | | |
| Morgan Stanley & Co. Inc. | Significant Vendors | X | | | |
| Schneider Electric | Significant Vendors | X | | | |
| Thermo Fisher Scientific | Significant Vendors | X | | | |
| United Rentals | Significant Vendors | X | | | |
| Weyerhaeuser | Significant Vendors | X | | | |
| Alcatel-Lucent | SoALs | X | | | |
| Arrow Electronics Inc. | SoALs | X | | | |
| Ashland Inc. | SoALs | X | | | |
| BNP Paribas | SoALs | X | | | |
| DTE Energy | SoALs | X | | | |
| Xerox Corp. | SoALs | X | | | |
| Citibank National Association | Third Notice of Satisfaction | X | | | |
| Sterne Agee & Leach Inc. | Unsecured Bondholders | X | | | |
| Time Warner Cable | Utilities | X | | | |
| EFIHC | Debtors, Debtor Affiliates, and Certain Related Entities | X | | | |
| Fidelity | DIP Lenders | X | X | | |
| Fortress | DIP Lenders | X | | | |

| | | | | | |
|---|---|---|---|---|---|
| KKR | Bondholders | X | | | |
| RBC | Bondholders | X | | | |
| Starwood | Debtholders | X | X | | |
| SunTrust | Debtholders | X | X | | |
| Nomura Securities International Inc. | Secured Bondholders | | X | X | |
| WMG Inc. | SoFAS | | X | | |
| ABN Amro Bank NV | SoALs | | X | | |
| Accenture | Top 50 Unsecured Creditors | | X | | |
| Gulf Oil Corp. | SoALs | | X | | |
| Apple | SoALs | | X | | |
| Wilson Company | Third Notice of Satisfaction | | X | | |
| Bank of New York, The | Contract Counterparties | | X | | |
| BP America Inc. | SoALs | | X | | |
| Crane Nuclear Inc. | Claimants | | X | | |
| Delta Airlines | SoFAS | | X | | |
| Duke Energy Corp. | SoFAS | | X | | |
| Dun & Bradstreet Inc. | SoFAS | | X | | |
| International Swaps & Derivatives Association Inc. | SoALs | | X | | |
| Formosa Plastics Corp., Texas | SoALs | | X | | |
| General Dynamics OTS (Garland) LP | Contract Counterparties | | X | | |
| General Motors LLC | Contract Counterparties | | X | | |
| Georgia-Pacific | SoALs | | X | | |
| Gulfmark Energy Inc. | SoALs | | X | | |
| Hercules Inc. | SoALs | | X | | |
| Borden Inc. | SoALs | | X | | |
| International Flavors & Fragrances Inc. | SoALs | | X | | |
| J. Aron & Co. | SoALs | | X | | |
| JC Penney Corp. Inc. | SoALs | | X | | |
| Jones & Laughlin Steel Co. | SoALs | | X | | |
| McMillan LLP | SoALs | | X | | |
| Energy Solutions LLC | Claims Register | | X | | |
| Missouri Pacific Railroad | SoALs | | X | | |
| Mobil Oil | SoALs | | X | | |
| Mobil Oil Corp. | SoALs | | X | | |
| Moody's Investors Service | Significant Vendors | | X | | |
| OfficeMax Inc. | SoALs | | X | | |
| Owens Illinois | SoALs | | X | | |
| Raychem | SoALs | | X | | |
| Crown Central Petroleum Corp. | SoALs | | X | | |

| | | | | |
|---|---|---|---|---|
| Cytec Industries Inc. | SoALs | | X | |
| Syngenta Crop Protection | SoALs | | X | |
| Tektronix Inc. | SoALs | | X | |
| Texaco Inc. | SoALs | | X | |
| Firestone | SoALs | | X | |
| Thomson Reuters (Markets) LLC | Claimants | | X | |
| Thomson Reuters | Significant Vendors | | X | |
| Thomson Reuters | Significant Vendors | | X | |
| Reuters America Inc. | Significant Vendors | | X | |
| Toronto-Dominion Bank | SoALs | | X | |
| TPG Capital LP | Significant Vendors | | X | |
| United Parcel Service Inc. | SoALs | | X | |
| W.R. Grace & Co. | SoALs | | X | |
| W.R. Grace & Co. Conn. | SoALs | | X | |
| W.R. Grace Co. | SoALs | | X | |
| National Grid USA | Bidder NDAs | | X | |
| Angelo Gordon | Bondholders | | X | |
| Blackstone / GSO | Bondholders | | X | |
| Farallon Capital Management LLC (US) | Bondholders | | X | |
| Paulson & Co. | Bondholders | | X | |
| Standard Life Investments | Bondholders | | X | |
| Aetna Life Insurance Co. | Claims Register | | X | |
| Centurylink QC | Claims Register | | X | |
| EnergySolutions LLC | Claims Register | | X | |
| Otis Elevator Corp. | Claims Register | | X | |
| United Parcel Service (Freight) | Claims Register | | X | |
| GE | Contract Amendments & Assumptions | | X | |
| National Gypsum Inc. | Contract Amendments & Assumptions | | X | |
| Asbury Automotive Group Inc. | Contract Counterparties | | X | |
| Boeing Co., The | Contract Counterparties | | X | |
| Coca Cola Enterprises | Contract Counterparties | | X | |
| Coca-Cola Co., The | Contract Counterparties | | X | |
| Crown Cork & Seal USA Inc. | Contract Counterparties | | X | |
| Energysolutions Services Inc. | Contract Counterparties | | X | |
| J. Aron & Co. | Contract | | X | |

| | Counterparties | | | | |
|---|---|---|---|---|---|
| Lockheed Martin Corp. | Contract Counterparties | | X | | |
| Mattel Inc. | Contract Counterparties | | X | | |
| National Gypsum Co. | Contract Counterparties | | X | | |
| Parker-Hannifin Corp. | Contract Counterparties | | X | | |
| Pepsico Inc. | Contract Counterparties | | X | | |
| Pilgrim's Pride Corp. | Contract Counterparties | | X | | |
| Santander Consumer USA Inc. | Contract Counterparties | | X | | |
| Westinghouse Electric Co. LLC | Contract Counterparties | | X | | |
| Westinghouse Electric Co. LLC | Contract Counterparties | | X | | |
| Ameriprise Financial Inc. | Debtholders | | X | | |
| Anchorage Capital LLC | Debtholders | | X | | |
| Cornell University | Debtholders | | X | | |
| John Hancock | Debtholders | | X | | |
| Liberty Mutual | Debtholders | | X | | |
| Mason Capital Management LLC | Debtholders | | X | | |
| Massachusetts Mutual Life Insurance Co. | Debtholders | | X | | |
| Omega Advisors Inc. | Debtholders | | X | | |
| Prudential Insurance | Debtholders | | X | | |
| Royal Bank of Scotland Group PLC, The | Debtholders | | X | | |
| Salomon Brothers Holding Co. Inc. | Debtholders | | X | | |
| Scotiabank | Debtholders | | X | | |
| Silver Point Capital | Debtholders | | X | | |
| Smith Management LLC | Debtholders | | X | | |
| Teachers Insurance & Annuity Association of America | Debtholders | | X | | |
| TIAA-CREF | Debtholders | | X | | |
| Glendon Capital Management LP | DIP Lenders | | X | | |
| GSO | DIP Lenders | | X | | |
| GSO Capital Partners LP | DIP Lenders | | X | | |
| Invesco | DIP Lenders | | X | | |
| Loews Corp. | DIP Lenders | | X | | |
| MidOcean | DIP Lenders | | X | | |
| Neuberger & Berman | DIP Lenders | | X | | |
| Oak Hill | DIP Lenders | | X | | |
| Oppenheimer | DIP Lenders | | X | | |

