# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Kurt F. Gwynne, Esquire, hereby certify that on August 8, 2016, a true and correct copy of the **OBJECTION OF THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., AS INDENTURE TRUSTEE FOR THE EFCH 2037 NOTES CLAIMS, TO CONFIRMATION OF THIRD AMENDED JOINT PLAN OF REORGANIZATION OF ENERGY FUTURE HOLDINGS CORP., *ET AL.*, PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE** (the "Objection") on the following counsel of record for the above-captioned Debtors via e-mail:

Mark D. Collins
Daniel J. DeFranceschi
Jason M. Madron
**RICHARDS, LAYTON & FINGER, LLP**
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
collins@rlf.com
defranceschi@rlf.com
madron@rlf.com

James H.M. Sprayregen, P.A.
Marc Kieselstein, P.C.
Chad J. Husnick
Steven N. Serajeddini
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
james.sprayregen@kirkland.com
marc.kieselstein@kirkland.com
chad.husnick@kirkland.com
steven.serajeddini@kirkland.com

Edward O. Sassower, P.C.
Stephen Hessler
Brian E. Schartz
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, New York 10022-4611
Edward.sassower@kirkland.com
Stephen.hessler@kirkland.com
brian.schartz@kirkland.com

- 2 -

In addition, the Objection was also served on August 8, 2016 via electronic mail on the Participating Parties (as defined in the *Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Debtors' Joint Plan of Reorganization and Approval of Debtors' Disclosure Statement* (D.I. 8514)) at the following electronic mail address set up by the Debtors to allow for service on all Participating Parties: EFH_DS_Discovery_Service_List@kirkland.com.

Dated:  August 8, 2016          By:    /s/ Kurt F. Gwynne
                                       Kurt F. Gwynne (No. 3951)