IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                          :    Chapter 11
                                                :
Energy Future Holdings Corp., *et al.*,         :    Case No. 14-10979 (CSS)
                                                :
         Debtors.                               :    (Jointly Administered)
                                                :
                                                :    **Ref. No. 8514**
---------------------------------------------------------------x

**NOTICE OF INTENT OF NEXTERA TO PARTICIPATE IN
DISCLOSURE STATEMENT AND CONFIRMATION PROCEEDINGS**

Pursuant to this Court's *Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Joint Plan of Reorganization and the Approval of Debtors' Disclosure Statement* entered on May 24, 2016 (D.I. 8514) (the "Scheduling Order"), NextEra Energy, Inc. and NextEra Energy Capital Holdings, Inc. (collectively, "NextEra"), by and through their undersigned counsel, hereby provide notice of their intent to participate in the Disclosure Statement Proceedings and the Confirmation Proceedings.[1] In support hereof, NextEra provides the following:

1. The address for NextEra is:

    NextEra Energy, Inc.
    700 Universe Boulevard
    Juno Beach, Florida 33408
    Attn: Charles Sieving
    Telephone: (561) 694-4000
    Email: Charles.Sieving@nexteraenergy.com

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Scheduling Order.

{932.002-W0043170.}

2. The names and addresses of the attorneys representing NextEra are:

> Howard Seife
> Andrew Rosenblatt
> Chadbourne & Parke LLP
> 1301 Avenue of the Americas
> New York, New York 10019-6022
> Telephone: (212) 408-5100
> Facsimile:  (212) 408-5369
> Email: hseife@chadbourne.com
>       arosenblatt@chadbourne.com
>
> -and-
>
> Adam G. Landis
> Matthew B. McGuire
> Landis Rath & Cobb LLP
> 919 Market Street, Suite 1800
> Wilmington, Delaware 19801
> Telephone: (302) 467-4400
> Facsimile:  (302) 467-4450
> Email: landis@lrclaw.com
>       mcguire@lrclaw.com

3. NextEra, through its wholly-owned subsidiary, NextEra Energy Capital Holdings, Inc., beneficially owns certain 11.25%/12.25% senior toggle notes due December 1, 2018 (the "EFIH Senior Toggle Notes"), issued by Energy Future Intermediate Holding Company, LLC ("EFIH") and EFIH Finance, Inc. (together with EFIH, the "EFIH Debtors"), pursuant to that certain Indenture, as amended or supplemented from time to time, dated December 5, 2012, by and among the EFIH Debtors, as issuers, and The Bank of New York Mellon Trust Company, N.A. ("BNY"), as predecessor indenture trustee. Those EFIH Senior Toggle Notes owned by NextEra are included within the proof of claim filed against the EFIH Debtors by UMB Bank, N.A., as successor indenture trustee to BNY, on October 23, 2014 (Claim No. 6347). NextEra Energy, Inc. and its subsidiary EFH Merger Co., LLC are also party to that certain Agreement and Plan of Merger with EFH Corp. and EFIH, dated as of July 29,

2016, pursuant to which NextEra agreed to acquire EFH Corp.'s indirect economic interest in Oncor Electric Delivery Company, LLC.

Dated: August 8, 2016
       Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew B. McGuire*
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile:  (302) 467-4450
Email: landis@lrclaw.com
       mcguire@lrclaw.com

-and-

**CHADBOURNE & PARKE LLP**
Howard Seife
Andrew Rosenblatt
Chadbourne & Parke LLP
1301 Avenue of the Americas
New York, New York 10019-6022
Telephone: (212) 408-5100
Facsimile:  (212) 408-5369
Email: hseife@chadbourne.com
       arosenblatt@chadbourne.com

*Counsel to NextEra Energy, Inc. and NextEra Energy Capital Holdings, Inc.*