**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br>ENERGY FUTURE HOLDINGS CORP., <u>et al.</u>, <br><br>Debtors. | ) Chapter 11 <br> ) <br> ) Case No. 14-10979 (CSS) <br> ) <br> ) (Jointly Administered) <br> ) <br> ) <br> ) <br> ) |

## CERTIFICATE OF SERVICE

I, James E. Huggett, hereby certify that August 8, 2016, I caused a copy of *Oracle's Limited Objection and Reservation of Rights Regarding (I) The Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code; and (II) Plan Supplement as it Relates to the TCEH Debtors and EFH Shared Services Debtors for the Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* to be served on the parties listed on the attached service list via electronic mail.

/s/ James E. Huggett
James E. Huggett, Esq. (#3956)