**SERVICE LIST**

Mark D. Collins, Esq.
Daniel J. DeFranceschi, Esq.
Jason M. Madron, Esq.
RICHARDS, LAYTON & FINGER, P.A.
920 North King Street
Wilmington, DE 19801
Collins@rlf.com
defranceschi@rlf.com
madron@rlf.com

Edward O. Sassower, Esq.
Stephen E. Hessler, Esq.
Brian E. Schartz, Esq.
KIRKLAND & ELLIS, LLP
KIRKLAND & ELLIS INTERNATIONAL, LLP
601 Lexington Avenue
New York, New York 10022
Edward.sassower@kirkland.com
Stephen.hessler@kirkland.com
brian.schartz@kirkland.com

James H.M. Sprayregen, Esq.
Marc Kieselstein, Esq.
Chad J. Husnick, Esq.
Steven N. Serajeddini, Esq.
KIRLAND & ELLIS, LLP
KIRKLAND & ELLIS INTERNATIONAL, LLP
300 North LaSalle
Chicago, IL 60654
james.sprayregen@kirkland.com
Marc.kieselstein@kirkland.com
Chad.husnick@kirkland.com
Steven.serajeddini@kirkland.com