**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 14-10979 (CSS) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, Raymond H. Lemisch, Esquire, hereby certify that on August 8, 2016 a true and correct

copy of the RESERVATION OF RIGHTS OF UMB BANK, N.A. TO CONFIRMATION OF

THE THIRD AMENDED JOINT PLAN OF REORGANIZATION OF ENERGY FUTURE

HOLDINGS CORP., ET AL. PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE

(the "Reservation of Rights") was served on the following counsel of record for the above

captioned Debtors via e-mail:

Edward O. Sassower, P.C.
Stephen Hessler
Brian E. Schartz
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY  10022-4611
edward.sassower@kirkland.com
stephen.hessler@kirkland.com
brian.schartz@kirkland.com

James H.M. Sprayregen, P.A.
Marc Kieselstein, P.C.
Chad J. Husnick
Steven N. Serajeddini
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL  60654
james.sprayregen@kirkland.com
marc.kieselstein@kirkland.com
chad.husnick@kirkland.com
steven.serajeddini@kirkland.com

Mark D. Collins
Daniel J. DeFranceschi
Jason M. Madron
Richards, Layton & Finger, P.A.
920 North King Street
Wilmington, DE 19801
collins@rlf.com
defranceschi@rlf.com
madron@rlf.com

In addition, the Reservation of Rights was also served on August 8, 2016 via electronic

mail on the Participating Parties (as defined in the *Order Scheduling Certain Hearing Dates and*

*Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors'*

*Joint Plan of Reorganization and the Approval of Debtors' Disclosure Statement* (D.I. 8514)) at

the following electronic mail address set up by the Debtors to allow for service on all

Participating Parties: EFH_DS_Discovery_Service_List@kirkland.com

Dated: August 8, 2016
      Wilmington, DE

**AKIN GUMP STRAUSS HAUER &
FELD LLP**
Ira S. Dizengoff (admitted *pro hac vice*)
Abid Qureshi (admitted *pro hac vice*)
Robert J. Boller (admitted *pro hac vice*)
Christopher Carty (admitted *pro hac vice*)
One Bryant Park
New York, NY 10036
Telephone:    (212) 872-1000
Facsimile:    (212) 872-1002
Email:    idizengoff@akingump.com
        aqureshi@akingump.com
        rboller@akingump.com
        ccarty@akingump.com

By: */s/ Raymond H. Lemisch*
**KLEHR HARRISON HARVEY
BRANZBURG LLP**
Raymond H. Lemisch (DE Bar ID No. 4204)
919 Market Street, Suite 1000
Wilmington, Delaware 19801
Tel: (302) 426-1189
Fax: (302) 426-9193
Email: rlemisch@klehr.com

*- and -*

**FOLEY & LARDNER LLP**
Harold L. Kaplan (admitted *pro hac vice*)
Mark F. Hebbeln (admitted *pro hac vice*)
Lars A. Peterson (admitted *pro hac vice*)
321 North Clark Street, Suite 2800
Chicago, IL 60654-5313
Telephone: (312) 832-4500
Facsimile: (312) 832-4700
Email: hkaplan@foley.com
      mhebbeln@foley.com
      lapeterson@foley.com

Scott L. Alberino (admitted *pro hac vice*)
1333 New Hampshire Avenue, N.W.
Washington, DC 20036
Telephone:      (202) 887-4000
Facsimile:       (202) 887-4288
Email:            salberino@akingump.com

Barry G. Felder (admitted *pro hac vice*)
Jonathan H. Friedman (admitted *pro hac vice*)
90 Park Avenue
New York, NY 10016
Tel: (212) 682-7474
Fax: (212) 687-2329
Email: bgfelder@foley.com
          jfriedman@foley.com

*Co-Counsel to UMB Bank, N.A., as Indenture
Trustee to the EFIH Senior Toggle Notes*