# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
|  | **Re: D.I.   660, 1733, 2005, 2949, 3041, 4963, 7418, 8734** |

## EIGHTH SUPPLEMENTAL DECLARATION OF EDWARD O. SASSOWER IN SUPPORT OF THE DEBTORS' APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF KIRKLAND & ELLIS LLP AND KIRKLAND & ELLIS INTERNATIONAL LLP AS ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION EFFECTIVE *NUNC PRO TUNC* TO THE PETITION DATE

I, Edward O. Sassower, being duly sworn, state the following under penalty of perjury:

1.      I am the president of Edward O. Sassower, P.C., a partner in the law firm of Kirkland & Ellis LLP, located at 601 Lexington Ave., New York, New York 10022, and a partner of Kirkland & Ellis International LLP (together with Kirkland & Ellis LLP, "Kirkland"). I am the lead attorney from K&E working on the above-captioned chapter 11 cases. I am a member in good standing of the Bar of the State of New York, and I have been admitted to practice in the United States Bankruptcy Court for the Southern District of New York and the United States Bankruptcy Court for the Eastern District of New York. There are no disciplinary proceedings pending against me.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

2.      I submit this eighth supplemental declaration on behalf of Kirkland (this "Eighth Supplemental Declaration") in further support of the *Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP as Attorneys for the Debtors and Debtors in Possession Effective Nunc Pro Tunc to the Petition Date* [D.I. 660] (the "Application")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for an order pursuant to sections 327(a) and 330 of title 11 of the United States Code (the "Bankruptcy Code"), rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and rules 2014-1 and 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Bankruptcy Rules").

3.      Except as otherwise noted, I have personal knowledge of the matters set forth herein.

**Background**

4.      On May 29, 2014, the Debtors filed the Application.  In support of the Application, the Debtors filed the *Declaration of Edward O. Sassower, P.C. in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP as Attorneys for the Debtors and Debtors in Possession Effective Nunc Pro Tunc to the Petition Date* (the "Original Declaration"), which was filed as **Exhibit B** to the Application.

5.      On July 31, 2014, the Debtors filed the *Amended Declaration of Edward O. Sassower in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP as Attorneys for the Debtors and Debtors in*

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Application.

*Possession Effective Nunc Pro Tunc to the Petition Date* [D.I. 1733] (the "<u>Amended Declaration</u>").

6.      On September 12, 2014, the Debtors filed the *First Supplemental Declaration of Edward O. Sassower in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective Nunc Pro Tunc to the Petition Date* [D.I. 2005].

7.      On September 16, 2014, the Bankruptcy Court for the District of Delaware entered the *Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective Nunc Pro Tunc to the Petition Date* [D.I. 2052] (the "<u>Retention Order</u>").

8.      On December 4, 2014, the Debtors filed the *Second Supplemental Declaration of Edward O. Sassower in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective Nunc Pro Tunc to the Petition Date* [D.I. 2949].

9.      On December 16, 2014, the Debtors filed the *Third Supplemental Declaration of Edward O. Sassower in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective Nunc Pro Tunc to the Petition Date* [D.I. 3041] (the "<u>Third Supplemental Declaration</u>").

10.      On July 9, 2015, the Debtors filed the *Fourth Supplemental Declaration of Edward O. Sassower in Support of the Debtors' Application for Entry of an Order Authorizing*

the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective Nunc Pro Tunc to the Petition Date [D.I. 4963].

11.      On September 30, 2015, the Debtors filed the *Fifth Supplemental Declaration of Edward O. Sassower in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective Nunc Pro Tunc to the Petition Date* [D.I. 6240].

12.      On December 18, 2015, the Debtors filed the *Sixth Supplemental Declaration of James H.M. Sprayregen in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective Nunc Pro Tunc to the Petition Date* [D.I. 7418] (the "Sixth Supplemental Declaration").

13.      On June 15, 2016, the Debtors filed the *Seventh Supplemental Declaration of Edward O. Sassower in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective Nunc Pro Tunc to the Petition Date* [D.I. 8734].

14.      In connection with the Application and the Retention Order, I submit this eighth supplemental declaration (this "Eighth Supplemental Declaration") to provide additional disclosures in accordance with rules 2014(a) and 2016(b) of the Bankruptcy Rules and as required under the Retention Order.

4

**Billing Rate Disclosure**

15.     In the Original Declaration, the Third Supplemental Declaration, and the Sixth Supplemental Declaration, Kirkland disclosed billing rates in effect at the time for matters related to these chapter 11 cases.  Kirkland also disclosed that the billing rates are subject to periodic adjustments to reflect economic and other conditions.  Pursuant to the Retention Order, Kirkland must provide notice of changes to its billing rates during these chapter 11 cases.

16.     In accordance with ordinary practice, some billing rates for partners and associates will change effective as of August 22, 2016.  The rates will change due to rate increases or promotion, although Kirkland does not typically disclose changes to billing rates resulting from promotion.  Kirkland's billing rates that will take effect of August 22, 2016 for matters related to these chapter 11 cases range as follows:[3]

| Billing Category | Range |
| --- | --- |
| Partners | $875 - $1,495 |
| Of Counsel | $625 - $1,495 |
| Associates | $525 - $945 |
| Paraprofessionals | $180 - $400 |

**Department of Labor Disclosure**

17.     I am advised that United States Department of Labor ("DOL") regulations, effective July 1, 2016, may require the reporting to DOL of certain "indirect labor persuader" activities under Section 203(b) of the Labor-Management Reporting and Disclosure Act.  *See* 29 U.S.C. § 433(b).  However, DOL has issued guidance that such activities will not require reporting if undertaken on behalf of a client subject to an agreement entered into prior to July 1, 2016.

---

[3] For professionals and paraprofessionals residing outside of the U.S., hourly rates are billed in the applicable currency.  When billing a U.S. entity, such foreign rates are converted into U.S. dollars at the then applicable conversion rate.  After converting these foreign rates into U.S. dollars it is possible that certain rates may exceed the billing ranges listed in the chart herein.

18.     Out of an abundance of caution, the Debtors and Kirkland entered into the supplement to the Engagement Letter on June 30, 2016, to clarify Kirkland's and the Debtors' obligations, if any, under the above-referenced regulation.

19.     I submit this Eighth Supplemental Declaration solely to inform the Court of Kirkland's and the Debtors' entry into the Supplement, and nothing herein, in the Engagement Letter, or in the Supplement shall be construed as a waiver or limitation of Kirkland's rights under any applicable law or an admission concerning the applicability of any law to Kirkland.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  August 8, 2016                                     Respectfully submitted,

*/s/ Edward O. Sassower*
Edward O. Sassower, as President of Edward O.
Sassower P.C., as Partner of Kirkland & Ellis
LLP, and as Partner of Kirkland & Ellis
International LLP

6