# EXHIBIT A
# (Proposed order)

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[5]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>Jointly Administered<br><br>**Re: Docket No. ___** |

**ORDER PRECLUDING DEBTORS FROM OFFERING EVIDENCE AT TRIAL AS TO WHICH THEY ASSERTED ATTORNEY CLIENT PRIVILEGE AND PREVENTED DISCOVERY**

Upon the motion (the "Motion") of American Stock Transfer & Trust Company, LLC ("AST"), as successor trustee to The Bank of New York Mellon Trust Company, N.A. (in such capacity, the "EFH Indenture Trustee") under the indentures for certain notes (the "EFH Notes") issued by Energy Future Holdings Corp. ("EFH Corp."), for entry of an order (this "Order") precluding the Debtors from offering evidence at trial as to which they asserted attorney-client privilege and prevented discovery; and the Court having found that it has jurisdiction to consider and determine this matter pursuant to 28 U.S.C. § 1334; and the Court having found that the Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that proper, timely, adequate, and sufficient notice,

---

[5] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

1

including notice of the Motion and the relief requested therein, has been provided in accordance with the Bankruptcy Rules and/or order of the Court and no other or further notice of the Motion is or shall be required; and the Court having reviewed the Motion and having heard arguments and testimony presented at the hearing before the Court (if any); and the Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors and other parties in interest; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and any objections (if any) to the Motion having been withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing, it is hereby ORDERED THAT:

1. The Motion is GRANTED;

2. The Debtors are limited to offering testimony as to the fact that legal advice was obtained on a narrowly defined subject;

3. The Debtors are required to submit all testimony regarding the provision of legal advice in written direct testimony;

4. The Debtors are prohibiting from waiving the privilege concerning the content of any legal advice, or the content of any discussions where the privilege was asserted in any deposition, at trial;

5. This Court shall retain jurisdiction to interpret and enforce this Order and to hear any motion by the Debtors for reconsideration of such Order.

Dated: August ___, 2016
      Wilmington, Delaware

Hon. Christopher S. Sontchi
United States Bankruptcy Judge

4823-5782-8662.1                                        2