# REDACTED EXHIBIT B
## (Deposition Testimony)

1  B. Williamson
2
3
4  Redacted
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1  B. Williamson
2
3
4  Redacted
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 109

1   B. Williamson
2
3
4   Redacted
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1  B. Williamson
2
3
4  Redacted
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1  B. Williamson
2
3
4  Redacted
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1  B. Williamson
2
3
4  Redacted
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 113

1  B. Williamson
2
3
4  Redacted
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1  B. Williamson
2
3
4  Redacted
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1  B. Williamson
2
3
4  Redacted
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 125

B. Williamson

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

# Redacted

1  B. Williamson
2
3
4  Redacted
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1   B. Williamson
2
3
4   Redacted
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25