**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) ) ) ) | (Jointly Administered) <br><br> **Objection Deadline: August 11, 2016** |

**DEBTORS' MOTION *IN LIMINE* TO PRECLUDE E-SIDE ASBESTOS
CLAIMANTS FENICLE AND FAHY FROM RAISING CERTAIN ARGUMENTS
AT THE TCEH CONFIRMATION HEARING**

Pursuant to Federal Rules of Evidence 104(a) made applicable to this matter by Federal Rule of Bankruptcy Procedure 9017, and the *Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Joint Plan of Reorganization and the Approval of Debtors' Disclosure Statement* [D.I. 8514] as amended by the *Supplement to Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Joint Plan of Reorganization and the Approval of Debtors' Disclosure Statement* [D.I. 8883] and the *Second Supplement to Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Joint Plan of Reorganization and the Approval of Debtors' Disclosure Statement* [D.I. 8972], Energy Future Holdings Corp. and it's affiliated debtors and debtors in possession (collectively, the "Debtors") move *in limine* (the "Motion") to preclude E-Side asbestos claimants Shirley Fenicle as successor-in-interest to the

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 14987435v.1                                       1

Estate of George Fenicle, and David William Fahy ("Fenicle" and "Fahy") from raising certain arguments at the TCEH Confirmation Hearing. In further support of the Motion, the Debtors rely upon the accompanying *Memorandum of Law in Support of Motion in Limine to Preclude E-Side Asbestos Claimants Fenicle and Fahy from Raising Certain Argument at the TCEH Confirmation Hearing* filed contemporaneously herewith.

WHEREFORE, the Debtors respectfully request that the Court enter an order, substantially in the form attached hereto as Exhibit A, granting the Motion and such other and further relief as is just and appropriate.

[*Remainder of page intentionally left blank.*]

Dated: August 8, 2016
  Wilmington, Delaware     */s/ Jason M. Madron*
              **RICHARDS, LAYTON & FINGER, P.A.**
              Mark D. Collins (No. 2981)
              Daniel J. DeFranceschi (No. 2732)
              Jason M. Madron (No. 4431)
              920 North King Street
              Wilmington, Delaware 19801
              Telephone: (302) 651-7700
              Facsimile: (302) 651-7701
              Email:   collins@rlf.com
                    defranceschi@rlf.com
                    madron@rlf.com

              -and-

              **KIRKLAND & ELLIS LLP**
              **KIRKLAND & ELLIS INTERNATIONAL LLP**
              Edward O. Sassower, P.C. (admitted *pro hac vice*)
              Stephen E. Hessler (admitted *pro hac vice*)
              Brian E. Schartz (admitted *pro hac vice*)
              601 Lexington Avenue
              New York, New York 10022-4611
              Telephone: (212) 446-4800
              Facsimile: (212) 446-4900
              Email:   edward.sassower@kirkland.com
                    stephen.hessler@kirkland.com
                    brian.schartz@kirkland.com

              -and-

              James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
              Marc Kieselstein, P.C. (admitted *pro hac vice*)
              Chad J. Husnick (admitted *pro hac vice*)
              Steven N. Serajeddini (admitted *pro hac vice*)
              300 North LaSalle
              Chicago, Illinois 60654
              Telephone: (312) 862-2000
              Facsimile: (312) 862-2200
              Email:   james.sprayregen@kirkland.com
                    marc.kieselstein@kirkland.com
                    chad.husnick@kirkland.com
                    steven.serajeddini@kirkland.com

              Co-Counsel to the Debtors and Debtors in Possession