# **<u>EXHIBIT B</u>**

July 13, 2016 Fenicle and Fahy Preliminary Witness and Exhibit Lists

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

**SHIRLEY FENICLE, AS SUCCESSOR-IN-INTEREST TO THE ESTATE OF GEORGE FENICLE, AND DAVID WILLIAM FAHY'S WITNESS AND EXHIBIT LISTS FOR TRIAL ON THE T-SIDE CONFIRMATION OF THE DEBTORS' PLAN OF <u>REORGANIZATION</u>**

Pursuant to the Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Joint Plan of Reorganization and the Approval of Debtors' Disclosure Statement [D.I. 8514], as amended [D.I. 8883], (the "Scheduling Order"), Shirley Fenicle, as successor-in-interest to the Estate of George Fenicle, and David William Fahy (respectively, "Fenicle" and "Fahy") hereby disclose their trial witness list and exhibit list.[2]

**I. Trial Witness List.**

Fenicle and Fahy expressly reserve the right to call and examine beyond the scope of any direct examination any witness (a) designated by the Debtors or any other party; (b) to rebut or otherwise respond to testimony proffered by other parties; or (c) to address newly advises

---

[1] The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Any capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the *Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* ("the New Plan").

presented facts or theories. Fenicle and Fahy also reserve the right to call any witness to authenticate or provide a foundation for documents, if necessary.

Fenicle and Fahy intend to call the following witnesses at trial:

1. Stacey Doré, Co-Chief Restructuring Officer, Executive Vice President, and General Counsel, Energy Future Holdings Corp. – The Plan; the Settlement Agreement; Plan and Settlement Agreement negotiations; legacy transactions; Oncor auction process; and the impact of Tax Matters Agreement on both the T-side and the E-side.

2. Paul Keglevic, Co-Chief Restructuring Officer, Executive Vice President, and Chief Financial Officer, Energy Future Holdings Corp. – The Plan; the Settlement Agreement; Plan and Settlement Agreement negotiations; tax matters; legacy transactions; Oncor auction process; and the impact of Tax Matters Agreement on both the T-side and the E-side.

3. Billie I. Williamson – The Disinterested Director Settlement; conflicts matters; the Plan; the Settlement Agreement; Plan and Settlement Agreement negotiations; and the impact of Tax Matters Agreement on both the T-side and the E-side..

4. Donald L. Evans, Director, Energy Future Holdings Corp. – The Disinterested Director Settlement; conflicts matters; the Plan; the Settlement Agreement; Plan and Settlement Agreement negotiations; and the impact of Tax Matters Agreement on both the T-side and the E-side..

Fenicle and Fahy may call, depending on the witnesses identified by other parties and/or the evidence proffered in support of the Plan and/or the Settlement Agreement, and the impact of Tax Matters Agreement on both the T-side and the E-side, any of the following witnesses at trial:

1. Arcilia C. Acosta, Director, Energy Future Holdings Corp. – The Plan; the Settlement Agreement.

2. Kevin Ashby, Senior Director, Energy Future Holdings Corp. – Tax matters.

3. Kirk Baker, Managing Partner, Captra Capital – The Plan; the Transaction Agreements; the Oncor sale process; Plan and Settlement Agreement negotiations.

4. Charles Cremens, Director, Energy Future Intermediate Holding Company LLC – The Disinterested Director Settlement; conflicts matters; the Plan; the Settlement Agreement; Plan and Settlement Agreement negotiations.

5. Anthony Horton – Senior Vice President, Treasurer, Energy Future Holdings Corp. – Legacy transactions.

6. Michael MacDougall, Director, Energy Future Holdings Corp. – The Plan; the Settlement Agreement; legacy transactions.

7. Kristopher Moldovan, Vice President, Assistant Treasurer, Energy Future Holdings Corp. – Legacy transactions.negotiations.

8. Michael Henkin, Senior Managing Director, Guggenheim Partners, LLC – As an expert witness on conditionality, closing risks and other factors associated with the Oncor transaction; general context of and remedies in merger and acquisition transactions and comparable transactions to Oncor transaction; the fairness/reasonableness of interest paid by EFH to TCEH in connection with intercompany promissory notes; potential tax liability to EFH upon a disposition of TCEH.

9. Mark A. Rule, CFA, Director of AlixPartners, LLP – As an expert witness on EFH's solvency at various points in time from 2007 to the date of hearing on confirmation of the Plan.

10. Kenneth Pontarelli[3], Director, Energy Future Holdings Corp. – The Plan; the Settlement Agreement; legacy transactions.

11. Hugh E. Sawyer – The Disinterested Director Settlement; conflicts matters; the Plan; the Settlement Agreement; Plan and Settlement Agreement negotiations.

11. Eric Siegert, Senior Managing Director, Houlihan Lokey – The Plan, Plan and Settlement Agreement negotiations.

12. Jonathan D. Smidt, Director, Energy Future Holdings Corp. – The Plan; the Settlement Agreement; legacy transactions.

13. David Ying – Feasibility of the Plan; conditionality of the Plan; Plan and Settlement Agreement negotiations; Oncor auction process.

**II. Trial Exhibit List.**

Fenicle and Fahy provide the Exhibit List below, containing exhibits that Fenicle and Fahy intend to or may offer at trial. Fenicle and Fahy further reserve the right to rely on any exhibit designated by any other party, or to designate such additional exhibits as may be required in response to evidence offered by any other party.

Dated: July 13, 2016
Wilmington, Delaware     By:    /s/ *Daniel K. Hogan*
Daniel K. Hogan (DE Bar # 2814)
**HOGAN♦McDANIEL**
1311 Delaware Avenue
Wilmington, Delaware  19806
Telephone:  (302) 656-7540
Facsimile: (302) 656-7599
dkhogan@dkhogan.com

-and-

---

[3] Relating to issues being handled only by Montgomery McCracken Walker & Rhoads, LLP, as conflicts counsel to the EFH Committee.

4

Steven Kazan (CA Bar # 46855)
Kazan McClain Satterley & Greenwood
A Professional Law Corporation
Jack London Market
55 Harrison Street, Suite 400
Oakland, CA 94607
Telephone: (510) 302-1000
Facsimile: (510) 835-4913

-and-

Ethan Early (CT Juris # 417930)
Early Lucarelli Sweeney & Strauss
265 Church Street, 11th Floor
New Haven, CT 06508-1866
Telephone: (203) 777-7799
Facsimile: (203) 785-1671

*Counsel for Shirley Fenicle, as successor-in-interest to the Estate of George Fenicle, and David William Fahy*

## EXHIBIT A

### FENICLE & FAHY EXHIBIT LIST

| Trial Exhibit No. | Document Description | Document Date | Docket No. |
|---|---|---|---|
| | Statement of Financial Affairs for EFH Corp. | 6/30/2014 | 1237 |
| | Statement of Financial Affairs for EFH Corporate Services Co. | 6/30/2014 | 1247 |
| | Statement of Financial Affairs for LGST Gas Company LLC | 6/30/2014 | 1272 |
| | Statement of Financial Affairs for EEC Holdings, Inc. | 6/30/2014 | 1250 |
| | Statement of Financial Affairs for EECI Holdings, Inc. | 6/30/2014 | 1269 |
| | Statement of Financial Affairs for LSGT SACROC, Inc | 6/30/2014 | 1276 |
| | EECH/EECI Balance 1.1.98 of 296m | | Restructuring data room doc #2.11.122 |
| | 2008-2014 LSGT Gas Company Statements of Financial Affairs | | Restructuring data room doc #s 2.6.5, 2.6.6, 2.6.9 and 2.11.24 |