# **<u>EXHIBIT A</u>**

Excerpts of the Transcript of the July 28, 2016 Deposition of Jack F. Williams

**FILED UNDER TEMPORARY SEAL -**

**Subject to Energy Future Holdings Protective Order**