# **<u>EXHIBIT B</u>**

Expert Rebuttal Report of John Stuart dated July 25, 2016

**FILED UNDER TEMPORARY SEAL -**

**Subject to Energy Future Holdings Protective Order**