# **<u>EXHIBIT C</u>**

EFH06365711

**FILED UNDER TEMPORARY SEAL -**

**Subject to Energy Future Holdings Protective Order**