# **<u>EXHIBIT D</u>**

July 27, 2016 Supplemental Report of Jack F. Williams

**F**ILED **U**NDER **T**EMPORARY **S**EAL -

**Subject to Energy Future Holdings Protective Order**