# **<u>EXHIBIT E</u>**

August 5, 2016 EFH Indenture Trustee's Final Witness List

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>Jointly Administered |

**EFH INDENTURE TRUSTEE'S FINAL WITNESS LIST**
**FOR THE TCEH CONFIRMATION HEARING**

Pursuant to the Second Supplement to Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Joint Plan of Reorganization and the Approval of Debtors' Disclosure Statement [D.I. 8972], American Stock Transfer & Trust Company, LLC, as successor trustee to The Bank of New York Mellon Trust Company, N.A. (in such capacity, the "EFH Indenture Trustee" or "AST") under the indentures listed in Exhibit 1 for certain notes issued by Energy Future Holdings Corp. ("EFH Corp."), submits the following final list of witnesses it may call at the TCEH Confirmation Hearing, scheduled to begin August 17, 2016:

1) Anthony "Tony" Horton, SVP/Treasurer at EFH. Mr. Horton may testify regarding financial issues related to TCEH or EFH Corporate Services.

2) Kristopher Moldovan, Vice-President and Assistant Treasurer at EFH. Mr. Moldovan may testify regarding tax, EFH Corporate Services or EFH Properties issues.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification Numbers is not provided herein.

3)      Patrick Williams, Vice President of Corporate Planning at EFH Corporate Services. Mr. Williams may testify regarding issues related to EFH Corporate Services or EFH Properties.

4)      Christy Dobry, accounting at EFH. Ms. Dobry may testify regarding EFH Corporate Services issues.

5)      Carla Howard, Senior Vice President of Tax for Energy Future Holdings Company. Ms. Howard may testify regarding tax-related issues.

6)      Michael Carter, former employee of EFH Corporate Services. Mr. Carter may testify regarding issues related to tax matters or EFH Corporate Services.

7)      Stacey Dore, Co-Chief Restructuring Officer, Executive Vice President, and General Counsel, EFH Corp. Ms. Dore may testify regarding issues related to tax, EFH Corporate Services, EFH Properties, Plan negotiations, business judgment, and other matters, including, without limitation, those testified upon at her deposition.

8)      Paul Keglevic, Co-Restructuring Officer, Executive Vice President, and Chief Financial Officer, EFH Corp. Mr. Keglevic may testify regarding the feasibility of the Plan, tax matters, EFH Corporate Services, EFH Properties, Plan negotiations, business judgment, and other matters, including, without limitation, those testified upon at his deposition.

9)      Billie Williamson, Disinterested Director for Energy Future Holdings Corporation and its Debtor Subsidiaries. Ms. Williamson may testify regarding certain conflict matters, board approval processes, Plan negotiations, tax matters, EFH Corporate Services, EFH Properties, business judgment, and other matters.

10) Hugh Sawyer, Disinterested Director of the TCEH Debtors. Mr. Sawyer may testify regarding certain conflict matters, board approval processes, Plan negotiations, tax matters, EFH Corporate Services, EFH Properties, business judgment, and other matters.

11) Don Evans, Disinterested Director for Energy Future Holdings Corporation and its Debtor Subsidiaries. Mr. Evans may testify regarding certain conflict matters, board approval processes, Plan negotiations, tax matters, EFH Corporate Services, EFH Properties, business judgment, and other matters.

12) A representative from Nextera. A representative from Nextera may testify regarding negotiations as they relate to tax issues for the TCEH Debtors.

13) A representative from any other potential bidder. A representative from any other potential bidder may testify regarding negotiations as they relate to tax issues for the TCEH Debtors.

14) Curt Morgan, CEO for Reorganized TCEH. Mr. Morgan may testify regarding negotiation of the ancillary agreements and plan confirmation issues.

15) David Ying, Managing Director, Evercore Partners. Mr. Ying may testify regarding valuation issues, and the feasibility of the Plan.

16) Jack Williams. Mr. Williams may testify regarding rebuttal of the Debtors' expert opinions, value and use of NOLs, value of EFH Corporate Services' assets, the use and transfer of EFH Corporate Services assets, and regarding EFH Properties. The EFH Indenture Trustee continues to evaluate whether or not to call Mr. Williams in connection with other matters

recently disclosed by Phase II depositions, and that may be raised in the objection due Monday August 8, 2016.

17) Other witnesses to be identified following future depositions to be conducted regarding the negotiation and approval of the Tax Matters Agreement, the Transition Services Agreement, the Separation Agreement, the Spin-Off Tax Receivable Agreement, or the Taxable Separation Tax Receivable Agreement.

18) Any person designated by any party to testify at the Plan Confirmation Hearing concerning matters that may be raised in AST's objections.

The EFH Indenture Trustee reserves the right to unilaterally withdraw any witness on this list.

