IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 ) ) Case No. 14-10979 (CSS) ) |
| ENERGY FUTURE HOLDINGS CORP. *et. al.*,[1] | ) ) (Jointly Administered) ) |
| Debtors. | ) **Re: D.I. 9224** ) ) ) |

**DECLARATION OF ERIK SCHNEIDER IN SUPPORT OF THE EFH INDENTURE TRUSTEE'S AND CONTRARIAN CAPITAL MANAGEMENT, LLC'S OBJECTION TO CONFIRMATION OF THIRD AMENDED JOINT PLAN OF REORGANIZATION OF ENERGY FUTURE HOLDINGS CORP., ET AL.,
PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE**

Pursuant to 28 U.S.C. § 1746, I, Erik Schneider, hereby declare as follows under penalty of perjury:

1.  I am a member of the Bar of the State of New York and the Bar of the Commonwealth of Massachusetts and an associate of Nixon Peabody LLP, counsel to American Stock Transfer & Trust Company, LLC ("AST"), as successor trustee to The Bank of New York Mellon Trust Company, N.A. (in such capacity, the "EFH Indenture Trustee") under the indentures for certain notes (the "EFH Notes") issued by Energy Future Holdings Corp. ("EFH Corp."), in the above-captioned action. I am admitted *pro hac vice* to the United States District Court for the District of Delaware.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification Numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

2. I make this declaration to place before the Court certain materials referenced in the *EFH Indenture Trustee and Contrarian Capital Management, LLC's Objection to Confirmation of Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code*, filed on August 8, 2016 in the above-referenced cases.

3. Attached as Exhibit 1 is the July 28, 2016 IRS Private Letter Ruling. EFH06374939. FILED UNDER SEAL – SUBJECT TO PROTECTIVE ORDER.

4. Attached as Exhibit 2 is an excerpt of the transcript of the deposition of Carla Howard on July 7, 2016 page 34. FILED UNDER SEAL – SUBJECT TO PROTECTIVE ORDER.

5. Attached as Exhibit 3 is an excerpt of the transcript of the deposition of Carla Howard on August 5, 2016 pages 28, 29 and 66. FILED UNDER SEAL – SUBJECT TO PROTECTIVE ORDER.

6. Attached as Exhibit 4 is an excerpt of the June 16, 2016 Hearing Transcript pages 20 to 21. D.I. 8765.

7. Attached as Exhibit 5 is an excerpt of the July 20, 2016 Hearing Transcript page 50. D.I. 8969

8. Attached as Exhibit 6 is pages 21 and 24 the declaration of Paul Keglevic dated October 30, 2015. FILED UNDER SEAL – SUBJECT TO PROTECTIVE ORDER.

9. Attached as Exhibit 7 is an excerpt of Energy Future Holdings Corp. 10-k.

10. Attached as Exhibit 8 is a KPMG Letter to IRS re Supplemental Information Requests. EFH06321827. FILED UNDER SEAL – SUBJECT TO PROTECTIVE ORDER.

11. Attached as Exhibit 9 is an excerpt of the transcript of Billie Williamson on August 4, 2016 pages 168 to 170. FILED UNDER SEAL – SUBJECT TO PROTECTIVE ORDER.

12. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 8, 2016.

    /s/ Erik Schneider
    Erik Schneider