# **EXHIBIT 5**

1                MR. MCKANE:  That is correct.

2                THE COURT:  Sorry to interrupt, Mr. Kornberg.

3                MR. KORNBERG:  Oh, no, Your Honor.  I mean that's

4    exactly right, and it is a durable settlement.  And the idea

5    that it becomes not durable because the E-side recoveries

6    may not be what people expected should not be the burden

7    that we on the T-side bear.  So that also affects our lack

8    of enthusiasm for mediation.

9                Your Honor, we believe mediation at this point

10   would be an unproductive diversion of resources and we'd

11   rather see those resources directed at an efficient and

12   dispositive TCEH confirmation hearing.

13               THE COURT:  Okay.  Thank you.  Anything further?

14               MR. ROSNER:  Just two or three --

15               THE COURT:  Two or three points?

16               MR. ROSNER:  When we use the term "transfer" or we

17   use the term "consumption" of the NOLs, there is no doubt

18   that there is use of the estate property, there's use of the

19   NOLs by the T-side that are the E-side NOLs, in order to

20   generate a stepped-up basis of $1 billion.

21               Now, had the E-side gone first, it would have

22   utilized its own NOLs.  It's agreed not to do so, but it's

23   not being compensated for it.  And this is about

24   compensation for use of estate assets.  And again, I did say

25   at the outset, people argued in their papers the merits of