# **EXHIBIT 7**

# UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

# FORM 10-K

☒ ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

**FOR THE FISCAL YEAR ENDED DECEMBER 31, 2015**

— OR —

☐ TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

Commission File Number 1-12833

# Energy Future Holdings Corp.
(Exact name of registrant as specified in its charter)

| Texas | 46-2488810 |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| 1601 Bryan Street, Dallas, TX 75201-3411 | (214) 812-4600 |
| (Address of principal executive offices) (Zip Code) | (Registrant's telephone number, including area code) |

**Securities registered pursuant to Section 12(b) of the Act:** None
**Securities registered pursuant to Section 12(g) of the Act:** None

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.    Yes ☐    No ☒

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.    Yes ☐    No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports) and (2) has been subject to such filing requirements for the past 90 days.    Yes ☒    No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files).    Yes ☒    No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K (229.405 of this chapter) is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K.    ☒

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act.

Large accelerated filer ☐    Accelerated filer ☐    Non-Accelerated filer ☒ (Do not check if a smaller reporting company)
Smaller reporting company ☐

Indicate by check mark if the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).    Yes ☐ No ☒

At February 29, 2016, there were 1,669,861,379 shares of common stock, without par value, outstanding of Energy Future Holdings Corp. (substantially all of which were owned by Texas Energy Future Holdings Limited Partnership, Energy Future Holdings Corp.'s parent holding company, and none of which is publicly traded).

**DOCUMENTS INCORPORATED BY REFERENCE**
None

Table of Contents

We expect to generate additional net operating losses (NOLs) during our Chapter 11 Cases and estimate that we will have approximately $6.8 billion of NOLs at the time of emergence (assuming a June 30, 2016 emergence date). In addition to the NOLs generated through 2015 of approximately $2.8 billion, we expect to generate approximately $4.0 billion of NOLs during the six months ended June 30, 2016 (assuming a June 30, 2016 emergence date), primarily attributable to projected deferred interest deductions associated with debt extinguishment gains of approximately $2.3 billion that are expected to be recognized at emergence, projected deferred losses associated with termination of certain interest rate swaps of approximately $600 million, and projected net losses from ordinary course operations, including interest and tax depreciation deductions of approximately $1.1 billion. See Note 7 to the Financial Statements for detail of deferred income tax assets and liabilities and NOL carryforwards as of December 31, 2015. The projected amount of NOLs at emergence is an estimate that is subject to adjustment, including but not limited to, as a result of the ultimate outcome of the claim against Texas Transmission described in Note 2 to the Financial Statements. Of the projected $6.8 billion of NOLs, we intend to utilize up to approximately $6.3 billion of NOLs to offset taxable gain recognized in connection with the Plan of Reorganization that will result in a step-up in the tax basis of certain assets of TCEH, with the exact amount being utilized depending on, among other things, the fair value and tax basis of the assets included in the transaction resulting in the step-up in tax basis. It is expected that the assets of TCEH (including assets expected to be contributed to Reorganized TCEH as contemplated by the Plan of Reorganization at the time of emergence) will have an aggregate tax basis (exclusive of cash, net working capital, and certain other assets with minimal tax basis) of approximately $5.3 billion at the time of emergence (prior to giving effect to such step-up in tax basis). These amounts do not include any tax basis attributable to the La Frontera CCGTs that would be included in TCEH's assets as of June 30, 2016 if the acquisition of such assets occurs on or prior to such date (see Note 3 to the Financial Statements). The table below provides an estimate of the projected tax basis of certain of our assets at the time of emergence.

| Plant/Asset | Projected Tax Basis as of June 30, 2016 of Depreciable Assets Placed in Service as of December 31, 2014 | Projected Tax Basis of Inventory, Construction Work in Process and 2015 and 2016 Capital Expenditures as of June 30, 2016 | Projected Tax Basis of Non-Depreciable Assets as of June 30, 2016 | Projected Tax Basis as of June 30, 2016 |
|---|---|---|---|---|
| Big Brown | $ 120 | | $ 50 | $ 170 |
| Monticello | $ 340 | $ 150 | $ 160 | $ 650 |
| Martin Lake | $ 420 | $ 270 | $ 220 | $ 910 |
| Sandow 4 | $ 140 | $ 70 | | $ 210 |
| Sandow 5 | $ 540 | $ 20 | $ 50 | $ 610 |
| Oak Grove | $ 1,220 | $ 130 | $ 100 | $ 1,450 |
| Comanche Peak | $ 260 | $ 230 | $ 10 | $ 500 |
| Nuclear fuel | | | | $ 210 |
| Gas plants | $ 140 | $ 10 | | $ 150 |
| TXU Energy | $ 100 | $ 20 | | $ 120 |
| EFH Corporate Services, EFH Properties and other | $ 90 | $ 180 | $ 10 | $ 280 |
| Total | | | | $ 5,260 |

We are seeking a private letter ruling from the IRS regarding the proposed transaction that would result in the step-up in tax basis described above (see Note 2 to the Financial Statements). The determination of which assets will receive a step-up in tax basis depends upon the fair market value and the tax basis of such assets at the time of emergence under the Plan of Reorganization. Applicable GAAP guidance may require deferred tax assets reflected in our financial statements be subjected to a full or partial valuation allowance in future periods, unless and until a transaction occurs that results in the utilization of such deferred tax assets.

*Income Tax Payments* — In the next twelve months, income tax payments related to the Texas margin tax are expected to total approximately $38 million, and no payments or refunds of federal income taxes are expected. However, see Note 6 to the Financial Statements for discussion of future payments to the IRS that were formally assessed in 2015 related to the final conclusion of audit issues for tax years 2008 and 2009. Forecasted payments related to the Texas margin tax have been reduced due to the recent enactment of a rate reduction in the Texas margin tax rate. Income tax payments totaled $53 million, $55 million and $65 million for the years ended December 31, 2015, 2014 and 2013, respectively.

We cannot reasonably estimate the ultimate amounts and timing of tax payments associated with uncertain tax positions, but expect that no material federal income tax payments related to such positions will be made in the next twelve months (see Note 6 to the Financial Statements).