# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS, INC., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: Docket Nos. 9199 & 9224** |
| | ) Hearing Date: August 17, 2016 at 10:00 a.m. |

**JOINDER OF CERTAIN FUNDS AND ACCOUNTS ADVISED OR SUB-ADVISED BY FIDELITY MANAGEMENT & RESEARCH COMPANY OR ITS AFFILIATES TO EFH INDENTURE TRUSTEE AND CONTRARIAN CAPITAL MANAGEMENT, LLC'S OBJECTION TO CONFIRMATION OF THIRD AMENDED JOINT PLAN OF REORGANIZATION OF ENERGY FUTURE HOLDINGS CORP., *ET AL.*, PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE**

Certain funds and accounts advised or sub-advised by Fidelity Management & Research Company or its affiliates (collectively, "Fidelity") file this joinder to the EFH Indenture Trustee and Contrarian Capital Management, LLC's objection (the "Objection") to *Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 9199] (the "Plan").

## JOINDER

Fidelity hereby joins in and adopts the arguments set forth by the EFH Indenture Trustee and Contrarian Capital Management in the Objection.

---

[1] The last four digits of Energy Future Holding Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

**CONCLUSION**

For the reasons set forth in the Objection, Fidelity respectfully requests that this Court deny confirmation of the Plan and grant such other relief as is just and proper.

Dated: Wilmington, Delaware
August 8, 2016

**CROSS & SIMON, LLC**

*/s/ Michael J. Joyce*
Michael J. Joyce (No. 4563)
1105 North Market Street
Suite 901
Wilmington, Delaware 19801
Telephone: (302) 777-4200
Facsimile: (302) 777-4224
Email: mjoyce@crosslaw.com

– and –

**FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP**

Brad Eric Scheler
Gary L. Kaplan
Matthew M. Roose
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004
Telephone: (212) 859-8000
Facsimile: (212) 859-4000
Email: brad.eric.scheler@friedfrank.com
gary.kaplan@friedfrank.com
matthew.roose@friedfrank.com

*Counsel to certain funds and accounts advised or sub-advised by Fidelity Management & Research Company or its affiliates*