# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**Energy Future Holdings, Inc.**, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br>(Jointly Administered)<br><br>**Related to D.I. 8745, 9203** |

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2016, the United States Trustee's Limited Objection, Response and Reservation of Rights with Respect to the Second Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code As it Applies to the TCEH Debtors and EFH Shared Services Debtors (D.I. 8745) was caused to be served upon the following persons *via* regular mail upon the parties listed below:

Edward O. Sassower, P.C.
Stephen E. Hessler, Esquire
Brian E. Schartz, Esquire
Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022-4611

Mark D. Collins, Esquire
Daniel J. DeFranceschi, Esquire
Jason M. Madron, Esquire
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899

Mark E. McKane, Esquire
Michael P. Esser, Esquire
Anna Terteryan, Esquire
Justin Sowa, Esquire
Kirkland & Ellis LLP
555 California Street
San Francisco, CA 94104

James H. M. Sprayregen, Esquire
Marc Kieselstein, Esquire
Chad Husnick, Esquire
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654

Chris Simon, Esquire
Michael J. Joyce, Esquire
Cross & Simon, LLC
913 N. Market Street, 11th Floor
Wilmington, DE 19899

Kurt F. Gwynne, Esquire
Kimberly E.C. Lawson, Esquire
Reed Smith LLP
1201 N. Market Street, Suite 1500
Wilmington, DE 19801

Daniel K. Hogan, Esquire
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE 19806
Christopher A. Ward, Esquire
Justin K. Edelson, Esquire
Shanti M. Katona, Esquire
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801

Harold L. Kaplan, Esquire
Mark F. Hebbeln, Esquire
Lars A. Peterson, Esquire
Foley & Lardner LLP
321 North Clark St., Ste. 2800
Chicago IL 60654

Richard C. Pedone, Esquire
Amanda D. Darwin, Esquire
Lee Harrington, Esquire
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110

Scott L. Alberino, Esquire
Joanna F. Newdeck, Esquire
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, NW
Washington, DC 20036

Raymond H. Lemisch, Esquire
Klehr Harrison Harvey Branzburg LLP
919 Market Street, Suite 1000
Wilmington, Delaware 19801

James M. Peck, Esquire
Brett H. Miller, Esquire
Lorenzo Marinuzzi, Esquire
Todd M. Goren, Esquire
Morrison & Foerster
250 W. 55th Street
New York, NY 10019

Brian D. Glueckstein, Esquire
Andrew Dietderich, Esquire
Michael H. Torkin, Esquire
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

Davis Lee Wright, Esquire
Natalie D. Ramsey, Esquire
Mark Andrew Fink, Esquire
Montgomery, McCracken, Walker & Rhoads
1105 N. Market Street
Suite 1500
Wilmington, DE 19081

David M. Klauder, Esquire
Bielli & Klauder, LLC
1204 N. King Street
Wilmington, DE 19801

Jeff J. Marwil, Esquire
Mark K. Thomas, Esquire
Peter J. Young, Esquire
Proskauer Rose, LLP
Three First National Plaza
70 W. Madison Street, Suite 3800
Chicago, IL 60602

John W. Spiegel, Esquire
Seth Goldman, Esquire
Thomas Walper, Esquire
Todd J. Rosen, Esquire
Munger, Tolles & Olson, LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071

David P. Primack, Esquire
McElroy, Deutsch, Mulvaney & Carpenter, LLP
300 Delaware Street
Suite 770
Wilmington, DE 19801

Joseph H. Huston, Jr., Esquire  
Steven & Lee, PC  
1105 North Market Street, Suite 700  
Wilmington, Delaware 19801  

Michael A. Paskin, Esquire  
Cravath, Swaine and Moore LLP  
Worldwide Plaza  
825 8th Avenue  
New York, NY 10019-7475  

Richard Levin, Esquire  
Jenner & Block  
919 3rd Avenue  
New York, NY 10022-3901  

*/s/Richard L. Schepacarter*  
Richard L. Schepacarter  
Trial Attorney