IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered)<br><br>Re: D.I. 9209 |

## AFFIDAVIT OF SERVICE
## OF MICHELLE D. RUST, PARALEGAL

STATE OF DELAWARE     :
                                            :
NEW CASTLE COUNTY  :

I, Michelle D. Rust, being duly sworn, depose and say:

1. I am employed by Hogan♦McDaniel, counsel to Shirley Fenicle, individually and as successor-in-interest to the Estate of George Fenicle, to David William Fahy, and to John H. Jones in the above-captioned case, and I am not less than 18 years of age; and

2. On August 8, 2016, I caused a true and correct copy of the *Objection of Shirley Fenicle, William Fahy, and John H. Jones to Second Amended Joint Plan of Reorganization of Energy Future Holding Corp. et al, Pursuant to Chapter 11 of the Bankruptcy Code, dated June 26, 2016* [D.I. 9209], to be served on the following counsel of record for the above-captioned Debtors via e-mail:

Mark D. Collins
Daniel J. DeFranceschi
Jason M. Madron
**RICHARDS, LAYTON & FINGER, LLP**
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
collins@rlf.com
defranceschi@rlf.com
madron@rlf.com

James H.M. Sprayregen, P.A.
Marc Kieselstein, P.C.
Chad J. Husnick
Steven N. Serajeddini
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
james.sprayregen@kirkland.com
marc.kieselstein@kirkland.com
chad.husnick@kirkland.com
steven.serajeddini@kirkland.com

Edward O. Sassower, P.C.
Stephen Hessler
Brian E. Schartz
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, New York 10022-4611
Edward.sassower@kirkland.com
Stephen.hessler@kirkland.com
brian.schartz@kirkland.com

      3.      On August 8, 2016, I also caused a true and correct copy of the *Objection of Shirley Fenicle, William Fahy, and John H. Jones to Second Amended Joint Plan of Reorganization of Energy Future Holding Corp. et al, Pursuant to Chapter 11 of the Bankruptcy Code, dated June 26, 2016* [D.I. 9209], to be served via electronic mail on the Participating Parties (as defined in the *Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Debtors' Joint Plan of Reorganization and Approval of Debtors' Disclosure Statement* (D.I. 8514)) at the following electronic mail address set up by the Debtors to allow for service on all Participating Parties: EFH_DS_Discovery_Service_List@kirkland.com.

Dated: August 9, 2016
      Wilmington, Delaware

                                                  Michelle D. Rust

**SWORN AND SUBSCRIBED** before me this 9th day of August, 2016.



                                                    Notary Public