## Exhibit A

## Miller & Chevalier Invoices

# Miller & Chevalier

900 16th Street, NW
Washington, DC  20006-5901
(202) 626-5800  FAX:  (202) 626-5801
E.I.N. 52-1212890

---

Legal Services For:

Jeffrey J. Walker
Vice President, Associate General Counsel & Secretary
Energy Future Holdings
1601 Bryan Street, 43rd Floor
Dallas, TX  75201

| | |
|---|---|
| Period: February 2016 | Invoice No: 339488 |
| | Client/Matter No.: 869938.000018 |
| | Date: March 16, 2016 |

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending February 29, 2016, in connection with:

<u>Pension Funding</u>
<u>E-Bill: Serengeti</u>

| | |
|---|---:|
| Fees | $ 41,779.00 |
| **Total Amount Due** | **$ 41,779.00** |

Energy Future Holdings  
Page 2

Invoice No. 339488  
Client/Matter No. 869938.000018  
March 16, 2016

## TIME DETAIL

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/02/16 | A. Zakupowsky | Confer with ▇ regarding ▇; review ▇. | 2.00 | 845.00 | $ 1,690.00 |
| 02/02/16 | A. G. Provenzano | Review ▇ | 1.75 | 605.00 | 1,058.75 |
| 02/02/16 | E. M. Sweeney | Coordinate with ▇ regarding ▇. | 0.25 | 580.00 | 145.00 |
| 02/02/16 | K. Morrison Sneade | Review ▇ | 0.50 | 540.00 | 270.00 |
| 02/03/16 | A. G. Provenzano | Review ▇ regarding ▇ regarding ▇ | 2.00 | 605.00 | 1,210.00 |
| 02/03/16 | K. Morrison Sneade | Review ▇; ▇ related to same. | 4.25 | 540.00 | 2,295.00 |
| 02/04/16 | A. Zakupowsky | Confer with ▇ regarding ▇. | 1.00 | 845.00 | 845.00 |
| 02/04/16 | K. Morrison Sneade | Review ▇ related to same. | 3.25 | 540.00 | 1,755.00 |
| 02/05/16 | A. Zakupowsky | Review ▇ regarding same. | 1.00 | 845.00 | 845.00 |
| 02/05/16 | A. G. Provenzano | Review ▇ | 1.80 | 605.00 | 1,089.00 |
| 02/05/16 | K. Morrison Sneade | Review ▇ related to ▇ related to same. | 2.75 | 540.00 | 1,485.00 |
| 02/09/16 | K. Morrison Sneade | Review ▇ related to ▇; ▇ related to same. | 2.00 | 540.00 | 1,080.00 |
| 02/10/16 | K. Morrison Sneade | Review ▇ related to ▇ related to same. | 2.25 | 540.00 | 1,215.00 |
| 02/11/16 | K. Morrison Sneade | Review ▇ related to ▇ related to same. | 4.00 | 540.00 | 2,160.00 |
| 02/12/16 | A. Zakupowsky | Confer with ▇ regarding ▇; review materials. | 1.25 | 845.00 | 1,056.25 |
| 02/12/16 | K. Morrison Sneade | Review materials related to ▇ related to same. | 3.00 | 540.00 | 1,620.00 |
| 02/16/16 | A. Zakupowsky | Phone call with ▇ regarding ▇. | 0.50 | 845.00 | 422.50 |
| 02/16/16 | A. G. Provenzano | Review ▇ regarding ▇ | 1.00 | 605.00 | 605.00 |

