# EXHIBIT A

**Statement of Fees and Expenses by Subject Matter**

| Project Category Number | Matter Description | Total Hours Billed | Total Fees Requested |
|---|---|---:|---:|
| 002 | Asset Disposition | 0.60 | $585.00 |
| 007 | Case Administration | 8.30 | $2,739.00 |
| 008 | Claims Administration and Objections | 4.60 | $4,219.00 |
| 011 | Employment and Fee Applications | 10.80 | $6,552.00 |
| 013 | Financing and Cash Collateral | 4.20 | $4,427.50 |
| 015 | Meetings and Communications with Creditors | 8.60 | $8,769.00 |
| 016 | Non-Working Travel | 8.00 | $7,160.00 |
| 017 | Plan and Disclosure Statement | 45.20 | $48,204.50 |
| 021 | Tax | 25.70 | $28,152.00 |
| 023 | Discovery | 23.00 | $21,090.50 |
| 024 | Hearings | 5.30 | $5,017.50 |
| 032 | Time Entry Review | 0.80 | $620.00 |
| 033 | Fee Objection Discussion and Litigation | 2.80 | $2,290.00 |
| **Total Incurred:** | | **147.90** | **$139,826.00** |
| **Less Client Accommodation for Non-Working Travel (50% of fee incurred):** | | **4.00** | **$(3,580.00)** |
| **Less Client Accommodation for Time Entry Review (100% of fees incurred):** | | **0.80** | **$(620.00)** |
| **Total Requested:** | | **143.10** | **$135,626.00** |

| Service Description | Amount |
|---|---|
| Travel | $355.50 |
| On-line Research - OTHER DATABASE | $284.34 |
| **Total Requested** | **$639.84** |

## **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The Morrison & Foerster attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Goren, Todd M. | Partner | 2003 | Business Restructuring & Insolvency | $975.00 | 39.30 | $38,317.50 |
| Humphreys, Thomas A. | Partner | 1977 | Tax | $1,300.00 | 15.00 | $19,500.00 |
| Lawrence, J. Alexander | Partner | 1996 | Litigation | $995.00 | 0.20 | $199.00 |
| Miller, Brett H. | Partner | 1992 | Business Restructuring & Insolvency | $1,150.00 | 39.00 | $44,850.00 |
| Reigersman, Remmelt A. | Partner | 2007 | Tax | $925.00 | 3.80 | $3,515.00 |
| Harris, Daniel J. | Associate | 2008 | Business Restructuring & Insolvency | $775.00 | 16.10 | $12,477.50 |
| Humphrey, Nicole M. | Associate | 2013 | Tax | $450.00 | 0.80 | $360.00 |
| Lau, Matthew Y. | Associate | 2010 | Tax | $770.00 | 4.60 | $3,542.00 |
| Richards, Erica J. | Associate | 2007 | Business Restructuring & Insolvency | $785.00 | 16.40 | $12,874.00 |

ny-1242893

The paraprofessionals of Morrison & Foerster who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Guido, Laura | Senior Paralegal | 8.5 years | Business Restructuring & Insolvency | $330.00 | 12.70 | $4,191.00 |
| **Total Incurred:** | | | | | 147.90 | $139,826.00 |
| **Less Client Accommodation for Non-Working Travel (50% of fees incurred):** | | | | | 4.00 | $(3,580.00) |
| **Less Client Accommodation for Time Entry Review (100% of fees incurred):** | | | | | 0.80 | $(620.00) |
| **Total Requested:** | | | | | 143.10 | $135,626.00 |

## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

ny-1242893

## ALL - Expense Summary

| Service Description | Amount |
|---|---|
| Travel | $355.50 |
| On-line Research - OTHER DATABASE | $284.34 |
| **Total Requested** | **$639.84** |

ny-1242893

# EXHIBIT D

**Detailed Description of Expenses and Disbursements**

**MORRISON | FOERSTER**

PO BOX 742335
LOS ANGELES
CALIFORNIA 90074-2335

TELEPHONE: 415 268 7000
FACSIMILE: 415 268 7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON D.C.,
DENVER, NORTHERN VIRGINIA,
SACRAMENTO

TOKYO, BEIJING, SHANGHAI,
HONG KONG, SINGAPORE

LONDON, BRUSSELS, BERLIN

Paul Keglevic
Energy Future Holdings Corp.
1601 Bryan Street
Dallas, Texas  75201

**Taxpayer ID #** ▇▇▇▇▇▇
Invoice Number:  5548312
Invoice Date:  August 9, 2016

Client/Matter Number:  073697-0000001

Matter Name:  BANKRUPTCY OF ENERGY FUTURE HOLDINGS

RE:        BANKRUPTCY OF ENERGY FUTURE HOLDINGS

*Disbursements Incurred through June 30, 2016*

|  | U.S. Dollars |
|---|---:|
| Current Disbursements | 639.84 |
| **Total This Invoice** | **639.84** |

**Payment may be made by Electronic Funds transfer to the firm's account**

# MORRISON | FOERSTER

Matter Number: 073697-0000001  
Matter Name: BANKRUPTCY OF ENERGY FUTURE HOLDINGS

Invoice Number: 5548312  
Invoice Date: August 9, 2016

## Disbursement Detail

| Date | Description | Value |
|---|---|---|
| 30-Jun-16 | On-line Research - OTHER DATABASE (JUNE 1-JUNE 30) | 258.00 |
| 16-Jun-16 | Travel, parking, T. Goren, at train station for hearing 6/16/16 | 21.00 |
| 16-Jun-16 | Travel, taxi/car service, T. Goren, ground travel to court from train station, 6/16/16 | 8.00 |
| 16-Jun-16 | Travel, train, T. Goren, train to Delaware for hearing, 6/16/16 | 156.00 |
| 16-Jun-16 | Travel, train, T. Goren, connecting train from New Jersey, 6/16/16 | 5.25 |
| 16-Jun-16 | Travel, train, T. Goren, return travel from hearing in Delaware, 6/16/16 | 156.00 |
| 17-Jun-16 | Travel meals, T. Goren, lunch while in Delaware for hearing, 6/16/16 | 9.25 |
| 30-Jun-16 | On-line Research - OTHER DATABASE 6400 CSC TRUST CO. OF DELAWARE V. ENERGY FUTURE HOLDI 22 | 8.78 |
| 30-Jun-16 | On-line Research - OTHER DATABASE 6375 IN RE: ENERGY FUTURE HOLDINGS 22 | 8.78 |
| 30-Jun-16 | On-line Research - OTHER DATABASE 6744 ENERGY FUTURE HOLDINGS V. TEXAS TRANSMISSION INV 22 | 8.78 |
| | **Current Disbursements** | **639.84** |