## **Exhibit A**

Monticello Invoices

Boral Material Technologies LLC
45 Northeast Loop 410, Suite 700
San Antonio, TX 78216

**INVOICE**



For Inquiries:
Phone: 210-349-4069
Fax: 210-349-9551

Build something great™

| BILL TO | LUMINANT POWER-MONTICELLO | | INVOICE |
|---|---|---|---|
| | P.O. BOX 1266 | | PLEASE REMIT PAYMENT TO: P.O. BOX 731146 |
| | MOUNT PLEASANT   TX   75456 | | DALLAS, TX 75373-1146 |

| INVOICE NO. | PG | INVOICE DATE | CUST. ACCT. NO. | TERMS | DUE DATE |
|---|---|---|---|---|---|
| 1323180 | 1 | 03/31/2014 | 401881 | Net due in 30 days | 04/30/2014 |

| B.O.L. NO. | B.O.L. DATE | SOURCE PLANT | QUANTITY | UNIT | PRICE PRODUCT | EXTENSION |
|---|---|---|---|---|---|---|
| CARRIER | PRODUCT | | CUSTOMER DESTINATION | | P.O. NUMBER | |
| MN-22814-1 | 02/28/2014 | Monticello | 197.00 | TON | $30.25 | $5,959.25 |
| NOT APPLICABLE | DISPOSAL- FLY ASH - PAID | | PLANT MONTICELLO, MOUNT P | | | |
| Non Spec Fly Ash Disposal Fee - Feb 2014 | | | | | | |
| MN-33114-1 | 03/31/2014 | Monticello | 311.00 | TON | $30.25 | $9,407.75 |
| NOT APPLICABLE | DISPOSAL- FLY ASH - PAID | | PLANT MONTICELLO, MOUNT P | | | |
| Non Spec Fly Ash Disposal Fee - March 2013 | | | | | | |

*For billing questions, please contact the Boral Material Technologies office:*
*(210) 341-6182*

| | |
|---|---|
| Invoice SubTotal: | $15,367.00 |
| Freight Total: | $0.00 |
| Tax Total: | $0.00 |
| **Grand Total:** | **$15,367.00** |

**Comment:**

All sales are subject to Boral Material Technologies Inc.'s Terms and Conditions
**Thank You for Your Business**
Please provide account & invoice number on your remittance

Boral Material Technologies LLC
45 Northeast Loop 410, Suite 700
San Antonio, TX 78216

**INVOICE**



For Inquiries:
Phone: 210-349-4069
Fax: 210-349-9551

# Build something great™

| BILL TO | LUMINANT POWER-MONTICELLO | | INVOICE |
|---|---|---|---|
| | P.O. BOX 1266 | | PLEASE REMIT PAYMENT TO: P.O. BOX 731146 |
| | MOUNT PLEASANT  TX  75456 | | DALLAS, TX 75373-1146 |

| INVOICE NO. | PG | INVOICE DATE | CUST. ACCT. NO. | TERMS | DUE DATE |
|---|---|---|---|---|---|
| 1329403 | 1 | 04/30/2014 | 401881 | Net due in 30 days | 05/30/2014 |

| B.O.L. NO. | B.O.L. DATE | SOURCE PLANT | QUANTITY | UNIT | PRICE PRODUCT | EXTENSION |
|---|---|---|---|---|---|---|
| CARRIER | PRODUCT | CUSTOMER DESTINATION | | | P.O. NUMBER | |
| MN-43014-1 | 04/30/2014 | Monticello | 201.00 | EA | $30.25 | $6,080.25 |
| NOT APPLICABLE | SITE SERVICES | PLANT MONTICELLO, MOUNT P | | | A1941354 | |
| | NON SPEC FLY ASH DISPOSAL FEE | | | | | |

*For billing questions, please contact the Boral Material Technologies office:*
*(210) 341-6182*

| | |
|---|---|
| Invoice SubTotal: | $6,080.25 |
| Freight Total: | $0.00 |
| Tax Total: | $0.00 |
| **Grand Total:** | **$6,080.25** |

**Comment:**

Paid  $405.35

Bal. $5674.90

All sales are subject to Boral Material Technologies Inc.'s Terms and Conditions
**Thank You for Your Business**
Please provide account & invoice number on your remittance