## **Exhibit B**

Big Brown Invoices

Boral Material Technologies LLC
45 Northeast Loop 410, Suite 700
San Antonio, TX 78216

# INVOICE



For Inquiries:
Phone: 210-349-4069
Fax: 210-349-9551

## Build something great™

| BILL TO | LUMINANT POWER-BIG BROWN | | | INVOICE |
|---|---|---|---|---|
| | BIG BROWN PLANT A/P | | | PLEASE REMIT PAYMENT TO: |
| | | | | P.O. BOX 731146 |
| | FAIRFIELD | TX | 75840 | DALLAS, TX 75373-1146 |

| INVOICE NO. | PG | INVOICE DATE | CUST. ACCT. NO. | TERMS | DUE DATE |
|---|---|---|---|---|---|
| 1323178 | 1 | 03/31/2014 | 401882 | Net due in 30 days | 04/30/2014 |

| B.O.L. NO. | B.O.L. DATE | SOURCE PLANT | QUANTITY | UNIT | PRICE PRODUCT | EXTENSION |
|---|---|---|---|---|---|---|
| CARRIER | PRODUCT | CUSTOMER DESTINATION | | | P.O. NUMBER | |
| BB-33114-1 | 03/31/2014 | Big Brown | 1.00 | EA | $6,165.12 | $6,165.12 |
| NOT APPLICABLE | SITE SERVICES | PLANT BIG BROWN, FAIRFIELD | | | | |
| Big Brown Site Services - March 2014 | | | | | | |

*For billing questions, please contact the Boral Material Technologies office:*
*(210) 341-6182*

| | |
|---|---|
| Invoice SubTotal: | $6,165.12 |
| Freight Total: | $0.00 |
| Tax Total: | $0.00 |
| **Grand Total:** | **$6,165.12** |

**Comment:**

All sales are subject to Boral Material Technologies Inc.'s Terms and Conditions

**Thank You for Your Business**
Please provide account & invoice number on your remittance

Boral Material Technologies LLC
45 Northeast Loop 410, Suite 700
San Antonio, TX 78216

**INVOICE**



For Inquiries:
Phone: 210-349-4069
Fax: 210-349-9551

## Build something great™

| BILL TO | LUMINANT POWER-BIG BROWN |
|---|---|
| | BIG BROWN PLANT A/P |
| | FAIRFIELD    TX    75840 |

INVOICE

PLEASE REMIT PAYMENT TO:
P.O. BOX 731146
DALLAS, TX 75373-1146

| INVOICE NO. | PG | INVOICE DATE | CUST. ACCT. NO. | TERMS | DUE DATE |
|---|---|---|---|---|---|
| 1329053 | 1 | 04/30/2014 | 401882 | Net due in 30 days | 05/30/2014 |

| B.O.L. NO. | B.O.L. DATE | SOURCE PLANT | QUANTITY | UNIT | PRICE PRODUCT | EXTENSION |
|---|---|---|---|---|---|---|
| CARRIER | PRODUCT | CUSTOMER DESTINATION | | | P.O. NUMBER | |
| BB-43014-1 | 04/30/2014 | Big Brown | 1.00 | EA | $14,256.84 | $14,256.84 |
| NOT APPLICABLE | SITE SERVICES | PLANT BIG BROWN, FAIRFIELD | | | | |
| BIG BROWN SITE SERVICES - APRIL 2014 | | | | | | |

*For billing questions, please contact the Boral Material Technologies office:*
*(210) 341-6182*

Invoice SubTotal: $14,256.84
Freight Total: $0.00
Tax Total: $0.00
**Grand Total: $14,256.84**

Comment:

Paid $950.46

Bal. 13,306.38

All sales are subject to Boral Material Technologies Inc.'s Terms and Conditions
**Thank You for Your Business**
Please provide account & invoice number on your remittance