## CERTIFICATE OF SERVICE

I, Katherine Good, do hereby certify that on August 10, 2016, a copy of the foregoing ***Objection of Boral Material Technologies, LLC to Plan Supplement and Proposed Cure Amounts*** was served on the parties on the attached list and in the manner indicated thereon.

*/s/ Katherine Good*
Katherine Good (No. 5101)

**SERVICE LIST**

| **Via Hand Delivery**<br>Richards, Layton & Finger, P.A.<br>902 N. King Street<br>Wilmington, Delaware 19801<br>Attn:  Mark D. Collins, Esq.<br>         Daniel J. DeFranceschi, Esq.<br>         Jason M. Madron, Esq. | **Via First Class Mail**<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Attn:  Edward O. Sassower, P.C.<br>         Stephen E. Hessler, Esq.<br>         Brian E. Schartz, Esq.<br>-and –<br><br>Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Attn:  James H.M. Sprayregan, P.C.<br>         Marc Kieselstein, P.C.<br>         Chad J. Husnick, Esq.<br>         Steven Serajeddini, Esq. |
|---|---|
| **Via Hand Delivery**<br>Bielli & Klauder, LLP<br>1204 N. King Street<br>Wilmington, Delaware 19801<br>Attn:  David M. Klauder, Esq. | **Via First Class Mail**<br>Proskauer Rose LLP<br>Three First National Plaza<br>70 W. Madison Street, Suite 3800<br>Chicago, Illinois 60602<br>Attn:  Jeff J. Marwil, Esq.<br>         Mark K. Thomas, Esq.<br>         Peter J. Young, Esq. |
| **Via Hand Delivery**<br>McElroy, Deutsch, Muvaney & Carpenter, LLP<br>300 Delaware Avenue, Suite 770<br>Wilmington, Delaware 19801<br>Attn:  David P. Primack, Esq. | **Via First Class Mail**<br>Munger, Tolles & Olsen LLP<br>355 S. Grand Avenue, 35th Floor<br>Los Angeles, California 90071<br>Attn:  Thomas B. Walper, Esq.<br>         Todd J. Rosen, Esq.<br>         Seth Goldman, Esq.<br>         John W. Spiegel, Esq. |

| **Via Hand Delivery**<br>Stevens & Lee PC<br>1105 N. Market Street, Suite 700<br>Wilmington, Delaware 19801<br>Attn:   Joseph H. Huston, Jr., Esq. | **Via First Class Mail**<br>Cravath Swain & Moore LLP<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, New York 10019-7475<br>Attn:   Michael A. Paskin, Esq.<br><br>-and-<br><br>Jenner & Block LLP<br>919 Third Avenue<br>New York, New York 10022-3908<br>Attn:   Richard Levin, Esq. |
|---|---|