## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,<br><br>                Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>Jointly Administered<br>**Re:  Docket No. 9188** |

## OBJECTION TO PLAN SUPPLEMENT AND PROPOSED CURE AMOUNT

Accenture LLP hereby objects to the Plan Supplement as it Relates to the TCEH Debtors and EFH Shared Services Debtors for the Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code [Dkt. No. 9188] (the "Plan Supplement") and specifically to the Notice of (A) Executory Contracts and Unexpired Leases to be Assumed Pursuant to the Plan; (B) Cure Amounts, if any; and (C) Related Procedures in Connection Therewith (the "Assumption Notice") received by Accenture LLP, and the cure amounts stated therein.

1.      Accenture LLP was listed on the Plan Supplement and Assumption Notice as having a cure amount of $382,232.00 on an executory contract described as Purchase Agreement for Consulting Services with EFH Corporate Services Company dated December 6, 2010, and a cure amount of $0.00 listed for a Services Agreement of the same date.

2.      EFH Corporate Services Company owes Accenture LLP $442,900.60 for obligations under the Purchase Agreement for Consulting Services.  Accenture LLP believes that EFH Corporate Services Company failed to include an unpaid invoice in the amount of $60,668.60 in the total cure amount.

3.      Accenture LLP is not clear on what Services Agreement is referred to in the Assumption Notice relating to a $0.00 cure amount.  This may be contract under the Purchase Agreement for Consulting Services for which the cure amount is $442,900.60.

4.      The unpaid invoices are summarized as follows:

| Invoice # | Description | Invoice Date | Due Date | Amount |
|---|---|---|---|---|
| 1000652980 | Maximo February 2014 Release | 03/20/2014 | 04/19/2014 | 129,369.00 |
| 1000652976 | Mining Capital Projects Assessment - US | 03/20/2014 | 05/19/2014 | 86,394.00 |
| 1000652977 | Mining Capital Projects Assessment - US | 03/20/2014 | 05/19/2014 | 77,137.00 |
| 1000661530 | Mining Capital Projects Assessment - US | 04/10/2014 | 06/09/2014 | 89,332.00 |
| 1000670584[1] | Mining Capital Projects Assessment - US | 05/20/2014 | 07/19/2014 | 60,668.60 |

True and accurate copies of the referenced invoices are attached hereto as **Group Exhibit A**.

5.      Accenture LLP objects to the cure amount and any assumption or assignment of the executory contracts by EFH Corporate Services Company if $442,900.60 is not paid to cure the defaults under the Purchase Agreement for Consulting Services, and Accenture reserves its rights regarding the Services Agreement referred to in the Assumption Notice with respect to the cure amount or separate assignability of that Services Agreement.

WHEREFORE, Accenture LLP requests that the Court require Debtors to pay $442,900.60 to cure the defaults under Purchase Agreement for Consulting Services in connection with the proposed assumption, to provide clarity on the Services Agreement proposed to be assumed and assigned and require that all defaults be cured prior to assumption, and grant such other and further relief as is just and appropriate under the circumstances.

---

[1]      Invoice 1000670584 was issued post-petition and includes charges for a period straddling the petition date. No part of this invoice has been paid.

Respectfully submitted,

**SAUL EWING LLP**

By: _____

Lucian B. Murley (DE Bar No. 4892)
1201 North Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE  19899
(302) 421-6898
(302) 421-5864 (Fax)
lmurley@saul.com

-and-

Brian W. Hockett
**THOMPSON COBURN LLP**
One US Bank Plaza
St. Louis, MO  63101
(314) 552-6461
(314) 552-7000 (Fax)
bhockett@thompsoncoburn.com

*Attorneys for Accenture LLP*

Dated:  August 10, 2016

654522.1 08/10/2016