# Exhibit A



Accenture LLP
161 N. Clark St.
Chicago, IL 60601
USA
Tel: 312-693-0161

03/20/2014                                    INVOICE 1000652976

Energy Futures Holdings                       Customer ID: ███0996
1601 Bryan St
DALLAS, TX 75201
USA

Mining Program Management Project
Fees and Expenses January 2014

|  | Tax Rate |  |  |
|---|---|---|---|
| Project/Program management - Fees | 0% | USD | 70,600.00 |
| Project/Program management - Reimbursable Expenses | 0% | USD | 15,794.00 |
| Total Amount |  | USD | 86,394.00 |

Please remit by payment due date: 05/19/2014

Invoice Reference: 1000652976                 Federal Tax Identification Number: ███904
Amount: US Dollar 86,394.00

Please remit Electronic Payment with above invoice information to:
    Accenture LLP
    JPMorgan Chase Bank, N.A.
    Account Number: ███
    ABA Number: ███
    Qualifier: Invoice 1000652976

EXHIBIT A

1 / 1



Accenture LLP
161 N. Clark St.
Chicago, IL 60601
USA
Tel: 312-693-0161

03/20/2014                                                  INVOICE 1000652977

Energy Futures Holdings                                     Customer ID: ▉0996
1601 Bryan St
DALLAS, TX 75201
USA

Mining Program Management Project
Fees and Expenses February 2014

|  | Tax Rate |  |  |
|---|---|---|---|
| Project/Program management - Fees | 0% | USD | 67,070.00 |
| Project/Program management - Reimbursable Expenses | 0% | USD | 10,067.00 |
| Total Amount |  | USD | 77,137.00 |

Please remit by payment due date: 05/19/2014

Invoice Reference: 1000652977                               Federal Tax Identification Number: ▉904
Amount: US Dollar 77,137.00

Please remit Electronic Payment with above invoice information to:
    Accenture LLP
    JPMorgan Chase Bank, N.A.
    Account Number: ▉
    ABA Number: ▉
    Qualifier: Invoice 1000652977

1 / 1



Accenture LLP
161 N. Clark St.
Chicago, IL 60601
USA
Tel: 312-693-0161

03/20/2014                                         INVOICE 1000652980

Energy Futures Holdings                            Customer ID: ▮0996
1601 Bryan St
DALLAS, TX 75201
USA

"February Release Fees and Expenses February 2013"

|  | Tax Rate |  |  |
|---|---|---|---|
| "Configuration of 3rd Party Canned Software - Fees" | 0% | USD | 110,160.00 |
| Configuration of 3rd Party Canned Software - Reimbursable Expenses | 0% | USD | 19,209.00 |
| Total Amount |  | USD | 129,369.00 |

Please remit EFT payments to:
Accenture LLP



Accenture LLP
161 N. Clark St.
Chicago, IL 60601
USA
Tel: 312-693-0161

03/20/2014

INVOICE 1000652980

Energy Futures Holdings
1601 Bryan St
DALLAS, TX 75201
USA

(Continued from previous page.)
JP Morgan Chase Bank N.A.
Account Number: ▮
ABA Number: ▮

Please remit by payment due date: 04/19/2014

Invoice Reference: 1000652980
Amount: US Dollar  129,369.00

Federal Tax Identification Number: ▮904

Please remit checks to:
    Accenture LLP
    P.O. Box  70629
    Chicago, IL 60673-0629
    Qualifier: Invoice  1000652980



Accenture LLP
161 N. Clark St.
Chicago, IL 60601
USA
Tel: 312-693-0161

04/10/2014

Energy Futures Holdings
1601 Bryan St
DALLAS, TX 75201
USA

INVOICE 1000661530

Customer ID ▇996

Mining Program Management Project
Fees and Expenses March 2014

|  | Tax Rate |  |  |
|---|---|---|---|
| Project/Program management - Fees | 0% | USD | 74,130.00 |
| Project/Program management - Reimbursable Expenses | 0% | USD | 15,202.00 |
| Total Amount |  | USD | 89,332.00 |

Please remit by payment due date: 06/09/2014

Invoice Reference: 1000661530
Amount: US Dollar 89,332.00

Federal Tax Identification Number: ▇2904

Please remit Electronic Payment with above invoice information to:
  Accenture LLP
  JPMorgan Chase Bank, N.A.
  Account Number: ▇
  ABA Number: ▇
  Qualifier: Invoice 1000661530

1 / 1



Accenture LLP
161 N. Clark St.
Chicago, IL 60601
USA
Tel: 312-693-0161

05/20/2014

Energy Futures Holdings
1601 Bryan St
DALLAS, TX 75201
USA

INVOICE 1000670584

Customer ID: ████0996

Mining Program Management Project
Fees and Expenses April 2014

|  | Tax Rate |  |  |
|---|---|---|---|
| Project/Program management - Fees | 0% | USD | 50,642.00 |
| Project/Program management - Reimbursable Expenses | 0% | USD | 10,026.60 |
| Total Amount |  | USD | 60,668.60 |

Please remit by payment due date: 07/19/2014

Invoice Reference: 1000670584
Amount: US Dollar 60,668.60

Federal Tax Identification Number: ████2904

Please remit Electronic Payment with above invoice information to:
    Accenture LLP
    JPMorgan Chase Bank, N.A.
    Account Number ████
    ABA Number ████
    Qualifier: Invoice 1000670584

1 / 1