# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>Jointly Administered |

## CERTIFICATE OF SERVICE

I, Lucian B. Murley, hereby certify that on August 10, 2016, I caused a copy of the foregoing **Objection to Plan Supplement and Proposed Cure Amount** to be served via Electronic Mail on the parties on the attached service list.

SAUL EWING LLP

_____
Lucian B. Murley (DE Bar No. 4892)
1201 North Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6800

Dated: August 10, 2016

654522.1 08/10/2016

## ENERGY FUTURE HOLDINGS CORP., *et al.*
### Service List

**Co-Counsel to the Debtors:**
Mark D. Collins, Esquire
Daniel J. DeFranceschi, Esquire
Jason M. Madron, Esquire
Richards, Layton & Finger, P.A.
920 North King Street
Wilmington, DE 19801

Edward O. Sassower, P.C.
Stephen E. Hessler, Esquire
Brian E. Schartz, Esquire
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022-4611

James H.M. Sprayregen, P.C.
Marc Kieselstein, P.C.
Chad J. Husnick, Esquire
Steven N. Serajeddini, Esquire
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654

**Co-Counsel to Energy Future Holdings Corp.:**
David M. Klauder, Esquire
Shannon Dougherty, Esquire
O'Kelly, Ernst & Bielli LLP
901 North Market Street
Wilmington, DE 19801

Jeff J. Marwil, Esquire
Mark K. Thomas, Esquire
Peter J. Young, Esquire
Proskauer Rose LLP
Three First National Plaza
70 W. Madison Street, Suite 3800
Chicago, IL 60602

**Co-Counsel to the TCEH Debtors:**
David P. Primack, Esquire
McElroy, Deutsch, Mulvaney,
 & Carpenter, LLP
300 Delaware, Suite 770
Wilmington, DE 19801

Thomas B. Walper, Esquire
Todd J. Rosen, Esquire
Seth Goldman, Esquire
John W. Spiegel, Esquire
Munger, Tolles & Olson LLP
355 S. Grand Avenue, 35th Floor
Los Angeles, CA 90071

**Co-Counsel to Energy Future Intermediate Holding Company LLC:**
Joseph H. Huston, Jr., Esquire
Stevens & Lee, P.C.
919 North Market Street, Suite 1300
Wilmington, DE 19801

Michael A. Paskin, Esquire
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019

Richard Levin, Esquire
Jenn & Block LLP
919 Third Avenue
New York, NY 10022

**Office of the U.S. Trustee:**
Richard L. Schepacarter, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 North King Street, Suite 2207
Lockbox # 35
Wilmington, DE 19801

**Counsel to the TCEH Creditors' Committee:**
Christopher A. Ward, Esquire
Justin K. Edelson, Esquire
Shanti M. Katona, Esquire
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801

James M. Peck, Esquire
Brett H. Miller, Esquire
Lorenzo Marinuzzi, Esquire
Todd M. Goren, Esquire
Erica Richards, Esquire
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019

**Counsel to the EFH Creditors' Committee:**
Natalie D. Ramsey, Esquire
Davis Lee Wright, Esquire
Lorenzo Marinuzzi, Esquire
Mark A. Fink, Esquire
Montgomery McCracken Walker
 & Rhoads, LLP
1105 North Market Street, 15th Floor
Wilmington, DE 19801

Andrew G. Dietderich, Esquire
Brian D. Glueckstein, Esquire
Michael H. Torkin, Esquire
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004