**EXHIBIT A**
**Statement of Fees by Subject Matter**

| Task Code | Project Category Description | Hours | Total Fees (Prior to Holdback) | 80% of Total Fees |
|---|---|---|---|---|
| B160 | Employment Applications | 4.1 | $1,631.00 | $1,304.80 |
| B161 | Budget/Staffing Plan | 2.2 | $1,188.00 | $950.40 |
| B162 | Fee Applications | 13.6 | $4,862.00 | $3,889.60 |
| B240 | Tax Issues | 25.2 | $11,860.50 | $9,488.40 |
| | **Totals** | **45.1** | **$19,541.50** | **$15,633.20** |