# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>Jointly Administered<br><br>**Related Docket No. 9188** |

**RESERVATION OF RIGHTS OF UNION PACIFIC RAILROAD COMPANY REGARDING ASSUMPTION SCHEDULE, TCEH PLAN SUPPLEMENT AND NOTICE OF (A) EXECUTORY CONTRACTS AND UNEXPIRED LEASES TO BE ASSUMED PURSUANT TO THE PLAN; (B) CURE AMOUNTS, IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH**

Union Pacific Railroad Company ("UPRR"), by and through its undersigned counsel, hereby submits this statement reserving its rights (the "Reservation of Rights") in connection with the *List of Executory Contracts and Unexpired Leases to be Assumed by Reorganized TCEH Debtors on the TCEH Effective Date* (the "Assumption Schedule") attached as Exhibit B to the *Plan Supplement as it Relates to the TCEH Debtors and the EFH Shared Services Debtors for the Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 9188] (the "TCEH Plan Supplement") filed on August 3, 2016 and the *Notice of (A) Executory Contracts and Unexpired Leases to be Assumed Pursuant to the Plan; (B) Cure Amount, If Any; and (C) Related Procedures in Connection Therewith* (the "Notice"). In support thereof, UPRR states as follows.

1. On or about August 9, 2016, the UPRR Law Department received the Notice indicating that the Debtors are proposing to assume four executory contracts and unexpired leases to which UPRR is a party, including the (i) Industry Track; (ii) Joint Use Agreement; (iii) Private Roadway Agreement; and (iv) Confidentiality Agreement (collectively, the

"Agreements"). The proposed cure amount for each of the four Agreements is zero.

2. UPRR was unable to locate a copy of the Private Roadway Agreement, but received a copy from counsel for the Debtors earlier today. UPRR is currently reviewing the Agreements and its files related thereto to determine if it has any objection to the proposed assumption or related cure amount for each of the Agreements, respectively.

3. At this time, UPRR cannot determine whether to object to the proposed assumption of the Agreements or related proposed cure amounts given the limited time it has had to review the Assumption Schedule and the Agreements. Accordingly, UPRR hereby files this Reservation of Rights and reserves any and all rights, claims and objections to the proposed assumption of the Agreements, including but not limited to, the related proposed cure amounts and the failure to provide adequate assurance of future performance as required by section 365 of the Bankruptcy Code.

Dated: August 10, 2016
       Wilmington, Delaware

**ASHBY & GEDDES, P.A.**

*/s/ Stacy L. Newman*

Gregory A. Taylor (I.D. No. 4008)
Stacy L. Newman (I.D. No. 5044)
500 Delaware Avenue
P.O. Box 1150
Wilmington, Delaware 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067
gtaylor@ashby-geddes.com
snewman@ashby-geddes.com

*Counsel for Union Pacific Railroad Company*