## CERTIFICATE OF SERVICE

I, Stacy L. Newman, hereby certify that, on August 10, 2016, I caused one copy of the foregoing to be served upon the parties on the attached service list via first class mail, unless otherwise indicated.

/s/ *Stacy L. Newman*
_____
Stacy L. Newman (#5044)

{00074510;v1 }

| | |
|---|---|
| KIRKLAND & ELLIS LLP<br>Edward O. Sassower<br>Stephen E. Hessler<br>Brian E. Schartz<br>601 Lexington Avenue<br>New York, New York 10022 | **VIA HAND DELIVERY**<br>RICHARDS, LAYTON & FINGER, P.A.<br>Mark D. Collins, Esq.<br>Daniel J. DeFranceschi<br>Jason M. Madron<br>920 North King Street<br>Wilmington, Delaware 19801 |
| KIRKLAND & ELLIS LLP<br>James H.M. Sprnyregen<br>Marc Kieselstein<br>Chad J. Husnick<br>Steven N. Serajeddini<br>300 North LaSalle<br>Chicago, Illinois 60654 | PROSKAUER ROSE LLP.<br>Jeff J. Marwil<br>Mark K Thomas<br>Peter J. Young<br>Three First National Plaza<br>70 W. Madison St. STE 3800<br>Chicago, IL 60602 |
| **VIA HAND DELIVERY**<br>BIELLI & KLAUDER, LLP<br>David M. Klauder<br>1204 N. King Street<br>Wilmington, DE 19801 | MUNGER, TOLLES & OLSON LLP<br>Thomas B. Walper<br>Todd J Rosen<br>Seth Goldman<br>John W. Spiegel<br>355 S. Grand Ave 35thFL<br>Los Angeles, CA 90071 |
| **VIA HAND DELIVERY**<br>MCELROY, DEUTSCH, MINANEY, & CARPENTER, LLP<br>David P. Primack<br>300 Delaware Ste 770<br>Wilmington, Delaware 1980 1 | CRAVATH, SWAIN, & MOORE LLP<br>Michael A Paskin<br>Worldwide Plaza<br>825 Eighth Ave<br>New York, NY 10019-7475 |

**VIA HAND DELIVERY**
STEVENS & LEE PC
Joseph H. Hutson Jr
1105 N. Market St STE 700
Wilmington, DE 19801

JENNER & BLOCK LLP
Richard Levin
919 Third Ave
New York, NY 10022-3908

**VIA HAND DELIVERY**
THE OFFICE OF THE UNITED STATES TRUSTEE
Richard L. Schepacarter
Andrea B. Schwartz
844 King Street, Suite 2207-
Wilmington, Delaware 19801

MORRISON & FOERSTER LLP
James M. Peck
Brett H. Miller
Lorenzo Marinuzzi
Todd M. Goren
Erica Richards
250 West 55th Street
New York, New York 10019

**VIA HAND DELIVERY**
POLSINELLI PC
Attn: Christopher A. Ward
Attn: Justin K. Edelson
Attn: Shanti M. Katona
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801

SULLIVAN & CROMWELL LLP
Andrew G. Dietderich
Brian D. Glueckstein
Michael H. Torkin
125 Broad St.
New York, NY 10004

**VIA HAND DELIVERY**
MONTGOMERY, MCCRACKEN, WALKER, & RHOADS LLP
Natalie D. Ramsey
Davis Lee Wright
Mark A Fink
1105 N. Market St 15th FL
Wilmington, DE 19801