**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

<table>
<tr><td>

In re:

ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]

              Debtors.

</td><td>

CHAPTER 11

Case No. 14-10979 (CSS)

Jointly Administered

</td></tr>
</table>

**CERTIFICATE OF SERVICE**

       I, Donald K. Ludman, hereby certify that on this date I caused true and correct copies of the ***Objection of SAP Industries, Inc. to Assumption and Assignment of a Software License Agreement with Texas Competitive Electric Holdings Company, LLC and Provision of Transition Services by the Assignee to Energy Future Holdings Corp.*** (the "SAP Objection") to be served upon all parties receiving pleadings via the CM/ECF system in this case and upon the following counsel for the Debtors via electronic mail:

**Co-Counsel to the Debtors:**

Mark D. Collins
Daniel J. DeFranceschi
Jason M. Madron
RICHARDS, LAYTON & FINGER, LLP
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
collins@rlf.com
defranceschi@rlf.com
madron@rlf.com

James H.M. Sprayregen, P.C.
Marc Kieselstein, P.C.
Chad J. Husnick
Steven N. Serajeddini
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
james.sprayregen@kirkland.com
marc.kieselstein@kirkland.com
chad.husnick@kirkland.com
steven.serajeddini@kirkland.com

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

2724017.v1

Edward O. Sassower, P.C.
Stephen Hessler
Brian E. Schartz
McClain Thompson
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022-4611
Edward.sassower@kirkland.com
Stephen.hessler@kirkland.com
brian.schartz@kirkland.com
mcclain.thompson@kirkland.com

**Co-Counsel to Energy Future Holdings Corp.:**

David M. Klauder
BIELLI & KLAUDER, LLP
1204 N. King Street
Wilmington, DE 19801
dklauder@bk-legal.com

Jeff J. Marwil
Mark K. Thomas
PROSKAUER ROSE LLP
Three First National Plaza
70 W. Madison ST STE 3800
Chicago, IL 60602
jmarwil@proskauer.com
mthomas@proskauer.com

In addition, the SAP Objection was also served this date via electronic mail on the

Participating Parties (as defined in the Order Scheduling Certain Hearing Dates and Deadlines

and Establishing Certain Protocols in Connection with the Debtors' Joint Plan of Reorganization

and Approval of Debtors' Disclosure Statement [D.I. 8514] at the following electronic mail

address set up by the Debtors to allow for service on all Participating Parties:

EFH_DS_Discovery_Service_List@kirkland.com.

Dated: August 10, 2016

**BROWN & CONNERY, LLP**

/s/ Donald K. Ludman
Donald K. Ludman (DE Bar No. 4015)
6 North Broad Street, Suite 100
Woodbury, NJ 08096
(856) 812-8900
(856) 853-9933 (facsimile)
dludman@brownconnery.com

*Attorneys for SAP Industries, Inc.*

2

2724017.v1