UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> Energy Future Holdings Corp., et al., <br><br> Debtors. | ) ) ) Chapter 11 <br> ) ) Case No. 14-10979 (CSS) <br> ) ) (Jointly Administered) ) ) |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the undersigned counsel enters and appearance as counsel for Boral Material Technologies, LLC in the above-captioned cases ("Boral") and requests that all notices and other papers filed or served in the above-captioned cases be served upon the following attorneys:

| | |
|---|---|
| Sage M. Sigler, Esq. <br> ALSTON & BIRD LLP <br> One Atlantic Center <br> 1201 West Peachtree Street <br> Suite 4900 <br> Atlanta, Georgia 30309-3424 <br> Telephone: (404) 881-7000 <br> Facsimile: (404) 253-8561 <br> Email: sage.sigler@alston.com | L. Katherine Good, Esq. <br> WHITEFORD, TAYLOR & PRESTON LLC <br> The Renaissance Centre <br> 405 North King Street, Suite 500 <br> Wilmington, Delaware 19801 <br> Telephone: (302) 353-4144 <br> Facsimile:  (302) 661-7950 <br> Email: kgood@wtplaw.com |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 11 U.S.C. § 1109(b), the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronic filing, facsimile, or otherwise filed or made with regard to the referenced cases and proceedings herein.

**PLEASE TAKE FURTHER NOTICE** that filing of this *Notice of Appearance and Request for Notices* shall not be deemed or construed to constitute a waiver of any substantive or procedural right of Boral including, without limitation: (i) the right to have final orders in non-core matters entered only after *de novo* review by the United States District Court for the District of Delaware (the "District Court"), (ii) the right to trial by jury in any proceeding related to these cases or any case, controversy, or proceeding related to these cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Boral is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved. Unless and until Boral expressly states otherwise, Boral does not consent to the jurisdiction or authority of the Bankruptcy Court with respect to the litigation of any non-core matter or any core matter constituting a *Stern* claim.

Date: August 10, 2016  
Wilmington, Delaware

Respectfully submitted,

/s/ *L. Katherine Good*  
L. Katherine Good, Esq. (No. 5101)  
WHITEFORD, TAYLOR & PRESTON LLC  
The Renaissance Centre  
405 North King Street, Suite 500  
Wilmington, Delaware 19801  
Telephone:    (302) 353-4144  
Facsimile:    (302) 661-7950  
Email: kgood@wtplaw.com

-and-

Sage M. Sigler, Esq.
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Suite 4900
Atlanta, Georgia 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 253-8561
Email: sage.sigler@alston.com

*Counsel for Boral Material Technologies, LLC*