## CERTIFICATE OF SERVICE

I, L. Katherine Good, do hereby certify that on the 10th day of August 2016, I caused a copy of the foregoing **Notice of Appearance and Request for Notices** to be served upon the parties listed below by first-class mail, postage prepaid.

Mark D. Collins, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

Richard M. Cieri, Esq.
Edward O. Sassower, P.C. , Esq.
Stephen E. Hessler, Esq.
Brian E. Schartz, Esq.
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022

Richard L. Schepacarter, Esq.
Office of the U.S. Trustee
U.S, Department of Justice
844 N. King St., Suite 2207
Lockbox #35
Wilmington, DE 19801

James H.M. Sprayregen, P.C., Esq.
Chad J. Husnick, Esq.
Steven N. Serajeddini, Esq.
Kirkland & Ellis, LLP
300 North LaSalle
Chicago, IL 60654

Epiq Bankruptcy Solutions LLC
777 Third Avenue, 12th Floor
New York, NY 10017

/s/ L. Katherine Good
L. Katherine Good (No. 5101)