# **EXHIBIT A**

**Statement of Fees and Expenses by Subject Matter**

**COMPONENSATION BY PROJECT CATEGORY**
**JUNE 1, 2016 THROUGH JUNE 30, 2016**

| Matter Number | Project Category | Total Hours | Total Fees |
|---|---|---:|---:|
| Applicable to All Debtors[1] | | | |
| 12 | Tax Analysis | N/A | N/A |
| 25 | Public Policy Advice | N/A | N/A |
| 30 | Employment and Fee Applications | 24.3 | $11,765.00 |
| 46 | Budget-Related Work | 0.6 | $405.00 |
| Total for All-Debtor Matters | | 24.9 | $12,170.00 |
| Applicable to TCEH Debtors | | | |
| 4 | Litigation: Disputes and Potential Litigation with Aurelius | N/A | N/A |
| 8 | Litigation: FPL v. TXU (Texas Supreme Court) | N/A | N/A |
| 13 | Litigation: FOIA Disputes and EPA Matters | N/A | N/A |
| 16 | Litigation: Sierra Club – Eastern District of Texas | N/A | N/A |
| 17 | Litigation: Sierra Club – Western District of Texas | N/A | N/A |
| 18 | Litigation: NSR Case | 18.3 | $13,899.00 |
| 22 | Litigation: 2004 FPL Lawsuit | N/A | N/A |
| 23 | Litigation: 2011 FPL Lawsuit | N/A | N/A |
| 24 | Litigation: FPL Offer Curves Dispute | N/A | N/A |
| 41 | SEC Matters | N/A | N/A |
| 43 | Corporate Matters | 35.7 | $34,129.50 |
| 48 | TCEH Going Public Transactions | 85.1 | $57,760.50 |
| 49 | TCEH Notes Offering | N/A | N/A |
| 50 | Project Longhorn | N/A | N/A |
| 52 | Project Titan | N/A | N/A |
| 53 | Horseshoe Bend Solar Project | 1.0 | $960.00 |
| 54 | PUC RFI | 15.4 | $11,340.50 |
| Total for TCEH Matters | | 155.5 | $118,089.50 |

---

[1] Matter categories applicable to all Debtors are allocated to each Debtor in the same proportion as the amount incurred by each Debtor to its direct benefit on a monthly basis. In this Monthly Fee Statement, 98.3% of the fees ($11,967.02) shall be allocated to the TCEH estate, 0.0% of the fees ($0.00) shall be allocated to the EFIH estate, and 1.7% of the fees ($202.98) shall be allocated to the EFH estate.

2

| | | | |
|---|---|---:|---:|
| Applicable to EFIH Debtors | | | |
| 27 | First Lien DIP Exchange Offer | N/A | N/A |
| 28 | Second Lien DIP Tender Offer | N/A | N/A |
| 29 | Second Lien DIP Notes Offering | N/A | N/A |
| 34 | SEC Matters | N/A | N/A |
| 35 | Corporate Matters | N/A | N/A |
| Total for EFIH Matters | | N/A | N/A |
| Applicable to EFH Debtors | | | |
| 31 | SEC Matters | 2.0 | $2,003.00 |
| 32 | Corporate Matters | N/A | N/A |
| Total for EFH Matters | | 2.0 | $2,003.00 |
| **Total** | | **182.4** | **$132,262.50** |

**EXPENSE SUMMARY**
**JUNE 1, 2016 THROUGH JUNE 30, 2016**

| Expenses Category | Total Expenses |
|---|---:|
| In House Duplication | $103.60 |
| Meals | $95.76 |
| Messenger and Courier Expense | $19.32 |
| Outside Duplication And Binding | $3,780.35 |
| **Total:** | **$3,999.03** |

RLF1 15004360v.1