## **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The Gibson Dunn professionals and paraprofessionals who rendered professional services in these cases during the Fee Period are:

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| William B. Dawson | Partner. Joined firm as a Partner in 2011. Member of TX Bar since 1975. | $1,030.00 | 0.5 | $515.00 |
| Joseph Kattan | Partner. Became a Partner in 1997. Member of DC Bar since 1980. | $1,030.00 | 0.6 | $618.00 |
| Brian J. Lane | Partner. Joined firm as a Partner in 2000. Member of MD Bar since 1983, and DC Bar since 2000. | $1,170.00 | 0.3 | $351.00 |
| Robert B. Little | Partner. Joined firm as a Partner in 2011. Member of TX Bar since 1998. | $875.00 | 48.1 | $42,087.50 |
| James J. Moloney | Partner. Became a Partner in 2005. Member of CA Bar since 1994. | $1,145.00 | 0.8 | $916.00 |
| Ronald O. Mueller | Partner. Became a Partner in 2005. Member of NY Bar since 1987, and DC Bar since 1989. | $1,170.00 | 0.4 | $468.00 |
| Michael L. Raiff | Partner. Joined firm as a Partner in 2011. Member of TX Bar since 1992. | $930.00 | 13.2 | $12,276.00 |
| Michael A. Rosenthal | Partner. Became a Partner in 1992. Member of IL Bar since 1980, TX Bar since 1985, and NY Bar since 2009. | $1,215.00 | 8.4 | $10,206.00 |
| Robert C. Walters | Partner. Joined firm as a Partner in 2011. Member of TX Bar since 1983. | $1,020.00 | 0.9 | $918.00 |
| William S. Scherman* | Partner. Became a Partner in 2005. Member of DC Bar since 1984. | $1,255.00 | 1.3 | $1,462.50 |

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Jessica Basil | Of Counsel. Became an Of Counsel in 2013. Member of NY Bar since 2000. | $855.00 | 0.4 | $342.00 |
| Eric M. Scarazzo | Of Counsel. Joined firm as an associate in 2005. Member of NY Bar since 2006. | $855.00 | 14.0 | $11,970.00 |
| Matthew G. Bouslog | Associate. Joined firm as an associate in 2012. Member of CA Bar since 2011. | $675.00 | 7.4 | $4,995.00 |
| Caitlin Calloway | Associate. Joined firm as an Associate in 2012. Member of TX Bar since 2012. | $560.00 | 0.3 | $168.00 |
| Michael Q. Cannon | Associate. Joined firm as an Associate in 2014. Member of TX Bar since 2012. | $650.00 | 0.2 | $130.00 |
| Russell H. Falconer | Associate. Joined firm as an Associate in 2011. Member of TX Bar since 2009. | $650.00 | 7.7 | $5,005.00 |
| Timothy P. Fisher | Associate. Joined firm as an associate in 2013. Member of TX Bar since 2013. | $535.00 | 45.4 | $24,289.00 |
| William C. Vaughn | Associate. Joined firm as an associate in 2013. Member of TX Bar since 2013. | $505.00 | 5.3 | $2,676.50 |
| Elizabeth M. Viney | Associate. Joined firm as an Associate in 2012. Member of TX Bar since 2013. | $565.00 | 3.00 | $1,695.00 |
| Jonathan M. Whalen | Associate. Joined firm as an Associate in 2009. Member of TX Bar since 2009. | $675.00 | 4.9 | $3,307.50 |

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Duke K. Amponsah | Paralegal. Joined firm as a Paralegal in 2012. | $410.00 | 17.5 | $7,175.00 |
| Linda Gee* | Paralegal. Joined firm as a Paralegal in 2012. | $420.00 | .7 | $262.50 |
| Vanessa Bratcher* | Manager, Global Practice Services. Joined firm 2005. | $435.00 | 1.1 | $429.00 |
| TOTAL | | | 182.4 | $132,262.50 |
| Blended Rate | | $725.12 | | |

\* The Debtors and Gibson Dunn have agreed to a blended hourly rate for Mr. Scherman and all timekeepers for work performed on matter number 54.  For all other matters, this attorney bills at the hourly rate specified herein.

3