## **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

RLF1 15004360v.1

**EXPENSE SUMMARY**
**JUNE 1, 2016 THROUGH JUNE 30, 2016**

**Applicable to TCEH Debtors**

| Expenses Category | Total Expenses |
|---|---:|
| In House Duplication | $103.60 |
| Meals | $95.76 |
| Messenger and Courier Expense | $19.32 |
| Outside Duplication And Binding | $3,780.35 |
| **Total:** | **$3,999.03** |

**TOTAL EXPENSES:** $3,999.03