# **EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

| Invoice Number | Matter Name | Date | Name Of Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 2016073149 | TCEH | 2016602 | Falconer, Russell H. | In House Duplication | $0.10 | 5 | $0.50 | In House Duplication Charge via Equitrac |
| 2016073149 | TCEH | 2016609 | | In House Duplication | $0.10 | 5 | $0.50 | In House Duplication Charge via Equitrac |
| 2016073149 | TCEH | 2016609 | | In House Duplication | $0.10 | 47 | $4.70 | In House Duplication Charge via Equitrac |
| 2016073149 | TCEH | 2016609 | | In House Duplication | $0.10 | 5 | $0.50 | In House Duplication Charge via Equitrac |
| 2016073149 | TCEH | 2016609 | | In House Duplication | $0.10 | 46 | $4.60 | In House Duplication Charge via Equitrac |
| 2016073149 | TCEH | 2016609 | | In House Duplication | $0.10 | 3 | $0.30 | In House Duplication Charge via Equitrac |
| 2016073149 | TCEH | 2016609 | | In House Duplication | $0.10 | 3 | $0.30 | In House Duplication Charge via Equitrac |
| 2016073149 | TCEH | 2016609 | | In House Duplication | $0.10 | 4 | $0.40 | In House Duplication Charge via Equitrac |
| 2016073149 | TCEH | 2016609 | | In House Duplication | $0.10 | 174 | $17.40 | In House Duplication Charge via Equitrac |
| 2016073149 | TCEH | 2016609 | | In House Duplication | $0.10 | 124 | $12.40 | In House Duplication Charge via Equitrac |
| 2016073149 | TCEH | 2016609 | | In House Duplication | $0.10 | 231 | $23.10 | In House Duplication Charge via Equitrac |
| 2016073149 | TCEH | 2016609 | | In House Duplication | $0.10 | 2 | $0.20 | In House Duplication Charge via Equitrac |
| 2016073149 | TCEH | 2016609 | | In House Duplication | $0.10 | 3 | $0.30 | In House Duplication Charge via Equitrac |
| 2016073149 | TCEH | 2016609 | | In House Duplication | $0.10 | 7 | $0.70 | In House Duplication Charge via Equitrac |
| 2016073149 | TCEH | 2016609 | | In House Duplication | $0.10 | 52 | $5.20 | In House Duplication Charge via Equitrac |
| 2016073149 | TCEH | 2016609 | | In House Duplication | $0.10 | 176 | $17.60 | In House Duplication Charge via Equitrac |
| 2016073149 | TCEH | 2016609 | | In House Duplication | $0.10 | 38 | $3.80 | In House Duplication Charge |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | via Equitrac |
| 2016073149 | TCEH | 2016609 | | In House Duplication | $0.10 | 44 | $4.40 | In House Duplication Charge via Equitrac |
| 2016073149 | TCEH | 2016609 | | In House Duplication | $0.10 | 28 | $2.80 | In House Duplication Charge via Equitrac |
| 2016073149 | TCEH | 2016609 | | In House Duplication | $0.10 | 25 | $2.50 | In House Duplication Charge via Equitrac |
| 2016073149 | TCEH | 2016609 | | In House Duplication | $0.10 | 14 | $1.40 | In House Duplication Charge via Equitrac |
| 2016073149 | TCEH | 2016526 | Ho, Sue Wei | Messenger And Courier Expense | | 0 | $19.32 | Federal Express Corporation Invoice#: FEDX-20160603 DATE: 6/3/2016 Ship Date 05/26/2016 Airbill No: 783217258306 From: toby gentry, Exact Legal, Dallas, Tx To: Amy E Benschoter, Balch+Bingam LLP, Birmingham, Al |
| | | 2016419 | Holman, Gaya K | Outside Duplication And Binding | | 0 | $3,780.35 | Exact Legal Copy Services LLC Invoice#: 7349 Date: 4/19/2016 Gibson Dunn/Outside Duplication and Binding/Heavy litigation scanning; CD authoring; file naming |
| 2016062421 | TCEH | 2016628 | Raiff, Michael L. | Meals | | 0 | $95.76 | Au Bon Pain DBA FGR Restaurants LP INVOICE#: 628161 DATE: 6/28/2016 Meals/Lunch for EFH meeting |