## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | Jointly Administered |
| | **Re: Docket No. 9218** |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                                ) SS
COUNTY OF NEW CASTLE  )

      Stephanie MacDonald, being duly sworn according to law, deposes and says that she is employed by the law firm of Cross & Simon, LLC, counsel for American Stock Transfer & Trust Company, LLC, as successor trustee to The Bank of New York Mellon Trust Company, N.A. in the above-captioned case, and that on the 8th day of August, 2016, she caused copies of a redacted version of **EFH Indenture Trustee's Motion and Memorandum of Law in Support of its Motion In Limine to Preclude Debtors from Offering Evidence at Trial as to Which They Asserted Attorney Client Privilege and Prevented Discovery** (the "Motion") [D.I. 9218] to be served via electronic mail upon the Participating Parties service list at EFH_DS_Discovery_Service_List@kirkland.com and on the 9th day of August, 2016, upon the parties listed on Exhibit A by first class mail.  Furthermore, on August 8, 2016, she caused copies of the unredacted version of the Motion to be served upon the parties listed on Exhibit B by electronic mail and on the 9th day of August, 2016, she caused unredacted and redacted

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification Numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

versions of the Motion by first class mail unless otherwise indicated on the parties listed on Exhibit B.

*Stephanie MacDonald*
Stephanie MacDonald

Sworn to and subscribed before me this 11th day of August, 2016.

Notary Public

My Commission Expires: 9/25/17

NICOLE DIBIASO
MY COMMISSION
EXPIRES
Sept. 25, 2017
NOTARY PUBLIC
STATE OF DELAWARE

# **EXHIBIT A**

APPLABS TECHNOLOGIES PVT LTD
616 LINCOLN RD
GROSSE POINTE, MI 48230

BANK OF NEW YORK MELLON, THE
BANK OF NEW YORK MELLON TRUST COMP NA
ATTN: DENNIS J ROEMLEIN
601 TRAVIS 16TH FL
HOUSTON, TX 77002

BAYARD, P.A.
ATTN: GIANCLAUDIO FINIZIO
222 DELAWARE AVE SUITE 900
WILMINGTON, DE 19801

CHADBOURNE & PARKE LLP
(COUNSEL TO NEXTERA ENERGY RESOURCES LLC)
ATTN: HOWARD SEIFE, DAVID M LEMAY AND
CHRISTY RIVERA ESQS
1301 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6022

CHADBOURNE & PARKE LLP
COUNSEL TO NEXTERA
ATTN: ANDREW ROSENBLATT ESQ
1301 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6022

CHIPMAN BROWN CICERO & COLE LLP
(COUNSEL TO APPLABS)
ATTN: WILLIAM E CHIPMAN JR
1313 N MARKET ST STE 5400
WILMINGTON, DE 19801

COLE SCHOTZ PC
COUNSEL FOR CSC TRUST CO. OF DELAWARE
ATTN: WARREN A USATINE
25 MAIN ST PO BOX 800
HACKENSACK, NJ 07602

COLE SCHOTZ PC
COUNSEL FOR CSC TRUST CO. OF DELAWARE
ATTN: N. PERNICK, J KATE STICKLES ET AL
500 DELAWARE AVE STE 1410
WILMINGTON, DE 19801

DELAWARE TRUST COMPANY
ATTN: SANDRA E HORWITZ
2711 CENTERVILLE RD
WILMINGTON, DE 19808

DELAWARE TRUST COMPANY OF DELAWARE
ATTN: JOSEPH MCFADDEN
2711 CENTERVILLE RD STE 400
WILMINGTON, DE 19808

DRINKER BIDDLE & REATH LLP
COUNSEL FOR CSC TRUST CO. OF DELAWARE
ATTN: JAMES H MILLAR
1177 AVENUE OF THE AMERICAS, 41ST FLOOR
NEW YORK, NY 10036-2714

DRINKER BIDDLE & REATH LLP
COUNSEL TO DELAWARE TRUST CO AS TTEE
ATTN: TODD C SCHILTZ
222 DELAWARE AVE STE 1410
WILMINGTON, DE 19801-1612

