# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| | Jointly Administered |
| Debtors. | Re: Docket Nos. 9224 & 9225 |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE      )
                       ) SS
COUNTY OF NEW CASTLE   )

Stephanie MacDonald, being duly sworn according to law, deposes and says that she is employed by the law firm of Cross & Simon, LLC, counsel for American Stock Transfer & Trust Company, LLC, as successor trustee to The Bank of New York Mellon Trust Company, N.A. in the above-captioned case, and that on the 9th day of August, 2016, she caused copies of the unredacted and redacted versions of **(i) EFH Indenture Trustee and Contrarian Capital Management, LLC's Objection to Confirmation of Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 9224] and (ii) Declaration of Erik Schneider in Support of The EFH Indenture Trustee's and Contrarian Capital Management, LLC's Objection to Confirmation of Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 9925]** to be served upon the parties on the attached service list in the manner(s) indicated thereon.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification Numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

1

_____
Stephanie MacDonald

Sworn to and subscribed before me this 11th day of August, 2016.

Notary Public _____

My Commission Expires: __9/25/17__

*[Notary Seal: NICOLE DIBIASO, MY COMMISSION EXPIRES Sept. 25, 2017, NOTARY PUBLIC, STATE OF DELAWARE]*

2

| | |
|---|---|
| **VIA HAND DELIVERY**<br>**& ELECTRONIC MAIL**<br>BIELLI & KLAUDER, LLC<br>David M. Klauder, Esq.<br>1204 N. King Street<br>Wilmington, DE 19801 | **VIA FIRST CLASS MAIL**<br>**& ELECTRONIC MAIL**<br>PROSKAUER ROSE LLP<br>Jeff J. Marwil, Esq.<br>Mark K. Thomas, Esq.<br>Peter J. Young, Esq.<br>Three First National Plaza<br>70 W. Madison Street, Suite 3800<br>Chicago, IL 60602 |
| **VIA HAND DELIVERY**<br>**& ELECTRONIC MAIL**<br>RICHARDS, LAYTON & FINGER, P.A.<br>Mark D. Collins, Esq.<br>Daniel J. DeFranceschi, Esq.<br>Jason M. Madron, Esq.<br>920 North King Street<br>Wilmington, Delaware 19801 | **VIA FIRST CLASS MAIL**<br>**& ELECTRONIC MAIL**<br>KIRKLAND & ELLIS LLP<br>KIRKLAND & ELLIS INTERNATIONAL LLP<br>Edward O. Sassower, P.C.<br>Stephen E. Hessler, Esq.<br>Brian E. Schartz, Esq.<br>601 Lexington Avenue<br>New York, New York 10022-4611 |
| **VIA FIRST CLASS MAIL**<br>**& ELECTRONIC MAIL**<br>KIRKLAND & ELLIS LLP<br>KIRKLAND & ELLIS INTERNATIONAL LLP<br>James H.M. Sprayregen, P.C.<br>Marc Kieselstein, P.C.<br>Chad J. Husnick, Esq.<br>Steven N. Serajeddini, Esq.<br>300 North LaSalle<br>Chicago, Illinois 60654 | **VIA HAND DELIVERY**<br>**& ELECTRONIC MAIL**<br>OFFICE OF THE UNITED STATES TRUSTEE<br>Richard L. Shepacarter, Esq.<br>Andrea B. Schwartz, Esq.<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, Delaware 19801 |
| **VIA FIRST CLASS MAIL**<br>**& ELECTRONIC MAIL**<br>MUNGER, TOLLES & OLSON LLP<br>Thomas B. Walper, Esq.<br>Todd J. Rosen, Esq.<br>Seth Goldman, Esq.<br>John W. Spiegel, Esq.<br>355 S. Grand Ave, 35th Fl.<br>Los Angeles, CA 90071 | **VIA HAND DELIVERY**<br>**& ELECTRONIC MAIL**<br>MCELROY, DEUTSCH, MUVANEY,<br>& CARPENTER, LLP<br>David P. Primack, Esq.<br>300 Delaware Ave., Ste 770<br>Wilmington, DE 19801 |
| **VIA FIRST CLASS MAIL**<br>**& ELECTRONIC MAIL**<br>CRAVATH, SWAIN, & MOORE LLP<br>Michael A Paskin, Esq.<br>Worldwide Plaza<br>825 Eighth Ave<br>New York, NY 10019-7475 | **VIA FIRST CLASS MAIL**<br>**& ELECTRONIC MAIL**<br>JENNER & BLOCK LLP<br>Richard Levin, Esq.<br>919 Third Ave<br>New York, NY 10022-3908 |

**VIA HAND DELIVERY**
**& ELECTRONIC MAIL**
STEVENS & LEE PC
Joseph H. Hutson Jr, Esq.
1105 N. Market St., Ste. 700
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
**& ELECTRONIC MAIL**
MORRISON & FOERSTER LLP
James M. Peck, Esq.
Brett H. Miller, Esq.
Lorenzo Marinuzzi, Esq.
Todd M. Goren, Esq.
Samantha Martin, Esq.
250 West 55th Street
New York, NY 10019

**VIA HAND DELIVERY**
**& ELECTRONIC MAIL**
POLSINELLI PC
Christopher A. Ward, Esq.
Justin K. Edelson, Esq.
Shanti M. Katona, Esq.
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
**& ELECTRONIC MAIL**
SULLIVAN & CROMWELL LLP
Andrew G. Dietderich, Esq.
Brian D. Glueckstein, Esq.
Michael H. Torkin, Esq.
125 Broad St.
New York, NY 10004

**VIA HAND DELIVERY**
**& ELECTRONIC MAIL**
MONTGOMERY, MCCRACKEN, WALKER, & RHOADS LLP
Natalie D. Ramsey, Esq.
Davis Lee Wright, Esq.
Mark A. Fink, Esq.
1105 N. Market St, 15th Fl.
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
**& ELECTRONIC MAIL**
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
David S. Rosner, Esq.
Andrew K. Glenn, Esq.
Daniel A. Fliman, Esq.
1633 Broadway
New York, New York 10019