## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| | Jointly Administered |
| Debtors. | **Re: Docket No. 9226** |

### AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | ) SS |
| COUNTY OF NEW CASTLE | ) |

Stephanie MacDonald, being duly sworn according to law, deposes and says that she is employed by the law firm of Cross & Simon, LLC, counsel for certain funds and accounts advised or sub-advised by Fidelity Management & Research Company or its affiliates in the above-captioned case, and that on the 9th day of August, 2016, she caused copies of the **Joinder of certain funds and accounts advised or sub-advised by Fidelity Management & Research Company or its affiliates to EFH Indenture Trustee and Contrarian Capital Management, LLC's Objection to Confirmation of Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 9226]** to be served upon the parties on the attached service list in the manners indicated thereon.

Stephanie MacDonald

Sworn to and subscribed before me this 11th day of August, 2016.

Notary Public _____

My Commission Expires: _____ 9 / 25 / 17

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification Numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

**VIA HAND DELIVERY**
**& ELECTRONIC MAIL**
BIELLI & KLAUDER, LLC
David M. Klauder, Esq.
1204 N. King Street
Wilmington, DE 19801

**VIA HAND DELIVERY**
**& ELECTRONIC MAIL**
RICHARDS, LAYTON & FINGER, P.A.
Mark D. Collins, Esq.
Daniel J. DeFranceschi, Esq.
Jason M. Madron, Esq.
920 North King Street
Wilmington, Delaware 19801

**VIA FIRST CLASS MAIL**
**& ELECTRONIC MAIL**
KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
James H.M. Sprayregen, P.C.
Marc Kieselstein, P.C.
Chad J. Husnick, Esq.
Steven N. Serajeddini, Esq.
300 North LaSalle
Chicago, Illinois 60654

**VIA FIRST CLASS MAIL**
**& ELECTRONIC MAIL**
MUNGER, TOLLES & OLSON LLP
Thomas B. Walper, Esq.
Todd J. Rosen, Esq.
Seth Goldman, Esq.
John W. Spiegel, Esq.
355 S. Grand Ave, 35th Fl.
Los Angeles, CA 90071

**VIA FIRST CLASS MAIL**
**& ELECTRONIC MAIL**
CRAVATH, SWAIN, & MOORE LLP
Michael A Paskin, Esq.
Worldwide Plaza
825 Eighth Ave
New York, NY 10019-7475

**VIA FIRST CLASS MAIL**
**& ELECTRONIC MAIL**
PROSKAUER ROSE LLP
Jeff J. Marwil, Esq.
Mark K. Thomas, Esq.
Peter J. Young, Esq.
Three First National Plaza
70 W. Madison Street, Suite 3800
Chicago, IL 60602

**VIA FIRST CLASS MAIL**
**& ELECTRONIC MAIL**
KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
Edward O. Sassower, P.C.
Stephen E. Hessler, Esq.
Brian E. Schartz, Esq.
601 Lexington Avenue
New York, New York 10022-4611

**VIA HAND DELIVERY**
**& ELECTRONIC MAIL**
OFFICE OF THE UNITED STATES TRUSTEE
Richard L. Shepacarter, Esq.
Andrea B. Schwartz, Esq.
844 King Street, Suite 2207
Lockbox 35
Wilmington, Delaware 19801

**VIA HAND DELIVERY**
**& ELECTRONIC MAIL**
MCELROY, DEUTSCH, MUVANEY,
& CARPENTER, LLP
David P. Primack, Esq.
300 Delaware Ave., Ste 770
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
**& ELECTRONIC MAIL**
JENNER & BLOCK LLP
Richard Levin, Esq.
919 Third Ave
New York, NY 10022-3908

**VIA HAND DELIVERY**
**& ELECTRONIC MAIL**
STEVENS & LEE PC
Joseph H. Hutson Jr, Esq.
1105 N. Market St., Ste. 700
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
**& ELECTRONIC MAIL**
MORRISON & FOERSTER LLP
James M. Peck, Esq.
Brett H. Miller, Esq.
Lorenzo Marinuzzi, Esq.
Todd M. Goren, Esq.
Samantha Martin, Esq.
250 West 55th Street
New York, NY 10019

**VIA HAND DELIVERY**
**& ELECTRONIC MAIL**
POLSINELLI PC
Christopher A. Ward, Esq.
Justin K. Edelson, Esq.
Shanti M. Katona, Esq.
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
**& ELECTRONIC MAIL**
SULLIVAN & CROMWELL LLP
Andrew G. Dietderich, Esq.
Brian D. Glueckstein, Esq.
Michael H. Torkin, Esq.
125 Broad St.
New York, NY 10004

**VIA HAND DELIVERY**
**& ELECTRONIC MAIL**
MONTGOMERY, MCCRACKEN, WALKER, & RHOADS
LLP
Natalie D. Ramsey, Esq.
Davis Lee Wright, Esq.
Mark A. Fink, Esq.
1105 N. Market St, 15th Fl.
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
**& ELECTRONIC MAIL**
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
David S. Rosner, Esq.
Andrew K. Glenn, Esq.
Daniel A. Fliman, Esq.
1633 Broadway
New York, New York 10019