IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, ) | Case No. 14-10979 (CSS) |
| ) | |
| Debtors.[1] ) | (Jointly Administered) |
| ) | |
| ) | **Re: D.I. 8514, 8883, 8972, 9199, 9218, 9219, 9221** |
| ) | |

### NOTICE OF EXTENSION OF DEADLINE BY WHICH PARTICIPATING PARTIES MUST FILE OBJECTIONS TO PENDING MOTIONS *IN LIMINE*

PLEASE TAKE NOTICE that, on May 1, 2016, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Motion of Energy Future Holdings Corp., et al., for Entry of an Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Joint Plan of Reorganization and The Approval of Debtors' Disclosure Statement* [D.I. 8358] (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). Pursuant to the Motion, the Debtors were seeking entry of an order scheduling certain dates and deadlines and establishing certain protocols in connection with the confirmation of the Debtors' joint plan of reorganization and approval of the Debtors' related disclosure statement(s).

PLEASE TAKE FURTHER NOTICE THAT, following notice and a hearing, on May 24, 2016, the Bankruptcy Court entered the *Order Scheduling Certain Hearing Dates and*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

*Deadlines and Establishing Certain Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Joint Plan of Reorganization and the Approval of Debtors' Disclosure Statement* [D.I. 8514] (as supplemented by D.I. 8883 and 8972, the "Scheduling Order").

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Scheduling Order, the Bankruptcy Court, among other things, fixed various dates and deadlines and established certain protocols in connection with the proposed confirmation of the *Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code*, dated August 5, 2016 [D.I. 9199] (as may be further amended, modified, or supplemented, the "Plan") as it relates to the TCEH Debtors[2] and EFH Shared Services Debtors.

PLEASE TAKE FURTHER NOTICE THAT, among other dates, the Scheduling Order fixed August 11, 2016 as "the deadline by which the Participating Parties must file oppositions to any motions in limine". See Scheduling Order at ¶ 7(dd).

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Scheduling Order:

> "… the Debtors, in agreement with the affected Participating Parties, may amend or modify the terms of this Order without further order by the Court upon filing written notice of such amendment or modification with the Court; *provided further, however,* that the provisions of paragraph 9 of this Order and the deadlines set forth herein (including in paragraph 7 of this Order) as they relate to the Disclosure Statement Hearing and Confirmation Hearing for the TCEH Debtors shall not be adjourned, amended or modified without the prior written consent of the TCEH Debtors and the TCEH Supporting First Lien Creditors."

See Scheduling Order at ¶ 21.

---

[2] Capitalized terms used, but not otherwise defined, herein shall have the same meanings ascribed to them in the Plan.

PLEASE TAKE FURTHER NOTICE THAT, in accordance with paragraph 21 of the Scheduling Order, the Debtors and the affected Participating Parties (as such term is defined in the Scheduling Order) --- *i.e.,* American Stock Transfer & Trust Company LLC and Shirley Fenicle as successor-in-interest to the Estate of George Fenicle and David William Fahy --- have agreed to extend "the deadline by which the Participating Parties must file oppositions to any motions in limine" set forth in paragraph 7(dd) of the Scheduling Order to and including **Friday, August 12, 2016.** As required by paragraph 21 of the Scheduling Order, the Debtors have also obtained the written consent of the TCEH Supporting First Lien Creditors (as such term is defined in the Scheduling Order) to the extension of the deadline to file oppositions to any motions in limine.

PLEASE TAKE FURTHER NOTICE that a hearing to consider confirmation of the Plan as it relates to the TCEH Debtors and EFH Shared Services Debtors as well as the motions in limine is scheduled to commence before The Honorable Christopher S. Sontchi at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on **August 17, 2016 starting at 10:00 a.m. (Eastern Daylight Time).**

*[Remainder of page intentionally left blank.]*

Dated: August 11, 2016
Wilmington, Delaware

/s/ [signature]

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
Email:  collins@rlf.com
    defranceschi@rlf.com
    madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900
Email:  edward.sassower@kirkland.com
    stephen.hessler@kirkland.com
    brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200
Email:  james.sprayregen@kirkland.com
    marc.kieselstein@kirkland.com
    chad.husnick@kirkland.com
    steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession