# Exhibit A

9428077 v1

## In re: Energy Future Holdings Corp., et al.
## Case No. 14-10979 (CSS)

| Applicant | Compensation Period | Interim Fees Requested | Fee Committee's Fee Adjustments | Interim Expenses Requested | Fee Committee's Expense Adjustments | Interim Fees Approved | Interim Expenses Approved |
|---|---|---|---|---|---|---|---|
| Montgomery, McCracken, Walker & Rhoads, LLP [D.I. 7868] | 9/1/2015 – 12/31/2015 | $2,979,882.00 | $81,418.88 | $210,619.88 | $16,180.97 | **$2,898,463.13** | **$194,438.91** |
| Sullivan & Cromwell [D.I. 7822] | 9/1/2015 – 12/31/2015 | $9,170,708.50 | $235,620.51 | $694,156.16 | $22,111.33 | **$8,935,087.99** | **$672,044.83** |
| Polsinelli PC [D.I. 7897] | 9/1/2015 – 12/31/2015 | $573,465.50 | $40,324.93 | $25,451.29 | $149.00 | **$533,140.57** | **$25,302.29** |
| Sidley Austin LLP [D.I. 8237] | 9/1/2015 – 12/31/2015 | $52,057.50 | - | $1,704.50 | $188.91 | **$52,057.50** | **$1,515.60** |

| Applicant | Compensation Period | Fees Requested | Fee Committee's Fee Adjustments | Expenses Requested | Fee Committee's Expense Adjustments | Fees Approved | Expenses Approved |
|---|---|---|---|---|---|---|---|
| Morris James LLP | 4/29/2014 – 6/30/2015 | $152,001.50 | - | $782.01 | $197.25 | **$152,001.50** | **$584.76** |

15956180.3

9428077 v1