**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) ) | (Jointly Administered) **Re: D.I. 9188** |

### *AMENDED* PLAN SUPPLEMENT AS IT RELATES TO THE TCEH DEBTORS AND THE EFH SHARED SERVICES DEBTORS FOR THE THIRD AMENDED JOINT PLAN OF REORGANIZATION OF ENERGY FUTURE HOLDINGS CORP., *ET AL.,* PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE

**PLEASE TAKE NOTICE THAT** that the TCEH Debtors and the EFH Shared Services Debtors (collectively, the "T-Side Debtors"), submit this amended plan supplement (the "Amended Plan Supplement") in support of confirmation of the *Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 9199] (as amended from time to time, the "Plan"), filed in the above-captioned chapter 11 cases on August 5, 2016. Capitalized terms used but not defined herein shall have the meanings set forth in the Plan.

**PLEASE TAKE FURTHER NOTICE** that the Amended Plan Supplement amends the Plan Supplement filed on August 3, 2016 [D.I. 9188] (the "August 3 Plan Supplement") with respect to the following documents, which documents may be further modified, amended, or supplemented from time to time by the Debtors in accordance with the Plan:[2]

- Exhibit A(i) — Certificate of Incorporation for Reorganized TCEH and Redline Against August 3 Plan Supplement

- Exhibit F — Reorganized TCEH Registration Rights Agreement and Redline Against August 3 Plan Supplement

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] The exhibit references included herein relate to the exhibit references included in the August 3 Plan Supplement.

- <u>Exhibit G</u> — Disclosures Regarding New Boards of Reorganized TCEH and Redline Against August 3 Plan Supplement

- <u>Exhibit L</u>— Spin-Off Tax Receivable Agreement and Redline Against August 3 Plan Supplement

Certain documents, or portions thereof, contained in the August 3 Plan Supplement (as modified by the Amended Plan Supplement), remain subject to continuing negotiations among the T-Side Debtors and interested parties with respect thereto.  The T-Side Debtors reserve all rights to amend, modify, or supplement the August 3 Plan Supplement (as modified by the Amended Plan Supplement) and any of the documents contained therein, in accordance with the terms of the Plan.  To the extent material amendments or modifications are made to any of the August 3 Plan Supplement or Amended Plan Supplement documents, the T-Side Debtors will file a blackline with the Bankruptcy Court prior to the Confirmation Hearing marked to reflect same.

**PLEASE TAKE FURTHER NOTICE** that the documents contained in the August 3 Plan Supplement, as modified by the Amended Plan Supplement, and as may be further modified or amended prior to the Confirmation Hearing, are integral to, part of, and incorporated by reference into the Plan.  These documents have not yet been approved by the Bankruptcy Court.  If the Plan is approved, the documents contained in the August 3 Plan Supplement (as modified by the Amended Plan Supplement and as may be further modified or amended prior to the Confirmation Hearing) will be approved by the Bankruptcy Court pursuant to the Confirmation Order.

**PLEASE TAKE FURTHER NOTICE** that the hearing to consider confirmation of the Plan as it pertains to the T-Side Debtors is currently scheduled to commence on **Wednesday**, **August 17, 2016 starting at 10:00 a.m. (Eastern Daylight Time)** before The Honorable Christopher S. Sontchi, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that any party wishing to obtain copies of the Plan, the Amended Plan Supplement documents referred to on the attached list, or the TCEH Disclosure Statement related to the Plan may download copies from the Debtors' Notice and Claims Agent, Epiq Bankruptcy Solutions, LLC at http://www.efhcaseinfo.com.

[*Remainder of page intentionally left blank.*]

Dated: August 11, 2016
     Wilmington, Delaware            */s/ Jason M. Madron*
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:    (302) 651-7701
Email:        collins@rlf.com
              defranceschi@rlf.com
              madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900
Email:        edward.sassower@kirkland.com
              stephen.hessler@kirkland.com
              brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:    (312) 862-2200
Email:        james.sprayregen@kirkland.com
              marc.kieselstein@kirkland.com
              chad.husnick@kirkland.com
              steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

## AMENDED PLAN SUPPLEMENT DOCUMENTS

- Exhibit A(i) — Certificate of Incorporation for Reorganized TCEH and Redline Against August 3 Plan Supplement

- Exhibit F — Reorganized TCEH Registration Rights Agreement and Redline Against August 3 Plan Supplement

- Exhibit G — Disclosures Regarding New Boards of Reorganized TCEH and Redline Against August 3 Plan Supplement

- Exhibit L — Spin-Off Tax Receivable Agreement and Redline Against August 3 Plan Supplement