## EXHIBIT G

### Disclosures Regarding New Boards of Reorganized TCEH and Redline Against August 3 Plan Supplement

The Debtors anticipate that the current directors and officers of the TCEH Debtors will serve after the Confirmation Date until the Effective Date. As of the Effective Date, the term of the current members of the board of directors of the applicable TCEH Debtors shall expire, and the initial boards of directors, including the Reorganized TCEH Board, and the officers of each of the Reorganized TCEH Debtors shall be appointed in accordance with the respective New Organizational Documents of the Reorganized TCEH Debtors. The TCEH Supporting First Lien Creditors have informed the Debtors that they expect that Curt Morgan will be appointed as the Chief Executive Officer of Reorganized TCEH effective as of, or immediately after, the Effective Date. Curt Morgan was formerly an Operating Partner at Energy Capital Partners LLC and is currently a consultant for the Ad Hoc Committee of First Lien Creditors of TCEH. The Debtors shall file a notice specifying the identity and affiliations of any person proposed to serve as a director or officer of the TCEH Reorganized Debtors and to the extent such person is an insider (as defined in section 101(31) of the Bankruptcy Code) other than by virtue of being a director, the nature of any compensation for such person, as that information becomes available and in any event before the Effective Date. Each director and officer of the Reorganized TCEH Debtors shall serve from and after the Effective Date pursuant to the terms of the New Organizational Documents of the Reorganized TCEH Debtors and applicable law.

With respect to the Reorganized TCEH Board, the Debtors anticipate that the initial Reorganized TCEH Board will be comprised of seven members appointed by the TCEH Supporting First Lien Creditors. Certain TCEH Supporting First Lien Creditors affiliated with Apollo Management Holdings L.P. will have the right to designate one initial director to the Reorganized TCEH Board, which initial director is anticipated to be Geoffrey Strong. Certain TCEH Supporting First Lien Creditors affiliated with Brookfield Asset Management Private Institutional Capital Adviser (Canada), L.P. will have the right to designate one initial director to the Reorganized TCEH Board, which initial director is anticipated to be Cyrus Madon. Certain TCEH Supporting First Lien Creditors affiliated with Oaktree Capital Management, L.P. will have the right to designate one initial director to the Reorganized TCEH Board, which initial director is anticipated to be Jennifer Box. The remaining initial directors of the Reorganized TCEH Board will be appointed by the TCEH Supporting First Lien Creditors. The TCEH Supporting First Lien Creditors anticipate appointing Mr. Morgan, Gavin Baiera of Angelo Gordon & Co., Jeff Hunter of Power Capital Advisors LLC and Michael Liebelson of Monolith Materials as the four remaining initial directors of the Reorganized TCEH Board.

**EXHIBIT** G

**Disclosures Regarding New Boards of Reorganized TCEH**

The Debtors anticipate that the current directors and officers of the TCEH Debtors will serve after the Confirmation Date until the Effective Date.  As of the Effective Date, the term of the current members of the board of directors of the applicable TCEH Debtors shall expire, and the initial boards of directors, including the Reorganized TCEH Board, and the officers of each of the Reorganized TCEH Debtors shall be appointed in accordance with the respective New Organizational Documents of the Reorganized TCEH Debtors.  The TCEH Supporting First Lien Creditors have informed the Debtors that they expect that Curt Morgan will be appointed as the Chief Executive Officer of Reorganized TCEH effective as of, or immediately after, the Effective Date.  Curt Morgan was formerly an Operating Partner at Energy Capital Partners LLC and is currently a consultant for the Ad Hoc Committee of First Lien Creditors of TCEH.  The Debtors shall file a notice specifying the identity and affiliations of any person proposed to serve as a director or officer of the TCEH Reorganized Debtors and to the extent such person is an insider (as defined in section 101(31) of the Bankruptcy Code) other than by virtue of being a director, the nature of any compensation for such person, as that information becomes available and in any event before the Effective Date.  Each director and officer of the Reorganized TCEH Debtors shall serve from and after the Effective Date pursuant to the terms of the New Organizational Documents of the Reorganized TCEH Debtors and applicable law.

With respect to the Reorganized TCEH Board, the Debtors anticipate that the initial Reorganized TCEH Board will be comprised of seven members appointed by the TCEH Supporting First Lien Creditors.  Certain TCEH Supporting First Lien Creditors affiliated with Apollo Management Holdings L.P. will have the right to designate one initial director to the Reorganized TCEH Board, which initial director is anticipated to be Geoffrey Strong.  Certain TCEH Supporting First Lien Creditors affiliated with Brookfield Asset Management Private Institutional Capital Adviser (Canada), L.P. will have the right to designate one initial director to the Reorganized TCEH Board, which initial director is anticipated to be Cyrus Madon.  Certain TCEH Supporting First Lien Creditors affiliated with Oaktree Capital Management, L.P. will have the right to designate one initial director to the Reorganized TCEH Board, which initial director is anticipated to be Jennifer Box.  The remaining initial directors of the Reorganized TCEH Board will be appointed by the TCEH Supporting First Lien Creditors.  The TCEH Supporting First Lien Creditors anticipate appointing Mr. Morgan, Gavin Baiera of Angelo Gordon & Co. ~~and~~, Jeff Hunter of Power Capital Advisors LLC ~~as three of~~and Michael Liebelson of Monolith Materials as the four remaining initial directors of the Reorganized TCEH Board.~~  The TCEH Supporting First Lien Creditors are working with an executive search firm to assist in the evaluation and selection of the seventh initial director.~~

| Summary report: Litéra® Change-Pro 7.5.0.145 Document comparison done on 8/8/2016 4:55:03 PM ||
|---|---|
| **Style name:** Default Style ||
| **Intelligent Table Comparison:** Active ||
| **Original DMS:** iw://US/US1/10719882/5 ||
| **Modified DMS:** iw://US/US1/10719882/6 ||
| **Changes:** ||
| Add | 5 |
| Delete | 6 |
| Move From | 0 |
| Move To | 0 |
| Table Insert | 0 |
| Table Delete | 0 |
| Table moves to | 0 |
| Table moves from | 0 |
| Embedded Graphics (Visio, ChemDraw, Images etc.) | 0 |
| Embedded Excel | 0 |
| Format changes | 0 |
| **Total Changes:** | 11 |