UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:  Chapter 11

Case No. 14-10979 (CSS)

Debtor: ENERGY FUTURE HOLDINGS CORP., et al.,

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Brian W. Hockett

to represent Accenture LLP

in this action.

/s/ Lucian Murley  (DE Bar No. 4892)

Firm Name: SAUL EWING LLP
Address: 1201 North Market St., Suite 2300
Wilmington, DE 19899
Phone: 302-421-6898
Email: lmurley@saul.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Missouri and Illinois and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 3/25/14. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

/s/ Brian W. Hockett

Firm Name: Thompson Coburn LLP
Address: One U.S. Bank Plaza, 27th Fl.
St. Louis, Missouri 63101
Phone: 314-552-6461
Email: bhockett@thompsoncoburn.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Local Form 105