IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered)<br><br>Re: D.I. 9263 |

## AFFIDAVIT OF SERVICE
## OF KAREN E. HARVEY, PARALEGAL

STATE OF DELAWARE    :
                     :
NEW CASTLE COUNTY    :

I, Karen E. Harvey, being duly sworn, depose and say:

1. I am employed by Hogan♦McDaniel, counsel to Shirley Fenicle, individually and as successor-in-interest to the Estate of George Fenicle, to David William Fahy, and to John H. Jones in the above-captioned case, and I am not less than 18 years of age; and

2. On August 11, 2016, I caused a true and correct copy of the *Response of Shirley Fenicle and David William Fahy to Debtors' Motion In Limine to Preclude E-Side Asbestos Claimants Fenicle and Fahy From Raising Certain Arguments at the TCEH Confirmation Hearing* [D.I. 9263], to be served on the following counsel of record for the above-captioned Debtors via e-mail:

Mark D. Collins
Daniel J. DeFranceschi
Jason M. Madron
**RICHARDS, LAYTON & FINGER, LLP**
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
collins@rlf.com
defranceschi@rlf.com
madron@rlf.com

James H.M. Sprayregen, P.A.
Marc Kieselstein, P.C.
Chad J. Husnick
Steven N. Serajeddini
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
james.sprayregen@kirkland.com
marc.kieselstein@kirkland.com
chad.husnick@kirkland.com
steven.serajeddini@kirkland.com

Edward O. Sassower, P.C.
Stephen Hessler
Brian E. Schartz
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, New York 10022-4611
Edward.sassower@kirkland.com
Stephen.hessler@kirkland.com
brian.schartz@kirkland.com

3.      On August 11, 2016, I also caused a true and correct copy of the *Response of Shirley Fenicle and David William Fahy to Debtors' Motion In Limine to Preclude E-Side Asbestos Claimants Fenicle and Fahy From Raising Certain Arguments at the TCEH Confirmation Hearing* [D.I. 9263], to be served via electronic mail on the Participating Parties (as defined in the *Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Debtors' Joint Plan of Reorganization and Approval of Debtors' Disclosure Statement* (D.I. 8514)) at the following electronic mail address set up by the Debtors to allow for service on all Participating Parties: EFH_DS_Discovery_Service_List@kirkland.com.

Dated: August 12, 2016
       Wilmington, Delaware

_____
Karen E. Harvey

**SWORN AND SUBSCRIBED** before me this 12th day of August, 2016.

_____
Notary Public

*[Notary seal: Gabrielle E. Durstein, Notary Public, State of Delaware, My Commission Expires Jan. 14, 2019]*