# EXHIBIT A

Energy Future Holdings Corp.
First Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| Allied Electronics, Inc. | 3312 | Response filed on 12/10/14. [Docket No. 2964]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| Allied Electronics, Inc. | 3313 | Response filed on 12/10/14. [Docket No. 2964]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

14997004_1

## EXHIBIT B

Energy Future Holdings Corp.
Third Omnibus (Non-Substantive) Objection to Claims

### Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| BETTS, BARBARA | 3831 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| CAESAR, RUTH | 5630 | Response filed on January 5, 2015. [Docket No. 3171]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| DELGADO, MARIA NAVEJAR | 2004 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| GUY, MASON | 2738 | Response filed on December 29, 2014. [Docket No. 3153]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| KEYES, SUSAN | 2891 | Response filed on December 31, 2014. [Docket No. 3164]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| NEAL, KATHEY | 1499 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| NEDD-JOHNSON, NANNETTE | 2021 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| OLBRISH, KIMBERLEY | 669 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| SMITH, CYNTHIA | 1423 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

1

Energy Future Holdings Corp.
Third Omnibus (Non-Substantive) Objection to Claims

## Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| SOTO, MARIA | 428 | Informal response received. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

2

**EXHIBIT C**

Energy Future Holdings Corp.
Fourth Omnibus (Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit 3 to Exhibit A** | | |
| Brinkley, Annie | 2345 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

14997849_1

# EXHIBIT D

Energy Future Holdings Corp.
Sixth Omnibus (Non-Substantive) Objection to Claims

## Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| DE LA CERDA JR., JOE F. | 1324 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| HAWKINS, MONICA R. | 1868 | Response filed on 1/27/15. [Docket No. 3386]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| MITCHELL, STEPHEN W. | 2636 | Response filed on 1/23/15. [Docket No. 3355]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| MOORE, DEBORAH D. | 3927 | Response filed on 1/23/15. [Docket No. 3352]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| ROBINSON, JOANN M. | 4959 | Response filed on 1/28/15. [Docket No. 3389]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| WOODS, SHANTA | 2899 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

RLF-14997893_1

**EXHIBIT E**

Energy Future Holdings Corp.
Seventh Omnibus (Substantive) Objection to Claims

## Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| EDWARDS, DEANNA | 9922 | Response filed on 1/28/15. [Docket No. 3388]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| EDWARDS, GERALD | 9923 | Response filed on 1/28/15. [Docket No. 3388]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

1

RLF-14997895_1

# EXHIBIT F

Energy Future Holdings Corp.
Eighth Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| BEARD JR., JACK ROGERS | 2304 | Response filed on February 11, 2015. [Docket No. 3511]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| GRIFFIN, LEO | 2191 | Response filed on February 9, 2015. [Docket No. 3498]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| MCCLAIN, JACKIE | 417 | Response filed on February 9, 2015. [Docket No. 3500]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| MORENO, JESUS | 2730 | Response filed on February 18, 2015. [Docket No. 3578]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

1

**EXHIBIT G**

Energy Future Holdings Corp.
Tenth Omnibus (Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| JOHNSON-CAULEY, MELVA D. | 2686 | Response filed on February 24, 2015. [Docket No. 3636]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

1

**EXHIBIT H**

Energy Future Holdings Corp.
Twelfth Omnibus (Non-Substantive) Objection to Claims

**Exhibit A**

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| COVENEY, SANDI | 623 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| KAHLE, MARCIA | 1371 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| MATHEU, CHRISTINA | 1637 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| WASHINGTON, ROSE B S | 6162 | Response filed on March 27, 2015. [Docket No. 3998]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| WATSON, EVELYN | 1562 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

1

**EXHIBIT I**

Energy Future Holdings Corp.
Thirteenth Omnibus (Non-Substantive) Objection to Claims

**Exhibit A**

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| ALLEN, GAYE | 3445 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| ALLEN, JUDY | 3619 | Response filed on April 14, 2015. [Docket No. 4154]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| BAILEY, NIKITA | 2014 | Response filed on April 14, 2015. [Docket No. 4153]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| BELL, MARILYN | 3368 | Response filed on April 14, 2015. [Docket No. 4152]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| CARTER, SHARRON DENISE | 5735 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| CORBELL, KARLA | 4435 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| COX, DONALD L | 2701 | Response filed on April 8, 2015. [Docket No. 4088]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| GARCIA, STELLA | 5228 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| HUGHES, JOAN H | 4465 | Response filed on April 14, 2015. [Docket No. 4150]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

