IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>    Debtors. | CHAPTER 11<br><br>Case No. 14-10979 (CSS)<br><br>Jointly Administered<br><br>Related Docket Nos: 8514 |

**NOTICE OF INTENT OF SAP INDUSTRIES, INC. TO PARTICIPATE IN CONFIRMATION PROCEEDINGS**

Pursuant to the *Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Joint Plan of Reorganization and the Approval of Debtors' Disclosure Statement* [D.I. 8514], SAP Industries, Inc. ("SAP"), by and through its undersigned counsel, hereby provides notice of its intent to participate in the proceedings regarding confirmation of the *Third Amended Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 9199] or any modification thereof (the "Plan"). In support hereof, SAP provides the following:

1. **Name and address of SAP:**

    SAP Industries, Inc.
    3999 West Chester Pike
    Newtown Square, PA 19703

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

2723858.v1

**2. The attorneys representing SAP are:**

Donald K. Ludman
Brown & Connery, LLP
6 North Broad Street, Suite 100
Woodbury, NJ 08096
email: dludman@brownconnery.com

**3. Description of Claims**

SAP is a party to a certain Software License Agreement with Texas Competitive Electric Holdings Company, LLC ("TCEH"), which the Debtors are seeking to assume and assign through the TCEH Debtors' Plan. On August 10, 2016, SAP filed an objection [D.I. 9243] to the assumption and assignment of this Software License Agreement and the assignee's provision of any transition services utilizing SAP's software absent compliance with the requirements of the Software License Agreement.

| | |
|---|---|
| Dated: August 12, 2016 | **BROWN & CONNERY, LLP** |
| | /s/ Donald K. Ludman |
| | Donald K. Ludman (DE Bar No. 4015) |
| | 6 North Broad Street, Suite 100 |
| | Woodbury, NJ 08096 |
| | (856) 812-8900 |
| | (856) 853-9933 (facsimile) |
| | dludman@brownconnery.com |
| | |
| | *Attorneys for SAP Industries, Inc.* |