**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors.[1] | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | **Re:  D.I. 9257** |

**NOTICE OF FILING OF REVISED PROPOSED FORM OF OMNIBUS ORDER
AWARDING INTERIM ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND FOR REIMBURSEMENT OF EXPENSES**

PLEASE TAKE NOTICE that on August 11, 2016, the Fee Committee filed the *Fee Committee's Report Concerning Uncontested Interim Fee Applications and Section 503(b) Fee Requests for Hearing at Scheduled Omnibus Hearing on August 16, 2016 at 10:00 a.m.* [D.I. 9257] (the "Fee Report").

PLEASE TAKE FURTHER NOTICE that attached to the Fee Report as Exhibit B was a proposed form of *Omnibus Order Awarding Interim Allowance of Compensation for Services Rendered and for Reimbursement of Expenses* (the "Proposed Fee Order").

PLEASE TAKE FURTHER NOTICE that the Proposed Fee Order has been revised to provide that Morris James is being paid pursuant to the Settlement Order [D.I. 7243] and the payment is being made on a final basis for the stated time period.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

9448454

PLEASE TAKE FURTHER NOTICE that attached hereto as <u>Exhibit A</u> is a clean copy of the revised Proposed Fee Order (the "<u>Revised Fee Order</u>"), and attached hereto as <u>Exhibit B</u> is a redline comparison of the Revised Fee Order to the Proposed Fee Order.

PLEASE TAKE FURTHER NOTICE that the Fee Committee respectfully requests the Court enter the Revised Fee Order.

Dated: August 12, 2016

**BENESCH, FRIEDLANDER,**
**COPLAN & ARONOFF LLP**

*/s/ William M. Alleman, Jr.*
Jennifer R. Hoover, Esquire (5111)
William M. Alleman, Jr., Esquire (5449)
222 Delaware Avenue, Suite 801
Wilmington, DE 19801
302-442-7010 telephone
302-442-7012 facsimile
E-mail: jhoover@beneschlaw.com
       walleman@beneschlaw.com

-and-

GODFREY & KAHN, S.C.

*/s/ Katherine Stadler*
Katherine Stadler, *Admitted Pro Hac Vice*
GODFREY & KAHN, S.C.
One East Main Street, Suite 500
P.O. Box 2719
Madison, Wisconsin 53701-2719
Telephone: (608) 257-3911
Facsimile: (608) 257-0609
E-mail: bwilliam@gklaw.com
       kstadler@gklaw.com

*Attorneys for the Fee Committee*