# EXHIBIT A



**Richard C. Pedone**
*Partner*
T 617-345-1305
rpedone@nixonpeabody.com

100 Summer Street
Boston, MA  02110-2131
617-345-1000

July 15, 2016

*Via E-mail*

Mark McKane, Esq.
mark.mckane@kirkland.com
Michael P. Esser, Esq.
michael.esser@kirkland.com
Kirkland & Ellis LLP
555 California Street
San Francisco, CA  94104

Re: <u>In re Energy Future Holdings Corporation, et al., Case No. 14-10979</u>

Dear Mark and Mike:

Please find enclosed a courtesy copy of the Expert Report of Professor Jack F. Williams, PhD, JD, CIRA, CDBV.  While we have endeavored to comply with the July 15, 2016 deadline imposed by you, we continue to object to the timing of that deadline (as well as the other deadlines set for the TCEH Confirmation Hearing) as unreasonable.  This is particularly problematic for the context of the attached expert report in light of the Debtors' very belated production of key documents and information that had previously been requested.  As you know, we issued requests for production on May 27, 2016, and only finally received some key documents responsive to those requests after having multiple meet and confer conferences with you and after writing a letter to you on July 8, 2016 reiterating the types of documents our expert needs in order to complete his analysis.  You made a supplemental production to us on July 12, 2016, and on July 13, 2016.  As I previously discussed with you, our expert has not had time to adequately review these materials and we believe that some key materials that are within the scope of our requests for production and that our expert needs to make his analysis have still not been produced to us or identified by you.   Because of this, this Expert Report is necessarily preliminary and we reserve the right to supplement it, as appropriate.  Thank you.

Very truly yours,

*/s/ Richard C. Pedone*

Richard C. Pedone

4832-1423-5701.2