# EXHIBIT C

Filed Under Temporary Seal Subject to Energy Future Holdings Protective Order