# EXHIBIT C

June 1, 2015 Email from J. Sowa to R. Pedone

| From: | Sowa, Justin |
|---|---|
| Sent: | Wednesday, June 01, 2016 9:01 PM |
| To: | *ADARWIN@nixonpeabody.com; *RPEDONE@nixonpeabody.com; *cfong@nixonpeabody.com; 'csimon@crosslaw.com' |
| Cc: | McKane, Mark; Esser, Michael P. |
| Subject: | In re: Energy Future Holdings Corp., et al., Case No. 14-10979 |
| Attachments: | 2016-06-01 Debtors Search Terms and Custodians.pdf |

Counsel,

We are in receipt of your written discovery requests, served on May 27, 2016. While we will serve formal written responses and objections on Friday, June 3, 2016, in accordance with the Scheduling Order, in the interest of expediting the discovery process, we have attached a list of our custodians and search terms, which we believe address each of the document requests served by you and other Participating Parties. As the nature of the requests is largely similar to requests we responded to in connection with confirmation of the Debtors' prior Plan last fall, our approach today largely tracks our previous approach.

**Justin Sowa**

**KIRKLAND & ELLIS LLP**
555 California Street, San Francisco, CA 94104
T +1 415 439 1826
F +1 415 439 1500

justin.sowa@kirkland.com

*Subject to FRE 408*

## DEBTORS' DOCUMENT SEARCHES

### Valuation

Custodians: Paul Keglevic, Michael Carter, Stanley Szlauderbach, Anthony Horton, Kristopher Moldovan, Geoffrey Ley, Patrick Williams, David Faranetta, Bob Frenzel, Grant Carter

Date Range: August 11, 2015 - present

Terms:

- ("cash on hand" or "COH") AND (historical OR actual OR budget* OR project* OR forecast* OR model*)
- ("market share" OR "mkt share") AND (historical OR actual OR budget* OR project* OR forecast* OR model*)
- (corp* /3 serv*) and (historical OR actual OR budget* OR project* OR forecast* OR model* OR valu*)
- (electric* w/3 pric*) AND (historical OR actual OR budget* OR project* OR forecast* OR model*)
- (gas w/5 (pric* or curve or forward)) AND (historical OR actual OR budget* OR project* OR forecast* OR model*)
- (shared /3 serv*) and (historical OR actual OR budget* OR project* OR forecast* OR model* OR valu*)
- (transpor* w/3 cost*) AND (historical OR actual OR budget* OR project* OR forecast* OR model*)
- business plan
- capex AND (historical OR actual OR budget* OR project* OR forecast* OR model*)
- capital additions
- capital expenditure* AND (historical OR actual OR budget* OR project* OR forecast* OR model*)
- capital w/3 distribut*
- contribution margin AND (historical OR actual OR budget* OR project* OR forecast* OR model*)
- cost of capital AND (historical OR actual OR budget* OR project* OR forecast* OR model*)
- credit rating AND (historical OR actual OR budget* OR project* OR forecast* OR model*)
- crude oil price*
- customer count AND (historical OR actual OR budget* OR project* OR forecast* OR model*)
- days w/3 sales w/3 outstanding
- DCF AND (historical OR actual OR budget* OR project* OR forecast* OR model*)
- distribution w/3 revenue*
- EBITDA* AND (historical OR actual OR budget* OR project* OR forecast* OR model*)
- EECRF
- energizing event success
- expense w/5 (fuel or coal or nuclear or gas)
- fair consideration
- fair market value
- fixed price contract
- fixed-price contract
- FMV AND (historical OR actual OR budget* OR project* OR forecast* OR model*)
- forward sales
- fuel cost AND (historical OR actual OR budget* OR project* OR forecast* OR model*)
- fuel price*

