# **<u>EXHIBIT D</u>**

June 8, 2016 Email from M. Esser to R. Pedone

| | |
|---|---|
| **From:** | Esser, Michael P. |
| **Sent:** | Wednesday, June 08, 2016 3:56 PM |
| **To:** | *RPEDONE@nixonpeabody.com |
| **Cc:** | Sowa, Justin; *mnighan@nixonpeabody.com; McKane, Mark; *ADARWIN@nixonpeabody.com; *cfong@nixonpeabody.com; Christopher Simon; *gskelly@nixonpeabody.com; *spritchett@nixonpeabody.com; *kmullen@nixonpeabody.com; Klar, Austin |
| **Subject:** | RE: In re: Energy Future Holdings Corp., et al., Case No. 14-10979 |
| **Attachments:** | 2015-08-31 Debtors_ Searches and Custodians (final shared with E-cmte)_(....pdf; Custodians.pdf |

Rick,

Thank you for speaking with us yesterday.  Attached are our search terms from prior confirmation discovery as well as a document identifying the titles/positions held by each current custodian for discovery related to the New Plan.

As discussed, the date ranges we've applied are appropriate and principled, and the custodians from whom we're collecting documents are more than adequate.  We believe Morgan misunderstood the extent to which we're collecting from business-side Debtor custodians, as we are collecting documents from several business-side custodians.  We will confer with our client regarding the extent of Grant Thornton LLP's involvement since last August, if any, and will get back to you on that issue.

Finally, and as discussed, the Debtors have a common interest privilege with the TCEH First Liens as of August 9, 2015, other than with respect to negotiations regarding transition services (which include the Tax Matters Agreement and EFH Corporate Services—if you are aware of others let me know).

Happy to discuss any further issues.

Best,
Mike

**Mike Esser**

**KIRKLAND & ELLIS LLP**
555 California Street, San Francisco, CA 94104
**T** +1 415 439 1973  **F** +1 415 439 1500

michael.esser@kirkland.com

**From:** Pedone, Richard [mailto:RPEDONE@nixonpeabody.com]
**Sent:** Monday, June 06, 2016 2:33 PM
**To:** Esser, Michael P.
**Cc:** Sowa, Justin; *mnighan@nixonpeabody.com; McKane, Mark; *ADARWIN@nixonpeabody.com; *cfong@nixonpeabody.com; Christopher Simon; *gskelly@nixonpeabody.com; *spritchett@nixonpeabody.com; Mullen, Kurt; Klar, Austin
**Subject:** Re: In re: Energy Future Holdings Corp., et al., Case No. 14-10979

Ok. We will make 1:30 work.  Please send an invite

Rick

Richard C. Pedone
Nixon Peabody LLP
(617) 345-1305

On Jun 6, 2016, at 5:23 PM, Esser, Michael P. <michael.esser@kirkland.com> wrote:

> Rick,
>
> Late afternoon tomorrow is tied up with flights, so if you can make 1:30 pm eastern work we will circulate a dial-in.
>
> Best,
> Mike
>
> **Mike Esser**
>
> **KIRKLAND & ELLIS LLP**
> 555 California Street, San Francisco, CA 94104
> **T** +1 415 439 1973  **F** +1 415 439 1500
>
> michael.esser@kirkland.com
>
> **From:** Pedone, Richard [mailto:RPEDONE@nixonpeabody.com]
> **Sent:** Monday, June 06, 2016 12:53 PM
> **To:** Esser, Michael P.
> **Cc:** Sowa, Justin; *mnighan@nixonpeabody.com; McKane, Mark; *ADARWIN@nixonpeabody.com; *cfong@nixonpeabody.com; Christopher Simon; *gskelly@nixonpeabody.com; *spritchett@nixonpeabody.com; Mullen, Kurt; Klar, Austin
> **Subject:** Re: In re: Energy Future Holdings Corp., et al., Case No. 14-10979
>
> Mike
>
> Is there a time after 5 Eastern tomorrow that works ?
>
> If not, we will make 1:30 eastern work
>
> Rick
>
> Richard C. Pedone
> Nixon Peabody LLP
> (617) 345-1305
>
> On Jun 6, 2016, at 2:17 PM, Esser, Michael P. <michael.esser@kirkland.com> wrote:
>
>> Rick,
>>
>> That time doesn't work for us.  In addition to the windows I provided today, we are available between 10 am and noon pacific time tomorrow.  If those times don't work on your end, please provide other windows.

Best,
Mike

**Mike Esser**

**KIRKLAND & ELLIS LLP**
555 California Street, San Francisco, CA 94104
**T** +1 415 439 1973  **F** +1 415 439 1500

michael.esser@kirkland.com

**From:** Pedone, Richard [mailto:RPEDONE@nixonpeabody.com]
**Sent:** Monday, June 06, 2016 10:29 AM
**To:** Esser, Michael P.; Sowa, Justin; *mnighan@nixonpeabody.com
**Cc:** McKane, Mark; *ADARWIN@nixonpeabody.com; *cfong@nixonpeabody.com;
Christopher Simon; *gskelly@nixonpeabody.com; *spritchett@nixonpeabody.com;
Mullen, Kurt; Klar, Austin
**Subject:** RE: In re: Energy Future Holdings Corp., et al., Case No. 14-10979

Mike-

Morgan is out this week.  Before 10:00 tomorrow morning would be best.  Would 9:00
eastern work?

