# **<u>EXHIBIT E</u>**

June 15, 2016 Email from J. Sowa to R. Pedone

| | |
|---|---|
| **From:** | Sowa, Justin |
| **Sent:** | Wednesday, June 15, 2016 8:29 PM |
| **To:** | *idizengoff@akingump.com; *aqureshi@akingump.com; *rboller@akingump.com; *ccarty@akingump.com; *salberino@akingump.com; *HKaplan@foley.com; *MHebbeln@foley.com; *lapeterson@foley.com; *BGFelder@foley.com; *JFriedman@foley.com; *rlemisch@klehr.com; *DRosner@kasowitz.com; *aglenn@kasowitz.com; *dfliman@kasowitz.com; *ADARWIN@nixonpeabody.com; *RPEDONE@nixonpeabody.com; *cfong@nixonpeabody.com; *mnighan@nixonpeabody.com; 'csimon@crosslaw.com'; *Philip.Anker@wilmerhale.com; *Charles.Platt@wilmerhale.com; *dennis.jenkins@wilmerhale.com; *james.millar@dbr.com; *todd.schiltz@dbr.com; *npernick@coleschotz.com; *kstickles@coleschotz.com; *WUsatine@coleschotz.com; *david.gringer@wilmerhale.com; *brad.eric.scheler@friedfrank.com; *gary.kaplan@friedfrank.com; *matthew.roose@friedfrank.com; *mjoyce@crosslaw.com |
| **Cc:** | Esser, Michael P.; McKane, Mark |
| **Subject:** | RE: In re: Energy Future Holdings Corp., et al., Case No. 14-10979 |
| **Attachments:** | 2016-06-15 Debtors Supplemental Search Terms.pdf |

Counsel:

We appreciate the efforts made by all of you to narrow disputes regarding document discovery and reach agreement on search terms, date ranges, and custodians. As we have received a number of requests from a number of you which in large part overlap, we have synthesized these requests and have attached a list of supplemental searches and adjustments to the searches we previously shared with you. We will review and produce all non-privileged, responsive documents hitting on these searches.

Additionally, we will search the email of several Evercore custodians, detailed in the attached, for communications with the Debtors, the Debtors' advisors, creditors' advisors, and third parties relating to any efforts to obtain outside investment or to sell the Debtors' economic stake in Oncor. Non-privileged, responsive documents hitting on this search will be produced.

We will also produce reliance materials related to the Disclosure Statement exhibits prepared by Evercore, Filsinger Energy Partners, and Alvarez & Marsal.

Finally, we have evaluated the scope of work performed on the Debtors' behalf by Grant Thornton LLP and by David Wheat, formerly of Thompson and Knight and currently of KPMG, and have determined that neither party is in possession of non-privileged, responsive materials that will not be identified and produced through our existing document searches. Accordingly, we will not collect, review, or produce any materials from Grant Thornton or David Wheat.

**Justin Sowa**

**KIRKLAND & ELLIS LLP**
555 California Street, San Francisco, CA 94104
T +1 415 439 1826
F +1 415 439 1500

justin.sowa@kirkland.com

**From:** Sowa, Justin
**Sent:** Wednesday, June 01, 2016 5:58 PM
**To:** *idizengoff@akingump.com; *aqureshi@akingump.com; *rboller@akingump.com; *ccarty@akingump.com; *salberino@akingump.com; *HKaplan@foley.com; *MHebbeln@foley.com; *lapeterson@foley.com; *BGFelder@foley.com; *JFriedman@foley.com; *rlemisch@klehr.com
**Cc:** Esser, Michael P.; McKane, Mark
**Subject:** In re: Energy Future Holdings Corp., et al., Case No. 14-10979

Counsel,

We are in receipt of your written discovery requests, served on May 27, 2016. While we will serve formal written responses and objections on Friday, June 3, 2016, in accordance with the Scheduling Order, in the interest of expediting the discovery process, we have attached a list of our custodians and search terms, which we believe address each of the document requests served by you and other Participating Parties. As the nature of the requests is largely similar to requests we responded to in connection with confirmation of the Debtors' prior Plan last fall, our approach today largely tracks our previous approach.

