# **EXHIBIT F**

July 8, 2016 Letter from R. Pedone to M. McKane



**Richard C. Pedone**
*Partner*
T 617-345-1305
rpedone@nixonpeabody.com

100 Summer Street
Boston, MA  02110-2131
617-345-1000

July 8, 2016

*Via E-mail*

Mark McKane, Esq.
mark.mckane@kirkland.com
Michael P. Esser, Esq.
michael.esser@kirkland.com
Kirkland & Ellis LLP
555 California Street
San Francisco, CA  94104

Re:     **In re Energy Future Holdings Corporation, et al., Case No. 14-10979**

Dear Mark and Mike:

Thank you for speaking with us on Wednesday regarding our requests for information related to EFH Corporate Services Company and EFH Properties Company. We look forward to hearing back from you as to information concerning the $158.55 million note due to EFH Corp. related to the Energy Plaza lease that Patrick Williams testified about at his deposition and to hearing details regarding what evidence the Debtors will put on concerning a liquidation analysis for Corporate Services. As we discussed, we have identified on the attached Schedule A the information we will need in order to conduct a valuation and/or liquidation analysis for Corporate Services and EFH Properties. We would appreciate your assistance in providing this information to us. If the Debtors believe that some or all of this information already has been provided, we ask that you please let us know where such information is located. Perhaps the next step would be for us to get together by phone to discuss these requests.

Thank you.

Very truly yours,

*/s/ Richard C. Pedone*

Richard C. Pedone

cc:     Christopher P. Simon, Esq.

4852-2294-2260.2

# SCHEDULE A

Information related to the specific items listed in the Balance Sheet document introduced as Exhibits 3 and 4 at the Patrick Williams deposition (June 30, 2016).

## EFH CORPORATE SERVICES BALANCE SHEET REQUEST LIST

<u>General</u>
    Any available contemporaneous financial projections for Corporate Services (preferably for at least 3 years) including cost allocations by business unit;
    Copies of any valuations or appraisals for Corporate Services.

<u>Restricted Cash</u>
    Provide documents on restrictions on cash and any reserve estimates to show history of reserves.

<u>Advances to affiliates – Money Pool/Accounts receivable – affiliates</u>
    Provide sub ledgers by entity from petition date to current and aging schedule for advances by entity;
    Explain if and how these amounts were affected (if at all) by the Settlement Agreement (Motion at D.I. 5249) and whether the balance on the books was/is adjusted pursuant to Settlement Agreement;
    Documentation of any write-offs or adjustments to these balances from petition date to current;
    All intercompany accounts appear to be rolled up in the Assets and Liabilities – Support – April 2014 set of documents – please explain rationale; are these for all non-Corporate Services entities.

<u>Trade accounts receivable – net</u>
    Estimated amount of A/R to be transferred to Reorganized TCEH pursuant to plan.

<u>Accumulated Deferred Income Taxes</u>
    Provide schedules and underlying workpapers for all current and deferred tax account balances;
    Explain if the tax attributes (and deferred taxes) have been used by EFH consolidated (or disregarded) and are have any been used to offset non-Corporate Services entities or been settled with cash;
    Provide details of the asset and value on the deferred tax amount or value pursuant to proposed transfer of Corporate Services to the T-side; explain what happens to the assets and liabilities upon transfer;
    Explain if and how these amounts were affected (if at all) by the Settlement Agreement (Motion at D.I. 5249) and whether the balance on the books for offset non-Corporate Services entities was/is adjusted pursuant to Settlement Agreement;
    Explain which TSA is in effect currently and effects on amounts recorded.

**SCHEDULE A**

Other current assets/Investments
  Provide detail supporting schedules for each sub-account;
  Provide contracts for pre-paid IT hardware and software with details on underlying assets and fair valuation for each investment in affiliated companies, including any previous internal or independent valuations;
  Provide details of "investment in split dollar life" account, including policy number, insured and beneficiary, and list the cash value that can be monetized.

Property, plant and equipment – net
  Fixed Asset Ledger as of the most recent date;
  Detailed depreciation and/or amortization schedules;
  List and description of owned or leased real estate (land and buildings), including specifications, building plans, floor plans, location, and size, including copies of any recent appraisals (insurance, Ad-Valorem, financing, etc.), including sub-leases;
  Provide accounting policies and procedures or other documentation and detail schedules to account for and explain "EFH Corporate Services IT right to use program" and the related current balances.

