# **<u>EXHIBIT G</u>**

February 25, 2016 Board Presentation [EFH06323715]

**FILED UNDER TEMPORARY SEAL -**

**Subject to Energy Future Holdings Protective Order**