# **<u>EXHIBIT H</u>**

July 22, 2016 Board Presentation [EFH06365720]

**FILED UNDER TEMPORARY SEAL -**

**Subject to Energy Future Holdings Protective Order**