# **EXHIBIT I**

July 27, 2016 Board Materials [EFH06365761]

**FILED UNDER TEMPORARY SEAL -**

**Subject to Energy Future Holdings Protective Order**