## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.,*[1] | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | **Re: D.I. 9217, 9272** |
|  | ) |  |
|  | ) | **Hearing Date: August 15, 2016 at 12:30 p.m.** |
|  | ) |  |

## NOTICE OF FILING OF SECOND REVISED
## JOINT STIPULATED FINAL PRE-TRIAL ORDER

PLEASE TAKE NOTICE that, on May 24, 2016, the United States Bankruptcy Court for the District of Delaware (the "Court") entered the *Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Joint Plan of Reorganization and the Approval of Debtors' Disclosure Statement* [D.I. 8514] (as further amended, the "Scheduling Order"). Pursuant to the Scheduling Order, the Court scheduled certain dates and deadlines and established certain protocols in connection with the proposed confirmation of the *Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 9199] (as may be further amended, modified, or supplemented, the "Plan") as it relates to the TCEH Debtors and EFH Shared Services Debtors (as such terms are defined in the Plan).

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

PLEASE TAKE FURTHER NOTICE that, on July 21, 2016, the Court entered an order amending certain hearing dates and deadlines in the Scheduling Order as set forth in the *Second Supplement to Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Joint Plan of Reorganization and the Approval of Debtors' Disclosure Statement* [D.I. 8972] (the "T-Side Supplement").

PLEASE TAKE FURTHER NOTICE that paragraph 21 of the Scheduling Order provides that "the Debtors, in agreement with the affected Participating Parties, may amend or modify the terms of this Order without further order by the Court upon filing written notice of such amendment or modification with the Court; *provided further, however*, that the provisions of paragraph 9 of this Order and the deadlines set forth herein (including in paragraph 7 of this Order) as they relate to the Disclosure Statement Hearing and Confirmation Hearing for the TCEH Debtors shall not be adjourned, amended or modified without the prior written consent of the TCEH Debtors and the TCEH Supporting First Lien Creditors."

PLEASE TAKE FURTHER NOTICE that, consistent with the terms of the Scheduling Order, as amended by the T-Side Supplement, on August 8, 2016, the Debtors filed a *Joint Stipulated Final Pre-Trial Order* [D.I. 9217-1].

PLEASE TAKE FURTHER NOTICE that, consistent with the terms of the Scheduling Order, as amended by the T-Side Supplement, on August 12, 2016, the Debtors filed a *Revised Joint Stipulated Final Pre-Trial Order* [D.I. 9272-1] (the "Revised Pre-Trial Order").

PLEASE TAKE FURTHER NOTICE that, pursuant to the authorization set forth in paragraph 21 of the Scheduling Order, the Debtors hereby file the attached *Second Revised Joint Stipulated Final Pre-Trial Order* (the "Second Revised Pre-Trial Order"). A copy of the Second Revised Pre-Trial Order is attached hereto as **Exhibit A**. A redline, comparing the Second

2

Revised Pre-Trial Order against the form of Revised Pre-Trial Order filed with the Court on August 12, 2016 [D.I. 9272-1] is attached hereto as **Exhibit B**.

PLEASE TAKE FURTHER NOTICE that the Second Revised Pre-Trial Order was negotiated by and between the Debtors and American Stock Transfer & Trust Company, LLC, as successor trustee to the Bank of New York Mellon Trust Company, N.A. (in such capacity, the "EFH Indenture Trustee") and, with the exception of the terms set forth in paragraphs 1, 2, and 7 of the Second Revised Pre-Trial Order, is agreed to by and between the Debtors and the EFH Indenture Trustee. The Debtors will continue to work with the EFH Indenture Trustee to attempt to resolve any outstanding issues with regard to the Second Revised Pre-Trial Order. The Debtors have also circulated the Second Revised Pre-Trial Order to all of the other Participating Parties (as such term is defined in the Scheduling Order) for comment, but did not receive any additional comments.

PLEASE TAKE FURTHER NOTICE that a hearing to consider, among other things, entry of the Second Revised Pre-Trial Order, is currently scheduled to be held before The Honorable Christopher S. Sontchi at the Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on **August 15, 2016 starting at 12:30 p.m. (Eastern Daylight Time)** (the "August 15th Hearing").

PLEASE TAKE FURTHER NOTICE that, to the extent the Debtors make further revisions to the Second Revised Pre-Trial Order prior to the August 15th Hearing, the Debtors will present a blacklined copy of such revised document to the Court either at or before the August 15th Hearing.

*[Remainder of page intentionally left blank.]*

3

RLF1 15022155v.1

Dated:  August 15, 2016
       Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:        collins@rlf.com
              defranceschi@rlf.com
              madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:        edward.sassower@kirkland.com
              stephen.hessler@kirkland.com
              brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:        james.sprayregen@kirkland.com
              marc.kieselstein@kirkland.com
              chad.husnick@kirkland.com
              steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession

RLF1 15022155v.1