## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON AUGUST 15, 2016 STARTING AT 12:30 P.M. (EDT)[3]

**I.    FINAL T-SIDE PLAN CONFIRMATION PRE-TRIAL CONFERENCE:**

1.    Notice of Filing Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 9199; filed August 5, 2016] (as may be further modified, amended, or supplemented, the "Plan")

T-Side Confirmation Objection Deadline:    August 8, 2016

Confirmation Responses/Objections Received:

A.    Limited Objection to Second Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 9170; filed August 2, 2016]

B.    Objection to the Second Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 9177; filed August 3, 2016]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] **Amended items appear in bold.**

[3] The August 15, 2016 (the "August 15th Hearing") hearing will be held before The Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 beginning at 12:30 p.m. (EDT). Any person who wished to appear telephonically at the August 15th Hearing must **have** contacted COURTCALL, LLC at 866-582-6878 prior to 12:00 p.m. (noon) (EDT) on Friday, August 12, 2016 to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009.*

C.  The United States Trustee's Limited Objection, Response and Reservation of Rights with Respect to the Second Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the TCEH Debtors and EFH Shared Services Debtors (D.I. 8745) [D.I. 9203; filed August 8, 2016]

D.  Objection of Shirley Fenicle, William Fahy, and John H. Jones to Second Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code, dated June 26, 2016 [D.I. 9209; filed August 8, 2016]

E.  Objection of the Bank of New York Mellon Trust Company, N.A., as Indenture Trustee for the EFCH 2037 Notes Claims, to Confirmation of Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 9210; filed August 8, 2016]

F.  Reservation of Rights of NextEra to Confirmation of the Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code as it Relates to the TCEH Debtors and EFH Shared Services Debtors [D.I. 9212; filed August 8, 2016]

G.  Reservation of Rights of UMB Bank, N.A. to Confirmation of the Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 9214; filed August 8, 2016]

H.  EFH Indenture Trustee and Contrarian Capital Management, LLC's Objection to Confirmation of Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code (SEALED) [D.I. 9224; filed August 8, 2016]

I.  Joinder of Certain Funds and Accounts Advised or Sub-Advised by Fidelity Management & Research Company or its Affiliates to EFH Indenture Trustee and Contrarian Capital Management, LLC's Objection to Confirmation of Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 9226; filed August 9, 2016]

T-Side Assumption and/or Cure Responses/Objections Received:

J.  Amended Objection of Pooled Equipment Inventory Company to Plan Supplement and Proposed Cure Amount [D.I. 9195; filed August 4, 2016]

2

K.     Reservation of Rights by TXU 2007-1 Railcar Leasing LLC with Respect to Third Amended Joint Plan of Reorganization [D.I. 9206; filed August 8, 2016]

L.     Oracle's Limited Objection and Reservation of Rights Regarding (I) the Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code; and (II) Plan Supplement as it Relates to the TCEH Debtors and EFH Shared Services Debtors for the Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 9213; filed August 8, 2016]

M.     Objection of Boral Material Technologies, LLC to Plan Supplement and Proposed Cure Amounts [D.I. 9234; filed August 10, 2016]

N.     Objection to Plan Supplement and Proposed Cure Amount filed by Accenture LLP [D.I. 9238; filed August 10, 2016]

O.     Reservation of Rights of Union Pacific Railroad Company Regarding Assumption Schedule, TCEH Plan Supplement and Notice of (A) Executory Contracts and Unexpired Leases to be Assumed Pursuant to the Plan; (B) Cure Amounts, if any; and (C) Related Procedures in Connection Therewith [D.I. 9242; filed August 10, 2016]

P.     Objection of SAP Industries, Inc. to Assumption and Assignment of a Software License Agreement with Texas Competitive Electric Holdings Company, LLC and Provision of Transition Services by the Assignee to Energy Future Holdings Corp. [D.I. 9243; filed August 10, 2016]

Related Documents:

i.     Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order (A) Approving the Disclosure Statement, (B) Establishing the Voting Record Date, Voting Deadline, and Other Dates, (C) Approving Procedures for Soliciting, Receiving, and Tabulating Votes on the Plan and for Filing Objections to the Plan, and (D) Approving the Manner and Forms of Notice and Other Related Documents [D.I. 8357; filed May 1, 2016]

ii.     Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Joint Plan of Reorganization and the Approval of Debtors' Disclosure Statement [D.I. 8514; filed May 24, 2016] (as supplemented from time to time, the "Scheduling Order")

iii.     Notice of Filing of "Form of Tax Matters Agreement by and Among Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, EFIH Finance Inc. and [Reorganized TCEH]" [D.I. 8699; filed June 13, 2016]

3

iv.     Second Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 8745; filed June 16, 2016]

v.      Second Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code (Blackline) [D.I. 8746; filed June 16, 2016]

vi.     Third Amended Disclosure Statement for the Second Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the TCEH Debtors and EFH Shared Services Debtors [D.I. 8747; filed June 16, 2016]

vii.    Third Amended Disclosure Statement for the Second Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the TCEH Debtors and EFH Shared Services Debtors (Blackline) [D.I. 8753; filed June 16, 2016]

viii.   Order (A) Approving the Disclosure Statement of the TCEH Debtors and the EFH Shared Services Debtors, (B) Establishing the TCEH Voting Record Dates, (C) Approving Procedures for Soliciting, Receiving, and Tabulating Votes on the Plan and for Filing Objections to the Plan as to the TCEH Debtors and EFH Shared Services Debtors, and (D) Approving the Manner and Forms of Notice and Other Related Documents [D.I. 8761; filed June 17, 2016]

ix.     Notice of Hearing to Consider Confirmation of the Chapter 11 Plan Filed by the TCEH Debtors and Related Voting and Objection Deadlines [D.I. 8772; filed June 17, 2016]

x.      Notice Regarding Supplement to the Scheduling Order [D.I. 8882; filed July 8, 2016]

xi.     Supplement to Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Joint Plan of Reorganization and the Approval of Debtors' Disclosure Statement [D.I. 8883; filed July 11, 2016]

xii.    Order [D.I. 8957; filed July 20, 2016]

xiii.   Second Supplement to Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Joint Plan of Reorganization and the Approval of Debtors' Disclosure Statement [D.I. 8972; filed July 21, 2016]

xiv.    Notice of Hearing Dates Scheduled to Consider Confirmation of the "Second Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code"

