# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON AUGUST 17, 2016 STARTING AT 10:00 A.M. (EDT)[2]

**I.  T-SIDE PLAN CONFIRMATION:**

1.  Notice of Filing Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 9199; filed August 5, 2016] (as may be further modified, amended, or supplemented, the "Plan")

    T-Side Confirmation Objection Deadline:   August 8, 2016

    Confirmation Responses/Objections Received:

    A.  Limited Objection to Second Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 9170; filed August 2, 2016]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] The August 17, 2016 through August 26, 2016 hearings will be held before The Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 beginning at 10:00 a.m. (EDT) each day. Due to the anticipated number of attendees at the August 17, 2016 through August 26, 2016 hearings, parties are also invited to attend the hearing via video teleconference from an overflow Courtroom at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801 on August 17, 18, and 19, 2016 (an alternate overflow Courtroom will be assigned by the Court for any additional trial days beyond August 19, 2016). Any person who wishes to appear telephonically at the August 17, 2016 through August 26, 2016 hearings must contact COURTCALL, LLC at 866-582-6878 prior to **12:00 p.m. (noon) (EDT) on Tuesday, August 16, 2016** to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009.*

RLF1 15022313v.1

B.     Objection to the Second Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 9177; filed August 3, 2016]

C.     The United States Trustee's Limited Objection, Response and Reservation of Rights with Respect to the Second Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the TCEH Debtors and EFH Shared Services Debtors (D.I. 8745) [D.I. 9203; filed August 8, 2016]

D.     Objection of Shirley Fenicle, William Fahy, and John H. Jones to Second Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code, dated June 26, 2016 [D.I. 9209; filed August 8, 2016]

E.     Objection of the Bank of New York Mellon Trust Company, N.A., as Indenture Trustee for the EFCH 2037 Notes Claims, to Confirmation of Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 9210; filed August 8, 2016]

F.     Reservation of Rights of NextEra to Confirmation of the Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code as it Relates to the TCEH Debtors and EFH Shared Services Debtors [D.I. 9212; filed August 8, 2016]

G.     Reservation of Rights of UMB Bank, N.A. to Confirmation of the Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.* Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 9214; filed August 8, 2016]

H.     EFH Indenture Trustee and Contrarian Capital Management, LLC's Objection to Confirmation of Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code (SEALED) [D.I. 9224; filed August 8, 2016]

I.     Joinder of Certain Funds and Accounts Advised or Sub-Advised by Fidelity Management & Research Company or its Affiliates to EFH Indenture Trustee and Contrarian Capital Management, LLC's Objection to Confirmation of Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 9226; filed August 9, 2016]

T-Side Assumption and/or Cure Responses/Objections Received:[3]

J. Amended Objection of Pooled Equipment Inventory Company to Plan Supplement and Proposed Cure Amount [D.I. 9195; filed August 4, 2016]

K. Reservation of Rights by TXU 2007-1 Railcar Leasing LLC with Respect to Third Amended Joint Plan of Reorganization [D.I. 9206; filed August 8, 2016]

L. Oracle's Limited Objection and Reservation of Rights Regarding (I) the Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code; and (II) Plan Supplement as it Relates to the TCEH Debtors and EFH Shared Services Debtors for the Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 9213; filed August 8, 2016]

M. Objection of Boral Material Technologies, LLC to Plan Supplement and Proposed Cure Amounts [D.I. 9234; filed August 10, 2016]

N. Objection to Plan Supplement and Proposed Cure Amount filed by Accenture LLP [D.I. 9238; filed August 10, 2016]

O. Reservation of Rights of Union Pacific Railroad Company Regarding Assumption Schedule, TCEH Plan Supplement and Notice of (A) Executory Contracts and Unexpired Leases to be Assumed Pursuant to the Plan; (B) Cure Amounts, if Any; and (C) Related Procedures in Connection Therewith [D.I. 9242; filed August 10, 2016]

P. Objection of SAP Industries, Inc. to Assumption and Assignment of a Software License Agreement with Texas Competitive Electric Holdings Company, LLC and Provision of Transition Services by the Assignee to Energy Future Holdings Corp. [D.I. 9243; filed August 10, 2016]

Related Documents:

i. Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order (A) Approving the Disclosure Statement, (B) Establishing the Voting Record Date, Voting Deadline, and Other Dates, (C) Approving Procedures for Soliciting, Receiving, and Tabulating Votes on the Plan and for Filing Objections to the Plan, and (D) Approving the Manner and Forms of Notice and Other Related Documents [D.I. 8357; filed May 1, 2016]

---

[3] To the extent extant at the beginning of trial, the Debtors intend to adjourn consideration of any responses or objections solely related to executory contract/lease assumption and assignment, including any cure disputes, to a future hearing date (*i.e.*, cure objections will not go forward at the confirmation trial).

