# SIGN-IN SHEET

**CASE NAME:** Energy Future
**CASE NO:** 14-10979
**COURTROOM LOCATION:** 6
**DATE:** 8/15/2016 at 12:30 P.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Mario Silverman, Richard Brovders | Paul Weiss Rifkind | Ad Hoc Committee of TCEH First Lien Creditors |
| Greg Alliston | Winston + Strawn | |
| Pauline K Morgan | Young Conaway | American Stock Transfer EFH Indenture Trustee |
| Morgan Nighan | Nixon Peabody | " |
| Rich Pedone | " | " |
| George Shelly | | " |
| Chris Simon | Cross + Simon | |
| Howard Seife | Chadbourne & Parke | NextEra Energy |
| Daniel K. Hogan | Hogan & McDaniel | Fuel Utility Svcs. EFH Corp. |
| David Klauder | B-P/E & Klauder | as American Stock Transh as EFH Trustee |
| Richard Pedone | NP Nixon Peabody | |
| Mark A. Fink | MMWR | E. EFoc Committee |
| Brian Glueckstein | Sullivan Cromwell | " |
| Donald Ludman | Brown & Connery | SAP Industries |
| Colin R Robinson | Pachulski Stang Ziehl + Jones | Second Lien Indenture Trustee |
| John Bird | Fox Rothschild | Ad Hoc TCEH Unsec NoteGroup |
| Chris Shore | White + Case | |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# SIGN-IN SHEET

**CASE NAME:** Energy Future
**CASE NO:** 14-10979
**COURTROOM LOCATION:** 6
**DATE:** 8/15/2016 at 12:30 P.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Mark McKane | Kirkland & Ellis | EFH |
| Chad Husnick | " | EFH |
| David J. DeBrauwere | " | EFH |
| Jason M. Madron | Richards Layton + Finger | EFH |
| Stephen M. Miller | Morris James LLP | Law Debenture NY Indenture 2g+ |
| Katy Harrison | | UMB Bank NA' Indenture Trustee |
| Michael Firestein | Proskauer | EFH |
| Thomas Walper | Munger Tolles & Olson | TCEH Contracts |
| Howard A. Cohen | Drinker Biddle & Reath | Citibank DIP Agent |
| Jeremy W. Ryan | Potter Anderson & Corroon | Deutsche Bank New York |
| R. Stephen McNeill | " | " |
| James Edmonson | Venable LLP | PIMCO |
| Richard L. Schepacarter | USDOJ-OUST | U.S. Trustee |
| Christopher Carty | Akin Gump Strauss Hauer & Feld | UMB Bank, NA |
| David Primack | McElroy Deutsch Mulvaney Carpenter | TCEH debtors conflicts |
| Sarah Ennis | Reed Smith | EFCH 2037 Nor Trustee |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

## Court Conference

**U.S. Bankruptcy Court-Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Christopher S. Sontchi**
**#6**

Calendar Date: 08/15/2016
Calendar Time: 12:30 PM ET

*Amended Calendar 08/15/2016 08:31 AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7783044 | Scott L. Alberino | (202) 887-4000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Ad Hoc Committee of Unsecure Note Holders / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7785480 | Arlene R. Alves | (212) 574-1204 | Seward & Kissel LLP | Creditor, Wilmington Trust as First Lien Collateral Agent and Administrative Agent / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7775545 | Nii-Amar Amamoo | (212) 506-1933 ext. 00 | Kasowitz, Benson, Torres & Friedman, LLP | Creditor, Ad Hoc Committee / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7780867 | Ashley F. Bartram | (512) 475-4937 | State of Texas - Office of the Attorney General -Bankruptcy & Collections Div.Only | Interested Party, Public Utility Commission of Texas / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7781346 | Kellie Cairns | (212) 373-3012 | Paul Weiss Rifkind Wharton & Garrison | Creditor, The Steering Committee of TCEH First Lien Lenders / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7783932 | Maria Chutchian | (646) 378-3108 | Merger Market | Interested Party, Debtwire / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7775610 | Mark A. Cody | (312) 269-4392 | Jones Day | Creditor, Oncor Electric Delivery Holdings Company, LLC / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7781564 | Michael Custer | (302) 777-6516 | Pepper Hamilton LLP | Creditor, Oncor Electric Delivery Holdings Company / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7785523 | Alexander DeFelice | (212) 651-9507 | MatlinPatterson Global Opportunities Fund | Creditor, Energy Future Holdings / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7781943 | Stacey Dore | (212) 446-6411 | Energy Future Holdings Corp. | Debtor, Energy Future Holdings / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7785538 | David Dunn | (203) 529-1765 | Cross Sound Managment, LLC | Interested Party, Cross Sound Managment, / LISTEN ONLY |

Peggy Drasal ext. 802

Copyright © 2016 CourtCall, LLC. All Rights Reserved.

