August 10, 2016

Honorable Christopher S. Sontchi
U.S. Bankruptcy Court for District of Delaware
824 N. Market Street
Wilmington, DE 19801

In Re: TCEH Confirmation Hearing 10:00 A.M.
August 17, 2016 as regards the PCRB's.

Dear Judge Sontchi,

I own 60 Brazos River Authority municipal bonds (PCRB's) and beseech you for a few minutes of your time. The plan proposes a payout of only 2.5 to 6.8% for these defaulted municipal bonds (PCRB's).

This suggested amount is so paltry considering the allocated amount of 881 million dollars.

Could part of the problem be that these defaulted muni bonds are co-mingled with other matters, i.e. asbestos issues? This would marginalize the bond holders. I am a senior citizen, widowed, and purchased these bonds in good faith as all of the bond owners of B.R.A. municipal bonds. Can it be right that under a new name, these same people can issue new bonds without honoring prior obligations?

Judge Sontchi, I beg you to help me and the other Brazos River Authority bond holders. Please.

In the most respectful supplication.

Sincerely,
Nikki G. McClendon



Nikki G. McClendon
1606 Willits St.
Pearland, TX 77581-5754