IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Energy Future Holdings Corp., et al. | Case No.: 14-10979 (CSS) <br> Jointly Administered |
| Debtors. | Re: Docket No.: 9218 |

### ORDER

Upon consideration of the EFH Indenture Trustee's Motion and Memorandum of Law in Support of its Motion in Limine to Preclude Debtors from Offering Evidence at Trial as to Which they Asserted Attorney Client Privilege and Prevented Discovery [D.I. 9218] filed on August 8, 2016 (the "Motion"); the Court having reviewed the Motion and the responses and objections thereto; and the Court finding that (1) the Court has jurisdiction over these matters, pursuant to 28 U.S.C. § 1334; (2) this is a core proceeding, pursuant to 28 U.S.C. § 157(b); (3) this Court has the judicial power to enter a final order; and (4) notice of the Motion was adequate under the circumstances;

IT IS HEREBY ORDERED THAT, the Motion is Denied.

Christopher S. Sontchi
United States Bankruptcy Judge

Date: August 15, 2016