# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Energy Future Holdings Corp., et al. | : | Case No.: 14-10979 (CSS) |
| | : | Jointly Administered |
| | : | |
| Debtors. | : | Re: Docket No.: 9221 |
| | : | |

## ORDER

Upon consideration of the Debtors' Motion in Limine to Exclude the Testimony of Jack F. Williams [D.I. 9221] filed on August 8, 2016 (the "Motion"); the Court having reviewed the Motion and the responses and objections thereto; and the Court finding that (1) the Court has jurisdiction over these matters, pursuant to 28 U.S.C. § 1334; (2) this is a core proceeding, pursuant to 28 U.S.C. § 157(b); (3) this Court has the judicial power to enter a final order; and (4) notice of the Motion was adequate under the circumstances;

IT IS HEREBY ORDERED THAT, the Motion is granted, in part, and denied, in part. The Motion is granted to the extent it seeks to prevent Mr. Williams from offering opinions on the "value and use of NOL's" and "regarding EFH Properties." The balance of the relief sought in the Motion is denied.

Christopher S. Sontchi
United States Bankruptcy Judge

Date: August 15, 2016