IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: D.I. 9011** |
| | ) |

ORDER GRANTING DEBTORS' MOTION
FOR ENTRY OF AN ORDER (I) SCHEDULING HEARING
DATES AND CERTAIN DEADLINES AND ESTABLISHING CERTAIN
PROCEDURES IN CONNECTION WITH ADJUDICATING CONTESTED
OBJECTIONS TO PRO SE CLAIMS AND (II) APPROVING NOTICE THEREOF

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), for entry of an order (this "Order"), scheduling certain dates and deadlines and establishing certain procedures in connection with the adjudication of the Contested Pro Se Claims, and (b) approving the forms of Notice of the Pro Se Claims Hearing; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of these cases and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors,

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

RLF1 15005818v.1

and other parties in interest; and the Court having found that the Debtors provided appropriate notice of the Motion and the opportunity for a hearing on the Motion (the "Hearing") under the circumstances; and the Court having reviewed the Motion and having heard the statements in support of the relief requested therein at the Hearing, if any; and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The following Procedures are hereby approved:

   a. **Friday, August 19, 2016**, shall be the date by which the Debtors shall serve a customized notice of the Pro Se Claims Hearings and these Procedures, substantially in the form attached as **Exhibit 1** or **Exhibit 2** to **Exhibit A** (the "Notice"), as applicable, upon the Pro Se Claimants. The Notice shall include a customized questionnaire, substantially in the form attached as **Exhibit 3** to **Exhibit A** (the "Questionnaire") requesting information regarding the Pro Se Claimants' participation in the Pro Se Claims Hearings, including their preferred date.

   b. **Monday, September 19, 2016**, shall be the date by which Pro Se Claimants must file with the Court a formal response to the Objection (each, a "Formal Response") if they have not already done so (the "Claimant Response Deadline"). If no Formal Response regarding a Contested Pro Se Claim is received by the Claimant Response Deadline, the relevant Pro Se Claimant will be deemed to consent to the relief requested in the applicable Objection and, upon order of the Court, the Contested Pro Se Claim will be disallowed and expunged (or modified, if applicable) from the Claims Register.

   c. **Monday, September 19, 2016**, shall be the date by which Pro Se Claimants must return the Questionnaire to the Debtors (the "Questionnaire Deadline"). Any Pro Se Claimant who does not submit a Questionnaire by the Questionnaire Deadline will not be allowed to participate in the Pro Se Claims Hearings absent further order of the Court.

   d. **Friday, October 21, 2016**, shall be the date by which the Debtors must file their omnibus reply to all Formal Responses to the Objections that were filed on or before the Claimant Response Deadline (the "Debtors'

Reply"). The Debtors will serve a copy of the Debtors' Reply on each Pro Se Claimant who timely filed a Formal Response.

  e. **November 8, 2016 at 10:00 a.m. (ET)** shall be the date of the first Pro Se Claims Hearing. Oral argument shall be limited to ten minutes per Proof of Claim, except as otherwise ordered by the Court, allocation of time between the parties to be determined.

  f. **December 13, 2016 at 10:00 a.m. (ET)** shall be the date of the second Pro Se Claims Hearing. Oral argument shall be limited to ten minutes per Proof of Claim, except as otherwise ordered by the Court, allocation of time between the parties to be determined.

3. The forms of Notice, attached hereto as **Exhibit 1** and **Exhibit 2**, are hereby approved.

4. The form of Questionnaire, attached hereto as **Exhibit 3**, is hereby approved.

5. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

6. This Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to this Order.

Dated: August 15, 2016
Wilmington, Delaware

THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE