## Exhibit 2 to Exhibit A

**Form of Notice to Claimants Who Have Filed Formal Responses**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
|  | ) |
| Debtors. | ) (Jointly Administered) |

**NOTICE OF (I) HEARINGS ON CONTESTED OBJECTIONS TO PRO SE CLAIMS AND RELATED DEADLINES AND (II) PROCEDURES IN CONNECTION THEREWITH**

TO: [NAME]
[STREET ADDRESS]
[CITY], [STATE] [ZIP]
[COUNTRY]

Claim(s) to be Disallowed:

<u>Claim Number(s)</u>
[####]

<u>Claim Amount(s)</u>
[####]

Response(s) Filed:

<u>Docket Number(s)</u>
[####]

**HEARING DATE:** [____] at 10:00 a.m. ET
([First/Second] Pro Se Claims Hearing)

You are receiving this Notice because the Debtors' records reflect that you have filed a claim to which an Objection is currently pending. Please read this Notice carefully.

On [●], 2016, the Court entered the *Order (I) Scheduling A Hearing Date and Certain Deadlines and Establishing Certain Procedures in Connection with Adjudicating Contested Objections to Pro Se Claims and (II) Approving Notice Thereof* (the "<u>Order</u>"),[2] establishing certain deadlines and protocols in connection with the adjudication of your claim:

| **Deadline** | **Date** |
|---|---|
| Deadline to Submit Questionnaire | September 19, 2016 |
| Debtors' Reply Deadline | October 21, 2016 |
| First Pro Se Claims Hearing | November 8, 2016 |
| Second Pro Se Claims Hearing | December 13, 2016 |

**Because you have already filed a formal response to the Objection, you are <u>not</u> required to file an additional response.**

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Order, of copy of which is included with this Notice.

RLF1 15005818v.1

**PARTICIPATION IN THE HEARING:**

If you intend to participate in the hearing concerning your claim, you <u>must</u> fill out and return the Questionnaire included with this Notice by **September 19, 2016.** You have been assigned to one of two hearing dates. Your hearing date is noted in the chart at the beginning of this Notice. If you wish to be reassigned to the other hearing date, please check the box in question 1 of the Questionnaire. **Completed Questionnaires should be returned, in the postage pre-paid envelope provided, to Kirkland & Ellis LLP, Attn: Rebecca Chaikin, 601 Lexington Avenue, New York, New York, 10022.**

> **IF THE QUESTIONNAIRE IS NOT RECEIVED BY THE DEADLINE,
> YOU WILL NOT BE ALLOWED TO PARTICIPATE IN THE HEARING
> ABSENT FURTHER ORDER OF THE COURT.**

The Pro Se Claims Hearing will be held before the Honorable Christopher S. Sontchi in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801.

If you wish to participate by <u>telephone</u>, you may do so for a <u>fee</u> by calling CourtCall **at least three days <u>before</u>** the hearing to schedule a **<u>speaking</u>** appearance. CourtCall can be reached at (866) 582-6878 or (310) 743-1886. Remember to keep the instructions provided by CourtCall regarding how to participate in the hearing. It is the participant's responsibility to dial into the hearing at least ten minutes prior to the scheduled hearing by dialing (888) 603-6867; provide to the operator your name and that you are appearing as a "Pro Se Claimant" in front of Judge Sontchi of the Bankruptcy Court for the District of Delaware in the matter of Energy Future Holdings Corp., case number 14-10979.

*The hearing with respect to each claim shall be limited to a maximum of ten (10) minutes, except as otherwise ordered by the Court.*

If you have questions about this Notice, the Questionnaire, or the Order, please leave a message at (844) 415-6962 (including your phone number and that your call is concerning the "EFH Pro Se Claims Hearing") or send your contact information to efhcorrespondence@kirkland.com (and write "EFH Pro Se Claims Hearing" in the subject line), both free of charge.

*[Remainder of page intentionally left blank.]*

Dated: _____, 2016
Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:    (302) 651-7701
Email:          collins@rlf.com
                    defranceschi@rlf.com
                    madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900
Email:          edward.sassower@kirkland.com
                    stephen.hessler@kirkland.com
                    brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:    (312) 862-2200
Email:          james.sprayregen@kirkland.com
                    marc.kieselstein@kirkland.com
                    chad.husnick@kirkland.com
                    steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*