**Exhibit 3 to Exhibit A**

**Questionnaire**

RLF1 15005818v.1

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

---

### QUESTIONNAIRE

| | | | |
|---|---|---|---|
| TO: | [NAME] [STREET ADDRESS] [CITY], [STATE] [ZIP] [COUNTRY] | **Claim(s) to be Disallowed:** | **Claim Number(s)** [####]    **Claim Amount(s)** [####] |
| | | **Response(s) Filed:** | **Docket Number(s)** [None/ ####] |
| | | **ASSIGNED HEARING:** | [____] at 10:00 a.m. ET ([First/Second] Pro Se Claims Hearing) |
| | | **ALTERNATIVE HEARING:** | [____] at 10:00 a.m. ET ([First/Second] Pro Se Claims Hearing) |

---

**IF THIS QUESTIONNAIRE IS NOT RECEIVED BY SEPTEMBER 19, 2016, YOU WILL NOT BE ALLOWED TO PARTICIPATE IN THE HEARING CONCERNING YOUR CLAIM ABSENT FURTHER ORDER OF THE COURT.**

---

If you no longer wish to oppose the Objection to your claim, which will result in your claim being disallowed and expunged from the Claims Register, there is no need to complete this Questionnaire.

1. The hearing on your claim will go forward at the date and time noted above as the "**Assigned Hearing**." Please check the following box if you would prefer to participate in the hearing at the date and time noted as the "Alternative Hearing":

   ☐ I would like to be reassigned to the **Alternative Hearing Date**.

2. I will participate in the hearing:

   ☐ **In person.** The hearing will take place before the Honorable Christopher S. Sontchi in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801.

   ☐ **By telephone.** I will follow the instructions on the Notice to set up a telephonic appearance with CourtCall.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.