## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: D.I. 9217, 9272, 9276** |

### CERTIFICATION OF COUNSEL CONCERNING
### THIRD REVISED JOINT STIPULATED FINAL PRE-TRIAL ORDER

On May 24, 2016, the United States Bankruptcy Court for the District of Delaware (the

"Court") entered the *Order Scheduling Certain Hearing Dates and Deadlines and Establishing*

*Certain Dates and Deadlines and Establishing Certain Protocols in Connection with the*

*Confirmation of Debtors' Joint Plan of Reorganization and the Approval of Debtors' Disclosure*

*Statement* [D.I. 8514] (as supplemented by D.I. 8883 and 8972, the "Scheduling Order").[2]

Pursuant to the Scheduling Order, the Court scheduled certain dates and deadlines and

established certain protocols in connection with the proposed confirmation of the *Third Amended*

*Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of*

*the Bankruptcy Code* [D.I. 9199] (as may be further amended, modified, or supplemented, the

"Plan") as it relates to the TCEH Debtors and EFH Shared Services Debtors (as such terms are

defined in the Plan).

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used, but not otherwise defined, herein shall have the same meanings ascribed to them in the Scheduling Order.

Consistent with the terms of the Scheduling Order, on August 8, 2016, the Debtors filed a *Joint Stipulated Final Pre-Trial Order* [D.I. 9217-1] (the "Draft Pre-Trial Order"). The Debtors filed a revised (D.I. 9272-1) and second revised (D.I. 9276-1) form of the Draft Pre-Trial Order on August 12, 2016 and August 15, 2016, respectively.

Pursuant to the Scheduling Order, on August 15, 2016 starting at 12:30 p.m. (Eastern Daylight Time) (the "August 15th Hearing"), the Court held the final pretrial conference in connection with the Plan as it relates to the TCEH Debtors and EFH Shared Services Debtors (as such terms are defined in the Plan). At the August 15th Hearing, the Court, among other things, heard the statements of counsel to the Debtors and counsel to American Stock Transfer & Trust Company LLC (the "EFH Indenture Trustee") with respect to the form of the Draft Pre-Trial Order.

Based on the record of the August 15th Hearing, the Debtors have prepared a revised form of Draft Pre-Trial Order (the "Revised Order") which they believe is consistent with the record of the August 15th Hearing. A copy of the Revised Order is attached hereto as **Exhibit A**. A redline, comparing the Revised Order against the form of Draft Pre-Trial Order filed with the Court on the morning of August 15, 2016 (D.I. 9276) is attached hereto as **Exhibit B**. The Debtors circulated a copy of the Revised Order to the Participating Parties and do not believe that any of the Participating Parties object to its entry.[3]

The Debtors therefore respectfully request that the Court enter the Revised Order, substantially in the form attached hereto as **Exhibit A**, at its earliest convenience.

---

[3] Moreover, counsel to the EFH Indenture Trustee has affirmatively consented to the entry of the Revised Order.

2

Dated: August 15, 2016
    Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Andrew McGaan (admitted *pro hac vice*)
Brenton A. Rogers (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Co-Counsel to the Debtors and Debtors in Possession*