**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re )<br>)<br>ENERGY FUTURE HOLDINGS CORP., )<br>*et al.*,[1] )<br>)<br>*Debtors*. ) | Chapter 11<br>Bankruptcy Case No. 14-10979 (CSS)<br>(Jointly Administered) |

**DECLARATION OF MICHAEL P. ESSER, ESQ. IN SUPPORT OF THE DEBTORS' MEMORANDUM OF LAW IN SUPPORT OF CONFIRMATION OF THE THIRD AMENDED JOINT PLAN OF REORGANIZATION OF ENERGY FUTURE HOLDINGS CORP., ET. AL., PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE AS IT APPLIES TO THE TCEH DEBTORS AND EFH SHARED SERVICES DEBTORS**

MICHAEL P. ESSER, declares as follows:

1. I am an attorney admitted to practice in the State of California and the United States District Court for the Northern District of California. I am admitted *pro hac vice* to the United States Bankruptcy Court for the District of Delaware.

2. I submit this declaration in support of the Debtors' Memorandum of Law in Support of Confirmation of the Third Amended Joint Plan of Reorganization as it Applies to the TCEH Debtors and EFH Shared Services Debtors filed contemporaneously herewith.[2]

3. Attached hereto as Exhibit 1 is an excerpt from a copy of the transcript of the August 2, 2016 deposition of Paul Keglevic.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] All capitalized terms used but not defined herein are given the meanings ascribed to them in the Memorandum of Law in Support of Confirmation of Joint Plan of Reorganization.

4.     Attached hereto as Exhibit 2 is a true and correct copy of the March 24, 2016 PUCT Order, labeled DX344 [D.I. 8076-1].

5.     Attached hereto as Exhibit 3 is an excerpt from a copy of the transcript of the July 7, 2016 deposition of Carla Howard.

6.     Attached hereto as Exhibit 4 is an excerpt from a copy of the transcript of the June 27, 2016 deposition of Paul Keglevic.

7.     Attached hereto as Exhibit 5 is an excerpt from a copy of the transcript of the August 4, 2016 deposition of Billie Williamson.

8.     Attached hereto as Exhibit 6 is a true and correct copy of the July 27, 2016 Joint Board Materials, labeled DX048 [EFH06365761].

9.     Attached hereto as Exhibit 7 is a true and correct copy of the July 5, 2016 NOL at Emergence 7-5-16 Summary Excel, labeled DX713 [EFH06374960].

10.    Attached hereto as Exhibit 8 is an excerpt from a copy of the transcript of the July 29, 2016 deposition of David Ying.

11.    Attached hereto as Exhibit 9 is a true and correct copy of the October 29, 2014 Joint Boards Restructuring Update Presentation, labeled DX321 [EFH06125893].

12.    Attached hereto as Exhibit 10 is a true and correct copy of the April 24, 2014 Presentation to the Joint Boards, labeled DX329 [EFH2D00067163].

13.    Attached hereto as Exhibit 11 is a true and correct copy of the November 21, 2014 Joint Board Materials, labeled DX303 [EFH06002419].

14.    Attached hereto as Exhibit 12 is an excerpt from a copy of the transcript of the August 4, 2016 deposition of Hugh Sawyer.

RLF1 15026248v.1

15. Attached hereto as <u>Exhibit 13</u> is a true and correct copy of the July 22, 2016 Joint Boards Restructuring, Tax, and M&A Update Presentation, labeled DX057 [EFH06365720].

16. Attached hereto as <u>Exhibit 14</u> is an excerpt from a copy of the transcript of the August 1, 2016 deposition of Kristopher Moldovan.

17. Attached hereto as <u>Exhibit 15</u> is a true and correct copy of the April 30, 2016 EFH Properties Balance Sheet, labeled DX356 [EFH06360659].

18. Attached hereto as <u>Exhibit 16</u> is a true and correct copy of the April 1, 2014 Amended and Restated Shared Services Agreement between EFH Corporate Services Co. and TCEH, labeled DX651 [EFH04269629].

19. Attached hereto as <u>Exhibit 17</u> is a true and correct copy of the April 1, 2014 Amended and Restated Shared Services Agreement between EFH Corporate Services Co. and EFIH, labeled DX661 [EFH04801624].

20. Attached hereto as <u>Exhibit 18</u> is a true and correct copy of the July 25, 2016 Rebuttal Report of John Stuart.

21. Attached hereto as <u>Exhibit 19</u> is a true and correct copy of the 2016 6+6 projection allocation 072216 Excel, labeled DX368 [EFH06365711].

22. Attached hereto as <u>Exhibit 20</u> is a true and correct copy of the May 2015 Severance Calculator for Business Services Excel, labeled DX471 [EFH06009585].

23. Attached hereto as <u>Exhibit 21</u> is a true and correct copy of the July 27, 2016 Minutes of the Joint Meeting, labeled DX049 [EFH06365754].

24. Attached hereto as <u>Exhibit 22</u> is a true and correct copy of the July 22, 2016 Minutes of the Joint Meeting, labeled DX058 [EFH06365751].

RLF1 15026248v.1

25. Attached hereto as <u>Exhibit 23</u> is a true and correct copy of the August 9, 2015 Approval of Amended Plan and Merger Documents Transaction Presentation, labeled DX134 [EFH06002898].

26. Attached hereto as <u>Exhibit 24</u> is an excerpt from a copy of the transcript of the June 16, 2016 EFH Hearing before Judge Sontchi.

Pursuant to 28 U.S.C. § 1746, I hereby declare that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 15th day of August, 2016.

                                                    */s/ Michael P. Esser*
                                                Michael P. Esser (*pro hac vice*)