# **EXHIBIT 8**

Page 1

```
 1
 2           UNITED STATES BANKRUPTCY COURT
 3            FOR THE DISTRICT OF DELAWARE
 4    ---------------------------------------x
 5    In Re:
 6    Energy Future Holdings Corporation,
 7    et al.,
 8                                  Debtors.
 9
10    Chapter 11
11    Case No. 14-10979
12    Jointly Administered
13    ---------------------------------------x
14
15
16             DEPOSITION OF DAVID YING
17                New York, New York
18                  July 29, 2016
19
20
21
22    Reported by:
23    MARY F. BOWMAN, RPR, CRR
24    JOB NO. 110589
25
```

1                    Ying

2      A.    I don't recall the code number,
3 no.
4      Q.    Could you explain for me your
5 understanding of the transaction that would
6 include the busted 351?
7      A.    My understanding of the
8 transaction is that the entity called TCEH
9 will be separated from EFH, the ultimate
10 parent, in a tax-free fashion.
11     Q.    Are you capable of explaining it
12 in more detail?
13     A.    No.
14     Q.    Why is the step-up a value to
15 TCEH, reorganized TCEH?  I should back up.
16           Is the step-up a value to
17 reorganized TCEH?
18     A.    Yes.  That's what page 2 says.
19     Q.    How valuable is it to reorganized
20 TCEH?
21     A.    We give you a range of valuation,
22 as you can see on the page.
23     Q.    And that range is what?
24     A.    Well, the midpoint is
25 1,122,000,000 dollars; the low end of the

1                    Ying
2    range, the 1,088,000,000 dollars, and the
3    high end of the range, the 1,157,000,000
4    dollars.
5        Q.   Do you have an opinion as to
6    where it's more likely to end up in that
7    range?
8        A.   We have set the midpoint of the
9    range as 1,088,000,000 dollars.
10       Q.   Why does identifying a midpoint
11   relate to probabilities of where it's
12   likely to end up?
13       A.   Because a midpoint is, in fact,
14   the mean of a probability distribution.
15       Q.   Does a document describing that
16   probability distribution exist?
17       A.   No.  We merely give you ranges
18   and a midpoint.  We don't give you the kind
19   of probability distribution curve that
20   might be associated with that.
21       Q.   I realize that the report does
22   not include a probability distribution, but
23   did you ever see one, or anyone preparing
24   the report for you ever see one?
25       A.   We only calculate midpoints and