# **EXHIBIT 12**

Page 1

```
 1
 2            UNITED STATES BANKRUPTCY COURT
 3            FOR THE DISTRICT OF DELAWARE
 4    --------------------------------------x
 5    In Re:
 6    Energy Future Holdings Corporation,
 7    et al.,
 8                              Debtors.
 9
10    Chapter 11
11    Case No. 14-10979
12    Jointly Administered
13    --------------------------------------x
14
15
16              DEPOSITION OF HUGH SAWYER
17                  New York, New York
18                    August 4, 2016
19
20
21
22    Reported by:
23    BONNIE PRUSZYNSKI, RMR,
24    JOB NO.  110918
25
```

1            H. Sawyer

2   negotiating regarding use of NOLs without

3   TCEH providing any specific dollar

4   consideration for that use?

5            MR. ALLRED:  Object to the form.

6            MR. McKANE:  Join.

7            MR. FIRESTEIN:  Join.

8       A.   First let me resist the

9   characterization that TCEH is not providing

10  any dollar value.  I would proffer that there

11  is considerable consideration.

12      Q.   Is TCEH providing a specific dollar

13  amount of value for use of the NOLs?

14      A.   TCEH -- I'm sorry.

15           MR. ALLRED:  Object to the form.

16      A.   It's a global transaction.  The

17  NOLs are necessary and have been demanded by

18  the firsts in order to effectuate the

19  tax-free spin and avoid a massive

20  multibillion tax, stranded tax on the E-side.

21  So, while they may not, to use your phrase,

22  have provided specific consideration for the

23  NOLs, there is lots of consideration moving

24  around in this deal.

25      Q.   So, you agree that TCEH did not

1                    H. Sawyer
2       A.    As I think I have already stated,
3   the consideration is the utilization of the
4   NOLs to effectuate a tax-free spin on the
5   T-side, which is part of the overall
6   value-maximizing global transaction for both
7   E and T, avoiding a stranded tax, which would
8   be catastrophic for the E-side.
9       Q.    Okay.  So, I'm going to direct you
10  to the board package.  If you turn to page 23
11  of the July 22, 2016 board package.  It's
12  Keglevic 22.
13      A.    I'm sorry, page 23?
14      Q.    That's right.
15      A.    Okay.
16      Q.    The last bullet here says, "The
17  TCEH first lien lenders have indicated that
18  they are not currently willing to take the
19  equity at EFH Properties if, as part of such
20  transfer, reorganized TCEH is required to
21  assume the $158 million owed by EFH
22  Properties to EFH Corp."
23            What's your understanding of the
24  negotiations on this point?
25      A.    As I have, I think I have already

Page 78

1            H. Sawyer

2  transaction?

3     A.    Well, not to my knowledge.  And

4  95 percent of those NOLs were produced by the

5  T-side.

6     Q.    Okay.  To your knowledge, has

7  anyone at any time stated that a specific

8  amount of NOLs were promised to be allocated

9  to offset the gain from the busted 351?

10           MR. ALLRED:  Object to the form.

11     A.    Could you restate that question?

12     Q.    Sure.

13           So, for example, did anyone promise

14  that $5.8 million of EFH's NOLs can be used

15  by TCEH?

16           MR. ALLRED:  Object to the form.

17     A.    Well --

18     Q.    Billion, excuse me.

19     A.    That's okay.

20           MR. WALPER:  Trick question.

21     A.    I'm a little -- I'm a little

22  uncomfortable with the characterization that

23  they're EFH's NOLs.

24     Q.    Okay.

25     A.    Since TCEH generated the 7 billion