# **EXHIBIT 14**

Page 1

1

2       UNITED STATES BANKRUPTCY COURT

3         FOR THE DISTRICT OF DELAWARE

4  --------------------------------------x

5  In Re:

6  Energy Future Holdings Corporation,

7  et al.,

8                              Debtors.

9

10 Chapter 11

11 Case No. 14-10979

12 Jointly Administered

13 --------------------------------------x

14

15

16      DEPOSITION OF KRISTOPHER MOLDOVAN

17              New York, New York

18                 August 1, 2016

19

20

21

22

23 Reported by:

24 BONNIE PRUSZYNSKI, RMR,

25 JOB NO. 110916

1                       K. Moldovan

2        A.    I'm sorry, could you repeat that?

3        Q.    Sure.

4              Who would be -- who at Corporate

5    Services or EFH Properties would be

6    responsible for discussions with the FDIC

7    concerning whether or not the FDIC sublease

8    would be renewed?

9              MR. MCKANE:  Objection to form,

10       overly broad.

11             Go ahead.

12       A.    The initial contact would be our

13   head of facilities, Bob Keith, who I believe

14   works for EFH Corporate Services.

15       Q.    Who does he report to?

16       A.    He reports to Kevin Chase.

17       Q.    Can you tell me what you know about

18   the likelihood that the FDIC will renew its

19   lease or sublease or enter into a modified

20   sublease?

21       A.    It's my understanding that they

22   have communicated to us, to Mr. Keith and/or

23   the facilities group, that they are

24   interested in exploring modifying the

25   sublease to reduce the number of floors from

1                        K. Moldovan
2    the 21 or so that they have now, and to my
3    knowledge, that is the extent of the
4    conversations.
5         Q.    Will they be increasing the number
6    of floors?
7         A.    No.  The expectation -- I'm sorry.
8    The expectation is that they would be
9    reducing -- their indication is that they
10   would be reducing the number of floors from
11   21 or 22 to the 13 or 14.
12        Q.    Okay.  And have there been any
13   discussions that you are aware of with regard
14   to the rental rate that they would be willing
15   to pay for the 13 or 14 floors?
16        A.    There have been no discussions
17   regarding the rental rate.
18        Q.    And does EFH Properties employ a
19   real estate broker to assist with subleasing?
20        A.    EFH Properties does, yes.
21        Q.    And who is the broker?
22        A.    Jones Lang LaSalle.
23        Q.    Who at Jones Lang?
24        A.    I can't think of the names off the
25   top of my head.