# **EXHIBIT 15**

### EFH Properties Assets @ 4/30/16

*Dollars in Millions*

**EFH Properties Company**

**ASSETS**

| | | |
|---|---:|---|
| **Current assets** | | |
| Cash and cash equivalents | 18.16 | Account set up for general purposes and managed by EFH Treasury |
| Trade accounts receivable - net | (0.77) | |
| Accounts receivable - affiliates | 0.89 | |
| 1652100 Insurance | 0.03 | Prepaid insurance premiums (property, aircraft, crime, excess liability, fiduciary liability and workers compensation) |
| 1659000 Other Prepayments | 6.92 | Prepayment (LOC) related to the Energy Plaza lease - Current Portion |
| 1740000 Misc Current & Accrued Assets | 0.19 | |
| 1740008 Current Sublease Costs | 0.68 | Sublease costs (current portion) related to the FDIC sublease of EP space |
| Other current assets | 7.83 | |
| Total current assets | 26.11 | |
| | | |
| Investments | (28.85) | Investment in affiliates |
| 1010700 IS-Gen Plant-Fee Land | 1.59 | Energy Plaza land |
| 1010798 IS-General Plant | 67.43 | Value of Energy Plaza lease |
| 1081798 APFD-General Plant | (40.04) | Depreciation of Energy Plaza lease |
| General Plant - Net | 28.98 | |
| | | |
| 1010795 IS-Gen Plnt-Leasehold Improv | 50.92 | Energy Plaza leasehold improvements - Gross |
| 1111795 Amort Leasehold Imprvmnts | (27.49) | Accumulated depreciation on EP leasehold improvements |
| Leasehold Improvements - Net | 23.43 | |
| | | |
| 1070000 Construction Work In Progress | 102.52 | |
| 1079000 Construction-Credit to Plant | (102.17) | |
| Construction work in progress | 0.35 | Work-in-process |
| Property, plant and equipment - net | 52.76 | |
| | | |
| Notes or other receivables due from affiliates | 0.82 | |
| Accumulated deferred income taxes | 112.77 | |
| 1860008 Deferred Sublease Costs | 0.39 | Sublease costs (long-term portion) related to the FDIC sublease of Energy Plaza space |
| 1861747 Long-Term Prepayment | 39.62 | Prepayment (LOC) related to the Energy Plaza lease - Long-term Portion |
| 1868000 Other Misc Deferred Debits | 0.23 | Rent holiday for FDIC sublease of Energy Plaza space over the lease term |
| Other noncurrent assets | 40.24 | |
| Total assets | 203.85 | |

Highly Confidential

EFH06360659

## EFH Properties Liabilities @ 4/30/16

*Dollars in Millions*                                              **EFH Properties Company**

### LIABILITIES
Current liabilities
| | | |
|---|---:|---|
| Long-term debt due currently | 4.74 | Energy Plaza lease - Current Portion |
| Trade accounts payable | 0.70 | Outstanding vouchers, checks & EDI payments; Payables: annual fee for radio lease |
| Accounts payable - affiliates | 0.03 | |
| Notes or other liabilities due to affiliates | 158.55 | Note due to EFH Corp related to LOC draw on Energy Plaza lease |
| Accrued taxes | (0.31) | |
| Accrued interest | 0.47 | Accrued interest on Energy Plaza lease |
| Other current liabilities | 0.06 | Property and state tax accruals, security deposits and expense accruals |
| Total current liabilities | 164.25 | |
| | | |
| Accumulated deferred income taxes | (22.89) | |
| Long-term debt, less amounts due currently | 33.82 | Energy Plaza lease (Long-term Portion) and unamortized premium |
| Liabilities subject to compromise | 74.30 | $74.1 million related to prepetition money pool advances (Classified as LSTC for GL purposes by EFH Properties. Not currently a Debtor) |
| Other noncurrent liabilities and deferred credits | 0.39 | FDIC expenses, Everest License (radio lease) and security deposits |
| Total liabilities | 249.87 | |

Highly Confidential                                              EFH06360660