# **EXHIBIT 18**

**F**ILED **U**NDER **T**EMPORARY **S**EAL -

**Subject to Energy Future Holdings Protective Order**