# **EXHIBIT 22**

**FILED UNDER TEMPORARY SEAL -**

**Subject to Energy Future Holdings Protective Order**