# **EXHIBIT 24**

**Page 1**

1  UNITED STATES BANKRUPTCY COURT
2  DISTRICT OF DELAWARE
3
4
5  In re:                           :
                                    :   Chapter 11
6  ENERGY FUTURE HOLDINGS           :
   CORP., et al.,                   :   Case No. 14-10979(CSS)
7                                   :
           Debtors.                 :   (Jointly Administered)
8  _____  :
9
10
11
12                              United States Bankruptcy Court
13                              824 North Market Street
14                              Wilmington, Delaware
15
16
17                              June 16, 2016
18                              10:06 AM
19
20  B E F O R E :
21  HON CHRISTOPHER S. SONTCHI
22  U.S. BANKRUPTCY JUDGE
23
24
25  ECR OPERATOR:  LESLIE MURIN

1            Again, this language was previewed with most of

2    the constituents last night, and we filed it I believe this

3    morning on the docket.

4            I think that is the only other substantive changes

5    beyond adding EFH Corporate Services.

6            So unless Your Honor has any objection we'd be

7    happy to put this on file after the hearing through the

8    certification of counsel.

9            THE COURT:  All right.  Mr. Pedone?

10           You know, and I apologize before you speak.  I did

11   not address your argument with regard to the fact that we're

12   going forward with one plan with two different confirmation

13   orders and two different disclosure statements.

14           I'm not troubled by that.  I think as discussed

15   there is precedent.  At the end of the day the confirmation

16   order is really going to control and going to control

17   specifically, you know, what debtors are being confirmed,

18   what debtors aren't going to be confirmed.

19           Obviously the plan will have to reflect what

20   effects might happen with regard to non-confirmed debtors,

21   but we have to plans all the time that bind third parties,

22   and in this case those third parties might be non-confirmed

23   debtors.

24           So I'm not bothered by how the debtors have chosen

25   to proceed in the exercise of their business judgment.  I

1  may have chosen how to do it differently.  I was under --
2  like you I frankly thought we would have two plans, but the
3  debtors have chosen in the exercise of their business
4  judgment to go forward with one plan, and I don't think it
5  creates a significant enough problem to hold up the
6  disclosure statement and going -- and make the plan
7  unconfirmable so that we can't go forward with the
8  disclosure statement and solicitation.
9            So just so the record is clear I wanted to address
10 that point and I'll overrule that objection.  And now, I
11 will let you be heard.
12           MR. PEDONE:  I'm feeling completely overruled,
13 Your Honor.
14           I do have one ask on a procedural issue and in
15 particular in light of your comments there.
16           We have a situation where the plan is about to
17 become a deemed motion of the E side creditors concerning
18 agreements that aren't yet filed and we're going to receive
19 them 14 days ahead.  I'd ask that the 14-day deadline be
20 moved up to 3 weeks ahead of time, and that there be an
21 actual motion put on the docket, because I don't believe
22 that confirmation of the plan for the T side debtors will
23 actually be something that can give you authority to approve
24 agreements of the E side debtors.
25           We need a motion where those debt authors that are

```
 1              MR. PEDONE:  Your Honor, Mr. Husnick exactly gets
 2   to the point that the confirmation order of the T side plan
 3   will not be an order.  If it's a confirmation order of a T
 4   side plan it will not be an order binding the E side --
 5              THE COURT:  That's not true.
 6              MR. PEDONE:  -- unless we have a motion.
 7              THE COURT:  That's not true.
 8              MR. PEDONE:  Okay, Your Honor.
 9              THE COURT:  We bind people all the time.  We bind
10   people all the time to provisions in a plan and provisions
11   in a confirmation order that where they don't -- and there's
12   no reason as a formal matter you need to have a motion by a
13   non-debtor -- or excuse me -- by a co-debtor that's not
14   being part of the confirmed plan that binds that debtor.
15              MR. PEDONE:  Your Honor, I respectfully disagree,
16   because we -- the E side --
17              THE COURT:  Well then you have a --
18              MR. PEDONE:  -- debtors did not sign the
19   disclosure statement.
20              THE COURT:  Then you have an issue for appeal --
21              MR. PEDONE:  Thank you.
22              THE COURT:  -- of the confirmation order and you
23   can take it up with the district court.
24              MR. PEDONE:  Thank you.
25              MR. HUSNICK:  Thank you, Your Honor.
```