**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors.[1] | ) ) | (Jointly Administered) |
|  | ) ) ) | **Re: D.I. 8514, 8689, 9100, 9190** |

**NOTICE OF FILING OF REVISED "FORM OF TAX MATTERS AGREEMENT
BY AND AMONG ENERGY FUTURE HOLDINGS CORP., ENERGY
FUTURE INTERMEDIATE HOLDING COMPANY LLC,
EFIH FINANCE INC. AND [REORGANIZED TCEH]"**

PLEASE TAKE NOTICE that, on May 24, 2016, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered the *Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection With the Confirmation of Debtors' Joint Plan of Reorganization and the Approval of Debtors' Disclosure Statement* [D.I. 8514] (the "Scheduling Order").

PLEASE TAKE FURTHER NOTICE that, pursuant to the Scheduling Order, among other things, the Bankruptcy Court scheduled certain dates and deadlines and established certain protocols in connection with the confirmation of the chapter 11 plan(s) of reorganization of the above-captioned debtors and debtors in possession (collectively, the "Debtors") and approval of the Debtors' related disclosure statement(s).

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 15026258v.1

PLEASE TAKE FURTHER NOTICE that, today, consistent with the Scheduling Order and the record of the hearing held before the Bankruptcy Court on August 15, 2016, the Debtors have filed that certain revised *Form of Tax Matters Agreement By and Among Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, EFIH Finance Inc. and [Reorganized TCEH]* (the "Tax Matters Agreement"). A copy of the revised Tax Matters Agreement is attached hereto as **Exhibit A**. A redline of the revised form of Tax Matters Agreement compared against the form of Tax Matters Agreement filed as an exhibit to the *Motion of the EFH/EFIH Debtors for Order (A) Authorizing Entry Into Merger Agreement, (B) Approving Termination Fee, and (C) Authorizing Entry Into and Performance Under Plan Support Agreement*, dated August 3, 2016 [D.I. 9190] is attached hereto as **Exhibit B**.

PLEASE TAKE FURTHER NOTICE that a hearing to consider confirmation of the *Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 9199] (as may be further amended, modified, or supplemented, the "Plan") as it relates to the TCEH Debtors and EFH Shared Services Debtors (as such terms are defined in the Plan) is scheduled to commence before The Honorable Christopher S. Sontchi at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on **August 17, 2016 starting at 10:00 a.m. (Eastern Daylight Time)**.

[*Remainder of page intentionally left blank.*]

| | |
|---|---|
| Dated:  August 16, 2016<br>         Wilmington, Delaware | */s/ Jason M. Madron*<br>**RICHARDS, LAYTON & FINGER, P.A.**<br>Mark D. Collins (No. 2981)<br>Daniel J. DeFranceschi (No. 2732)<br>Jason M. Madron (No. 4431)<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone:    (302) 651-7700<br>Facsimile:     (302) 651-7701<br>Email:           collins@rlf.com<br>                      defranceschi@rlf.com<br>                      madron@rlf.com<br><br>-and-<br><br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Edward O. Sassower, P.C. (admitted *pro hac vice*)<br>Stephen E. Hessler (admitted *pro hac vice*)<br>Brian E. Schartz (admitted *pro hac vice*)<br>601 Lexington Avenue<br>New York, New York 10022-4611<br>Telephone:    (212) 446-4800<br>Facsimile:     (212) 446-4900<br>Email:           edward.sassower@kirkland.com<br>                      stephen.hessler@kirkland.com<br>                      brian.schartz@kirkland.com<br><br>-and-<br><br>James H.M. Sprayregen, P.C. (admitted *pro hac vice*)<br>Marc Kieselstein, P.C. (admitted *pro hac vice*)<br>Chad J. Husnick (admitted *pro hac vice*)<br>Steven N. Serajeddini (admitted *pro hac vice*)<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone:    (312) 862-2000<br>Facsimile:     (312) 862-2200<br>Email:           james.sprayregen@kirkland.com<br>                      marc.kieselstein@kirkland.com<br>                      chad.husnick@kirkland.com<br>                      steven.serajeddini@kirkland.com<br><br>Co-Counsel to the Debtors and Debtors in Possession |

RLF1 15026258v.1