Case 14-10979 CSS

Re Energy Future Holdings Corp etal

Kok Ja Stewart
2028 Sandy Ln
Irving, Tx 75060

Kenneth Stewart
PO Box 154645
Irving Tx 75015

Improper Notice for voting rights.

1. Mailed  8-8-2016 recieved on
8-13-2016 for todays date. 8-16-2016

2. The voting dead line dates have already passed
when we recieved the documents. Every
voting instructions needs to be
Certified US Mail. Sign

3. As stated before I revoke all powers Attorney
for Kok Ja Stewart And Kenneth Stewart.




FILED
2016 AUG 16  AM 9: 19
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE