# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) ) | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") and the attached certification, the undersigned counsel moves for the admission *pro hac vice* of Barack S. Echols of Kirkland & Ellis LLP, 300 North LaSalle, Chicago, Illinois 60654, to represent the above-captioned debtors and debtors in possession in the above-captioned cases and any and all adversary proceedings commenced therein.

Dated: August 15, 2016
       Wilmington, Delaware

                                                                              */s/ Jason M. Madron*
                                                        Jason M. Madron (Bar No. 4431)
                                                        RICHARDS, LAYTON & FINGER, P.A.
                                                        One Rodney Square
                                                        920 North King Street
                                                        Wilmington, Delaware 19801
                                                        Telephone:   (302) 651-7700
                                                        Facsimile:    (302) 651-7701
                                                        E-mail:        madron@rlf.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: August 16th, 2016**
**Wilmington, Delaware**

                                                **CHRISTOPHER S. SONTCHI**
                                                **UNITED STATES BANKRUPTCY JUDGE**