IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., et al.,<br><br>Debtors. | § Chapter 11<br>§<br>§ Case No. 14-10979 (CSS)<br>§ (Jointly Administered)<br>§<br>§ **Objection Deadline: 9/6/16 at 4:00 p.m.**<br>§ **Hearing Date: 9/26/16 at 10:00 a.m.** |

## NOTICE OF MOTION

TO:   All parties to be served pursuant to Del. Bankr. L.R. 2002

PLEASE TAKE NOTICE that the **Motion of Bluebonnet Electric Cooperative, Inc. for (i) Allowance and Payment of Administrative Expense Claim, or (ii) Alternatively, for Leave to File Late Proof of Claim** ("Motion") was filed on August 16, 2016.

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion will be held on **September 26, 2016 at 10:00 a.m.** at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, Wilmington, DE 19801.

PLEASE TAKE FURTHER NOTICE that you are required to file a response, if any, to the Motion on or before **September 6, 2016 at 4:00 p.m.** with the United States Bankruptcy Court for the District of Delaware.

PLEASE TAKE FURTHER NOTICE that at the same time you file a response to the Motion, you must also serve a copy of the response upon the undersigned counsel.

IF NO RESPONSES ARE FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: August 16, 2016

MANION GAYNOR & MANNING LLP

By: /s/ Marc J. Phillips

Marc J. Phillips (Del. Bar No. 4445)
1007 North Orange Street, 10th Floor,
Wilmington, DE 19801
Telephone: (302) 504-6803
Facsimile: (302) 657-2104
Email: MPhillips@mgmlaw.com

and

DYKEMA COX SMITH

Jeffrey R. Fine (TX Bar No. 07008410)
Alison R. Ashmore (TX Bar No. 24059400)
Aaron M. Kaufman (TX Bar No. 24060067)
1717 Main Street, Suite 4200
Dallas, Texas 75201
Telephone: (214) 462-6400
Facsimile: (214) 462-6401
Email: jfine@dykema.com
       aashmore@dykema.com
       akaufman@dykema.com

and

HOLLAND & KNIGHT LLP

Mark Davis (TX Bar No. 05525050)
1005 Congress Avenue, Suite 950
Austin, TX. 78701
Telephone: (512) 472-1081
Facsimile: (512) 472-7473
Email: Mark.Davis@hklaw.com

*Counsel for Bluebonnet Electric Cooperative, Inc.*