IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> ENERGY FUTURE HOLDINGS CORP., ET AL., <br><br> Debtors. | § Chapter 11 <br> § <br> § Case No. 14-10979 (CSS) <br> § (Jointly Administered) <br> § <br> § **Related to Docket No.** |

**ORDER GRANTING MOTION OF BLUEBONNET ELECTRIC COOPERATIVE, INC. FOR (I) ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM, OR (II) ALTERNATIVELY, FOR LEAVE TO FILE LATE PROOF OF CLAIM**

This matter having come before the Court on *Motion of Bluebonnet Electric Cooperative, Inc. for (i) Allowance and Payment of Administrative Expense Claim, or (ii) Alternatively, for Leave to File Late Proof of Claim* (the "*Motion*") filed by Bluebonnet Electric Cooperative, Inc. ("*Bluebonnet*" or the "*Cooperative*"); and the Court having considered the Motion and any objections and responses thereto; and good cause appearing for the relief sought in the Motion, it is hereby

ORDERED that the Motion is granted; and it is further

ORDERED that Bluebonnet's claim is hereby allowed in the amount of $10,301,500.00 (the "*Allowed Administrative Expense Claim*"), calculated at a rate of $93,650 per month, as an administrative expense claim pursuant to sections 503(b)(1) and 105(a) of Title 11 of the United States Code (the "*Bankruptcy Code*") against the bankruptcy estates of Luminant Mining Company LLC and Luminant Generation Company LLC; and it is further

ORDERED that the Debtors shall pay the Allowed Administrative Expense Claim immediately; and it is further

ORDERED that Bluebonnet is also granted leave to file late proofs of claim against any of the Debtors' estates to assert general unsecured non-priority claims for any additional damages Bluebonnet believes it has incurred, provided that, except for the applicable deadlines which shall be 30 days following the entry of this Order, such filings must otherwise comply with the Bar Date Order, and provided further that nothing in this Order shall be construed as a determination of the allowance or disallowance of any late proofs of claim filed pursuant to this Order; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

Signed and entered this _____ day of _____, 2016.

_____
HONORABLE CHRISTOPHER S. SONTCHI,
UNITED STATES BANKRUPTCY JUDGE