**CERTIFICATE OF SERVICE**

I, Christopher P. Simon, hereby certify that on August 16, 2016, I caused a true and correct copy of the *Pretrial Brief of EFH Indenture Trustee Regarding Standard of Review Applicable to Approval of EFH 363 Transactions and Related Corporate Governance Matters t*o be served upon all participating parties via CM/ECF and electronic mail.

*/s/ Christopher P. Simon*
Christopher P. Simon (No. 3697)