**CERTIFICATE OF SERVICE**

    I, Christopher P. Simon, hereby certify that on August 16, 2016, I caused a true and correct copy of the *Pretrial Brief of EFH Indenture Trustee Regarding Applicable Fraudulent Transfer Law* to be served upon all participating parties via CM/ECF and electronic mail.

    */s/ Christopher P. Simon*
    Christopher P. Simon (No. 3697)