## Exhibit D

## Budget and Staffing Plan

**M E M O R A N D U M**

| | |
|---|---|
| **TO:** | Energy Future Holdings Corp., *et al.* |
| **FROM:** | Thompson & Knight LLP |
| **DATE:** | December 18, 2015 |
| **SUBJECT:** | January Budget and Staffing Plan Memorandum |

On November 1, 2013, the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases* (the "U.S. Trustee Guidelines") promulgated by the Office of the United States Trustee for the District of Delaware became effective. To comply with the U.S. Trustee Guidelines, which apply to cases filed on or after November 1, 2013, Thompson & Knight LLP ("T&K") will work with Energy Future Holdings Corp., *et al.* ("You") to develop a budget and staffing plan for the various matters that T&K has opened in connection with the commencement of Your chapter 11 cases (collectively, and as may be amended or modified from time to time, the "Matter Categories").[1]

This memorandum presents the budget and staffing plan regarding the Matter Categories for the period from January 1 through January 31, 2016 (the "Budget Period"). Specifically:

- **Exhibit A** sets forth the proposed budget (the "Budget") for each of the Matter Categories T&K anticipates working on during the Budget Period;

- **Exhibit B** sets forth the proposed staffing plan (the "Staffing Plan") for the Budget Period; and

- **Exhibit C** sets forth the proposed staffing plan for each of the Matter Categories (the "Matter Categories Staffing Plan") that T&K anticipates working on during the Budget Period, all of which are presented for Your review and approval.

Once this memorandum is complete, it will be redacted to exclude any sensitive or privileged information and attached as an exhibit to T&K's fee application(s), along with **Exhibit A** and **Exhibit B**, with respect to the Budget Period that T&K files with the court. **Exhibit C** will not be filed with T&K's fee application(s).

Please note that budgets and staffing plans are, by their nature, speculative. This speculation is particularly the case in the context of large chapter 11 cases, which commonly involve conflicting interests of diverse and numerous constituents. As such, T&K reserves the right to seek payment for all of its fees incurred and expenses accrued in connection with Your chapter 11 cases in accordance with the terms of the engagement letter by and between You and T&K effective as of December 20, 2013

---

[1] Per T&K's usual practice, we have opened the Matter Categories either in connection with on-going work that began before bankruptcy or the commencement of Your chapter 11 cases. In the event that opening additional matters is necessary, T&K will work with You to review and revise the Matter Categories discussed herein, as appropriate.

(the "Engagement").[2]  Moreover, Your acceptance of the budget and staffing plan is without prejudice to You and Your need for legal services, whether known or unknown at the beginning of the Budget Period. Both You and T&K recognize and agree that the budget and staffing plans set forth herein shall in no way impair or impede any parties' rights with respect to the Engagement, including under Title 11 of the United States Code (the "Bankruptcy Code"), the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Local Rules for the District of Delaware (the "Local Rules"), or any other applicable state or federal law.

---

[2]  This budget was prepared with 2016 rates as T&K increases the hourly billing rate of attorneys and paraprofessionals yearly in the form of: (a) step increases historically awarded in the ordinary course on the basis of advancing seniority and promotion; and (b) periodic increases within each attorney's and paraprofessional's current level of seniority.  The step increases do not constitute "rate increases" (as the term is used in the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases, effective November 1, 2013.  T&K has submitted their 2016 rates for approval.  Upon approval, and pursuant to its employment order, T&K will provide notice to the U.S. Trustee, the Committee, the Fee Committee, and all other parties-in-interest.

## Exhibit A

### January Budget for All Matter Categories

Case Name and Number: *In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)

Law firm: T&K

| Matter Number | Task Code | Project Category Description | Hours Budgeted | Total Compensation Budgeted[3] |
|---|---|---|---|---|
| | | **Applicable to All Debtors** | | |
| 21 | B240 | 2003 – 2006 Tax Years | 10.0 | 8,100.00 |
| 27 | B160 | Debt Restructuring Advice:  Employment Applications | 5.0 | 3,150.00 |
| 27 | B161 | Debt Restructuring Advice:  Budget/Staffing Plans | 5.0 | 3,170.00 |
| 27 | B162 | Debt Restructuring Advice:  Fee Applications | 17.0 | 7,670.00 |
| 27 | B240 | Debt Restructuring Advice | 306.0 | 202,385.00 |
| 31 | B240 | Tax Advice: Acquisition of Gas Assets | 10.0 | 7,025.00 |
| | | **Total** | **353** | **231,500.00** |

