**Exhibit E**
**Summary of Total Fees Incurred and Hours Billed During the Fee Period**

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed In this Application | Hourly Rate Billed In the Second Interim Application | Fees Billed In this Application at Second Interim Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| Cohn, John | Partner | Tax | TX: 1988 | $364.00 | .4 | | $910 | n/a | n/a |
| Keator, Todd | Partner | Tax | TX: 2002 | $3,164.00 | 14.5 | 1 | $610 | n/a | n/a |
| Liggins, Demetra | Partner | Bankruptcy and Restructuring | TX: 2000 NY: 2008 | $15,309.00 | 24.3 | 2 | $630 | $560 | $13,608.00 |
| Lowther, Todd | Partner | Tax | TX: 2006 | $684.00 | 1.2 | | $570 | n/a | n/a |
| McNulty, Mary | Partner | Tax | TX: 1989 | $28,917.00 | 35.7 | 2 | $810 | $725 | $25,882.50 |
| Wheat, R. David | Partner | Tax | TX: 1988 LA: 1988 | $60,888.00 | 68.8 | 2 | $885 | $805 | $55,384.00 |
| James, Megan | Associate | Tax | TX: 2014 | $4,350.50 | 11.3 | 2 | $385 | $280 | $3,164.00 |
| Meyercord, Leonora | Associate | Tax | TX: 2010 | $109,824.00 | 211.2 | 2 | $520 | $430 | $90,816.00 |
| Nylin, Meghan | Associate | Trial | TX: 2009 | $1,144.00 | 2.2 | 1 | $520 | n/a | n/a |
| Gerber, Katie | Associate | Tax | TX: 2015 | $5,994.00 | 11.1 | 1 | $500 | n/a | n/a |
| Semands, Emily | Associate | Corporate & Securities | TX: 2014 | $654.50 | 1.7 | 1 | $385 | n/a | n/a |
| Yin, Paul | Associate | Tax | TX: 2013 | $1,655.50 | 4.3 | 1 | $385 | n/a | n/a |

| Paraprofessional Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed In this Application | Hourly Rate Billed In the Second Interim Application | Fees Billed In this Application at Second Interim Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| Savage, Shannon | Paralegal | Bankruptcy and Restructuring | n/a | $15,080.00 | 52.0 | 1 | $290 | n/a | n/a |

**SIXTH INTERIM FEE APPLICATION OF THOMPSON & KNIGHT LLP**
**EXHIBIT E: FEE SUMMARY**                                                                                                             PAGE 1

RLF1 15030718v.1