**Exhibit F**
**Summary of Actual and Necessary Expenses for the Fee Period**

| Expense | Vendor (if any) | Amount |
|---|---|---:|
| Telephone Charge | Court Call | $30.00 |
| Postage | | $10.00 |
| Parking | | $6.71 |
| | Total: | $ 46.71 |