## Exhibit G
## Summary of Fees and Expenses by Matter for the Fee Period

| Matter Summary | | | | | | | |
|---|---|---|---|---|---|---|---|
| Matter No. | Project Category Description | Hours | | Total Compensation | | Expenses | Total |
| | | Budget | Billed | Budget | Billed | | |
| 21 | 2003-2006 Tax Years | 30.0 | 6.9 | $21,400.00 | $5,589.00 | $0.00 | $5,589.00 |
| 26 | Document Retention | 30.0 | 2.2 | $15,600.00 | $1,144.00 | $0.00 | $1,144.00 |
| 27 | Debt Restructuring Advice | 1069.0 | 429.6 | $671,250.00 | $246,976.50 | $46.71 | $246,993.21 |
| 31 | Tax Advice and Acquisition of Gas Assets | 15.0 | 0.0 | $11,450.00 | $0.00 | $0.00 | $0.00 |
| | Totals | 1,144.0 | 438.7 | $719,700.00 | $253,709.50 | $46.71 | $253,726.21 |

| Task Summary | | | |
|---|---|---|---|
| Task Code | Project Category Description | Hours | Total Fees |
| B110 | Case Administration | 3.0 | $870.00 |
| B160 | Fee/Employment Applications | 16.7 | $8,779.00 |
| B161 | Budget/Staffing Plan | 15.9 | $8,357.00 |
| B162 | Fee Applications | 48.8 | $19,052.00 |
| B170 | Fee Objection Discussion And Litigation | 0.6 | $378.00 |
| B210 | Business Operations | 2.2 | $1,144.00 |
| B240 | Tax Issues | 351.5 | $215,129.50 |
| Totals | | 438.7 | $253,709.50 |

**SIXTH INTERIM FEE APPLICATION OF THOMPSON & KNIGHT LLP**
**EXHIBIT G: TASK/MATTER SUMMARY**                                                                         PAGE 1

RLF1 15030718v.1