# Exhibit H

## Detailed Invoices

# Thompson & Knight LLP

### ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
tklaw.com

TAX ID No. 75-2813604

Energy Future Holdings Corp
Attn: Carla Howard
Energy Plaza
1601 Bryan St 9-070
Dallas, TX 75201

Page 1
March 31, 2016
Invoice 42003624

# INVOICE SUMMARY

For Services Rendered Through January 31, 2016

Our Matter #   508551.000021
                       2003-2006 Tax Years

Fees for Professional Services ...................................................................................$         5,184.00
Net Current Billing For This Invoice ........................................................................$         5,184.00

# THOMPSON & KNIGHT LLP

### ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
tklaw.com

TAX ID No. 75-2813604

Energy Future Holdings Corp
Attn: Carla Howard
Energy Plaza
1601 Bryan St 9-070
Dallas, TX 75201

Page 2
March 31, 2016
Invoice 42003624

| Date | Name | Narrative | Hours | Rate | Amount | Task | Act |
|------|------|-----------|-------|------|--------|------|-----|
| 01/06/2016 | McNulty, M | Review netting computations received from IRS Appeals Computation Specialist, J. Dowdy; compare to KPMG computations; transmit to R. Gibson, KPMG | .60 | 810.00 | $486.00 | B240 | |
| 01/07/2016 | McNulty, M | Emails with J. Dowdy, IRS Appeals Complex Interest Specialist, and R. Gibson, KPMG, regarding netting computations; review and comment on revised IRS computations for EFH 2006 | 1.80 | 810.00 | $1,458.00 | B240 | |
| 01/08/2016 | McNulty, M | Emails with J. Dowdy, IRS Appeals Complex Interest Specialist, and R. Gibson, KPMG, regarding netting computations; review revised IRS computations (.80); respond to questions from M. Horn regarding netting computations (.30) | 1.10 | 810.00 | $891.00 | B240 | |
| 01/08/2016 | McNulty, M | Emails with M. Horn regarding consent fee issue on extension of debt and direct review of research regarding same | .30 | 810.00 | $243.00 | B240 | |
| 01/11/2016 | McNulty, M | Review analysis of consent fee issue on extension of debt; email M. Horn regarding same | .40 | 810.00 | $324.00 | B240 | |
| 01/12/2016 | McNulty, M | Emails with R. Gibson, KPMG, J. Dowdy, IRS complex interest specialist, M. Todd, and M. Horn regarding interest computations and next steps | 1.80 | 810.00 | $1,458.00 | B240 | |
| 01/19/2016 | McNulty, M | Emails with M. Todd, IRS Appeals, regarding offset provision | .10 | 810.00 | $81.00 | B240 | |

**THOMPSON & KNIGHT LLP**

Page 3
March 31, 2016
Invoice 42003624

Our Matter #    508551.000021
                2003-2006 Tax Years

| Date | Name | Narrative | Hours | Rate | Amount | Task | Act |
|------|------|-----------|-------|------|--------|------|-----|
| 01/25/2016 | McNulty, M | Review developments in bankruptcy case; emails with M. Todd, IRS Appeals Officer | .20 | 810.00 | $162.00 | B240 | |
| 01/28/2016 | McNulty, M | Emails with M. Todd, IRS Appeals Officer | .10 | 810.00 | $81.00 | B240 | |

Fees for Professional Services ......................................................................................................$          5,184.00

### Summary of Fees

| Name | Title | Hours | | Rate/Hr | | Amount |
|------|-------|-------|--|---------|--|--------|
| Mary McNulty | Partner | 6.40 | $ | 810.00 | $ | 5,184.00 |
| Total | | 6.40 | | | $ | 5,184.00 |

# THOMPSON & KNIGHT LLP

### ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
tklaw.com

TAX ID No. 75-2813604

Energy Future Holdings Corp
Attn: Carla Howard
Energy Plaza
1601 Bryan St 9-070
Dallas, TX 75201

Page 4
March 31, 2016
Invoice 42003624

## REMITTANCE COPY

For Services Rendered Through January 31, 2016

Our Matter #     508551.000021
                 2003-2006 Tax Years

| | | |
|---|---|---|
| Fees for Professional Services ...................................................................................$ | 5,184.00 |
| Net Current Billing For This Invoice ...........................................................................$ | 5,184.00 |

Please remit payment within fifteen (15) days to

**Wiring Instructions for Thompson & Knight LLP**

| | |
|---|---|
| Receiving Bank: | Amegy Bank of Texas<br>4400 Post Oak Parkway<br>Houston, TX 77027 |
| Beneficiary Account Name:<br>Beneficiary Address: | Thompson & Knight LLP<br>One Arts Plaza<br>1722 Routh St Ste 1500<br>Dallas, Texas 75201 |
| ABA Routing No.<br>Account No.:<br>SWIFT: | 113011258<br>3324389<br>SWBKUS44 |

*Please reference client/matter name and number, attorney name, invoice number, etc.*
*Thank you for informing us of the date of transaction by fax/e-mail*

**Mailing Instructions for Thompson & Knight LLP**

P.O. Box 660684, Dallas, TX  75266-0684
To ensure proper credit please return this copy with your remittance.

AUSTIN | DALLAS | FORT WORTH | HOUSTON | LOS ANGELES | NEW YORK | ALGIERS | LONDON | MONTERREY | PARIS | MEXICO CITY

# THOMPSON & KNIGHT LLP

### ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
tklaw.com

TAX ID No. 75-2813604

Energy Future Holdings Corp
Attn: Carla Howard
Energy Plaza
1601 Bryan St 9-070
Dallas, TX 75201

Page 1
March 31, 2016
Invoice 42003625

## INVOICE SUMMARY

For Services Rendered Through January 31, 2016

Our Matter #    508551.000026
                    Document Retention

| | |
|---|---|
| Fees for Professional Services .............................................................................................$ | 1,144.00 |
| Net Current Billing For This Invoice ...........................................................................$ | 1,144.00 |

# THOMPSON & KNIGHT LLP
### ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
tklaw.com

TAX ID No. 75-2813604

Energy Future Holdings Corp
Attn: Carla Howard
Energy Plaza
1601 Bryan St 9-070
Dallas, TX 75201

Page 2
March 31, 2016
Invoice 42003625

| Date | Name | Narrative | Hours | Rate | Amount | Task | Act |
|------|------|-----------|-------|------|--------|------|-----|
| 01/04/2016 | Nylin, M | Begin researching federal and Texas record retention requirements for Luminant nuclear documents | 1.80 | 520.00 | $936.00 | B210 | |
| 01/20/2016 | Nylin, M | Prepare correspondence to C. Ivins and C. Valliot regarding additional information needed to complete nuclear record retention schedule | .40 | 520.00 | $208.00 | B210 | |

Fees for Professional Services ......................................................................................$      1,144.00

### Summary of Fees

| Name | Title | Hours | | Rate/Hr | | Amount |
|------|-------|-------|---|---------|---|--------|
| Meghan Nylin | Associate | 2.20 | $ | 520.00 | $ | 1,144.00 |
| Total | | 2.20 | | | $ | 1,144.00 |

# THOMPSON & KNIGHT LLP
### ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
tklaw.com

TAX ID No. 75-2813604

Energy Future Holdings Corp
Attn: Carla Howard
Energy Plaza
1601 Bryan St 9-070
Dallas, TX 75201

Page 3
March 31, 2016
Invoice 42003625

# REMITTANCE COPY

For Services Rendered Through January 31, 2016

Our Matter #    508551.000026
                Document Retention

Fees for Professional Services .......................................................................................$    1,144.00
Net Current Billing For This Invoice ..............................................................................$    1,144.00

Please remit payment within fifteen (15) days to

**Wiring Instructions for Thompson & Knight LLP**

| | |
|---|---|
| Receiving Bank: | Amegy Bank of Texas |
| | 4400 Post Oak Parkway |
| | Houston, TX 77027 |
| Beneficiary Account Name: | Thompson & Knight LLP |
| Beneficiary Address: | One Arts Plaza |
| | 1722 Routh St Ste 1500 |
| | Dallas, Texas 75201 |
| ABA Routing No. | 113011258 |
| Account No.: | 3324389 |
| SWIFT: | SWBKUS44 |

*Please reference client/matter name and number, attorney name, invoice number, etc.*
*Thank you for informing us of the date of transaction by fax/e-mail*

**Mailing Instructions for Thompson & Knight LLP**

P.O. Box 660684, Dallas, TX  75266-0684
To ensure proper credit please return this copy with your remittance.

# THOMPSON & KNIGHT LLP

### ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
tklaw.com

TAX ID No. 75-2813604

Energy Future Holdings Corp
Attn: Carla Howard
Energy Plaza
1601 Bryan St 9-070
Dallas, TX 75201

Page 1
April 15, 2016
Invoice 42004586

# INVOICE SUMMARY

For Services Rendered Through January 31, 2016

Our Matter #   508551.000027
               Debt Restructuring

| | | |
|---|---|---|
| Fees for Professional Services .......................................................................................................$ | | 81,119.00 |
| Net Current Billing For This Invoice ...........................................................................................$ | | 81,119.00 |

# THOMPSON & KNIGHT LLP

### ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
tklaw.com

TAX ID No. 75-2813604

Energy Future Holdings Corp
Attn: Carla Howard
Energy Plaza
1601 Bryan St 9-070
Dallas, TX 75201

Page 2
April 15, 2016
Invoice 42004586

| Date | Name | Narrative | Hours | Rate | Amount | Task | Act |
|------|------|-----------|-------|------|--------|------|-----|
| 01/04/2016 | Wheat, D | Review and revise submission per tax comments from Vinson & Elkins and B. Bloom to COBE submission (1.40); emails with K&E and client regarding rights offering (0.2) | 1.60 | 885.00 | $1,416.00 | B240 | |
| 01/04/2016 | McNulty, M | Review and comment on Fourth Supplemental Declaration in Support of Fee Application (.40) | .40 | 810.00 | $324.00 | B160 | |
| 01/04/2016 | Meyercord, L | Review comments to IRS submission on Fidelity settlement and COBE and prepare same (7.10) | 7.10 | 520.00 | $3,692.00 | B240 | |
| 01/05/2016 | Liggins, D | Review conflicts to determine if supplement to McNulty declaration is needed (.30) | .30 | 630.00 | $189.00 | B160 | |
| 01/05/2016 | Wheat, D | Review, revise and finalize COBE submission to Internal Revenue Service (1.10); emails with K&E and Jones Day regarding streetlight assets (0.2) | 1.30 | 885.00 | $1,150.50 | B240 | |
| 01/05/2016 | McNulty, M | Review and comment on Fourth (.40) and Fifth (.20) Supplemental Declarations in Support of TK Employment Application | .60 | 810.00 | $486.00 | B160 | |
| 01/05/2016 | Liggins, D | Revise supplemental McNulty declarations (.60) | .60 | 630.00 | $378.00 | B160 | |
| 01/05/2016 | Meyercord, L | Review and finalize IRS submission on Fidelity settlement and COBE (4.10); prepare transmittal letter for same (.80); e-mail correspondence with client regarding penalties of perjury statement (.30) | 5.20 | 520.00 | $2,704.00 | B240 | |

