## Exhibit I

### Detailed Description of Expenses and Disbursements

| Expense | Vendor (if any) | Amount |
|---|---|---:|
| Telephone Charge | Court Call | $30.00 |
| Parking | | $6.71 |
| Postage | | $10.00 |
| | Total: | $ 46.71 |

**SIXTH INTERIM FEE APPLICATION OF THOMPSON & KNIGHT LLP**
**EXHIBIT I: DETAILED DESCRIPTION OF EXPENSES AND DISBURSEMENTS**  PAGE 1

RLF1 15030718v.1