IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

**NOTICE (SECOND) REGARDING**
**SUBMISSION OF WRITTEN DIRECT TESTIMONY**

**PLEASE TAKE NOTICE THAT** pursuant to Paragraphs 5 and 6 of the *Third Revised Joint Stipulated Final Pre-Trial Order*, dated August 16, 2016 [D.I. 9309] (the "Joint Pre-Trial Order"), (i) on August 15, 2016, the above-captioned debtors and debtors in possession (collectively, the "Debtors") provided the written direct testimony of four witnesses (David Herr, Billie Ida Williamson, Jane Sullivan, Todd W. Filsinger) to the Participating Parties (excluding those parties who have represented to the Debtors that their Plan objection has since been resolved), and (ii) on August 16, 2016, the Debtors provided the written direct testimony of four witnesses (David Herr, Billie Ida Williamson, Jane Sullivan, Todd W. Filsinger) to the Court.[2]

**PLEASE TAKE FURTHER NOTICE THAT** any party other than a Participating Party that did not receive the written direct testimony of such witness may communicate their

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms not defined in this Notice have the meaning they are given in the Joint Pre-Trial Order.

RLF1 15030898v.1

request for access to such testimony by emailing efhcorrespondence@kirkland.com and the Debtors will review in good faith any reasonable requests for such access.

| | |
|---|---|
| Dated:  August 16, 2016<br>         Wilmington, Delaware |     */s/ Jason M. Madron*<br>**RICHARDS, LAYTON & FINGER, P.A.**<br>Mark D. Collins (No. 2981)<br>Daniel J. DeFranceschi (No. 2732)<br>Jason M. Madron (No. 4431)<br>920 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701<br><br>-and-<br><br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Edward O. Sassower, P.C. (admitted *pro hac vice*)<br>Stephen E. Hessler (admitted *pro hac vice*)<br>Brian E. Schartz (admitted *pro hac vice*)<br>601 Lexington Avenue<br>New York, NY 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br><br>-and-<br><br>James H.M. Sprayregen, P.C. (admitted *pro hac vice*)<br>Chad J. Husnick (admitted *pro hac vice*)<br>Andrew McGaan (admitted *pro hac vice*)<br>Brenton A. Rogers (admitted *pro hac vice*)<br>Steven N. Serajeddini (admitted *pro hac vice*)<br>300 North LaSalle<br>Chicago, IL 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br><br>-and- |

Mark E. McKane (admitted *pro hac vice*)
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

*Co-Counsel to the Debtors and Debtors in Possession*

RLF1 15030898v.1