IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket No. 9199** |
| | ) | |

## NOTICE OF FILING OF PROPOSED CONFIRMATION ORDER

PLEASE TAKE NOTICE that, in connection with the *Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code*, filed on August 5, 2016 [D.I. 9199] (as may be further amended, modified, or supplemented, the "Plan"), the above-captioned debtors and debtors in possession (the "Debtors") have today filed the proposed *Order Confirming the Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the TCEH Debtors and EFH Shared Services Debtors* (the "Proposed Confirmation Order") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). A copy of the Proposed Confirmation Order is attached hereto as **Exhibit 1**. The Debtors intend to request entry of the Proposed Confirmation Order by the Bankruptcy Court at the conclusion of the hearing on Plan confirmation scheduled for August 17, 2016 at 10:00 a.m.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 15030418v.1

(prevailing Eastern Time) (the "Hearing"). To the extent that the Debtors make revisions to the Proposed Confirmation Order prior to the conclusion of the Hearing, the Debtors intend to present a blacklined copy of such revised documents to the Bankruptcy Court either at or before the Hearing.

[*Remainder of page intentionally left blank.*]

RLF1 15030418v.1

| | |
|---|---|
| Dated: August 16, 2016<br>　　Wilmington, Delaware | /s/ *Andrew M. Dean*<br>**RICHARDS, LAYTON & FINGER, P.A.**<br>Mark D. Collins (No. 2981)<br>Daniel J. DeFranceschi (No. 2732)<br>Jason M. Madron (No. 4431)<br>Andrew M. Dean (No. 6147)<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone:　(302) 651-7700<br>Facsimile:　(302) 651-7701<br>Email:　　　collins@rlf.com<br>　　　　　　defranceschi@rlf.com<br>　　　　　　madron@rlf.com<br>　　　　　　dean@rlf.com<br><br>-and-<br><br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Edward O. Sassower, P.C. (admitted *pro hac vice*)<br>Stephen E. Hessler (admitted *pro hac vice*)<br>Brian E. Schartz (admitted *pro hac vice*)<br>601 Lexington Avenue<br>New York, New York 10022-4611<br>Telephone:　(212) 446-4800<br>Facsimile:　(212) 446-4900<br>Email:　　　edward.sassower@kirkland.com<br>　　　　　　stephen.hessler@kirkland.com<br>　　　　　　brian.schartz@kirkland.com<br><br>-and-<br><br>James H.M. Sprayregen, P.C. (admitted *pro hac vice*)<br>Marc Kieselstein, P.C. (admitted *pro hac vice*)<br>Chad J. Husnick (admitted *pro hac vice*)<br>Steven N. Serajeddini (admitted *pro hac vice*)<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone:　(312) 862-2000<br>Facsimile:　(312) 862-2200<br>Email:　　　james.sprayregen@kirkland.com<br>　　　　　　marc.kieselstein@kirkland.com<br>　　　　　　chad.husnick@kirkland.com<br>　　　　　　steven.serajeddini@kirkland.com<br><br>Co-Counsel to the Debtors and Debtors in Possession |