IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | Case No. 14-10979 (CSS) (Jointly Administered) |
| Debtors. | **Related to Docket No. 9314** |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the **Motion of Bluebonnet Electric Cooperative, Inc. for (i) Allowance and Payment of Administrative Expense Claim, or (ii) Alternatively, for Leave to File Late Proof of Claim** [Docket No. 9314] was served upon the parties on the service list attached hereto as Exhibit A by First Class U.S. Mail on August 17, 2016.

Dated: August 17, 2016

MANION GAYNOR & MANNING LLP

Marc J. Phillips (No. 4445)
1007 North Orange Street, 10th Floor
Wilmington, DE 19801
Telephone: (302) 504-6803
Facsimile: (302) 657-2104
Email: mphillips@mgmlaw.com

*Counsel for Bluebonnet Electric Cooperative, Inc.*