# SIGN-IN SHEET

**CASE NAME:** Energy Future
**CASE NO:** 14-10979
**COURTROOM LOCATION:** 6
**DATE:** 8/18/2016 at 10:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Marc Silverman / Jacob Adlerstein | Paul Weiss Rifkind Wharton + Garrison | Ad Hoc Committee |
| Kevin O'Reilly | | of TCEH First Lien Creditors |
| Pauline Morgan | Young Conaway | |
| Jeff Schlerf / Chris Shore | Fox Rothschild / White + Case | TCEH ad hoc group of unsecured note holders |
| Erica Richards / Todd Goren | Morrison Foerster | TCEH Official Committee |
| Mark McKane | Kirkland + Ellis | Debtors |
| Chad Husnick | " | " |
| Dan DeFranceschi | Richards Layton + Finger | " |
| Jeffrey S. Sabin | Venable, LLP | Pimco |
| Jamie K. Hogan | [illegible] + Morgan McDaniel | Fauclo Kty Jones |
| Jamie Edmonson | Venable, LLP | Pimco |
| Arlene Alves | Seward & Kissel LLP | Wilmington Trust as TCEH First Lien Agent |
| Mark Kotwick | " | " |
| Kim Taloni | Sherman & Sterling | Deutsche Bank New York |
| R. Stephen McNeill | Potter Anderson + Corroon | " |
| David Numard | McElroy Deutsch Mulvaney Carpenter | FEH Debtors conflicts |
| Tom Walper | Munger Tolles Olson | " |
| Emil Schneider | Nixon Peabody LLP | EFIH Indenture Trustee |
| Michael P. Esser | Kirkland + Ellis LLP | EFH |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

Raymond Lemisch — Klehr Harrison — UMB Bank Indenture Trustee
Chris Carty — Akin Gump

# SIGN-IN SHEET

**CASE NAME:** Energy Future
**CASE NO:** 14-10979
**COURTROOM LOCATION:** 6
**DATE:** 8/18/2016 at 10:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Richard Pedone | Nixon Peabody | EFH Indenture Trustee |
| George Slehy | | |
| Morgan Nishan | | |
| Amanda Darwin | | |
| Sydney Pritchett | | |
| Christopher Fong | | |
| Christopher Desiderio | | |
| Stephen Miller | Morris James LLP | EFH Debt Trust Company NY Indenture Trustee |
| Brian Guiney | Patterson Belknap LLP | " |
| Andrew Glenn | Kasowitz Benson | Contrarian |
| Garvan McDaniel | Hogan McDaniel | " |
| Clynshe Simm | Olivossi Simm | EFH Indenture Trustee |
| Brian Greenstein | Sullivan Cromwell | E-Side Committee |
| Mark A. Fink | MMWR | " |
| Laura Davis Jones | Pachulski Stang Ziehl Jones | 2nd Lien Noteholders/Computershare |
| David Klauder | B:pl/. of Klauder | EFH Corp. |
| Mark Thomas | Proskauer | " |
| Michael Firestein | | " |
| Peter Young | | " |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.
Sarah Kam   Reed Smith   EFCH 2037 Notes Trustee

# Court Conference

**U.S. Bankruptcy Court-Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Christopher S. Sontchi**
**#6**

Calendar Date: 08/18/2016
Calendar Time: 10:00 AM ET

2nd Revision 08/18/2016 06:01 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7783050 | Scott L. Alberino | (202) 887-4000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Ad Hoc Committee of Unsecure Note Holders / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7792670 | Andrew Ambruoso | (212) 819-8967 | White & Case LLP | Creditor, Deutsche Bank / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7792111 | Ashley F. Bartram | (512) 475-4937 | State of Texas - Office of the Attorney General -Bankruptcy & Collections Div.Only | Interested Party, Public Utility Commission of Texas / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7793120 | Michael Carter - Client | (214) 953-6500 | Baker Botts LLP | Interested Party, Hunt Utility Services / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7788092 | Mark A. Cody | (312) 269-4392 | Jones Day | Creditor, Oncor Electric Delivery Holdings Company, LLC / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7785574 | Eric C. Daucher | (212) 408-5405 | Chadbourne & Parke, LLP | Interested Party, NextEra Energy / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7790842 | Ephraim Diamond | (646) 282-5841 | DK Partners | Interested Party, DK Partners / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7781968 | Stacey Dore | (212) 446-6411 | Energy Future Holdings Corp. | Debtor, Energy Future Holdings / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7783032 | Catherine Eisenhut | (941) 306-7283 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Ad Hoc Committee of Unsecured Note Holders / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7791944 | Barry Felder | (212) 338-3540 | Foley & Lardner LLP | Trustee, UMB / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7786682 | Julia Frost-Davies | (617) 951-8422 | Morgan Lewis & Bockius LLP | Interested Party, Pacific Investment Management Company / LISTEN ONLY |

