## **EXHIBIT A**

RLF1 15038486v.1

| | |
|---|---|
| **Description of the assets being sold:** | 297.566 +/- acres in McLennan County, Texas (the "Tradinghouse Property") |
| **Debtor selling the assets:** | Luminant Generation Company LLC ("Luminant"). |
| **Purchaser buying the assets:** | Dead River Ranch LP (Jim McDonald) |
| **Marketing/sales process:** | The Tradinghouse Property has been marketed for sale by Hortenstine Ranch Company. The per acre sales price is more than the current book value and more than what is currently being asked for or received in this area. The sale at this price represents a beneficial transaction for Luminant.<br><br>The Tradinghouse Property was once valuable to Luminant because it was considered "buffer-zone" for the power plant operations. Further, an Air Dispersion Analysis indicates that the Tradinghouse Property is not necessary for future air permit approval in the event this former power plant site is repowered. Without a current or future need, Luminant has concluded that the Tradinghouse Property is surplus and should not be held for future use. Therefore, Luminant desires to dispose of the Tradinghouse Property. |
| **Purchase price/terms of the payment:** | $5,000.00 per acre. Total sale price $1,487,930.00; to be paid at closing. |
| **Book value of the assets:** | $596,000.00 |
| **Significant terms of the sale:** | The Tradinghouse Property is being sold as-is, where is; Luminant will retain the oil and gas interests, but will sell any lignite interest; and Luminant is requiring the Dead River Ranch LP to agree that it will not protest any of Luminant's current or future operations, if any, at and associated with the repowering of the Tradinghouse power plant. |

**Known Encumbrances:**

| Liens | Identity of Lienholder |
|---|---|
| DIP Liens | Citibank, N.A.<br>1615 Brett Road, Building III<br>New Castle, DE 19720<br>Attn: Bank Loan Syndications Department<br>Copy to Owen Coyle (same address as above) |
| Prepetition First Priority Liens | Delaware Trust Company of Delaware<br>2711 Centerville Road, Suite 400<br>Wilmington, DE 19808<br>Attn: Joseph McFadden<br><br>Wilmington Trust, N.A.<br>50 South Sixth Street, Suite 1290<br>Minneapolis, MN 55402<br>Attn: Jeffrey T. Rose, Esq. |
| Prepetition Second Priority Liens | Wilmington Savings Fund Society, FSB<br>Global Bankruptcy Restructuring Services<br>500 Delaware Avenue<br>Wilmington , DE 19801<br>Attn: Patrick Healy<br><br>Bank of New York Mellon Trust Company, N.A.<br>Corporate Trust Division<br>601 Travis Street – 16th Floor<br>Houston, TX 77002<br>Attn: TCEH Senior Secured Second Lien Notes Trustee |
| Property Tax Lien – McLennan County, TX | McLennan County Tax Assessor/Collector<br>Property Tax<br>P.O. Box 406<br>Waco, TX 76703 |
| Direct Sales Tax Lien – State of Texas | State of Texas, Comptroller's Office<br>Texas Comptroller of Public Accounts<br>P.O. Box 13528, Capital Station<br>Austin, TX 78711 |

**Known Affected/Interested Entities:**

| Nature of Interest | Entity |
|---|---|
| The Heart O Texas Council (the Longhorn Council) | Boy Scouts of America, Region IX<br>300 Lake Air Drive<br>Waco, Texas 76710 |

RLF1 15038486v.1