# SIGN-IN SHEET

**CASE NAME: Energy Future**
**CASE NO: 14-10979**

**COURTROOM LOCATION: 6**
**DATE: 8/17/2016 at 10:00 A.M.**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Brian Glueckstein | Sullivan & Cromwell | E-Side Committee |
| Mark A. Fink | MMWR | " |
| George Skelly | Nixon Peabody | EFH Indenture Trustee |
| Richard Pedone | " " | " " |
| Erik Schneider | " " | " " |
| Daniel J. DeFranceschi | RL&F | EFH/Debtors |
| Morgan Nighan | Nixon Peabody | EFH Indenture Trustee |
| Sarah Kam | Reed Smith | EFCH 2037 Notes Trustee |
| Chad Husnick | Kirkland & Ellis LLP | Debtors |
| MARK McKANE | " " | " |
| Stephen Miller | Morris James LLP | Law Debenture of NY, Indenture Trustee |
| Daniel Lowenthal | Patterson Belknap LLP | " " " " |
| TOM WALPER | MUNGER, TOLLES / OLSON | TCEH (CONFLICTS) |
| Brett Miller | Morrison & Foerster LLP | TCEH Committee |
| Erica Richards | Morrison & Foerster LLP | TCEH Committee |
| ARLENE ALVES | SEWARD + KISSEL LLP | WILMINGTON TRUST AS TCEH FIRST LIEN AGENT |
| MARK KOTWICK | SEWARD + KISSEL LLP | " " " |
| Barack Echols | Kirkland & Ellis LLP | Debtors |
| Christopher Simon | Cross & Simon | EFH Indenture Trustee |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# SIGN-IN SHEET

**CASE NAME: Energy Future**
**CASE NO: 14-10979**

**COURTROOM LOCATION: 6**
**DATE: 8/17/2016 at 10:00 A.M.**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Alan Kornberg, Moses Silverman | Paul, Weiss, Rifkind, | Ad Hoc Committee |
| Jacob Adlerstein, Kellie Cairns | Wharton & Garrison | of TCEH First |
| Pauline K. Morgan | Young Conaway | Lien Creditors |
| Daniel K. Hogan | Hogan McDaniel | Fenicle, Fahy & Jones |
| David Primack | McElroy Deutsch Mulvaney Carpenter | TCEH Debtors conflict |
| Chris Shore, Jeff Schlerf | White & Case / Fox Rothschild | TCEH ad hoc group of unsecured note holders |
| Howard A. Cohen | Drinker Biddle & Reath LLP | Citibank DIP Agent |
| Laura Davis Jones | Pachulski Stang Ziehl & Jones | 2ND lien Noteholders |
| R. Stephen McNeill | Potter Anderson & Corroon | Deutsche Bank New York |
| David Klauder | Bielli & Klauder | EFH Corp DDs |
| Mark Thomas | Proskauer | " |
| Michael Firestein | " | " |
| Peter Young | " | " |
| Jamie Edmonson | Venable LLP | PIMCO |
| Jeffrey Sabin | " | " |
| Sarah Kam | Reed Smith | PCRB Trustee |
| Erik Schneider | Nixon Peabody LLP | EFIH Indenture Trustee |
| KEVIN MANN | CROSS & SIMON | FIDELITY |
| Ray Gunsch | Elehr Harrison | UMB Bank NA Indenture Trustee |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

**CASE NAME: Energy Future**
**CASE NO: 14-10979**

# SIGN-IN SHEET

**COURTROOM LOCATION: 6**
**DATE: 8/17/2016 at 10:00 A.M.**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Chris Carty | Akin Gump | UMB Bank NA Indenture Trustee |
| Ricardo Palacio | Ashby & Geddes | WSFS |
| Jonathan Marshall | Brown Rudnick | WSFS |
| Mich Thomas | Proskauer | EFH |
| Mike Firestein | | |
| Richard L. Schepacarter | USDOJ - OUST | U.S. Trustee |
| Garvan McDaniel | Hogan McDaniel | Contrarian |
| Andrew Glenn | Kasowitz Benson | " " |
| Gary Kaplan | Fried Frank | Fidelity |
| Alicia Ain | Fried Frank | Fidelity |
| Matt Roose | Fried Frank | Fidelity |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# Court Conference

