IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>Jointly Administered<br><br>Re: Docket No._____ |

### ORDER SETTING EXPEDITED HEARING AND SHORTENING NOTICE PERIOD WITH RESPECT TO EFH INDENTURE TRUSTEE'S MOTION PURSUANT TO BANKRUPT CODE SECTION 105(a) FOR CLARIFICATION AND/OR RECONSIDERATION OF THE COURT'S AUGUST 17, 2016 RULING ADMITTING <u>BOARD DECKS INTO EVIDENCE</u>

Upon the Motion[2] of the EFH Indenture Trustee pursuant to Bankruptcy Rule 9006(c)(1) and Local Rule 9006-1(e), for entry of an order setting an expedited hearing for and shortening the notice period on the Motion; and upon consideration of the Motion and all pleadings related thereto; and due and proper notice of the Motion having been given under the circumstances; and it appearing that no other or further notice is required; and it appearing that the Court has jurisdiction to consider the Motion in accordance with 28 U.S.C. §§ 157 and 1334, (b) this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and after due deliberation, and sufficient cause appearing therefor, **IT IS HEREBY ORDERED**

---

[1]   The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]   Capitalized terms used but not otherwise defined herein shall have the meanings given to them in the Motion filed contemporaneously herewith

1. The Motion is granted.

2. The Motion for Clarification is set for a hearing on August 22, 2016, at a time to be determined. ~~[  ].m. (prevailing Eastern time)~~ (the "Hearing").

3. Responses or objections to the Motion for Clarification, if any, must be filed by 10:00 a.m. on August 22, 2016. ~~may be presented at the Hearing~~.

4. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation or interpretation of the Order.

Dated: 8/19, 2016
Wilmington, Delaware

_____
HONORABLE CHRISTOPHER S. SONTCHI