# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) Case No. 14-10979 (CSS) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |

## CERTIFICATE OF SERVICE

I, Raymond H. Lemisch, Esquire, hereby certify that on August 8, 2016 a true and correct copy of the LIMITED OBJECTION OF UMB BANK, N.A. TO MOTION OF ENERGY FUTURE HOLDINGS CORP., ET AL., FOR ENTRY OF AN ORDER (A) SCHEDULING CERTAIN HEARING DATES AND DEADLINES AND ESTABLISHING CERTAIN PROTOCOLS IN CONNECTION WITH CONFIRMATION OF THE DEBTORS' JOINT PLAN OF REORGANIZATION AS IT RELATES TO THE EFH/EFIH DEBTOS, (B) APPROVING THE EFH/EFIH DISCLOSURE STATEMENT, (C) ESTABLISHING THE EFH/EFIH VOTING RECORD DATE, EFH/EFIH VOTING DEDLINE AND OTHER DATES, (D) APPROVING PROCEDURES FOR SOLICITING, RECEIVING, AND TABULATING VOTES ON THE PLAN, AND (E) APPROVING THE MANNER AND FORMS OF NOTICE AND OTHER RELATED DOCUMENTS (the "Limited Objection") was served on the following counsel of record for the above captioned Debtors via e-mail:

Edward O. Sassower, P.C.
Stephen Hessler
Brian E. Schartz
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022-4611
edward.sassower@kirkland.com
stephen.hessler@kirkland.com
brian.schartz@kirkland.com

PHIL1 5451131v.1

James H.M. Sprayregen, P.A.
Marc Kieselstein, P.C.
Chad J. Husnick
Steven N. Serajeddini
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
james.sprayregen@kirkland.com
marc.kieselstein@kirkland.com
chad.husnick@kirkland.com
steven.serajeddini@kirkland.com

Mark D. Collins
Daniel J. DeFranceschi
Jason M. Madron
Richards, Layton & Finger, P.A.
920 North King Street
Wilmington, DE 19801
collins@rlf.com
defranceschi@rlf.com
madron@rlf.com

In addition, the Limited Objection was also served on August 8, 2016 via electronic mail on the Participating Parties (as defined in the *Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Joint Plan of Reorganization and the Approval of Debtors' Disclosure Statement* (D.I. 8514)) at the following electronic mail address set up by the Debtors to allow for service on all Participating Parties: EFH_DS_Discovery_Service_List@kirkland.com

Dated: August 19, 2016
Wilmington, DE

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Ira S. Dizengoff (admitted *pro hac vice*)
Abid Qureshi (admitted *pro hac vice*)
Robert J. Boller (admitted *pro hac vice*)
Christopher Carty (admitted *pro hac vice*)
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000

By: */s/ Raymond H. Lemisch*
**KLEHR HARRISON HARVEY BRANZBURG LLP**
Raymond H. Lemisch (DE Bar ID No. 4204)
919 Market Street, Suite 1000
Wilmington, Delaware 19801
Tel: (302) 426-1189
Fax: (302) 426-9193
Email: rlemisch@klehr.com

- *and* -

PHIL1 5451131v.1

| | | |
|---|---|---|
| Facsimile: | (212) 872-1002 | |
| Email: | idizengoff@akingump.com | |
| | aqureshi@akingump.com | |
| | rboller@akingump.com | |
| | ccarty@akingump.com | |

Scott L. Alberino (admitted *pro hac vice*)
1333 New Hampshire Avenue, N.W.
Washington, DC 20036
Telephone:   (202) 887-4000
Facsimile:   (202) 887-4288
Email:       salberino@akingump.com

**FOLEY & LARDNER LLP**
Harold L. Kaplan (admitted *pro hac vice*)
Mark F. Hebbeln (admitted *pro hac vice*)
Lars A. Peterson (admitted *pro hac vice*)
321 North Clark Street, Suite 2800
Chicago, IL 60654-5313
Telephone: (312) 832-4500
Facsimile: (312) 832-4700
Email: hkaplan@foley.com
       mhebbeln@foley.com
       lapeterson@foley.com

Barry G. Felder (admitted *pro hac vice*)
Jonathan H. Friedman (admitted *pro hac vice*)
90 Park Avenue
New York, NY 10016
Tel: (212) 682-7474
Fax: (212) 687-2329
Email: bgfelder@foley.com
       jfriedman@foley.com

*Co-Counsel to UMB Bank, N.A., as Indenture Trustee to the EFIH Senior Toggle Notes*

PHIL1 5451131v.1