**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | )  | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Docket Ref. Nos. 9342, 9353** |

**JOINDER OF THE AD HOC COMMITTEE OF TCEH FIRST LIEN
CREDITORS TO THE DEBTORS' OBJECTION TO EFH INDENTURE
TRUSTEE'S MOTION FOR CLARIFICATION AND/OR RECONSIDERATION**

The ad hoc committee of certain unaffiliated holders of first lien senior secured claims against the TCEH Debtors (the "Ad Hoc Committee of TCEH First Lien Creditors"),[2] by and through its undersigned counsel, hereby joins, adopts, and incorporates by reference the *Debtors' Objection to EFH Indenture Trustee's Motion for Clarification And/Or Reconsideration of the Court's August 17, 2016 Ruling Admitting Board Decks Into Evidence* (the "Objection") [D.I 9353], and states as follows:

1.      On August 19, 2016, the EFH Indenture Trustee filed a *Motion Pursuant to Bankruptcy Code Section 105(a), Bankruptcy Rule 9017 and Federal Rule of Evidence 803 for Clarification and/or Reconsideration of the Court's August 17, 2016*

---

[1]   The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]   The members of the Ad Hoc Committee of TCEH First Lien Creditors hold or manage, in the aggregate, approximately $16.39 billion of first lien secured claims against Texas Competitive Electric Holdings Company LLC and certain of its subsidiaries (collectively, the "TCEH Debtors"). *See Seventh Supplemental Verified Statement of the Ad Hoc Committee of TCEH First Lien Creditors Pursuant to Bankruptcy Rule 2019* [D.I. 8573].

01:19174219.1

*Ruling Admitting Board Decks into Evidence* [D.I. 9342] (the "<u>Motion</u>").  The Motion requests that the Court "clarify" or reverse its evidentiary rulings with respect to presentations prepared for and presented to the Debtors' Boards of Directors and entered into evidence on August 17, 2016.

2.      On August 22, 2016, the Debtors filed their Objection to the Motion.  The Debtors argued that the Court's evidentiary rulings needed no clarification, and that the Court's rulings were correct.

3.      For the reasons the Court articulated on the record on August 17, 2016, and for the reasons set forth in the Debtors' Objection, the Ad Hoc Committee of TCEH First Lien Creditors respectfully requests that the Court deny the EFH Indenture Trustee's Motion.

01:19174219.1

| Dated: August 22, 2016 | /s/ Ryan M. Bartley |
| Wilmington, Delaware | **YOUNG CONAWAY STARGATT & TAYLOR LLP** |

Pauline K. Morgan (Bar No. 3650)
Ryan M. Bartley (Bar No. 4985)
Andrew L. Magaziner (Bar No. 5426)
1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253

-and-

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Alan W. Kornberg (admitted *pro hac vice*)
Brian S. Hermann (admitted *pro hac vice*)
Jacob A. Adlerstein (admitted *pro hac vice*)
Moses Silverman (admitted *pro hac vice*)
Andrew Ehrlich (admitted *pro hac vice*)
Adam J. Bernstein (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York  10019
Telephone:  (212) 373-3000
Facsimile:  (212) 757-3990

*Counsel to the Ad Hoc Committee of TCEH First Lien Creditors*