# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Andrew Rosenblatt, Esquire of Chadbourne & Parke LLP to represent NextEra Energy Resources, LLC in the above captioned cases.

Dated: August 17, 2016
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Travis J. Ferguson*
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
Travis J. Ferguson (No. 6029)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: landis@lrclaw.com
    mcguire@lrclaw.com
    ferguson@lrclaw.com

*Co-Counsel to NextEra Energy Resources, LLC*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: August 22nd, 2016
Wilmington, Delaware

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised March 25, 2014. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: August 15, 2016

Andrew Rosenblatt
**CHADBOURNE & PARKE LLP**
1301 Avenue of the Americas
New York, NY 10019-6022
Telephone: (212) 408-5100
Facsimile: (212) 541-5369
Email: arosenblatt@chadbourne.com

*Counsel to NextEra Energy Resources, LLC*

{932.002-W0043264.}