## Exhibit A

[Statement of Fees by Subject Matter]

59548341v1

| MATTER NUMBER | MATTER DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 001 | Case Administration | 2.3 | $1,460.00 |
| 003 | EFH Business Operations | 4.2 | $4,212.50 |
| 004 | EFH Contested Matters and Adversary Proceedings | 1.1 | $1,100.00 |
| 005 | EFH Corporate Governance and Board Matters | 132.5 | $145,692.50 |
| 006 | Discovery | 148.2 | $153,235.00 |
| 008 | Fee Applications and Objections | 13.3 | $12,415.00 |
| 009 | Financing and Cash Collateral | 0.5 | $500.00 |
| 010 | Hearings | 4.0 | $4,485.00 |
| 011 | Claims Investigations, Analyses and Objections | 22.4 | $21,530.00 |
| 014 | Non-working Travel | 62.3 | $34,420.00 |
| 015 | Plan and Disclosure Statement | 360.7 | $356,663.00 |
| 016 | Tax | 157.6 | $162,314.00 |
| **TOTAL FOR ALL MATTER NOS.** | | **909.1** | **$898,027.00** |