# Exhibit B

[Attorneys' and Paraprofessionals' Information]

59548341v1

Proskauer attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Julie M. Allen | Partner | 1984 | Corporate | $1,350 | 13.7 | $18,495.00 |
| Richard M. Corn | Partner | 2005 | Tax | $925 | 53.4 | $49,395.00 |
| Michael E. Ellis | Partner | 2007 | Corporate | $925 | 31.0 | $28,675.00 |
| Michael A. Firestein | Partner | 1983 | Litigation | $1,025 | 110.9 | $113,672.50 |
| Daniel I. Ganitsky | Partner | 2001 | Corporate | $1,050 | 39.9 | $41,895.00 |
| Jeff J. Marwil | Partner | 1986 | Corporate | $1,200 | 1.6 | $1,920.00 |
| Lary Alan Rappaport | Partner | 1979 | Litigation | $950 | 62.3 | $59,185.00 |
| Andrea S. Rattner | Partner | 1987 | Tax | $1,300 | 1.7 | $2,210.00 |
| Stuart L. Rosow | Partner | 1976 | Tax | $1,350 | 41.4 | $55,890.00 |
| Mark K. Thomas | Partner | 1981 | Corporate | $1,200 | 151.8 | $182,160.00 |
|  |  |  |  | $600 | 32.7 | $19,620.00[1] |
| Peter J. Young | Partner | 2002 | Corporate | $1,000 | 210.5 | $210,500.00 |
|  |  |  |  | $500 | 29.6 | $14,800.00[1] |
| Courtney M. Bowman | Associate | 2013 | Litigation | $575 | 6.5 | $3,737.50 |
| Kunal Dogra | Associate | 2010 | Corporate | $825 | 44.9 | $37,042.50 |
| Damian A. Myers | Associate | 2011 | Litigation | $850 | 7.1 | $6,035.00 |
| Jennifer L. Roche | Associate | 2007 | Litigation | $850 | 17.4 | $14,790.00 |
| Rochelle H. Schultz | Associate | 2014 | Litigation | $465 | 2.5 | $1,162.50 |
| Gary Silber | Associate | 2011 | Tax | $770 | 35.7 | $27,489.00 |
| Jared D. Zajac | Associate | 2009 | Corporate | $825 | 10.4 | $8,580.00 |
| **Total** |  |  |  |  | **905.0** | **$897,254.00** |

---

[1] Represents a fifty percent (50%) reduction for non-working travel time.

59548341v1

Proskauer paraprofessionals who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Natasha Petrov | Paralegal | 1 year | Corporate | $300 | 1.2 | $360.00 |
| Johanna K. Pitcairn | Practice Support | 2.5 years | Professional Resources | $350 | 0.1 | $35.00 |
| Michael H. Su | Paralegal | 2.5 years | Information Services | $135 | 2.8 | $378.00 |
| **Total** | | | | | **4.1** | **$773.00** |

| | | |
|---|---|---|
| **TOTAL FOR PROFESSIONALS AND PARAPROFESSIONALS** | **909.1** | **$898,027.00** |

59548341v1