# Exhibit C

[Summary of Actual and Necessary Expenses for the Fee Period]

| EXPENSE CATEGORY | AMOUNT |
|---|---|
| Reproduction Costs (at $0.10 per page) | $1,478.60 |
| Telecommunications | $0.00[1] |
| Litigation and Corporate Support Services[2] | $152.10 |
| Postage | $0.46 |
| Travel Out-of-Town – Transportation | $2,076.26[3] |
| Taxi, Carfare, Mileage, Parking | $1,067.56[4] |
| Business Meals | $228.51[5] |
| Out-of-Town Lodging | $1,400.00[6] |
| Word Processing | $0.00[7] |
| **Total** | **$6,403.49** |

---

[1] Reflects a reduction of $1.39 for telecommunication expenses incurred that are not reimbursable pursuant to the fee committee guidelines.

[2] Consists of CourtCall, PACER and transcript (hearing and deposition) expenses.

[3] Includes non-refundable first-class airfare reduced by 50% to approximate the cost differential between non-refundable first-class airfare and refundable coach-class fare, addressing the reimbursable cap imposed by the fee committee.

[4] Includes a reduction of $117.99 for cab and carfare expenses incurred that are not reimbursable pursuant to the fee committee guidelines.

[5] Includes a reduction of $131.21 for business meal expenses either (i) in excess of the reimbursable cap or (ii) that are not otherwise reimbursable pursuant to the fee committee guidelines.

[6] Includes a reduction of $1,327.32 for lodging expenses in excess of the reimbursable cap imposed by the fee committee.

[7] Reflects a reduction of $240.50 for word processing and proofreading expenses incurred that are not reimbursable pursuant to the fee committee guidelines.

59548341v1