**Exhibit D**

[Detailed Description of Expenses and Disbursements]

<u>Disbursements and Other Charges</u>

| <u>Date</u> | <u>Name</u> | <u>Description</u> | <u>Amount</u> |
|---|---|---|---|
| 04/30/2016 | Jared Zajac | Litigation Support/docketing-Pacer | 7.20 |
| 05/31/2016 | Jared Zajac | Litigation Support/docketing-Pacer | 7.30 |
| 06/16/2016 | Lary Alan Rappaport | Filing and Court Costs-CourtCall | 44.00 |
| 06/29/2016 | Peter J. Young | Airplane-GoGo Internet Service | 4.99 |
| 06/29/2016 | Peter J. Young | Out Of Town Meals | 40.00 |
| 06/29/2016 | Peter J. Young | Taxicab/car Svc.-XYZ Car Service from LaGuardia to Hotel | 56.81 |
| 06/29/2016 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Cab from Chicago Office to O'Hare | 60.00 |
| 06/30/2016 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Cab from Hotel to Kirkland | 10.00 |
| 06/30/2016 | Peter J. Young | Out Of Town Meals | 27.50 |
| 06/30/2016 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Cab from O'Hare to Home | 60.00 |
| 06/30/2016 | Peter J. Young | Airplane-Chicago to New York 6/29-30/16 | 832.10 |
| 06/30/2016 | Peter J. Young | Airplane-GoGo Internet Service | 4.99 |
| 06/30/2016 | Peter J. Young | Lodging-1 Night New York | 500.00 |
| 06/30/2016 | Peter J. Young | Other Disbursements-Gratuities | 25.00 |
| 07/01/2016 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Uber Car from Hotel to LaGuardia | 92.82 |
| 07/05/2016 | Jared Zajac | Reproduction | 0.10 |
| 07/05/2016 | Jared Zajac | Reproduction | 0.40 |
| 07/05/2016 | Peter J. Young | Reproduction | 2.50 |
| 07/05/2016 | Peter J. Young | Reproduction | 0.30 |
| 07/06/2016 | Daniel I. Ganitsky | Reproduction | 0.80 |
| 07/06/2016 | Daniel I. Ganitsky | Reproduction | 0.20 |
| 07/06/2016 | Daniel I. Ganitsky | Reproduction | 12.30 |
| 07/06/2016 | Daniel I. Ganitsky | Reproduction | 1.20 |
| 07/06/2016 | Daniel I. Ganitsky | Reproduction | 0.40 |
| 07/06/2016 | Gary Silber | Reproduction | 0.10 |
| 07/06/2016 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Cab from LAX to Hotel | 55.00 |
| 07/06/2016 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Cab from Chicago Office to O'Hare | 60.00 |
| 07/06/2016 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Uber Car from Hotel to Los Angeles Office | 24.24 |
| 07/06/2016 | Gary Silber | Taxicab/car Svc.-Executive Car Service from Office to Home, 5.7 Hours Worked | 94.15 |
| 07/06/2016 | Peter J. Young | Airplane-WiFi Service | 11.99 |

