IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
|  | ) Re: D.I. 2582, 3520, 4400, 5254, 6908, 7886, 8503 |

### CERTIFICATION OF COUNSEL REGARDING ORDER EXTENDING DEADLINE TO ASSUME OR REJECT A CERTAIN NONRESIDENTIAL REAL PROPERTY LEASE UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE

The undersigned hereby certifies as follows:

1. On July 23, 2014, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Motion of Energy Future Holdings Corp., et al., for Entry of an Order, Pursuant to Section 365(d)(4) of the Bankruptcy Code, Extending Their Time to Assume or Reject Unexpired Leases of Nonresidential Real Property* [D.I. 1680] (the "Extension Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

2. On August 11, 2014, the Bankruptcy Court entered the *Order, Pursuant to Section 365(d)(4) of the Bankruptcy Code, Extending the Debtors' Time to Assume or Reject Unexpired Leases of Nonresidential Real Property* [D.I. 1803] (the "Extension Order"). Pursuant to the Extension Order, the Bankruptcy Court granted the Extension Motion and

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

extended the Debtors' time to elect to assume or reject the Unexpired Leases[2], pursuant to section 365(d)(4) of the Bankruptcy Code, through and including November 25, 2014. The Extension Order further provided that the extension of time provided therein was ". . . without prejudice to the Debtors' rights to seek further extensions of their time to assume or reject their Unexpired Leases as provided in section 365(d)(4) of the Bankruptcy Code." See Extension Order, ¶ 4.

3. Luminant Generation Company LLC ("Luminant"), one of the above-captioned Debtors, and Oncor Electric Delivery Company LLC ("Oncor" and, together with Luminant, the "Parties") are parties to that certain Sub-Sublease, dated September 6, 2011 (the "Lease"), for premises located at 1601 Bryan Street, Dallas, Texas 75201 (commonly known as Energy Plaza).

4. Subsequent to the entry of the Extension Order, the Parties entered into discussions concerning a further extension of the Debtors' time to elect to assume or reject the Lease. Based on those discussions (and an agreed submission made by the Debtors to the Bankruptcy Court on October 27, 2014; see D.I. 2567), on October 28, 2014, the Bankruptcy Court entered an order approving a stipulation by and between Luminant and Oncor extending the date by which the Debtors must assume or reject the Lease through and including February 25, 2015 [D.I. 2582] (the "Stipulated Extension Order"). Following the entry of the Stipulated Extension Order, the Parties engaged in further discussions concerning an additional extension of the Debtors' time to elect to assume or reject the Lease. Based on those discussions (and an agreed submission made by the Debtors to the Bankruptcy Court on February 11, 2015; see D.I. 3514), on February 12, 2015, the Bankruptcy Court entered an order approving a stipulation by and between Luminant and Oncor extending the date by which the Debtors must assume or reject

---

[2] Capitalized terms used, but not otherwise defined herein, shall be given the same meaning ascribed to them in the Extension Motion.

the Lease through and including May 25, 2015 [D.I. 3520] (the "Second Stipulated Extension Order"). Following the entry of the Second Stipulation Extension Order, the Parties engaged in further discussions concerning an additional extension of the Debtors' time to elect to assume or reject the Lease. Based on those discussions (and an agreed submission made by the Debtors to the Bankruptcy Court on May 4, 2015; see D.I. 4393), on May 5, 2015, the Bankruptcy Court entered an order approving a stipulation by and between Luminant and Oncor extending the date by which the Debtors must assume or reject the Lease through and including August 25, 2015 [D.I. 4400] (the "Third Stipulated Extension Order"). Following the entry of the Third Stipulation Extension Order, the Parties engaged in further discussions concerning an additional extension of the Debtors' time to elect to assume or reject the Lease. Based on those discussions (and an agreed submission made by the Debtors to the Bankruptcy Court on August 6, 2015; see D.I. 5225), on August 10, 2015, the Bankruptcy Court entered an order approving a stipulation by and between Luminant and Oncor extending the date by which the Debtors must assume or reject the Lease through and including November 25, 2015 [D.I. 5254] (the "Fourth Stipulated Extension Order"). Following the entry of the Fourth Stipulation Extension Order, the Parties engaged in further discussions concerning an additional extension of the Debtors' time to elect to assume or reject the Lease. Based on those discussions (and an agreed submission made by the Debtors to the Bankruptcy Court on November 5, 2015; see D.I. 6890), on November 6, 2015, the Bankruptcy Court entered an order approving a stipulation by and between Luminant and Oncor extending the date by which the Debtors must assume or reject the Lease through and including February 25, 2016 [D.I. 6908] (the "Fifth Stipulated Extension Order"). Following the entry of the Fifth Stipulation Extension Order, the Parties engaged in further discussions concerning an additional extension of the Debtors' time to elect to assume or reject the Lease.

Based on those discussions (and an agreed submission made by the Debtors to the Bankruptcy Court on February 17, 2016; see D.I. 7880), on February 18, 2016 the Bankruptcy Court entered an order approving a stipulation by and between Luminant and Oncor extending the date by which the Debtors must assume or reject the Lease through and including May 25, 2016 [D.I. 7886] (the "Sixth Stipulated Extension Order"). Most recently, following the entry of the Sixth Stipulation Extension Order, the Parties engaged in further discussions concerning an additional extension of the Debtors' time to elect to assume or reject the Lease. Based on those discussions (and an agreed submission made by the Debtors to the Bankruptcy Court on May 20, 2016; see D.I. 8500), on May 23, 2016 the Bankruptcy Court entered an order approving a stipulation by and between Luminant and Oncor extending the date by which the Debtors must assume or reject the Lease through and including August 25, 2016 [D.I. 8503] (the "Seventh Stipulated Extension Order").

5.    Following the entry of the Seventh Stipulated Extension Order, the Parties entered into discussions concerning a further extension of the Debtors' time to elect to assume or reject the Lease. Based on those discussions, the Parties have entered into that certain *Eighth Agreement Extending Deadline to Assume or Reject Lease*, dated August 22, 2016 (the "Eighth Agreement"). Pursuant to the Eighth Agreement, the Parties have agreed that the Debtors' time to determine whether to assume or reject the Lease under section 365(d)(4) of the Bankruptcy Code is further extended up to and including the earlier to occur of the effective date of the Second Amended Plan (as such term is defined in the Eighth Agreement) and November 28, 2016. The Debtors believe that the Eighth Agreement is in the best interests of their estates and should be approved. A proposed form of order (the "Proposed Order") approving the Eighth

Agreement is attached hereto as **Exhibit 1**. A copy of the Eighth Agreement is attached to the Proposed Order as **Exhibit A**.

6. WHEREFORE, the Debtors respectfully request that the Bankruptcy Court enter the Proposed Order, substantially in the form attached hereto as **Exhibit 1**, at its earliest convenience.

*[Remainder of page intentionally left blank.]*

Dated: August 22, 2016
Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:   collins@rlf.com
             defranceschi@rlf.com
             madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:   edward.sassower@kirkland.com
             stephen.hessler@kirkland.com
             brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:   james.sprayregen@kirkland.com
             marc.kieselstein@kirkland.com
             chad.husnick@kirkland.com
             steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession