# SIGN-IN SHEET

**CASE NAME:** Energy Future
**CASE NO:** 14-10979
**COURTROOM LOCATION:** 6
**DATE:** 8/23/2016 at 10:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Morgan Nighan | Nixon Peabody | EFH Indenture Trustee |
| George Skelly | " | " |
| Richard Pedone | " | " |
| Chris Fong | " | " |
| Chris Simon | Cassin Simon | " |
| Michael Firestein | Proskauer | EFH |
| Pete Young | Proskauer | EFH |
| Jeff Schlerf | Fox Rothschild | TCEH ad hoc group of unsecured note holders |
| Chris Shore | White & Case | " |
| Marc Kieselstein | Kirkland & Ellis LLP | The Debtors |
| Chad Husnick | " | " |
| Mark McKane | " | " |
| Barack Echols | " | " |
| Niiamar Amamoo | Kasowitz Benson | Contrarian Capital |
| Carron McDaniel | Hogan McDaniel | " |
| Ian Lowenthal | Patterson Belknap | Law Debenture |
| Steve Miller | Morris James | " |
| Cory Stephenson | Bielli Klauder | EFH |
| Colin R. Robinson | Pachulski Stang Ziehl Jones | Schoeller Indenture Trustee |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

Sydney Pritchett — Nixon Peabody — EFH Indenture Trustee

# SIGN-IN SHEET

**CASE NAME:** Energy Future
**CASE NO:** 14-10979
**COURTROOM LOCATION:** 6
**DATE:** 8/23/2016 at 10:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Marc Silverman / Jacob Adlerstein | Paul, Weiss, Rifkind, Wharton & Garrison | Ad Hoc Committee |
| Michael Turkel / Robert Hillip | | |
| Pauline Morgan | Young Conaway | TCEH First Lien Creditors |
| David L. Mack | McKool Smith | TCEH Debtors conflict |
| Tom Walper | Munger Tolles & Olson | " |
| Christopher Shore | Cross & Simon | " |
| Arlene Alves / Mark Kotwick | Seward & Kissel LLP | EFH Indenture Trustee |
| Dan DeFranceschi | Richards, Layton & Finger, P.A. | Wilmington Trust as TCEH First Lien Agent |
| Susan Madron | " | Debtors |
| Brian Glueckstein | Sullivan & Cromwell | " |
| Matthew A. Clemente | Montgomery McCracken Walker & Rhoads | E-Side Committee |
| Jerome Edmondson | | " |
| Garrett M. Hogan | Hogan McDaniel | Fenco |
| Fay Zelvin | Shearman & Sterling | Fensle, Fabry & Jones |
| R. Stephen McNeill | Potter Anderson & Corroon | Deutsche Bank New York |
| B. Spillman | Kirkland | " |
| Ray Gruzd | Klehr Harrison | Debtors |
| Abid Qureshi | Akin Gump | UMB Bank Indenture Trustee |
| Chris Carty | Akin Gump | " |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Christopher S. Sontchi #6

Calendar Date: 08/23/2016
Calendar Time: 10:00 AM ET

Amended Calendar 08/23/2016 06:00 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7792685 | Andrew Ambruoso | (212) 819-8967 | White & Case LLP | Creditor, Deutsche Bank / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7792130 | Ashley F. Bartram | (512) 475-4937 | State of Texas - Office of the Attorney General -Bankruptcy & Collections Div.Only | Interested Party, Public Utility Commission of Texas / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7797751 | Ward Benson | (202) 514-9642 | U.S. Department of Justice | Creditor, United States of America / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7799081 | Peg A. Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Dow Jones & Co. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7799259 | Christopher L. Carter | (617) 951-8063 | Morgan Lewis & Bockius LLP | Creditor, Pacific Investment Management Company / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7793140 | Michael Carter - Client | (214) 953-6500 | Baker Botts LLP | Interested Party, Hunt Utility Services / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7800820 | Maria Chutchian | (646) 378-3108 | Merger Market | Interested Party, Debtwire / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7788098 | Mark A. Cody | (312) 269-4392 | Jones Day | Creditor, Oncor Electric Delivery Holdings Company, LLC / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7801254 | Eric C. Daucher | (212) 408-5405 | Chadbourne & Parke, LLP | Interested Party, NextEra Energy / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7790850 | Ephraim Diamond | (646) 282-5841 | DK Partners | Interested Party, DK Partners / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7794094 | Stacey Dore | (212) 446-6411 | Energy Future Holdings Corp. | Debtor, Energy Future Holdings / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7797434 | Catherine Eisenhut | (941) 306-7283 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Ad Hoc Committee of Unsecured Note Holders / LISTEN ONLY |

