## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | **Re: D.I. 9201, 9271, 9313, 9348, 9368** |
|  | ) |  |

## CERTIFICATION OF COUNSEL REGARDING ORDER SCHEDULING CERTAIN HEARING DATES AND DEADLINES AND ESTABLISHING CERTAIN PROTOCOLS IN CONNECTION WITH CONFIRMATION OF THE DEBTORS' JOINT PLAN OF REORGANIZATION AS IT RELATES TO THE EFH/EFIH DEBTORS

On August 5, 2016, Energy Future Holdings Corp. ("EFH Corp."), certain of its direct and indirect subsidiaries (together with EFH Corp., the "EFH Debtors"),[2] Energy Future Intermediate Holding Company LLC ("EFIH"), and EFIH Finance, Inc. (together with EFIH, the "EFIH Debtors," and together with the EFH Debtors, the "EFH/EFIH Debtors") filed the *Motion of the EFH/EFIH Debtors for Entry of an Order (A) Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with Confirmation of the Debtors' Joint Plan of Reorganization as it Relates to the EFH/EFIH Debtors, (B) Approving the EFH/EFIH Disclosure Statement, (C) Establishing the EFH/EFIH Voting Record Date,*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] The other EFH Debtors are Ebasco Services of Canada Limited, EEC Holdings, Inc., EECI, Inc., EFH Australia (No. 2) Holdings Company, EFH Finance (No. 2) Holdings Company, EFH FS Holdings Company, EFH Renewables Company LLC, Generation Development Company LLC, LSGT Gas Company LLC, LSGT SACROC, Inc., NCA Development Company LLC, and TXU Receivables Company.

*EFH/EFIH Voting Deadline and Other Dates, (D) Approving Procedures for Soliciting, Receiving, and Tabulating Votes on the Plan, and (E) Approving the Manner and Forms of Notice and Other Related Documents* [D.I. 9201] (the "D/S Approval and Scheduling Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). Pursuant to the D/S Approval and Scheduling Motion, the EFH/EFIH Debtors are seeking entry of an order (a) scheduling certain dates and deadlines and establishing certain protocols in connection with the confirmation of the *Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp.*, et. al., *Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 9199] (as modified, amended or supplemented from time to time, the "Plan") as it relates to the EFH/EFIH Debtors (the "Scheduling Relief"); (b) approving the *Disclosure Statement for the Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the EFH Debtors and EFIH Debtors* [D.I. 9200] (as modified, amended or supplemented from time to time); (c) establishing the voting record date, voting deadline, and other related dates for the Plan as it relates to the EFH/EFIH Debtors; (d) approving procedures for soliciting, receiving, and tabulating votes on the Plan as it relates to the EFH/EFIH Debtors; and (e) approving the manner and forms of notice and other related documents as they relate to the EFH/EFIH Debtors.

Pursuant to a form of notice filed with the Bankruptcy Court and served on parties-in-interest on August 16, 2016 (see D.I. 9313), notwithstanding any prior notice to the contrary, any responses or objections to the D/S Approval and Scheduling Motion solely with respect to the Scheduling Relief requested therein must have been filed no later than August 19, 2016 at 4:00 p.m. (Eastern Daylight Time) (the "Objection Deadline"). The EFH/EFIH Debtors' deadline to

reply to any objections filed in connection with the D/S Approval and Scheduling Motion solely with respect to the Scheduling Relief was August 22, 2016 (the "Reply Deadline").

Prior to the Objection Deadline, UMB Bank, N.A. ("UMB Bank") filed the *Limited Objection of UMB Bank, N.A. to Motion of Energy Future Holdings Corp., et al., for Entry of an Order (A) Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with Confirmation of the Debtors' Joint Plan of Reorganization as it Relates to the EFH/EFIH Debtors, (B) Approving the EFH/EFIH Disclosure Statement, (C) Establishing the EFH/EFIH Voting Record Date, EFH/EFIH Voting Deadline and Other Dates, (D) Approving Procedures for Soliciting, Receiving, and Tabulating Votes on the Plan, and (E) Approving the Manner and Forms of Notice and Other Related Documents* [D.I. 9201] (the "Limited Objection"). The EFH/EFIH Debtors filed their reply (see D.I. 9368; the "Reply") to the Limited Objection by the Reply Deadline.

On August 23, 2016 starting at 3:00 p.m. (Eastern Daylight Time) (the "August 23rd Hearing") the Bankruptcy Court held a hearing to consider approval of the D/S Approval and Scheduling Motion solely with respect to the Scheduling Relief, the Limited Objection, and the Reply. At the August 23rd Hearing, the Bankruptcy Court heard and considered the statements and arguments of counsel to the EFH/EFIH Debtors and counsel to UMB Bank concerning the D/S Approval and Scheduling Motion solely with respect to the Scheduling Relief. Following the conclusion of argument, on the record of the August 23rd Hearing, the Bankruptcy Court (i) overruled the Limited Objection; and (ii) granted the D/S Approval and Scheduling Motion solely with respect to the Scheduling Relief, subject to the submission of a revised form of order by the EFH/EFIH Debtors.

Consequently, the EFH/EFIH Debtors have prepared a revised form of proposed order granting the D/S Approval and Scheduling Motion solely with respect to the Scheduling Relief (the "Revised Order") which they believe is fully consistent with the record of the August 23rd Hearing. A copy of the Revised Order is attached hereto as **Exhibit A**.

The EFH/EFIH Debtors therefore respectfully request that the Bankruptcy Court enter the Revised Order, substantially in the form attached hereto as **Exhibit A**, at its earliest convenience.

*[Remainder of page intentionally left blank.]*

Dated: August 23, 2016
   Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email:  collins@rlf.com
    defranceschi@rlf.com
    madron@rlf.com

  -and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email:  edward.sassower@kirkland.com
    stephen.hessler@kirkland.com
    brian.schartz@kirkland.com

  -and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email:  james.sprayregen@kirkland.com
    marc.kieselstein@kirkland.com
    chad.husnick@kirkland.com
    steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession

RLF1 15062699v.1