**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 14-10979 (CSS)<br>)<br>) (Jointly Administered)<br>)<br>) **Re: D.I. 9188, 9258** |

**SECOND AMENDED PLAN SUPPLEMENT AS IT RELATES TO THE TCEH DEBTORS AND THE EFH SHARED SERVICES DEBTORS FOR THE THIRD AMENDED JOINT PLAN OF REORGANIZATION OF ENERGY FUTURE HOLDINGS CORP., ET AL., PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE**

**PLEASE TAKE NOTICE THAT** that the TCEH Debtors and the EFH Shared Services Debtors (collectively, the "T-Side Debtors"), submit this amended plan supplement (the "Second Amended Plan Supplement" and together with the First Amended Plan Supplement filed on August 11, 2016 at D.I. 9258, the "Amended Plan Supplement") in support of confirmation of the *Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 9199] (as amended from time to time, the "Plan") as it applies to the T-Side Debtors, filed in these Chapter 11 Cases on August 5, 2016. Capitalized terms used but not defined herein have the meanings set forth in the Plan.

**PLEASE TAKE FURTHER NOTICE** that the Second Amended Plan Supplement amends the Plan Supplement filed on August 3, 2016 [Docket No. 9188] (the "August 3 Plan Supplement") with respect to the following documents, which documents may be further modified, amended, or supplemented from time to time by the Debtors in accordance with the Plan:[2]

- Exhibit B — List of Executory Contracts and Unexpired Leases to be Assumed by Reorganized TCEH Debtors on the TCEH Effective Date and Redline Against August 3 Plan Supplement

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] The exhibit references included herein relate to the exhibit references included in the August 3 Plan Supplement.

RLF1 15064496v.1

- <u>Exhibit C</u> — List of Executory Contracts and Unexpired Leases to be Rejected by Reorganized TCEH Debtors on the TCEH Effective Date and Redline Against August 3 Plan Supplement

- <u>Exhibit L</u> — Spin-Off Tax Receivable Agreement and Redline Against August 11 Plan Supplement and Spin-Off Tax Receivable Information Form and Redline Against August 11 Plan Supplement

Certain documents, or portions thereof, contained in the August 3 Plan Supplement (as modified by the Amended Plan Supplement), remain subject to continuing negotiations among the T-Side Debtors and interested parties with respect thereto. The T-Side Debtors reserve all rights to amend, modify, or supplement the August 3 Plan Supplement (as modified by the Amended Plan Supplement) and any of the documents contained therein, in accordance with the terms of the Plan.

**PLEASE TAKE FURTHER NOTICE** that the documents contained in the August 3 Plan Supplement, as modified by the Amended Plan Supplement, are integral to, part of, and incorporated by reference into the Plan. These documents have not yet been approved by the Bankruptcy Court. If the Plan is approved, the documents contained in the August 3 Plan Supplement (as modified by the Amended Plan Supplement will be approved by the Bankruptcy Court pursuant to the TCEH Confirmation Order.

**PLEASE TAKE FURTHER NOTICE** that the hearing to consider confirmation of the Plan is currently ongoing before the Honorable Christopher S. Sontchi, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that any party wishing to obtain copies of the Plan, the Second Amended Plan Supplement documents referred to on the attached list, or the TCEH Disclosure Statement related to the Plan may download copies from the Debtors' Notice and Claims Agent, Epiq Bankruptcy Solutions, LLC at http://www.efhcaseinfo.com.

[*Remainder of page intentionally left blank.*]

Wilmington, Delaware
Dated:   August 24, 2016

/s/ *Andrew M. Dean*
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
Andrew M. Dean (No. 6147)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
            defranceschi@rlf.com
            madron@rlf.com
            dean@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    edward.sassower@kirkland.com
            stephen.hessler@kirkland.com
            brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    james.sprayregen@kirkland.com
            marc.kieselstein@kirkland.com
            chad.husnick@kirkland.com
            steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

## **AMENDED PLAN SUPPLEMENT DOCUMENTS**

- <u>Exhibit B</u> **—** List of Executory Contracts and Unexpired Leases to be Assumed by Reorganized TCEH Debtors on the TCEH Effective Date and Redline Against August 3 Plan Supplement

- <u>Exhibit C</u> **—** List of Executory Contracts and Unexpired Leases to be Rejected by Reorganized TCEH Debtors on the TCEH Effective Date and Redline Against August 3 Plan Supplement

- <u>Exhibit L</u>**—** Spin-Off Tax Receivable Agreement and Redline Against August 11 Plan Supplement and Spin-Off Tax Receivable Information Form and Redline Against August 11 Plan Supplement