# **EXHIBIT C**

**List of Executory Contracts and Unexpired Leases to be Rejected by Reorganized TCEH Debtors on the TCEH Effective Date and Redline Against August 3 Plan Supplement**

**Exhibit A**

**Rejection Schedule**

| | Details of Contract (s) | | Counterparty Information | | Other Information | |
|---|---|---|---|---|---|---|
| Ref # | Debtor | Description of Contract or Lease | Counterparty | Counterparty Address | Description of Property to be Abandoned, if any | Rejection Date |
| 1 | LUMINANT MINING COMPANY LLC | SERVICES AGREEMENT DATED 3/3/2014 | ABSOLUTE CONSULTING, INC. | 7552 NAVARRE PARKWAY STE 63 NAVARRE, FL 32566 | | ON THE TCEH EFFECTIVE DATE |
| 2 | LUMINANT GENERATION COMPANY LLC | SERVICES AGREEMENT DATED 02/08/2012 PLUS AMENDMENTS PLUS STATEMENTS OF WORK | ABSOLUTE CONSULTING | 7552 NAVARRE SUITE 63 NAVARRE, FL 32566 | | ON THE TCEH EFFECTIVE DATE |
| 3 | LUMINANT GENERATION COMPANY LLC | SERVICES AGREEMENT DATED 01/07/2013 PLUS AMENDMENTS | ABSOLUTE CONSULTING INC | 7552 NAVARRE PARKWAY STE 63 NAVARRE, FL 32566 | | ON THE TCEH EFFECTIVE DATE |
| 4 | LUMINANT GENERATION COMPANY LLC | SERVICES AGREEMENT DATED 3/26/2014 | AGGREKO TEXAS LP | 655 GRIGSBY WAY SUITE A CEDAR HILL, TX 75104 | | ON THE TCEH EFFECTIVE DATE |
| 5 | LUMINANT GENERATION COMPANY LLC | SERVICES AGREEMENT DATED 03/20/2013 PLUS AMENDMENTS | AGGREKO LLC | 627 GRIGSBY WAY CEDAR HILL, TX 75104 | | ON THE TCEH EFFECTIVE DATE |
| 6 | TXU ENERGY RETAIL COMPANY LLC | SERVICES AGREEMENT DATED 06/29/2009 | AGR GROUP LLC | 13100-56TH COURT CLEARWATER, FL 33760 | | ON THE TCEH EFFECTIVE DATE |
| 7 | SANDOW POWER COMPANY LLC | ALLIED ENV HUMIDITY MONITOR - SA | ALLIED ENVIRONMENTAL SOLUTIONS, INC. | 9730 PATUXENT WOODS DR. STE.100 COLUMBIA, MD 21046 | | ON THE TCEH EFFECTIVE DATE |
| 8 | LUMINANT MINING COMPANY LLC | SERVICES AGREEMENT DATED 02/18/2014 | ARAMARK UNIFORM SERVICES | 22014 BUSH DR. WACO, TX 76712 | | ON THE TCEH EFFECTIVE DATE |
| 9 | OAK GROVE MANAGEMENT COMPANY LLC | SERVICES AGREEMENT DATED 01/19/2009 PLUS AMENDMENTS | ARAMARK UNIFORM SERVICES | 22014 BUSH DR. WACO, TX 76712 | | ON THE TCEH EFFECTIVE DATE |
| 10 | LUMINANT GENERATION COMPANY LLC | SERVICES AGREEMENT DATED 01/01/2004 PLUS AMENDMENTS | AREVA NP INC. | 155 MILL RIDGE RD. LYNCHBERG, VA 24502 | | ON THE TCEH EFFECTIVE DATE |
| 11 | OAK GROVE MANAGEMENT COMPANY LLC | SERVICES AGREEMENT DATED 7/01/2012 | BCS STOP & GO POTTIES | P.O. BOX 5449 BRYAN, TX 77805-5449 | | ON THE TCEH EFFECTIVE DATE |
| 12 | OAK GROVE MANAGEMENT COMPANY LLC | SERVICES AGREEMENT DATED 1/01/2015 | BEACON AVIATION INC | 194 COUNTY ROAD 2950 ALBA, TX 75410 | | ON THE TCEH EFFECTIVE DATE |
| 13 | LUMINANT BIG BROWN MINING COMPANY LLC | SERVICES AGREEMENT DATED 10/01/2013 | BEACON AVIATION, INC. | 194 COUNTY ROAD 2950 ALBA, TX 75410 | | ON THE TCEH EFFECTIVE DATE |
| 14 | LUMINANT MINING COMPANY LLC | SERVICES AGREEMENT DATED 02/04/2014 | BEACON AVIATION, INC. | 194 COUNTY ROAD 2950 ALBA, TX 75410 | | ON THE TCEH EFFECTIVE DATE |
| 15 | LUMINANT GENERATION COMPANY LLC OAK GROVE MANAGEMENT COMPANY LLC SANDOW POWER COMPANY LLC | SERVICES AGREEMENT DATED 01/25/2014 PLUS AMENDMENTS | CLARY E & I SERVICES, LLC | P.O. BOX 343 OVERTON, TX 75684 | | ON THE TCEH EFFECTIVE DATE |

