# SIGN-IN SHEET

**CASE NAME:** Energy Future
**CASE NO:** 14-10979

**COURTROOM LOCATION:** 6
**DATE:** 8/22/2016 at 10:30 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Jeff Senior | | TCEH ad hoc group of unsecured note holders |
| Ryan Gregory | For Rothschild | E-Side Committee |
| Mark A. Fink | Sullivan & Cromwell | " |
| Daniel K. Hogan | Morrissey McDanel | |
| James Johnson | Hogan McDaniel | Fenicle, Fahy & Jones |
| Anne Schwann Jesse Albion | Paul Weiss Rifkind | At the request of |
| Kathie Anne Robert Kellij | Wharton & Garrison | TCEH First Lien Creditors |
| Andrew Morgan | Young Conaway | EFH |
| Michael Firestein | Proskauer | EFH |
| Peter Young | A. Skadden | Wilmington Trust as TCEH First Lien Agent |
| Alene Alves | Seward & Kissel LLP | |
| Mark Kerwick | " | EFH Corp |
| Nella Bloom | Brielli & Krauder | " |
| Mark Thomas | Prosrowes Rose | " |
| Peter Young | " | " |
| Michael Firestein | | Second Lien Indenture Trustee |
| Ash R. Kenner | Pachulski Stang Zuhl + Jones | Law Alberthe |
| Amy Lavrenz MM | Patterson Belknap | " |
| Steve Miller/Andres Kwa | Munn Tong | UMB Bank Indenture Trustee |
| Ray Iam & | Gulley Henson | |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# SIGN-IN SHEET

**CASE NAME:** Energy Future
**CASE NO:** 14-10979
**COURTROOM LOCATION:** 6
**DATE:** 8/22/2016 at 10:30 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Jason Madron | RLF | Debtor |
| Daniel J. DeFranceschi | RLF | Debtor |
| Marc Kieselstein | Kirkland & Ellis LLP | Debtors |
| Mark McKane | " | " |
| Barack Echols | " | " |
| Bryan Stephany | " | " |
| Richard DeRose | Minn Pearson | EFH Indenture Trustee |
| Morgan C. Nighan | " | " |
| George Shelley | " | " |
| Eric Schnidel | " | " |
| Oscar Chris Simon | Cass & Simon | " |
| Foy Telani | Stroman & Sterling | Deutsche Bank New York |
| A. Stephen McNall | Potter Anderson & Corroon | " |
| David Dumont | Willkie Farr & Gallagher Morgan Lewis | TCEH Ad Hoc Conflicts |
| Ian Walker | Morgan Lewis Bockius | " |
| Justin Sowa | Kirkland & Ellis | Debtors |
| Garvan McDaniel | Hogan McDaniel | Contrarian |
| Nii-Amar Amamoo | Kasowitz Benson | " |
| Jennie Edmonson | Venable LLP | PIMCO |
| Chris Landay | Stein Grup | MB Bank Indenture Trustee |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# SIGN-IN SHEET

**CASE NAME:** Energy Future Holding
**CASE NO:** 14-10979(CSS)

**COURTROOM LOCATION:** 6
**DATE:** 8/22/16 AT 10:30

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Seth Ahd wesh. | Akin Gump | UMB Bank Indenture Trustee |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.