## EXHIBIT A

### Statement of Fees and Expenses By Subject Matter

| Description | Total Billed Hours | Total Fees |
|---|---|---|
| Plan and Disclosure | 27.60 | $29,925.00 |
| Employment and Fee Applications | 1.00 | $1,200.00 |
| **TOTAL** | **28.60** | **$31,125.00** |