## **EXHIBIT B**

### **Attorney and Paraprofessionals Information**

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Richard Levin | Partner | 1976 | Bankruptcy | 1200 | 14.40 | 17,280.00 |
| Vince Lazar | Partner | 1990 | Bankruptcy | 975 | 14.20 | 13,845.00 |
| | | | | **TOTAL** | **28.60** | **31,125.00** |