## **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

| Service Description | Amount |
|---|---:|
| PACER CHARGES | $ 11.60 |
| OTHER PROFESSIONAL SERVICES: ELAN CORP. | $ 123.00 |
| TOTAL | $ 134.60 |