# EXHIBIT D

## Detailed Description of Expenses and Disbursements

| Matter | Date | Name | Title | Description | Amount | Narrative |
|---|---|---|---|---|---|---|
| 55152-10034 | 7/05/16 | LEVIN, R. | PARTNER | Pacer Charges | 11.60 | Pacer Charges; PACER SERVICE CENTER; 7/05/2016 |
| 55152-10034 | 7/29/16 | LEVIN, R. | PARTNER | Other Professional Services | 51.00 | Other Professional Services; Elan Corp Payments; 6/27/16; Docket 6/16 Stmt; Phone Conference Fee for R. Levin on 6/16/16; Case Name: Energy Future Holdings Corp. |
| 55152-10034 | 7/29/16 | LEVIN, R. | PARTNER | Other Professional Services | 72.00 | Other Professional Services; Elan Corp Payments; 6/27/16; Docket 6/16 Stmt; Phone Conference Fee for R. Levin on 5/27/16 |