IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

IN RE: ENERGY FUTURE HOLDINGS, et al.

| | |
|---|---|
| KENNETH R. STEWART, (PRO-SE) ) | Civil Action No. 15-1213 UNA |
| ) | |
| Appellant/Creditor/Bond Holder ) | |
| ) | |
| ENERGY FUTURE HOLDINGS CORP., ET AL., ) | Bankruptcy Case No. 14-10979 (CSS) |
| ) | |
| Appellee/DEBTOR ) | (Jointly Administered) |
| ) | BAP NO. 15-82 |

MOTION TO OBJECT TO APPROVAL OF DEBTOR(S) HEARING DATES AND DEADLINES:

1. Whereas, Appellant/Creditor and Bond Holder hereby OBJECTS to the Debtor's, and all Pertaining Parties, the right to schedule hearing dates, deadlines and establishing certain Protocols until all parties settle in full on all my credit accounts due on my properties, the return of specific control of business assets and stocks, the relinquishing control of my asset backed securities and bonds to me, cash accounts transferred, make restitution payments in full for using me to hold the $375 million liability Nuclear Insurance Policy in my name without my consent or payment, and reimburse to my assigns all the legal and research expenses presented in court to date.

_____   Date: 08/18/2016

Kenneth R. Stewart, aka Kenneth S. Stewart, PRO SE