# EXHIBIT A

54537903.1

## SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY

(See Guidelines C.8. for project category information.)

| Project Category | Hours Budgeted | Fees Budgeted | Hours Billed | Fees Sought |
|---|---|---|---|---|
| Administration | | | - | $ - |
| Asset Disposition | | | 0.60 | $ 258.00 |
| Bankruptcy-Related Advice | | | 14.50 | $ 5,296.50 |
| Business Operations | | | 0.10 | $ 40.00 |
| Case Administration | | | 1.60 | $ 712.00 |
| Claims Administration & Objections | | | 0.90 | $ 373.50 |
| Employment/Fee Applications | | | 8.50 | $ 3,493.50 |
| Financing & Cash Collateral | | | - | $ - |
| General Bankruptcy Advice/Opinions | | | 0.30 | $ 120.00 |
| Litigation Contested Matters(excl assump/rejection motions | | | 0.90 | $ 378.00 |
| Meetings of & Communications with Creditors or the Comm | | | 3.40 | $ 1,384.00 |
| Operations | | | 2.20 | $ 1,222.00 |
| Plan & Disclosure Statement (including business plan) | | | 6.60 | $ 2,850.50 |
| Tax Issues | | | 0.60 | $ 267.00 |
| | | | 40.20 | $ 16,395.00 |

# **EXHIBIT B**

SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FEE APPLICATION

| Name | Title | Section | Date of First Admission | Fees Billed | Hours Billed | Hourly Rate Billed in This Application | Hourly Rate Billed in First Interim Application | Number of Rate Increases Since Case Inception |
|---|---|---|---|---|---|---|---|---|
| Bird, James E. | Shareholder | FR Bankruptcy and Restructuring | 10/15/1980 | $ 553.50 | 0.90 | 615.00 | - | 0 |
| Church, Jr., William H. | Shareholder | LI Commercial Litigation | 11/01/1988 | $ 480.00 | 0.80 | 600.00 | - | 0 |
| Edelson, Justin K. | Shareholder | FR Bankruptcy and Restructuring | 05/01/2007 | $ - | - | - | - | 0 |
| Edelson, Justin K. | Shareholder | FR Bankruptcy and Restructuring | 05/01/2007 | $ 10,947.00 | 24.60 | 445.00 | - | 0 |
| Katona, Shanti M. | Shareholder | FR Bankruptcy and Restructuring | 05/01/2007 | $ 44.50 | 0.10 | 445.00 | - | 0 |
| Vine, Jarrett K. | Associate | FR Bankruptcy and Restructuring | 01/01/2009 | $ 1,840.00 | 4.60 | 400.00 | - | 0 |
| Suprum, Lindsey M. | Paralegal | FR Bankruptcy and Restructuring | | $ - | - | - | - | 0 |
| Suprum, Lindsey M. | Paralegal | FR Bankruptcy and Restructuring | | $ 2,530.00 | 9.20 | 275.00 | - | 0 |
| | | | | **$ 16,395.00** | **40.20** | **407.84** | | |

CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES WITH FEE APPLICATIONS

( See Guidelines C.3. for definitions of terms used in this Exhibit.)

| Category of Timekeeper (using categories already maintained by the firm) | BLENDED HOURLY RATE | |
|---|---|---|
| | BILLED OR COLLECTED Firm or offices for preceding year, excluding bankruptcy | BILLED In this fee application |
| Shareholder | $ 457.29 | $ 455.49 |
| Associate | $ 334.13 | $ 400.00 |
| Paralegal | $ 230.00 | $ 275.00 |
| | | |
| All timekeepers averaged | $ 435.07 | $ 407.84 |

# **EXHIBIT C**

54537903.1

## SUMMARY OF EXPENSE REIMBURSEMENT REQUESTED BY CATEGORY

(See Guidelines C.8. for project category information.)

| Category | Amount |
|---|---|
| Document Reproduction | $ 342.15 |
| Deliveries | $ 56.69 |
| On-Line Searches | $ - |
| Meals | $ 105.26 |
| Transcript of Proceedings | $ 93.60 |
| | **$ 597.70** |

# **EXHIBIT D**



# Invoice Detail

For Professional Services Through 7/31/16  
File No. 078582-475724  
**Re: Energy Future Holdings Bankruptcy**

Page 15  
August 18, 2016  
Invoice No: 1318565

## Timekeeper Summary

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| J.E. Bird | 0.90 | 615.00 | $553.50 |
| W. H. Church, Jr. | 0.80 | 600.00 | 480.00 |
| S.M. Katona | 0.10 | 445.00 | 44.50 |
| J.K. Edelson | 24.60 | 445.00 | 10,947.00 |
| J.K. Edelson | 3.80 | 445.00 | No Charge |
| J.K. Vine | 4.60 | 400.00 | 1,840.00 |
| L.M. Suprum | 9.20 | 275.00 | 2,530.00 |
| L.M. Suprum | 0.40 | 275.00 | No Charge |
| **Total Professional Charges** | **44.40** | | **$16,395.00** |

## Task Code Summary

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| B100 | Administration | 0.00 | $0.00 |
| B110 | Case Administration | 1.60 | 712.00 |
| B130 | Asset Disposition | 0.60 | 258.00 |
| B150 | Meetings Of & Communications With Creditors Or The | 3.40 | 1,384.00 |
| B160 | Employment/fee Applications | 8.50 | 3,493.50 |
| B190 | Litigation Contested Matters(excl Assump/rejection | 0.90 | 378.00 |
| B200 | Operations | 2.20 | 1,222.00 |
| B210 | Business Operations | 0.10 | 40.00 |
| B240 | Tax Issues | 0.60 | 267.00 |
| B310 | Claims Administration & Objections | 0.90 | 373.50 |
| B320 | Plan & Disclosure Statement (Including Business Pl | 6.60 | 2,850.50 |
| B400 | Bankruptcy-related Advice | 14.50 | 5,296.50 |
| B410 | General Bankruptcy Advice/opinions | 0.30 | 120.00 |
| | **Total Professional Charges** | **44.40** | **$16,395.00** |

## Disbursements

| Date | | Amount |
|---|---|---|
| 06/30/16 | On-Line Searches | $0.00 |
| 07/08/16 | Meals Reliable Wilmington working lunch 7/6/16 | 44.96 |
| 07/15/16 | Meals Reliable Wilmington working lunch on 7/14/16 pickup/delivery | 60.30 |



# Invoice Detail

For Professional Services Through 7/31/16  
File No. 078582-475724  
**Re: Energy Future Holdings Bankruptcy**

Page 16  
August 18, 2016  
Invoice No: 1318565

| Date | Description | Amount |
|---|---|---:|
| 07/20/16 | Document Reproduction Reliable Wilmington document reproduction | 342.15 |
| 07/21/16 | Transcript of Proceedings Veritext New York Reporting Co. electronic copy of a transcript | 93.60 |
| 07/27/16 | Deliveries Reliable Wilmington working lunch pickup/delivery 7/26/16 | 56.69 |
| | **Total Disbursements** | **$597.70** |

Total Disbursements     597.70

**Total Current Charges Due**     **$16,992.70**