# SIGN-IN SHEET

**CASE NAME:** Energy Future
**CASE NO:** 14-10979
**COURTROOM LOCATION:** 6
**DATE:** 8/24/2016 at 12:30 P.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Dan DeFranceschi | Richards, Layton & Finger, P.A. | Debtors |
| Jason Madron | " | " |
| Jeffrey S. Sabin | Venable, LLP | Pimco |
| Jamie Edmonson | " | " |
| Stephen M. Miller | Morris James LLP | Co-Debtors of NY Debtors Trustee |
| Daniel Lowenthal | Patterson Belknap LLP | " |
| Cory Stephenson | Bielli & Klauder LLC | EFH |
| Larry A. Rappaport | Proskauer | EFH |
| Todd Goren | Morrison Foerster | TCEH Committee |
| Mark McKane | Kirkland & Ellis LLP | T-Debtors |
| Chad Husnick | " | " |
| Mark Thomas | Proskauer | EFIH Corp |
| Fay Telpai | Shearman & Sterling | Deutsche Bank New York |
| R. Stephen McNeill | Potter Anderson & Corroon | " |
| Mark Kotwick, Arun Alves | Seward & Kissel LLP | Wilmington Trust, First Lien Agent |
| Andrew Glenn | Kasowitz Benson | Contrarian |
| Garvan McDaniel | Hogan McDaniel | " |
| Daniel K. Hogan | Hogan McDaniel | Fenicle, Fahy & Jones |
| Anna Terteryan | Kirkland & Ellis | Debtors |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# SIGN-IN SHEET

**CASE NAME:** Energy Future
**CASE NO:** 14-10979
**COURTROOM LOCATION:** 6
**DATE:** 8/24/2016 at 12:30 P.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Jon Ganter | Kirkland & Ellis | Debtors |
| Michael Esser | " | " |
| Justin Sowa | " | " |
| Bryan Stephany | " | " |
| Ned Schoedwel, Jacob Aldaheim | Paul, Weiss, Rifkind, Wharton & Garrison | Ad Hoc Committee of TCEH First Lien Creditors |
| Kevin O'Neill, Colin Kelly | | |
| Pauline Morgan | Young Conaway | TCEH Debtors UCC/VCFLCP |
| Guy Brenecke | McElroy Deutsch | TCEH Notes - UMSEC Ad hoc group |
| John Bird | Fox Rothschild | " |
| Jeffrey Schlerf | " | " |
| Chris Shore | White & Case | " |
| Coy Garrish | Klehr Harrison | UMB Bank Indenture Trustee |
| Abid Qureshi | Akin Gump | " |
| Laura Davis Jones | Pachulski Stang Ziehl & Jones | 2nd Lien Trustee/ Noteholders |
| Brad Glockzier | Sullivan & Cromwell | E-Side Committee |
| Mark D. Fink | Montgomery McCracken | " |
| Jorge Edmonson | Kerabe | EFMCA |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# SIGN-IN SHEET

**CASE NAME:** Energy Future
**CASE NO:** 14-10979

**COURTROOM LOCATION:** 6
**DATE:** 8/24/2016 at 12:30 P.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Richard Pedone | Nixon Peabody LLP | EFH Indenture Trustee |
| George Speh | " | " |
| Morgan N'Shan | " | " |
| Erik Schneider | " | " |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Christopher S. Sontchi

Calendar Date: 08/24/2016
Calendar Time: 12:30 PM ET

Amended Calendar 08/24/2016 05:33 AM

#6

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7792692 | Andrew Ambruoso | (212) 819-8967 | White & Case LLP | Creditor, Deutsche Bank / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7803018 | Ashley F. Bartram | (512) 475-4937 | State of Texas - Office of the Attorney General -Bankruptcy & Collections Div.Only | Interested Party, Public Utility Commission of Texas / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7797764 | Ward Benson | (202) 514-9642 | U.S. Department of Justice | Creditor, United States of America / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7799082 | Peg A. Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Dow Jones & Co. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7799262 | Christopher L. Carter | (617) 951-8063 | Morgan Lewis & Bockius LLP | Creditor, Pacific Investment Management Company / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7793147 | Michael Carter - Client | (214) 953-6500 | Baker Botts LLP | Interested Party, Hunt Utility Services / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7788099 | Mark A. Cody | (312) 269-4392 | Jones Day | Creditor, Oncor Electric Delivery Holdings Company, LLC / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7794098 | Stacey Dore | (212) 446-6411 | Energy Future Holdings Corp. | Debtor, Energy Future Holdings / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7797438 | Catherine Eisenhut | (941) 306-7283 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Ad Hoc Committee of Unsecured Note Holders / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7791962 | Barry Felder | (212) 338-3540 | Foley & Lardner LLP | Trustee, UMB / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7799527 | Michael Firestein | (310) 284-5661 | Proskauer Rose LLP | Debtor, Energy Future Holdings Corp / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7770887 | Philip A. Gelston | (212) 474-1548 | Cravath Swaine & Moore LLP | Specially Appearing For, Energy Future Intermediate Holding Company LLC / LIVE |

