## **Exhibit A**

### **Hours Expended by Goldin Professional**

| | | |
|---|---|---|
| Harrison J. Goldin | Sr. Managing Director | 2.1 |
| David Prager | Managing Director | 15.1 |
| Karthik Bhavaraju | Director | 7.8 |
| Deborah Praga | Analyst | 35.1 |
| **Total** | | **60.1** |