## **Exhibit C**

**Expenses by Category**

| | |
|---|---:|
| Meals | $42.17 |
| Research | 113.60 |
| Teleconference | 21.12 |
| **Total** | **$176.89** |