## Exhibit D

**Expense Detail**

**GoldinAssociates, LLC**

350 Fifth Avenue
The Empire State Building
New York, New York 10118

Tel.: 212 593 2255
Fax: 212 888 2841
www.goldinassociates.com

### *Detailed Expenses by Category:*          EFIH

For Expenses Through  7/31/2016

| Expense | Start Date | End Date | Invoice Date | | Description | Charges |
|---|---|---|---|---|---|---|
| : Meals | | | | | | |
| | 7/20/2016 | 7/20/2016 | 7/24/16 | DP | SeamlessWeb - Inv # 2442873 - Working Dinner - Ref # 1746465949 - D. Praga | $18.05 |
| | 7/28/2016 | 7/28/2016 | 7/31/16 | DP | SeamlessWeb - Inv # 2456693 - Working Dinner - Ref # 1749075716 - D. Praga | $24.12 |
| Total: Meals | | | | | | |
| | | | | | | $42.17 |
| : Research | | | | | | |
| | 4/1/2016 | 6/30/2016 | 7/5/2016 | AJD | PACER - Inv # 2552207-Q22016 - 4/1/2016 - 6/30/2016 | $13.60 |
| | 7/1/2016 | 7/31/2016 | | JB | Capital IQ - research for the period 7/1 - 7/31 - Cap IQ discounted rate (per click rate would be $234.30) | $100.00 |
| Total: Research | | | | | | |
| | | | | | | $113.60 |
| : Telephone, Postage | | | | | | |
| | 6/26/2016 | 7/25/2016 | 7/25/15 | RCD | AT&T - actual service dates 6/26/15 through 7/25/15 | $21.12 |
| Total: Telephone, Postage | | | | | | |
| | | | | | | $21.12 |
| Grand Total | | | | | | |
| | | | | | | $176.89 |