# **EXHIBIT A**

**Statement of Fees and Expenses By Subject Matter**

# COMPENSATION BY SUBJECT MATTER[1]
# JULY 1, 2016 THROUGH JULY 31, 2016

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 4 | General Environmental Matters | 39.90 | $16,016.00 |
| 7 | EPA NSR Litigation | 228.60 | $72,041.00 |
| 8 | EGU MACT | 17.60 | $5,210.50 |
| 9 | Texas PM2.5 Interstate Transport Rule | 26.60 | $8,362.50 |
| 11 | EPA Regional Haze Rulemaking | 130.20 | $43,404.00 |
| 17 | Regional Haze Section 114 Request | 10.90 | $3,607.50 |
| 18 | EPA Affirmative Defense Litigation | 27.30 | $8,547.50 |
| 19 | EPA Existing Source GHG Rules | 2.80 | $1,013.00 |
| 21 | Bankruptcy Application and Retention | 32.40 | $7,835.50 |
| 24 | La Frontera Gas Contracts | 0.40 | $180.00 |
| 25 | SO2 NAAQS | 0.50 | $165.00 |
| 26 | Market Regulatory Advice | 42.30 | $20,527.50 |
| 27 | EPA New Source GHG Rules | 4.90 | $1,748.50 |
| 28 | FERC Issues | 5.00 | $2,600.00 |
| **Totals:** | | **569.40** | **$191,258.50** |

---

[1] The work performed and expenses incurred by Balch during the compensation period were entirely on behalf of Texas Competitive Electric Holdings Company, LLC and its debtor subsidiaries.

## EXPENSE SUMMARY
## JULY 1, 2016 THROUGH JULY 31, 2016

| Expense Category | Amount |
|---|---|
| Airfare | $5,412.92 |
| In-house Copying – Color Copies or Prints | $0.50 |
| In-house Copying  -  Standard Copies or Prints | $4.30 |
| Outside Copying | $208.28 |
| Telephone Charges | $147.83 |
| Transportation to/from airport | $164.07 |
| Transportation | $32.73 |
| Travel Meals | $125.63 |
| Other Travel Expenses | $82.00 |
| Travel Expenses – Lodging | $680.42 |
| **Total Expenses Sought:** | **$6,858.68** |

RLF1 15077873v.1