## EXHIBIT B

**Attorneys and Paraprofessionals' Information**

The Balch attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Steven Burns | Partner | 1995 | Environmental | $445.00 | 2.80 | $1,246.00 |
| Thomas L. Casey | Partner | 2003 | Environmental | $395.00 | 8.70 | $3,436.50 |
| Thomas  DeLawrence | Partner | 2006 | Environmental | $330.00 | 50.60 | $16,698.00 |
| P. Stephen Gidiere | Partner | 1996 | Environmental | $525.00 | 52.80 | $27,720.00 |
| Scott B. Grover | Partner | 2001 | Energy | $450.00 | 0.40 | $180.00 |
| Lyle Larson | Partner | 1991 | Energy | $520.00 | 24.40 | $12,688.00 |
| C. Grady Moore | Partner | 1992 | Environmental | $525.00 | 39.80 | $20,895.00 |
| Jeremy Retherford | Partner | 2003 | Bankruptcy | $400.00 | 1.10 | $440.00 |
| Mary Samuels | Partner | 2007 | Environmental | $330.00 | 0.50 | $165.00 |
| Stephen C. Still | Partner | 1994 | Energy | $495.00 | 19.70 | $9,751.50 |
| Timothy J. Tracy | Partner | 1984 | Corporate Finance | $600.00 | 2.00 | $1,200.00 |
| Julia Barber | Associate | 2014 | Environmental | $245.00 | 61.60 | $15,092.00 |
| David Mitchell | Associate | 2009 | Environmental | $300.00 | 156.90 | $47,070.00 |
| Amy Benschoter | Staff Attorney | 2005 | Environmental | $230.00 | 126.00 | $28,980.00 |
| Tal Simpson | Staff Attorney | 2011 | Environmental | $265.00 | 18.90 | $5,008.50 |
|  |  |  |  |  | 566.20 | $190,570.50 |

The paraprofessionals of Balch who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Ezell, Lisa R. | Paralegal | 25 | Bankruptcy | $215.00 | 3.20 | $688.00 |
|  |  |  |  |  | 3.20 | $688.00 |

Total Fees Requested     $191,258.50