# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

## EXPENSE SUMMARY
## JULY 1, 2016 THROUGH JULY 31, 2016

| Expense Category | Amount |
|---|---|
| Airfare | $5,412.92 |
| In-house Copying – Color Copies or Prints | $0.50 |
| In-house Copying  -  Standard Copies or Prints | $4.30 |
| Outside Copying | $208.28 |
| Telephone Charges | $147.83 |
| Transportation to/from airport | $164.07 |
| Transportation | $32.73 |
| Travel Meals | $125.63 |
| Other Travel Expenses | $82.00 |
| Travel Expenses – Lodging | $680.42 |
| **Total Expenses Sought:** | **$6,858.68** |