## <u>EXHIBIT D</u>

**Detailed Description of Expenses and Disbursements**

## DETAILED EXPENSE SUMMARY
## JULY 1, 2016 THROUGH JULY 31, 2016

| Invoice Number | Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| *704362* | *004* | *6/2/16* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$4.66[1]* | *Long distance* |
| 704362 | 004 | 6/6/16 | C. Grady Moore | Telephone Charges | | | $7.12 | Conference call |
| *704362* | *004* | *6/9/16* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$3.63* | *Long distance* |
| *704362* | *004* | *6/9/16* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$1.32* | *Long distance* |
| 704362 | 004 | 6/13/16 | C. Grady Moore | Telephone Charges | | | $12.49 | Conference call |
| 704362 | 004 | 6/16/16 | P. Stephen Gidiere | Telephone Charges | | | $1.19 | Conference call |
| 704362 | 004 | 6/16/16 | P. Stephen Gidiere | Telephone Charges | | | $14.07 | Conference call |
| 704362 | 004 | 6/23/16 | P. Stephen Gidiere | Telephone Charges | | | $16.47 | Conference call |
| 704362 | 004 | 6/30/16 | P. Stephen Gidiere | Telephone Charges | | | $18.93 | Conference client |
| 704362 | 004 | 7/14/16 | P. Stephen Gidiere | Telephone Charges | | | $18.97 | Conference call |
| *704362* | *004* | *7/21/16* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$13.24* | *Long Distance* |
| 704362 | 004 | 7/29/16 | P. Stephen Gidiere | Telephone Charges | | | $34.27 | Conference call |
| 704363 | 007 | 6/7/16 | Amy Benschoter | Telephone Charges | | | $5.12 | Conference call |
| 704363 | 007 | 6/24/16 | Tom DeLawrence | Telephone Charges | | | $11.01 | Conference call |
| 704363 | 007 | 7/6/16 | Amy Benschoter | Airfare | | | $610.96 | Roundtrip airfare between Birmingham, AL and Dallas, TX |
| 704363 | 007 | 7/6/16 | Amy Benschoter | Travel Meals | | | $5.75 | Breakfast (1 person) |
| 704363 | 007 | 7/6/16 | C. Grady Moore | Airfare | | | $30.00 | Airline service fees |
| 704363 | 007 | 7/6/16 | C. Grady Moore | Airfare | | | $526.97 | Roundtrip airfare between Birmingham, AL and Dallas, TX |
| *704363* | *007* | *7/6/16* | *C. Grady Moore* | *Other Travel Expenses* | | | *$10.00[2]* | *Travel agency service fee* |
| 704363 | 007 | 7/6/16 | C. Grady Moore | Transportation | | | $14.97 | Cab fare from client meeting to hotel. |
| 704363 | 007 | 7/6/16 | C. Grady Moore | Travel Meals | | | $4.39 | Breakfast (1 person) |

---

[1]    Italicized entries for Telephone Charges represent those calls which cannot be classified as multi-party conference calls. A total of $76.49 in telephone charges is not reimbursable.

[2]    Pursuant to the Fee Committee's Letter Report on the First Interim Application of Balch & Bingham LLP, dated May 20, 2015, service fees are not reimbursable. Therefore, $10.00 is not reimbursable.

