## EXHIBIT A

### Statement of Fees and Expenses By Subject Matter

| Matter Number | Matter Description | Total Hours Billed | Total Fees Requested |
|---|---|---|---|
| 28 | Tax Accounting Support (Current Quarter) | 6.3 | $ 3,622.50 |
| 32 | Tax Accounting Support (Restructuring) | 13.2 | $ 7,565.00 |
| 33 | Fresh Start | 277.5 | $ 89,063.00 |
| 34 | 2015 Bankruptcy Cost Analysis | 103.5 | $ 49,828.00 |
| 35 | Fee Statement and Fee Application Preparation | 70.1 | $ 21,684.10 |
| 36 | Retention Services | 0.9 | $ 273.60 |
| 37 | Allegro Implementation Internal Audit | 9.5 | $ 2,707.50 |
| 38 | 2015 Repairs and Maintenance | 3.0 | $ 2,040.00 |
| 39 | 2016 IT Compliance Support | 147.5 | $ 28,092.50 |
| 40 | Tax Consulting Services | 153.4 | $ 114,849.50 |
| 41 | IA - User Access Management | 305.5 | $ 62,437.00 |
| 42 | Tax Due Diligence | 31.6 | $ 20,585.50 |
| **Total** | | **1,122.0** | **$ 402,748.20**[1] |

| Service Description | Service Provider | Amount |
|---|---|---|
| Airfare | N/A | $ 2,756.86 |
| Lodging | N/A | $ 1,864.15 |
| Travel Meals | N/A | $ 245.35 |
| Ground Transportation | N/A | $ 709.76 |
| Miscellaneous | N/A | $ - |
| **Total** | | **$ 5,576.12** |

---

[1] KPMG bills for services at discounted billing rates as specified in the Retention Application dated May 29, 2014. During the Fee Period, KPMG's standard rates for services rendered totaled $756,922.50. KPMG's services at the agreed upon discounted rates result in a voluntary discount of fees in the amount of $354,174.30 thus benefitting the Chapter 11 estate by same amount.