**EXHIBIT B**

**Professionals' Information**

The KPMG professionals who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position & Department | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|
| Hoffenberg, Mark | Partner – Washington Nat. Tax | 1.4 | $ 845 | $ 1,183.00 |
| Wheat, David | Partner - Tax | 101.2 | $ 845 | $ 85,514.00 |
| Atkinson, James | Principal - Tax | 1.0 | $ 720 | $ 720.00 |
| Carpenter, John | Partner - Tax | 2.5 | $ 720 | $ 1,800.00 |
| Nesta, Michael G | Partner - Advisory * | 4.0 | $ 610 | $ 2,440.00 |
| Corum, Ashby | Partner - Tax | 0.5 | $ 575 | $ 287.50 |
| Crockett, Clifford M | Partner - Tax | 3.5 | $ 575 | $ 2,012.50 |
| Lyons, Stacy L | Partner - Tax | 15.0 | $ 575 | $ 8,625.00 |
| Geracimos, John | Managing Director - Tax | 1.0 | $ 680 | $ 680.00 |
| Wiseman, Lori | Managing Director - Tax | 0.5 | $ 525 | $ 262.50 |
| Cargile, David | Managing Director - Advisory | 2.1 | $ 325 | $ 682.50 |
| Manuel, Cody | Senior Manager - Tax | 2.0 | $ 660 | $ 1,320.00 |
| Miller, Ryan | Senior Manager - Tax | 32.9 | $ 660 | $ 21,714.00 |
| Plantes, James | Senior Manager- Tax | 2.0 | $ 660 | $ 1,320.00 |
| Lancy, Bradley | Director - Advisory | 111.8 | $ 500 | $ 55,900.00 |
| Seeman, Nick | Director - Advisory | 9.0 | $ 290 | $ 2,610.00 |
| Guyre, Jason | Director - Advisory | 9.5 | $ 285 | $ 2,707.50 |
| Plangman, Monica | Associate Director - Bankruptcy | 4.6 | $ 325 | $ 1,495.00 |
| Laukhuff, Brittny | Manager - Tax | 82.8 | $ 560 | $ 46,368.00 |
| Campbell, Celeste | Manager - Bankruptcy | 60.6 | $ 298 | $ 18,058.80 |
| Myrick, Cristina | Manager - Advisory | 54.6 | $ 250 | $ 13,650.00 |
| Payne, Lani | Senior Associate - Tax | 34.1 | $ 420 | $ 14,322.00 |
| Sampson, Clay | Senior Associate - Tax | 2.7 | $ 420 | $ 1,134.00 |
| Wilson, Gordon | Senior Associate - Tax | 6.4 | $ 420 | $ 2,688.00 |
| Wyatt, Darrin | Senior Associate - Tax | 25.0 | $ 420 | $ 10,500.00 |
| Crain, Mariela | Senior Associate - Advisory | 101.0 | $ 190 | $ 19,190.00 |
| Hugghins, Hillary | Senior Associate - Advisory | 35.2 | $ 190 | $ 6,688.00 |
| Mullapudi, Sushma | Senior Associate - Advisory | 104.1 | $ 190 | $ 19,779.00 |
| Ravishanker, Venkatesh | Senior Associate - Advisory | 147.0 | $ 190 | $ 27,930.00 |
| Garza, Juanita | Associate - Bankruptcy | 2.3 | $ 193 | $ 443.90 |
| Kapsner, Paul | Associate - Advisory | 161.7 | $ 190 | $ 30,723.00 |
| **Total Hours and Fees** | | **1,122.0** | | **$ 402,748.20** |

\* Promoted effective 10/1/15