**EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

**ALL - Expense Summary**

| Service Description | Service Provider | Amount | |
|---|---|---|---|
| Airfare | N/A | $ | 2,756.86 |
| Lodging | N/A | $ | 1,864.15 |
| Travel Meals | N/A | $ | 245.35 |
| Ground Transportation | N/A | $ | 709.76 |
| Miscellaneous | N/A | $ | - |
| **Total** | | **$** | **5,576.12** |

**EFH - Expense Summary**

| Service Description | Service Provider | Amount | |
|---|---|---|---|
| Airfare | N/A | $ | 2,756.86 |
| Lodging | N/A | $ | 1,864.15 |
| Travel Meals | N/A | $ | 245.35 |
| Ground Transportation | N/A | $ | 709.76 |
| Miscellaneous | N/A | $ | - |
| **Total** | | **$** | **5,576.12** |