**EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

**KPMG LLP**
**EFH Expense Detail**
**May 1, 2016 through May 31, 2016**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 05103201 | Fresh Start | 20160502 | Lancy, Bradley | air | | | $ 651.90 | Roundtrip coach class airfare from Chicago, IL to Dallas, TX. Departure Date:5/2/16 Return Date:5/5/16. Business Purpose: To travel to client, Energy Future Holdings (EFH). |
| 05103201 | Allegro Implementation Internal Audit | 20160505 | Guyre, Jason | air | | | $ 441.96 | Round trip coach air fare from Houston Texas to Dallas Texas:  Date: 05/05/2016 To Date: 05/05/2016 |
| 05103201 | Fresh Start | 20160516 | Lancy, Bradley | air | | | $ 648.50 | Roundtrip coach class airfare from Chicago, IL to Dallas, TX. Departure Date:5/16/16 Return Date:5/19/16. Business Purpose: To travel to client, Energy Future Holdings (EFH). |
| 05103201 | Allegro Implementation Internal Audit | 20160518 | Guyre, Jason | air | | | $ 198.15 | Round trip coach air fare from Houston Texas to Dallas Texas:  Date: 05/18/2016 To Date: 05/18/2016 |
| 05103201 | Tax Consulting Services | 20160519 | Wheat, David | air | | | $ 167.85 | Return flight coach airfare from Austin, Texas to Dallas, Texas.  Departure Date May 19, 2016. Business Purpose:  Client meeting with the attorneys and  IRS. |
| 05103201 | Fresh Start | 20160523 | Lancy, Bradley | air | | | $ 648.50 | Roundtrip coach class airfare from Chicago, IL to Dallas, TX. Departure Date:5/23/16 Return Date:5/25/16. Business Purpose: To travel to client, Energy Future Holdings (EFH). |
| | | | | **Total Air** | | | **$ 2,756.86** | |

**KPMG LLP**
**EFH Expense Detail**
**May 1, 2016 through May 31, 2016**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 05103201 | Fresh Start | 20160505 | Lancy, Bradley | lodging | | | $ 615.48 | Hotel fees incurred in Dallas, TX for 3 nights (5/2-5/5) while performing work for Energy Future Holdings. |
| 05103201 | Fresh Start | 20160516 | Lancy, Bradley | lodging | | | $ 615.48 | Hotel fees incurred in Dallas, TX for 3 nights (5/16-5/19) while performing work for Energy Future Holdings. |
| 05103201 | Tax Consulting Services | 20160519 | Wheat, David | lodging | | | $ 298.95 | Hotel fees in Austin, Texas at Residence Inn Downtown Austin. One (1) night May (5/18/16 - 5/19/16) while meeting with client, attorneys and the IRS. |
| 05103201 | Fresh Start | 20160523 | Lancy, Bradley | lodging | | | $ 334.24 | Hotel fees incurred in Dallas, TX for 2 nights (5/23-5/25) while performing work for Energy Future Holdings. |
| **Total Lodging** | | | | | | | **$ 1,864.15** | |

**KPMG LLP**
**EFH Expense Detail**
**May 1, 2016 through May 31, 2016**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 05103201 | Fresh Start | 20160502 | Lancy, Bradley | travel meals | | | $ 12.05 | Out of town dinner for self, Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 05103201 | Fresh Start | 20160503 | Lancy, Bradley | travel meals | | | $ 7.50 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 05103201 | Fresh Start | 20160503 | Lancy, Bradley | travel meals | | | $ 40.00 | Out of town dinner for self, Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 05103201 | Fresh Start | 20160504 | Lancy, Bradley | travel meals | | | $ 13.86 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 05103201 | Fresh Start | 20160504 | Lancy, Bradley | travel meals | | | $ 8.88 | Out of town dinner for self, Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 05103201 | Fresh Start | 20160516 | Lancy, Bradley | travel meals | | | $ 7.50 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 05103201 | Fresh Start | 20160516 | Lancy, Bradley | travel meals | | | $ 10.23 | Out of town dinner for self, Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 05103201 | Fresh Start | 20160517 | Lancy, Bradley | travel meals | | | $ 8.32 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 05103201 | Fresh Start | 20160518 | Lancy, Bradley | travel meals | | | $ 7.50 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 05103201 | Fresh Start | 20160518 | Lancy, Bradley | travel meals | | | $ 35.32 | Out of town dinner for self, Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 05103201 | Fresh Start | 20160519 | Lancy, Bradley | travel meals | | | $ 7.50 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 05103201 | Fresh Start | 20160519 | Lancy, Bradley | travel meals | | | $ 7.78 | Out of town dinner for self, Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 05103201 | Tax Consulting Services | 20160519 | Wheat, David | travel meals | | | $ 13.51 | Out of town lunch at Austin Airport before flight back to Dallas, Texas, while conducting client related business |
| 05103201 | Fresh Start | 20160523 | Lancy, Bradley | travel meals | | | $ 7.50 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 05103201 | Fresh Start | 20160523 | Lancy, Bradley | travel meals | | | $ 10.28 | Out of town dinner for self, Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 05103201 | Fresh Start | 20160524 | Lancy, Bradley | travel meals | | | $ 6.70 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 05103201 | Fresh Start | 20160524 | Lancy, Bradley | travel meals | | | $ 25.64 | Out of town dinner for self, Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 05103201 | Fresh Start | 20160525 | Lancy, Bradley | travel meals | | | $ 7.50 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 05103201 | Fresh Start | 20160525 | Lancy, Bradley | travel meals | | | $ 7.78 | Out of town dinner for self, Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| | | | **Total Travel Meals** | | | | **$ 245.35** | |

