## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket Nos. 9390 and 9392** |

**AMENDED JOINDER OF SHIRLEY FENICLE, AS
SUCCESSOR-IN-INTEREST TO THE ESTATE OF GEORGE
FENICLE, DAVID WILLIAM FAHY, AND JOHN H. JONES TO THE
POST-TRIAL BRIEF OF EFH INDENTURE TRUSTEE IN SUPPORT OF
OBJECTION TO CONFIRMATION OF THIRD AMENDED JOINT PLAN OF
REORGANIZATION OF ENERGY FUTURE HOLDINGS CORP., ET AL.,
PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE**

Shirley Fenicle, individually and as successor-in-interest to the Estate of George Fenicle, David William Fahy, and John H. Jones (the "**Asbestos Objectors**"), by their undersigned counsel, hereby join (the "Joinder") in the *Post-Trial Brief of EFH Indenture Trustee in Support of Objection to Confirmation of Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* (the "Indenture Trustee Brief") [Docket No. 9390].

The Asbestos Objectors incorporate herein the objections and arguments set forth in the Indenture Trustee Brief, which similarly apply to the Asbestos Objectors, and reserve the right to supplement this Joinder and to make such other and further objections as may be necessary and appropriate.

---

[1]     The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

For the reasons set forth in the Indenture Trustee Brief, The Asbestos Objectors respectfully request that this Court enter an order: (a) granting the relief sought in the Indenture Trustee Brief; (b) denying approval of the Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., and (c) granting such other and further relief as is just and proper.

Dated: August 25, 2016
      Wilmington, Delaware

By: /s/ Daniel K. Hogan

Daniel K. Hogan (DE Bar # 2814)
**HOGAN♦McDANIEL**
1311 Delaware Avenue
Wilmington, Delaware 19806
Telephone: (302) 656-7540
Facsimile: (302) 656-7599
dkhogan@dkhogan.com

*Counsel for Shirley Fenicle, individually and as successor-in-interest to the Estate of George Fenicle, David William Fahy, and John H. Jones*

-and-

Steven Kazan (CA Bar # 46855)
Kazan McClain Satterley & Greenwood
A Professional Law Corporation
Jack London Market
55 Harrison Street, Suite 400
Oakland, CA 94607
Telephone: (510) 302-1000
Facsimile: (510) 835-4913

*Counsel for Shirley Fenicle, as successor-in-interest to the Estate of George Fenicle*

-and-

Ethan Early (CT Juris # 417930)
Early Lucarelli Sweeney & Meisenkothen
265 Church Street, 11th Floor
New Haven, CT 06508-1866
Telephone: (203) 777-7799
Facsimile: (203) 785-1671

*Counsel for David William Fahy*

-and-

Beth Gori
Gori Julian & Associates, P.C.
156 North Main Street
Edwardsville, IL 62025
Telephone: (618) 659-9833
Facsimile: (618) 659-9834

*Counsel for John H. Jones*