# **EXHIBIT A**

# THE WALL STREET JOURNAL.

http://www.wsj.com/articles/hunt-consolidated-in-bid-to-revive-deal-for-energy-futures-oncor-1471474949

BANKRUPTCY

# Hunt Consolidated in Bid to Revive Deal for Energy Future's Oncor

Energy Future has agreed to sell Oncor to NextEra



Hunt Consolidated is trying to put its Oncor deal back together on terms that would ease regulatory approval if the NextEra deal doesn't prevail. *PHOTO: KAEL ALFORD FOR THE WALL STREET JOURNAL*

By PEG BRICKLEY

August 17, 2016

Hunt Consolidated Inc. is back in the chase after Oncor, Energy Future Holding Corp.'s regulated electricity transmissions business, which is slated to be sold to Florida's NextEra Energy Inc.

Last month, NextEra emerged as the winner of a competition for Oncor that was touched off when Texas regulators scuttled a takeover proposal led by Hunt.

Now, Hunt is trying to put its Oncor deal back together on terms that would ease regulatory approval if the NextEra deal doesn't prevail, according to a letter from a key Texas regulatory executive describing that potential deal, which The Wall Street Journal reviewed. Dead in May, the Hunt deal could be revived if investors back a new effort, one that would be based on an agreement to share tax advantages with ratepayers.

"It is clear that a lot of people want a Texas alternative," said Jeanne Phillips, Hunt spokeswoman, who confirmed the company's continued interest in Oncor.

NextEra declined to comment Wednesday afternoon.

Energy Future, of Dallas, also declined to comment on the renewed overture from Hunt. The company is selling Oncor to bail itself out of a bankruptcy that has lasted two years. Confirmation hearings began Wednesday on a chapter 11 plan that will take Energy Future's Luminant and TXU Energy businesses out of chapter 11 as a separate company. The sale of Oncor will be the centerpiece of a second chapter 11 plan that will take Energy Future out of bankruptcy.

The NextEra sale agreement allows Energy Future to consider alternative offers but adds a $275 million breakup fee in the event of a rival deal. NextEra is offering $9.5 billion in cash and stock in a deal, as well as the comfort of a big balance sheet to absorb debt that could pose a threat to an essential element of the Texas power grid.

Hunt hasn't spelled out all the financial details of its potential new deal, which needs to pick up investor backing to get off the ground. But it has been talking to regulators about what it would take to get a new deal over the hurdles, according to a letter signed by Brian Lloyd, executive director of the Public Utility Commission of Texas.

One of the largest electricity distribution systems in the country, Oncor carries power to some 10 million Texans. It avoided being drawn into Energy Future's bankruptcy thanks largely to oversight by the Public Utility Commission of Texas, or PUC, a body that will ultimately decide who gets Oncor.

NextEra and Hunt have been dueling over Oncor for years, in bankruptcy court and before regulators. Last year, Hunt was Energy Future's choice of a buyer in a deal that had financial backing from many creditors.

Creditors and other investors walked away from the Hunt deal after the state PUC imposed restrictions that changed the economics of the planned takeover.

Documents reviewed by The Wall Street Journal indicate Hunt, the family business of Ray L. Hunt, has an understanding with a key critic of the earlier deal, a group of cities where Oncor supplies power. If Hunt can put its Oncor deal back together, ratepayers will share tax savings, according to a document memorializing the understanding.

Trouble erupted over the original Hunt deal at the PUC because, as a real-estate investment trust, Oncor would pay no taxes but its rates would include an allowance for income taxes. That allowance would translate into an estimated $200 million annually in cash flow that would go straight into the pockets of investors, due to the REIT structure.

Hunt's new deal would involve a modified REIT structure and an estimated $24 million annually in shared savings for customers.

"This opportunity was lost when the first deal fell apart," Pat Wood, a former chairman of the Texas PUC and an adviser to Hunt in its pursuit of Oncor, said Wednesday.

Write to Peg Brickley at peg.brickley@wsj.com