# **EXHIBIT C**

# NextEra Said to Bid on Oncor as Berkshire, Edison Eye Utility

Ⓑ Bloomberg News Enterprise
Published: Jun 27 2016 17:01:28

News Story

- At least seven parties have shown interest in Texas company
- Negotiations follow failed takeover by Hunt-led group

By    Harry R. Weber and    Matthew Monks

(Bloomberg) --
NextEra Energy Inc. has offered to buy Energy Future Holdings Corp.'s Oncor Electric Delivery Co. and is closest to reaching a deal among at least seven companies that have expressed interest in the Texas power utility, people familiar with the talks said.

NextEra has submitted its bid to Energy Future Holdings, which is working to emerge from bankruptcy after two years, according to people familiar with the talks, asking not to be identified because the information isn't public. Berkshire Hathaway Inc. and   Edison International are among the others that have expressed interest in buying Oncor. The company may be valued at $17 billion to $18 billion, one of the people said.

Energy Future is holding negotiations after a plan to sell the power utility to a group led by   Hunt Consolidated Inc. unraveled. Oncor's takeover is seen as key to Energy Future's emergence from bankruptcy after restructuring almost $50 billion in debt.

NextEra has proposed to buy Oncor with a combination of cash and debt, the people familiar with the negotiations said. The amount offered is more than what Hunt's group offered, one of the people said, without providing further details. Energy Future may reach a deal by early July, the people familiar with the talks said.

Investors would have had to raise more than $12 billion and cancel billions in debt under the Hunt offer, court filings show. Unlike the group led by Hunt, NextEra doesn't plan to form a real-estate investment trust to save on taxes, the people said.

## Hunt Application

Spokesmen for Oncor, NextEra and Dallas-based   Energy Future declined to comment. Warren Buffett, chairman and largest shareholder of Berkshire Hathaway, and a spokesman for Rosemead, California-based Edison International didn't immediately respond to requests for comment.

The Hunt group withdrew its application to buy Oncor last month, saying some of the buyers wouldn't sign off



© 2016 The Bureau of National Affairs, Inc. All Rights Reserved. Terms of Service

on terms set by the Public Utility Commission of Texas, including one that could have required the buyers to share potential tax savings with the utility's ratepayers. Hunt  sued the commission last week, seeking reversal of its March 24 approval setting conditions on the deal. Hunt said at the time it wants to preserve its legal rights.

Hunt has said it remains interested in Oncor and may submit a new bid if it can muster the necessary support. "Our goal is to ensure that the largest utility in Texas continues to be owned and operated by Texans for Texans," company spokeswoman Jeanne Phillips said in an e-mailed statement Monday.

A new deal would have to be submitted to a Delaware bankruptcy court and to Texas regulators, among others, for approval.

--With assistance from     Noah Buhayar ,     Jim Polson and     Steven Church .

To contact the reporters on this story:
Harry R. Weber in Houston at  hweber14@bloomberg.net;
Matthew Monks in New York at  mmonks1@bloomberg.net
To contact the editors responsible for this story:
Lynn Doan at  ldoan6@bloomberg.net
Jim Efstathiou Jr.,     Stephen Cunningham

Bloomberg Law®