## EXHIBIT A

### Statement of Fees and Expenses By Subject Matter
### COMPENSATION BY SUBJECT MATTER[1]
### JUNE 1, 2016 THROUGH JUNE 30, 2016

| Matter Number | Matter Description | Total Billed | Total Fees |
|---|---|---|---|
| 11000-50 | EFH Restructuring | 54.80 | $62,500.00 |
| 11000-50.1 | EFH Restructuring – Case Administration | -- | |
| 11000-50.2 | EFH Restructuring – Budgeting | -- | |
| 11000-50.3 | EFH Restructuring – Fee Application | 1.00 | |
| 11000-56 | EFH – Project Titan | -- | |
| 11001 | Luminant | 456.10 | $75,000.00 |
| 11001-85 | Luminant – Forney Annexation | 138.60 | $62,143.00 |
| 11001-87 | Luminant – Water Rights Amendment | 16.90 | $5,070.00 |
| 11002 | TXU | 84.60 | $12,500.00 |
| 12050 | 4Change | -- | $2,083.33 |
| | | | |
| **Totals:** | | **752.00** | **$219,296.33** |

### EXPENSE SUMMARY
### JUNE 1, 2016 THROUGH JUNE 30, 2016

| Expense Category | Amount |
|---|---|
| Delivery Service/Messenger | $277.49 |
| Copies | $984.23 |
| Taxi | $30.00 |
| Parking | $96.06 |
| Airfare | -- |
| Rental Car | $83.92 |
| Fuel | $28.62 |
| Mileage | $437.62 |
| Postage | $20.08 |
| Filing Fees | -- |
| Meals | $236.95 |
| Hotel | $2,213.94 |
| Electronic Research | $10.59 |
| Court Reporter/Hearing Transcripts | $1,267.68 |
| Hearing/Trial Exhibits | -- |
| **Total Expenses:** | **$5,687.18** |

---

[1] The work performed and expenses incurred by Enoch Kever during the compensation period were entirely on behalf of Energy Future Holdings, LLC and its debtor subsidiaries.