# EXHIBIT B

## Attorneys and Paraprofessionals' Information
### (Consolidated Engagement)

The Enoch Kever attorneys who rendered professional services in the consolidated engagement during the Fee Period are:

| Professional Person | Position With the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Andrew Kever | Member | 1975 | Regulatory | $550.00 | 51.00 | |
| Bill A. Moore | Member | 1995 | Regulatory | $475.00 | 125.90 | |
| Emily R. Jolly | Associate | 2007 | Regulatory | $295.00 | 62.50 | |
| Kirk D. Rasmussen | Member | 1999 | Regulatory | $450.00 | 86.50 | |
| Mandy J. Kimbrough | Member | 2005 | Regulatory | $325.00 | 96.60 | |
| Lisa D. Kinzer | Associate | 2013 | Regulatory | $250.00 | -- | |
| John J. Vay | Member | 1984 | Environmental | $435.00 | 1.50 | |
| Rod C. Johnson | Member | 1992 | Environmental | $490.00 | 50.20 | |
| Shana L. Horton | Associate | 2003 | Regulatory | $300.00 | 1.70 | |
| Brett A. Nuttall | Associate | 2015 | Regulatory | $225.00 | 88.20 | |
| Shelby O'Brien | Associate | 2002 | Appellate/Litigation | $325.00 | -- | |
| | | | | | | |
| | | | | | | |
| | | | | | **564.10** | **$152,083.33*** |

*Consolidated Engagement Fixed Fee

The paraprofessionals of Enoch Kever who rendered professionals services in the consolidated engagement during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Cyd McCool | Legal Assistant | 1 | Appellate/Litigation | $75.00 | -- | |
| Lynn Needles | Legal Assistant | 1 | Regulatory | $75.00 | 5.60 | |
| Laci Lofton | Legal Assistant | 1 | Appellate/Litigation | $95.00 | 26.80 | |
| | | | | | **32.4** | |

**Total Fees Requested Consolidated Engagement       596.50       $152,083.33**

## EXHIBIT B

### Attorneys and Paraprofessionals' Information
### (Forney Annexation)

The Enoch Kever attorneys who rendered professional services in the consolidated engagement during the Fee Period are:

| Professional Person | Position With the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Bill A. Moore | Member | 1995 | Regulatory | $475.00 | 4.90 | $2,327.50 |
| Gary Zausmer | Member | 1979 | Litigation | $550.00 | 60.40 | $33,220.00 |
| John J. Vay | Member | 1984 | Environmental | $490.00 | 16.80 | $8,232.00 |
| Melissa Lorber | Member | 2001 | Appellate | $395.00 | 12.80 | $5,056.00 |
| Lisa D. Kinzer | Associate | 2013 | Regulatory | $250.00 | 4.00 | $1,000.00 |
| Shana L. Horton | Associate | 2003 | Regulatory | $300.00 | 19.20 | $5,760.00 |
| Shelby O'Brien | Associate | 2002 | Appellate/Litigation | $325.00 | 20.00 | $6,500.00 |
| | | | | | **138.10** | **$62,095.50** |

*Consolidated Engagement Fixed Fee

The paraprofessionals of Enoch Kever who rendered professionals services in the consolidated engagement during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Cyd McCool | Legal Assistant | 1 | Appellate/Litigation | $75.00 | -- | |
| Lynn Needles | Legal Assistant | 1 | Regulatory | $75.00 | -- | |
| Laci Lofton | Legal Assistant | 1 | Appellate/Litigation | $95.00 | 0.50 | $47.50 |

**Total Fees Requested Forney Annexation**   **138.60**   **$62,143.00**

## EXHIBIT B

### Attorneys and Paraprofessionals' Information
### (Water Rights Amendment)

The Enoch Kever attorneys who rendered professional services in the consolidated engagement during the Fee Period are:

| Professional Person | Position With the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Shana L. Horton | Associate | 2003 | Regulatory | $300.00 | 16.90 | $5,070.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | 16.90 | $5,070.00 |

The paraprofessionals of Enoch Kever who rendered professionals services in the consolidated engagement during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | |
|---|---|---|
| **Total Fees Requested Water Rights Amendment** | **16.90** | **$ 5,070.00** |
| | | |
| **Total Fee Requested Consolidated Engagement** | **596.50** | **$152,083.33** |
| **Total Fees Requested Forney Annexation** | **138.60** | **$ 62,143.00** |
| **Total Fees Requested Water Rights Amendment** | **16.90** | **$ 5,070.00** |
| **Total Fees Requested** | **752.00** | **$219,296.33** |