## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

**EXPENSE SUMMARY**
**JUNE 1, 2016 THROUGH JUNE 30, 2016**

| Expense Category | Amount |
|---|---|
| Delivery Service/Messenger | $277.49 |
| Copies | $984.23 |
| Taxi | $30.00 |
| Parking | $96.06 |
| Airfare | -- |
| Rental Car | $83.92 |
| Fuel | $28.62 |
| Mileage | $437.62 |
| Postage | $20.08 |
| Filing Fees | -- |
| Meals | $236.95 |
| Hotel | $2,213.94 |
| Electronic Research | $10.59 |
| Court Reporter/Hearing Transcripts | $1,267.68 |
| Hearing/Trial Exhibits | -- |
| **Total Expenses:** | **$5,687.18** |