## EXHIBIT D

### Detailed Description of Expenses and Disbursements

**DETAILED EXPENSE SUMMARY**
**JUNE 1, 2016 THROUGH JUNE 30, 2016**

| Invoice Number | Matter | Date | Timekeeper Who Incurred | Expense Category | Unit Cost | # Of Unit | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 4967 | 1100050 | 6/24/16 | Rasmussen, Kirk | Delivery/ Messenger | 16.00 | 1 | $16.00 | Hand-deliver Joint Request to Amend Proposed Order in Dkt 45753 to PUC for filing and return of file-stamped copy (Corporate Couriers; Invoice #42583) |
| 4967 | 1100050 | 6/24/16 | Rasmussen, Kirk | Delivery/ Messenger | 20.00 | 1 | $20.00 | Hand-deliver letter to ALJ re: issuing a proposed order in Dkt 45753 to PUC for filing and return of file-stamped copy (Corporate Couriers; Invoice #42583) |
| 4967 | 1100050 | 6/30/16 | Various | Copies | 0.13 | 1191 | $134.81 | Copies for the month of June 2016 |
| 4967 | 1100050 | 6/30/16 | Various | Postage | 3.98 | 1 | $3.98 | Postage for the month of June 2016 |
| 4931 | 1100116 | 6/1/16 | Kimbrough, Mandy | Delivery/ Messenger | 20.00 | 1 | $20.00 | Hand-deliver letter and correction to Emergency Operations to PUC for filing and return of file-stamped copy (Corporate Couriers; Invoice #42382) |
| 4931 | 1100157 | 6/17/16 | Johnson, Rod | Delivery/ Messenger | 65.09 | 1 | $65.09 | Hand-deliver check to TCEQ to obtain documents and return to Enoch Kever (Pro Courier) |
| 4931 | 1100157 | 6/28/16 | Johnson, Rod | Delivery/ Messenger | 28.00 | 1 | $28.00 | Hand-delivery to the AG's Office and return to Enoch Kever (Corporate Couriers; Invoice #42583) |
| 4931 | 1100157 | 6/17/16 | Johnson, Rod | Copies | 103.60 | 1 | $103.60 | Tx Commission on Environmental Equality copies of documents (736 pages @ $.10/page) plus staff time for PIR No. 27734 |
| 4931 | 1100157 | 6/20/16 | Johnson, Rod | Copies | 491.80 | 1 | $491.80 | Rainmaker Document Technologies – copies of documents, bates-labelling and 3 CDs. (Invoice #37630) |
| 4931 | 1100157 | 6/30/16 | Various | Copies | 0.13 | 736 | $95.68 | Copies for the month of June 2016 |
| 4931 | 1100157 | 6/30/16 | Various | Postage | 12.45 | 1 | $12.45 | Postage for the month of June 2016 |

| 4931 | 1100182 | 6/27/16 | Kimbrough, Mandy | Delivery/ Messenger | 18.00 | 1 | $18.00 | Hand-deliver P-50 filing to the Railroad Commission and return of file-stamped copy. (Corporate Couriers; Invoice #42583) |
|---|---|---|---|---|---|---|---|---|
| 4931 | 1100183 | 6/8/16 | Rasmussen, Kirk | Delivery/ Messenger | 20.00 | 1 | $20.00 | Hand-deliver Amended Request for Declaratory Order in Dkt 45868 to PUC for filing and return of file-stamped copy (Corporate Couriers; Invoice #42382) |
| 4931 | 1100183 | 6/15/16 | Rasmussen, Kirk | Delivery/ Messenger | 20.00 | 1 | $20.00 | Hand-deliver Motion to Dismiss in Dkt 45992 to PUC for filing and return of file-stamped copy (Corporate Couriers; Invoice #42382) |
| 4931 | 1100183 | 6/27/16 | Rasmussen, Kirk | Parking | 15.00 | 1 | $15.00 | Reimbursement to K. Rasmussen for parking on 4/6/16 to attend client meeting in Dallas |
| 4931 | 1100183 | 6/27/16 | Rasmussen, Kirk | Mileage | 211.90 | 1 | $211.90 | Reimbursement to K. Rasmussen for mileage expense (392.4 miles) on 4/6/16 to travel to Dallas for client meeting |
| 4931 | 1100183 | 6/30/16 | Various | Copies | 0.13 | 441 | $57.33 | Copies for the month of June 2016 |
| 4931 | 1100183 | 6/30/16 | Various | Postage | 1.35 | 1 | $1.35 | Postage for the month of June 2016 |
| 4931 | 1100184 | 6/1/16 | Nuttall, Brett | Parking | 30.00 | 1 | $30.00 | Reimbursement to B. Nuttall for parking at hearing on the merits on 6/1/16 |
| 4931 | 1100184 | 6/1/16 | Nuttall, Brett | Meals | 6.00 | 1 | $6.00 | Reimbursement to B. Nuttall for meals during hearing on the merits on 6/1/16 |
| 4931 | 1100184 | 6/7/16 | Rasmussen, Kirk | Court Reporter | 245.46 | 1 | $245.46 | Transcript from PUC hearing on the merits in Dkt 45624, Vol. 1 (Kennedy Reporting) |
| 4931 | 1100184 | 6/7/16 | Rasmussen, Kirk | Court Reporter | 956.10 | 1 | $956.10 | Transcript from PUC hearing on the merits in Dkt 45624, Vol. 2 (Kennedy Reporting) |
| 4931 | 1100184 | 6/7/16 | Rasmussen, Kirk | Court Reporter | 66.12 | 1 | $66.12 | Transcript from PUC hearing on the merits in Dkt 45624, Vol. 3 (Kennedy Reporting) |
| 4931 | 1100184 | 6/6/16 | Jolly, Emily | Delivery/ Messenger | 21.00 | 1 | $21.00 | Hand-deliver original exhibits in Dkt 45624 to Kennedy Reporting (Corporate Couriers; Invoice #42382) |

