# EXHIBIT A

## Statement of Fees By Subject Matter

| Matter Number | Matter Description | Total Billed Hours [1] | Total Fees Requested |
|---|---|---:|---:|
| 1 | Long-Range Forecast | 259.00 | $135,240.00 |
| 2 | Metric Analysis | 8.50 | $6,285.00 |
| 3 | Generation Analysis | 311.50 | $154,280.00 |
| 4 | Retail Analysis | 7.50 | $3,427.50 |
| 5 | Commodity Analysis | 110.30 | $49,005.00 |
| 6 | Competitor Analysis | 35.00 | $21,525.00 |
| 7 | EBITDA Projection | 74.80 | $43,788.00 |
| 8 | Environmental Analysis | 23.50 | $11,792.50 |
| 9 | Short-Range Forecast | 0.60 | $276.00 |
| 10 | Capital Projects | 1.00 | $455.00 |
| 11 | Wholesale Operations | 41.00 | $26,515.00 |
| 12 | Retail Operations | 2.50 | $1,362.50 |
| 13 | T&D Operations | 173.50 | $87,565.00 |
| 14 | Data Collection and Diligence | 146.90 | $64,024.50 |
| 15 | Reports | 139.30 | $75,371.00 |
| 16 | Hearings | 0.00 | $0.00 |
| 17 | On-Site Diligence | 79.80 | $49,595.50 |
| 18 | Project Management | 4.00 | $2,895.00 |
| 19 | Project Administration | 0.00 | $0.00 |
| 20 | T&D Forecast | 254.30 | $157,650.00 |
| 21 | Fee Objection Discussion and Litigation | 0.00 | $0.00 |
| 22 | Fee Application | 9.20 | $3,496.00 |
| | *Continued on next page* | | |

---

[1.] Non-working travel time has been billed at 50% of actual time incurred.

# **EXHIBIT A (cont'd)**

## Statement of Fees By Subject Matter

| Matter Number | Matter Description | Total Billed Hours [1] | Total Fees Requested |
|---|---|---|---|
| 23 | Business Services Analysis | 0.00 | $0.00 |
| 24 | Retail Margins | 21.00 | $10,935.00 |
| 25 | T&D Market Research | 23.00 | $9,620.00 |
| 26 | Wholesale Market Research | 4.50 | $2,455.00 |
| 27 | Retail Market Research | 0.00 | $0.00 |
| 28 | Performance Analysis | 3.00 | $1,365.00 |
| 29 | Sales, General & Administrative Analysis | 1.00 | $720.00 |
| 30 | Portfolio Analysis | 23.10 | $13,867.50 |
| 31 | Oncor Revenue Analysis | 6.50 | $3,852.50 |
| 32 | Oncor Capital Structure | 3.00 | $1,370.00 |
| 33 | Regulatory Analysis | 2.50 | $1,875.00 |
| 34 | Claims & Settlement Issues | 1.00 | $720.00 |
| 35 | Property Tax Analysis | 20.00 | $10,292.50 |
| 36 | Analysis of Competitive Portfolios | 315.20 | $195,175.00 |
| | **Totals:** | **2,106.00** | **$1,146,796.00** |

---

[1] Non-working travel time has been billed at 50% of actual time incurred.