# EXHIBIT B

## Consultants' Information

The FEP consultants who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Todd W. Filsinger | Senior Managing Director | $750 | 108.8 | $81,600.00 |
| Jean Agras | Managing Director | $720 | 199.5 | $143,640.00 |
| Gary Germeroth | Managing Director | $720 | 201.5 | $145,080.00 |
| Dave Andrus | Director | $645 | 238 | $153,510.00 |
| Scott Davis | Director | $545 | 48 | $26,160.00 |
| Mike Green | Director | $550 | 87.5 | $48,125.00 |
| Paul Harmon | Director | $575 | 68.5 | $39,387.50 |
| Tim Wang | Director | $575 | 88.0 | $50,600.00 |
| Sean Costello | Managing Consultant | $405 | 115.5 | $46,777.50 |
| Kimberly Eckert | Managing Consultant | $495 | 11.0 | $5,445.00 |
| Michael Gadsden | Managing Consultant | $460 | 80.0 | $36,800.00 |
| Jill Kawakami | Managing Consultant | $430 | 224.0 | $96,320.00 |
| Buck Monday | Managing Consultant | $450 | 103.5 | $46,575.00 |
| Nathan Pollak | Managing Consultant | $460 | 148.5 | $68,310.00 |
| Samuel Schreiber | Managing Consultant | $455 | 205.0 | $93,275.00 |
| Laura Hatanaka | Consultant | $390 | 148.5 | $57,915.00 |
| Pamela Morin | Consultant | $380 | 9.2 | $3,496.00 |
| Thomas Weiderspon | Asst. Analyst | $180 | 21.0 | $3,780.00 |
| | | Totals: | 2,106.0 | $1,146,796.00 |