# **EXHIBIT C**

## Summary of Actual and Necessary Expenses for the Fee Period

### ALL - Expense Summary

| Service Description | Amount |
|---|---:|
| Lodging | $10,855.66 |
| Airfare | $14,497.65 |
| Taxi | $1,930.93 |
| Travel Meals | $2,509.69 |
| Other Travel Expenses | $1,181.02 |
| Vehicle Rental Expenses | $833.05 |
| Postage | $6.45 |
| Market Research | $11,000.00 |
| **Total:** | **$42,814.45** |

### TCEH - Expense Summary

| Service Description | Amount |
|---|---:|
| Lodging | $8,284.56 |
| Airfare | $11,063.97 |
| Taxi | $1,473.60 |
| Travel Meals | $1,915.28 |
| Other Travel Expenses | $901.30 |
| Vehicle Rental Expenses | $635.75 |
| Postage | $4.92 |
| Market Research | $8,394.72 |
| **Total:** | **$32,674.10** |

### EFIH - Expense Summary

| Service Description | Amount |
|---|---:|
| Lodging | $1,899.05 |
| Airfare | $2,536.16 |

| Service Description | Amount |
|---|---:|
| Taxi | $337.79 |
| Travel Meals | $439.04 |
| Other Travel Expenses | $206.60 |
| Vehicle Rental Expenses | $145.73 |
| Postage | $1.13 |
| Market Research | $1,924.30 |
| **Total:** | **$7,489.80** |

**EFH - Expense Summary**

| Service Description | Amount |
|---|---:|
| Lodging | $672.05 |
| Airfare | $897.52 |
| Taxi | $119.54 |
| Travel Meals | $155.37 |
| Other Travel Expenses | $73.12 |
| Vehicle Rental Expenses | $51.57 |
| Postage | $0.40 |
| Market Research | $680.98 |
| **Total:** | **$2,650.55** |