FILSINGER ENERGY PARTNERS
EXHIBIT D

| INVOICE NUMBER | MATTER | DATE | NAME OF TIMEKEEPER WHO INCURRED EXPENSE | EXPENSE CATEGORY | UNIT COST | # OF UNITS | TOTAL | EXPENSE DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| EFCH/TCH-CS-046 | On Site-Diligence | 20160701 | Paul Harmon | Airfare | | | $195.10 | Airfare from Chicago to Denver |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160701 | Paul Harmon | Breakfast | | | $16.37 | Wishbone Site Visits | P. Harmon |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160701 | Laura Hatanaka | Breakfast | | | $10.63 | Starbucks | Laura |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160701 | Laura Hatanaka | Lunch | | | $10.00 | Taco Borracho | Laura |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160703 | Laura Hatanaka | Airfare | | | $347.98 | Airfare from Dallas to Denver |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160703 | Laura Hatanaka | Taxi | | | $24.12 | From DIA to Home |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160705 | Nathan Pollak | Airfare | | | $103.10 | Airfare from Denver, CO to Dallas, TX |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160705 | Nathan Pollak | Taxi | | | $75.00 | To DIA |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160705 | Nathan Pollak | Taxi | | | $62.77 | EFH From airport |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160705 | Nathan Pollak | Breakfast | | | $9.29 | McDonalds & Caribou Coffee | N. Pollak |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160705 | Nathan Pollak | Lunch | | | $8.58 | Sunrise Cafe | N. Pollak |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160705 | Nathan Pollak | Taxi | | | $7.67 | Taxi |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160705 | Gary Germeroth | Airfare | | | $243.98 | Airfare from Houston to Dallas |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160705 | Gary Germeroth | Hotel | | | $176.08 | Hilton Garden Inn  Dallas, TX |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160705 | Gary Germeroth | Taxi | | | $7.13 | Love Field to EFH Offices |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160705 | Gary Germeroth | Parking | | | $20.00 | Airport parking |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160705 | Gary Germeroth | Personal Vehicle | $0.54 | 19 miles | $10.26 | Home to Airport |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160705 | Gary Germeroth | Dinner | | | $53.57 | Wild Salsa | Self, Nathan Pollak |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160705 | Paul Harmon | Airfare | | | $735.96 | Airfare from Denver to Dallas (ROUNDTRIP) |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160705 | Paul Harmon | Hotel | | | $185.57 | Highland Dallas, TX |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160705 | Paul Harmon | Taxi | | | $10.49 | Hotel |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160705 | Paul Harmon | Dinner | | | $35.37 | On-Site Diligence | P. Harmon |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160706 | Dave Andrus | Airfare | | | $747.20 | Airfare from Burlington to Dallas (ROUND TRIP) |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160706 | Dave Andrus | Hotel | | | $201.71 | Springhill Suites Hotel Dallas,TX |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160706 | Dave Andrus | Taxi | | | $27.02 | Uber -  DFW Airport to Energy Plaza |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160706 | Dave Andrus | Taxi | | | $27.89 | Taxi - Home to BTV airport |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160706 | Dave Andrus | Breakfast | | | $11.00 | Breakfast - Skinny Pancake | DCA |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160706 | Dave Andrus | Lunch | | | $13.00 | Lunch - Sunrise Grill | DCA |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160706 | Nathan Pollak | Hotel | | | $206.43 | The Highland, Dallas, TX |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160706 | Nathan Pollak | Breakfast | | | $4.10 | Sunrise Cafe | N. Pollak |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160706 | Nathan Pollak | Lunch | | | $4.85 | Sunrise Cafe | N. Pollak |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160706 | Nathan Pollak | Other Travel Expenses | | | $2.50 | Train |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160706 | Buck Monday | Airfare | | | $602.96 | Airfare from Albuquerque to Dallas (ROUND TRIP) |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160706 | Buck Monday | Hotel | | | $169.44 | Fairmont - Dallas, TX |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160706 | Buck Monday | Taxi | | | $14.58 | Fairmont |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160706 | Buck Monday | Personal Vehicle | $0.54 | 25 miles | $13.50 | Home to AP |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160706 | Buck Monday | Lunch | | | $6.92 | Fresquez | self |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160706 | Buck Monday | Dinner | | | $38.98 | Fairmont | self |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160706 | Gary Germeroth | Hotel | | | $176.08 | Hilton Garden Inn  Dallas, TX |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160706 | Gary Germeroth | Parking | | | $20.00 | Airport parking |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160706 | Gary Germeroth | Dinner | | | $87.62 | NEO Pizza | Self, Nathan Pollak, Paul Harmon, Dave Andrus |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160706 | Paul Harmon | Hotel | | | $185.57 | Highland Dallas, TX |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160706 | Paul Harmon | Taxi | | | $7.14 | Office |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160706 | Paul Harmon | Breakfast | | | $10.41 | On-Site Diligence | P. Harmon |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160706 | Paul Harmon | Lunch | | | $16.82 | On-Site Diligence | P. Harmon |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160707 | Dave Andrus | Taxi | | | $28.39 | Uber - Energy Plaza to DFW airport |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160707 | Dave Andrus | Taxi | | | $17.09 | Uber - BTV airport to home |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160707 | Dave Andrus | Breakfast | | | $9.00 | Breakfast - Starbucks | DCA |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160707 | Dave Andrus | Lunch | | | $17.00 | Lunch - TGI Friday | DCA |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160707 | Dave Andrus | Dinner | | | $24.00 | Dinner - Café Intermezzo | DCA |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160707 | Nathan Pollak | Airfare | | | $128.10 | Airfare from Dallas, TX to Denver, CO |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160707 | Nathan Pollak | Hotel | | | $206.43 | The Highland, Dallas, TX |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160707 | Nathan Pollak | Taxi | | | $7.21 | EFH |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160707 | Nathan Pollak | Personal Vehicle | $0.54 | 52 miles | $28.08 | Home |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160707 | Nathan Pollak | Breakfast | | | $8.95 | Sunrise Cafe | N. Pollak |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160707 | Buck Monday | Parking | | | $10.00 | Albuquerque |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160707 | Buck Monday | Personal Vehicle | $0.54 | 25 miles | $13.50 | AP to Home |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160707 | Buck Monday | Breakfast | | | $23.49 | The Fairmont | self |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160707 | Buck Monday | Lunch | | | $45.89 | Sky Canyon | Paul, Buck |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160707 | Gary Germeroth | Airfare | | | $243.98 | Airfare from Dallas to Houston |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160707 | Gary Germeroth | Taxi | | | $21.39 | EFH Office to Airport |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160707 | Gary Germeroth | Parking | | | $20.00 | Airport parking |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160707 | Gary Germeroth | Personal Vehicle | $0.54 | 19 miles | $10.26 | Airport to Home |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160707 | Paul Harmon | Taxi | | | $11.92 | Airport |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160707 | Paul Harmon | Parking | | | $48.00 | DIA |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160707 | Paul Harmon | Breakfast | | | $5.00 | On-Site Diligence | P. Harmon |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160707 | Paul Harmon | Lunch | | | $14.50 | On-Site Diligence | P. Harmon |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160707 | Paul Harmon | Dinner | | | $22.35 | On-Site Diligence | P. Harmon |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160710 | Buck  Monday | Airfare | | | $354.23 | Airfare from Albuquerque to San Antonio ($708.45 ROUND TRIP) |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160710 | Buck  Monday | Hotel | | | $148.35 | Hampton - San Marcos, TX |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160710 | Buck  Monday | Rental Car | | | $66.91 | Enterprise |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160710 | Buck  Monday | Personal Vehicle | $0.54 | 25 miles | $13.50 | home to AP |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160710 | Buck  Monday | Lunch | | | $10.00 | lunch on road | Self |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160710 | Buck  Monday | Dinner | | | $20.00 | dinner on road | Self |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160711 | Dave Andrus | Airfare | | | $890.20 | Airfare from Burlington to Denver (ROUND TRIP) |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160711 | Dave Andrus | Hotel | | | $230.65 | Denver, CO - Lowest available rate |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160711 | Dave Andrus | Taxi | | | $39.81 | Uber -  DEN Airport to hotel |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160711 | Dave Andrus | Taxi | | | $17.04 | Uber - Home to BTV airport |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160711 | Dave Andrus | Lunch | | | $17.00 | Lunch - PF Changs | DCA |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160711 | Dave Andrus | Dinner | | | $24.50 | Dinner - Thai Pot Café | DCA |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160711 | Gary Germeroth | Airfare | | | $243.98 | Airfare from Houston to Dallas |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160711 | Gary Germeroth | Hotel | | | $236.09 | Hilton Highland  Dallas, TX |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160711 | Gary Germeroth | Taxi | | | $12.01 | Love Field to EFH Offices |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160711 | Gary Germeroth | Taxi | | | $7.23 | EFH Offices to Highland hotel |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160711 | Gary Germeroth | Parking | | | $20.00 | Airport parking |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160711 | Gary Germeroth | Personal Vehicle | $0.54 | 19 miles | $10.26 | Home to Airport |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160711 | Gary Germeroth | Dinner | | | $120.00 | The Blue Fish | Self, Todd Filsinger, Sam Schreiber |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160711 | Sam Schreiber | Airfare | | | $399.10 | Airfare from New York to Dallas (First class ticket was cheaper than coach, see attached documentation) |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160711 | Sam Schreiber | Hotel | | | $269.71 | Renaissance - Dallas, TX |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160711 | Sam Schreiber | Taxi | | | $44.21 | Taxi - NYC - to LGA |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160711 | Sam Schreiber | Taxi | | | $26.19 | Uber - Dallas - to Energy Plaza |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160711 | Sam Schreiber | Lunch | | | $23.66 | Café Strada | Sam, Gary |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160711 | Sam Schreiber | Taxi | | | $6.53 | Uber - Dallas - to Hotel |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160711 | Sam Schreiber | Taxi | | | $11.40 | Uber - Dallas - to Dinner |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160711 | Sam Schreiber | Taxi | | | $9.60 | Uber - Dallas - to Hotel |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160711 | Buck  Monday | Hotel | | | $132.25 | Hampton - Katy, TX |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160711 | Buck  Monday | Rental Car | | | $66.91 | Enterprise |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160711 | Buck  Monday | Lunch | | | $10.00 | lunch on road | Self |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160711 | Buck  Monday | Dinner | | | $37.94 | Landry's | Self |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160711 | Todd Filsinger | Airfare | | | $357.10 | Airfare from Denver to Dallas |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160711 | Todd Filsinger | Taxi | | | $32.12 | to office |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160711 | Todd Filsinger | Taxi | | | $70.00 | to DIA |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160711 | Todd Filsinger | Lunch | | | $26.44 | the woolworth | self |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160711 | Todd Filsinger | Taxi | | | $29.65 | from hotel |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160712 | Dave Andrus | Hotel | | | $236.39 | Denver, CO - Lowest available rate |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160712 | Dave Andrus | Taxi | | | $7.29 | Uber hotel to office |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160712 | Dave Andrus | Taxi | | | $7.55 | Uber office to hotel |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160712 | Dave Andrus | Breakfast | | | $9.00 | Breakfast - Starbucks | DCA |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160712 | Dave Andrus | Lunch | | | $13.92 | Lunch - Chipoltle | DCA |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160712 | Dave Andrus | Dinner | | | $40.00 | Dinner - Jax Fish House | DCA |

FILSINGER ENERGY PARTNERS
EXHIBIT D

| INVOICE NUMBER | MATTER | DATE | NAME OF TIMEKEEPER WHO INCURRED EXPENSE | EXPENSE CATEGORY | UNIT COST | # OF UNITS | TOTAL | EXPENSE DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| EFCH/TCH-CS-046 | On Site-Diligence | 20160712 | Gary Germeroth | Hotel | | | $236.09 | Hilton Highland Dallas, TX |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160712 | Gary Germeroth | Parking | | | $20.00 | Airport parking |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160712 | Gary Germeroth | Breakfast | | | $14.73 | Knife - Hotel | Self, Todd Filsinger |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160712 | Gary Germeroth | Lunch | | | $9.81 | Taco Borracho | Self |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160712 | Gary Germeroth | Dinner | | | $16.56 | Old Chicago | Self |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160712 | Gary Germeroth | Other Travel Expenses | | | $5.00 | Round trip local DART ticket |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160712 | Sam Schreiber | Hotel | | | $269.71 | Renaissance - Dallas, TX |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160712 | Sam Schreiber | Taxi | | | $7.26 | Uber - Dallas - to Energy Plaza |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160712 | Sam Schreiber | Taxi | | | $12.93 | Uber - Dallas - to Hotel |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160712 | Sam Schreiber | Lunch | | | $12.53 | Taco Borracho | Self |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160712 | Sam Schreiber | Dinner | | | $37.68 | Renaissance | Self |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160712 | Buck Monday | Hotel | | | $140.12 | Hampton - Victoria, TX |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160712 | Buck Monday | Rental Car | | | $66.91 | Enterprise |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160712 | Buck Monday | Lunch | | | $10.00 | Stanley's | Self |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160712 | Buck Monday | Dinner | | | $20.00 | Olive Garden | Self |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160712 | Buck Monday | Rental Car | | | $31.55 | Fuel |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160712 | Jean Agras | Airfare | | | $153.60 | Airfare from Denver, CO to Dallas, TX |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160712 | Jean Agras | Hotel | | | $247.68 | Hilton Garden Inn, Dallas, TX |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160712 | Jean Agras | Taxi | | | $55.00 | Energy Plaza |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160712 | Jean Agras | Parking | | | $24.00 | DIA |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160712 | Jean Agras | Personal Vehicle | $0.54 | 45 miles | $24.30 | to DIA |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160712 | Jean Agras | Lunch | | | $11.00 | Taco Borracho | Jean |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160712 | Jean Agras | Dinner | | | $28.09 | Campisi's | Jean |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160712 | Jean Agras | Other Travel Expenses | | | $9.40 | Tolls |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160712 | Jean Agras | Hotel | | | $5.50 | Internet |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160712 | Todd Filsinger | Airfare | | | $347.10 | Airfare from Dallas to Denver (booked first class ticket and charged coach equivalent cost) |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160712 | Todd Filsinger | Hotel | | | $249.93 | The Highland - Dallas, TX |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160712 | Todd Filsinger | Taxi | | | $48.82 | to DFW |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160712 | Todd Filsinger | Taxi | | | $70.00 | To home |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160712 | Todd Filsinger | Taxi | | | $32.46 | from hotel |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160712 | Todd Filsinger | Airfare | | | $49.95 | Air internet |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160713 | Dave Andrus | Hotel | | | $345.54 | Denver, CO - Lowest available rate |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160713 | Dave Andrus | Taxi | | | $5.95 | Uber to restaurant |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160713 | Dave Andrus | Breakfast | | | $12.00 | Breakfast - Silvi's kitchen | DCA |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160713 | Dave Andrus | Lunch | | | $14.00 | Lunch - Sweet Ginger | DCA |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160713 | Dave Andrus | Dinner | | | $22.48 | Dinner - Panera | DCA |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160713 | Gary Germeroth | Hotel | | | $236.09 | Hilton Highland Dallas, TX |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160713 | Gary Germeroth | Parking | | | $20.00 | Airport parking |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160713 | Gary Germeroth | Lunch | | | $9.74 | Carmine's Pizza | Self |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160713 | Gary Germeroth | Dinner | | | $16.95 | Trinity Hall Irish Pub | Self |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160713 | Gary Germeroth | Other Travel Expenses | | | $5.00 | Round trip local DART ticket |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160713 | Sam Schreiber | Airfare | | | $326.10 | Airfare from Dallas to New York |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160713 | Sam Schreiber | Taxi | | | $8.73 | Uber - Dallas - to Energy Plaza |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160713 | Sam Schreiber | Taxi | | | $27.87 | Uber - Dallas - to DFW |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160713 | Sam Schreiber | Lunch | | | $8.38 | Sunrise Café | Self |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160713 | Sam Schreiber | Dinner | | | $22.00 | TGI Fridays | Self |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160713 | Sam Schreiber | Taxi | | | $44.81 | Taxi - NYC - from LGA |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160713 | Buck Monday | Hotel | | | $134.47 | Hampton - Kingsville, TX |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160713 | Buck Monday | Rental Car | | | $66.90 | Enterprise |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160713 | Buck Monday | Lunch | | | $6.98 | Subway | Self |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160713 | Buck Monday | Dinner | | | $19.86 | Chilis | Self |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160713 | Buck Monday | Rental Car | | | $28.69 | Fuel |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160713 | Jean Agras | Hotel | | | $247.68 | Hilton Garden Inn, Dallas, TX |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160713 | Jean Agras | Parking | | | $24.00 | DIA |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160713 | Jean Agras | Lunch | | | $12.00 | Salata | Jean |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160714 | Dave Andrus | Taxi | | | $34.11 | Uber - Office to DEN airport |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160714 | Dave Andrus | Taxi | | | $28.00 | Taxi - BTV airport to home |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160714 | Dave Andrus | Breakfast | | | $9.00 | Breakfast - Starbucks | DCA |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160714 | Dave Andrus | Lunch | | | $17.00 | Lunch - Chef Jimmy's | DCA |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160714 | Dave Andrus | Dinner | | | $24.50 | Dinner - PF Changs | DCA |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160714 | Gary Germeroth | Airfare | | | $398.98 | Airfare from Dallas to Chicago |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160714 | Gary Germeroth | Taxi | | | $7.38 | Highland hotel to EFH Offices |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160714 | Gary Germeroth | Taxi | | | $9.67 | EFH Offices to Love Field |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160714 | Gary Germeroth | Parking | | | $20.00 | Airport parking |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160714 | Gary Germeroth | Personal Vehicle | $0.54 | 19 miles | $10.26 | Airport to Home |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160714 | Gary Germeroth | Lunch | | | $14.11 | Campisi's | Self |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160714 | Buck Monday | Hotel | | | $166.75 | Hampton - McCallen, TX |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160714 | Buck Monday | Rental Car | | | $66.90 | Enterprise |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160714 | Buck Monday | Lunch | | | $20.00 | Kettle | Self |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160714 | Buck Monday | Dinner | | | $15.00 | dinner on road | Self |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160714 | Buck Monday | Rental Car | | | $21.93 | Fuel |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160714 | Jean Agras | Airfare | | | $153.60 | Airfare from Dallas, TX to Denver, CO |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160714 | Jean Agras | Taxi | | | $27.88 | DFW-Uber |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160714 | Jean Agras | Parking | | | $24.00 | DIA |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160714 | Jean Agras | Personal Vehicle | $0.54 | 45 miles | $24.30 | to Boulder |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160714 | Jean Agras | Lunch | | | $15.64 | TGIF | Jean |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160714 | Jean Agras | Other Travel Expenses | | | $9.40 | Tolls |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160715 | Buck Monday | Hotel | | | $111.87 | Hampton - Harlingen, YX |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160715 | Buck Monday | Rental Car | | | $66.90 | Enterprise |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160715 | Buck Monday | Lunch | | | $19.68 | Schlitterbahn | Self |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160715 | Buck Monday | Dinner | | | $15.00 | dinner on road | Self |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160715 | Buck Monday | Rental Car | | | $28.06 | Fuel |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160716 | Buck Monday | Lunch | | | $10.00 | Lunch on road | Self |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160716 | Buck Monday | Rental Car | | | $27.06 | Fuel |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160717 | Buck Monday | Hotel | | | $120.89 | Hampton Inn - San Antonio, TX |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160718 | Buck Monday | Airfare | | | $354.22 | Airfare from Albuquerque to San Antonio ($708.45 ROUND TRIP) |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160718 | Buck Monday | Parking | | | $45.00 | Albuquerque airport parking |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160718 | Buck Monday | Personal Vehicle | $0.54 | 25 miles | $13.50 | AP to Home |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160718 | Buck Monday | Lunch | | | $13.61 | Famous Famiglia | self |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160718 | Buck Monday | Rental Car | | | $23.16 | Fuel |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160718 | Jill Kawakami | Airfare | | | $367.98 | Airfare from Denver to Dallas |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160718 | Jill Kawakami | Hotel | | | $180.10 | Hilton Garden Inn - Dallas, TX |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160718 | Jill Kawakami | Taxi | | | $34.85 | Energy Plaza |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160718 | Jill Kawakami | Parking | | | $24.00 | DIA |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160718 | Jill Kawakami | Personal Vehicle | $0.54 | 24 miles | $12.96 | Home - DIA |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160718 | Jill Kawakami | Lunch | | | $8.09 | Noodle Nexus | Jill |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160718 | Jill Kawakami | Dinner | | | $9.29 | Taco Borracho | Jill |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160718 | Gary Germeroth | Airfare | | | $243.98 | Airfare from Houston to Dallas |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160718 | Gary Germeroth | Hotel | | | $263.54 | Hotel Zaza Dallas, TX |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160718 | Gary Germeroth | Taxi | | | $11.85 | Love Field to EFH Offices |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160718 | Gary Germeroth | Parking | | | $20.00 | Airport parking |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160718 | Gary Germeroth | Personal Vehicle | $0.54 | 19 miles | $10.26 | Home to Airport |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160718 | Gary Germeroth | Lunch | | | $8.61 | Poblano's | Self, Todd Filsinger |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160718 | Gary Germeroth | Dinner | | | $80.00 | Sharaku | Self, Todd Filsinger |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160718 | Todd Filsinger | Airfare | | | $367.98 | Airfare from Denver to Dallas |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160718 | Todd Filsinger | Taxi | | | $70.00 | To DIA |
| EFCH/TCH-CS-046 | | | | | | | $0.00 | |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160719 | Buck Monday | Postage | | | $6.45 | Postage |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160719 | Jean Agras | Airfare | | | $128.10 | Airfare from Denver, CO to Dallas, TX |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160719 | Jean Agras | Hotel | | | $179.67 | Hilton Garden Inn, Dallas, TX |

FILSINGER ENERGY PARTNERS
EXHIBIT D

| INVOICE NUMBER | MATTER | DATE | NAME OF TIMEKEEPER WHO INCURRED EXPENSE | EXPENSE CATEGORY | UNIT COST | # OF UNITS | TOTAL | EXPENSE DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| EFCH/TCH-CS-046 | On Site-Diligence | 20160719 | Jean Agras | Taxi | | | $55.00 | Energy Plaza |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160719 | Jean Agras | Parking | | | $13.00 | DIA |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160719 | Jean Agras | Personal Vehicle | $0.54 | 45 miles | $24.30 | to DIA |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160719 | Jean Agras | Lunch | | | $11.00 | Taco Borracho | Jean |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160719 | Jean Agras | Dinner | | | $12.00 | Taco Borracho | Jean |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160719 | Jean Agras | Other Travel Expenses | | | $9.40 | Tolls |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160719 | Jill Kawakami | Airfare | | | $347.98 | Airfare from Dallas to Denver |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160719 | Jill Kawakami | Taxi | | | $38.90 | Love Field |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160719 | Jill Kawakami | Parking | | | $24.00 | DIA |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160719 | Jill Kawakami | Personal Vehicle | $0.54 | 24 miles | $12.96 | DIA - Home |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160719 | Jill Kawakami | Breakfast | | | $5.67 | Coffee at the Corner | Jill |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160719 | Jill Kawakami | Lunch | | | $7.84 | Toasty Pita | Jill |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160719 | Jill Kawakami | Dinner | | | $7.79 | Starbucks | Jill |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160719 | Gary Germeroth | Hotel | | | $263.54 | Hotel Zaza  Dallas, TX |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160719 | Gary Germeroth | Parking | | | $20.00 | Airport parking |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160719 | Gary Germeroth | Dinner | | | $12.54 | Smashburger | Self |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160719 | Todd Filsinger | Hotel | | | $236.29 | Hotel Zaza - Dallas, TX |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160719 | Todd Filsinger | Taxi | | | $40.33 | to DFW |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160719 | Todd Filsinger | Taxi | | | $70.00 | TO home |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160719 | Todd Filsinger | Breakfast | | | $6.27 | Le Madeline | self |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160719 | Todd Filsinger | Lunch | | | $12.06 | Moe's | self |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160719 | Todd Filsinger | Dinner | | | $40.00 | Stampede | self |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160720 | Jean Agras | Hotel | | | $179.67 | Hilton Garden Inn, Dallas, TX |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160720 | Jean Agras | Parking | | | $13.00 | DIA |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160720 | Jean Agras | Lunch | | | $12.00 | Salata | Jean |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160720 | Jean Agras | Dinner | | | $15.00 | Wild Salsa | Jean |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160720 | Jean Agras | Hotel | | | $4.95 | Internet-Hotel |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160720 | Gary Germeroth | Hotel | | | $263.54 | Hilton Garden Inn  Dallas, TX |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160720 | Gary Germeroth | Parking | | | $20.00 | Airport parking |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160720 | Gary Germeroth | Lunch | | | 10.01 | Carmine's Pizza | Self |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160720 | Gary Germeroth | Dinner | | | $15.69 | Idle Rich Pub | Self |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160721 | Jean Agras | Airfare | | | $265.98 | Airfare from Dallas, TX to Manchester, NY |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160721 | Jean Agras | Parking | | | $13.00 | DIA |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160721 | Jean Agras | Lunch | | | $8.50 | Chick-Fil-A | Jean |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160721 | Gary Germeroth | Airfare | | | $243.98 | Airfare from Dallas to Houston |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160721 | Gary Germeroth | Taxi | | | $9.86 | EFH Office to Airport |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160721 | Gary Germeroth | Parking | | | $20.00 | Airport parking |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160721 | Gary Germeroth | Personal Vehicle | $0.54 | 19 miles | $10.26 | Airport to Home |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160721 | Gary Germeroth | Lunch | | | $9.47 | Which Wich | Self |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160725 | Jill Kawakami | Airfare | | | $367.98 | Airfare from Denver to Dallas |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160725 | Jill Kawakami | Hotel | | | $263.55 | Hotel ZaZa - Dallas, TX |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160725 | Jill Kawakami | Taxi | | | $13.99 | Energy Plaza |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160725 | Jill Kawakami | Parking | | | $24.00 | DIA |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160725 | Jill Kawakami | Personal Vehicle | $0.54 | 24 miles | $12.96 | Home - DIA |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160725 | Jill Kawakami | Breakfast | | | $2.97 | Caribou Coffee | Jill |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160725 | Jill Kawakami | Lunch | | | $9.76 | Taco Borracho | Jill |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160725 | Jill Kawakami | Dinner | | | $8.66 | Hotel ZaZa | Jill |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160725 | Michael Gadsden | Airfare | | | $227.48 | Airfare from Denver to Dallas |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160725 | Michael Gadsden | Hotel | | | $213.69 | Hilton Garden Inn (Dallas, TX) |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160725 | Michael Gadsden | Taxi | | | $36.00 | Denver Airport |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160725 | Michael Gadsden | Taxi | | | $29.00 | Hilton Garden Inn (Dallas, TX) |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160725 | Michael Gadsden | Dinner | | | $13.50 | La Casita | Michael |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160725 | Sam Schreiber | Airfare | | | $273.10 | Airfare from New York to Dallas |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160725 | Sam Schreiber | Hotel | | | $196.06 | Hilton - Dallas, TX |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160725 | Sam Schreiber | Taxi | | | $46.01 | Taxi - NYC - to LGA |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160725 | Sam Schreiber | Taxi | | | $26.70 | Uber - Dallas - to Energy Plaza |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160725 | Sam Schreiber | Lunch | | | $12.53 | Taco Borracho | Self |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160725 | Sam Schreiber | Dinner | | | $15.69 | Hilton | Self |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160725 | Gary Germeroth | Airfare | | | $243.98 | Airfare from Houston to Dallas |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160725 | Gary Germeroth | Hotel | | | $213.48 | Hilton Highland  Dallas, TX |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160725 | Gary Germeroth | Taxi | | | $13.76 | Love Field to EFH Offices |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160725 | Gary Germeroth | Taxi | | | $8.02 | EFH Offices to Highland hotel |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160725 | Gary Germeroth | Parking | | | $20.00 | Airport parking |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160725 | Gary Germeroth | Personal Vehicle | $0.54 | 19 miles | $10.26 | Home to Airport |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160725 | Gary Germeroth | Dinner | | | $3.25 | Minibar dinner | Self |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160726 | Jill Kawakami | Hotel | | | $263.55 | Hotel ZaZa - Dallas, TX |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160726 | Jill Kawakami | Parking | | | $24.00 | DIA |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160726 | Jill Kawakami | Breakfast | | | $5.67 | Coffee at the Corner | Jill |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160726 | Jill Kawakami | Lunch | | | $7.84 | Toasty Pita | Jill |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160726 | Jill Kawakami | Dinner | | | $9.73 | Pei Wei | Jill |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160726 | Dave Andrus | Airfare | | | $747.20 | Airfare from Burlington to Dallas (round trip) |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160726 | Dave Andrus | Hotel | | | $185.53 | Fairmont Hotel Dallas,TX |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160726 | Dave Andrus | Taxi | | | $26.49 | Uber -  DFW Airport to Energy Plaza |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160726 | Dave Andrus | Taxi | | | $27.02 | Taxi - Home to BTV airport |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160726 | Dave Andrus | Breakfast | | | $11.00 | Breakfast - Skinny Pancake | DCA |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160726 | Dave Andrus | Lunch | | | $13.00 | Lunch - Sunrise Grill | DCA |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160726 | Dave Andrus | Dinner | | | $29.50 | Dinner -  Pyramid | DCA |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160726 | Michael Gadsden | Hotel | | | $213.69 | Hilton Garden Inn (Dallas, TX) |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160726 | Michael Gadsden | Breakfast | | | $5.00 | Coffee @ Corner | Michael |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160726 | Michael Gadsden | Lunch | | | $10.00 | Salata | Michael |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160726 | Michael Gadsden | Dinner | | | $13.26 | Campisi's | Michael |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160726 | Sam Schreiber | Hotel | | | $196.06 | Hilton - Dallas, TX |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160726 | Sam Schreiber | Taxi | | | $15.75 | Uber - Dallas - to Energy Plaza |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160726 | Sam