IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors.[1] | ) ) ) | (Jointly Administered) |
|  | ) ) ) | **Re: Docket Nos. 9199, 9321, 9323 & 9374** |

## NOTICE OF FILING OF AMENDED PROPOSED CONFIRMATION ORDER

PLEASE TAKE NOTICE that, in connection with the *Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code*, filed on August 5, 2016 [D.I. 9199] and modified on August 16, 2016 [D.I. 9321] and August 23, 2016 [D.I. 9374] (as may be further amended, modified, or supplemented, the "Plan"), on August 16, 2016 the above-captioned debtors and debtors in possession (the "Debtors") filed the proposed *Order Confirming the Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the TCEH Debtors and EFH Shared Services Debtors* [Docket No. 9323] (the "Original Proposed Confirmation Order") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that the Debtors hereby file an amended *Order Confirming the Third Amended Joint Plan of Reorganization of Energy Future Holdings*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 15084365v.1

*Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the TCEH Debtors and EFH Shared Services Debtors* (the "Proposed Confirmation Order").  A copy of the Proposed Confirmation Order is attached hereto as Exhibit 1.  For the convenience of the Court and other parties-in-interest, a redline comparison of the Proposed Confirmation Order against the Original Proposed Confirmation Order is attached hereto as Exhibit 2.

PLEASE TAKE FURTHER NOTICE that the Debtors intend to request entry of the Proposed Confirmation Order by the Bankruptcy Court at the conclusion of the hearing on Plan confirmation scheduled for August 26, 2016 at 12:30 p.m. (prevailing Eastern Time) (the "Hearing").  To the extent that the Debtors make revisions to the Proposed Confirmation Order prior to the conclusion of the Hearing, the Debtors intend to present a redlined copy of such revised documents to the Bankruptcy Court either at or before the Hearing.

[*Remainder of page intentionally left blank.*]

Dated: August 25, 2016
    Wilmington, Delaware

/s/ *Andrew M. Dean*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
Andrew M. Dean (No. 6147)
920 North King Street
Wilmington, Delaware 19801
Telephone:	(302) 651-7700
Facsimile:	(302) 651-7701
Email:	collins@rlf.com
	defranceschi@rlf.com
	madron@rlf.com
	dean@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:	(212) 446-4800
Facsimile:	(212) 446-4900
Email:	edward.sassower@kirkland.com
	stephen.hessler@kirkland.com
	brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:	(312) 862-2000
Facsimile:	(312) 862-2200
Email:	james.sprayregen@kirkland.com
	marc.kieselstein@kirkland.com
	chad.husnick@kirkland.com
	steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession