IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>Jointly Administered<br><br>Re: Docket No. 9390 |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE ) 
) SS
COUNTY OF NEW CASTLE )

Stephanie MacDonald, being duly sworn according to law, deposes and says that she is employed by the law firm of Cross & Simon, LLC, counsel for American Stock Transfer & Trust Company, LLC, as successor trustee to The Bank of New York Mellon Trust Company, N.A. in the above-captioned case, and that on the 24th day of August, 2016, she caused copies of the **Post-Trial Brief of EFH Indenture Trustee in Support of Objection to Confirmation of Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code** to be served upon all interested parties via CM/ECF.

*/s/ Stephanie MacDonald*
Stephanie MacDonald

Sworn to and subscribed before me this 26th day of August, 2016.

Notary Public _____

My Commission Expires: July 22, 2018

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification Numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.