# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
|  | Jointly Administered |
| Debtors. | Re: Docket No. 9399 |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
COUNTY OF NEW CASTLE )

Nicole DiBiaso, being duly sworn according to law, deposes and says that she is employed by the law firm of Cross & Simon, LLC, counsel for American Stock Transfer & Trust Company, LLC, as successor trustee to The Bank of New York Mellon Trust Company, N.A. in the above-captioned case, and that on the 25th day of August, 2016, she caused copies of the **EFH Indenture Trustee's Objection to Motion of the EFH/EFIH Debtors for Order (A) Authorizing Entry Into Merger Agreement, (B) Approving Termination Fee, and (C) Authorizing Entry Into and Performance Under Plan Support Agreement [D.I. 9399]** to be served upon the parties on the attached service list by electronic mail and first class mail.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification Numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

_____
Nicole DiBiaso

Sworn to and subscribed before me this 26th day of August, 2016.

Notary Public _____

My Commission Expires: July 22, 2018

[Notary Seal: NANCY MCCLENDON, MY COMMISSION EXPIRES July 22, 2018, NOTARY PUBLIC, STATE OF DELAWARE]

## SERVICE LIST

| | |
|---|---|
| RICHARDS, LAYTON & FINGER, P.A.<br>Mark D. Collins, Esq.<br>Daniel J. DeFranceschi, Esq.<br>Jason M. Madron, Esq.<br>920 North King Street<br>Wilmington, Delaware 19801<br>Email: collins@rlf.com<br>defranceschi@rlf.com<br>madron@rlf.com | KIRKLAND & ELLIS LLP<br>KIRKLAND & ELLIS INTERNATIONAL LLP<br>Edward O. Sassower, P.C.<br>Stephen E. Hessler, Esq.<br>Brian E. Schartz, Esq.<br>601 Lexington Avenue<br>New York, New York 10022-4611<br>Email: edward.sassower@kirkland.com<br>stephen.hessler@kirkland.com<br>brian.schartz@kirkland.com |
| KIRKLAND & ELLIS LLP<br>KIRKLAND & ELLIS INTERNATIONAL LLP<br>James H.M. Sprayregen, P.C.<br>Marc Kieselstein, P.C.<br>Chad J. Husnick, Esq.<br>Steven N. Serajeddini, Esq.<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Email: james.sprayregen@kirkland.com<br>marc.kieselstein@kirkland.com<br>chad.husnick@kirkland.com<br>steven.serajeddini@kirkland.com | |