# Exhibit E

**Voluntary Rate Disclosures**

**Voluntary Rate Disclosures**

- The blended hourly rate for timekeepers in McDermott's New York office (including both professionals and paraprofessionals) who billed to non-bankruptcy matters (collectively, the "Non-Bankruptcy Matters")[3] during the Final Period beginning on April 29, 2014 and ending on October 28, 2015 (the "Comparable Period") was, in the aggregate, approximately $650 per hour (the "Non-Bankruptcy Blended Hourly Rate").[4]

- The blended hourly rate for all McDermott timekeepers (including both professionals and paraprofessionals) who billed to the Debtors during the Fee Period was approximately $689 per hour (the "Debtor Blended Hourly Rate").[5]

- A detailed comparison of these rates is as follows:

| Position at McDermott | Debtor Blended Hourly Rate for This Fee Application | Non-Bankruptcy Blended Hourly Rate |
|---|---|---|
| Partners | $875 | $780 |
| Associates | $580 | $473 |
| Counsel | $0 | $757 |
| Contract Attorneys | $0 | $0 |
| Chief Economist, Transfer Pricing | $625 | $514[6] |
| Financial Analyst, Transfer Pricing | $0 | $252[7] |
| Paralegals | $280 | $162 |
| **Attorneys & Paraprofessionals** | **$689** | **$650** |

---

[3] It is the nature of McDermott's practice that certain non-bankruptcy engagements require the advice and counsel of professionals and paraprofessionals who work primarily within McDermott's Restructuring & Insolvency Group. Accordingly, "Non-Bankruptcy Matters" consist of matters for which McDermott domestic timekeepers represented a client in a matter other than an in-court bankruptcy proceeding. Moreover, the Non-Bankruptcy Matters include time billed by McDermott domestic timekeepers who work primarily within McDermott's Restructuring & Insolvency Group.

[4] McDermott calculated the blended rate for Non-Bankruptcy Matters by dividing the *total dollar amount* billed by McDermott's New York office timekeepers to the Non-Bankruptcy Matters during the Comparable Period by the *total number of hours* billed by McDermott New York office timekeepers to the Non-Bankruptcy Matters during the Comparable Period.

[5] McDermott calculated the blended rate for timekeepers who billed to the Debtors by dividing the *total dollar amount billed* by such timekeepers during the Fee Period by the *total number of hours billed* by such timekeepers during the Fee Period.

[6] This position does not exist in McDermott's New York office, however, for illustrative purposes, the hourly rate listed herein represents the firm-wide, non-bankruptcy blended hourly for this positon.

[7] This position does not exist in McDermott's New York office, however, for illustrative purposes, the hourly rate listed herein represents the firm-wide, non-bankruptcy blended hourly for this positon.