# Exhibit F

**Summary of Timekeepers Included During the Final Fee Period**

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application |
| Timothy W. Walsh | Partner | Restructuring & Insolvency Department | 1991 | $1,809.00 | 1.80 | N/A | $1,005.00 | $1,005.00 |
| Robert M. Lamkin | Partner | Energy Advisory Department | 1996 | $3,398.50 | 4.30 | 1 | $775.00 | $760.00 |
| Iskender Catto | Partner | Energy Advisory Department | 2000 | $847,047.50 | 1,026 | 1 | $865.00 | $850.00 |
| Melvin Huang | Associate | Energy Advisory Department | 2010 | $6,206.00 | 10.70 | N/A | $580.00 | N/A |
| Darren Azman | Associate | Restructuring & Insolvency Department | 2011 | $5,827.50 | 10.50 | N/A | $555.00 | $555.00 |
| Christopher Bloom | Associate | Energy Advisory Department | 2012 | $7,209.00 | 17.80 | N/A | $405.00 | $405.00 |
| Ryan A. Wagner | Associate | Restructuring & Insolvency Department | 2012 | $430,672.50 | $854.00 | 1 | $554.00 | $515.00 |
| Megan Preusker | Associate | Restructuring & Insolvency Department | 2013 | $1,674.00 | 3.10 | N/A | $540.00 | N/A |
| Jessica Bayles | Associate | Energy Advisory Department | 2014 | $3,183.00 | 7.80 | N/A | $405.00 | N/A |
| Adolpho Gomes | Chief Economist, Transfer Pricing | Transfer Pricing Department | N/A | $64,375.00 | 103.00 | 0 | $625 | N/A |
| Haiyan Zhang | Financial Analyst, Transfer Pricing | Transfer Pricing Department | N/A | $6,772.50 | 21.50 | N/A | $315 | N/A |

| Paraprofessional Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application |
| Jill Kaylor-Brett | Paralegal | Restructuring & Insolvency Department | N/A | $1,480.50 | 4.70 | N/A | $315.00 | $315.00 |
| Andrea Duncliffe | Paralegal Manager | Corporate Advisory Department | N/A | $29,204.00 | 104.30 | N/A | $280.00 | N/A |
| **TOTALS:** | | | | **$1,408,859.00** | **2,169.50** | | | |