**Exhibit G**

**Summary of Actual and Necessary Expenses for the Final Fee Period**

**Summary of Actual and Necessary Expenses for the Final Fee Period**

| Expense Category | Vendor, if any | Amount |
|---|---|---|
| Binding | Williams Lea | $27.50 |
| Computer Research | Westlaw/Pacer | $4,903.99 |
| Express Mail/Federal Express | | $633.90 |
| Lodging | Dallas Marriott Hotel<br>Renaissance Dallas Hotel<br>Springhill Suites Marriott | $51,489.94 |
| Meals – Travel & Business | | $3,785.54 |
| Miscellaneous | | $868.89 |
| Telecommunications | Conference Plus a/k/a Arkadin | $493.74 |
| Transportation – Airfare | American/United Airlines | $60,477.90 |
| Transportation – Train | Amtrak | $348.00 |
| Transportation – Car Rental | Budget Car Rental | $9,861.97 |
| Transportation – Various/Parking | | $12,016.45 |
| Word Processing | Williams Lea | $245.00 |
| **Total Disbursements** | | **$145,152.82** |