# Exhibit H

**Summary of Fees by Project Category for the Final Fee Period**

## Summary of Fees by Project Category for the Final Fee Period

| Task Code Number | Project Category Description | Hours | Total Compensation Budgeted |
|---|---|---:|---:|
| B110 | Case Administration | 41.80 | $21,447.50 |
| B310 | Claims Administration and Objections | 1.20 | $458.00 |
| B130 | EFH Asset Disposition | 125.50 | 71,727.50 |
| B270 | Energy Trading | 1,366.70 | $1,038,171.00 |
| B160 | Fee/Employment Applications | 391.20 | $185,024.50 |
| B280 | Generating Assets | 28.50 | $16,003.50 |
| B340 | Hearings | 8.60 | $5,381.50 |
| B330 | Non-Working Travel | 187.40 | $60,851.50 |
| B320 | Plan and Disclosure Statement | 5.90 | $3,422.00 |
| B290 | Utilities | 12.60 | $6,354.00 |