# Exhibit I

**Budget and Staffing Plan for the Final Fee Period**

**Exhibit I-1**

**Budget for the Final Fee Period:**

| Task Code Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted |
|---|---|---|---|
| B120 | Asset Analysis & Recovery | 40 | $30,000.00 |
| B130 | Asset Disposition | 40 | $30,000.00 |
| B110 | Case Administration | 88 | $45,500.00 |
| B310 | Claims Administration and Objections | 30 | $17,000.00 |
| B130 | EFH Asset Disposition | 180 | $97,200.00 |
| B270 | Energy Trading | 2,540 | $1,923,000.00 |
| B160 | Fee/Employment Applications | 255 | 140,500.00 |
| B280 | Generating Assets | 140 | $95,000.00 |
| B340 | Hearings | 50 | $35,000.00 |
| B330 | Non Working Travel | 125 | $75,000.00 |
| B320 | Plan and Disclosure Statement | 15 | $11,000.00 |
| B140 | Relief from Stay Proceedings | 20 | $12,000.00 |
| B290 | Utilities | 60 | $44,000.00 |
|  | **TOTAL** | **3,583** | **$2,555,200.00** |

**Exhibit I-2**

**Staffing Plan for the Final Fee Period:**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter Categories During the Budget Period | Average Hourly Rate[1] |
|---|---|---|
| Partners | 3 | $881.00 |
| Associates | 6 | $506.00 |
| Paralegals | 2 | $297.00 |
| Chief Economist, Transfer Pricing | 1 | $625.00 |
| Financial Analyst, Transfer Pricing | 1 | $315.00 |
| **Total Attorney** | **9** | **$693.00** |
| **Total Non-Attorney** | **4** | **$412.00** |
| **Total** | **13** | **$525.00** |

---

[1] The Average Hourly Rate is a weighted average based on the individual hourly rate of, and projected number of hours worked by, each timekeeper over the course of the chapter 11 cases.