# Exhibit J

**Summary of Legal Services Rendered During the Final Fee Period**

## Summary of Legal Services Rendered During the Final Fee Period

| Task Code Number | Project Category Description | Hours | | Total Compensation | |
|---|---|---|---|---|---|
| | | **Budgeted** | **Billed** | **Budgeted** | **Billed** |
| B120 | Asset Analysis & Recovery | 40 | --- | $30,000.00 | --- |
| B130 | Asset Disposition | 40 | --- | $30,000.00 | --- |
| B110 | Case Administration | 88 | 41.80 | $45,500.00 | $21,447.50 |
| B310 | Claims Administration and Objections | 30 | 1.20 | $17,000.00 | $458.00 |
| B130 | EFH Asset Disposition | 180 | 125.50 | $97,200.00 | $71,727.50 |
| B270 | Energy Trading | 2,540 | 1,366.70 | $1,923,000.00 | $1,038,171.00 |
| B160 | Fee/Employment Applications | 255 | 391.20 | $140,500.00 | $185,024.50 |
| B280 | Generating Assets | 140 | 28.50 | $95,000.00 | $16,003.50 |
| B340 | Hearings | 50 | 8.60 | $35,000.00 | $5,381.50 |
| B330 | Non-Working Travel | 125 | 187.40 | $75,000.00 | $60,851.50 |
| B320 | Plan and Disclosure Statement | 15 | 5.90 | $11,000.00 | $3,422.00 |
| B140 | Relief from Stay Proceedings | 20 | --- | $12,000.00 | --- |
| B290 | Utilities | 60 | 12.60 | $44,000.00 | $6,354.00 |