# EXHIBIT B

## City of Dallas Notification

**From:** Culton, Jacqueline
**Sent:** Friday, September 25, 2015 10:13 AM
**Cc:** Puckett, Jo; Lowery, Terry
**Subject:** RE: City of Dallas Lake Fork Contract Escrow Fund Update

Update: Lake Fork Contract Escrow Fund

Greetings,

As we responded to one of our wholesale customers this morning, we want for everyone to be aware that DWU is developing a process to track the amount of money being escrowed related to each of its wholesale raw water and treated water contracts. We will be tracking each contract based on actual consumption at both the rates with and the rates without the Lake Fork dispute included. We are still working out the details and schedule for providing the information to our wholesale customers but this information is forthcoming.

For your reference, please see below the rates, provided to you in July, with and without the Lake Fork dispute:

Proposed FY 16 Wholesale Rates (with Lake Fork Rate Dispute):
Regular Untreated Water -        $0.8335 per 1,000 gallons
Interruptible Untreated Water - $0.4044 per 1,000 gallons

Treated Water Demand - $243,453 per MGD/year
Treated Water Volume -  $0.4305 per 1,000 gallons

Treated Water Flat Rate -$1.9521 per 1,000 gallons

Wholesale Rates (if the Lake Fork Rate Dispute had not been considered):
Regular Untreated Water -        $0.6331 per 1,000 gallons
Interruptible Untreated Water - $0.2589 per 1,000 gallons

Treated Water Demand - $229,571 per MGD/year
Treated Water Volume -  $0.3283 per 1,000 gallons

Treated Water Flat Rate - $1.7631 per 1,000 gallons

Please let us know if you have any further questions. We appreciate your continued support and will keep you posted.


Best Regards,

Jacqueline (Jackie) Culton, P.E., Program Manager
Wholesale Services Division
City of Dallas/Water Utilities Department
          (phone)
          (fax)

1

-----Original Message-----
From: Culton, Jacqueline
Sent: Thursday, September 17, 2015 10:32 AM
Cc: Puckett, Jo ██████████████████████████; Lowery, Terry
Subject: City of Dallas Lake Fork Contract Escrow Fund Update

Good Morning,

Dallas Water Utilities previously updated its wholesale water customers regarding Dallas' Lake Fork Water Supply Renewal Contract with the Sabine River Authority (SRA) and associated water rate dispute and litigation. We also promised to keep you abreast of developments related to this matter. Accordingly, this quick update is being provided regarding where we are in the process of setting up an escrow fund to deposit payments to SRA during the pendency of the water rate dispute and litigation.  The documents establishing the Escrow Fund with First Financial Trust & Asset Management Company, N.A., Abilene, Texas, were signed on Thursday, September 10.  The City of Dallas' initial deposit for 9 months of SRA invoices totaling $18,087,912.00 was wired to the escrow agent that same day.  For Fiscal Year 2014-15, two additional deposits of $2,009,768 will be made for August and September. Deposits to the escrow account will continue each month, as DWU is invoiced by SRA, until the rate dispute is resolved.

A copy of the Escrow Agreement is attached for your information and use. Escrow account statements will be provided to you as Dallas receives them. You will continue to receive updates from Dallas as the rate dispute process evolves.

Should you have any questions regarding this matter please contact Jody Puckett, DWU Director, at ██████████ or ████████████████████ or Terry Lowery, DWU Assistant Director, at ██████████ or ████████████████████.

Thanks for your support and patience during this process.

Sincerely,


Jacqueline (Jackie) Culton, P.E., Program Manager Wholesale Services Division
City of Dallas/Water Utilities Department
██████████ (phone)
██████████ (fax)
████████████████████

-----Original Message-----
From: Tucker-Baylor, Lekesha
Sent: Monday, August 03, 2015 8:27 AM
Subject: City of Dallas Lake Fork Contract Renewal Fact Sheet

Greetings:

Attached for your information and use in communicating with your staff, management and/or governing bodies regarding the City of Dallas' proposed water

2

3

rate increases for the upcoming fiscal year, is a Fact Sheet regarding Lake Fork Contract Renewal.  This information was also mailed to you on today.

Dallas appreciates its wholesale customers' support and will continue to keep you informed regarding this matter. Please let us know if you have any questions by contacting Jody Puckett, Director, Dallas Water Utilities, at ▮▮▮▮▮▮▮▮ or ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ or Terry Lowery, Assistant Director, Dallas Water Utilities, at ▮▮▮▮▮▮ or ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

Thanks,

Jacqueline (Jackie) Culton, P.E.
Program Manager
Wholesale Services Division
City of Dallas/Water Utilities Department
▮▮▮▮▮▮▮▮ (phone)
▮▮▮▮▮▮▮▮ (fax)
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**FACT SHEET**
**Lake Fork Contract Renewal**

- Lake Fork Water Supply Contract and Conveyance (October 1, 1981 & First Supplement July 30, 1986)
    - Original term was 33 years, with automatic renewals every 40 years thereafter
    - City entitled to receive 74% of the dependable yield of the lake
        - Contract amount is 131,860 acre-feet per year
        - Interbasin transfer to Trinity River basin of 120,000 acre-feet per year
    - Contract Paragraph 6.02 – "The amount of compensation that the [Sabine River] Authority shall be entitled to receive during any renewal term (exclusive of the Service Charge) shall be determined by mutual agreement between the City and the Authority, taking into account such price as is prevailing in the general area at the time for like contract sales of water of similar quality, quantity and contract period."

