# EXHIBIT C

**Raghavan Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) | (Jointly Administered) |

**DECLARATION OF SESH RAGHAVAN IN SUPPORT OF THE OBJECTION OF ENERGY FUTURE HOLDINGS CORP., ET AL., TO PROOF OF CLAIM 13319 FILED BY THE CITY OF DALLAS**

I, Sesh Raghavan, declare as follows:

1. I am a Managing Director of Evercore Group L.L.C. ("Evercore"), a financial advisory and investment banking firm with offices around the world and financial advisor and investment banker to the above-captioned debtors and debtors in possession (the "Debtors"), including Texas Competitive Electric Holdings Company ("TCEH"). I submit this Declaration (this "Declaration") in support of the *Objection of Energy Future Holdings Corp., et al., to Proof of Claim 13319 Filed by the City of Dallas* (the "Objection").[2]

2. Except where specifically noted, all of the following statements are based on my personal knowledge, information supplied or verified by the Debtors' personnel and third-party advisors, my review of relevant documents, or my opinion based upon my experience and knowledge of the Debtors' operations and financial condition, valuation and discount rate theory

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms not otherwise defined herein shall have the meaning set forth in the Objection.

and financial markets in general. If I were called upon to testify, I could and would testify competently to the facts set forth herein.

## Qualifications

3.  I am a Managing Director at Evercore, one of the world's leading independent investment banking groups that serves a diverse set of clients around the world with over 20 offices in North America, Europe, South America and Asia, including an office located at 55 East 52nd Street, New York, NY 10055.  Evercore has expertise in domestic and cross border restructurings, mergers and acquisitions, debt and equity capital markets transactions, and other financial advisory services.  Evercore has served as an experienced bankruptcy and restructuring advisor to debtors, bondholders, creditors' committees, single creditor classes and secured creditors, shareholders, and boards of directors in a variety of industries.  Evercore is a member of the Financial Industry Regulatory Authority and the Securities Investor Protection Corporation.

4.  I specialize in the firm's corporate advisory business in the power and utility group, and I have over 18 years of experience advising clients in the North American and global power and utility industry. Before joining Evercore, I was a Partner at Lexicon Partners, a UK-based investment banking advisory firm. Prior to that, I was an Executive Director at J.P. Morgan's power & utilities team in New York, where I focused on mergers & acquisitions and capital markets advisory.  I received an M.B.A. with distinction from the University of Michigan Ross School of Business at Ann Arbor, a Bachelor of Commerce degree from University of Bombay, and I am a Chartered Accountant.

5.  Prior to my involvement with the Debtors, I have been involved in numerous mergers and acquisitions in the power and utility industry over the past 18 years, as well as been

2

involved in engagements involving distressed power and utilities companies. As a significant part of my work in these engagements throughout my professional career, I have assessed the appropriate discount rate used to calculate the present value of future cash flow streams, including the weighted average cost of capital ("WACC") of power and utilities companies.

6.  In my capacity as an advisor to the Debtors, through detailed due diligence and meetings with the Debtors' managers, I am familiar with the Debtors' assets, current financials and corporate structure. At the request of the Debtors' counsel, in connection with the Objection, I have estimated the appropriate WACC for the Debtors as of 2016. In connection with the analysis set forth below, I have: (i) reviewed certain historical financial information of the Debtors for recent years and interim periods; (ii) reviewed certain internal financial and operating data of the Debtors; (iii) discussed the Debtors' operations and future prospects with the senior management team as well as their views concerning the reorganized TCEH's business prospects before and after giving effect to the Plan; (iv) reviewed and discussed certain financial, tax, and operational forecasts of the reorganized TCEH prepared by Debtors and/or Filsinger Energy Partners; (v) reviewed certain publicly available financial data for, and considered the market value of, companies that Evercore deemed as a Peer Group to reorganized TCEH; (vi) reviewed the Plan and related documents; (vii) considered certain economic and industry information relevant to the operating business; (viii) literature standard throughout the financial community regarding risk premiums used to calculate a WACC; and (ix) conducted such other studies, analyses, inquiries and investigations as Evercore deemed appropriate.

7.  In preparing this Declaration, I have relied upon my experience and knowledge as a financial advisor and investment banker engaged in numerous restructurings power and utilities

assignments over the past 18 years.  In addition, in preparing this Declaration I was assisted by Evercore financial professionals working under my direction and supervision.

## Opinions

8.     Based on the analysis below that I have performed, my opinion is that the appropriate WACC for TCEH is between 6.5% and 7.0%, with a midpoint of 6.8%.  To the extent the Court determines that TCEH's WACC as of 2016 is the appropriate discount rate to use with respect to lease damages estimation, the discount rate that should be applied would be 6.8%.

9.     The WACC is used to estimate a company's weighted average cost of all financing sources, and it is interpreted as the weighted average of the rates of return required by various providers of capital, consistent with the time value of money. As a result, the WACC is a primary input often used by businesses to discount a stream of future cash flows to present value.  It is also frequently used by valuation experts to value a company using a discounted cash flow analysis.

