# EXHIBIT D

**Proposed Order**

RLF1 15088759v.1

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] ) | Case No. 14-10979 (CSS) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |

### ORDER SUSTAINING DEBTORS' PARTIAL OBJECTION
### TO PROOF OF CLAIM NO. 13319 FILED BY THE CITY OF DALLAS

Upon the *Objection of Energy Future Holdings Corp., et al., to Proof of Claim 13319 Filed by the City of Dallas,* (the "Objection");[2] the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); the Court having found that venue of this case and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; the Court having found that the relief requested in the Objection is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Court having found that the Debtors provided appropriate notice of the Objection and the opportunity for a hearing on the Objection (the "Hearing") under the circumstances; and the Court having reviewed the Objection, the *Declaration of Sesh Raghavan in Support of the Objection of Energy Future Holdings Corp., et al., to Proof of Claim 13319 Filed by the City of Dallas*, and having heard the statements in

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used, but not otherwise defined, herein shall be given the same meanings ascribed to them in the Objection.

support of the relief requested therein at the Hearing, if any; the Court having determined that the legal and factual bases set forth in the Objection and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefore;

IT IS HEREBY ORDERED THAT:

1. The Objection is SUSTAINED and the relief requested therein is GRANTED as set forth herein.

2. Claim No. 13319 asserted by the City of Dallas in the amount of $16,223,382.78 comprised of two parts: (a) a $6,445,897.62 administrative claim under section 503(b)(7) of the Bankruptcy Code and (b) a $9,777,485.16 general unsecured claim under section 502(b)(6) of the Bankruptcy Code (the "Proof of Claim") is hereby REDUCED, MODIFIED, RECLASSIFIED, and ALLOWED as follows: (i) $4,053,043.84 of the Proof of Claim is ALLOWED against Luminant as an administrative claim under section 503(b)(7) of the Bankruptcy Code; and (ii) $1,857,182.22 of the Proof of Claim is ALLOWED against Luminant as general unsecured claim under section 502(b)(6) of the Bankruptcy Code.

3. Epiq Bankruptcy Solutions, LLC, the Debtors' claims and noticing agent, is authorized and directed to update the official claims register in these chapter 11 cases to reflect the provisions of this Order.

4. The Objection and this Order do not prejudice the rights of the Debtors, or any other party in interest, to object to the Remaining Claim on any other grounds whatsoever. Moreover, the Debtors retain all further substantive and/or procedural objections they may have with respect to the Remaining Proof of Claim.

3

5. This Court shall retain jurisdiction over the Debtors and the City of Dallas with respect to any matters related to or arising from the Objection or the implementation of this Order.

Dated: _____, 2016
      Wilmington, Delaware

                                              _____
                                              THE HONORABLE CHRISTOPHER S. SONTCHI
                                              UNITED STATES BANKRUPTCY JUDGE