**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| | ) | |
| In re | ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) | Case No. 14-10979 (CSS) |
| *Debtors*. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Related to Docket No. 9381** |

**NOTICE OF INTENT TO PARTICIPATE IN DISCLOSURE STATEMENT
PROCEEDINGS AND CONFIRMATION PROCEEDINGS FOR NEW PLAN**

In accordance with the Order Scheduling Certain Hearing Dates and Deadlines and

Establishing Certain Protocols in Connection with the Confirmation of Debtors' Joint Plan of

Reorganization as it Relates to the EFH/EFIH Debtors dated August 24, 2016 (No. 14-10979,

D.I. 9381)[1] (the "Third Amended Plan Confirmation Scheduling Order"), Delaware Trust

Company (the "Trustee"), indenture trustee for first lien notes ("Notes") issued by Energy Future

Intermediate Holding Company LLC and EFIH Finance Inc. (together "EFIH"), and as collateral

trustee, hereby provides notice of intent to participate in the EFH/EFIH Disclosure Statement

Proceedings and the EFH/EFIH Confirmation Proceedings (as defined in the Third Amended

Plan Confirmation Scheduling Order).

     1.     The address of the Trustee is:

     Delaware Trust Company
     Attn:  Sandra E. Horwitz
     2711 Centerville Road
     Wilmington, DE 19808

     2.     The Trustee's claims against the Debtors are set forth in (among other pleadings,

orders and filings) the following:

---

[1] Unless otherwise specified, references to case numbers and docket entries refer to cases in the
United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

(a) The motion seeking (i) a determination that acceleration of the Notes could be rescinded without violating the automatic stay or (ii) in the alternative, relief from the automatic stay to rescind acceleration of the Notes (No. 14-10979, D.I. 473);

(b) The action for a declaratory judgment that EFIH's repayment of the Notes would require it to pay a "make whole" or other damages to holders of the Notes (No. 14-10979, D.I. 470; No. 14-50363, D.I. 1);

(c) The appeal[2] from the Memorandum Order dated February 16, 2016 of the United States District Court for the District of Delaware (No. 15-00620, D.I. 57, D. Del.) and from the following orders, judgments, and decrees of the Bankruptcy Court: (i) Order dated July 8, 2015 (No. 14-10979, D.I. 4940; No. 14-50363, D.I. 305); (ii) Findings of Fact and Conclusions of Law dated July 8, 2015 (No. 14-10979, D.I. 4939; No. 14-50363, D.I. 304); (iii) Order dated March 26, 2015 (No. 14-10979, D.I. 3985; No. 14-50363, D.I. 246); (iv) Findings of Facts and Conclusions of Law Regarding Cross-Motions for Summary Judgment dated March 26, 2015 (No. 14-10979, D.I. 3984; No. 14-50363, D.I. 245); (v) Any and all orders, opinions, findings of fact, conclusions of law, rulings, or other decisions that merged in the foregoing Orders, Findings of Fact and Conclusions of Law; and

(d) Proofs of claim filed by the Trustee with the following claim numbers[3]:

- 8024
- 8025
- 8026

---

[2] *See* Notice of Appeal filed on February 17, 2016 (No. 15-00620, D.I. 58, D. Del.); Notice of Appeal filed on July 17, 2015 (No. 14-10979, D.I. 5035; No. 14-50363, D.I. 308) as amended on July 22, 2015 (No. 14-10979, D.I. 5074; No. 14-50363, D.I. 312).

[3] This list does not include proofs of claim filed by the Trustee that were disallowed, without prejudice, by order of this Court as having been amended or superseded by subsequent proofs of claim.

- 8027

- 8028

- 8029

- 8030

- 8031

- 8032

- 8033

3. The names and addresses of counsel to the Trustee are:

COLE SCHOTZ P.C.
Norman L. Pernick (Bar No. 2290)
J. Kate Stickles (Bar No. 2917)                Warren A. Usatine
500 Delaware Avenue, Suite 1410               Court Plaza North
Wilmington, DE 19801                          25 Main Street
Telephone: 302-652-3131                       Hackensack, NJ 07602
Facsimile: 302-652-3117                       Telephone: 201-489-3000
npernick@coleschotz.com                       Facsimile: 201-489-1536
kstickles@coleschotz.com                      wusatine@coleschotz.com


WILMER CUTLER PICKERING HALE AND
DORR LLP
Philip D. Anker                               Dennis L. Jenkins
Charles C. Platt                              60 State Street
7 World Trade Center                          Boston, MA 02109
250 Greenwich Street                          Telephone: 617-526-6000
New York, NY 10007                            Facsimile: 617-526-5000
Telephone: 212-230-8800                       Dennis.Jenkins@wilmerhale.com
Facsimile: 212-230-8888
Philip.Anker@wilmerhale.com
Charles.Platt@wilmerhale.com


DRINKER BIDDLE & REATH LLP
James H. Millar                               Todd C. Schiltz
1177 Avenue of the Americas                   222 Delaware Ave, Suite 1410
41st Floor                                    Wilmington, DE 19801-1612
New York, NY 10036-2714                       Telephone: 302-467-4200
Telephone: 212-248-3264                       Facsimile: 302-467-4201
Facsimile: 212-248-3141                       todd.schiltz@dbr.com
James.Millar@dbr.com

Dated:  August 29, 2016

*/s/  Norman L. Pernick*
COLE SCHOTZ P.C.
Norman L. Pernick (Bar No. 2290)
J. Kate Stickles (Bar No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801
Telephone: 302-652-3131
Facsimile:  302-652-3117
npernick@coleschotz.com
kstickles@coleschotz.com

Warren A. Usatine
Court Plaza North
25 Main Street
Hackensack, NJ 07602
Telephone: 201-489-3000
Facsimile:  201-489-1536
wusatine@coleschotz.com

WILMER CUTLER PICKERING HALE AND DORR LLP
Philip D. Anker
Charles C. Platt
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: 212-230-8800
Facsimile:  212-230-8888
Philip.Anker@wilmerhale.com
Charles.Platt@wilmerhale.com

Dennis L. Jenkins
60 State Street
Boston, MA 02109
Telephone:  617-526-6000
Facsimile: 617-526-5000
Dennis.Jenkins@wilmerhale.com

DRINKER BIDDLE & REATH LLP
James H. Millar
1177 Avenue of the Americas
41st Floor
New York, NY 10036-2714
Telephone:  212-248-3264
Facsimile:   212-248-3141
James.Millar@dbr.com

Todd C. Schiltz
222 Delaware Ave, Suite 1410
Wilmington, DE  19801-1612
Telephone:  302-467-4200
Facsimile:  302-467-4201
todd.schiltz@dbr.com

*Counsel for Delaware Trust Company,*
*as successor indenture trustee*