# SIGN-IN SHEET

**CASE NAME:** Energy Future
**CASE NO:** 14-10979

**COURTROOM LOCATION:** 6
**DATE:** 8/26/2016 at 12:30 P.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Christopher Simon | Cross & Simon | EFH Indenture Trustee |
| Richard Pedone | Nixon Peabody | " |
| Eric Daucher | Chadbourne & Parke | |
| David Primack | McElroy Deutsch Mulvaney Carpenter | NextEra Energy |
| Gary Stephenson | Bielli & Klauder | TCEH Debtors conflicts |
| Michael Firestein | Proskauer | EFH |
| Chad Husnick | Kirkland Ellis LLP | EFH |
| Marc Kieselstein | " | EFH Debtors |
| Mark McKane | " | EFH |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# SIGN-IN SHEET

**CASE NAME:** Energy Future
**CASE NO:** 14-10979
**COURTROOM LOCATION:** 6
**DATE:** 8/26/2016 at 12:30 P.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Marc Silverman / Grant Mainkin | Paul Weiss | Ad Hoc Committee of TCEH First Lien Creditors |
| Pauline Morgan | Young Conaway | TCEH First Lien Creditors |
| Jeremy W. Ryan | Potter Anderson & Corroon | Deutsche Bank New York |
| C. Stephen McNeill | " | " |
| Stephen M. Miller | Morris James LLP | |
| | | Law Debenture of NY, Indenture Trustee |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# Court Conference

## U.S. Bankruptcy Court-Delaware

### Confirmed Telephonic Appearance Schedule
### Honorable Christopher S. Sontchi
### #6

Calendar Date: 08/26/2016
Calendar Time: 12:30 PM ET

Amended Calendar 08/26/2016 09:05 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10978 | Hearing | 7805081 | Ephraim Diamond | (646) 282-5841 | DK Partners | Interested Party, DK Partners / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7802840 | Alysa Ain | (212) 859-8000 | Fried, Frank, Harris, Shriver & Jacobson LLP | Client, Fidelity Management & Research / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7807061 | Arlene R. Alves | (212) 574-1204 | Seward & Kissel LLP | Creditor, Wilmington Trust as First Lien Collateral Agent and Administrative Agent / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7808009 | Nii-Amar Amamoo | (212) 506-1933 ext. 00 | Kasowitz, Benson, Torres & Friedman, LLP | Creditor, Ad Hoc Committee / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7805268 | Ashley F. Bartram | (512) 475-4937 | State of Texas - Office of the Attorney General -Bankruptcy & Collections Div.Only | Interested Party, Public Utility Commission of Texas / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7807550 | Ward Benson | (202) 514-9642 | U.S. Department of Justice | Creditor, United States of America / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7807071 | William Bowden | (302) 654-1888 | Ashby & Geddes | Interested Party, Wilmington Savings Fund Society, FSB / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7805980 | Peg A. Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Dow Jones & Co. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7802541 | Kellie Cairns | (212) 373-3012 | Paul Weiss Rifkind Wharton & Garrison | Creditor, The Steering Committee of TCEH First Lien Lenders / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7799266 | Christopher L. Carter | (617) 951-8063 | Morgan Lewis & Bockius LLP | Creditor, Pacific Investment Management Company / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7793150 | Michael Carter - Client | (214) 953-6500 | Baker Botts LLP | Interested Party, Hunt Utility Services / LISTEN ONLY |

