IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: D.I. 9199, 9321, 9374** |

**CERTIFICATION OF COUNSEL CONCERNING
ORDER CONFIRMING THE THIRD AMENDED JOINT PLAN
OF REORGANIZATION OF ENERGY FUTURE HOLDINGS CORP.,
*ET AL.*, PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE AS
IT APPLIES TO THE TCEH DEBTORS AND EFH SHARED SERVICES DEBTORS**

On August 23, 2016, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 9199] (as modified by D.I. 9321 and 9374, and as may be further amended, modified, or supplemented, the "Plan"), with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Court"). A trial to consider confirmation of the Plan as it relates to the TCEH Debtors[2] and EFH Shared Services Debtors commenced before the Court on August 17, 2016 and concluded on August 24, 2016. On August 26, 2016, ruling from the bench, the Court confirmed the Plan as it relates to the TCEH Debtors and EFH Shared Services Debtors.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used, but not otherwise defined, herein shall be ascribed the same meanings given to them in the Plan.

RLF1 15090636v.1

On August 16, 2016, the Debtors filed a proposed form of the *Order Confirming the Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the TCEH Debtors and EFH Shared Services Debtors* [D.I. 9323]. Thereafter, on August 25, 2016, the Debtors filed an amended proposed form of the *Order Confirming the Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the TCEH Debtors and EFH Shared Services Debtors* [D.I. 9403] (the "Amended Proposed Confirmation Order").

Based on the record of the August 26, 2016 hearing held before the Court wherein the Court confirmed the Plan as it relates to the TCEH Debtors and EFH Shared Services Debtors, the Debtors have prepared a further revised form of the *Order Confirming the Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the TCEH Debtors and EFH Shared Services Debtors* (the "Final Proposed Confirmation Order"). A copy of the Final Proposed Confirmation Order is attached hereto as **Exhibit 1**. For the convenience of the Court and other parties-in-interest, a redline of the Final Proposed Confirmation Order marked against the Amended Proposed Confirmation Order filed with the Court on August 25, 2016 is attached hereto as **Exhibit 2**.

The Debtors believe that the Final Proposed Confirmation Order is consistent with the Court's bench rulings made on the record of the hearing held before the Court on August 26, 2016 (including overruling the objections to the Plan as it relates to the TCEH Debtors and EFH Shared Services Debtors). The Final Proposed Confirmation Order also contains certain reservations of rights of parties-in-interest with respect to the Plan as it relates to the EFH Debtors and EFIH Debtors. The Debtors circulated a copy of the Final Proposed Confirmation

Order to counsel to each of (i) American Stock Transfer & Trust Company LLC, in its capacity as EFH Indenture Trustee; (ii) the ad hoc group of TCEH first lien lenders; (iii) the official committee of unsecured creditors of Energy Future Competitive Holdings Company LLC ("EFCH"), Texas Competitive Electric Holdings Company LLC ("TCEH"), the direct and indirect Debtor subsidiaries of EFCH and TCEH, and EFH Corporate Services Company; and (iv) the ad hoc group of TCEH unsecured noteholders, and none of the parties to whom the Final Proposed Confirmation Order was circulated object to its entry. Consequently, the Final Proposed Confirmation Order should be entered.

The Debtors therefore respectfully request that the Court enter the Final Proposed Confirmation Order, substantially in the form attached hereto as **Exhibit 1**, at its earliest convenience.

*[Remainder of page intentionally left blank.]*

Dated: August 29, 2016
Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
          defranceschi@rlf.com
          madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    edward.sassower@kirkland.com
          stephen.hessler@kirkland.com
          brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    james.sprayregen@kirkland.com
          marc.kieselstein@kirkland.com
          chad.husnick@kirkland.com
          steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

RLF1 15090636v.1