## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | : Case No. 14-10979 (CSS) |
| | : |
| | : (Jointly Administered) |
| Debtor. | : **Related to Docket No. 9412** |

### AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | ) SS |
| NEW CASTLE COUNTY | ) |

I, Kimberly Karstetter, being duly sworn according to law, depose and state that I am employed by Cole Schotz P.C., and that on August 29, 2016, I caused a copy of the Notice of Intent to Participate in Disclosure Statement Proceedings and Confirmation Proceedings for New Plan (Docket No. 9412) to be served via Electronic Mail on the Participating Parties (as defined in the Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection With Confirmation of the Debtors' Joint Plan of Reorganization as it Relates to the EFH/EFIH Debtors [D.I. No 9381]) at the following email address set up by the Debtors to allow for service on all Participating Parties: EFH_DS_Discovery_Service_List@kirkland.com.

Kimberly A. Karstetter, Paralegal
COLE SCHOTZ P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801
Telephone: (302) 652-3131

SWORN TO AND SUBSCRIBED before me
this 29th day of August, 2016

NOTARY PUBLIC
RACHEL DEELY
NOTARY PUBLIC, State of Delaware
My Commission Expires October 23, 2016