## EXHIBIT A

**[Statement of Fees by Subject Matter]**

| Description | Total Hours Billed | Total Fees |
|---|---|---|
| [ALL] BK Retention and Fee Applications | 4.2 | $885.00 |
| [ALL] Case Administration | 1.1 | $348.00 |
| [ALL] Claims Administration & Objections | 0.9 | $247.50 |
| [ALL] Hearings | 2.5 | $875.00 |
| [ALL] Non-BK Fee/Employment Applications | 2.0 | $407.50 |
| [ALL] Plan and Disclosure Statement | 4.6 | $1,565.00 |
| [ALL] Tax Issues | 0.3 | $105.00 |
| **Total** | **15.6** | **$4,433.00** |