# EXHIBIT D

**[Detailed Description of Expenses and Disbursements]**

Case 14-10979-CSS    Doc 9433-4    Filed 08/30/16    Page 1 of 2

| Date | Category | Description | Total Expenses |
|---|---|---|---:|
| 07-20-2016 | Filing/Court Fees | PACER | $2.70 |
| 07-21-2016 | Filing/Court Fees | PACER | $0.30 |
| 07-28-2016 | Filing/Court Fees | PACER | $2.30 |
| **Total** | | | **$5.30** |