IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 14-10979 <br><br> (Jointly Administered) <br><br> **[Related to D.I. Nos. 3118, 3119, 4279 and 5331]** |

**THIRD SUPPLEMENTAL DECLARATION OF RONEN BOJMEL IN SUPPORT OF THE APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ENERGY FUTURE HOLDINGS CORPORATION, ENERGY FUTURE INTERMEDIATE HOLDING COMPANY, LLC, EFIH FINANCE, INC. AND EECI, INC. FOR AN ORDER (A) AUTHORIZING THE RETENTION AND EMPLOYMENT OF GUGGENHEIM SECURITIES, LLC AS INVESTMENT BANKER TO THE COMMITTEE *NUNC PRO TUNC* TO NOVEMBER 12, 2014 AND (B) WAIVING CERTAIN INFORMATION REQUIREMENTS PURSUANT TO LOCAL RULE 2016-2(h)**

I, Ronen Bojmel, hereby declare as follows:

1. I am a senior managing director and co-head of restructuring at Guggenheim Securities, LLC ("**Guggenheim Securities**"), an investment banking, securities trading and brokerage firm with headquarters at 330 Madison Avenue, New York, New York 10017.

2. I submit this third supplemental declaration (the "**Third Supplemental Declaration**") in support of my prior declarations that were submitted in connection with the *Application of the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc. and EECI, Inc. for an Order (A) Authorizing the Retention and Employment of Guggenheim Securities, LLC as Investment Banker to the Committee* Nunc Pro Tunc *to November 12, 2014*

---

[1] The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

1

and (B) Waiving Certain Information Requirements Pursuant to Local Rule 2016-2(h) [D.I. 3118] (the "**Retention Application**").

3. In support of the Retention Application, Guggenheim Securities filed the *Declaration of Ronen Bojmel in Support of the Application of the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc. and EECI, Inc. for an Order (A) Authorizing the Retention and Employment of Guggenheim Securities, LLC as Investment Banker to the Committee* Nunc Pro Tunc *to November 12, 2014 and (B) Waiving Certain Information Requirements Pursuant to Local Rule 2016-2(h)*, attached as Exhibit C to the Retention Application [D.I. 3119] (the "**Bojmel Declaration**"). Following the Court's approval of the Retention Application, and in further support of the Retention Application, Guggenheim Securities has filed (i) the *Supplemental Declaration of Ronen Bojmel in Support of the Application of the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc. and EECI, Inc. for an Order (A) Authorizing the Retention and Employment of Guggenheim Securities, LLC as Investment Banker to the Committee* Nunc Pro Tunc *to November 12, 2014 and (B) Waiving Certain Information Requirements Pursuant to Local Rule 2016-2(h)* [D.I. 4279] (the "**First Supplemental Declaration**") and (ii) the *Second Supplemental Declaration of Ronen Bojmel in Support of the Application of the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc. and EECI, Inc. for an Order (A) Authorizing the Retention and Employment of Guggenheim Securities, LLC as Investment Banker to the Committee* Nunc Pro Tunc *to November 12, 2014 and (B) Waiving Certain Information Requirements Pursuant to Local Rule 2016-2(h)* [D.I. 5331] (the "**Second Supplemental Declaration**").

4. Since the filing of the Bojmel Declaration, the First Supplemental Declaration and the Second Declaration, it has come to my attention that Bank of New York Mellon Corporation,

which is listed among the "Parties-in-Interest" on Scheduled 1 to the Bojmel Declaration, is a client of Guggenheim Securities in matters wholly unrelated to the Debtors and these chapter 11 cases.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct.

Dated:  August 31, 2016

Ronen Bojmel