# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | Jointly Administered |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on August 31, 2016, counsel to certain funds and accounts advised or sub-advised by Fidelity Management & Research Company or its affiliates, served true and correct copies of the **Supplemental Document Requests of certain funds and accounts advised or sub-advised by Fidelity Management & Research Company or its affiliates Directed to the Debtors** via electronic mail upon the Participating Parties Service List at EFH_DS_Discovery_Service_List@kirkland.com.

*[Signature Page to Follow]*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification Numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

Dated: August 31, 2016                       CROSS & SIMON, LLC
      Wilmington, Delaware

*/s/ Michael J. Joyce*
Michael J. Joyce (No. 4563)
1105 North Market Street, Suite 901
Wilmington, Delaware 19801
Telephone: (302) 777-4200
Facsimile: (302) 777-4224
E-mail: mjoyce@crosslaw.com

-and-

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
Brad Eric Scheler
Gary L. Kaplan
Matthew M. Roose
One New York Plaza
New York, New York 10004
Telephone: (212) 859-8000
Facsimile: (212) 859-4000
Email: brad.eric.scheler@friedfrank.com
       gary.kaplan@friedfrank.com
       matthew.roose@friedfrank.com

*Counsel to certain funds and accounts advised or sub-advised by Fidelity Management & Research Company or its affiliates*