Invoice Date: 8/31/16
Invoice Number: 734900
Client Matter Number: 66471.00003
I.D.# 01051

## SUMMARY FOR FEE SERVICES RENDERED BY TASK

| Code | Description | Hours | Amount |
|---|---|---|---|
| 006 | Case Administration | 48.80 | $29,889.00 |
| 010 | Employment and Fee Applications (MMWR) | 7.50 | $1,552.50 |
| 011 | Employment and Fee Applications (Others) | 7.40 | $1,631.00 |
| 012 | Financing, Cash Collateral, Make Whole | 5.50 | $3,355.00 |
| 014 | Meetings and Communications with Creditors | 3.00 | $1,830.00 |
| 016 | Plan and Disclosure Statement | 9.70 | $6,294.00 |
| 021 | Hearings | 2.40 | $1,464.00 |
| 030 | Asbestos-Related Matters | 18.40 | $9,606.00 |
|  | Matter Total | 102.70 | $55,621.50 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**