The MMWR attorneys and paralegals that rendered professional services in these cases during the Fee Period are:

| Name of Professional Individual | Position of the Applicant and Year of Obtaining License to Practice | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **PARTNERS AND OF COUNSEL** | | | | |
| Natalie D. Ramsey | Partner; Joined Firm in 1985; Member of DE Bar since 2009 | $675.00 | 15.00 | $10,125.00 |
| Mark A. Fink | Partner; Joined Firm in 2012; Member of DE Bar since 2000 | $610.00 | 60.80 | $37,088.00 |
| Mark B. Sheppard | Partner; Joined Firm in 2009; Member of PA Bar since 1987 | $585.00 | 0.50 | $292.50 |
| Laurie A. Krepto | Of Counsel; Joined Firm in 2004; Member of of DE Bar since 2001 | $465.00 | 13.40 | $6,231.00 |
| **TOTAL PARTNERS AND OF COUNSEL** | | | 89.70 | $53,736.50 |
| **PARALEGALS & ADDITIONAL PROFESSIONALS** | | | | |
| Keith Mangan | Paralegal | $140.00 | 13.00 | $1,885.00 |
| **TOTAL PARALEGALS AND ADDITIONAL PROFESSIONALS** | | | 13.00 | $1,885.00 |
| **TOTAL ALL PROFESSIONALS** | | | 102.70 | $55,621.50 |