**EXPENSE SUMMARY**

| Expense Category | Total Expenses |
|---|---|
| Miscellaneous Expense | $116.00 |
| Duplicating - Internal | $52.90 |
| Postage | $0.47 |
| Consultant Fees | $150.00 |
| Federal Express | $53.63 |
| Telephone | $7.97 |
| Westlaw On-Line Legal Research | $35.64 |
| Miscellaneous Expense | $105.50 |
| **Total:** | **$522.11** |