| | |
|---|---:|
| Invoice Date: | 8/31/16 |
| Invoice Number: | 734900 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

## Disbursements and Other Related Charges Incurred On Your Behalf

| Date | Description | | Amount |
|---|---|---|---:|
| 06/30/16 | Postage | $ | 0.47 |
| 06/30/16 | Printing & Duplicating - Internal | $ | 52.90 |
| 06/30/16 | Pacer | $ | 105.50 |
| 03/30/16 | Federal Express Federal Express Package returning stamped Proof of Claim - Invoice #:537832233 Mark A Fink Montgomery McCracken 1105 North Market Street WILMINGTON DE US 19801 Tracking #:795128510926 | $ | 20.77 |
| 06/06/16 | Miscellaneous Expense - PAID TO: Mark A. Fink - 5/10/16, Court Call Expense for attendance at hearing via Court Call | $ | 30.00 |
| 06/06/16 | Miscellaneous Expense - PAID TO: Mark A. Fink - 5/23/16, Attendance at Hearing via Court Call | $ | 86.00 |
| 06/16/16 | Consultant Fees - PAID TO: Epiq eDiscovery Solutions - Services for the month of May, 2016 | $ | 150.00 |
| 06/16/16 | Federal Express Federal Express Package - Invoice #:546033359 Erin A West Godfrey & Kahn | $ | 32.86 |
| 06/22/16 | Westlaw On-Line Legal Research | $ | 17.82 |
| 06/28/16 | Westlaw On-Line Legal Research | $ | 17.82 |
| 06/29/16 | Telephone - PAID TO: Soundpath Conferencing - Conference call at 2:26pm on 5/26/16 with 3 participants | $ | 7.97 |
| | Total Disbursements | $ | 522.11 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**