Invoice Date: 8/31/16
Invoice Number: 734901
Client Matter Number: 66471.00003
I.D.# 01051

## SUMMARY FOR FEE SERVICES RENDERED BY TASK

| Code | Description | Hours | Amount |
|---|---|---|---|
| 006 | Case Administration | 21.40 | $13,099.50 |
| 010 | Employment and Fee Applications (MMWR) | 4.00 | $859.00 |
| 011 | Employment and Fee Applications (Others) | 5.60 | $1,184.00 |
| 012 | Financing, Cash Collateral, Make Whole | 2.70 | $1,647.00 |
| 014 | Meetings and Communications with Creditors | 1.40 | $854.00 |
| 016 | Plan and Disclosure Statement | 22.40 | $13,911.00 |
| 021 | Hearings | 2.90 | $1,769.00 |
| | Matter Total | 60.40 | $33,323.50 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**