The MMWR attorneys and paralegals that rendered professional services in these cases during the Fee Period are:

| Name of Professional Individual | Position of the Applicant and Year of Obtaining License to Practice | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **PARTNERS AND OF COUNSEL** | | | | |
| Natalie D. Ramsey | Partner; Joined Firm in 1985; Member of DE Bar since 2009 | $675.00 | 4.50 | $3,037.50 |
| Mark A. Fink | Partner; Joined Firm in 2012; Member of DE Bar since 2000 | $610.00 | 47.70 | $29,097.00 |
| **TOTAL PARTNERS AND OF COUNSEL** | | | **52.20** | **$32,134.50** |
| **PARALEGALS & ADDITIONAL PROFESSIONALS** | | | | |
| Keith Mangan | Paralegal | $140.00 | 8.20 | $1,189.00 |
| **TOTAL PARALEGALS AND ADDITIONAL PROFESSIONALS** | | | **8.20** | **$1,189.00** |
| **TOTAL ALL PROFESSIONALS** | | | **60.40** | **$33,323.50** |