**EXPENSE SUMMARY**

| **Expense Category** | **Total Expenses** |
|---|---|
| Miscellaneous Expense | $30.00 |
| Westlaw On-Line Legal Research | $17.82 |
| Pacer | $73.20 |
| **Total:** | **$121.02** |