| | |
|---|---|
| Invoice Date: | 8/31/16 |
| Invoice Number: | 734901 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

## Disbursements and Other Related Charges Incurred On Your Behalf

| Date | Description | | Amount |
|---|---|---|---|
| 07/31/16 | Pacer | $ | 73.20 |
| 07/07/16 | Westlaw On-Line Legal Research | $ | 17.82 |
| 07/13/16 | Miscellaneous Expense - PAID TO: Mark A. Fink 6/27/16, Court Call expense for attending an EFH court conference on 6/27/16 at 10:00am | $ | 30.00 |
| | Total Disbursements | $ | 121.02 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**