# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
| | ) **Re: D.I. 467, 8598, 9336, 9436** |

## CERTIFICATION OF COUNSEL REGARDING *CORRECTED* ORDER AUTHORIZING SALE OF TRADINGHOUSE PROPERTY

The undersigned hereby certifies as follows:

1. On June 3, 2016, the United States Bankruptcy Court for the District of Delaware (the "Court") entered the *Amended and Superseding Order Establishing Procedures to Sell, Transfer, or Abandon Certain De Minimis Assets* [D.I. 8598] (the "Sale Procedures Order"), whereby the Court authorized the above-captioned debtors and debtors in possession (collectively, the "Debtors") to sell certain surplus, obsolete, non-core, unused, or burdensome assets (collectively, the "*De Minimis* Assets") subject to the procedures set forth therein.

2. In accordance with the procedures set forth in the Sale Procedures Order, on August 18, 2016, the Debtors filed and served the *Notice of Sale* [D.I. 9336] (the "Sale Notice") pursuant to which the Debtors provided notice of their intention to sell the *De Minimis* Assets as set forth and described on "Exhibit A" attached to the Sale Notice.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 15102408v.1

3.     As described in the Sale Notice (and consistent with the requirements of the Sale Procedures Order), parties-in-interest had ten calendar days to file and serve any responses or objections to the proposed sale of *De Minimis* Assets disclosed in the Sale Notice.

4.     The Debtors received no responses or objections in connection with the Sale Notice, nor do any objections thereto appear on the Court's docket in the Debtors' chapter 11 cases. Consequently, on August 30, 2016, in accordance with the procedures set forth in the Sale Procedures Order, the Debtors filed the *Certification of Counsel Regarding Order Authorizing Sale of Tradinghouse Property* [D.I. 9435] attaching a proposed form of order approving the sale of *De Minimis* Assets described in the Sale Notice. Based on the Debtors' August 30, 2016 submission, on August 31, 2016, the Court entered the form of proposed sale order submitted by the Debtors. *See* D.I. 9436; the "Sale Order".

5.     Subsequent to the entry of the Sale Order, the Debtors identified a scrivener's error in the Sale Order. Specifically, the title of the Sale Order erroneously identifies the incorrect sale of *De Minimis* Assets (*i.e.*, the Sale Order erroneously references the "North Lake Property" sale in its title rather than the "Tradinghouse Property" sale). As a result of the foregoing, the Debtors have prepared a corrected form of Sale Order (the "Corrected Sale Order") to reference the correct sale of *De Minimis* Assets in the title thereto. A copy of the Corrected Sale Order is attached hereto as **Exhibit A**. For the convenience of the Court and other parties-in-interest, a redline comparing the Corrected Sale Order against the Sale Order is attached hereto as **Exhibit B**.

*[Remainder of page intentionally left blank.]*

WHEREFORE, the Debtors respectfully request that the Court enter the Corrected Sale Order, attached hereto as **Exhibit A**, at the Court's earliest convenience.

Dated: August 31, 2016
Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:     (302) 651-7700
Facsimile:     (302) 651-7701
Email:         collins@rlf.com
               defranceschi@rlf.com
               madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900
Email:         edward.sassower@kirkland.com
               stephen.hessler@kirkland.com
               brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200
Email:         james.sprayregen@kirkland.com
               marc.kieselstein@kirkland.com
               chad.husnick@kirkland.com
               steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession