## EXHIBIT B

**Attorneys and Paraprofessionals' Information**

The RL&F attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Daniel J. DeFranceschi | Director | 1989 | Bankruptcy | $775 | 11.6 | $8,990.00 |
| Jason M. Madron | Counsel | 2003 | Bankruptcy | $550 | 132.1 | $72,655.00 |
| Joseph C. Barsalona II | Associate | 2014 | Bankruptcy | $360 | 26.8 | $9,648.00 |
| Andrew M. Dean | Associate | 2015 | Bankruptcy | $295 | 1.4 | $413.00 |
| **Total** | | | | | **171.9** | **$91,706.00** |

The paraprofessionals of RL&F who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Barbara J. Witters | Paralegal | 16 | Bankruptcy | $240 | 62.4 | $14,976.00 |
| Ann Jerominski | Paralegal | 16 | Bankruptcy | $240 | 3.7 | $888.00 |
| Caroline E. Dougherty | Paralegal | 1 | Bankruptcy | $240 | 2.0 | $480.00 |
| Rebecca V. Speaker | Paralegal | 15 | Bankruptcy | $240 | 1.0 | $240.00 |
| M. Lynzy McGee | Paralegal | 1 | Bankruptcy | $240 | 16.9 | $4,056.00 |
| Tesia S. Smith | Case Management Assistant | 1 | Bankruptcy | $130 | 26.7 | $3,471.00 |
| **Total** | | | | | **112.7** | **$24,111.00** |
| | | | | **Total Fees** | | **$115,817.00** |