## EXHIBIT C

### Summary of Actual and Necessary Expenses for the Fee Period

## ALL - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $0.00 |
| Business Meals | $211.45 |
| Conference Calling | $177.14 |
| Court Reporter Services | $203.82 |
| Document Retrieval | $362.25 |
| Electronic Legal Research | $0.00 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Cost | $91.70 |
| Long distance Telephone Charges | $84.00 |
| Messenger and Delivery Service | $144.74 |
| Overtime | $0.00 |
| Photocopying/Printing - Outside Vendor | $0.00 |
| Photocopying/Printing | $608.37 |
| Postage | $11.96 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Record Retrieval | $0.00 |
| Travel Expense | $46.68 |
| **Total:** | **$1,942.11** |

## TCEH - Expense Summary

| Service Description | Amount |
| --- | --- |
| Binding | $0.00 |
| Business Meals | $131.90 |
| Conference Calling | $110.50 |
| Court Reporter Services | $127.14 |
| Document Retrieval | $225.97 |
| Electronic Legal Research | $0.00 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Costs | $57.20 |
| Long distance Telephone Charges | $52.40 |
| Messenger and Delivery Service | $90.29 |
| Overtime | $0.00 |
| Photocopying/Printing - Outside Vendor | $0.00 |
| Photocopying/Printing | $379.50 |
| Postage | $7.46 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Record Retrieval | $0.00 |
| Travel Expense | $29.12 |
| **Total:** | **$1,211.48** |

## EFIH - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $0.00 |
| Business Meals | $21.51 |
| Conference Calling | $18.02 |
| Court Reporter Services | $20.73 |
| Document Retrieval | $36.85 |
| Electronic Legal Research | $0.00 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Costs | $9.33 |
| Long distance Telephone Charges | $8.55 |
| Messenger and Delivery Service | $14.72 |
| Overtime | $0.00 |
| Photocopying/Printing - Outside Vendor | $0.00 |
| Photocopying/Printing | $61.89 |
| Postage | $1.22 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Record Retrieval | $0.00 |
| Travel Expense | $4.75 |
| **Total:** | **$197.57** |

## EFH - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $0.00 |
| Business Meals | $40.99 |
| Conference Calling | $34.34 |
| Court Reporter Services | $39.51 |
| Document Retrieval | $70.23 |
| Electronic Legal Research | $0.00 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Costs | $17.78 |
| Long distance Telephone Charges | $16.29 |
| Messenger and Delivery Service | $28.06 |
| Overtime | $0.00 |
| Photocopying/Printing - Outside Vendor | $0.00 |
| Photocopying/Printing | $117.94 |
| Postage | $2.30 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Record Retrieval | $0.00 |
| Travel Expense | $9.05 |
| **Total:** | **$376.49** |