# EXHIBIT E

## Detailed Description of Meal Expenses

| Date | Restaurant/ Provider | Meal | Number of People | Description | Average Amount Per Person | Amount |
|---|---|---|---|---|---|---|
| 7/11/2016 | Chelsea Tavern | Dinner | 1 | Working meal for RL&F team member in connection with after-hours filing and service of certification of counsel re: thirty-seventh and forty-third omnibus claims; Reviewing and revising 7/15/16 agenda. | $30.77 | $30.77 |
| 7/18/2016 | Kid Shelleen's | Dinner | 1 | Working meal for RL&F team member in connection with after-hours filing and service of amended 7/20/16 agenda; Reviewing and updating 7/20/16 hearing binders. | $32.65 | $32.65 |
| 7/20/2016 | Urban Café | Breakfast | 10 | Working meal for visiting co-counsel, client, client representatives and other estate professionals in connection with 7/20/16 hearing. | $33.50 | $335.00 |
| 7/26/2016 | Dimeo's | Dinner | 1 | Working meal for RL&F team member in connection with after-hours filing and service of *pro se* claimant procedures motion. | $7.43 | $7.43 |
| **TOTALS** | | | | | | $405.85 |