**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| ENERGY FUTURE HOLDINGS CORP., et al., | : | Case No. 14-10979 (CSS) |
| | : | |
| | : | (Jointly Administered) |
| Debtor. | : | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on August 31, 2016, the *First Document Requests and Interrogatories of Delaware Trust Company, as Indenture Trustee, to Debtors in Connection with Confirmation of the Debtors' Third Amended Joint Plan of Reorganization* was served via electronic mail on the Participating Parties (as defined in the Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Joint Plan of Reorganization as it Relates to the EFH/EFIH Debtors dated August 24, 2016 (No. 14-10979, D.I. 9381)) at the following email address set up by the Debtors to allow for service on all Participating Parties: EFH_DS_Discovery_Service_List@kirkland.com.

[SIGNATURE ON NEXT PAGE]

52881/0001-13535346v1

Dated: August 31, 2016

*/s/ J. Kate Stickles*
COLE SCHOTZ P.C.

| | |
|---|---|
| Norman L. Pernick (Bar No. 2290) | Warren A. Usatine |
| J. Kate Stickles (Bar No. 2917) | Court Plaza North |
| 500 Delaware Avenue, Suite 1410 | 25 Main Street |
| Wilmington, DE 19801 | Hackensack, NJ 07602 |
| Telephone: 302-652-3131 | Telephone: 201-489-3000 |
| Facsimile: 302-652-3117 | Facsimile: 201-489-1536 |
| npernick@coleschotz.com | wusatine@coleschotz.com |
| kstickles@coleschotz.com | |

WILMER CUTLER PICKERING HALE AND DORR LLP

| | |
|---|---|
| Philip D. Anker | Dennis L. Jenkins |
| Charles C. Platt | 60 State Street |
| 7 World Trade Center | Boston, MA 02109 |
| 250 Greenwich Street | Telephone: 617-526-6000 |
| New York, NY 10007 | Facsimile: 617-526-5000 |
| Telephone: 212-230-8800 | Dennis.Jenkins@wilmerhale.com |
| Facsimile: 212-230-8888 | |
| Philip.Anker@wilmerhale.com | |
| Charles.Platt@wilmerhale.com | |

DRINKER BIDDLE & REATH LLP

| | |
|---|---|
| James H. Millar | Todd C. Schiltz |
| 1177 Avenue of the Americas | 222 Delaware Ave, Suite 1410 |
| 41st Floor | Wilmington, DE 19801-1612 |
| New York, NY 10036-2714 | Telephone: 302-467-4200 |
| Telephone: 212-248-3264 | Facsimile: 302-467-4201 |
| Facsimile: 212-248-3141 | todd.schiltz@dbr.com |
| James.Millar@dbr.com | |

*Counsel for Delaware Trust Company,*
*as successor indenture trustee*

52881/0001-13535346v1