**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| ENERGY FUTURE HOLDINGS CORP., | : | Case No. 14-10979 (CSS) |
| *et al.*, | : | |
| | : | (Jointly Administered) |
| Debtor. | : | |

## CERTIFICATE OF SERVICE

     I, J. Kate Stickles, certify that on August 31, 2016, I caused a copy of the *Notice of Service* to be served via Electronic Mail on the Participating Parties (as defined in the Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Joint Plan of Reorganization as it Relates to the EFH/EFIH Debtors dated August 24, 2016 (No. 14-10979, D.I. 9381)) at the following email address set up by the Debtors to allow for service on all Participating Parties: EFH_DS_Discovery_Service_List@kirkland.com.

Dated: August 31, 2016

                                          **COLE SCHOTZ P.C.**

                                            */s/ J. Kate Stickles*
                                            J. Kate Stickles (Bar No. 2917)
                                            500 Delaware Avenue, Suite 1410
                                            Wilmington, DE  19801
                                            Telephone: (302) 652-3131

52881/0001-13535346v1