## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>Jointly Administered |

### NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on August 31, 2016, counsel to American Stock Transfer & Trust Company, LLC, as successor trustee to The Bank of New York Mellon Trust Company, N.A. (in such capacity, the "EFH Indenture Trustee") under the indentures for certain notes issued by EFH Future Holdings Corp. ("EFH Corp.") caused true and accurate copies of **(i) EFH Indenture Trustee's Supplemental Requests for Production of Documents and Interrogatories to the Debtors in Connection with Confirmation of the Debtors' Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp.,** *et al***., Pursuant to Chapter 11 of the Bankruptcy Code; (ii) EFH Indenture Trustee's Supplemental Requests for Production of Documents and Interrogatories to the EFIH Unsecured Notes Trustee in Connection with Confirmation of the Debtors' Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp.,** *et al***., Pursuant to Chapter 11 of the Bankruptcy Code; (iii) EFH Indenture Trustee's Supplemental Requests for Production of Documents and Interrogatories to the Ad Hoc Committee of TCEH First Lien Creditors in Connection with Confirmation of the Debtors' Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp.,** *et al***., Pursuant to Chapter 11 of the Bankruptcy Code; (iv)  EFH Indenture Trustee's First Request for Production of Documents and Interrogatories to the Ad Hoc Group of TCEH Unsecured Noteholders in Connection with Confirmation of the Debtors' Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp.,** *et al***., Pursuant to Chapter 11 of the Bankruptcy Code; and (v) EFH Indenture Trustee's First Request for Production of Documents and Interrogatories to NextEra Energy, Inc. in Connection with Confirmation of the Debtors' Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp.,** *et al***., Pursuant to Chapter 11 of the Bankruptcy Code** to be served via electronic mail upon the Participating Parties service list at EFH_DS_Discovery_Service_List@kirkland.com.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification Numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

Dated: Wilmington, DE
September 1, 2016

**CROSS & SIMON, LLC**

/s/ *Christopher P. Simon*
Christopher P. Simon (No. 3697)
1105 North Market Street, Suite 901
Wilmington, Delaware 19801
Telephone: (302) 777-4200
Facsimile: (302) 777-4224
csimon@crosslaw.com

- and –

NIXON PEABODY LLP
Amanda D. Darwin
Richard C. Pedone
Erik Schneider
100 Summer Street
Boston, Massachusetts 02110
Telephone: (617) 345-1000
Facsimile: (617) 345-1300
adarwin@nixonpeabody.com
rpedone@nixonpeabody.com

-and-

Christopher J. Fong
437 Madison Avenue
New York, NY 10022
Telephone: 212-940-3724
Facsimile: 855-900-8613
cfong@nixonpeabody.com

*Co- Counsel to American Stock Transfer & Trust*
*Company, LLC, as Indenture Trustee*