**EXHIBIT 1** to **EXHIBIT A**

**Modify Amount Claims**

RLF1 15090098v.1

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | HCL AMERICA, INC C/O AXON SOLUTIONS, INC. ATTN: CARL E. AILARA JR., ESQ. 15 EXCHANGE PLACE, SUITE 730 JERSEY CITY, NJ 07302 | 6072 | Luminant Energy Company LLC | Administrative | $3,183.62 | Luminant Energy Company LLC | Unsecured | $103,377.81 |
| | | | Luminant Energy Company LLC | Unsecured | $4,769,780.41 | | | |
| | | | | Subtotal | $4,772,964.03 | | | |
| | REASON FOR MODIFICATION: Modified amount reflects amount owed according to Debtors' books and records and agreement with Claimant. | | | | | | | |
| 2 | HCL AMERICA, INC C/O AXON SOLUTIONS, INC. ATTN: CARL E. AILARA JR., ESQ. 15 EXCHANGE PLACE, SUITE 730 JERSEY CITY, NJ 07302 | 6074 | EFH Corporate Services Company | Unsecured | $4,769,780.41 | EFH Corporate Services Company | Unsecured | $4,546,789.76 |
| | | | EFH Corporate Services Company | Unsecured | $4,769,780.41 | | | |
| | | | | Subtotal | $4,772,964.03 | | | |
| | REASON FOR MODIFICATION: Modified amount reflects amount owed according to Debtors' books and records and agreement with Claimant. | | | | | | | |
| 3 | HCL AMERICA, INC C/O AXON SOLUTIONS, INC. ATTN: CARL E. AILARA JR., ESQ. 15 EXCHANGE PLACE, SUITE 730 JERSEY CITY, NJ 07302 | 6075 | Luminant Generation Company LLC | Administrative | $3,183.62 | Luminant Generation Company LLC | Unsecured | $119,612.84 |
| | | | Luminant Generation Company LLC | Unsecured | $4,769,780.41 | | | |
| | | | | Subtotal | $4,772,964.03 | | | |
| | REASON FOR MODIFICATION: Modified amount reflects amount owed according to Debtors' books and records and agreement with Claimant. | | | | | | | |
| | | | | TOTAL | $14,318,892.09 | | TOTAL | $4,769,780.41 |