**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|   |   |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
|   | ) **Re: D.I. 9472** |

**DECLARATION OF TERRY L. NUTT, SENIOR VICE PRESIDENT
OF FINANCE FOR LUMINANT HOLDING COMPANY LLC IN SUPPORT
OF THE MOTION OF ENERGY FUTURE HOLDINGS CORP., *ET AL.*, FOR
AN ORDER AUTHORIZING ENTRY INTO AND PERFORMANCE
UNDER THE STIPULATION BETWEEN LUMINANT ENERGY
COMPANY LLC AND BUCKSKIN MINING COMPANY**

Pursuant to 28 U.S.C. § 1746, I, Terry L. Nutt, declare as follows:

1. I am over the age of 18 and duly authorized to execute this declaration (the "Declaration") on behalf of the Debtors in support of the *Motion of Energy Future Holdings Corp., et al., for an Order Authorizing Entry into and Performance Under the Stipulation Between Luminant Energy Company LLC and Buckskin Mining Company* [D.I. 9472] (the "Motion"),[2] filed contemporaneously herewith.

2. I am the Senior Vice President of Finance for Luminant Holding Company LLC. I have been with the Debtors since 2007, serving in several roles, including Senior Vice President and Controller for EFH Corporate Services Company ("EFH Corp.") and Vice

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

[2] All capitalized terms used, but not otherwise defined, herein shall have the meanings given to them in the Motion.

RLF1 15113494v.1

President of Risk Management for EFH Corp. I have been employed in various finance and risk management positions in the wholesale energy marketing and trading industry for over 15 years, with the predominant amount of that time spent with firms engaged in wholesale electricity and natural gas marketing and trading activities.

3. The facts in this Declaration are based on my personal knowledge and review of information and my experience with the Debtors' operations and transactions. If called to testify, I would testify to the facts set forth herein.

4. Luminant and Buckskin entered into the Transaction Confirmation dated February 10, 2014. Luminant provided security for transactions with Buckskin, including the Transaction Confirmation, in the form of the Letter of Credit. Pursuant to the Transaction Confirmation, Luminant has received and paid for 183,639 tons of coal, and thus remains obligated to purchase 816,361 additional tons of coal.

5. The Parties negotiated the Stipulation in order to develop a global resolution of any outstanding issues arising under the Transaction Confirmation. The Stipulation provides for Buckskin's ability to draw $1 million from the Letter of Credit on the Effective Date (as defined in the Stipulation) and receive an allowed general unsecured claim in the amount of $1,979,718, as well as mutual releases between the Parties.

6. I believe that the resolution and compromise memorialized in the Stipulation will benefit the Debtors, their estates, and their creditors by efficiently resolving all claims arising from the Transaction Confirmation, minimizing the uncertainties surrounding the claims arising under the Transaction Confirmation, and maximizing and preserving value for the Debtors' estates.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: September 2, 2016
       Dallas, Texas

                                                        */s/ Terry L. Nutt*
                                               Terry L. Nutt
                                               Senior Vice President of Finance
                                               Luminant Holding Company LLC