# **Exhibit A**

| | |
|---|---|
| **Description of the asset being sold:** | 35.861 +/- acres in Tarrant County, Texas (the "North Main Property") |
| **Debtor selling the asset:** | Luminant Generation Company LLC ("Luminant") |
| **Purchaser buying the asset:** | Tarrant Regional Water District ("TRWD") |
| **Purchase price/terms of the payment:** | $0 |
| **Book value of the asset:** | $0 |
| **Marketing/sales process:** | Portions of the North Main Property are sited in the middle of an area that is currently undergoing extensive remediation and development. The development is called the Trinity River Vision Project ("TRVP") and it envisions creating a river walk with dining, shopping and living; some of the North Main Property will have to be excavated to accomplish the TRVP. Said portion includes an area that is subject to an Agreed Order, issued by the predecessor to the Texas Commission on Environmental Quality ("TCEQ"), which pertains to a 3.6 acre site where contaminated soils are capped in place and the associated groundwater at the site and in the vicinity. Other portions of the North Main Property are subject to a perpetual park easement granted to the City of Ft. Worth, Texas, which prohibits the fee owner of the Property (currently Luminant) from using the surface for any activity other than the generation of electricity. |
| | Given the TRVP and the contamination that is present on said portion (the 3.6 acre area has the highest concentrations of lead contamination), it will be extremely difficult for Luminant to market this portion of the North Main Property for sale to any buyer other than TRWD. |
| | Given the perpetual easement and the inability to use the surface of the other portions, it will be extremely difficult to market this portion of the North Main Property for sale to any buyer other than the City of Ft. Worth or a partner agency (such as TRWD). |
| | Luminant and TRWD have previously discussed TRWD's purchase of the North Main Property but have never been able to reach agreement due to TRWD's status as a governmental entity with immunity and the inability to indemnify Luminant. |

| | |
|---|---|
| **Significant terms of the sale:** | The North Main Property is being sold as-is, where is. At closing: |
| | Luminant will deposit $2,765,516.00 into a trust for the benefit of the TCEQ and will transfer the North Main Property to TRWD. Separately, TRWD will deposit $2,765,516.00 into the same TCEQ-held trust. These funds will be held by TCEQ, pursuant to a separate agreement between TCEQ and TRWD, as financial assurance for the environmental liabilities at the North Main Property. |
| | TRWD will agree to assume and be responsible for any and all liabilities associated with the North Main Property, including all environmental obligations, and will agree to release and discharge Luminant from all responsibility and liability for the environmental issues related to the North Main Property. |
| | TCEQ will agree to forever release, discharge or otherwise expunge Luminant from any liabilities related to or otherwise associated with the environmental issues at the North Main Property, based on and in accordance with language included in the Debtors' Confirmation Order [D.I. 9421]. |

**Known Encumbrances:**

| Liens | Identity of Lienholder |
|---|---|
| DIP Liens | Citibank, N.A. |
| | 1615 Brett Road, Building III |
| | New Castle, DE 19720 |
| | Attn: Bank Loan Syndications Department |
| | Copy to Owen Coyle (same address as above) |
| Property Tax Lien – Tarrant County, TX | Tarrant County Tax Assessor/Collector |
| | Property Tax |
| | 100 East Weatherford Street |
| | Fort Worth, Texas 76196 |
| Direct Sales Tax Lien – State of Te | State of Texas, Comptroller's Office |
| | Texas Comptroller of Public Accounts |
| | P.O. Box 13528, Capital Station |
| | Austin, Texas 78711 |

2

**Known Affected/Interested Entities:**

| Nature of Interest | Entity |
| --- | --- |
| Texas Attorney General | Hal Morris<br>Bankruptcy & Collection Division<br>P.O. Box 12548 Mc 008<br>Austin, Texas 78711-2548 |
| Texas Commission on Environmen<br>Quality | Abigail Ryan, MC 132<br>TCEQ<br>12100 Park 35 Circle<br>Austin, Texas 78753 |
| City of Fort Worth | City of Ft. Worth<br>Sarah J. Fullenwider, City Attorney<br>1000 Throckmorton Street<br>Fort Worth, Texas 76102 |
| Tarrant County College District | Tarrant County College District<br>Attn.: Chancellor<br>1500 Houston Street<br>Fort Worth, Texas 76102 |
| Oncor Electric Delivery Company | Oncor<br>Attn: Legal Department<br>115 W. 7th Street<br>Fort Worth, Texas 76102 |