## EXHIBIT B

### Hours Expended by Subject Matter

**GENERAL**

|  | July 2016 |
|---|---|
| Bid Review | 16.0 |
| Meeting with Counsel & with other Constituents | 5.5 |
| Dataroom and Diligence Materials Review | 205.0 |
| EFH Board Meeting Attendance | 13.5 |
| Project Management & Support | 10.0 |
| Intercompany Transfers Review | 8.0 |
| Fee Applications/Retention Applications | 5.0 |
| TOTAL HOURS | 263.0 |

**GENERAL DESCRIPTION OF WORK CODES:**

- Bid Review:  Review of various bids and proposals put forth after post-termination of the Hunt/Ovation Deal, specifically including third party and certain creditor backed bids.  This category also includes financial analysis and modeling of the impact of each bid on the recovery of the various creditor parties.

- Meeting with Counsel & Other Constituents:  Meetings with counsel to EFH, as well as meetings (telephonic and in-person) with professionals of other affiliates and constituents pertaining to Conflict Matters.

- Dataroom and Diligence Materials Review:  Download, analyze and review materials posted to the debtors' dataroom, and follow-up with the Debtors' professionals pertaining to (i) items posted to the dataroom and (ii) follow-up information being sought in the dataroom.

- EFH Board Meeting Attendance:  Attend in-person and/or telephonically weekly EFH board meetings and engage in pre-meeting preparation and post-meeting follow-up, including work plan development.

- Project Management & Support:  Key elements of project management on the engagement including work plan development and internal discussion pertaining to same.  General review and research of case filings.

- Intercompany Transfers Review:  Review and analyze the various claims and causes of action between and among EFH and its affiliates, including the nature of the claims, the magnitude of such claims and factors affecting the allowance or disallowance of such claims.

- Fee Applications/Retention Applications:  Prepare monthly fee statements and interim fee applications; review and respond to inquiries by parties in interest, including the Fee Committee.