# **EXHIBIT C**

**McMullan Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) | (Jointly Administered) |

**DECLARATION OF CHUCK MCMULLAN IN SUPPORT
OF MOTION OF ENERGY FUTURE INTERMEDIATE HOLDING
COMPANY LLC AND EFIH FINANCE, INC. FOR ENTRY OF AN ORDER (A)
AUTHORIZING THE EFIH DEBTORS TO ENTER INTO A FIRST AMENDMENT TO
THE EFIH DEBTOR-IN-POSSESSION CREDIT AGREEMENT, (B) AUTHORIZING
ENTRY INTO THE ENGAGEMENT LETTER, (C) AUTHORIZING PAYMENT OF
RELATED FEES AND EXPENSES, (D) AUTHORIZING THE USE OF CASH
COLLATERAL, AND (E) MODIFYING THE AUTOMATIC STAY**

I, Chuck McMullan, declare as follows:

1. I am a Senior Managing Director of Evercore Group L.L.C. ("Evercore"), a financial advisory and investment banking firm with offices around the world and financial advisor and investment banker to the above-captioned debtors and debtors in possession (the "Debtors"). I submit this declaration (this "Declaration") in support of the *Motion of Energy Future Intermediate Holding Company LLC And EFIH Finance, Inc. for Entry of an Order (A) Authorizing the EFIH Debtors to Enter into a First Amendment to the EFIH Debtor-In-Possession Credit Agreement, (B) Authorizing Entry into the Engagement Letter, (C) Authorizing*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

*Payment of Related Fees and Expenses, (D) Authorizing the Use of Cash Collateral, and (E) Modifying the Automatic Stay* (the "Motion").[2]

2. Except where specifically noted, the statements in this Declaration are based on either my personal knowledge, information supplied or verified by the Evercore financial team that I supervise or the EFIH Debtors' personnel and third-party advisors, my review of relevant documents, or my opinion based upon my experience and knowledge of the EFIH Debtors' operations and financial condition. If I were called upon to testify, I could and would testify competently to the facts set forth herein. I am authorized to submit this Declaration on behalf of the EFIH Debtors.

3. I offer this declaration in support of the EFIH Debtors' motion to obtain authorization to enter into the First Amendment to the EFIH Debtor-In-Possession Credit Agreement with the EFIH Debtor-in-Possession Lenders (the "Amendment"). In particular, I submit this declaration to place before this Court evidence supporting my opinion, to a reasonable degree of expert certainty, that the Amendment is (i) the most economically competitive option available to the Debtors to extend and preserve the funds provided by the EFIH DIP financing, and (ii) is in the best interests of the EFIH Debtors' estates and creditors.

**Qualifications**

4. Evercore is one of the world's leading independent investment banking groups, with more than 20 offices in more than eight countries, including an office located at 55 East 52nd Street, New York, NY 10055. Evercore has expertise in domestic and cross-border restructurings, mergers and acquisitions, raising debt and equity capital, and other financial advisory services. Evercore has served as an experienced bankruptcy and restructuring advisor

---

[2] Terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

to debtors, bondholders, creditors' committees, single creditor classes and secured creditors in a variety of industries. Evercore is a member of the Financial Industry Regulatory Authority and the Securities Investor Protection Corporation.

5. I specialize in advising corporate and financial sponsor clients on debt financing transactions, working across industry sectors, credit qualities and transaction situations. I joined Evercore in 2013 and have over 19 years of professional experience. I have advised, executed and/or participated in over $100 billion of financing transactions. Prior to joining Evercore, I co-led leveraged finance origination for the technology, media and telecom sector of UBS Investment Bank. I have a B.A. from Duke University in Economics and History.

### The EFIH Debtors' Need to Extend the DIP Facility

6. The EFIH Debtors' access to the $5,400,000,000 of funds outstanding on the EFIH First Lien DIP Facility expires on December 19, 2016. For the EFIH Debtors to maintain access to postpetition financing while they complete their chapter 11 reorganization—including a merger transaction, estimated to close in early 2017—the EFIH Debtors must extend the maturity of the EFIH First Lien DIP Facility and increase the amount of funds outstanding on the EFIH First Lien DIP Facility by $75,000,000 to $5,475,000,000.

