# EXHIBIT A

**Statement of Fees By Subject Matter**

*Exhibit A*

*Combined - All Entities*
*Summary of Time Detail by Task*
*July 1, 2016 through July 31, 2016*

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Accounting/Cut-off | 16.9 | $7,847.50 |
| Bankruptcy Support | 33.9 | $14,732.50 |
| Business Plan | 20.5 | $7,687.50 |
| Claims | 178.4 | $90,432.50 |
| Contracts | 190.3 | $110,327.50 |
| Coordination & Communication with other Creditor Constituents | 2.9 | $1,287.50 |
| Coordination & Communication with UCC | 24.2 | $13,427.50 |
| Court | 2.7 | $2,302.50 |
| Fee Applications | 13.9 | $6,022.50 |
| POR / Disclosure Statement | 198.8 | $102,632.50 |
| Status Meetings | 7.4 | $5,730.00 |
| Travel Time | 21.0 | $14,675.00 |
| UST Reporting Requirements | 1.9 | $997.50 |
| Vendor Management | 16.6 | $12,865.00 |
| **Total** | **729.4** | **$390,967.50** |

*Travel time billed at 50% of time incurred*

*Exhibit A*

*TCEH*
*Summary of Time Detail by Task*
*July 1, 2016 through July 31, 2016*

| *Task Description* | *Sum of Hours* | *Sum of Fees* |
|---|---:|---:|
| Accounting/Cut-off | 12.7 | $5,885.62 |
| Bankruptcy Support | 4.3 | $3,204.52 |
| Business Plan | 11.3 | $4,230.43 |
| Claims | 136.2 | $69,236.12 |
| Contracts | 142.6 | $82,761.87 |
| Coordination & Communication with other Creditor Constituents | 2.8 | $1,190.62 |
| Coordination & Communication with UCC | 24.1 | $13,355.95 |
| Court | 2.7 | $2,302.50 |
| Fee Applications | 10.8 | $4,686.39 |
| POR / Disclosure Statement | 183.3 | $90,194.31 |
| Status Meetings | 5.8 | $4,458.78 |
| Travel Time | 17.2 | $11,708.46 |
| UST Reporting Requirements | 1.5 | $776.20 |
| Vendor Management | 12.4 | $9,648.75 |
| **Total** | **567.5** | **$303,640.54** |

*Travel time billed at 50% of time incurred*

*Exhibit A*

*EFH*
*Summary of Time Detail by Task*
*July 1, 2016 through July 31, 2016*

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Accounting/Cut-off | 4.2 | $1,961.88 |
| Bankruptcy Support | 29.5 | $11,480.49 |
| Business Plan | 5.5 | $2,066.12 |
| Claims | 38.0 | $19,026.08 |
| Contracts | 47.7 | $27,565.63 |
| Coordination & Communication with other Creditor Constituents | 0.1 | $96.88 |
| Coordination & Communication with UCC | 0.1 | $67.68 |
| Fee Applications | 2.9 | $1,263.83 |
| POR / Disclosure Statement | 15.3 | $12,239.94 |
| Status Meetings | 1.6 | $1,202.45 |
| Travel Time | 3.6 | $2,827.02 |
| UST Reporting Requirements | 0.4 | $209.33 |
| Vendor Management | 4.2 | $3,216.25 |
| ***Total*** | **153.1** | **$83,223.56** |

*Travel time billed at 50% of time incurred*

*Exhibit A*

**EFIH**
*Summary of Time Detail by Task*
*July 1, 2016 through July 31, 2016*

| Task Description | Sum of Hours | Sum of Fees |
|---|---|---|
| Bankruptcy Support | 0.06 | $47.50 |
| Business Plan | 3.71 | $1,390.95 |
| Claims | 4.26 | $2,170.30 |
| Coordination & Communication with UCC | 0.01 | $3.87 |
| Fee Applications | 0.17 | $72.28 |
| POR / Disclosure Statement | 0.26 | $198.25 |
| Status Meetings | 0.09 | $68.77 |
| Travel Time | 0.18 | $139.52 |
| UST Reporting Requirements | 0.02 | $11.97 |
| **Total** | **8.75** | **$4,103.40** |

*Travel time billed at 50% of time incurred*

*As a result of the de minimis number of hours billed by A&M during the Fee Period directly attributable to EFIH, the total hour calculations reflected herein have been computed to the hundredth of an hour to maximize accuracy.*