**EXHIBIT B**

**Professionals' Information**

The A&M professionals who rendered services in these cases during the Fee Period are:

*Exhibit B*

### Combined - All Entities
### Summary of Time Detail by Professional
### July 1, 2016 through July 31, 2016

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $950.00 | 7.1 | $6,745.00 |
| Emmett Bergman | Managing Director | $775.00 | 136.6 | $105,865.00 |
| John Stuart | Managing Director | $775.00 | 54.5 | $42,237.50 |
| Jodi Ehrenhofer | Senior Director | $625.00 | 83.4 | $52,125.00 |
| Matt Frank | Director | $625.00 | 3.8 | $2,375.00 |
| Paul Kinealy | Director | $550.00 | 16.6 | $9,130.00 |
| Kevin Sullivan | Director | $525.00 | 1.9 | $997.50 |
| Richard Carter | Consultant | $450.00 | 159.8 | $71,910.00 |
| Jon Rafpor | Analyst | $400.00 | 14.0 | $5,600.00 |
| Peyton Heath | Analyst | $375.00 | 133.2 | $49,950.00 |
| Sarah Pittman | Analyst | $375.00 | 113.1 | $42,412.50 |
| Mary Napoliello | Paraprofessional | $300.00 | 5.4 | $1,620.00 |
| **Total** | | | **729.4** | **$390,967.50** |

*Exhibit B*

### TCEH
### *Summary of Time Detail by Professional*
### *July 1, 2016 through July 31, 2016*

| *Professional* | *Position* | *Billing Rate* | *Sum of Hours* | *Sum of Fees* |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $950.00 | 3.9 | $3,727.34 |
| Emmett Bergman | Managing Director | $775.00 | 103.0 | $79,842.21 |
| John Stuart | Managing Director | $775.00 | 41.1 | $31,819.92 |
| Jodi Ehrenhofer | Senior Director | $625.00 | 71.9 | $44,954.50 |
| Matt Frank | Director | $625.00 | 2.9 | $1,809.19 |
| Paul Kinealy | Director | $550.00 | 12.9 | $7,104.48 |
| Kevin Sullivan | Director | $525.00 | 1.5 | $776.20 |
| Richard Carter | Consultant | $450.00 | 130.3 | $58,647.85 |
| Jon Rafpor | Analyst | $400.00 | 10.5 | $4,200.00 |
| Peyton Heath | Analyst | $375.00 | 104.8 | $39,300.00 |
| Sarah Pittman | Analyst | $375.00 | 80.5 | $30,198.25 |
| Mary Napoliello | Paraprofessional | $300.00 | 4.2 | $1,260.60 |
| | | **Total** | **567.5** | **$303,640.54** |

*Exhibit B*

### EFH
### Summary of Time Detail by Professional
### July 1, 2016 through July 31, 2016

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $950.00 | 3.1 | $2,977.76 |
| Emmett Bergman | Managing Director | $775.00 | 33.4 | $25,883.27 |
| John Stuart | Managing Director | $775.00 | 13.1 | $10,163.38 |
| Jodi Ehrenhofer | Senior Director | $625.00 | 10.1 | $6,300.48 |
| Matt Frank | Director | $625.00 | 0.9 | $560.56 |
| Paul Kinealy | Director | $550.00 | 3.5 | $1,915.94 |
| Kevin Sullivan | Director | $525.00 | 0.4 | $209.33 |
| Richard Carter | Consultant | $450.00 | 26.7 | $12,003.19 |
| Jon Rafpor | Analyst | $400.00 | 3.5 | $1,400.00 |
| Peyton Heath | Analyst | $375.00 | 28.4 | $10,650.00 |
| Sarah Pittman | Analyst | $375.00 | 28.9 | $10,819.70 |
| Mary Napoliello | Paraprofessional | $300.00 | 1.1 | $339.96 |
| | | *Total* | 153.1 | $83,223.56 |

*Exhibit B*

### EFIH
### Summary of Time Detail by Professional
### July 1, 2016 through July 31, 2016

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $950.00 | 0.04 | $39.90 |
| Emmett Bergman | Managing Director | $775.00 | 0.18 | $139.52 |
| John Stuart | Managing Director | $775.00 | 0.33 | $254.21 |
| Jodi Ehrenhofer | Senior Director | $625.00 | 1.39 | $870.02 |
| Matt Frank | Director | $625.00 | 0.01 | $5.25 |
| Paul Kinealy | Director | $550.00 | 0.20 | $109.57 |
| Kevin Sullivan | Director | $525.00 | 0.02 | $11.97 |
| Richard Carter | Consultant | $450.00 | 2.80 | $1,258.96 |
| Sarah Pittman | Analyst | $375.00 | 3.72 | $1,394.56 |
| Mary Napoliello | Paraprofessional | $300.00 | 0.06 | $19.44 |
| | | **Total** | **8.75** | **$4,103.40** |

*As a result of the de minimis number of hours billed by A&M during the Fee Period directly attributable to EFIH, the total hour calculations reflected herein have been computed to the hundredth of an hour to maximize accuracy.*