# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

*Exhibit C*

### Combined
### Energy Future Holdings Corp., et al.,
### Summary of Expense Detail by Category
### July 1, 2016 through July 31, 2016

| Expense Category | Sum of Expenses |
|---|---|
| Airfare | $3,080.45 |
| Lodging | $3,177.54 |
| Meals | $260.37 |
| Transportation | $792.87 |
| **Total** | **$7,311.23** |

*Exhibit C*

### TCEH
### Summary of Expense Detail by Category
### July 1, 2016 through July 31, 2016

| Expense Category | Sum of Expenses |
|---|---:|
| Airfare | $2,396.89 |
| Lodging | $2,472.46 |
| Meals | $202.59 |
| Transportation | $616.95 |
| **Total** | **$5,688.89** |

*Exhibit C*

## EFH
## *Summary of Expense Detail by Category*
## *July 1, 2016 through July 31, 2016*

| *Expense Category* | *Sum of Expenses* |
|---|---:|
| Airfare | $646.59 |
| Lodging | $666.96 |
| Meals | $54.66 |
| Transportation | $166.42 |
| *Total* | **$1,534.63** |

*Exhibit C*

*EFIH*
*Summary of Expense Detail by Category*
*July 1, 2016 through July 31, 2016*

| *Expense Category* | *Sum of Expenses* |
|---|---|
| Airfare | $36.97 |
| Lodging | $38.12 |
| Meals | $3.12 |
| Transportation | $9.50 |
| *Total* | **$87.71** |

*Page 1 of 1*