# EXHIBIT D

**Detailed Description of Expenses and Disbursements**

*Exhibit D*

## Combined - All Entities
## Expense Detail by Category
## July 1, 2016 through July 31, 2016

### Airfare

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Emmett Bergman | 5/2/2016 | $398.10 | Airfare one-way coach San Francisco/Dallas. |
| Emmett Bergman | 5/4/2016 | $398.10 | Airfare one-way coach Dallas/San Francisco. |
| Emmett Bergman | 5/9/2016 | $307.09 | Airfare one-way coach San Francisco/Dallas. |
| Emmett Bergman | 5/12/2016 | $128.10 | Airfare one-way coach Dallas/San Francisco. |
| Peyton Heath | 7/25/2016 | $512.96 | Airfare roundtrip coach Dallas/New York. |
| John Stuart | 7/27/2016 | $622.00 | Airfare one-way coach Dallas/New York. |
| John Stuart | 7/29/2016 | $714.10 | Airfare one-way coach New York/Dallas. |
| **Expense Category Total** | | **$3,080.45** | |

### Lodging

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Emmett Bergman | 5/4/2016 | $412.64 | Hotel in Dallas - 2 nights. |
| Emmett Bergman | 5/11/2016 | $900.06 | Hotel in Dallas - 3 nights. |
| John Stuart | 7/28/2016 | $1,050.00 | Hotel in New York - 2 nights. |
| Peyton Heath | 7/28/2016 | $814.84 | Hotel in New York - 2 nights. |
| **Expense Category Total** | | **$3,177.54** | |

### Meals

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Emmett Bergman | 5/2/2016 | $6.40 | Out of town breakfast - E. Bergman. |
| Emmett Bergman | 5/3/2016 | $40.00 | Out of town dinner - E. Bergman. |
| Emmett Bergman | 5/3/2016 | $5.00 | Out of town breakfast - E. Bergman. |
| Emmett Bergman | 5/9/2016 | $11.40 | Out of town breakfast - E. Bergman. |
| Emmett Bergman | 5/9/2016 | $39.48 | Out of town dinner - E. Bergman. |
| Emmett Bergman | 5/10/2016 | $20.32 | Out of town dinner - E. Bergman. |
| Emmett Bergman | 5/11/2016 | $10.58 | Out of town breakfast - E. Bergman. |
| Emmett Bergman | 5/12/2016 | $6.32 | Out of town breakfast - E. Bergman. |

*Exhibit D*

## Combined - All Entities
## Expense Detail by Category
## July 1, 2016 through July 31, 2016

### Meals

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Peyton Heath | 7/27/2016 | $32.14 | Out of town dinner - P. Heath. |
| Peyton Heath | 7/27/2016 | $8.73 | Out of town breakfast - P. Heath. |
| John Stuart | 7/28/2016 | $80.00 | Out of town dinner - J. Stuart, P. Heath - 2. |
| **Expense Category Total** | | **$260.37** | |

### Transportation

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Emmett Bergman | 5/2/2016 | $100.00 | Taxi from home to San Francisco Airport. |
| Emmett Bergman | 5/2/2016 | $27.00 | Taxi from DFW Airport to hotel. |
| Emmett Bergman | 5/3/2016 | $20.05 | Taxi from Energy to hotel. |
| Emmett Bergman | 5/3/2016 | $13.56 | Taxi from hotel to Energy. |
| Emmett Bergman | 5/4/2016 | $62.03 | Taxi from San Francisco Airport to home. |
| Emmett Bergman | 5/4/2016 | $15.34 | Taxi from Energy to DFW Airport. |
| Emmett Bergman | 5/9/2016 | $55.00 | Taxi from DFW Airport to Energy. |
| Emmett Bergman | 5/9/2016 | $100.00 | Taxi from home to San Francisco Airport. |
| Emmett Bergman | 5/12/2016 | $13.58 | Taxi from Energy to DFW Airport. |
| Emmett Bergman | 5/12/2016 | $62.86 | Taxi from San Francisco Airport to home. |
| Peyton Heath | 7/27/2016 | $63.80 | Taxi from New York Airport to hotel. |
| John Stuart | 7/28/2016 | $102.70 | Taxi from New York Airport to hotel. |
| John Stuart | 7/29/2016 | $75.00 | Taxi from DFW Airport to home. |
| Peyton Heath | 7/29/2016 | $21.54 | Taxi from DFW Airport to home. |
| Peyton Heath | 7/29/2016 | $60.41 | Taxi to New York Airport. |
| **Expense Category Total** | | **$792.87** | |
| *Grand Total* | | **$7,311.23** | |