# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ENERGY FUTURE<br>HOLDINGS CORP., *et al.*,<br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered)<br>**Related to Docket Nos. 9486 and 9487** |

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF DELAWARE ) | |
|  ) SS | |
| NEW CASTLE COUNTY ) | |

    I, Kimberly A. Karstetter, being duly sworn according to law, depose and state that I am employed by Cole Schotz P.C., and that on September 7, 2016, I caused a copy of the **Objection of Delaware Trust Company to Disclosure Statement for the Third Amended Joint Plan of Reorganization of Entry Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the EFH Debtors and EFIH Debtors** (Docket No. 9486) and **Exhibit A** (Docket No. 9487) to be served upon the Participating Parties service list at EFH_DS_Discovery_Service_List@kirkland.comp.

                                               Kimberly A. Karstetter, Paralegal
                                               COLE SCHOTZ P.C.
                                               500 Delaware Avenue, Suite 1410
                                               Wilmington, DE 19801
                                               Telephone: (302) 652-3131

SWORN TO AND SUBSCRIBED before me
this 7th day of September, 2016

_____
NOTARY PUBLIC
NOTARY PUBLIC, State of Delaware
My Commission Expires October 23, 2016

52881/0001-13344101v1