**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Energy Future Holdings Corp., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Related Document: 9200** |
| | ) | **Hearing Date: September 19, 2016 at 10:00 AM** |

**RESERVATION OF RIGHTS OF CERTAIN FUNDS AND
ACCOUNTS ADVISED OR SUB-ADVISED BY FIDELITY MANAGEMENT
& RESEARCH COMPANY OR ITS AFFILIATES WITH RESPECT TO THE
DISCLOSURE STATEMENT FOR THE THIRD AMENDED JOINT PLAN OF
REORGANIZATION OF ENERGY FUTURE HOLDINGS CORP., ET AL.,
PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE AS IT APPLIES
TO THE EFH DEBTORS AND EFIH DEBTORS**

Certain funds and accounts advised or sub-advised by Fidelity Management & Research Company or its affiliates (collectively, "Fidelity") file this reservation of rights (the "Reservation of Rights") with respect to the *Disclosure Statement for the Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the EFH Debtors and EFIH Debtors* [D.I. 9200] (the "Disclosure Statement"). In support of this Reservation of Rights, Fidelity respectfully states as follows:

---

[1] The last four digits of Energy Future Holding Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

2

**RESERVATION OF RIGHTS**

Fidelity has a number of significant concerns with the *Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 9199-1] (the "Plan") that it intends to raise in connection with the Debtors' efforts to seek confirmation of the Plan. In the interest of efficiency and to avoid litigating these objections twice, Fidelity is not raising these issues at this stage. Rather, Fidelity reserves its rights to raise these issues at Plan confirmation and to object to confirmation of the Plan. While Fidelity recognizes that confirmation objections are generally preserved following approval of a disclosure statement, Fidelity does not wish its non-objection to the Disclosure Statement to be interpreted by the Court, the Debtors or other parties in interest as its acquiescence to, or support of, the Plan.

[*Remainder of page intentionally left blank*]

|  |  |
|---|---|
| Dated: September 7, 2016<br>Wilmington, Delaware | CROSS & SIMON, LLC<br><br>*/s/ Michael J. Joyce*<br>Michael J. Joyce (No. 4563)<br>1105 North Market Street<br>Suite 901<br>Wilmington, Delaware 19801<br>Telephone: (302) 777-4200<br>Facsimile: (302) 777-4224<br>E-mail: mjoyce@crosslaw.com<br><br>-and-<br><br>FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP<br>Brad Eric Scheler<br>Gary L. Kaplan<br>Matthew M. Roose<br>One New York Plaza<br>New York, New York 10004<br>Telephone: (212) 859-8000<br>Facsimile: (212) 859-4000<br>Email: brad.eric.scheler@friedfrank.com<br>        gary.kaplan@friedfrank.com<br>        matthew.roose@friedfrank.com<br><br>*Counsel to certain funds and accounts advised or sub-advised by Fidelity Management & Research Company or its affiliates* |