**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., et al.,[1]<br><br><br><br><br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 14-10979 (CSS)<br>)<br>) Jointly Administered<br>)<br>) **Re: Docket No. 9200 & 9201**<br>)<br>) <u>Hearing Date</u>:  September 19, 2016<br>) <u>Objection Deadline</u>: September 7, 2016 at 4:00<br>) p.m.<br>) |

**RESERVATION OF RIGHTS OF EFH INDENTURE TRUSTEE WITH RESPECT TO APPROVAL OF DISCLOSURE STATEMENT FOR THE THIRD AMENDED JOINT PLAN OF REORGANIZATION OF ENERGY FUTURE HOLDINGS CORP., ET AL., PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE AS IT APPLIES TO <u>THE EFH DEBTORS AND EFIH DEBTORS</u>**

American Stock Transfer & Trust Company, LLC ("<u>AST</u>"), as successor trustee to The Bank of New York Mellon Trust Company, N.A. (in such capacity, the "<u>EFH Indenture Trustee</u>") under the indentures for notes issued by EFH Future Holdings Corp. ("<u>EFH Corp.</u>"), by its undersigned counsel, hereby files this reservation of rights ("<u>Reservation of Rights</u>") in response to the *Motion of the EFH/EFIH Debtors for Entry of an Order (A) Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with Confirmation of the Debtors Joint Plan of Reorganization as it Relates to the EFH/EFIH Debtors, (B) Approving the EFH/EFIH Disclosure Statement, (C) Establishing the EFH/EFIH Voting Record Date, EFH/EFIH Voting Deadline and Other Dates, (D) Approving Procedures for Soliciting, Receiving,*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification Numbers is not provided herein.

1

*and Tabulating Votes on the Plan, and (E) Approving the Manner and Forms of Notice and Other Related Documents* [D.I. 9201](the "Motion"), which seek approval of the *Disclosure Statement for the Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the EFH Debtors and EFIH Debtors* [D.I. 9200] (the "Proposed E-Side Disclosure Statement").[2]  In support of this Reservation of Rights, the EFH Indenture Trustee respectfully states as follows:

1. The EFH Indenture Trustee continues to evaluate the Plan and is cognizant that the situation is a fluid one.  However, the EFH Indenture Trustee believes that the Plan in its current form is not confirmable and reserves all of its rights with respect to confirmation of the Plan.

2. The EFH Indenture Trustee also reserves all rights it may have in law or in equity to supplement this Reservation of Rights and raise additional issues or objections at the hearing on the Proposed E-Side Disclosure Statement in the event further amendments or modifications to the Proposed E-Side Disclosure Statement or Plan are filed by the Debtors.

WHEREFORE, the EFH Indenture Trustee respectfully request the Court grant such other relief as is just and proper.

---

[2] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Proposed E-Side Disclosure Statement or the *Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 9199] (as it may be further amended, supplemented or modified, the "Plan"), as applicable.

Dated: Wilmington, DE
September 7, 2016

**CROSS & SIMON, LLC**

By: /s/ *Christopher P. Simon*
Christopher P. Simon (No. 3697)
1105 North Market Street, Suite 901
Wilmington, Delaware 19801
Telephone: (302) 777-4200
Facsimile: (302) 777-4224
csimon@crosslaw.com

- and –

NIXON PEABODY LLP
Amanda D. Darwin
Richard C. Pedone
100 Summer Street
Boston, Massachusetts 02110
Telephone: (617) 345-1000
Facsimile: (617) 345-1300
adarwin@nixonpeabody.com
rpedone@nixonpeabody.com

-and-

Christopher J. Fong
437 Madison Avenue
New York, NY 10022
Telephone: 212-940-3724
Facsimile: 855-900-8613
cfong@nixonpeabody.com

*Co- Counsel to American Stock Transfer & Trust Company, LLC, as Indenture Trustee*

3

4836-1995-5255.2