**CERTIFICATE OF SERVICE**

      I, Christopher P. Simon, hereby certify that on September 7, 2016, I caused a true and correct copy of the **Reservation of Rights of EFH Indenture Trustee With Respect to Approval of Disclosure Statement for the Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the EFH Debtors and EFIH Debtors** to be served upon all interested parties via CM/ECF and upon the parties listed below via electronic mail and first class mail.

                          */s/ Christopher P. Simon*
                          Christopher P. Simon (No. 3697)

## SERVICE LIST

RICHARDS, LAYTON & FINGER, P.A.
Mark D. Collins, Esq.
Daniel J. DeFranceschi, Esq.
Jason M. Madron, Esq.
920 North King Street
Wilmington, Delaware 19801
Email: collins@rlf.com
defranceschi@rlf.com
madron@rlf.com

KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
Edward O. Sassower, P.C.
Stephen E. Hessler , Esq.
Brian E. Schartz, Esq.
601 Lexington Avenue
New York, New York 10022-4611
Email: edward.sassower@kirkland.com
stephen.hessler@kirkland.com
brian.schartz@kirkland.com

KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
James H.M. Sprayregen, P.C.
Marc Kieselstein, P.C.
Chad J. Husnick , Esq.
Steven N. Serajeddini, Esq.
300 North LaSalle
Chicago, Illinois 60654
Email: james.sprayregen@kirkland.com
marc.kieselstein@kirkland.com
chad.husnick@kirkland.com
steven.serajeddini@kirkland.com

PROSKAUER ROSE LLP
Jeff J. Marwil, Esq.
Mark K Thomas, Esq.
Peter J. Young, Esq.
Three First National Plaza
70 W. Madison St, Ste. 3800
Chicago, IL 60602
Email: jmarwil@proskauer.com
mthomas@proskauer.com
pyoung@proskauer.com

BIELLI & KLAUDER LLC
David M. Klauder, Esq.
1204 N King Street
Wilmington, DE 19801
Email: dklauder@bk-legal.com

MUNGER, TOLLES & OLSON LLP
Thomas B. Walper, Esq.
Todd J. Rosen, Esq.
Seth Goldman, Esq.
John W. Spiegel, Esq.
355 S. Grand Ave, 35th Floor
Los Angeles, CA 90071
Email: Thomas.Walper@mto.com
Todd.Rosen@mto.com
Seth.Goldman@mto.com
John.Spiegel@mto.com

| | |
|---|---|
| MCELROY, DEUTSCH, MUVANEY, & CARPENTER, LLP<br>David P. Primack, Esq.<br>300 Delaware, Ste. 770<br>Wilmington, Delaware 19801<br>Email: dprimack@mdmc-law.com | CRAVATH, SWAIN, & MOORE LLP<br>Michael A. Paskin, Esq.<br>Trevor M. Broad, Esq.<br>Worldwide Plaza<br>825 Eighth Ave.<br>New York, NY 10019-7475<br>Email: mpaskin@cravath.com<br>        tbroad@cravath.com |
| STEVENS & LEE PC<br>Joseph H. Huston, Jr. , Esq.<br>919 North Market Street, Suite 1300<br>Wilmington, DE 19801<br>Email: jhh@stevenslee.com | JENNER & BLOCK LLP<br>Richard Levin, Esq.<br>919 Third Ave.<br>New York, NY 10022-3908<br>Email: rlevin@jenner.com |
| THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE<br>Richard L. Schepacarter, Esq.<br>844 King Street, Suite 2207<br>Wilmington, Delaware 19801<br>Email: richard.schepacarter@usdoj.gov | MORRISON & FOERSTER LLP<br>James M. Peck, Esq.<br>Brett H. Miller, Esq.<br>Lorenzo Marinuzzi, Esq.<br>Todd M. Goren, Esq.<br>Samantha Martin, Esq.<br>250 West 55th Street<br>New York, New York 10019<br>Email: jpeck@mofo.com<br>        brettmiller@mofo.com<br>        lmarinuzzi@mofo.com<br>        tgoren@mofo.com<br>        smartin@mofo.com |
| POLSINELLI PC<br>Christopher A. Ward, Esq.<br>Justin K. Edelson, Esq.<br>Shanti M. Katona, Esq.<br>222 Delaware Avenue, Suite 1101<br>Wilmington, Delaware 19801<br>Email: cward@polsinelli.com<br>        jedelson@polsinelli.com<br>        skatona@polsinelli.com | SULLIVAN & CROMWELL LLP<br>Andrew G. Dietderich, Esq.<br>Brian D. Glueckstein, Esq.<br>Michael H. Torkin, Esq.<br>125 Broad St.<br>New York, NY 10004<br>Email: dietdericha@sullcrom.com<br>        gluecksteinb@sullcrom.com<br>        torkinm@sullcrom.com |

MONTGOMERY, MCCRACKEN,
WALKER, & RHOADS LLP
Natalie D. Ramsey, Esq.
Davis Lee Wright, Esq.
Mark A. Fink, Esq.
1105 N. Market St., 15th FL
Wilmington, DE 19801
Email: nramsey@mmwr.com
      dwright@mmwr.com
      mfink@mmwr.com