**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
| | Re: D.I. 9200, 9201 |

**STATEMENT AND RESERVATION OF RIGHTS OF THE
EFH OFFICIAL COMMITTEE TO MOTION OF THE EFH/EFIH DEBTORS FOR
ENTRY OF AN ORDER (A) SCHEDULING CERTAIN HEARING DATES AND
DEADLINES AND ESTABLISHING CERTAIN PROTOCOLS IN CONNECTION
WITH CONFIRMATION OF THE DEBTORS' JOINT PLAN OF REORGANIZATION
AS IT RELATES TO THE EFH/EFIH DEBTORS, (B) APPROVING THE EFH/EFIH
DISCLOSURE STATEMENT, (C) ESTABLISHING THE EFH/EFIH VOTING
RECORD DATE, EFH/EFIH VOTING DEADLINE, AND OTHER DATES,
(D) APPROVING PROCEDURES FOR SOLICITING, RECEIVING , AND
TABULATING VOTES ON THE PLAN, AND (E) APPROVING THE MANNER AND
FORMS OF NOTICE AND OTHER RELATED DOCUMENTS**

The official committee of unsecured creditors (the "EFH Committee") of Energy Future Holdings Corp. ("EFH"), Energy Future Intermediate Holding Company LLC ("EFIH"), EFIH Finance Inc., and EECI, Inc. hereby submits this statement and reservation of rights concerning the *Motion of the EFH/EFIH Debtors for Entry of an Order (A) Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with Confirmation of the Debtors' Joint Plan of Reorganization as it Relates to the EFH/EFIH Debtors, (B) Approving the EFH/EFIH Disclosure Statement, (C) Establishing the EFH/EFIH Voting Record Date, EFH/EFIH Voting Deadline, and Other Dates, (D) Approving Procedures*

---

[1] The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

*for Soliciting, Receiving, and Tabulating Votes on the Plan, and (E) Approving the Manner and Forms of Notice and Other Related Documents* [D.I. 9201] (the "Order") and approval of the Disclosure Statement for the Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the EFH Debtors and the EFIH Debtors [D.I. 9200] (the "Disclosure Statement"), and states as follows:

### Statement

1.  On November 25, 2015, the Court entered the *Order Approving Settlement Among Debtors, EFH Committee, EFH Notes Trustee, and Certain Other Parties* [D.I. 7143], which approved a comprehensive and durable settlement among the EFH Committee, the Debtors, and the TCEH First Lien Creditors (the "EFH Committee Settlement").[2]

2.  The terms of the EFH Committee Settlement were finalized after large institutional unsecured creditors of EFIH and EFH—including ultimately holders of over 90% of EFIH Unsecured Notes, and certain funds and accounts advised or sub-advised by Fidelity Management & Research Company, the largest financial creditor at EFH and holder of a majority of the EFH Legacy Notes—reached separate settlements during trial in connection with the previously confirmed and subsequently terminated REIT plan ("Plan A"). Once significant E-side creditor support for Plan A emerged, the EFH Committee's focus shifted to ensuring that there was no disparate treatment within classes and to securing downside protection in an Alternative Restructuring for those classes of EFH creditors who had not independently negotiated favorable upside economic terms in Plan A.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the EFH Committee Settlement or the New Plan, as applicable.

-2-

3. As discussed on the record at the hearing held on November 25, 2015, the EFH Committee Settlement, among other things, provided a durable insurance policy in the circumstance the EFH/EFIH Debtors now face—termination of Plan A and a proposed Alternative Restructuring contained in a New Plan[3]—that will likely ensure holders of Beneficiary Claims receive full recoveries on those claims under the New Plan due to the Contractual Subordination agreed between TCEH and the EFH Committee for the benefit of the Beneficiary Claims. Moreover, the EFH Committee Settlement provides that the legacy asbestos unsecured claims and the Legacy Intercompany Claims are Reinstated. In addition, the rights of individual creditors to negotiate and/or litigate with respect to an Alternative Restructuring and the New Plan are preserved.

4. In return, the EFH Committee agreed to reduce its participation in these chapter 11 cases and "not object to, litigate against, or otherwise impair, hinder or delay, the confirmation and consummation of any Alternative Restructuring" that complies with the terms and claims treatment provided for in the EFH Committee Settlement. (EFH Committee Settlement § 6(b).) The EFH Committee has complied with its obligations under the EFH Committee Settlement while continuing to exercise its fiduciary obligations to its constituents.

5. The EFH Committee is evaluating the terms of the New Plan and related transaction documents as they become available, and reserves all of its rights with respect to confirmation of the New Plan.

---

[3] The "New Plan" is the *Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp.* et al., *Pursuant to Chapter 11 of the Bankruptcy Code* as it applies to the EFH Debtors and the EFIH Debtors [D.I. 9374], as it may be further amended.

**Reservation of Rights**

6. Counsel for the EFH Committee has been engaged in constructive discussions with counsel for the Debtors regarding certain additions to the proposed solicitation materials and the Disclosure Statement. Specifically, the EFH Committee has requested (i) that the Debtors include in the solicitation packet for relevant classes a letter to creditors from the EFH Committee explaining the voting requirements for holders of the Beneficiary Claims (as defined in the EFH Committee Settlement) to realize the benefits of the contractual subordination contained in the EFH Committee Settlement and implemented in the New Plan; and (ii) additional disclosure regarding the form of consideration (cash versus equity) to be provided to holders of claims against EFH classified in classes A1 through A15.

7. Based on discussions to date, the EFH Committee anticipates that it will reach agreement with the Debtors regarding these issues. If, however, the EFH Committee and the Debtors fail to reach agreement with respect to these issues, the EFH Committee expressly reserves its rights to raise these or any other issue at the hearing to consider entry of the Order and approval of the Disclosure Statement.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>September 7, 2016 | **MONTGOMERY McCRACKEN WALKER & RHOADS, LLP**<br><br> */s/ Mark A. Fink*<br>Natalie D. Ramsey (DE Bar No. 5378)<br>Davis Lee Wright (DE Bar No. 4324)<br>Mark A. Fink (DE Bar No. 3946)<br>1105 North Market Street, 15th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 504-7800<br>Facsimile: (302) 504 -7820<br>E-mail: nramsey@mmwr.com<br>dwright@mmwr.com<br>mfink@mmwr.com<br><br>– and –<br><br>**SULLIVAN & CROMWELL LLP**<br><br>Andrew G. Dietderich<br>Brian D. Glueckstein<br>John Hardiman<br>Alexa J. Kranzley<br>125 Broad Street<br>New York, New York 10004<br>Telephone:   (212) 558-4000<br>Facsimile:    (212) 558-3588<br>E-mail:         dietdericha@sullcrom.com<br>gluecksteinb@sullcrom.com<br>hardimanj@sullcrom.com<br>kranzleya@sullcrom.com<br><br>*Counsel for The Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc.* |