# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## CERTIFICATE OF SERVICE

I, Raymond H. Lemisch, Esquire, hereby certify that on September 7, 2016 a true and correct copy of the LIMITED OBJECTION OF UMB BANK, N.A., TO MOTION OF THE EFH/EFIH DEBTORS FOR ENTRY OF AN ORDER (A) SCHEDULING CERTAIN HEARING DATES AND DEADLINES AND ESTABLISHING CERTAIN PROTOCOLS IN CONNECTION WITH CONFIRMATION OF THE DEBTORS' JOINT PLAN OF REORGANIZATION AS IT RELATES TO THE EFH/EFIH DEBTORS, (B) APPROVING THE EFH/EFIH DISCLOSURE STATEMENT, (C) ESTABLISHING THE EFH/EFIH VOTING RECORD DATE, EFH/EFIH VOTING DEADLINE AND OTHER DATES, (D) APPROVING PROCEDURES FOR SOLICITING, RECEIVING, AND TABULATING VOTES ON THE PLAN AND (E) APPROVING THE MANNER AND FORMS OF NOTICE AND OTHER RELATED DOCUMENTS (the "Limited Objection") was served on the following counsel of record for the above captioned Debtors via e-mail:

Edward O. Sassower, P.C.
Stephen Hessler
Brian E. Schartz
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY  10022-4611
edward.sassower@kirkland.com
stephen.hessler@kirkland.com
brian.schartz@kirkland.com

PHIL1 5451131v.1

James H.M. Sprayregen, P.A.
Marc Kieselstein, P.C.
Chad J. Husnick
Steven N. Serajeddini
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL  60654
james.sprayregen@kirkland.com
marc.kieselstein@kirkland.com
chad.husnick@kirkland.com
steven.serajeddini@kirkland.com

Mark D. Collins
Daniel J. DeFranceschi
Jason M. Madron
Richards, Layton & Finger, P.A.
920 North King Street
Wilmington, DE  19801
collins@rlf.com
defranceschi@rlf.com
madron@rlf.com

In addition, the Limited Objection was also served on August 8, 2016 via electronic mail on the Participating Parties (as defined in the *Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Joint Plan of Reorganization and the Approval of Debtors' Disclosure Statement* (D.I. 8514)) at the following electronic mail address set up by the Debtors to allow for service on all Participating Parties:  EFH_DS_Discovery_Service_List@kirkland.com

| | |
|---|---|
| Dated:  September 7, 2016<br>Wilmington, DE<br><br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br>Ira S. Dizengoff (admitted *pro hac vice*)<br>Abid Qureshi (admitted *pro hac vice*)<br>Robert J. Boller (admitted *pro hac vice*)<br>Christopher Carty (admitted *pro hac vice*)<br>One Bryant Park<br>New York, NY 10036<br>Telephone:     (212) 872-1000 | By: */s/ Raymond H. Lemisch*<br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>Raymond H. Lemisch (DE Bar ID No. 4204)<br>919 Market Street, Suite 1000<br>Wilmington, Delaware 19801<br>Tel: (302) 426-1189<br>Fax: (302) 426-9193<br>Email: rlemisch@klehr.com<br><br>*- and -* |

| | |
|---|---|
| Facsimile: (212) 872-1002<br>Email: idizengoff@akingump.com<br>   aqureshi@akingump.com<br>   rboller@akingump.com<br>   ccarty@akingump.com | **FOLEY & LARDNER LLP**<br>Harold L. Kaplan (admitted *pro hac vice*)<br>Mark F. Hebbeln (admitted *pro hac vice*)<br>Lars A. Peterson (admitted *pro hac vice*)<br>321 North Clark Street, Suite 2800<br>Chicago, IL  60654-5313<br>Telephone: (312) 832-4500<br>Facsimile:  (312) 832-4700<br>Email:  hkaplan@foley.com<br>   mhebbeln@foley.com<br>   lapeterson@foley.com |
| Scott L. Alberino (admitted *pro hac vice*)<br>1333 New Hampshire Avenue, N.W.<br>Washington, DC 20036<br>Telephone: (202) 887-4000<br>Facsimile: (202) 887-4288<br>Email: salberino@akingump.com | Barry G. Felder (admitted *pro hac vice*)<br>Jonathan H. Friedman (admitted *pro hac vice*)<br>90 Park Avenue<br>New York, NY 10016<br>Tel: (212) 682-7474<br>Fax: (212) 687-2329<br>Email: bgfelder@foley.com<br>   jfriedman@foley.com |
| | *Co-Counsel to UMB Bank, N.A., as Indenture Trustee to the EFIH Senior Toggle Notes* |