# **EXHIBIT A**

**Statement of Fees and Expenses By Subject Matter**

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 6 | [ALL] Case Administration | 26.20 | $16,749.00 |
| 8 | [ALL] Claims Administration & Objections | 174.70 | $138,643.50 |
| 9 | [ALL] Contested Matters & Adv. Proceed. | 21.60 | $14,361.00 |
| 10 | [ALL] Corp. Governance and Sec. Issues | 451.60 | $370,562.50 |
| 12 | [ALL] Hearings | 2.80 | $1,839.50 |
| 14 | [ALL] K&E Retention and Fee Applications | 73.50 | $38,182.50 |
| 17 | [ALL] Non-K&E Retentions & Fee Apps | 3.60 | $2,502.00 |
| 18 | [ALL] Non-Working Travel | 6.30 | $6,772.00 |
| 21 | [ALL] Plan and Disclosure Statements | 197.50 | $194,818.50 |
| 26 | [ALL] Retiree and Employee Issues/OPEB | 15.10 | $13,077.50 |
| 29 | [ALL] Tax Issues | 221.40 | $265,994.00 |
| 34 | [TCEH] Asset Dispositions and Purchases | 3.80 | $2,641.00 |
| 37 | [TCEH] Business Operations | 2.80 | $1,910.00 |
| 38 | [TCEH] Cash Collateral and DIP Financing | 5.60 | $4,732.00 |
| 39 | [TCEH] Claims Administration & Objection | 39.90 | $25,891.00 |
| 40 | [TCEH] Contested Matters & Advers. Proc. | 1,248.40 | $909,493.00 |
| 42 | [TCEH] Environmental Issues | 36.70 | $36,011.00 |
| 43 | [TCEH] Hearings | 12.70 | $11,178.00 |
| 48 | [TCEH] Non-Working Travel | 21.00 | $20,164.00 |
| 51 | [TCEH] Plan/Disclosure Statements | 54.00 | $30,964.00 |
| 66 | [EFIH] Cash Collat./DIP Finan./Makewhole | 2.20 | $2,880.00 |
| 68[1] | [EFIH] Contested Matters & Advers. Pro. | 37.30 | $37,064.50 |
| 73 | [EFIH] Non-Working Travel | 6.20 | $5,839.00 |
| 76 | [EFIH] Plan / Disclosure Statement | 1,386.90 | $1,401,183.00 |
| 108 | [TCEH] Exec. Contracts & Unexpired Lease | 8.10 | $5,380.50 |
| 113 | [ALL] Enforcement of TTI Rights | 9.10 | $7,228.50 |
| 114 | [ALL] Drag Along Rights | 1.00 | $900.00 |
| 115 | [TCEH] Exit Financing | 560.20 | $447,099.00 |
| | **Totals:** | **4,630.20** | **$4,014,060.50** |

---

[1] Amounts billed to [EFIH] matters 68, 74, and 76 are allocated 90% to EFIH and 10% to EFH Corp. reflecting the corresponding debt amounts.

| Service Description | Amount |
|---|---:|
| Third Party Telephone Charges | $2,775.52 |
| Standard Copies or Prints | $2,812.90 |
| Color Copies or Prints | $6,414.30 |
| Production Blowbacks | $706.80 |
| Overnight Delivery | $166.87 |
| Outside Messenger Services | $75.34 |
| Local Transportation | $324.48 |
| Travel Expense | $28,089.62 |
| Airfare | $13,608.79 |
| Transportation to/from airport | $3,064.57 |
| Travel Meals | $1,346.08 |
| Other Travel Expenses | $429.00 |
| Court Reporter Fee/Deposition | $6,050.38 |
| Other Court Costs and Fees | $2,546.60 |
| Outside Paralegal Assistance | $60,064.38 |
| Working Meals/K&E Only | $40.00 |
| Catering Expenses | $6,212.00 |
| Outside Retrieval Service | $11,311.22 |
| Computer Database Research | $2,544.00 |
| Westlaw Research | $3,147.17 |
| Overtime Transportation | $770.54 |
| Overtime Meals - Attorney | $861.07 |
| Cash Credits | -$148.00 |
| **Total:** | **$153,213.63** |