**EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The K&E attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Andrew Barton | Associate | 2010 | Executive Compensation | 940.00 | 4.50 | $4,230.00 |
| Rebecca Blake Chaikin | Associate | 2015 | Restructuring | 605.00 | 70.90 | $42,894.50 |
| Kevin Chang | Associate | 2014 | Litigation - General | 585.00 | 1.60 | $936.00 |
| Michael C Cline | Associate | 2015 | Corporate - General | 510.00 | 12.50 | $6,375.00 |
| Ryan Copeland | Associate | 2012 | Corporate - Debt Finance | 775.00 | 53.00 | $41,075.00 |
| Thomas Dobleman | Associate | 2011 | Corporate - Debt Finance | 895.00 | 91.60 | $81,982.00 |
| Emily Geier | Associate | 2012 | Restructuring | 845.00 | 83.30 | $70,388.50 |
| Phil Giglio | Associate | 2014 | Corporate - Investment Funds | 695.00 | 0.30 | $208.50 |
| Stephanie I Gitler | Associate | 2009 | Environment - Transactional | 895.00 | 2.10 | $1,879.50 |
| Nicholas Hemmingsen | Associate | 2013 | Corporate - Investment Funds | 775.00 | 10.00 | $7,750.00 |
| Sam Hong | Associate | 2008 | Technology & IP Transactions | 845.00 | 2.60 | $2,197.00 |
| Natasha Hwangpo | Associate | 2014 | Restructuring | 695.00 | 136.40 | $94,798.00 |
| Jacob Johnston | Associate | 2013 | Litigation - General | 755.00 | 0.40 | $302.00 |
| Austin Klar | Associate | 2013 | Litigation - General | 675.00 | 14.40 | $9,720.00 |
| James C Melchers | Associate | 2012 | Corporate - General | 695.00 | 148.70 | $103,346.50 |
| Mark Menzies | Associate | 2014 | Litigation - General | 675.00 | 15.70 | $10,597.50 |
| Kristen Molloy | Associate | 2015 | Corporate - General | 510.00 | 97.20 | $49,572.00 |
| David Moore | Associate | 2015 | Corporate - General | 510.00 | 131.50 | $67,065.00 |
| Aaron J Newell | Associate | 2013 | Environment - Transactional | 510.00 | 0.40 | $204.00 |
| Veronica Nunn | Associate | 2010 | Corporate - M&A/Private Equity | 895.00 | 321.70 | $287,921.50 |
| Daniel Rudewicz | Associate | 2016 | Restructuring | 510.00 | 8.30 | $4,233.00 |
| Anthony Sexton | Associate | 2011 | Taxation | 895.00 | 139.00 | $124,405.00 |
| Justin Sowa | Associate | 2013 | Litigation - General | 755.00 | 170.20 | $128,501.00 |
| Anna Terteryan | Associate | 2014 | Litigation - General | 585.00 | 171.50 | $100,327.50 |
| McClain Thompson | Associate | 2014 | Restructuring | 605.00 | 93.50 | $56,567.50 |
| Spencer A Winters | Associate | 2013 | Restructuring | 695.00 | 31.50 | $21,892.50 |
| Aparna Yenamandra | Associate | 2013 | Restructuring | 775.00 | 174.20 | $135,005.00 |
| Elizabeth Gottschalk | Of Counsel | 2001 | Corporate - Investment Funds | 985.00 | 0.90 | $886.50 |
| Jack N Bernstein | Partner | 1995 | Employee Benefits | 1,075.00 | 11.80 | $12,685.00 |
| Katherine Bolanowski | Partner | 2009 | Corporate - Debt Finance | 940.00 | 84.40 | $79,336.00 |
| Andrew Calder, P.C. | Partner | 2003 | Corporate - M&A/Private Equity | 1,325.00 | 255.20 | $338,140.00 |
| Jeanne T Cohn-Connor | Partner | 1985 | Environment - Transactional | 1,010.00 | 62.10 | $62,721.00 |
| John Donley, P.C. | Partner | 1985 | Litigation - General | 1,155.00 | 0.90 | $1,039.50 |
| Barack S Echols | Partner | 1999 | Litigation - General | 1,010.00 | 64.80 | $65,448.00 |
| Lisa G Esayian | Partner | 1991 | Litigation - General | 1,030.00 | 55.20 | $56,856.00 |

