# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

**ALL - Expense Summary**

| Service Description | Amount |
|---|---|
| Third Party Telephone Charges | $2,775.52 |
| Standard Copies or Prints | $1,676.40 |
| Color Copies or Prints | $2,911.50 |
| Production Blowbacks | $706.80 |
| Overnight Delivery | $166.87 |
| Outside Messenger Services | $75.34 |
| Local Transportation | $324.48 |
| Travel Expense | $28,089.62 |
| Airfare | $13,608.79 |
| Transportation to/from airport | $3,064.57 |
| Travel Meals | $1,346.08 |
| Other Travel Expenses | $429.00 |
| Court Reporter Fee/Deposition | $6,050.38 |
| Other Court Costs and Fees | $2,546.60 |
| Outside Paralegal Assistance | $60,064.38 |
| Working Meals/K&E Only | $40.00 |
| Catering Expenses | $6,212.00 |
| Outside Retrieval Service | $11,311.22 |
| Computer Database Research | $2,544.00 |
| Westlaw Research | $3,147.17 |
| Overtime Transportation | $770.54 |
| Overtime Meals - Attorney | $861.07 |
| Cash Credits | -$148.00 |
| **Total:** | **$148,574.33** |

## TCEH - Expense Summary

| Service Description | Amount |
|---|---|
| Standard Copies or Prints | $593.20 |
| Color Copies or Prints | $1,398.00 |
| **Total:** | **$1,991.20** |

## EFIH - Expense Summary[1]

| Service Description | Amount |
|---|---:|
| Standard Copies or Prints | $543.30 |
| Color Copies or Prints | $2,104.80 |
| **Total:** | **$2,648.10** |

---

[1]    Amounts billed to [EFIH] matters are allocated 90% to EFIH and 10% to EFH Corp. reflecting the corresponding debt amounts.