# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | Case No. 14-10979 (CSS) |
| | (Jointly Administered) |
| Debtors. | **Re: D.I. 9492** |

## AFFIDAVIT OF SERVICE
## OF MICHELLE D. RUST, PARALEGAL

STATE OF DELAWARE     :
                      :
NEW CASTLE COUNTY     :

I, Michelle D. Rust, being duly sworn, depose and say:

1. I am employed by Hogan♦McDaniel, counsel to Shirley Fenicle, individually and as successor-in-interest to the Estate of George Fenicle, to David William Fahy, and to John H. Jones in the above-captioned case, and I am not less than 18 years of age; and

2. On September 7, 2016, I caused a true and correct copy of the *Objection of Shirley Fenicle, William Fahy, and John H. Jones to the Disclosure Statement for the Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of The Bankruptcy Code as It Applies to the EFH Debtors and EFIH Debtors* [D.I. 9492], to be served via electronic mail on the Participating Parties (as defined in the *Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Debtors' Joint Plan of Reorganization as it Relates to the EFH/EFIH Debtors* (D.I. 9381)) at the following electronic mail address set up by

the Debtors to allow for service on all Participating Parties: EFH_DS_Discovery_Service_List@kirkland.com.

Dated: September 7, 2016
Wilmington, Delaware

Michelle D. Rust, Paralegal
Hogan♦McDaniel
1311 Delaware Avenue
Wilmington, Delaware 19801
Telephone: 302-656-7540

**SWORN AND SUBSCRIBED** before me this 8th day of September, 2016.



Notary Public