# **EXHIBIT C**

| | |
|---|---|
| **From:** | Esser, Michael P. |
| **Sent:** | Tuesday, July 12, 2016 1:50 PM |
| **To:** | *skazan@kazanlaw.com |
| **Cc:** | Sowa, Justin; Klar, Austin |
| **Subject:** | RE: EFH 30(b)(6) and Meet-and-Confer - correspondence from Steven Kazan |

Steve,

Why would you seek the Court's involvement regarding E-Side discovery while the E-Side schedule is stayed? We are continuing to collect documents and will have supplemental document productions relating to confirmation of an E-Side plan once an updated plan is filed and the E-Side confirmation schedule resumes. There will be an opportunity to meet and confer as part of that process, I'm sure, and you will have an opportunity to participate therein. I'm hopeful we'll reach a resolution of your issues at that time.

Any involvement of the Court at this time is premature and wasteful—particularly so at this time because we are in the middle of an ongoing sales process on the E-Side and expert discovery with respect to the T-Side confirmation process.

Best,
Mike

**Mike Esser**

---

**KIRKLAND & ELLIS LLP**
555 California Street, San Francisco, CA 94104
**T** +1 415 439 1973  **F** +1 415 439 1500

---

michael.esser@kirkland.com

---

**From:** Steven Kazan [mailto:skazan@kazanlaw.com]
**Sent:** Monday, July 11, 2016 2:32 PM
**To:** Esser, Michael P.
**Cc:** Sowa, Justin; Klar, Austin
**Subject:** RE: EFH 30(b)(6) and Meet-and-Confer - correspondence from Steven Kazan
**Importance:** High


Mike,

I don't see what the recent order has to do with our entitlement to conduct discovery or pursue compliance with discovery previously served, to which responses are already due. We have been very clear about why we believe we are entitled to discovery on the indemnity agreements, insurance coverage, and corporate books and records related to the true value of the inter-company receivables held by the asbestos debtors. You have been clear that you don't think we are correct, largely because asbestos claimants are unimpaired and will pass through.

In an email produced to us in the generic discovery responses your firm has in effect admitted that at least one of the SOALs filed with the first day papers was inaccurate and years out of date, which supports our core position. If you are prepared to provide any of the information and documents we have sought I am glad to discuss it further so long as it is soon. if you view any future meet and confer session simply as another opportunity to convince me that you are right for the reasons you have already articulated, please let us stipulate we've done that. It seems to me that , absent some

1

signs of meaningful progress soon, the only way forward is with the Court's assistance, and we intend to seek such assistance by letter early next week.
Thanks,

steven

---

**From:** Esser, Michael P. [mailto:michael.esser@kirkland.com]
**Sent:** Monday, July 11, 2016 12:36 PM
**To:** Steven Kazan
**Cc:** Sowa, Justin; Klar, Austin
**Subject:** RE: EFH 30(b)(6) and Meet-and-Confer - correspondence from Steven Kazan

Steve,

In light of the Court's entry of the scheduling supplement this morning staying the E-Side schedule, I do not believe we need to engage in a meet and confer today, but please let me know if you'd like to proceed at some point in the coming weeks. I am happy to continue to work together on your issues.

Best,
Mike

Mike Esser
--------------------------------------------------------
KIRKLAND & ELLIS LLP
555 California Street, San Francisco, CA 94104
T +1 415 439 1973 F +1 415 439 1500
--------------------------------------------------------
michael.esser@kirkland.com

-----Original Message-----
From: Esser, Michael P.
Sent: Wednesday, July 06, 2016 4:24 PM
To: *skazan@kazanlaw.com; Klar, Austin
Cc: Daniel Hogan (dan@dkhogan.com); lkelleher@capdale.com; Ethan Early (eearly@elslaw.com); Sowa, Justin; Terry E. Roy
Subject: RE: EFH 30(b)(6) and Meet-and-Confer - correspondence from Steven Kazan

Steve,

I have a deposition next Thursday in an unrelated matter. Can we speak Tuesday or Wednesday? I am generally open those days.

Thanks,
Mike

Mike Esser
--------------------------------------------------------
KIRKLAND & ELLIS LLP
555 California Street, San Francisco, CA 94104
T +1 415 439 1973 F +1 415 439 1500
--------------------------------------------------------

2

michael.esser@kirkland.com

-----Original Message-----
From: Steven Kazan [mailto:skazan@kazanlaw.com]
Sent: Tuesday, July 05, 2016 8:37 PM
To: Esser, Michael P.; Klar, Austin
Cc: Daniel Hogan (dan@dkhogan.com); lkelleher@capdale.com; Ethan Early (eearly@elslaw.com); Sowa, Justin; Terry E. Roy
Subject: RE: EFH 30(b)(6) and Meet-and-Confer - correspondence from Steven Kazan

sure. my afternoons are pretty open as is almost all of thursday. what works for you?

