# **EXHIBIT D**

| | |
|---|---|
| **From:** | Esser, Michael P. |
| **Sent:** | Monday, July 25, 2016 6:46 PM |
| **To:** | *skazan@kazanlaw.com |
| **Cc:** | Sowa, Justin; Klar, Austin; McKane, Mark; Daniel Hogan (dan@dkhogan.com) |
| **Subject:** | RE: EFH 30(b)(6) and Meet-and-Confer - correspondence from Steven Kazan |

Steve,

Thank you for the productive meet and confer call today.  As we discussed, we continue to believe that engaging in a discovery dispute in front of the Court is premature given the stayed E-Side discovery deadlines and the potential for the scope of discovery to broaden or narrow depending on the outcome of the E-Side sales process.  We do not believe there is a live dispute.

That said, reserving all rights on that issue and incorporating our responses and objections, in order to work together toward a compromise and avoid an unnecessary distraction to the Court, I agreed that the Debtors will further evaluate the burdens associated with a potential collection, review, and production of the three categories of documents that you have requested:  certain insurance agreements; certain indemnity agreements and related claims information; and certain historical intercompany accounts receivable for the asbestos debtors.

As I stated on our call, given the age of the records you are requesting, it is our belief that such a collection will be unduly burdensome, time-consuming, and ultimately fruitless, but in order to move toward compromise, we will assess these burdens with the Company and revert to you on our findings at the end of this week.  If our search requires more time, I will update you at the end of the week.

We look forward to continuing our discussions then.

Best,
Mike

Mike Esser
-------------------------------------------------------
KIRKLAND & ELLIS LLP
555 California Street, San Francisco, CA 94104
T +1 415 439 1973  F +1 415 439 1500
-------------------------------------------------------
michael.esser@kirkland.com

-----Original Message-----
From: Esser, Michael P.
Sent: Friday, July 22, 2016 1:25 PM
To: *skazan@kazanlaw.com
Cc: Sowa, Justin; Klar, Austin; McKane, Mark
Subject: RE: EFH 30(b)(6) and Meet-and-Confer - correspondence from Steven Kazan

Steve,

Let's discuss Monday.  As I've said, involving the Court on an E-Side discovery dispute while that schedule is stayed and while the Debtors' resources are already being used as we head to trial on the T-Side would be wasteful and premature.

Your discovery requests are subject to the Scheduling Order.  E-Side discovery deadlines are stayed under the Court's recent scheduling modification—including any deadlines to produce documents on your requests.

That said—to avoid unnecessary involvement of the Court, we will meet and confer with you Monday.  Does 2 pm PT work?

Best,
Mike

Mike Esser
------------------------------------------------------
KIRKLAND & ELLIS LLP
555 California Street, San Francisco, CA 94104
T +1 415 439 1973  F +1 415 439 1500
------------------------------------------------------
michael.esser@kirkland.com


-----Original Message-----
From: Steven Kazan [mailto:skazan@kazanlaw.com]
Sent: Thursday, July 21, 2016 11:33 PM
To: Esser, Michael P.
Cc: Sowa, Justin; Klar, Austin
Subject: RE: EFH 30(b)(6) and Meet-and-Confer - correspondence from Steven Kazan

Mike,

 To date I do not believe we have received any reply to the below email. When I raised these issues during a recent telephone call about T side scheduling your partner said he was not able to respond and would ask you to do so. I can only conclude that the absence of a reply is indeed your intended response, and that our efforts to resolve these issues amicably have failed. We see no alternative but to seek the Court's assistance, and I intend to do so next week unless we make substantial progress by Monday.

regards,
steven


Sincerely,

steven kazan
----------------------
Steven Kazan
Managing Partner
Kazan, McClain, Satterley, & Greenwood,
   A Professional Law Corporation
Jack London Market
55 Harrison St., Suite 400
Oakland, CA  94607
Voice:  (510) 302-1000 x1005
FAX:   (510) 835-4913
Email:  skazan@kazanlaw.com
Web:   www.kazanlaw.com<http://www.kazanlaw.com>

_____
From: Steven Kazan
Sent: Tuesday, July 12, 2016 10:36 PM
To: Esser, Michael P.
Cc: Sowa, Justin; Klar, Austin
Subject: RE: EFH 30(b)(6) and Meet-and-Confer - correspondence from Steven Kazan

