# **EXHIBIT H**

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

555 California Street
San Francisco, California 94104

Michael P. Esser
To Call Writer Directly:
(415) 439-1973
michael.esser@kirkland.com

(415) 439-1400

www.kirkland.com

Facsimile:
(415) 439-1500

September 8, 2016

**By Email**                                                                                           **CONFIDENTIAL**

**To: EFH Plan Confirmation Participating Parties**

Re:  *In re Energy Future Holdings Corporation, et al.*, Case No. 14-10979 (Bankr. Del.)

Dear Counsel:

The Debtors in the above-captioned case have prepared a production of documents, Bates numbered EFH06375396 – EFH06375540, in response to discovery requests served on the Debtors in connection with the *Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Joint Plan of Reorganization as it Relates to the EFH/EFIH Debtors* [D.I. 9381] ("Scheduling Order").

Pursuant to paragraph 15 of the Scheduling Order, this production will be available on the same document repository that houses documents produced during prior plan confirmation proceedings, Legacy Discovery, and certain other proceedings. This production also has been made available through an FTP site. Access credentials to the FTP site are provided separately.

Documents in this production have been labeled as "Confidential" pursuant to the Confidentiality Agreement and Stipulated Protective Order entered by the court on August 13, 2014. Production of these documents is subject to, and not a waiver of, the Debtors' responses and objections served on June 3, 2016 and September 7, 2016, and our ongoing discussions regarding discovery. The Debtors reserve the right to amend or supplement their discovery responses as necessary.

Please let us know if you have any questions or technical issues regarding this document production.

Sincerely,

*/s/ Michael P. Esser*

cc:    Official Service List of All Participants to EFH Plan Confirmation Discovery Protocol
       (via email)