# **EXHIBIT I**

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

|  | 555 California Street<br>San Francisco, California 94104 |  |
|---|---|---|
| Michael P. Esser<br>To Call Writer Directly:<br>(415) 439-1973<br>michael.esser@kirkland.com | (415) 439-1400<br><br>www.kirkland.com | Facsimile:<br>(415) 439-1500 |

September 8, 2016

**Via Email**                                                          **CONFIDENTIAL**

Steven Kazan, Esq.
Kazan, McClain, Satterley & Greenwood
Jack London Market
55 Harrison Street, Suite 400
Oakland, California 94607

Re:   *In re Energy Future Holdings Corporation, et al.*, Case No. 14-10979 (Bankr. Del.)

Dear Steve:

As discussed, while the Debtors believe that your clients' status as unimpaired creditors precludes them from taking discovery in connection with confirmation of the Debtors' Third Amended Plan of Reorganization, in the spirit of cooperation and in an effort to reach a consensual resolution of our discovery dispute, the Debtors are making available certain insurance policies and materials related to the indemnity agreement with Raytheon and United Engineers & Constructors.

These materials are accessible through the discovery repository maintained by the Debtors through Epiq Systems, Inc., which you have access to as a Participating Party in ongoing confirmation-related discovery. The indemnity agreement was produced today. The insurance policies were produced in September 2015 and have been available in the discovery repository. The pertinent documents bear the following Bates numbers:

| **Document** | **Bates Range** |
|---|---|
| Insurance Policies | • EFH06030137 – EFH06030213<br><br>• EFH06030214 – EFH06030302<br><br>• EFH06030304 – EFH06030312<br><br>• EFH06030313 – EFH06030322 |

**KIRKLAND & ELLIS LLP**

Steven Kazan  
September 8, 2016  
Page 2

**CONFIDENTIAL**

|  | |
|---|---|
|  | • EFH06030323 – EFH06030367 |
|  | • EFH06030368 – EFH06030374 |
|  | • EFH06030375 – EFH06030382 |
|  | • EFH06030383 – EFH06030394 |
|  | • EFH06030395 – EFH06030417 |
|  | • EFH06030418 – EFH06030446 |
|  | • EFH06030447 – EFH06030483 |
|  | • EFH06030484 – EFH06030544 |
|  | • EFH06030545 – EFH06030680 |
| Indemnity Agreement | • EFH06375396 – EFH06375540 |

Sincerely,

/s/ Michael P. Esser

Michael P. Esser