# **EXHIBIT A**

**Professional Fees and Expenses**
**Monthly Fee Statement**

| Applicant | Fee Statement Period, Filing Date, & Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| Stevens & Lee, P.C. 919 N. Market St. Suite 1300 Wilmington, DE 19801 | Nineteenth Monthly Fee Statement 06/01/2016 through 06/30/2016 D.I. 8993 | $13,716.50 | $29.70 | **August 15, 2016 at 4:00 p.m. (ET)** | $10,973.20 | $29.70 | $2,743.30 |

09/09/2016 SL1 1431021v1 109285.00006