# EXHIBIT A

## Statement of Fees by Subject Matter

| Description | Total Billed Hours | Total Fees |
|---|---|---|
| FEE APPLICATIONS – OTHERS | 8.30 | $3,012.50 |
| FEE APPLICATIONS – S&L | 4.20 | $1,742.00 |
| CASE ADMINISTRATION – GENERAL | .20 | $71.00 |
| PLANS OF REORGANIZATION | 5.50 | $3,932.50 |
| **TOTAL** | **18.20** | **$8,758.00** |