## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

| Service Description | Amount |
|---|---|
| COMPUTER RESEARCH | $ 18.50 |
| DOCUMENT REPRODUCTION | $ 14.10 |
| **TOTAL** | **$ 32.60** |