## EXHIBIT D

**Detailed Description of Expenses and Disbursements**

| Matter | Date | Description | Amount |
|---|---|---|---|
| 109285-00002 | 7/6/16 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 7/6/16 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 7/6/16 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 7/6/16 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 7/6/16 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 7/11/16 | COMPUTER RESEARCH | $18.50 |
| 109285-00002 | 7/13/16 | DOCUMENT REPRODUCTION | $0.40 |
| 109285-00002 | 7/13/16 | DOCUMENT REPRODUCTION | $0.40 |
| 109285-00002 | 7/13/16 | DOCUMENT REPRODUCTION | $0.40 |
| 109285-00002 | 7/18/16 | DOCUMENT REPRODUCTION | $0.90 |
| 109285-00002 | 7/19/16 | DOCUMENT REPRODUCTION | $1.00 |
| 109285-00002 | 7/19/16 | DOCUMENT REPRODUCTION | $1.50 |
| 109285-00002 | 7/20/16 | DOCUMENT REPRODUCTION | $0.80 |
| 109285-00002 | 7/21/16 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 7/22/16 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 7/22/16 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 7/22/16 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 7/22/16 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 7/22/16 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 7/22/16 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 7/25/16 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 7/25/16 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 7/25/16 | DOCUMENT REPRODUCTION | $1.70 |
| 109285-00002 | 7/25/16 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 7/25/16 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 7/25/16 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 7/25/16 | DOCUMENT REPRODUCTION | $1.70 |
| 109285-00002 | 7/25/16 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 7/25/16 | DOCUMENT REPRODUCTION | $0.40 |
| 109285-00002 | 7/25/16 | DOCUMENT REPRODUCTION | $1.50 |
| 109285-00002 | 7/26/16 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 7/26/16 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 7/26/16 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 7/26/16 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 7/26/16 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 7/26/16 | DOCUMENT REPRODUCTION | $0.30 |

| Matter | Date | Description | Amount |
|---|---|---|---|
| 109285-00002 | 7/26/16 | DOCUMENT REPRODUCTION | $0.30 |
| 109285-00002 | 7/26/16 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 7/26/16 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 7/27/16 | DOCUMENT REPRODUCTION | $0.30 |
| | | **TOTAL** | **$ 32.60** |

09/09/2016 SL1 1431019v1 109285.00006