# EXHIBIT A

**Professional Fees and Expenses**
**Monthly Fee Statement**

| Applicant | Fee Statement Period, Filing Date, & Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| Jenner & Block LLP  919 Third Avenue New York, NY 10022 | Thirteenth Monthly Fee Statement  06/01/16 through 06/30/16  Docket No. 8990 | $53,590.00 | $78.45 | 08/15/16 | $42,872.40 | $78.45 | $10,717.60 |