## EXHIBIT A

**Professional Fees and Expenses**
**Monthly Fee Statement**

| Applicant | Fee Statement Period, Filing Date, & Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| Cravath, Swaine & Moore LLP Worldwide Plaza 825 Eighth Avenue, New York, NY 10024 | Eighteenth Monthly Fee Statement<br><br>May 1, 2016 through May 31, 2016<br><br>Docket No. 9178 | $223,177.00 | $2,222.89 | 08/24/2016 | $178,541.60 | $2,222.89 | $44,635.40 |