**Exhibit A**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) |
| | ) Case No. 14-10979 (CSS) |
| Debtors. | ) |
| | ) (Jointly Administered) |

**ORDER GRANTING MOTION TO SHORTEN NOTICE AND REQUEST FOR
HEARING WITH RESPECT TO "MOTION OF ENERGY FUTURE HOLDINGS
CORP., *ET AL.*, FOR ENTRY OF AN ORDER APPROVING THE SETTLEMENT
BETWEEN THE DEBTORS AND THE TEXAS COMPTROLLER"**

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in
possession (collectively, the "Debtors") for entry of an order (this "Order"), pursuant to Del.
Bankr. L.R. 6004-1(c) and 9006-1(e) scheduling an expedited hearing and shortening notice of
*Motion of Energy Future Holdings Corp., et al., for Entry of an Order Approving the Settlement
Between the Debtors and the Texas Comptroller* [D.I. 9513] (the "Settlement Motion") filed by
the above-captioned debtors and debtors in possession (collectively, the "Debtors"); and the
Court having found that it has jurisdiction to consider the Motion and the relief requested therein
pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that consideration of the
Motion and the relief requested therein is a core proceeding pursuant to 28 U.S.C. § 157(b); and
the Court having found that venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The
location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large
number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete
list of the debtors and the last four digits of their federal tax identification numbers is not provided
herein. A complete list of such information may be obtained on the website of the debtors' claims and
noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to
them in the Motion.

1409; and the Court having found that the Debtors provided due and proper notice of the Motion and such notice was adequate and appropriate under the particular circumstances; and upon consideration of the record and all proceedings had before the Court; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors' estates, their creditors and other parties in interest; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby **ORDERED**:

1.      The Motion is GRANTED.

2.      A hearing on the Settlement Motion shall be held on September 26, 2016 at 10:00 a.m. (Eastern Daylight Time).

3.      Any objections or responses to the relief requested in the Settlement Motion must be filed with the Court on or before September 20, 2016 at 4:00 p.m. (Eastern Daylight Time).

4.      Notwithstanding anything to the contrary specified in Local Bankruptcy Rule 9006-1(d), any replies to any objections filed in connection with the Settlement Motion shall be filed with the Court no later than September 22, 2016 at 11:00 a.m. (Eastern Daylight Time).

5.      This Court shall retain jurisdiction to enforce and interpret the provisions of this Order.

Dated: September _____, 2016
         Wilmington, Delaware

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE