**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------x
: 
In re:                                              :    Chapter 11
                                                    :
CAL DIVE INTERNATIONAL, INC., *et al.*,[1]         :    Case No. 15-10458 (CSS)
                                                    :
                              Debtors.              :    (Jointly Administered)
                                                    :
---------------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

    I, Robert A. Terziyan, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

    On September 1, 2016, at my direction and under my supervision, employees of KCC caused the following document to be served via First Class Mail on the service list attached hereto as **Exhibit A**:

*This Space Intentionally Left Blank*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Cal Dive International, Inc. (0501), Cal Dive Offshore Contractors, Inc. (4878), Affiliated Marine Contractors, Inc. (8678), Fleet Pipeline Services, Inc. (2104), Gulf Offshore Construction, Inc. (2106), and CDI Renewables, LLC (4985). The Debtors' corporate headquarters is at 2500 CityWest Boulevard, Suite 2200, Houston, TX 77042.

- **Summary of Seventeenth Monthly Application of O'Melveny & Myers LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Debtors for the Period from July 1, 2016 Through July 31, 2016** [Docket No. 1357]

Dated: September 9, 2016

_____
Robert A. Terziyan

| A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document. |
|---|

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 9th day of September, 2016, by Robert A. Terziyan, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _____

RICARDO TEJEDA ROMERO
Commission # 2144287
Notary Public - California
Los Angeles County
My Comm. Expires Feb 27, 2020

# EXHIBIT A

**Exhibit A**
Fee Application List
Served via First Class Mail

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Akin Gump Strauss Hauer Feld LLP | Michael Stamer & Meredith Lahaie | One Bryant Park | Bank of America Tower | New York | NY | 10036-6745 |
| Cal Dive International Inc | Attn Lisa M Buchanan Esq | 2500 CityWest Blvd | Ste 2200 | Houston | TX | 77042 |
| Kirkland and Ellis LLP | Attn Patrick J Nash Jr Esq | 300 N LaSalle | | Chicago | IL | 60654 |
| Morgan Lewis and Bockius LLP | Attn Glenn E Siegel Esq | 101 Park Ave | | New York | NY | 10178-0060 |
| Office of US Trustee Delaware | Attn Benjamin Hackman | 844 King St Ste 2207 | Lockbox 35 | Wilmington | DE | 19899-0035 |
| Pepper Hamilton LLP | D Stratton E Meltzer J Schanne II | Hercules Plz Ste 5100 | 1313 N Market St | Wilmington | DE | 19899-1709 |