# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
| | ) **Hearing Date:** |
| | ) **September 26, 2016 at 10:00 a.m.** |
| | ) **Objection Deadline:** |
| | ) **September 20, 2016 at 4:00 p.m.** |

## NOTICE OF "MOTION OF ENERGY FUTURE HOLDINGS CORP., *ET AL.*, FOR ENTRY OF AN ORDER APPROVING THE SETTLEMENT BETWEEN THE DEBTORS AND THE TEXAS COMPTROLLER OF PUBLIC ACCOUNTS" AND HEARING THEREON

PLEASE TAKE NOTICE that, on September 9, 2016, the above-captioned debtors and debtors in possession (collectively, the "Debtors"), filed the **Motion of Energy Future Holdings Corp.,** *et al.,* **for Entry of an Order Approving the Settlement Between the Debtors and the Texas Comptroller of Public Accounts** [D.I. 9513] (the "Motion"[2]) with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). **You were previously served with a copy of the Motion.**

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] On September 9, 2016, the Debtors also filed the **Declaration of Carla A. Howard, Senior Vice President and General Tax Counsel of Energy Future Holdings Corp. in Support of the Motion of Energy Future Holdings Corp.,** *et al.,* **for Entry of an Order Approving the Settlement Between the Debtors and the Texas Comptroller** [D.I. 9514] (the "Howard Declaration") in connection with, and in support of, the Motion. **You were previously served with a copy of the Howard Declaration.**

RLF1 15149432v.1

PLEASE TAKE FURTHER NOTICE that, on September 9, 2016, the Debtors also filed the **Motion of Energy Future Holdings Corp.,** *et al.,* **to Shorten Notice Period in Connection with "Motion of Energy Future Holdings Corp.,** *et al.,* **for Entry of an Order Approving the Settlement Between the Debtors and the Texas Comptroller"** [D.I. 9515] (the "Motion to Shorten"), pursuant to which the Debtors requested approval of a shortened notice period and objection deadline relating to the Motion. **You were previously served with a copy of the Motion to Shorten**.

PLEASE TAKE FURTHER NOTICE that, on September 12, 2016, the Bankruptcy Court entered its **Order Granting Motion to Shorten Notice and Request for Hearing With Respect to "Motion of Energy Future Holdings Corp.,** *et al.,* **for Entry of an Order Approving the Settlement Between the Debtors and the Texas Comptroller of Public Accounts"** [D.I. 9519] (the "Order Shortening Notice") in connection with the Motion to Shorten. A copy of the Order Shortening Notice is attached hereto as **Exhibit A**.

PLEASE TAKE FURTHER NOTICE that, in accordance with the Order Shortening Notice, (i) a hearing to consider the Motion will be held before The Honorable Christopher S. Sontchi at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on **September 26, 2016 starting at 10:00 a.m. (Eastern Daylight Time)**; (ii) objections to the Motion must be in writing, filed with the Clerk of the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned co-counsel for the Debtors on or before **September 20, 2016 at 4:00 p.m. (Eastern Daylight Time)**; and (iii) any replies to any objections filed in connection with the Motion shall be filed with the Bankruptcy Court no later than **September 22, 2016 at 11:00 a.m. (Eastern Daylight Time)**.

Dated: September 12, 2016
       Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:     (302) 651-7701
Email:          collins@rlf.com
                defranceschi@rlf.com
                madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:     (212) 446-4900
Email:          edward.sassower@kirkland.com
                stephen.hessler@kirkland.com
                brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:     (312) 862-2200
Email:          james.sprayregen@kirkland.com
                marc.kieselstein@kirkland.com
                chad.husnick@kirkland.com
                steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession