## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Energy Future Holdings Corp., *et. al.,*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>Jointly Administered<br><br>**Re: Docket No. 9421** |

## NOTICE OF APPEAL

Notice is hereby given that Shirley Fenicle, individually and as successor-in-interest to the Estate of George Fenicle, David William Fahy, and John H. Jones (respectively "Fenicle", "Fahy", and "Jones", together "Appellants"), creditors in the above-captioned chapter 11 cases, file this Notice of Appeal pursuant to 28 U.S.C. §§ 158(a), Rules 8001 and 8002 of the Federal Rules of Bankruptcy Procedure, and Rule 8001-1 of the Local Rules of United States Bankruptcy Court for the District of Delaware from the *Order Confirming the Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et. al., Pursuant to Chapter 11 of the Bankruptcy Code as It Applies to the TCEH Debtors and EFH Shared Services Debtors*, dated August 29, 2016, [D.I. 9421] (the "Confirmation Order").

The names of all parties to the judgment, order, or decree from which the Appellants appeal, and the names, addresses, and telephone numbers of their attorneys are as follows:

**[Remainder of Page Intentionally Left Blank]**

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

|    | **Party** | **Attorney** |
|----|-----------|--------------|
| 1. | Appellants | HOGAN♦McDANIEL<br>Daniel K. Hogan (DE Bar # 2814)<br>1311 Delaware Avenue<br>Wilmington, Delaware  19806<br>Telephone:  (302) 656-7540<br>Facsimile: (302) 656-7599<br>dkhogan@dkhogan.com<br><br>-and-<br><br>KAZAN McCLAIN SATTERLEY & GREENWOOD<br>A Professional Law Corporation<br>Steven Kazan (CA Bar # 46855)<br>Jack London Market<br>55 Harrison Street, Suite 400<br>Oakland, CA 94607<br>Telephone: (510) 302-1000<br>Facsimile: (510) 835-4913<br><br>-and-<br><br>EARLY LUCARELLI SWEENEY & MEISENKOTHEN<br>Ethan Early (CT Juris # 417930)<br>One Century Tower<br>265 Church Street, 11th Floor<br>New Haven, CT 06508-1866<br>Telephone: (203) 777-7799<br>Facsimile: (203) 785-1671<br><br>-and-<br><br>GORI JULIAN & ASSOCIATES, P.C.<br>Beth Gori<br>156 North Main Street<br>Edwardsville, IL 62025<br>Telephone: (618) 659-9833<br>Facsimile: (618) 659-9834 |

|    | **Party** | **Attorney** |
|----|-----------|--------------|
| 2. | Andrew R. Vara, Acting United States Trustee | U.S. DEPARTMENT OF JUSTICE<br>OFFICE OF THE U.S. TRUSTEE<br>Richard L. Schepacarter<br>Andrea B. Schwartz<br>J. Caleb Boggs Federal Building<br>844 N. King Street, Room 2207, Lockbox 35<br>Wilmington, DE 19801<br>Telephone: (302) 573-6491<br>Facsimile: (302) 573-6497<br>Email: Richard.Schepacarter@usdoj.gov<br>       Andrea.B.Schwartz@usdoj.gov |
| 3. | Debtors and Debtors in Possession | RICHARDS, LAYTON & FINGER, P.A.<br>Mark D. Collins (No. 2981)<br>Daniel J. DeFranceschi (No. 2732)<br>Jason M. Madron (No. 4431)<br>920 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701<br>Email: collins@rlf.com<br>      defranceschi@rlf.com<br>      madron@rlf.com<br><br>-and-<br><br>KIRKLAND & ELLIS LLP<br>KIRKLAND & ELLIS INTERNATIONAL LLP<br>Edward O. Sassower, P.C. (admitted pro hac vice)<br>Stephen E. Hessler (admitted pro hac vice)<br>Brian E. Schartz (admitted pro hac vice)<br>601 Lexington Avenue<br>New York, NY 10022-4611<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br>Email: edward.sassower@kirkland.com<br>      stephen.hessler@kirkland.com<br>      brian.schartz@kirkland.com<br><br>-and- |

| | **Party** | **Attorney** |
|---|---|---|
| | | James H.M. Sprayregen, P.C. (admitted pro hac vice)<br>Marc Kieselstein, P.C. (admitted pro hac vice)<br>Chad J. Husnick (admitted pro hac vice)<br>Steven N. Serajeddini (admitted pro hac vice)<br>300 North LaSalle<br>Chicago, IL 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br>Email: james.sprayregen@kirkland.com<br>       marc.kieselstein@kirkland.com<br>       chad.husnick@kirkland.com<br>       steven.serajeddini@kirkland.com |
| 4. | Energy Future Holdings Corp. | O'KELLY ERNST & BIELLI, LLC<br>David M. Klauder (No. 5769)<br>Shannon J. Dougherty (No. 5740)<br>901 N. Market Street, Suite 1000<br>Wilmington, DE 19801<br>Telephone: (302) 778-4000<br>Facsimile: (302) 295-2873<br>Email: dklauder@oeblegal.com<br>       sdougherty@oeblegal.com<br>-and-<br><br>PROSKAUER ROSE LLP<br>Jeff J. Marwil (admitted pro hac vice)<br>Mark K. Thomas (admitted pro hac vice)<br>Peter J. Young (admitted pro hac vice)<br>Three First National Plaza<br>70 W. Madison Street, Suite 3800<br>Chicago, IL 60602<br>Telephone: (312) 962-3550<br>Facsimile: (312) 962-3551<br>Email: jmarwil@proskauer.com<br>       mthomas@proskauer.com<br>       pyoung@proskauer.com |

