# EXHIBIT A

RLF1 15159125v.1

**SCHEDULE A-38**

Following the Parties' execution of this Schedule A-38, **KPMG LLP** ("CONTRACTOR'") is authorized to perform the Work as identified on behalf of **EFH CORPORATE SERVICES COMPANY** ("COMPANY") pursuant to the terms and conditions contacting in the Master Services Agreement C0531124C ("the Agreement") dated November 1, 2009 and subsequently amended.

**SCOPE OF WORK AND DELIVERABLES**

The Work will be performed in accordance with the specifications and instructions, if any, attached hereto. The Work will be scheduled at the direction of the COMPANY's Contract Coordinator as identified herein.

**SCOPE OF WORK**

CONTRACTOR will assist the tax department with the following:

CONTRACTOR will issue a tax opinion regarding the qualification of the spin-off of Reorganized Texas Competitive Electric Holdings ("Reorganized TCEH") under Sections 355 and 368(a)(1)(G). However, CONTRACTOR will not opine on any issue that may be considered to be related to a federal or state "listed transaction" or a transaction that is substantially similar to a federal or state "listed transaction."

Prior to issuing CONTRACTOR's opinion, CONTRACTOR will review relevant transaction documents including the Plan of Reorganization, Disclosure Statement and related documents, as well as the private letter ruling request and related submissions. In addition, CONTRACTOR will require COMPANY to provide CONTRACTOR with a representation letter regarding certain aspects of the transaction, on which CONTRACTOR will rely upon in issuing our opinion so long as CONTRACTOR determines that the representations contained in the letter are reasonable. To the extent CONTRACTOR cannot determine the reasonableness of any one or more representations on which COMPANY asks CONTRACTOR to rely, it may not be possible for CONTRACTOR to opine on one or more issues that are the subject matter of the opinion. CONTRACTOR will inform COMPANY as soon as possible if CONTRACTOR determines circumstances exist that prevent CONTRACTOR from issuing the tax opinion.

The opinions expressed in the opinion letter will be rendered only with respect to the specific matters discussed therein, and CONTRACTOR will express no opinion with respect to other federal, state or local income taxes of the Reorganized TCEH spin-off. The opinions CONTRACTOR renders will not be binding upon the Internal Revenue Service, any other tax authority or any court, and no assurance can be given that a position contrary to that expressed therein will not be asserted by a tax authority and ultimately sustained by a court.

Written advice provided to COMPANY under this SOW will be based on facts, representations, assumptions, and other information COMPANY provides to CONTRACTOR, the completeness, accuracy and timeliness of which are critical factors in our ability to timely and accurately complete our services. Unless COMPANY requests and CONTRACTOR agrees under a separate writing (a new Statement of Work) after our advice has been issued in final form to COMPANY, CONTRACTOR will not update CONTRACTOR's advice to take into account COMPANY updating the facts COMPANY provides to CONTRACTOR through COMPANY discovery of new or additional facts, or COMPANY updating any information that may have formed the basis of any assumptions CONTRACTOR made in developing CONTRACTOR's advice. In rendering advice, CONTRACTOR will consider tax authorities that are subject to change, retroactively and/or prospectively, and any such changes could affect the advice CONTRACTOR issues to COMPANY.

If matters exceed the scope of this Statement of Work, CONTRACTOR will issue a Statement of Work to

confirm the scope and related terms. Furthermore, a Statement of Work will be issued for each discrete tax consulting project not specified in this engagement letter (e.g., transfer pricing study, corporate acquisition or disposition, etc.) and for tax controversy representation. To be of greatest assistance to COMPANY, CONTRACTOR should be advised **in advance** of proposed transactions.

**Opinion Standards**

CONTRACTOR applies elevated standards in preparing tax opinions. These standards are dependent on certain characteristics of the entity to which our services will be directed as follows:

(2) For U.S. public companies or "large private entities" (i.e., private entities with prior year gross revenues of $300 million or more reflected in audited financial statements prepared in accordance with U.S. generally accepted accounting principles): CONTRACTOR must be able to determine that (1) there is "substantial authority" for an undisclosed return position (i.e., the weight of authorities in support of a position is substantial in relation to the weight of authorities in opposition to the position) and a disclosed return position has at least a "realistic possibility" of being sustained on its merits (i.e., approximately a one-in-three or greater likelihood of success if challenged by a tax authority). The laws of some states (e.g., New York) also may impose more stringent return preparation standards for state tax returns. For advice pertaining to a "Tax Shelter" (as defined in IRC §6662(d)(2)(C)(ii)) or a "reportable transaction" with a significant purpose of tax avoidance, tax practitioners must generally conclude their advice satisfies the "more likely than not" standard; if the taxpayer is advised regarding potential taxpayer penalties, tax practitioners may conclude at a "substantial authority" level.

1. For "other private entities" (i.e., entities that do not fall within the definitions above as a U.S. public company or large private entity): CONTRACTOR must be able to determine that a return position is at least "more likely than not" to be upheld (i.e., has a greater than 50 percent likelihood of success if challenged by a tax authority).

2. If a return position relates to a transaction that is a "principal purpose transaction," CONTRACTOR must arrive at a "should" confidence level (i.e., approximately a 70% or greater likelihood of success if challenged by the taxing authorities) with respect to the position.

