

**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
Washington, D.C. 20224

*Claims Agt Copy*

SMALL BUSINESS/SELF-EMPLOYED DIVISION

09/07/2016

**RECEIVED**

SEP 0 9 2016

LEGAL SERVICES

Epiq Bankruptcy Solutions LLC
757 Third Ave Third Fl
New York, NY 10017

Re: TXU Retail Services Co

Re: 14-11009DE01

Dear Claims Agent:

Filed: USBC - District of Delaware
Energy Future Holdings Corp. (COR)
14-10979(CSS)

0000001948

On 05/26/2016, a proof of claim was filed by the Internal Revenue Service for the above Corporation, in the above referenced case number.  The assigned Claim # is 37618. This Proof of Claim has been satisfied.  Please withdraw this claim.

If you have any questions, you may call me at (302) 286-1559 or you may write to me at Internal Revenue Service, 1352 Marrows Road, Suite 204, Newark, DE  19711

Sincerely,

Michael A James
Bankruptcy Advisor
Insolvency Group 3

# Request for Payment of Internal Revenue Taxes

**(Bankruptcy Code Cases - Administrative Expenses)**

### Department of the Treasury/Internal Revenue Service

United States Bankruptcy Court for the
District of    DELAWARE

In the Matter of:    TXU RETAIL SERVICES COMPANY
1601 BRYAN ST ENERGY PLAZA
DALLAS, TX 75201

Fiduciary:



| | |
|---|---|
| Case Number | 14-11009-CSS |
| Type of Bankruptcy Case | CHAPTER 11 |
| Date of Petition | 04/29/2014 |
| Creditor Number | |

1. The undersigned, whose business address is  1352 MARROWS ROAD STE 204 NEWARK, DE 19711-5445  , is the agent of the Department of the Treasury, Internal Revenue Service, and is authorized to make this request for payment on behalf of the United States.
2. Request is made for payment of taxes and any interest or penalty due under the internal revenue laws of the United States, as shown below.
3. The ground of liability is taxes due under the internal revenue laws of the United States.

   This Claim Is Being Withdrawn.

Administrative Claims

| Taxpayer ID Number | Kind of Tax | Tax Period | Tax Due | Interest Due | Penalty Due | Balance Due |
|---|---|---|---|---|---|---|
| XX-XXX2839 | FUTA | 12/31/2015 | $0.00 | $5.40 | $239.42 | $244.82 |
| XX-XXX2839 | WT-FICA | 03/31/2016 | $20.92 | $0.21 | $0.31 | $21.44 |
| | | | $20.92 | $5.61 | $239.73 | $266.26 |

**Total Amount Due:**          **$266.26**

The amount due includes interest and penalty computed to 07/31/2016. Compound interest will accrue at the rate established under IRC Section 6621(a) and late payment penalty will be charged under IRC Section 6651. If the claim is paid after 07/31/2016, contact M. JAMES at (302) 286-1559 for the current balance.

| Penalty for Presenting Fraudulent Claim - Fine of not more than $5,000 or imprisonment for not more than 5 years or both - Title 18. U.S.C., Section 152. | Signature    /s/ M. JAMES | Date    09/07/2016 |
|---|---|---|
| | Title    Revenue Officer/Advisor | Telephone Number    (302) 286-1559 |

Form    6338 - A(C )

Page 1 of 1

**UPS CampusShip: View/Print Label**

1. **Ensure there are no other shipping or tracking labels attached to your package.** Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. **Fold the printed label at the solid line below.** Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **Customers with a Daily Pickup**
   Your driver will pickup your shipment(s) as usual.

   **Customers without a Daily Pickup**
   Take your package to any location of The UPS Store®, UPS Access Point(TM) location, UPS Drop Box, UPS Customer Center, UPS Alliances (Office Depot® or Staples®) or Authorized Shipping Outlet near you. Items sent via UPS Return Services(SM) (including via Ground) are also accepted at Drop Boxes. To find the location nearest you, please visit the Resources area of CampusShip and select UPS Locations.
   Schedule a same day or future day Pickup to have a UPS driver pickup all your CampusShip packages.
   Hand the package to any UPS driver in your area.

| UPS Access Point™ | UPS Access Point™ | UPS Access Point™ |
|---|---|---|
| MI RANCHITO MEXICAN FOOD MARK | THE UPS STORE | NEWARK SPEEDY GAS |
| 13 N CHAPEL ST | 40 E MAIN ST | 1205 CAPITOL TRL |
| NEWARK ,DE 19711 | NEWARK ,DE 19711 | NEWARK ,DE 19711 |

FOLD HERE

