**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

---------------------------------------------------------------x
                                                            :
In re                                                       :    Chapter 11
                                                            :
ENERGY FUTURE HOLDINGS CORP., ET AL.,                       :    Case No. 14-10979 (CSS)
                                                            :
                             Debtors.                       :    (Jointly Administered)
---------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF DOCKET NO. 9516**

TO: THE CLERK OF THE COURT

     PLEASE TAKE NOTICE that on September 11, 2016, Kurtzman Carson Consultants LLC, the communications agent for the Official Committee of Unsecured Creditors, filed an Affidavit of Service. The filed Affidavit of Service was for the wrong case. Kurtzman Carson Consultants LLC hereby withdraws the Affidavit of Service filed in the Main Case [Docket No. 9516].

Dated: September 13, 2016

                                                                                   /s/ Angela M. Nguyen
                                                                                  Angela M. Nguyen
                                                                                  Kurtzman Carson Consultants LLC
                                                                                  2335 Alaska Avenue
                                                                                 El Segundo, CA 90245
                                                                                 310.823.9000