## EXHIBIT A

### Statement of Fees and Expenses By Subject Matter

| Description | Total Billed Hours | Total Fees |
|---|---:|---:|
| Plan and Disclosure | 104.20 | 127,104.00 |
| Tax Issues | 92.60 | 103,561.00 |
| Employment & Fee Application | 4.50 | 2,132.50 |
| Non-Working Travel | 8.50 | 5,312.50 |
| **TOTAL** | **209.80** | **$238,110.00** |