**EXHIBIT B**

**Attorney and Paraprofessionals Information**

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Philip Gelston | Partner | 1979 | Corporate | 1,250 | 97.50 | 116,562.50 |
| Andrew Needham | Partner | 1995 | Tax | 1,250 | 68.70 | 85,875.00 |
| J. Conway | Partner | 2002 | Tax | 1,195 | 11.70 | 13,981.50 |
| | | | | | | |
| A. Hagena | Associate | 2015 | Tax | 740 | 23.90 | 17,686.00 |
| A. Larkin | Associate | 2015 | Litigation | 535 | 4.20 | 2,247.00 |
| C. Ricciardi | Associate | 2016 | Corporate | 535 | 2.80 | 1,498.00 |
| | | | | | | |
| C. Smith | Legal Assistant | n/a | Litigation Support | 260 | 1.00 | 260.00 |
| | | | | | | |
| | | | | **TOTAL** | **209.80** | **$238,110.00** |