## **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

| Service Description | Amount |
|---|---:|
| CLIENT BUSINESS TRANSPORTATION | 189.13 |
| MISCELLANEOUS | 59.37 |
| OTHER DATABASE RESEARCH | 22.21 |
| TRAVEL | 1,971.20 |
| BUSINESS MEALS | 100.00 |
| GROUND TRANSPORTATION | 43.66 |
| CONF. CALL/VOICE/DATA | 8.86 |
| TOTAL | $ 2,394.43 |