## EXHIBIT D

## Detailed Description of Expenses and Disbursements

| Matter | Date | Name | Description | Amount | Narrative |
|---|---|---|---|---|---|
| 11205-003 | 7/8/2016 | Needham, A | GROUND TRANSPORTATION | 22.30 | TAXI Local TRIP PURPOSE: Client work RptID: 010013205205 |
| 11205-005 | 7/20/2016 | Hagena, Antje | CONF. CALL/VOICE/DATA | 3.53 | Conference call by Antje Hagena |
| 11205-005 | 7/23/2016 | Hagena, Antje | CONF. CALL/VOICE/DATA | 2.61 | Conference call by Antje Hagena |
| 11205-003 | 7/26/2016 | Gelston, P A | TRAVEL | 350.00 | LODGING Ritz Carlton TRIP PURPOSE: Attend Board Meeting CITIES VISITED: Dallas, Texas RptID: 010013521511 |
| 11205-003 | 7/26/2016 | Gelston, P A | CLIENT BUSINESS TRANSPORTATION | 130.99 | Inv#:  702347 V# RV1E13E17C UNKNOWN Cravath, 825 Eighth Avenue, New York, NY - LAGUARDIA AIRPORT, QUEENS, NY Gelston******* 5:00  0.00 Cravath, 825 Eighth Avenue, New York, NY LAGUARDIA AIRPORT, QUEENS, NY |
| 11205-003 | 7/26/2016 | Gelston, P A | MISCELLANEOUS | 26.95 | INTERNET,  TRIP PURPOSE: Attend Board Meeting CITIES VISITED: Dallas, Texas RptID: 010013521511 |
| 11205-003 | 7/26/2016 | Gelston, P A | TRAVEL | 1,196.20 | AIRFARE CLASS: First ,CITIES VISITED: Dallas, Texas ,TICKET NO: see note TRIP PURPOSE: Attend Board Meeting  RptID: 010013521511 |
| 11205-003 | 7/27/2016 | Gelston, P A | BUSINESS MEALS | 20.00 | MEALS: HOTEL - DINNER BUSINESS PURPOSE: Attend Board Meeting VENUE: Fearings CITIES VISITED: Dallas, Texas ATTENDEES CRAVATH: Philip Gelston, Philip Gelston RptID: 010013521511 |
| 11205-003 | 7/27/2016 | Gelston, P A | BUSINESS MEALS | 20.00 | MEALS: HOTEL - LUNCH BUSINESS PURPOSE: Attend Board Meeting VENUE: Fearings CITIES VISITED: Dallas, Texas ATTENDEES CRAVATH: Philip Gelston, Philip Gelston RptID: 010013521511 |
| 11205-003 | 7/27/2016 | Gelston, P A | BUSINESS MEALS | 20.00 | MEALS: HOTEL - BREAKFAST BUSINESS PURPOSE: Attend Board Meeting VENUE: Fearings CITIES VISITED: Dallas, Texas ATTENDEES CRAVATH: Philip Gelston, Philip Gelston RptID: 010013521511 |
| 11205-003 | 7/27/2016 | Gelston, P A | TRAVEL | 350.00 | LODGING Ritz Carlton TRIP PURPOSE: Attend Board Meeting CITIES VISITED: Dallas, Texas RptID: 010013521511 |
| 11205-003 | 7/27/2016 | Gelston, P A | TRAVEL | 35.00 | TAXI Out of Town TRIP PURPOSE: Attend Board Meeting CITIES VISITED: Dallas, Texas RptID: 010013521511 |
| 11205-003 | 7/28/2016 | Gelston, P A | MISCELLANEOUS | 32.42 | INTERNET,  TRIP PURPOSE: Attend Board Meeting CITIES VISITED: Dallas, Texas RptID: 010013521511 |
| 11205-003 | 7/28/2016 | Gelston, P A | BUSINESS MEALS | 20.00 | MEALS: LUNCH BUSINESS PURPOSE: Attend Board Meeting VENUE: Cru/Dallas Airport CITIES VISITED: Dallas, Texas ATTENDEES CRAVATH: Philip Gelston, Philip Gelston RptID: 010013521511 |

| Matter | Date | Name | Description | Amount | Narrative |
|---|---|---|---|---|---|
| 11205-003 | 7/28/2016 | Gelston, P A | CLIENT BUSINESS TRANSPORTATION | 58.14 | Inv#:  6736 V# 764529 VIP LaGuardia Airport, Flushing, NY - 8 Spruce Street, NEW YORK, NY GELSTON 3:52  0.00<br>LaGuardia Airport, Flushing, NY<br>8 Spruce Street, NEW YORK, NY |
| 11205-003 | 7/28/2016 | Gelston, P A | BUSINESS MEALS | 20.00 | MEALS: HOTEL - BREAKFAST BUSINESS PURPOSE: Attend Board Meeting VENUE: Fearings CITIES VISITED: Dallas, Texas ATTENDEES CRAVATH: Philip Gelston, Philip Gelston RptID: 010013521511 |
| 11205-003 | 7/28/2016 | Gelston, P A | CONF. CALL/VOICE/DATA | 2.72 | Conference call by Philip Gelston |
| 11205-003 | 7/28/2016 | Gelston, P A | TRAVEL | 15.00 | TAXI Out of Town TRIP PURPOSE: Attend Board Meeting CITIES VISITED: Dallas, Texas RptID: 010013521511 |
| 11205-003 | 7/28/2016 | Gelston, P A | TRAVEL | 25.00 | TAXI Out of Town TRIP PURPOSE: Attend Board Meeting CITIES VISITED: Dallas, Texas RptID: 010013521511 |
| 11205-003 | 7/29/2016 | Ricciardi, Claudia | GROUND TRANSPORTATION | 21.36 | TAXI Local TRIP PURPOSE: Drafting minutes CITIES VISITED: New York RptID: 010013512181 |
| 11205-003 | 7/31/2016 | Larkin, Alexandra | OTHER DATABASE RESEARCH | 22.21 | Public Document Retrieval - Pacer |
| | | | | **$2,394.43** | |

SL1 1431677v1 109285.00005