## EXHIBIT A

### Statement of Fees and Expenses By Subject Matter

| Description | Total Billed Hours | Total Fees |
|---|---:|---:|
| Plan and Disclosure | 99.50 | 109,875.50 |
| Tax Issues | 111.20 | 118,141.00 |
| Employment & Fee Application | 1.20 | 1,059.00 |
| Non-Working Travel | 6.80 | 4,250.00 |
| **TOTAL** | **218.70** | **$233,325.50** |