## EXHIBIT B

### Attorney and Paraprofessionals Information

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Philip Gelston | Partner | 1979 | Corporate | 1,250 | 79.70 | 99,625.00 |
| Andrew Needham | Partner | 1995 | Tax | 1,250 | 77.10 | 92,125.00 |
| Michael Paskin | Partner | 1996 | Litigation | 1,230 | 0.60 | 738.00 |
| A. Wein | Associate | 2011 | Corporate | 765 | 1.50 | 1,147.50 |
| A. Hagena | Associate | 2015 | Tax | 740 | 40.90 | 30,266.00 |
| A. Larkin | Associate | 2015 | Litigation | 535 | 2.70 | 1,444.50 |
| C. Ricciardi | Associate | 2016 | Corporate | 535 | 13.70 | 7,329.50 |
| C. Sylvester | Legal Assistant | n/a | Litigation Support | 260 | 2.50 | 650.00 |
| | | | | **TOTAL** | **218.70** | **$233,325.50** |