## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

| Service Description | Amount |
|---|---:|
| CLIENT BUSINESS TRANSPORTATION | 65.99 |
| MISCELLANEOUS | 30.00 |
| OTHER DATABASE RESEARCH | 5.66 |
| TRAVEL | 835.28 |
| **TOTAL** | **$ 936.93** |