**EXHIBIT D**

## Detailed Description of Expenses and Disbursements

| Matter | Date | Name | Description | Amount | Narrative |
|---|---|---|---|---|---|
| 011205-00003 | 6/15/2016 | Needham, A | CLIENT BUSINESS TRANSPORTATION | 35.87 | Inv#: 699539 V# 780392 UNKNOWN 911 PARK AVE, MANHATTAN, NY - 1 PENN STATION, MANHATTAN, NY Needham 8:00  0.00<br>911 PARK AVE, MANHATTAN, NY<br>1 PENN STATION, MANHATTAN, NY |
| 011205-00003 | 6/15/2016 | Needham, A | TRAVEL | 802.00 | RAIL TRAVEL CLASS: First ,CITIES VISITED: Washington, DC ,TICKET NO: 1652491042906 TRIP PURPOSE: Meeting with the IRS.  RptID: 010012883676 |
| 011205-00003 | 6/15/2016 | Needham, A | TRAVEL | 12.90 | TAXI Out of Town TRIP PURPOSE: Meeting with the IRS CITIES VISITED: Washington, DC RptID: 010012882593 |
| 011205-00003 | 6/15/2016 | Needham, A | TRAVEL | 20.38 | TAXI Out of Town TRIP PURPOSE: Meeting with the IRS CITIES VISITED: Washington, DC RptID: 010012882593 |
| 011205-00003 | 6/23/2016 | Gelston, P A | CLIENT BUSINESS TRANSPORTATION | 30.12 | TAXI Local TRIP PURPOSE: Attend meeting  RptID: 010012769192 |
| 011205-00003 | 6/23/2016 | Kaplan, K | MISCELLANEOUS | 30.00 | TRANSCRIPT for P. Gelston TRIP PURPOSE: Transcript CITIES VISITED: Los Angeles, CA RptID: 010012993561 |
| 011205-00003 | 6/30/2016 | Herman, David A. | OTHER DATABASE RESEARCH | 0.22 | Public Document Retrieval - Pacer |
| 011205-00003 | 6/30/2016 | Larkin, Alexandra | OTHER DATABASE RESEARCH | 5.44 | Public Document Retrieval - Pacer |
| | | | | **$ 936.93** | |