IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) ) | (Jointly Administered) **Re: D.I. 9536** |

**DECLARATION OF JONATHAN F. GANTER, ESQ. IN SUPPORT OF THE EFH/EFIH DEBTORS OMNIBUS REPLY TO OBJECTIONS TO MOTION OF ENERGY FUTURE HOLDINGS CORP., *ET AL*., FOR ENTRY OF AN ORDER (A) AUTHORIZING ENTRY INTO MERGER AGREEMENT, (B) APPROVING TERMINATION FEE, AND (C) AUTHORIZING ENTRY INTO AND PERFORMANCE UNDER PLAN SUPPORT AGREEMENT**

JONATHAN F. GANTER, declares as follows:

1. I am an attorney admitted to practice in the District of Columbia and the United States District Court for the District of Columbia and the state of New Jersey. I am admitted *pro hac vice* to the United States Bankruptcy Court for the District of Delaware.

2. I submit this declaration in support of the *EFH/EFIH Debtors Omnibus Reply to Objection to Motion of Energy Future Holding Corp., et al., for Entry of an Order (A) Authorizing Entry into Merger Agreement, (B) Approving Termination Fee,*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

*and (C) Authorizing Entry into and Performance Under Plan Support Agreement* [D.I. 9536] (the "Debtors' Reply") filed contemporaneously herewith.[2]

3. Attached hereto as Exhibit 1 is a true and correct copy of July 24, 2016 Email from W. Greason to EFH, K&E attach Redline to Draft Merger Agreement [EFH06409134, EFH06409269].

4. Attached hereto as Exhibit 2 is a true and correct copy of July 31, 2014 Email from M. Hickson to EFH, K&E attach Redline to Exhibit A to Term Sheet for Acquisition [EFH06164088, EFH06164105].

5. Attached hereto as Exhibit 3 is a true and correct copy of Aug. 6, 2014 Email from M. Roitman to EFH, K&E attach Redline to Exhibit A to Term Sheet for Acquisition [EFH05782709, EFH05782727].

6. Attached hereto as Exhibit 4 is a true and correct copy of Apr. 14, 2015 Email from E. Lane to K&E, Evercore attach Redline to Agreement and Plan of Merger [EFH06166703, EFH06166800].

7. Attached hereto as Exhibit 5 is a true and correct copy of May 23, 2016 Email from W. Greason to EFH, K&E attach Draft Merger Agreement [EFH06321566, EFH06321567].

8. Attached hereto as Exhibit 6 is a true and correct copy of July 23, 2016 Email from V. Nunn to NextEra, Chadbourne attach Redline to Draft Merger Agreement [EFH06409410, EFH06409415].

---

[2] All capitalized terms used but not defined herein are given the meanings ascribed to them in the Debtors' Reply.

2

9.      Attached hereto as Exhibit 7 is a true and correct copy of July 28, 2016 Email from V. Nunn to NextEra, Chadbourne attach Merger Agreement [EFH06421876, EFH06421885].

10.     Attached hereto as Exhibit 8 is an excerpt from a copy of July 28, 2016 Email from W. Greason to EFH, K&E [EFH06421655].

11.     Attached hereto as Exhibit 9 is a true and correct copy of Aug. 1, 2014 Email from T. Horton to NextEra, Chadbourne attach Redline of Term Sheet for Acquisition [EFH05835998, EFH05836014].

12.     Attached hereto as Exhibit 10 is a true and correct copy of Aug. 10, 2014 Email from A. Meek to NextEra, Chadbourne attach Redline of Term Sheet for Acquisition [EFH05848366, EFH05848375].

13.     Attached hereto as Exhibit 11 is a true and correct copy of Mar. 2, 2015 Email from A. Masud to K&E, Evercore attach Bid Letter and Term Sheet [EFH05981511, EFH05981512].

14.     Attached hereto as Exhibit 12 is a true and correct copy of Mar. 23, 2015 Email from T. Watson to K&E, Evercore attach Redline to Agreement and Plan of Merger [EFH05983282, EFH05983371].

15.     Attached hereto as Exhibit 13 is a true and correct copy of May 6, 2015 Email from V. Nunn to Credit Suisse, NextEra, Chadbourne attach Redline to Agreement and Plan of Merger [EFH05841236, EFH05841324].

16.     Attached hereto as Exhibit 14 is a true and correct copy of May 29, 2015 Email from T. Watson to K&E, Evercore, DDAs attach Cover Letter, Redline to Agreement and Plan of Merger [EFH05837209, EFH05837210, EFH05837312].

17. Attached hereto as Exhibit 15 is a true and correct copy of June 8, 2015 Email from V. Nunn to Chadbourne attach Redline to Agreement and Plan of Merger [EFH05855200, EFH05855290].

18. Attached hereto as Exhibit 16 is a true and correct copy of May 2, 2016 Email from S. Dore to K&E, EFH forwarding NEE Bid Letter and Term Sheet [EFH06362905, EFH06362906, EFH06362924].

19. Attached hereto as Exhibit 17 is a true and correct copy of May 18, 2016 Email from P. Keglevic to T. Horton forwarding NextEra Revised Bid Letter [EFH06337329, EFH06337330, EFH06337349].

20. Attached hereto as Exhibit 18 is a true and correct copy of July 27, 2016 Email from C. Sieving to EFH, K&E attach Redline to Draft Merger Agreement [EFH06408771, EFH06408774].

21. Attached hereto as Exhibit 19 is a true and correct copy of July 28, 2016 M&A Update [EFH06375541].

Pursuant to 28 U.S.C. § 1746, I hereby declare that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 14th day of September, 2016.

                                              /s/ Jonathan F. Ganter
                                              Jonathan F. Ganter (*pro hac vice*)