# **EXHIBIT 18**

**FILED UNDER TEMPORARY SEAL -**

**Subject to Energy Future Holdings Protective Order**