## EXHIBIT A

## Statement of Fees and Expenses By Subject Matter

| Matter Number | Matter Description | Total Hours Billed | Total Fees Requested |
|---|---|---:|---:|
| 28 | Tax Accounting Support (Current Quarter) | 9.2 | $ 5,290.00 |
| 32 | Tax Accounting Support (Restructuring) | 16.8 | $ 9,660.00 |
| 33 | Fresh Start | 324.1 | $ 106,180.00 |
| 34 | 2015 Bankruptcy Cost Analysis | 138.9 | $ 50,126.00 |
| 35 | Fee Statement and Fee Application Preparation | 64.5 | $ 19,839.50 |
| 36 | Retention Services | 2.0 | $ 910.40 |
| 37 | Allegro Implementation Internal Audit | 19.0 | $ 5,135.00 |
| 39 | 2016 IT Compliance Support | 33.3 | $ 6,557.00 |
| 40 | Tax Consulting Services | 210.9 | $ 150,641.50 |
| 41 | IA - User Access Management | 82.3 | $ 19,915.00 |
| 42 | Tax Due Diligence | 55.7 | $ 30,533.50 |
| 43 | OneSource Tax Compliance Automation | 28.1 | $ 9,835.00 |
| 44 | Internal Audit | 68.7 | $ 16,577.00 |
| | **Total** | **1,053.5** | **$ 431,199.90**[1] |

| Service Description | Service Provider | Amount |
|---|---|---:|
| Airfare | N/A | $ 3,529.12 |
| Lodging | N/A | $ 1,573.32 |
| Travel Meals | N/A | $ 183.64 |
| Ground Transportation | N/A | $ 941.04 |
| Miscellaneous | N/A | $ - |
| **Total** | | **$ 6,227.12** |

---

[1] KPMG bills for services at discounted billing rates as specified in the Retention Application dated May 29, 2014. During the Fee Period, KPMG's standard rates for services rendered totaled $750,311.00. KPMG's services at the agreed upon discounted rates result in a voluntary discount of fees in the amount of $319,111.11 thus benefitting the Chapter 11 estate by same amount.