**EXHIBIT B**

**Professionals' Information**
The KPMG professionals who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position & Department | | Total Billed Hours | Hourly Billing Rate | | Total Compensation |
|---|---|---|---|---|---|---|
| Hoffenberg, Mark | Partner - WNT | | 0.3 | $ 845 | | $ 253.50 |
| Preston, Emma | Partner - Tax | | 11.5 | $ 845 | | $ 9,717.50 |
| Wheat, David | Partner - Tax | | 103.2 | $ 845 | | $ 87,204.00 |
| Nesta, Michael G | Partner - Advisory | * | 5.0 | $ 610 | | $ 3,050.00 |
| Lyons, Stacy L | Partner - Tax | | 26.0 | $ 575 | | $ 14,950.00 |
| Kleppel, Robert | Partner - Tax | | 0.5 | $ 350 | | $ 175.00 |
| Bradford, Steven | Partner - Advisory | | 2.0 | $ 325 | | $ 650.00 |
| Geracimos, John | Managing Director - Tax | | 1.0 | $ 680 | | $ 680.00 |
| Cargile, David | Managing Director - Advisory | | 5.2 | $ 325 | ** | $ 1,690.00 |
| Cargile, David | Managing Director - Advisory | | 3.7 | $ 320 | ** | $ 1,184.00 |
| Manuel, Cody | Senior Manager - Tax | | 4.0 | $ 660 | | $ 2,640.00 |
| Miller, Ryan | Senior Manager - Tax | | 30.4 | $ 660 | | $ 20,064.00 |
| Lancy, Bradley | Director - Advisory | | 137.1 | $ 500 | | $ 68,550.00 |
| Meredith, Kyle | Senior Manager - Tax | | 27.6 | $ 350 | | $ 9,660.00 |
| Seeman, Nick | Director - Advisory | | 15.5 | $ 290 | ** | $ 4,495.00 |
| Guyre, Jason | Director - Advisory | | 9.0 | $ 285 | | $ 2,565.00 |
| Seeman, Nick | Director - Advisory | | 1.7 | $ 285 | ** | $ 484.50 |
| Plangman, Monica | Associate Director - Bankruptcy | | 3.5 | $ 325 | | $ 1,137.50 |
| Laukhuff, Brittny | Manager - Tax | | 58.7 | $ 560 | ** | $ 32,872.00 |
| Wigmore, Andrew | Manager - Tax | | 45.3 | $ 560 | | $ 25,368.00 |
| Campbell, Celeste | Manager - Bankruptcy | | 59.8 | $ 298 | | $ 17,820.40 |
| Myrick, Cristina | Manager - Advisory | | 37.6 | $ 250 | ** | $ 9,400.00 |
| Myrick, Cristina | Manager - Advisory | | 53.3 | $ 245 | ** | $ 13,058.50 |
| Cody, Nonie | Manager - Advisory | | 8.0 | $ 240 | | $ 1,920.00 |
| Payne, Lani | Senior Associate - Tax | | 3.0 | $ 420 | ** | $ 1,260.00 |
| Ruzicka, Emily | Senior Associate - Tax | | 25.4 | $ 420 | | $ 10,668.00 |
| Sampson, Clay | Senior Associate - Tax | | 7.6 | $ 420 | | $ 3,192.00 |
| Wheeler, Ryan | Senior Associate - Tax | | 15.2 | $ 420 | | $ 6,384.00 |
| Wilson, Gordon | Senior Associate - Tax | | 22.4 | $ 420 | | $ 9,408.00 |
| Wyatt, Darrin | Senior Associate - Tax | | 15.0 | $ 420 | | $ 6,300.00 |
| Crain, Mariela | Senior Associate - Advisory | | 16.5 | $ 190 | ** | $ 3,135.00 |
| Mullapudi, Sushma | Senior Associate - Advisory | | 9.8 | $ 190 | | $ 1,862.00 |
| Ravishanker, Venkatesh | Senior Associate - Advisory | | 31.0 | $ 190 | | $ 5,890.00 |
| Crain, Mariela | Senior Associate - Advisory | | 10.0 | $ 185 | ** | $ 1,850.00 |
| Kwon, Eric | Associate - Tax | | 19.0 | $ 260 | | $ 4,940.00 |
| Shaw, Ryan | Associate - Tax | | 4.0 | $ 260 | | $ 1,040.00 |
| Zhukova, Kate | Associate - Tax | | 42.7 | $ 260 | | $ 11,102.00 |
| Kapsner, Paul | Associate - Advisory | | 182.0 | $ 190 | | $ 34,580.00 |
| **Total Hours and Fees** | | | **1,053.5** | | | **$ 431,199.90** |

\* Promoted effective 10/1/15
\*\* Rates differ due to services provided under multiple Statements of Work