# EXHIBIT C

## Summary of Actual and Necessary Expenses for the Fee Period

### ALL - Expense Summary

| Service Description | Service Provider | Amount |
|---|---|---:|
| Airfare | N/A | $ 3,529.12 |
| Lodging | N/A | $ 1,573.32 |
| Travel Meals | N/A | $ 183.64 |
| Ground Transportation | N/A | $ 941.04 |
| Miscellaneous | N/A | $ - |
| **Total** | | **$ 6,227.12** |

### EFH - Expense Summary

| Service Description | Service Provider | Amount |
|---|---|---:|
| Airfare | N/A | $ 3,529.12 |
| Lodging | N/A | $ 1,573.32 |
| Travel Meals | N/A | $ 183.64 |
| Ground Transportation | N/A | $ 941.04 |
| Miscellaneous | N/A | $ - |
| **Total** | | **$ 6,227.12** |