**EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

**KPMG LLP**
**EFH Expense Detail**
**June 1, 2016 through June 30, 2016**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 090465668 | Allegro Implementation Internal Audit | 20160601 | Guyre, Jason | air | | | $ 403.70 | Round trip coach air fare from Houston Texas to Dallas Texas: Date: 06/01/2016 To Date: 06/01/2016 |
| 090465668 | Fresh Start | 20160606 | Lancy, Bradley | air | | | $ 648.50 | Roundtrip coach class airfare from Chicago, IL to Dallas, TX. Departure Date:6/6/16 Return Date:6/8/16. Business Purpose: To travel to client, Energy Future Holdings (EFH). |
| 090465668 | Allegro Implementation Internal Audit | 20160607 | Guyre, Jason | air | | | $ 385.00 | Round trip coach air fare from Houston Texas to Dallas Texas: Date: 06/7/2016 To Date: 06/7/2016 |
| 090465668 | Fresh Start | 20160613 | Lancy, Bradley | air | | | $ 648.50 | Roundtrip coach class airfare from Chicago, IL to Dallas, TX. Departure Date:6/13/16 Return Date:6/16/16. Business Purpose: To travel to client, Energy Future Holdings (EFH). |
| 090465668 | Allegro Implementation Internal Audit | 20160613 | Guyre, Jason | air | | | $ 385.00 | Round trip coach air fare from Houston Texas to Dallas Texas: Date: 06/13/2016 To Date: 06/13/2016 |
| 090465668 | Tax Consulting Services | 20160614 | Wheat, David | air | | | $ 196.46 | One-way flight on Virgin Airlines on 6/14/16 from Dallas Love Field to Washington DC to meet with Kirkland & Ellis, the client and the IRS. |
| 090465668 | Tax Consulting Services | 20160615 | Wheat, David | air | | | $ 196.46 | One-way flight on Virgin Airlines on 6/15/16 from Washington DC to Dallas Love Field |
| 090465668 | Fresh Start | 20160620 | Lancy, Bradley | air | | | $ 665.50 | Roundtrip coach class airfare from Chicago, IL to Dallas, TX. Departure Date:6/20/16 Return Date:6/21/16. Business Purpose: To travel to client, Energy Future Holdings (EFH). |
| | | | **Total Air** | | | | **$ 3,529.12** | |

**KPMG LLP**
**EFH Expense Detail**
**June 1, 2016 through June 30, 2016**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 090465668 | Fresh Start | 20160606 | Lancy, Bradley | lodging | | | $ 410.32 | Hotel fees incurred in Dallas, TX for 2 nights (6/6-6/8) while performing work for Energy Future Holdings. |
| 090465668 | Fresh Start | 20160613 | Lancy, Bradley | lodging | | | $ 615.48 | Hotel fees incurred in Dallas, TX for 3 nights (6/13-6/16) while performing work for Energy Future Holdings. |
| 090465668 | Tax Consulting Services | 20160615 | Wheat, David | lodging | | | $ 342.36 | Hotel fees incurred in Washington, DC for 1 night (6/14/16) for prep and meeting with Kirkland & Ellis and the client before meeting with the IRS |
| 090465668 | Fresh Start | 20160620 | Lancy, Bradley | lodging | | | $ 205.16 | Hotel fees incurred in Dallas, TX for 1 nights (6/20-6/21) while performing work for Energy Future Holdings. |
| | | | **Total Lodging** | | | | **$ 1,573.32** | |

