**<u>Exhibit E</u>**

**Summary of Total Fees Incurred and Hours Expended During the Fee Period**

| Timekeeper/Position | Department | Date/ State of Admission (if applicable) | Fees Billed in this Application | Hours Billed in this Application | Hourly Rate Billed in this Application | Number of Rate Increases Since Case Inception |
|---|---|---|---|---|---|---|
| | | | | | | |
| Iskender H. Catto, Shareholder | Energy | 2000 - New York | $149,770.00 | 176.20 | $850.00 | 0 |
| Ryan A. Wagner, Associate | Bankruptcy | 2012 – New York | $114,002.00 | 191.60 | $595.00 | 1 |
| Leo Muchnik, Associate | Bankruptcy | 2013 – New York | $1,643.00 | 3.10 | $530.00 | 1 |
| Brian N. Wheaton, Associate | Bankruptcy | 2015 - New York | $5,850.00 | 13.00 | $450.00 | 1 |
| Elizabeth C. Thomas, Senior Paralegal | Bankruptcy | n/a | $34.00 | 0.10 | $340.00 | 1 |
| **TOTALS FOR ALL TIMEKEEPERS:** | | | **$271,299.00** | **384.00** | | **4** |