**Exhibit F**

**Summary of Actual and Necessary Expenses for the Fee Period**

**Summary of Actual and Necessary Expenses for the Fee Period**

| Expense | Vendor (if any) | Unit Cost (if applicable) | Amount |
|---|---|---|---|
| Airfare | United Airlines | | $436.10 |
| Lodging | Renaissance Dallas Hotel | | $930.15 |
| Car Rental | Budget Rental | | $225.00 |
| Parking | Various | | $174.87 |
| Business Meal | Renaissance Dallas Hotel Meal | | $46.76 |
| Miscellaneous | Shell Gas | | $8.14 |
| **Totals** | | | **$1,821.02** |