**<u>Exhibit G</u>**

**Summary of Fees by Matter for the Fee Period**

| Project Category Description | Hours | Compensation |
|---|---:|---:|
| **Energy Trading (EFH.ET)** | 352.30 | $253,534.00 |
| **Fee/Employment Applications (B.800.813** | 21.90 | $13,107.00 |
| **Utility Matters (B. 800.837)** | 9.80 | $4,658.00 |
|  |  |  |
| **TOTAL** | **384.00** | **$271,299.00** |