## Exhibit H

**Detailed Description of Services Provided**

Invoice No.:      4136371                                                     Page  1
Matter No.:       163738.010100


## Description of Professional Services Rendered:


TASK CODE:        837          UTILITY MATTERS


| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 01/04/16 | Leo Muchnik | Meeting with R.Wagner and B.Wheaton re research on Bankruptcy and Texas law re lessor liability on obtaining and follow-up meetings and e-mails with B.Wheaton re same (0.7). Research re lessor liability to obtain equipment upon rejection, termination or expiration of a lease under Bankruptcy, Texas and 5th Cir Law (2.4). | 3.10 | 1,643.00 |
| 01/04/16 | Brian N. Wheaton | Revise certificate of no objection re: notice of counterparty liquidation agreement (0.1); revise certification of no objection re: notice of Texas Competitive Energy Holdings and counterparty liquidation Agreement (0.1); revise certification of no objection re: notice of Energy Future Holdings and counterparty liquidation agreement (0.1). | 0.30 | 135.00 |
| 01/04/16 | Brian N. Wheaton | Meet w/I. Catto and R. Wagner re: rejection of lease (0.3); review contract (0.4); meet w/R. Wagner and L. Muchnik re: rejection of lease agreement (0.3); research re: rejection of lease agreement (4.2); draft email re: rejection of lease agreement (0.6). | 5.80 | 2,610.00 |
| 01/05/16 | Brian N. Wheaton | Research re: rights of lessee under rejected lease. | 0.60 | 270.00 |

Total Hours:       9.80

Total Amount:      $ 4,658.00


TIMEKEEPER SUMMARY FOR TASK CODE 837,

       UTILITY MATTERS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|-------------|------|----------------|
| Leo Muchnik | 3.10 | 530.00 | 1,643.00 |
| Brian N. Wheaton | 6.70 | 450.00 | 3,015.00 |
| Totals: | 9.80 | 475.31 | $     4,658.00 |

Invoice No.:      4136371                                                                    Page 2
Matter No.:      163738.010100

<u>Description of Professional Services Rendered</u>

TASK CODE:          ET          ENERGY TRADING

| <u>DATE</u> | <u>TIMEKEEPER</u> | <u>DESCRIPTION</u> | <u>HOURS</u> | <u>AMOUNT</u> |
|---|---|---|---|---|
| 01/04/16 | Iskender H. Catto | Review and revise draft stipulation (1.1); telephone conference with T. Silvey (.2); review railcar agreement matter (2.1); review open liquidation agreements (.7). | 4.10 | 3,485.00 |
| 01/04/16 | Ryan Wagner | Review draft CNOs and liquidation notice in connection with resolution of counterparty claims (.6); Discuss same with B. Wheaton and A. Catto (.2). | 0.80 | 476.00 |
| 01/04/16 | Ryan Wagner | Research and analysis of legal issues with respect to upcoming negotiations with counterparty (2.4); Review and prepare responses to client questions regarding same (2.7); Discuss same and develop strategy with I. Catto (.8). | 5.90 | 3,510.50 |
| 01/05/16 | Iskender H. Catto | Prepare for telephone conference (.8); telephone conference with team re rail car return plan (1.0); correspondence with counterparty counsel re energy claim (.2); review caselaw re rail matter (1.3). | 3.30 | 2,805.00 |
| 01/05/16 | Ryan Wagner | Research and analysis of legal issues in connection with counterparty negotiations (.8); Prepare for and attend call with I. Catto, T. Silvey, T. Zolnerowich, and R. Talley (.7); Attend to follow up strategy discussions with I. Catto (.6); Review counterparties' comments to multiple liquidation agreements (.9); Discuss same with I. Catto (.7). | 3.70 | 2,201.50 |
| 01/06/16 | Iskender H. Catto | Telephone conference with accounting team re damages claim (.5); correspondence and telephone conferences with team re assumption notice (.9); revise draft stipulation (.8). | 2.20 | 1,870.00 |
| 01/06/16 | Ryan Wagner | Review draft stipulation with counterparty (.9); Draft comments to same (.6); Research issues in connection with same (.8); Develop plan for negotiations (1.1); Discuss same with I. Catto (.4); Review counterparties' comments to draft liquidation agreements (1.2). | 5.00 | 2,975.00 |
| 01/07/16 | Iskender H. Catto | Telephone conference re hedge transactions (.6); review trading order (.2). | 0.80 | 680.00 |
| 01/07/16 | Ryan Wagner | Review draft liquidation agreements with I. Catto (1.5); Develop negotiating strategy regarding same (.4). | 1.90 | 1,130.50 |
| 01/08/16 | Ryan Wagner | Review and revise draft counterparty liquidation agreement. | 0.90 | 535.50 |

| | | | | Page 3 |
|---|---|---|---|---|
| Invoice No.: | 4136371 | | | |
| Matter No.: | 163738.010100 | | | |

