### Exhibit I

### Detailed Description of Expenses and Disbursements

*January 1, 2016 through April 30, 2016*

### AIRFARE

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | April 11, 2016 | $436.10 | Roundtrip Airfare Coach Newark/Dallas |

**Expense Category Total:** **$436.10**

### LODGING

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | April 18, 2016 | $310.05 | Renaissance Dallas Hotel |
| Iskender H. Catto | April 19, 2016 | $310.05 | Renaissance Dallas Hotel |
| Iskender H. Catto | April 20, 2016 | $310.05 | Renaissance Dallas Hotel |

**Expense Category Total:** **$930.15**

### TRANSPORTATION

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | April 18, 2016 – April 20, 2016 | $225.00 | Budget Car Rental (3 days @ $75.00/day, taxes and fees included) |

**Expense Category Total:** **$225.00**

### PARKING

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | April 19, 2016 | $9.00 | Stall Parking |
| Iskender H. Catto | April 20, 2016 | $9.00 | Stall Parking |
| Iskender H. Catto | April 21, 2016 | $58.47 | Renaissance Dallas Hotel Parking |

| Iskender H. Catto | April 22, 2016 | $98.40 | Newark Liberty International Airport Parking |

**Expense Category Total:** **$174.87**

## *BUSINESS MEALS*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | April 21, 2016 | $46.76 | Renaissance Dallas Hotel Meal |

**Expense Category Total:** **$46.76**

## *MISCELLANEOUS*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | April 21, 2016 | $8.14 | Shell Gas |

**Expense Category Total:** **$8.14**