## Exhibit K

## Summary of Legal Services Rendered During Second Interim Fee Period

| Task Code Number | Project Category Description | Hours | | Total Compensation | |
|---|---|---|---|---|---|
| | | Budgeted | Billed | Budgeted | Billed |
| EFH.ET | [TCEH] Energy Trading | 700 | 352.3 | $500,000.00 | $253,534.00 |
| B800.813 | [TCEH] Fee/Employment Applications | 75 | 21.9 | $37,000.00 | $13,107.00 |
| B800.837 | [TCEH] Utility Matters | 60 | 9.8 | $44,000.00 | $4,658.00 |
| | **TOTAL** | **835** | **384.0** | **$581,000.00** | **$271,299.00** |