# **Exhibit A**

| | |
|---|---|
| **Description of the assets being sold:** | 168 +/- acres in McLennan County, Texas (the "<u>Residual Tradinghouse Property</u>"), in addition and related to, the 297.566 +/- acres in McLennan County, Texas (the "<u>Tradinghouse Property</u>"), previously approved for sale on September 1, 2016 [D.I. 9461]. |
| **Debtor selling the assets:** | Luminant Generation Company LLC ("<u>Luminant</u>") |
| **Purchaser buying the assets:** | Dead River Ranch LP (Jim McDonald) |
| **Marketing/sales process:** | The Residual Tradinghouse Property has not been separately marketed for sale. After the consummation of the Tradinghouse Property sale, the purchaser of the Tradinghouse Property, Dead River Ranch, sent contracts to Luminant for the Residual Tradinghouse Property, in the event Luminant desired to sell them. |
| | Upon receipt of the contracts, Hortenstine Ranch Company performed comparisons and adjusted the sales prices. In each case, the per acre sales price is more than the current book value and is equal to, or more than, is currently being asked for, or received, in this area. The sales at these prices represent beneficial transactions for Luminant. |
| | The Residual Tradinghouse Property, like the Tradinghouse Property, was once valuable to Luminant because it was considered "buffer-zone" for Luminant's power plant operations. Further, an Air Dispersion Analysis indicates that the Residual Tradinghouse Property is not necessary for future air permit approval in the event this former power plant site is repowered. Without a current or future need, Luminant has concluded that the Residual Tradinghouse Property is surplus and should not be held for future use. Therefore, Luminant desires to dispose of the Residual Tradinghouse Property. |
| **Purchase price/terms of the payment:** | $6,000.00 per acre (58 ac.), sale price $348,000.00; $4,000.00 per acre (110 ac.), sale price $440,000.00. The total sale price to be paid at closing(s) is $788,000.00. |
| | As a related transaction with the same buyer, the Tradinghouse Property and Residual Tradinghouse |

|   |   |
|---|---|
|   | Property, have a collective total sale price of $2,275,930.00.[1] |
| **Book value of the assets:** | $337,411.20 |
| **Significant terms of the sale:** | The Residual Tradinghouse Property is being sold as-is, where is; Luminant will retain the oil and gas interests, but will sell any lignite interest; and Luminant is requiring the purchaser to agree that it will not protest any of Luminant's current or future operations, if any, at and associated with the repowering of the Tradinghouse power plant. |

**Known Encumbrances:**

| Liens | Identity of Lienholder |
|---|---|
| DIP Liens | Citibank, N.A.<br>1615 Brett Road, Building III<br>New Castle, DE 19720<br>Attn: Bank Loan Syndications Department<br>Copy to Owen Coyle (same address as above) |
| Prepetition First Priority Liens | Delaware Trust Company of Delaware<br>2711 Centerville Road, Suite 400<br>Wilmington, DE 19808<br>Attn: Joseph McFadden<br><br>Wilmington Trust, N.A.<br>50 South Sixth Street, Suite 1290<br>Minneapolis, MN 55402<br>Attn: Jeffrey T. Rose, Esq. |
| Prepetition Second Priority Liens | Wilmington Savings Fund Society, FSB<br>Global Bankruptcy Restructuring Services<br>500 Delaware Avenue<br>Wilmington , DE 19801<br>Attn: Patrick Healy<br><br>Bank of New York Mellon Trust Company, N.A.<br>Corporate Trust Division<br>601 Travis Street – 16th Floor<br>Houston, TX 77002 |

---

[1] Pursuant to the Sale Order, with regard to the sale or transfer of De Minimis Assets in any individual transaction or series of related transactions to a single buyer or group of related buyers with a sale price greater than $1 million and less than or equal to $5 million, the TCEH Debtors shall provide at least ten (10) calendar days after service of the Sale Notice for parties to object. If no written objection is received, the TCEH Debtors may submit an order authorizing the sale or transfer under certificate of counsel and may consummate the sale or transfer immediately upon entry of such order.

| | Attn: TCEH Senior Secured Second Lien Notes Trustee |
|---|---|
| Property Tax Lien – McLennan County, TX | McLennan County Tax Assessor/Collector<br>Property Tax<br>P.O. Box 406<br>Waco, TX 76703 |
| Direct Sales Tax Lien – State of Texas | State of Texas, Comptroller's Office<br>Texas Comptroller of Public Accounts<br>P.O. Box 13528, Capital Station<br>Austin, TX 78711 |

**Known Affected/Interested Entities:**

| Nature of Interest | Entity |
|---|---|
| Potential agricultural license | Jeffrey Thompson<br>Route 7, Box 457<br>Waco, Texas 76705<br><br>With a copy to:<br>Jeffrey Thompson<br>3085 Trading Post Road<br>Waco, Texas 76705 |
| Easement | Oncor Electric Delivery Company<br>Attn: Legal Department<br>115 W. 7th Street<br>Fort Worth, Texas 76102 |
| Pipeline Easement | Atmos Energy Corporation<br>PO Box 650205<br>Dallas, Texas 75265-0205 |

3