IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| ENERGY FUTURE HOLDINGS, et al., | Bankr. No. 14-10979(CCS) |
| Debtors. | Jointly Administered |
| | |
| KENNETH R. STEWART, | |
| Appellant, | Civ. No. 15-1213-RGA |
| v. | |
| ENERGY FUTURE HOLDINGS, et al., | |
| Appellees. | |

## ORDER

At Wilmington this 14 day of September, 2016, consistent with the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that the bankruptcy court's December 16, 2015 Orders are **AFFIRMED**.

_____
UNITED STATES DISTRICT JUDGE