IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re<br><br>ENERGY FUTURE<br>HOLDINGS CORP., *et al.*,<br>         Debtors. | ) Chapter 11<br>)<br>) Case No. 14-10979 (CSS)<br>)<br>) (Jointly Administered)<br>) **Related to Docket Nos. 9548, 9549, 9550, 9551, and**<br>) **9552** |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                                 ) SS
NEW CASTLE COUNTY   )

     I, Kimberly A. Karstetter, being duly sworn according to law, depose and state that I am employed by Cole Schotz P.C., and that on September 15, 2016, I caused a copy of the following pleadings to be served upon the Participating Parties service list at EFH_DS_Discovery_Service_List@kirkland.com:

- Notice of Deposition of the Debtors Pursuant to Fed. R. Civ. P. 30(b)(6) by Delaware Trust Company, as Indenture Trustee (Docket No. 9548)

- Delaware Trust Company, as Indenture Trustee, Notice of Deposition of Paul Keglevic (Docket No. 9549)

- Notice of Deposition of Anthony Horton Dore by Delaware Trust Company, as Indenture Trustee (Docket No. 9550)

- Notice of Deposition of Stacey Dore by Delaware Trust Company, as Indenture Trustee (Docket No. 9551)

- Notice of Deposition of Andrew Wright by Delaware Trust Company, as Indenture Trustee (Docket No. 9552)

                                                               */s/ Kimberly A. Karstetter*
                                                               Kimberly A. Karstetter, Paralegal
                                                               COLE SCHOTZ P.C.
                                                               500 Delaware Avenue, Suite 1410
                                                               Wilmington, DE 19801

SWORN TO AND SUBSCRIBED before me
this 15th day of September, 2016

*/s/ Notary*
NOTARY PUBLIC

52881/0001-13344101v1

SUSAN L. WILLIAMS
Notary Public State of Delaware
My Commission Expires August 13, 2017