## **EXHIBIT A**

RLF1 15179021v.1



**KPMG LLP**
Suite 1400
2323 Ross Avenue
Dallas, TX 75201-2721

September 2, 2016

PRIVATE

Carla Howard
Senior Vice President Tax & General Tax Counsel
EFH Corporate Services Company
1601 Bryan Street
Dallas, Texas 75201

Dear Ms. Howard:

We refer to the Schedule A dated July 30, 2015 (the "Agreement") between EFH Corporate Services Company ("COMPANY") and KPMG LLP ("CONTRACTOR") for Tax Accounting Consulting Services (the "Services").

It is hereby agreed by COMPANY and CONTRACTOR that the compensation in the Agreement shall be modified as follows:

**Additional Compensation**

The sentence

"Estimated fees for this work will range between $500,000 and $800,000 and will be based on the actual time incurred to complete the work at 50% of our standard hourly rates for the individuals involved in providing the services."

Will be removed and replace by

"Estimated fees for this work will range between $800,000 and $1,000,000 and will be based on the actual time incurred to complete the work at 50% of our standard hourly rates for the individuals involved in providing the services."

KPMG LLP is a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity.



Carla Howard
EFH Corporate Services Company
September 2, 2016
Page 2 of 2

**Other**

Except as expressly amended hereby, the Agreement shall remain in full force and effect in accordance with all of the terms and conditions set forth therein.

Please sign and return the enclosed copy of this Addendum or acknowledge by return e-mail your confirmation of COMPANY's agreement to this Addendum.

Very truly yours,

KPMG LLP

*Stacy Lyons*

Stacy Lyons
*Partner*

SL:ab:ss

Enclosures


ACCEPTED

EFH Corporate Services Company

_____
Carla Howard

_____
Senior Vice President Tax & General Tax Counsel

9-15-16
Date