IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

NOTICE OF DEPOSITION OF THE DEBTORS
PURSUANT TO FED. R. CIV. P. 30(b)(6)
BY EFIH SECOND LIEN INDENTURE TRUSTEE

**PLEASE TAKE NOTICE** that, pursuant to Rule 30 of the Federal Rules of Civil Procedure (the "Federal Rules"), made applicable by Rule 7030 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), Computershare Trust Company, N.A. and Computershare Trust Company of Canada, as indenture trustee (the "EFIH Second Lien Trustee") for the EFIH Second Lien Notes (the "Notes"), by and through undersigned counsel will take the deposition of a knowledgeable witness or witnesses designated to testify on behalf of the above-captioned debtors. The deposition will take place on October 7, 2016, at 9:30 A.M., or such other date as the Participating Parties may agree, at the offices of **Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York, 10036**. The deposition will take place before a court reporter and will be recorded by stenographic means, may be videotaped, and shall continue from day to day until it has been completed.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Federal Rule of Civil Procedure 30(b)(6), made applicable here by Rules 7030 and 9014 of the Federal Rules of Bankruptcy Procedure, the Debtors must designate one or more knowledgeable witnesses to testify on its behalf at the time and place specified above regarding the topics listed on attached

Exhibit A.

Dated: September 15, 2016

                    PACHULSKI STANG ZIEHL & JONES LLP

                    */s/ Laura Davis Jones*
                    Laura Davis Jones
                    (Bar No. 2436)
                    Robert J. Feinstein
                    (NY Bar No. RF-2836)
                    919 N. Market Street, 17th Floor
                    P.O. Box 8705
                    Wilmington, DE  19899-8705 (Courier 19801)
                    Telephone: (302) 652-4100
                    Facsimile: (302) 652-4400
                    Email: ljones@ pszjlaw.com
                            rfeinstein@ pszjlaw.com

                            *- and -*

KRAMER LEVIN NAFTALIS & FRANKEL LLP

Thomas Moers Mayer
Gregory A. Horowitz
Joshua K. Brody
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000
Email: tmayer@kramerlevin.com
       ghorowitz@kramerlevin.com
       jbrody@kramerlevin.com

                            *- and -*

BRYAN CAVE LLP

Stephanie Wickouski
1290 Avenue of the Americas
New York, New York 10104-3300
Telephone: 212-541-1114
Facsimile: 212-904-0514
Email: stephanie.wickouski@bryancave.com

*Counsel to the EFIH Second Lien Trustee*