# EXHIBIT A

## Statement of Fees and Expenses By Subject Matter
**COMPENSATION BY SUBJECT MATTER[1]**
**JULY 1, 2016 THROUGH JULY 31, 2016**

| Matter Number | Matter Description | Total Billed | Total Fees |
|---|---|---|---|
| 11000-50 | EFH Restructuring | 67.60 | $62,500.00 |
| 11000-50.1 | EFH Restructuring – Case Administration | -- | |
| 11000-50.2 | EFH Restructuring – Budgeting | -- | |
| 11000-50.3 | EFH Restructuring – Fee Application | 1.00 | |
| 11000-56 | EFH – Project Titan | -- | |
| 11001 | Luminant | 209.00 | $75,000.00 |
| 11001-85 | Luminant – Forney Annexation | 71.10 | $35,871.00 |
| 11001-87 | Luminant – Water Rights Amendment | 5.90 | $1,770.00 |
| 11002 | TXU | 18.70 | $12,500.00 |
| 12050 | 4Change | 0.80 | $2,083.33 |
| | | | |
| **Totals:** | | **374.10** | **$189,724.33** |

## EXPENSE SUMMARY
**JULY 1, 2016 THROUGH JULY 31, 2016**

| Expense Category | Amount |
|---|---|
| Delivery Service/Messenger | $172.00 |
| Copies | -- |
| Taxi | -- |
| Parking | -- |
| Airfare | -- |
| Rental Car | -- |
| Fuel | -- |
| Mileage | -- |
| Postage | -- |
| Filing Fees | -- |
| Meals | -- |
| Hotel | $1,327.24 |
| Electronic Research | $29.95 |
| Court Reporter/Hearing Transcripts | -- |
| Hearing/Trial Exhibits | -- |
| **Total Expenses:** | **$1,529.19** |

---

[1] The work performed and expenses incurred by Enoch Kever during the compensation period were entirely on behalf of Energy Future Holdings, LLC and its debtor subsidiaries.