## EXHIBIT B

### Attorneys and Paraprofessionals' Information
### (Consolidated Engagement)

The Enoch Kever attorneys who rendered professional services in the consolidated engagement during the Fee Period are:

| Professional Person | Position With the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Andrew Kever | Member | 1975 | Regulatory | $550.00 | 50.40 | |
| Bill A. Moore | Member | 1995 | Regulatory | $475.00 | 107.10 | |
| Emily R. Jolly | Associate | 2007 | Regulatory | $295.00 | 6.70 | |
| Kirk D. Rasmussen | Member | 1999 | Regulatory | $450.00 | 11.50 | |
| Mandy J. Kimbrough | Member | 2005 | Regulatory | $325.00 | 68.70 | |
| Lisa D. Kinzer | Associate | 2013 | Regulatory | $250.00 | -- | |
| John J. Vay | Member | 1984 | Environmental | $435.00 | 0.90 | |
| Rod C. Johnson | Member | 1992 | Environmental | $490.00 | 0.80 | |
| Shana L. Horton | Associate | 2003 | Regulatory | $300.00 | -- | |
| Brett A. Nuttall | Associate | 2015 | Regulatory | $225.00 | 39.20 | |
| Shelby O'Brien | Associate | 2002 | Appellate/Litigation | $325.00 | -- | |
| Gary Zausmer | Member | 1979 | Litigation | $550.00 | 2.60 | |
| | | | | | | |
| | | | | | **287.90** | **$152,083.33*** |

*Consolidated Engagement Fixed Fee

The paraprofessionals of Enoch Kever who rendered professionals services in the consolidated engagement during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Cyd McCool | Legal Assistant | 1 | Appellate/Litigation | $75.00 | -- | |
| Lynn Needles | Legal Assistant | 1 | Regulatory | $75.00 | 4.90 | |
| Laci Lofton | Legal Assistant | 1 | Appellate/Litigation | $95.00 | 4.30 | |
| | | | | | **9.20** | |

**Total Fees Requested Consolidated Engagement     297.10     $152,083.33**

## EXHIBIT B

### Attorneys and Paraprofessionals' Information
### (Forney Annexation)

The Enoch Kever attorneys who rendered professional services in the consolidated engagement during the Fee Period are:

| Professional Person | Position With the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Bill A. Moore | Member | 1995 | Regulatory | $475.00 | 2.80 | $1,330.00 |
| Gary Zausmer | Member | 1979 | Litigation | $550.00 | 23.20 | $12,760.00 |
| John J. Vay | Member | 1984 | Environmental | $490.00 | 43.40 | $21,266.00 |
| Melissa Lorber | Member | 2001 | Appellate | $395.00 | -- | -- |
| Lisa D. Kinzer | Associate | 2013 | Regulatory | $250.00 | -- | -- |
| Shana L. Horton | Associate | 2003 | Regulatory | $300.00 | 1.50 | $450.00 |
| Shelby O'Brien | Associate | 2002 | Appellate/Litigation | $325.00 | -- | -- |
| Mandy Kimbrough | Member | 2005 | Regulatory | $325.00 | 0.20 | $65.00 |
| | | | | | **71.10** | **$35,871.00** |

*Consolidated Engagement Fixed Fee

The paraprofessionals of Enoch Kever who rendered professionals services in the consolidated engagement during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Cyd McCool | Legal Assistant | 1 | Appellate/Litigation | $75.00 | -- | -- |
| Lynn Needles | Legal Assistant | 1 | Regulatory | $75.00 | -- | -- |
| Laci Lofton | Legal Assistant | 1 | Appellate/Litigation | $95.00 | -- | -- |

**Total Fees Requested Forney Annexation**          **71.10**    **$35,871.00**

# EXHIBIT B

## Attorneys and Paraprofessionals' Information
### (Water Rights Amendment)

The Enoch Kever attorneys who rendered professional services in the consolidated engagement during the Fee Period are:

| Professional Person | Position With the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Shana L. Horton | Associate | 2003 | Regulatory | $300.00 | 5.90 | $1,770.00 |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  | 5.90 | $1,770.00 |

The paraprofessionals of Enoch Kever who rendered professionals services in the consolidated engagement during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

| | | |
|---|---|---|
| **Total Fees Requested Water Rights Amendment** | 5.90 | $ 1,770.00 |
| **Total Fee Requested Consolidated Engagement** | 297.10 | $152,083.33 |
| **Total Fees Requested Forney Annexation** | 71.10 | $ 35,871.00 |
| **Total Fees Requested Water Rights Amendment** | 5.90 | $ 1,770.00 |
| **Total Fees Requested** | 374.10 | $189,724.33 |