## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

**EXPENSE SUMMARY**
**JULY 1, 2016 THROUGH JULY 31, 2016**

| Expense Category | Amount |
|---|---|
| Delivery Service/Messenger | $172.00 |
| Copies | -- |
| Taxi | -- |
| Parking | -- |
| Airfare | -- |
| Rental Car | -- |
| Fuel | -- |
| Mileage | -- |
| Postage | -- |
| Filing Fees | -- |
| Meals | -- |
| Hotel | $1,327.24 |
| Electronic Research | $29.95 |
| Court Reporter/Hearing Transcripts | -- |
| Hearing/Trial Exhibits | -- |
| **Total Expenses:** | **$1,529.19** |