## EXHIBIT D

## Detailed Description of Expenses and Disbursements

### DETAILED EXPENSE SUMMARY
### JULY 1, 2016 THROUGH JULY 31, 2016

| Invoice Number | Matter | Date | Timekeeper Who Incurred | Expense Category | Unit Cost | # Of Unit | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 5056 | 110017 | 7/5/16 | Kimbrough, Mandy | Delivery/ Messenger | 14.00 | 1 | $14.00 | Hand-deliver POLR Eligibility Form in Project 45540 to PUC for filing and return of file-stamped copy (Corporate Couriers; Invoice #42778) |
| 5056 | 110017 | 7/15/16 | Kimbrough, Mandy | Delivery/ Messenger | 28.00 | 1 | $28.00 | Hand-deliver Comments in Project 45927 to PUC for filing and return of file-stamped copy (Corporate Couriers; Invoice #42778) |
| 5056 | 110083 | 7/01/16 | Rasmussen, Kirk | Electronic Research | 29.95 | 1 | $29.95 | Copy of Law Review article from HeinOnline on 7/1/16. |
| 5056 | 110083 | 7/12/16 | Rasmussen, Kirk | Delivery/ Messenger | 20.00 | 1 | $20.00 | Hand-deliver letter to the ALJs in Dkt 45866 to PUC for filing and return of file-stamped copy (Corporate Couriers; Invoice #42778) |
| 5056 | 110083 | 7/21/16 | Rasmussen, Kirk | Delivery/ Messenger | 28.00 | 1 | $28.00 | Hand-deliver Responses to Staff Second RFIs to PUC in Dkt 45868 for filing and return of file-stamped copy (Corporate Couriers; Invoice #43001) |
| 5056 | 110086 | 7/30/16 | Moore, Bill | Hotel | 591.88 | 1 | $591.88 | Reimbursement to B. Moore for hotel stay in Dallas from 7/24-7/26/2016 for relativity training and meeting with S. Siegel and S. Moore. |
| 5056 | 110089 | 7/10/16 | Moore, Bill | Hotel | 735.36 | 1 | $735.36 | Reimbursement to B. Moore for hotel stay in Dallas from 6/28-30/2016 for meeting with client. |
| 5055 | 110024 | 7/1/16 | Kimbrough, Mandy | Delivery/ Messenger | 10.00 | 1 | $10.00 | Hand-deliver POLR Eligibility Form to PUC for filing and return of file-stamped copy (Corporate Couriers; Invoice #42778) |
| 5055 | 110024 | 7/22/16 | Kimbrough, Mandy | Delivery/ Messenger | 28.00 | 1 | $28.00 | Hand-deliver Comments in Project 45625 to PUC for filing and return of file-stamped copy (Corporate Couriers; Invoice #43001) |

| 5055 | 110024 | 7/22/16 | Kimbrough, Mandy | Delivery/ Messenger | 24.00 | 1 | $24.00 | Hand-deliver Response to Complaint in Project 46173 to PUC for filing and return of file-stamped copy (Corporate Couriers; Invoice #43001) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 5055 | 110024 | 7/25/16 | Kimbrough, Mandy | Delivery/ Messenger | 10.00 | 1 | $10.00 | Hand-deliver confidential attachment to complaint response to PUC mailroom (Corporate Couriers; Invoice #43001) |
| 5031 | 120502 | 7/8/16 | Kimbrough, Mandy | Delivery/ Messenger | 10.00 | 1 | $10.00 | Hand-deliver POLR Eligibility Form in Project 45540 to PUC for filing. (Corporate Couriers; Invoice #42778) |