IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | **Re: D.I. 9400** |

**CERTIFICATION OF NO OBJECTION REGARDING THE
"SIXTEENTH MONTHLY FEE STATEMENT OF ENOCH KEVER PLLC FOR
ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD
JUNE 1, 2016 THROUGH JUNE 30, 2016" (NO ORDER REQUIRED)**

The undersigned hereby certifies that, as of the date hereof, he has received no

written answer, objection or other responsive pleadings with respect to the *Sixteenth Monthly*

*Fee Statement of Enoch Kever PLLC for Allowance of an Administrative Claim for*

*Compensation and Reimbursement of Expenses Incurred from June 1, 2016 Through June*

*3 0, 2016* [D.I. 9400] (the "Monthly Fee Statement"). The Monthly Fee Statement was filed

with the United States Bankruptcy Court for the District of Delaware (the "Court") on

August 25, 2016.   The undersigned further certifies that he has reviewed the Court's docket

in this case and no answer, objection or other responsive pleading to the Monthly Fee

Statement appears thereon.   Pursuant to the Notice of Fee Statement filed with the Monthly

Fee Statement, objections to the Monthly Fee Statement were to be filed and served no later

than **September 15, 2016 at 4:00 p.m. (Eastern Daylight Time).**   The Monthly Fee

Statement was filed and served in accordance with the *Stipulation and Order Appointing a*

---

[1]   The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of
the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these
chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their
federal tax identification numbers is not provided herein. A complete list of such information may be obtained on
the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 15185513v.1

*Fee Committee,* dated August 21, 2014 [D.I. 1896] and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals,* dated September 16, 2014 [D.I. 2066] (the "Administrative Order").

Consequently, pursuant to the Administrative Order, the above-captioned debtors and debtors in possession in the above captioned cases, are authorized to pay Enoch Kever PLLC ("Applicant") eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement upon the filing of this certification without the need for a further order of the Court. A summary of the fees and expenses sought by Applicant is annexed hereto as Exhibit A.

*[Remainder of page intentionally left blank.]*

Dated: September 16, 2016
     Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:        collins@rlf.com
              defranceschi@rlf.com
              madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone :    (212) 446-4800
Facsimile:    (212) 446-4900
Email:        edward.sassower@kirkland.com
              stephen.hessler@kirkland.com
              brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:        james.sprayregen@kirkland.com
              chad.husnick@kirkland.com
              steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession

## EXHIBIT A

Professional Fees and Expenses
Monthly Fee Statement

| Applicant | Fee Statement Period, Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid at 80%[1] | Amount of Expenses Authorized to be Paid at 100%[2] | Amount of Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| Enoch Kever PLLC<br>600 Congress Ave.<br>Suite 2800<br>Austin, Texas 78701 | Sixteenth Monthly Fee Statement<br>6/1/16<br>Through<br>6/30/16<br>Filed<br>8/25/16<br>[D.I. 9400] | $219,296.33 | $5,687.18 | 9/15/16 | $175,437.06 | $5,687.18 | $43,859.27 |

---

[1] Consistent with the terms of the Administrative Order, the fees requested in the Monthly Fee Statement authorized to be paid at this time (*i.e.,* 80% of the fees requested in the Monthly Fee Statement) shall be allocated $50,000.00, $0.00, and $125,437.06 to EFH, EFIH, and TCEH, respectively.

[2] Consistent with the terms of the Administrative Order, the expenses requested in the Monthly Fee Statement authorized to be paid at this time (*i.e.,* 100% of the expenses requested in the Monthly Fee Statement) shall be allocated $174.79, $0.00, and $5,512.39 to EFH, EFIH, and TCEH, respectively.