# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 14-10979 (CSS)<br>)<br>) (Jointly Administered)<br>)<br>) **Re: D.I. 9201, 9559** |

## NOTICE OF FILING OF REVISED EFH/EFIH SOLICITATION PROCEDURES

**PLEASE TAKE NOTICE THAT**, on August 5, 2016, Energy Future Holdings Corp. ("EFH Corp."), certain of its direct and indirect subsidiaries (together with EFH Corp., the "EFH Debtors"),[2] Energy Future Intermediate Holding Company LLC ("EFIH"), and EFIH Finance, Inc. (together with EFIH, the "EFIH Debtors," and together with the EFH Debtors, the "EFH/EFIH Debtors") filed the *Motion of the EFH/EFIH Debtors for Entry of an Order (A) Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with Confirmation of the Debtors' Joint Plan of Reorganization as it Relates to the EFH/EFIH Debtors, (B) Approving the EFH/EFIH Disclosure Statement, (C) Establishing the EFH/EFIH Voting Record Date, EFH/EFIH Voting Deadline and Other Dates, (D) Approving Procedures for Soliciting, Receiving, and Tabulating Votes on the Plan, and (E) Approving the Manner and Forms of Notice and Other Related Documents* [D.I. 9201] (the "EFH/EFIH Disclosure Statement Motion").

**PLEASE TAKE FURTHER NOTICE THAT** contemporaneously with the EFH/EFIH Disclosure Statement Motion, the EFH/EFIH Debtors also filed the *Order (A) Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection With Confirmation of the Debtors' Joint Plan of Reorganization As It Relates to the EFH/EFIH Debtors, (B) Approving the EFH/EFIH Disclosure Statement, (C) Establishing the EFH/EFIH Voting Record Date, EFH/EFIH Voting Deadline, and Other Dates, (D) Approving Procedures for Soliciting, Receiving, and Tabulating Votes on the Plan, and (E) Approving the Manner and*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] The other EFH Debtors are Ebasco Services of Canada Limited, EEC Holdings, Inc., EECI, Inc., EFH Australia (No. 2) Holdings Company, EFH Finance (No. 2) Holdings Company, EFH FS Holdings Company, EFH Renewables Company LLC, Generation Development Company LLC, LSGT Gas Company LLC, LSGT SACROC, Inc., NCA Development Company LLC, and TXU Receivables Company.

*Forms of Notice and Other Related Documents* (the "Proposed EFH/EFIH Disclosure Statement Order").

**PLEASE TAKE FURTHER NOTICE THAT**, on September 15, 2016, the EFH/EFIH Debtors filed a revised Proposed EFH/EFIH Disclosure Statement Order [D.I. 9559], including the solicitation procedures attached as Exhibit 8 thereto (the "EFH/EFIH Solicitation Procedures").

**PLEASE TAKE FURTHER NOTICE THAT** the EFH/EFIH Debtors have today filed revised EFH/EFIH Solicitation Procedures (the "Revised EFH/EFIH Solicitation Procedures"). A copy of the revised EFH/EFIH Solicitation Procedures is attached hereto as **Exhibit A**. For the convenience of the Bankruptcy Court and other parties-in-interest, a redline comparing the Revised EFH/EFIH Solicitation Procedures against the EFH/EFIH Solicitation Procedures is attached hereto as **Exhibit B**. The EFH/EFIH Debtors hereby expressly incorporate the Revised EFH/EFIH Solicitation Procedures into the EFH/EFIH Disclosure Statement Motion in its entirety as if set forth therein in full.

**PLEASE TAKE FURTHER NOTICE THAT** a hearing to consider approval of the EFH/EFIH Disclosure Statement Motion is currently scheduled be held before The Honorable Christopher S. Sontchi at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on **September 19, 2016 starting at 10:00 a.m. (Eastern Daylight Time)** (the "Hearing").

**PLEASE TAKE FURTHER NOTICE THAT** to the extent that the EFH/EFIH Debtors make further revisions to the Revised EFH/EFIH Solicitation Procedures prior to the Hearing, the EFH/EFIH Debtors will present a further redlined copy of such revised document to the Bankruptcy Court either at or before the Hearing.

[*Remainder of page intentionally left blank.*]

Dated: September 18, 2016
    Wilmington, Delaware         */s/ Jason M. Madron*
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
Email:  collins@rlf.com
    defranceschi@rlf.com
    madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900
Email:  edward.sassower@kirkland.com
    stephen.hessler@kirkland.com
    brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200
Email:  james.sprayregen@kirkland.com
    marc.kieselstein@kirkland.com
    chad.husnick@kirkland.com
    steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*