# SIGN-IN SHEET

**CASE NAME:** Energy Future
**CASE NO:** 14-10979
**COURTROOM LOCATION:** 6
**DATE:** 9/19/2016 at 10:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Mark McKane | Kirkland & Ellis LLP | Debtors |
| Mark Kieselstein | " | " |
| Aparna Yenamandra | " | " |
| Jon Ganter | " | " |
| Barack Echols | " | " |
| Richard Levin | Jenner & Block | EFIH Independent Members |
| Vincent Lazar | " | " |
| Joseph H. Huston, Jr. | Stevens & Lee | " |
| Philip Anker | Wilmer Cutler Pickering Hale and Dorr | Del. Trust Co, EFIH IL Indenture Trustee |
| Christopher Shore | Cross & Simon | EFIH Indenture Trustee (American Stock Transfer) |
| Richard Pedone | Nixon Peabody | " |
| Brian Hermann, Jacob Adlerstein | Paul Weiss Rifkind Wharton Garrison | Ad Hoc Committee of TCEH First Lien Lenders |
| Alan Kornberg, Kelli Cairns | " | |
| Pauline Morgan | Young Conaway | TCEH First Lien Lenders |
| David Klauder | Bielli & Klauder | EFH Corp |
| Harold Kaplan | Foley Lardner | UMB Bank Indenture Trustee |
| Daniel K. Jopel | Foster Pepper Schefelman | Fidelity, Kathy Jones |
| David Primack | McElroy Deutsch Mulvaney Carpenter | TCEH Notes cofids |
| Garvan McDaniel | Hogan McDaniel | Contrarian |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# SIGN-IN SHEET

**CASE NAME:** Energy Future
**CASE NO:** 14-10979
**COURTROOM LOCATION:** 6
**DATE:** 9/19/2016 at 10:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Laura Davis Jones | Pachulski Stang Ziehl & Jones | Second Lien Indenture Trustee |
| Joshua Brody | Kramer Levin Naftalis Frankel | Second Lien Indenture Trustee |
| Jennifer Sharret | Kramer Levin Naftalis Frankel | Second Lien Indenture Trustee |
| Jeffrey S. Sabin | Venable, LLP | PIMCO |
| Jamie Edmonson | " | PIMCO |
| Matthew McGuire | Landis Rath & Cobb | NextEra |
| Howard Seife | Chadbourne & Parke | " |
| Andrew Rosenblatt | " | " |
| Marc Ashley | " | " |
| Brian Glueckstein | Sullivan & Cromwell | E-Side Committee |
| Mark A. Fink | Montgomery McCracken | " |
| Jeffrey Schierf | Fox Rothschild | Ad hoc Group of TCEH unsecured noteholders |
| Christopher Shore | White & Case | " |
| Jason Madron | RLF | Debtor |
| Ned Schodek | Shearman & Sterling | Deutsche Bank New York |
| R. Stephen McGuill | Potter Anderson & Corroon | " |
| Richard L. Schepacarter | USDOJ - OUST | U.S. Trustee |
| Chad Husnick | Kirkland & Ellis LLP | Debtors |
| Justin Sowa | " | " |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# Court Conference

**U.S. Bankruptcy Court-Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Christopher S. Sontchi**
**#6**

Calendar Date: 09/19/2016
Calendar Time: 10:00 AM ET

2nd Revision 09/19/2016 05:25 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7847362 | Jacob A. Adlerstein | (212) 373-3142 | Paul Weiss Rifkind Wharton & Garrison | Debtor, Energy Future Holdings Corp. / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7843909 | Scott L. Alberino | (202) 887-4000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Ad Hoc Committee of Unsecure Note Holders / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7846640 | Arlene R. Alves | (212) 574-1204 | Seward & Kissel LLP | Creditor, Wilmington Trust as First Lien Collateral Agent and Administrative Agent / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7791224 | Ashley F. Bartram | (512) 475-4937 | State of Texas - Office of the Attorney General -Bankruptcy & Collections Div.Only | Interested Party, Public Utility Commission of Texas / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7849643 | Peg A. Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Dow Jones & Co. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7843935 | Philip E. Brown | (212) 649-9596 | PSAM, LP | Creditor, PSAM, LP / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7843918 | Stephen Burnazian | (212) 878-3526 | Avenue Capital Group | Interested Party, AHCEFIH / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7847794 | Christopher L. Carter | (617) 951-8063 | Morgan Lewis & Bockius LLP | Creditor, Pacific Investment Management Company / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7841814 | Michael Carter - Client | (214) 953-6500 | Baker Botts LLP | Interested Party, Hunt Utility Services / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7843802 | Mark A. Cody | (312) 269-4392 | Jones Day | Creditor, Oncor Electric Delivery Holdings Company, LLC / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7850996 | Andrew Cohen | (312) 589-6428 | Pentwater Capital | Creditor, Andrew Cohen / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7852482 | Alexander DeFelice | (212) 651-9507 | MatlinPatterson Global Opportunities Fund | Creditor, Energy Future Holdings / LISTEN ONLY |

