# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
|  | ) Re: D.I. 9479 |

### CERTIFICATION OF COUNSEL REGARDING "MOTION FOR ENTRY OF AN ORDER AUTHORIZING ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC AND EFIH FINANCE, INC. TO FILE UNDER SEAL CERTAIN PORTIONS OF THE FIRST AMENDMENT TO THE EFIH DEBTOR-IN-POSSESSION CREDIT AGREEMENT AND RELATED ENGAGEMENT LETTER RELATING TO FEES" [D.I. 9479]

The undersigned hereby certifies as follows:

1. On September 2, 2016, Energy Future Intermediate Holding Company LLC ("EFIH") and EFIH Finance Inc. (together with EFIH, the "EFIH Debtors") filed the *Motion for Entry of an Order Authorizing Energy Future Intermediate Holding Company LLC and EFIH Finance, Inc. to File Under Seal Certain Portions of the First Amendment to the EFIH Debtor-In-Possession Credit Agreement and Related Engagement Letter Relating to Fees* [D.I. 9479] (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). Pursuant to the Motion, the EFIH Debtors are seeking entry of an order (a) authorizing the EFIH Debtors to file under seal certain fees in connection with the proposed first amendment to that certain Senior Secured Superpriority Debtor-in-Possession Credit Agreement and related engagement letter,

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing

RLF1 15192890v.1

and (b) directing that this information remain under seal, confidential, and not be made available to anyone without the consent of the EFIH Debtors and Deutsche Bank Securities Inc., except to (i) the Bankruptcy Court, (ii) the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") on a confidential basis, and (iii) the advisors to the EFH Creditors' Committee (as such term is defined in the Motion) on a confidential and "professionals' eyes only" basis.

2. Pursuant to the *Notice of "Motion for Entry of an Order Authorizing Energy Future Intermediate Holding Company LLC and EFIH Finance, Inc. to File Under Seal Certain Portions of the First Amendment to the EFIH Debtor-In-Possession Credit Agreement and Related Engagement Letter Relating to Fees" and Hearing Thereon*, filed and served contemporaneously with the Motion, objections or responses to the Motion were to be filed and served no later than 4:00 p.m. (Eastern Daylight Time) on September 16, 2016 (the "Objection Deadline"). A hearing to consider the relief requested in the Motion is scheduled to take place before the Bankruptcy Court on September 26, 2016 starting at 10:00 a.m. (Eastern Daylight Time).

3. Prior to the Objection Deadline, the U.S. Trustee contacted counsel to the EFIH Debtors with informal comments in connection with the Motion (the "Informal Response"). Other than the Informal Response, the EFIH Debtors did not receive any other responses or objections to the Motion prior to the Objection Deadline nor do any responses or objections to the Motion appear on the Bankruptcy Court's docket in the above-captioned chapter 11 cases.

4. Consequently, the EFIH Debtors have prepared a revised form of order in connection with the Motion (the "Revised Order") which fully resolves the Informal Response.

---

agent at http://www.efhcaseinfo.com.

3

A copy of the Revised Order is attached hereto as **Exhibit A**. A redline comparison of the Revised Order marked against the proposed form of order filed along with the Motion on September 2, 2016 is attached hereto as **Exhibit B.**

5.  The EFIH Debtors have confirmed that entry of the Revised Order, in the form attached hereto as **Exhibit A**, is acceptable to the U.S. Trustee and fully resolves the Informal Response.

6.  Consequently, the EFIH Debtors respectfully request that the Bankruptcy Court enter the Revised Order, in the form attached hereto as **Exhibit A**, at its earliest convenience.

*[Remainder of page intentionally left blank.]*

Dated: September 19, 2016  
Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
       defranceschi@rlf.com
       madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    edward.sassower@kirkland.com
       stephen.hessler@kirkland.com
       brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    james.sprayregen@kirkland.com
       marc.kieselstein@kirkland.com
       chad.husnick@kirkland.com
       steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession