# EXHIBIT A

**Professional Fees and Expenses**
**Monthly Fee Statement**

| Applicant | Fee Statement Period, Filing Date, & Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| Jenner & Block LLP  919 Third Avenue New York, NY 10022 | Fourteenth Monthly Fee Statement  07/01/2016 through 07/31/2016  Docket No. 9378 | $31,125.00 | $134.60 | 09/14/16 | $24,900.00 | $134.60 | $6,225.00 |