**EXHIBIT 1** to **EXHIBIT A**

**Modify Amount Claim**

ENERGY FUTURE HOLDINGS CORP., et al.

FORTY-THIRD OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Modify Amount

| | NAME | CLAIM # | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | UNITED STATES GYPSUM COMPANY C/O SUTHERLAND ASBILL & BRENNAN LLP ATTN: LINO MENDIOLA ONE AMERICAN CTR; 600 CONGRESS AVE #2000 AUSTIN, TX 78701-3232 | 9874 | Luminant Generation Company LLC | Unsecured | $100,000.00* | Luminant Generation Company LLC | Unsecured | $1,000,000.00 |
| | REASON FOR MODIFICATION: Modified amount owed according to Debtors' books and records and ongoing discussion with claimant. | | | | | | | |
| | | | | TOTAL | $100,000.00* | | TOTAL | $1,000,000.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 1