**EXHIBIT 1** to **EXHIBIT A**

**Wrong Debtor and Modify Amount Claim**

## ENERGY FUTURE HOLDINGS CORP., et al.

### THIRTY-SEVENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Wrong Debtor and Modify Amount Claim

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | ARAMARK UNIFORM & CAREER APPAREL, LLC D/B/A ARAMARK UNIFORM SERVICES ATTN: SHEILA R. SCHWAGER P.O. BOX 1617 BOISE, ID 83701 | 5865 | Luminant Mining Company LLC | Administrative | $26,997.23 | Luminant Generation Company LLC | Administrative | $3,078.50 |
| | | | Luminant Mining Company LLC | Unsecured | $82,644.98 | Luminant Mining Company LLC | Administrative | $16,178.46 |
| | | | | | | Luminant Generation Company LLC | Unsecured | $13,651.97 |
| | | | | | | Luminant Mining Company LLC | Unsecured | $45,937.65 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | $18,222.98 |
| | | | | | | Sandow Power Company LLC | Unsecured | $2,933.41 |
| | | | | Subtotal | $109,642.21 | | Subtotal | $100,002.97 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects adjustment (1) for amount the Debtors are not liable for, the Debtors believe that the liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC; (2) for which the Debtors' are not liable, according to their books and records (liability, if any, is owed by a non-Debtor third-party); and (3) per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.

| | | | | TOTAL | $109,642.21 | | TOTAL | $100,002.97 |

Page 1 of 1