## EXHIBIT 1 to EXHIBIT A

**Disputed (Wrong Debtor) Claim**

RLF1 15192976v.1

**ENERGY FUTURE HOLDINGS CORP., et al.**

**FIRST OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Wrong Debtor Claim**

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | ALLIED ELECTRONICS INC<br>PO BOX 2325<br>FORT WORTH, TX 76113 | 3312 | TXU Electric Company, Inc. | Unsecured | $1,254.72 | Luminant Generation Company LLC | Unsecured | $1,254.72 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| | | | | TOTAL | $1,254.72 | | TOTAL | $1,254.72 |