**EXHIBIT 2** to **EXHIBIT A**

**Disputed (Modify Amount) Claim**

## ENERGY FUTURE HOLDINGS CORP., et al.

### FIRST OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – Modify Amount Claim

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | ALLIED ELECTRONICS INC<br>PO BOX 2325<br>FORT WORTH, TX 76113 | 3313 | EFH Corporate Services Company | Unsecured | $751.83 | EFH Corporate Services Company | Unsecured | $116.10 |
| | REASON FOR MODIFICATION: Modified amount reflects adjustment per a review of the claimant's Proof of Claim, the documents attached thereto, a reasonable review of the Debtors' books and records, and further discussion with claimant. | | | | | | | |
| | | | | TOTAL | $751.83 | | TOTAL | $116.10 |

Page 1 of 1