**EXHIBIT 1** to **EXHIBIT A**

**Adjourned Claim**
**(Modify Amount)**

ENERGY FUTURE HOLDINGS CORP., et al.

TWENTY-FIRST OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Modify Amount Claim

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | TANNOR PARTNERS CREDIT FUND LP AS ASSIGNEE FOR WIREROPE WORKS INC. 150 GRAND ST STE 401 WHITE PLAINS, NY 10601 | 3637 | Luminant Mining Company LLC | 503(b)(9) | $150,330.88 | Luminant Mining Company LLC | 503(b)(9) | $140,384.72 |
| | REASON FOR MODIFICATION: Modified amount reflects Debtors' books and records. Remaining balance of $9,946.16 is reflected in claim no. 3638 on the claims register. | | | | | | | |
| | | | | TOTAL | $150,330.88 | | TOTAL | $140,384.72 |

Page 1 of 1