**EXHIBIT 2** to **EXHIBIT A**

Disputed Claim
(Modify Amount and Modify Priority)

## ENERGY FUTURE HOLDINGS CORP., et al.

### TWENTY-FIRST OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – Modify Amount and Modify Priority Claim

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | TANNOR PARTNERS CREDIT FUND LP AS ASSIGNEE FOR ROMCO EQUIPMENT COMPANY 150 GRAND STREET SUITE 401 WHITE PLAINS, NY 10601 | 4684 | Luminant Mining Company LLC | 503(b)(9) | $189,206.61 | Luminant Mining Company LLC | 503(b)(9) | $164,712.03 |
| | | | | | | Luminant Mining Company LLC | Unsecured | $268.27 |
| | | | | | | | Subtotal | $164,980.30 |

REASON FOR MODIFICATION: Modified amount reflects amount owed according to Debtors' books and records. Modified priority reflects goods that were received by the Debtor more than 20 days before the petition date, claims for which are ineligible for 503(b)(9) priority status.

| | | | TOTAL | $189,206.61 | | TOTAL | $164,980.30 |
|---|---|---|---|---|---|---|---|

Page 1 of 1