## Exhibit A

## Miller & Chevalier Invoices

**Miller & Chevalier**

900 16th Street, NW
Washington, DC 20006-2901
(202) 626-5800  FAX: (202) 626-5801
E.I.N. 52-1212890

| | |
|---|---|
| LEGAL SERVICES FOR: | Jeffrey J. Walker |
| | Vice President, Associate General Counsel & Secretary |
| | Energy Future Holdings |
| | 1601 Bryan Street, 43rd Floor |
| | Dallas, TX  75201 |

| | | |
|---|---|---|
| PERIOD: May 2016 | INVOICE NO: | 340881 |
| | CLIENT/MATTER NO.: | 869938.000018 |
| | DATE: | June 13, 2016 |

FOR PROFESSIONAL SERVICES RENDERED
for the period ending May 31, 2016, in connection with:

<u>Pension Funding</u>
<u>E-Bill: Serengeti</u>

| | |
|---|---|
| Fees | $   22,451.25 |
| **Total Amount Due** | **$   22,451.25** |

Energy Future Holdings  
Page 2

Invoice No. 340881  
Client/Matter No. 869938.000018  
June 13, 2016

## TIME DETAIL

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/02/16 | L. J. Asali | Review ▮ regarding ▮; conference with ▮ regarding ▮ | 1.00 | 630.00 | $ 630.00 |
| 05/02/16 | A. G. Provenzano | Review ▮. | 1.25 | 605.00 | 756.25 |
| 05/03/16 | E. M. Sweeney | Review ▮. | 0.25 | 580.00 | 145.00 |
| 05/05/16 | A. G. Provenzano | Review ▮ regarding ▮. | 2.25 | 605.00 | 1,361.25 |
| 05/06/16 | A. G. Provenzano | Review ▮. | 2.00 | 605.00 | 1,210.00 |
| 05/13/16 | A. G. Provenzano | Review ▮. | 1.50 | 605.00 | 907.50 |
| 05/13/16 | E. M. Sweeney | Review ▮. | 0.50 | 580.00 | 290.00 |
| 05/16/16 | A. G. Provenzano | Review ▮ and ▮. | 2.50 | 605.00 | 1,512.50 |
| 05/16/16 | E. M. Sweeney | Review ▮. | 0.75 | 580.00 | 435.00 |
| 05/16/16 | Y. Ding | Research whether ▮. | 4.50 | 330.00 | 1,485.00 |
| 05/17/16 | A. G. Provenzano | Review ▮ of ▮ review ▮. | 2.00 | 605.00 | 1,210.00 |
| 05/17/16 | E. M. Sweeney | Review ▮. | 0.50 | 580.00 | 290.00 |
| 05/17/16 | Y. Ding | Research whether ▮ under ▮ and whether ▮. | 2.50 | 330.00 | 825.00 |
| 05/19/16 | E. M. Sweeney | Coordinate with ▮ regarding ▮. | 0.25 | 580.00 | 145.00 |
| 05/20/16 | E. M. Sweeney | Coordinate with ▮ regarding ▮. | 0.25 | 580.00 | 145.00 |
| 05/24/16 | A. G. Provenzano | Review ▮ regarding ▮. | 1.75 | 605.00 | 1,058.75 |

Energy Future Holdings
Page 3

Invoice No.340881
Client/Matter No. 869938.000018
June 13, 2016

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/26/16 | E. M. Sweeney | Review ▮ in preparation for ▮. | 0.75 | 580.00 | 435.00 |
| 05/26/16 | Y. Ding | Analyze ▮. | 0.75 | 330.00 | 247.50 |
| 05/27/16 | A. G. Provenzano | Call with ▮ regarding ▮; review ▮ of same. | 1.50 | 605.00 | 907.50 |
| 05/27/16 | E. M. Sweeney | Review ▮; review ▮; coordinate with ▮ regarding same. | 7.75 | 580.00 | 4,495.00 |
| 05/27/16 | Y. Ding | Prepare for and discuss with ▮ regarding ▮. | 1.00 | 330.00 | 330.00 |
| 05/30/16 | A. G. Provenzano | Prepare ▮ to ▮ by ▮. | 1.50 | 605.00 | 907.50 |
| 05/31/16 | A. G. Provenzano | Review ▮ and ▮ regarding same. | 4.50 | 605.00 | 2,722.50 |
| Total Fees | | | | | **$ 22,451.25** |

