**Exhibit A**

[Statement of Fees by Subject Matter]

59548341v1

| MATTER NUMBER | MATTER DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 001 | Case Administration | 2.4 | $1,540.00 |
| 003 | EFH Business Operations | 4.0 | $4,000.00 |
| 004 | EFH Contested Matters and Adversary Proceedings | 1.9 | $1,900.00 |
| 005 | EFH Corporate Governance and Board Matters | 3.3 | $3,580.00 |
| 006 | Discovery | 108.5 | $114,425.00 |
| 008 | Fee Applications and Objections | 15.9 | $14,727.50 |
| 010 | Hearings | 114.2 | $121,930.00 |
| 011 | Claims Investigations, Analyses and Objections | 4.5 | $4,070.00 |
| 014 | Non-working Travel | 91.9 | $48,926.25 |
| 015 | Plan and Disclosure Statement | 497.3 | $491,698.00 |
| 016 | Tax | 51.0 | $53,139.50 |
| **TOTAL FOR ALL MATTER NOS.** | | **894.9** | **$859,936.25** |