
# **Exhibit B**

[Attorneys' and Paraprofessionals' Information]

Proskauer attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Julie M. Allen | Partner | 1984 | Corporate | $1,350 | 0.3 | $405.00 |
| Richard M. Corn | Partner | 2005 | Tax | $925 | 23.4 | $21,645.00 |
| Michael E. Ellis | Partner | 2007 | Corporate | $925 | 1.4 | $1,295.00 |
| Michael A. Firestein | Partner | 1983 | Litigation | $1,025 | 170.7 | $174,967.50[1] |
|  |  |  |  | $512.50 | 32.5 | $16,656.25 |
| Daniel I. Ganitsky | Partner | 2001 | Corporate | $1,050 | 3.7 | $3,885.00 |
| Jeff J. Marwil | Partner | 1986 | Corporate | $1,200 | 1.3 | $1,560.00 |
| Paul Possinger | Partner | 1993 | Corporate | $1,025 | 11.0 | $11,275.00 |
| Lary Alan Rappaport | Partner | 1979 | Litigation | $950 | 59.5 | $56,525.00 |
| Stuart L. Rosow | Partner | 1976 | Tax | $1,350 | 12.0 | $16,200.00 |
| Mark K. Thomas | Partner | 1981 | Corporate | $1,200 | 201.4 | $241,680.00 |
|  |  |  |  | $600 | 25.7 | $15,420.00[1] |
| Peter J. Young | Partner | 2002 | Corporate | $1,000 | 193.7 | $193,700.00 |
|  |  |  |  | $500 | 33.7 | $16,850.00[1] |
| Courtney M. Bowman | Associate | 2013 | Litigation | $575 | 28.1 | $16,157.50 |
| Kunal Dogra | Associate | 2010 | Corporate | $825 | 0.8 | $660.00 |
| Jennifer L. Roche | Associate | 2007 | Litigation | $850 | 56.6 | $48,110.00 |
| Rochelle H. Schultz | Associate | 2014 | Litigation | $465 | 19.1 | $8,881.50 |
| Gary Silber | Associate | 2011 | Tax | $770 | 6.1 | $4,697.00 |
| Jeramy Webb | Associate | 2015 | Corporate | $445 | 2.7 | $1,201.50 |
| Jared D. Zajac | Associate | 2009 | Corporate | $825 | 9.2 | $7,590.00 |
| **Total** |  |  |  |  | **892.9** | **$859,361.25** |

---

[1] Represents a fifty percent (50%) reduction for non-working travel time.

Proskauer paraprofessionals who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Natasha Petrov | Paralegal | 1 year | Corporate | $300 | 1.5 | $450.00 |
| Susan Schomburg | Legal Assistant | 1.75 years | Litigation | $250 | 0.5 | $125.00 |
| **Total** | | | | | **2.0** | **$575.00** |

| | | |
|---|---|---|
| **TOTAL FOR PROFESSIONALS AND PARAPROFESSIONALS** | 894.9 | $859,936.25 |

59548341v1