# Exhibit C

[Summary of Actual and Necessary Expenses for the Fee Period]

59548341v1

| EXPENSE CATEGORY | AMOUNT |
|---|---:|
| Reproduction Costs (at $0.10 per page) | $684.80 |
| Telecommunications | $58.00[1] |
| Litigation and Corporate Support Services[2] | $381.00 |
| Postage and Messenger Services | $51.47 |
| Travel Out-of-Town – Transportation | $8,033.76[3] |
| Taxi, Carfare, Mileage, Parking | $3,071.49[4] |
| Business Meals | $953.14[5] |
| Out-of-Town Lodging | $8,496.92[6] |
| Word Processing | $0.00[7] |
| **Total** | **$21,730.58** |

---

[1] Includes a reduction of $5.22 for telecommunication expenses incurred that are not reimbursable pursuant to the fee committee guidelines.

[2] Consists of CourtCall, PACER and transcript (hearing and deposition) expenses.

[3] Includes non-refundable first-class airfare reduced by 50% to approximate the cost differential between non-refundable first-class airfare and refundable coach-class fare, addressing the reimbursable cap imposed by the fee committee.

[4] Includes a reduction of $336.71 for cab and carfare expenses incurred that are not reimbursable pursuant to the fee committee guidelines.

[5] Includes a reduction of $1,190.07 for business meal expenses either (i) in excess of the reimbursable cap or (ii) that are not otherwise reimbursable pursuant to the fee committee guidelines.

[6] Includes a reduction of $2,920.82 for lodging expenses in excess of the reimbursable cap imposed by the fee committee.

[7] Reflects a reduction of $508.95 for word processing and proofreading expenses incurred that are not reimbursable pursuant to the fee committee guidelines.