## **Exhibit D**

[Detailed Description of Expenses and Disbursements]

Disbursements and Other Charges

| Date | Name | Description | Amount |
|---|---|---|---|
| 07/19/2016 | Mark K. Thomas | Out Of Town Meals-M. Thomas and P. Young | 80.00 |
| 07/19/2016 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-Cab from Office to O'Hare | 55.00 |
| 07/19/2016 | Mark K. Thomas | Out Of Town Transportation-Cab from Philadelphia Airport to Hotel | 40.00 |
| 07/20/2016 | Mark K. Thomas | Lodging-1 Night Philadelphia | 300.00 |
| 07/20/2016 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-A1 Airport Limo from O'Hare to Home | 75.00 |
| 07/20/2016 | Mark K. Thomas | Airplane-Chicago/Philadelphia 7/19-7/20/16 | 340.10 |
| 07/20/2016 | Lary Alan Rappaport | Telephone-CourtCall | 58.00 |
| 07/27/2016 | Mark K. Thomas | Out Of Town Meals | 40.00 |
| 07/27/2016 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-Cab from Home to O'Hare | 70.00 |
| 07/27/2016 | Peter J. Young | Out Of Town Transportation-Cab from Callas Aiport to Hotel | 55.00 |
| 07/27/2016 | Peter J. Young | Local Meals | 5.74 |
| 07/27/2016 | Peter J. Young | Airplane-GoGo Internet | 7.99 |
| 07/27/2016 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Cab from Office to O'Hare | 60.00 |
| 07/27/2016 | Michael A. Firestein | Filing and Court Costs-CourtCall | 58.00 |
| 07/28/2016 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Cab from O'Hare to Home | 60.00 |
| 07/28/2016 | Peter J. Young | Airplane-Chicago/Dallas 7/27-7/28/16 | 507.10 |
| 07/28/2016 | Peter J. Young | Out Of Town Transportation-Uber to Dallas Airport | 75.00 |
| 07/28/2016 | Peter J. Young | Lodging-1 Night Dallas | 270.86 |
| 07/28/2016 | Peter J. Young | Lodging-Gratuity | 5.00 |
| 07/28/2016 | Mark K. Thomas | Airplane-Chicago/Dallas 7/27-7/28/16 | 565.80 |
| 07/28/2016 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-A1 Airport Limousine from O'Hare to Home | 75.00 |
| 07/28/2016 | Mark K. Thomas | Lodging-1 Night Dallas | 270.86 |
| 07/29/2016 | Juan R. Ramos | Messenger/delivery | 13.81 |
| 07/30/2016 | Mark K. Thomas | Out Of Town Transportation-Cab for Dallas Airport to Hotel | 60.00 |
| 07/30/2016 | Mark K. Thomas | Airplane-Chicago/New York 7/30-8/4/16 | 288.20 |
| 07/30/2016 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-Uber from Home to O'Hare | 51.50 |
| 07/30/2016 | Mark K. Thomas | Out Of Town Transportation-Cab from LaGuardia to Hotel | 60.00 |

| Date | Name | Description | Amount |
|---|---|---|---|
| 08/01/2016 | Mark K. Thomas | Airplane-Travel Agent Fee | 25.00 |
| 08/01/2016 | Peter J. Young | Taxicab/car Svc.-XYZ Car Service from LaGuardia to Hotel | 56.81 |
| 08/01/2016 | Courtney M. Bowman | Reproduction | 4.20 |
| 08/01/2016 | Courtney M. Bowman | Reproduction | 3.80 |
| 08/01/2016 | Courtney M. Bowman | Reproduction | 3.10 |
