# EXHIBIT A

## Statement of Fees By Subject Matter

| Matter Number | Matter Description | Total Billed Hours [1] | Total Fees Requested |
|---|---|---|---|
| 1 | Long-Range Forecast | 176.00 | $98,765.00 |
| 2 | Metric Analysis | 0.00 | $0.00 |
| 3 | Generation Analysis | 277.50 | $136,182.50 |
| 4 | Retail Analysis | 6.50 | $2,957.50 |
| 5 | Commodity Analysis | 162.00 | $79,515.00 |
| 6 | Competitor Analysis | 22.50 | $11,447.50 |
| 7 | EBITDA Projection | 33.50 | $21,007.50 |
| 8 | Environmental Analysis | 32.00 | $16,130.00 |
| 9 | Short-Range Forecast | 0.00 | $0.00 |
| 10 | Capital Projects | 1.50 | $1,125.00 |
| 11 | Wholesale Operations | 91.00 | $53,075.00 |
| 12 | Retail Operations | 3.50 | $2,610.00 |
| 13 | T&D Operations | 225.90 | $117,872.50 |
| 14 | Data Collection and Diligence | 64.20 | $30,721.00 |
| 15 | Reports | 71.00 | $43,822.50 |
| 16 | Hearings | 90.20 | $66,192.00 |
| 17 | On-Site Diligence | 53.00 | $31,732.50 |
| 18 | Project Management | 4.00 | $2,880.00 |
| 19 | Project Administration | 0.00 | $0.00 |
| 20 | T&D Forecast | 236.00 | $149,830.00 |
| 21 | Fee Objection Discussion and Litigation | 0.00 | $0.00 |
| 22 | Fee Application | 8.60 | $3,268.00 |
| | *Continued on next page* | | |

[1]. Non-working travel time has been billed at 50% of actual time incurred.

## EXHIBIT A (cont'd)

## Statement of Fees By Subject Matter

| Matter Number | Matter Description | Total Billed Hours [1] | Total Fees Requested |
|---|---|---|---|
| 23 | Business Services Analysis | 0.00 | $0.00 |
| 24 | Retail Margins | 0.00 | $0.00 |
| 25 | T&D Market Research | 18.50 | $7,215.00 |
| 26 | Wholesale Market Research | 17.00 | $8,280.00 |
| 27 | Retail Market Research | 0.00 | $0.00 |
| 28 | Performance Analysis | 4.50 | $2,577.50 |
| 29 | Sales, General & Administrative Analysis | 2.00 | $910.00 |
| 30 | Portfolio Analysis | 0.00 | $0.00 |
| 31 | Oncor Revenue Analysis | 6.50 | $4,285.00 |
| 32 | Oncor Capital Structure | 0.00 | $0.00 |
| 33 | Regulatory Analysis | 0.00 | $0.00 |
| 34 | Claims & Settlement Issues | 0.00 | $0.00 |
| 35 | Property Tax Analysis | 52.00 | $25,412.50 |
| 36 | Analysis of Competitive Portfolios | 63.50 | $39,880.00 |
| | | | |
| | Totals: | 1,722.90 | $957,693.50 |

---

[1] Non-working travel time has been billed at 50% of actual time incurred.