## EXHIBIT B

## Consultants' Information

The FEP consultants who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Todd W. Filsinger | Senior Managing Director | $750 | 113.4 | $85,050.00 |
| Jean Agras | Managing Director | $720 | 131.5 | $94,680.00 |
| Gary Germeroth | Managing Director | $720 | 182.5 | $131,400.00 |
| Dave Andrus | Director | $645 | 232.5 | $149,962.50 |
| Mike Green | Director | $550 | 46.5 | $25,575.00 |
| Paul Harmon | Director | $575 | 88.0 | $50,600.00 |
| Tim Wang | Director | $575 | 103.0 | $59,225.00 |
| Sean Costello | Managing Consultant | $405 | 24.2 | $9,801.00 |
| Kimberly Eckert | Managing Consultant | $495 | 1.5 | $742.50 |
| Michael Gadsden | Managing Consultant | $460 | 43.7 | $20,102.00 |
| Jill Kawakami | Managing Consultant | $430 | 148.0 | $63,640.00 |
| Buck Monday | Managing Consultant | $450 | 103.0 | $46,350.00 |
| Nathan Pollak | Managing Consultant | $460 | 169.5 | $77,970.00 |
| Samuel Schreiber | Managing Consultant | $455 | 181.5 | $82,582.50 |
| Laura Hatanaka | Consultant | $390 | 145.5 | $56,745.00 |
| Pamela Morin | Consultant | $380 | 8.6 | $3,268.00 |
|  |  |  |  |  |
|  |  | **Totals:** | **1.722.90** | **$957,693.50** |