## **EXHIBIT C**

## **Summary of Actual and Necessary Expenses for the Fee Period**

### **ALL - Expense Summary**

| Service Description | Amount |
|---|---:|
| Lodging | $8,235.89 |
| Airfare | $9,826.66 |
| Taxi | $1,693.54 |
| Travel Meals | $2,072.85 |
| Other Travel Expenses | $1,445.45 |
| Vehicle Rental Expenses | $2,144.47 |
| Postage | $6.45 |
|  |  |
| **Total:** | **$25,425.31** |

### **TCEH - Expense Summary**

| Service Description | Amount |
|---|---:|
| Lodging | $5,724.09 |
| Airfare | $6,829.71 |
| Taxi | $1,177.04 |
| Travel Meals | $1,440.67 |
| Other Travel Expenses | $1,004.61 |
| Vehicle Rental Expenses | $1,490.45 |
| Postage | $4.48 |
|  |  |
| **Total:** | **$17,671.05** |

**EFIH - Expense Summary**

| Service Description | Amount |
|---|---:|
| Lodging | $1,833.60 |
| Airfare | $2,187.76 |
| Taxi | $377.04 |
| Travel Meals | $461.49 |
| Other Travel Expenses | $321.81 |
| Vehicle Rental Expenses | $477.43 |
| Postage | $1.44 |
| | |
| **Total:** | **$5,660.57** |

**EFH - Expense Summary**

| Service Description | Amount |
|---|---:|
| Lodging | $678.20 |
| Airfare | $809.19 |
| Taxi | $139.46 |
| Travel Meals | $170.69 |
| Other Travel Expenses | $119.03 |
| Vehicle Rental Expenses | $176.59 |
| Postage | $0.53 |
| | |
| **Total:** | **$2,093.69** |

RLF1 15205104v.1