FILSINGER ENERGY PARTNERS
EXHIBIT D

| INVOICE NUMBER | MATTER | DATE | NAME OF TIMEKEEPER WHO INCURRED EXPENSE | EXPENSE CATEGORY | UNIT COST | # OF UNITS | TOTAL | EXPENSE DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| EFCH/TCH-CS-047 | On Site-Diligence | 20160801 | Gary Germeroth | Airfare | | | $224.98 | Airfare from Houston to Dallas |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160801 | Gary Germeroth | Hotel | | | $190.89 | Hilton Highland  Dallas, TX |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160801 | Gary Germeroth | Taxi | | | $10.62 | Love Field to Hotel |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160801 | Gary Germeroth | Taxi | | | $58.52 | Home to Hobby Airport |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160801 | Gary Germeroth | Dinner | | | $24.53 | Old Chicago | Self, Todd Filsinger |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160801 | Sam Schreiber | Airfare | | | $279.10 | Airfare from New York to Dallas |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160801 | Sam Schreiber | Hotel | | | $175.31 | Hilton - Dallas, TX |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160801 | Sam Schreiber | Taxi | | | $49.61 | Taxi - NYC - to LGA |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160801 | Sam Schreiber | Taxi | | | $22.88 | Uber - Dallas - to Hotel |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160801 | Sam Schreiber | Dinner | | | $32.35 | Crust | Self |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160801 | Sam Schreiber | Airfare | | | $11.00 | Gogo Wifi |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160801 | Buck Monday | Hotel | | | $132.36 | Hampton - Midland, TX |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160801 | Buck Monday | Rental Car | | | $72.58 | Avis |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160801 | Buck Monday | Lunch | | | $4.61 | Subway | Self |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160801 | Buck Monday | Dinner | | | $15.00 | Dinner on road | Self |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160801 | Buck Monday | Rental Car | | | $23.78 | Fuel |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160801 | Todd Filsinger | Airfare | | | $486.10 | Airfare from Denver to Dallas |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160801 | Todd Filsinger | Taxi | | | $29.77 | To office |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160801 | Todd Filsinger | Taxi | | | $70.00 | To DIA |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160801 | Todd Filsinger | Lunch | | | $6.33 | Lincoln Plaza | self |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160802 | Todd Filsinger | Lunch | | | $28.89 | Half Shells Oyster | self |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160801 | Todd Filsinger | Taxi | | | $3.73 | To dinner |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160802 | Gary Germeroth | Hotel | | | $190.89 | Hilton Highland  Dallas, TX |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160802 | Gary Germeroth | Dinner | | | $120.00 | Blue Fish | Self, Todd Filsinger, Sam Schriber |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160802 | Gary Germeroth | Other transportation exp | | | $5.00 | Round trip DART rail pass |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160802 | Sam Schreiber | Hotel | | | $175.31 | Hilton - Dallas, TX |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160802 | Sam Schreiber | Taxi | | | $3.65 | Uber - Dallas - to Energy Plaza |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160802 | Sam Schreiber | Taxi | | | $2.50 | DART - to Hotel |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160802 | Sam Schreiber | Breakfast | | | $3.52 | Café | Self |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160802 | Sam Schreiber | Lunch | | | $8.38 | Sunrise Café | Self |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160802 | Buck Monday | Hotel | | | $151.42 | Hampton - Alpine, TX |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160802 | Buck Monday | Rental Car | | | $72.58 | Avis |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160802 | Buck Monday | Lunch | | | $10.00 | Lunch on road | self |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160802 | Buck Monday | Dinner | | | $25.11 | Café next door | Self |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160802 | Buck Monday | Rental Car | | | $14.51 | Fuel |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160802 | Jean Agras | Airfare | | | $51.98 | Airfare from Denver, CO to Dallas, TX |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160802 | Jean Agras | Hotel | | | $218.35 | Hampton, Dallas, TX |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160802 | Jean Agras | Taxi | | | $11.94 | Energy Plaza-Uber |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160802 | Jean Agras | Parking | | | $24.00 | DIA |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160802 | Jean Agras | Personal Vehicle | $0.54 | 45 miles | $24.30 | to DIA |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160802 | Jean Agras | Dinner | | | $15.00 | Chop Burger | Jean |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160802 | Jean Agras | Other transportation exp | | | $9.40 | Tolls |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160802 | Tim Wang | Airfare | | | $247.20 | Airfare from Denver to Dallas |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160802 | Tim Wang | Hotel | | | $259.29 | Fairmont - Dallas, TX |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160802 | Tim Wang | Taxi | | | $28.19 | from DFW to EFH |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160802 | Tim Wang | Lunch | | | $13.85 | Sunrise | Self |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160802 | Tim Wang | Dinner | | | $36.31 | Meso Maya | Self |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160802 | Todd Filsinger | Hotel | | | $227.19 | The Highland - Dallas, TX |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160802 | Todd Filsinger | Taxi | | | $4.00 | to office |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160802 | Todd Filsinger | Taxi | | | $3.73 | to hotel |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160802 | Todd Filsinger | Breakfast | | | $7.47 | Coffee at the corner | self |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160803 | Gary Germeroth | Airfare | | | $224.98 | Airfare from Dallas to Houston |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160803 | Gary Germeroth | Taxi | | | $12.44 | EFH Office to Love Field |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160803 | Gary Germeroth | Taxi | | | $22.98 | Hobby Airport to Home |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160803 | Gary Germeroth | Breakfast | | | $8.33 | Knife | Self |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160803 | Gary Germeroth | Lunch | | | $9.81 | Taco Barracho | Self |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160803 | Sam Schreiber | Airfare | | | $279.10 | Airfare from Dallas to New York |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160803 | Sam Schreiber | Taxi | | | $16.39 | Uber - Dallas - to Energy Plaza |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160803 | Sam Schreiber | Taxi | | | $55.59 | Uber - Dallas - to DFW |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160803 | Sam Schreiber | Lunch | | | $10.00 | Salata | Self |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160803 | Sam Schreiber | Airfare | | | $3.19 | Gogo Wifi |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160803 | Sam Schreiber | Taxi | | | $43.01 | Taxi - NYC - from LGA |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160803 | Buck Monday | Hotel | | | $120.99 | Best Western - Ozona, TX |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160803 | Buck Monday | Rental Car | | | $72.58 | Avis |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160803 | Buck Monday | Lunch | | | $10.00 | Lunch on road | self |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160803 | Buck Monday | Dinner | | | $14.67 | IHOP | Self |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160803 | Buck Monday | Rental Car | | | $19.36 | Fuel |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160803 | Jean Agras | Airfare | | | $179.10 | Airfare from Dallas, TX to Denver, CO |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160803 | Jean Agras | Parking | | | $24.00 | DIA |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160803 | Jean Agras | Personal Vehicle | $0.54 | 45 miles | $24.30 | to Boulder |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160803 | Jean Agras | Lunch | | | $12.00 | Taco Borracho | Jean |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160803 | Jean Agras | Dinner | | | $15.00 | TGIF | Jean |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160803 | Jean Agras | Other transportation exp | | | $9.40 | Tolls |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160803 | Tim Wang | Taxi | | | $30.63 | DFW |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160803 | Tim Wang | Parking | | | $24.00 | DIA |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160803 | Tim Wang | Lunch | | | $21.68 | Café Izmir | Self |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160803 | Tim Wang | Dinner | | | $22.65 | DFW | Self |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160803 | Todd Filsinger | Airfare | | | $350.98 | Airfare from Dallas to Denver (ANYTIME FARE) |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160803 | Todd Filsinger | Hotel | | | $227.19 | The Highland - Dallas, TX |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160803 | Todd Filsinger | Taxi | | | $5.67 | to office |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160803 | Todd Filsinger | Taxi | | | $70.00 | To home |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160803 | Todd Filsinger | Breakfast | | | $7.47 | Coffee at the corner | self |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160803 | Todd Filsinger | Lunch | | | $13.38 | Moe's Grill | self |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160804 | Buck Monday | Hotel | | | $123.17 | Hampton - San Angelo, TX |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160804 | Buck Monday | Rental Car | | | $72.58 | Avis |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160804 | Buck Monday | Breakfast | | | $20.74 | IHOP | Self |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160804 | Buck Monday | Lunch | | | $7.35 | Chick-fil-a | Self |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160804 | Buck Monday | Dinner | | | $18.14 | Texas Cajun Café | Self |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160804 | Buck Monday | Rental Car | | | $18.98 | Fuel |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160805 | Buck Monday | Hotel | | | $145.77 | Hampton - Big Spring, TX |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160805 | Buck Monday | Rental Car | | | $72.58 | Avis |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160805 | Buck Monday | Lunch | | | $8.53 | McAlister's deli | Self |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160805 | Buck Monday | Dinner | | | $30.97 | Saltgrass Steak house | Self |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160805 | Buck Monday | Rental Car | | | $21.29 | Fuel |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160805 | Buck Monday | Rental Car | | | $18.78 | Fuel |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160806 | Buck Monday | Hotel | | | $132.36 | Hampton - Midland, TX |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160806 | Buck Monday | Rental Car | | | $72.57 | Avis |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160806 | Buck Monday | Parking | | | $35.00 | Albuquerque AP |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160806 | Buck Monday | Personal Vehicle | $0.54 | 25 miles | $13.50 | AP to Home |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160806 | Buck Monday | Lunch | | | $20.44 | Cantina Laredo | Self |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160806 | Buck Monday | Postage | | | $6.45 | Postage |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160808 | Laura Hatanaka | Airfare | | | $297.98 | Airfare from SLC to Dallas |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160808 | Laura Hatanaka | Hotel | | | $204.01 | Fairmont - Dallas, TX |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160808 | Laura Hatanaka | Taxi | | | $12.32 | Energy Plaza |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160808 | Laura Hatanaka | Parking | | | $24.00 | DIA |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160808 | Laura Hatanaka | Personal Vehicle | $0.54 | 24 miles | $12.96 | To DIA |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160808 | Laura Hatanaka | Breakfast | | | $8.93 | Starbucks | Laura |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160808 | Laura Hatanaka | Lunch | | | $9.40 | Toasty Pita | Laura |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160808 | Laura Hatanaka | Dinner | | | $30.18 | Fairmont | Laura |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160809 | Gary Germeroth | Airfare | | | $224.98 | Airfare from Houston to Dallas |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160809 | Gary Germeroth | Hotel | | | $224.77 | Hilton Highland  Dallas, TX |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160809 | Gary Germeroth | Taxi | | | $12.29 | Love Field to EFH Offices |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160809 | Gary Germeroth | Taxi | | | $9.47 | EFH Offices to hotel |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160809 | Gary Germeroth | Parking | | | $26.00 | Airport parking |

FILSINGER ENERGY PARTNERS
EXHIBIT D

| INVOICE NUMBER | MATTER | DATE | NAME OF TIMEKEEPER WHO INCURRED EXPENSE | EXPENSE CATEGORY | UNIT COST | # OF UNITS | TOTAL | EXPENSE DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| EFCH/TCH-CS-047 | On Site-Diligence | 20160809 | Gary Germeroth | Personal Vehicle | $0.54 | 19 miles | $10.26 | Home to Hobby Airport |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160809 | Gary Germeroth | Lunch | | | $9.74 | Carmine's Pizza | Self |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160809 | Gary Germeroth | Dinner | | | $19.98 | Café Express | Self |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160809 | Laura Hatanaka | Airfare | | | $68.98 | Airfare from Dallas to Denver |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160809 | Laura Hatanaka | Taxi | | | $9.77 | LUV Field |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160809 | Laura Hatanaka | Parking | | | $24.00 | DIA |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160809 | Laura Hatanaka | Personal Vehicle | $0.54 | 24 miles | $12.96 | From DIA |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160809 | Laura Hatanaka | Breakfast | | | $8.93 | Starbucks | Laura |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160809 | Laura Hatanaka | Lunch | | | $12.00 | Taco Borracho | Laura |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160809 | Laura Hatanaka | Dinner | | | $17.04 | Starbucks | Laura |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160810 | Gary Germeroth | Airfare | | | $224.98 | Airfare from Dallas to Houston |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160810 | Gary Germeroth | Taxi | | | $8.58 | Hotel to EFH Offices |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160810 | Gary Germeroth | Taxi | | | $11.31 | EFH Offices to Love Field |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160810 | Gary Germeroth | Parking | | | $26.00 | Airport parking |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160810 | Gary Germeroth | Personal Vehicle | $0.54 | 19 miles | $10.26 | Hobby Airport to Home |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160810 | Gary Germeroth | Lunch | | | $10.55 | Which Wich | Self |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160816 | Paul Harmon | Airfare | | | $350.98 | Airfare from Denver to Dallas (ANYTIME FARE) |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160816 | Paul Harmon | Hotel | | | $126.11 | Hampton Inn - Corsicana, TX |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160816 | Paul Harmon | Rental Car | | | $51.98 | Hertz |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160816 | Paul Harmon | Dinner | | | $24.93 | Oncor Fieldwork | P. Harmon |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160816 | Paul Harmon | Hotel | | | $4.95 | Internet |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160817 | Paul Harmon | Hotel | | | $163.30 | Hilton Garden Inn - Tyler, TX |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160817 | Paul Harmon | Rental Car | | | $51.98 | Hertz |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160817 | Paul Harmon | Breakfast | | | $11.72 | Oncor Fieldwork | P. Harmon |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160817 | Paul Harmon | Lunch | | | $14.37 | Oncor Fieldwork | P. Harmon |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160817 | Paul Harmon | Dinner | | | $35.11 | Oncor Fieldwork | P. Harmon |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160817 | Paul Harmon | Hotel | | | $4.95 | Internet |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160817 | Paul Harmon | Rental Car | | | $20.95 | Auto Fuel |
| EFCH/TCH-CS-047 | Hearings | 20160817 | Todd Filsinger | Airfare | | | $622.00 | Airfare from Denver to Philadephia; first class ticket purchased at $820.10 and charged to client at economy class price of $622 (see supporting documentation) |
| EFCH/TCH-CS-047 | Hearings | 20160817 | Todd Filsinger | Taxi | | | $37.02 | To Delaware |
| EFCH/TCH-CS-047 | Hearings | 20160817 | Todd Filsinger | Taxi | | | $70.00 | To DIA |
| EFCH/TCH-CS-047 | Hearings | 20160817 | Todd Filsinger | Dinner | | | $58.90 | Hotel Dupont | self & Gary Germeroth |
| EFCH/TCH-CS-047 | Hearings | 20160817 | Gary Germeroth | Airfare | | | $1277.52 | Airfare from Dallas to Philadelphia (round trip economy) |
| EFCH/TCH-CS-047 | Hearings | 20160817 | Gary Germeroth | Hotel | | | $328.90 | Hotel DuPont  Wilmington, DE |
| EFCH/TCH-CS-047 | Hearings | 20160817 | Gary Germeroth | Taxi | | | $34.47 | Philadelphia airport to Wilmington hotel |
| EFCH/TCH-CS-047 | Hearings | 20160817 | Gary Germeroth | Parking | | | $22.00 | Airport parking |
| EFCH/TCH-CS-047 | Hearings | 20160817 | Gary Germeroth | Personal Vehicle | $0.54 | 29 miles | $15.66 | Hotel to DFW Airport |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160818 | Paul Harmon | Airfare | | | $350.98 | Airfare from Dallas to Denver (anytime fare) |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160818 | Paul Harmon | Rental Car | | | $51.97 | Hertz |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160818 | Paul Harmon | Parking | | | $48.00 | DIA |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160818 | Paul Harmon | Breakfast | | | $9.40 | Oncor Fieldwork | P. Harmon |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160818 | Paul Harmon | Lunch | | | $12.00 | Oncor Fieldwork | P. Harmon |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160818 | Paul Harmon | Rental Car | | | $7.83 | Auto Fuel |
| EFCH/TCH-CS-047 | Hearings | 20160818 | Todd Filsinger | Hotel | | | $328.90 | Hotel Dupont - Wilmington, DE |
| EFCH/TCH-CS-047 | Hearings | 20160818 | Gary Germeroth | Hotel | | | $328.90 | Hotel DuPont  Wilmington, DE |
| EFCH/TCH-CS-047 | Hearings | 20160818 | Gary Germeroth | Parking | | | $22.00 | Airport parking |
| EFCH/TCH-CS-047 | Hearings | 20160818 | Gary Germeroth | Breakfast | | | $49.30 | Room Service | Self, Todd Filsinger |
| EFCH/TCH-CS-047 | Hearings | 20160819 | Todd Filsinger | Hotel | | | $328.90 | Hotel Dupont - Wilmington, DE |
| EFCH/TCH-CS-047 | Hearings | 20160819 | Todd Filsinger | Taxi | | | $44.82 | To airport |
| EFCH/TCH-CS-047 | Hearings | 20160819 | Todd Filsinger | Taxi | | | $70.00 | To Home |
| EFCH/TCH-CS-047 | Hearings | 20160819 | Todd Filsinger | Lunch | | | $4.08 | Guava & Java | self |
| EFCH/TCH-CS-047 | Hearings | 20160819 | Gary Germeroth | Taxi | | | $41.70 | Wilmington hotel to Philadelphia airport |
| EFCH/TCH-CS-047 | Hearings | 20160819 | Gary Germeroth | Personal Vehicle | $0.54 | 29 miles | $15.66 | DFW Airport to hotel |
| EFCH/TCH-CS-047 | Hearings | 20160819 | Gary Germeroth | Breakfast | | | $12.03 | Starbucks | Self |
| EFCH/TCH-CS-047 | Hearings | 20160819 | Todd Filsinger | Airfare | | | $318.10 | Airfare from Philadelphia to Denver (economy) |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160822 | Paul Harmon | Airfare | | | $382.98 | Airfare from Denver to Houston (anytime fare) |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160822 | Paul Harmon | Hotel | | | $147.40 | Hilton - Houston TX |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160822 | Paul Harmon | Rental Car | | | $67.14 | Hertz |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160822 | Paul Harmon | Personal Vehicle | $0.54 | 36 miles | $19.44 | Home to Airport |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160822 | Paul Harmon | Dinner | | | $21.77 | Oncor Fieldwork | P. Harmon |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160823 | Dave Andrus | Airfare | | | $859.20 | Airfare from Burlington to Dallas (round trip economy class) |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160823 | Dave Andrus | Hotel | | | $123.33 | Fairfield Inn Dallas,TX - Lowest available rate |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160823 | Dave Andrus | Rental Car | | | $54.48 | Hertz |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160823 | Dave Andrus | Taxi | | | $26.65 | Taxi - Home to BTV airport |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160823 | Dave Andrus | Breakfast | | | $11.00 | Breakfast - Skinny Pancake | DCA |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160823 | Dave Andrus | Lunch | | | $16.68 | Lunch - Sonny Bryans | DCA |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160823 | Dave Andrus | Dinner | | | $40.00 | Dinner - Pappadeaux | DCA |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160823 | Gary Germeroth | Airfare | | | $224.98 | Airfare from Houston to Dallas |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160823 | Gary Germeroth | Hotel | | | $176.08 | Hilton Garden Inn  Dallas, TX |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160823 | Gary Germeroth | Taxi | | | $12.43 | Love Field to EFH Offices |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160823 | Gary Germeroth | Parking | | | $20.00 | Airport parking |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160823 | Gary Germeroth | Personal Vehicle | $0.54 | 19 miles | $10.26 | Home to Hobby Airport |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160823 | Gary Germeroth | Lunch | | | $19.13 | Poblano's | Self, Todd Filsinger |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160823 | Gary Germeroth | Dinner | | | $17.86 | WingBucket | Self |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160823 | Paul Harmon | Hotel | | | $133.21 | Hilton Garden Inn - Katy TX |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160823 | Paul Harmon | Rental Car | | | $67.14 | Hertz |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160823 | Paul Harmon | Breakfast | | | $13.83 | Oncor Fieldwork | P. Harmon |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160823 | Paul Harmon | Lunch | | | $16.45 | Oncor Fieldwork | P. Harmon |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160823 | Paul Harmon | Dinner | | | $34.63 | Oncor Fieldwork | P. Harmon |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160823 | Paul Harmon | Rental Car | | | $9.45 | Auto Fuel |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160823 | Paul Harmon | Other transportation exp | | | $14.00 | Tolls - Houston |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160823 | Paul Harmon | Other transportation exp | | | $5.70 | Tolls to DIA |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160823 | Nathan Pollak | Airfare | | | $68.10 | Airfare from Denver, CO to Dallas, TX |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160823 | Nathan Pollak | Taxi | | | $75.00 | DIA |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160823 | Nathan Pollak | Taxi | | | $55.81 | EFH |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160823 | Nathan Pollak | Breakfast | | | $8.33 | Caribou Coffee | N. Pollak |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160823 | Nathan Pollak | Lunch | | | $9.40 | Poblanos | N. Pollak |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160823 | Nathan Pollak | Dinner | | | $20.30 | Wing Bucket | N. Pollak |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160823 | Todd Filsinger | Airfare | | | $479.10 | Airfare from Denver to Dallas (economy class) |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160823 | Todd Filsinger | Taxi | | | $70.00 | to DIA |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160823 | Todd Filsinger | Taxi | | | $8.63 | to hotel |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160823 | Todd Filsinger | Taxi | | | $8.37 | to meeting |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160823 | Todd Filsinger | Taxi | | | $31.96 | from DFW |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160824 | Dave Andrus | Hotel | | | $123.33 | Fairfield Inn Dallas TX - Lowest available rate |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160824 | Dave Andrus | Rental Car | | | $54.47 | Hertz |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160824 | Dave Andrus | Taxi | | | $5.72 | Energy Plaza to Hotel |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160824 | Dave Andrus | Breakfast | | | $9.00 | Breakfast - Starbucks | DCA |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160824 | Dave Andrus | Lunch | | | $14.29 | Lunch -Dickies BBQ | DCA |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160824 | Dave Andrus | Dinner | | | $24.50 | Dinner - el Fenix | DCA |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160824 | Dave Andrus | Rental Car | | | $12.05 | Gasoline |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160824 | Gary Germeroth | Airfare | | | $224.98 | Airfare from Dallas to Houston |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160824 | Gary Germeroth | Taxi | | | $12.36 | EFH Offices to Love Field |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160824 | Gary Germeroth | Parking | | | $20.00 | Airport parking |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160824 | Gary Germeroth | Personal Vehicle | $0.54 | 19 miles | $10.26 | Hobby Airport to Home |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160824 | Gary Germeroth | Lunch | | | $14.29 | Dickey's Barbeque | Self |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160824 | Paul Harmon | Hotel | | | $130.00 | Doubletree - Galveston TX |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160824 | Paul Harmon | Rental Car | | | $67.14 | Hertz |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160824 | Paul Harmon | Breakfast | | | $11.00 | Oncor Fieldwork | P. Harmon |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160824 | Paul Harmon | Dinner | | | $30.98 | Oncor Fieldwork | P. Harmon |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160824 | Paul Harmon | Rental Car | | | $28.55 | Auto Fuel |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160824 | Paul Harmon | Other transportation exp | | | $9.50 | Tolls - Houston |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160824 | Paul Harmon | Hotel | | | $5.36 | Internet |

