# **EXHIBIT A**

54784489.1

## SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY

(See Guidelines C.8. for project category information.)

| Project Category | Hours Budgeted | Fees Budgeted | Hours Billed | Fees Sought |
|---|---|---|---|---|
| Administration | | | - | $ - |
| Asset Disposition | | | 2.30 | $ 951.50 |
| Assumption/Rejection of Leases & Contracts | | | 1.00 | $ 422.50 |
| Bankruptcy-Related Advice | | | 13.80 | $ 5,495.00 |
| Business Operations | | | 0.10 | $ 40.00 |
| Case Administration | | | 1.50 | $ 667.50 |
| Claims Administration & Objections | | | 1.30 | $ 569.50 |
| Employment/Fee Applications | | | 10.40 | $ 3,999.00 |
| Financing & Cash Collateral | | | 0.70 | $ 323.00 |
| General Bankruptcy Advice/Opinions | | | 0.30 | $ 120.00 |
| Litigation Contested Matters(excl assump/rejection motions | | | 5.50 | $ 2,416.00 |
| Meetings of & Communications with Creditors or the Comm | | | 2.50 | $ 1,029.00 |
| Operations | | | 3.00 | $ 1,579.50 |
| Plan & Disclosure Statement (including business plan) | | | 77.50 | $ 33,269.50 |
| Tax Issues | | | 0.50 | $ 222.50 |
| | | | 120.40 | $ 51,104.50 |

# **EXHIBIT B**

54784489.1

SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FEE APPLICATION

| Name | Title | Section | Date of First Admission | Fees Billed | Hours Billed | Hourly Rate Billed in This Application | Hourly Rate Billed in First Interim Application | Number of Rate Increases Since Case Inception |
|---|---|---|---|---|---|---|---|---|
| Bird, James E. | Shareholder | FR Bankruptcy and Restructuring | 10/15/1980 | $ 615.00 | 1.00 | 615.00 | - | 0 |
| Church, Jr., William H. | Shareholder | LI Commercial Litigation | 11/01/1988 | $ 420.00 | 0.70 | 600.00 | - | 0 |
| Edelson, Justin K. | Shareholder | FR Bankruptcy and Restructuring | 05/01/2007 | $ - | - | - | - | 0 |
| Edelson, Justin K. | Shareholder | FR Bankruptcy and Restructuring | 05/01/2007 | $ 38,092.00 | 85.60 | 445.00 | - | 0 |
| Vine, Jarrett K. | Associate | FR Bankruptcy and Restructuring | 01/01/2009 | $ - | - | - | - | 0 |
| Vine, Jarrett K. | Associate | FR Bankruptcy and Restructuring | 01/01/2009 | $ 9,200.00 | 23.00 | 400.00 | - | 0 |
| Suprum, Lindsey M. | Paralegal | FR Bankruptcy and Restructuring | | $ 2,777.50 | 10.10 | 275.00 | - | 0 |
| | | | | $ 51,104.50 | 120.40 | 424.46 | | |

## CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES WITH FEE APPLICATIONS

( See Guidelines C.3. for definitions of terms used in this Exhibit.)

| Category of Timekeeper (using categories already maintained by the firm) | BLENDED HOURLY RATE | |
|---|---|---|
| | BILLED OR COLLECTED<br>Firm or offices for preceding year, excluding bankruptcy | BILLED<br>In this fee application |
| Shareholder | $ 457.98 | $ 448.19 |
| Associate | $ 337.69 | $ 400.00 |
| Paralegal | $ 230.54 | $ 275.00 |
| | | |
| All timekeepers averaged | $ 432.41 | $ 424.46 |

# **EXHIBIT C**

54784489.1

## SUMMARY OF EXPENSE REIMBURSEMENT REQUESTED BY CATEGORY

(See Guidelines C.8. for project category information.)

| Category | Amount |
| --- | --- |
| Document Reproduction | $ 2,272.90 |
| Deliveries | $ 15.00 |
| On-Line Searches | $ - |
| Meals | $ 659.64 |
| Transcript of Proceedings | $ 1,266.00 |
| | $ 4,213.54 |

# **EXHIBIT D**

54784489.1



# Invoice Detail

For Professional Services Through 8/31/16  
File No. 078582-475724  
**Re: Energy Future Holdings Bankruptcy**

Page 25  
September 15, 2016  
Invoice No: 1329602

## Disbursements

| Date | | Amount |
|---|---|---:|
| 07/31/16 | On-Line Searches | $0.00 |
| 08/02/16 | Meals Reliable Wilmington pickup/delivery meal on 8/1 for working lunch | 49.09 |
| 08/09/16 | Meals Reliable Wilmington Working lunch to working on filings on 8/8/16 | 32.48 |
| 08/15/16 | Meals Reliable Wilmington Pickup/delivery of lunch (Filing opposition motions, serving objections, committee call | 62.88 |
| 08/17/16 | Transcript of Proceedings Veritext New York Reporting Co. certified transcript | 43.20 |
| 08/17/16 | Transcript of Proceedings Veritext New York Reporting Co. electronic copy of transcript | 86.40 |
| 08/18/16 | Transcript of Proceedings Veritext New York Reporting Co. electronic copy of transcript | 350.40 |
| 08/19/16 | Transcript of Proceedings Veritext New York Reporting Co. electronic transcript copy | 289.20 |
| 08/19/16 | Document Reproduction Reliable Wilmington document reproduction | 285.80 |
| 08/19/16 | Document Reproduction Reliable Wilmington document production for confirmation hearing | 1,696.90 |
| 08/22/16 | Meals Reliable Wilmington Energy Future Omnibus Hearing - pickup/delivery of lunch | 76.38 |
| 08/22/16 | Document Reproduction Reliable Wilmington reproduction of documents for Energy Future TCEH Confirmation Hearing delivery of documents to court on 8/17/16 | 290.20 |
| 08/22/16 | Meals Reliable Wilmington pickup/delivery of lunch for Energy Future TCEH Confirmation Hearing | 112.38 |
| 08/22/16 | Meals Reliable Wilmington Lunch (pickup/delivery) on 8/18/16 for EFH Confirmation Hearing | 78.95 |
| 08/22/16 | Meals Reliable Wilmington lunch (pickup/delivery) on 8/19/16 EFH Confirmation Hearing | 114.63 |
| 08/22/16 | Transcript of Proceedings Veritext New York Reporting Co. certified transcript | 211.20 |
| 08/22/16 | Transcript of Proceedings Veritext New York Reporting Co. Certified Transcript | 285.60 |
| 08/23/16 | Meals Reliable Wilmington pickup/delivery lunch on 8/22/16 for EFH Confirmation Hearing | 51.63 |
| 08/24/16 | Deliveries Reliable Wilmington hand delivery of boxes to United States District Court on 8/23/16 | 15.00 |
| 08/25/16 | Meals Reliable Wilmington pickup/delivery of lunch for confirmation hearing | 43.72 |
| 08/26/16 | Meals Reliable Wilmington pickup/delivery of lunch on 8/23/16 for EFH Confirmation Hearing | 37.50 |
| | **Total Disbursements** | **$4,213.54** |

Total Disbursements                                                       <u>4,213.54</u>