# Exhibit A

## Fee Summary by Professional for the Period May 1, 2016 through May 31, 2016

# EFH Corp
## Deloitte & Touche LLP
## Fees Sorted by Category for the Fee Period
## May 01, 2016 - May 31, 2016

*Bankruptcy Related Research Consultation and Transaction*

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Blair, Kirk | Partner/Principal | $720.00 | 0.7 | $504.00 |
| Bradfield, Derek | Partner/Principal | $720.00 | 0.5 | $360.00 |
| Carr, Vickie | Partner/Principal | $720.00 | 2.0 | $1,440.00 |
| Halfacre, Dean | Partner/Principal | $720.00 | 1.5 | $1,080.00 |
| Kilkenny, Tom | Partner/Principal | $720.00 | 6.1 | $4,392.00 |
| Kushner, Jonathan | Partner/Principal | $720.00 | 13.8 | $9,936.00 |
| Wegener, Steve | Partner/Principal | $720.00 | 0.5 | $360.00 |
| Craig, Valerie | Managing Director | $720.00 | 12.2 | $8,784.00 |
| Favor, Rick | Managing Director | $720.00 | 0.8 | $576.00 |
| Hickl, Jeff | Managing Director | $720.00 | 1.8 | $1,296.00 |
| Sasso, Anthony | Managing Director | $720.00 | 4.4 | $3,168.00 |
| Schneider, Beth | Managing Director | $720.00 | 3.4 | $2,448.00 |
| Auyeung, Tungjun | Senior Manager | $620.00 | 13.2 | $8,184.00 |
| Bowers, Rachel | Senior Manager | $620.00 | 0.5 | $310.00 |
| Furry, Margaret | Senior Manager | $620.00 | 2.5 | $1,550.00 |
| Handler, Benjamin | Senior Manager | $620.00 | 4.0 | $2,480.00 |
| Vodovoz, Inna | Senior Manager | $620.00 | 2.4 | $1,488.00 |
| Butler, Mike | Senior Consultant | $425.00 | 1.8 | $765.00 |
| **Professional Subtotal:** | | | **72.1** | **$49,121.00** |

# EFH Corp
## Deloitte & Touche LLP
## Fees Sorted by Category for the Fee Period
## May 01, 2016 - May 31, 2016

*Financial Statement Audit and Related Services*

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Barker, James | Partner/Principal | $365.00 | 8.2 | $2,993.00 |
| Brandau, Patrick | Partner/Principal | $365.00 | 12.3 | $4,489.50 |
| Christensen, Wendi | Partner/Principal | $365.00 | 5.0 | $1,825.00 |
| Janiak, Stacy | Partner/Principal | $365.00 | 5.6 | $2,044.00 |
| Kilkenny, Tom | Partner/Principal | $365.00 | 72.2 | $26,353.00 |
| Lawrence, George | Partner/Principal | $365.00 | 7.5 | $2,737.50 |
| Nanney, Roger | Partner/Principal | $365.00 | 3.5 | $1,277.50 |
| Parker, Matt | Partner/Principal | $365.00 | 55.8 | $20,367.00 |
| Poindexter, Heath | Partner/Principal | $365.00 | 15.1 | $5,511.50 |
| Slyh, John | Partner/Principal | $365.00 | 13.5 | $4,927.50 |
| Wahrman, Julie | Partner/Principal | $365.00 | 0.8 | $292.00 |
| Winger, Julie | Partner/Principal | $365.00 | 8.4 | $3,066.00 |
| Yankee, Dave | Partner/Principal | $365.00 | 1.0 | $365.00 |
| Craig, Valerie | Managing Director | $365.00 | 61.0 | $22,265.00 |
| Favor, Rick | Managing Director | $365.00 | 9.0 | $3,285.00 |
| Hickl, Jeff | Managing Director | $365.00 | 3.5 | $1,277.50 |
| Meads, Ivan | Managing Director | $365.00 | 42.3 | $15,439.50 |
| Sasso, Anthony | Managing Director | $365.00 | 2.8 | $1,022.00 |
| Topp, Robert | Managing Director | $365.00 | 0.5 | $182.50 |
| Bowers, Rachel | Senior Manager | $290.00 | 39.0 | $11,310.00 |
| Freeman, Mike | Senior Manager | $290.00 | 43.2 | $12,528.00 |
| Goldberg, Sarah | Senior Manager | $290.00 | 3.5 | $1,015.00 |
| Horn, Dave | Senior Manager | $290.00 | 2.5 | $725.00 |
| Robinson, Bill | Senior Manager | $290.00 | 0.5 | $145.00 |
| Taylor, Allison | Senior Manager | $290.00 | 1.5 | $435.00 |
| Coetzee, Rachelle | Manager | $265.00 | 15.8 | $4,187.00 |
| Hurwitch, Jeremy | Manager | $265.00 | 4.0 | $1,060.00 |
| Janes, Robby | Manager | $265.00 | 21.0 | $5,565.00 |
| Kowalk, Bennett | Manager | $265.00 | 13.3 | $3,524.50 |
| Morehead, David | Manager | $265.00 | 120.6 | $31,959.00 |
| Murawski, Bryan | Manager | $265.00 | 73.4 | $19,451.00 |
| Paul, Taylor | Manager | $265.00 | 6.4 | $1,696.00 |
| Regan, Katie | Manager | $265.00 | 114.5 | $30,342.50 |
| Schneider, Stephen | Manager | $265.00 | 30.4 | $8,056.00 |
| Wendel, Ashley | Manager | $265.00 | 14.0 | $3,710.00 |
| Andio, Christel | Senior Consultant | $215.00 | 5.0 | $1,075.00 |
| Babanova, Maria | Senior Consultant | $215.00 | 66.9 | $14,383.50 |
| Billa, Swapna | Senior Consultant | $215.00 | 3.0 | $645.00 |
| Blum, Brian | Senior Consultant | $215.00 | 118.8 | $25,542.00 |
| Brunson, Steve | Senior Consultant | $215.00 | 145.6 | $31,304.00 |
| Casey, Chris | Senior Consultant | $215.00 | 68.0 | $14,620.00 |
| Evetts, Erin | Senior Consultant | $215.00 | 7.2 | $1,548.00 |

