# Exhibit A

**Fee Summary by Professional for the Period
June 1, 2016 through June 30, 2016**

# EFH Corp
## Deloitte & Touche LLP
## Fees Sorted by Category for the Fee Period
## June 01, 2016 - June 30, 2016

*Bankruptcy Related Research Consultation and Transaction*

| Professional | Description | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Blair, Kirk | Partner/Principal | $720.00 | 3.0 | $2,160.00 |
| Carr, Vickie | Partner/Principal | $720.00 | 3.2 | $2,304.00 |
| Halfacre, Dean | Partner/Principal | $720.00 | 0.8 | $576.00 |
| Hoffman, David | Partner/Principal | $720.00 | 0.3 | $216.00 |
| Kilkenny, Tom | Partner/Principal | $720.00 | 10.8 | $7,776.00 |
| Kushner, Jonathan | Partner/Principal | $720.00 | 19.0 | $13,680.00 |
| Parker, Matt | Partner/Principal | $720.00 | 22.7 | $16,344.00 |
| Wegener, Steve | Partner/Principal | $720.00 | 2.2 | $1,584.00 |
| Craig, Valerie | Managing Director | $720.00 | 2.8 | $2,016.00 |
| Favor, Rick | Managing Director | $720.00 | 5.0 | $3,600.00 |
| Hickl, Jeff | Managing Director | $720.00 | 7.0 | $5,040.00 |
| Sasso, Anthony | Managing Director | $720.00 | 8.8 | $6,336.00 |
| Auyeung, Tungjun | Senior Manager | $620.00 | 8.9 | $5,518.00 |
| Bowers, Rachel | Senior Manager | $620.00 | 2.9 | $1,798.00 |
| Furry, Margaret | Senior Manager | $620.00 | 1.0 | $620.00 |
| Handler, Benjamin | Senior Manager | $620.00 | 11.6 | $7,192.00 |
| Murawski, Bryan | Manager | $540.00 | 4.7 | $2,538.00 |
| Babanova, Maria | Senior Consultant | $425.00 | 3.0 | $1,275.00 |
| Baily, Brianna | Senior Consultant | $425.00 | 9.0 | $3,825.00 |
| Butler, Mike | Senior Consultant | $425.00 | 3.4 | $1,445.00 |
| Pansari, Anubhav | Senior Consultant | $425.00 | 1.5 | $637.50 |
| Pothoulakis, Tony | Senior Consultant | $425.00 | 2.0 | $850.00 |
| Banga, Anubhav | Consultant | $350.00 | 7.0 | $2,450.00 |
| Benvenuti, Christina | Consultant | $350.00 | 17.7 | $6,195.00 |
| Berchuck, Sarah | Consultant | $350.00 | 4.5 | $1,575.00 |
| Lirely, Loren | Consultant | $350.00 | 2.1 | $735.00 |
| **Professional Subtotal:** | | | **164.9** | **$98,285.50** |

