# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ENERGY FUTURE HOLDINGS ) | Case No. 14-10979 (CSS) |
| CORP., et al.[1], ) | |
| ) | Jointly Administered |
| Debtors.   ) | |
| ) | **RE: Docket No. 9415** |

## CERTIFICATE OF NO OBJECTION REGARDING NINETEENTH MONTHLY FEE STATEMENT OF GREENHILL & CO., LLC, FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM JULY 1, 2016 THROUGH JULY 31, 2016 (NO ORDER REQUIRED)

On August 29, 2016, the *Nineteenth Monthly Fee Statement of Greenhill & Co., LLC for Allowance of an Administrative Claim for Compensation and Reimbursement of Expenses Incurred from July 1, 2016 through July 31, 2016 ("Greenhill")* [D.I. 9415]; (the "Monthly Fee Statement") was filed with this Court and served upon the Notice Parties as required by the **Stipulation and Order Appointing a Fee Committee**, dated August 21, 2014 [D.I. 1896] and the **Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals**, dated September 16, 2014 [D.I. 2066]. Under the **Notice of Fee Statement** filed and served with the Monthly Fee Statement, objections to the Monthly Fee Statement were to be filed and served in accordance with the foregoing Orders no later than **September 19, 2016 at 4:00 p.m.** Eastern Time.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

The undersigned certifies that no answer, objection or other response to the Monthly Fee Statement was filed or served as required, and that as of September 19, 2016, none appeared on the Court's docket.

Consequently, Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC, debtors and debtors in possession in the above-captioned cases are authorized to pay Greenhill 80% of the fees and 100% of the expenses requested in the Monthly Fee Statement upon the filing of this Certificate without the need for a further Court order. A summary of the fees and expenses that Greenhill seeks is attached as **Exhibit A.**

Dated: September 20, 2016

**McElroy, Deutsch, Mulvaney & Carpenter, LLP**

/s/ David Primack
David Primack, Esq. (No. 4449)
300 Delaware Ave., Suite 770
Wilmington, DE 19801
Phone: (302) 300-4515
Facsimile: (302) 654-4031
dprimack@mdmc-law.com
aapplebaum@mdmc-law.com

-and-

**Greenhill & Co., LLC**
Bradley A. Robins
Managing Director
300 Park Avenue
New York, NY 10022

# EXHIBIT A

**Professional Fees and Expenses
Monthly Fee Statement**

| Applicant | Fee Statement Period, Filing Date and Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| Greenhill & Co., LLC 300 Park Avenue New York, NY 10022 | Eighteenth Monthly Fee Statement 6/1/2016 through 6/30/2016<br><br>Docket No. 9380 | $250,000.00 | $1,466.59 | 9/19/2016 | $200,000.00 | $1,466.59 | $50,000.00 |