**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., et al.[1], | ) ) | Case No. 14-10979 (CSS) |
| | ) | Jointly Administered |
| Debtors. | ) ) | |
| | ) | **RE: Docket No. 9416** |

**CERTIFICATE OF NO OBJECTION REGARDING EIGHTEENTH MONTHLY
FEE STATEMENT OF McELROY, DEUTSCH, MULVANEY & CARPENTER
LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT
OF EXPENSES INCURRED FROM JULY 1, 2016 THROUGH JULY 31, 2016**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading with respect to the eighteenth monthly fee statement for compensation and reimbursement of expenses (the "Monthly Fee Statement") of McElroy, Deutsch, Mulvaney & Carpenter LLP ("Applicant") listed on **Exhibit A** attached hereto.[2] The Monthly Fee Statement was filed with the United States Bankruptcy Court for the District of Delaware (the "Court") on August 29, 2016. The undersigned further certifies that upon review of the Court's docket in this case, no answer, objection or other responsive pleading to the Monthly Fee Statement appears thereon. Pursuant to the **Notice of Fee Statement** filed with the Monthly Fee Statement, objections to the Monthly Fee Statement were to be filed and served no later than **September 19, 2016 at 4:00 p.m. (Eastern Time)**. The Monthly Fee Statement was filed and served in accordance with the **Stipulation and Order Appointing a Fee Committee**,

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] On September 12, 2016, the Applicant received a letter from the Fee Committee stating that it does not object to the payment of 80 percent of fees and 100 percent of expenses requested in the Monthly Fee Statement. The Fee Committee reserved its right to object to certain interim expense reimbursement requests at the interim fee application stage.

dated August 21, 2014 [D.I. 1896] and the **Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals**, dated September 16, 2014 [D.I. 2066] (the "Administrative Order").

Consequently, pursuant to the Administrative Order, the above-captioned debtors and debtors in possession are authorized to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement upon the filing of this certification without the need for a further order of the Court. A summary of the fees and expenses sought by the Applicant is annexed hereto as **Exhibit A**.

Dated: September 20, 2016

**McElroy, Deutsch, Mulvaney & Carpenter, LLP**

/s/ David Primack
David Primack, Esq. (No. 4449)
300 Delaware Ave., Suite 770
Wilmington, DE 19801
Phone: (302) 300-4515
Facsimile: (302) 654-4031
dprimack@mdmc-law.com

**Exhibit A**

**Professional Fees and Expenses
Monthly Fee Statement[1]**

| Applicant | Statement Period, Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Fees Authorized to be Paid at 80% | Expenses Authorized to be Paid at 100% | Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| McElroy, Deutsch, Mulvaney & Carpenter LLP<br><br>300 Delaware Ave., Suite 770<br>Wilmington, DE 19809<br>Attn: David Primack, Esq.<br><br>(Co-Counsel to Debtors Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC and their debtor subsidiaries) | First Monthly Fee Statement<br><br>1/12/2015 through 2/28/2015<br><br>Filed 4/6/2015<br><br>Docket No. 4067 | $54,125.50 | $585.92 | 4/27/2015 | $43,300.40 | $585.92 | $10,825.10 |
| | Second Monthly Fee Statement<br><br>3/1/2015 through 3/31/2015<br><br>Filed 4/22/2015<br><br>Docket No. 4247 | $12,733.50 | $10.70 | 5/13/2015 | $10,186.80 | $10.70 | $2,546.70 |
| | Third Monthly Fee Statement<br><br>4/1/2015 through | $30,929.50 | $289.18 | 6/11/2015 | $24,743.60 | $289.18 | $6,185.90 |

---

[1] All fees and expenses requested are allocated 100% to Texas Competitive Electric Holdings Company LLC.