| | | | | |
|---|---|---|---|---|
| Orix | DIP Lenders | | X | |
| Pacific Investment Management - PIMCO | DIP Lenders | | X | |
| Silverpoint | DIP Lenders | | X | |
| Trust Company of the West | DIP Lenders | | X | |
| AIG | Insurers | | X | |
| Axis | Insurers | | X | |
| HCC | Insurers | | X | |
| Consolidated Edison | Interested Parties | | X | |
| Duke Energy | Interested Parties | | X | |
| ITC Holdings | Interested Parties | | X | |
| Lehman | Investment Banks | | X | |
| PPM America Inc. | Landlords | | X | |
| US West Financial Services Inc. | Lienholders | | X | |
| Capital One | Litigants | | X | |
| Discover Financial Services | Litigants | | X | |
| HSBC Bank PLC | Litigants | | X | |
| HSBC Holdings PLC | Litigants | | X | |
| Norinchukin Bank, The | Litigants | | X | |
| Texas Instruments Inc. | Litigants | | X | |
| WESTLB AG | Litigants | | X | |
| Abbott Laboratories | Litigants - Asbestos | | X | |
| Air Products & Chemicals Inc. | Litigants - Asbestos | | X | |
| Alfa Laval Inc. | Litigants - Asbestos | | X | |
| American Petroleum Institute Inc. | Litigants - Asbestos | | X | |
| Boise Cascade Corp. | Litigants - Asbestos | | X | |
| Carrier Corp. | Litigants - Asbestos | | X | |
| Chevron USA Inc. | Litigants - Asbestos | | X | |
| Cooper Industries Inc. | Litigants - Asbestos | | X | |
| Crane Co. | Litigants - Asbestos | | X | |
| Crown Cork & Seal Co. Inc. | Litigants - Asbestos | | X | |
| FMC Corp. | Litigants - Asbestos | | X | |
| Ford Motor Co. | Litigants - Asbestos | | X | |
| General Motors Corp. | Litigants - Asbestos | | X | |
| Georgia-Pacific Corp. | Litigants - Asbestos | | X | |
| Goulds Pumps Inc. | Litigants - Asbestos | | X | |

| | | | | |
|---|---|---|---|---|
| ITT Industries Inc. | Litigants - Asbestos | | X | |
| Lucent Technologies Inc. | Litigants - Asbestos | | X | |
| Oglebay Norton Co. | Litigants - Asbestos | | X | |
| Owens Illinois Inc. | Litigants - Asbestos | | X | |
| Phillips Petroleum Co. | Litigants - Asbestos | | X | |
| Rhone-Poulenc AG Co. Inc. | Litigants - Asbestos | | X | |
| Rhone-Poulenc Inc. | Litigants - Asbestos | | X | |
| Texaco Inc. | Litigants - Asbestos | | X | |
| Union Carbide Corp. | Litigants - Asbestos | | X | |
| United States Steel Corp. | Litigants - Asbestos | | X | |
| White Motor Co. | Litigants - Asbestos | | X | |
| Atlantic Richfield Co. | Potentially Responsible Parties | | X | |
| Diamond Shamrock | Potentially Responsible Parties | | X | |
| General Dynamics Corp. | Potentially Responsible Parties | | X | |
| Goodyear Tire & Rubber Co. | Potentially Responsible Parties | | X | |
| Marathon Oil Co. | Potentially Responsible Parties | | X | |
| Monsanto Co. | Potentially Responsible Parties | | X | |
| Rohm & Haas Co. | Potentially Responsible Parties | | X | |
| Brown Rudnick LLP | Professionals | | X | |
| Davis Polk & Wardwell LLP | Professionals | | X | |
| Fried Frank Harris Shriver & Jacobson LLP | Professionals | | X | |
| Gibson Dunn & Crutcher | Professionals | | X | |
| Greenhill & Co. | Professionals | | X | |
| KPMG | Professionals | | X | |
| Montgomery McCracken Walker & Rhoads LLP | Professionals | | X | |
| Munger Tolles | Professionals | | X | |

| | | | | |
|---|---|---|---|---|
| Munger Tolles & Olson | Professionals | | X | |
| Paul Weiss Rifkind Wharton & Garrison LLP | Professionals | | X | |
| Perella Weinberg Partners | Professionals | | X | |
| Richards Layton & Finger | Professionals | | X | |
| Rothschild Inc. | Professionals | | X | |
| Shearman & Sterling LLP | Professionals | | X | |
| Vinson & Elkins | Professionals | | X | |
| Brown Rudnick LLP | Rule 2002 | | X | |
| Davis Polk & Wardwell LLP | Rule 2002 | | X | |
| Fried Frank Harris Shriver & Jacobson LLP | Rule 2002 | | X | |
| McCarter & English LLP | Rule 2002 | | X | |
| Milbank Tweed Hadley & McCloy LLP | Rule 2002 | | X | |
| Montgomery McCracken Walker & Rhoads LLP | Rule 2002 | | X | |
| Pacific Investment Management Co. | Rule 2002 | | X | |
| Patterson Belknap Webb & Tyler LLP | Rule 2002 | | X | |
| Paul Weiss Rifkind Wharton & Garrison LLP | Rule 2002 | | X | |
| Quarles & Brady LLP | Rule 2002 | | X | |
| Reed Smith LLP | Rule 2002 | | X | |
| Seward & Kissel LLP | Rule 2002 | | X | |
| Shearman & Sterling LLP | Rule 2002 | | X | |
| Skadden Arps Slate Meagher & Flom LLP | Rule 2002 | | X | |
| Squire Sanders (US) LLP | Rule 2002 | | X | |
| Wilmer Cutler Pickering Hale & Dorr LLP | Rule 2002 | | X | |
| Womble Carlyle Sandridge & Rice LLP | Rule 2002 | | X | |
| Angelo Gordon & Co. LP | Rule 2019 Parties | | X | |
| Paulson & Co. Inc. | Rule 2019 Parties | | X | |
| Angelo Gordon & Co. LP | Rule 2019 Parties | | X | |
| Euroclear Bank | Secured Bondholders | | X | |
| Merrill Lynch Pierce Fenner & Smith Inc. (Broker) | Secured Bondholders | | X | |
| RBS Securities Inc. | Secured Bondholders | | X | |
| UBS O'Connor LLC | Secured Bondholders | | X | |
| Anchorage Capital Group LLC | Other | | X | |
| Angelo Gordon & Co. | Other | | X | |

| | | | | |
|---|---|---|---|---|
| Blackrock | Other | | X | |
| GSO Capital Partners LP | Other | | X | |
| KKR & Co. LP | Other | | X | |
| Mason Capital | Other | | X | |
| TPG | Other | | X | |
| Bank of Nova Scotia, The | Shareholders | | X | |
| Kohlberg Kravis Roberts & Co. LP | Shareholders | | X | |
| Kuwait Investment Authority | Shareholders | | X | |
| Lehman Brothers | Shareholders | | X | |
| Norinchukin Bank, The | Shareholders | | X | |
| State Street | Shareholders | | X | |
| J Aron Co. | Significant Customers | | X | |
| ADP Inc. | Significant Vendors | | X | |
| Aetna | Significant Vendors | | X | |
| Aetna Inc. | Significant Vendors | | X | |
| Airgas | Significant Vendors | | X | |
| Altran | Significant Vendors | | X | |
| American International Group | Significant Vendors | | X | |
| Arnold & Porter LLP | Significant Vendors | | X | |
| AT&T | Significant Vendors | | X | |
| AT&T Corp. | Significant Vendors | | X | |
| Caremark | Significant Vendors | | X | |
| Celanese | Significant Vendors | | X | |
| Chemtex | Significant Vendors | | X | |
| D&B - Dun & Bradstreet | Significant Vendors | | X | |
| Eaton Corp. | Significant Vendors | | X | |
| KPMG LLP | Significant Vendors | | X | |
| Mellon Bank | Significant Vendors | | X | |