The EFH Indenture Trustee reserves the right to list additional expert witnesses, as appropriate, upon the completion of discovery.

The EFH Indenture Trustee reserves the right to call any of the witnesses called by any other party in interest, including the Debtors, at the TCEH Confirmation Hearing. The EFH Indenture Trustee reserves the right to designate additional witnesses and topics for testimony as may be appropriate or otherwise amend this designation (a) to rebut or otherwise respond to testimony proffered by other parties; (b) to address newly presented facts or theories; (c) as it deems necessary or appropriate; or (d) as the Court may allow.

| | |
|---|---|
| Dated: Wilmington, DE<br>August 5, 2016 | **CROSS & SIMON, LLC**<br><br>By: /s/ *Christopher P. Simon*<br>Christopher P. Simon (Del. Bar No. 3697)<br>105 North Market Street, Suite 901<br>Wilmington, Delaware 19801<br>Telephone: (302) 777-4200<br>Facsimile: (302) 777-4224<br>csimon@crosslaw.com<br><br>- and –<br><br>**NIXON PEABODY LLP**<br>Amanda D. Darwin<br>Richard C. Pedone<br>Erik Schneider<br>100 Summer Street<br>Boston, Massachusetts 02110<br>Telephone: (617) 345-1000<br>Facsimile: (617) 345-1300<br>adarwin@nixonpeabody.com<br>rpedone@nixonpeabody.com<br><br>-and-<br><br>Christopher J. Fong<br>437 Madison Avenue<br>New York, NY 10022<br>Telephone: 212-940-3724<br>Facsimile: 855-900-8613<br>cfong@nixonpeabody.com<br><br>*Co-Counsel to American Stock Transfer & Trust Company, LLC, as Indenture Trustee* |

**Exhibit 1**

**Indentures**

1. Indenture dated as of November 1, 2004, between Energy Future Holdings Corp. ("EFH"), as issuer, and the Indenture Trustee, as trustee, as amended and supplemented by the Officer's Certificate, dated as of November 26, 2004, the Supplemental Indenture, dated as of July 1, 2010, and the Second Supplemental Indenture, dated as of April 15, 2013 (collectively, the "Series P Indenture").

2. Indenture dated as of November 1, 2004, between EFH, as issuer, and the Indenture Trustee, as trustee, as amended and supplemented by the Officer's Certificate, dated as of November 26, 2004, the Supplemental Indenture, dated as of December 5, 2012, and the Second Supplemental Indenture, dated as of April 15, 2013 (collectively, the "Series Q Indenture").

3. Indenture dated as of November 1, 2004, between EFH, as issuer, and the Indenture Trustee, as trustee, as amended and supplemented by the Officer's Certificate, dated as of November 26, 2004, the Supplemental Indenture, dated as of December 5, 2012, and the Second Supplemental Indenture, dated as of April 15, 2013 (collectively, the "Series R Indenture").

4. Indenture dated as of November 16, 2009, between EFH, as issuer, and the Indenture Trustee, as trustee, as amended and supplemented by the Supplemental Indenture, dated as of January 25, 2013, and the Second Supplemental Indenture, dated as of April 15, 2013 (collectively, the "9.75% Senior Notes Indenture").

5. Indenture dated as of January 12, 2010, between EFH, as issuer, and the Indenture Trustee, as trustee, as amended and supplemented by the First Supplemental Indenture, dated as of March 16, 2010, the Second Supplemental Indenture, dated as of April 13, 2010, the Third Supplemental Indenture, dated as of April 14, 2010, the Fourth Supplemental Indenture, dated as of May 21, 2010, the Fifth Supplemental Indenture, dated as of July 2, 2010, the Sixth Supplemental Indenture, dated as of July 6, 2010, the Seventh Supplemental Indenture, dated as of July 7, 2010, the Eighth Supplemental Indenture, dated as of January 25, 2013, and the Ninth Supplemental Indenture, dated as of April 15, 2013 (collectively, the "10.00% Senior Notes Indenture").

6. Indenture dated as of October 31, 2007, among EFH, as issuer, the Guarantors party thereto and the Indenture Trustee, as trustee, as amended and supplemented by the First Supplemental Indenture, dated as of July 8, 2008, the Second Supplemental Indenture, dated as of August 3, 2009, the Third Supplemental Indenture, dated as of July 29, 2010, the Fourth Supplemental Indenture, dated as of October 18, 2011, and the Fifth Supplemental Indenture, dated as of April 15, 2013 (collectively, the "10.875% Senior Notes and 11.250%/12.000% Senior Toggle Notes Indenture", and collectively with the

2

Series P Indenture, the Series Q Indenture, the Series R Indenture, the 9.75% Senior Notes Indenture, and the 10.00% Senior Notes Indenture, the "<u>Indentures</u>").