Energy Future Holdings
Page 3

Invoice No. 339488
Client/Matter No. 869938.000018
March 16, 2016

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/17/16 | C. F. Oliphant III | Office conference with ▉ | 0.50 | 775.00 | 387.50 |
| 02/18/16 | L. J. Asali | Conference with ▉ regarding ▉ research and ▉. | 1.75 | 630.00 | 1,102.50 |
| 02/19/16 | A. G. Provenzano | Review ▉ regarding ▉ | 0.75 | 605.00 | 453.75 |
| 02/23/16 | A. Zakupowsky | Review ▉ and send ▉. | 2.00 | 845.00 | 1,690.00 |
| 02/23/16 | L. J. Asali | Review ▉ draft ▉ of ▉; review ▉; conference with ▉ | 2.50 | 630.00 | 1,575.00 |
| 02/23/16 | A. G. Provenzano | Review ▉ regarding ▉ | 1.50 | 605.00 | 907.50 |
| 02/23/16 | E. M. Sweeney | Review revised ▉ and revised ▉; review ▉ | 9.75 | 580.00 | 5,655.00 |
| 02/24/16 | A. G. Provenzano | Review ▉ regarding ▉ changes. | 1.75 | 605.00 | 1,058.75 |
| 02/25/16 | C. F. Oliphant III | Office conference with ▉ regarding ▉ | 0.25 | 775.00 | 193.75 |
| 02/25/16 | L. J. Asali | Conference with ▉ regarding ▉. | 0.50 | 630.00 | 315.00 |
| 02/25/16 | A. G. Provenzano | Review ▉ and prepare ▉. | 3.25 | 605.00 | 1,966.25 |
| 02/26/16 | L. J. Asali | Conference with ▉ regarding ▉; e-mail ▉ | 1.25 | 630.00 | 787.50 |
| 02/26/16 | A. G. Provenzano | Review ▉ prepare ▉; review ▉ | 5.75 | 605.00 | 3,478.75 |
| 02/29/16 | A. G. Provenzano | Call with ▉ regarding ▉; review ▉ and prepare ▉ | 2.25 | 605.00 | 1,361.25 |

Total Fees                                                                                                      **$  41,779.00**

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| A. Zakupowsky | 7.75 | 845.00 | $ 6,548.75 |
| C. F. Oliphant III | 0.75 | 775.00 | 581.25 |
| L. J. Asali | 6.00 | 630.00 | 3,780.00 |
| A. G. Provenzano | 21.80 | 605.00 | 13,189.00 |
| E. M. Sweeney | 10.00 | 580.00 | 5,800.00 |
| K. Morrison Sneade | 22.00 | 540.00 | 11,880.00 |
| Total Fees | | | $ 41,779.00 |

# Miller & Chevalier

900 16th Street, NW
Washington, DC  20006-5901
(202) 626-5800  FAX:  (202) 626-5801
E.I.N. 52-1212890

---

## REMITTANCE PAGE

### For Professional Services Rendered

Jeffrey J. Walker
Vice President, Associate General Counsel & Secretary
Energy Future Holdings
1601 Bryan Street, 43rd Floor
Dallas, TX  75201

PLEASE INDICATE  INVOICE NUMBER ON REMITTANCE
Invoice No: 339488
Client/Matter No: 869938.000018
March 16, 2016

---

| | |
|---|---:|
| Balance Due From Previous Statement | $ 156,379.85 |
| Payments Received Since Previous Statement | (130,363.35) |
| **Previous Balance Due** | **26,016.50** |
| Total Fees and Expenses - Current Period | 41,779.00 |
| **Total Amount Due** | **$ 67,795.50** |

### OUTSTANDING STATEMENTS

| **Date** | **Invoice** | **Invoice Amount** | **Payment Received** | **Balance** |
|---|---|---|---|---|
| 02/18/16 | 339332 | $26,016.50 | $0.00 | $26,016.50 |

### AGING

| **Current** | **31-60 Days** | **61-90 Days** | **91-120 Days** | **Over 120 Days** |
|---|---|---|---|---|
| $26,016.50 | $0.00 | $0.00 | $0.00 | $0.00 |

---

**PLEASE RETURN THIS COPY WITH YOUR PAYMENT TO:**
**Miller & Chevalier Chartered, P.O. BOX 758604, Baltimore, MD  21275-8604**

| PAYMENT BY WIRE ONLY: | | PAYMENT BY ACH ONLY: | |
|---|---|---|---|
| BANK: | WELLS FARGO WASHINGTON, D.C. | BANK: | WELLS FARGO WASHINGTON, D.C. |
| ACCOUNT: | 2000002972561 | ACCOUNT: | 2000002972561 |
| ABA: | 121000248 | ABA: | 054001220 |
| SWIFT CODE: | WFBIUS6S | | |