EARLY LUCARELLI SWEENEY & STRAUSS
ATTN: ETHAN EARLY
265 CHURCH STREET, 11TH FLOOR
NEW HAVEN, CT 06508-1866

GORI JULIAN & ASSOCIATES PC
(COUNSEL TO JOHN H JONES)
ATTN: BARRY JULIAN ESQ AND BETH GORI ESQ
156 N MAIN ST
EDWARDSVILLE, IL 62025

HOGAN MCDANIEL
(COUNSEL TO THE RICHARDS GROUP; PI LAW FIRMS/
ASBESTOS CLAIMANTS; JOHN H JONES)
ATTN: DANIEL K HOGAN ESQ AND GARVIN F MCDANIEL
ESQ
1311 DELAWARE AVE
WILMINGTON, DE 19806

KAZAN MCCLAIN SATTERLEY & GREENWOOD
ATTN: STEVEN KAZAN
JACK LONDON MARKET
55 HARRISON ST STE 400
OAKLAND, CA 94607

KOBRE & KIM LLP
ATTN: MICHAEL S KIM, JEREMY C HOLLEMBEAK
M. OXHORN, B. SAUTER, A. WANG
800 THIRD AVENUE
NEW YORK, NY 10022

LANDIS RATH & COBB LLP
(COUNSEL TO MARATHON MGMT, ALCOA AND
NEXTERA ENERGY RESOURCES)
ATTN: ADAM G LANDIS ESQ, MATTHEW B MCGUIRE ESQ
919 MARKET ST STE 1800
WILMINGTON, DE 19801

LAW DEBENTURE TRUST COMPANY OF NEW YORK
ATTN: FRANK GODINO, VP
400 MADISON AVE STE 4D
NEW YORK, NY 10017

MARATHON ASSET MANAGEMENT LP
ATTN: DANIEL PINE
1 BRYANT PARK 38TH FL
NEW YORK, NY 10036

MORRIS JAMES LLP

(COUNSEL TO LAW DEBENTURE TRUST COMPANY OF NY)

ATTN: STEPHEN M MILLER ESQ

P.O. BOX 2306

WILMINGTON, DE 19899-2306


NEXTERA ENERGY INC

ATTN: CHARLES SIEVING

700 UNIVERSE BLVD

NORTH PALM BEACH, FL 33408


PATTERSON BELKNAP WEBB & TYLER LLP

(COUNSEL TO LAW DEBENTURE TRUST COMPANY OF NY)

ATTN: DANIEL A LOWENTHAL ESQ; CRAIG W DENT ESQ

BRIAN P GUINEY ESQ

1133 AVENUE OF THE AMERICAS

NEW YORK, NY 10036-6710


PERKINS COIE LLP

(COUNSEL TO DELAWARE TRUST COMPANY, AS SUCC TTEE

UNDER TCEH 11.5% SENIOR SECURED NOTES INDENTURE)

ATTN: TINA N MOSS ESQ

30 ROCKEFELLER PLAZA 22ND FL

NEW YORK, NY 10112-0015


POLYGON GLOBAL PARTNERS

ATTN: OLIVIER BLECHNER

4 SLOANE TERRACE

LONDON

SW1X 9DQ

UNITED KINGDOM


REED SMITH LLP

(COUNSEL TO BANK OF NEW MELLON, PCRB TRUSTEE)

ATTN: SARAH K KAM ESQ

599 LEXINGTON AVE 22ND FL

NEW YORK, NY 10022


REED SMITH LLP

(COUNSEL TO THE BANK OF NEW YORK MELLON AND THE

BANK OF NEW YORK MELLON TRUST COMPANY NA, AS

INDENTURE TRUSTEES)

ATTN: KURT F GWYNNE; KIMBERLY E.C. LAWSON ESQS

1201 MARKET ST STE 1500

WILMINGTON, DE 19801


VARNUM LLP

(COUNSEL TO APPLABS)

ATTN: MARY KAY SHAVER ESQ

BRIDGEWATER PLACE

P.O. BOX 352

GRAND RAPIDS, MI 49501-0352


WHITE & CASE LLP

(COUNSEL TO AD HOC GROUP OF TCEH UNSECURED

NOTEHOLDERS; AND LAW DEBENTURE)