1

Energy Future Holdings Corp.
Thirteenth Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| MARRS, OPAL | 2252 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| PHILLIPS, MARY JAME | 844 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| PIPKIN, LORENZO III | 8052 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| SMALL, YOLANDA NICOLE | 4830 | Response filed on April 8, 2015. [Docket No. 4089]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| STEPHENSON, ALBERT | 3519 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| VAUGHN, TERETTA | 8063 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| VILLARREAL, TIMMY | 1520 | Response filed on April 10, 2015. [Docket No. 4114]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| WALKER, ROBERT | 3557 | Response filed on April 14, 2015. [Docket No. 4151]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| WILLIAMS, MELVIN | 3256 | Response filed on April 17, 2015. [Docket No. 4204]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

RLF-14997972_1

**EXHIBIT J**

Energy Future Holdings Corp.
Fifteenth Omnibus (Non-Substantive) Objection to Claims

**Exhibit A**

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| MAURILLO, AMELIA | 4599 | Response filed on April 17, 2015. [Docket No. 4206]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

1

# **EXHIBIT K**

Energy Future Holdings Corp.
Sixteenth Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| KOVACH, AUSTIN | 9867 | Response filed on July 8, 2015. [Docket No. 4943]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| MYLES, JACQUELYN A | 9600 | Response filed on July 1, 2015. [Docket No. 4906]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| PHILLIPS, DONNA | 2226 | Response filed on June 30, 2015. [Docket No. 4896 & 4897]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| REDIC, CORA | 9919 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

1

**EXHIBIT L**

Energy Future Holdings Corp.
Seventeenth Omnibus (Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| EDWARDS, GERALD | 7659 | Response filed on July 8, 2015. [Docket No. 4942]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| ENGLISH, WAYNE | 9800 | Response filed on June 29, 2015. [Docket No. 4882]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| LAMMERS, LINDA | 251 | Response filed on July 2, 2015. [Docket No. 4919]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| RAILROAD MANAGEMENT, LLC, MANAGING AGENT | 7840 | Informal response received. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| RAILROAD MANAGEMENT, LLC, MANAGING AGENT | 7841 | Informal response received. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| RAILROAD MANAGEMENT, LLC, MANAGING AGENT | 7842 | Informal response received. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

1

**EXHIBIT M**

Energy Future Holdings Corp.
Eighteenth Omnibus (Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| HILDRETH, JOHN | 4230 | Informal response received. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

1

**EXHIBIT N**

Energy Future Holdings Corp.
Nineteenth Omnibus (Non-Substantive) Objection to Claims

## Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| LEWIS, MELISSA C | 9698 | On August 3, 2016 the Court entered an order granting the objection in connection with this claim. |
| INVENSYS SYSTEMS, INC. | 4478 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

1

**EXHIBIT O**

Energy Future Holdings Corp.
Twenty-First Omnibus (Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| HCL AMERICA, INC | 6072 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| HCL AMERICA, INC | 6074 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| HCL AMERICA, INC | 6075 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| TANNOR PARTNERS CREDIT FUND LP | 3637 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| TANNOR PARTNERS CREDIT FUND LP | 4684 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

1

**EXHIBIT P**

Energy Future Holdings Corp.
Twenty Second (Non-Substantive) Objection to Claims

| Name of Creditor | Claim Number | Status of Claim |
|---|---|---|
| GLOBAL TECHNICAL TRAINING SERVICES INC. | 3736 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtor once a hearing date is scheduled. |

2016.8.11 Claim Chart re 22nd Omnibus Claims

**EXHIBIT Q**

Energy Future Holdings Corp.
Twenty Third (Substantive) Objection to Claims

| Name of Creditor | Claim Number | Status of Claim |
|---|---|---|
| TANNOR PARTNERS CREDIT FUND LP | 2221 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtor once a hearing date is scheduled. |
| REDDY ICE CORP. (transferred to Liquidity Solutions, Inc.) | 3250 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtor once a hearing date is scheduled. |

1

**EXHIBIT R**

Energy Future Holdings Corp.
Twenty-Fifth Omnibus (Substantive) Objection to Claims

**Exhibit A**

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| FLUOR ENTERPRISES, INC. | 7777 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| FLUOR ENTERPRISES, INC. | 7778 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| FLUOR ENTERPRISES, INC. | 7779 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

1

**EXHIBIT S**

Energy Future Holdings Corp.
Twenty-Sixth Omnibus (Substantive) Objection to Claims

**Exhibit A**

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| FLUOR ENTERPRISES, INC. DBA FLUOR GLOBAL | 7776 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| FLUOR ENTERPRISES, INC. DBA FLUOR GLOBAL | 7774 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| FLUOR ENTERPRISES, INC. DBA FLUOR GLOBAL | 7775 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