1

*Subject to FRE 408*

- gross capacity revenue*
- gross energy revenue*
- gross margin AND (historical OR actual OR budget* OR project* OR forecast* OR model*)
- index w/3 contract
- locational marginal pric*
- Long Range Plan
- loss contingency
- LRP
- maintenance cost* AND (historical OR actual OR budget* OR project* OR forecast* OR model*)
- maintenance sched*
- monthly load
- NPV AND (historical OR actual OR budget* OR project* OR forecast* OR model*)
- O&M AND (historical OR actual OR budget* OR project* OR forecast* OR model*)
- operating and maintenance expense*
- operating losses
- operations cost
- ops w/3 (loss* OR cost* OR expense*)
- ORDC
- power sales agreement
- pric* w/3 forecast*
- pric* w/5 (public w/2 (debt OR notes))
- pro forma AND (historical OR actual OR budget* OR project* OR forecast* OR model*)
- PUC
- PUCT
- rate case
- rate review
- reasonably equivalent value
- reduction w/3 credit*
- renewal rate*
- reserve margin
- ring fence
- ring-fenc*

- RMR AND (historical OR actual OR budget* OR project* OR forecast* OR model*)
- sales w/3 volume
- SG&A AND (historical OR actual OR budget* OR project* OR forecast* OR model*)
- shared services agreement"
- spark spread AND (historical OR actual OR budget* OR project* OR forecast* OR model*)
- SSA
- surcharge
- system-wide pric*
- tariff*
- TCRF
- transition bond
- transition charge
- transmi* w/3 right*
- transmission rights
- transmission w/3 revenue*
- volume assumption*
- wholesale w/50 (historical OR actual OR budget* OR project* OR forecast* OR model*)

**Tax Matters**

Custodians: Paul Keglevic; Carla Howard; Todd Maynes

Date Range: February 1, 2016 - present

Domain Restrictions (C. Howard and T. Maynes only)—emails to/from/cc/bcc:
- paulweiss.com
- millstein.com
- pwc.com

Terms:
- "alternative minimum"
- "busted 351"
- "net operating loss"
- "preferred stock"
- "tax matters agreement"
- "tax-/free" and (efh or efih or efch or tceh or oncor)
- (check w/3 box)
- (tax w/2 free) and (efh or efih or efch or tceh or oncor)
- (tax w/2 free) w/7 (impact* or effect* or affect* or consequence*)
- (tax w/2 free) w/7 alternative*
- AMT
- cancelation w/7 "debt income"
- CODI
- NOL
- NOLs
- partial step-/up
- spin-/off
- spinco
- step-/up
- tax sharing
- tax w/5 consequenc* and (efh or efih or efch or tceh or oncor)
- tax-/free w/7 (impact* or effect* or affect* or consequence*)
- tax-/free w/7 alternative*
- TMA
- TSA
- tufts

## Plan Development

Custodians: Paul Keglevic; Tony Horton; Kris Moldovan; James Sprayregen; Marc Kieselstein; Edward Sassower; Steven Serajeddini; Todd Maynes; Andrew Calder; William Levy; Chad Husnick

Date Range: February 1, 2016 - present

Terms:

- ("net operating" or NOL or NOLs) w/50 claim*
- ("step up" or "step-up") w/3 basis
- ("tax structure") w/50 (stake OR bid* OR sale OR transaction* OR stalk* OR "term sheet" OR merger OR Oncor)
- (admin* or operat* or "professional fees") w/50 claim*
- (claim OR liab* OR disput*) AND (spin* OR deconsolid*)
- (credit w/3 agreement) w/5 (TCEH or TXU or Oncor)
- (extend or extension) w/5 revolver
- (Market or comparable) w/3 multiple*
- (preference or preferential) w/10 claim*
- (preference or preferential) w/10 transfer*
- (promis* w/3 note) w/20 (TCEH or EFCH or EFIH or EFH)
- (tax or interest) w/5 reimburs*
- (tax w/2 free) w/7 (impact* OR effect* OR affect* OR consequence*)
- (tax w/2 free) w/7 alternative*
- (value* w/3 bid*) AND Oncor
- "$550 million" w/5 cash
- "adequate protection"
- "Alternative Restructuring"
- "AMT credits" w/5 (reimburs* or repay*)
- "distributable value"
- "fiduciary dut*"
- "form term sheet"
- "issues lists"
- "marketing process"
- "plan support agreement"