Rick

**From:** Esser, Michael P. [mailto:michael.esser@kirkland.com]
**Sent:** Monday, June 06, 2016 1:10 PM
**To:** Sowa, Justin; Nighan, Morgan
**Cc:** McKane, Mark; Darwin, Amanda; Pedone, Richard; Fong, Christopher; Christopher
Simon; Skelly, George; Pritchett, Sydney; Mullen, Kurt; Klar, Austin
**Subject:** RE: In re: Energy Future Holdings Corp., et al., Case No. 14-10979

Morgan,

Are you available today or tomorrow morning to meet and confer on the issues in your
email?  We are available from 3 pm to 4 pm ET, and after 5:30 pm ET today, and
generally open in the morning tomorrow.

Thanks,
Mike

**Mike Esser**

**KIRKLAND & ELLIS LLP**
555 California Street, San Francisco, CA 94104
**T** +1 415 439 1973  **F** +1 415 439 1500

michael.esser@kirkland.com

**From:** Sowa, Justin
**Sent:** Thursday, June 02, 2016 4:34 PM
**To:** *mnighan@nixonpeabody.com
**Cc:** McKane, Mark; Esser, Michael P.; *ADARWIN@nixonpeabody.com;
*RPEDONE@nixonpeabody.com; *cfong@nixonpeabody.com; Christopher Simon;

*gskelly@nixonpeabody.com; *spritchett@nixonpeabody.com; Mullen, Kurt
**Subject:** RE: In re: Energy Future Holdings Corp., et al., Case No. 14-10979

Morgan,

Thank you for your feedback and for helping to push the process forward. We are considering your proposals and following up internally and will provide a response in the near future.

Thanks,
Justin

**Justin Sowa**

**KIRKLAND & ELLIS LLP**
555 California Street, San Francisco, CA 94104
**T** +1 415 439 1826
**F** +1 415 439 1500

justin.sowa@kirkland.com

**From:** Nighan, Morgan [mailto:mnighan@nixonpeabody.com]
**Sent:** Thursday, June 02, 2016 11:12 AM
**To:** Sowa, Justin
**Cc:** McKane, Mark; Esser, Michael P.; *ADARWIN@nixonpeabody.com; *RPEDONE@nixonpeabody.com; *cfong@nixonpeabody.com; Christopher Simon; *gskelly@nixonpeabody.com; *spritchett@nixonpeabody.com; Mullen, Kurt
**Subject:** In re: Energy Future Holdings Corp., et al., Case No. 14-10979

Justin,

We are in receipt of your proposed list of custodians and search terms.  We wanted to quickly share our preliminary response.  We anticipate providing a more detailed response to you.  However, in the interest of expediency, we have some initial issues that we would like to tee up for discussion.

1. Please provide the list of search terms and custodians used for discovery in connection with confirmation of the Debtors' prior plan.
2. Date ranges – The proposed date ranges for tax matters, plan development, corporate services, and PCRB issues are too restrictive.  These date ranges should mirror those chosen for the valuation issue.
3. Custodians –
   a. Please provide business titles and entity affiliations for persons who are not Debtors' counsel so that we can better evaluate the list of custodians.  In general, we note that there are not many business-side Debtor custodians, which we perceive to be an issue.
   b. For valuation, we would like to add following custodians (we reserve the right to add others in the future): Evercore Custodians (including David Ying), Stacy Dore, Edward Sassower, Marc Kieselstein, Chad Husnick, David Herr, John Stuart, Todd Filsinger, anyone who would be a 30(b)(6) designee for the Debtors on valuation issues, and anyone who would consult with a 30(b)(6) designee for the Debtors on valuation issues in preparation for a 30(b)(6) deposition.
   c. For tax matters, please add Grant Thorton LLP custodians to the list, including Andrew Cordonnier.

4. Domain restrictions –Some of the proposed domain restrictions limit the documents produced to only those to and from Debtor professionals.  We expect that Debtor e-mails will be searched and produced – not just their professionals.

5. Privilege issues – it is our expectation that communications between the TCEH First Liens and the Debtors, and their respective counsel, are not privileged.  Please let us know your position on that.  In addition, we will need to revisit the issue of communications between Debtors.

6. Search Terms:
   a. Please add the following to the valuation terms:
      i. "Oncor w/10 (valu* or worth or pay*)
   b. Please add the following to the tax terms:
      i. "Divisive G"
      ii. (Tax* w/5 sale or sold or sell)
      iii. "Section 1001"
      iv. (Nextera or Hunt) and Tax*
      v. "Tax shar*"
   c. Please use a root expander on the term "tax" (to include "taxable").