**Justin Sowa**

**KIRKLAND & ELLIS LLP**
555 California Street, San Francisco, CA 94104
**T** +1 415 439 1826
**F** +1 415 439 1500

justin.sowa@kirkland.com

*Confidential*
*Subject to FRE 408*

# Debtors' Supplemental Document Searches

## Tax Matters Search

Date range: 1/1/16 - 6/13/16

Supplemental Terms

- "non-recourse debt" or "non recourse debt"
- Recourse debt
- Cash w/3 tax
- Gain w/3 amount
- "taxable separation"
- Accrued w/3 unpaid
- Strand* w/3 tax
- Audit w/5 (IRS or "internal revenue service")
- Cherry-pick or "cherry pick"
- "tax receivables agreement"
- (cancellation or cancelation) w/7 "debt income"
- "Divisive G"
- (Tax* w/5 sale or sold or sell)
- "Section 1001"
- (Nextera or Hunt) and Tax*
- "Tax shar*"
- tax-/free w/7 (impact* or effect* or affect* or consequence*)

1

*Confidential*
*Subject to FRE 408*

**Plan Development Search**

Date range: 1/1/16 - 6/13/16

Supplemental custodian: Stacey Doré (emails to/from/cc/bcc the domains used with K&E custodians under original Plan Development Search)

Supplemental Terms

- Plan w/5 (new or modif* or propos* or develop* or revise* or amend*)
- make w/2 whole

**Valuation Search**

Supplemental Terms

- Oncor w/10 valu!
- EFH w/10 valu!
- EFIH w/10 valu!
- Nextera w/10 Oncor
- Strat* plan
- cash flow model
- P/E ratio
- Economic income model
- Enterprise value
- Sales w/3 multiple
- operating loss*
- "operation cost"
- "financial projections"

*Confidential*
*Subject to FRE 408*

**Evercore Email Search re Marketing Process**

Date range: 2/1/16 - 5/27/16. The Debtors will supplement this search as necessary in response to any supplemental discovery requests served by July 13, 2016, in accordance with the Scheduling Order.

Custodians: David Ying, William Hiltz, Jeremy Matican, Bo Yi, Stephen Goldstein, Brendan Panda, Lisa Chen, Sesh Raghavan

Search Terms

- (Oncor) w/5 (stake OR bid* OR sale OR transaction* OR stalk* OR term-sheet OR merger)
- (REIT) w/50 (stake OR bid* OR sale OR transaction* OR stalk* OR term-sheet OR merger OR Oncor)
- (taxable) w/5 (stake OR bid* OR sale OR transaction* OR stalk* OR term-sheet OR merger OR Oncor)
- (TCEH) w/5 (spinoff OR spin-off)
- (Oncor) w/5 (TEV OR valu*)
- (value* w/3 maxim*) w/25 (stake OR bid* OR sale OR transaction* OR stalk* OR term-sheet OR merger OR Oncor)
- Bid* w/3 potential
- bid* w/5 interest*
- (NextEra) w/50 (stake OR bid* OR sale OR transaction* OR stalk* OR term-sheet OR merger OR Oncor)
- (tax-structure) w/50 (stake OR bid* OR sale OR transaction* OR stalk* OR term-sheet OR merger OR Oncor)
- (tax-free) w/7 (impact* OR effect* OR affect* OR consequence*)
- (tax w/2 free) w/7 (impact* OR effect* OR affect* OR consequence*)
- (NEE) w/50 (stake OR bid* OR sale OR transaction* OR stalk* OR term-sheet OR merger OR Oncor)
- (Bid*) w/3 (financial OR investor*)
- (tax w/2 free) w/7 (alternative*)
- (Market OR comparable) w/3 (multiple*)
- (optim* w/5 structure) w/25 (stake OR bid* OR sale OR transaction* OR stalk* OR term-sheet OR merger OR Oncor)
- (auction w/3 proceed*) w/7 (use* OR allocat*)
- Bid* w/3 analysis
- precedent transaction*
- value* w/7 stalking
- Bid* w/3 strategic
- indicative w/2 price*
- prefer* w/5 auction*
- tax-free w/7 alternative*
- ((value* w/3 bid*) AND (Oncor))
- ((Bid* w/3 draft) AND (Oncor))
- ((transaction document*) AND (EFH OR EFIH OR EFCH OR TCEH OR Oncor))
- ((tax w/5 consequenc*) AND (EFH OR EFIH OR EFCH OR TCEH OR Oncor))
- bid* w/5 evaluat*
- form w/7 term-sheet
- bid* w/7 diligence
- bid* w/7 alternative*
- backstop* w/7 fee
- distributable w/5 value
- non-taxable
- Breakup
- "form term sheet"
- DCF
- "issues lists"
- "round 1"
- "reviewing parties"
- "Discounted cash flow"
- deconsol*