Intangible assets – net
  Provide related depreciation and/or amortization schedules;
  Provide supporting schedule of amounts billed and remaining amounts to be billed for EFH Corporate Services IT software assets;
  Provide accounting policies and procedures or other documentation and detail schedules to account for and explain "EFH Corporate Services IT right to use program" and the related current balances;
  Description of any supply/outsourcing contracts that possess a financial, market, or strategic advantage;
  Description of the nature and terms of any existing licensing agreements;
  A list and description of significant intellectual property (including patents, proprietary technologies and know-how/trade secrets) including a description of the advantages and disadvantages obtained from the subject intellectual property (i.e., product quality, technology, market awareness, cost savings, etc.);
  Any information regarding license agreements and royalty rates for the subject intellectual property or for similar (competing) intellectual properties including estimated remaining economic life of each patent/technology.

Employment Contracts/Employees
  Provide copies and details for the company's executives and all employees for: (1) any estimates of the cost or the amount required if employees are terminated and (2) if employees transfer or go to work for TCEH (covenants not to compete), including any proposed employment contracts;

## SCHEDULE A

    Description of management team, including current responsibilities, professional experience in the industry, age, and length of employment;

    List and description of current employees, including type (management, sales, administrative, etc.), annual compensation (including salary, bonus, and benefits), and start date;

    Data or information supporting costs incurred to recruit, hire, and train each type of employee and starting efficiency (productivity) and number of months before a new employee becomes fully efficient by employee type;

<u>Other noncurrent assets</u>
    Provide detail supporting schedules for each sub-account.

<u>Trade accounts payable</u>
    Provide detailed analyses of each sub-account, including determination of the validity of each claim and cash required to settle such, including detailed A/P sub-ledger and aging by vendor;
    Provide detailed analysis and explanation of the "LSTC Reclass" account, including the underlying transactions; policies & procedures; related governing documents.

<u>Accrued taxes</u>
    Provide summary schedules for current tax account balances.

<u>Other current liabilities/Other noncurrent liabilities and deferred credits</u>
    Provide detailed analyses of each sub-account, including determination of the validity of each claim and cash required to settle such;
    Provide policies & procedures and underlying governing documents.

<u>Liabilities subject to compromise</u>
    Provide detail on claims register reconciliations and treatment of EFH Money Pool claim in settlement agreement.

<u>Contingent Liabilities/Other</u>
    Provide a list of all leases and executory contracts, with indications as to whether or not each is being considered for rejection or assignment and calculations of rejection claims;
    Provide all analyses of severance calculations under company policy, WARN, and bankruptcy allowable claims;
    Summary of all contractual and non-contractual contingent liabilities (i.e. Warranty Obligations, etc.) and any information regarding cash outflows, timing, and probability of the contingent contractual obligation.

## SCHEDULE A

## EFH PROPERTIES REQUEST LIST

Other Prepayments and Long Term Prepayment
    Provide detail schedule of Prepayment (LOC) related to the Energy Plaza lease.

IS General Plant and Leasehold Improvements
    Provide details and documentation for Energy Plaza Lease and copies and terms of all leases, including sub-leases;
    List and description of owned real estate (land and buildings), including specifications, building plans, floor plans, location, and size, including copies of any recent appraisals (insurance, Ad-Valorem, financing, etc.);
    Listing and schedule of leasehold interests, including information on nature and terms, location, contract rent, length, expiration date, etc., including related depreciation and/or amortization schedules;
    Provide related depreciation and/or amortization schedules;
    Provide any appraisals and valuations for Energy Plaza lease, including any leasehold interest.

Accumulated deferred income taxes
    Provide schedules and underlying workpapers for all current and deferred tax account balances;
    Explain if the tax attributes (and deferred taxes) have been used by EFH consolidated (or disregarded) and have any been used to offset non-Corporate Services entities or been settled with cash;
    Provide details of the asset and value on the deferred tax amount or value pursuant to proposed transfer of Corporate Services to T-side; explain what happens to the assets and liabilities upon transfer;
    Explain if and how these amounts are/were affected by the Settlement Agreement (Motion at D.I. 5249) and whether the balance on the books for offset non-Corporate Services entities was/is adjusted pursuant to Settlement Agreement, i.e. are the amounts listed post settlement amounts only or pre and post settlement;
    Explain which TSA is in effect currently and effects on amounts recorded.

Notes or other liabilities due to affiliates
    Explain and provide documentation of Note due to EFH Corp related to LOC draw on Energy Plaza lease;
    Provide sub-ledgers, by entity from petition date to current including aging schedule;
    Provide explanation, documentation and entries for any cancelation or write off of any EFH Note(s);
    Policies and procedures for recording and settling; historical treatment and offsets, if any.

## SCHEDULE A

<u>Liabilities subject to compromise</u>

    Explain and documentation of Energy Plaza lease (Long-term Portion) and unamortized premium related to prepetition money pool advances (Classified as LSTC for GL purposes by EFH Properties);

    Provide underlying ledgers and aging balances documentation of all intercompany advances; the policies and procedures for recording and settling; historical treatment and offsets, if any.