4

[D.I. 8745] as it Relates to the TCEH Debtors and EFH Shared Services Debtors [D.I. 8985; filed July 22, 2016]

xv.    Letter Including Evidence to Support Claims filed by JoAnn M. Robinson [D.I. 8996; filed July 26, 2016]

xvi.    Notice of Filing of (I) "Form of Tax Matters Agreement by and Among Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, EFIH Finance Inc. and [Reorganized TCEH]"; (II) "Transition Services Agreement"; and (III) "Separation Agreement" in Connection with Confirmation Proceedings on the "Second Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code" [D.I. 8745] as it Relates to the TCEH Debtors and EFH Shared Services Debtors [D.I. 9100; filed July 28, 2016]

xvii.    Plan Supplement as it Relates to the TCEH Debtors and EFH Shared Services Debtors for the Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 9188; filed August 3, 2016]

xviii.    Notice of Filing of Joint Stipulated Final Pre-Trial Order [D.I. 9217; filed August 8, 2016]

xix.    EFH Indenture Trustee's Motion and Memorandum of Law in Support of its Motion *In Limine* to Preclude Debtors from Offering Evidence at Trial as to Which They Asserted Attorney Client Privilege and Prevented Discovery (SEALED) [D.I. 9218; filed August 8, 2016]

xx.    Debtors' Motion *In Limine* to Preclude E-Side Asbestos Claimants Fenicle and Fahy from Raising Certain Arguments at the TCEH Confirmation Hearing [D.I. 9219; filed August 8, 2016]

xxi.    Debtors' Memorandum of Law in Support of Motion *In Limine* to Preclude E-Side Asbestos Claimants Fenicle and Fahy from Raising Certain Arguments at the TCEH Confirmation Hearing [D.I. 9220; filed August 8, 2016]

xxii.    Debtors' Motion *In Limine* to Exclude the Testimony of Jack F. Williams [D.I. 9221; filed August 8, 2016]

xxiii.    Debtors' Memorandum of Law in Support of Motion *In Limine* to Exclude the Testimony of Jack F. Williams (SEALED) [D.I. 9222; filed August 8, 2016]

xxiv.    Debtors' Memorandum of Law in Support of Motion *In Limine* to Exclude the Testimony of Jack F. Williams (REDACTED) [D.I. 9223; filed August 8, 2016]

xxv.   Declaration of Erik Schneider in Support of the EFH Indenture Trustee's and Contrarian Capital Management, LLC's Objection to Confirmation of Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code (SEALED) [D.I. 9225; filed August 8, 2016]

xxvi.   ***Amended* Plan Supplement as it Relates to the TCEH Debtors and the EFH Shared Services Debtors for the Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 9258; filed August 11, 2016]**

xxvii.   **Response of Shirley Fenicle and William Fahy to Debtors' Motion *In Limine* to Preclude E-Side Asbestos Claimants Fenicle and Fahy from Raising Certain Arguments at the TCEH Confirmation Hearing [D.I. 9263; filed August 11, 2016]**

xxviii.   **Notice of Filing of Revised Joint Stipulated Final Pre-Trial Order [D.I. 9272; filed August 12, 2016]**

xxix.   **EFH Indenture Trustee's Opposition to Debtors' Motion *In Limine* to Exclude the Testimony of Jack F. Williams (SEALED) [D.I. 9273; filed August 12, 2016]**

xxx.   **Debtors' Opposition to EFH Indenture Trustee's Motion *In Limine* to Preclude Debtors from Offering Evidence at Trial as to Which They Asserted Attorney Client Privilege and Prevented Discovery (SEALED) [D.I. 9274; filed August 12, 2016]**

xxxi.   **Debtors' Opposition to EFH Indenture Trustee's Motion *In Limine* to Preclude Debtors from Offering Evidence at Trial as to Which They Asserted Attorney Client Privilege and Prevented Discovery (REDACTED) [D.I. 9275; filed August 12, 2016]**

xxxii.   **Notice of Filing of Second Revised Joint Stipulated Final Pre-Trial Order [D.I. 9276; filed August 15, 2016]**

Status:   As set forth in the Scheduling Order, a final pre-trial conference with respect to the Plan as it relates to the TCEH Debtors and EFH Shared Services Debtors will go forward.  The TCEH Debtors and EFH Shared Services Debtors intend to seek the entry of a final joint pre-trial order (**drafts** of which **were** filed with the Court at D.I. 9217, **9272, and 9276**) at the hearing.

*[Remainder of page intentionally left blank.]*

Dated:  August 15, 2016
       Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:        collins@rlf.com
           defranceschi@rlf.com
           madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:        edward.sassower@kirkland.com
           stephen.hessler@kirkland.com
           brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:        james.sprayregen@kirkland.com
           marc.kieselstein@kirkland.com
           chad.husnick@kirkland.com
           steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

7