RLF1 15022313v.1

ii. Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Joint Plan of Reorganization and the Approval of Debtors' Disclosure Statement [D.I. 8514; filed May 24, 2016]

iii. Notice of Filing of "Form of Tax Matters Agreement by and Among Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, EFIH Finance Inc. and [Reorganized TCEH]" [D.I. 8699; filed June 13, 2016]

iv. Second Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 8745; filed June 16, 2016]

v. Second Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code (Blackline) [D.I. 8746; filed June 16, 2016]

vi. Third Amended Disclosure Statement for the Second Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the TCEH Debtors and EFH Shared Services Debtors [D.I. 8747; filed June 16, 2016]

vii. Third Amended Disclosure Statement for the Second Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the TCEH Debtors and EFH Shared Services Debtors (Blackline) [D.I. 8753; filed June 16, 2016]

viii. Order (A) Approving the Disclosure Statement of the TCEH Debtors and the EFH Shared Services Debtors, (B) Establishing the TCEH Voting Record Dates, (C) Approving Procedures for Soliciting, Receiving, and Tabulating Votes on the Plan and for Filing Objections to the Plan as to the TCEH Debtors and EFH Shared Services Debtors, and (D) Approving the Manner and Forms of Notice and Other Related Documents [D.I. 8761; filed June 17, 2016]

ix. Notice of Hearing to Consider Confirmation of the Chapter 11 Plan Filed by the TCEH Debtors and Related Voting and Objection Deadlines [D.I. 8772; filed June 17, 2016]

x. Notice Regarding Supplement to the Scheduling Order [D.I. 8882; filed July 8, 2016]

xi. Supplement to Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Joint Plan of Reorganization and the Approval of Debtors' Disclosure Statement [D.I. 8883; filed July 11, 2016]

RLF1 15022313v.1

xii. Order [D.I. 8957; filed July 20, 2016]

xiii. Second Supplement to Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Joint Plan of Reorganization and the Approval of Debtors' Disclosure Statement [D.I. 8972; filed July 21, 2016]

xiv. Notice of Hearing Dates Scheduled to Consider Confirmation of the "Second Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code" [D.I. 8745] as it Relates to the TCEH Debtors and EFH Shared Services Debtors [D.I. 8985; filed July 22, 2016]

xv. Letter Including Evidence to Support Claims filed by JoAnn M. Robinson [D.I. 8996; filed July 26, 2016]

xvi. Notice of Filing of (I) "Form of Tax Matters Agreement by and Among Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, EFIH Finance Inc. and [Reorganized TCEH]"; (II) "Transition Services Agreement"; and (III) "Separation Agreement" in Connection with Confirmation Proceedings on the "Second Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code" [D.I. 8745] as it Relates to the TCEH Debtors and EFH Shared Services Debtors [D.I. 9100; filed July 28, 2016]

xvii. Affidavit of Publication of Jeb Smith of Notice of Hearing to Consider (I) Confirmation of the Chapter 11 Plan as it Applies to the TCEH Debtors and EFH Shared Services Debtors and (II) Related Voting and Objection Deadlines in The Wall Street Journal [D.I. 9180; filed August 3, 2016]

xviii. Affidavit of Publication of Toussaint Hutchinson of Notice of Hearing to Consider (I) Confirmation of the Chapter 11 Plan as it Applies to the TCEH Debtors and EFH Shared Services Debtors and (II) Related Voting and Objection Deadlines in USA Today [D.I. 9181; filed August 3, 2016]

xix. Affidavit of Publication of Dan Navarro of Notice of Hearing to Consider (I) Confirmation of the Chapter 11 Plan as it Applies to the TCEH Debtors and EFH Shared Services Debtors and (II) Related Voting and Objection Deadlines in The Dallas Morning News [D.I. 9182; filed August 3, 2016]

xx. Affidavit of Publication of Nancy Calvery of Notice of Hearing to Consider (I) Confirmation of the Chapter 11 Plan as it Applies to the TCEH Debtors and EFH Shared Services Debtors and (II) Related Voting and Objection Deadlines in Star-Telegram, Inc. at Fort Worth [D.I. 9183; filed August 3, 2016]

RLF1 15022313v.1

xxi. Affidavit of Publication of Ana Lozano-Harper of Notice of Hearing to Consider (I) Confirmation of the Chapter 11 Plan as it Applies to the TCEH Debtors and EFH Shared Services Debtors and (II) Related Voting and Objection Deadlines in The Waco Tribune-Herald [D.I. 9184; filed August 3, 2016]

xxii. Affidavit of Publication of Victoria Bond of Notice of Hearing to Consider (I) Confirmation of the Chapter 11 Plan as it Applies to the TCEH Debtors and EFH Shared Services Debtors and (II) Related Voting and Objection Deadlines in Houston Chronicle [D.I. 9185; filed August 3, 2016]