Page 2 of 7

| | | | | | | |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7783021 | Catherine Eisenhut | Akin Gump Strauss Hauer & Feld LLP | (941) 306-7283 | Interested Party, Ad Hoc Committee of Unsecured Note Holders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7785436 | Barry Felder | Foley & Lardner LLP | (212) 338-3540 | U.S. Trustee, UMB / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7775565 | Daniel Fliman | Kasowitz, Benson, Torres & Friedman, LLP | (212) 506-1713 | Interested Party, The Ad Hoc EFH Legacy Note Holders / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7775555 | Andrew Glenn | Kasowitz, Benson, Torres & Friedman, LLP | (212) 506-1747 | Interested Party, Contrarian Capital Management, LLC / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7783799 | Seth Goldman | Munger, Tolles & Olson LLP | (213) 683-9554 | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7781151 | Todd M. Goren | Morrison & Foerster LLP | (212) 468-8000 | Representing, The Official Committee of Unsecured Creditors / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7783200 | Brian Guiney | Patterson Belknap Webb & Tyler | (212) 336-2305 | Interested Party, Law Debenture Trust Company of New York / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7781733 | Thomas Hals | Thomson & Reuters | (610) 544-2712 | Interested Party, Thomson & Reuters / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7780728 | Mark F. Hebbeln | Foley & Lardner, LLP | (312) 832-4394 | Trustee, UMB Bank N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7785393 | Mark Hickson - Client | Chadbourne & Parke LLP | (212) 408-5405 | Interested Party, NexTera Energy / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7782003 | Natasha Hwangpo | Kirkland & Ellis LLP | (212) 909-3198 | Debtor, Energy Future Holdings / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7785349 | Anna Kalenchits | Citi Group Global Markets | (212) 723-1808 | Interested Party, Citi Group Global Markets / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7785444 | Stuart Kovensky | Onex Credit Partners | (201) 541-2121 | Interested Party, Stuart Kovensky / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7785459 | Robert K. Malone | Drinker Biddle & Reath LLP | (973) 549-7080 | Debtor, Citibank N.A. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7785342 | Jonathan D. Marshall | Brown Rudnick LLP | (617) 856-8326 | Interested Party, Wilmington Savings Funds Society / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7785462 | Brian P. Morgan | Drinker Biddle & Reath LLP | (212) 248-3272 | Interested Party, Citibank, N.A. / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7780858 | Hal F. Morris | (512) 475-4550 | State of Texas - Office of the Attorney General -Bankruptcy & Collections Div.Only | Interested Party, Public Utility Commission of Texas / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7777461 | Michael Neumeister | (213) 229-7000 | Gibson, Dunn & Crutcher LLP | Interested Party, Gibson Dunn / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7782032 | Meredith Pfister | (212) 412-1368 | Barclays Bank PLC | Interested Party, Barclays Bank PLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7782404 | Jon Pruchansky | (212) 584-5945 | Arrowgrass Capital Partners U.S. LP | Representing, Energy Future Holding / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7783054 | Abid Qureshi | (212) 872-1000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Ad Hoc Committee Of EFIH Unsecured Noteholders / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7785471 | Robin Russell | 203-353-3101 | Bennett Management Corporation | Interested Party, Bennett Management Corporation / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7778433 | Ned S. Schodek | (212) 848-7052 | Shearman & Sterling LLP | Creditor, Deutsche Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7785432 | Howard Seife | (212) 408-5361 ext. 00 | Chadbourne & Parke, LLP | Creditor, Nextera Energy Resources / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7777956 | Jennifer Sharret | (212) 715-9516 | Kramer Levin Naftalis & Frankel LLP | Creditor, Trustee for Second Lien Notes / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7785387 | Charles Sieving | (561) 691-7575 | NextEra Energy Resources | Creditor, Nextera Energy Resources / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7781629 | Sage M. Sigler | (404) 881-4531 | Alston & Bird LLP | Interested Party, Boral Materials / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7781178 | Angelo Thalassinos | (212) 588-8890 | Reorg Research, Inc. | Interested Party, Reorg Resarch, Inc. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7781117 | Andrew M. Thau | (212) 915-1232 | Cantor Fitzgerald | Interested Party, Cantor Fitzgerald / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7782416 | Amer Tiwana | (646) 616-3052 | Cowen and Company | Interested Party, Cowen and Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7781353 | Michael Turkel | (212) 373-3689 | Paul Weiss Rifkind Wharton & Garrison | Creditor, The Steering Committee of TCEH First Lien Lenders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7785338 | Matthew Underwood | 212-588-5148 | HBK Capital | Interested Party, HBK Capital / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7781357 | Tamara Van Heel | (305) 995-5232 | White and Case | Creditor, Ad Hoc Committe of TECH Unsecured Noted Holders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7784329 | Andrew Wang | (202) 488-1285 | Kobre & Kim LLP | Trustee, Deleware Trust Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7785374 | Julia M. Winters | (212) 617-6592 | Bloomberg LP | Interested Party, Bloomberg LP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7781978 | Aparna Yenamandra | (212) 446-4800 | Kirkland & Ellis LLP | Debtor, Energy Future Holding Corporation / LISTEN ONLY |

Copyright © 2016 CourtCall, LLC. All Rights Reserved.