## Exhibit B

### January Staffing Plan Across All Matter Categories

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter Categories During the Budget Period | Average Hourly Rate[4] |
|---|---|---|
| Partner | 4 | 852.38 |
| Associate (4 years or more since first admission) | 1 | 520.00 |
| Jr. Associate (1-3 years since first admission) | 1 | 385.00 |
| Legal Assistant | 1 | 290.00 |
| **Total Attorney** | **6** | **667.57** |
| **Total Non-Attorney** | **1** | **290.00** |
| **Total Timekeepers Aggregated** | **7** | **655.81** |

---

[3] Budgeted numbers do not necessarily amount to a 1:1 ratio because they reflect a blended hourly rate and a variable allocation of timekeepers and hours, depending on the needs for each matter number.

[4] The Average Hourly Rate is a weighted average based on the individual hourly rate of, and projected number of hours worked by, each timekeeper over the course of the chapter 11 cases.

# **M E M O R A N D U M**

**TO:**  Energy Future Holdings Corp., *et al.*

**FROM:**  Thompson & Knight LLP

**DATE:**  January 15, 2016

**SUBJECT:**  February Budget and Staffing Plan Memorandum

---

On November 1, 2013, the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases* (the "U.S. Trustee Guidelines") promulgated by the Office of the United States Trustee for the District of Delaware became effective. To comply with the U.S. Trustee Guidelines, which apply to cases filed on or after November 1, 2013, Thompson & Knight LLP ("T&K") will work with Energy Future Holdings Corp., *et al.* ("You") to develop a budget and staffing plan for the various matters that T&K has opened in connection with the commencement of Your chapter 11 cases (collectively, and as may be amended or modified from time to time, the "Matter Categories").[1]

This memorandum presents the budget and staffing plan regarding the Matter Categories for the period from February 1 through February 29, 2016 (the "Budget Period"). Specifically:

- **Exhibit A** sets forth the proposed budget (the "Budget") for each of the Matter Categories T&K anticipates working on during the Budget Period;

- **Exhibit B** sets forth the proposed staffing plan (the "Staffing Plan") for the Budget Period; and

- **Exhibit C** sets forth the proposed staffing plan for each of the Matter Categories (the "Matter Categories Staffing Plan") that T&K anticipates working on during the Budget Period, all of which are presented for Your review and approval.

Once this memorandum is complete, it will be redacted to exclude any sensitive or privileged information and attached as an exhibit to T&K's fee application(s), along with **Exhibit A** and **Exhibit B**, with respect to the Budget Period that T&K files with the court. **Exhibit C** will not be filed with T&K's fee application(s).

Please note that budgets and staffing plans are, by their nature, speculative. This speculation is particularly the case in the context of large chapter 11 cases, which commonly involve conflicting interests of diverse and numerous constituents. As such, T&K reserves the right to seek payment for all of its fees incurred and expenses accrued in connection with Your chapter 11 cases in accordance with the terms of the engagement letter by and between You and T&K effective as of December 20, 2013

---

[1] Per T&K's usual practice, we have opened the Matter Categories either in connection with on-going work that began before bankruptcy or the commencement of Your chapter 11 cases. In the event that opening additional matters is necessary, T&K will work with You to review and revise the Matter Categories discussed herein, as appropriate.

(the "Engagement").[2] Moreover, Your acceptance of the budget and staffing plan is without prejudice to You and Your need for legal services, whether known or unknown at the beginning of the Budget Period. Both You and T&K recognize and agree that the budget and staffing plans set forth herein shall in no way impair or impede any parties' rights with respect to the Engagement, including under Title 11 of the United States Code (the "Bankruptcy Code"), the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Local Rules for the District of Delaware (the "Local Rules"), or any other applicable state or federal law.

---

[2] This budget was prepared with 2016 rates as T&K increases the hourly billing rate of attorneys and paraprofessionals yearly in the form of: (a) step increases historically awarded in the ordinary course on the basis of advancing seniority and promotion; and (b) periodic increases within each attorney's and paraprofessional's current level of seniority. The step increases do not constitute "rate increases" (as the term is used in the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases, effective November 1, 2013. Pursuant to its employment order, T&K provided notice to the U.S. Trustee, the Committee, the Fee Committee, and all other parties-in-interest in its *Fifth Supplemental Declaration of Mary McNulty in Support of the Application of Energy Future Holdings, et al., for Entry of an Order Authorizing Energy Future Holdings Corp. to Retain and Employ Thompson & Knight LLP as Special Counsel for Certain Tax-Related Matters Effective Nunc Pro Tunc to the Petition Date* (the "Fee Increase Declaration") filed on January 20, 2016 [Dkt. 7696]. To date, TK has not received any objection to the Fee Increase Declaration from any party-in-interest or comment from the Fee Committee.