**THOMPSON & KNIGHT LLP**

Our Matter #    508551.000027
                    Debt Restructuring

| Date | Name | Narrative | Hours | Rate | Amount | Task | Act |
|------|------|-----------|-------|------|--------|------|-----|
| 01/06/2016 | Wheat, D | Review tax opinion issues and prepare tax opinion outline (.80) | .80 | 885.00 | $708.00 | B240 | |
| 01/06/2016 | Savage, S | Revise fourth supplemental declaration (.70) | .70 | 290.00 | $203.00 | B160 | |
| 01/06/2016 | McNulty, M | Conferences with J. Berglund and D. Liggins regarding the Fourth Supplemental Declaration in Support of Employment Application (.50) | .50 | 810.00 | $405.00 | B160 | |
| 01/06/2016 | Meyercord, L | Prepare issue chart breaking down issues by ruling, opinion and pre-filing agreement (2.10); outline issues to be covered by tax opinion (2.70) | 4.80 | 520.00 | $2,496.00 | B240 | |
| 01/07/2016 | Wheat, D | Review and analyze outline from L. Meyercord regarding tax opinion issues (.80); review and reply to emails from K&E and client regarding preferred stock sale structure (.30); review TCEH spin execution steps (.20); conference with L. Meyercord regarding Duff & Phelps meeting and Busted 351 structure (.30) | 1.60 | 885.00 | $1,416.00 | B240 | |
| 01/07/2016 | Meyercord, L | Conference with Duff & Phelps, C. Howard, B. Bloom and E. O'Brien regarding busted 351 and acquisition (1.40); prepare for same (.90); conference with D. Wheat regarding meeting with Duff & Phelps and prepare summary of same (.70); review and comment on emergence checklist (1.10) | 4.10 | 520.00 | $2,132.00 | B240 | |
| 01/07/2016 | McNulty, M | Conference with L. Meyercord regarding timeline and steps to emergence from bankruptcy (.10); review articles regarding timeline and PUC proceeding (.40) | .50 | 810.00 | $405.00 | B240 | |
| 01/08/2016 | Liggins, D | Review conflicts to determine if supplement to McNulty declaration is needed | .30 | 630.00 | $189.00 | B160 | |

**THOMPSON & KNIGHT LLP**

Page 4
April 15, 2016
Invoice 42004586

Our Matter #    508551.000027
                Debt Restructuring

| Date | Name | Narrative | Hours | Rate | Amount | Task | Act |
|------|------|-----------|-------|------|--------|------|-----|
| 01/08/2016 | Wheat, D | Review email from Internal Revenue Service regarding PLR and prepare response regarding above (.50); conference call with client and K&E regarding preferred stock sale (.50) | 1.00 | 885.00 | $885.00 | B240 | |
| 01/08/2016 | Gerber, K | Research tax treatment of consent fee (2.8); email M. McNulty regarding same (.30) | 3.10 | 540.00 | $1,674.00 | B240 | |
| 01/08/2016 | Meyercord, L | Conference call with K&E and client regarding preferred stock terms and IRS questions (.50); review prior submissions on take-back debt and email correspondence with D. Wheat regarding same (1.20); prepare draft response to IRS questions (.40) | 2.10 | 520.00 | $1,092.00 | B240 | |
| 01/09/2016 | Wheat, D | Emails with K&E regarding response to Internal Revenue Service email regarding PLR (.20) | .20 | 885.00 | $177.00 | B240 | |
| 01/09/2016 | Meyercord, L | Review and comment on checklist and execution plan (2.60); prepare e-mail summary of Duff & Phelps meeting for D. Wheat (.60) | 3.20 | 520.00 | $1,664.00 | B240 | |
| 01/11/2016 | Wheat, D | Review and reply to emails with K&E and client regarding response to IRS email (.20); review revised post-emergence diagrams regarding LESS project and prepare for conference call regarding above (.20); conference call with client regarding LESS Project (.50) | .90 | 885.00 | $796.50 | B240 | |
| 01/11/2016 | Meyercord, L | Conference call with B. Bloom, C. Howard and D. Wheat regarding project LESS (.50) | .50 | 520.00 | $260.00 | B240 | |
| 01/11/2016 | Liggins, D | Review November fee statement (.70) | .70 | 630.00 | $441.00 | B162 | |
| 01/11/2016 | Liggins, D | Revise fourth and fifth supplement declarations to TK Employment Application (.7); analyze conflicts issues in connection with same (1.1) | 1.80 | 630.00 | $1,134.00 | B160 | |
| 01/12/2016 | Liggins, D | Review conflicts to determine if supplement to McNulty declaration is needed | .30 | 630.00 | $189.00 | B160 | |

**THOMPSON & KNIGHT LLP**

Our Matter #   508551.000027
Debt Restructuring

| Date | Name | Narrative | Hours | Rate | Amount | Task | Act |
|------|------|-----------|-------|------|--------|------|-----|
| 01/12/2016 | Wheat, D | Finalize and send email response to IRS (.40); conference call with client regarding preferred stock sale (.60); emails and telephone conference with K&E regarding above (.20); emails with L. Meyercord and client regarding execution plan (.20); review and revise Newco formation checklist from Gibson Dunn (.20) | 1.60 | 885.00 | $1,416.00 | B240 | |
| 01/12/2016 | Meyercord, L | Conference with K&E and EFH regarding preferred stock (.60); e-mail correspondence with client regarding checklist (.20) | .80 | 520.00 | $416.00 | B240 | |
| 01/13/2016 | McNulty, M | Review and comment on revised draft of disclosure (.30) | .20 | 810.00 | $162.00 | B162 | |
| 01/13/2016 | McNulty, M | Prepare February budget (.30) | .30 | 810.00 | $243.00 | B161 | |
| 01/14/2016 | Savage, S | Conference with D. Liggins regarding February budget and revisions (.20); prepare draft February budget and staffing plan (.70) | .90 | 290.00 | $261.00 | B161 | |
| 01/15/2016 | Liggins, D | Review conflicts to determine if supplement to McNulty declaration is needed (.30) | .30 | 630.00 | $189.00 | B160 | |
| 01/15/2016 | Liggins, D | Finalize February budget and staffing plan (.60) | .60 | 630.00 | $378.00 | B161 | |
| 01/15/2016 | Savage, S | Research regarding conflict parties (.30); revise McNulty declarations (.40); correspond with D. Liggins regarding conflicts and McNulty declarations (.20) | .90 | 290.00 | $261.00 | B160 | |
| 01/15/2016 | McNulty, M | Review and comment on February Budget & Staffing Plan (.30) | .30 | 810.00 | $243.00 | B161 | |
| 01/15/2016 | McNulty, M | Review and comment on Fourth (.30)and Fifth (.30) Declarations supporting employment application | .60 | 810.00 | $486.00 | B160 | |
| 01/17/2016 | Meyercord, L | Review and comment on Ovation S-11 (2.10) | 2.10 | 520.00 | $1,092.00 | B240 | |
| 01/17/2016 | Wheat, D | Review and revise S-11 for Oncor Inc.; (1.0); prepare email to C. Howard regarding same (.40) | 1.40 | 885.00 | $1,239.00 | B240 | |

**THOMPSON & KNIGHT LLP**

Page 6
April 15, 2016
Invoice 42004586

Our Matter #    508551.000027
               Debt Restructuring

| Date | Name | Narrative | Hours | Rate | Amount | Task | Act |
|------|------|-----------|-------|------|--------|------|-----|
| 01/18/2016 | Liggins, D | Finalize comments to declarations supplementing TK Employment Declarations (.40) | .40 | 630.00 | $252.00 | B160 | |
| 01/19/2016 | Wheat, D | Prepare outline for spin-off tax opinion (.9) | .90 | 885.00 | $796.50 | B240 | |
| 01/19/2016 | Liggins, D | Revise November pro formas (.60) | .60 | 630.00 | $378.00 | B162 | |
| 01/19/2016 | McNulty, M | Review and comment on Fourth and Fifth Supplemental Declarations to the employment applicaiton (.20) | .20 | 810.00 | $162.00 | B160 | |
| 01/19/2016 | Meyercord, L | Conference with D. Wheat regarding tax opinion and representation letter (0.30) | .30 | 520.00 | $156.00 | B240 | |
| 01/19/2016 | Liggins, D | Email with J. Madron regarding approval of the TK's 2016 rates (.20) | .20 | 630.00 | $126.00 | B160 | |
| 01/19/2016 | Savage, S | Prepare redline of McNulty declarations (.2); correspond with M. McNulty regarding same (.1) | .30 | 290.00 | $87.00 | B160 | |
| 01/20/2016 | Wheat, D | Review and analyze K&E memo regarding recommissioning liabilities (0.9); review revised Form S-11 for Oncor Inc. and email client regarding above (0.6) | 1.50 | 885.00 | $1,327.50 | B240 | |
| 01/20/2016 | Liggins, D | Review conflicts to determine if supplement to McNulty declaration is needed (.30) | .30 | 630.00 | $189.00 | B160 | |
| 01/20/2016 | Liggins, D | Review and edit the November fee statement (.30) | .30 | 630.00 | $189.00 | B162 | |
| 01/20/2016 | McNulty, M | Review and comment on November monthly fee statement (.20) | .20 | 810.00 | $162.00 | B162 | |
| 01/20/2016 | Meyercord, L | Research treatment of transfer of qualified nuclear decommissioning fund and assumption of liability related to same (4.90) | 4.90 | 520.00 | $2,548.00 | B240 | |
| 01/20/2016 | Savage, S | Prepare November fee statement (1.3) | 1.30 | 290.00 | $377.00 | B162 | |
| 01/21/2016 | Wheat, D | Review and analyze K&E memo regarding nuclear decommissioning costs (1.1) | 1.10 | 885.00 | $973.50 | B240 | |