| Case | Type | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7770869 | Philip A. Gelston | (212) 474-1548 | Cravath Swaine & Moore LLP | Specially Appearing For, Energy Future Intermediate Holding Company LLC / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7786217 | Erica Goodstein | (718) 921-8180 | American Stock Transfer Trust Company, LLC | Creditor, American Stock Transfer / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7781186 | Todd M. Goren | (212) 468-8000 | Morrison & Foerster LLP | Representing, The Official Committee of Unsecured Creditors / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7743415 | Christopher Hahm | (212) 530-5198 | Milbank, Tweed, Hadley & McCloy, LLP | Creditor, Citibank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7780733 | Mark F. Hebbeln | (312) 832-4394 | Foley & Lardner, LLP | Trustee, UMB Bank N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7782036 | Natasha Hwangpo | (212) 909-3198 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7785360 | Anna Kalenchits | (212) 723-1808 | Citi Group Global Markets | Interested Party, Citi Group Global Markets / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7788963 | Harold Kaplan | (312) 832-4393 | Foley & Lardner LLP | Trustee, UMB Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7790876 | Daniel A. Lowenthal | (212) 336-2720 | Patterson Belknap Webb & Tyler | Creditor, Law Debenture Trust Company of New York / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7792022 | Hal F. Morris | (512) 475-4550 | State of Texas - Office of the Attorney General - Bankruptcy & Collections Div.Only | Interested Party, Public Utility Commission of Texas / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7786192 | Kurt Mullen | (617) 816-0675 | Nixon Peabody LLP | Creditor, American Stock Transfer / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7747431 | Kevin O'Neill | (212) 373-3000 | Paul Weiss Rifkind Wharton & Garrison | Creditor, Steering Committee of TCEH Lenders / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7793523 | Meredith Pfister | (212) 412-1368 | Barclays Bank PLC | Interested Party, Barclays Bank PLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7783071 | Abid Qureshi | (212) 872-1000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Ad Hoc Committee Of EFIH Unsecured Noteholders / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7786323 | Asher Richelli | (718) 921-8200 | American Stock Transfer Trust Company, LLC | Creditor, American Stock Transfer Trust Company, LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7778449 | Ned S. Schodek | (212) 848-7052 | Shearman & Sterling LLP | Creditor, Deutsche Bank / LISTEN ONLY |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7744568 | Noah M Schottenstein | (214) 953-6500 | Baker Botts LLP | Interested Party, Hunt Utility Services / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7788605 | Jennifer Sharret | (212) 715-9516 | Kramer Levin Naftalis & Frankel LLP | Creditor, Trustee for Second Lien Notes / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7791720 | Angelo Thalassinos | (212) 588-8890 | Reorg Research, Inc. | Interested Party, Reorg Resarch, Inc. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7793540 | Andrew M. Thau | (212) 915-1232 | Cantor Fitzgerald | Interested Party, Cantor Fitzgerald / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7782427 | Amer Tiwana | (646) 616-3052 | Cowen and Company | Interested Party, Cowen and Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7747425 | Michael Turkel | (212) 373-3689 | Paul Weiss Rifkind Wharton & Garrison | Creditor, The Steering Committee of TCEH First Lien Lenders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7730797 | Matthew Underwood | 212-588-5148 | HBK Capital | Interested Party, HBK Capital / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7790983 | Tamara Van Heel | (305) 995-5232 | White and Case | Creditor, Ad Hoc Committe of TECH Unsecured Noted Holders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7781988 | Aparna Yenamandra | (212) 446-4800 | Kirkland & Ellis LLP | Debtor, Energy Future Holding Corporation / LISTEN ONLY |

Copyright © 2016 CourtCall, LLC. All Rights Reserved.