Calendar Date: 08/17/2016

Calendar Time: 10:00 AM ET

# U.S. Bankruptcy Court-Delaware

## Confirmed Telephonic Appearance Schedule

## Honorable Christopher S. Sontchi

## #6

*Amended Calendar 08/17/2016 06:19 AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7783049 | Scott L. Alberino | (202) 887-4000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Ad Hoc Committee of Unsecure Note Holders / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7786712 | Desiree M. Amador | (202) 326-4020 ext. 3094 | Pension Benefit Guaranty Corporation | Creditor, Pension Benefit Guaranty Corporation / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7786164 | Andrew Ambruoso | (212) 819-8967 | White & Case LLP | Creditor, Deutsche Bank / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7780819 | Ashley F. Bartram | (512) 475-4937 | State of Texas - Office of the Attorney General -Bankruptcy & Collections Div.Only | Interested Party, Public Utility Commission of Texas / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7783210 | Peg A. Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Dow Jones & Co. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7788164 | Michael Carter - Client | (214) 953-6500 | Baker Botts LLP | Interested Party, Hunt Utility Services / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7688288 | Mark A. Cody | (312) 269-4392 | Jones Day | Creditor, Oncor Electric Delivery Holdings Company, LLC / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7790841 | Ephraim Diamond | (646) 282-5841 | DK Partners | Interested Party, DK Partners / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7781959 | Stacey Dore | (212) 446-6411 | Energy Future Holdings Corp. | Debtor, Energy Future Holdings / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7773993 | Amish R. Doshi | (631) 923-2858 | Magnozzi & Kye LLP | Creditor/Claimant, Oracle America, Inc. / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7790830 | David Dunn | (203) 529-1765 | Cross Sound Managment, LLC | Interested Party, Cross Sound Managment, / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7782038 | Philip G. Eisenberg | (713) 226-1304 | Locke Lord LLP | Interested Party, Locke Lord LLP / LISTEN ONLY |


Copyright © 2016 CourtCall, LLC. All Rights Reserved.

| | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7783030 | Catherine Eisenhut | (941) 306-7283 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Ad Hoc Committee of Unsecured Note Holders / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7790188 | Barry Felder | (212) 338-3540 | Foley & Lardner LLP | Trustee, UMB / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7786673 | Julia Frost-Davies | (617) 951-8422 | Morgan Lewis & Bockius LLP | Interested Party, Pacific Investment Management Company / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7770860 | Philip A. Gelston | (212) 474-1548 | Cravath Swaine & Moore LLP | Specially Appearing For, Energy Future Intermediate Holding Company LLC / LIVE |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7790519 | Seth Goldman | (213) 683-9554 | Munger, Tolles & Olson LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7786214 | Erica Goodstein | (718) 921-8180 | American Stock Transfer Trust Company, LLC | Creditor, American Stock Transfer / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7781179 | Todd M. Goren | (212) 468-8000 | Morrison & Foerster LLP | Representing, The Official Committee of Unsecured Creditors / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7785852 | Isley M. Gostin | (202) 663-6551 | WilmerHale LLP | Creditor, Delaware Trust Co. / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7789507 | Brian Guiney | (212) 336-2305 | Patterson Belknap Webb & Tyler | Interested Party, Law Debenture Trust Company of New York / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7743405 | Christopher Hahm | (212) 530-5198 | Milbank, Tweed, Hadley & McCloy, LLP | Creditor, Citibank / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7780731 | Mark F. Hebbeln | (312) 832-4394 | Foley & Lardner, LLP | Trustee, UMB Bank N.A. / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7789933 | Patrick Holohan | (646) 412-5336 | Merger Market | Interested Party, Debtwire / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7782013 | Natasha Hwangpo | (212) 909-3198 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7785353 | Anna Kalenchits | (212) 723-1808 | Citi Group Global Markets | Interested Party, Citi Group Global Markets / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7788955 | Harold Kaplan | (312) 832-4393 | Foley & Lardner LLP | Trustee, UMB Bank / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7789774 | James Katchadurian | (646) 282-2549 | Epiq Bankruptcy Solutions | Interested Party, Epiq Bankruptcy Solutions, LLC / LISTEN ONLY |