| Date | Name | Description | Amount |
|------|------|-------------|--------|
| 07/06/2016 | Gary Silber | Dinner Voucher/sweb-5.7 Hours Worked | 20.00 |
| 07/07/2016 | Peter J. Young | Out Of Town Meals | 13.90 |
| 07/07/2016 | Selena F. Williams | Reproduction | 0.40 |
| 07/07/2016 | Selena F. Williams | Reproduction | 0.90 |
| 07/07/2016 | Selena F. Williams | Reproduction | 0.80 |
| 07/07/2016 | Selena F. Williams | Reproduction | 1.80 |
| 07/07/2016 | Selena F. Williams | Reproduction | 1.30 |
| 07/07/2016 | Selena F. Williams | Reproduction | 0.20 |
| 07/07/2016 | Selena F. Williams | Reproduction | 0.10 |
| 07/07/2016 | Selena F. Williams | Reproduction | 2.70 |
| 07/07/2016 | Selena F. Williams | Reproduction | 2.50 |
| 07/07/2016 | Selena F. Williams | Reproduction | 0.40 |
| 07/07/2016 | Selena F. Williams | Reproduction | 0.20 |
| 07/07/2016 | Selena F. Williams | Reproduction | 5.40 |
| 07/07/2016 | Selena F. Williams | Reproduction | 0.10 |
| 07/07/2016 | Selena F. Williams | Reproduction | 0.10 |
| 07/07/2016 | Selena F. Williams | Reproduction | 0.10 |
| 07/07/2016 | Selena F. Williams | Reproduction | 0.10 |
| 07/07/2016 | Selena F. Williams | Reproduction | 0.20 |
| 07/07/2016 | Selena F. Williams | Reproduction | 2.80 |
| 07/07/2016 | Selena F. Williams | Reproduction | 0.10 |
| 07/07/2016 | Selena F. Williams | Reproduction | 0.20 |
| 07/07/2016 | Selena F. Williams | Reproduction | 0.20 |
| 07/07/2016 | Selena F. Williams | Reproduction | 0.10 |
| 07/07/2016 | Selena F. Williams | Reproduction | 0.10 |
| 07/07/2016 | Selena F. Williams | Reproduction | 5.00 |
| 07/07/2016 | Selena F. Williams | Reproduction | 0.20 |
| 07/07/2016 | Selena F. Williams | Reproduction | 0.20 |
| 07/07/2016 | Selena F. Williams | Reproduction | 0.20 |
| 07/07/2016 | Selena F. Williams | Reproduction | 0.20 |
| 07/07/2016 | Selena F. Williams | Reproduction | 0.40 |
| 07/07/2016 | Selena F. Williams | Reproduction | 5.60 |
| 07/07/2016 | Selena F. Williams | Reproduction | 0.20 |
| 07/07/2016 | Selena F. Williams | Reproduction | 0.40 |
| 07/07/2016 | Selena F. Williams | Reproduction | 0.40 |
| 07/07/2016 | Selena F. Williams | Reproduction | 0.20 |
| 07/07/2016 | Selena F. Williams | Reproduction | 0.20 |
| 07/07/2016 | Selena F. Williams | Reproduction | 0.40 |
| 07/07/2016 | Selena F. Williams | Reproduction | 0.80 |
| 07/07/2016 | Selena F. Williams | Reproduction | 2.10 |
| 07/07/2016 | Selena F. Williams | Reproduction | 1.20 |
| 07/07/2016 | Selena F. Williams | Reproduction | 0.40 |
| 07/07/2016 | Selena F. Williams | Reproduction | 0.10 |

| Date | Name | Description | Amount |
|------|------|-------------|-------:|
| 07/07/2016 | Selena F. Williams | Reproduction | 0.10 |
| 07/07/2016 | Selena F. Williams | Reproduction | 23.80 |
| 07/07/2016 | Selena F. Williams | Reproduction | 0.10 |
| 07/07/2016 | Selena F. Williams | Reproduction | 0.10 |
| 07/07/2016 | Selena F. Williams | Reproduction | 0.40 |
| 07/07/2016 | Selena F. Williams | Reproduction | 0.60 |
| 07/07/2016 | Selena F. Williams | Reproduction | 0.60 |
| 07/07/2016 | Selena F. Williams | Reproduction | 24.80 |
| 07/07/2016 | Selena F. Williams | Reproduction | 0.20 |
| 07/07/2016 | Selena F. Williams | Reproduction | 0.20 |
| 07/07/2016 | Selena F. Williams | Reproduction | 0.80 |
| 07/07/2016 | Selena F. Williams | Reproduction | 1.20 |
| 07/07/2016 | Selena F. Williams | Reproduction | 0.30 |
| 07/07/2016 | Selena F. Williams | Reproduction | 0.20 |
| 07/07/2016 | Selena F. Williams | Reproduction | 0.20 |
| 07/07/2016 | Selena F. Williams | Reproduction | 0.10 |
| 07/07/2016 | Selena F. Williams | Reproduction | 0.10 |
| 07/07/2016 | Selena F. Williams | Reproduction | 1.20 |
| 07/07/2016 | Selena F. Williams | Reproduction | 0.60 |
| 07/07/2016 | Selena F. Williams | Reproduction | 0.40 |
| 07/07/2016 | Selena F. Williams | Reproduction | 0.40 |
| 07/07/2016 | Selena F. Williams | Reproduction | 0.20 |
| 07/07/2016 | Selena F. Williams | Reproduction | 0.20 |
| 07/08/2016 | Peter J. Young | Out Of Town Meals | 40.00 |
| 07/08/2016 | Ann Grummitt | Postage | 0.46 |
| 07/08/2016 | Peter J. Young | Out Of Town Meals | 4.25 |
| 07/08/2016 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Uber Car from Hotel to Los Angeles Office | 24.05 |
| 07/08/2016 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Uber Car from Los Angeles Office to Hotel | 24.90 |
| 07/09/2016 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Uber Car from Hotel to LAX | 88.59 |
| 07/09/2016 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Cab from O'Hare to Home | 55.00 |
| 07/09/2016 | Peter J. Young | Airplane-Chicago-Los Angeles 7/6-7/9/16 | 727.10 |
| 07/09/2016 | Peter J. Young | Lodging-2 Nights Los Angeles | 600.00 |
| 07/11/2016 | Peter J. Young | Reproduction | 0.10 |
| 07/11/2016 | Peter J. Young | Reproduction | 0.30 |
| 07/13/2016 | Lorena Ramirez | Reproduction | 0.10 |
| 07/13/2016 | Lorena Ramirez | Reproduction | 0.10 |
| 07/13/2016 | Lorena Ramirez | Reproduction | 0.60 |
| 07/13/2016 | Lorena Ramirez | Reproduction | 0.60 |