Peggy Drasal ext. 802

Page 1 of 4

Copyright © 2016 CourtCall, LLC. All Rights Reserved.

| Case | Type | CC# | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7791959 | Barry Felder | (212) 338-3540 | Foley & Lardner LLP | Trustee, UMB / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7798248 | Mark Flannagan | (212) 808-7925 | UMB Bank | Creditor, UMB Bank N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7770885 | Philip A. Gelston | (212) 474-1548 | Cravath Swaine & Moore LLP | Specially Appearing For, Energy Future Intermediate Holding Company LLC / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7799272 | Erica Goodstein | (718) 921-8180 | American Stock Transfer Trust Company, LLC | Creditor, American Stock Transfer / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7799275 | Erica Goodstein | (718) 921-8180 | American Stock Transfer Trust Company, LLC | Creditor, American Stock Transfer / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7799540 | Todd M. Goren | (212) 468-8000 | Morrison & Foerster LLP | Representing, The Official Committee of Unsecured Creditors / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7743429 | Christopher Hahm | (212) 530-5198 | Milbank, Tweed, Hadley & McCloy, LLP | Creditor, Citibank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7798243 | Mark F. Hebbeln | (312) 832-4394 | Foley & Lardner, LLP | Trustee, UMB Bank N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7794040 | Natasha Hwangpo | (212) 909-3198 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7795111 | Anna Kalenchits | (212) 723-1808 | Citi Group Global Markets | Interested Party, Citi Group Global Markets / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7798227 | Harold Kaplan | (312) 832-4393 | Foley & Lardner LLP | Trustee, UMB Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7794620 | Jonathan D. Marshall | (617) 856-8326 | Brown Rudnick LLP | Interested Party, Wilmington Savings Funds Society / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7800810 | Joel Millar | (202) 663-6167 | Wilmer Cutler Pickering Hale & Dorr, LLP | Creditor, Delaware Trust Co. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7792101 | Hal F. Morris | (512) 475-4550 | State of Texas - Office of the Attorney General -Bankruptcy & Collections Div.Only | Interested Party, Public Utility Commission of Texas / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7801155 | Tina Moss | (212) 262-6910 | Perkins Coie LLP | Creditor, Delaware Trust Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7747443 | Kevin O'Neill | (212) 373-3000 | Paul Weiss Rifkind Wharton & Garrison | Creditor, Steering Committee of TCEH Lenders / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7800614 | Erica Richards | (212) 468-8000 | Morrison & Foerster LLP | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7799277 | Asher Richelli | (718) 921-8200 | American Stock Transfer Trust Company, LLC | Creditor, American Stock Transfer Trust Company, LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7799347 | Richard Schepacarter | (302) 573-6491 | Office of the United States Trustee | U.S. Trustee, Richard Schepacarter / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7799267 | Erik Schneider | (617) 345-1112 | Nixon Peabody LLP | Creditor, American Stock Transfer / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7778469 | Ned S. Schodek | (212) 848-7052 | Shearman & Sterling LLP | Creditor, Deutsche Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7744573 | Noah M Schottenstein | (214) 953-6500 | Baker Botts LLP | Interested Party, Hunt Utility Services / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7788626 | Jennifer Sharret | (212) 715-9516 | Kramer Levin Naftalis & Frankel LLP | Creditor, Trustee for Second Lien Notes / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7794973 | Angelo Thalassinos | (212) 588-8890 | Reorg Research, Inc. | Interested Party, Reorg Resarch, Inc. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7797146 | Mark K. Thomas | (312) 962-3550 | Proskauer Rose LLP | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7782440 | Amer Tiwana | (646) 616-3052 | Cowen and Company | Interested Party, Cowen and Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7747446 | Michael Turkel | (212) 373-3689 | Paul Weiss Rifkind Wharton & Garrison | Creditor, The Steering Committee of TCEH First Lien Lenders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7794499 | Matthew Underwood | 212-588-5148 | HBK Capital | Interested Party, HBK Capital / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7798156 | Tamara Van Heel | (305) 995-5232 | White and Case | Creditor, Ad Hoc Committee of TECH Unsecured Noted Holders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7801158 | Andrew Wang | (202) 488-1285 | Kobre & Kim LLP | Trustee, Deleware Trust Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7794134 | Aparna Yenamandra | (212) 446-4800 | Kirkland & Ellis LLP | Debtor, Energy Future Holding Corporation / LISTEN ONLY |

Copyright © 2016 CourtCall, LLC. All Rights Reserved.