**Exhibit A**

**Rejection Schedule**

| | Details of Contract (s) | | Counterparty Information | | Other Information | |
|---|---|---|---|---|---|---|
| Ref # | Debtor | Description of Contract or Lease | Counterparty | Counterparty Address | Description of Property to be Abandoned, if any | Rejection Date |
| 16 | LUMINANT GENERATION COMPANY LLC | ACCOMMODATION AGREEMENT DATED 12/9/2005 | ENDURING RESOURCES LLC | [ADDRESS ON FILE] | | ON THE TCEH EFFECTIVE DATE |
| 17 | LUMINANT MINING COMPANY LLC | ACCOMMODATION AGREEMENT DATED 12/9/2005 | ENDURING RESOURCES LLC | [ADDRESS ON FILE] | | ON THE TCEH EFFECTIVE DATE |
| 18 | LUMINANT GENERATION COMPANY LLC | SERVICES AGREEMENT DATED 04/15/2012 PLUS AMENDMENTS | ENERCON SERVICES INC | 12916 TAMPA OAKS BLVD SUITE 131 TEMPLE TERRACE, FL  33637 | | ON THE TCEH EFFECTIVE DATE |
| 19 | LUMINANT GENERATION COMPANY LLC OAK GROVE MANAGEMENT COMPANY LLC SANDOW POWER COMPANY LLC | SERVICES AGREEMENT DATED 04/06/2012 | EAST TEXAS TESTING LABORATORY, INC. | 1717 EAST ERWIN STREET TYLER, TX  75702 | | ON THE TCEH EFFECTIVE DATE |
| 20 | LUMINANT MINING COMPANY LLC | SERVICES AGREEMENT DATED 01/31/2014 | ETTL ENGINEERS AND CONSULTANTS, INC. | 1717 EAST ERWIN ST TYLER, TX  75702 | | ON THE TCEH EFFECTIVE DATE |
| 21 | LUMINANT BIG BROWN MINING COMPANY LLC LUMINANT GENERATION COMPANY LLC LUMINANT MINING COMPANY LLC OAK GROVE MANAGEMENT COMPANY LLC SANDOW POWER COMPANY LLC | SERVICES AGREEMENT DATED 04/01/1997 PLUS AMENDMENTS | ETTL ENGINEERS & CONSULTANTS, INC. | 1717 EAST ERWIN STREET TYLER, TX  75702-6398 | | ON THE TCEH EFFECTIVE DATE |
| 23 | LUMINANT HOLDING COMPANY LLC | FUTURE GEN INDUST ALLIANCE - MEM | FUTUREGEN INDUSTRIAL ALLIANCE, INC. | 1101 PENNSYLVANIA AVE., 6TH FL WASHINGTON, DC  20004 | | ON THE TCEH EFFECTIVE DATE |
| 24 | LUMINANT GENERATION COMPANY LLC | SERVICES AGREEMENT DATED 11/14/2011 PLUS AMENDMENTS | W.W. GRAINGER, INC. | 300 WEST VICKERY BOULEVARD FORT WORTH, TX  76104-1201 | | ON THE TCEH EFFECTIVE DATE |
| 26 | LUMINANT GENERATION COMPANY LLC | SERVICES AGREEMENT DATED 01/01/2014 | KONECRANES NUCLEAR EQUIPMENT & SERVICES | 5300 SOUTH EMMER DRIVE NEW BERLIN, WI  53151 | | ON THE TCEH EFFECTIVE DATE |
| 28 | OAK GROVE MANAGEMENT COMPANY LLC | SERVICES AGREEMENT DATED 03/01/2012 PLUS AMENDMENTS | LRS-RDC INC. | P.O. BOX 2335 MT. PLEASANT, TX  75456 | | ON THE TCEH EFFECTIVE DATE |
| 29 | LUMINANT MINING COMPANY LLC | SERVICES AGREEMENT DATED 03/01/2012 PLUS AMENDMENTS | LRS-RDC INC. | P.O. BOX 2335 MT. PLEASANT, TX  75456 | | ON THE TCEH EFFECTIVE DATE |
| 31 | EFH CORPORATE SERVICES COMPANY | SERVICES AGREEMENT DATED 01/31/2014 | MAMMOET USA SOUTH, INC. | 20525 FM 521 ROSHARON, TX  77583 | | ON THE TCEH EFFECTIVE DATE |
| 32 | LUMINANT GENERATION COMPANY LLC | SERVICES AGREEMENT DATED 06/09/2008 PLUS AMENDMENTS | OEAAT, INC | 755 SUMMERSONG LANE ENCINITAS, CA  92024 | | ON THE TCEH EFFECTIVE DATE |