Peggy Drasal ext. 802

Copyright © 2016 CourtCall, LLC. All Rights Reserved.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7802959 | Seth Goldman | (213) 683-9554 | Munger, Tolles & Olson LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7743435 | Christopher Hahm | (212) 530-5198 | Milbank, Tweed, Hadley & McCloy, LLP | Creditor, Citibank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7803237 | Patrick Holohan | (646) 412-5336 | Merger Market | Interested Party, Debtwire / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7794048 | Natasha Hwangpo | (212) 909-3198 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7803196 | Veronica Ip | (212) 558-4829 | Sullivan & Cromwell LLP | Creditor, AFH Committee / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7801670 | Anna Kalenchits | (212) 723-1808 | Citi Group Global Markets | Interested Party, Citi Group Global Markets / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7798231 | Harold Kaplan | (312) 832-4393 | Foley & Lardner LLP | Trustee, UMB Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7803009 | Hal F. Morris | (512) 475-4550 | State of Texas - Office of the Attorney General -Bankruptcy & Collections Div.Only | Interested Party, Public Utility Commission of Texas / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7802337 | Tina Moss | (212) 262-6910 | Perkins Coie LLP | Creditor, Delaware Trust Company / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7803214 | Michael Neumeister | (213) 229-7006 | Gibson, Dunn & Crutcher LLP | Interested Party, Gibson, Dunn & Crutcher LLP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7747448 | Kevin O'Neill | (212) 373-3000 | Paul Weiss Rifkind Wharton & Garrison | Creditor, Steering Committee of TCEH Lenders / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7803434 | Lary A. Rappaport | (310) 284-5658 | Proskauer Rose LLP | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7800618 | Erica Richards | (212) 468-8000 | Morrison & Foerster LLP | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7799279 | Asher Richelli | (718) 921-8200 | American Stock Transfer Trust Company, LLC | Creditor, American Stock Transfer Trust Company, LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7801435 | Christy Rivera | (212) 408-5100 | Chadbourne & Parke LLP | Creditor, NextEra / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7804350 | Tracy Rucinski | (312) 550-5937 | Thomson & Reuters | Interested Party, Tracy Rucinski / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7803901 | Robin Russell | 203-353-3101 | Bennett Management Corporation | Interested Party, Bennett Management Corporation / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7799353 | Richard Schepacarter | (302) 573-6491 | Office of the United States Trustee | U.S. Trustee, Richard Schepacarter / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7799281 | Erik Schneider | (617) 345-1112 | Nixon Peabody LLP | Creditor, American Stock Transfer / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7778470 | Ned S. Schodek | (212) 848-7052 | Shearman & Sterling LLP | Creditor, Deutsche Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7744577 | Noah M Schottenstein | (214) 953-6500 | Baker Botts LLP | Interested Party, Hunt Utility Services / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7788628 | Jennifer Sharret | (212) 715-9516 | Kramer Levin Naftalis & Frankel LLP | Creditor, Trustee for Second Lien Notes / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7794976 | Angelo Thalassinos | (212) 588-8890 | Reorg Research, Inc. | Interested Party, Reorg Resarch, Inc. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7782444 | Amer Tiwana | (646) 616-3052 | Cowen and Company | Interested Party, Cowen and Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7747447 | Michael Turkel | (212) 373-3689 | Paul Weiss Rifkind Wharton & Garrison | Creditor, The Steering Committee of TCEH First Lien Lenders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7802921 | Matthew Underwood | 212-588-5148 | HBK Capital | Interested Party, HBK Capital / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7802450 | Tamara Van Heel | (305) 995-5232 | White and Case | Creditor, Ad Hoc Committe of TECH Unsecured Noted Holders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7802957 | Thomas Walper | (213) 593-5393 | Munger, Tolles & Olson LLP | Interested Party, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7802349 | Andrew Wang | (202) 488-1285 | Kobre & Kim LLP | Trustee, Deleware Trust Company / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7794138 | Aparna Yenamandra | (212) 446-4800 | Kirkland & Ellis LLP | Debtor, Energy Future Holding Corporation / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7799331 | Peter Young | (312) 962-3528 | Proskauer Rose LLP | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 (15-51239) | Hearing | 7802364 | Neil Glassman | 302-429-4224 | Bayard P.A. | Interested Party, Delaware Trust Company / LIVE |

Peggy Drasal ext. 802    Copyright © 2016 CourtCall, LLC. All Rights Reserved.