| Invoice Number | Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 704363 | 007 | 7/6/16 | Tom DeLawrence | Airfare | | | $219.98 | Airfare from Birmingham, AL to Dallas, TX |
| 704363 | 007 | 7/6/16 | Tom DeLawrence | Transportation | | | $6.49 | Cab fare from hotel to client meeting |
| 704363 | 007 | 7/6/16 | Tom DeLawrence | Transportation | | | $6.27 | Cab fare from client meeting to hotel |
| 704363 | 007 | 7/6/16 | Tom DeLawrence | Transportation to/from Airport | | | $19.49 | Cab fare from airport to client meeting |
| 704363 | 007 | 7/6/16 | Tom DeLawrence | Travel Meals | | | $18.62 | Breakfast (2 people) |
| 704363 | 007 | 7/7/16 | Amy Benschoter | Other Travel Expenses | | | $24.00 | Airport parking |
| 704363 | 007 | 7/7/16 | Amy Benschoter | Travel Expenses - Lodging | | | $169.44 | Lodging in Dallas, TX (1 night) |
| 704363 | 007 | 7/7/16 | Amy Benschoter | Travel Meals | | | $33.87 | Dinner (2 people) |
| 704363 | 007 | 7/7/16 | Amy Benschoter | Travel Meals | | | $12.30 | Breakfast (1 person) |
| 704363 | 007 | 7/7/16 | Amy Benschoter | Travel Meals | | | $12.39 | Lunch (1 person) |
| 704363 | 007 | 7/7/16 | C. Grady Moore | Airfare | | | $104.99 | Airfare from Dallas, TX to Birmingham, AL (flight change) |
| 704363 | 007 | 7/7/16 | C. Grady Moore | Other Travel Expenses | | | $39.00 | Airport parking |
| *704363* | *007* | *7/7/16* | *C. Grady Moore* | *Other Travel Expenses* | | | *$2.00[3]* | *Baggage handling tip* |
| *704363* | *007* | *7/7/16* | *C. Grady Moore* | *Other Travel Expenses* | | | *$10.00[4]* | *Travel agency service fee* |
| 704363 | 007 | 7/7/16 | C. Grady Moore | Transportation to/from Airport | | | $27.00 | Cab fare from client's office to airport |
| 704363 | 007 | 7/7/16 | C. Grady Moore | Travel Expenses - Lodging | | | $169.44 | Lodging in Dallas, TX (1 night) |
| 704363 | 007 | 7/7/16 | C. Grady Moore | Travel Meals | | | $3.00 | Breakfast (1 person) |
| 704363 | 007 | 7/7/16 | Tom DeLawrence | Airfare | | | $316.10 | Airfare from Dallas, TX to Mobile, AL |
| 704363 | 007 | 7/7/16 | Tom DeLawrence | Transportation to/from Airport | | | $26.31 | Cab fare from client meeting to airport |

---

[3]    Pursuant to correspondence from the Fee Committee, baggage fees and tips are not reimbursable.  Therefore, $7.00 has been deducted.

[4]    Pursuant to the Fee Committee's Letter Report on the First Interim Application of Balch & Bingham LLP, dated May 20, 2015, service fees are not reimbursable.  Therefore, $10.00 is not reimbursable.

| Invoice Number | Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 704363 | 007 | 7/7/16 | Tom DeLawrence | Transportation to/from Airport | | | $54.47 | Cab fare from airport to meeting |
| 704363 | 007 | 7/7/16 | Tom DeLawrence | Travel Expenses – Lodging | | | $169.44 | Lodging in Dallas, TX (1 night) |
| 704363 | 007 | 7/8/16 | C. Grady Moore | In-house Copying | $0.10 | 16 | $1.60 | Standard Copies |
| 704363 | 007 | 7/11/16 | Amy Benschoter | In-house Copying | $0.10 | 14 | $1.40 | Standard Copies |
| 704363 | 007 | 7/11/16 | Amy Benschoter | In-house Copying | $0.10 | 13 | $1.30 | Standard Copies |
| 704363 | 007 | 7/15/16 | P. Stephen Gidiere | Telephone Charges | | | $4.38 | Conference call |
| 704363 | 007 | 7/15/16 | P. Stephen Gidiere | Telephone Charges | | | $3.81 | Conference call |
| 704363 | 007 | 7/19/16 | Tom DeLawrence | In-house Copying | $0.50 | 1 | $0.50 | Color Copies |
| 704363 | 007 | 7/21/16 | Tom DeLawrence | Telephone Charges | | | $0.20 | Long Distance |
| 704366 | 011 | 6/14/16 | David Mitchell | Airfare | | | $883.20 | Roundtrip airfare between Birmingham, AL and Austin, TX |
| 704366 | 011 | 6/14/16 | David Mitchell | Other Travel Expenses | | | $10.00[5] | Travel agency service fee |
| 704366 | 011 | 6/14/16 | P. Stephen Gidiere | Airfare | | | $431.60 | Airfare from Birmingham, AL and Austin, TX |
| 704366 | 011 | 6/14/16 | P. Stephen Gidiere | Other Travel Expenses | | | $10.00[6] | Travel agency service fee |
| 704366 | 011 | 6/15/16 | P. Stephen Gidiere | Telephone Charges | | | $2.02 | Long distance |
| 704366 | 011 | 6/15/16 | P. Stephen Gidiere | Telephone Charges | | | $35.57 | Long distance |
| 704366 | 011 | 6/16/16 | P. Stephen Gidiere | Airfare | | | $374.10 | Airfare from Austin, TX to Atlanta, GA |
| 704366 | 011 | 6/16/16 | P. Stephen Gidiere | Other Travel Expenses | | | $10.00[7] | Travel agency service fee |
| 704366 | 011 | 6/23/16 | P. Stephen Gidiere | Airfare | | | $631.10 | Airfare from New Orleans, LA to Atlanta, GA |
| 704366 | 011 | 6/23/16 | P. Stephen Gidiere | Other Travel Expenses | | | $10.00[8] | Travel agency service fee |