**KPMG LLP**
**EFH Expense Detail**
**May 1, 2016 through May 31, 2016**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 05103201 | Fresh Start | 20160502 | Lancy, Bradley | ground | | | $ 39.03 | Taxi ground transportation from home to airport in Chicago, IL related to Energy Future Holdings work travel. |
| 05103201 | Fresh Start | 20160502 | Lancy, Bradley | ground | | | $ 31.50 | Taxi ground transportation from airport to hotel in Dallas, TX related to Energy Future Holdings work travel. |
| 05103201 | Fresh Start | 20160505 | Lancy, Bradley | ground | | | $ 31.50 | Taxi ground transportation from client offices to airport in Dallas, TX related to Energy Future Holdings work travel. |
| 05103201 | Fresh Start | 20160505 | Lancy, Bradley | ground | | | $ 50.30 | Taxi ground transportation from airport to home in Chicago, IL related to Energy Future Holdings work travel. |
| 05103201 | Fresh Start | 20160516 | Lancy, Bradley | ground | | | $ 38.13 | Taxi ground transportation from home to airport in Chicago, IL related to Energy Future Holdings work travel. |
| 05103201 | Fresh Start | 20160516 | Lancy, Bradley | ground | | | $ 31.50 | Taxi ground transportation from airport to hotel in Dallas, TX related to Energy Future Holdings work travel. |
| 05103201 | Allegro Implementation Internal Audit | 20160518 | Guyre, Jason | ground | | | $ 45.72 | Uber from home in Houston, TX to Houston Hobby Airport |
| 05103201 | Allegro Implementation Internal Audit | 20160518 | Guyre, Jason | ground | | | $ 11.98 | Uber from Dallas Love Airport to EFH Office |
| 05103201 | Allegro Implementation Internal Audit | 20160518 | Guyre, Jason | ground | | | $ 10.64 | Uber from EFH Office to Dallas Love Airport |
| 05103201 | Tax Consulting Services | 20160518 | Wheat, David | ground | | | $ 6.70 | Cab from meeting with IRS, client, and attorneys to discuss client related business to hotel |
| 05103201 | Tax Consulting Services | 20160518 | Wheat, David | ground | | | $ 75.00 | Car Service on 5/18/16 from Austin Airport to meeting downtown Austin with client, attorneys and the IRS |
| 05103201 | Tax Consulting Services | 20160519 | Wheat, David | ground | | | $ 75.00 | Ground Transportation from Dallas Love Field to home |
| 05103201 | Allegro Implementation Internal Audit | 20160519 | Guyre, Jason | ground | | | $ 19.38 | Uber from Houston Hobby Airport back to home in Houston, TX |
| 05103201 | Tax Consulting Services | 20160519 | Wheat, David | ground | | | $ 32.32 | Cab on 5/19/16 from hotel to Austin Airport after meetings with client, attorneys and IRS regarding ongoing client work |
| 05103201 | Fresh Start | 20160519 | Lancy, Bradley | ground | | | $ 31.50 | Taxi ground transportation from client offices to airport in Dallas, TX related to Energy Future Holdings work travel. |
| 05103201 | Fresh Start | 20160519 | Lancy, Bradley | ground | | | $ 45.20 | Taxi ground transportation from airport to home in Chicago, IL related to Energy Future Holdings work travel. |
| 05103201 | Fresh Start | 20160523 | Lancy, Bradley | ground | | | $ 27.06 | Taxi ground transportation from home to airport in Chicago, IL related to Energy Future Holdings work travel. |
| 05103201 | Fresh Start | 20160523 | Lancy, Bradley | ground | | | $ 31.50 | Taxi ground transportation from airport to hotel in Dallas, TX related to Energy Future Holdings work travel. |
| 05103201 | Fresh Start | 20160525 | Lancy, Bradley | ground | | | $ 31.50 | Taxi ground transportation from client offices to airport in Dallas, TX related to Energy Future Holdings work travel. |
| 05103201 | Fresh Start | 20160525 | Lancy, Bradley | ground | | | $ 44.30 | Taxi ground transportation from airport to home in Chicago, IL related to Energy Future Holdings work travel. |
| | | | **Total Ground** | | | | **$ 709.76** | |

**KPMG LLP**
**EFH Expense Detail**
**May 1, 2016 through May 31, 2016**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |
| **Total Miscellaneous** |  |  |  |  |  |  | **$    -** |  |