| 4931 | 1100184 | 6/10/16 | Jolly, Emily | Delivery/ Messenger | 29.40 | 1 | $29.40 | Hand-deliver Initial Brief in Dkt 45624 to PUC for filing and return of file-stamped copy (Corporate Couriers; Invoice #42382) |
|---|---|---|---|---|---|---|---|---|
| 4931 | 1100184 | 6/15/16 | Jolly, Emily | Meals | 163.64 | 1 | $163.64 | Reimbursement to E. Jolly for post-hearing dinner on 6/1/16 |
| 4931 | 1100184 | 6/17/16 | Jolly, Emily | Delivery/ Messenger | 20.00 | 1 | $20.00 | Hand-deliver Reply Brief in Dkt 45624 to PUC for filing and return of file-stamped copy (Corporate Couriers; Invoice #42583) |
| 4931 | 1100184 | 6/30/16 | Various | Copies | 0.13 | 442 | $57.46 | Copies for the month of June 2016 |
| 4931 | 1100184 | 6/30/16 | Various | Postage | 2.30 | 1 | $2.30 | Postage for the month of June 2016 |
| 4952 | 1100185 | 6/10/16 | Zausmer, Gary | Hotels | 743.22 | 1 | $743.22 | Reimbursement to G. Zausmer for hotel rooms for J. Vay & G. Zausmer while attending City Council meeting in Forney on 6/9-10/16 |
| 4952 | 1100185 | 6/10/16 | Zausmer, Gary | Meals | 52.30 | 1 | $52.30 | Reimbursement to G. Zausmer for travel meals while attending City Council meeting in Forney on 6/9-10/16 |
| 4952 | 1100185 | 6/10/16 | Zausmer, Gary | Parking | 27.06 | 1 | $27.06 | Reimbursement to G. Zausmer for parking expense while attending City Council meeting in Forney on 6/9-6/10/16 |
| 4952 | 1100185 | 6/10/16 | Zausmer, Gary | Mileage | 225.72 | 1 | $225.72 | Reimbursement to G. Zausmer for mileage expense (418 miles) for travel to Forney to attend City Council meeting on 6/9-10/16 |
| 4952 | 1100185 | 6/10/16 | Vay, John J. | Meals | 15.01 | 1 | $15.01 | Reimbursement to J. Vay for business lunch in Dallas re: Forney annexation on 6/9/16. |
| 4952 | 1100185 | 6/30/16 | Kinzer, Lisa | Electronic Research | 10.59 | 1 | $10.59 | Westlaw electronic research for June 2016 |
| 4931 | 1100186 | 6/11/16 | Moore, Bill | Hotel | 735.36 | 1 | $735.36 | Reimbursement to B. Moore for hotel stay in Dallas to attend client meetings on 6/9–11/16 |

| 4931 | 1100186 | 6/11/16 | Moore, Bill | Taxi | 30.00 | 1 | $30.00 | Reimbursement to B. Moore for car fare in Dallas on 6/9–11/16 for client meetings |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 4927 | 1100187 | 6/8/16 | Horton, Shana | Rental Car | 83.92 | 1 | $83.92 | Reimbursement to S. Horton for rental car to travel to Dallas to attend client meeting on 6/7/16 |
| 4927 | 1100187 | 6/8/16 | Horton, Shana | Fuel | 28.62 | 1 | $28.62 | Reimbursement to S. Horton for gas to travel to Dallas to attend client meeting on 6/7/16 |
| 4927 | 1100187 | 6/8/16 | Horton, Shana | Parking | 24.00 | 1 | $24.00 | Reimbursement to S. Horton for parking in Dallas to attend client meeting on 6/7/16 |
| 4931 | 1100189 | 6/30/16 | Moore, Bill | Hotel | 735.36 | 1 | $735.36 | Reimbursement to B. Moore for hotel stay in Dallas to attend client meetings on 6/28 – 30/16. |
| 4932 | 1100271 | 6/30/16 | Kimbrough, Mandy | Copies | 43.55 | 1 | $43.55 | Copies of court documents from Albany County Clerk |