Schreiber | Taxi | | | $2.50 | DART - Dallas - Train |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160726 | Sam Schreiber | Breakfast | | | $5.41 | Hilton | Self |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160726 | Sam Schreiber | Lunch | | | $9.09 | Poblanos | Self |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160726 | Sam Schreiber | Dinner | | | $40.00 | Blue Fish | Self |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160726 | Gary Germeroth | Hotel | | | $213.48 | Hilton Highland  Dallas, TX |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160726 | Gary Germeroth | Parking | | | $20.00 | Airport parking |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160726 | Gary Germeroth | Breakfast | | | $8.33 | Knife | Self |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160726 | Gary Germeroth | Lunch | | | $14.29 | Dickey's BBQ | Self |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160726 | Gary Germeroth | Dinner | | | $16.61 | Old Chicago | Self |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160726 | Gary Germeroth | Other Travel Expenses | | | $5.00 | Round trip local DART ticket |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160726 | Laura Hatanaka | Airfare | | | $347.98 | Airfare from Denver to Dallas |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160726 | Laura Hatanaka | Hotel | | | $259.63 | Hotel Zaza - Dallas, TX |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160726 | Laura Hatanaka | Taxi | | | $6.26 | To Energy Plaza |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160726 | Laura Hatanaka | Taxi | | | $5.00 | To Hotel |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160726 | Laura Hatanaka | Parking | | | $24.00 | DIA |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160726 | Laura Hatanaka | Personal Vehicle | $0.54 | 24 miles | $12.96 | To DIA |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160726 | Laura Hatanaka | Lunch | | | $9.40 | Toasty Pita | Laura |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160726 | Laura Hatanaka | Dinner | | | $22.76 | Whole Foods | Laura |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160726 | Paul Harmon | Airfare | | | $268.98 | Airfare from Denver to Austin, TX |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160726 | Paul Harmon | Hotel | | | $184.63 | Hampton Inn, Round Rock TX |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160726 | Paul Harmon | Rental Car | | | $71.73 | Hertz |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160726 | Paul Harmon | Dinner | | | $39.20 | Oncor Fieldwork | P. Harmon |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160726 | Paul Harmon | Hotel | | | $4.95 | Hotel Internet |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160727 | Jill Kawakami | Airfare | | | $347.98 | Airfare from Dallas to Denver |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160727 | Jill Kawakami | Taxi | | | $17.01 | Love Field |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160727 | Jill Kawakami | Parking | | | $24.00 | DIA |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160727 | Jill Kawakami | Personal Vehicle | $0.54 | 24 miles | $12.96 | DIA - Home |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160727 | Jill Kawakami | Lunch | | | $10.14 | Noodle Nexus | Jill |

FILSINGER ENERGY PARTNERS
EXHIBIT D

| INVOICE NUMBER | MATTER | DATE | NAME OF TIMEKEEPER WHO INCURRED EXPENSE | EXPENSE CATEGORY | UNIT COST | # OF UNITS | TOTAL | EXPENSE DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| EFCH/TCH-CS-046 | On Site-Diligence | 20160727 | Dave Andrus | Hotel | | | $185.53 | Fairmont Hotel Dallas,TX |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160727 | Dave Andrus | Breakfast | | | $10.00 | Breakfast - Starbucks | DCA |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160727 | Dave Andrus | Lunch | | | $12.00 | Lunch - Sunrise grill | DCA |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160727 | Dave Andrus | Dinner | | | $19.00 | Dinner - Chop house | DCA |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160727 | Michael Gadsden | Hotel | | | $213.69 | Hilton Garden Inn (Dallas, TX) |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160727 | Michael Gadsden | Breakfast | | | $5.00 | Coffee @ Corner | Michael |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160727 | Michael Gadsden | Lunch | | | $10.52 | SushiYaa | Michael |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160727 | Michael Gadsden | Dinner | | | $20.31 | Chop House Burger | Michael |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160727 | Sam Schreiber | Hotel | | | $196.06 | Hilton - Dallas, TX |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160727 | Sam Schreiber | Taxi | | | $15.58 | Uber - Dallas - to Energy Plaza |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160727 | Sam Schreiber | Taxi | | | $2.50 | DART - Dallas Train |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160727 | Sam Schreiber | Breakfast | | | $3.52 | Café- Parfait | Self |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160727 | Sam Schreiber | Dinner | | | $40.00 | Hilton | Self |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160727 | Gary Germeroth | Hotel | | | $213.48 | Hilton Highland Dallas, TX |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160727 | Gary Germeroth | Parking | | | $20.00 | Airport parking |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160727 | Gary Germeroth | Dinner | | | $19.33 | Trinity Hall Irish Pub | Self |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160727 | Gary Germeroth | Other Travel Expenses | | | $5.00 | Round trip local DART ticket |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160727 | Laura Hatanaka | Hotel | | | $259.63 | Hotel Zaza - Dallas, TX |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160727 | Laura Hatanaka | Parking | | | $24.00 | DIA |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160727 | Laura Hatanaka | Breakfast | | | $8.60 | Starbucks | Laura |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160727 | Laura Hatanaka | Lunch | | | $11.12 | Noddle Nexus | Laura |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160727 | Laura Hatanaka | Dinner | | | $29.46 | Whole Foods | Laura |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160727 | Paul Harmon | Hotel | | | $132.36 | Hampton Inn, Huntsville, TX |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160727 | Paul Harmon | Rental Car | | | $71.73 | Hertz |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160727 | Paul Harmon | Lunch | | | $12.00 | Oncor Fieldwork | P. Harmon |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160727 | Paul Harmon | Dinner | | | $31.96 | Oncor Fieldwork | P. Harmon |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160727 | Paul Harmon | Hotel | | | $4.95 | Hotel Internet |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160727 | Paul Harmon | Rental Car | | | $24.05 | Auto Fuel |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160728 | Dave Andrus | Taxi | | | $26.55 | Uber - Energy Plaza to DFW airport |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160728 | Dave Andrus | Taxi | | | $17.38 | Uber - BTV airport to home |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160728 | Dave Andrus | Breakfast | | | $10.00 | Breakfast - Starbucks | DCA |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160728 | Dave Andrus | Lunch | | | $11.00 | Lunch - Taco Borracho | DCA |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160728 | Dave Andrus | Dinner | | | $24.50 | Dinner - PF Changs | DCA |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160728 | Michael Gadsden | Airfare | | | $227.48 | Airfare from Dallas to Denver |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160728 | Michael Gadsden | Taxi | | | $24.94 | Love Field |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160728 | Michael Gadsden | Taxi | | | $33.25 | Home |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160728 | Michael Gadsden | Dinner | | | $26.78 | Campisi's | Michael |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160728 | Sam Schreiber | Airfare | | | $273.10 | Airfare from Dallas to New York |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160728 | Sam Schreiber | Taxi | | | $15.61 | Uber - Dallas - to Energy Plaza |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160728 | Sam Schreiber | Taxi | | | $26.93 | Uber - Dallas - to DFW |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160728 | Sam Schreiber | Lunch | | | $12.53 | Taco Borracho | Self |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160728 | Sam Schreiber | Dinner | | | $24.23 | TGI Fridays | Self |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160728 | Sam Schreiber | Taxi | | | $47.81 | Taxi - NYC - from LGA |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160728 | Gary Germeroth | Airfare | | | $243.98 | Airfare from Dallas to Houston |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160728 | Gary Germeroth | Taxi | | | $9.77 | EFH Offices to Love Field |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160728 | Gary Germeroth | Parking | | | $20.00 | Airport parking |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160728 | Gary Germeroth | Personal Vehicle | $0.54 | 19 miles | $10.26 | Airport to Home |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160728 | Laura Hatanaka | Hotel | | | $236.29 | Hotel Zaza - Dallas, TX |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160728 | Laura Hatanaka | Taxi | | | $5.00 | To Energy Plaza |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160728 | Laura Hatanaka | Parking | | | $24.00 | DIA |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160728 | Laura Hatanaka | Breakfast | | | $11.43 | Starbucks | Laura |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160728 | Laura Hatanaka | Lunch | | | $10.00 | Taco Borracho | Laura |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160728 | Laura Hatanaka | Dinner | | | $33.43 | Whole Foods | Laura |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160728 | Paul Harmon | Hotel | | | $161.00 | Hilton, Galveston, TX |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160728 | Paul Harmon | Rental Car | | | $71.72 | Hertz |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160728 | Paul Harmon | Lunch | | | $15.97 | Oncor Fieldwork | P. Harmon |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160728 | Paul Harmon | Dinner | | | $40.00 | Oncor Fieldwork | P. Harmon |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160728 | Paul Harmon | Rental Car | | | $27.94 | Auto Fuel |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160729 | Laura Hatanaka | Airfare | | | $307.48 | Airfare from Dallas to New York |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160729 | Laura Hatanaka | Taxi | | | $10.00 | To LUV |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160729 | Laura Hatanaka | Parking | | | $24.00 | DIA |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160729 | Laura Hatanaka | Personal Vehicle | $0.54 | 24 miles | $12.96 | From DIA |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160729 | Laura Hatanaka | Lunch | | | $14.33 | Starbucks | Laura |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160729 | Paul Harmon | Airfare | | | $399.98 | Airfare from Houston to Denver |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160729 | Paul Harmon | Parking | | | $72.00 | DIA |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160729 | Paul Harmon | Breakfast | | | $17.88 | Oncor Fieldwok | P. Harmon |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160729 | Paul Harmon | Lunch | | | $19.42 | Oncor Fieldwok | P. Harmon |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160729 | Paul Harmon | Rental Car | | | $4.00 | Auto Fuel |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160731 | Buck Monday | Airfare | | | $878.45 | Airfare from Albuquerque to Midland (round trip) |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160731 | Buck Monday | Personal Vehicle | $0.54 | 25 miles | $13.50 | Home to AP |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160731 | Buck Monday | Lunch | | | $13.47 | Jason's deli | Self |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160731 | Buck Monday | Dinner | | | $15.00 | Dinner on road | Self |
| EFCH/TCH-CS-046 | On Site-Diligence | 20160725 | n/a | Market Research | | | $11,000.00 | Procurement of emissions pricing data from Argus Media in support of company-directed Luminant energy offer curve analysis. This program was purchased specifically for this bankrupcy case. |
| | | | | | | subtotal: | $42,814.45 | |