- Dallas' ratepayers funded 100% of Lake Fork construction for a total of $270,841,822.50. Dallas has retired all debt incurred to build the lake and there are no outstanding bonds.

- October 31, 2013 - Dallas sent a letter to the Sabine River Authority (SRA) stating it would renew the contract. Thus, the contract has been automatically renewed for another 40 years.

- Despite extensive negotiations, Dallas and SRA have not been able to mutually agree on the compensation amount.

- October 8, 2014 – Dallas sent a letter offering to pay 100% of the service charge (the operation and maintenance cost of the lake) for 74% of the dependable yield of Lake Fork. This would increase the current service charge from $3.0M to $4.1M, an increase of 34.9% or $0.025 per 1,000 gallons.

- October 9, 2014 – the board of directors of SRA unilaterally adopted a rate that requires Dallas to continue to pay 74% of the service charge, plus an additional $0.5613 per 1,000 gallons on a "take or pay" basis for the 131,860 acre-feet of water per year with a price escalator based on the Consumer Price Index.
    - The new rate would increase the cost of Lake Fork water from approximately $3.0M to $27.1M per year. This is 900 times the current cost or more than an 800% increase.
    - SRA's unilaterally-adopted rate does not appear to be based on its cost to provide water service to Dallas.
    - SRA's unilaterally-adopted rate is approximately twice its adopted Lake Tawakoni and Lake Fork water rate schedule for out-of-basin sales.
    - The SRA has not said how it plans to spend the additional revenues it would receive if it prevails in this water rate dispute.
    - The $27.1M cost for Lake Fork water is 31% more than the 2014 SRA basin-wide expenses of $20.7M and is 489.5% more than SRA's $4.1M total expense for Lake Fork.

- The SRA board of directors set a rate identical to Dallas' system-wide rate for its wholesale water customers. SRA contends that it can lawfully charge Dallas the same rate that Dallas charges its wholesale water customers. However, Dallas' system-wide rate for its wholesale

1

water customers is based on Dallas' cost to provide water to its wholesale customers. Dallas' rate includes the operation and maintenance of multiple reservoirs, including Lake Fork, and associated transmission systems. SRA's actual cost to provide water to Dallas is much lower.

- October 30, 2014 - In an effort to obtain a lower water rate for Dallas and all its customers, Dallas appealed SRA's rate to the Public Utility Commission (PUC), contending the rate violated the Texas Water Code and the contract. The PUC assigned an administrative law judge (ALJ) to hear the matter. The SRA requested the ALJ to abate (postpone) Dallas' appeal until a court determined whether the SRA rate was set pursuant to the Lake Fork contract. The ALJ abated the case. To obtain a court determination, Dallas filed a lawsuit against the SRA in Travis County, seeking a declaration that the SRA rate was not set pursuant to the contract. The SRA filed a plea to the jurisdiction, contending that the court lacked jurisdiction to rule in the case due to SRA's sovereign immunity. The court granted SRA's plea and dismissed the lawsuit. Dallas appealed that decision to the Austin Court of Appeals and the appeal is pending.

- February 13, 2015 – Dallas sued the SRA board members, in their official capacity, in a state district court in Orange County, contending that they acted beyond their authority when they set the rate. The SRA intervened and sued Dallas for breach of contract. Dallas filed a motion to transfer SRA's claims to a Travis County court and the motion is pending. The judge appointed to adjudicate this case recently passed away and the parties are seeking the appointment of a new judge. Meanwhile, Dallas and SRA are conducting discovery.

- April 2, 2015 – The ALJ set an interim water rate and ordered Dallas to pay the SRA's proposed rate into an escrow account during this water rate dispute.

- If Dallas prevails in the water rate dispute with SRA, Dallas and all its customers will receive a pro-rata rebate.

- The 2015 Wholesale Treated and Untreated Water Cost of Service (COS) with and without the SRA rate dispute escrow fund expense are shown below:

|  | Current cost of service | 2015 Study with Escrow Fund | 2015 Study without Escrow Fund |
| --- | --- | --- | --- |
| **Untreated Water** |  |  |  |
| Cost of service (in millions) | $5.121 | $7.840 | $5.854 |
| Percent change |  | 53.1% | 14.3% |
|  |  |  |  |
| **Treated Water** |  |  |  |
| Cost of service (in millions) | $65.196 | $72.236 | $64.332 |
| Percent change |  | 10.8% | (1.3%) |

- ***Dallas' wholesale and retail customers have already shared the cost of the total debt service to build Lake Fork and have been paying 74% of the operating and maintenance expense for the past 33+ years.***

2