10.    The WACC is determined by calculating the weighted average of the expected returns on the debt and the equity.  In our analysis, we have estimated the cost of debt and capital structure for reorganized TCEH based on the anticipated funded debt amount at emergence and the anticipated pricing for the funded debt.   The cost of equity was estimated using the capital asset pricing model ("CAPM").  The CAPM first calculates the expected equity return on the Peer Group by regressing the returns of those companies' equity against the returns of the broader market.  This correlation between a company's equity return and the broader market equity return is commonly known as "Beta" and essentially tries to gauge how much a particular stock price moves vis-à-vis the market overall.  The Beta is then used to adjust the market's

equity risk premium, which is the return of the market in excess of the risk-free rate. To this adjusted risk premium we added a size premium (smaller companies are generally considered riskier) and the risk-free rate, which determines the final cost of equity.

11. To identify the Debtors' Peer Group, I conducted a broad search of publicly traded companies in the power generation space, and ultimately arrived at the following companies:

      1. Calpine Corporation
      2. Dynegy, Inc.

12. Attached as **Exhibit 1** are statistics regarding the Peer Group, including their market values, Betas and relative capital structure weightings. From these statistics, I derived the appropriate components of the Debtors' WACC as set forth below:

| **Component** | **Assumption** | **Comments** |
|---|---|---|
| Risk Free Rate | 2.0% | 20-year Treasury bond yield as of 6/16/2016 |
| Equity Risk Premium | 6.0% | Per 2016 Valuation Handbook (Wiley and Duff & Phelps); based on supply-side market risk premium |
| Selected Unlevered Beta | 0.65 | Average of the Peer Group's 2-year weekly levered beta unlevered at the average capital structure over the last two years |
| Implied Levered Beta | 0.88 | Adjusting Beta to account for "target" capital structure |
| Size Risk Premium | 0.9% | Per 2016 Valuation Handbook (Wiley and Duff & Phelps); size premium based on Decile 3 (0.86% for companies with market capitalization between $5.2bn and $9.6bn) |
| Pre-tax Cost of Debt | 6.75% | Built up from the 7-year LIBOR, the spread above the risk-free rate, and the embedded original-issuance discount. *See* **Exhibit 2**. |
| Tax Rate | 35.49% | Assumption based on federal and state taxes |
| Target Debt / Total Capitalization | 35.8% | Assumes $3.65 billion debt at TCEH and enterprise value based on TCEH's midpoint valuation |

5

| Target Equity / Total Capitalization | 64.2% | Assumes $3.65 billion debt at TCEH and enterprise value based on TCEH's midpoint valuation |
|---|---|---|

13.　The various components resulted in an after-tax cost of debt of 4.35%, a cost of equity of 8.2%, and a WACC of 6.8%. *See* **Exhibit 3**.

## Conclusions

14.　This Declaration and the attached Exhibits provide my opinion and analysis on the appropriate WACC for the TCEH in 2016. Using standard WACC calculation methodologies, the appropriate WACC for the Debtors is 6.8%.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: August 25, 2016                              Respectfully submitted,


                                                    */s/ Sesh Raghavan*
                                                    Sesh Raghavan
                                                    Managing Director
                                                    Evercore Group L.L.C

## EXHIBIT 1 to EXHIBIT C

| Company | Market Value | Gross Debt | Gross Debt / TEV | Levered Beta | Unlevered Beta |
|---|---|---|---|---|---|
| **Peer Trading Companies** | | | | | |
| Calpine | $5,023 | $11,857 | 70.2% | 1.16 | 0.62 |
| Dynegy | $2,532 | $9,812 | 79.5% | 1.29 | 0.68 |
| Mean | | | 74.9% | 1.22 | 0.65 |
| Median | | | 74.9% | 1.22 | 0.65 |

## **EXHIBIT 2** to **EXHIBIT C**

| Weighted-Average Cost of Debt | |
|---|---:|
| **Secured Debt** | |
| 7-year Forward LIBOR Curve | 1.52% |
| Spread | 5.00% |
| OID | 0.14% |
| Total | 6.67% |
| **Pre-tax Cost of Debt** | **6.67%** |
| **Pre-tax Cost of Debt** | **6.75%** |

**EXHIBIT 3 to EXHIBIT C**

| WACC Calculation | |
|---|---|
| Risk-free Rate | 2.0% |
| Unlevered Beta | 0.65 |
| Target Debt/TEV | 35.8% |
| Tax Rate | 35.5% |
| Adj. Levered Beta | 0.88 |
| | |
| Market Risk Premium | 6.0% |
| Size Premium | 0.9% |
| Equity Cost of Capital | 8.2% |
| | |
| Pre-tax Cost of Debt | 6.75% |
| After-tax Cost of Debt | 4.35% |
| **WACC** | **6.8%** |