| Party | Case | Type | CourtCall ID | Name | Phone | Firm | Role |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7809621 | Matthew Chiappardi | (609) 935-1670 | Law 360 | Interested Party, Law 360 / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7809690 | Jim Christie | (415) 677-2539 | Thomson & Reuters | Interested Party, Thomson & Reuters / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7809704 | Steven H. Church | (302) 661-7606 | Bloomberg LP | Non-Party, Bloomberg LP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7808623 | Maria Chutchian | (646) 378-3108 | Merger Market | Interested Party, Debtwire / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7806188 | Mark A. Cody | (312) 269-4392 | Jones Day | Creditor, Oncor Electric Delivery Holdings Company, LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7788103 | Eric C. Daucher | (212) 408-5405 | Chadbourne & Parke, LLP | Interested Party, NextEra Energy / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7809622 | Laura Davis Jones | (302) 778-6401 | Pachulski Stang Ziehl & Jones | Creditor, Indenture Trustee & EFIH Second Lien Group / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7809907 | Alexander DeFelice | (212) 651-9507 | MatlinPatterson Global Opportunities Fund | Creditor, Energy Future Holdings / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7794115 | Stacey Dore | (212) 446-6411 | Energy Future Holdings Corp. | Debtor, Energy Future Holdings / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7803244 | Justin K. Edelson | (302) 252-0925 | Polsinelli PC | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7802559 | Jamie L. Edmonson | (302) 298-3520 | Venable LLP | Creditor, Pacific Investement Management Company / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7809840 | Philip G. Eisenberg | (713) 226-1304 | Locke Lord LLP | Interested Party, Locke Lord LLP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7797450 | Catherine Eisenhut | (941) 306-7283 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Ad Hoc Committee of Unsecured Note Holders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7791969 | Barry Felder | (212) 338-3540 | Foley & Lardner LLP | Trustee, UMB / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7803462 | GianClaudio Finizio | (302) 429-9240 | Bayard P.A. | Trustee, Delaware Trust / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7802476 | Mark A. Fink | (302) 504-7811 | Montgomery, McCracken, Walker & Rhoads, LLP | Creditor, Official committe of unsecured creditors / LISTEN ONLY |

| Matter | Case | Type | CourtCall ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7801853 | Michael Firestein | (310) 284-5661 | Proskauer Rose LLP | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7804592 | Daniel Fliman | (212) 506-1713 | Kasowitz, Benson, Torres & Friedman, LLP | Interested Party, The Ad Hoc EFH Legacy Note Holders / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7770895 | Philip A. Gelston | (212) 474-1548 | Cravath Swaine & Moore LLP | Specially Appearing For, Energy Future Intermediate Holding Company LLC / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7809670 | Richard Gitlin - Client | (608) 284-2654 | Godfrey & Kahn, S.C. | Client, Richard Gitlin / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7804587 | Andrew Glenn | (212) 506-1747 | Kasowitz, Benson, Torres & Friedman, LLP | Interested Party, Contrarian Capital Management, LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7806097 | Seth Goldman | (213) 683-9554 | Munger, Tolles & Olson LLP | Interested Party, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7802847 | Brian Glueckstein | 212-558-4000 | Sullivan & Cromwell LLP | Creditor, Unsecured Creditors Committee / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7802432 | Todd M. Goren | (212) 468-8000 | Morrison & Foerster LLP | Representing, The Official Committee of Unsecured Creditors / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7802905 | Kurt Gwynne | (302) 778-7550 | Reed Smith LLP | Creditor, Bank of New York Mellon / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7743446 | Christopher Hahm | (212) 530-5198 | Milbank, Tweed, Hadley & McCloy, LLP | Creditor, Citibank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7805062 | Mark F. Hebbeln | (312) 832-4394 | Foley & Lardner, LLP | Trustee, UMB Bank N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7807876 | Daniel K. Hogan | (302) 656-7540 | Hogan McDaniel | Creditor, Fenicle, Fahy, and Jones / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7794067 | Natasha Hwangpo | (212) 909-3198 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7801669 | Anna Kalenchits | (212) 723-1808 | Citi Group Global Markets | Interested Party, Citi Group Global Markets / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7802922 | Sarah Kam | (212) 549-0284 | Reed Smith LLP | Creditor, Bank of New York / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7802835 | Gary L. Kaplan | (212) 859-8812 | Fried, Frank, Harris, Shriver & Jacobson LLP | Creditor, Fidelity Management & Research Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7798239 | Harold Kaplan | (312) 832-4393 | Foley & Lardner LLP | Trustee, UMB Bank / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7807618 | Mark D. Kotwick | (212) 574-1545 | Seward & Kissel LLP | Interested Party, Wilmington Trust / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7809755 | Vincent Lazar | (312) 923-2989 | Jenner & Block LLP | Debtor, Energy Future Intermediate Holding Company LLC / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7805949 | Michael Lee | (212) 317-3374 | Carl Marks Strategic | Interested Party, Carl Marks Strategic / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7803354 | Raymond Lemisch | (302) 552-5503 | Klehr Harrison Harvey Branzburg LLP | Creditor, UMB Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7805967 | Daniel A. Lowenthal | (212) 336-2720 | Patterson Belknap Webb & Tyler | Creditor, Law Debenture Trust Company of New York / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7803166 | Jonathan D. Marshall | (617) 856-8326 | Brown Rudnick LLP | Interested Party, Wilmington Savings Funds Society / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7807936 | Garvan McDaniel | (302) 656-7540 | The Hogan Firm | Creditor, Contrarian Capital Management, LLC / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7805261 | Hal F. Morris | (512) 475-4550 | State of Texas - Office of the Attorney General -Bankruptcy & Collections Div.Only | Interested Party, Public Utility Commission of Texas / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7807701 | Brett H. Miller | (212) 468-8051 | Morrison & Foerster LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7803449 | Tina Moss | (212) 262-6910 | Perkins Coie LLP | Creditor, Delaware Trust Company / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7806224 | Michael Neumeister | (213) 229-7006 | Gibson, Dunn & Crutcher LLP | Interested Party, Gibson, Dunn & Crutcher LLP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7747456 | Kevin O'Neill | (212) 373-3000 | Paul Weiss Rifkind Wharton & Garrison | Creditor, Steering Committee of TCEH Lenders / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7808583 | Richard Pedone | (617) 345-6139 | Nixon Peabody LLP | Interested Party, American Stock Transfer / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7809618 | Meredith Pfister | (212) 412-1368 | Barclays Bank PLC | Interested Party, Barclays Bank PLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7801436 | Christy Rivera | (212) 408-5100 | Chadbourne & Parke LLP | Creditor, NextEra / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7809725 | Tracy Rucinski | (312) 550-5937 | Thomson & Reuters | Interested Party, Tracy Rucinski / LISTEN ONLY |