7. The Amendment will provide the EFIH Debtors with an extension of the EFIH First Lien DIP Facility to June 30, 2017 and an additional $75,000,000 of funds, providing the EFIH Debtors with access to up to $5,475,000,000 of the EFIH First Lien DIP Facility past the current maturity of the EFIH First Lien DIP Facility. The additional $75,000,000 will provide the Company with sufficient cushion to the $150 million minimum liquidity requirement at EFIH. Per the Company's latest pro forma liquidity forecast, the additional $75 million will allow EFIH to maintain a sufficient cushion to such minimum liquidity requirement through June

30, 2017.  The approval of the Amendment, with its favorable terms, will substantially enhance the EFIH Debtors' ability to confirm and/or approve the Plan, achieve a smooth transition out of chapter 11, and instill confidence in their creditors and other parties in interest.

### The Aggregate Fees Associated with the DIP Amendment

8.     The EFIH Debtors have agreed, subject to Court approval, to pay certain fees to the EFIH First Lien DIP Lenders and the EFIH First Lien DIP Administrative Agent in exchange for their providing the Amendment.  The fees the EFIH Debtors have agreed to pay to the EFIH First Lien DIP Lenders and the EFIH First Lien DIP Administrative Agent, together with the other provisions of the Amendment, represent the most favorable terms to the EFIH Debtors on which the EFIH First Lien DIP Lenders and the EFIH First Lien DIP Administrative Agent would agree to make the Amendment available.

9.     The aggregate fees payable in connection with the Amendment and Extension are estimated to fall within a possible range of approximately $16.575 million to $27.375 million, depending on lender participation, which is approximately 0.3% to 0.5% of the Facility amount.

10.    When assessing the appropriateness of the Extension fee, it is important to consider the Debtors' alternatives for maintaining the funds drawn on the EFIH DIP Facility. If not for the Amendment and Extension, the Debtors would likely be left with no recourse other than running a full request-for-proposal process with new lenders for a refinancing of the Facility. The fees associated with running a full financing process for a new DIP Facility are apt to be substantially higher than the Amendment and Extension fee contemplated by the Amendment. Comparable cases of fees associated with running a full financing process are displayed in **Figure 1** below.

| Borrower | Industry | Filing Date | Revolver | Term Loan | Roll-up | Total Commitment | Closing/ Upfront Fee |
|---|---|---|---|---|---|---|---|
| Pacific Exploration & Production | Energy | 4/29/16 | | $500 | | $500 | 4.00% |
| SunEdison Inc. | Energy | 4/21/16 | | 300 | 1,063 | 1,363 | 1.50% |
| Peabody Energy Corporation | Coal | 4/13/16 | 100 | 500 | 200 | 800 | 5.00% |
| Sports Authority Holdings Inc. | Retail | 3/2/16 | 500 | 95 | | 595 | 1.25% |
| Alpha Natural Resources, Inc. | Coal | 8/3/15 | 200 | 300 | | 500 | 5.00% |
| Low | | | $100 | $95 | $200 | $500 | 1.25% |
| Median | | | 200 | 300 | 632 | 595 | 4.00% |
| Mean | | | 267 | 339 | 632 | 752 | 3.35% |
| High | | | 500 | 500 | 1,063 | 1,363 | 5.00% |

*Figure 1: Comparable DIP Closing/Upfront Fees*

11.     I believe that the contemplated Amendment represents the best available course for the Debtors to maintain its access to the drawn funds from the existing EFIH First Lien DIP Facility, while simultaneously minimizing any potential refinancing cost to the EFIH Debtors. Thus, I believe that entry into the Amendment, including the agreement to pay any related fees, when they become due and payable, is in the best interests of the EFIH Debtors and their estates.

[*Remainder of page intentionally left blank.*]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  September 2, 2016                      */s/ Chuck McMullan*
                                                Chuck McMullan
                                                Senior Managing Director
                                                Evercore Group L.L.C.