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Michael Esser | Partner | 2009 | Litigation - General | 875.00 | 201.80 | $176,575.00 |
| Gregory W Gallagher, P.C. | Partner | 1997 | Taxation | 1,325.00 | 93.70 | $124,152.50 |
| Jonathan F Ganter | Partner | 2010 | Litigation - General | 900.00 | 13.40 | $12,060.00 |
| Warren Haskel | Partner | 2009 | Litigation - General | 900.00 | 6.30 | $5,670.00 |
| Erik Hepler | Partner | 1990 | Corporate - Debt Finance | 1,120.00 | 9.80 | $10,976.00 |
| Edward B Holzwanger | Partner | 2001 | Labor & Employment | 950.00 | 0.20 | $190.00 |
| Chad J Husnick | Partner | 2004 | Restructuring | 1,090.00 | 71.90 | $78,371.00 |
| Ellen M Jakovic | Partner | 1985 | Litigation - Antitrust/Competition | 1,100.00 | 8.30 | $9,130.00 |
| Marc Kieselstein, P.C. | Partner | 1988 | Restructuring | 1,310.00 | 54.80 | $71,788.00 |
| Michelle Kilkenney | Partner | 2002 | Corporate - Debt Finance | 1,120.00 | 38.40 | $43,008.00 |
| Gregg G Kirchhoefer, P.C. | Partner | 1982 | Technology & IP Transactions | 1,195.00 | 9.00 | $10,755.00 |
| Daniel Lewis | Partner | 2008 | Technology & IP Transactions | 975.00 | 0.80 | $780.00 |
| Todd F Maynes, P.C. | Partner | 1988 | Taxation | 1,445.00 | 86.80 | $125,426.00 |
| Andrew R McGaan, P.C. | Partner | 1986 | Litigation - General | 1,215.00 | 22.20 | $26,973.00 |
| Mark McKane, P.C. | Partner | 1997 | Litigation - General | 1,075.00 | 147.80 | $158,885.00 |
| Roberto S Miceli | Partner | 1996 | Real Estate | 995.00 | 0.80 | $796.00 |
| Scott A Moehrke, P.C. | Partner | 2003 | Corporate - Investment Funds | 1,270.00 | 1.00 | $1,270.00 |
| Kevin L Morris | Partner | 2002 | Corporate - M&A/Private Equity | 1,040.00 | 186.60 | $194,064.00 |
| Dennis M Myers, P.C. | Partner | 1991 | Corporate - Capital Markets | 1,325.00 | 1.50 | $1,987.50 |
| Linda K Myers, P.C. | Partner | 1990 | Corporate - Debt Finance | 1,380.00 | 82.10 | $113,298.00 |
| Adam C Paul | Partner | 1997 | Restructuring | 1,090.00 | 5.90 | $6,431.00 |
| Michael A Petrino | Partner | 2008 | Litigation - General | 900.00 | 19.70 | $17,730.00 |
| John Pitts | Partner | 2010 | Corporate - M&A/Private Equity | 995.00 | 114.50 | $113,927.50 |
| Scott D Price | Partner | 1998 | Executive Compensation | 1,325.00 | 4.70 | $6,227.50 |
| William T Pruitt | Partner | 2004 | Litigation - General | 940.00 | 10.80 | $10,152.00 |
| Jeffrey S Quinn | Partner | 1998 | Employee Benefits | 1,075.00 | 68.70 | $73,852.50 |
| Brenton A Rogers | Partner | 2007 | Litigation - General | 940.00 | 10.70 | $10,058.00 |
| Joshua Samis | Partner | 2005 | Corporate - Debt Finance | 995.00 | 23.90 | $23,780.50 |
| Edward O Sassower, P.C. | Partner | 2000 | Restructuring | 1,310.00 | 46.00 | $60,260.00 |
| James H M Sprayregen, P.C. | Partner | 1985 | Restructuring | 1,380.00 | 38.50 | $53,130.00 |
| Bryan M Stephany | Partner | 2007 | Litigation - General | 955.00 | 173.70 | $165,883.50 |
| R Timothy Stephenson | Partner | 1990 | Labor & Employment | 1,145.00 | 1.90 | $2,175.50 |
| Michael Thorpe | Partner | 2010 | Litigation - General | 875.00 | 0.20 | $175.00 |
| Wayne E Williams | Partner | 2006 | Corporate - Capital Markets | 1,020.00 | 14.60 | $14,892.00 |