Sincerely,

steven kazan
----------------------
Steven Kazan
Managing Partner
Kazan, McClain, Satterley, & Greenwood,
A Professional Law Corporation
Jack London Market
55 Harrison St., Suite 400
Oakland, CA 94607
Voice: (510) 302-1000 x1005
FAX: (510) 835-4913
Email: skazan@kazanlaw.com
Web: www.kazanlaw.com<http://www.kazanlaw.com>
_____

From: Esser, Michael P. [michael.esser@kirkland.com]
Sent: Tuesday, July 05, 2016 5:39 PM
To: Steven Kazan; Klar, Austin
Cc: Daniel Hogan (dan@dkhogan.com); lkelleher@capdale.com; Ethan Early (eearly@elslaw.com); Sowa, Justin; Terry E. Roy
Subject: RE: EFH 30(b)(6) and Meet-and-Confer - correspondence from Steven Kazan

Steve,

We should meet and confer. The deadline for raising discovery disputes with the Court with respect to E-Side discovery is not until August 2, and we are currently in the middle of T-Side depositions this week. Can we schedule a call for early next week?

Thanks,
Mike

Mike Esser
--------------------------------------------------------
KIRKLAND & ELLIS LLP
555 California Street, San Francisco, CA 94104
T +1 415 439 1973 F +1 415 439 1500
--------------------------------------------------------
michael.esser@kirkland.com

3

Case 14-10979-CSS    Doc 9504-3    Filed 09/09/16    Page 5 of 7

-----Original Message-----
From: Steven Kazan [mailto:skazan@kazanlaw.com]
Sent: Tuesday, July 05, 2016 5:32 PM
To: Klar, Austin; Esser, Michael P.
Cc: Daniel Hogan (dan@dkhogan.com); lkelleher@capdale.com; Ethan Early (eearly@elslaw.com); Sowa, Justin; Terry E. Roy
Subject: RE: EFH 30(b)(6) and Meet-and-Confer - correspondence from Steven Kazan

Michael,

The enclosed letter didn't really deal with my invitation to continue the meet and confer process, though it certainly suggests there isn't anything else to say. I write now to offer a last chance to see if we can narrow the gaps and at least agree on anything else within the realm of appropriate discovery to which you will respond. Please advise, so that we can be sure if these efforts have been exhausted and resort to the next prescribed steps is required to move this forward.
Thanks,

steven

-----Original Message-----
From: Klar, Austin [mailto:austin.klar@kirkland.com]
Sent: Thursday, June 23, 2016 3:42 PM
To: Steven Kazan
Cc: Daniel Hogan (dan@dkhogan.com); lkelleher@capdale.com; Ethan Early (eearly@elslaw.com); Sowa, Justin; Terry E. Roy; Esser, Michael P.
Subject: RE: EFH 30(b)(6) and Meet-and-Confer - correspondence from Steven Kazan

Steve,

Please see attached.

- Austin

Austin L. Klar
--------------------------------------------------------
KIRKLAND & ELLIS LLP
555 California Street, San Francisco, CA 94104 T +1 415 439 4787 M +1 714 926 3199
--------------------------------------------------------
austin.klar@kirkland.com


The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com<mailto:postmaster@kirkland.com>, and destroy this communication and all copies

4

thereof, including all attachments.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. This Email is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521 and is legally privileged.

To reply to our email administrator directly, send an email to
postmaster@kazanlaw.com

KAZAN, McCLAIN, SATTERLEY & GREENWOOD
A Professional Law Corporation
http://www.kazanlaw.com<http://www.kazanlaw.com>

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com<mailto:postmaster@kirkland.com>, and destroy this communication and all copies thereof, including all attachments.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. This Email is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521 and is legally privileged.

To reply to our email administrator directly, send an email to
postmaster@kazanlaw.com

KAZAN, McCLAIN, SATTERLEY & GREENWOOD
A Professional Law Corporation
http://www.kazanlaw.com

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to

postmaster@kirkland.com<mailto:postmaster@kirkland.com>, and destroy this communication and all copies thereof, including all attachments.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. This Email is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521 and is legally privileged.

To reply to our email administrator directly, send an email to postmaster@kazanlaw.com.