Mike,

I'm now confused. i had understood your position to be that none of what we sought in our RPDs was relevant or appropriate, and that you objected to producing any of it. Now, you say you are collecting documents and will make supplemental productions. If this means you now agree that at least some of what we seek will in fact be produced, perhaps we can at least agree on what items they cover and when we will get them. if instead you mean you'll be producing documents on other subjects requested by other parties, please just say so.

one of our concerns is the 1993 indemnity agreements. we note that your most recent filing listing creditors does not appear to include either Raytheon or United Engineering; it would seem some explanation that reconciles their omission with the SOFA listing the indemnity agreements as contractual liabilities may well clear up this entire issue, and we would invite you to clarify this aspect.

i realize that the E side schedule has been vacated, but we served legitimate discovery before there was any scheduling order, and responses are long overdue. Instead, all we got were your objections, which we believe are not well taken, and involving the Court would only be premature and wasteful if we can in fact resolve matters ourselves in a timely fashion.

 You say you are in the middle of an ongoing E side sales process, about which we know nothing, but which cannot go smoothly in the face of our objections which cannot be resolved without us having the necessary information. You will recall that we were the only objectors to the original plan by the time the confirmation hearings ended, and we may well be in the same posture this time through. And whatever T side plan emerges likely would move forward more smoothly if we didn't need to object there either. it would seem logical that all parties would be better off if you had no objectors at all, and we would be very happy if our discovery led us to conclude we could support the final plans. But getting there will take time once we have the narrow  discovery we seek, and if we will need the Court's help to get there,  it makes sense to start now. we see no point in postponing completion of the meet and confer process which has so far been largely unproductive.

Please clarify your position promptly so we know how to proceed.


Sincerely,

steven kazan

----------------------
Steven Kazan
Managing Partner
Kazan, McClain, Satterley, & Greenwood,
   A Professional Law Corporation
Jack London Market
55 Harrison St., Suite 400
Oakland, CA  94607
Voice:  (510) 302-1000 x1005
FAX:   (510) 835-4913
Email:  skazan@kazanlaw.com

3

Web:   www.kazanlaw.com<http://www.kazanlaw.com>
_____
From: Esser, Michael P. [michael.esser@kirkland.com]
Sent: Tuesday, July 12, 2016 1:50 PM
To: Steven Kazan
Cc: Sowa, Justin; Klar, Austin
Subject: RE: EFH 30(b)(6) and Meet-and-Confer - correspondence from Steven Kazan

Steve,

Why would you seek the Court's involvement regarding E-Side discovery while the E-Side schedule is stayed?  We are continuing to collect documents and will have supplemental document productions relating to confirmation of an E-Side plan once an updated plan is filed and the E-Side confirmation schedule resumes.  There will be an opportunity to meet and confer as part of that process, I'm sure, and you will have an opportunity to participate therein.  I'm hopeful we'll reach a resolution of your issues at that time.

Any involvement of the Court at this time is premature and wasteful—particularly so at this time because we are in the middle of an ongoing sales process on the E-Side and expert discovery with respect to the T-Side confirmation process.

Best,
Mike

Mike Esser
-------------------------------------------------------
KIRKLAND & ELLIS LLP
555 California Street, San Francisco, CA 94104
T +1 415 439 1973  F +1 415 439 1500
-------------------------------------------------------
michael.esser@kirkland.com<mailto:michael.esser@kirkland.com>

From: Steven Kazan [mailto:skazan@kazanlaw.com]
Sent: Monday, July 11, 2016 2:32 PM
To: Esser, Michael P.
Cc: Sowa, Justin; Klar, Austin
Subject: RE: EFH 30(b)(6) and Meet-and-Confer - correspondence from Steven Kazan
Importance: High


Mike,

I don't see what the recent order has to do with our entitlement to conduct discovery or pursue compliance with discovery previously served, to which responses are already due. We have been very clear about why we believe we are entitled to discovery on the indemnity agreements, insurance coverage, and corporate books and records related to the true value of the inter-company receivables held by the asbestos debtors. You have been clear that you don't think we are correct, largely because asbestos claimants are unimpaired and will pass through.