|   | **Party** | **Attorney** |
|---|---|---|
| 5. | Energy Future Intermediate Holding Company LLC | STEVENS & LEE, P.C.<br>Joseph H. Huston, Jr. (No. 4035)<br>1105 North Market Street, Suite 700<br>Wilmington, DE 19801<br>Telephone: (302) 425-3310<br>Facsimile: (610) 371-7927<br>Email: jhh@stevenslee.com<br><br>-and-<br><br>CRAVATH, SWAINE AND MOORE LLP<br>Michael A. Paskin, Esq.<br>Trevor M. Broad, Esq.<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY 10019-7475<br>Telephone: (212) 474-1760<br>Facsimile: (212) 474-3700<br>Email: mpaskin@cravath.com<br>         tbroad@cravath.com<br><br>-and-<br><br>JENNER & BLOCK<br>Richard Levin<br>919 Third Avenue<br>New York, NY 10022-3908<br>Telephone: (212) 891-1601<br>Facsimile: (212) 891-1699<br>Email: rlevin@jenner.com |
| 6. | TCEH Debtors | MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP<br>David P. Primack (No. 4449)<br>300 Delaware Avenue, Suite 770<br>Wilmington, DE 19801<br>Telephone: (302) 300-4515<br>Facsimile: (302) 654-4031<br>Email: dprimack@mdmc-law.com<br><br>-and- |

|    | **Party** | **Attorney** |
|----|-----------|--------------|
|    |           | MUNGER, TOLLES & OLSON LLP<br>Thomas B. Walper<br>Seth Goldman<br>355 South Grand Avenue, 35th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 683-9100<br>Facsimile: (213) 683-4022<br>Email: Thomas.Walper@mto.com<br>         Seth.Goldman@mto.com |
| 7. | TCEH Official Committee | MORRISON & FOERSTER LLP<br>James M. Peck<br>Brett H. Miller<br>Lorenzo Marinuzzi<br>Todd M. Goren<br>250 West 55th Street<br>New York, New York 10019-9601<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900<br>Email: jpeck@mofo.com<br>         brettmiller@mofo.com<br>         lmarinuzzi@mofo.com<br>         tgoren@mofo.com<br><br>-and-<br><br>POLSINELLI PC<br>Christopher A. Ward (Del. Bar No. 3877)<br>Justin K. Edelson (Del. Bar No. 5002)<br>Shanti M. Katona (Del. Bar No. 5352)<br>222 Delaware Avenue, Suite 1101<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-0920<br>Facsimile: (302) 252-0921<br>Email: cward@polsinelli.com<br>         jedelson@polsinelli.com<br>         skatona@polsinelli.com |

|    | **Party** | **Attorney** |
|----|-----------|--------------|
| 8. | The Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc. | MONTGOMERY McCRACKEN WALKER & RHOADS, LLP<br>Natalie D. Ramsey (DE Bar No. 5378)<br>Mark B. Sheppard Mark A. Fink (DE Bar No. 3946)<br>1105 North Market Street, 15th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 504-7800<br>Facsimile: (302) 504 -7820<br>E-mail: nramsey@mmwr.com<br>       msheppard@mmwr.com<br>       mfink@mmwr.com<br><br>-and-<br><br>SULLIVAN & CROMWELL LLP<br>Andrew G. Dietderich<br>Steven L. Holley<br>Robert J. Giuffra, Jr.<br>Brian D. Glueckstein<br>125 Broad Street<br>New York, New York 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>       holleys@sullcrom.com<br>       giuffrar@sullcrom.com<br>       gluecksteinb@sullcrom.com |

Pursuant to Federal Rule of Bankruptcy Procedure 8003, a copy of the Confirmation Order is attached hereto as <u>Exhibit A</u>, This Notice of Appeal is also accompanied by the prescribed fee.

[Signatures on Following Page]

Dated: September 12, 2016
      Wilmington, Delaware      By:    /s/ *Daniel K. Hogan*
                                                    Daniel K. Hogan (DE Bar # 2814)
                                                    **HOGAN♦McDANIEL**
                                                    1311 Delaware Avenue
                                                    Wilmington, Delaware 19806
                                                    Telephone: (302) 656-7597
                                                    Facsimile: (302) 656-7599
                                                    dkhogan@dkhogan.com

*Counsel for Shirley Fenicle, individually and as successor-in-interest to the Estate of George Fenicle, David William Fahy, and John H. Jones*

-and-

Steven Kazan (CA Bar # 46855)
Kazan McClain Satterley & Greenwood
A Professional Law Corporation
Jack London Market
55 Harrison Street, Suite 400
Oakland, CA 94607
Telephone: (510) 302-1000
Facsimile: (510) 835-4913

*Counsel for Shirley Fenicle, individually and as successor-in-interest to the Estate of George Fenicle*

-and-

Ethan Early (CT Juris # 417930)
Early Lucarelli Sweeney & Meisenkothen
One Century Tower
265 Church Street, 11th Floor
New Haven, CT 06508-1866
Telephone: (203) 777-7799
Facsimile: (203) 785-1671

*Counsel for David William Fahy*

-and-

Beth Gori
Gori Julian & Associates, P.C.
156 North Main Street
Edwardsville, IL 62025
Telephone: (618) 659-9833
Facsimile: (618) 659-9834

*Counsel for John H. Jones*