3. CONTRACTOR will not render any advice with respect to a federal or state "listed transaction" or any transaction that is substantially similar to a federal or state "listed transaction."

In determining whether a return position meets the appropriate standard, CONTRACTOR will not take into account the possibility that a tax return will not be audited, that an issue will not be raised on audit, or that an issue will be settled. CONTRACTOR will inform COMPANY as soon as possible if, during our analysis, CONTRACTOR determine circumstances exist that prevent CONTRACTOR from issuing the tax opinion under these standards.

## DELIVERABLES

Deliverables will be in the format requested by COMPANY depending on the specific tax services that are requested (i.e., oral, e-mail, memorandum, letter, Excel spreadsheet, etc.).

Contract Coordinator: Carla Howard                                   Phone Number: (214) 812-2384

## WORK SITE

The Work Site will be the following location(s): CONTRACTOR &/or COMPANY offices located in Dallas, TX.

**COMPENSATION, INVOICES, AND PAYMENT**

As full compensation for the satisfactory performance by CONTRACTOR of the Work authorized pursuant to this Schedule A-38, COMPANY will compensate CONTRACTOR as follows.

The fees for this study will be based on the actual time incurred to complete the work at 100 % of CONTRACTOR's standard hourly rates for the individuals involved in providing the services as summarized in the table below. .   Any extension or increase in spend will require an amendment to Schedule A-38. . This estimate assumes there will be no travel to the participant's site(s). COMPANY will reimburse CONTRACTOR for expenses incurred in connection with the performance of the Services, in accordance with Article 5 "COMPENSATION" of the Agreement and COMPANY's Reimbursable Expense Policy (as provided in Attachment 5 of the Agreement).

These fees are not dependent on tax or other savings achieved or otherwise based in any way on results obtained.

CONTRACTOR will notify COMPANY if CONTRACTOR encounters any circumstances that warrant additional time or expense.  If such matters exceed the scope of this Schedule A-38, CONTRACTOR will issue an addendum or separate Schedule  A to confirm the scope and related terms of any additional engagements.

**PROFESSIONAL AND SUPPORT STAFF FEES SCHEDULE**

| Role | Rate |
|---|---|
| **Partner/Principal** | **$1,225/hr** |
| **Tax Managing Director** | **$1,125/hr** |
| **Senior Manager** | **$1,050/hr** |
| **Manager** | **$825/hr** |
| **Senior Associate** | **$700/hr** |
| **Associate** | **$425/hr** |

The rates specified in this Schedule A-38 will remain in effect, with respect to and until completion of the Work authorized pursuant to this Schedule A-38. The rates are considered as "not to exceed" the maximum fees to be charged for services.

CONTRACTOR acknowledges that the Bankruptcy Court must approve its fees in order to be compensated. In that regard, CONTRACTOR intends to file applications with the Court for allowance of compensation and reimbursement of expenses in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, and any order of the Bankruptcy Court establishing procedures for monthly compensation and reimbursement of expenses for professionals. COMPANY acknowledges that professional time required to prepare detailed applications in accordance with the Bankruptcy Code, applicable rules and guidelines differs from CONTRACTOR's normal billing procedures and, as a result, requires significant effort by CONTRACTOR to comply therewith. As a result, the Company agrees that, subject to Bankruptcy Court approval, CONTRACTOR shall be reimbursed for such professional time incurred.

All invoices shall be sent to:

**Email:** ap.invoicing@energyfutureholdings.com

Include location where  Work was performed

C0631124C

With a copy to:

Ms. Carla Howard
SVP Tax & General Tax Counsel Energy
Future Holdings Corp.
1601 Bryan St,
Dallas, TX 75201

**RESERVATION OF RIGHTS**

Nothing in this Statement of Work shall constitute or be deemed (a) an allowance or disallowance of any claim, including administrative expense claims under section 503(b) of the Bankruptcy Code, (b) an assumption or rejection of this Statement of Work, any other agreement between the parties, or any other executory contract or unexpired lease under section 365 of the Bankruptcy Code, (c) a waiver of any of the rights of the Buyer to dispute claims asserted against the Buyer in the chapter 11 cases commenced by the Buyer, or (d) change of any priority levels existing in the absence of this Statement of Work.

PRIVILEGES CLAIMED BY COMPANY, WITH RESPECT TO DELIVERABLES OR OTHER DOCUMENTS HEREAFTER DESIGNATED BY COMPANY

 X  ATTORNEY-CLIENT COMMUNICATION

 X     ATTORNEY WORK PRODUCT

 X     TAX ADVISOR

_____ Other:_____

Any work performed in connection with this engagement before the execution date of this Schedule A-38 is also governed by the terms of this Schedule A-38.

Work not specified above may be authorized only through a separate Schedule A, or through an amendment or supplement to Schedule A-38.

| **KPMG LLP** | **EFH CORPORATE SERVICES COMPANY** |
|---|---|
| By: *Stacy Lyons* | By: *Carla A. Howard* |
| Name: Stacy Lyons | Name: Carla Howard |
| Title: Partner | Title: VP Tax |
| Date: May 24, 2016 | Date: |

C0631124C