**KPMG LLP**
**EFH Expense Detail**
**June 1, 2016 through June 30, 2016**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 090465668 | Fresh Start | 20160606 | Lancy, Bradley | travel meals | | | $ 7.50 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 090465668 | Fresh Start | 20160606 | Lancy, Bradley | travel meals | | | $ 10.23 | Dinner while traveling to Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 090465668 | Fresh Start | 20160607 | Lancy, Bradley | travel meals | | | $ 7.50 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 090465668 | Fresh Start | 20160608 | Lancy, Bradley | travel meals | | | $ 8.87 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 090465668 | Fresh Start | 20160613 | Lancy, Bradley | travel meals | | | $ 11.00 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 090465668 | Tax Consulting Services | 20160614 | Wheat, David | travel meals | | | $ 4.06 | Out of town breakfast for flight from Dallas to Washington DC for prep and meeting with client, attorneys and the IRS |
| 090465668 | Fresh Start | 20160614 | Lancy, Bradley | travel meals | | | $ 11.02 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 090465668 | Fresh Start | 20160614 | Lancy, Bradley | travel meals | | | $ 9.15 | Dinner while traveling to Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 090465668 | Fresh Start | 20160615 | Lancy, Bradley | travel meals | | | $ 7.50 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 090465668 | Fresh Start | 20160615 | Lancy, Bradley | travel meals | | | $ 33.16 | Dinner while traveling to Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 090465668 | Fresh Start | 20160616 | Lancy, Bradley | travel meals | | | $ 7.78 | Dinner while traveling to Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 090465668 | Fresh Start | 20160620 | Lancy, Bradley | travel meals | | | $ 7.50 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 090465668 | Fresh Start | 20160620 | Lancy, Bradley | travel meals | | | $ 40.00 | Dinner while traveling to Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 090465668 | Fresh Start | 20160621 | Lancy, Bradley | travel meals | | | $ 10.59 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 090465668 | Fresh Start | 20160621 | Lancy, Bradley | travel meals | | | $ 7.78 | Dinner while traveling to Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting client related business. |
| | | | **Total Travel Meals** | | | | **$ 183.64** | |