Description of Professional Services Rendered

| 01/10/16 | Ryan Wagner | Review counterparty comments to liquidation agreements (1.6); Incorporate comments thereto (.8). | 2.40 | 1,428.00 |
|---|---|---|---|---|
| 01/11/16 | Iskender H. Catto | Review and revise draft railcar filing memo. | 0.90 | 765.00 |
| 01/12/16 | Iskender H. Catto | Correspondence with team re railcar memo. | 0.70 | 595.00 |
| 01/12/16 | Ryan Wagner | Draft counterparty liquidation agreements (2.1); discuss same with I. Catto (.3). | 2.40 | 1,428.00 |
| 01/13/16 | Iskender H. Catto | Review revised liquidation agreement. | 0.60 | 510.00 |
| 01/13/16 | Ryan Wagner | Draft counterparty liquidation agreements (2.8); exchange emails with I. Catto and B. Wheaton regarding same (.7); meet and confer with B. Wheaton regarding same (.3). | 3.80 | 2,261.00 |
| 01/14/16 | Iskender H. Catto | Review draft liquidation agreement. | 0.40 | 340.00 |
| 01/14/16 | Ryan Wagner | Review confirmation order and confirmed plan concerning treatment of claims and related issues (1.7); review and comment on draft counterparty liquidation agreements in connection with same (.9). | 2.60 | 1,547.00 |
| 01/15/16 | Ryan Wagner | Review and revise counterparty liquidation agreements. | 0.80 | 476.00 |
| 01/18/16 | Iskender H. Catto | Telephone conference with A. Alaman. | 0.20 | 170.00 |
| 01/18/16 | Ryan Wagner | Research issues in connection with potential counterparty amended claim (1.1); Exchange emails with I. Catto regarding same (.2). | 1.30 | 773.50 |
| 01/19/16 | Iskender H. Catto | Review draft consent document (1.2); telephone conferences with team and counterparty lenders re consent request (1.2). | 2.40 | 2,040.00 |
| 01/19/16 | Ryan Wagner | Research potential issues regarding counterparty claim amendment (1.4); discuss same with I. Catto (.2). | 1.60 | 952.00 |
| 01/20/16 | Iskender H. Catto | Conferences with T. Silvey and team re hedges (1.9). | 1.90 | 1,615.00 |
| 01/20/16 | Ryan Wagner | Review customer programs motion and order (.8); research in connection with retail gas agreements going forward (2.2); discuss strategy regarding same with I. Catto (.2). | 3.20 | 1,904.00 |
| 01/21/16 | Ryan Wagner | Draft counterparty liquidation agreement (1.1); exchange emails with I. Catto regarding same (.4); revise additional draft counterparty liquidation agreements (.7); email I. Catto regarding same (.2); research regarding counterparty retail gas agreements (1.3); discuss issues regarding same with local counsel (.3). | 4.00 | 2,380.00 |
| 01/22/16 | Iskender H. Catto | Telephone conference with T. Silvey re hedges (.4); review revised liquidation agreement (.7); review draft liquidation | 2.20 | 1,870.00 |

Invoice No.:    4136371                                                     Page  4
Matter No.:    163738.010100

<u>Description of Professional Services Rendered</u>

| | | | | |
|---|---|---|---|---|
| | | agreement (.6); telephone conferences with K&E re hedges (.5). | | |
| 01/22/16 | Ryan Wagner | Draft counterparty liquidation agreement (.9); exchange emails with O. Marx, T. Silvey and I. Catto regarding same (.2); discuss draft liquidation agreements and strategy with respect to negotiations with I. Catto (.4); research procedural issues regarding potential claim amendments (.7); discuss same with I. Catto (.2). | 2.40 | 1,428.00 |
| 01/25/16 | Ryan Wagner | Revise draft counterparty liquidation agreements (1.4); discuss same with I. Catto (.5). | 1.90 | 1,130.50 |
| 01/26/16 | Iskender H. Catto | Review draft motion re hedging. | 2.40 | 2,040.00 |
| 01/26/16 | Ryan Wagner | Revise draft counterparty liquidation agreements (1.2); discuss same with I. Catto (.5); call with A. Yenamandra regarding liquidation and settlement procedures, and hearing issues (.2); follow up with I. Catto regarding same (.1). | 2.00 | 1,190.00 |
| 01/27/16 | Ryan Wagner | Revise draft counterparty liquidation agreements (.7); exchange emails with O. Marx regarding liquidation agreement issues (.2); review and analyze confirmed plan in connection with treatment of certain classes of claims (.8); exchange emails with I. Catto regarding same (.5). | 2.20 | 1,309.00 |
| 01/28/16 | Ryan Wagner | Review and analyze plan and confirmation order concerning treatment of certain claims (1.6); exchange emails with K&E regarding same (.3); revise draft counterparty liquidation agreement (.5); exchange emails with I. Catto regarding claims resolution issues (.2); emails with O. Marx regarding negotiations with contract counterparty (.2). | 2.80 | 1,666.00 |
| 01/29/16 | Ryan Wagner | Attend to counterparty negotiations (.7); review draft liquidation agreements (.5). | 1.20 | 714.00 |

Total Hours:     74.90

Total Amount:    $ 50,201.00

Invoice No.:     4136371                                              Page 5
Matter No.:     163738.010100

<u>Description of Professional Services Rendered</u>

<u>TIMEKEEPER SUMMARY FOR TASK CODE ET,</u>

    ENERGY TRADING

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Iskender H. Catto | 22.10 | 850.00 | 18,785.00 |
| Ryan Wagner | 52.80 | 595.00 | 31,416.00 |
| Totals: | 74.90 | 670.24 | $ 50,201.00 |

Invoice No.:     4136371                                                              Page  6
Matter No.:      163738.010100

Description of Professional Services Rendered

## **TIMEKEEPER ACTIVITY GRAND TOTAL SUMMARY**

| Timekeeper Name | Hours Billed | Rate | | Total $ Amount |
|---|---|---|---|---|
| Iskender H. Catto | 22.10 | 850.00 | | 18,785.00 |
| Leo Muchnik | 3.10 | 530.00 | | 1,643.00 |
| Ryan Wagner | 52.80 | 595.00 | | 31,416.00 |
| Brian N. Wheaton | 6.70 | 450.00 | | 3,015.00 |
| Totals: | 84.70 | 647.69 | $ | 54,859.00 |

Invoice No.:      4151253                                                                    Page 1
Matter No.:      163738.010100