| Case | Type | ID | Name | Phone | Firm | | Representing |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | Hearing | 14-10979 | 7852467 | Daniel B. Denny | 213-229-7646 | Gibson, Dunn & Crutcher LLP | Interested Party, Gibson Dunn & Crutcher LLP / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 7838249 | Cheryl Dietrich | (212) 408-5405 | Chadbourne & Parke LLP | Interested Party, Nextera Energy / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 7846739 | Stacey Dore | (212) 446-6411 | Energy Future Holdings Corp. | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 7852479 | David Dunn | (203) 529-1765 | Cross Sound Management, LLC | Interested Party, Cross Sound Managment, / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 7843906 | Catherine Eisenhut | (941) 306-7283 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Ad Hoc Committee of Unsecured Note Holders / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 7843927 | Bradley Feingerts | (302) 651-7886 | GSO Capital Partners | Interested Party, GSO Capital Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 7852477 | Barry Felder | (212) 338-3540 | Foley & Lardner LLP | Trustee, UMB / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 7841073 | Michael Firestein | (310) 284-5661 | Proskauer Rose LLP | Debtor, Energy Future Holdings Corp / LIVE |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 7846809 | Mark Flannagan | (212) 808-7925 | UMB Bank | Creditor, UMB Bank N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 7843930 | Patrick Fleury | (302) 571-6727 | GSO Capital Partners | Interested Party, GSO Capital Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 7843939 | Meghan Force | (212) 710-6575 | York Capital Management, (U.S. Advisors) LP | Interested Party, York Capital Management / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 7821446 | Philip A. Gelston | (212) 474-1548 | Cravath Swaine & Moore LLP | Specially Appearing For, Energy Future Intermediate Holding Company LLC / LIVE |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 7852470 | Marty Gillece | (212) 538-1629 | Chadbourne & Parke LLP | Interested Party, NexTera Energy / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 7849177 | Seth Goldman | (213) 683-9554 | Munger, Tolles & Olson LLP | Interested Party, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 7848411 | Todd M. Goren | (212) 468-8000 | Morrison & Foerster LLP | Representing, The Official Committee of Unsecured Creditors / LIVE |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 7843945 | Beau Harbour | (212) 588-6132 | Mudrick Capital Management, LP | Interested Party, Mudrick Capital Management / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7846802 | Mark F. Hebbeln | (312) 832-4394 | Foley & Lardner, LLP | Trustee, UMB Bank N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7852464 | Mark Hickson - Client | (212) 408-5405 | Chadbourne & Parke LLP | Interested Party, NexTera Energy / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7851071 | Patrick Holohan | (646) 412-5336 | Merger Market | Interested Party, Debtwire / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7852466 | Amber Huang | (212) 538-1629 | Chadbourne & Parke LLP | Interested Party, NexTera Energy / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7846729 | Natasha Hwangpo | (212) 909-3198 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7843923 | Matthew Kimble | (212) 878-3504 | Avenue Capital Group | Interested Party, AHCEFIH / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7852480 | Jeffrey C. Krause | (213) 229-7995 | Gibson, Dunn & Crutcher LLP | Interested Party, Gibson, Dunn & Crutcher LLP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7852472 | Eric L. Lane | (212) 538-1629 | Chadbourne & Parke LLP | Interested Party, NexTera Energy / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7841841 | Chris McBay - Client | (214) 953-6487 | Baker Botts LLP | Interested Party, Hunt Utility Services / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7791237 | Hal F. Morris | (512) 475-4550 | State of Texas - Office of the Attorney General -Bankruptcy & Collections Div.Only | Interested Party, Public Utility Commission of Texas / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7838240 | Jainik Patel | (212) 408-5405 | Chadbourne & Parke LLP | Interested Party, Nextera Energy / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7843914 | Abid Qureshi | (212) 872-1000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Ad Hoc Committee Of EFIH Unsecured Noteholders / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7841567 | Claudia Ricciardi | (212) 474-1000 | Cravath Swaine & Moore LLP | Debtor, Energy Future Intermediate Future Holding Company / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7838231 | Nicole Saavedra | (212) 408-5100 | Chadbourne & Parke LLP | Interested Party, Nextera Energy / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7848651 | Erik Schneider | (617) 345-1112 | Nixon Peabody LLP | Creditor, American Stock Transfer / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7799881 | Noah M Schottenstein | (214) 953-6500 | Baker Botts LLP | Interested Party, Hunt Utility Services / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7852468 | David Smith | Chadbourne & Parke LLP | (212) 538-1629 | Interested Party, NexTera Energy / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7840624 | Fredric Sosnick | Shearman & Sterling LLP | 212-848-8571 | Creditor, Deutsche Bank National Trust Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7845432 | Marsha Sukach | Kramer Levin Naftalis & Frankel LLP | (212) 715-9551 | Creditor, Second Lien Note Holders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7849553 | Angelo Thalassinos | Reorg Research, Inc. | (212) 588-8890 | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7847769 | Andrew M. Thau | Cantor Fitzgerald | (212) 915-1232 | Interested Party, Cantor Fitzgerald / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7847517 | Amer Tiwana | Cowen and Company | (646) 616-3052 | Interested Party, Cowen and Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7849647 | Carl Tullson | Skadden Arps Slate Meagher & Flom (Chicago) | (312) 407-0379 | Representing, Borealis Infrastructure Management Inc. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7847337 | Michael Turkel | Paul Weiss Rifkind Wharton & Garrison | (212) 373-3689 | Creditor, The Steering Committee of TCEH First Lien Lenders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7846562 | Matthew Underwood | HBK Capital | 212-588-5148 | Interested Party, HBK Capital / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7849172 | Thomas Walper | Munger, Tolles & Olson LLP | (213) 593-5393 | Interested Party, Energy Future Holdings / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7852295 | Julia M. Winters | Bloomberg LP | (212) 617-6592 | Interested Party, Bloomberg LP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7846746 | Aparna Yenamandra | Kirkland & Ellis LLP | (212) 446-4800 | Debtor, Energy Future Holding Corp. / LISTEN ONLY |