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| L. J. Asali | 1.00 | 630.00 | $ 630.00 |
| A. G. Provenzano | 20.75 | 605.00 | 12,553.75 |
| E. M. Sweeney | 11.00 | 580.00 | 6,380.00 |
| Y. Ding | 8.75 | 330.00 | 2,887.50 |
| Total Fees | | | $ 22,451.25 |

# Miller & Chevalier

900 16th Street, NW
Washington, DC  20006-2901
(202) 626-5800  FAX: (202) 626-5801
E.I.N. 52-1212890

---

### REMITTANCE PAGE

### For Professional Services Rendered

Jeffrey J. Walker
Vice President, Associate General Counsel & Secretary
Energy Future Holdings
1601 Bryan Street, 43rd Floor
Dallas, TX  75201

PLEASE INDICATE INVOICE NUMBER ON REMITTANCE
Invoice No: 340881
Client/Matter No: 869938.000018
June 13, 2016

---

| | |
|---|---:|
| Balance Due From Previous Statement | $ 219,263.20 |
| Total Fees and Expenses - Current Period | 22,451.25 |
| **Total Amount Due** | **$ 241,714.45** |

### OUTSTANDING STATEMENTS

| Date | Invoice | Invoice Amount | Payment Received | Balance |
|---|---|---|---|---|
| 02/18/16 | 339332 | $26,016.50 | $0.00 | $26,016.50 |
| 03/16/16 | 339488 | $41,779.00 | $0.00 | $41,779.00 |
| 04/11/16 | 339945 | $131,680.50 | $0.00 | $131,680.50 |
| 05/31/16 | 340436 | $19,787.20 | $0.00 | $19,787.20 |

### AGING

| Current | 31-60 Days | 61-90 Days | 91-120 Days | Over 120 Days |
|---|---|---|---|---|
| $19,787.20 | $0.00 | $173,459.50 | $26,016.50 | $0.00 |

**PLEASE RETURN THIS COPY WITH YOUR PAYMENT TO:**
**Miller & Chevalier Chartered, P.O. BOX 758604, Baltimore, MD  21275-8604**

| PAYMENT BY WIRE ONLY: | | PAYMENT BY ACH ONLY: | |
|---|---|---|---|
| BANK: | WELLS FARGO WASHINGTON, D.C. | BANK: | WELLS FARGO WASHINGTON, D.C. |
| ACCOUNT: | 2000002972561 | ACCOUNT: | 2000002972561 |
| ABA: | 121000248 | ABA: | 054001220 |
| SWIFT CODE: | WFBIUS6S | | |

**Miller & Chevalier**

900 16th Street, NW
Washington, DC 20006-2901
(202) 626-5800  FAX: (202) 626-5801
E.I.N. 52-1212890

---

LEGAL SERVICES FOR:   Jeffrey J. Walker
Vice President, Associate General Counsel & Secretary
Energy Future Holdings
1601 Bryan Street, 43rd Floor
Dallas, TX  75201

PERIOD:   June 2016

INVOICE NO:   341255
CLIENT/MATTER NO.:   869938.000018
DATE:   July 20, 2016

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending June 30, 2016, in connection with:

<u>Pension Funding</u>
<u>E-Bill: Serengeti</u>

| | |
|---|---|
| Fees | $   126,780.50 |
| Expenses | 451.43 |
| **Total Amount Due** | **$   127,231.93** |