| 08/01/2016 | Courtney M. Bowman | Reproduction | 0.30 |
| 08/01/2016 | Courtney M. Bowman | Reproduction | 0.70 |
| 08/01/2016 | Courtney M. Bowman | Reproduction | 0.30 |
| 08/01/2016 | Courtney M. Bowman | Reproduction | 0.20 |
| 08/01/2016 | Lorena Ramirez | Reproduction | 3.00 |
| 08/01/2016 | Lorena Ramirez | Reproduction | 7.20 |
| 08/01/2016 | Lorena Ramirez | Reproduction | 2.10 |
| 08/01/2016 | Lorena Ramirez | Reproduction | 0.90 |
| 08/01/2016 | Lorena Ramirez | Reproduction | 1.80 |
| 08/01/2016 | Lorena Ramirez | Reproduction | 8.40 |
| 08/01/2016 | Lorena Ramirez | Reproduction | 10.50 |
| 08/01/2016 | Lorena Ramirez | Reproduction | 1.80 |
| 08/01/2016 | Lorena Ramirez | Reproduction | 11.10 |
| 08/01/2016 | Lorena Ramirez | Reproduction | 9.30 |
| 08/01/2016 | Michael A. Firestein | Reproduction | 0.10 |
| 08/01/2016 | Michael A. Firestein | Reproduction | 2.00 |
| 08/01/2016 | Michael A. Firestein | Reproduction | 1.50 |
| 08/01/2016 | Michael A. Firestein | Reproduction | 0.10 |
| 08/01/2016 | Michael A. Firestein | Reproduction | 3.70 |
| 08/01/2016 | Michael A. Firestein | Reproduction | 3.10 |
| 08/01/2016 | Michael A. Firestein | Reproduction | 0.30 |
| 08/01/2016 | Michael A. Firestein | Reproduction | 0.70 |
| 08/01/2016 | Michael A. Firestein | Reproduction | 0.50 |
| 08/01/2016 | Michael A. Firestein | Reproduction | 1.80 |
| 08/01/2016 | Michael A. Firestein | Reproduction | 4.40 |
| 08/01/2016 | Michael A. Firestein | Reproduction | 0.50 |
| 08/01/2016 | Jennifer L. Roche | Reproduction | 0.20 |
| 08/01/2016 | Jennifer L. Roche | Reproduction | 0.30 |
| 08/01/2016 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Cab from Office to O'Hare | 60.00 |
| 08/02/2016 | Peter J. Young | Local Meals-Meal at O'Hare Airport Pre-Travel | 40.00 |
| 08/02/2016 | Lary Alan Rappaport | Reproduction | 2.60 |
| 08/02/2016 | Ann Grummitt | Postage | 0.46 |
| 08/02/2016 | Mark K. Thomas | Out Of Town Meals | 40.00 |
| 08/02/2016 | Michael A. Firestein | Out Of Town Meals | 40.00 |
| 08/02/2016 | Michael A. Firestein | Taxi, Carfare, Mileage and Parking-Uber to Los Angeles Airport | 57.15 |

| Date | Name | Description | Amount |
|---|---|---|---|
| 08/03/2016 | Michael A. Firestein | Taxi, Carfare, Mileage and Parking- Uber from LaGuardia to Office | 21.31 |
| 08/03/2016 | Michael A. Firestein | Taxi, Carfare, Mileage and Parking- Uber to Meeting in New York | 24.80 |
| 08/03/2016 | Mark K. Thomas | Lodging-2 Nights New York | 946.30 |
| 08/03/2016 | Mark K. Thomas | Out Of Town Meals | 40.00 |
| 08/03/2016 | Michael A. Firestein | Taxicab/car Svc.-XYZ Car Service from Hotel to Kirkland | 93.34 |
| 08/03/2016 | Peter J. Young | Airplane-Chicago/New York 8/1-8/3/16 | 566.10 |
| 08/03/2016 | Peter J. Young | Taxi, Carfare, Mileage and Parking- Cab form O'Hare to Home | 55.00 |
| 08/03/2016 | Peter J. Young | Lodging-2 Nights New York | 718.00 |