FILSINGER ENERGY PARTNERS
EXHIBIT D

| INVOICE NUMBER | MATTER | DATE | NAME OF TIMEKEEPER WHO INCURRED EXPENSE | EXPENSE CATEGORY | UNIT COST | # OF UNITS | TOTAL | EXPENSE DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| EFCH/TCH-CS-047 | On Site-Diligence | 20160824 | Nathan Pollak | Hotel | | | $209.30 | Hilton - Dallas, TX |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160824 | Nathan Pollak | Taxi | | | $5.61 | Hotel / Dinner |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160824 | Nathan Pollak | Breakfast | | | $6.26 | Sunrise Cafe | N. Pollak |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160824 | Nathan Pollak | Lunch | | | $14.29 | Dickey's BBQ | N. Pollak |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160824 | Buck Monday | Personal Vehicle | $0.54 | 313 miles | $169.02 | Travel by personal vehicle. Albuquerque to Texas for on site diligence |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160824 | Buck Monday | Lunch | | | $10.00 | lunch on road | self |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160824 | Buck Monday | Dinner | | | $11.73 | Pizza hut | self |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160824 | Todd Filsinger | Airfare | | | $197.98 | Airfare from Dallas to Austin |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160824 | Todd Filsinger | Hotel | | | $196.06 | The Highland - Dallas, TX |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160824 | Todd Filsinger | Taxi | | | $7.94 | to office |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160824 | Todd Filsinger | Breakfast | | | $9.68 | Starbucks | self |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160825 | Dave Andrus | Taxi | | | $24.97 | Uber - hotel to DFW airport |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160825 | Dave Andrus | Taxi | | | $29.00 | Taxi - BTV airport to Home |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160825 | Dave Andrus | Breakfast | | | $10.00 | Breakfast - Starbucks | DCA |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160825 | Dave Andrus | Lunch | | | $16.00 | Lunch - LGA airport | DCA |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160825 | Paul Harmon | Hotel | | | $130.00 | Doubletree - Galveston TX |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160825 | Paul Harmon | Rental Car | | | $67.14 | Hertz |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160825 | Paul Harmon | Breakfast | | | $7.56 | Oncor Fieldwork | P. Harmon |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160825 | Paul Harmon | Lunch | | | $13.30 | Oncor Fieldwork | P. Harmon |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160825 | Paul Harmon | Dinner | | | $36.26 | Oncor Fieldwork | P. Harmon |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160825 | Paul Harmon | Rental Car | | | $29.13 | Auto Fuel |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160825 | Paul Harmon | Other transportation exp | | | $21.00 | Tolls- Houston |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160825 | Paul Harmon | Hotel | | | $5.36 | Internet |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160825 | Nathan Pollak | Airfare | | | $153.10 | Airfare from Dallas, TX to Denver, CO |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160825 | Nathan Pollak | Hotel | | | $209.30 | Hilton - Dallas, TX |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160825 | Nathan Pollak | Taxi | | | $27.26 | DFW |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160825 | Nathan Pollak | Parking | | | $80.00 | DIA |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160825 | Nathan Pollak | Breakfast | | | $6.26 | Sunrise Cafe | N. Pollak |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160825 | Nathan Pollak | Lunch | | | $8.65 | McDonalds | N. Pollak |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160825 | Buck Monday | Hotel | | | $177.10 | Hampton Inn - Amarillo, TX |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160825 | Buck Monday | Rental Car | | | $67.56 | Budget |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160825 | Buck Monday | Lunch | | | $7.90 | lunch on road | self |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160825 | Buck Monday | Dinner | | | $22.52 | Applebees | self |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160825 | Buck Monday | Rental Car | | | $20.93 | Fuel |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160826 | Paul Harmon | Airfare | | | $382.98 | Airfare from Houston to Denver (Southwest, anytime fare) |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160826 | Paul Harmon | Rental Car | | | $67.13 | Hertz |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160826 | Paul Harmon | Personal Vehicle | $0.54 | 36 miles | $19.44 | Airport to Home |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160826 | Paul Harmon | Breakfast | | | $14.78 | Oncor Fieldwork | P. Harmon |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160826 | Paul Harmon | Lunch | | | $19.58 | Oncor Fieldwork | P. Harmon |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160826 | Paul Harmon | Rental Car | | | $9.04 | Auto Fuel |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160826 | Paul Harmon | Other transportation exp | | | $7.50 | Tolls -Houston |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160826 | Paul Harmon | Other transportation exp | | | $5.70 | Tolls From DIA |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160826 | Buck Monday | Hotel | | | $153.93 | Hampton Inn - Lubbock, TX |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160826 | Buck Monday | Rental Car | | | $67.56 | Budget |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160826 | Buck Monday | Lunch | | | $10.00 | lunch on road | self |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160826 | Buck Monday | Dinner | | | $18.35 | dinner on road | self |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160826 | Buck Monday | Rental Car | | | $18.32 | Fuel |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160826 | Buck Monday | Rental Car | | | $21.16 | Fuel |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160827 | Buck Monday | Hotel | | | $120.71 | Hampton Inn - San Angelo, TX |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160827 | Buck Monday | Rental Car | | | $67.56 | Budget |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160827 | Buck Monday | Lunch | | | $10.00 | lunch on road | self |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160827 | Buck Monday | Dinner | | | $20.81 | Outback | self |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160828 | Buck Monday | Hotel | | | $117.21 | Hampton Inn - Abilene, TX |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160828 | Buck Monday | Rental Car | | | $67.56 | Budget |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160828 | Buck Monday | Lunch | | | $16.40 | lunch on road | self |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160828 | Buck Monday | Dinner | | | $8.54 | Chicken express | self |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160828 | Buck Monday | Rental Car | | | $24.20 | Fuel |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160829 | Michael Gadsden | Airfare | | | $96.48 | Airfare from Denver to Dallas |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160829 | Michael Gadsden | Hotel | | | $155.00 | Adolphus hotel (Dallas) |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160829 | Michael Gadsden | Taxi | | | $33.30 | Denver airport |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160829 | Michael Gadsden | Taxi | | | $28.00 | Adolphus hotel |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160829 | Michael Gadsden | Dinner | | | $8.63 | Villa Pizza | Michael |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160829 | Michael Gadsden | Lunch | | | $6.47 | Self |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160829 | Paul Harmon | Airfare | | | $350.98 | Airfare from Denver to Dallas (Southwest anytime fare) |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160829 | Paul Harmon | Hotel | | | $140.08 | Hilton, Dallas Texas |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160829 | Paul Harmon | Rental Car | | | $75.00 | Hertz (max per day) |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160829 | Paul Harmon | Parking | | | $28.15 | Hotel |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160829 | Paul Harmon | Dinner | | | $40.00 | Oncor Fieldwork | P. Harmon |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160829 | Paul Harmon | Other transportation exp | | | $5.70 | Tolls Home to DIA |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160829 | Buck Monday | Hotel | | | $117.21 | Hampton Inn - Abilene, TX |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160829 | Buck Monday | Rental Car | | | $67.56 | Budget |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160829 | Buck Monday | Lunch | | | $10.00 | lunch on road | self |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160829 | Buck Monday | Dinner | | | $10.81 | Dickey's BBQ | self |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160829 | Buck Monday | Rental Car | | | $18.35 | Fuel |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160829 | Todd Filsinger | Airfare | | | $235.10 | Airfare from Denver to Dallas |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160829 | Todd Filsinger | Taxi | | | $70.00 | to DIA |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160829 | Todd Filsinger | Taxi | | | $33.21 | DFW to hotel |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160830 | Michael Gadsden | Hotel | | | $155.00 | Adolphus hotel (Dallas) |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160830 | Michael Gadsden | Taxi | | | $5.85 | EFH |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160830 | Michael Gadsden | Taxi | | | $11.06 | The Blue Fish |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160830 | Michael Gadsden | Parking | | | $9.24 | Taxi: Adolphus Hotel |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160830 | Michael Gadsden | Breakfast | | | $7.50 | Coffee @ Corner | Michael |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160830 | Michael Gadsden | Lunch | | | $68.00 | Chino @ Trinity Groves | Michael, Gary, James K (EFH) working lunch meeting |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160830 | Michael Gadsden | Dinner | | | $80.00 | The Blue Fish | Michael, Todd |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160830 | Paul Harmon | Hotel | | | $171.76 | Hilton - Waco TX |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160830 | Paul Harmon | Rental Car | | | $75.00 | Hertz (max per day) |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160830 | Paul Harmon | Parking | | | $27.00 | DIA |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160830 | Paul Harmon | Breakfast | | | $17.38 | Oncor Fieldwork | P. Harmon |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160830 | Paul Harmon | Lunch | | | $11.90 | Oncor Fieldwork | P. Harmon |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160830 | Paul Harmon | Dinner | | | $37.16 | Oncor Fieldwork | P. Harmon |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160830 | Paul Harmon | Rental Car | | | $23.32 | Auto Fuel |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160830 | Paul Harmon | Other transportation exp | | | $4.60 | Tolls - Dallas |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160830 | Buck Monday | Hotel | | | $127.69 | Hampton Inn - Vernon, TX |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160830 | Buck Monday | Rental Car | | | $67.56 | Budget |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160830 | Buck Monday | Lunch | | | $10.00 | lunch on road | self |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160830 | Buck Monday | Dinner | | | $24.56 | Outback | self |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160830 | Buck Monday | Rental Car | | | $22.97 | Fuel |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160830 | Gary Germeroth | Hotel | | | $160.04 | Hilton Garden Inn Dallas, TX |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160830 | Gary Germeroth | Taxi | | | $5.89 | Lunch with James Kolar to EFH Office |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160830 | Gary Germeroth | Parking | | | $7.00 | EFH Office parking |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160830 | Gary Germeroth | Personal Vehicle | $0.54 | 270 miles | $145.80 | Home to EFH Offices |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160830 | Gary Germeroth | Dinner | | | $40.00 | Charleston's | Self |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160830 | Todd Filsinger | Hotel | | | $164.94 | The Highland - Dallas, TX |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160830 | Todd Filsinger | Taxi | | | $9.51 | to hotel from office |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160830 | Todd Filsinger | Breakfast | | | $12.41 | the Knife (hotel) | self |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160830 | Todd Filsinger | Lunch | | | $6.48 | Poblanos | self |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160831 | Michael Gadsden | Airfare | | | $96.49 | Airfare from Dallas to Denver |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160831 | Michael Gadsden | Taxi | | | $28.00 | Love field |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160831 | Michael Gadsden | Taxi | | | $33.85 | Home |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160831 | Michael Gadsden | Breakfast | | | $6.51 | Coffee @ Corner | Michael |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160831 | Michael Gadsden | Lunch | | | $10.00 | Salata | Michael |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160831 | Michael Gadsden | Dinner | | | $17.08 | Campisi's | Michael |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160831 | Paul Harmon | Rental Car | | | $75.00 | Hertz (max per day) |

FILSINGER ENERGY PARTNERS
EXHIBIT D

| INVOICE NUMBER | MATTER | DATE | NAME OF TIMEKEEPER WHO INCURRED EXPENSE | EXPENSE CATEGORY | UNIT COST | # OF UNITS | TOTAL | EXPENSE DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| EFCH/TCH-CS-047 | On Site-Diligence | 20160831 | Paul Harmon | Breakfast | | | $13.78 | Oncor Fieldwork \| P. Harmon |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160831 | Paul Harmon | Lunch | | | $16.70 | Oncor Fieldwork \| P. Harmon |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160831 | Paul Harmon | Rental Car | | | $19.29 | Auto Fuel |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160831 | Paul Harmon | Other transportation exp | | | $6.50 | Tolls Austin |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160831 | Buck Monday | Hotel | | | $207.37 | Hampton Inn - Amarillo, TX |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160831 | Buck Monday | Rental Car | | | $67.56 | Budget |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160831 | Buck Monday | Parking | | | $15.16 | Amarillo airport |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160831 | Buck Monday | Personal Vehicle | $0.54 | 313 miles | $169.02 | Travel by personal vehicle. Return home from Texas for on site diligence |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160831 | Buck Monday | Lunch | | | $10.00 | lunch on road \| self |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160831 | Buck Monday | Rental Car | | | $8.27 | Fuel |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160831 | Gary Germeroth | Parking | | | $7.00 | EFH Office parking |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160831 | Gary Germeroth | Personal Vehicle | $0.54 | 270 miles | $145.80 | EFH Offices to Home |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160831 | Gary Germeroth | Lunch | | | $9.74 | Carmine's Pizza \| Self |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160831 | Todd Filsinger | Hotel | | | $164.94 | The Highland - Dallas, TX |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160831 | Todd Filsinger | Taxi | | | $70.00 | To home |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160831 | Todd Filsinger | Taxi | | | $45.56 | to airport |
| EFCH/TCH-CS-047 | On Site-Diligence | 20160831 | Todd Filsinger | Breakfast | | | $4.33 | Starbucks \| self |
| | | | | | | subtotal: | $25,425.31 | |