# EFH Corp
## Deloitte & Touche LLP
## Fees Sorted by Category for the Fee Period
## May 01, 2016 - May 31, 2016

*Financial Statement Audit and Related Services*

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| Continued | | | | |
| Foster, Danielle | Senior Consultant | $215.00 | 25.8 | $5,547.00 |
| Henry, Diane | Senior Consultant | $215.00 | 105.6 | $22,704.00 |
| Juneja, Roma | Senior Consultant | $215.00 | 3.0 | $645.00 |
| Koprivnik, Xander | Senior Consultant | $215.00 | 9.8 | $2,107.00 |
| Miceli, Addison | Senior Consultant | $215.00 | 85.5 | $18,382.50 |
| Novik, Steven | Senior Consultant | $215.00 | 4.0 | $860.00 |
| Nurse, Shannon | Senior Consultant | $215.00 | 6.1 | $1,311.50 |
| Pansari, Anubhav | Senior Consultant | $215.00 | 14.5 | $3,117.50 |
| Persons, Hillary | Senior Consultant | $215.00 | 58.7 | $12,620.50 |
| Pothoulakis, Tony | Senior Consultant | $215.00 | 122.2 | $26,273.00 |
| Richards, Lauren | Senior Consultant | $215.00 | 41.4 | $8,901.00 |
| Richards, Nick | Senior Consultant | $215.00 | 1.2 | $258.00 |
| Roberts, Jimmy | Senior Consultant | $215.00 | 6.5 | $1,397.50 |
| Salamon, David | Senior Consultant | $215.00 | 0.6 | $129.00 |
| Shankar, Lalitha | Senior Consultant | $215.00 | 3.5 | $752.50 |
| Tucker, Jason | Senior Consultant | $215.00 | 7.5 | $1,612.50 |
| Twigge, Daniel | Senior Consultant | $215.00 | 2.0 | $430.00 |
| Yadav, Devavrata | Senior Consultant | $215.00 | 12.5 | $2,687.50 |
| Benvenuti, Christina | Consultant | $175.00 | 97.9 | $17,132.50 |
| Chiste, Robby | Consultant | $175.00 | 12.9 | $2,257.50 |
| Falkiewicz, Bradley | Consultant | $175.00 | 19.5 | $3,412.50 |
| Hamid, Mahvish | Consultant | $175.00 | 4.0 | $700.00 |
| Li, Zhenyu | Consultant | $175.00 | 67.0 | $11,725.00 |
| Lirely, Loren | Consultant | $175.00 | 100.3 | $17,552.50 |
| Nasa, Srishti | Consultant | $175.00 | 18.0 | $3,150.00 |
| Nostro, Matt | Consultant | $175.00 | 2.4 | $420.00 |
| Occeus, Jethro | Consultant | $175.00 | 33.3 | $5,827.50 |
| Rosales, Josue | Consultant | $175.00 | 28.7 | $5,022.50 |
| Saini, Sonali | Consultant | $175.00 | 6.0 | $1,050.00 |
| **Professional Subtotal:** | | | **2,146.5** | **$522,532.50** |

# EFH Corp

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

## May 01, 2016 - May 31, 2016

*Preparation of Fee Applications*

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Kilkenny, Tom | Partner/Principal | $365.00 | 1.5 | $547.50 |
| Parker, Matt | Partner/Principal | $365.00 | 1.0 | $365.00 |
| Murawski, Bryan | Manager | $265.00 | 11.6 | $3,074.00 |
| Gutierrez, Dalia | Project Controller | $175.00 | 24.9 | $4,357.50 |
| **Professional Subtotal:** | | | **39.0** | **$8,344.00** |