# EFH Corp
## Deloitte & Touche LLP
## Fees Sorted by Category for the Fee Period
## June 01, 2016 - June 30, 2016

*Financial Statement Audit and Related Services*

| Professional | Description | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Becker, Paul | Partner/Principal | $365.00 | 0.5 | $182.50 |
| Benesh, Kay | Partner/Principal | $365.00 | 2.5 | $912.50 |
| Blair, Kirk | Partner/Principal | $365.00 | 1.0 | $365.00 |
| Carr, Vickie | Partner/Principal | $365.00 | 4.0 | $1,460.00 |
| Kilkenny, Tom | Partner/Principal | $365.00 | 59.7 | $21,790.50 |
| Nanney, Roger | Partner/Principal | $365.00 | 4.0 | $1,460.00 |
| Parker, Matt | Partner/Principal | $365.00 | 66.3 | $24,199.50 |
| Poindexter, Heath | Partner/Principal | $365.00 | 7.0 | $2,555.00 |
| Slyh, John | Partner/Principal | $365.00 | 6.0 | $2,190.00 |
| Winger, Julie | Partner/Principal | $365.00 | 17.7 | $6,460.50 |
| Craig, Valerie | Managing Director | $365.00 | 105.2 | $38,398.00 |
| Favor, Rick | Managing Director | $365.00 | 7.5 | $2,737.50 |
| Hickl, Jeff | Managing Director | $365.00 | 13.2 | $4,818.00 |
| Johnston, Josh | Managing Director | $365.00 | 2.0 | $730.00 |
| Meads, Ivan | Managing Director | $365.00 | 1.5 | $547.50 |
| Bowers, Rachel | Senior Manager | $290.00 | 83.7 | $24,273.00 |
| Freeman, Mike | Senior Manager | $290.00 | 33.0 | $9,570.00 |
| Garner, Kristen | Senior Manager | $290.00 | 0.8 | $232.00 |
| Handler, Benjamin | Senior Manager | $290.00 | 0.2 | $58.00 |
| Salazar, Manny | Senior Manager | $290.00 | 2.0 | $580.00 |
| Alvarado, Jason | Manager | $265.00 | 3.0 | $795.00 |
| Coetzee, Rachelle | Manager | $265.00 | 19.0 | $5,035.00 |
| Hurwitch, Jeremy | Manager | $265.00 | 1.0 | $265.00 |
| Kowalk, Bennett | Manager | $265.00 | 4.8 | $1,272.00 |
| Morehead, David | Manager | $265.00 | 90.9 | $24,088.50 |
| Murawski, Bryan | Manager | $265.00 | 134.6 | $35,669.00 |
| Regan, Katie | Manager | $265.00 | 6.5 | $1,722.50 |
| Salch, Ryan | Manager | $265.00 | 24.0 | $6,360.00 |
| Schneider, Stephen | Manager | $265.00 | 15.5 | $4,107.50 |
| Tangirala, Hershy | Manager | $265.00 | 1.4 | $371.00 |
| Wendel, Ashley | Manager | $265.00 | 24.2 | $6,413.00 |
| Babanova, Maria | Senior Consultant | $215.00 | 178.4 | $38,356.00 |
| Baily, Brianna | Senior Consultant | $215.00 | 3.0 | $645.00 |
| Baylis, Jessica | Senior Consultant | $215.00 | 6.0 | $1,290.00 |
| Blum, Brian | Senior Consultant | $215.00 | 12.0 | $2,580.00 |
| Brunson, Steve | Senior Consultant | $215.00 | 109.5 | $23,542.50 |
| Casey, Chris | Senior Consultant | $215.00 | 144.9 | $31,153.50 |
| Evetts, Erin | Senior Consultant | $215.00 | 8.9 | $1,913.50 |
| Henry, Diane | Senior Consultant | $215.00 | 63.4 | $13,631.00 |
| Koprivnik, Xander | Senior Consultant | $215.00 | 13.6 | $2,924.00 |
| Pansari, Anubhav | Senior Consultant | $215.00 | 6.0 | $1,290.00 |
| Persons, Hillary | Senior Consultant | $215.00 | 114.2 | $24,553.00 |

# EFH Corp
## Deloitte & Touche LLP
## Fees Sorted by Category for the Fee Period
## June 01, 2016 - June 30, 2016

*Financial Statement Audit and Related Services*

| Professional | Description | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Continued | | | | |
| Platt, Bo | Senior Consultant | $215.00 | 7.8 | $1,677.00 |
| Pothoulakis, Tony | Senior Consultant | $215.00 | 144.2 | $31,003.00 |
| Richards, Lauren | Senior Consultant | $215.00 | 69.8 | $15,007.00 |
| Roberts, Jimmy | Senior Consultant | $215.00 | 4.0 | $860.00 |
| Twigge, Daniel | Senior Consultant | $215.00 | 50.4 | $10,836.00 |
| Yadav, Devavrata | Senior Consultant | $215.00 | 0.5 | $107.50 |
| Arora, Shriya | Consultant | $175.00 | 8.0 | $1,400.00 |
| Benvenuti, Christina | Consultant | $175.00 | 95.3 | $16,677.50 |
| Berchuck, Sarah | Consultant | $175.00 | 70.1 | $12,267.50 |
| Jain, Rachna | Consultant | $175.00 | 2.9 | $507.50 |
| Lirely, Loren | Consultant | $175.00 | 70.6 | $12,355.00 |
| Nasa, Srishti | Consultant | $175.00 | 1.2 | $210.00 |
| **Professional Subtotal:** | | | **1,927.4** | **$474,404.50** |

# EFH Corp
## Deloitte & Touche LLP
## Fees Sorted by Category for the Fee Period
## June 01, 2016 - June 30, 2016

*Non-Working Travel*

| Professional | Description | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Blair, Kirk | Partner/Principal | $365.00 | 5.0 | $1,825.00 |
| Sasso, Anthony | Managing Director | $365.00 | 8.0 | $2,920.00 |
| Professional Subtotal: | | | 13.0 | $4,745.00 |

| Adjustment | |
|---|---:|
| Less 50% Non-Working Travel Deduction | ($2,372.50) |
| **Total** | **$2,372.50** |

# EFH Corp
# Deloitte & Touche LLP
# Fees Sorted by Category for the Fee Period
# June 01, 2016 - June 30, 2016

*Preparation of Fee Applications*

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Kilkenny, Tom | Partner/Principal | $365.00 | 1.0 | $365.00 |
| Murawski, Bryan | Manager | $265.00 | 8.5 | $2,252.50 |
| Gutierrez, Dalia | Project Controller | $175.00 | 31.2 | $5,460.00 |
| **Professional Subtotal:** | | | **40.7** | **$8,077.50** |