| Applicant | Statement Period, Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Fees Authorized to be Paid at 80% | Expenses Authorized to be Paid at 100% | Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| | 4/30/2015<br><br>Filed 5/21/2015<br><br>Docket No.4552 | | | | | | |
| | Fourth Monthly Fee Statement<br><br>5/1/2015 through 5/31/2015<br><br>Filed 6/25/2015<br><br>Docket No.4858 | $11,357.50 | $418.40 | 7/16/2015 | $9,086.00 | $418.40 | $2,271.50 |
| | Fifth Monthly Fee Statement<br><br>6/1/2015 through 6/30/2015<br><br>Filed 8/7/2015<br><br>Docket No.5233 | $22,115.00 | $74.00 | 8/28/2015 | $17,692.00 | $74.00 | $4,423.00 |
| | Sixth Monthly Fee Statement<br><br>7/1/2015 through 7/31/2015<br><br>Filed 8/25/2015<br><br>Docket No.5725 | $4,002.50 | $143.40 | 9/15/2015 | $3,202.00 | $143.40 | $800.50 |
| | Seventh Monthly Fee Statement<br><br>8/1/2015 through 8/31/2015 | $13,867.00 | $572.00 | 10/13/2015 | $11,093.60 | $572.00 | $2,773.40 |

| Applicant | Statement Period, Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Fees Authorized to be Paid at 80% | Expenses Authorized to be Paid at 100% | Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| | Filed 9/21/2015 Docket No.6119 | | | | | | |
| | Eighth Monthly Fee Statement 9/1/2015 through 9/30/2015 Filed 10/29/2015 Docket No. 6756 | $20,043.00 | $457.20 | 11/19/2015 | $16,034.40 | $457.20 | $4,008.60 |
| | Ninth Monthly Fee Statement 10/1/2015 through 10/31/2015 Filed 11/30/2015 Docket No. 7172 | $24,036.00 | $821.76 | 12/21/2015 | $19,228.80 | $821.76 | $4,807.20 |
| | Tenth Monthly Fee Statement 11/1/2015 through 11/30/2015 Filed 12/23/2015 Docket No. 7442 | $33,750.00 | $68.90 | 1/12/2016 | $27,000.00 | $68.90 | $6,750.00 |
| | Eleventh Monthly Fee Statement 12/1/2015 through 12/31/2015 Filed 1/27/2016 | $11,331.00 | $991.20 | 2/16/2016 | $9,064.80 | $991.20 | $2,266.20 |

5

| Applicant | Statement Period, Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Fees Authorized to be Paid at 80% | Expenses Authorized to be Paid at 100% | Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| | Docket No. 7743 | | | | | | |
| | Twelfth Monthly Fee Statement<br><br>1/1/2016 through 1/31/2016<br><br>Filed 2/24/2016<br><br>Docket No. 7924 | $3,822.00 | $0 | 3/16/2016 | $3,057.60 | $0 | $764.40 |
| | Thirteenth Monthly Fee Statement<br><br>2/1/2016 through 2/29/2016<br><br>Filed 4/6/2016<br><br>Docket No. 8143 | $4,919.00 | $0 | 4/27/2016 | $3,935.20 | $0 | $938.80 |
| | Fourteenth Monthly Fee Statement<br><br>3/1/2016 through 3/31/2016<br><br>Filed 5/2/2016<br><br>Docket No. 8363 | $6,638.00 | $15.00 | 5/23/2016 | $5,310.40 | $15.00 | $1,327.60 |
| | Fifteenth Monthly Fee Statement<br><br>4/1/2016 through 4/30/2016<br><br>Filed 5/27/2016<br><br>Docket No. 8561 | $3,719.00 | $30.00 | 6/17/2016 | $2,975.20 | $30.00 | $743.70 |

| Applicant | Statement Period, Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Fees Authorized to be Paid at 80% | Expenses Authorized to be Paid at 100% | Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| | Sixteenth Monthly Fee Statement  5/1/2016 through 5/31/2016  Filed 6/24/2016  Docket No. 8807 | $4,756.00 | $42.00 | 7/15/2016 | $3,804.80 | $42.00 | $951.20 |
| | Seventeenth Monthly Fee Statement  6/1/2016 through 6/30/2016  Filed 8/1/2016  Docket No. 9166 | $8,240.00 | $0.00 | 8/22/2016 | $6,592.00 | $0.00 | $1,648.00 |
| | Eighteenth Monthly Fee Statement  7/1/2016 through 7/31/2016  Filed 8/29/2016  Docket No. 9416 | $2,984.00 | $0.00 | 9/19/2016 | $2,387.20 | $0.00 | $596.80 |