| | | | | |
|---|---|---|---|---|
| Milbank Tweed Hadley & McCloy LLP | Significant Vendors | | X | |
| Nalco Co. | Significant Vendors | | X | |
| O'Melveny & Myers LLP | Significant Vendors | | X | |
| Open Text Corp. | Significant Vendors | | X | |
| Otis Elevator Co. | Significant Vendors | | X | |
| Philip Morris Capital Corp. | Significant Vendors | | X | |
| Shearman & Sterling | Significant Vendors | | X | |
| TPG Capital Management LP | Significant Vendors | | X | |
| American Cyanamid | SoALs | | X | |
| American Cyanamid Co. | SoALs | | X | |
| American Energy Corp. Inc. | SoALs | | X | |
| Anadarko Petroleum Corp. | SoALs | | X | |
| Campbell Soup Co. | SoALs | | X | |
| Chevron Corp. | SoALs | | X | |
| CIT Group, The | SoALs | | X | |
| Conoco Inc. | SoALs | | X | |
| Cooper Industries Inc. (Cooper Airmotive) | SoALs | | X | |
| Denver & Rio Grande Western Railroad | SoALs | | X | |
| Diamond Shamrock Corp. | SoALs | | X | |
| Dow Chemical Co. | SoALs | | X | |
| Eastman Kodak Co. | SoALs | | X | |
| El Paso Corp. | SoALs | | X | |
| Emerson Electric Co. | SoALs | | X | |
| Enterprise Rent A Car | SoALs | | X | |
| Pacificorp | SoALs | | X | |
| AT&T Incorporated | Third Notice of Satisfaction | | X | |
| Otis Elevator Company | Third Notice of Satisfaction | | X | |
| R.R. Donnelley | Third Notice of Satisfaction | | X | |
| Kansas City Southern (KCS) Railway | Top 50 Unsecured Creditors | | X | |
| Berkshire Hathaway Inc. | Unsecured Bondholders | | X | |
| MatlinPatterson Global Advisers LLC | Unsecured Bondholders | | X | |
| AT&T Inc. | Utilities | | X | |
| CenturyLink | Utilities | | X | |
| Sprint | Utilities | | X | |

| | | | | |
|---|---|---|---|---|
| CVC Capital Partners Ltd. | DIP Lenders | | X | |
| Franklin | Bondholders | | X | |
| Gruss | Bondholders | | X | |
| Highbridge | Bondholders | | X | |
| Phoenix | Bondholders | | X | |
| Prudential | Bondholders | | X | |
| RBS | Bondholders | | X | |
| Vanguard | Bondholders | | X | |
| Lehman Brothers Commodity Services Inc. | SoALs | | | X |
| Peabody Coal Sales Co. | SoALs | | | X |
| Peabody Coal Trade Inc. | SoALs | | | X |
| Fisher Scientific Co. LLC | SoALs | | | X |
| Air Liquide Electronics US LP | Contract Counterparties | | | X | X |
| Dannon Co. Inc. | Contract Counterparties | | | X | X |
| Wilmington Trust Co. | Litigants | | | X | X |
| GTE | SoALs | | | X |
| Alcatel Network Systems Inc. | SoALs | | | X |
| Alcon Research Ltd. | Contract Counterparties | | | X |
| Alliant Energy Corporate Services Inc. | Significant Vendors | | | X |
| Allianz Global Investors US LLC | Secured Bondholders | | | X |
| Allianz Global Investors | Bondholders | | | X |
| Anheuser Busch Brewery | Litigants - Asbestos | | | X |
| SABMiller | SoALs | | | X |
| Riley Stoker Corp. | Litigants - Asbestos | | | X |
| Ashland Chemical Co. | SoALs | | | X |
| AT&T Internet Services Inc. | Utilities | | | X |
| AT&T Mobility | Utilities | | | X |
| AT&T Mobility LLC | Utilities | | | X |
| AT&T Opus | Utilities | | | X |
| AT&T Opus Billing Department | Utilities | | | X |
| Santa Fe Railroad | SoALs | | | X |
| AllianceBernstein LP (US) | Secured Bondholders | | | X |
| AXA Capital America LP | Shareholders | | | X |
| AXA CDP Co-Investment Fund FCPR | Shareholders | | | X |
| AXA Co-Investment Fund II FCPR | Shareholders | | | X |
| AXA Investment Managers | DIP Lenders | | | X |
| Merrill Lynch Capital Services | Significant Vendors | | | X |

| | | | | | |
|---|---|---|---|---|---|
| Merrill Lynch Commodities | Significant Vendors | | | X | |
| Merrill Lynch Pierce Fenner & Smith | Significant Vendors | | | X | |
| Bank of New York Corporate Trust Admin Support, The | Significant Vendors | | | X | |
| Bank of New York Mellon Corporate Trust Municipal, The | Significant Vendors | | | X | |
| Bank of New York Mellon Corporate Trust, The | Significant Vendors | | | X | |
| Bank of New York Trustee, The | Significant Vendors | | | X | |
| BNY Mellon Asset Servicing | Third Notice of Satisfaction | | | X | |
| Mitsubishi Electric Power | SoFAS | | | X | |
| Mitsubishi UFJ Financial Group Inc. | DIP Parties | | | X | |
| Bayer Corp. | SoALs | | | X | |
| Beazer East Inc. | Potentially Responsible Parties | | | X | |
| BNY Mellon Asset Servicing | SoFAS | | | X | |
| BNSF Railway Co. | Significant Vendors | | | X | |
| Westinghouse Electric Co. - NS Field Services | SoALs | | | X | |
| Westinghouse Electric Corp. Environmental Affairs | SoALs | | | X | |
| Cincinnati Inc. | SoALs | | | X | |
| Citibank NA Corporate Asset | Significant Vendors | | | X | |
| Citibank New York | Significant Vendors | | | X | |
| Citibank Hold (SLT) | Debtholders | | | X | |
| Citibank-Distressed Secondary | Debtholders | | | X | |
| Citigroup Financial Products Inc. | Debtholders | | | X | |
| Citigroup Pension Plan | Debtholders | | | X | |
| Citicards CBNA | Litigants | | | X | |
| Citimortgage | Litigants | | | X | |
| Citigroup Alternative Investments Corp. | Shareholders | | | X | |
| Citigroup Alternative Investments LLC | Shareholders | | | X | |
| Citigroup Energy Inc | Significant Customers | | | X | |
| Citi Prepaid Services | SoFAS | | | X | |
| Citi Private Bank | Secured | | | X | |

| | | | | | |
|---|---|---|---|---|---|
| | Bondholders | | | | |
| Certainteed Corp. | Litigants - Asbestos | | | X | |
| Saint-Gobain Advanced Ceramics | SoALs | | | X | |
| Saint-Gobain Performance Plastics Corp. | SoALs | | | X | |
| Credit Capital Investments LLC | Debtholders | | | X | |
| Credit Suisse Alternative Capital Inc. | Debtholders | | | X | |
| Credit Suisse Asset Management LLC (CSAM) | Debtholders | | | X | |
| Credit Suisse Asset Manager | Debtholders | | | X | |
| Credit Suisse Capital LLC | Debtholders | | | X | |
| Credit Suisse Dollar Senior Loan Fund Ltd. | Debtholders | | | X | |
| Credit Suisse Floating Rate High Income Fund | Debtholders | | | X | |
| Credit Suisse Global Hybrid Income Fund | Debtholders | | | X | |
| Credit Suisse High Income Fund | Debtholders | | | X | |
| Credit Suisse Loan Funding LLC | Debtholders | | | X | |
| Credit Suisse Strategic Income Fund | Debtholders | | | X | |
| Credit Suisse Syndicated Loan Fund | Debtholders | | | X | |
| Credit Suisse, Cayman Islands Branch | Debtholders | | | X | |
| Credit Suisse Alternative Investments | DIP Lenders | | | X | |
| Credit Suisse Asset Management LLC (US) | Unsecured Bondholders | | | X | |
| Credit Suisse Energy LLC | Significant Vendors | | | X | |
| Credit Suisse International | Significant Vendors | | | X | |
| Credit Systems International Inc. | Significant Vendors | | | X | |
| Monitor | Insurers | | | X | |
| Aegis Communications Group Inc. | SoFAS | | | X | |
| Deutsche Asset Management | Debtholders | | | X | |
| Deutsche Asset Management Syndicate | Debtholders | | | X | |
| Deutsche Investment Management Americas Inc. | Secured Bondholders | | | X | |