# Miller & Chevalier

900 16th Street, NW
Washington, DC  20006-5901
(202) 626-5800  FAX:  (202) 626-5801
E.I.N. 52-1212890

Legal Services For:

Jeffrey J. Walker
Vice President, Associate General Counsel & Secretary
Energy Future Holdings
1601 Bryan Street, 43rd Floor
Dallas, TX  75201

Period: March 2016

Invoice No: 339945
Client/Matter No.: 869938.000018
Date: April 11, 2016

FOR PROFESSIONAL SERVICES RENDERED
for the period ending March 31, 2016, in connection with:

<u>Pension Funding</u>
<u>E-Bill: Serengeti</u>

| | |
|---|---|
| Fees | $ 131,678.50 |
| Expenses | 2.00 |
| **Total Amount Due** | **$ 131,680.50** |

Energy Future Holdings
Page 2

Invoice No. 339945
Client/Matter No. 869938.000018
April 11, 2016

## TIME DETAIL

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/24/16 | E. M. Sweeney | Review prior versions of ▓▓, ▓▓ and underlying ▓▓; coordinate with ▓▓ regarding ▓▓; review ▓▓. | 12.25 | 580.00 | $ 7,105.00 |
| 02/25/16 | E. M. Sweeney | Review ▓▓ regarding ▓▓; revise ▓▓; review ▓▓; attend conference call with ▓▓ regarding ▓▓ and ▓▓. | 8.50 | 580.00 | 4,930.00 |
| 02/26/16 | E. M. Sweeney | Review ▓▓; coordinate with ▓▓ regarding ▓▓; review ▓▓ regarding ▓▓. | 12.00 | 580.00 | 6,960.00 |
| 02/29/16 | E. M. Sweeney | Review ▓▓; coordinate with ▓▓ regarding same; attend conference call with ▓▓; provide update to ▓▓; prepare ▓▓ and ▓▓. | 13.50 | 580.00 | 7,830.00 |
| 03/01/16 | A. G. Provenzano | Call regarding ▓▓ surrounding ▓▓, review ▓▓ regarding ▓▓, review ▓▓ including reviewing various ▓▓ that ▓▓ and where those ▓▓. | 2.50 | 605.00 | 1,512.50 |
| 03/01/16 | E. M. Sweeney | Review background ▓▓ regarding ▓▓; coordinate with ▓▓ regarding same. | 5.00 | 580.00 | 2,900.00 |
| 03/01/16 | K. Morrison Sneade | Research ▓▓; draft ▓▓. | 6.00 | 540.00 | 3,240.00 |
| 03/02/16 | L. J. Asali | Conference with ▓▓ regarding ▓▓. | 0.25 | 630.00 | 157.50 |