ATTN: J. CHRISTOPHER SHORE; GREGORY STARNER

1155 AVENUE OF THE AMERICAS

NEW YORK, NY 10036


WILMER CUTLER PICKERING HALE & DORR LLP

(COUNSEL TO MARATHON ASSET MGMT)

ATTN: BENJAMIN LOVELAND ESQ

60 STATE ST

BOSTON, MA 02109

WILMER CUTLER PICKERING HALE & DORR LLP
(COUNSEL TO MARATHON ASSET MGMT)
ATTN: PHILIP ANKER ESQ & GEORGE SHUSTER ESQ
7 WORLD TRADE CENTER, 205 GREENWICH ST
NEW YORK, NY 10007

# **EXHIBIT B**

**VIA HAND DELIVERY**
BIELLI & KLAUDER, LLC
David M. Klauder, Esq.
1204 N. King Street
Wilmington, DE 19801

PROSKAUER ROSE LLP
Jeff J. Marwil, Esq.
Mark K. Thomas, Esq.
Peter J. Young, Esq.
Three First National Plaza
70 W. Madison Street, Suite 3800
Chicago, IL 60602

**VIA HAND DELIVERY**
RICHARDS, LAYTON & FINGER, P.A.
Mark D. Collins, Esq.
Daniel J. DeFranceschi, Esq.
Jason M. Madron, Esq.
920 North King Street
Wilmington, Delaware 19801

KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
Edward O. Sassower, P.C.
Stephen E. Hessler, Esq.
Brian E. Schartz, Esq.
601 Lexington Avenue
New York, New York 10022-4611

KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
James H.M. Sprayregen, P.C.
Marc Kieselstein, P.C.
Chad J. Husnick, Esq.
Steven N. Serajeddini, Esq.
300 North LaSalle
Chicago, Illinois 60654

**VIA HAND DELIVERY**
OFFICE OF THE UNITED STATES TRUSTEE
Richard L. Shepacarter, Esq.
Andrea B. Schwartz, Esq.
844 King Street, Suite 2207
Lockbox 35
Wilmington, Delaware 19801

MUNGER, TOLLES & OLSON LLP
Thomas B. Walper, Esq.
Todd J. Rosen, Esq.
Seth Goldman, Esq.
John W. Spiegel, Esq.
355 S. Grand Ave, 35th Fl.
Los Angeles, CA 90071

**VIA HAND DELIVERY**
MCELROY, DEUTSCH, MUVANEY,
& CARPENTER, LLP
David P. Primack, Esq.
300 Delaware Ave., Ste 770
Wilmington, DE 19801

CRAVATH, SWAIN, & MOORE LLP
Michael A Paskin, Esq.
Worldwide Plaza
825 Eighth Ave
New York, NY 10019-7475

JENNER & BLOCK LLP
Richard Levin, Esq.
919 Third Ave
New York, NY 10022-3908

**VIA HAND DELIVERY**
STEVENS & LEE PC
Joseph H. Hutson Jr, Esq.
1105 N. Market St., Ste. 700
Wilmington, DE 19801

MORRISON & FOERSTER LLP
James M. Peck, Esq.
Brett H. Miller, Esq.
Lorenzo Marinuzzi, Esq.
Todd M. Goren, Esq.
Samantha Martin, Esq.
250 West 55th Street
New York, NY 10019

**VIA HAND DELIVERY**
POLSINELLI PC
Christopher A. Ward, Esq.
Justin K. Edelson, Esq.
Shanti M. Katona, Esq.
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801

SULLIVAN & CROMWELL LLP
Andrew G. Dietderich, Esq.
Brian D. Glueckstein, Esq.
Michael H. Torkin, Esq.
125 Broad St.
New York, NY 10004

**VIA HAND DELIVERY**
MONTGOMERY, MCCRACKEN, WALKER, &
RHOADS LLP
Natalie D. Ramsey, Esq.
Davis Lee Wright, Esq.
Mark A. Fink, Esq.
1105 N. Market St, 15th Fl.
Wilmington, DE 19801

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
David S. Rosner, Esq.
Andrew K. Glenn, Esq.
Daniel A. Fliman, Esq.
1633 Broadway
New York, New York 10019