1

**EXHIBIT T**

Energy Future Holdings Corp.
Twenty Eighth (Substantive) Objection to Claims

| Creditor Name | Claim Number | Status of Claim |
|---|---|---|
| SHALE-INLAND HOLDINGS LLC | 1776 | Informal response received. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtor once a hearing date is scheduled. |
| AIRGAS USA, LLC | 3314 | Informal response received. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtor once a hearing date is scheduled. |
| DISTRIBUTION NOW L.P. | 5014 | Informal response received. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtor once a hearing date is scheduled. |
| BENETECH, INC. | 5776 | Response filed on 8/31/15. [Docket No. 5834]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtor once a hearing date is scheduled. |
| VERIZON WIRELESS | 6264 | Response filed on 8/31/15. [Docket No. 5802]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtor once a hearing date is scheduled. |

1

**EXHIBIT U**

Energy Future Holdings Corp.
Thirty-Fourth Omnibus (Substantive) Objection to Claims

**Exhibit A**

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| KNIFE RIVER CORPORATION - SOUTH | 5246 | Response filed on October 30, 2015. [Docket No. 6798]. Informal response received. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| API SYSTEMS GROUP INC | 4018 | On August 3, 2016 the Court entered an order granting the objection in connection with this claim. |
| 5DT INC. | 3429 | Informal response received. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

1

**EXHIBIT V**

Energy Future Holdings Corp.
Thirty-Sixth Omnibus (Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| RED BALL OXYGEN COMPANY | 10066 | Response filed on March 1, 2016. [Docket No. 7956]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| RED BALL OXYGEN COMPANY | 10067 | Response filed on March 1, 2016. [Docket No. 7956]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| RED BALL OXYGEN COMPANY | 10068 | Response filed on March 1, 2016. [Docket No. 7956]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| RED BALL OXYGEN COMPANY | 10069 | Response filed on March 1, 2016. [Docket No. 7956]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| RED BALL OXYGEN COMPANY | 10070 | Response filed on March 1, 2016. [Docket No. 7956]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| RED BALL OXYGEN COMPANY | 10071 | Response filed on March 1, 2016. [Docket No. 7956]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

1

**EXHIBIT W**

Energy Future Holdings Corp.
Thirty-Seventh Omnibus (Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| ARAMARK UNIFORM & CAREER APPAREL, LLC | 5865 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| RED BALL OXYGEN COMPANY | 7677 | Response filed on March 1, 2016. [Docket No. 7956]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| RED BALL OXYGEN COMPANY | 7676 | Response filed on March 1, 2016. [Docket No. 7956]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| RED BALL OXYGEN COMPANY | 7679 | Response filed on March 1, 2016. [Docket No. 7956]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| RED BALL OXYGEN COMPANY | 7675 | Response filed on March 1, 2016. [Docket No. 7956]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| RED BALL OXYGEN COMPANY | 7678 | Response filed on March 1, 2016. [Docket No. 7956]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| AUTOMATIC SYSTEMS, INC. | 4868 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| RAILWORKS TRACK SYSTEMS, INC. | 6184 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

1

Energy Future Holdings Corp.
Thirty-Seventh Omnibus (Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| RANGER EXCAVATING LP | 2613 | Response filed on February 19, 2016. [Docket No. 7901]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| LONG INDUSTRIES, INC. | 5269 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| TEXAS BIG SPRING, LP | 8007 | Response filed on February 23, 2016. [Docket No. 7919]. The hearing on this claim has been continued to September 26, 2016 starting at 10:00 a.m. (EDT). |

2

**EXHIBIT X**

Energy Future Holdings Corp.
Thirty-Ninth Omnibus (Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| COPELAND, WENDY | 10042 | Written response received by Debtors. [Not on Docket]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| COPELAND, WENDY | 10074 | Written response received by Debtors. [Not on Docket]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| COPELAND, WENDY | 10619 | Written response received by Debtors. [Not on Docket]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| FPL ENERGY PECOS WIND I, LLC | 7485 | Response filed on April 7, 2016. [Docket No. 8153]. The hearing on this claim has been continued to September 26, 2016 starting at 10:00 a.m. (EDT). |
| FPL ENERGY PECOS WIND II, LLC | 7483 | Response filed on April 7, 2016. [Docket No. 8154]. The hearing on this claim has been continued to September 26, 2016 starting at 10:00 a.m. (EDT). |
| HERBERT, WILLIAM JEFFERY | 4364 | Response filed on April 8, 2016. [Docket No. 8173]. The hearing on this claim has been continued to September 26, 2016 starting at 10:00 a.m. (EDT). |
| INDIAN MESA WIND FARM, LLC | 7484 | Response filed on April 7, 2016. [Docket No. 8152]. The hearing on this claim has been continued to September 26, 2016 starting at 10:00 a.m. (EDT). |
| JEFFERSON, MAURICE | 7526 | Response filed on April 6, 2016. [Docket No. 8134]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| JEFFERSON, MAURICE | 9650 | Response filed on April 6, 2016. [Docket No. 8134]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