- "precedent transaction*"
- "PSA"
- "real estate investment trust"
- "reviewing parties"
- "rights offering"
- "rights offering"
- "separation agreement"
- "TAA"
- "tax allocation agreement"
- "tax-free"
- "tax matters agreement"
- "TMA"
- "TCEH settlement claim"
- "TSA"
- "unencumbered" w/10 (transfer)
- allocat* w/10 (claim* or recover*)
- alternat* w/5 plan
- backstop*
- backstop* w/7 fee
- breach w/5 fiduciary
- Breakup
- DCF
- deconsol*
- disallow*
- Discounted cash flow
- distributable w/5 value
- equitab* w/3 subord*
- equity w/5 (sharing OR recovery)
- equity w/5 (spli* or allocation*)
- interest w/20 (toggle or unsecured)
- IRS w/5 (ruling or decision or approv*)
- joint w/5 (facility or revolver)
- mark w/3 market
- merger w/3 (agreement or scenario)

*Subject to FRE 408*

- NEE w/50 (stake OR bid* OR sale OR transaction* OR stalk* OR "term sheet" OR merger OR Oncor)
- NextEra w/50 (stake OR bid* OR sale OR transaction* OR stalk* OR "term sheet" OR merger OR Oncor)
- non-taxable
- oncor w/10 (transfer* or dividend)
- Oncor w/5 (stake OR bid* OR sale OR transaction* OR stalk* OR "term sheet" OR merger)
- Oncor w/5 (TEV or valu*)
- PLR or "Private Letter Ruling"
- PUC or PUCT
- REIT w/5 (condition* or contingent* or risk* or regulat*)
- REIT w/50 (stake OR bid* OR sale OR transaction* OR stalk* OR "term sheet" OR merger OR Oncor)
- reserve w/20 unsecured

- sharing w/5 recover*
- standalone w/3 (plan or scenario)
- tax w/2 free
- tax w/3 sharing
- tax w/5 consequenc*
- taxable w/5 (stake OR bid* OR sale OR transaction* OR stalk* OR "term sheet" OR merger OR Oncor)
- tax-free w/7 (impact* OR effect* OR affect* OR consequence*)
- tax-free w/7 alternative*
- TCEH w/5 (spinoff or spin-off)
- termination w/3 agreement
- TEV
- Toggle w/50 (REIT OR conversion OR backup OR transaction OR Oncor)
- transaction w/5 proceed*
- transition w/3 bond*

<u>Domain Restrictions (K&E Custodians Only)</u>—emails to/from/cc/bcc:

- akingump.com
- avenuecapital.com
- baml.com
- bankofamerica.com
- borealis.ca
- capstoneag.com
- centerview.com
- centerviewpartners.com
- chadbourne.com
- citi.com
- citigroup.com
- credit-suisse.com
- ey.com
- ffhsj.com
- Fidelity.com
- fmr.com
- foley.com
- friedfrank.com
- gavinsolmonese.com
- gic.com.sg
- gsocap.com

- guggenheimpartners.com
- jefferies.com
- jpmchase.com
- jpmorgan.com
- kasowitz.com
- kramerlevin.com
- mesirowfinancial.com
- milbank.com
- mmwr.com
- nexteraenergy.com
- nixonpeabody.com
- oag.state.tx.us
- psam.com
- pwpartners.com
- ropesgray.com
- rothschild.com
- sullcrom.com
- texasattorneygeneral.gov
- thirdave.com
- yorkcapital.com

5

*Subject to FRE 408*

## Corporate Services

Custodians: James Sprayregen; Marc Kieselstein; Edward Sassower; Steven Serajeddini; Todd Maynes; Andrew Calder; William Levy; Chad Husnick

Date Range: February 1, 2016 - present

Terms:

- corp* /3 serv*
- shared /3 serv*
- "shared services agreement"
- SSA

Domain Restrictions—email to/from/cc/bcc:

- paulweiss.com
- millstein.com
- pwc.com

## PCRBs

Custodians: Paul Keglevic; Tony Horton; Michael Carter; Kris Moldovan; James Sprayregen; Marc Kieselstein; Edward Sassower; Steven Serajeddini; Todd Maynes; Andrew Calder; William Levy; Chad Husnick

Date Range: August 11, 2015 - present

Terms:

- PCRB*
- Deficien*
- Waive*
- (deficien* w/50 waive*)
- (deficien* w/50 PCRB*)
- (waive* w/50 PCRB*)

Domain Restrictions (K&E Custodians Only)—emails to/from/cc/bcc:

- whitecase.com
- paulweiss.com
- mofo.com
- brownrudnick.com
- reedsmith.com