We continue to evaluate the proposed list and anticipate providing a more detailed response to you.


Best,
Morgan




<image001.jpg>

**Morgan C. Nighan**
Associate
mnighan@nixonpeabody.com
T 617-345-1031 | C 603-867-9071 | F 855-451-6607
Nixon Peabody LLP | 100 Summer Street | Boston, MA 02110-2131
nixonpeabody.com | @NixonPeabodyLLP

**Please consider the environment before printing this email.**

This email message and any attachments are confidential and may be protected by the attorney/client or other applicable privileges. The information is i designated recipient(s) of the message. If you are not an intended recipient, please notify the sender immediately and delete the message from your emai dissemination, distribution or reproduction of this message by other than the intended recipient is strictly prohibited and may be unlawful. Thank you.


The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.


The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly proh bited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

## <u>Plan Confirmation: Document Custodians and Searches</u>

## I.    <u>PLAN AND SETTLEMENT</u>

<u>Date Range</u>: 1/14/15 - 8/10/15

<u>Custodians</u>:[1]

*EFH*

- Arcilia Acosta
- Michael Carter
- Stacey Doré
- Tony Horton
- Paul Keglevic
- Kristopher Moldovan
- Kneeland Youngblood

*K&E*

- Andrew Calder
- Chad Husnick
- Marc Kieselstein
- William Levy
- Todd Maynes
- Amber Meek
- Edward Sassower
- Brian Schartz
- Steven Serajeddini
- James Sprayrege

---

[1]    Because Director Custodians Acosta and Youngblood use email addresses affiliated with non-Debtor employers for their Board communications, a combination of domain filters and targeted folder collections were utilized to identify EFH-related communications.  The below search terms were then applied to those documents.

<u>Search Terms</u>:

- ((merger or advis* or transact*) w/3 fee) w/50 sponsor*
- ("net operating" or NOL or NOLs) w/50 claim*
- ("step up" or "step-up") w/3 basis
- ("tax structure") w/50 (stake OR bid* OR sale OR transaction* OR stalk* OR "term sheet" OR merger OR Oncor)
- (admin* or operat* or "professional fees") w/50 claim*
- (auction w/3 proceed*) w/7 (use* OR allocat*)
- (Bid* w/3 draft) AND Oncor
- (Bid* w/3 financial or investor*)
- (claim OR liab* OR disput*) AND (spin* OR deconsolid*)
- (credit w/3 agreement) w/5 (TCEH or TXU or Oncor)
- (extend or extension) w/5 revolver
- (makewhole or "make whole") w/10 (lum* or tax or interest)
- (management w/3 agreement) w/50 sponsor*
- (Market or comparable) w/3 multiple*
- (preference or preferential) w/10 claim*
- (preference or preferential) w/10 transfer*
- (promis* w/3 note) w/20 (TCEH or EFCH or EFIH or EFH)
- (repay* or pay* w/5 note) w/10 intercompany
- (settl* OR release*) w/5 pool
- (settl* OR release*) w/5 tax
- (settl* OR release*) w/50 (cash OR stock)
- (settl* OR release*) w/50 (claim OR "cause of action" or COA or litig* or suit or liab* or disput*)
- (settl* OR release*) w/50 (intercompany OR inter-company)
- (settl* OR release*) w/50 (legacy or note)
- (settl* OR release*) w/50 (sponsor* or director* or officer* or D&O)
- (settl* OR release*) w/50 (swap OR unexchanged OR benefit)
- (settl* OR release*) w/50 "first lien"
- (settl* OR release*) w/50 "material potential claims"
- (settl* OR release*) w/50 claim*
- (settl* OR release*) w/50 damage*
- (settl* OR release*) w/50 interest
- (settl* OR release*) w/50 plan
- (share* w/3 service*) w/50 claim*
- (tax or interest) w/5 reimburs*
- (tax w/2 free)
- (tax w/2 free) w/7 (impact* OR effect* OR affect* OR consequence*)
- (tax w/2 free) w/7 alternative*
- (tax w/3 sharing)
- (value* w/3 bid*) AND Oncor
- "$550 million" w/5 cash
- "adequate protection"
- "Alternative Restructuring"
- "AMT credits" w/5 (reimburs* or repay*)
- "disarmament"
- "distributable value"
- "fiduciary dut*"
- "form term sheet"
- "issues lists"
- "legacy claim*"
- "liability management program"
- "LMP"
- "marketing process"
- "master separation agreement"
- "minority investor drag"
- "MSA"
- "plan support agreement"
- "precedent transaction*"
- "PSA"