3

*Confidential*
*Subject to FRE 408*

- "rights offering"
- "termination fee"
- "distributable value"
- (("stalking horse") AND (EFH OR EFIH OR EFCH OR TCEH OR Oncor))
- ((tax w/2 free) AND (EFH OR EFIH OR EFCH OR TCEH OR Oncor))
- (("tax-free") AND (EFH OR EFIH OR EFCH OR TCEH OR Oncor))
- (("real estate investment trust") AND (EFH OR EFIH OR EFCH OR TCEH OR Oncor))
- (("marketing process") AND (EFH OR EFIH OR EFCH OR TCEH OR Oncor))

External Domains

- atcllc.com
- ge.com
- geenergyfinancialservices.com
- captracapital.com
- ggjc.com
- guggenheimpartners.com
- huntconsolidated.com
- morganstanley.com
- pjsolomon.com
- pjsjc.com
- sgcib.com
- sullcrom.com
- millerbuckfire.com
- duffandphelps.com
- filsinger.com
- advisorstpg.com
- aep.com
- alinda.com
- aimco.alberta.ca
- alvarezandmarsal.com
- calpers.ca.gov
- cki.com.hk
- angelogordon.com
- apollolp.com
- avenuecapital.com
- bakerbotts.com
- wellsfargo.com
- db.com
- bankofamerica.com
- berkshirehathaway.com
- borealis.ca
- berkshirehathawayenergyco.com
- coned.com
- dteenergy.com
- blackstone.com
- paulweiss.com
- millsteinandco.com
- brookfield.com
- eifgroup.com
- eqtpartners.com
- brookfieldinfrastructure.com
- carconindustries.com
- centerbridge.com
- brownrudnick.com
- bingham.com
- texasattorneygeneral.gov
- centerviewpartners.com
- kramerlevin.com
- rothschild.com
- citi.com
- citigroup.com
- cwt.com
- credit-suisse.com
- centerpointenergy.com
- winston.com
- davispolk.com
- debevoise.com
- dom.com
- donevans34.com
- duke-energy.com
- efh.com
- edisonintl.com
- fortisinc.com
- ibdl.com
- eif.com
- entergy.com
- eqt.se
- energyfutureholdings.com
- baml.com
- exceloncorp.com
- ffhsj.com
- Fidelity.com
- firstenergycorp.com
- firstreserve.com
- fleetpride.com
- forresterco.com
- fortress.com
- gic.com.sg
- friedfrank.com
- pwpartners.com
- nixonpeabody.com
- global-infra.com
- gs.com
- gsocap.com
- highstarcapital.com
- huntoil.com
- huronconsultinggroup.com
- iberdrola.es
- itc-holdings.com
- jpmchase.com
- infrareitcp.com
- huntpower.com
- ifminvestors.com
- investpsp.ca
- qic.com
- argoip.com
- Itctransco.com
- nationalgrid.com

4

*Confidential*
*Subject to FRE 408*

- NSTAR.com
- jpmorgan.com
- kia.gov.kw
- kingstreet.com
- kasowitz.com
- jefferies.com
- mofo.com
- kkr.com
- lacaisse.com
- luminant.com
- macquarie.com
- nationalgridus.com
- ny.ibd.email.gs.com
- mesirowfinancial.com
- foley.com
- gavinsolmonese.com
- moelis.com
- omm.com
- fmr.com
- NU.com
- pge.com
- pplweb.com
- oag.state.tx.us
- nexteraenergy.com
- chadbourne.com
- oaktreecapital.com
- oncor.com
- otpp.com
- pharosfunds.com
- psam.com
- southerncompany.com
- pseg.com
- semprautilities.com
- southernco.com
- rlf.com
- jonesday.com
- milbank.com
- ropesgray.com
- capstoneag.com
- wlrk.com
- sgcc.com.cn
- transcanada.com
- adia.ae
- shearman.com
- akingump.com
- centerview.com
- stbglobal.com
- stblaw.com
- thirdave.com
- tpg.com
- txu.com
- cppib.com
- whitecase.com
- lazard.com
- hl.com
- wrenhouse.uk.com
- nps.or.kr
- pggm.nl
- xcelenergy.com
- yorkcapital.com
- ameren.com