xxiii. Affidavit of Publication of Jay H. Heyman of Notice of Hearing to Consider (I) Confirmation of the Chapter 11 Plan as it Applies to the TCEH Debtors and EFH Shared Services Debtors and (II) Related Voting and Objection Deadlines in Corpus Christi Caller Times [D.I. 9186; filed August 3, 2016]

xxiv. Plan Supplement as it Relates to the TCEH Debtors and EFH Shared Services Debtors for the Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 9188; filed August 3, 2016]

xxv. Notice of Filing of Joint Stipulated Final Pre-Trial Order [D.I. 9217; filed August 8, 2016]

xxvi. Declaration of Erik Schneider in Support of the EFH Indenture Trustee's and Contrarian Capital Management, LLC's Objection to Confirmation of Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code (SEALED) [D.I. 9225; filed August 8, 2016]

xxvii. *Amended* Plan Supplement as it Relates to the TCEH Debtors and the EFH Shared Services Debtors for the Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 9258; filed August 11, 2016]

Status: The hearing on this matter will go forward on a contested basis.

II. **MOTIONS *IN LIMINE*:**

2. EFH Indenture Trustee's Motion and Memorandum of Law in Support of its Motion *In Limine* to Preclude Debtors from Offering Evidence at Trial as to Which They Asserted Attorney Client Privilege and Prevented Discovery (SEALED) [D.I. 9218; filed August 8, 2016]

Response/Objection Deadline:   August 12, 2016

Responses/Objections Received:

6

  A. Debtors' Opposition to EFH Indenture Trustee's Motion *In Limine* to Preclude Debtors from Offering Evidence at Trial as to Which They Asserted Attorney Client Privilege and Prevented Discovery (SEALED) [D.I. 9274; filed August 12, 2016]

  B. Debtors' Opposition to EFH Indenture Trustee's Motion *In Limine* to Preclude Debtors from Offering Evidence at Trial as to Which They Asserted Attorney Client Privilege and Prevented Discovery (REDACTED) [D.I. 9275; filed August 12, 2016]

Related Documents:

  i. Notice of Extension of Deadline by which Participating Parties Must File Objections to Pending Motions *In Limine* [D.I. 9256; filed August 11, 2016]

Status: To the extent extant at the beginning of trial, the hearing on this matter will go forward.

3. Debtors' Motion *In Limine* to Preclude E-Side Asbestos Claimants Fenicle and Fahy from Raising Certain Arguments at the TCEH Confirmation Hearing [D.I. 9219; filed August 8, 2016]

  Response/Objection Deadline: August 11, 2016; extended to August 12, 2016

  Responses/Objections Received:

  A. Response of Shirley Fenicle and William Fahy to Debtors' Motion *In Limine* to Preclude E-Side Asbestos Claimants Fenicle and Fahy From Raising Certain Arguments at the TCEH Confirmation Hearing [D.I. 9263; filed August 11, 2016]

Related Documents:

  i. Debtors' Memorandum of Law in Support of Motion *In Limine* to Preclude E-Side Asbestos Claimants Fenicle and Fahy from Raising Certain Arguments at the TCEH Confirmation Hearing [D.I. 9220; filed August 8, 2016]

  ii. Notice of Extension of Deadline by which Participating Parties Must File Objections to Pending Motions *In Limine* [D.I. 9256; filed August 11, 2016]

Status: To the extent extant at the beginning of trial, the hearing on this matter will go forward.

RLF1 15022313v.1

4.  Debtors' Motion *In Limine* to Exclude the Testimony of Jack F. Williams [D.I. 9221; filed August 8, 2016]

    Response/Objection Deadline:    August 11, 2016; extended to August 12, 2016

    Responses/Objections Received:

    A.  EFH Indenture Trustee's Opposition to Debtors' Motion *In Limine* to Exclude the Testimony of Jack F. Williams (SEALED) [D.I. 9273; filed August 12, 2016]

    Related Documents:

    i.  Debtors' Memorandum of Law in Support of Motion *In Limine* to Exclude the Testimony of Jack F. Williams (SEALED) [D.I. 9222; filed August 8, 2016]

    ii. Debtors' Memorandum of Law in Support of Motion *In Limine* to Exclude the Testimony of Jack F. Williams (REDACTED) [D.I. 9223; filed August 8, 2016]

    iii. Notice of Extension of Deadline by which Participating Parties Must File Objections to Pending Motions *In Limine* [D.I. 9256; filed August 11, 2016]

    Status: To the extent extant at the beginning of trial, the hearing on this matter will go forward.

*[Remainder of page intentionally left blank.]*

Dated: August 15, 2016
       Wilmington, Delaware

/s/ Jason M. Madron

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:   collins@rlf.com
         defranceschi@rlf.com
         madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:   edward.sassower@kirkland.com
         stephen.hessler@kirkland.com
         brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:   james.sprayregen@kirkland.com
         marc.kieselstein@kirkland.com
         chad.husnick@kirkland.com
         steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*