## Exhibit A

### February Budget for All Matter Categories

Case Name and Number: *In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)

Law firm: T&K

| Matter Number | Task Code | Project Category Description | Hours Budgeted | Total Compensation Budgeted[3] |
|---|---|---|---|---|
|  | | **Applicable to All Debtors** | | |
| 21 | B240 | 2003 – 2006 Tax Years | 5.0 | 4,050.00 |
| 27 | B160 | Debt Restructuring Advice: Employment Applications | 5.0 | 3,150.00 |
| 27 | B161 | Debt Restructuring Advice: Budget/Staffing Plans | 5.0 | 3,170.00 |
| 27 | B162 | Debt Restructuring Advice: Fee Applications | 17.0 | 7,670.00 |
| 26 | B210 | Business Operations | 20.0 | 10,400.00 |
| 27 | B240 | Debt Restructuring Advice | 281.0 | 177,385.00 |
| 31 | B240 | Tax Advice: Acquisition of Gas Assets | 5.0 | 4,425.00 |
| | | **Total** | **338** | **210,250.00** |

## Exhibit B

### February Staffing Plan Across All Matter Categories

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter Categories During the Budget Period | Average Hourly Rate[4] |
|---|---|---|
| Partner | 4 | 873.92 |
| Associate (4 years or more since first admission) | 2 | 520.00 |
| Jr. Associate (1-3 years since first admission) | 1 | 385.00 |
| Legal Assistant | 1 | 290.00 |
| **Total Attorney** | **7** | **667.57** |
| **Total Non-Attorney** | **1** | **290.00** |
| **Total Timekeepers Aggregated** | **8** | **622.04** |

---

[3] Budgeted numbers do not necessarily amount to a 1:1 ratio because they reflect a blended hourly rate and a variable allocation of timekeepers and hours, depending on the needs for each matter number.

[4] The Average Hourly Rate is a weighted average based on the individual hourly rate of, and projected number of hours worked by, each timekeeper over the course of the chapter 11 cases.

**M E M O R A N D U M**

| | |
|---|---|
| **TO:** | Energy Future Holdings Corp., *et al.* |
| **FROM:** | Thompson & Knight LLP |
| **DATE:** | February 25, 2016 |
| **SUBJECT:** | March Budget and Staffing Plan Memorandum |

On November 1, 2013, the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases* (the "U.S. Trustee Guidelines") promulgated by the Office of the United States Trustee for the District of Delaware became effective. To comply with the U.S. Trustee Guidelines, which apply to cases filed on or after November 1, 2013, Thompson & Knight LLP ("T&K") will work with Energy Future Holdings Corp., *et al.* ("You") to develop a budget and staffing plan for the various matters that T&K has opened in connection with the commencement of Your chapter 11 cases (collectively, and as may be amended or modified from time to time, the "Matter Categories").[1]

This memorandum presents the budget and staffing plan regarding the Matter Categories for the period from March 1 through March 31, 2016 (the "Budget Period"). Specifically:

- **Exhibit A** sets forth the proposed budget (the "Budget") for each of the Matter Categories T&K anticipates working on during the Budget Period;

- **Exhibit B** sets forth the proposed staffing plan (the "Staffing Plan") for the Budget Period; and

- **Exhibit C** sets forth the proposed staffing plan for each of the Matter Categories (the "Matter Categories Staffing Plan") that T&K anticipates working on during the Budget Period, all of which are presented for Your review and approval.

Once this memorandum is complete, it will be redacted to exclude any sensitive or privileged information and attached as an exhibit to T&K's fee application(s), along with **Exhibit A** and **Exhibit B**, with respect to the Budget Period that T&K files with the court. **Exhibit C** will not be filed with T&K's fee application(s).

Please note that budgets and staffing plans are, by their nature, speculative. This speculation is particularly the case in the context of large chapter 11 cases, which commonly involve conflicting interests of diverse and numerous constituents. As such, T&K reserves the right to seek payment for all of its fees incurred and expenses accrued in connection with Your chapter 11 cases in accordance with the terms of the engagement letter by and between You and T&K effective as of December 20, 2013

---

[1] Per T&K's usual practice, we have opened the Matter Categories either in connection with on-going work that began before bankruptcy or the commencement of Your chapter 11 cases. In the event that opening additional matters is necessary, T&K will work with You to review and revise the Matter Categories discussed herein, as appropriate.