**THOMPSON & KNIGHT LLP**

Our Matter #   508551.000027
               Debt Restructuring

| Date | Name | Narrative | Hours | Rate | Amount | Task | Act |
|------|------|-----------|-------|------|--------|------|-----|
| 01/21/2016 | Gerber, K | Research case law on duty of consistency and calculation of E&P (2.60); email M. McNulty regarding same (0.90) | 3.50 | 540.00 | $1,890.00 | B240 | |
| 01/21/2016 | McNulty, M | Analyze E&P issues relating to Europe COD income and retroactive adjustments to E&P (7.0) | 7.00 | 810.00 | $5,670.00 | B240 | |
| 01/21/2016 | Meyercord, L | Review and comment on memo on transfer of qualified nuclear decommissioning fund and assumption of associated liability in busted 351 (7.40); review analysis of closed year doctrine for E&P calculation and e-mail correspondence with M. McNulty regarding same (1.80) | 9.20 | 520.00 | $4,784.00 | B240 | |
| 01/21/2016 | Keator, T | Analyze E&P issue for 704(c) allocations (2.2); call with B. Bloom regarding same (0.3) | 2.50 | 610.00 | $1,525.00 | B240 | |
| 01/22/2016 | Wheat, D | Prepare tax opinion outline (0.2); telephone conference with T. Maynes regarding above (0.4); review and analyze K&E memo regarding decommissioning liabilities (2.9); conference with T. Keator regarding E&P issue regarding remedial income from Oncor (0.5) | 4.00 | 885.00 | $3,540.00 | B240 | |
| 01/22/2016 | Gerber, K | Research case law regarding adjustments to E&P calculation and duty of consistency (2.7) | 2.70 | 540.00 | $1,458.00 | B240 | |
| 01/22/2016 | McNulty, M | Call with B. Bloom regarding E&P issues relating to Europe COD income and retroactive adjustments to E&P (0.40); prepare for same (0.80); direct preparation of memo (0.20); emails with T. Keator regarding remedial allocation issue (0.20) | 1.60 | 810.00 | $1,296.00 | B240 | |

**THOMPSON & KNIGHT LLP**

Our Matter #    508551.000027
                Debt Restructuring

| Date | Name | Narrative | Hours | Rate | Amount | Task | Act |
|------|------|-----------|-------|------|--------|------|-----|
| 01/22/2016 | Meyercord, L | Conference with D. Wheat on transfer of qualified nuclear decommissioning fund and assumption of associated liability in busted 351 (0.90); research regarding same (2.90); e-mail correspondence with M. McNulty regarding E&P issues (0.40) | 4.20 | 520.00 | $2,184.00 | B240 | |
| 01/22/2016 | Keator, T | Research regarding E&P issue (3.0); meeting with D. Wheat regarding same (0.5) | 3.50 | 610.00 | $2,135.00 | B240 | |
| 01/22/2016 | Cohn, J | Correspondence with B. Bloom regarding W-9 tax compliance; related research (.40) | .40 | 910.00 | $364.00 | B240 | |
| 01/25/2016 | McNulty, M | Review and comment on Fee Committee Letter regarding Fourth Interim Fee Application | .20 | 810.00 | $162.00 | B162 | |
| 01/25/2016 | Keator, T | Analyze E&P issue for 704(c) allocations; conference call with B. Bloom regarding same | 1.50 | 610.00 | $915.00 | B240 | |
| 01/25/2016 | Meyercord, L | Research treatment of assumption of decommissioning liabilities in sale (3.30) and prepare email summarizing same for D. Wheat (2.40) | 5.70 | 520.00 | $2,964.00 | B240 | |
| 01/25/2016 | Wheat, D | Prepare tax opinion outline and conference with L. Meyercord regarding above (0.4); prepare email to client re assumption of nuclear decommissioning liabilities (0.4) | .80 | 885.00 | $708.00 | B240 | |
| 01/26/2016 | Liggins, D | Review December pro formas (.40) | .40 | 630.00 | $252.00 | B162 | |
| 01/26/2016 | Savage, S | Read docket for determination of relevant dates and deadlines (.5); docket same (.2) | .70 | 290.00 | $203.00 | B110 | |
| 01/26/2016 | Savage, S | Revise December pro formas to comport with UST guidelines | 1.00 | 290.00 | $290.00 | B162 | |
| 01/26/2016 | Wheat, D | Prepare tax opinion (1.80) | 1.80 | 885.00 | $1,593.00 | B240 | |
| 01/26/2016 | Meyercord, L | Research and prepare summary of treatment of assumption of decommissioning liabilities in busted 351 (4.70) | 4.70 | 520.00 | $2,444.00 | B240 | |

**THOMPSON & KNIGHT LLP**

Page 9
April 15, 2016
Invoice 42004586

Our Matter #   508551.000027
Debt Restructuring

| Date | Name | Narrative | Hours | Rate | Amount | Task | Act |
|------|------|-----------|-------|------|--------|------|-----|
| 01/27/2016 | Savage, S | Prepare December monthly fee statement (.90) | .90 | 290.00 | $261.00 | B162 | |
| 01/27/2016 | Meyercord, L | Prepare legal entity simplification steps (1.40) | 1.40 | 520.00 | $728.00 | B240 | |
| 01/28/2016 | Keator, T | Correspondence regarding E&P issue (.20) | .20 | 610.00 | $122.00 | B240 | |
| 01/28/2016 | Meyercord, L | Prepare legal entity simplification steps (1.10); conference with D. Wheat regarding treatment of assumption of nuclear decommissioning liability in busted 351 (0.20); e-mail correspondence with D. Wheat regarding same (0.90) | 2.20 | 520.00 | $1,144.00 | B240 | |
| 01/28/2016 | Savage, S | Revise December pro forma (.50) | .50 | 290.00 | $145.00 | B162 | |
| 01/28/2016 | Wheat, D | Prepare memo to B. Bloom analyzing deductibility of nuclear decommissioning expenses in TCEH spin-off (1.6) | 1.60 | 885.00 | $1,416.00 | B240 | |
| 01/30/2016 | Wheat, D | Analyze Internal Revenue Service comments regarding 1502-6 ruling issue and prepare email to client and K&E regarding above | .50 | 885.00 | $442.50 | B240 | |
| 01/31/2016 | Meyercord, L | Prepare legal entity simplification steps (3.40) | 3.40 | 520.00 | $1,768.00 | B240 | |

Fees for Professional Services ........................................................................................$        81,119.00

### Summary of Fees

| Name | Title | Hours | | Rate/Hr | | Amount |
|------|-------|-------|---|---------|---|--------|
| David Wheat | Partner | 22.60 | $ | 885.00 | $ | 20,001.00 |
| John Cohn | Partner | .40 | $ | 910.00 | $ | 364.00 |
| Todd Keator | Partner | 7.70 | $ | 610.00 | $ | 4,697.00 |
| Mary McNulty | Partner | 12.60 | $ | 810.00 | $ | 10,206.00 |
| Demetra Liggins | Partner | 7.10 | $ | 630.00 | $ | 4,473.00 |
| Leonora Meyercord | Associate | 65.90 | $ | 520.00 | $ | 34,268.00 |
| Katie Gerber | Associate | 9.30 | $ | 540.00 | $ | 5,022.00 |
| Shannon Savage | Paralegal | 7.20 | $ | 290.00 | $ | 2,088.00 |
| Total | | 132.80 | | | $ | 81,119.00 |

# THOMPSON & KNIGHT LLP

### ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
tklaw.com

TAX ID No. 75-2813604

Energy Future Holdings Corp
Attn: Carla Howard
Energy Plaza
1601 Bryan St 9-070
Dallas, TX 75201

Page 10
April 15, 2016
Invoice 42004586

# REMITTANCE COPY

For Services Rendered Through January 31, 2016

Our Matter #   508551.000027
                Debt Restructuring

| | |
|---|---|
| Fees for Professional Services .......................................................................................$ | 81,119.00 |
| Net Current Billing For This Invoice ..............................................................................$ | 81,119.00 |

Please remit payment within fifteen (15) days to

**Wiring Instructions for Thompson & Knight LLP**

| | |
|---|---|
| Receiving Bank: | Amegy Bank of Texas<br>4400 Post Oak Parkway<br>Houston, TX 77027 |
| Beneficiary Account Name:<br>Beneficiary Address: | Thompson & Knight LLP<br>One Arts Plaza<br>1722 Routh St Ste 1500<br>Dallas, Texas 75201 |
| ABA Routing No.<br>Account No.:<br>SWIFT: | 113011258<br>3324389<br>SWBKUS44 |

*Please reference client/matter name and number, attorney name, invoice number, etc.*
*Thank you for informing us of the date of transaction by fax/e-mail*

**Mailing Instructions for Thompson & Knight LLP**

P.O. Box 660684, Dallas, TX  75266-0684
To ensure proper credit please return this copy with your remittance.

AUSTIN | DALLAS | FORT WORTH | HOUSTON | LOS ANGELES | NEW YORK | ALGIERS | LONDON | MONTERREY | PARIS | MEXICO CITY

# THOMPSON & KNIGHT LLP

### ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
tklaw.com

TAX ID No. 75-2813604

Energy Future Holdings Corp
Attn: Carla Howard
Energy Plaza
1601 Bryan St 9-070
Dallas, TX 75201

Page 1
March 31, 2016
Invoice 42003705

# INVOICE SUMMARY

For Services Rendered Through February 29, 2016

Our Matter #   508551.000021
2003-2006 Tax Years

| | |
|---|---|
| Fees for Professional Services ........................................................................................$ | 405.00 |
| Net Current Billing For This Invoice ...........................................................................$ | 405.00 |

# THOMPSON & KNIGHT LLP

### ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
tklaw.com

TAX ID No. 75-2813604

Energy Future Holdings Corp
Attn: Carla Howard
Energy Plaza
1601 Bryan St 9-070
Dallas, TX 75201

Page 2
March 31, 2016
Invoice 42003705

| Date | Name | Narrative | Hours | Rate | Amount | Task | Act |
|------|------|-----------|-------|------|--------|------|-----|
| 02/24/2016 | McNulty, M | Emails with M. Todd, IRS Appeals, regarding status (0.20) and with M. Horn regarding Form 872-T, termination of indefinite statute of limitations for assessments (0.30) | .50 | 810.00 | $405.00 | B240 | |

Fees for Professional Services ........................................................................................................$        405.00

### Summary of Fees

| Name | Title | Hours | | Rate/Hr | | Amount |
|------|-------|-------|---|---------|---|--------|
| Mary McNulty | Partner | .50 | $ | 810.00 | $ | 405.00 |
| Total | | .50 | | | $ | 405.00 |

# Thompson & Knight LLP

### ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
tklaw.com

TAX ID No. 75-2813604

Energy Future Holdings Corp
Attn: Carla Howard
Energy Plaza
1601 Bryan St 9-070
Dallas, TX 75201

Page 3
March 31, 2016
Invoice 42003705

# REMITTANCE COPY

For Services Rendered Through February 29, 2016

Our Matter #    508551.000021
2003-2006 Tax Years

| | | |
|---|---|---|
| Fees for Professional Services ...................................................................................$ | | 405.00 |
| Net Current Billing For This Invoice ..........................................................................$ | | 405.00 |

Please remit payment within fifteen (15) days to

**Wiring Instructions for Thompson & Knight LLP**

| | |
|---|---|
| Receiving Bank: | Amegy Bank of Texas |
| | 4400 Post Oak Parkway |
| | Houston, TX 77027 |
| Beneficiary Account Name: | Thompson & Knight LLP |
| Beneficiary Address: | One Arts Plaza |
| | 1722 Routh St Ste 1500 |
| | Dallas, Texas 75201 |
| ABA Routing No. | 113011258 |
| Account No.: | 3324389 |
| SWIFT: | SWBKUS44 |

*Please reference client/matter name and number, attorney name, invoice number, etc.*
*Thank you for informing us of the date of transaction by fax/e-mail*

**Mailing Instructions for Thompson & Knight LLP**

P.O. Box 660684, Dallas, TX  75266-0684
To ensure proper credit please return this copy with your remittance.