Copyright © 2016 CourtCall, LLC. All Rights Reserved.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7785449 | Stuart Kovensky | (201) 541-2121 | Onex Credit Partners | Interested Party, Stuart Kovensky / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7789685 | Alexa J. Kranzley | (212) 558-7893 | Sullivan & Cromwell LLP | Creditor, Unsecured Creditors Committee / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7789972 | Ari D. Kunofsky | (202) 353-9187 | U.S. Department of Justice | Creditor, United States of America / LIVE |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7786784 | Michael Lee | (212) 317-3374 | Carl Marks Strategic | Interested Party, Carl Marks Strategic / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7788847 | Kenneth Maiman | (973) 701-7000 | Appaloosa Management | Interested Party, Appaloosa Management / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7790863 | Robert K. Malone | (973) 549-7080 | Drinker Biddle & Reath LLP | Debtor, Citibank N.A. / LIVE |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7790864 | Brian P. Morgan | (212) 248-3272 | Drinker Biddle & Reath LLP | Interested Party, Citibank, N.A. / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7780810 | Hal F. Morris | (512) 475-4550 | State of Texas - Office of the Attorney General -Bankruptcy & Collections Div.Only | Interested Party, Public Utility Commission of Texas / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7786178 | Kurt Mullen | (617) 816-0675 | Nixon Peabody LLP | Creditor, American Stock Transfer / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7786770 | Michael Neumeister | (213) 229-7006 | Gibson, Dunn & Crutcher LLP | Interested Party, Gibson Dunn / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7747419 | Kevin O'Neill | (212) 373-3000 | Paul Weiss Rifkind Wharton & Garrison | Creditor, Steering Committee of TCEH Lenders / LIVE |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7788600 | Meredith Pfister | (212) 412-1368 | Barclays Bank PLC | Interested Party, Barclays Bank PLC / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7783068 | Abid Qureshi | (212) 872-1000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Ad Hoc Committee Of EFIH Unsecured Noteholders / LIVE |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7786309 | Asher Richelli | (718) 921-8200 | American Stock Transfer Trust Company, LLC | Creditor, American Stock Transfer Trust Company, LLC / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7785555 | Christy Rivera | (212) 408-5100 | Chadbourne & Parke LLP | Creditor, NextEra / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7790826 | Robin Russell | 203-353-3101 | Bennett Management Corporation | Interested Party, Bennett Management Corporation / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7778443 | Ned S. Schodek | (212) 848-7052 | Shearman & Sterling LLP | Creditor, Deutsche Bank / LISTEN ONLY |


Copyright © 2016 CourtCall, LLC. All Rights Reserved.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7679530 | Noah M Schottenstein | (214) 953-6500 | Baker Botts LLP | Interested Party, Hunt Utility Services / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7777966 | Jennifer Sharret | (212) 715-9516 | Kramer Levin Naftalis & Frankel LLP | Creditor, Trustee for Second Lien Notes / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7781193 | Angelo Thalassinos | (212) 588-8890 | Reorg Research, Inc. | Interested Party, Reorg Resarch, Inc. / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7785740 | Andrew M. Thau | (212) 915-1232 | Cantor Fitzgerald | Interested Party, Cantor Fitzgerald / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7654201 | Amer Tiwana | (646) 616-3052 | Cowen and Company | Interested Party, Cowen and Company / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7747420 | Michael Turkel | (212) 373-3689 | Paul Weiss Rifkind Wharton & Garrison | Creditor, The Steering Committee of TCEH First Lien Lenders / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7730796 | Matthew Underwood | 212-588-5148 | HBK Capital | Interested Party, HBK Capital / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7790845 | Tamara Van Heel | (305) 995-5232 | White and Case | Creditor, Ad Hoc Committe of TECH Unsecured Noted Holders / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7786522 | Julia M. Winters | (212) 617-6592 | Bloomberg LP | Interested Party, Bloomberg LP / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7781984 | Aparna Yenamandra | (212) 446-4800 | Kirkland & Ellis LLP | Debtor, Energy Future Holding Corporation / LISTEN ONLY |



Copyright © 2016 CourtCall, LLC. All Rights Reserved.