| Date | Name | Description | Amount |
|------|------|-------------|--------|
| 07/13/2016 | Lorena Ramirez | Reproduction | 2.10 |
| 07/13/2016 | Lorena Ramirez | Reproduction | 0.70 |
| 07/14/2016 | Daniel I. Ganitsky | Reproduction | 2.20 |
| 07/14/2016 | Daniel I. Ganitsky | Reproduction | 0.30 |
| 07/14/2016 | Peter J. Young | Reproduction | 8.60 |
| 07/15/2016 | Dawn Young | Reproduction | 11.80 |
| 07/15/2016 | Dawn Young | Reproduction | 4.40 |
| 07/15/2016 | Dawn Young | Reproduction | 3.50 |
| 07/15/2016 | Dawn Young | Reproduction | 1.90 |
| 07/15/2016 | Dawn Young | Reproduction | 0.30 |
| 07/15/2016 | Dawn Young | Reproduction | 8.70 |
| 07/15/2016 | Dawn Young | Reproduction | 2.50 |
| 07/15/2016 | Dawn Young | Reproduction | 1.90 |
| 07/15/2016 | Dawn Young | Reproduction | 1.00 |
| 07/15/2016 | Dawn Young | Reproduction | 0.80 |
| 07/15/2016 | Dawn Young | Reproduction | 0.10 |
| 07/15/2016 | Dawn Young | Reproduction | 0.10 |
| 07/15/2016 | Dawn Young | Reproduction | 2.90 |
| 07/15/2016 | Dawn Young | Reproduction | 1.60 |
| 07/15/2016 | Dawn Young | Reproduction | 0.30 |
| 07/15/2016 | Peter J. Young | Reproduction | 4.30 |
| 07/15/2016 | Peter J. Young | Reproduction | 2.30 |
| 07/15/2016 | Peter J. Young | Reproduction | 5.50 |
| 07/15/2016 | Peter J. Young | Reproduction | 0.10 |
| 07/18/2016 | Daniel I. Ganitsky | Reproduction | 0.10 |
| 07/18/2016 | Daniel I. Ganitsky | Reproduction | 0.10 |
| 07/18/2016 | Daniel I. Ganitsky | Reproduction | 0.10 |
| 07/18/2016 | Daniel I. Ganitsky | Reproduction | 0.10 |
| 07/18/2016 | Daniel I. Ganitsky | Reproduction | 0.20 |
| 07/18/2016 | Daniel I. Ganitsky | Reproduction | 0.10 |
| 07/18/2016 | Daniel I. Ganitsky | Reproduction | 0.10 |
| 07/18/2016 | Daniel I. Ganitsky | Reproduction | 0.20 |
| 07/18/2016 | Daniel I. Ganitsky | Reproduction | 0.20 |
| 07/18/2016 | Daniel I. Ganitsky | Reproduction | 0.20 |
| 07/18/2016 | Daniel I. Ganitsky | Reproduction | 0.50 |
| 07/18/2016 | Daniel I. Ganitsky | Reproduction | 0.50 |
| 07/18/2016 | Daniel I. Ganitsky | Reproduction | 0.20 |
| 07/18/2016 | Daniel I. Ganitsky | Reproduction | 0.20 |
| 07/18/2016 | James P. Gerkis | Reproduction | 0.10 |
| 07/18/2016 | James P. Gerkis | Reproduction | 0.10 |
| 07/18/2016 | James P. Gerkis | Reproduction | 0.30 |
| 07/18/2016 | James P. Gerkis | Reproduction | 0.10 |
| 07/18/2016 | James P. Gerkis | Reproduction | 1.00 |
| 07/18/2016 | James P. Gerkis | Reproduction | 1.00 |