**Exhibit A**

**Rejection Schedule**

| | Details of Contract (s) | | Counterparty Information | | Other Information | |
|---|---|---|---|---|---|---|
| Ref # | Debtor | Description of Contract or Lease | Counterparty | Counterparty Address | Description of Property to be Abandoned, if any | Rejection Date |
| 33 | TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC<br>LUMINANT ENERGY COMPANY LLC<br>4CHANGE ENERGY HOLDINGS LLC<br>4CHANGE ENERGY COMPANY<br>TXU ENERGY RETAIL COMPANY LLC<br>ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY LLC | SEPARATION AGREEMENT DATED 12/14/2001 | ONCOR ELECTRIC DELIVERY | 1616 WOODALL ROGERS FREEWAY<br>SUITE 6C<br>DALLAS, TX 75201 | | ON THE TCEH EFFECTIVE DATE |
| 34 | EFH CORPORATE SERVICES COMPANY | SEPARATION AGREEMENT DATED 10/10/2007 | ONCOR ELECTRIC DELIVERY | 1616 WOODALL ROGERS FREEWAY<br>SUITE 6C<br>DALLAS, TX 75201 | | ON THE TCEH EFFECTIVE DATE |
| 35 | TEXAS COMPETITIVE ELECTRIC HOLDINGS LLC | TAX MAKE-WHOLE AGREEEMENT DATED 1/1/2002 | ONCOR ELECTRIC | 1616 WOODALL ROGERS FREEWAY<br>SUITE 6C<br>DALLAS, TX 75201 | | ON THE TCEH EFFECTIVE DATE |
| 36 | TEXAS COMPETITIVE ELECTRIC HOLDINGS LLC | INTEREST MAKE-WHOLE AGREEEMENT DATED 1/1/2002 | ONCOR ELECTRIC | 1616 WOODALL ROGERS FREEWAY<br>SUITE 6C<br>DALLAS, TX 75201 | | ON THE TCEH EFFECTIVE DATE |
| 37 | TEXAS COMPETITIVE ELECTRIC HOLDINGS LLC | INTEREST MAKE-WHOLE AGREEEMENT DATED 1/1/2004 | ONCOR ELECTRIC DELIVERY COMPANY | 1616 WOODALL ROGERS FREEWAY<br>SUITE 6C<br>DALLAS, TX 75201 | | ON THE TCEH EFFECTIVE DATE |
| 42 | TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC | RAIL EQUIPMENT LEASE AGREEMENT | SOJITZ CORPORATION OF AMERICA | ATTN: KENGO WADA<br>1120 AVENUE OF THE AMERICAS<br>44TH FLOOR<br>NEW YORK, NY 10036 | | ON THE TCEH EFFECTIVE DATE |
| 44 | LUMINANT GENERATION COMPANY LLC<br>OAK GROVE MANAGEMENT COMPANY LLC<br>SANDOW POWER COMPANY LLC | SERVICES AGREEMENT DATED 07/01/1993 PLUS AMENDMENTS | TEAM INDUSTRIAL SERVICES, INC. | PO BOX 10279<br>LONGVIEW, TX 75607 | | ON THE TCEH EFFECTIVE DATE |
| 45 | LUMINANT GENERATION COMPANY LLC | SERVICES AGREEMENT DATED 02/10/2014 | TEXAS ECO SERVICES INC | 5232 SAUNDERS<br>FORT WORTH, TX 76119 | | ON THE TCEH EFFECTIVE DATE |
| 46 | EFH CORPORATE SERVICES COMPANY | PRICING AGREEMENT DATED 10/31/2013 | TPG GLOBAL, LLC | 301 COMMERCE STREET<br>SUITE 3300<br>FORT WORTH, TX 76102 | | ON THE TCEH EFFECTIVE DATE |
| 47 | TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC | RAILCAR EQUIPMENT LEASE AGREEMENT DATED 12/27/95 | WELLS FARGO BANK NORTHWEST, N.A. | 79 S. MAIN ST MAC: U1254-031<br>SALT LAKE CITY, UT 84111 | | ON THE TCEH EFFECTIVE DATE |
| 48 | TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC | RAILCAR EQUIPMENT LEASE AGREEMENT DATED 12/27/95 | WELLS FARGO BANK NORTHWEST, N.A. | 260 N. CHARLES LINDBERGH DRIVE<br>SALT LAKE CITY, UT 84116 | | ON THE TCEH EFFECTIVE DATE |

**Exhibit A**

**Rejection Schedule**

| | Details of Contract (s) | | Counterparty Information | | Other Information | |
|---|---|---|---|---|---|---|
| Ref # | Debtor | Description of Contract or Lease | Counterparty | Counterparty Address | Description of Property to be Abandoned, if any | Rejection Date |
| 49 | LUMINANT GENERATION COMPANY LLC | EQUIPMENT LEASE DATED 03/12/1999 PLUS AMENDMENTS | WILLIAMS SCOTSMAN, INC. | ATTN: TOM MATRANGA<br>4590 CAREY STREET<br>FORT WORTH, TX 76119 | | ON THE TCEH EFFECTIVE DATE |
| 50 | LUMINANT GENERATION COMPANY LLC | EQUIPMENT LEASE DATED 12/05/2013 | WILLIAMS SCOTSMAN | 4590 CAREY ST<br>FORT WORTH, TX 76119 | | ON THE TCEH EFFECTIVE DATE |
| 51 | TXU ENERGY RETAIL COMPANY LLC | DATA MASTER SERVICES AGREEMENT DATED 11/04/2008 | WORLD MARKETING, INC. | 8801 AUTOBAHN DRIVE<br>SUITE 100<br>DALLAS, TX 75237 | | ON THE TCEH EFFECTIVE DATE |
| 58 | EFH CORPORATE SERVICES COMPANY | SHARED SERVICES AGREEMENT | ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC | ATTN: MR. JEFF WALKER<br>1601 BRYAN ST.<br>DALLAS, TX 75201-3411 | | ON THE TCEH EFFECTIVE DATE |
| 73 | ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY LLC,<br>TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC,<br>TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC | ENGAGEMENT LETTER AND NON-DISCLOSURE AGREEMENT | WINSTEAD PC | KEVIN A. SULLIVAN, CHAIRMAN & CEO<br>500 WINSTEAD BUILDING<br>2728 N. HARWOOD STREET<br>DALLAS, TX 75201 | | ON THE TCEH EFFECTIVE DATE |
| 74 | LUMINANT GENERATION COMPANY LLC | PO 9891 FOR MONTHLY SERVICES IN 2014 | JANI-KING, INC. | VENDOR RECOVERY FUND IV ASIGNEE OFJANI-KING OF DALLAS<br>C/O DRUM CAPITAL MANAGEMENT<br>4 STAMFORD PLAZA<br>STAMFORD, CT 06902 | | ON THE TCEH EFFECTIVE DATE |
| 75 | LUMINANT GENERATION COMPANY LLC | PO 9891 FOR MONTHLY SERVICES IN 2014 | JANI-KING, INC. | ALPHA SERVICES CORPORATION<br>4335 SUNBELT DR<br>ADDISON, TX 75001 | | ON THE TCEH EFFECTIVE DATE |
| 76 | LUMINANT GENERATION COMPANY LLC | SERVICES AGREEMENT DATED 11/24/2003 PLUS AMENDMENTS | F.L. SMIDTH AIRTECH INC. | 3231 SCHOENERSVILLE ROAD<br>BETHLEHEM, PA 18017 | | ON THE TCEH EFFECTIVE DATE |
| 153 | LUMINANT GENERATION COMPANY LLC | SERVICES AGREEMENT DATED 5/13/2005 | ARAMARK UNIFORM SERVICES | 205 E. MORNINGSIDE DR.<br>FORT WORTH, TX 76104 | | ON THE TCEH EFFECTIVE DATE |
| 232 | TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC | ISDA | BARCLAYS BANK PLC | 5 THE NORTH COLONNADE<br>CANARY WHARF<br>LONDON E14 4BB<br>UNITED KINGDOM | | ON THE TCEH EFFECTIVE DATE |
| 335 | LUMINANT GENERATION COMPANY LLC | BY-PRODUCTS MARKETING & MANAGEMENT AGREEMENT DATED 12/19/13 | BORAL MATERIAL TECHNOLOGIES INC. | 45 NORTHEAST LOOP 410 STE. 700<br>SAN ANTONIO, TX 78216 | | ON THE TCEH EFFECTIVE DATE |