[5]    Pursuant to the Fee Committee's Letter Report on the First Interim Application of Balch & Bingham LLP, dated May 20, 2015, service fees are not reimbursable.  Therefore, $10.00 is not reimbursable.

[6]    Pursuant to the Fee Committee's Letter Report on the First Interim Application of Balch & Bingham LLP, dated May 20, 2015, service fees are not reimbursable.  Therefore, $10.00 is not reimbursable.

[7]    Pursuant to the Fee Committee's Letter Report on the First Interim Application of Balch & Bingham LLP, dated May 20, 2015, service fees are not reimbursable.  Therefore, $10.00 is not reimbursable.

3

| Invoice Number | Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 704366 | 011 | 7/5/16 | P. Stephen Gidiere | Outside Copying | | | $208.28 | Retrieval and copy of historical appellate court filings |
| *704368* | *018* | *6/10/16* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$1.41* | *Long distance* |
| *704368* | *018* | *6/10/16* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$14.44* | *Long distance* |
| 704373 | 026 | 7/7/16 | Lyle D. Larson | Airfare | | | $641.96 | Roundtrip airfare between Birmingham, AL and Dallas, TX |
| *704373* | *026* | *7/7/16* | *Lyle D. Larson* | *Other Travel Expenses* | | | *$10.00[9]* | *Baggage handling tips* |
| *704373* | *026* | *7/7/16* | *Lyle D. Larson* | *Other Travel Expenses* | | | *$10.00[10]* | *Travel agency service fee* |
| 704373 | 026 | 7/7/16 | Lyle D. Larson | Transportation | | | $5.00 | Cab fare from hotel to client meeting |
| 704373 | 026 | 7/7/16 | Lyle D. Larson | Transportation to/from Airport | | | $36.80 | Cab fare from hotel to airport |
| 704373 | 026 | 7/7/16 | Lyle D. Larson | Travel Expenses – Lodging | | | $172.10 | Lodging in Dallas, TX (1 night) |
| 704373 | 026 | 7/7/16 | Lyle D. Larson | Travel Meals | | | $35.31 | Dinner (1 person) |
| 704373 | 026 | 7/7/16 | Stephen C. Still | Airfare | | | $641.96 | Roundtrip airfare between Birmingham, AL and Dallas, TX |
| *704373* | *026* | *7/7/16* | *Stephen C. Still* | *Other Travel Expenses* | | | *$10.00[11]* | *Travel agency service fee* |
| 704373 | 026 | 7/8/16 | Lyle D. Larson | Other Travel Expenses | | | $19.00 | Airport parking |
| Total Expenses: | | | | | | | $7,027.17 | |
| *Less: Expense Adjustment[12]* | | | | | | | *$168.49* | |
| **Total Expenses Sought:** | | | | | | | **$6,858.68** | |

---

[8] Pursuant to the Fee Committee's Letter Report on the First Interim Application of Balch & Bingham LLP, dated May 20, 2015, service fees are not reimbursable. Therefore, $10.00 is not reimbursable.

[9] Pursuant to correspondence from the Fee Committee, baggage fees and tips are not reimbursable. Therefore, $7.00 has been deducted.

[10] Pursuant to the Fee Committee's Letter Report on the First Interim Application of Balch & Bingham LLP, dated May 20, 2015, service fees are not reimbursable. Therefore, $10.00 is not reimbursable.

[11] Pursuant to the Fee Committee's Letter Report on the First Interim Application of Balch & Bingham LLP, dated May 20, 2015, service fees are not reimbursable. Therefore, $10.00 is not reimbursable.

[12] Reflects actual expenses incurred during Fee Period which are not reimbursable pursuant to the Fee Committee's initial memorandum, dated October 3, 2014, and subsequent communications.