| Party | Case | Proceeding | ID | Name | Phone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7809540 | Robin Russell | 203-353-3101 | Bennett Management Corporation | Interested Party, Bennett Management Corporation / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7802569 | Jeffrey S. Sabin | (212) 307-5500 | Venable LLP | Creditor, Pacific Investement Management Company / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7802424 | Richard Schepacarter | (302) 573-6491 | Office of the United States Trustee | U.S. Trustee, Richard Schepacarter / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7778481 | Ned S. Schodek | (212) 848-7052 | Shearman & Sterling LLP | Creditor, Deutsche Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7744580 | Noah M Schottenstein | (214) 953-6500 | Baker Botts LLP | Interested Party, Hunt Utility Services / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7788638 | Jennifer Sharret | (212) 715-9516 | Kramer Levin Naftalis & Frankel LLP | Creditor, Trustee for Second Lien Notes / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7808330 | Angelo Thalassinos | (212) 588-8890 | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7807250 | Mark K. Thomas | (312) 962-3550 | Proskauer Rose LLP | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7809060 | Amer Tiwana | (646) 616-3052 | Cowen and Company | Interested Party, Cowen and Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7747454 | Michael Turkel | (212) 373-3689 | Paul Weiss Rifkind Wharton & Garrison | Creditor, The Steering Committee of TCEH First Lien Lenders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7806264 | Matthew Underwood | 212-588-5148 | HBK Capital | Interested Party, HBK Capital / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7809577 | Tamara Van Heel | (305) 995-5232 | White and Case | Creditor, Ad Hoc Committe of TECH Unsecured Noted Holders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7806090 | Thomas Walper | (213) 593-5393 | Munger, Tolles & Olson LLP | Interested Party, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7803453 | Andrew Wang | (202) 488-1285 | Kobre & Kim LLP | Trustee, Deleware Trust Company / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7794154 | Aparna Yenamandra | (212) 446-4800 | Kirkland & Ellis LLP | Debtor, Energy Future Holding Corporation / LISTEN ONLY |

Ruben Alba ext. 171

Copyright © 2016 CourtCall, LLC. All Rights Reserved.

Page 5 of 5