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Sara B Zablotney | Partner | 2003 | Taxation | 1,225.00 | 56.60 | $69,335.00 |
| **Grand Total** | | | | | **4,149.90** | **$3,865,651.00** |

The paraprofessionals of K&E who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Stephanie Ding | Case Assistant | 1 year | Litigation - General | 220.00 | 33.70 | $7,414.00 |
| Jason Douangsanith | Case Assistant | 6 months | Litigation - General | 205.00 | 5.00 | $1,025.00 |
| Jonathon Merriman | Case Assistant | 5 months | Litigation - General | 220.00 | 21.20 | $4,664.00 |
| Barbara Siepka | Case Assistant | 3 years | Corporate - General | 220.00 | 2.50 | $550.00 |
| Elizabeth Burns | Legal Assistant | 10 years | Corporate - General | 360.00 | 31.10 | $11,196.00 |
| Michael S Fellner | Legal Assistant | 9.5 years | Litigation - General | 280.00 | 4.70 | $1,316.00 |
| Beth Friedman | Legal Assistant | 10 years | Restructuring | 400.00 | 3.10 | $1,240.00 |
| Shavone Green | Legal Assistant | 2 years | Restructuring | 295.00 | 10.70 | $3,156.50 |
| Paul Jones | Legal Assistant | 5 months | Litigation - General | 345.00 | 116.70 | $40,261.50 |
| Travis J Langenkamp | Legal Assistant | 12 years | Litigation - General | 370.00 | 17.20 | $6,364.00 |
| Robert Orren | Legal Assistant | 6.5 years | Restructuring | 325.00 | 44.60 | $14,495.00 |
| Meghan Rishel | Legal Assistant | 1 year | Litigation - General | 280.00 | 5.50 | $1,540.00 |
| Laura Saal | Legal Assistant | 12.5 years | Restructuring | 335.00 | 0.30 | $100.50 |
| Kenneth Sturek | Legal Assistant | 15.5 years | Litigation - General | 370.00 | 0.50 | $185.00 |
| Colleen Caamano | Litigation Suppt Cons | 3 years | Litigation - General | 325.00 | 19.10 | $6,207.50 |
| Jason Goodman | Litigation Suppt Cons | 10.5 years | Litigation - General | 325.00 | 1.00 | $325.00 |
| Chad Pappenfuss | Litigation Suppt Cons | 1.5 years | Litigation - General | 330.00 | 61.90 | $20,427.00 |
| Jigna Dalal | Litigation Suppt Cons | 2 months | Litigation - General | 325.00 | 13.80 | $4,485.00 |
| Ruby Allen | Other | 8 years | Admin Services | 190.00 | 0.70 | $133.00 |
| Olivia Altmayer | Other | 1 year | Litigation - Antitrust/Competition | 245.00 | 20.50 | $5,022.50 |
| Kurt J Wunderlich | Other | 11 years | Litigation - Antitrust/Competition | 560.00 | 10.80 | $6,048.00 |
| Anthony Abate | Practice Assistant | 6 months | Restructuring | 220.00 | 0.60 | $132.00 |
| Nathan Draper | Project Assistant | 1 year | Corporate - General | 220.00 | 11.60 | $2,552.00 |
| Julia Foster | Project Assistant | 2 years | Restructuring | 220.00 | 1.10 | $242.00 |

RLF1 15131314v.1

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Taylor Poland | Project Assistant | 1 year | Corporate - General | 220.00 | 4.00 | $880.00 |
| Nisha Shah | Project Assistant | 6 months | Corporate - General | 220.00 | 38.40 | $8,448.00 |
| **Grand Total** | | | | | **480.30** | **$148,409.50** |
| | | | **Total Fees Requested** | | **4,630.20** | **$4,014,060.50** |

RLF1 15131314v.1