In an email produced to us in the generic discovery responses your firm has in effect admitted that at least one of the SOALs filed with the first day papers was inaccurate and years out of date, which supports our core position. If you are prepared to provide any of the information and documents we have sought I am glad to discuss it further so long as it is soon. if you view any future meet and confer session simply as another opportunity to convince me that you are right for the reasons you have already articulated, please let us stipulate we've done that. It seems to me that , absent some

signs of meaningful progress soon, the only way forward is with the Court's assistance, and we intend to seek such assistance by letter early next week.
Thanks,

steven

From: Esser, Michael P. [mailto:michael.esser@kirkland.com]
Sent: Monday, July 11, 2016 12:36 PM
To: Steven Kazan
Cc: Sowa, Justin; Klar, Austin
Subject: RE: EFH 30(b)(6) and Meet-and-Confer - correspondence from Steven Kazan

Steve,

In light of the Court's entry of the scheduling supplement this morning staying the E-Side schedule, I do not believe we need to engage in a meet and confer today, but please let me know if you'd like to proceed at some point in the coming weeks. I am happy to continue to work together on your issues.

Best,
Mike

Mike Esser
------------------------------------------------------
KIRKLAND & ELLIS LLP
555 California Street, San Francisco, CA 94104
T +1 415 439 1973 F +1 415 439 1500
------------------------------------------------------
michael.esser@kirkland.com<mailto:michael.esser@kirkland.com>

-----Original Message-----
From: Esser, Michael P.
Sent: Wednesday, July 06, 2016 4:24 PM
To: *skazan@kazanlaw.com<mailto:*skazan@kazanlaw.com>; Klar, Austin
Cc: Daniel Hogan (dan@dkhogan.com<mailto:dan@dkhogan.com>); lkelleher@capdale.com<mailto:lkelleher@capdale.com>; Ethan Early (eearly@elslaw.com<mailto:eearly@elslaw.com>); Sowa, Justin; Terry E. Roy
Subject: RE: EFH 30(b)(6) and Meet-and-Confer - correspondence from Steven Kazan

Steve,

I have a deposition next Thursday in an unrelated matter. Can we speak Tuesday or Wednesday? I am generally open those days.

Thanks,
Mike

Mike Esser
------------------------------------------------------
KIRKLAND & ELLIS LLP
555 California Street, San Francisco, CA 94104
T +1 415 439 1973 F +1 415 439 1500
------------------------------------------------------

5

michael.esser@kirkland.com<mailto:michael.esser@kirkland.com>

-----Original Message-----
From: Steven Kazan [mailto:skazan@kazanlaw.com]
Sent: Tuesday, July 05, 2016 8:37 PM
To: Esser, Michael P.; Klar, Austin
Cc: Daniel Hogan (dan@dkhogan.com<mailto:dan@dkhogan.com>); lkelleher@capdale.com<mailto:lkelleher@capdale.com>; Ethan Early (eearly@elslaw.com<mailto:eearly@elslaw.com>); Sowa, Justin; Terry E. Roy
Subject: RE: EFH 30(b)(6) and Meet-and-Confer - correspondence from Steven Kazan

sure. my afternoons are pretty open as is almost all of thursday. what works for you?

Sincerely,

steven kazan
----------------------
Steven Kazan
Managing Partner
Kazan, McClain, Satterley, & Greenwood,
A Professional Law Corporation
Jack London Market
55 Harrison St., Suite 400
Oakland, CA 94607
Voice: (510) 302-1000 x1005
FAX: (510) 835-4913
Email: skazan@kazanlaw.com<mailto:skazan@kazanlaw.com>
Web: www.kazanlaw.com<http://www.kazanlaw.com><http://www.kazanlaw.com<http://www.kazanlaw.com>>
_____
From: Esser, Michael P. [michael.esser@kirkland.com]
Sent: Tuesday, July 05, 2016 5:39 PM
To: Steven Kazan; Klar, Austin
Cc: Daniel Hogan (dan@dkhogan.com<mailto:dan@dkhogan.com>); lkelleher@capdale.com<mailto:lkelleher@capdale.com>; Ethan Early (eearly@elslaw.com<mailto:eearly@elslaw.com>); Sowa, Justin; Terry E. Roy
Subject: RE: EFH 30(b)(6) and Meet-and-Confer - correspondence from Steven Kazan

Steve,

We should meet and confer. The deadline for raising discovery disputes with the Court with respect to E-Side discovery is not until August 2, and we are currently in the middle of T-Side depositions this week. Can we schedule a call for early next week?