**KPMG LLP**
**EFH Expense Detail**
**June 1, 2016 through June 30, 2016**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 090465668 | Allegro Implementation Internal Audit | 20160601 | Guyre, Jason | ground | | | $ 42.57 | Uber from home in Houston, TX to Houston Hobby Airport |
| 090465668 | Allegro Implementation Internal Audit | 20160601 | Guyre, Jason | ground | | | $ 18.73 | Uber from Dallas Love Airport to EFH Office |
| 090465668 | Allegro Implementation Internal Audit | 20160601 | Guyre, Jason | ground | | | $ 47.37 | Uber from Houston Hobby Airport back to home in Houston, TX |
| 090465668 | Allegro Implementation Internal Audit | 20160601 | Guyre, Jason | ground | | | $ 17.80 | Uber from EFH Office to Dallas Love Airport |
| 090465668 | Fresh Start | 20160606 | Lancy, Bradley | ground | | | $ 36.50 | Taxi ground transportation from home to airport in Chicago, IL related to Energy Future Holdings work travel. |
| 090465668 | Fresh Start | 20160606 | Lancy, Bradley | ground | | | $ 31.50 | Taxi ground transportation from airport to client offices in Dallas, TX related to Energy Future Holdings work travel. |
| 090465668 | Allegro Implementation Internal Audit | 20160607 | Guyre, Jason | ground | | | $ 44.36 | Uber from home in Houston, TX to Houston Hobby Airport |
| 090465668 | Allegro Implementation Internal Audit | 20160607 | Guyre, Jason | ground | | | $ 18.27 | Uber from Dallas Love Airport to EFH Office |
| 090465668 | Allegro Implementation Internal Audit | 20160607 | Guyre, Jason | ground | | | $ 9.54 | Uber from EFH Office to Dallas Love Airport |
| 090465668 | Allegro Implementation Internal Audit | 20160607 | Guyre, Jason | ground | | | $ 47.49 | Uber from Houston Hobby Airport back to home in Houston, TX |
| 090465668 | Fresh Start | 20160608 | Lancy, Bradley | ground | | | $ 31.50 | Taxi ground transportation from client offices to airport in Dallas, TX related to Energy Future Holdings work travel. |
| 090465668 | Fresh Start | 20160608 | Lancy, Bradley | ground | | | $ 43.70 | Taxi ground transportation from airport to home in Chicago, IL related to Energy Future Holdings work travel. |
| 090465668 | Allegro Implementation Internal Audit | 20160613 | Guyre, Jason | ground | | | $ 43.64 | Uber from home in Houston, TX to Houston Hobby Airport |
| 090465668 | Allegro Implementation Internal Audit | 20160613 | Guyre, Jason | ground | | | $ 12.01 | Uber from Dallas Love Airport to EFH Office |
| 090465668 | Allegro Implementation Internal Audit | 20160613 | Guyre, Jason | ground | | | $ 57.02 | Uber from Houston Hobby Airport back to home in Houston, TX |
| 090465668 | Fresh Start | 20160613 | Lancy, Bradley | ground | | | $ 44.78 | Taxi ground transportation from home to airport in Chicago, IL related to Energy Future Holdings work travel. |
| 090465668 | Fresh Start | 20160613 | Lancy, Bradley | ground | | | $ 31.50 | Taxi ground transportation from airport to client offices in Dallas, TX related to Energy Future Holdings work travel. |
| 090465668 | Tax Consulting Services | 20160614 | Wheat, David | ground | | | $ 14.27 | Cab from Kirkland & Ellis's office at meetings with clients to Westin Hotel in Georgetown |
| 090465668 | Tax Consulting Services | 20160614 | Wheat, David | ground | | | $ 7.20 | Uber from IRS office to WNT after meeting with attorneys, the IRS and the client |
| 090465668 | Tax Consulting Services | 20160614 | Wheat, David | ground | | | $ 24.00 | DC Taxi from DCA Airport to Kirkland & Ellis offices to prep with client & attorneys before IRS meeting |
| 090465668 | Tax Consulting Services | 20160614 | Wheat, David | ground | | | $ 75.00 | Ground transportation from home to Dallas Love Field for early flight to Washington National Airport for EFH meetings with IRS in Washington, DC |
| 090465668 | Tax Consulting Services | 20160615 | Wheat, David | ground | | | $ 9.74 | DC Taxi from hotel to meetings at KPMG regarding client |
| 090465668 | Tax Consulting Services | 20160615 | Wheat, David | ground | | | $ 9.38 | Yellow Cab from KPMG WNT to IRS office for meeting with attorneys and client |
| 090465668 | Fresh Start | 20160616 | Lancy, Bradley | ground | | | $ 31.50 | Taxi ground transportation from client offices to airport in Dallas, TX related to Energy Future Holdings work travel. |
| 090465668 | Fresh Start | 20160616 | Lancy, Bradley | ground | | | $ 57.80 | Taxi ground transportation from airport to home in Chicago, IL related to Energy Future Holdings work travel. |
| 090465668 | Fresh Start | 20160620 | Lancy, Bradley | ground | | | $ 27.77 | Taxi ground transportation from home to airport in Chicago, IL related to Energy Future Holdings work travel. |
| 090465668 | Fresh Start | 20160620 | Lancy, Bradley | ground | | | $ 31.50 | Taxi ground transportation from airport to client offices in Dallas, TX related to Energy Future Holdings work travel. |
| 090465668 | Fresh Start | 20160621 | Lancy, Bradley | ground | | | $ 31.50 | Taxi ground transportation from client offices to airport in Dallas, TX related to Energy Future Holdings work travel. |
| 090465668 | Fresh Start | 20160621 | Lancy, Bradley | ground | | | $ 43.10 | Taxi ground transportation from airport to home in Chicago, IL related to Energy Future Holdings work travel. |
| | **Total Ground** | | | | | | **$ 941.04** | |

**KPMG LLP**
**EFH Expense Detail**
**June 1, 2016 through June 30, 2016**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |
| **Total Miscellaneous** |  |  |  |  |  |  | **$      -** |  |