## Description of Professional Services Rendered:

TASK CODE:        813        FEE/EMPLOYMENT APPLICATIONS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 02/21/16 | Ryan Wagner | Draft November and December monthly fee statements. | 0.40 | 238.00 |
| | | Total Hours: | 0.40 | |
| | | Total Amount: | | $ 238.00 |

TIMEKEEPER SUMMARY FOR TASK CODE 813,

FEE/EMPLOYMENT APPLICATIONS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|-------------|------|----------------|
| Ryan Wagner | 0.40 | 595.00 | 238.00 |
| Totals: | 0.40 | 595.00 | $   238.00 |

Invoice No.:      4151253                                                                          Page 2
Matter No.:      163738.010100

<u>Description of Professional Services Rendered</u>

TASK CODE:          ET          ENERGY TRADING

| <u>DATE</u> | <u>TIMEKEEPER</u> | <u>DESCRIPTION</u> | <u>HOURS</u> | <u>AMOUNT</u> |
|------|------------|-------------|-------|--------|
| 02/01/16 | Iskender H. Catto | Review draft consent agreement (.6); draft RWR ISDAs (4.2); review and revise draft liquidation agreement and notice (1.3). | 6.10 | 5,185.00 |
| 02/02/16 | Iskender H. Catto | Review draft PPA estoppel and consent (.8); telephone conference with T. Silvey re draft estoppel and consent (.8); draft RWR ISDAs and CSAs (5.5). | 7.10 | 6,035.00 |
| 02/02/16 | Ryan Wagner | Review draft counterparty liquidation agreement (.4); exchange emails with I. Catto regarding liquidation agreement provisions (.5). | 0.90 | 535.50 |
| 02/03/16 | Iskender H. Catto | Revise draft stipulation (1.1); revise draft ISDAs and CSAs (3.6). | 4.70 | 3,995.00 |
| 02/03/16 | Ryan Wagner | Exchange emails with I. Catto and counterparty concerning draft stipulation and procedural issues. | 0.60 | 357.00 |
| 02/04/16 | Iskender H. Catto | Review and revise RWR ISDAs and CSAs (3.1). | 3.10 | 2,635.00 |
| 02/04/16 | Ryan Wagner | Review draft counterparty liquidation agreements (.7); review confirmed plan classes and language with respect thereto (.5); call with counterparty counsel concerning status of negotiations and procedure for noticing liquidation agreement (.3); discuss same with I. Catto (.2); Exchange emails with counterparty counsel regarding revisions to draft liquidation agreement and going forward issues (.2). | 1.90 | 1,130.50 |
| 02/05/16 | Iskender H. Catto | Review and revise draft consent (.4); telephone conference with T. Silvey re draft consent (.3); review damages re PPA rejection (.9); correspondence with A&M re damages claim (.2). | 1.80 | 1,530.00 |
| 02/05/16 | Ryan Wagner | Review counterparty comments to draft liquidation agreement (.6); incorporate revisions to same (.3). | 0.90 | 535.50 |
| 02/08/16 | Iskender H. Catto | Review and revise draft liquidation agreement (1.1); review and revise draft stipulation and motion (2.1). | 3.20 | 2,720.00 |
| 02/08/16 | Ryan Wagner | Emails with counterparty counsel concerning liquidation agreement (.4); discuss same with I. Catto (.7); review and revise draft counterparty liquidation agreement (1.2); review and comment on draft 9019 motion (.6); exchange emails with K&E and I. Catto regarding same (.3); | 3.40 | 2,023.00 |

Description of Professional Services Rendered

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | exchange emails with B. Wheaton regarding liquidation notice issues (.2). |  |  |
| 02/09/16 | Iskender H. Catto | Review revised draft consent. | 0.60 | 510.00 |
| 02/09/16 | Ryan Wagner | Draft counterparty liquidation notice. | 0.90 | 535.50 |
| 02/10/16 | Iskender H. Catto | Review and revise draft stipulation (.7); review draft ISDA (2.1). | 2.80 | 2,380.00 |
| 02/10/16 | Ryan Wagner | Emails with K&E and I. Catto regarding resolution of counterparty claims and issues associated therewith (.7); discuss same with I. Catto (.4); review draft motion in connection with resolution of counterparty claims (.4). | 1.50 | 892.50 |
| 02/11/16 | Iskender H. Catto | Review and revise draft stipulation and motion (.8); telephone conference re hedge transactions (.7). | 1.50 | 1,275.00 |
| 02/11/16 | Ryan Wagner | Review draft counterparty liquidation agreement (.6); attend to emails with I. Catto regarding same (.2). | 0.80 | 476.00 |
| 02/12/16 | Iskender H. Catto | Review and analyze hedge agreement provisions (1.7); review and revise draft ISDA and CSA (.9); finalize liquidation agreements (1.6) | 4.20 | 3,570.00 |
| 02/12/16 | Ryan Wagner | Exchange emails with counterparty counsel concerning draft liquidation agreements (.3); discuss same with I. Catto (.2); emails with K&E regarding liquidation procedures and notice requirements in connection with same (.6); review draft 9019 motion (.7); incorporate comments in same (.5); emails with K&E and I. Catto regarding settlement motion and process with respect thereto (.3). | 2.60 | 1,547.00 |
| 02/15/16 | Iskender H. Catto | Telephone conference re hedges. | 0.80 | 680.00 |
| 02/15/16 | Ryan Wagner | Emails with K&E regarding counterparty liquidation notice procedures (.2); emails with K&E regarding draft settlement stipulation and procedures with respect thereto (.3); review draft declaration in support of counterparty settlement (.5). | 1.00 | 595.00 |
| 02/16/16 | Iskender H. Catto | Review draft estoppel (.7); review draft PPA amendment (1.1); review hedge matter (1.9); negotiations with counterparty re stipulation (2.1); telephone conferences with T. Silvey re trading matters (.4); review solid fuel claims (1.7). | 7.90 | 6,715.00 |
| 02/16/16 | Ryan Wagner | Draft stipulation resolving claims of counterparty (2.1); negotiations with counterparty and counterparty counsel (1.1.); discuss same with I. Catto (.4); research potential 562 issues (.9); emails with K&E regarding settlement issues (.3). | 4.80 | 2,856.00 |
| 02/17/16 | Iskender H. Catto | Negotiation re draft stipulation (.8); correspondence re draft estoppel (.3). | 1.10 | 935.00 |