Energy Future Holdings  
Page 2

Invoice No.341255  
Client/Matter No. 869938.000018  
July 20, 2016

## TIME DETAIL

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/01/16 | A. G. Provenzano | Review ▮▮▮ and v▮▮▮ ▮▮▮; prepare ▮▮▮ of same; prepare ▮▮▮. | 2.75 | 605.00 | $ 1,663.75 |
| 06/01/16 | E. M. Sweeney | Review ▮▮▮; provide ▮▮▮; coordinate with ▮ ▮▮▮ regarding same. | 3.00 | 580.00 | 1,740.00 |
| 06/02/16 | A. G. Provenzano | Review and ▮▮▮ regarding ▮▮▮; review ▮▮▮ regarding ▮▮▮. | 2.75 | 605.00 | 1,663.75 |
| 06/02/16 | E. M. Sweeney | Coordinate with ▮▮▮ regarding ▮▮▮ and ▮▮▮; review ▮▮▮ regarding ▮▮▮. | 1.25 | 580.00 | 725.00 |
| 06/02/16 | Y. Ding ^^^ | Attend ▮▮▮ regarding ▮▮▮ regarding ▮▮▮. | 0.75 | 330.00 | 247.50 |
| 06/03/16 | A. G. Provenzano | Review ▮▮▮; review and ▮▮▮s regarding same. | 2.50 | 605.00 | 1,512.50 |
| 06/03/16 | E. M. Sweeney | Review ▮▮▮; attend ▮▮▮ regarding ▮▮▮. | 4.25 | 580.00 | 2,465.00 |
| 06/03/16 | Y. Ding ^^^ | ▮▮▮ ▮▮▮. | 1.75 | 330.00 | 577.50 |
| 06/06/16 | A. G. Provenzano | Update ▮▮▮. | 1.75 | 605.00 | 1,058.75 |
| 06/07/16 | A. G. Provenzano | Prepare ▮▮▮; ▮▮▮e ▮▮▮. | 1.75 | 605.00 | 1,058.75 |
| 06/07/16 | E. M. Sweeney | Review and ▮▮▮; ▮▮▮ regarding same. | 8.50 | 580.00 | 4,930.00 |
| 06/08/16 | E. M. Sweeney | Review ▮▮▮ and ▮▮▮; review ▮▮▮; review ▮▮▮. | 5.50 | 580.00 | 3,190.00 |

Energy Future Holdings
Page 3

Invoice No.341255
Client/Matter No. 869938.000018
July 20, 2016

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/09/16 | E. M. Sweeney | Coordinate with ▮▮ regarding ▮▮; coordinate with ▮▮ regarding same; ▮▮. | 2.75 | 580.00 | 1,595.00 |
| 06/10/16 | E. M. Sweeney | Review ▮▮; review and ▮▮; coordinate with ▮▮ regarding same. | 9.25 | 580.00 | 5,365.00 |
| 06/11/16 | A. G. Provenzano | Review ▮▮. | 3.50 | 605.00 | 2,117.50 |
| 06/13/16 | A. G. Provenzano | Review ▮▮; review ▮▮; call regarding same. | 3.75 | 605.00 | 2,268.75 |
| 06/13/16 | E. M. Sweeney | ▮▮ with ▮▮ regarding ▮▮; coordinate with ▮▮ regarding ▮▮; attend ▮▮. | 8.25 | 580.00 | 4,785.00 |
| 06/13/16 | N. Wamsley | ▮▮ with ▮▮; and ▮▮ regarding same. | 3.80 | 330.00 | 1,254.00 |
| 06/14/16 | L. J. Asali | Review revised ▮▮; confer with ▮▮ regarding ▮▮; review ▮▮; ▮▮. | 2.25 | 630.00 | 1,417.50 |
| 06/14/16 | A. G. Provenzano | ▮▮ regarding ▮▮; review ▮▮ regarding same; review i▮▮; review ▮▮. | 3.25 | 605.00 | 1,966.25 |
| 06/14/16 | E. M. Sweeney | Coordinate with ▮▮ regarding ▮▮; coordinate with ▮▮ regarding ▮▮; review ▮▮ regarding same. | 4.25 | 580.00 | 2,465.00 |