| 08/03/2016 | Peter J. Young | Lodging-Gratuity | 24.00 |
| 08/03/2016 | Peter J. Young | Airplane-Inflight WiFi | 7.99 |
| 08/03/2016 | Peter J. Young | Out Of Town Transportation-Cab from Hotel to Kirkland | 12.00 |
| 08/03/2016 | Peter J. Young | Out Of Town Transportation-Uber car to New York Airport | 88.00 |
| 08/04/2016 | Courtney M. Bowman | Reproduction | 0.10 |
| 08/04/2016 | Courtney M. Bowman | Reproduction | 0.20 |
| 08/04/2016 | Michael A. Firestein | Out Of Town Meals | 40.00 |
| 08/04/2016 | Michael A. Firestein | Airplane-GoGo Internet | 33.95 |
| 08/04/2016 | Michael A. Firestein | Taxi, Carfare, Mileage and Parking- Uber to Meeting in New York | 23.82 |
| 08/04/2016 | Michael A. Firestein | Taxi, Carfare, Mileage and Parking- Uber to JFK | 100.00 |
| 08/04/2016 | Michael A. Firestein | Airplane-Los Angeles/New York 8/2-8/4/16 | 2,003.10 |
| 08/04/2016 | Michael A. Firestein | Lodging-2 Nights New York | 833.20 |
| 08/04/2016 | Michael A. Firestein | Taxi, Carfare, Mileage and Parking- Cab from LAX to Home | 51.00 |
| 08/04/2016 | Michael A. Firestein | Taxi, Carfare, Mileage and Parking- Cab form LaGuardia to Hotel | 75.41 |
| 08/05/2016 | Peter J. Young | Reproduction | 20.40 |
| 08/05/2016 | Peter J. Young | Reproduction | 25.10 |
| 08/05/2016 | Peter J. Young | Reproduction | 0.10 |
| 08/06/2016 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking- A1 Airport Limo Service from O'Hare to Home | 75.00 |
| 08/06/2016 | Mark K. Thomas | Taxicab/car Svc.-XYZ Car Service from Hotel to LaGuardia | 56.81 |
| 08/08/2016 | Daniel I. Ganitsky | Reproduction | 1.60 |
| 08/08/2016 | Daniel I. Ganitsky | Reproduction | 0.10 |
| 08/08/2016 | Daniel I. Ganitsky | Reproduction | 9.80 |
| 08/08/2016 | Daniel I. Ganitsky | Reproduction | 4.70 |

| Date | Name | Description | Amount |
|---|---|---|---|
| 08/08/2016 | Daniel I. Ganitsky | Reproduction | 3.20 |
| 08/08/2016 | Daniel I. Ganitsky | Reproduction | 0.10 |
| 08/08/2016 | Daniel I. Ganitsky | Reproduction | 2.00 |
| 08/08/2016 | Daniel I. Ganitsky | Reproduction | 0.50 |
| 08/08/2016 | Peter J. Young | Reproduction | 2.80 |
| 08/08/2016 | Peter J. Young | Reproduction | 5.60 |
| 08/08/2016 | Peter J. Young | Reproduction | 0.20 |
| 08/08/2016 | Peter J. Young | Reproduction | 0.40 |
| 08/09/2016 | Jared Zajac | Reproduction | 0.40 |
| 08/09/2016 | Gary Silber | Reproduction | 0.50 |
| 08/09/2016 | Gary Silber | Reproduction | 5.70 |
| 08/09/2016 | Gary Silber | Reproduction | 7.50 |
| 08/09/2016 | Gary Silber | Reproduction | 5.00 |
| 08/09/2016 | Lorena Ramirez | Reproduction | 0.40 |
| 08/09/2016 | Lorena Ramirez | Reproduction | 0.10 |
| 08/09/2016 | Lorena Ramirez | Reproduction | 0.50 |
| 08/09/2016 | Lorena Ramirez | Reproduction | 0.10 |
| 08/09/2016 | Lorena Ramirez | Reproduction | 0.60 |
| 08/09/2016 | Lorena Ramirez | Reproduction | 0.80 |