| | | | | | |
|---|---|---|---|---|---|
| Deutsche Bank Trust Co. Americas | Litigants | | | X | |
| Deutsche Bank AG, New York Branch | Other | | | X | |
| Deutsche Bank AG, Cayman Islands Branch | Debtholders | | | X | |
| Deutsche Bank AG, London Branch | Debtholders | | | X | |
| Deutsche Bank Trust Co. Americas, Admin | SoALs | | | X | |
| Deutsche Asset Management (DeAM) | DIP Lenders | | | X | |
| DuPont Capital Management Corp. | Secured Bondholders | | | X | |
| Remington Arms | SoALs | | | X | |
| Fisher Controls | SoALs | | | X | |
| ADA Carbon Solutions | Top 50 Unsecured Creditors | | | X | |
| Energy Future Holdings | Unsecured Bondholders | | | X | |
| Energy Future Intermediate Holdings | Unsecured Bondholders | | | X | |
| Evercore Group | Professionals | | | X | |
| Flowserve Corp. - Lynchburg | SoFAS | | | X | |
| Flowserve US Inc. | SoFAS | | | X | |
| Logan Circle Partners LP | Debtholders | | | X | |
| IPR-GDF Suez Energy Marketing NA Inc. | SoALs | | | X | |
| Suez LNG Service NA LLC | SoALs | | | X | |
| Bently Nevada Corp. | Significant Vendors | | | X | |
| GE Analytical Instruments Business Group | SoALs | | | X | |
| GE Analytical Instruments Inc. | SoALs | | | X | |
| GE Betz Inc. | SoALs | | | X | |
| GE Energy Management Services Inc. | SoALs | | | X | |
| GE Energy Services | SoALs | | | X | |
| GE Industrial Systems | SoALs | | | X | |
| GE Multilin | SoALs | | | X | |
| GE Nuclear Energy | SoALs | | | X | |
| GE Transportation System | SoALs | | | X | |
| GE Infrastructure Sensing Inc. | SoFAS | | | X | |
| J.Aron/Goldman Sachs | Indenture Trustees | | | X | |
| Goldman Sachs Credit | Debtholders | | | X | |
| Goldman Sachs Lending Partners LLC | Debtholders | | | X | |

| | | | | |
|---|---|---|---|---|
| Goldman Sachs Trust II Goldman Sachs Multi Manager Alternatives Fund | Debtholders | | X | |
| Peter J. Solomon Co. | Professionals | | X | |
| Hertz Equipment Rental Corporation | Third Notice of Satisfaction | | X | |
| AlliedSignal Inc. | Litigants - Asbestos | | X | |
| Honeywell Optoelectronics Division | SoALs | | X | |
| Honeywell International Inc. | SoFAS | | X | |
| HSBC Card Services Inc. | Litigants | | X | |
| HSBC Wealth Management Services (Private Account) | Secured Bondholders | | X | |
| General Motors Fleet & Commercial | SoALs | | X | |
| Integrys Energy Services Inc. | SoALs | | X | |
| IBM Credit LLC | SoALs | | X | |
| Jefferies Capital | Debtholders | | X | |
| Ethicon Inc., a Johnson & Johnson Co. | Contract Counterparties | | X | |
| Ethicon Inc. | SoALs | | X | |
| Westinghouse Motor Co. | SoALs | | X | |
| JP Morgan Investment Management Inc. | Secured Bondholders | | X | |
| JP Morgan Private Bank | Secured Bondholders | | X | |
| JP Morgan Investment Management | Debtholders | | X | |
| JP Morgan Leveraged Loans Master Fund LP | Debtholders | | X | |
| JP Morgan Whitefriars Inc. | Debtholders | | X | |
| JPM Whitefriars Inc. | Debtholders | | X | |
| JPMBI RE Blackrock Bank Loan Fund | Debtholders | | X | |
| JPMC Retirement Plan Brigade Bank Loan | Debtholders | | X | |
| JPMorgan Asset Management | Debtholders | | X | |
| JPMorgan Asset Management-Cincinnati | Debtholders | | X | |
| JPMorgan Chase Retirement Plan, The | Debtholders | | X | |
| JPMorgan Core Plus Bond Fund | Debtholders | | X | |
| JPMorgan Floating Rate Income Fund | Debtholders | | X | |
| JPMorgan High Yield Fund | Debtholders | | X | |
| JPMorgan Income Builder | Debtholders | | X | |

| | | | | | |
|---|---|---|---|---|---|
| Fund | | | | | |
| JPMorgan Strategic Income Opportunities Fund | Debtholders | | | X | |
| Chase Bank USA NA | Litigants | | | X | |
| Highbridge Capital | Debtholders | | | X | |
| Holcim (US) Inc. | SoALs | | | X | |
| Cattron Group International | Significant Vendors | | | X | |
| Overhead Door Co. of Tyler-Longview | SoFAS | | | X | |
| Litton Data Systems | SoALs | | | X | |
| Litton Industries Inc. | SoALs | | | X | |
| Lockheed Corp. | SoALs | | | X | |
| Lockheed Missles & Space Co. Inc. | SoALs | | | X | |
| Marsh USA Inc. | SoFAS | | | X | |
| Macy's | SoALs | | | X | |
| Texas Industries Inc. | Litigants - Asbestos | | | X | |
| Merrill Lynch/Bank of America | Indenture Trustees | | | X | |
| Microsoft Services | SoFAS | | | X | |
| Microsoft Licensing GP | Significant Vendors | | | X | |
| Canberra Industries Inc. | Significant Vendors | | | X | |
| Mirion Technologies (MGPI) Inc. | Significant Vendors | | | X | |
| Mirion Technologies (GDS) Inc. | SoFAS | | | X | |
| MHI Nuclear North America Inc. | SoALs | | | X | |
| Mitsubishi Nuclear Energy Systems Inc. | SoALs | | | X | |
| Mitsubishi Power Systems Americas Inc. | SoALs | | | X | |
| Morgan Stanley Smith Barney LLC | Unsecured Bondholders | | | X | |
| Morgan Stanley Senior Funding Inc. | Debtholders | | | X | |
| Morgan Stanley Capital Group Inc. | Significant Vendors | | | X | |
| Morgan Stanley Capital Services | Significant Vendors | | | X | |
| Morgan Stanley Institutional Liquidity Funds | Significant Vendors | | | X | |
| Morgan Stanley Treasury Portfolio Funds | Significant Vendors | | | X | |
| Morgan Stanley Capital Services LLC | Contract Counterparties | | | X | |