Energy Future Holdings
Page 3

Invoice No.339945
Client/Matter No. 869938.000018
April 11, 2016

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| 03/02/16 | A. G. Provenzano | Review ▓ and ▓ for ▓ that received the services. | 1.75 | 605.00 | 1,058.75 |
| 03/02/16 | E. M. Sweeney | Continued review of ▓ regarding ▓. | 2.75 | 580.00 | 1,595.00 |
| 03/02/16 | K. Morrison Sneade | Research ▓; draft ▓. | 4.00 | 540.00 | 2,160.00 |
| 03/03/16 | A. G. Provenzano | Prepare ▓ and review concerning ▓. | 2.00 | 605.00 | 1,210.00 |
| 03/03/16 | E. M. Sweeney | Review ▓; prepare ▓ and ▓. | 6.75 | 580.00 | 3,915.00 |
| 03/03/16 | K. Morrison Sneade | Research ▓; draft ▓. | 3.50 | 540.00 | 1,890.00 |
| 03/04/16 | A. G. Provenzano | Review ▓, review ▓. | 2.50 | 605.00 | 1,512.50 |
| 03/04/16 | E. M. Sweeney | Prepare ▓. | 7.25 | 580.00 | 4,205.00 |
| 03/08/16 | E. M. Sweeney | Review ▓. | 0.25 | 580.00 | 145.00 |
| 03/08/16 | K. Morrison Sneade | Research on ▓; revisions to ▓. | 2.00 | 540.00 | 1,080.00 |
| 03/09/16 | L. J. Asali | Review revised ▓; e-mail comments to ▓ and ▓. | 1.75 | 630.00 | 1,102.50 |
| 03/09/16 | A. G. Provenzano | Review ▓ regarding ▓. | 1.75 | 605.00 | 1,058.75 |
| 03/09/16 | E. M. Sweeney | Review ▓ regarding ▓. | 2.00 | 580.00 | 1,160.00 |
| 03/09/16 | K. Morrison Sneade | Revisions to ▓. | 3.00 | 540.00 | 1,620.00 |
| 03/10/16 | A. G. Provenzano | Review ▓ call regarding same. | 2.00 | 605.00 | 1,210.00 |
| 03/10/16 | E. M. Sweeney | Review ▓ and revise ▓. | 8.25 | 580.00 | 4,785.00 |
| 03/10/16 | K. Morrison Sneade | Review ▓ from ▓; make revisions to same. | 1.50 | 540.00 | 810.00 |

Energy Future Holdings  
Page 4

Invoice No.339945  
Client/Matter No. 869938.000018  
April 11, 2016

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/11/16 | L. J. Asali | Review revised ▉ regarding ▉. | 0.50 | 630.00 | 315.00 |
| 03/11/16 | A. G. Provenzano | Review ▉ and ▉ receiving ▉. | 2.30 | 605.00 | 1,391.50 |
| 03/12/16 | E. M. Sweeney | Review ▉; revise ▉. | 6.00 | 580.00 | 3,480.00 |
| 03/14/16 | A. G. Provenzano | Prepare ▉ regarding ▉ and whether ▉. | 1.80 | 605.00 | 1,089.00 |
| 03/14/16 | E. M. Sweeney | Review ▉ and ▉; revise ▉. | 13.25 | 580.00 | 7,685.00 |
| 03/15/16 | E. M. Sweeney | Review ▉ in preparation for ▉. | 0.50 | 580.00 | 290.00 |
| 03/16/16 | E. M. Sweeney | Review ▉ and ▉. | 1.00 | 580.00 | 580.00 |
| 03/17/16 | A. G. Provenzano | Call regarding ▉; review ▉. | 2.80 | 605.00 | 1,694.00 |
| 03/17/16 | E. M. Sweeney | Attend conference call regarding ▉; revise and update ▉. | 5.25 | 580.00 | 3,045.00 |
| 03/18/16 | A. G. Provenzano | Review ▉. | 1.30 | 605.00 | 786.50 |
| 03/18/16 | E. M. Sweeney | Incorporate ▉; coordinate with ▉ regarding same. | 7.00 | 580.00 | 4,060.00 |
| 03/21/16 | A. G. Provenzano | Review ▉; prepare and review ▉ regarding ▉. | 3.30 | 605.00 | 1,996.50 |
| 03/21/16 | E. M. Sweeney | Review ▉. | 1.00 | 580.00 | 580.00 |
| 03/23/16 | L. J. Asali | Conference with ▉ regarding ▉; prep for same; review ▉. | 1.75 | 630.00 | 1,102.50 |
| 03/23/16 | A. G. Provenzano | Call regarding ▉; review ▉ regarding ▉. | 2.30 | 605.00 | 1,391.50 |
| 03/23/16 | E. M. Sweeney | Prepare for and attend ▉; review ▉. | 2.00 | 580.00 | 1,160.00 |
| 03/23/16 | K. Morrison Sneade | Telephone conference ▉; preparation and follow up. | 1.25 | 540.00 | 675.00 |