RLF-14998332_1

Energy Future Holdings Corp.
Thirty-Ninth Omnibus (Substantive) Objection to Claims

**Exhibit A**

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| MCALOON, CATHERINE | 4780 | Response filed on April 18, 2016. [Docket No. 8240]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

2

**EXHIBIT Y**

Energy Future Holdings Corp.
Forty-Second Omnibus (Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| OHIO DEPARTMENT OF TAXATION, THE | 3526 | Response filed on June 29, 2016. [Docket No. 8845]. The hearing on this claim has been continued to September 26, 2016 starting at 10:00 a.m. (EDT). |

RLF-14998357_1

**EXHIBIT Z**

Energy Future Holdings Corp.
Forty-Third Omnibus (Substantive) Objection to Claims

**Exhibit A**

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| UNITED STATES GYPSUM COMPANY | 9874 | Informal response received. The hearing on this claim has been continued to September 26, 2016 starting at 10:00 a.m. (EDT). |

1

# EXHIBIT AA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## INDEX OF INTERIM FEE APPLICATIONS
## TO BE CONSIDERED AT THE AUGUST 16, 2016 HEARING

1.  Fourth Interim Application of Montgomery, McCracken, Walker & Rhoads, LLP as Delaware Bankruptcy Counsel and Conflicts Counsel to the EFH Official Committee for Compensation and Reimbursement of Expenses for the Period from September 1, 2015 Through December 31, 2015 [D.I. 7868; filed February 17, 2016]

    Response/Objection Deadline:      May 30, 2016 at 4:00 p.m. (EDT)

    Response/Objection Received:      None.

    Related Documents:

    A.  Fee Committee's Report Concerning Uncontested Interim Fee Applications and Section 503(b) Fee Requests for Hearing at Scheduled Omnibus Hearing on August 16, 2016 at 10:00 a.m. [D.I. 9257; filed August 11, 2016]

2.  Fourth Interim Fee Application of Sullivan & Cromwell LLP as Counsel to the EFH Committee for Interim Approval and Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from September 1, 2015 Through and Including December 31, 2015 [D.I. 7822; filed February 12, 2016]

    Response/Objection Deadline:      May 30, 2016 at 4:00 p.m. (EDT)

    Response/Objection Received:      None.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Related Documents:

    A.    Fee Committee's Report Concerning Uncontested Interim Fee Applications and Section 503(b) Fee Requests for Hearing at Scheduled Omnibus Hearing on August 16, 2016 at 10:00 a.m. [D.I. 9257; filed August 11, 2016]

3.    Fifth Interim Application of Polsinelli PC as Delaware Counsel and Conflicts Counsel for the Official Committee of TCEH Unsecured Creditors for Compensation and Reimbursement of Expenses Incurred for the Period September 1, 2015 Through December 31, 2015 [D.I. 7897; filed February 19, 2016]

    Response/Objection Deadline:    March 11, 2016 at 4:00 p.m. (EST)

    Response/Objection Received:    None.

Related Documents:

    A.    Fee Committee's Report Concerning Uncontested Interim Fee Applications and Section 503(b) Fee Requests for Hearing at Scheduled Omnibus Hearing on August 16, 2016 at 10:00 a.m. [D.I. 9257; filed August 11, 2016]

4.    Fifth Interim Fee Application of Sidley Austin LLP as Special Counsel to the Debtors and Debtors in Possession for Compensation for Services Rendered and Reimbursement of Expenses for the Period of September 1, 2015 Through December 31, 2015 [D.I. 8237; filed April 15, 2016]

    Response/Objection Deadline:    May 9, 2016 at 4:00 p.m. (EDT)

    Response/Objection Received:    None.

Related Documents:

    A.    Fee Committee's Report Concerning Uncontested Interim Fee Applications and Section 503(b) Fee Requests for Hearing at Scheduled Omnibus Hearing on August 16, 2016 at 10:00 a.m. [D.I. 9257; filed August 11, 2016]

5.    Morris James, LLP, Delaware counsel to Law Debenture Trust Company New York as indenture trustee for the 10.25% Senior Notes due 2015, the 10.25% Senior Notes due 2015, the 10.25% Senior Notes due November 1, 2015, Series B, and the 10.50%/11.25% Senior Toggle Notes due November 1, 2106 issued by Texas Competitive Electric Holdings Company, LLC and TCEH Finance, Inc. pursuant to the Indenture dated October 31, 2011 and as amended thereafter

    Response/Objection Deadline:    N/A

    Response/Objection Received:    None.

Related Documents:

A.    Fee Committee's Report Concerning Uncontested Interim Fee Applications and
      Section 503(b) Fee Requests for Hearing at Scheduled Omnibus Hearing on
      August 16, 2016 at 10:00 a.m. [D.I. 9257; filed August 11, 2016]

RLF1 15001349v.1