- "real estate investment trust"
- "reviewing parties"
- "rights offering"
- "rights offering"
- "round 1"
- "round 2"
- "settlement agreement"
- "settlement claim"
- "settlement distribution"
- "settlement intercompany claim"
- "side letter"
- "stalking horse"
- "TAA"
- "tax allocation agreement"
- "tax-free"
- "TCEH settlement claim"
- "termination fee"
- "transaction document*"
- "TSA"
- "TXU receivables"
- "unencumbered" w/10 (transfer)
- allocat* w/10 (claim* or recover*)
- alternat* w/5 plan
- amend w/3 extend
- amend* w/10 (credit w/3 agreement)
- avoid* w/5 (claim* or action)
- backstop*
- backstop* w/7 fee
- Berkshire w/50 (stake OR bid* OR sale OR transaction* OR stalk* OR "term sheet" OR merger OR Oncor)
- Bid* w/3 analysis
- Bid* w/3 potential
- Bid* w/3 strategic
- bid* w/5 evaluat*
- bid* w/5 interest*
- bid* w/7 alternative*
- bid* w/7 diligence
- breach w/5 fiduciary
- Breakup
- CenterPoint w/50 (stake OR bid* OR sale OR transaction* OR stalk* OR "term sheet" OR merger OR Oncor)
- CVR or "contingent value right"

- DCF
- deconsol*
- disallow*
- disarmament
- Discounted cash flow
- distributable w/5 value
- equitab* w/3 subord*
- equity w/5 (sharing OR recovery)
- equity w/5 (spli* or allocation*)
- Fidelity w/50 (stake OR bid* OR sale OR transaction* OR stalk* OR "term sheet" OR merger OR Oncor)
- form w/7 "term sheet"
- fraud* w/3 (transfer* or convey*)
- Hunt w/50 (stake OR bid* OR sale OR transaction* OR stalk* OR "term sheet" OR merger OR Oncor)
- Iberdrola w/50 (stake OR bid* OR sale OR transaction* OR stalk* OR "term sheet" OR merger OR Oncor)
- indicative w/2 price*
- interco* w/10 (transaction* or claim*)
- interco* w/3 note*
- interest w/20 (toggle or unsecured)
- IRS w/5 (ruling or decision or approv*)
- joint w/5 (facility or revolver)
- LBO
- Luminant w/10 (dividend or guarantee or upstream)
- mark w/3 market
- merger w/3 (agreement or scenario)
- NEE w/50 (stake OR bid* OR sale OR transaction* OR stalk* OR "term sheet" OR merger OR Oncor)
- NextEra w/50 (stake OR bid* OR sale OR transaction* OR stalk* OR "term sheet" OR merger OR Oncor)
- non-taxable
- oncor w/10 (transfer* or dividend)
- Oncor w/5 (stake OR bid* OR sale OR transaction* OR stalk* OR "term sheet" OR merger)
- Oncor w/5 (TEV or valu*)
- OpCo

- perfect* w/10 (lien* or security interest* or collateral)
- PLR or "Private Letter Ruling"
- prefer* w/5 auction*
- PropCo
- PUC or PUCT
- REIT w/5 (condition* or contingent* or risk* or regulat*)
- REIT w/50 (stake OR bid* OR sale OR transaction* OR stalk* OR "term sheet" OR merger OR Oncor)
- reserve w/20 unsecured
- sharing w/5 recover*
- standalone w/3 (plan or scenario)
- tax w/5 consequenc*

- taxable w/5 (stake OR bid* OR sale OR transaction* OR stalk* OR "term sheet" OR merger OR Oncor)
- tax-free w/7 (impact* OR effect* OR affect* OR consequence*)
- tax-free w/7 alternative*
- TCEH w/5 (spinoff or spin-off)
- termination w/3 agreement
- TEV
- Toggle w/50 (REIT OR conversion OR backup OR transaction OR Oncor)
- transaction w/5 proceed*
- transition w/3 bond*
- value* w/7 stalking

## Domain Limitations for K&E Custodians and Stacey Doré

- adia.ae
- advisorstpg.com
- aep.com
- aimco.alberta.ca
- akingump.com
- alinda.com
- ameren.com
- angelogordon.com
- apollolp.com
- argoip.com
- atcllc.com
- avenuecapital.com
- bakerbotts.com
- baml.com
- bankofamerica.com
- berkshirehathaway.com
- berkshirehathawayenergyco.com
- bingham.com
- blackstone.com
- borealis.ca
- brookfield.com
- brookfieldinfrastructure.com
- brownrudnick.com
- calpers.ca.gov

- capstoneag.com
- captracapital.com
- centerbridge.com
- centerpointenergy.com
- centerview.com
- centerviewpartners.com
- chadbourne.com
- citi.com
- citigroup.com
- cki.com.hk
- coned.com
- cppib.com
- credit-suisse.com
- cwt.com
- davispolk.com
- db.com
- dom.com
- dteenergy.com
- duke-energy.com
- edisonintl.com
- eif.com
- eifgroup.com
- entergy.com
- eqt.se
- eqtpartners.com