(the "Engagement").[2]  Moreover, Your acceptance of the budget and staffing plan is without prejudice to You and Your need for legal services, whether known or unknown at the beginning of the Budget Period. Both You and T&K recognize and agree that the budget and staffing plans set forth herein shall in no way impair or impede any parties' rights with respect to the Engagement, including under Title 11 of the United States Code (the "Bankruptcy Code"), the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Local Rules for the District of Delaware (the "Local Rules"), or any other applicable state or federal law.

---

[2]  This budget was prepared with 2016 rates as T&K increases the hourly billing rate of attorneys and paraprofessionals yearly in the form of: (a) step increases historically awarded in the ordinary course on the basis of advancing seniority and promotion; and (b) periodic increases within each attorney's and paraprofessional's current level of seniority.  The step increases do not constitute "rate increases" (as the term is used in the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases, effective November 1, 2013.  Pursuant to its employment order, T&K provided notice to the U.S. Trustee, the Committee, the Fee Committee, and all other parties-in-interest in its *Fifth Supplemental Declaration of Mary McNulty in Support of the Application of Energy Future Holdings, et al., for Entry of an Order Authorizing Energy Future Holdings Corp. to Retain and Employ Thompson & Knight LLP as Special Counsel for Certain Tax-Related Matters Effective Nunc Pro Tunc to the Petition Date* (the "Fee Increase Declaration") filed on January 20, 2016  [Dkt. 7696].  To date, TK has not received any objection to the Fee Increase Declaration from any party-in-interest or comment from the Fee Committee.

## Exhibit A

## March Budget for All Matter Categories

Case Name and Number: *In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)

Law firm:  T&K

| Matter Number | Task Code | Project Category Description | Hours Budgeted | Total Compensation Budgeted[3] |
|---|---|---|---|---|
| **Applicable to All Debtors** | | | | |
| 21 | B240 | 2003 – 2006 Tax Years | 5.0 | 4,050.00 |
| 26 | B210 | Business Operations | 10.0 | 5,200.00 |
| 27 | B160 | Debt Restructuring Advice:  Employment Applications | 11.0 | 5,410.00 |
| 27 | B161 | Debt Restructuring Advice:  Budget/Staffing Plans | 5.0 | 2,830.00 |
| 27 | B162 | Debt Restructuring Advice:  Fee Applications | 25.0 | 11,190.00 |
| 27 | B240 | Debt Restructuring Advice | 276.0 | 179,560.00 |
| | | **Total** | **332.00** | **208,240.00** |

## Exhibit B

## March Staffing Plan Across All Matter Categories

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter Categories During the Budget Period | Average Hourly Rate[4] |
|---|---|---|
| Partner | 6 | 810.23 |
| Associate (4 years or more since first admission) | 2 | 523.70 |
| Jr. Associate (1-3 years since first admission) | 1 | 385.00 |
| Legal Assistant | 1 | 290.00 |
| **Total Attorney** | **9** | **651.16** |
| **Total Non-Attorney** | **1** | **290.00** |
| **Total Timekeepers Aggregated** | **10** | **627.23** |

---

[3]  Budgeted numbers do not necessarily amount to a 1:1 ratio because they reflect a blended hourly rate and a variable allocation of timekeepers and hours, depending on the needs for each matter number.

[4]  The Average Hourly Rate is a weighted average based on the individual hourly rate of, and projected number of hours worked by, each timekeeper over the course of the chapter 11 cases.

**M E M O R A N D U M**

| | |
|---|---|
| **TO:** | Energy Future Holdings Corp., *et al.* |
| **FROM:** | Thompson & Knight LLP |
| **DATE:** | April ___, 2016 |
| **SUBJECT:** | April Budget and Staffing Plan Memorandum |

On November 1, 2013, the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases* (the "U.S. Trustee Guidelines") promulgated by the Office of the United States Trustee for the District of Delaware became effective. To comply with the U.S. Trustee Guidelines, which apply to cases filed on or after November 1, 2013, Thompson & Knight LLP ("T&K") will work with Energy Future Holdings Corp., *et al.* ("You") to develop a budget and staffing plan for the various matters that T&K has opened in connection with the commencement of Your chapter 11 cases (collectively, and as may be amended or modified from time to time, the "Matter Categories").[1]

This memorandum presents the budget and staffing plan regarding the Matter Categories for the period from April 1 through April 30, 2016 (the "Budget Period"). Specifically:

- **Exhibit A** sets forth the proposed budget (the "Budget") for each of the Matter Categories T&K anticipates working on during the Budget Period;

- **Exhibit B** sets forth the proposed staffing plan (the "Staffing Plan") for the Budget Period; and

- **Exhibit C** sets forth the proposed staffing plan for each of the Matter Categories (the "Matter Categories Staffing Plan") that T&K anticipates working on during the Budget Period, all of which are presented for Your review and approval.