# Thompson & Knight LLP

ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
tklaw.com

TAX ID No. 75-2813604

Energy Future Holdings Corp
Attn: Carla Howard
Energy Plaza
1601 Bryan St 9-070
Dallas, TX 75201

Page 1
April 15, 2016
Invoice 42004585

## INVOICE SUMMARY

For Services Rendered Through February 29, 2016

Our Matter #    508551.000027
                Debt Restructuring

| | | |
|---|---|---:|
| Fees for Professional Services | $ | 91,769.00 |
| Reimbursable Costs | $ | 30.00 |
| Net Current Billing For This Invoice | $ | 91,799.00 |

# THOMPSON & KNIGHT LLP
### ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
tklaw.com

TAX ID No. 75-2813604

Energy Future Holdings Corp
Attn: Carla Howard
Energy Plaza
1601 Bryan St 9-070
Dallas, TX 75201

Page 2
April 15, 2016
Invoice 42004585

| Date | Name | Narrative | Hours | Rate | Amount | Task | Act |
|------|------|-----------|-------|------|--------|------|-----|
| 02/01/2016 | Wheat, D | Prepare tax opinion outline for call with K&E (0.6); review busted 351 information from C. Howard and analyze tax issues regarding above (0.3) | .90 | 885.00 | $796.50 | B240 | |
| 02/01/2016 | Meyercord, L | Prepare legal entity simplification steps (6.70) | 6.70 | 520.00 | $3,484.00 | B240 | |
| 02/01/2016 | Savage, S | Prepare fifth interim fee application | 4.50 | 290.00 | $1,305.00 | B162 | |
| 02/01/2016 | McNulty, M | Conference with D. Wheat regarding tax opinion | .20 | 810.00 | $162.00 | B240 | |
| 02/02/2016 | Wheat, D | Conference with L. Meyercord regarding tax opinion outline (0.2); analyze Section 362(e) issue regarding spin-off and assign tax research to L. Meyercord (0.4); conference call with K&E regarding tax opinion issues (0.6); Review and revise slides regarding LESS restricting (1.4) | 2.60 | 885.00 | $2,301.00 | B240 | |
| 02/02/2016 | Meyercord, L | Conference with D. Wheat regarding issues for tax opinion (0.20); conference with K&E and D. Wheat regarding case status and tax opinion (0.60); research 362(e) issue (1.20); prepare legal entity simplification steps (0.40); conference with D. Wheat regarding same (0.20) | 2.40 | 520.00 | $1,248.00 | B240 | |
| 02/02/2016 | Savage, S | Research conflict database to insure compliance with reporting as necessary | .30 | 290.00 | $87.00 | B110 | |
| 02/02/2016 | Liggins, D | Review conflicts to determine if supplement to McNulty declaration is needed (.30) | .30 | 630.00 | $189.00 | B160 | |

**THOMPSON & KNIGHT LLP**

Page 3
April 15, 2016
Invoice 42004585

Our Matter #   508551.000027
Debt Restructuring

| Date | Name | Narrative | Hours | Rate | Amount | Task | Act |
|------|------|-----------|-------|------|--------|------|-----|
| 02/03/2016 | Wheat, D | Prepare tax opinion (review and analyze prior tax research regarding COI issues) (1.8) | 1.80 | 885.00 | $1,593.00 | B240 | |
| 02/03/2016 | Meyercord, L | Prepare memo on E&P issues and email correspondence with T. Keator regarding same (0.60) | .60 | 520.00 | $312.00 | B240 | |
| 02/04/2016 | Wheat, D | Analyze section 362(e) issue regarding TCEH spinoff (0.2); review 355(d) and 361 research re tax opinion (0.4) | .60 | 885.00 | $531.00 | B240 | |
| 02/04/2016 | Meyercord, L | Research and prepare memo analyzing E&P issues (9.90); conference call with B. Bloom regarding LESS steps chart (0.30) | 10.20 | 520.00 | $5,304.00 | B240 | |
| 02/04/2016 | Savage, S | Continue draft of fifth interim fee application (2.4); revise December fee statement (.3) | 2.70 | 290.00 | $783.00 | B160 | |
| 02/04/2016 | McNulty, M | Conference with D. Wheat regarding tax opinion | .20 | 810.00 | $162.00 | B240 | |
| 02/04/2016 | McNulty, M | Call with E. O'Brien regarding Form 647 excise tax audit and 2010-14 income tax audit | .20 | 810.00 | $162.00 | B240 | |
| 02/04/2016 | Liggins, D | Review December fee statement (.40) | .40 | 630.00 | $252.00 | B162 | |
| 02/05/2016 | Wheat, D | Prepare tax opinion outline to send to K&E (10.2 10.5, 12.0 1.7, 4.1 4.8); telephone conference with B. Bloom regarding spin-off tax issues (0.5); review and revise LESs slides (0.3); review and revise transaction docs regarding preferred stock sale (0.1) | 1.60 | 885.00 | $1,416.00 | B240 | |
| 02/05/2016 | Liggins, D | Email from K. Stadler regarding Fee Committee's approval of the Third Interim Fee Application | .10 | 630.00 | $63.00 | B162 | |
| 02/05/2016 | Liggins, D | Email with Fee Committee regarding comments to the Third Interim Fee Application (.20) | .20 | 630.00 | $126.00 | B160 | |
| 02/05/2016 | Savage, S | Revisions to December fee statement | .40 | 290.00 | $116.00 | B162 | |
| 02/05/2016 | Liggins, D | Emails with company to determine if there are any comments to the February budget and staffing plan (.20) | .20 | 630.00 | $126.00 | B161 | |

**THOMPSON & KNIGHT LLP**

Page 4
April 15, 2016
Invoice 42004585

Our Matter #    508551.000027
Debt Restructuring

| Date | Name | Narrative | Hours | Rate | Amount | Task | Act |
|------|------|-----------|-------|------|--------|------|-----|
| 02/05/2016 | McNulty, M | Review and comment on memo on E&P issues (2.10); conference with B. Bloom and L. Meyercord regarding same and distributions in 2006 and 2007 (0.90); prepare transmittal email to B. Bloom (0.20); status call with M. Horn, B. Bloom, and E. O'Brien and update D. Wheat (0.50); review audit letter request and last year's response and send to M. Horn (0.40) | 4.10 | 810.00 | $3,321.00 | B240 | |
| 02/05/2016 | Meyercord, L | Prepare outline of issues to cover in tax opinion (2.80); conference with M. McNulty and B. Bloom regarding E&P issues (0.40); revise legal entity simplification slides (1.60); prepare memo on E&P issues and email correspondence with M. McNulty regarding same (1.80) | 6.60 | 520.00 | $3,432.00 | B240 | |
| 02/05/2016 | Liggins, D | Finalize December fee statement (.30); Emails with C. Gooch approving December fee statement (.10); Follow-up with the Company to see if there are comments or question to the November fee statement (.20) | .60 | 630.00 | $378.00 | B162 | |
| 02/08/2016 | Savage, S | Finalize November and December fee statements for filing (.3); work on fifth interim fee application (2.8) | 3.10 | 290.00 | $899.00 | B162 | |
| 02/08/2016 | Wheat, D | Analyze Busted Section 351 issues for tax opinion (0.2); Review and revise purchase agreement and COD regarding Preferred Stock Sale and respond to K&E comments regarding above (0.9) | 1.10 | 885.00 | $973.50 | B240 | |
| 02/08/2016 | Meyercord, L | Review and comment on Prefco Stock Purchase Agreement (2.60); research 362(e) issue and email correspondence with D. Wheat regarding same (1.70); research bonus depreciation question (0.90) | 5.20 | 520.00 | $2,704.00 | B240 | |

**THOMPSON & KNIGHT LLP**

Our Matter #   508551.000027
                   Debt Restructuring

| Date | Name | Narrative | Hours | Rate | Amount | Task | Act |
|------|------|-----------|-------|------|--------|------|-----|
| 02/09/2016 | Wheat, D | Review and reply to email from C. Howard regarding public comments regardung REIT conversions (0.3); analyze Section 361 and 357 issues regarding tax opinion (0.9) | 1.20 | 885.00 | $1,062.00 | B240 | |
| 02/09/2016 | Meyercord, L | Research bonus depreciation question (2.10); e-mail correspondence with D. Wheat regarding possible REIT conversion by another utility (0.30) | 2.40 | 520.00 | $1,248.00 | B240 | |
| 02/10/2016 | McNulty, M | Prepare audit letter response | .20 | 810.00 | $162.00 | B240 | |
| 02/10/2016 | Wheat, D | Emails with K&E regarding PLR request (0.2); analyze Section 361 and 357 issues regarding PLR and tax opinion (0.8); review and revise email to B. Bloom regarding bonus depreciation of Oncor assets (0.2); review COI issues regarding tax opinion(0.9) | 2.10 | 885.00 | $1,858.50 | B240 | |
| 02/10/2016 | Meyercord, L | Research and prepare summary of application of longer phase-out of bonus depreciation to transmission and distribution assets (2.60); conference with D. Wheat regarding tax opinion (0.20) | 2.80 | 520.00 | $1,456.00 | B240 | |
| 02/10/2016 | McNulty, M | Prepare March budget | .30 | 810.00 | $243.00 | B161 | |
| 02/10/2016 | Liggins, D | Review of March budget estimates | .30 | 630.00 | $189.00 | B161 | |
| 02/11/2016 | Liggins, D | Email with M. Horn approving February budget | .10 | 630.00 | $63.00 | B161 | |
| 02/11/2016 | Liggins, D | Emails with M. Horn approving November and December fee statements (.20); | .20 | 630.00 | $126.00 | B162 | |
| 02/11/2016 | Keator, T | Review KPMG memo regarding 704(c) remedial income allocations and impact in E&P; research and analyze issues regarding same; draft analysis of same for B. Bloom | 3.80 | 610.00 | $2,318.00 | B240 | |
| 02/11/2016 | Wheat, D | Review Section 357 issues for tax opinion and PLR (0.8); review and reply to emails regarding less slides (0.2) | 1.00 | 885.00 | $885.00 | B240 | |