| Date | Name | Description | Amount |
|------|------|-------------|--------|
| 07/18/2016 | James P. Gerkis | Reproduction | 0.40 |
| 07/18/2016 | James P. Gerkis | Reproduction | 0.20 |
| 07/18/2016 | James P. Gerkis | Reproduction | 1.10 |
| 07/18/2016 | James P. Gerkis | Reproduction | 0.10 |
| 07/18/2016 | James P. Gerkis | Reproduction | 0.40 |
| 07/18/2016 | Mark K. Thomas | Reproduction | 5.50 |
| 07/18/2016 | Mark K. Thomas | Reproduction | 7.40 |
| 07/18/2016 | Mark K. Thomas | Reproduction | 2.60 |
| 07/18/2016 | Mark K. Thomas | Reproduction | 4.30 |
| 07/18/2016 | Peter J. Young | Reproduction | 5.10 |
| 07/18/2016 | Mark K. Thomas | Reproduction | 6.80 |
| 07/18/2016 | Mark K. Thomas | Reproduction | 10.50 |
| 07/18/2016 | Mark K. Thomas | Reproduction | 5.10 |
| 07/19/2016 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Cab from Philadelphia Airport to Hotel | 35.00 |
| 07/19/2016 | Peter J. Young | Out Of Town Meals | 31.40 |
| 07/19/2016 | Peter J. Young | Local Meals-Lunch at O'Hare | 11.46 |
| 07/20/2016 | Peter J. Young | Airplane-Chicago-Philadelphia 7/19-20/16 | 487.10 |
| 07/20/2016 | Peter J. Young | Airplane-WiFi Service | 7.99 |
| 07/20/2016 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Uber car from Wilmington to Philadelphia | 125.00 |
| 07/20/2016 | Natasha Petrov | Transcripts & Depositions-Veritext for Hearing Transcript | 93.60 |
| 07/20/2016 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Park at O'Hare | 52.00 |
| 07/20/2016 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Carey Limo Service from Philadelphia to Wilmington | 125.00 |
| 07/20/2016 | Peter J. Young | Lodging-1 Night Philadelphia | 300.00 |
| 07/20/2016 | Daniel I. Ganitsky | Reproduction | 0.40 |
| 07/20/2016 | Daniel I. Ganitsky | Reproduction | 0.20 |
| 07/20/2016 | Daniel I. Ganitsky | Reproduction | 9.00 |
| 07/20/2016 | Paulette Lindo | Reproduction | 0.30 |
| 07/20/2016 | Dawn Young | Reproduction | 0.70 |
| 07/20/2016 | Dawn Young | Reproduction | 1.30 |
| 07/20/2016 | Paulette Lindo | Reproduction | 4.20 |
| 07/20/2016 | Paulette Lindo | Reproduction | 4.20 |
| 07/20/2016 | Paulette Lindo | Reproduction | 0.20 |
| 07/20/2016 | Dawn Young | Reproduction | 13.40 |
| 07/20/2016 | Dawn Young | Reproduction | 11.60 |
| 07/20/2016 | Lorena Ramirez | Reproduction | 4.20 |
| 07/20/2016 | Richard M. Corn | Reproduction | 2.80 |

| Date | Name | Description | Amount |
|------|------|-------------|-------:|
| 07/21/2016 | Paulette Lindo | Reproduction | 0.20 |
| 07/21/2016 | Paulette Lindo | Reproduction | 3.10 |
| 07/21/2016 | Paulette Lindo | Reproduction | 3.10 |
| 07/21/2016 | Paulette Lindo | Reproduction | 0.10 |
| 07/21/2016 | Paulette Lindo | Reproduction | 0.30 |
| 07/21/2016 | Kunal Dogra | Reproduction | 9.70 |
| 07/21/2016 | Kunal Dogra | Reproduction | 13.20 |
| 07/21/2016 | Kunal Dogra | Reproduction | 13.50 |
| 07/21/2016 | Paulette Lindo | Reproduction | 3.10 |
| 07/21/2016 | Paulette Lindo | Reproduction | 3.10 |
| 07/21/2016 | Paulette Lindo | Reproduction | 0.10 |
| 07/21/2016 | Paulette Lindo | Reproduction | 0.10 |
| 07/21/2016 | Paulette Lindo | Reproduction | 0.20 |
| 07/21/2016 | Paulette Lindo | Reproduction | 12.40 |
| 07/21/2016 | Paulette Lindo | Reproduction | 4.20 |
| 07/21/2016 | Kunal Dogra | Reproduction | 3.10 |
| 07/21/2016 | Kunal Dogra | Reproduction | 0.30 |
| 07/21/2016 | Paulette Lindo | Reproduction | 0.20 |
| 07/21/2016 | Paulette Lindo | Reproduction | 0.20 |
| 07/21/2016 | Jared Zajac | Reproduction | 0.20 |
| 07/21/2016 | Richard M. Corn | Reproduction | 0.30 |
| 07/21/2016 | Lorena Ramirez | Reproduction | 0.50 |
| 07/21/2016 | Lorena Ramirez | Reproduction | 3.30 |
| 07/21/2016 | Lorena Ramirez | Reproduction | 3.10 |
| 07/21/2016 | Mark K. Thomas | Reproduction | 3.10 |
| 07/21/2016 | Peter J. Young | Reproduction | 2.30 |
| 07/21/2016 | Peter J. Young | Reproduction | 2.30 |
| 07/21/2016 | Peter J. Young | Reproduction | 0.10 |
| 07/21/2016 | Peter J. Young | Reproduction | 0.20 |
| 07/21/2016 | Mark K. Thomas | Reproduction | 3.30 |
| 07/21/2016 | Mark K. Thomas | Reproduction | 0.10 |
| 07/21/2016 | Peter J. Young | Reproduction | 0.10 |
| 07/21/2016 | Peter J. Young | Reproduction | 0.10 |
| 07/21/2016 | Peter J. Young | Reproduction | 3.10 |
| 07/21/2016 | Peter J. Young | Reproduction | 3.10 |
| 07/21/2016 | Peter J. Young | Reproduction | 13.40 |
| 07/21/2016 | Peter J. Young | Reproduction | 0.50 |
| 07/21/2016 | Peter J. Young | Reproduction | 0.10 |
| 07/21/2016 | Peter J. Young | Reproduction | 0.10 |
| 07/21/2016 | Peter J. Young | Reproduction | 4.20 |
| 07/21/2016 | Peter J. Young | Reproduction | 12.40 |
| 07/21/2016 | Mark K. Thomas | Reproduction | 0.50 |
| 07/21/2016 | Mark K. Thomas | Reproduction | 4.20 |
| 07/21/2016 | Peter J. Young | Reproduction | 0.20 |