**Exhibit A**

**Rejection Schedule**

| | Details of Contract (s) | | Counterparty Information | | Other Information | |
|---|---|---|---|---|---|---|
| Ref # | Debtor | Description of Contract or Lease | Counterparty | Counterparty Address | Description of Property to be Abandoned, if any | Rejection Date |
| 420 | LUMINANT MINING COMPANY LLC | SERVICES AGREEMENT DATED 07/01/2013 PLUS AMENDMENTS | DENNIS CAMERON CONSTRUCTION AND EQUIPMENT, LLC | 1406 INDUSTRIAL ROAD<br>MT PLEASANT, TX  75455 | | ON THE TCEH EFFECTIVE DATE |
| 521 | TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC | ISDA | CITIBANK, N.A | 388 GREENWICH STREET<br>ATTN: CAPITAL MARKETS LEGAL DEPT<br>NEW YORK, NY  10013 | | ON THE TCEH EFFECTIVE DATE |
| 1203 | LUMINANT GENERATION COMPANY LLC<br>OAK GROVE MANAGEMENT COMPANY LLC<br>SANDOW POWER COMPANY LLC | SERVICES AGREEMENT DATED 12/1/2002 | HI-TECH TESTING SERVICE INC | 35 FRJ DRIVE<br>LONGVIEW, TX  75607 | | ON THE TCEH EFFECTIVE DATE |
| 1650 | TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC | ISDA | MERRILL LYNCH CAPITAL SERVICES, INC. | 250 VESEY ST  N. TOWER  22ND FL<br>WORLD FINANCIAL TOWER<br>NEW YORK, NY  10281 | | ON THE TCEH EFFECTIVE DATE |
| 1812 | TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC | ISDA | NOMURA GLOBAL FINANCIAL PRODUCTS INC. | 2 WORLD FINANCIAL CENTER, BLDG B<br>NEW YORK, NY  10281-1198 | | ON THE TCEH EFFECTIVE DATE |
| 2064 | LUMINANT MINING COMPANY LLC | SERVICES AGREEMENT DATED 07/01/2009 PLUS AMENDMENTS | RAILWORKS TRACK SYSTEMS | 6060 ARMOUR DR.<br>HOUSTON, TX  77020 | | ON THE TCEH EFFECTIVE DATE |
| 2343 | LUMINANT GENERATION COMPANY LLC<br>OAK GROVE MANAGEMENT COMPANY LLC<br>SANDOW POWER COMPANY LLC | SERVICES AGREEMENT DATED 02/22/1994 PLUS AMENDMENTS | STEWART & STEVENSON POWER PRODUCTS LLC | 506 EASTWOOD<br>HOUSTON, TX  77011 | | ON THE TCEH EFFECTIVE DATE |
| 2367 | LUMINANT ENERGY COMPANY LLC | WIND | SWEETWATER WIND POWER LLC | 5307 E MOCKINGBIRD LANE<br>7TH FLOOR<br>DALLAS, TX  75206 | | ON THE TCEH EFFECTIVE DATE |
| 2497 | LUMINANT MINING COMPANY LLC | SERVICES AGREEMENT DATED 04/25/2013 | TNT CRANE & RIGGING, INC. | 5533 SOUTH FM ROAD 2087<br>LONGVIEW, TX  75603 | | ON THE TCEH EFFECTIVE DATE |
| 2525 | LUMINANT GENERATION COMPANY LLC | SERVICES AGREEMENT DATED 10/01/2008 PLUS AMENDMENTS | TRC COMPANIES INC | 9225 U.S. 183 SOUTH<br>AUSTIN, TX  78747 | | ON THE TCEH EFFECTIVE DATE |
| 2634 | LUMINANT MINING COMPANY LLC | SERVICES AGREEMENT DATED 09/02/2008 | WATCO COMPANIES, INC. | 315 W. 3RD<br>PITTSBURG, KS  66762 | | ON THE TCEH EFFECTIVE DATE |