Thanks,
Mike

Mike Esser
-------------------------------------------------------
KIRKLAND & ELLIS LLP
555 California Street, San Francisco, CA 94104
T +1 415 439 1973 F +1 415 439 1500
-------------------------------------------------------

6

michael.esser@kirkland.com<mailto:michael.esser@kirkland.com>


-----Original Message-----
From: Steven Kazan [mailto:skazan@kazanlaw.com]
Sent: Tuesday, July 05, 2016 5:32 PM
To: Klar, Austin; Esser, Michael P.
Cc: Daniel Hogan (dan@dkhogan.com<mailto:dan@dkhogan.com>); lkelleher@capdale.com<mailto:lkelleher@capdale.com>; Ethan Early (eearly@elslaw.com<mailto:eearly@elslaw.com>); Sowa, Justin; Terry E. Roy
Subject: RE: EFH 30(b)(6) and Meet-and-Confer - correspondence from Steven Kazan

Michael,

The enclosed letter didn't really deal with my invitation to continue the meet and confer process, though it certainly suggests there isn't anything else to say. I write now to offer a last chance to see if we can narrow the gaps and at least agree on anything else within the realm of appropriate discovery to which you will respond. Please advise, so that we can be sure if these efforts have been exhausted and resort to the next prescribed steps is required to move this forward.
Thanks,

steven

-----Original Message-----
From: Klar, Austin [mailto:austin.klar@kirkland.com]
Sent: Thursday, June 23, 2016 3:42 PM
To: Steven Kazan
Cc: Daniel Hogan (dan@dkhogan.com<mailto:dan@dkhogan.com>); lkelleher@capdale.com<mailto:lkelleher@capdale.com>; Ethan Early (eearly@elslaw.com<mailto:eearly@elslaw.com>); Sowa, Justin; Terry E. Roy; Esser, Michael P.
Subject: RE: EFH 30(b)(6) and Meet-and-Confer - correspondence from Steven Kazan

Steve,

Please see attached.

- Austin

Austin L. Klar
-------------------------------------------------------
KIRKLAND & ELLIS LLP
555 California Street, San Francisco, CA 94104 T +1 415 439 4787 M +1 714 926 3199
-------------------------------------------------------
austin.klar@kirkland.com<mailto:austin.klar@kirkland.com>



The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by

return email or by email to
postmaster@kirkland.com<mailto:postmaster@kirkland.com<mailto:postmaster@kirkland.com%3cmailto:postmaster@kirkland.com>>, and destroy this communication and all copies thereof, including all attachments.

This email message is for the sole use of the intended recipient(s)
and may contain confidential and privileged information. Any
unauthorized review, use, disclosure or distribution is prohibited. If
you are not the intended recipient, please contact the sender by reply
email and destroy all copies of the original message. This Email is
covered by the Electronic Communications Privacy Act, 18 U.S.C.
Sections 2510-2521 and is legally privileged.

To reply to our email administrator directly, send an email to
postmaster@kazanlaw.com<mailto:postmaster@kazanlaw.com>

KAZAN, McCLAIN, SATTERLEY & GREENWOOD
A Professional Law Corporation
http://www.kazanlaw.com<http://www.kazanlaw.com><http://www.kazanlaw.com<http://www.kazanlaw.com>>



The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to
postmaster@kirkland.com<mailto:postmaster@kirkland.com<mailto:postmaster@kirkland.com%3cmailto:postmaster@kirkland.com>>, and destroy this communication and all copies thereof, including all attachments.

This email message is for the sole use of the intended recipient(s)
and may contain confidential and privileged information. Any
unauthorized review, use, disclosure or distribution is prohibited. If
you are not the intended recipient, please contact the sender by reply
email and destroy all copies of the original message. This Email is
covered by the Electronic Communications Privacy Act, 18 U.S.C.
Sections 2510-2521 and is legally privileged.

To reply to our email administrator directly, send an email to
postmaster@kazanlaw.com<mailto:postmaster@kazanlaw.com>

KAZAN, McCLAIN, SATTERLEY & GREENWOOD
A Professional Law Corporation
http://www.kazanlaw.com<http://www.kazanlaw.com>



The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by

return email or by email to postmaster@kirkland.com<mailto:postmaster@kirkland.com<mailto:postmaster@kirkland.com%3cmailto:postmaster@kirkland.com>>, and destroy this communication and all copies thereof, including all attachments.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. This Email is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521 and is legally privileged.

To reply to our email administrator directly, send an email to postmaster@kazanlaw.com<mailto:postmaster@kazanlaw.com>.
[cid:image001.jpg@01D1DC44.5032FA20]

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com<mailto:postmaster@kirkland.com>, and destroy this communication and all copies thereof, including all attachments.