Invoice No.:    4151253                                                                    Page 4
Matter No.:    163738.010100

Description of Professional Services Rendered

| | | | | |
|---|---|---|---|---|
| 02/17/16 | Ryan Wagner | Review draft counterparty liquidation agreement (.6); incorporate revisions to same (.5); exchange emails with client regarding execution of same (.2); review counterparty comments to draft stipulation (.8); negotiations with counterparty regarding same (.5); research plan provisions concerning treatment of claims (.7). | 3.30 | 1,963.50 |
| 02/18/16 | Iskender H. Catto | Prepare for telephone conferences re draft consent letter (1.4); telephone conferences with counterparty re draft letter (1.3); revise draft consent (.8). | 3.50 | 2,975.00 |
| 02/18/16 | Ryan Wagner | Review counterparty liquidation agreement (.4); incorporate revisions to same (.5); draft notice of entry into liquidation agreement (.9); emails with K&E regarding draft counterparty stipulation and declaration in support thereof (.2); calls with K&E regarding same (.3); negotiations with counterparty regarding draft stipulation (.8); emails with counterparty counsel regarding draft stipulation (.6). | 3.70 | 2,201.50 |
| 02/19/16 | Ryan Wagner | Exchange emails with counterparty counsel regarding draft stipulation (.6); revise draft stipulation and circulate same (.5). | 1.10 | 654.50 |
| 02/22/16 | Iskender H. Catto | Review draft estoppel (.3); review solid fuel rejection claims (2.0). | 2.30 | 1,955.00 |
| 02/22/16 | Ryan Wagner | Emails with K&E regarding issues in connection with counterparty stipulation (.4); discuss same with I. Catto (.2); revise draft liquidation notice (.5); discuss with I. Catto (.1). | 1.20 | 714.00 |
| 02/23/16 | Iskender H. Catto | Telephone conference with T. Silvey re consent (.5); review solid fuel damages claims (2.2). | 2.70 | 2,295.00 |
| 02/23/16 | Ryan Wagner | Calls with K&E in connection with counterparty liquidation issues (.3); exchange emails with K&E regarding same (.2); revise draft liquidation notice (.3); research issues in connection with potential treatment of counterparty claims and strategy with respect to negotiations (1.9); negotiations with counterparty concerning resolution of claim (.7). | 3.40 | 2,023.00 |
| 02/24/16 | Iskender H. Catto | Telephone conference with S. Caraway and T. Silvey re PPA (1.5); telephone conference with R. Talley re solid fuel claims (.7); negotiations re solid fuel claims (1.6); review contract damages summary (.3). | 4.10 | 3,485.00 |
| 02/24/16 | Ryan Wagner | Emails with A. Yenamandra regarding | 2.60 | 1,547.00 |

Description of Professional Services Rendered

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| | | counterparty liquidation agreement (.3); email to counterparty counsel regarding draft stipulation (.2); discuss issues in connection with same with I. Catto (.5); review claims register and counterparty claim filed thereon (1.0); exchange emails with I. Catto and K&E regarding same (.6). | | |
| 02/25/16 | Iskender H. Catto | Telephone conferences with team re claims estimation (1.1); telephone conferences with K&E re liquidation agreements (.3); telephone conference with counterparty counsel re transaction documents (1.2); review solid fuel claims (1.6); review draft amendment (.6). | 4.80 | 4,080.00 |
| 02/25/16 | Ryan Wagner | Prepare for and attend call with K&E regarding counterparty negotiations and issues with respect thereto (.2); follow up conversation with I. Catto regarding same (.5); review plan language in connection with treatment of potential counterparty claims (.7). | 1.40 | 833.00 |
| 02/26/16 | Ryan Wagner | Emails with counterparty counsel regarding status of draft liquidation agreement and procedure with respect thereto (.3); revise draft counterparty liquidation agreement (.4). | 0.70 | 416.50 |
| 02/29/16 | Iskender H. Catto | Telephone conference with fuels team re claim (.3); review solid fuel claims (1.8). | 2.10 | 1,785.00 |

Total Hours:    101.10

Total Amount:    $ 76,576.50

TIMEKEEPER SUMMARY FOR TASK CODE ET,

ENERGY TRADING

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Iskender H. Catto | 64.40 | 850.00 | 54,740.00 |
| Ryan Wagner | 36.70 | 595.00 | 21,836.50 |
| Totals: | 101.10 | 757.43 | $    76,576.50 |

Description of Professional Services Rendered

## **TIMEKEEPER ACTIVITY GRAND TOTAL SUMMARY**

| Timekeeper Name | Hours Billed | Rate | | Total $ Amount |
|---|---|---|---|---|
| Iskender H. Catto | 64.40 | 850.00 | | 54,740.00 |
| Ryan Wagner | 37.10 | 595.00 | | 22,074.50 |
| Totals: | 101.50 | 756.79 | $ | 76,814.50 |