Energy Future Holdings
Page 4

Invoice No.341255
Client/Matter No. 869938.000018
July 20, 2016

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/14/16 | N. Wamsley | Research and ▮▮▮. | 4.40 | 330.00 | 1,452.00 |
| 06/15/16 | A. G. Provenzano | Summary of ▮▮▮; review ▮▮▮; prepare ▮▮ regarding ▮▮. | 1.75 | 605.00 | 1,058.75 |
| 06/15/16 | E. M. Sweeney | Coordinate with ▮▮ regarding ▮; ▮▮; review ▮▮ regarding same; review ▮▮. | 2.00 | 580.00 | 1,160.00 |
| 06/15/16 | N. Wamsley | Research ▮▮▮; ▮▮ regarding same. | 4.20 | 330.00 | 1,386.00 |
| 06/16/16 | A. G. Provenzano | Review ▮▮ and ▮▮▮. | 1.25 | 605.00 | 756.25 |
| 06/16/16 | E. M. Sweeney | Coordinate with ▮▮ regarding ▮▮; coordinate with ▮▮ regarding ▮▮; coordinate with ▮▮ regarding ▮▮. | 2.50 | 580.00 | 1,450.00 |
| 06/16/16 | N. Wamsley | Edit ▮▮ on ▮▮; ▮▮ with ▮▮▮. | 3.00 | 330.00 | 990.00 |
| 06/17/16 | E. M. Sweeney | Review ▮▮; review ▮▮▮; coordinate with ▮▮ ▮▮ regarding same; provide ▮▮▮; review ▮▮▮. | 6.50 | 580.00 | 3,770.00 |
| 06/18/16 | A. G. Provenzano | Prepare ▮▮ regarding ▮▮▮; review ▮▮▮. | 2.50 | 605.00 | 1,512.50 |
| 06/19/16 | A. G. Provenzano | Prepare ▮▮ regarding ▮▮▮; review ▮▮▮. | 6.25 | 605.00 | 3,781.25 |

Energy Future Holdings
Page 5

Invoice No.341255
Client/Matter No. 869938.000018
July 20, 2016

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/19/16 | E. M. Sweeney | Review ▇▇▇ regarding ▇▇▇; coordinate with ▇▇▇. | 6.50 | 580.00 | 3,770.00 |
| 06/19/16 | N. Wamsley | Research ▇▇▇; ▇▇▇ of ▇▇▇ and ▇▇▇ same with ▇▇▇. | 7.00 | 330.00 | 2,310.00 |
| 06/20/16 | A. G. Provenzano | Prepare ▇▇▇ regarding ▇▇▇; review ▇▇▇; prepare ▇▇▇ regarding same. | 8.25 | 605.00 | 4,991.25 |
| 06/20/16 | E. M. Sweeney | Coordinate with ▇▇▇ regarding ▇▇▇; revise ▇▇▇. | 11.00 | 580.00 | 6,380.00 |
| 06/20/16 | N. Wamsley | Review and ▇▇▇; ▇▇▇ regarding same. | 3.40 | 330.00 | 1,122.00 |
| 06/21/16 | A. G. Provenzano | Review ▇▇▇ regarding ▇▇▇. | 7.75 | 605.00 | 4,688.75 |
| 06/21/16 | E. M. Sweeney | Review ▇▇▇; revise ▇▇▇; attend ▇▇▇ regarding ▇▇▇. | 7.25 | 580.00 | 4,205.00 |
| 06/22/16 | A. G. Provenzano | Review ▇▇▇ and ▇▇▇ regarding ▇▇▇. | 5.75 | 605.00 | 3,478.75 |
| 06/23/16 | L. J. Asali | Review ▇▇▇. | 1.00 | 630.00 | 630.00 |
| 06/23/16 | A. G. Provenzano | Review ▇▇▇ and ▇▇▇; prepare ▇▇▇ regarding same. | 6.25 | 605.00 | 3,781.25 |
| 06/23/16 | E. M. Sweeney | Review ▇▇▇; provide ▇▇▇; ▇▇▇ regarding ▇▇▇. | 5.75 | 580.00 | 3,335.00 |
| 06/24/16 | L. J. Asali | Draft ▇▇▇ regarding ▇▇▇. | 3.00 | 630.00 | 1,890.00 |
| 06/24/16 | A. G. Provenzano | Review ▇▇▇ from ▇▇▇. | 3.75 | 605.00 | 2,268.75 |