| 08/09/2016 | Lorena Ramirez | Reproduction | 0.20 |
| 08/09/2016 | Lorena Ramirez | Reproduction | 1.10 |
| 08/09/2016 | Lorena Ramirez | Reproduction | 0.90 |
| 08/09/2016 | Lorena Ramirez | Reproduction | 0.30 |
| 08/09/2016 | Jennifer L. Roche | Reproduction | 0.30 |
| 08/09/2016 | Lorena Ramirez | Reproduction | 1.00 |
| 08/09/2016 | Lorena Ramirez | Reproduction | 0.20 |
| 08/09/2016 | Lorena Ramirez | Reproduction | 0.10 |
| 08/09/2016 | Lorena Ramirez | Reproduction | 0.50 |
| 08/09/2016 | Lorena Ramirez | Reproduction | 0.30 |
| 08/09/2016 | Lorena Ramirez | Reproduction | 0.30 |
| 08/09/2016 | Lorena Ramirez | Reproduction | 0.40 |
| 08/09/2016 | Lorena Ramirez | Reproduction | 4.90 |
| 08/09/2016 | Lorena Ramirez | Reproduction | 0.10 |
| 08/09/2016 | Jennifer L. Roche | Reproduction | 5.40 |
| 08/09/2016 | Jennifer L. Roche | Reproduction | 0.20 |
| 08/09/2016 | Peter J. Young | Reproduction | 5.60 |
| 08/09/2016 | Peter J. Young | Reproduction | 1.20 |
| 08/09/2016 | Peter J. Young | Reproduction | 0.10 |
| 08/09/2016 | Peter J. Young | Reproduction | 3.80 |
| 08/09/2016 | Mark K. Thomas | Reproduction | 3.90 |
| 08/10/2016 | Proskauer Unassigned | Reproduction | 4.20 |
| 08/10/2016 | Proskauer Unassigned | Reproduction | 0.10 |
| 08/10/2016 | Peter J. Young | Reproduction | 2.50 |
| 08/10/2016 | Natasha Petrov | Reproduction | 42.30 |

| Date | Name | Description | Amount |
|---|---|---|---|
| 08/10/2016 | Natasha Petrov | Reproduction | 12.30 |
| 08/10/2016 | Natasha Petrov | Reproduction | 0.80 |
| 08/10/2016 | Natasha Petrov | Reproduction | 0.30 |
| 08/10/2016 | Natasha Petrov | Reproduction | 3.90 |
| 08/10/2016 | Natasha Petrov | Reproduction | 0.30 |
| 08/10/2016 | Natasha Petrov | Reproduction | 19.30 |
| 08/10/2016 | Natasha Petrov | Reproduction | 5.60 |
| 08/10/2016 | Natasha Petrov | Reproduction | 1.20 |
| 08/10/2016 | Natasha Petrov | Reproduction | 2.90 |
| 08/10/2016 | Natasha Petrov | Reproduction | 0.30 |
| 08/10/2016 | Peter J. Young | Reproduction | 0.10 |
| 08/10/2016 | Natasha Petrov | Reproduction | 0.60 |
| 08/10/2016 | Natasha Petrov | Reproduction | 0.10 |
| 08/10/2016 | Natasha Petrov | Reproduction | 12.90 |
| 08/10/2016 | Natasha Petrov | Reproduction | 0.10 |
| 08/10/2016 | Natasha Petrov | Reproduction | 0.10 |
| 08/10/2016 | Peter J. Young | Reproduction | 0.10 |
| 08/11/2016 | Mark K. Thomas | Reproduction | 0.10 |
| 08/11/2016 | Mark K. Thomas | Reproduction | 5.60 |
| 08/11/2016 | Mark K. Thomas | Reproduction | 1.80 |
| 08/11/2016 | Mark K. Thomas | Reproduction | 0.50 |
| 08/11/2016 | Mark K. Thomas | Reproduction | 1.10 |
| 08/11/2016 | Mark K. Thomas | Reproduction | 1.10 |
| 08/11/2016 | Mark K. Thomas | Reproduction | 1.10 |
| 08/11/2016 | Mark K. Thomas | Reproduction | 7.50 |
| 08/11/2016 | Proskauer Unassigned | Reproduction | 1.10 |