| | | | | |
|---|---|---|---|---|
| Morgan Stanley Government Portfolio | Banks | | | X | |
| MSC Industrial Supply | SoALs | | | X | |
| MSC Industrial Supply Co. Inc. | SoALs | | | X | |
| Nestle USA Inc. | Contract Counterparties | | | X | |
| Ozarka Drinking Water - Nestle Waters | SoALs | | | X | |
| NextEra Energy Power Marketing | Significant Customers | | | X | |
| FPL Energy LLC | Litigants | | | X | |
| FPL Energy Pecos Wind I LLC | Litigants | | | X | |
| FPL Energy Pecos Wind I LP | Litigants | | | X | |
| FPL Energy Pecos Wind II LLC | Litigants | | | X | |
| NextEra Energy Resources LLC | Litigants | | | X | |
| Florida Power & Light Co. | Contract Counterparties | | | X | |
| Nomura Corporate Research & Asset Management Inc. (US) | Secured Bondholders | | | X | |
| Sandoz Agro Inc. | SoALs | | | X | |
| Pinnacle Derivatives Group LLC | SoALs | | | X | |
| Pinnacle Natural Gas Co. | SoALs | | | X | |
| Pitney Bowes Global Financial Services | SoALs | | | X | |
| PSEG Nuclear LLC | SoALs | | | X | |
| Quest Diagnostics Clinical Labs Inc. | Third Notice of Satisfaction | | | X | |
| Republic Services Procurement Inc., a division of Republic Services Inc. | Contract Counterparties | | | X | |
| Republic Services #688 | SoALs | | | X | |
| Republic Services National Accounts | SoALs | | | X | |
| Republic Services of Austin | SoALs | | | X | |
| Magnetar Capital | DIP Lenders | | | X | |
| GoldenTree Asset Management LP (US) | Secured Bondholders | | | X | |
| Rockwell Automation | SoALs | | | X | |
| Rockwell Collins Inc. | SoALs | | | X | |
| Shell Energy | Significant Customers | | | X | |
| Shell Energy North America (US) LP | Top 50 Unsecured Creditors | | | X | |
| Shell Chemical Co. | SoALs | | | X | |

| | | | | | |
|---|---|---|---|---|---|
| Shell Oil Co. | SoALs | | | X | |
| Shell Oil Products Co. | SoALs | | | X | |
| Shell Pipeline Corp. | SoALs | | | X | |
| Pennzoil-Quaker State Co. | Claims Register | | | X | |
| Schneider Electric Buildings Americas Inc. | SoALs | | | X | |
| Schneider Electric It USA Inc. | SoALs | | | X | |
| Schneider Electric Buildings | SoFAS | | | X | |
| Schneider Electric USA Inc. | SoFAS | | | X | |
| Invensys | Significant Vendors | | | X | |
| Invensys Process Systems | Significant Vendors | | | X | |
| Invensys Systems Inc. | Significant Vendors | | | X | |
| Siemens Energy & Automation Inc. | Litigants - Asbestos | | | X | |
| Invensys Rail Co. | SoALs | | | X | |
| Siemens Power Corp. | SoALs | | | X | |
| Siemens Rail Automation Corp. | SoALs | | | X | |
| Siemens Westinghouse | SoALs | | | X | |
| Siemens Demag Delaval | SoFAS | | | X | |
| SGS | SoALs | | | X | |
| SG Americas Securities LLC | Unsecured Bondholders | | | X | |
| Stanley Works, The | SoALs | | | X | |
| USPS PERMIT 1906 TXU ENERGY | SoFAS | | | X | |
| Sulzer Turbo Services | SoALs | | | X | |
| Thermo Ramsey | SoFAS | | | X | |
| Fisher Safety | SoALs | | | X | |
| ThyssenKrupp Robins Inc. | SoALs | | | X | |
| Time Warner Cable Business Class | SoALs | | | X | |
| UBS AG - Stamford, CT Branch | Debtholders | | | X | |
| UBS GAM US - State of Connecticut Retirement Plans & Trust Funds | Debtholders | | | X | |
| UBS Stamford Branch TRS | Debtholders | | | X | |
| National Starch | SoALs | | | X | |
| National Starch & Chemical Co. | SoALs | | | X | |
| National Starch & Chemical Corp. | SoALs | | | X | |
| United Rentals North America Inc. | Significant Vendors | | | X | |
| Verizon Wireless | Litigants | | | X | |
| Verizon | SoALs | | | X | |

| | | | | | |
|---|---|---|---|---|---|
| Verizon Business | SoALs | | | X | |
| Verizon Southwest | SoALs | | | X | |
| Verizon Business | Utilities | | | X | |
| Verizon Southwest | Utilities | | | X | |
| Wal-Mart Store #371 | SoALs | | | X | |
| Wells Fargo Bank Northwest NA | Contract Counterparties | | | X | |
| Wells Fargo Bank Northwest NA | Contract Counterparties | | | X | |
| Wells Fargo Railcar Lease | Contract Amendments & Assumptions | | | X | |
| Wells Capital Management | Debtholders | | | X | |
| Wells Capital Management - 12222133 | Debtholders | | | X | |
| Wells Capital Management - 13702900 | Debtholders | | | X | |
| Wells Capital Management - 13823100 | Debtholders | | | X | |
| Wells Capital Management - 13923601 | Debtholders | | | X | |
| Wells Capital Management - 16463700 | Debtholders | | | X | |
| Wells Capital Management - 16959701 | Debtholders | | | X | |
| Wells Capital Management - 18325402 | Debtholders | | | X | |
| Wells Capital Management - 18866500 | Debtholders | | | X | |
| Wells Capital Management - 22952000 | Debtholders | | | X | |
| Wells Capital Management - 23928601 | Debtholders | | | X | |
| Wells Capital Management - 23960800 | Debtholders | | | X | |
| Wells Capital Management - 25464400 | Debtholders | | | X | |
| Wells Fargo & Co. Master Pension Trust | Debtholders | | | X | |
| Wells Fargo Advantage High Income Fund | Debtholders | | | X | |
| Wells Fargo Advantage High Yield Bond Fund | Debtholders | | | X | |
| Wells Fargo Advantage Income Opportunities Fund | Debtholders | | | X | |
| Wells Fargo Advantage Multi-Sector Income Fund | Debtholders | | | X | |
| Wells Fargo Advantage Strategic Income Fund | Debtholders | | | X | |

| | | | | |
|---|---|---|---|---|
| Wells Fargo Advantage Utilities & High Income Fund | Debtholders | | | X | |
| Wells Fargo Floating Rate Loan Fund | Debtholders | | | X | |
| Wells Capital Management Inc. | Secured Bondholders | | | X | |
| Wells Fargo Credit Inc. | Litigants | | | X | |
| Wells Fargo Bank | Significant Vendors | | | X | |
| Wells Fargo Home Mortgage | Significant Vendors | | | X | |
| Wells Fargo Bank Northwest NA | SoALs | | | X | |
| Wells Fargo Commodities LLC | SoALs | | | X | |
| Wells Fargo Equipment Finance Inc. | SoALs | | | X | |
| Wells Fargo Rail Car | SoALs | | | X | |
| Weyerhaeuser NR Co. | SoALs | | | X | |
| Weyerhaeuser NR Co. | SoFAS | | | X | |
| WPP Group USA Inc. | Significant Vendors | | | X | |
| Atkins North America Inc. | Significant Vendors | | | X | |
| YRC Inc. | SoALs | | | X | |
| Yellow Freight Lines | SoALs | | | X | |
| GS Capital Partners | Shareholders | | | X | |
| GS Capital Partners VI Fund LP | Shareholders | | | X | |
| GS Capital Partners VI Parallel LP | Shareholders | | | X | |
| JPMorgan Asset Management - US | DIP Lenders | | | X | |
| Helena Chemical Co | SoALs | | | | X |
| Accenture LLP | Significant Vendors | | | | X |
| American General Life Insurance Co. | Contract Counterparties | | | | X |
| Air Liquide America Specialty | SoFAS | | | | X |
| Airgas USA LLC | Rule 2002 | | | | X |
| Air Liquide America Specialty Gases LLC | Significant Vendors | | | | X |
| Airgas Safety | Significant Vendors | | | | X |
| Airgas Specialty Products | Significant Vendors | | | | X |
| American Multi-Cinema Inc. | Significant Vendors | | | | X |
| AIG Assurance Co. | Claims Register | | | | X |
| NYSE Market Inc. | SoFAS | | | | X |