Energy Future Holdings
Page 5

Invoice No.339945
Client/Matter No. 869938.000018
April 11, 2016

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/24/16 | L. J. Asali | Review ▓▓▓; regarding ▓▓▓; e-mail ▓▓▓ regarding ▓▓▓ | 1.50 | 630.00 | 945.00 |
| 03/24/16 | A. G. Provenzano | Review ▓▓▓; review ▓▓▓; review ▓▓▓ | 1.80 | 605.00 | 1,089.00 |
| 03/24/16 | E. M. Sweeney | Review past ▓▓▓ regarding ▓▓▓; coordinate with ▓▓▓ | 3.00 | 580.00 | 1,740.00 |
| 03/25/16 | A. G. Provenzano | Review ▓▓▓; review ▓▓▓ regarding ▓▓▓. | 2.30 | 605.00 | 1,391.50 |
| 03/25/16 | E. M. Sweeney | Review ▓▓▓; coordinate with ▓▓▓ regarding ▓▓▓ | 1.00 | 580.00 | 580.00 |
| 03/28/16 | L. J. Asali | Conference with ▓▓▓; follow-up ▓▓▓; draft e-mail ▓▓▓ regarding ▓▓▓ | 1.25 | 630.00 | 787.50 |
| 03/28/16 | A. G. Provenzano | Review ▓▓▓ regarding ▓▓▓ compared to those ▓▓▓, call regarding same, prepare ▓▓▓; review ▓▓▓ regarding ▓▓▓ | 5.75 | 605.00 | 3,478.75 |
| 03/28/16 | E. M. Sweeney | Coordinate with ▓▓▓; review revised ▓▓▓; prepare for and attend ▓▓▓ | 4.50 | 580.00 | 2,610.00 |
| 03/28/16 | K. Morrison Sneade | Research on ▓▓▓ | 0.50 | 540.00 | 270.00 |
| 03/29/16 | L. J. Asali | Analysis regarding ▓▓▓; e-mail ▓▓▓ | 1.25 | 630.00 | 787.50 |
| 03/29/16 | A. G. Provenzano | Review revised ▓▓▓, review ▓▓▓ | 3.25 | 605.00 | 1,966.25 |
| 03/29/16 | E. M. Sweeney | Prepare ▓▓▓; review ▓▓▓ to ▓▓▓ | 6.00 | 580.00 | 3,480.00 |

Energy Future Holdings
Page 6

Invoice No.339945
Client/Matter No. 869938.000018
April 11, 2016

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/30/16 | L. J. Asali | Continue ▓ regarding ▓; conference with ▓; draft ▓; e-mails; conference with ▓; conference with ▓ regarding ▓ | 2.50 | 630.00 | 1,575.00 |
| 03/30/16 | A. G. Provenzano | Call regarding ▓; call regarding ▓; prepare ▓ regarding same; review ▓; prepare ▓ | 5.30 | 605.00 | 3,206.50 |
| 03/30/16 | E. M. Sweeney | Revise ▓; prepare for and attend ▓; prepare for and attend ▓ | 8.75 | 580.00 | 5,075.00 |
| 03/30/16 | K. Morrison Sneade | Research related to ▓; discussions with ▓ and ▓ regarding same. | 1.25 | 540.00 | 675.00 |
| 03/31/16 | A. G. Provenzano | Prepare ▓ | 1.50 | 605.00 | 907.50 |
| 03/31/16 | E. M. Sweeney | Review ▓ for ▓; review and revise ▓; review ▓ and ▓ regarding ▓ | 8.00 | 580.00 | 4,640.00 |

Total Fees $ **131,678.50**

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| L. J. Asali | 10.75 | 630.00 | $ 6,772.50 |
| A. G. Provenzano | 46.20 | 605.00 | 27,951.00 |
| E. M. Sweeney | 145.75 | 580.00 | 84,535.00 |
| K. Morrison Sneade | 23.00 | 540.00 | 12,420.00 |
| Total Fees | | | $ 131,678.50 |

## EXPENSE SUMMARY

| Description | Amount |
|---|---|
| Telephone | $ 2.00 |
| Total Expenses | $ 2.00 |

# Miller & Chevalier

900 16th Street, NW
Washington, DC  20006-5901
(202) 626-5800  FAX: (202) 626-5801
E.I.N. 52-1212890