- exceloncorp.com
- ffhsj.com
- Fidelity.com
- firstenergycorp.com
- firstreserve.com
- fmr.com
- foley.com
- forresterco.com
- fortisinc.com
- fortress.com
- friedfrank.com
- gavinsolmonese.com
- ge.com
- geenergyfinancialservices.com
- ggic.com
- gic.com.sg
- global-infra.com
- gsocap.com
- guggenheimpartners.com
- highstarcapital.com
- hl.com
- huntconsolidated.com
- huntoil.com
- huntpower.com
- huronconsultinggroup.com

- ibdl.com
- iberdrola.es
- ifminvestors.com
- infrareitcp.com
- investpsp.ca
- itc-holdings.com
- Itctransco.com
- jefferies.com
- jonesday.com
- jpmchase.com
- jpmorgan.com
- kasowitz.com
- kia.gov.kw
- kingstreet.com
- kramerlevin.com
- lacaisse.com
- lazard.com
- macquarie.com
- mesirowfinancial.com
- milbank.com
- millsteinandco.com
- moelis.com
- mofo.com
- morganstanley.com
- nationalgrid.com
- nationalgridus.com
- nexteraenergy.com
- nixonpeabody.com
- nps.or.kr
- NSTAR.com
- NU.com
- ny.ibd.email.gs.com
- oag.state.tx.us
- oaktreecapital.com
- omm.com
- otpp.com
- paulweiss.com
- pge.com
- pggm.nl
- pharosfunds.com
- pjsjc.com
- pjsolomon.com
- pplweb.com
- psam.com
- pseg.com
- pwpartners.com
- qic.com
- ropesgray.com
- rothschild.com
- semprautilities.com
- sgcc.com.cn
- sgcib.com
- shearman.com
- southernco.com
- southerncompany.com
- stbglobal.com
- stblaw.com
- sullcrom.com
- texasattorneygeneral.gov
- thirdave.com
- transcanada.com
- wellsfargo.com
- whitecase.com
- winston.com
- wrenhouse.uk.com
- xcelenergy.com
- yorkcapital.com

*Targeted Search for CRO Term Sheet Communications*

Custodians:

- Chad Husnick
- Marc Kieselstein
- Edward Sassower
- James Sprayregen

Date Range: 2/11/15 - 4/14/15

Email domains:

- @akingump.com
- @brownrudnick.com
- @foley.com
- @friedfrank.com
- @kasowitz.com
- @KRAMERLEVIN.com
- @milbank.com

- @mofo.com
- @morganlewis.com
- @morrisjames.com
- @nixonpeabody.com
- @paulweiss.com
- @pbwt.com
- @perkinscoie.com
- @ropesgray.com
- @sewkis.com
- @Shearman.com
- @sullcrom.com
- @Venable.com
- @whitecase.com
- @wlrk.com

- No search terms; reviewed all

## II.    <u>ONCOR SALE</u>

<u>*General Searches*</u>

<u>Date Range</u>: 11/3/14 - 8/10/15

<u>Custodians</u>:

*EFH*

- Michael Carter
- Anthony Horton
- Paul Keglevic
- Kris Moldovan

*K&E*

- Andrew Calder
- Stephen Hessler (11/3/14 - 6/15/15)
- Marc Kieselstein
- William Levy
- Todd Maynes
- Amber Meek
- Edward Sassower
- Steven Serajeddini
- James Sprayregen

*Evercore* (11/3/14 - 7/21/15)

- Lisa Chen
- Stephen Goldstein
- William Hiltz
- Jeremy Matican
- Brendan Panda
- Bo Yi
- Sesh Raghavan
- David Ying (11/3/14 - 8/10/15)

- Additionally collected and reviewed Evercore shared drive materials relating to Oncor sale process.

Search Terms:

- (("marketing process") AND (EFH OR EFIH OR EFCH OR TCEH OR Oncor)
- (("real estate investment trust") AND (EFH OR EFIH OR EFCH OR TCEH OR Oncor))
- (("stalking horse") AND (EFH OR EFIH OR EFCH OR TCEH OR Oncor))
- (("tax-free") AND (EFH OR EFIH OR EFCH OR TCEH OR Oncor))
- ((tax w/2 free) AND (EFH OR EFIH OR EFCH OR TCEH OR Oncor))
- (auction w/3 proceed*) w/7 (use* OR allocat*)
- (Berkshire) w/50 (stake OR bid* OR sale OR transaction* OR stalk* OR term-sheet OR merger OR Oncor)
- (Bid* w/3 draft) AND Oncor
- (Bid*) w/3 (financial OR investor*)
- (CenterPoint) w/50 (stake OR bid* OR sale OR transaction* OR stalk* OR term-sheet OR merger OR Oncor)
- (Fidelity) w/50 (stake OR bid* OR sale OR transaction* OR stalk* OR term-sheet OR merger OR Oncor)
- (Hunt) w/50 (stake OR bid* OR sale OR transaction* OR stalk* OR term-sheet OR merger OR Oncor)
- (Iberdrola) w/50 (stake OR bid* OR sale OR transaction* OR stalk* OR term-sheet OR merger OR Oncor)
- (Market OR comparable) w/3 (multiple*)
- (NEE) w/50 (stake OR bid* OR sale OR transaction* OR stalk* OR term-sheet OR merger OR Oncor)
- (NextEra) w/50 (stake OR bid* OR sale OR transaction* OR stalk* OR term-sheet OR merger OR Oncor)
- (Oncor) w/5 (stake OR bid* OR sale OR transaction* OR stalk* OR term-sheet OR merger)
- (Oncor) w/5 (TEV OR valu*)
- (optim* w/5 structure) w/25 (stake OR bid* OR sale OR transaction* OR stalk* OR term-sheet OR merger OR Oncor)
- (REIT) w/50 (stake OR bid* OR sale OR transaction* OR stalk* OR term-sheet OR merger OR Oncor)
- (tax free~2) w/7 (impact* OR effect* OR affect* OR consequence*)
- (tax w/2 free) w/7 (alternative*)
- (tax w/5 consequenc*) AND (EFH OR EFIH OR EFCH OR TCEH OR Oncor)
- (taxable) w/5 (stake OR bid* OR sale OR transaction* OR stalk* OR term-sheet OR merger OR Oncor)
- (tax-free) w/7 (impact* OR effect* OR affect* OR consequence*)
- (tax-structure) w/50 (stake OR bid* OR sale OR transaction* OR stalk* OR term-sheet OR merger OR Oncor)
- (TCEH) w/5 (spinoff OR spin-off)
- (Toggle) w/50 (REIT OR conversion OR backup OR transaction OR Oncor)
- (value* w/3 bid*) AND Oncor
- (value* w/3 maxim*) w/25 (stake OR bid* OR sale OR transaction* OR stalk* OR term-sheet OR merger OR Oncor)
- backstop* w/7 fee
- Bid* w/3 analysis
- Bid* w/3 potential
- Bid* w/3 strategic
- bid* w/5 evaluat*
- bid* w/5 interest*
- bid* w/7 alternative*
- bid* w/7 diligence
- Breakup
- DCF
- deconsol*
- "Discounted cash flow"
- "distributable value"
- distributable w/5 value
- "form term sheet"
- form w/7 "term-sheet"
- indicative w/2 price*

- "issues lists"
- non-taxable
- OpCo
- "precedent transaction*"
- prefer* w/5 auction*
- PropCo
- "reviewing parties"
- "rights offering"

- "round 1"
- "round 2"
- tax-free w/7 alternative*
- "termination fee"
- "transaction document*" AND (EFH OR EFIH OR EFCH OR TCEH OR Oncor)
- value* w/7 stalking

## Domain Limitations for K&E/Evercore Custodians

- adia.ae
- advisorstpg.com
- aep.com
- aimco.alberta.ca
- akingump.com
- alinda.com
- alvarezandmarsal.com†
- ameren.com
- angelogordon.com
- apollolp.com
- argoip.com
- atcllc.com
- avenuecapital.com
- bakerbotts.com
- baml.com
- bankofamerica.com
- berkshirehathaway.com
- berkshirehathawayenergyco.com
- bingham.com
- blackstone.com
- borealis.ca
- brookfield.com
- brookfieldinfrastructure.com
- brownrudnick.com
- calpers.ca.gov
- capstoneag.com
- captracapital.com
- carconindustries.com
- centerbridge.com
- centerpointenergy.com
- centerview.com

- centerviewpartners.com
- chadbourne.com
- citi.com
- citigroup.com
- cki.com.hk
- coned.com
- cppib.com
- credit-suisse.com
- cwt.com
- davispolk.com
- db.com
- debevoise.com
- dom.com
- donevans34.com
- dteenergy.com
- duffandphelps.com†
- duke-energy.com
- edisonintl.com
- efh.com†
- eif.com
- eifgroup.com
- energyfutureholdings.com†
- entergy.com
- eqt.se
- eqtpartners.com
- evercore.com [custodians Hiltz and Ying only]
- exceloncorp.com
- ffhsj.com
- Fidelity.com
- filsinger.com†
- firstenergycorp.com

- firstreserve.com
- fleetpride.com
- fmr.com
- foley.com
- forresterco.com
- fortisinc.com
- fortress.com
- friedfrank.com
- gavinsolmonese.com
- ge.com
- geenergyfinancialservices.com
- ggjc.com
- gic.com.sg
- global-infra.com
- gs.com
- gsocap.com
- guggenheimpartners.com
- highstarcapital.com
- hiltz@evercore.com [K&E custodians only]
- hl.com
- huntconsolidated.com
- huntoil.com
- huntpower.com
- huronconsultinggroup.com
- ibdl.com
- iberdrola.es
- ifminvestors.com
- infrareitcp.com
- investpsp.ca
- itc-holdings.com