Once this memorandum is complete, it will be redacted to exclude any sensitive or privileged information and attached as an exhibit to T&K's fee application(s), along with **Exhibit A** and **Exhibit B**, with respect to the Budget Period that T&K files with the court. **Exhibit C** will not be filed with T&K's fee application(s).

Please note that budgets and staffing plans are, by their nature, speculative. This speculation is particularly the case in the context of large chapter 11 cases, which commonly involve conflicting interests of diverse and numerous constituents. As such, T&K reserves the right to seek payment for all of its fees incurred and expenses accrued in connection with Your chapter 11 cases in accordance with the terms of the engagement letter by and between You and T&K effective as of December 20, 2013

---

[1] Per T&K's usual practice, we have opened the Matter Categories either in connection with on-going work that began before bankruptcy or the commencement of Your chapter 11 cases. In the event that opening additional matters is necessary, T&K will work with You to review and revise the Matter Categories discussed herein, as appropriate.

(the "Engagement").[2]  Moreover, Your acceptance of the budget and staffing plan is without prejudice to You and Your need for legal services, whether known or unknown at the beginning of the Budget Period. Both You and T&K recognize and agree that the budget and staffing plans set forth herein shall in no way impair or impede any parties' rights with respect to the Engagement, including under Title 11 of the United States Code (the "Bankruptcy Code"), the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Local Rules for the District of Delaware (the "Local Rules"), or any other applicable state or federal law.

---

[2]  This budget was prepared with 2016 rates as T&K increases the hourly billing rate of attorneys and paraprofessionals yearly in the form of: (a) step increases historically awarded in the ordinary course on the basis of advancing seniority and promotion; and (b) periodic increases within each attorney's and paraprofessional's current level of seniority.  The step increases do not constitute "rate increases" (as the term is used in the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases, effective November 1, 2013.  Pursuant to its employment order, T&K provided notice to the U.S. Trustee, the Committee, the Fee Committee, and all other parties-in-interest in its *Fifth Supplemental Declaration of Mary McNulty in Support of the Application of Energy Future Holdings, et al., for Entry of an Order Authorizing Energy Future Holdings Corp. to Retain and Employ Thompson & Knight LLP as Special Counsel for Certain Tax-Related Matters Effective Nunc Pro Tunc to the Petition Date* (the "Fee Increase Declaration") filed on January 20, 2016  [Dkt. 7696].  To date, TK has not received any objection to the Fee Increase Declaration from any party-in-interest or comment from the Fee Committee.

## Exhibit A

## April Budget for All Matter Categories

Case Name and Number: *In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)

Law firm:  T&K

| Matter Number | Task Code | Project Category Description | Hours Budgeted | Total Compensation Budgeted[3] |
|---|---|---|---|---|
| **Applicable to All Debtors** | | | | |
| 26 | B210 | Business Operations | 10.0 | 5,200.00 |
| 27 | B160 | Debt Restructuring Advice:  Employment Applications | 7.0 | 2,710.00 |
| 27 | B161 | Debt Restructuring Advice:  Budget/Staffing Plans | 10.0 | 4,960.00 |
| 27 | B162 | Debt Restructuring Advice:  Fee Applications | 8.0 | 4,380.00 |
| 27 | B240 | Debt Restructuring Advice | 86.0 | 52,460.00 |
| | | **Total** | **121.00** | **$69,710.00** |

## Exhibit B

## April Staffing Plan Across All Matter Categories

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter Categories During the Budget Period | Average Hourly Rate[4] |
|---|---|---|
| Partner | 2 | 772.11 |
| Associate (4 years or more since first admission) | 2 | 522.86 |
| Jr. Associate (1-3 years since first admission) | 0 | 0.00 |
| Legal Assistant | 1 | 290.00 |
| **Total Attorney** | **4** | **651.16** |
| **Total Non-Attorney** | **1** | **290.00** |
| **Total Timekeepers Aggregated** | **5** | **576.12** |

---

[3]  Budgeted numbers do not necessarily amount to a 1:1 ratio because they reflect a blended hourly rate and a variable allocation of timekeepers and hours, depending on the needs for each matter number.

[4]  The Average Hourly Rate is a weighted average based on the individual hourly rate of, and projected number of hours worked by, each timekeeper over the course of the chapter 11 cases.

---