**THOMPSON & KNIGHT LLP**

Page 6
April 15, 2016
Invoice 42004585

Our Matter #    508551.000027
Debt Restructuring

| Date | Name | Narrative | Hours | Rate | Amount | Task | Act |
|------|------|-----------|-------|------|--------|------|-----|
| 02/11/2016 | Meyercord, L | Analyze proposal to address employment tax restart in LESS steps and e-mail correspondence with B. Bloom regarding same (1.70) | 1.70 | 520.00 | $884.00 | B240 | |
| 02/12/2016 | Wheat, D | Review and analyze K&E slides regarding Plan B (0.5); review grandfather rules regarding PLR request (0.6); review COI research regarding tax opinion (0.2); review and analyze memo from KPMG regarding effect of 704(c) allocations on EFH E&P (1.0) | 2.30 | 885.00 | $2,035.50 | B240 | |
| 02/12/2016 | Keator, T | Meeting with D. Wheat regarding E&P issue and T&K position on same | .50 | 610.00 | $305.00 | B240 | |
| 02/12/2016 | Liggins, D | Emails with J. Madron regarding filing of the November and December fee statements (.20) | .20 | 630.00 | $126.00 | B162 | |
| 02/12/2016 | Meyercord, L | Review slides on Plan B tax considerations and research relating to same(0.70); conference with D. Wheat regarding Plan B tax considerations (0.50); review recently released active trade or business rulings and email D. Wheat regarding same (1.20) | 2.40 | 520.00 | $1,248.00 | B240 | |
| 02/15/2016 | Wheat, D | Review emails regarding EY due diligence questions (0.2); prepare email to KE regarding ATB issues regarding tax opinion and PLR and recent IRS PLR regarding above (0.5); analyze COI issues regarding EFH tax opinion and PLR (2.1) | 2.80 | 885.00 | $2,478.00 | B240 | |
| 02/15/2016 | Meyercord, L | E-mail correspondence with D. Wheat regarding COI issue (0.40) | .40 | 520.00 | $208.00 | B240 | |
| 02/15/2016 | Savage, S | Work on March budget and staffing plan | .70 | 290.00 | $203.00 | B161 | |
| 02/15/2016 | Liggins, D | Review conflicts to determine if supplement to McNulty declaration is needed (.30) | .30 | 630.00 | $189.00 | B160 | |
| 02/16/2016 | Wheat, D | Analyze COI issues regarding PLR and opinion (0.5) | .50 | 885.00 | $442.50 | B240 | |

**THOMPSON & KNIGHT LLP**

Our Matter #   508551.000027
                Debt Restructuring

| Date | Name | Narrative | Hours | Rate | Amount | Task | Act |
|------|------|-----------|-------|------|--------|------|-----|
| 02/16/2016 | Meyercord, L | Review and comment on IRS submissions log (0.40); conference with D. Wheat regarding COI issue (0.20); prepare tax opinion for spin-off (4.70) | 5.30 | 520.00 | $2,756.00 | B240 | |
| 02/16/2016 | Savage, S | Revise March budget | .70 | 290.00 | $203.00 | B161 | |
| 02/17/2016 | Wheat, D | Analyze issues regarding 1502-6 PLR request per IRS comments (0.4); analyze PLR and ruling issues regarding ATB (0.8) | 1.20 | 885.00 | $1,062.00 | B240 | |
| 02/17/2016 | Savage, S | Work on fee summary for fee application | 1.50 | 290.00 | $435.00 | B162 | |
| 02/17/2016 | Keator, T | Draft email to B. Bloom regarding analysis of EP issue | 2.50 | 610.00 | $1,525.00 | B240 | |
| 02/18/2016 | McNulty, M | Prepare response to audit letter request (0.50); emails with M. Horn regarding same (0.20) | .70 | 810.00 | $567.00 | B240 | |
| 02/18/2016 | Meyercord, L | E-mail correspondence with D. Wheat regarding IRS ruling request (0.40) | .40 | 520.00 | $208.00 | B240 | |
| 02/18/2016 | Semands, E | Prepare audit letter procedure checklist; draft and transmit memorandum to working attorneys | .80 | 385.00 | $308.00 | B240 | |
| 02/18/2016 | Wheat, D | Telephone conference with F. Kelly(IRS) regarding PLR request (1.0); analyze tax issues raised by IRS and prepare email to client and KE re above (1.1) | 2.10 | 885.00 | $1,858.50 | B240 | |
| 02/19/2016 | Wheat, D | Analyze tax issues raised by IRS regarding PLR and conference with L. Meyercord regarding above (0.9); conference call with client and KE regarding above (0.5); prepare response to IRS questions re Section 355(d) (0.6) | 3.00 | 885.00 | $2,655.00 | B240 | |

**THOMPSON & KNIGHT LLP**

Page 8
April 15, 2016
Invoice 42004585

Our Matter #   508551.000027
                Debt Restructuring

| Date | Name | Narrative | Hours | Rate | Amount | Task | Act |
|------|------|-----------|-------|------|--------|------|-----|
| 02/19/2016 | Meyercord, L | Conference with D. Wheat regarding update on IRS ruling (0.30); research north/south no rule issue (3.80); conference with C. Howard, B. Bloom, D. Wheat, and T. Maynes on IRS update (0.30); research and prepare IRS submission on aggregation issue (4.40) | 8.80 | 520.00 | $4,576.00 | B240 | |
| 02/19/2016 | Savage, S | Analysis of conflict database to determine necessity of disclosure | .40 | 290.00 | $116.00 | B110 | |
| 02/19/2016 | Liggins, D | Review conflicts to determine if supplement to McNulty declaration is needed (.30) | .30 | 630.00 | $189.00 | B160 | |
| 02/21/2016 | Meyercord, L | Prepare response to IRS questions (1.80) | 1.80 | 520.00 | $936.00 | B240 | |
| 02/21/2016 | Savage, S | Research docket regarding fee application order (.1); review and analyze order regarding fees approved for numbers to be included in next fee application draft (.2) | .30 | 290.00 | $87.00 | B162 | |
| 02/21/2016 | Wheat, D | Advise Baker Botts of issues raised by IRS regarding PLR (0.2) | .20 | 885.00 | $177.00 | B240 | |
| 02/22/2016 | Meyercord, L | Review and comment on KE response to IRS question regarding busted 351 assets (1.20); research Texas margins tax issue (1.10); prepare IRS submission on aggregation of rights participants (0.30) | 2.60 | 520.00 | $1,352.00 | B240 | |
| 02/22/2016 | Savage, S | Work on fee application | 2.50 | 290.00 | $725.00 | B162 | |
| 02/22/2016 | Savage, S | Research database to determine necessity of additional disclosure | .20 | 290.00 | $58.00 | B110 | |
| 02/22/2016 | McNulty, M | Review and approve audit letter response | .20 | 810.00 | $162.00 | B240 | |
| 02/22/2016 | Wheat, D | Prepare response to IRS questions regarding 355(d) PLR request(0.6); analyze email from B. Bloom regarding TMT issue regarding COD (0.2); review and reply to emails regarding Prefco stock sales (0.2) | 1.00 | 885.00 | $885.00 | B240 | |

**THOMPSON & KNIGHT LLP**

Page 9
April 15, 2016
Invoice 42004585

Our Matter #      508551.000027
                  Debt Restructuring

| Date | Name | Narrative | Hours | Rate | Amount | Task | Act |
|------|------|-----------|-------|------|--------|------|-----|
| 02/23/2016 | Meyercord, L | Conference with D. Wheat regarding response to IRS's question on structure (0.20); prepare written response to same (1.90); review and comment on busted 351 write-up (0.40) | 2.50 | 520.00 | $1,300.00 | B240 | |
| 02/23/2016 | Wheat, D | Prepare response to IRS request regarding 355(d) anti-abuse (0.5); review and revise supplemental submission regarding busted 351 (0.2); emails with Baker Botts and KE regarding REIT PLR request (0.2) | .90 | 885.00 | $796.50 | B240 | |
| 02/23/2016 | Semands, E | Prepare Energy Future Holdings Corp audit letter response file for review by J. Betts; conference with J. Betts regarding review of audit letter; transmit audit letter to Deloitte | .90 | 385.00 | $346.50 | B240 | |
| 02/23/2016 | Savage, S | Confer with D. Liggins regarding budget and staffing plan for March | .20 | 290.00 | $58.00 | B161 | |
| 02/23/2016 | Savage, S | Revise fee application | .80 | 290.00 | $232.00 | B162 | |
| 02/23/2016 | Liggins, D | Revise March budget and staffing plan | 1.10 | 630.00 | $693.00 | B161 | |
| 02/24/2016 | McNulty, M | Review and comment on March Budget Staffing Plan | .70 | 810.00 | $567.00 | B240 | |
| 02/24/2016 | Meyercord, L | Conference with D. Wheat regarding North/South issue (0.20); prepare write-up on busted 351 assets (0.40); conference with D. Wheat regarding timing of lease and opco/propco sale (0.30); email correspondence regarding same (0.30) | 1.20 | 520.00 | $624.00 | B240 | |
| 02/24/2016 | Wheat, D | Review and revise KE draft response regarding busted 351 (0.3); review and analyze email from KE regarding timing and order of steps (1.6); analyze north-south issue raised by IRS regarding PLR (1.0) | 2.90 | 885.00 | $2,566.50 | B240 | |
| 02/24/2016 | Savage, S | Revise March budget and staffing plan | .80 | 290.00 | $232.00 | B161 | |
| 02/24/2016 | Liggins, D | Continue to draft March budget and staffing plan (1.5) | 1.50 | 630.00 | $945.00 | B161 | |