| Date | Name | Description | Amount |
|------|------|-------------|--------|
| 07/21/2016 | Peter J. Young | Reproduction | 0.20 |
| 07/21/2016 | Peter J. Young | Reproduction | 3.30 |
| 07/21/2016 | Jared Zajac | Dinner Voucher/sweb-4.6 Hours Worked | 20.00 |
| 07/22/2016 | Daniel I. Ganitsky | Reproduction | 0.20 |
| 07/22/2016 | Daniel I. Ganitsky | Reproduction | 0.20 |
| 07/22/2016 | Dawn Young | Reproduction | 0.30 |
| 07/22/2016 | Dawn Young | Reproduction | 12.80 |
| 07/22/2016 | Dawn Young | Reproduction | 13.50 |
| 07/22/2016 | Dawn Young | Reproduction | 13.20 |
| 07/22/2016 | Kunal Dogra | Reproduction | 0.50 |
| 07/22/2016 | Lary Alan Rappaport | Reproduction | 0.50 |
| 07/22/2016 | Lary Alan Rappaport | Reproduction | 3.30 |
| 07/22/2016 | Lary Alan Rappaport | Reproduction | 3.10 |
| 07/22/2016 | Lorena Ramirez | Reproduction | 1.70 |
| 07/22/2016 | Mark K. Thomas | Reproduction | 0.50 |
| 07/22/2016 | Mark K. Thomas | Reproduction | 1.70 |
| 07/22/2016 | Mark K. Thomas | Reproduction | 3.40 |
| 07/22/2016 | Mark K. Thomas | Reproduction | 2.70 |
| 07/23/2016 | Michael A. Firestein | Reproduction | 0.40 |
| 07/23/2016 | Michael A. Firestein | Reproduction | 0.10 |
| 07/23/2016 | Ho-jung Chang | Reproduction | 1.80 |
| 07/23/2016 | Ho-jung Chang | Reproduction | 2.00 |
| 07/24/2016 | Lary Alan Rappaport | Reproduction | 2.00 |
| 07/24/2016 | Peter J. Young | Reproduction | 0.40 |
| 07/24/2016 | Peter J. Young | Reproduction | 1.70 |
| 07/24/2016 | Peter J. Young | Reproduction | 2.00 |
| 07/24/2016 | Peter J. Young | Reproduction | 5.50 |
| 07/25/2016 | Paulette Lindo | Reproduction | 0.10 |
| 07/25/2016 | Paulette Lindo | Reproduction | 1.80 |
| 07/25/2016 | Kunal Dogra | Reproduction | 0.90 |
| 07/25/2016 | Kunal Dogra | Reproduction | 1.80 |
| 07/25/2016 | Kunal Dogra | Reproduction | 0.80 |
| 07/25/2016 | Kunal Dogra | Reproduction | 0.30 |
| 07/25/2016 | Kunal Dogra | Reproduction | 0.30 |
| 07/25/2016 | Kunal Dogra | Reproduction | 0.30 |
| 07/25/2016 | Kunal Dogra | Reproduction | 0.30 |
| 07/25/2016 | Kunal Dogra | Reproduction | 1.60 |
| 07/25/2016 | Kunal Dogra | Reproduction | 1.00 |
| 07/25/2016 | Paulette Lindo | Reproduction | 0.10 |
| 07/25/2016 | Paulette Lindo | Reproduction | 0.10 |
| 07/25/2016 | Paulette Lindo | Reproduction | 0.20 |
| 07/25/2016 | Paulette Lindo | Reproduction | 0.20 |
| 07/25/2016 | Paulette Lindo | Reproduction | 5.40 |