**Exhibit A**

**Rejection Schedule**

| | Details of Contract (s) | | Counterparty Information | | Other Information | |
|---|---|---|---|---|---|---|
| Ref # | Debtor | Description of Contract or Lease | Counterparty | Counterparty Address | Description of Property to be Abandoned, if any | Rejection Date |
| 1 | LUMINANT MINING COMPANY LLC | SERVICES AGREEMENT DATED 3/3/2014 | ABSOLUTE CONSULTING, INC. | 7552 NAVARRE PARKWAY STE 63 NAVARRE, FL 32566 | | ON THE TCEH EFFECTIVE DATE |
| 2 | LUMINANT GENERATION COMPANY LLC | SERVICES AGREEMENT DATED 02/08/2012 PLUS AMENDMENTS PLUS STATEMENTS OF WORK | ABSOLUTE CONSULTING | 7552 NAVARRE SUITE 63 NAVARRE, FL 32566 | | ON THE TCEH EFFECTIVE DATE |
| 3 | LUMINANT GENERATION COMPANY LLC | SERVICES AGREEMENT DATED 01/07/2013 PLUS AMENDMENTS | ABSOLUTE CONSULTING INC | 7552 NAVARRE PARKWAY STE 63 NAVARRE, FL 32566 | | ON THE TCEH EFFECTIVE DATE |
| 4 | LUMINANT GENERATION COMPANY LLC | SERVICES AGREEMENT DATED 3/26/2014 | AGGREKO TEXAS LP | 655 GRIGSBY WAY SUITE A CEDAR HILL, TX 75104 | | ON THE TCEH EFFECTIVE DATE |
| 5 | LUMINANT GENERATION COMPANY LLC | SERVICES AGREEMENT DATED 03/20/2013 PLUS AMENDMENTS | AGGREKO LLC | 627 GRIGSBY WAY CEDAR HILL, TX 75104 | | ON THE TCEH EFFECTIVE DATE |
| 6 | TXU ENERGY RETAIL COMPANY LLC | SERVICES AGREEMENT DATED 06/29/2009 | AGR GROUP LLC | 13100-56TH COURT CLEARWATER, FL 33760 | | ON THE TCEH EFFECTIVE DATE |
| 7 | SANDOW POWER COMPANY LLC | ALLIED ENV HUMIDITY MONITOR - SA | ALLIED ENVIRONMENTAL SOLUTIONS, INC. | 9730 PATUXENT WOODS DR. STE.100 COLUMBIA, MD 21046 | | ON THE TCEH EFFECTIVE DATE |
| 8 | LUMINANT MINING COMPANY LLC | SERVICES AGREEMENT DATED 02/18/2014 | ARAMARK UNIFORM SERVICES | 22014 BUSH DR. WACO, TX 76712 | | ON THE TCEH EFFECTIVE DATE |
| 9 | OAK GROVE MANAGEMENT COMPANY LLC | SERVICES AGREEMENT DATED 01/19/2009 PLUS AMENDMENTS | ARAMARK UNIFORM SERVICES | 22014 BUSH DR. WACO, TX 76712 | | ON THE TCEH EFFECTIVE DATE |
| 10 | LUMINANT GENERATION COMPANY LLC | SERVICES AGREEMENT DATED 01/01/2004 PLUS AMENDMENTS | AREVA NP INC. | 155 MILL RIDGE RD. LYNCHBERG, VA 24502 | | ON THE TCEH EFFECTIVE DATE |
| 11 | OAK GROVE MANAGEMENT COMPANY LLC | SERVICES AGREEMENT DATED 7/01/2012 | BCS STOP & GO POTTIES | P.O. BOX 5449 BRYAN, TX 77805-5449 | | ON THE TCEH EFFECTIVE DATE |
| 12 | OAK GROVE MANAGEMENT COMPANY LLC | SERVICES AGREEMENT DATED 1/01/2015 | BEACON AVIATION INC | 194 COUNTY ROAD 2950 ALBA, TX 75410 | | ON THE TCEH EFFECTIVE DATE |
| 13 | LUMINANT BIG BROWN MINING COMPANY LLC | SERVICES AGREEMENT DATED 10/01/2013 | BEACON AVIATION, INC. | 194 COUNTY ROAD 2950 ALBA, TX 75410 | | ON THE TCEH EFFECTIVE DATE |
| 14 | LUMINANT MINING COMPANY LLC | SERVICES AGREEMENT DATED 02/04/2014 | BEACON AVIATION, INC. | 194 COUNTY ROAD 2950 ALBA, TX 75410 | | ON THE TCEH EFFECTIVE DATE |
| 15 | LUMINANT GENERATION COMPANY LLC OAK GROVE MANAGEMENT COMPANY LLC SANDOW POWER COMPANY LLC | SERVICES AGREEMENT DATED 01/25/2014 PLUS AMENDMENTS | CLARY E & I SERVICES, LLC | P.O. BOX 343 OVERTON, TX 75684 | | ON THE TCEH EFFECTIVE DATE |