Invoice No.:      4173936                                                                                    Page  1
Matter No.:      163738.010100

## Description of Professional Services Rendered:

TASK CODE:        813        FEE/EMPLOYMENT APPLICATIONS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 03/07/16 | Ryan Wagner | Draft Greenberg Traurig first interim fee application. | 1.70 | 1,011.50 |
| 03/08/16 | Ryan Wagner | Draft first interim fee application. | 1.20 | 714.00 |
| 03/21/16 | Elizabeth C. Thomas | Confer with R. Wagner regarding monthly fee statements. | 0.10 | 34.00 |
| 03/24/16 | Ryan Wagner | Draft first interim fee application and exhibits thereto (2.7); revise November and December monthly fee statements (1.1); email to I. Catto regarding same (.2). | 4.00 | 2,380.00 |
| 03/25/16 | Ryan Wagner | Revise November and December monthly fee statements (.6); coordinate filing of same with RLF (.2); draft first interim fee application and exhibits thereto (3.4). | 4.20 | 2,499.00 |
| 03/28/16 | Ryan Wagner | Revise first interim fee application (1.9); calls with accounting team concerning same (.4); email to L. Thomas concerning same (.2). | 2.50 | 1,487.50 |
| 03/29/16 | Ryan Wagner | Revise first interim fee application (.6); coordinate filing of same with RLF (.3). | 0.90 | 535.50 |

Total Hours:        14.60

Total Amount:      $ 8,661.50

TIMEKEEPER SUMMARY FOR TASK CODE 813,

FEE/EMPLOYMENT APPLICATIONS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|--------------|------|----------------|
| Ryan Wagner | 14.50 | 595.00 | 8,627.50 |
| Elizabeth C. Thomas | 0.10 | 340.00 | 34.00 |
| Totals: | 14.60 | 593.25 | $    8,661.50 |

Invoice No.:    4173936                                                                 Page 2
Matter No.:     163738.010100

Description of Professional Services Rendered

TASK CODE:         ET          ENERGY TRADING

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 03/01/16 | Iskender H. Catto | Negotiation re liquidation agreements. | 0.40 | 340.00 |
| 03/01/16 | Ryan Wagner | Emails with counterparty counsel regarding notice/execution issues in connection with draft liquidation agreement (.6); discuss same with I. Catto (.3); negotiations with counterparty counsel regarding draft stipulation (.7); review liquidation procedures (.4); emails with client regarding open liquidation agreement issues (.3). | 2.30 | 1,368.50 |
| 03/02/16 | Iskender H. Catto | Review draft PPA amendment documents (1.6); draft revised consent agreement (.6); telephone conferences re hedge agreements (2.2). | 4.40 | 3,740.00 |
| 03/02/16 | Ryan Wagner | Exchange emails with client regarding negotiations with counterparties and open issues (.4); emails with I. Catto concerning same (.3). | 0.70 | 416.50 |
| 03/03/16 | Iskender H. Catto | Review and revise draft amendment (.4); review and revise draft consent (.7); review draft collateral write-up (.2); | 1.30 | 1,105.00 |
| 03/04/16 | Iskender H. Catto | Negotiations re termination claim. | 0.70 | 595.00 |
| 03/07/16 | Iskender H. Catto | Telephone conference with A. Alaman re liens (.4); solid fuel claims negotiations (2.3). | 2.70 | 2,295.00 |
| 03/09/16 | Iskender H. Catto | Review draft ISDA amendment (.4); review draft consent documents (.8); review solid fuel claims (2.3). | 3.50 | 2,975.00 |
| 03/10/16 | Iskender H. Catto | Correspondence with team re claims estimates (.7); review consent and estoppel (.8); negotiations re liquidation agreements (.9). | 2.40 | 2,040.00 |
| 03/10/16 | Ryan Wagner | Exchange emails with counterparty counsel concerning stip (.3); discuss same with I. Catto (.2); draft email to K&E regarding same (.3); negotiations with counterparty counsel in connection with claims resolution (1.2). | 2.00 | 1,190.00 |
| 03/11/16 | Iskender H. Catto | Review and revise (1.7) draft ISDA and CSA (.4); review (.5) and revise (1.3) consent and estoppel; review draft stipulation (.3). | 4.20 | 3,570.00 |
| 03/11/16 | Ryan Wagner | Discuss status of negotiations with counterparties' counsel with I. Catto (.3); review confirmed plan for treatment of claims (.5); review recently-filed pleadings (.8). | 1.60 | 952.00 |

Invoice No.:    4173936                                                                Page 3
Matter No.:    163738.010100