Energy Future Holdings
Page 6

Invoice No. 341255
Client/Matter No. 869938.000018
July 20, 2016

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/24/16 | E. M. Sweeney | Coordinate with ▮ regarding ▮; review ▮ regarding ▮; meeting with ▮ regarding ▮; review ▮; revise ▮. | 10.75 | 580.00 | 6,235.00 |
| 06/24/16 | N. Wamsley | Research ▮ regarding ▮. | 2.30 | 330.00 | 759.00 |
| 06/27/16 | A. G. Provenzano | Review ▮; prepare ▮ regarding same. | 4.25 | 605.00 | 2,571.25 |
| 06/27/16 | E. M. Sweeney | Review ▮; coordinate with ▮ regarding ▮. | 4.00 | 580.00 | 2,320.00 |
| 06/27/16 | N. Wamsley | Research ▮; with ▮. | 1.00 | 330.00 | 330.00 |
| 06/28/16 | A. G. Provenzano | Review ▮, and ▮ regarding same. | 1.75 | 605.00 | 1,058.75 |
| 06/28/16 | E. M. Sweeney | Provide ▮; attend ▮ to ▮. | 5.50 | 580.00 | 3,190.00 |
| 06/29/16 | A. G. Provenzano | Review ▮ regarding ▮; ▮ regarding same. | 2.25 | 605.00 | 1,361.25 |
| 06/29/16 | E. M. Sweeney | Review ▮ regarding ▮. | 1.50 | 580.00 | 870.00 |
| 06/30/16 | A. G. Provenzano | ▮ with ▮ regarding ▮ with ▮ regarding same; review ▮. | 3.25 | 605.00 | 1,966.25 |
| 06/30/16 | E. M. Sweeney | Coordinate with ▮ regarding ▮; attend ▮; review ▮. | 3.25 | 580.00 | 1,885.00 |

Total Fees                                                                                                                $ **126,780.50**

Energy Future Holdings  
Page 7

Invoice No.341255  
Client/Matter No. 869938.000018  
July 20, 2016

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| L. J. Asali | 6.25 | 630.00 | $ 3,937.50 |
| A. G. Provenzano | 77.00 | 605.00 | 46,585.00 |
| E. M. Sweeney | 113.50 | 580.00 | 65,830.00 |
| Y. Ding ^^^ | 2.50 | 330.00 | 825.00 |
| N. Wamsley | 29.10 | 330.00 | 9,603.00 |
| Total Fees | | | $ 126,780.50 |

^^ Not admitted to practice in the District of Columbia.  Admitted only in <u>Florida</u>.  Practice limited to federal taxation issues and matters before the Internal Revenue Service.

^^^ Admitted to <u>New York</u> only.  Not admitted in the District of Columbia.  Practicing under the supervision of a member of the D.C. Bar.

## EXPENSE SUMMARY

| Description | Amount |
|---|---:|
| Lexis/Westlaw | $ 427.43 |
| Telephone | 24.00 |
| Total Expenses | $ 451.43 |

# Miller & Chevalier

900 16th Street, NW
Washington, DC  20006-2901
(202) 626-5800  FAX: (202) 626-5801
E.I.N. 52-1212890

---

## REMITTANCE PAGE

**For Professional Services Rendered**

Jeffrey J. Walker
Vice President, Associate General Counsel & Secretary
Energy Future Holdings
1601 Bryan Street, 43rd Floor
Dallas, TX  75201

PLEASE INDICATE INVOICE NUMBER ON REMITTANCE
Invoice No: 341255
Client/Matter No: 869938.000018
July 20, 2016

---

| | |
|---|---:|
| Balance Due From Previous Statement | $ 241,714.45 |
| Credits/Adjustments | (2.20) |
| Payments Received Since Previous Statement | (199,476.00) |
| **Previous Balance Due** | **42,236.25** |
| Total Fees and Expenses - Current Period | 127,231.93 |
| **Total Amount Due** | **$ 169,468.18** |

### OUTSTANDING STATEMENTS

| Date | Invoice | Invoice Amount | Payment Received | Balance |
|---|---|---|---|---|
| 05/31/16 | 340436 | $19,787.20 | $0.00 | $19,785.00 |
| 06/13/16 | 340881 | $22,451.25 | $0.00 | $22,451.25 |