| 08/11/2016 | Proskauer Unassigned | Reproduction | 1.70 |
| 08/11/2016 | Proskauer Unassigned | Reproduction | 1.10 |
| 08/11/2016 | Proskauer Unassigned | Reproduction | 1.40 |
| 08/11/2016 | Proskauer Unassigned | Reproduction | 1.10 |
| 08/11/2016 | Proskauer Unassigned | Reproduction | 2.00 |
| 08/11/2016 | Proskauer Unassigned | Reproduction | 0.60 |
| 08/11/2016 | Proskauer Unassigned | Reproduction | 0.80 |
| 08/11/2016 | Proskauer Unassigned | Reproduction | 0.70 |
| 08/11/2016 | Proskauer Unassigned | Reproduction | 0.70 |
| 08/11/2016 | Proskauer Unassigned | Reproduction | 0.10 |
| 08/11/2016 | Proskauer Unassigned | Reproduction | 0.10 |
| 08/11/2016 | Proskauer Unassigned | Reproduction | 0.10 |
| 08/11/2016 | Proskauer Unassigned | Reproduction | 0.10 |
| 08/11/2016 | Proskauer Unassigned | Reproduction | 0.10 |
| 08/11/2016 | Proskauer Unassigned | Reproduction | 7.90 |
| 08/11/2016 | Proskauer Unassigned | Reproduction | 7.90 |
| 08/12/2016 | Kunal Dogra | Reproduction | 7.50 |
| 08/12/2016 | Proskauer Unassigned | Reproduction | 7.50 |

| **Date** | **Name** | **Description** | **Amount** |
|---|---|---|---|
| 08/12/2016 | Kunal Dogra | Reproduction | 9.30 |
| 08/12/2016 | Kunal Dogra | Reproduction | 0.10 |
| 08/12/2016 | Proskauer Unassigned | Reproduction | 0.10 |
| 08/12/2016 | Lorena Ramirez | Reproduction | 2.50 |
| 08/12/2016 | Lorena Ramirez | Reproduction | 5.90 |
| 08/12/2016 | Lorena Ramirez | Reproduction | 0.10 |
| 08/12/2016 | Lorena Ramirez | Reproduction | 0.10 |
| 08/12/2016 | Lorena Ramirez | Reproduction | 1.60 |
| 08/12/2016 | Peter J. Young | Reproduction | 0.10 |
| 08/12/2016 | Peter J. Young | Reproduction | 1.30 |
| 08/12/2016 | Peter J. Young | Reproduction | 1.20 |
| 08/12/2016 | Peter J. Young | Reproduction | 1.20 |
| 08/12/2016 | Peter J. Young | Reproduction | 1.20 |
| 08/12/2016 | Peter J. Young | Reproduction | 1.20 |
| 08/12/2016 | Peter J. Young | Reproduction | 3.60 |
| 08/12/2016 | Peter J. Young | Reproduction | 6.00 |
| 08/13/2016 | Karl Hamann | Messenger/delivery | 37.20 |
| 08/13/2016 | Karl Hamann | Reproduction | 10.60 |
| 08/13/2016 | Karl Hamann | Reproduction | 0.20 |
| 08/13/2016 | Karl Hamann | Reproduction | 0.10 |
| 08/14/2016 | Peter J. Young | Reproduction | 1.30 |
| 08/14/2016 | Peter J. Young | Reproduction | 1.30 |
| 08/14/2016 | Peter J. Young | Reproduction | 1.30 |
| 08/14/2016 | Peter J. Young | Reproduction | 1.30 |
| 08/14/2016 | Peter J. Young | Reproduction | 2.60 |
| 08/14/2016 | Peter J. Young | Reproduction | 1.40 |
| 08/14/2016 | Peter J. Young | Reproduction | 10.60 |
| 08/14/2016 | Peter J. Young | Reproduction | 2.60 |
| 08/14/2016 | Peter J. Young | Reproduction | 2.70 |
| 08/14/2016 | Peter J. Young | Reproduction | 2.70 |
| 08/14/2016 | Peter J. Young | Reproduction | 0.40 |
| 08/14/2016 | Peter J. Young | Reproduction | 0.10 |