| | | | | | |
|---|---|---|---|---|---|
| Invesco PowerShares Capital Management LLC | Secured Bondholders | | | | X |
| Anadarko E&P Onshore LLC | Significant Vendors | | | | X |
| Angelo Gordon & Co. LP - Private Account | Secured Bondholders | | | | X |
| ACH Food Cos. Inc. | Litigants - Asbestos | | | | X |
| ARCO Corp. | Litigants - Asbestos | | | | X |
| Arco Chemical Co. | Potentially Responsible Parties | | | | X |
| ADP Taxware Division of ADP Inc. | SoALs | | | | X |
| Barclays Bank PLC, Cayman Islands Branch | Debtholders | | | | X |
| Barclays Bank PLC, New York Branch | Debtholders | | | | X |
| Mobay Chemical | SoALs | | | | X |
| ACME Brick Co. | Litigants - Asbestos | | | | X |
| Featherlite | Litigants - Asbestos | | | | X |
| BNSF Railway Co. - Coal | Contract Counterparties | | | | X |
| BHP Billiton Olympic Dam | SoFAS | | | | X |
| BlackRock Core Bond Trust | Merger Agreement Counterparties | | | | X |
| BlackRock Corporate High Yield Fund Inc. | Merger Agreement Counterparties | | | | X |
| BlackRock Credit Allocation Income Trust IV | Merger Agreement Counterparties | | | | X |
| BlackRock Credit Alpha Master Fund LP | Merger Agreement Counterparties | | | | X |
| BlackRock Diversified Distribution Fund | Merger Agreement Counterparties | | | | X |
| BlackRock Dynamic High Income Portfolio of BlackRock Funds II | Merger Agreement Counterparties | | | | X |
| BlackRock Funds II BlackRock High Yield Bond Portfolio | Merger Agreement Counterparties | | | | X |
| BlackRock Funds II BlackRock Strategic Income Opportunities Portfolio | Merger Agreement Counterparties | | | | X |
| BlackRock Global Investment Series Income Strategies Portfolio | Merger Agreement Counterparties | | | | X |
| BlackRock Global Long/Short Credit Fund of BlackRock Funds | Merger Agreement Counterparties | | | | X |

| | | | | | |
|---|---|---|---|---|---|
| BlackRock High Yield Portfolio | Merger Agreement Counterparties | | | | X |
| BlackRock High Yield Portfolio of the BlackRock Series Fund Inc. | Merger Agreement Counterparties | | | | X |
| BlackRock High Yield VI Fund of BlackRock Variable Series Funds Inc. | Merger Agreement Counterparties | | | | X |
| BlackRock Limited Duration Income Trust | Merger Agreement Counterparties | | | | X |
| BlackRock Multi-Asset Income Portfolio of BlackRock Funds II | Merger Agreement Counterparties | | | | X |
| BlackRock Multi-Sector Income Trust | Merger Agreement Counterparties | | | | X |
| BlackRock Multi-Strategy Master Fund Ltd. | Merger Agreement Counterparties | | | | X |
| BlackRock Financial Management Inc. | Rule 2019 Parties | | | | X |
| Borden Chemical Co. | SoALs | | | | X |
| BP Amoco Chemical Co. | Potentially Responsible Parties | | | | X |
| BP Products North America Inc. | Potentially Responsible Parties | | | | X |
| BP Energy | Significant Customers | | | | X |
| BP America Production Co. | Significant Vendors | | | | X |
| BP Energy Co. | Significant Vendors | | | | X |
| BP Canada Energy Marketing Corp. | SoALs | | | | X |
| BP Corp. North America Inc. | SoALs | | | | X |
| Canada Revenue Agency | Taxing Authorities-State | | | | X |
| Caterpillar Financial Corp. | Significant Vendors | | | | X |
| Caterpillar Financial Services Inc. | Significant Vendors | | | | X |
| Caterpillar Global Mining Field Services LLC | Significant Vendors | | | | X |
| Caterpillar Global Mining LLC | Significant Vendors | | | | X |
| Caterpillar Inc. | SoFAS | | | | X |
| Celanese Ltd. | Litigants - Asbestos | | | | X |
| Centurytel of Lake Dallas Inc. | Claims Register | | | | X |
| Century Link | SoFAS | | | | X |

| | | | | | |
|---|---|---|---|---|---|
| Chemtex Industrial Inc. | SoFAS | | | | X |
| Chemtex Industrial | Third Notice of Satisfaction | | | | X |
| Chevron Natural Gas, a division of Chevron USA Inc. | Contract Counterparties | | | | X |
| Chevron Natural Gas | SoALs | | | | X |
| Chevron Pipeline Co. | SoALs | | | | X |
| Chevron/Texaco | SoALs | | | | X |
| Coca-Cola Bottling of North Texas | Contract Counterparties | | | | X |
| Garlock Sealing Technologies Inc. | Litigants - Asbestos | | | | X |
| Garlock Sealing Technologies LLC | Litigants - Asbestos | | | | X |
| Commerz Markets LLC | Unsecured Bondholders | | | | X |
| Saint Gobain Abrasives Inc. | Litigants - Asbestos | | | | X |
| CSX Transportation | SoALs | | | | X |
| Fresh Del Monte Produce Co. | SoALs | | | | X |
| Diamond Shamrock Consumer Relations | SoALs | | | | X |
| James River Corp./Dixie Products Group | SoALs | | | | X |
| James Riverdixie/Northern Inc. | SoALs | | | | X |
| Union Carbide Chemicals & Plastic Co. | Litigants - Asbestos | | | | X |
| ETS Acquisitions | SoALs | | | | X |
| ETS Inc. | SoFAS | | | | X |
| Emerson Network Power Liebert | SoFAS | | | | X |
| Equifax Information Services | Litigants | | | | X |
| Exxon Chemical Co. USA | Potentially Responsible Parties | | | | X |
| Exxon Mobil Corp. | Potentially Responsible Parties | | | | X |
| Federal Mogul | Potentially Responsible Parties | | | | X |
| Princeton | SoALs | | | | X |
| Farm Credit Bank of Texas | SoALs | | | | X |
| Foster Wheeler Constructors Inc. | Litigants - Asbestos | | | | X |
| Foster Wheeler Energy Corp. | Litigants - Asbestos | | | | X |
| Franklin Advisers Inc. | Secured | | | | X |

| | Bondholders | | | | |
|---|---|---|---|---|---|
| General Atomic Technologies Corp. | SoFAS | | | | X |
| General Atomic Electronic Systems Inc. | SoALs | | | | X |
| General Atomics Systems | SoALs | | | | X |
| General Electric Pension Trust | Debtholders | | | | X |
| ACDELCO, a Brand of GM Service and Parts Operations, A Division of General Motors | Litigants - Asbestos | | | | X |
| General Motors Canadian Hourly Rate Employees Pension Plan, The | Debtholders | | | | X |
| General Motors Canadian Retirement Program For Salaried Employees, The | Debtholders | | | | X |
| General Motors Hourly Rate Employes Pension Trust, The | Debtholders | | | | X |
| Georgia-Pacific LLC | Litigants - Asbestos | | | | X |
| Georgia-Pacific Chemicals Inc. | SoALs | | | | X |
| GSO Aiguille des Grands Montets Fund I LP | Merger Agreement Counterparties | | | | X |
| GSO Aiguille des Grands Montets Fund II LP | Merger Agreement Counterparties | | | | X |
| GSO Aiguille des Grands Montets Fund III LP | Merger Agreement Counterparties | | | | X |
| GSO Cactus Credit Opportunities Fund LP | Merger Agreement Counterparties | | | | X |
| GSO Churchill Partners LP | Merger Agreement Counterparties | | | | X |
| GSO Coastline Credit Partners LP | Merger Agreement Counterparties | | | | X |
| GSO Credit Alpha Fund LP | Merger Agreement Counterparties | | | | X |
| GSO Credit-A Partners LP | Merger Agreement Counterparties | | | | X |
| GSO Palmetto Opportunistic Investment Partners LP | Merger Agreement Counterparties | | | | X |
| GSO Special Situations Master Fund LP | Merger Agreement Counterparties | | | | X |
| Haldor Topsoe Inc. | Significant Vendors | | | | X |
| HCC | SoALs | | | | X |
| HCC Contracting Inc. | SoALs | | | | X |
| ICI Americas Inc. | SoALs | | | | X |
| ICI LP America Inc. | SoFAS | | | | X |