## REMITTANCE PAGE

### For Professional Services Rendered

Jeffrey J. Walker
Vice President, Associate General Counsel & Secretary
Energy Future Holdings
1601 Bryan Street, 43rd Floor
Dallas, TX  75201

PLEASE INDICATE INVOICE NUMBER ON REMITTANCE
Invoice No: 339945
Client/Matter No: 869938.000018
April 11, 2016

| | |
|---|---:|
| Balance Due From Previous Statement | $ 67,795.50 |
| Total Fees and Expenses - Current Period | 131,680.50 |
| **Total Amount Due** | **$ 199,476.00** |

### OUTSTANDING STATEMENTS

| Date | Invoice | Invoice Amount | Payment Received | Balance |
|---|---|---|---|---|
| 02/18/16 | 339332 | $26,016.50 | $0.00 | $26,016.50 |
| 03/16/16 | 339488 | $41,779.00 | $0.00 | $41,779.00 |

### AGING

| Current | 31-60 Days | 61-90 Days | 91-120 Days | Over 120 Days |
|---|---|---|---|---|
| $41,779.00 | $26,016.50 | $0.00 | $0.00 | $0.00 |

**PLEASE RETURN THIS COPY WITH YOUR PAYMENT TO:**
**Miller & Chevalier Chartered, P.O. BOX 758604, Baltimore, MD  21275-8604**

| PAYMENT BY WIRE ONLY: | | PAYMENT BY ACH ONLY: | |
|---|---|---|---|
| BANK: | WELLS FARGO WASHINGTON, D.C. | BANK: | WELLS FARGO WASHINGTON, D.C. |
| ACCOUNT: | 2000002972561 | ACCOUNT: | 2000002972561 |
| ABA: | 121000248 | ABA: | 054001220 |
| SWIFT CODE: | WFBIUS6S | | |

# Miller & Chevalier

900 16th Street, NW
Washington, DC  20006-2901
(202) 626-5800  FAX: (202) 626-5801
E.I.N. 52-1212890

Legal Services For:
Jeffrey J. Walker
Vice President, Associate General Counsel & Secretary
Energy Future Holdings
1601 Bryan Street, 43rd Floor
Dallas, TX  75201

Period: April 2016

Invoice No: 340436
Client/Matter No.: 869938.000018
Date: May 31, 2016

FOR PROFESSIONAL SERVICES RENDERED
for the period ending April 30, 2016, in connection with:

<u>Pension Funding</u>
<u>E-Bill: Serengeti</u>

| | |
|---|---:|
| Fees | $ 19,785.00 |
| Expenses | 2.20 |
| **Total Amount Due** | **$ 19,787.20** |

2192812.1

Energy Future Holdings
Page 2

Invoice No. 340436
Client/Matter No. 869938.000018
May 31, 2016

## TIME DETAIL

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/01/16 | L. J. Asali | Review ▓ draft ▓ ▓; e-mail exchange with ▓ | 1.00 | 630.00 | $  630.00 |
| 04/01/16 | E. M. Sweeney | Attend conference call regarding ▓; coordinate with ▓ regarding ▓ ▓; revise ▓ | 5.00 | 580.00 | 2,900.00 |
| 04/04/16 | A. G. Provenzano | Review comments to ▓ ▓, review ▓ | 1.75 | 605.00 | 1,058.75 |
| 04/04/16 | E. M. Sweeney | Review ▓; review and revise ▓ | 2.00 | 580.00 | 1,160.00 |
| 04/05/16 | A. G. Provenzano | Review revised ▓ prepare ▓ ▓. | 1.75 | 605.00 | 1,058.75 |
| 04/05/16 | E. M. Sweeney | Review and revise ▓ ▓ | 1.25 | 580.00 | 725.00 |
| 04/06/16 | A. G. Provenzano | Review ▓ regarding ▓ ▓ comments; call regarding same. | 3.25 | 605.00 | 1,966.25 |
| 04/06/16 | E. M. Sweeney | Prepare for and attend conference call regarding ▓ ▓. | 1.50 | 580.00 | 870.00 |
| 04/08/16 | A. G. Provenzano | Review ▓ issues ▓ and ▓, review ▓ | 2.25 | 605.00 | 1,361.25 |
| 04/13/16 | A. G. Provenzano | Review ▓ issues regarding ▓ ▓. | 1.75 | 605.00 | 1,058.75 |
| 04/15/16 | L. J. Asali | E-mail exchange regarding ▓ ▓ for ▓. | 0.25 | 630.00 | 157.50 |
| 04/15/16 | A. G. Provenzano | Review ▓, review ▓ ▓. | 1.25 | 605.00 | 756.25 |
| 04/15/16 | E. M. Sweeney | Review ▓ issues; provide comments. | 1.00 | 580.00 | 580.00 |
| 04/18/16 | A. G. Provenzano | ▓; review ▓. | 2.75 | 605.00 | 1,663.75 |
| 04/18/16 | E. M. Sweeney | Review ▓; review and revise ▓ | 3.50 | 580.00 | 2,030.00 |
| 04/19/16 | A. G. Provenzano | Review ▓ and ▓. | 1.50 | 605.00 | 907.50 |
| 04/19/16 | E. M. Sweeney | Coordinate with ▓ regarding ▓. | 0.25 | 580.00 | 145.00 |
| 04/29/16 | A. G. Provenzano | Review ▓ issues. | 1.25 | 605.00 | 756.25 |