- Itctransco.com
- jefferies.com
- jonesday.com
- jpmchase.com
- jpmorgan.com
- kasowitz.com
- kia.gov.kw
- kingstreet.com
- kkr.com
- kramerlevin.com
- lacaisse.com
- lazard.com
- luminant.com†
- macquarie.com
- mesirowfinancial.com
- milbank.com
- millerbuckfire.com†
- millsteinandco.com
- moelis.com
- mofo.com
- morganstanley.com
- nationalgrid.com
- nationalgridus.com
- nexteraenergy.com
- nixonpeabody.com
- nps.or.kr
- NSTAR.com
- NU.com
- ny.ibd.email.gs.com
- oag.state.tx.us
- oaktreecapital.com
- omm.com
- oncor.com†
- otpp.com
- paulweiss.com
- pge.com
- pggm.nl
- pharosfunds.com
- pjsjc.com
- pjsolomon.com
- pplweb.com
- psam.com
- pseg.com
- pwpartners.com
- qic.com
- ropesgray.com
- rothschild.com
- semprautilities.com
- sgcc.com.cn
- sgcib.com
- shearman.com
- southernco.com
- southerncompany.com
- stbglobal.com
- stblaw.com
- sullcrom.com
- texasattorneygeneral.gov
- thirdave.com
- tpg.com
- transcanada.com
- txu.com†
- wellsfargo.com
- whitecase.com
- winston.com
- wlrk.com
- wrenhouse.uk.com
- xcelenergy.com
- ying@evercore.com [K&E custodians only]
- yorkcapital.com

Domains marked with a dagger (†) were applied to Evercore custodians only.

*Targeted Searches for Early NEE Negotiations*

Date Range: 6/18/14 - 8/26/14

Custodians:

- Andrew Calder
- Stephen Hessler
- Todd Maynes
- Amber Meek
- Edward Sassower
- Steven Serajeddini

Search Terms:

- No search terms; reviewed all emails between K&E custodians and email domains:

  - baml.com

- chadbourne.com
- credit-suisse.com
- nexteraenergy.com

III.   <u>**VALUATION**</u>

<u>Date Range</u>: 4/29/14 - 8/10/15

<u>Custodians</u>:

- Jim Burke
- Michael Carter
- David Faranetta
- Bob Frenzel
- Joseph Ho
- Anthony Horton
- Paul M. Keglevic
- Geoffrey Ley
- Mac McFarland
- Kristopher Moldovan
- Stanley Szlauderbach
- Patrick Williams
- John F. Young
- Numerous company shared drives

<u>Search Terms</u>:

- "air emission*"
- "availability factor"
- "Available Generation"
- "business plan"
- "capability rating"
- "capital additions"
- "capital expenditure*" AND (historical OR actual OR budget* OR project* OR forecast* OR model*)
- "contribution margin" AND (historical OR actual OR budget* OR project* OR forecast* OR model*)
- "cost of capital" AND (historical OR actual OR budget* OR project* OR forecast* OR model*)
- "credit rating" AND (historical OR actual OR budget* OR project* OR forecast* OR model*)
- "crude oil price*"
- "customer count" AND (historical OR actual OR budget* OR project* OR forecast* OR model*)
- "energizing event success"
- "environmental compliance"
- "fair consideration"
- "fair market value"
- "financial hedge"
- "fixed price contract"
- "fixed-price contract"
- "forced outage"
- "forward sales"
- "fuel cost" AND (historical OR actual OR budget* OR project* OR forecast* OR model*)
- "fuel price*"
- "gross capacity revenue*"
- "gross energy revenue*"
- "gross margin" AND (historical OR actual OR budget* OR project* OR forecast* OR model*)
- "hourly dispatch"

- "hourly load"
- "Interim Solution B"
- "load growth"
- "locational marginal pric*"
- "Long Range Plan"
- "maintenance cost*" AND (historical OR actual OR budget* OR project* OR forecast* OR model*)
- "maintenance sched*"
- "monthly load"
- "operating and maintenance expense*"
- "operating losses"
- "Operating Reserve Demand Curve"
- "operations cost"
- "outage rate" AND (historical OR actual OR budget* OR project* OR forecast* OR model*)
- "power sales agreement"
- "pro forma" AND (historical OR actual OR budget* OR project* OR forecast* OR model*)
- "project 40"
- "reasonably equivalent value"
- "renewal rate*"
- "reserve margin"
- "run time"
- "spark spread" AND (historical OR actual OR budget* OR project* OR forecast* OR model*)
- "system availability"
- "system-wide pric*"
- "transmission rights"
- "volume assumption*"
- "WP 40"
- "WP-40"
- ("cash on hand" or "COH") AND (historical OR actual OR budget* OR project* OR forecast* OR model*)
- ("market share" OR "mkt share") AND (historical OR actual OR budget* OR project* OR forecast* OR model*)