**THOMPSON & KNIGHT LLP**

Page 10
April 15, 2016
Invoice 42004585

Our Matter #    508551.000027
                Debt Restructuring

| Date | Name | Narrative | Hours | Rate | Amount | Task | Act |
|------|------|-----------|-------|------|--------|------|-----|
| 02/24/2016 | Savage, S | Work on fee calculations and action summary for interim fee application | 1.20 | 290.00 | $348.00 | B162 | |
| 02/25/2016 | Liggins, D | Finalize March budget and staffing plan (.30); Emails with M. Horn and C.Gooch approving the same (.20) | .50 | 630.00 | $315.00 | B161 | |
| 02/25/2016 | Meyercord, L | E-mail correspondence regarding conference with F. Kelly (0.30); prepare IRS submission (1.90) | 2.20 | 520.00 | $1,144.00 | B240 | |
| 02/25/2016 | Wheat, D | Review and analyze email from IRS regarding PLR (0.4); telephone conference with IRS (Fran Kelly) regarding PLR request (0.8); analyze tax issues raised by IRS and prepare email to client and KE regarding above (0.9); prepare response to IRS regarding 355(d) anti-abuse issue (0.6) | 2.70 | 885.00 | $2,389.50 | B240 | |
| 02/26/2016 | Meyercord, L | Research and prepare analysis of CODI Texas margins tax question (6.90); e-mail correspondence with A. Sexton regarding IRS follow-up (0.20); analyze relevance of Hilton REIT spin on EFH (0.60) | 7.70 | 520.00 | $4,004.00 | B240 | |
| 02/26/2016 | Wheat, D | Prepare response to IRS regarding PLR request (0.5); emails regarding CODI TMT issue (0.2) | .70 | 885.00 | $619.50 | B240 | |
| 02/28/2016 | Meyercord, L | E-mail correspondence with T. Lowther regarding Texas margins tax issue (0.30) | .30 | 520.00 | $156.00 | B240 | |
| 02/29/2016 | Wheat, D | Review and revise submission to IRS in light of KE comments (1.1); prepare emails to KE regarding above (0.6) | 1.70 | 885.00 | $1,504.50 | B240 | |
| 02/29/2016 | Meyercord, L | Research Hilton REIT spin and impact on restructuring (1.20); review and comment on revised draft of IRS submission (2.90) | 4.10 | 520.00 | $2,132.00 | B240 | |

Fees for Professional Services ......................................................................................$        91,769.00

**THOMPSON & KNIGHT LLP**

Page 11
April 15, 2016
Invoice 42004585

Our Matter #   508551.000027
              Debt Restructuring

Summary of Fees

| Name | Title | Hours | | Rate/Hr | | Amount |
|------|-------|-------|---|---------|---|--------|
| David Wheat | Partner | 34.90 | $ | 885.00 | $ | 30,886.50 |
| Todd Keator | Partner | 6.80 | $ | 610.00 | $ | 4,148.00 |
| Mary McNulty | Partner | 6.80 | $ | 810.00 | $ | 5,508.00 |
| Demetra Liggins | Partner | 6.30 | $ | 630.00 | $ | 3,969.00 |
| Leonora Meyercord | Associate | 78.30 | $ | 520.00 | $ | 40,716.00 |
| Emily Semands | Associate | 1.70 | $ | 385.00 | $ | 654.50 |
| Shannon Savage | Paralegal | 20.30 | $ | 290.00 | $ | 5,887.00 |
| Total | | 155.10 | | | $ | 91,769.00 |

Reimbursable Costs

| Date | Description | Amount |
|------|-------------|--------|
| 02/18/2016 | Court Costs paid by Demetra Liggins - Attend EFH Fee Application Hearing via CourtCall conference | $30.00 |

Total Reimbursable Costs ........................................................................................$          30.00

Total Current Fees and Costs for this Invoice...............................................................$     91,799.00

# THOMPSON & KNIGHT LLP
### ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
tklaw.com

TAX ID No. 75-2813604

Energy Future Holdings Corp
Attn: Carla Howard
Energy Plaza
1601 Bryan St 9-070
Dallas, TX 75201

Page 12
April 15, 2016
Invoice 42004585

# REMITTANCE COPY

For Services Rendered Through February 29, 2016

Our Matter #    508551.000027
Debt Restructuring

| | | |
|---|---|---|
| Fees for Professional Services | $ | 91,769.00 |
| Reimbursable Costs | $ | 30.00 |
| Net Current Billing For This Invoice | $ | 91,799.00 |

Please remit payment within fifteen (15) days to

**Wiring Instructions for Thompson & Knight LLP**

| | |
|---|---|
| Receiving Bank: | Amegy Bank of Texas |
| | 4400 Post Oak Parkway |
| | Houston, TX 77027 |
| Beneficiary Account Name: | Thompson & Knight LLP |
| Beneficiary Address: | One Arts Plaza |
| | 1722 Routh St Ste 1500 |
| | Dallas, Texas 75201 |
| ABA Routing No. | 113011258 |
| Account No.: | 3324389 |
| SWIFT: | SWBKUS44 |

*Please reference client/matter name and number, attorney name, invoice number, etc.*
*Thank you for informing us of the date of transaction by fax/e-mail*

**Mailing Instructions for Thompson & Knight LLP**

P.O. Box 660684, Dallas, TX  75266-0684
To ensure proper credit please return this copy with your remittance.

AUSTIN | DALLAS | FORT WORTH | HOUSTON | LOS ANGELES | NEW YORK | ALGIERS | LONDON | MONTERREY | PARIS | MEXICO CITY

# Thompson & Knight LLP

ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
tklaw.com

TAX ID No. 75-2813604

Energy Future Holdings Corp
Attn: Carla Howard
Energy Plaza
1601 Bryan St 9-070
Dallas, TX 75201

Page 1
April 30, 2016
Invoice 42006188

## INVOICE SUMMARY

For Services Rendered Through March 31, 2016

Our Matter #   508551.000027
                Debt Restructuring

| | |
|---|---:|
| Fees for Professional Services .......................................................................................$ | 59,275.00 |
| Reimbursable Costs.......................................................................................................$ | 16.71 |
| Net Current Billing For This Invoice ..........................................................................$ | 59,291.71 |

# THOMPSON & KNIGHT LLP

### ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
tklaw.com

TAX ID No. 75-2813604

Energy Future Holdings Corp                                          Page 2
Attn: Carla Howard                                             April 30, 2016
Energy Plaza                                                Invoice 42006188
1601 Bryan St 9-070
Dallas, TX 75201

| Date | Name | Narrative | Hours | Rate | Amount | Task | Act |
|------|------|-----------|-------|------|--------|------|-----|
| 03/01/2016 | Meyercord, L | Conference with A. Sexton regarding IRS submissions (0.30); e-mail correspondence with D. Wheat and M. McNulty regarding same (0.50); review and comment on revised IRS submission (2.80); prepare response to IRS question regarding ruling (0.20) | 3.80 | 520.00 | $1,976.00 | B240 | |
| 03/01/2016 | Wheat, D | Review and revise submission to IRS in light of KE comments (0.9); prepare response to further questions from IRS (0.2) | 1.10 | 885.00 | $973.50 | B240 | |
| 03/02/2016 | Savage, S | Revise fee application | 2.00 | 290.00 | $580.00 | B162 | |
| 03/02/2016 | Wheat, D | Consider possible revised ruling regarding EP per question from Baker Botts (0.2); review prior submissions per IRS questions re 355(d) (0.2); analyze tax issues per IRS questions re 355(d) (0.8); telephone conferences with IRS regarding 355(d) issues in PLR (1.1); prepare email to client and KE regarding telephone conference with IRS (0.7) | 3.00 | 885.00 | $2,655.00 | B240 | |
| 03/02/2016 | Meyercord, L | Analyze prior 355(d) submissions (1.40); conference with D. Wheat regarding same (0.20); research uses of equity investment (0.20) | 1.80 | 520.00 | $936.00 | B240 | |
| 03/03/2016 | Meyercord, L | Review comments to IRS submission and revise same (2.60); conference with A. Sexton regarding same (0.20) | 2.80 | 520.00 | $1,456.00 | B240 | |

**THOMPSON & KNIGHT LLP**

Page 3
April 30, 2016
Invoice 42006188

Our Matter #    508551.000027
Debt Restructuring

| Date | Name | Narrative | Hours | Rate | Amount | Task | Act |
|------|------|-----------|-------|------|--------|------|-----|
| 03/03/2016 | Wheat, D | Review and revise IRS submission regarding 355(d) per comments from creditors counsel (1.3); emails with KE regarding above (0.7) | 2.00 | 885.00 | $1,770.00 | B240 | |
| 03/04/2016 | McNulty, M | Revise Fifth Interim Fee Application | 2.40 | 810.00 | $1,944.00 | B162 | |
| 03/04/2016 | Meyercord, L | Prepare and submit IRS submission (2.80) | 2.80 | 520.00 | $1,456.00 | B240 | |
| 03/04/2016 | Savage, S | Prepare CNOs for November and December fee statements | .80 | 290.00 | $232.00 | B162 | |
| 03/04/2016 | Wheat, D | Finalize and submit response to IRS questions regarding 355(d) (0.5); telephone conference with B. Bloom regarding tax issues regarding PLR request (0.3) | .80 | 885.00 | $708.00 | B240 | |
| 03/07/2016 | Meyercord, L | Prepare IRS submission (1.30) | 1.30 | 520.00 | $676.00 | B240 | |
| 03/07/2016 | Liggins, D | Edit draft of Fifth Interim Fee Application (.90); Review Certificate of No Objection filed by local counsel (.20); | 1.10 | 630.00 | $693.00 | B162 | |
| 03/08/2016 | Meyercord, L | Prepare response to IRS questions (3.60); conference with KE regarding same (0.50); e-mail correspondence with D. Wheat regarding 362(e) question (0.20); research regarding 357(c) significant issue question (2.10) | 6.40 | 520.00 | $3,328.00 | B240 | |
| 03/08/2016 | Savage, S | Prepare MFIS for November and December 2015 fee statements | .80 | 290.00 | $232.00 | B162 | |
| 03/08/2016 | Lowther, T | Conduct tax research regarding franchise tax reporting requirements related to COD income and coordinate additional research with P. Yin related to same; review analysis prepared by P. Yin and advise with respect to recommended approach for reporting same | .80 | 570.00 | $456.00 | B240 | |

**THOMPSON & KNIGHT LLP**

Our Matter #    508551.000027
                Debt Restructuring

| Date | Name | Narrative | Hours | Rate | Amount | Task | Act |
|------|------|-----------|-------|------|--------|------|-----|
| 03/08/2016 | Wheat, D | Prepare supplemental response to Internal Revenue Service regarding 357(c) and ruling language (0.9); emails and telephone conference with KE regarding above (0.8); review and reply to email from B. Bloom regarding question from Deloitte (0.2) | 1.90 | 885.00 | $1,681.50 | B240 | |
| 03/08/2016 | Liggins, D | Review Monthly Fee Invoice Statement for November and December (.30) | .30 | 630.00 | $189.00 | B162 | |
| 03/08/2016 | Yin, P | Evaluate Texas Tax Code and regulations regarding whether cancellation of indebtedness income is included within taxable margin for Texas franchise tax purposes and prepare analysis regarding same | 4.30 | 385.00 | $1,655.50 | B240 | |
| 03/09/2016 | Wheat, D | Telephone call with F. Kelly (IRS) regarding PLR (0.2); review and revise submission to Internal Revenue Service regarding 357(c)(0.8) | 1.00 | 885.00 | $885.00 | B240 | |
| 03/09/2016 | Lowther, T | Review P. Yin tax summary concerning COD income reporting position; prepare summary correspondence to internal working group regarding Texas franchise tax issues related to same | .40 | 570.00 | $228.00 | B240 | |
| 03/09/2016 | Meyercord, L | Review and comment on response to IRS's question regarding 357(c) (2.0); conference with D. Wheat regarding same (0.30) | 2.30 | 520.00 | $1,196.00 | B240 | |
| 03/10/2016 | Meyercord, L | Review and comment on revised draft of IRS submission (1.80) | 1.80 | 520.00 | $936.00 | B240 | |
| 03/10/2016 | Wheat, D | Review and revise submission to Internal Revenue Service regarding 357(c) and other matters | .30 | 885.00 | $265.50 | B240 | |
| 03/11/2016 | Meyercord, L | E-mail correspondence with A. Sexton regarding COI question (0.50) | .50 | 520.00 | $260.00 | B240 | |
| 03/11/2016 | Wheat, D | Emails with KE regarding submission to IRS | .20 | 885.00 | $177.00 | B240 | |