| Date | Name | Description | Amount |
|------|------|-------------|--------|
| 07/25/2016 | Paulette Lindo | Reproduction | 0.20 |
| 07/25/2016 | Paulette Lindo | Reproduction | 0.10 |
| 07/25/2016 | Paulette Lindo | Reproduction | 2.60 |
| 07/25/2016 | Paulette Lindo | Reproduction | 4.60 |
| 07/25/2016 | Paulette Lindo | Reproduction | 4.00 |
| 07/25/2016 | Paulette Lindo | Reproduction | 4.10 |
| 07/25/2016 | Kunal Dogra | Reproduction | 0.80 |
| 07/25/2016 | Kunal Dogra | Reproduction | 2.10 |
| 07/25/2016 | Kunal Dogra | Reproduction | 1.20 |
| 07/25/2016 | Kunal Dogra | Reproduction | 0.10 |
| 07/25/2016 | Kunal Dogra | Reproduction | 0.40 |
| 07/25/2016 | Kunal Dogra | Reproduction | 0.20 |
| 07/25/2016 | Kunal Dogra | Reproduction | 0.20 |
| 07/25/2016 | Kunal Dogra | Reproduction | 0.20 |
| 07/25/2016 | Kunal Dogra | Reproduction | 0.60 |
| 07/25/2016 | Kunal Dogra | Reproduction | 0.80 |
| 07/25/2016 | Kunal Dogra | Reproduction | 0.60 |
| 07/25/2016 | Kunal Dogra | Reproduction | 0.80 |
| 07/25/2016 | Kunal Dogra | Reproduction | 0.20 |
| 07/25/2016 | Kunal Dogra | Reproduction | 0.60 |
| 07/25/2016 | Paulette Lindo | Reproduction | 0.10 |
| 07/25/2016 | Paulette Lindo | Reproduction | 0.10 |
| 07/25/2016 | Paulette Lindo | Reproduction | 0.10 |
| 07/25/2016 | Paulette Lindo | Reproduction | 0.10 |
| 07/25/2016 | Paulette Lindo | Reproduction | 0.40 |
| 07/25/2016 | Jared Zajac | Reproduction | 2.30 |
| 07/25/2016 | Mark K. Thomas | Reproduction | 4.80 |
| 07/25/2016 | Peter J. Young | Reproduction | 4.80 |
| 07/25/2016 | Peter J. Young | Reproduction | 1.80 |
| 07/25/2016 | Mark K. Thomas | Reproduction | 5.40 |
| 07/25/2016 | Peter J. Young | Reproduction | 1.80 |
| 07/25/2016 | Peter J. Young | Reproduction | 2.00 |
| 07/25/2016 | Peter J. Young | Reproduction | 1.80 |
| 07/26/2016 | Paulette Lindo | Reproduction | 2.20 |
| 07/26/2016 | Paulette Lindo | Reproduction | 2.00 |
| 07/26/2016 | Paulette Lindo | Reproduction | 1.80 |
| 07/26/2016 | Paulette Lindo | Reproduction | 0.20 |
| 07/26/2016 | Paulette Lindo | Reproduction | 18.10 |
| 07/26/2016 | Kunal Dogra | Reproduction | 0.40 |
| 07/26/2016 | Paulette Lindo | Reproduction | 0.10 |
| 07/26/2016 | Paulette Lindo | Reproduction | 8.30 |
| 07/26/2016 | Kunal Dogra | Reproduction | 1.60 |
| 07/26/2016 | Kunal Dogra | Reproduction | 1.70 |
| 07/26/2016 | Paulette Lindo | Reproduction | 1.70 |