**Exhibit A**

**Rejection Schedule**

| | Details of Contract (s) | | Counterparty Information | | Other Information | |
|---|---|---|---|---|---|---|
| Ref # | Debtor | Description of Contract or Lease | Counterparty | Counterparty Address | Description of Property to be Abandoned, if any | Rejection Date |
| 16 | LUMINANT GENERATION COMPANY LLC | ACCOMMODATION AGREEMENT DATED 12/9/2005 | ENDURING RESOURCES LLC | [ADDRESS ON FILE] | | ON THE TCEH EFFECTIVE DATE |
| 17 | LUMINANT MINING COMPANY LLC | ACCOMMODATION AGREEMENT DATED 12/9/2005 | ENDURING RESOURCES LLC | [ADDRESS ON FILE] | | ON THE TCEH EFFECTIVE DATE |
| 18 | LUMINANT GENERATION COMPANY LLC | SERVICES AGREEMENT DATED 04/15/2012 PLUS AMENDMENTS | ENERCON SERVICES INC | 12916 TAMPA OAKS BLVD SUITE 131 TEMPLE TERRACE, FL 33637 | | ON THE TCEH EFFECTIVE DATE |
| 19 | LUMINANT GENERATION COMPANY LLC OAK GROVE MANAGEMENT COMPANY LLC SANDOW POWER COMPANY LLC | SERVICES AGREEMENT DATED 04/06/2012 | EAST TEXAS TESTING LABORATORY, INC. | 1717 EAST ERWIN STREET TYLER, TX 75702 | | ON THE TCEH EFFECTIVE DATE |
| 20 | LUMINANT MINING COMPANY LLC | SERVICES AGREEMENT DATED 01/31/2014 | ETTL ENGINEERS AND CONSULTANTS, INC. | 1717 EAST ERWIN ST TYLER, TX 75702 | | ON THE TCEH EFFECTIVE DATE |
| 21 | LUMINANT BIG BROWN MINING COMPANY LLC LUMINANT GENERATION COMPANY LLC LUMINANT MINING COMPANY LLC OAK GROVE MANAGEMENT COMPANY LLC SANDOW POWER COMPANY LLC | SERVICES AGREEMENT DATED 04/01/1997 PLUS AMENDMENTS | ETTL ENGINEERS & CONSULTANTS, INC. | 1717 EAST ERWIN STREET TYLER, TX 75702-6398 | | ON THE TCEH EFFECTIVE DATE |
| 23 | LUMINANT HOLDING COMPANY LLC | FUTURE GEN INDUST ALLIANCE - MEM | FUTUREGEN INDUSTRIAL ALLIANCE, INC. | 1101 PENNSYLVANIA AVE., 6TH FL WASHINGTON, DC 20004 | | ON THE TCEH EFFECTIVE DATE |
| 24 | LUMINANT GENERATION COMPANY LLC | SERVICES AGREEMENT DATED 11/14/2011 PLUS AMENDMENTS | W.W. GRAINGER, INC. | 300 WEST VICKERY BOULEVARD FORT WORTH, TX 76104-1201 | | ON THE TCEH EFFECTIVE DATE |
| 26 | LUMINANT GENERATION COMPANY LLC | SERVICES AGREEMENT DATED 01/01/2014 | KONECRANES NUCLEAR EQUIPMENT & SERVICES | 5300 SOUTH EMMER DRIVE NEW BERLIN, WI 53151 | | ON THE TCEH EFFECTIVE DATE |
| 28 | OAK GROVE MANAGEMENT COMPANY LLC | SERVICES AGREEMENT DATED 03/01/2012 PLUS AMENDMENTS | LRS-RDC INC. | P.O. BOX 2335 MT. PLEASANT, TX 75456 | | ON THE TCEH EFFECTIVE DATE |
| 29 | LUMINANT MINING COMPANY LLC | SERVICES AGREEMENT DATED 03/01/2012 PLUS AMENDMENTS | LRS-RDC INC. | P.O. BOX 2335 MT. PLEASANT, TX 75456 | | ON THE TCEH EFFECTIVE DATE |
| 31 | EFH CORPORATE SERVICES COMPANY | SERVICES AGREEMENT DATED 01/31/2014 | MAMMOET USA SOUTH, INC. | 20525 FM 521 ROSHARON, TX 77583 | | ON THE TCEH EFFECTIVE DATE |
| 32 | LUMINANT GENERATION COMPANY LLC | SERVICES AGREEMENT DATED 06/09/2008 PLUS AMENDMENTS | OEAAT, INC | 755 SUMMERSONG LANE ENCINITAS, CA 92024 | | ON THE TCEH EFFECTIVE DATE |