Description of Professional Services Rendered

| | | | | |
|---|---|---|---|---|
| 03/12/16 | Ryan Wagner | Emails with A. Yenamandra and I. Catto regarding resolution of counterparty claims. | 0.20 | 119.00 |
| 03/13/16 | Ryan Wagner | Emails with K&E concerning counterparty stipulation. | 0.30 | 178.50 |
| 03/14/16 | Iskender H. Catto | Review ISDA revisions (.9); telephone conference with T. Silvey (.3); review liquidation agreements (.6). | 1.80 | 1,530.00 |
| 03/14/16 | Ryan Wagner | Emails with B. Wheaton regarding liquidation notices (.4); review final counterparty liquidation agreements (.9); confer with I. Catto regarding same (.3); prepare fully executed copies of liquidation agreements (.7); emails with counterparty counsel regarding liquidation agreements and finalizing same (.5); prepare for call with client (.8); call with O. Marks and I. Catto concerning negotiations (.3). | 4.90 | 2,915.50 |
| 03/14/16 | Brian N. Wheaton | Draft notice of entry into liquidation agreement. | 0.90 | 405.00 |
| 03/15/16 | Iskender H. Catto | Review draft liquidation agreement revisions. | 1.90 | 1,615.00 |
| 03/15/16 | Ryan Wagner | Review draft liquidation notices (.4); provide comments to same (.3); confer with B. Wheaton regarding same (.3); emails with I. Catto regarding liquidation notices (.5). | 1.50 | 892.50 |
| 03/15/16 | Brian N. Wheaton | Draft notice of entry into liquidation agreement. | 1.60 | 720.00 |
| 03/16/16 | Iskender H. Catto | Review rejection damage claim (.7); review ISDA and CSA (1.4). | 2.10 | 1,785.00 |
| 03/17/16 | Iskender H. Catto | Telephone conferences with T. Silvey re agreements (.4); review fuel agreements (.4); review draft liquidation agreement (.6); negotiations re solid fuel claims (1.8). | 2.60 | 2,210.00 |
| 03/17/16 | Ryan Wagner | Emails with I. Catto concerning negotiations with counterparty. | 0.40 | 238.00 |
| 03/18/16 | Iskender H. Catto | Negotiations re solid fuel claims (2.1); prepare for telephone conference (.2); telephone conference re rejection damage claims (1.0); review ISDA and side letters (.3). | 3.60 | 3,060.00 |
| 03/20/16 | Ryan Wagner | Review proposed language for liquidation agreements from K&E (.6); incorporate proposed revisions to same (.3); confer with I. Catto concerning same (.2). | 1.10 | 654.50 |
| 03/21/16 | Iskender H. Catto | Telephone conference with counterparty counsel re solid fuel claim (.3); review draft liquidation agreement (.9); review solid fuel claims (1.2). | 2.40 | 2,040.00 |
| 03/21/16 | Ryan Wagner | Review proposed language from K&E concerning pending liquidation agreements and settlements (.4); discuss same with I. | 3.70 | 2,201.50 |

Description of Professional Services Rendered

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | Catto (.2); draft and incorporate comments (.7); email to K&E regarding same (.2); call with K&E concerning draft settlement language (.2); follow up emails with A. Yenamandra and I. Catto regarding same (.5); exchange emails with counterparty counsel concerning settlement negotiations (.6); prepare for negotiations with counterparty counsel (.9). | | |
| 03/22/16 | Iskender H. Catto | Review solid fuel data support (.5); review ISDA issue re security (3.4); negotiations re solid fuel claims (1.7); telephone conferences with fuels team (.7). | 6.30 | 5,355.00 |
| 03/22/16 | Ryan Wagner | Emails with K&E and I. Catto concerning settlement language (.6); negotiations with counsel to contract counterparties concerning claims resolution (.9); review revised settlement language (.2); discuss same with I. Catto (.4); review TCEH DIP Order and credit agreement in connection with guarantee issues (1.8); discuss same with B. Wheaton (.2); discuss potential TCEH guarantee issues with I. Catto (.3); research regarding potential parent guarantee issues (1.1). | 5.50 | 3,272.50 |
| 03/22/16 | Brian N. Wheaton | Review DIP financing order and cash collateral order. | 1.00 | 450.00 |
| 03/23/16 | Iskender H. Catto | Telephone conference with T. Silvey re draft language (.4); negotiations re solid fuel claim (3.3); review collateral issue re ISDA (1.4). | 5.10 | 4,335.00 |
| 03/23/16 | Ryan Wagner | Review and analyze TCEH DIP credit agreement (1.2); discuss same with B. Wheaton (.5); analysis of potential guarantee issues in connection with counterparty negotiations (1.8); discuss and strategize regarding same with I. Catto (.4); call with counterparty counsel concerning proposed additional language from K&E (.2); incorporate proposed language in draft counterparty liquidation agreement (.3); draft email to counterparty counsel concerning same (.1). | 4.50 | 2,677.50 |
| 03/23/16 | Brian N. Wheaton | Review credit agreement. | 2.80 | 1,260.00 |
| 03/24/16 | Iskender H. Catto | Telephone conference with K&E re ISDA collateral issue (.3); negotiations re solid fuel claims (.8). | 1.10 | 935.00 |
| 03/24/16 | Ryan Wagner | Negotiations with counterparty counsel concerning stipulation language (.6); discuss same with I. Catto (.3); revise counterparty stipulation (.4); email to counterparty concerning same (.1). | 1.40 | 833.00 |
| 03/28/16 | Ryan Wagner | Emails with client concerning swap | 0.30 | 178.50 |

Invoice No.:     4173936                                                                    Page 5
Matter No.:     163738.010100

Description of Professional Services Rendered

| | | | | |
|---|---|---|---|---|
| | | settlement issues. | | |
| 03/29/16 | Ryan Wagner | Emails with I. Catto and client concerning negotiations with counterparties (.3); emails with counterparties' counsel concerning claims negotiations (.4); call to K&E concerning stipulation language (.1); research concerning potential swap settlement issues (1.2). | 2.00 | 1,190.00 |
| 03/30/16 | Ryan Wagner | Emails with K&E concerning counterparty negotiations and proposed settlement language (.6); emails with I. Catto concerning same (.2). | 0.80 | 476.00 |
| 03/31/16 | Ryan Wagner | Call with counterparty counsel concerning status of proposed resolution language (.2); research regarding potential swap settlement issues (.9). | 1.10 | 654.50 |

Total Hours:     87.10

Total Amount:     $ 62,768.50

TIMEKEEPER SUMMARY FOR TASK CODE ET,

ENERGY TRADING

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Iskender H. Catto | 46.50 | 850.00 | 39,525.00 |
| Ryan Wagner | 34.30 | 595.00 | 20,408.50 |
| Brian N. Wheaton | 6.30 | 450.00 | 2,835.00 |
| Totals: | 87.10 | 720.65 | $     62,768.50 |