### AGING

| Current | 31-60 Days | 61-90 Days | 91-120 Days | Over 120 Days |
|---|---|---|---|---|
| $0.00 | $42,236.25 | $0.00 | $0.00 | $0.00 |

**PLEASE RETURN THIS COPY WITH YOUR PAYMENT TO:**
Miller & Chevalier Chartered, P.O. BOX 758604, Baltimore, MD  21275-8604

| PAYMENT BY <u>WIRE</u> ONLY: | | PAYMENT BY <u>ACH</u> ONLY: | |
|---|---|---|---|
| BANK: | WELLS FARGO WASHINGTON, D.C. | BANK: | WELLS FARGO WASHINGTON, D.C. |
| ACCOUNT: | 2000002972561 | ACCOUNT: | 2000002972561 |
| ABA: | 121000248 | ABA: | 054001220 |
| SWIFT CODE: | WFBIUS6S | | |

# Miller & Chevalier

900 16th Street, NW
Washington, DC 20006-2901
(202) 626-5800  FAX: (202) 626-5801
E.I.N. 52-1212890

| | |
|---|---|
| LEGAL SERVICES FOR: | Jeffrey J. Walker<br>Vice President, Associate General Counsel & Secretary<br>Energy Future Holdings<br>1601 Bryan Street, 43rd Floor<br>Dallas, TX  75201 |
| PERIOD: July 2016 | INVOICE NO: 341576<br>CLIENT/MATTER NO.: 869938.000018<br>DATE: August 8, 2016 |

FOR PROFESSIONAL SERVICES RENDERED
for the period ending July 31, 2016, in connection with:

<u>Pension Funding</u>
<u>E-Bill: Serengeti</u>

| | |
|---|---:|
| Fees | $ 155,423.75 |
| Expenses | 10.80 |
| **Total Amount Due** | **$ 155,434.55** |

Energy Future Holdings  
Page 2

Invoice No.341576  
Client/Matter No. 869938.000018  
August 8, 2016

## TIME DETAIL

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/01/16 | A. G. Provenzano | Review ▮▮. | 0.75 | 605.00 | $ 453.75 |
| 07/01/16 | E. M. Sweeney | Review ▮▮. | 0.50 | 580.00 | 290.00 |
| 07/05/16 | A. G. Provenzano | ▮▮ and ▮▮; review ▮▮. | 10.00 | 605.00 | 6,050.00 |
| 07/05/16 | E. M. Sweeney | Review ▮▮; prepare ▮▮; attend ▮▮; attend ▮▮; attend ▮▮. | 9.50 | 580.00 | 5,510.00 |
| 07/06/16 | A. G. Provenzano | Review and ▮▮; ▮▮ regarding same. | 2.25 | 605.00 | 1,361.25 |
| 07/06/16 | E. M. Sweeney | Review ▮▮; prepare ▮▮; attend ▮▮ regarding ▮▮; review ▮▮. | 11.75 | 580.00 | 6,815.00 |
| 07/07/16 | A. G. Provenzano | Review ▮▮ regarding same; revise ▮▮ regarding same. | 10.75 | 605.00 | 6,503.75 |
| 07/07/16 | E. M. Sweeney | Review ▮▮; attend ▮▮; attend ▮▮; attend ▮▮; review ▮▮; review ▮▮. | 13.50 | 580.00 | 7,830.00 |
| 07/08/16 | A. G. Provenzano | Prepare ▮▮. | 7.25 | 605.00 | 4,386.25 |
| 07/08/16 | E. M. Sweeney | Review and r▮▮. | 6.75 | 580.00 | 3,915.00 |
| 07/09/16 | E. M. Sweeney | Coordinate with ▮▮ regarding ▮▮; coordinate with ▮▮ regarding same; ▮▮. | 2.50 | 580.00 | 1,450.00 |
| 07/10/16 | E. M. Sweeney | Review ▮▮; coordinate with ▮▮; attend ▮▮. | 4.50 | 580.00 | 2,610.00 |