| 08/14/2016 | Peter J. Young | Reproduction | 0.20 |
| 08/14/2016 | Peter J. Young | Reproduction | 0.10 |
| 08/14/2016 | Proskauer Unassigned | Reproduction | 9.90 |
| 08/14/2016 | Proskauer Unassigned | Reproduction | 0.10 |
| 08/14/2016 | Proskauer Unassigned | Reproduction | 9.90 |
| 08/14/2016 | Proskauer Unassigned | Reproduction | 0.10 |
| 08/14/2016 | Proskauer Unassigned | Reproduction | 9.20 |
| 08/14/2016 | Proskauer Unassigned | Reproduction | 9.20 |
| 08/15/2016 | Peter J. Young | Court Reporting Service-CourtCall | 30.00 |
| 08/15/2016 | Jennifer L. Roche | Reproduction | 0.40 |
| 08/15/2016 | Jennifer L. Roche | Reproduction | 0.10 |
| 08/15/2016 | Mark K. Thomas | Reproduction | 10.60 |

59548341v1

| Date | Name | Description | Amount |
|---|---|---|---|
| 08/15/2016 | Peter J. Young | Reproduction | 1.30 |
| 08/15/2016 | Peter J. Young | Reproduction | 1.30 |
| 08/15/2016 | Peter J. Young | Reproduction | 2.70 |
| 08/15/2016 | Peter J. Young | Reproduction | 2.70 |
| 08/15/2016 | Mark K. Thomas | Reproduction | 0.20 |
| 08/15/2016 | Michele M. Reetz | Reproduction | 1.20 |
| 08/15/2016 | Mark K. Thomas | Out Of Town Transportation-Cab from Philadelphia Airport to Hotel | 40.00 |
| 08/15/2016 | Peter J. Young | Out Of Town Meals-P. Young and M. Thomas | 80.00 |
| 08/16/2016 | Mark K. Thomas | Lodging-1 Night Philadelphia | 300.00 |
| 08/16/2016 | Mark K. Thomas | Out Of Town Transportation-Carey Car Service from Philadelphia to Delaware | 115.08 |
| 08/16/2016 | Mark K. Thomas | Out Of Town Meals-M. Thomas, P. Young and M. Firestein | 120.00 |
| 08/16/2016 | Michele M. Reetz | Reproduction | 10.90 |
| 08/17/2016 | Mark K. Thomas | Out Of Town Meals | 30.00 |
| 08/17/2016 | Mark K. Thomas | Out Of Town Meals | 9.00 |
| 08/17/2016 | Peter J. Young | Out Of Town Meals-P.Young, D. Klauder, M. Thomas and M. Firestein | 64.50 |
| 08/18/2016 | Michael A. Firestein | Out Of Town Meals-M. Firestein, M. Thomas and P. Young | 120.00 |
| 08/19/2016 | Michael A. Firestein | Airplane-Los Angeles/Philadelphia 8/14-8/19/16 | 783.60 |
| 08/19/2016 | Michael A. Firestein | Taxi, Carfare, Mileage and Parking-Carey Car Service from Philadelphia to Delaware | 125.00 |
| 08/19/2016 | Michael A. Firestein | Lodging-5 Nights Delaware | 1,500.00 |
| 08/19/2016 | Michael A. Firestein | Lodging-Room Service Dinner | 28.70 |
| 08/19/2016 | Michael A. Firestein | Airplane-GoGoAir Internet 8/14 and 8/19 | 53.90 |
| 08/19/2016 | Michael A. Firestein | Taxi, Carfare, Mileage and Parking-Uber from Home to LAX | 58.44 |
| 08/19/2016 | Michael A. Firestein | Taxi, Carfare, Mileage and Parking-Cab to Hotel | 43.00 |
| 08/19/2016 | Mark K. Thomas | Airplane-Chicago/Philadelphia 8/15-8/19/16 | 848.72 |
| 08/19/2016 | Jared Zajac | Reproduction | 2.90 |
| 08/19/2016 | Jennifer L. Roche | Reproduction | 2.00 |
| 08/19/2016 | Jennifer L. Roche | Reproduction | 2.60 |