| | | | | | |
|---|---|---|---|---|---|
| Louisiana Pacific Corp. | SoALs | | | | X |
| ING Financial Markets LLC | Secured Bondholders | | | | X |
| ING Investment Management LLC | Secured Bondholders | | | | X |
| International Paper Co. | Potentially Responsible Parties | | | | X |
| Invesco - NAM (National Asset Management) | DIP Lenders | | | | X |
| Ipsos-Asi Incorporated | Third Notice of Satisfaction | | | | X |
| John Hancock Life Insurance Co. | Landlords | | | | X |
| John Hancock Variable Life Insurance Co. | Landlords | | | | X |
| John Hancock Life Insurance Co. (USA) | SoALs | | | | X |
| John Hancock Partnership Holdings I LP | SoALs | | | | X |
| John Hancock Partnership Holdings II LP | SoALs | | | | X |
| Kansas City Southern Railway (KCS) | Rule 2002 | | | | X |
| Key Equipment Finance Inc. | Landlords | | | | X |
| Kiewit Mining Group Inc. | SoALs | | | | X |
| Kinder Morgan Interstate Gas Transmission LLC | SoALs | | | | X |
| Coleman, Clarence | Litigants - Asbestos | | | | X |
| Koch Carbon LLC | SoALs | | | | X |
| Koch Gateway Pipeline Co. | SoALs | | | | X |
| Koch Pipeline Co. LP | SoALs | | | | X |
| Koch Supply & Trading LP | SoALs | | | | X |
| Koch Materials Co. | Contract Counterparties | | | | X |
| KKR 2006 Fund LP | Shareholders | | | | X |
| KKR Associates Reserve LLC | Shareholders | | | | X |
| KKR Partners III LP | Shareholders | | | | X |
| KKR PEI Investments LP | Shareholders | | | | X |
| Wren House Infrastructure Management Ltd. | Interested Parties | | | | X |
| Industrial Holdings Corp. | Litigants - Asbestos | | | | X |
| Liberty Mutual Insurance Co. | Surety Bonds | | | | X |
| Lockheed Martin Services Inc. | Contract Counterparties | | | | X |
| Lockheed Martin Corp. Master Retirement Trust | Debtholders | | | | X |

| | | | | | |
|---|---|---|---|---|---|
| Lyondell Chemical Co. | Potentially Responsible Parties | | | | X |
| Marathon Petroleum Co. | Potentially Responsible Parties | | | | X |
| Babson Capital Management LLC | Secured Bondholders | | | | X |
| OppenheimerFunds Inc. | Secured Bondholders | | | | X |
| Mettler-Toledo Inc. | SoALs | | | | X |
| Exxon Corp. | SoALs | | | | X |
| ExxonMobil | SoALs | | | | X |
| Mobil Chemical Co. | SoALs | | | | X |
| Mobil Research & Development Corp. | SoALs | | | | X |
| Moody's Analytics Inc. | Significant Vendors | | | | X |
| Motorola Semiconductor Products | SoALs | | | | X |
| Nalco Chemical Co. | Potentially Responsible Parties | | | | X |
| Nalco | SoALs | | | | X |
| Nalco Analytical Resources | SoALs | | | | X |
| National Car Rental | SoALs | | | | X |
| National Gypsum Inc. | Contract Counterparties | | | | X |
| Nations Bank, as trustee | SoALs | | | | X |
| Ingersoll Rand Corp. | Litigants - Asbestos | | | | X |
| NextEra Energy Operating Services LLC | Contract Counterparties | | | | X |
| NextEra Energy Power Marketing LLC | Contract Counterparties | | | | X |
| NextEra Energy Resources LLC | Contract Counterparties | | | | X |
| Northern Trust Co. of New York | Landlords | | | | X |
| New York State Department of Taxation & Finance | Taxing Authorities-State | | | | X |
| Occidental Chemical Corp. | Potentially Responsible Parties | | | | X |
| Occidental Energy Marketing Inc. | SoALs | | | | X |
| Occidental Power Services Inc. | SoALs | | | | X |
| Occidental Electrochemicals Corp. | SoALs | | | | X |
| Omega Energy Corp. | SoALs | | | | X |
| Omega Optical | SoALs | | | | X |

| | | | | | |
|---|---|---|---|---|---|
| Onex Corp. | DIP Lenders | | | | X |
| Open Text Inc. | SoALs | | | | X |
| Pacific Investment Management Co. LLC | Rule 2002 | | | | X |
| Pimco Cayman Global Credit Alpha Fund | Debtholders | | | | X |
| Pimco Cayman Global Credit Libor Plus Fund | Debtholders | | | | X |
| Pimco Foreign Bond Fund (US Dollar- Hedged) | Debtholders | | | | X |
| Pimco Global High Yield Strategy Fund | Debtholders | | | | X |
| Pimco High Income Fund | Debtholders | | | | X |
| Pimco Long - Term Credit Fund | Debtholders | | | | X |
| Tenneco Chemical Co. | SoALs | | | | X |
| Tenneco Oil Co. | SoALs | | | | X |
| Tenneco Polymers Inc. | SoALs | | | | X |
| Exelon Corp. | SoALs | | | | X |
| Exelon Powerlabs | SoALs | | | | X |
| PECO | SoALs | | | | X |
| Pentair Valves & Controls US LP | SoALs | | | | X |
| Pentair Valves & Controls Inc. | Third Notice of Satisfaction | | | | X |
| Quaker Oats Co. | Litigants - Asbestos | | | | X |
| Perella Weinberg Partners Capital Management LP | Debtholders | | | | X |
| Perella Weinberg Partners Xerion Master Fund Ltd. | Debtholders | | | | X |
| Pilgrims Industries Inc. | SoALs | | | | X |
| Powergen UK Plc | SoALs | | | | X |
| PPG Industries Inc. | SoALs | | | | X |
| PPG Protective & Marine Coatings | SoALs | | | | X |
| Jackson National Life Insurance Co. | Landlords | | | | X |
| Prudential Investment Management Inc. | Secured Bondholders | | | | X |
| Qwest Communications Co. LLC | SoALs | | | | X |
| Raytheon Engineering & Constructors | SoFAS | | | | X |
| Thomson Reuter Contract Administration | SoALs | | | | X |
| West A Thomson Reuters Business | SoALs | | | | X |
| Rhodia Inc. | SoALs | | | | X |
| Data Systems & Solutions | Rule 2002 | | | | X |