2192812.1

Energy Future Holdings  
Page 3

Invoice No.340436  
Client/Matter No. 869938.000018  
May 31, 2016

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Total Fees | | | | | **$ 19,785.00** |

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| L. J. Asali | 1.25 | 630.00 | $ 787.50 |
| A. G. Provenzano | 17.50 | 605.00 | 10,587.50 |
| E. M. Sweeney | 14.50 | 580.00 | 8,410.00 |
| Total Fees | | | $ 19,785.00 |

## EXPENSE SUMMARY

| Description | Amount |
|---|---|
| Telephone | $ 2.20 |
| Total Expenses | $ 2.20 |

2192812.1

**Miller & Chevalier**

900 16th Street, NW
Washington, DC  20006-2901
(202) 626-5800  FAX:  (202) 626-5801
E.I.N. 52-1212890

---

### REMITTANCE PAGE

#### For Professional Services Rendered

Jeffrey J. Walker
Vice President, Associate General Counsel & Secretary
Energy Future Holdings
1601 Bryan Street, 43rd Floor
Dallas, TX  75201

PLEASE INDICATE INVOICE NUMBER ON REMITTANCE
Invoice No: 340436
Client/Matter No: 869938.000018
May 31, 2016

---

| | |
|---|---:|
| Balance Due From Previous Statement | $ 199,476.00 |
| Total Fees and Expenses - Current Period | 19,787.20 |
| **Total Amount Due** | **$ 219,263.20** |

#### OUTSTANDING STATEMENTS

| Date | Invoice | Invoice Amount | Payment Received | Balance |
|---|---|---|---|---|
| 02/18/16 | 339332 | $26,016.50 | $0.00 | $26,016.50 |
| 03/16/16 | 339488 | $41,779.00 | $0.00 | $41,779.00 |
| 04/11/16 | 339945 | $131,680.50 | $0.00 | $131,680.50 |

#### AGING

| Current | 31-60 Days | 61-90 Days | 91-120 Days | Over 120 Days |
|---|---|---|---|---|
| $0.00 | $131,680.50 | $41,779.00 | $26,016.50 | $0.00 |

---

**PLEASE RETURN THIS COPY WITH YOUR PAYMENT TO:**
**Miller & Chevalier Chartered, P.O. BOX 758604, Baltimore, MD  21275-8604**

| PAYMENT BY <u>WIRE</u> ONLY: | | PAYMENT BY <u>ACH</u> ONLY: | |
|---|---|---|---|
| BANK: | WELLS FARGO WASHINGTON, D.C. | BANK: | WELLS FARGO WASHINGTON, D.C. |
| ACCOUNT: | 2000002972561 | ACCOUNT: | 2000002972561 |
| ABA: | 121000248 | ABA: | 054001220 |
| SWIFT CODE: | WFBIUS6S | | |

2192812.1