- (electric* /3 pric*) AND (historical OR actual OR budget* OR project* OR forecast* OR model*)
- (gas /5 (pric* or curve or forward)) AND (historical OR actual OR budget* OR project* OR forecast* OR model*)
- (transpor* /3 cost*) AND (historical OR actual OR budget* OR project* OR forecast* OR model*)
- "generation asset"
- "regulatory asset*"
- Barnett
- capacity /5 (pric* or market)
- capex AND (historical OR actual OR budget* OR project* OR forecast* OR model*)
- capital /3 distribut*
- carbon /50 (cost* OR tax* OR sequest* OR regulat* OR legisl* OR historical OR actual OR budget* OR project* OR forecast* OR model*
- CO2 /50 (cost* OR tax* OR sequest* OR regulat* OR legisl* OR historical OR actual OR budget* OR project* OR forecast* OR model*
- coal /5 (pric* or curve or forward or cost)
- commodity /3 hedg*
- contingent /3 incentiv*
- CSPAR
- days /3 sales /3 outstanding
- DCF AND (historical OR actual OR budget* OR project* OR forecast* OR model*)
- deliver* /3 fuel
- dispatch AND (historical OR actual OR budget* OR project* OR forecast* OR model*)
- DSO AND (historical OR actual OR budget* OR project* OR forecast* OR model*)
- EBITDA* AND (historical OR actual OR budget* OR project* OR forecast* OR model*)

- emission /3 allowan*
- emission /3 rate*
- emission /5 (allowance OR cost OR price*)
- Exit /2 (financ* or facilit* or loan*)
- expense /5 (fuel or coal or nuclear or gas)
- FMV AND (historical OR actual OR budget* OR project* OR forecast* OR model*)
- frack*
- GADS
- hedg* /3 strateg*
- impair* /5 test*
- index /3 contract
- LRP
- MATS
- mining /3 cost*
- mothball*
- NOx AND (historical OR actual OR budget* OR project* OR forecast* OR model*)
- NPV AND (historical OR actual OR budget* OR project* OR forecast* OR model*)
- O&M AND (historical OR actual OR budget* OR project* OR forecast* OR model*)
- ops /3 (loss* cost* expense*)
- ORDC
- planned /3 outag*
- plant /3 addition*
- pric* /3 forecast*
- pric* /5 (public /2 (debt OR notes))
- recruit*/10 retail
- reduction /3 credit*
- remediat* /5 environ*
- retail /3 contract
- retail /3 cost
- retail /3  (historical OR actual OR budget* OR project* OR forecast* OR model*)
- RMR AND (historical OR actual OR budget* OR project* OR forecast* OR model*)

- sales /3 volume
- SG&A AND (historical OR actual OR budget* OR project* OR forecast* OR model*)
- shale
- SO2 AND (historical OR actual OR budget* OR project* OR forecast* OR model*)
- solvency
- super-peak
- trading /3 volume
- transmi* /3 right*
- wholesale /50 (historical OR actual OR budget* OR project* OR forecast* OR model*)
- WP40
  zon* /3 pric*

IV.    **BOARD MATERIALS**

- Subject to objections, all responsive and non-privileged board meeting materials and minutes from the petition date through Aug. 10, 2015, for EFH, EFIH, TCEH, and EFCH.

V.    **TARGETED COLLECTIONS**

- Conducted targeted collection for numerous specific categories of documents, including:

  - Asbestos materials.
  - IRS communications.
  - Stalking Horse Investor Data Room documents.
  - Communications with regulatory bodies.
  - Communications re treatment of PCRBs under the Third Amended Plan.

- Additionally, documents responsive to these topics are captured by the broad searches described above.

| Custodian | Position |
|---|---|
| **Paul M. Keglevic** | Executive Vice President; Chief Financial Officer; Co-Chief Restructuring Officer |
| **Anthony Horton** | Senior Vice President; Treasurer; Assistant Secretary |
| **Kristopher Moldovan** | Vice President; Assistant Treasurer |
| **Patrick Williams** | Vice President of Corporate Planning |
| **David Faranetta** | TXUE Senior Vice President; Chief Financial Officer |
| **Grant Carter** | Director of Financial Planning and Analysis |
| **Carla Howard** | Senior Vice President; General Tax Counsel |
| **Michael Carter** | Former Senior Vice President of Planning; Assistant Treasurer |
| **Stanley Szlauderbach** | Former Senior Vice President; Corporate Controller |
| **Geoffrey Ley** | Former Director of Finance |
| **Bob Frenzel** | Former Luminant Senior Vice President; Chief Financial Officer |
| **Todd Maynes** | Kirkland & Ellis LLP |
| **James Sprayregen** | Kirkland & Ellis LLP |
| **Marc Kieselstein** | Kirkland & Ellis LLP |
| **Edward Sassower** | Kirkland & Ellis LLP |
| **Steven Serajeddini** | Kirkland & Ellis LLP |
| **Andrew Calder** | Kirkland & Ellis LLP |
| **William Levy** | Kirkland & Ellis LLP |
| **Chad Husnick** | Kirkland & Ellis LLP |