**THOMPSON & KNIGHT LLP**

Page 5
April 30, 2016
Invoice 42006188

Our Matter #   508551.000027
Debt Restructuring

| Date | Name | Narrative | Hours | Rate | Amount | Task | Act |
|------|------|-----------|-------|------|--------|------|-----|
| 03/14/2016 | Wheat, D | Finalize submission to IRS regarding PLR (0.5); review research and prepare email to B. Bloom regarding TMT issues regarding CODI (0.5) | 1.00 | 885.00 | $885.00 | B240 | |
| 03/14/2016 | Savage, S | Revise fee application | 4.20 | 290.00 | $1,218.00 | B162 | |
| 03/14/2016 | Meyercord, L | Review comments to IRS submission and prepare same for submission to IRS (3.10); review comments from legal on LESS steps chart (1.60) | 4.70 | 520.00 | $2,444.00 | B240 | |
| 03/16/2016 | Meyercord, L | Revise legal entity simplification steps chart (1.10) | 1.10 | 520.00 | $572.00 | B240 | |
| 03/17/2016 | Meyercord, L | Revise and prepare legal entity simplification steps chart to reflect comments from legal and KE (5.80); conference with B. Bloom regarding same (0.40) | 6.20 | 520.00 | $3,224.00 | B240 | |
| 03/18/2016 | Liggins, D | Assess status of the interim fee application | .30 | 630.00 | $189.00 | B162 | |
| 03/18/2016 | McNulty, M | Call with B. Bloom regarding meeting for tax controversy and non-ruling request matters (0.20); conference with L. Meyercord regarding same and LESS slides | .40 | 810.00 | $324.00 | B240 | |
| 03/18/2016 | McNulty, M | Review and comment on revised draft of Interim Fee Application for period from September 1 - December 31, 2015 | .40 | 810.00 | $324.00 | B162 | |
| 03/18/2016 | Savage, S | Prepare Sixth Supplemental McNulty declaration | 1.40 | 290.00 | $406.00 | B160 | |
| 03/18/2016 | Savage, S | Revise fifth interim fee application (.9); correspond with M. McNulty regarding same (.2) | 1.10 | 290.00 | $319.00 | B162 | |
| 03/18/2016 | Meyercord, L | Revise legal entity simplification steps chart to reflect comments from legal and KE (7.30) | 7.30 | 520.00 | $3,796.00 | B240 | |
| 03/19/2016 | Meyercord, L | Revise legal entity simplification steps chart to reflect comments from legal and KE (3.80) | 3.80 | 520.00 | $1,976.00 | B240 | |
| 03/20/2016 | James, M | Review of LESS Step Slides to ensure accuracy and completeness | 4.10 | 385.00 | $1,578.50 | B240 | |

**THOMPSON & KNIGHT LLP**

Our Matter #   508551.000027
Debt Restructuring

| Date | Name | Narrative | Hours | Rate | Amount | Task | Act |
|------|------|-----------|-------|------|--------|------|-----|
| 03/21/2016 | McNulty, M | Review and comment on revised draft of interim fee application for September 1 through December 31, 2015 | .20 | 810.00 | $162.00 | B162 | |
| 03/21/2016 | Meyercord, L | Revise legal entity simplification steps chart to reflect comments from legal and KE (2.80); email correspondence with B. Bloom regarding same (0.50) | 3.30 | 520.00 | $1,716.00 | B240 | |
| 03/21/2016 | Savage, S | Revise fifth interim fee application | 2.40 | 290.00 | $696.00 | B162 | |
| 03/22/2016 | McNulty, M | Review and comment on proposed final draft of interim fee application | .20 | 810.00 | $162.00 | B162 | |
| 03/24/2016 | Liggins, D | Finalize 5th Interim fee application (.40); Emails with C. Howard and M. Horn with respect to same (.30); Emails with J. Madron to facilitate filing (.30) | 1.00 | 630.00 | $630.00 | B162 | |
| 03/24/2016 | Liggins, D | Assess status of April budget estimates (.10) | .10 | 630.00 | $63.00 | B161 | |
| 03/25/2016 | Liggins, D | Determine supplements to disclosures to employment application | .60 | 630.00 | $378.00 | B160 | |
| 03/25/2016 | Meyercord, L | Revise legal entity simplification steps chart to reflect comments from KE bankruptcy and tax (2.70) | 2.70 | 520.00 | $1,404.00 | B240 | |
| 03/27/2016 | James, M | Review comments and changes to LESS slides by J. Johnson | .30 | 385.00 | $115.50 | B240 | |
| 03/27/2016 | Meyercord, L | Revise legal entity simplification steps chart to reflect comments from KE bankruptcy and tax (4.40) | 4.40 | 520.00 | $2,288.00 | B240 | |
| 03/28/2016 | Meyercord, L | Revise legal entity simplification steps chart to reflect comments from KE bankruptcy and tax and e-mail correspondence with M. James regarding same (1.20) | 1.20 | 520.00 | $624.00 | B240 | |
| 03/28/2016 | James, M | Review and edit LESS slides to incorporate changes requested by J. Johnson | 5.60 | 385.00 | $2,156.00 | B240 | |
| 03/29/2016 | Meyercord, L | Meeting with B. Bloom, C. Howard and M. McNulty regarding controversy matters (1.70) | 1.70 | 520.00 | $884.00 | B240 | |

**THOMPSON & KNIGHT LLP**

Page 7
April 30, 2016
Invoice 42006188

Our Matter #    508551.000027
Debt Restructuring

| Date | Name | Narrative | Hours | Rate | Amount | Task | Act |
|------|------|-----------|-------|------|--------|------|-----|
| 03/29/2016 | McNulty, M | Meeting with C. Howard and B. Bloom regarding pending tax controversy and other non-ruling request projects; prepare for same | 2.10 | 810.00 | $1,701.00 | B240 | |
| 03/30/2016 | Liggins, D | Review and analysis January and February fee statements | .40 | 630.00 | $252.00 | B162 | |
| 03/30/2016 | Liggins, D | Determine supplements to the TK employment declaration | .60 | 630.00 | $378.00 | B160 | |
| 03/31/2016 | McNulty, M | Prepare April budget | .50 | 810.00 | $405.00 | B161 | |
| 03/31/2016 | Meyercord, L | Revise legal entity simplification slides (0.30); conference with B. Bloom regarding same (0.10) | .40 | 520.00 | $208.00 | B240 | |
| 03/31/2016 | Liggins, D | Revise February pro forma (1.2) | .10 | 630.00 | $63.00 | B160 | |
| 03/31/2016 | Liggins, D | Review April budget estimates | .30 | 630.00 | $189.00 | B161 | |

Fees for Professional Services ................................................................................................$        59,275.00

### Summary of Fees

| Name | Title | Hours | | Rate/Hr | | Amount |
|------|-------|-------|---|---------|---|--------|
| David Wheat | Partner | 11.30 | $ | 885.00 | $ | 10,000.50 |
| Mary McNulty | Partner | 6.20 | $ | 810.00 | $ | 5,022.00 |
| Todd Lowther | Partner | 1.20 | $ | 570.00 | $ | 684.00 |
| Demetra Liggins | Partner | 4.80 | $ | 630.00 | $ | 3,024.00 |
| Leonora Meyercord | Associate | 60.30 | $ | 520.00 | $ | 31,356.00 |
| Paul Yin | Associate | 4.30 | $ | 385.00 | $ | 1,655.50 |
| Megan James | Associate | 10.00 | $ | 385.00 | $ | 3,850.00 |
| Shannon Savage | Paralegal | 12.70 | $ | 290.00 | $ | 3,683.00 |
| Total | | 110.80 | | | $ | 59,275.00 |

### Reimbursable Costs

| Date | Description | Amount |
|------|-------------|--------|
| | Postage Charges | $6.71 |
| 03/29/2016 | Parking for Mary Mcnulty - Meeting with C. Howard and B. Bloom | $10.00 |

**THOMPSON & KNIGHT LLP**

Page 8
April 30, 2016
Invoice 42006188

Our Matter #   508551.000027
Debt Restructuring

Total Reimbursable Costs ............................................................................................................$         16.71

Total Current Fees and Costs for this Invoice................................................................................$     59,291.71

# THOMPSON & KNIGHT LLP
### ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
tklaw.com

TAX ID No. 75-2813604

Energy Future Holdings Corp
Attn: Carla Howard
Energy Plaza
1601 Bryan St 9-070
Dallas, TX 75201

Page 9
April 30, 2016
Invoice 42006188

# REMITTANCE COPY

For Services Rendered Through March 31, 2016

Our Matter #   508551.000027
Debt Restructuring

| | |
|---|---|
| Fees for Professional Services .................................................................................$ | 59,275.00 |
| Reimbursable Costs.................................................................................................$ | 16.71 |
| Net Current Billing For This Invoice ........................................................................$ | 59,291.71 |

Please remit payment within fifteen (15) days to

**Wiring Instructions for Thompson & Knight LLP**

| | |
|---|---|
| Receiving Bank: | Amegy Bank of Texas<br>4400 Post Oak Parkway<br>Houston, TX 77027 |
| Beneficiary Account Name:<br>Beneficiary Address: | Thompson & Knight LLP<br>One Arts Plaza<br>1722 Routh St Ste 1500<br>Dallas, Texas 75201 |
| ABA Routing No.<br>Account No.:<br>SWIFT: | 113011258<br>3324389<br>SWBKUS44 |

*Please reference client/matter name and number, attorney name, invoice number, etc.*
*Thank you for informing us of the date of transaction by fax/e-mail*

**Mailing Instructions for Thompson & Knight LLP**

P.O. Box 660684, Dallas, TX  75266-0684
To ensure proper credit please return this copy with your remittance.