| Date | Name | Description | Amount |
|------|------|-------------|-------:|
| 07/26/2016 | Paulette Lindo | Reproduction | 2.90 |
| 07/26/2016 | Paulette Lindo | Reproduction | 7.10 |
| 07/26/2016 | Jared Zajac | Reproduction | 1.20 |
| 07/26/2016 | Lorena Ramirez | Reproduction | 4.00 |
| 07/26/2016 | Peter J. Young | Reproduction | 0.60 |
| 07/26/2016 | Peter J. Young | Reproduction | 0.50 |
| 07/26/2016 | Peter J. Young | Reproduction | 10.80 |
| 07/26/2016 | Peter J. Young | Reproduction | 4.20 |
| 07/26/2016 | Peter J. Young | Reproduction | 3.30 |
| 07/26/2016 | Peter J. Young | Reproduction | 4.60 |
| 07/26/2016 | Peter J. Young | Reproduction | 4.70 |
| 07/27/2016 | Dawn Young | Reproduction | 0.80 |
| 07/27/2016 | Dawn Young | Reproduction | 5.50 |
| 07/27/2016 | Dawn Young | Reproduction | 2.70 |
| 07/27/2016 | Dawn Young | Reproduction | 1.60 |
| 07/27/2016 | Dawn Young | Reproduction | 0.20 |
| 07/27/2016 | Dawn Young | Reproduction | 0.90 |
| 07/27/2016 | Dawn Young | Reproduction | 3.10 |
| 07/27/2016 | Kunal Dogra | Reproduction | 1.20 |
| 07/27/2016 | Kunal Dogra | Reproduction | 1.20 |
| 07/27/2016 | Dawn Young | Reproduction | 0.40 |
| 07/27/2016 | Lary Alan Rappaport | Reproduction | 10.80 |
| 07/27/2016 | Lary Alan Rappaport | Reproduction | 4.60 |
| 07/27/2016 | Gabrielle D. Fox | Reproduction | 33.60 |
| 07/27/2016 | Gabrielle D. Fox | Reproduction | 33.60 |
| 07/27/2016 | Gabrielle D. Fox | Reproduction | 22.50 |
| 07/27/2016 | Gabrielle D. Fox | Reproduction | 15.90 |
| 07/27/2016 | Gabrielle D. Fox | Reproduction | 1.50 |
| 07/27/2016 | Gabrielle D. Fox | Reproduction | 1.80 |
| 07/27/2016 | Gabrielle D. Fox | Reproduction | 1.80 |
| 07/27/2016 | Gabrielle D. Fox | Reproduction | 38.70 |
| 07/27/2016 | Gabrielle D. Fox | Reproduction | 33.90 |
| 07/27/2016 | Gabrielle D. Fox | Reproduction | 9.90 |
| 07/27/2016 | Lorena Ramirez | Reproduction | 0.60 |
| 07/27/2016 | Lorena Ramirez | Reproduction | 0.30 |
| 07/27/2016 | Lorena Ramirez | Reproduction | 3.80 |
| 07/27/2016 | Peter J. Young | Reproduction | 2.70 |
| 07/27/2016 | Peter J. Young | Reproduction | 2.70 |
| 07/27/2016 | Peter J. Young | Reproduction | 3.10 |
| 07/27/2016 | Peter J. Young | Reproduction | 0.40 |
| 07/27/2016 | Peter J. Young | Reproduction | 3.00 |
| 07/27/2016 | Gary Silber | Dinner Voucher/sweb-4.8 Hours Worked | 20.00 |
| 07/28/2016 | Paulette Lindo | Reproduction | 1.00 |

59548341v1

| Date | Name | Description | Amount |
|------|------|-------------|-------:|
| 07/28/2016 | Paulette Lindo | Reproduction | 0.60 |
| 07/28/2016 | Paulette Lindo | Reproduction | 4.60 |
| 07/28/2016 | Paulette Lindo | Reproduction | 0.10 |
| 07/28/2016 | Paulette Lindo | Reproduction | 0.50 |
| 07/28/2016 | Paulette Lindo | Reproduction | 0.10 |
| 07/28/2016 | Michael M. Su | Reproduction | 0.60 |
| 07/28/2016 | Michael M. Su | Reproduction | 4.20 |
| 07/28/2016 | Michael M. Su | Reproduction | 2.80 |
| 07/28/2016 | Michael M. Su | Reproduction | 1.20 |
| 07/28/2016 | Michael M. Su | Reproduction | 3.50 |
| 07/28/2016 | Michael M. Su | Reproduction | 0.70 |
| 07/28/2016 | Michael M. Su | Reproduction | 1.40 |
| 07/28/2016 | Michael M. Su | Reproduction | 99.20 |
| 07/28/2016 | Michael M. Su | Reproduction | 88.20 |
| 07/28/2016 | Michael M. Su | Reproduction | 3.10 |
| 07/28/2016 | Michael M. Su | Reproduction | 0.40 |
| 07/28/2016 | Michael M. Su | Reproduction | 0.30 |
| 07/28/2016 | Michael M. Su | Reproduction | 0.40 |
| 07/28/2016 | Michael M. Su | Reproduction | 0.80 |
| 07/28/2016 | Michael M. Su | Reproduction | 0.20 |
| 07/28/2016 | Michael M. Su | Reproduction | 2.30 |
| 07/28/2016 | Michael M. Su | Reproduction | 2.90 |
| 07/28/2016 | Michael M. Su | Reproduction | 34.00 |
| 07/28/2016 | Michael M. Su | Reproduction | 34.00 |
| 07/28/2016 | Michael M. Su | Reproduction | 0.10 |
| 07/28/2016 | Gabrielle D. Fox | Reproduction | 0.40 |
| 07/28/2016 | Lorena Ramirez | Reproduction | 2.70 |
| 07/28/2016 | Lorena Ramirez | Reproduction | 5.70 |
| 07/28/2016 | Lorena Ramirez | Reproduction | 17.10 |
| 07/28/2016 | Lorena Ramirez | Reproduction | 1.20 |
| 07/28/2016 | Gabrielle D. Fox | Reproduction | 1.00 |
| 07/28/2016 | Gabrielle D. Fox | Reproduction | 0.50 |
| 07/28/2016 | Lorena Ramirez | Reproduction | 3.30 |
| 07/28/2016 | Lorena Ramirez | Reproduction | 4.80 |
| 07/28/2016 | Lorena Ramirez | Reproduction | 6.60 |
| 07/28/2016 | Gabrielle D. Fox | Reproduction | 1.50 |
| 07/28/2016 | Lorena Ramirez | Reproduction | 1.10 |
| 07/28/2016 | Lorena Ramirez | Reproduction | 0.10 |
| 07/28/2016 | Lorena Ramirez | Reproduction | 5.70 |
| 07/28/2016 | Lorena Ramirez | Reproduction | 2.40 |
| 07/28/2016 | Lorena Ramirez | Reproduction | 4.10 |
| 07/28/2016 | Lorena Ramirez | Reproduction | 0.40 |
| 07/29/2016 | Natasha Petrov | Reproduction | 12.10 |
| 07/29/2016 | Natasha Petrov | Reproduction | 0.20 |