**Exhibit A**

**Rejection Schedule**

| | Details of Contract (s) | | Counterparty Information | | Other Information | |
|---|---|---|---|---|---|---|
| Ref # | Debtor | Description of Contract or Lease | Counterparty | Counterparty Address | Description of Property to be Abandoned, if any | Rejection Date |
| 33 | TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC<br>LUMINANT ENERGY COMPANY LLC<br>4CHANGE ENERGY HOLDINGS LLC<br>4CHANGE ENERGY COMPANY<br>TXU ENERGY RETAIL COMPANY LLC<br>ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY LLC | SEPARATION AGREEMENT DATED 12/14/2001 | ONCOR ELECTRIC DELIVERY | 1616 WOODALL ROGERS FREEWAY<br>SUITE 6C<br>DALLAS, TX 75201 | | ON THE TCEH EFFECTIVE DATE |
| 34 | EFH CORPORATE SERVICES COMPANY | SEPARATION AGREEMENT DATED 10/10/2007 | ONCOR ELECTRIC DELIVERY | 1616 WOODALL ROGERS FREEWAY<br>SUITE 6C<br>DALLAS, TX 75201 | | ON THE TCEH EFFECTIVE DATE |
| 35 | TEXAS COMPETITIVE ELECTRIC HOLDINGS LLC | TAX MAKE-WHOLE AGREEEMENT DATED 1/1/2002 | ONCOR ELECTRIC | 1616 WOODALL ROGERS FREEWAY<br>SUITE 6C<br>DALLAS, TX 75201 | | ON THE TCEH EFFECTIVE DATE |
| 36 | TEXAS COMPETITIVE ELECTRIC HOLDINGS LLC | INTEREST MAKE-WHOLE AGREEEMENT DATED 1/1/2002 | ONCOR ELECTRIC | 1616 WOODALL ROGERS FREEWAY<br>SUITE 6C<br>DALLAS, TX 75201 | | ON THE TCEH EFFECTIVE DATE |
| 37 | TEXAS COMPETITIVE ELECTRIC HOLDINGS LLC | INTEREST MAKE-WHOLE AGREEEMENT DATED 1/1/2004 | ONCOR ELECTRIC DELIVERY COMPANY | 1616 WOODALL ROGERS FREEWAY<br>SUITE 6C<br>DALLAS, TX 75201 | | ON THE TCEH EFFECTIVE DATE |
| 42 | TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC | RAIL EQUIPMENT LEASE AGREEMENT | SOJITZ CORPORATION OF AMERICA | ATTN: KENGO WADA<br>1120 AVENUE OF THE AMERICAS<br>44TH FLOOR<br>NEW YORK, NY 10036 | | ON THE TCEH EFFECTIVE DATE |
| 44 | LUMINANT GENERATION COMPANY LLC<br>OAK GROVE MANAGEMENT COMPANY LLC<br>SANDOW POWER COMPANY LLC | SERVICES AGREEMENT DATED 07/01/1993 PLUS AMENDMENTS | TEAM INDUSTRIAL SERVICES, INC. | PO BOX 10279<br>LONGVIEW, TX 75607 | | ON THE TCEH EFFECTIVE DATE |
| 45 | LUMINANT GENERATION COMPANY LLC | SERVICES AGREEMENT DATED 02/10/2014 | TEXAS ECO SERVICES INC | 5232 SAUNDERS<br>FORT WORTH, TX 76119 | | ON THE TCEH EFFECTIVE DATE |
| 46 | EFH CORPORATE SERVICES COMPANY | PRICING AGREEMENT DATED 10/31/2013 | TPG GLOBAL, LLC | 301 COMMERCE STREET<br>SUITE 3300<br>FORT WORTH, TX 76102 | | ON THE TCEH EFFECTIVE DATE |
| 47 | TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC | RAILCAR EQUIPMENT LEASE AGREEMENT DATED 12/27/95 | WELLS FARGO BANK NORTHWEST, N.A. | 79 S. MAIN ST MAC: U1254-031<br>SALT LAKE CITY, UT 84111 | | ON THE TCEH EFFECTIVE DATE |
| 48 | TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC | RAILCAR EQUIPMENT LEASE AGREEMENT DATED 12/27/95 | WELLS FARGO BANK NORTHWEST, N.A. | 260 N. CHARLES LINDBERGH DRIVE<br>SALT LAKE CITY, UT 84116 | | ON THE TCEH EFFECTIVE DATE |

**Exhibit A**

**Rejection Schedule**

| | Details of Contract (s) | | Counterparty Information | | Other Information | |
|---|---|---|---|---|---|---|
| Ref # | Debtor | Description of Contract or Lease | Counterparty | Counterparty Address | Description of Property to be Abandoned, if any | Rejection Date |
| 49 | LUMINANT GENERATION COMPANY LLC | EQUIPMENT LEASE DATED 03/12/1999 PLUS AMENDMENTS | WILLIAMS SCOTSMAN, INC. | ATTN: TOM MATRANGA<br>4590 CAREY STREET<br>FORT WORTH, TX 76119 | | ON THE TCEH EFFECTIVE DATE |
| 50 | LUMINANT GENERATION COMPANY LLC | EQUIPMENT LEASE DATED 12/05/2013 | WILLIAMS SCOTSMAN | 4590 CAREY ST<br>FORT WORTH, TX 76119 | | ON THE TCEH EFFECTIVE DATE |
| 51 | TXU ENERGY RETAIL COMPANY LLC | DATA MASTER SERVICES AGREEMENT DATED 11/04/2008 | WORLD MARKETING, INC. | 8801 AUTOBAHN DRIVE<br>SUITE 100<br>DALLAS, TX 75237 | | ON THE TCEH EFFECTIVE DATE |
| | | | **DELETED** | | | |
| 55 | ENERGY FUTURE HOLDINGS CORP. | DENTAL PLAN SERVICES AGREEMENT DATED 1/1/2008 | AETNA INC | 151 FARMINGTON AVENUE<br>HARTFORD, CT 06156-7614 | | ON THE TCEH EFFECTIVE DATE |
| 58 | EFH CORPORATE SERVICES COMPANY | SHARED SERVICES AGREEMENT | ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC | ATTN: MR. JEFF WALKER<br>1601 BRYAN ST.<br>DALLAS, TX 75201-3411 | | ON THE TCEH EFFECTIVE DATE |
| 73 | ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY LLC,<br>TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC,<br>TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC | ENGAGEMENT LETTER AND NON-DISCLOSURE AGREEMENT | WINSTEAD PC | KEVIN A. SULLIVAN, CHAIRMAN & CEO<br>500 WINSTEAD BUILDING<br>2728 N. HARWOOD STREET<br>DALLAS, TX 75201 | | ON THE TCEH EFFECTIVE DATE |
| 74 | LUMINANT GENERATION COMPANY LLC | PO 9891 FOR MONTHLY SERVICES IN 2014 | JANI-KING, INC. | VENDOR RECOVERY FUND IV ASIGNEE OFJANI-KING OF DALLAS<br>C/O DRUM CAPITAL MANAGEMENT<br>4 STAMFORD PLAZA<br>STAMFORD, CT 06902 | | ON THE TCEH EFFECTIVE DATE |
| 75 | LUMINANT GENERATION COMPANY LLC | PO 9891 FOR MONTHLY SERVICES IN 2014 | JANI-KING, INC. | ALPHA SERVICES CORPORATION<br>4335 SUNBELT DR<br>ADDISON, TX 75001 | | ON THE TCEH EFFECTIVE DATE |
| 76 | LUMINANT GENERATION COMPANY LLC | SERVICES AGREEMENT DATED 11/24/2003 PLUS AMENDMENTS | F.L. SMIDTH AIRTECH INC. | 3231 SCHOENERSVILLE ROAD<br>BETHLEHEM, PA 18017 | | ON THE TCEH EFFECTIVE DATE |
| 153 | LUMINANT GENERATION COMPANY LLC | SERVICES AGREEMENT DATED 5/13/2005 | ARAMARK UNIFORM SERVICES | 205 E. MORNINGSIDE DR.<br>FORT WORTH, TX 76104 | | ON THE TCEH EFFECTIVE DATE |
| 232 | TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC | ISDA | BARCLAYS BANK PLC | 5 THE NORTH COLONNADE<br>CANARY WHARF<br>LONDON E14 4BB<br>UNITED KINGDOM | | ON THE TCEH EFFECTIVE DATE |