Description of Professional Services Rendered

## **TIMEKEEPER ACTIVITY GRAND TOTAL SUMMARY**

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Iskender H. Catto | 46.50 | 850.00 | 39,525.00 |
| Ryan Wagner | 48.80 | 595.00 | 29,036.00 |
| Brian N. Wheaton | 6.30 | 450.00 | 2,835.00 |
| Elizabeth C. Thomas | 0.10 | 340.00 | 34.00 |
| Totals: | 101.70 | 702.36 | $    71,430.00 |

Invoice No.:    4197990                                                    Page  1
Matter No.:    163738.010100

## Description of Professional Services Rendered:

TASK CODE:        813        FEE/EMPLOYMENT APPLICATIONS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 04/12/16 | Ryan Wagner | Emails with I. Catto concerning monthly fee statements. | 0.20 | 119.00 |
| 04/15/16 | Ryan Wagner | Draft January 2016 monthly fee statement. | 0.90 | 535.50 |
| 04/18/16 | Ryan Wagner | Draft February and March monthly fee statements. | 0.80 | 476.00 |
| 04/20/16 | Ryan Wagner | Draft exhibits to January, February and March monthly fee statements (1.1); review and revise January – March monthly fee statements (1.3); emails with I. Catto concerning same (.2); review draft CNOs with respect to November and December fee statements (.2); emails with J. Madron in connection with same (.1). | 2.90 | 1,725.50 |
| 04/26/16 | Iskender H. Catto | Review draft fee statements. | 0.40 | 340.00 |
| 04/26/16 | Ryan Wagner | Revise January, February and March monthly fee statements and exhibits thereto (1.4); coordinate filing of same with J. Madron (RLF) (.3). | 1.70 | 1,011.50 |

Total Hours:        6.90

Total Amount:        $ 4,207.50

TIMEKEEPER SUMMARY FOR TASK CODE 813,

FEE/EMPLOYMENT APPLICATIONS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|-------------|------|----------------|
| Iskender H. Catto | 0.40 | 850.00 | 340.00 |
| Ryan Wagner | 6.50 | 595.00 | 3,867.50 |
| Totals: | 6.90 | 609.78      $ | 4,207.50 |

Invoice No.:     4197990                                                    Page 2
Matter No.:      163738.010100

<u>Description of Professional Services Rendered</u>

TASK CODE:         ET         ENERGY TRADING

| <u>DATE</u> | <u>TIMEKEEPER</u> | <u>DESCRIPTION</u> | <u>HOURS</u> | <u>AMOUNT</u> |
|------|-----------|-------------|-------|--------|
| 04/01/16 | Iskender H. Catto | Negotiations re liquidation agreement (1.6); review issues re solid fuel claim (1.3); review draft settlement agreement (.7). | 3.60 | 3,060.00 |
| 04/01/16 | Ryan Wagner | Exchange emails with counterparty counsel concerning liquidation agreement language (.3); confer with I. Catto concerning same (.2); review counterparty proof of claim (.6); discuss resolution of same with I. Catto (.4); exchange emails with K&E regarding process for resolving counterparty claim (.3). | 1.80 | 1,071.00 |
| 04/02/16 | Ryan Wagner | Exchange emails with I. Catto, A. Yenamandra and counterparty counsel in connection with counterparty negotiations (.6); call with I. Catto regarding same (.1). | 0.70 | 416.50 |
| 04/04/16 | Iskender H. Catto | Review contract claim (.9); conference re contract claim (.3); negotiations re stipulation (2.6). | 3.80 | 3,230.00 |
| 04/04/16 | Ryan Wagner | Call with A. Yenamandra concerning counterparty negotiations (.2); confer with I. Catto regarding same (.1); negotiations with counterparty counsel in connection with liquidation agreement (.6); revise draft liquidation notice (.9); coordinate with Epiq to serve same in accordance with liquidation procedures (.6); calls and emails with R. Chaikin (K&E) and I. Catto concerning counterparty claim (.7); review counterparty claim (.5). | 3.60 | 2,142.00 |
| 04/05/16 | Ryan Wagner | Review counterparty proof of claim and supporting documents (1.3); research docket for filings in connection with claim (.8); review rejection motion/order in connection with counterparty contract (.4); draft settlement motion in connection with resolution of counterparty claim (1.2). | 3.70 | 2,201.50 |
| 04/06/16 | Iskender H. Catto | Telephone conference with T. Silvey re potential counterparty default (.7); review counterparty status (1.6); review contract rejection damages claim (1.4). | 3.70 | 3,145.00 |
| 04/06/16 | Ryan Wagner | Calls with K&E concerning counterparty negotiations and going forward issues (.2); confer with I. Catto regarding same (.3); emails with counterparty counsel concerning claims negotiations (.4); review counterparty proof of claim and supporting | 3.60 | 2,142.00 |