Energy Future Holdings
Page 3

Invoice No.341576
Client/Matter No. 869938.000018
August 8, 2016

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/11/16 | E. M. Sweeney | Revise ▓ ; ▓ ▓ . | 10.00 | 580.00 | 5,800.00 |
| 07/12/16 | A. G. Provenzano | Review ▓ regarding same. | 5.00 | 605.00 | 3,025.00 |
| 07/12/16 | E. M. Sweeney | Review ▓ ; attend ▓ ▓ . | 6.50 | 580.00 | 3,770.00 |
| 07/13/16 | A. G. Provenzano | ▓ ▓ . | 2.75 | 605.00 | 1,663.75 |
| 07/13/16 | E. M. Sweeney | Revise ▓ with ▓ regarding ▓ ; revise ▓ ▓ . | 6.25 | 580.00 | 3,625.00 |
| 07/14/16 | A. G. Provenzano | ▓ regarding ▓ review ▓ regarding same. | 3.25 | 605.00 | 1,966.25 |
| 07/14/16 | E. M. Sweeney | Coordinate with ▓ regarding ▓ ▓ regarding same. | 0.50 | 580.00 | 290.00 |
| 07/15/16 | E. M. Sweeney | Review ▓ ; coordinate with ▓ regarding ▓ ; ▓ ; ▓ regarding same. | 5.25 | 580.00 | 3,045.00 |
| 07/16/16 | A. G. Provenzano | Review ▓ . | 1.25 | 605.00 | 756.25 |
| 07/19/16 | A. G. Provenzano | Review ▓ regarding ▓ . | 1.25 | 605.00 | 756.25 |
| 07/20/16 | A. G. Provenzano | Review ▓ regarding same; call with ▓ regarding same; review ▓ regarding ▓ . | 8.75 | 605.00 | 5,293.75 |
| 07/20/16 | E. M. Sweeney | Attend ▓ ; ▓ ; prepare ▓ . | 10.50 | 580.00 | 6,090.00 |

Energy Future Holdings  
Page 4

Invoice No.341576  
Client/Matter No. 869938.000018  
August 8, 2016

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/21/16 | A. G. Provenzano | Review ▮ regarding ▮; ▮ regarding ▮; review ▮. | 3.75 | 605.00 | 2,268.75 |
| 07/21/16 | E. M. Sweeney | Coordinate with ▮ regarding ▮ attend ▮; participate in ▮. | 5.75 | 580.00 | 3,335.00 |
| 07/22/16 | A. G. Provenzano | Review ▮; prepare ▮ regarding same; ▮ regarding ▮; prepare ▮. | 5.75 | 605.00 | 3,478.75 |
| 07/22/16 | E. M. Sweeney | Review ▮; prepare ▮; review r ▮; review ▮; attend ▮. | 6.50 | 580.00 | 3,770.00 |
| 07/22/16 | Y. Ding ^^^ | Prepare for and ▮ regarding ▮. | 1.75 | 330.00 | 577.50 |
| 07/22/16 | Y. Ding ^^^ | Review ▮ | 1.50 | 330.00 | 495.00 |
| 07/23/16 | A. G. Provenzano | Review ▮ regarding same. | 2.50 | 605.00 | 1,512.50 |
| 07/23/16 | Y. Ding ^^^ | ▮. | 4.25 | 330.00 | 1,402.50 |
| 07/25/16 | A. G. Provenzano | Review ▮ regarding same; review ▮ regarding ▮. | 9.75 | 605.00 | 5,898.75 |
| 07/25/16 | E. M. Sweeney | Attend ▮; attend ▮; discuss ▮; review ▮. | 6.50 | 580.00 | 3,770.00 |
| 07/25/16 | Y. Ding ^^^ | Create ▮ | 0.75 | 330.00 | 247.50 |