| 08/19/2016 | Jennifer L. Roche | Reproduction | 5.60 |
| 08/19/2016 | Jennifer L. Roche | Reproduction | 0.10 |
| 08/19/2016 | Jennifer L. Roche | Reproduction | 0.10 |
| 08/19/2016 | Peter J. Young | Airplane-Chicago/Philadelphia 8/15-19/16 | 526.60 |

| Date | Name | Description | Amount |
|---|---|---|---|
| 08/19/2016 | Peter J. Young | Out Of Town Transportation-Cab from O'Hare to Home | 60.00 |
| 08/19/2016 | Peter J. Young | Lodging-3 Nights Delaware | 900.00 |
| 08/19/2016 | Peter J. Young | Out Of Town Meals | 22.00 |
| 08/19/2016 | Peter J. Young | Airplane-GoGoAir Internet | 4.99 |
| 08/19/2016 | Peter J. Young | Out Of Town Transportation-Cab from Delaware to Philadelphia | 100.00 |
| 08/19/2016 | Peter J. Young | Lodging-1 Night Philadelphia | 300.00 |
| 08/19/2016 | Peter J. Young | Airplane-GoGoAir Internet | 7.99 |
| 08/19/2016 | Peter J. Young | Out Of Town Transportation-Cab from Philadephia Airport to Hotel on 8/15/16 | 35.00 |
| 08/19/2016 | Peter J. Young | Out Of Town Transportation-Cab from Office to O'Hare on 8/15/16 | 75.00 |
| 08/19/2016 | Peter J. Young | Out Of Town Transportation-Gratuity | 37.00 |
| 08/19/2016 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-A1 Airport Limo from O'Hare to Home | 75.00 |
| 08/19/2016 | Mark K. Thomas | Lodging-3 Nights Delaware | 900.00 |
| 08/21/2016 | Peter J. Young | Reproduction | 5.30 |
| 08/22/2016 | Jared Zajac | Reproduction | 2.90 |
| 08/22/2016 | Mark K. Thomas | Court Reporting Service-CourtCall | 156.00 |
| 08/23/2016 | Mark K. Thomas | Court Reporting Service-CourtCall | 86.00 |
| 08/23/2016 | Peter J. Young | Airplane-Chicago/Philadelphia 8/21-8/23/16 | 526.60 |
| 08/23/2016 | Peter J. Young | Out Of Town Transportation-Uber from Delaware to Philadelphia | 86.89 |
| 08/23/2016 | Peter J. Young | Lodging-1 Night Philadelpha | 300.00 |
| 08/23/2016 | Peter J. Young | Out Of Town Meals | 40.00 |
| 08/23/2016 | Peter J. Young | Out Of Town Transportation-Gratuity | 25.00 |
| 08/23/2016 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Cab form Office to O'Hare | 60.00 |
| 08/23/2016 | Peter J. Young | Lodging-1 Night Delaware | 300.00 |
| 08/23/2016 | Peter J. Young | Out Of Town Meals | 28.10 |
| 08/23/2016 | Peter J. Young | Airplane-Inflight WiFi | 7.99 |
| 08/23/2016 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Cab from O'Hare to Home | 60.00 |
| 08/23/2016 | Peter J. Young | Out Of Town Transportation-Carey Care Service from Philadelphia to Delaware on 8/22/16 | 115.08 |
| 08/23/2016 | Peter J. Young | Out Of Town Transportation-Cab from Philadephia Airport to Hotel on 8/21/16 | 35.00 |
| 08/23/2016 | Ho-jung Chang | Reproduction | 1.60 |
| 08/23/2016 | Kimberly White | Reproduction | 3.30 |
| 08/23/2016 | Richard M. Corn | Reproduction | 9.80 |

| Date | Name | Description | Amount |
|---|---|---|---|