| | | | | | |
|---|---|---|---|---|---|
| LLC | | | | | |
| Rolls Royce | Rule 2002 | | | | X |
| Rolls-Royce Civil | Rule 2002 | | | | X |
| RBS Greenwich Capital | Debtholders | | | | X |
| Saab Training LLC | SoALs | | | | X |
| SBC Holdings | SoALs | | | | X |
| Scotia Capital Inc. | DIP Lenders | | | | X |
| Spherion Staffing LLC | SoALs | | | | X |
| Standard Life Investments (USA) Ltd. | Secured Bondholders | | | | X |
| Starwood Energy | Bondholders | | | | X |
| Louisiana Department of Revenue | Taxing Authorities-State | | | | X |
| State Street Bank & Trust Co. of Connecticut NA | SoFAS | | | | X |
| State Street Global Advisors (SSgA) | Secured Bondholders | | | | X |
| State Street Global Advisors | Bondholders | | | | X |
| MFS Investment Management | Secured Bondholders | | | | X |
| IHS Cera Inc. | SoALs | | | | X |
| Telus International (US) Corp. | SoALs | | | | X |
| Bell Helicopter Textron Inc. | Significant Vendors | | | | X |
| General Tire & Rubber | SoALs | | | | X |
| General Tire & Rubber Co., The | SoALs | | | | X |
| General Tire Inc. | SoALs | | | | X |
| Wilson Co. | SoALs | | | | X |
| Law Debenture Trust Co. of New York | Indenture Trustees | | | | X |
| Servicemaster | SoALs | | | | X |
| Servicemaster | SoALs | | | | X |
| Servicemaster | SoALs | | | | X |
| Thomson Reuters (Property Tax Services) Inc. | Significant Vendors | | | | X |
| Thomson Reuters West | Significant Vendors | | | | X |
| Thomson Reuters (Markets) LLC | SoFAS | | | | X |
| TPG Inc. | DIP Lenders | | | | X |
| TPG FOF V-A LP | Shareholders | | | | X |
| TPG FOF V-B LP | Shareholders | | | | X |
| TPG Management LP | Shareholders | | | | X |
| TPG Partners IV LP | Shareholders | | | | X |
| TPG Partners V LP | Shareholders | | | | X |
| TPG Partners V LP | Shareholders | | | | X |
| TPG Global LLC | SoALs | | | | X |
| TRW Inc. | SoALs | | | | X |

| | | | | | |
|---|---|---|---|---|---|
| TRW Mission Manufacturing Co. | SoALs | | | | X |
| TCW Investment Management | Bondholders | | | | X |
| Tyco Fire Products | SoALs | | | | X |
| Tyco Valves & Controls | SoALs | | | | X |
| Tyco Electronics Corp. | SoFAS | | | | X |
| Ultramar Diamond Shamrock Corp. | Litigants - Asbestos | | | | X |
| Union Pacific Railroad Co. | Rule 2002 | | | | X |
| United Fund of Somervell County | SoFAS | | | | X |
| Goodrich Corp. | Litigants - Asbestos | | | | X |
| Diamond Shamrock Refining & Marketing Inc. | Litigants - Asbestos | | | | X |
| Diamond Shamrock Refining Co. | Litigants - Asbestos | | | | X |
| Valero Energy Corp. | Litigants - Asbestos | | | | X |
| EOn New Build & Technology | SoFAS | | | | X |
| Visa Inc. | Litigants | | | | X |
| Visa International Service Association | Litigants | | | | X |
| Visa USA Inc. | Litigants | | | | X |
| American Standard Inc. | Litigants - Asbestos | | | | X |
| Trane Co. | Litigants - Asbestos | | | | X |
| Trane US Inc. | Litigants - Asbestos | | | | X |
| Wachovia Bank NA | Lienholders | | | | X |
| CSC Trust of Delaware | Rule 2002 | | | | X |
| Wood Group Power Plant Services Inc. | SoALs | | | | X |
| Wood Group Power Solutions Inc. | SoALs | | | | X |
| Business Wire | Significant Vendors | | | | X |
| Sumitomo Mitsui Banking Corp. | DIP Lenders | | | | X |
| BlackRock Advisors LLC | Secured Bondholders | | | | X |
| Collins, Timothy | Claims Register | ? | | | |
| Davis, Robert | Claims Register | | ? | | |
| Flores, Sandra A. | Claims Register | | ? | | |
| Gomez, Nancy N. | Claims Register | ? | | | |
| Gonzalez, Jose | Claims Register | | ? | | |
| Green, Mildred | Claims Register | | ? | | |
| Greene, Michael Smith | Claims Register | ? | | | |
| Gross, Michael | Claims Register | | ? | | |

| | | | | | |
|---|---|---|---|---|---|
| Harris, Mary | Claims Register | | ? | | |
| Hutchinson, Don | Claims Register | ? | | | |
| Jackson, Sharon | Claims Register | | ? | | |
| Johnson, James A. | Claims Register | | ? | | |
| Jones, Beatrice | Claims Register | | ? | | |
| Lane, William | Claims Register | | ? | | |
| Perez, Carmen R. | Claims Register | | ? | | |
| Price, Robert | Claims Register | | ? | | |
| Ridloff, Jason | Claims Register | | ? | | |
| Robinson, Anthony | Claims Register | | ? | | |
| Rodriguez, Cesar | Claims Register | | ? | | |
| Smith, James | Claims Register | | ? | | |
| Smith, Michael B. | Claims Register | | ? | | |
| Smith, Robert | Claims Register | | ? | | |
| Williams, Peggy J. | Claims Register | | ? | | |
| Griffin, James A. | Litigants | ? | | | |
| Young, John | Litigants | ? | | | |
| Adams, Robert Dan, Jr. | Litigants - Asbestos | ? | | | |
| Adams, Robert Dan, Sr. | Litigants - Asbestos | ? | | | |
| Coleman, Julia | Litigants - Asbestos | | ? | | |
| Estate of Alexander J. Hecker, Deceased | Litigants - Asbestos | ? | | | |
| Johnson, David | Litigants - Asbestos | ? | | | |
| McKenna, John | Litigants - Asbestos | ? | | | |
| Smith, Edward | Litigants - Asbestos | ? | | | |
| Turner, Pamela | Litigants - Asbestos | ? | | | |
| Adams, Robert | Officers and Directors | ? | | | |
| Ridloff, Jason | Officers and Directors | | ? | | |
| Smith, Michael G. | Rule 2002 | | ? | | |
| Anderson, Joseph James | SoALs | ? | | | |
| Black, Lillian | SoALs | | ? | | |
| Blackstone, Judith | SoALs | | ? | | |
| Brown, John | SoALs | | ? | | |
| Bryan, J. | SoALs | ? | | | |
| Cremens, Charles | SoALs | ? | | | |
| Drue & Mary Harris Family Trust | SoALs | | ? | | |
| Edwards, William R. | SoALs | ? | | | |
| Edwards, William R., III | SoALs | ? | | | |
| Garcia, Jose M. | SoALs | | ? | | |
| Harris, Mary | SoALs | | ? | | |
| Harris, Robert | SoALs | | ? | | |

| | | | | | |
|---|---|---|---|---|---|
| Hayes, John H., II | SoALs | | ? | | |
| Johnson, Robert | SoALs | | ? | | |
| Johnson, Robert, Jr. | SoALs | ? | | | |
| Lane, Robert | SoALs | | ? | | |
| Mullins, Joseph | SoALs | ? | | | |
| Olsen, David | SoALs | | ? | | |
| Rose, Joseph M. | SoALs | | ? | | |
| Schwartz, Richard J. | SoALs | | ? | | |
| Smith, James H. | SoALs | ? | | | |
| Smith, Michael | SoALs | | ? | | |
| Smith, Paul | SoALs | | ? | | |
| Thomas, Peter | SoALs | | ? | | |
| Thomas, Richard | SoALs | ? | | | |
| Thompson, Donald K. | SoALs | ? | | | |
| Thompson, Mary M. | SoALs | | ? | | |
| White, Mary | SoALs | ? | | | |
| White, Richard | SoALs | | ? | | |
| Williams, Edward | SoALs | | ? | | |
| Williams, John | SoALs | | ? | | |
| Garcia, Lisa | SoFAS | ? | | | |
| Simpson, William (Deceased) | SoFAS | ? | | | |
| Johnson, Robert, Jr. | Third Notice of Satisfaction | | ? | | |