# THOMPSON & KNIGHT LLP

### ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
tklaw.com

TAX ID No. 75-2813604

Energy Future Holdings Corp
Attn: Carla Howard
Energy Plaza
1601 Bryan St 9-070
Dallas, TX 75201

Page 1
May 17, 2016
Invoice 42007725

## INVOICE SUMMARY

For Services Rendered Through April 30, 2016

Our Matter #   508551.000027
                Debt Restructuring

| | |
|---|---|
| Fees for Professional Services ...........................................................................................$ | 14,813.50 |
| Net Current Billing For This Invoice ..........................................................................................$ | 14,813.50 |

# THOMPSON & KNIGHT LLP

### ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
tklaw.com

TAX ID No. 75-2813604

Energy Future Holdings Corp
Attn: Carla Howard
Energy Plaza
1601 Bryan St 9-070
Dallas, TX 75201

Page 2
May 17, 2016
Invoice 42007725

| Date | Name | Narrative | Hours | Rate | Amount | Task | Act |
|------|------|-----------|-------|------|--------|------|-----|
| 04/01/2016 | McNulty, M | Call with M. Horn regarding status of 2010-2014 audits and prompt determination for 2015 (.30) | .30 | 810.00 | $243.00 | B240 | |
| 04/04/2016 | Savage, S | Draft January and February fee statements (1.2) | 1.20 | 290.00 | $348.00 | B162 | |
| 04/05/2016 | Savage, S | Revise January fee statement (.40); revise February fee statement (.30) | .70 | 290.00 | $203.00 | B162 | |
| 04/05/2016 | Liggins, D | Review revised January and February pro formas (.80) | .80 | 630.00 | $504.00 | B162 | |
| 04/06/2016 | Liggins, D | Prepare April budget and staffing plan (1.2) | 1.20 | 630.00 | $756.00 | B161 | |
| 04/06/2016 | Savage, S | Prepare January fee statement (1.2); prepare February fee statement (1.5) | 2.70 | 290.00 | $783.00 | B162 | |
| 04/06/2016 | Savage, S | Prepare April budget and staffing plan memorandum (.90) | .90 | 290.00 | $261.00 | B161 | |
| 04/06/2016 | Gerber, K | Tax research on treatment of consent fee (1.8) | 1.80 | 540.00 | $972.00 | B240 | |
| 04/07/2016 | Savage, S | Research conflict database in order to determine whether additional disclosure is warranted (.70) | .70 | 290.00 | $203.00 | B110 | |
| 04/07/2016 | Savage, S | Revise January and February fee statements (1.2); prepare LEDES data for upload (.40) | 1.60 | 290.00 | $464.00 | B162 | |
| 04/07/2016 | Savage, S | Revise April budget and staffing plan (.60) | .60 | 290.00 | $174.00 | B161 | |
| 04/08/2016 | McNulty, M | Prepare April budget (.20) | .20 | 810.00 | $162.00 | B161 | |
| 04/11/2016 | McNulty, M | Respond to question from M. Horn regarding tax treatment of payment of consent fee on DIPO facility that does not result in significant modification (.90) | .90 | 810.00 | $729.00 | B240 | |

**THOMPSON & KNIGHT LLP**

Our Matter #    508551.000027
Debt Restructuring

| Date | Name | Narrative | Hours | Rate | Amount | Task | Act |
|------|------|-----------|-------|------|--------|------|-----|
| 04/12/2016 | Liggins, D | Finalize the budget and staffing plan (.60) Emails with M. Horn and C. Howard about the April budget and staffing plan (.20) | .80 | 630.00 | $504.00 | B161 | |
| 04/13/2016 | Savage, S | Analyze conflicts database regarding potential disclosure of representation (.30); revise sixth supplemental declaration of M. McNulty (.40) | .70 | 290.00 | $203.00 | B110 | |
| 04/13/2016 | Liggins, D | Emails with M. Horn approving the April budget and staffing plan (.20) | .20 | 630.00 | $126.00 | B161 | |
| 04/13/2016 | Liggins, D | Review draft of sixth supplement to TK Employment application (.70) | .70 | 630.00 | $441.00 | B160 | |
| 04/14/2016 | Liggins, D | Finalize responses to U.S. Trustee's comments to TK Fifth Interim Fee Application (.60) | .60 | 630.00 | $378.00 | B170 | |
| 04/15/2016 | Meyercord, L | Conference with D. Wheat regarding update from F. Kelly regarding ruling request (0.80) | .80 | 520.00 | $416.00 | B240 | |
| 04/15/2016 | Savage, S | Revise January and February fee statements (.60) | .60 | 290.00 | $174.00 | B162 | |
| 04/15/2016 | Liggins, D | Finalize January and February fee statements (.40); Emails to company regarding same (.20) | .60 | 630.00 | $378.00 | B162 | |
| 04/15/2016 | McNulty, M | Review article on recent case involving a formula adjustment clause that the IRS conceded and consider impact on formula clause proposal for IRS and busted 351 (.20) | .20 | 810.00 | $162.00 | B240 | |
| 04/18/2016 | McNulty, M | Review and comment on Sixth Supplemental Declaration (.30) | .30 | 810.00 | $243.00 | B160 | |
| 04/18/2016 | Savage, S | Confer with M. McNulty regarding supplemental declaration (.20) | .20 | 290.00 | $58.00 | B160 | |
| 04/18/2016 | Savage, S | Prepare supporting information for January and February fee statements for uploading to Box (.30) | .30 | 290.00 | $87.00 | B162 | |
| 04/18/2016 | Liggins, D | Email with M. Horn approving January and February fee statements (.20) | .20 | 630.00 | $126.00 | B162 | |
| 04/20/2016 | Meyercord, L | Research hot stock issue (1.40) | 1.40 | 520.00 | $728.00 | B240 | |
| 04/20/2016 | McNulty, M | Prepare May budget (.30) | .30 | 810.00 | $243.00 | B161 | |

**THOMPSON & KNIGHT LLP**

Our Matter #    508551.000027
                  Debt Restructuring

| Date | Name | Narrative | Hours | Rate | Amount | Task | Act |
|------|------|-----------|-------|------|--------|------|-----|
| 04/20/2016 | Liggins, D | Emails with local counsel regarding the filing of the January and February monthly fee statements (.20) | .20 | 630.00 | $126.00 | B162 | |
| 04/20/2016 | Liggins, D | Review and analysis May budget estimates (.30) | .30 | 630.00 | $189.00 | B161 | |
| 04/21/2016 | Meyercord, L | Research hot stock issue (1.80); e-mail correspondence with D. Wheat regarding hot stock issue and 2013 reorganization ruling (0.40); revise LESS steps chart to reflect comments from Paul Weiss (0.60) | 2.80 | 520.00 | $1,456.00 | B240 | |
| 04/21/2016 | Liggins, D | Revise May budget estimates (.20) | .20 | 630.00 | $126.00 | B161 | |
| 04/21/2016 | Liggins, D | Follow-up with local counsel regarding the filing of the January and February monthly fee statements (.20) | .20 | 630.00 | $126.00 | B162 | |
| 04/22/2016 | Meyercord, L | Revise LESS steps chart to reflect comments from Paul Weiss (1.70) | 1.70 | 520.00 | $884.00 | B240 | |
| 04/22/2016 | Savage, S | Prepare May budget and staffing plan (1.0) | 1.00 | 290.00 | $290.00 | B161 | |
| 04/22/2016 | McNulty, M | Call with M. Horn regarding status of IRS audits for 2010-2014, prompt determination request for 2015, and global settlement offer with Texas Comptroller and filing of objections (0.40); review updates on Hunt proposal (0.20) | .60 | 810.00 | $486.00 | B240 | |
| 04/22/2016 | James, M | Review LESS charts to incorporate comments from J. Johnson and to ensure correct and consistent changes throughout slides (1.3) | 1.30 | 385.00 | $500.50 | B240 | |
| 04/24/2016 | Savage, S | Revise Sixth Supplemental McNulty declaration (.30) | .30 | 290.00 | $87.00 | B160 | |
| 04/28/2016 | Liggins, D | Revise May budget and staffing plan (.40) | .10 | 630.00 | $63.00 | B161 | |
| 04/28/2016 | Savage, S | Revise May budget and staffing plan (.30) | .30 | 290.00 | $87.00 | B161 | |
| 04/29/2016 | McNulty, M | Prepare May budget and staffing plan (.20); review articles regarding status of Hunt proposal (.20) | .40 | 810.00 | $324.00 | B161 | |

**THOMPSON & KNIGHT LLP**

Our Matter #    508551.000027
                Debt Restructuring


Fees for Professional Services ......................................................................................................$         14,813.50


Summary of Fees

| Name | Title | Hours | | Rate/Hr | | Amount |
|------|-------|-------|---|---------|---|--------|
| Mary McNulty | Partner | 3.20 | $ | 810.00 | $ | 2,592.00 |
| Demetra Liggins | Partner | 6.10 | $ | 630.00 | $ | 3,843.00 |
| Leonora Meyercord | Associate | 6.70 | $ | 520.00 | $ | 3,484.00 |
| Megan James | Associate | 1.30 | $ | 385.00 | $ | 500.50 |
| Katie Gerber | Associate | 1.80 | $ | 540.00 | $ | 972.00 |
| Shannon Savage | Paralegal | 11.80 | $ | 290.00 | $ | 3,422.00 |
| Total | | 30.90 | | | $ | 14,813.50 |

# THOMPSON & KNIGHT LLP
### ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
tklaw.com

TAX ID No. 75-2813604

Energy Future Holdings Corp
Attn: Carla Howard
Energy Plaza
1601 Bryan St 9-070
Dallas, TX 75201

Page 6
May 17, 2016
Invoice 42007725

# REMITTANCE COPY

For Services Rendered Through April 30, 2016

Our Matter #   508551.000027
                Debt Restructuring

Fees for Professional Services ........................................................................................$        14,813.50
Net Current Billing For This Invoice ...........................................................................$        14,813.50

Please remit payment within fifteen (15) days to

**Wiring Instructions for Thompson & Knight LLP**

| | |
|---|---|
| Receiving Bank: | Amegy Bank of Texas<br>4400 Post Oak Parkway<br>Houston, TX 77027 |
| Beneficiary Account Name:<br>Beneficiary Address: | Thompson & Knight LLP<br>One Arts Plaza<br>1722 Routh St Ste 1500<br>Dallas, Texas 75201 |
| ABA Routing No.<br>Account No.:<br>SWIFT: | 113011258<br>3324389<br>SWBKUS44 |

*Please reference client/matter name and number, attorney name, invoice number, etc.*
*Thank you for informing us of the date of transaction by fax/e-mail*

**Mailing Instructions for Thompson & Knight LLP**

P.O. Box 660684, Dallas, TX  75266-0684
To ensure proper credit please return this copy with your remittance.

AUSTIN | DALLAS | FORT WORTH | HOUSTON | LOS ANGELES | NEW YORK | ALGIERS | LONDON | MONTERREY | PARIS | MEXICO CITY