| Date | Name | Description | Amount |
|------|------|-------------|-------:|
| 07/29/2016 | Natasha Petrov | Reproduction | 8.00 |
| 07/29/2016 | Natasha Petrov | Reproduction | 12.10 |
| 07/29/2016 | Natasha Petrov | Reproduction | 4.80 |
| 07/29/2016 | Natasha Petrov | Reproduction | 8.00 |
| 07/29/2016 | Natasha Petrov | Reproduction | 4.20 |
| 07/29/2016 | Natasha Petrov | Reproduction | 11.40 |
| 07/29/2016 | Natasha Petrov | Reproduction | 25.40 |
| 07/29/2016 | Natasha Petrov | Reproduction | 9.80 |
| 07/29/2016 | Natasha Petrov | Reproduction | 1.00 |
| 07/29/2016 | Natasha Petrov | Reproduction | 9.60 |
| 07/29/2016 | Natasha Petrov | Reproduction | 5.40 |
| 07/29/2016 | Natasha Petrov | Reproduction | 0.60 |
| 07/29/2016 | Natasha Petrov | Reproduction | 0.40 |
| 07/29/2016 | Natasha Petrov | Reproduction | 0.10 |
| 07/29/2016 | Natasha Petrov | Reproduction | 0.40 |
| 07/29/2016 | Natasha Petrov | Reproduction | 0.20 |
| 07/29/2016 | Natasha Petrov | Reproduction | 0.10 |
| 07/29/2016 | Natasha Petrov | Reproduction | 4.80 |
| 07/29/2016 | Natasha Petrov | Reproduction | 0.40 |
| 07/29/2016 | Natasha Petrov | Reproduction | 0.40 |
| 07/29/2016 | Natasha Petrov | Reproduction | 1.80 |
| 07/29/2016 | Natasha Petrov | Reproduction | 0.20 |
| 07/29/2016 | Natasha Petrov | Reproduction | 1.00 |
| 07/29/2016 | Courtney M. Bowman | Reproduction | 0.20 |
| 07/29/2016 | Courtney M. Bowman | Reproduction | 0.30 |
| 07/29/2016 | Courtney M. Bowman | Reproduction | 0.20 |
| 07/29/2016 | Courtney M. Bowman | Reproduction | 2.40 |
| 07/29/2016 | Courtney M. Bowman | Reproduction | 0.30 |
| 07/29/2016 | Courtney M. Bowman | Reproduction | 2.30 |
| 07/29/2016 | Courtney M. Bowman | Reproduction | 0.80 |
| 07/29/2016 | Gabrielle D. Fox | Reproduction | 0.30 |
| 07/29/2016 | Lorena Ramirez | Reproduction | 0.20 |
| 07/29/2016 | Michael A. Firestein | Reproduction | 9.50 |
| 07/29/2016 | Lorena Ramirez | Reproduction | 5.40 |
| 07/29/2016 | Lorena Ramirez | Reproduction | 7.20 |
| 07/29/2016 | Michael A. Firestein | Reproduction | 5.70 |
| 07/29/2016 | Michael A. Firestein | Reproduction | 75.90 |
| 07/29/2016 | Peter J. Young | Reproduction | 0.20 |
| 07/30/2016 | Lary Alan Rappaport | Reproduction | 0.30 |
| 07/30/2016 | Lary Alan Rappaport | Reproduction | 0.70 |
| 07/30/2016 | Lary Alan Rappaport | Reproduction | 3.70 |
| 07/30/2016 | Lary Alan Rappaport | Reproduction | 3.10 |
| 07/31/2016 | Lary Alan Rappaport | Reproduction | 0.30 |
| 07/31/2016 | Lary Alan Rappaport | Reproduction | 2.30 |

Disbursements and Other Charges                                              $6,403.49