**Exhibit A**

**Rejection Schedule**

| | Details of Contract (s) | | Counterparty Information | | Other Information | |
|---|---|---|---|---|---|---|
| Ref # | Debtor | Description of Contract or Lease | Counterparty | Counterparty Address | Description of Property to be Abandoned, if any | Rejection Date |
| 335 | LUMINANT GENERATION COMPANY LLC | BY-PRODUCTS MARKETING & MANAGEMENT AGREEMENT DATED 12/19/13 | BORAL MATERIAL TECHNOLOGIES INC. | 45 NORTHEAST LOOP 410 STE. 700 SAN ANTONIO, TX  78216 | | ON THE TCEH EFFECTIVE DATE |
| 420 | LUMINANT MINING COMPANY LLC | SERVICES AGREEMENT DATED 07/01/2013 PLUS AMENDMENTS | DENNIS CAMERON CONSTRUCTION AND EQUIPMENT, LLC | 1406 INDUSTRIAL ROAD MT PLEASANT, TX  75455 | | ON THE TCEH EFFECTIVE DATE |
| 521 | TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC | ISDA | CITIBANK, N.A | 388 GREENWICH STREET ATTN: CAPITAL MARKETS LEGAL DEPT NEW YORK, NY  10013 | | ON THE TCEH EFFECTIVE DATE |
| 1203 | LUMINANT GENERATION COMPANY LLC OAK GROVE MANAGEMENT COMPANY LLC SANDOW POWER COMPANY LLC | SERVICES AGREEMENT DATED 12/1/2002 | HI-TECH TESTING SERVICE INC | 35 FRJ DRIVE LONGVIEW, TX  75607 | | ON THE TCEH EFFECTIVE DATE |
| 1650 | TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC | ISDA | MERRILL LYNCH CAPITAL SERVICES, INC. | 250 VESEY ST  N. TOWER  22ND FL WORLD FINANCIAL TOWER NEW YORK, NY  10281 | | ON THE TCEH EFFECTIVE DATE |
| 1812 | TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC | ISDA | NOMURA GLOBAL FINANCIAL PRODUCTS INC. | 2 WORLD FINANCIAL CENTER, BLDG B NEW YORK, NY  10281-1198 | | ON THE TCEH EFFECTIVE DATE |
| | | | **DELETED** | | | |
| 1823 | ENERGY FUTURE HOLDINGS CORP. | ENGAGEMENT LETTER | FULBRIGHT & JAWORSKI LLP | LINDA L. ADDISON, MANAGING PARTNER 1301 MCKINNEY, SUITE 5100 HOUSTON, TX  77010-3095 | | ON THE TCEH EFFECTIVE DATE |
| 2064 | LUMINANT MINING COMPANY LLC | SERVICES AGREEMENT DATED 07/01/2009 PLUS AMENDMENTS | RAILWORKS TRACK SYSTEMS | 6060 ARMOUR DR. HOUSTON, TX  77020 | | ON THE TCEH EFFECTIVE DATE |
| 2343 | LUMINANT GENERATION COMPANY LLC OAK GROVE MANAGEMENT COMPANY LLC SANDOW POWER COMPANY LLC | SERVICES AGREEMENT DATED 02/22/1994 PLUS AMENDMENTS | STEWART & STEVENSON POWER PRODUCTS LLC | 506 EASTWOOD HOUSTON, TX  77011 | | ON THE TCEH EFFECTIVE DATE |
| 2367 | LUMINANT ENERGY COMPANY LLC | WIND | SWEETWATER WIND POWER LLC | 5307 E MOCKINGBIRD LANE 7TH FLOOR DALLAS, TX  75206 | | ON THE TCEH EFFECTIVE DATE |
| 2497 | LUMINANT MINING COMPANY LLC | SERVICES AGREEMENT DATED 04/25/2013 | TNT CRANE & RIGGING, INC. | 5533 SOUTH FM ROAD 2087 LONGVIEW, TX  75603 | | ON THE TCEH EFFECTIVE DATE |
| 2525 | LUMINANT GENERATION COMPANY LLC | SERVICES AGREEMENT DATED 10/01/2008 PLUS AMENDMENTS | TRC COMPANIES INC | 9225 U.S. 183 SOUTH AUSTIN, TX  78747 | | ON THE TCEH EFFECTIVE DATE |
| 2634 | LUMINANT MINING COMPANY LLC | SERVICES AGREEMENT DATED 09/02/2008 | WATCO COMPANIES, INC. | 315 W. 3RD PITTSBURG, KS  66762 | | ON THE TCEH EFFECTIVE DATE |