Description of Professional Services Rendered

| | | | | |
|---|---|---|---|---|
| | | documents (.8); draft settlement motion in connection with resolution of counterparty claim (1.9). | | |
| 04/07/16 | Iskender H. Catto | Review contract rejection claims. | 2.10 | 1,785.00 |
| 04/07/16 | Ryan Wagner | Review counterparty proof of claim (.5); draft stipulation resolving counterparty claim (2.6); revise draft motion for approval of settlement of counterparty claim (.4); draft declaration in support of settlement motion (1.3); confer with I. Catto regarding same (.3). | 5.10 | 3,034.50 |
| 04/08/16 | Iskender H. Catto | Review restated lease (.2); prepare for negotiation re rejection damages claims (2.4). | 2.60 | 2,210.00 |
| 04/12/16 | Ryan Wagner | Research issues in connection with negotiation with counterparty and potential claims resolution. (1.9); review draft settlement motion and stipulation (.7). | 2.60 | 1,547.00 |
| 04/14/16 | Iskender H. Catto | Conferences re rejection damages claims. | 1.70 | 1,445.00 |
| 04/14/16 | Ryan Wagner | Research issues in respect of potential claim resolution with counterparty (2.2); review counterparty claims on file (.3); revise draft settlement stipulation (.6). | 3.10 | 1,844.50 |
| 04/18/16 | Iskender H. Catto | Review and revise draft stipulation and motion (3.4); review draft agreement (1.3). | 4.70 | 3,995.00 |
| 04/18/16 | Ryan Wagner | Review and analyze recently-filed pleadings in connection with potential issues affecting resolution of claims. | 0.70 | 416.50 |
| 04/19/16 | Iskender H. Catto | Review and revise draft motion and stipulation (2.7); conferences re rejection damages settlement (2.6); conferences re fuels damages negotiations (1.3). | 6.60 | 5,610.00 |
| 04/19/16 | Ryan Wagner | Draft certification of no objection in respect of counterparty liquidation notice (.3); revise draft settlement motion, stipulation and order with respect to resolution of counterparty claim (.7); emails with I. Catto regarding same (.2); emails with counterparty counsel and K&E concerning liquidation notice issues (.3); emails and calls with Epiq regarding liquidation notice (.6). | 2.10 | 1,249.50 |
| 04/20/16 | Iskender H. Catto | Conference with counterparty counsel re claims negotiation (.4); review draft certificate (.8); conferences with A. Sareen re claims (2.1); review solid fuel claims (1.4). | 4.70 | 3,995.00 |
| 04/20/16 | Ryan Wagner | Call with J. Madron concerning liquidation notice issues (.2); exchange emails with counterparty counsel concerning liquidation agreement/notice and CNO issues (.4); revise CNO in connection with counterparty liquidation agreement (.1). | 0.70 | 416.50 |

Invoice No.:    4197990                                                      Page 4
Matter No.:    163738.010100

Description of Professional Services Rendered

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 04/21/16 | Iskender H. Catto | Review status of counterparty performance and potential breach (1.7); review liquidation agreement status (.3). | 2.00 | 1,700.00 |
| 04/21/16 | Ryan Wagner | Review and analyze first day pleadings filed in counterparty bankruptcy proceeding (4.9); exchange emails with I. Catto and T. Silvey regarding same (.4); call with I. Catto regarding same (.1); call with T. Silvey regarding same (.1); emails with O. Marx (EFH) concerning counterparty negotiations and status (.2). | 5.70 | 3,391.50 |
| 04/22/16 | Ryan Wagner | Review and analyze pleadings filed in counterparty bankruptcy proceeding (1.7); confer with I. Catto concerning same (.2); attend to counterparty negotiations (.8). | 2.70 | 1,606.50 |
| 04/23/16 | Iskender H. Catto | Correspondence with counterparty counsel re settlement. | 0.20 | 170.00 |
| 04/25/16 | Ryan Wagner | Review and analyze pleadings filed in counterparty bankruptcy proceeding (2.3); review recently-filed pleadings (.8). | 3.10 | 1,844.50 |
| 04/26/16 | Iskender H. Catto | Review solid fuel claim (1.4); review rejection damages claim (1.9). | 3.30 | 2,805.00 |
| 04/26/16 | Ryan Wagner | Review and analyze pleadings filed in counterparty bankruptcy proceeding. | 1.60 | 952.00 |
| 04/27/16 | Iskender H. Catto | Review and revise draft motion and stipulation (1.2); negotiations re contract rejection claim (1.9). | 3.10 | 2,635.00 |
| 04/27/16 | Ryan Wagner | Revise draft 9019 motion, stipulation and declaration with respect to resolution of counterparty claims (1.8); confer with I. Catto concerning same (.4); draft email to K&E regarding same (.2). | 2.40 | 1,428.00 |
| 04/28/16 | Iskender H. Catto | Review rejection damage claim (.7). | 0.70 | 595.00 |
| 04/28/16 | Ryan Wagner | Confer with I. Catto concerning status of counterparty negotiations and going forward strategy (.6); review recently filed pleadings (.7). | 1.30 | 773.50 |
| 04/29/16 | Ryan Wagner | Review and analyze recently-filed pleadings. | 1.90 | 1,130.50 |

Total Hours:          89.20

Total Amount:      $ 63,988.00

Invoice No.:     4197990                                                          Page 5
Matter No.:     163738.010100

<u>Description of Professional Services Rendered</u>

<u>TIMEKEEPER SUMMARY FOR TASK CODE ET,</u>

ENERGY TRADING

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Iskender H. Catto | 42.80 | 850.00 | 36,380.00 |
| Ryan Wagner | 46.40 | 595.00 | 27,608.00 |
| Totals: | 89.20 | 717.35 | $    63,988.00 |

Invoice No.:    4197990                                                      Page  6
Matter No.:    163738.010100

<u>Description of Professional Services Rendered</u>

## **TIMEKEEPER ACTIVITY GRAND TOTAL SUMMARY**

| Timekeeper Name | Hours Billed | Rate | | Total $ Amount |
|---|---|---|---|---|
| Iskender H. Catto | 43.20 | 850.00 | | 36,720.00 |
| Ryan Wagner | 52.90 | 595.00 | | 31,475.50 |
| Totals: | 96.10 | 709.63 | $ | 68,195.50 |