Energy Future Holdings  
Page 5

Invoice No.341576  
Client/Matter No. 869938.000018  
August 8, 2016

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/26/16 | A. G. Provenzano | Revise ▮▮▮ regarding same. | 5.50 | 605.00 | 3,327.50 |
| 07/26/16 | E. M. Sweeney | ▮▮▮ ; coordinate with ▮▮▮ regarding same. | 9.00 | 580.00 | 5,220.00 |
| 07/27/16 | A. G. Provenzano | ▮▮▮ regarding ▮▮▮ regarding same; review ▮▮▮ regarding same. | 9.50 | 605.00 | 5,747.50 |
| 07/27/16 | E. M. Sweeney | Review ▮▮▮ ; attend ▮▮▮ regarding same. | 15.75 | 580.00 | 9,135.00 |
| 07/28/16 | A. G. Provenzano | Review ▮▮▮ ; review ▮▮▮ regarding ▮▮▮ ; ▮▮▮ regarding same. | 7.50 | 605.00 | 4,537.50 |
| 07/28/16 | E. M. Sweeney | Revise ▮▮▮ ; coordinate with ▮▮▮ ; coordinate with ▮▮▮ ; prepare ▮▮▮ | 14.25 | 580.00 | 8,265.00 |
| 07/29/16 | A. G. Provenzano | ▮▮▮ . | 1.75 | 605.00 | 1,058.75 |
| 07/29/16 | E. M. Sweeney | Review ▮▮▮ , and ▮▮▮ review ▮▮▮ regarding same; review F▮▮▮ review ▮▮▮ ; review ▮▮▮ ; and ▮▮▮ regarding ▮▮▮ . | 14.00 | 580.00 | 8,120.00 |

Total Fees     **$ 155,423.75**

Energy Future Holdings  
Page 6  

Invoice No.341576  
Client/Matter No. 869938.000018  
August 8, 2016  

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| A. G. Provenzano | 99.25 | 605.00 | $ 60,046.25 |
| E. M. Sweeney | 159.75 | 580.00 | 92,655.00 |
| Y. Ding ^^^ | 8.25 | 330.00 | 2,722.50 |
| Total Fees | | | $ 155,423.75 |

^^ Not admitted to practice in the District of Columbia. Admitted only in Florida. Practice limited to federal taxation issues and matters before the Internal Revenue Service.

^^^ Admitted to New York only. Not admitted in the District of Columbia. Practicing under the supervision of a member of the D.C. Bar.

## EXPENSE SUMMARY

| Description | Amount |
|---|---|
| Telephone | $ 10.80 |
| Total Expenses | $ 10.80 |

**Miller & Chevalier**

900 16th Street, NW
Washington, DC  20006-2901
(202) 626-5800  FAX: (202) 626-5801
E.I.N. 52-1212890

## REMITTANCE PAGE

### For Professional Services Rendered

Jeffrey J. Walker
Vice President, Associate General Counsel & Secretary
Energy Future Holdings
1601 Bryan Street, 43rd Floor
Dallas, TX  75201

PLEASE INDICATE INVOICE NUMBER ON REMITTANCE
Invoice No: 341576
Client/Matter No: 869938.000018
August 8, 2016

| | |
|---|---:|
| Balance Due From Previous Statement | $ 169,468.18 |
| Total Fees and Expenses - Current Period | 155,434.55 |
| **Total Amount Due** | **$ 324,902.73** |

### OUTSTANDING STATEMENTS

| Date | Invoice | Invoice Amount | Payment Received | Balance |
|---|---|---|---|---|
| 05/31/16 | 340436 | $19,787.20 | $0.00 | $19,785.00 |
| 06/13/16 | 340881 | $22,451.25 | $0.00 | $22,451.25 |
| 07/20/16 | 341255 | $127,231.93 | $0.00 | $127,231.93 |

### AGING

| Current | 31-60 Days | 61-90 Days | 91-120 Days | Over 120 Days |
|---|---|---|---|---|
| $127,231.93 | $22,451.25 | $19,785.00 | $0.00 | $0.00 |

**PLEASE RETURN THIS COPY WITH YOUR PAYMENT TO:**
**Miller & Chevalier Chartered, P.O. BOX 758604, Baltimore, MD  21275-8604**

| PAYMENT BY WIRE ONLY: | | PAYMENT BY ACH ONLY: | |
|---|---|---|---|
| BANK: | WELLS FARGO WASHINGTON, D.C. | BANK: | WELLS FARGO WASHINGTON, D.C. |
| ACCOUNT: | 2000002972561 | ACCOUNT: | 2000002972561 |
| ABA: | 121000248 | ABA: | 054001220 |
| SWIFT CODE: | WFBIUS6S | | |