| 08/23/2016 | Michael A. Firestein | Airplane-LosAngeles/Philadelphia 8/21-8/23/16 | 874.14 |
| 08/23/2016 | Michael A. Firestein | Taxi, Carfare, Mileage and Parking-Carey Car Service from Philadelphia to Delaware | 120.08 |
| 08/23/2016 | Michael A. Firestein | Lodging-2 Nights Delaware | 600.00 |
| 08/23/2016 | Michael A. Firestein | Out Of Town Meals | 33.80 |
| 08/23/2016 | Michael A. Firestein | Taxi, Carfare, Mileage and Parking-Uber from Home to LAX | 55.89 |
| 08/23/2016 | Michael A. Firestein | Airplane-GoGoAir Interent on 8/21 and 8/23 | 53.90 |
| 08/23/2016 | Michael A. Firestein | Taxi, Carfare, Mileage and Parking-Cab on 8/19 | 43.00 |
| 08/23/2016 | Michael A. Firestein | Taxi, Carfare, Mileage and Parking-Care Car Service from Delaware to Philadelphia | 120.08 |
| 08/23/2016 | Michael A. Firestein | Out Of Town Meals-M. Firestein and P. Young | 80.00 |
| 08/25/2016 | Lary Alan Rappaport | Reproduction | 0.30 |
| 08/25/2016 | Lary Alan Rappaport | Reproduction | 0.30 |
| 08/25/2016 | Lary Alan Rappaport | Reproduction | 9.80 |
| 08/25/2016 | Lary Alan Rappaport | Reproduction | 9.80 |
| 08/25/2016 | Lary Alan Rappaport | Reproduction | 2.10 |
| 08/25/2016 | Lary Alan Rappaport | Reproduction | 2.10 |
| 08/25/2016 | Lary Alan Rappaport | Reproduction | 2.60 |
| 08/25/2016 | Lary Alan Rappaport | Reproduction | 2.60 |
| 08/25/2016 | Lary Alan Rappaport | Reproduction | 0.10 |
| 08/25/2016 | Lary Alan Rappaport | Reproduction | 0.10 |
| 08/25/2016 | Kimberly White | Reproduction | 7.60 |
| 08/25/2016 | Kimberly White | Reproduction | 0.30 |
| 08/26/2016 | Kimberly White | Reproduction | 27.70 |
| 08/26/2016 | Mark K. Thomas | Court Reporting Service-CourtCall | 51.00 |
| 08/29/2016 | Kimberly White | Reproduction | 1.00 |
| 08/30/2016 | Michael A. Firestein | Reproduction | 30.30 |
| 08/30/2016 | Jeramy Webb | Reproduction | 0.90 |
| 08/31/2016 | Paul Possinger | Reproduction | 2.80 |
| 08/31/2016 | Lorena Ramirez | Reproduction | 0.30 |
| 08/31/2016 | Lorena Ramirez | Reproduction | 0.20 |
| 08/31/2016 | Lorena Ramirez | Reproduction | 0.20 |
| 08/31/2016 | Lorena Ramirez | Reproduction | 0.20 |
| 08/31/2016 | Lorena Ramirez | Reproduction | 0.20 |
| 08/31/2016 | Lorena Ramirez | Reproduction | 0.90 |
| 08/31/2016 | Lorena Ramirez | Reproduction | 1.70 |
| 08/31/2016 | Lorena Ramirez | Reproduction | 1.00 |
| 08/31/2016 | Lorena Ramirez | Reproduction | 0.80 |

| Date | Name | Description | Amount |
|---|---|---|---|
| 08/31/2016 | Lorena Ramirez | Reproduction | 0.80 |
| 08/31/2016 | Lorena Ramirez | Reproduction | 1.00 |
| 08/31/2016 | Lorena Ramirez | Reproduction | 1.10 |
| 08/31/2016 | Lorena Ramirez | Reproduction | 0.80 |
| 08/31/2016 | Lorena Ramirez | Reproduction | 1.50 |
| 08/31/2016 | Lorena Ramirez | Reproduction | 1.60 |

Disbursements and Other Charges                                $   21,730.58