**EXHIBIT E**

**LIQUIDATION ANALYSIS**

## I.    Overview

Energy Future Holdings Corp. ("EFH Corp.") and certain of its affiliated direct and indirect debtor subsidiaries (collectively, the "Debtors"), with the assistance of their restructuring, legal, and financial advisors, have prepared this hypothetical liquidation analysis (this "Liquidation Analysis") in connection with the Plan and the Disclosure Statement.[1] This Liquidation Analysis indicates the estimated recoveries that may be obtained by Classes of Claims and Interests pursuant to a hypothetical liquidation under chapter 7 of the Bankruptcy Code upon disposition of the Debtors' assets as an alternative to the Plan.  Accordingly, asset values discussed herein may be different than amounts referred to in the Plan.  The Liquidation Analysis is based upon the assumptions discussed herein.

The Liquidation Analysis has been prepared assuming that the Debtors' converted their cases from chapter 11 cases to chapter 7 cases on December 31, 2016 (the "Liquidation Date"). The book values referenced herein are as of December 31, 2015 (unless otherwise noted), and are assumed to be representative of the Debtors' assets and liabilities as of the Liquidation Date. The Liquidation Analysis was prepared on a legal entity basis and summarized accordingly for:

a.    Energy Future Intermediate Holding Company LLC ("EFIH") and EFIH Finance Inc. (collectively, the "EFIH Debtors"); and

b.    EFH Corp. and certain of its subsidiaries other than the TCEH Debtors, the EFIH Debtors and EFH Corporate Services (collectively, the "EFH Debtors").[2]

The Liquidation Analysis represents an estimate of recovery values and percentages based upon a hypothetical liquidation of the Debtors as if a chapter 7 trustee(s) (the "Trustee") were appointed by the Bankruptcy Court to convert assets into cash. The determination of the hypothetical proceeds from the liquidation of assets is a highly uncertain process involving the extensive use of estimates and assumptions, which, although considered reasonable by the Debtors and the Debtors' advisors, are inherently subject to significant business, economic, and competitive uncertainties and contingencies beyond the control of the Debtors. In instances where assumptions and/or methodologies had to be utilized with regard to developing estimates or presenting the treatment of assets and claims that could potentially benefit one Class of

---

[1]    Capitalized terms used but not otherwise defined in this Liquidation Analysis have the meanings ascribed to such terms in the *Disclosure Statement for the Fourth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al. Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the EFH Debtors and EFIH Debtors* to which the Liquidation Analysis is attached.

[2]    The EFH Debtors are:  (a) EFH Corp.; (b) Brighten Energy LLC; (c) Brighten Holdings LLC; (d) Dallas Power and Light Company, Inc.; (e) Ebasco Services of Canada Limited; (f) EEC Holdings, Inc.; (g) EECI, Inc.; (h) EFH Australia (No. 2) Holdings Company; (i) EFH CG Holdings Company LP; (j) EFH CG Management Company LLC; (k) EFH Finance (No. 2) Holdings Company; (l) EFH FS Holdings Company; (m) EFH Renewables Company LLC; (n) Generation Development Company LLC; (o) Lone Star Energy Company, Inc.; (p) Lone Star Pipeline Company, Inc.; (q) LSGT Gas Company LLC; (r) LSGT SACROC, Inc.; (s) NCA Development Company LLC; (t) Southwestern Electric Service Company, Inc.; (u) Texas Electric Service Company, Inc.; (v) Texas Energy Industries Company, Inc.; (w) Texas Power and Light Company, Inc.; (x) Texas Utilities Company, Inc.; (y) Texas Utilities Electric Company, Inc.; (z) TXU Electric Company, Inc.; and (aa) TXU Receivables Company.

Claims as compared to the alternative, an attempt was made to utilize an assumption that was equitable to both Secured Claims as well as Unsecured Claims.

> **NEITHER THE DEBTORS NOR THEIR ADVISORS MAKE ANY REPRESENTATION OR WARRANTY THAT THE ACTUAL RESULTS OF A LIQUIDATION OF THE DEBTORS WOULD OR WOULD NOT APPROXIMATE THE ASSUMPTIONS REPRESENTED HEREIN. ACTUAL RESULTS COULD VARY MATERIALLY.**

The Liquidation Analysis envisions the orderly liquidation by the Trustee of substantially all of the Debtors' assets (including interests in certain non-Debtor Affiliates) over a six-month period (eight-month period for EFIH Debtors) beginning with the Liquidation Date, followed by a wind-down of the chapter 7 estates over an additional 12-month period (the "Estate Wind-Down").

The Liquidation Analysis also includes certain estimates for the tax consequences that may be triggered upon the liquidation, deconsolidation, and sale events that may occur as a result of the hypothetical liquidation described herein. While it is only possible at this point to estimate the taxes that may be triggered upon a hypothetical liquidation, such taxes may be material.

The Liquidation Analysis does not consider the discounting over time of asset values and creditor recoveries, which would likely result in significantly lower recoveries to Holders of Claims and Interests than those estimated recoveries presented in the Liquidation Analysis.

## II.    Purpose of Analysis.

The Liquidation Analysis is required to be included in the Disclosure Statement for the purpose of evaluating whether the Plan satisfies the best interests of creditors test under section 1129(a)(7) of the Bankruptcy Code.

Section 1129(a)(7) of the Bankruptcy Code requires that each holder of an impaired allowed claim or interest must either:

- accept the plan; or

- receive or retain under the plan property of a value, as of the effective date of the plan, that is not less than the amount that such holder would so receive or retain if the debtor were liquidated under chapter 7 of the Bankruptcy Code.

### A.    Overview of Analytical Approach.

Except where noted, the Liquidation Analysis was developed from the Debtors' consolidating legal entity balance sheets, as of December 31, 2015, and represents the Debtors' current estimates for asset recovery in a liquidation. Balance sheet amounts presented are intended to be a proxy for actual balances on the date of a hypothetical liquidation with the exception of certain asset and liability balance sheet accounts that are based on forecasted or other alternative balances as of the Liquidation Date where appropriate (the "Liquidation Balances").

3

Chapter 7 liquidation adjustments may include post-conversion operating cash flow, trustee fees, and professional fees.

The Liquidation Analysis concludes with a presentation of the overall estimated range of recoveries in a liquidation based on the distribution of the net proceeds of the liquidation in accordance with the claims waterfall required under chapter 7 of the Bankruptcy Code (super-priority claims, secured claims, chapter 11 priority/administrative claims, and general unsecured claims in accordance with the classifications of Claims and Interests under the Plan).

### B.    Liquidation Process.

The Debtors' business liquidation would be conducted in a chapter 7 environment with the Trustee managing the bankruptcy estates to maximize recovery in an expedited process. The Trustee's first step would be to develop a liquidation plan to generate proceeds from the sale of entity specific assets for distribution to creditors. The three major components of the liquidation are as follows:

- generation of cash proceeds from asset sales;

- costs related to the orderly liquidation of the business; and

- distribution of net proceeds to claimants.

### 1.    Generation of Cash Proceeds from Assets.

The Liquidation Analysis process begins by determining the amounts of proceeds that would be generated from a hypothetical chapter 7 liquidation. The Trustee would be required to:

- sell or otherwise monetize the assets owned by the Debtors to one or multiple buyers, which may include (a) sales of logical asset groups, (b) sales on a going-concern basis (where possible), or (c) other sales of assets on a piecemeal basis;

- determine the amount of net proceeds generated by the Estates during the period from conversion to sale closing;

- reconcile each Class of Claims asserted against the Estates to determine the amount of Allowed Claims per Class; and

- distribute net cash proceeds generated from the sale of the Estates' assets in accordance with the absolute priority rule.

### 2.    Costs to Liquidate the Business and Administer the Estate Under Chapter 7 (Liquidation Adjustments).

The gross amount of cash available from a liquidation would be the sum of proceeds from the disposition of the EFH Debtors' and EFIH Debtors' assets and cash held by the EFH Debtors and EFIH Debtors at the time of the commencement of the chapter 7 cases. This amount would be adjusted by the following amounts:

- post-conversion operating cash flow (whether positive or negative) generated after conversion to chapter 7 and through disposition of estate assets (assumed to eight months for the EFIH Debtors); and

- trustee, professional, and other administrative fees.

### 3.    Distribution of Net Proceeds to Claimants.

Any available net proceeds would be allocated to Holders of Claims against, and Interests in, the EFH Debtors and EFIH Debtors in strict priority in accordance with section 726 of the Bankruptcy Code:

- Super-Priority Secured Claims - includes outstanding balances owed under the EFIH First Lien Debtor-in-Possession ("DIP") financing facility;

- Secured Claims - includes Claims arising under the EFH Debtors' and EFIH Debtors' secured credit facilities;

- Chapter 11 Administrative & Priority Claims - includes Claims for post-petition accounts payable, post-petition accrued expenses, Claims arising under section 503(b)(9) of the Bankruptcy Code, and certain Unsecured Claims entitled to priority under section 507 of the Bankruptcy Code;

- General Unsecured Claims - includes Claims arising under the EFH Debtors' and EFIH Debtors' non-secured long-term debt, non-priority debt, including prepetition trade payables, prepetition intercompany trade debt, and various other unsecured liabilities; and

- Interests - includes Interests in the EFH Debtors and EFIH Debtors.

## III.    Summary of Estimated Net Proceeds Methodology and Other Assumptions.

### A.    Cash.

Cash at the EFH Debtors and EFIH Debtors based on cash balance as of December 31, 2015 adjusted for the projected change in cash from December 31, 2015 to December 31, 2016. All projected cash and equivalents on hand are considered to be recoverable at 100%.

### B.    Accounts Receivable.

Accounts Receivable balances are based on balances as of December 31, 2015.  Net accounts receivable amounts reflect estimates for an allowance for doubtful accounts to eliminate accounts receivable that may not be recoverable. The Liquidation Analysis assumes that efforts to recover Accounts Receivable will lead to recoveries between 75% and 100%.

### C.       Inventory.

No inventory value at EFH or EFIH Debtors.

### D.       Property, Plant, & Equipment.

Property, plant and equipment at the EFH Debtors consists primarily of certain land and building assets which are not expected to have much value in a liquidation. The Liquidation Analysis assumes recoveries of between 25% to 75% for these assets.

### E.       Commodity and Hedging and Trading Assets.

No commodity and hedging and trading asset value at EFH or EFIH Debtors.

### F.       Intangible Asset Valuations.

No intangible asset value at EFH or EFIH Debtors.

### G.       Tax Assets and Tax Consequences of a Liquidation.

The estimated recoveries in the Liquidation Analysis are presented for two different scenarios:  (1) where a "check-the-box" election is assumed not to be made by EFH Corp. for each of its direct and indirect subsidiaries that are currently treated as disregarded entities for federal income tax purposes (other than Oncor Electric Delivery Holdings Company LLC and its direct and indirect subsidiaries) and (2) where a "check-the-box" election is assumed to be made by such currently disregarded entities, effective as of December 31, 2016. Such an election would cause such entities to be taxable as corporations (rather than treated as disregarded entities) for federal income tax purposes from and after the effective time of the election. Certain parties would potentially dispute EFH Corp.'s authority to make such a "check-the-box" election for some or all such entities, and the entities for which a "check-the-box" election would be made could vary and would potentially be determined by the Bankruptcy Court.

Entities that are treated as corporations for federal income tax purposes, including entities for which a "check-the-box" election is made, would be liable for the full tax liability of the "affiliated group" (within the meaning of Section 1504(a)(1) of the Internal Revenue Code) of which EFH Corp. is the common parent (the "EFH Group") to the extent such liability arises when the entity is treated as a corporation, including any tax liability resulting from (1) the liquidation of the Debtors' assets (generally the difference between the tax basis and the sale price of such assets, i.e., "deconsolidation taxes") and (2) cancellation of indebtedness income that is not excluded from the EFH Group's income because of "excess loss accounts" that would be created upon such "check-the-box" election, as discussed below.  Such tax claims would likely be administrative expenses, resulting in significant dilution of recoveries.  In addition, parties may argue that in a liquidation the amount of deconsolidation taxes can be surcharged against the collateral of the Holders of First Lien Secured Claims. Litigation on this issue would increase professional costs associated with the liquidation and delay distributions and could affect the sale price obtained for the assets, ultimately resulting in lower recoveries in a liquidation.  If parties succeed in surcharging the collateral, recoveries in a liquidation for Holders of First Lien Secured Claims would be significantly reduced.

The Liquidation Analysis includes an illustrative calculation of estimated deconsolidation taxes of approximately $1.61 billion to $2.17 billion. This amount assumes that taxable gain realized in connection with a deconsolidation would be equal to the fair value of assets; however, in light of the IRS's position in the Private Letter Ruling regarding the treatment of the TCEH debt, there is a substantial risk that the amount of taxable gain realized would be equal to the amount of outstanding TCEH debt, and, as a result, deconsolidation taxes would be much higher. The actual amount of any deconsolidation taxes would vary depending on, among other things, (1) the sale values for the Debtors' assets (including the EFIH Debtors' interests in Oncor, as noted below); (2) available NOLs; and (3) the EFH Debtors' and EFIH Debtors' applicable state and federal tax rates. Moreover, this illustrative calculation of estimated deconsolidation taxes makes certain assumptions regarding the potential value of Oncor. These assumptions may be revised and may materially change the potential deconsolidation taxes. Additionally, the Liquidation Analysis does not reflect any position with respect to the amount, validity, or priority of any potential intercompany claims that any EFH Debtor or EFIH Debtor could attempt to assert against the TCEH Debtors in the event of a taxable sale of the TCEH Debtors' assets.

## H.  Prepaid and Other Assets.

The Liquidation Analysis assumes recoveries of between 5% and 10% for prepaid and other assets.

## I.  Intercompany Balances Owed.

Intercompany balances owed amounts are based on (1) the prepetition intercompany balances owed from an EFH Debtor to any of the other EFH Debtors and amounts owed from an EFIH Debtor to any of the other EFIH Debtors and (2) the postpetition intercompany balances owed between any of the Debtors, in each case as of July 31, 2015[3], as recorded on the Debtors' books and records.  Intercompany balances excludes prepetition intercompany balances allegedly arising under the Tax Sharing Agreement or any prepetition intercompany balances owed between EFH Debtors and EFIH Debtors, between EFH Debtors and TCEH Debtors, or between EFIH Debtors and TCEH Debtors because claims on account of such prepetition intercompany balances are subject to the global settlement of intercompany claims described below in Section III.N.  The Liquidation Analysis assumes that efforts to recover intercompany balances will lead to recoveries between 25% and 75%.

## J.  Investments.

The value of investments at the EFH Debtors primarily consists of certain investment assets held in various rabbi trust supporting non-qualified benefit plans, including the supplemental employee retirement plan, salary deferral program and split dollar trust.

The value of investments at the EFIH Debtors consists of EFIH's 80% indirect ownership interests in Oncor. The Liquidation Analysis includes the value of this interest as represented in the Merger Agreement assuming the value realized in a liquidation would be consistent with the value of the interest if it continued to be held by an entity taxed as a "C corporation" under

---

[3]    Intercompany balances used herein based on balances as of July 31, 2015.

federal tax law. The estimate also assumes that the deposition of the interest would be structured as a taxable sale. The enterprise value assumed for Oncor is $18.4 billion, resulting in net equity value of the indirect ownership interest in Oncor held by EFIH of $9.5 billion after adjusting for Oncor net debt of $6.5 billion, the 20% Oncor minority ownership interest and EFH Corp. pension liability of $22.4 million, which is assumed to be transferred to Oncor in the Liquidation Analysis as a member of the pension control group since it otherwise could not be satisfied by the EFH Debtors in a liquidation. An additional deduction representing the holdback for asbestos claims results in a value of $9.2 billion.

The Debtors continue to analyze the value of Reorganized EFH and Reorganized EFIH under the Plan. The Debtors' ultimate determination with respect to such transactions or analyses may provide additional information that informs the estimate of the value of this interest in a liquidation. For the avoidance of doubt, the Debtors reserve the right to amend or otherwise modify this Liquidation Analysis to reflect such new information in a manner that may materially affect this estimated value.

### K.      Summary of Estimated Liquidation Adjustments.

Post-Conversion Cash Flow: For EFIH Debtors, an eight-month monetization period is assumed, consisting of a two-month sale process followed by a six-month regulatory approval process. Pursuant to a chapter 7 liquidation environment, certain chapter 11 restructuring adjustments are not expected to occur and have also been adjusted from the free cash flow amounts.

Professional Fees: A rate of 0.5-1.0% of gross liquidation proceeds is assumed for professional fee expenses.  Professional fee rates are based on a review of recent large-case comparable analyses.

Trustee Fees: Based on section 326 of Bankruptcy Code, Trustee fees are calculated at 1% of all gross liquidation proceeds in excess of $1 million (for convenience the same rate was calculated on amounts under $1 million). Under the Bankruptcy Code, however, such Trustee fees could be as high as 3% of all gross liquidation proceeds.

### L.      Estimated Claim Amounts.

In preparing the Liquidation Analysis, as the Debtors' reconciliation of filed proofs of claims is ongoing and uncertain, the Debtors have estimated an amount of Allowed Claims for each Class based upon a review of the Debtors' balance sheets as of December 31, 2015, adjusted as discussed herein.  As a result of this ongoing claims reconciliation process, which is discussed in Section IV.Q.6 of the Disclosure Statement, the Debtors currently expect the amount of Allowed Claims to generally correspond to the amounts set forth on the Debtors' balance sheets, but there can be no assurances that this convergence will occur.  Subject to the following paragraphs, the estimate of all Allowed Claims in the Liquidation Analysis is based on the par value of those Claims on the Debtors' balance sheets.

A liquidation also is likely to trigger certain Claims that otherwise would not exist. Examples of these kinds of Claims include various potential employee Claims (for such items as severance and potential WARN Act Claims), Claims related to the rejection of unexpired leases

and executory contracts, and other potential Allowed Claims. These additional Claims could be significant and some will be entitled to priority in payment over General Unsecured Claims. Those priority Claims may need to be paid in full from the liquidation proceeds before any balance would be made available to pay General Unsecured Claims or to make any distribution in respect of Interests. No adjustment has been made for these potential claims.

Accordingly, the actual amount of Allowed Claims could be materially different from the amount of Allowed Claims estimated in the Liquidation Analysis. The estimate of the amount of Allowed Claims set forth in the Liquidation Analysis should not be relied upon for any other purpose, including, any determination of the value of any distribution to be made on account of allowed claims under the Plan.

### M. Cash Collateral Assumptions.

The Liquidation Analysis assumes no superpriority administrative expense claims are Allowed on account of any Diminution in Value (as defined in the Cash Collateral Order) ("Diminution in Value Claims"). If Diminution in Value Claims were Allowed, the recoveries set forth in the Liquidation Analysis for all other Holders of Claims and Interests junior to such Diminution in Value Claims would be reduced.

### N. Claims Settlement.

The Liquidation Analysis reflects entry of the *Order Granting the Motion of Energy Future Holdings Corp.*, et al., *to Approve a Settlement of Litigation Claims and Authorize the Debtors to Enter Into and Perform Under the Settlement Agreement* [D.I. 7242] (the "Settlement Order"), which resolved the intercompany, lien, and other litigation that is discussed in Section V.H.1 of the Disclosure Statement, and that is embodied in the Plan, which settlement resulted in, among other things, TCEH receiving a recovery under the TCEH Settlement Claim up to an aggregate total of $700 million. Pursuant to Section E of the Settlement Order, the Settlement Order is "final, binding, and effective on all parties in interest in the Debtors' Chapter 11 Cases (including any subsequently appointed chapter 11 or chapter 7 trustee or any representative. . .). Settlement Order, ¶ E.

Consistent with the Settlement Order, the Liquidation Analysis assumes that the Liens of Holders of TCEH First Lien Claims will not be avoided and that the TCEH First Lien Claims will not be equitably subordinated.

### O. Avoidance Actions.

At this time, the Liquidation Analysis does not include any estimates for recovery in a liquidation by the Trustee on account of certain Avoidance Actions and other Causes of Action. Any amounts received in a liquidation on account of Avoidance Actions and other Causes of Action would be paid first to Holders of Administrative Claims (until paid in full) and then to Holders of Unsecured Claims.

IV.    **Conclusion.**

> **BASED ON THIS HYPOTHETICAL LIQUIDATION ANALYSIS VERSUS THE IMPLIED REORGANIZATION VALUE UNDER THE PLAN, THE DEBTORS' PLAN SATISFIES THE REQUIREMENTS OF SECTION 1129(A)(7) OF THE BANKRUPTCY CODE.**

Upon application of the above assumptions and estimates, the assumed recoveries for the EFH and EFIH Debtors are summarized in the following tables.

### EFH Debtors[4]

The estimated net proceeds available for distribution to Holders of Claims against and Interests in the EFH Debtors in a hypothetical liquidation are assumed to have a range of between $346 million and $350 million, with a mid-point of $348 million. Recoveries to Holders of Claims and Interests by Plan Class are included in the table below.

| Class | Name of Class Under Plan | Description of Class | Percentage Recovery Under the Plan | Recovery Under Hypothetical Liquidation - Low | Recovery Under Hypothetical Liquidation – High |
|-------|--------------------------|----------------------|-------------------------------------|-----------------------------------------------|------------------------------------------------|
| N/A | Administrative Claims[5] | Holders of Allowed Administrative Claims against any EFH Debtor | 100% | 19.7% ("check-the-box" effective for no currently disregarded entities) | 15.4% ("check-the-box" effective for no currently disregarded entities) |

---

[4]    For ease of illustration and comparison with the estimated recoveries pursuant to the Plan, the estimated liquidation recoveries and proceeds waterfall are shown by Debtor grouping. The Liquidation Analysis also demonstrates that the best interests test is satisfied on an entity-by-entity basis by Debtor as will be established to the extent necessary in connection with the Confirmation process. For the avoidance of doubt, neither the Plan nor the Liquidation Analysis contemplates the substantive consolidation of any of the Debtors' estates.

In addition, as a result of the Debtor grouping with respect to the EFH Debtors, there may be some instances where certain entities within the EFH Debtors' group cannot satisfy their Administrative Claims and other entities within the EFH Debtors' group can satisfy their Administrative Claims. In the case of the latter, the satisfaction of such Administrative Claims means that there may be residual value available in a hypothetical liquidation to satisfy unsecured claims asserted against the EFH Debtors as a group.

[5]    At this time, the Liquidation Analysis does not include any estimates for recovery in a liquidation by the Trustee on account of certain Avoidance Actions, all of which amounts would be distributed in a liquidation to Holders of Administrative Claims. To the extent that deconsolidation taxes are determined to be entitled to priority over Administrative Claims, the recovery on account of Administrative Claims in a liquidation will be decreased.

| | | | | 94.2% ("check-the-box" effective for all currently disregarded entities) | 59.6% ("check-the-box" effective for all currently disregarded entities) |
|---|---|---|---|---|---|
| N/A | Deconsolidation Tax Claims | Holders of Deconsolidation Tax Claims against any EFH Debtor | N/A | 20.4% ("check-the-box" effective for no currently disregarded entities) | 15.5% ("check-the-box" effective for no currently disregarded entities) |
| | | | | 0.0% ("check-the-box" effective for all currently disregarded entities) | 13.8% ("check-the-box" effective for all currently disregarded entities) |
| N/A | Priority Tax Claim | Holders of any Priority Tax Claim against any EFH Debtor | 100% | N/A | N/A |
| A1 | Other Secured Claims Against the EFH Debtors | Holders of Allowed Other Secured Claims Against the EFH Debtors | 100% | 29.2% | 87.3% |
| A2 | Other Priority Claims Against the EFH Debtors | Holders of any Allowed Other Priority Claims Against the EFH Debtors | 100% | N/A | N/A |
| A3 | Legacy General Unsecured Against EFH Debtors | Any Claims against the EFH Debtors arising from liabilities based on asbestos exposure and post-employment benefits relating to discontinued operations of the Debtors | 100% | 0.0% ("check-the-box" effective for no currently disregarded entities) | 0.0% ("check-the-box" effective for no currently disregarded entities) |
| | | | | 6.8% ("check-the-box" effective for all currently disregarded entities) | 0.0% ("check-the-box" effective for all currently disregarded entities) |
| A4 | EFH Legacy Note Claims | Any Claim derived from or based upon the EFH Legacy Notes | 50% | 0.0% ("check-the-box" effective for no currently disregarded entities) | 0.0% ("check-the-box" effective for no currently disregarded entities) |
| | | | | 7.2% ("check-the-box" effective for all currently disregarded entities) | 0.0% ("check-the-box" effective for all currently disregarded entities) |

11

| | | | | | |
|---|---|---|---|---|---|
| **A5** | EFH Unexchanged Note Claims | Any Claim derived from or based upon the EFH Unexchanged Notes | 100.0% | 0.0% ("check-the-box" effective for no currently disregarded entities) | 0.0% ("check-the-box" effective for no currently disregarded entities) |
| | | | | 7.2% ("check-the-box" effective for all currently disregarded entities) | 0.0% ("check-the-box" effective for all currently disregarded entities) |
| **A6** | EFH LBO Note Primary Claims | Any Claim against EFH Corp. derived from or based upon the EFH LBO Notes | N/A | 0.0% ("check-the-box" effective for no currently disregarded entities) | 0.0% ("check-the-box" effective for no currently disregarded entities) |
| | | | | 7.2% ("check-the-box" effective for all currently disregarded entities) | 0.0% ("check-the-box" effective for all currently disregarded entities) |
| **A7** | EFH Swap Claims | Any Claim against EFH Corp. derived from or based upon certain swaps entered into on an unsecured basis | 50% | 0.0% ("check-the-box" effective for no currently disregarded entities) | 0.0% ("check-the-box" effective for no currently disregarded entities) |
| | | | | 7.2% ("check-the-box" effective for all currently disregarded entities) | 0.0% ("check-the-box" effective for all currently disregarded entities) |
| **A8** | EFH Non-Qualified Benefit Claims | Any Claim against the EFH Debtors derived from or based upon either: (a) a non-contributory, non-qualified pension plan and/or (b) a contributory, non-qualified defined contribution plan | 100% | 0.0% ("check-the-box" effective for no currently disregarded entities) | 0.0% ("check-the-box" effective for no currently disregarded entities) |
| | | | | 7.2% ("check-the-box" effective for all currently disregarded entities) | 0.0% ("check-the-box" effective for all currently disregarded entities) |
| **A9** | General Unsecured Claims Against EFH Corp. | Any Unsecured Claim against EFH Corp. that is not otherwise paid in full pursuant to an order of the Bankruptcy Court, | 100% | 0.0% ("check-the-box" effective for no currently disregarded entities) | 0.0% ("check-the-box" effective for no currently disregarded entities) |

| | | excluding intercompany claims against EFH Corp., Other Priority Claims against EFH Corp., DIP Claims and Claims included in Class A3, A4, A5, A6, A7, and A8 | | 7.2% ("check-the-box" effective for all currently disregarded entities) | 0.0% ("check-the-box" effective for all currently disregarded entities) |
|---|---|---|---|---|---|
| **A10** | General Unsecured Claims Against the EFH Debtors Other than EFH Corp. | Any Unsecured Claim against one or more of the EFH Debtors other than EFH Corp. that is not otherwise paid in full pursuant to an order of the Bankruptcy Court, excluding Administrative Claims, Intercompany Claims, Other Priority Claims, DIP Claims, and Claims included in Class A3 and A8 | 100% | 0.0% | 0.0% |
| **A11** | Tex-La Guaranty Claim | Any claim derived from or based upon the Tex-La Note | 100% | 0.0% | 0.0% |
| **A12** | TCEH Settlement Claim | The Claim of TCEH, in an amount equal to the amount of the EFH Corp. Claims Pool, up to $805 million | 47% | 0.0% ("check-the-box" effective for no currently disregarded entities) | 0.0% ("check-the-box" effective for no currently disregarded entities) |
| | | | | 7.2% ("check-the-box" effective for all currently disregarded entities) | 0.0% ("check-the-box" effective for all currently disregarded entities) |
| **A13** | EFH Debtor Intercompany Claims | Claims held by one EFH Debtor against another EFH Debtor | 0%/100% | 0.0% ("check-the-box" effective for no currently disregarded entities) | 0.0% ("check-the-box" effective for no currently disregarded entities) |
| | | | | 3.4% ("check-the-box" effective for all currently disregarded entities) | 0.0% ("check-the-box" effective for all currently disregarded entities) |
| **A14** | Non-EFH Debtor Intercompany Claims | Claims held by Debtors other than the EFH Debtors against the | 0% | 0.0% | 0.0% |

| | | EFH Debtors | | | |
|---|---|---|---|---|---|
| **A15** | Interests in the EFH Debtors Other Than EFH Corp | Interests in the EFH Debtors other than EFH Corp | 0%/100% | 0.0% | 0.0% |
| **A16** | Interest in EFH Corp. | Interests in EFH Corp. that existed as of the Petition Date | 0% | 0.0% | 0.0% |

## EFIH Debtors[6]

The estimated net proceeds available for distribution to Holders of Claims against and Interests in the EFIH Debtors in a hypothetical liquidation are assumed to have a range of between $9.26 billion and $9.30 billion, with a mid-point of $9.28 billion. Recoveries to Holders of Claims and Interests by Plan Class are included in the table below.

| Class | Name of Class Under Plan | Description of Class | Percentage Recovery Under the Plan | Recovery Under Hypothetical Liquidation - Low | Recovery Under Hypothetical Liquidation – High |
|---|---|---|---|---|---|
| N/A | Administrative Claims[7] | Holders of Allowed Administrative Claims against any EFIH Debtor | 100% | 100.0% ("check-the-box" effective for no currently disregarded entities) | 100.0% ("check-the-box" effective for no currently disregarded entities) |
| | | | | 100.0% ("check-the-box" effective for all currently disregarded entities) | 78.4% ("check-the-box" effective for all currently disregarded entities) |
| N/A | Deconsolidation Tax Claims | Holders of Deconsolidation Tax Claims against any EFIH Debtor | N/A | N/A ("check-the-box" effective for no currently disregarded entities) | N/A ("check-the-box" effective for no currently disregarded entities) |

---

[6]    For ease of illustration and comparison with the estimated recoveries pursuant to the Plan, the estimated liquidation recoveries and proceeds waterfall are shown by Debtor grouping. The Liquidation Analysis also demonstrates that the best interests test is satisfied on an entity-by-entity basis by Debtor as will be established to the extent necessary in connection with the Confirmation process. For the avoidance of doubt, (a) neither the Plan nor the Liquidation Analysis contemplates the substantive consolidation of any of the Debtors' estates and (b) the estimated recovery to Holders of Allowed general unsecured Claims against EFIH Finance Inc. is zero under the Liquidation Analysis.

[7]    At this time, the Liquidation Analysis does not include any estimates for recovery in a liquidation by the Trustee on account of certain Avoidance Actions, all of which amounts would be distributed in a liquidation to Holders of Administrative Claims. To the extent that deconsolidation taxes are determined to be entitled to priority over Administrative Claims, the recovery on account of Administrative Claims in a liquidation will be decreased.

| Class | Name of Class Under Plan | Description of Class | Percentage Recovery Under the Plan | Recovery Under Hypothetical Liquidation - Low | Recovery Under Hypothetical Liquidation – High |
|---|---|---|---|---|---|
| | | | | 100.0% ("check-the-box" effective for all currently disregarded entities) | 78.4% ("check-the-box" effective for all currently disregarded entities) |
| N/A | Priority Tax Claim | Holders of any Priority Tax Claim against any EFIH Debtor | 100% | N/A | N/A |
| B1 | Other Secured Claims Against the EFIH Debtors | Holders of Allowed Other Secured Claims Against the EFIH Debtors | 100% | N/A | N/A |
| B2 | Other Priority Claims Against the EFIH Debtors | Holders of any Allowed Other Priority Claims Against the EFIH Debtors | 100% | N/A | N/A |
| B3 | EFIH First Lien Note Claim[8] | Holders of Allowed EFIH First Lien Note Claims, if any, which, following the EFIH First Lien Repayment, shall be composed solely of the Allowed EFIH First Lien Makewhole Claims (if any) and other amounts permitted under the applicable indentures (if any) | 100% | N/A | N/A |
| B4 | EFIH Second Lien Note Claim[9] | Any Secured Claim derived from or based upon the EFIH Second Lien Notes | 100% | 100% | 100% |

---

[8]    In a liquidation, Holders of EFIH First Lien Note Claims might assert an entitlement to additional amounts under section 506(b) of the Bankruptcy Code for reasonable fees, costs, or charges provided under applicable agreements not reflected in the Claim amounts assumed for the purposes of the Liquidation Analysis.

[9]    In a liquidation, Holders of EFIH Second Lien Note Claims might assert an entitlement to additional amounts under section 506(b) of the Bankruptcy Code for reasonable fees, costs, or charges provided under applicable agreements not reflected in the Claim amounts assumed for the purposes of the Liquidation Analysis.

| Class | Name of Class Under Plan | Description of Class | Percentage Recovery Under the Plan | Recovery Under Hypothetical Liquidation - Low | Recovery Under Hypothetical Liquidation – High |
|---|---|---|---|---|---|
| **B5** | EFH LBO Note Guaranty Claims | Any Claim against EFH derived from or based upon the EFH LBO Notes | 100% | 95.5% ("check-the-box" effective for no currently disregarded entities) | 98.2% ("check-the-box" effective for no currently disregarded entities) |
| | | | | 1.4% ("check-the-box" effective for all currently disregarded entities) | 0.0% ("check-the-box" effective for all currently disregarded entities) |
| **B6** | General Unsecured Claims Against the EFIH Debtors | Any Unsecured Claim against one or more of the EFH Debtors that is not otherwise paid in full pursuant to an order of the Bankruptcy Court, including the EFIH Unsecured Note Claims and any Unsecured Claims derived from or based upon the EFIH First Lien Notes or EFIH Second Lien Notes, but excluding: (a) EFH LBO Note Guaranty Claims, (b) Administrative Claims, (c) Priority Tax Claims, (d) Intercompany Claims, (e) Other Priority Claims, and (f) DIP Claims | 100% | 95.5% ("check-the-box" effective for no currently disregarded entities) | 98.2% ("check-the-box" effective for no currently disregarded entities) |
| | | | | 1.4% ("check-the-box" effective for all currently disregarded entities) | 0.0% ("check-the-box" effective for all currently disregarded entities) |
| **B7** | EFIH Debtor Intercompany Claims | Claims held by an EFIH Debtor against another EFIH Debtor | 0%/100% | 0.0% | 0.0% |
| **B8** | Non-EFIH Debtor Intercompany Claims | Claims held by any Debtor other than an EFIH Debtor against the EFIH Debtors | 0% | 0.0% | 0.0% |
| **B9** | Interests in EFIH | Interests in each EFIH Debtor | 100% | 0.0% | 0.0% |
| **B10** | Interests in EFIH Finance | Interests in EFIH Finance | 0% | 0.0% | 0.0% |

# EXHIBIT 1

**EFH PROCEEDS WATERFALL**

**"CHECK-THE-BOX" IS EFFECTIVE FOR NO CURRENTLY DISREGARDED
ENTITIES**

**Total EFH Summary - Regarded Entity Only**

($ in millions)

| Assets | Notes | 12/31/15 Net Book Value | Adjustments | Liquidation Balance | Potential Recovery Recovery Estimate % Low | Middle | High | Recovery Estimate $ Low | Middle | High |
|---|---|---|---|---|---|---|---|---|---|---|
| **Gross Liquidation Proceeds:** | | | | | | | | | | |
| Cash | [A] | 488 | (160) | 328 | 100% | 100% | 100% | 328 | 328 | 328 |
| Accounts Receivable | [B] | 0 | 0 | 0 | 75% | 88% | 100% | 0 | 0 | 0 |
| Inventory | [C] | - | - | - | 0% | 0% | 0% | - | - | - |
| Property, Plant & Equipment | [D] | 2 | - | 2 | 25% | 50% | 75% | 0 | 1 | 1 |
| Commodity and Derivative Assets | [E] | - | - | - | 0% | 0% | 0% | - | - | - |
| Intangibles / Intellectual Property | [F] | - | - | - | 0% | 0% | 0% | - | - | - |
| Other Assets | [G] [H] | 659 | (647) | 12 | 5% | 8% | 10% | 1 | 1 | 1 |
| Intercompany Balances Owed | [I] | (97) | 99 | 2 | 25% | 50% | 75% | 1 | 1 | 2 |
| Investments | [J] | (25,243) | 25,266 | 23 | 100% | 100% | 100% | 23 | 23 | 23 |
| Total Assets | | (24,191) | 24,558 | 367 | 96% | 96% | 97% | 353 | 354 | 356 |

| | | | | | Rates | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Less: Liquidation Adjustments** | | | | | Low | Middle | High | | | |
| Professional Fees | [K] | | | | 1.0% | 0.8% | 0.5% | (4) | (3) | (2) |
| Ch. 7 Trustee Fees | [K] | | | | 1.0% | 1.0% | 1.0% | (4) | (4) | (4) |
| Total Liquidation Adjustments | | | | | | | | (7) | (6) | (5) |

| Net Liquidation Proceeds Available for Distribution to Creditors (ex. Avoidance Actions) | | | | | | | | 346 | 348 | 350 |
|---|---|---|---|---|---|---|---|---|---|---|

| | | Claims Low | Middle | High | % Recovery Low | Middle | High | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Net Liquidation Proceeds | | | | | | | | 346 | 348 | 350 |
| Plus: Recovery on Avoidance Actions | [N][O] | | | | | | | - | - | - |
| **Total Net Liquidation Proceeds (Incl. Avoidance Actions)** | | | | | | | | **346** | **348** | **350** |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Class A1 - Other Secured Claims Against EFH Debtors | [L] | 0 | 0 | 0 | 29.2% | 58.2% | 87.3% | 0 | 0 | 0 |
| Remaining Amount Available for Distribution | | | | | | | | 346 | 348 | 350 |

| **Less: Admin / Priority Claims** | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Administrative Claims | [L] | 86 | 86 | 86 | 19.7% | 17.0% | 15.4% | 17 | 15 | 13 |
| Priority Tax Claims | [L] | - | - | - | 0.0% | 0.0% | 0.0% | - | - | - |
| Priority Tax Claims (Deconsolidation Tax) | [G][L] | 1,613 | 1,932 | 2,165 | 20.4% | 17.2% | 15.5% | 329 | 333 | 336 |
| Class A2 - Other Priority Claims Against EFH Debtors | [L] | - | - | - | 0.0% | 0.0% | 0.0% | - | - | - |
| **Total Admin / Priority Claims** | | **1,699** | **2,018** | **2,250** | | | | 346 | 348 | 349 |
| Remaining Amount Available for Distribution | | | | | | | | 0 | 0 | 1 |

| **Less: General Unsecured Claims** | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Admin / Priority Claims (Deficiency Claim) | [L] | 1,353 | 1,670 | 1,901 | 0.0% | 0.0% | 0.0% | - | - | - |
| Class A3 - Legacy General Unsecured Claims Against EFH Debtors | [L] | 71 | 71 | 71 | 0.0% | 0.0% | 0.0% | - | - | - |
| Class A4 - EFH Legacy Note Claims | [L][N] | 599 | 599 | 599 | 0.0% | 0.0% | 0.0% | - | - | - |
| Class A5 - EFH Unexchanged Note Claims | [L] | 6 | 6 | 6 | 0.0% | 0.0% | 0.0% | - | - | - |
| Class A6 - EFH LBO Note Primary Claims | [L] | 63 | 63 | 63 | 0.0% | 0.0% | 0.0% | - | - | - |
| Class A7 - EFH Swap Claims | [L] | 14 | 14 | 14 | 0.0% | 0.0% | 0.0% | - | - | - |
| Class A8 - EFH Non-Qualified Benefit Claims | [L] | 27 | 27 | 27 | 0.0% | 0.0% | 0.0% | - | - | - |
| Class A9 - General Unsecured Claims Against EFH Corp. | [L] | 89 | 89 | 89 | 0.0% | 0.0% | 0.0% | - | - | - |
| Class A10 - General Unsecured Claims Other than EFH Corp. | [L] | 0 | 0 | 0 | 0.0% | 0.0% | 0.0% | - | 0 | 0 |
| Class A11 - Tex-La Guaranty Claim | [L] | - | - | - | 0.0% | 0.0% | 0.0% | - | - | - |
| Class A12 - TCEH Settlement Claim | [N] | 700 | 700 | 700 | 0.0% | 0.0% | 0.0% | - | - | - |
| Class A13 - EFH Debtor Intercompany Claims | [I][L][N] | 4,531 | 4,573 | 4,531 | 0.0% | 0.0% | 0.0% | 0 | 0 | 1 |
| Class A14 - Non-EFH Debtor Intercompany Claims | [I][L][N] | - | - | - | 0.0% | 0.0% | 0.0% | - | - | - |
| Class A15 - Interests in the EFH Debtors Other Than EFH Corp. | [L] | - | - | - | 0.0% | 0.0% | 0.0% | - | - | - |
| Class A16 - Interests in EFH Corp. | [L] | - | - | - | 0.0% | 0.0% | 0.0% | - | - | - |
| **Total General Unsecured Claims** | | **7,453** | **7,812** | **8,001** | | | | 0 | 0 | 1 |
| Remaining Amount Available for Distribution | | | | | | | | - | - | - |

## EXHIBIT 2

**EFH PROCEEDS WATERFALL**

**"CHECK-THE-BOX" IS EFFECTIVE FOR ALL CURRENTLY DISREGARDED ENTITIES**

($ in millions)

| Assets | Notes | 12/31/15 Net Book Value | Adjustments | Liquidation Balance | Recovery Estimate % Low | Middle | High | Recovery Estimate $ Low | Middle | High |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Potential Recovery | | |
| **Gross Liquidation Proceeds:** | | | | | | | | | | |
| Cash | [A] | 488 | (160) | 328 | 100% | 100% | 100% | 328 | 328 | 328 |
| Accounts Receivable | [B] | 0 | 0 | 0 | 75% | 88% | 100% | 0 | 0 | 0 |
| Inventory | [C] | - | - | - | 0% | 0% | 0% | - | - | - |
| Property, Plant & Equipment | [D] | 2 | - | 2 | 25% | 50% | 75% | 0 | 1 | 1 |
| Commodity and Derivative Assets | [E] | - | - | - | 0% | 0% | 0% | - | - | - |
| Intangibles / Intellectual Property | [F] | - | - | - | 0% | 0% | 0% | - | - | - |
| Other Assets | [G] [H] | 659 | (647) | 12 | 5% | 8% | 10% | 1 | 1 | 1 |
| Intercompany Balances Owed | [I] | (97) | 99 | 2 | 25% | 50% | 75% | 1 | 1 | 2 |
| Investments | [J] | (25,243) | 25,266 | 23 | 100% | 100% | 100% | 23 | 23 | 23 |
| Total Assets | | (24,191) | 24,558 | 367 | 96% | 96% | 97% | 353 | 354 | 356 |

| | | | | | Rates Low | Middle | High | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Less: Liquidation Adjustments** | | | | | | | | | | |
| Professional Fees | [K] | | | | 1.0% | 0.8% | 0.5% | (4) | (3) | (2) |
| Ch. 7 Trustee Fees | [K] | | | | 1.0% | 1.0% | 1.0% | (4) | (4) | (4) |
| Total Liquidation Adjustments | | | | | | | | (7) | (6) | (5) |

| | | | | | | | | Low | Middle | High |
|---|---|---|---|---|---|---|---|---|---|---|
| **Net Liquidation Proceeds Available for Distribution to Creditors (ex. Avoidance Actions)** | | | | | | | | 346 | 348 | 350 |

| | | Claims Low | Middle | High | % Recovery Low | Middle | High | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Net Liquidation Proceeds | | | | | | | | 346 | 348 | 350 |
| Plus: Recovery on Avoidance Actions | [N][O] | | | | | | | - | - | - |
| **Total  Net Liquidation Proceeds (Incl. Avoidance Actions)** | | | | | | | | **346** | **348** | **350** |
| | | | | | | | | | | |
| Class A1 - Other Secured Claims Against EFH Debtors | [L] | 0 | 0 | 0 | 29.2% | 58.2% | 87.3% | 0 | 0 | 0 |
| Remaining Amount Available for Distribution | | | | | | | | 346 | 348 | 350 |
| | | | | | | | | | | |
| **Less: Admin / Priority Claims** | | | | | | | | | | |
| Administrative Claims | [L] | 86 | 86 | 86 | 94.2% | 94.4% | 59.6% | 81 | 81 | 51 |
| Priority Tax Claims | [L] | - | - | - | 0.0% | 0.0% | 0.0% | - | - | - |
| Priority Tax Claims (Deconsolidation Tax) | [G][L] | 1,613 | 1,932 | 2,165 | 0.0% | 13.6% | 13.8% | - | 263 | 299 |
| Class A2 - Other Priority Claims Against EFH Debtors | [L] | - | - | - | 0.0% | 0.0% | 0.0% | - | - | - |
| **Total Admin / Priority Claims** | | **1,699** | **2,018** | **2,250** | | | | **81** | **343** | **350** |
| Remaining Amount Available for Distribution | | | | | | | | 265 | 4 | - |
| | | | | | | | | | | |
| **Less: General Unsecured Claims** | | | | | | | | | | |
| Admin / Priority Claims (Deficiency Claim) | [L] | 1,618 | 1,674 | 1,900 | 0.0% | 0.0% | 0.0% | - | - | - |
| Class A3 - Legacy General Unsecured Claims Against EFH Debtors | [L] | 71 | 71 | 71 | 6.8% | 0.1% | 0.0% | 5 | 0 | - |
| Class A4 - EFH Legacy Note Claims | [L][N] | 599 | 599 | 599 | 7.2% | 0.1% | 0.0% | 43 | 1 | - |
| Class A5 - EFH Unexchanged Note Claims | [L] | 6 | 6 | 6 | 7.2% | 0.1% | 0.0% | 0 | 0 | - |
| Class A6 - EFH LBO Note Primary Claims | [L] | 63 | 63 | 63 | 7.2% | 0.1% | 0.0% | 5 | 0 | - |
| Class A7 - EFH Swap Claims | [L] | 14 | 14 | 14 | 7.2% | 0.1% | 0.0% | 1 | 0 | - |
| Class A8 - EFH Non-Qualified Benefit Claims | [L] | 27 | 27 | 27 | 7.2% | 0.1% | 0.0% | 2 | 0 | - |
| Class A9 - General Unsecured Claims Against EFH Corp. | [L] | 89 | 89 | 89 | 7.2% | 0.1% | 0.0% | 6 | 0 | - |
| Class A10 - General Unsecured Claims Other than EFH Corp. | [L] | 0 | 0 | 0 | 0.0% | 0.0% | 0.0% | - | 0 | - |
| Class A11 - Tex-La Guaranty Claim | [L] | - | - | - | 0.0% | 0.0% | 0.0% | - | - | - |
| Class A12 - TCEH Settlement Claim | [N] | 700 | 700 | 700 | 7.2% | 0.1% | 0.0% | 51 | 1 | - |
| Class A13 - EFH Debtor Intercompany Claims | [I][L][N] | 4,531 | 4,573 | 4,531 | 3.4% | 0.1% | 0.0% | 152 | 3 | - |
| Class A14 - Non-EFH Debtor Intercompany Claims | [I][L][N] | - | - | - | 0.0% | 0.0% | 0.0% | - | - | - |
| Class A15 - Interests in the EFH Debtors Other Than EFH Corp. | [L] | - | - | - | 0.0% | 0.0% | 0.0% | - | - | - |
| Class A16 - Interests in EFH Corp. | [L] | - | - | - | 0.0% | 0.0% | 0.0% | - | - | - |
| **Total General Unsecured Claims** | | **7,718** | **7,816** | **8,000** | | | | **265** | **4** | **-** |
| Remaining Amount Available for Distribution | | | | | | | | - | - | - |

## EXHIBIT 3

**EFIH PROCEEDS WATERFALL**

**"CHECK-THE-BOX" IS EFFECTIVE FOR NO CURRENTLY DISREGARDED ENTITIES**

($ in millions)

| Assets | Notes | 12/31/15 Net Book Value | Adjustments | Liquidation Balance | Recovery Estimate % Low | Recovery Estimate % Middle | Recovery Estimate % High | Recovery Estimate $ Low | Recovery Estimate $ Middle | Recovery Estimate $ High |
|---|---|---|---|---|---|---|---|---|---|---|
| **Gross Liquidation Proceeds:** | | | | | | | | | | |
| Cash | [A] | 354 | (171) | 183 | 100% | 100% | 100% | 183 | 183 | 183 |
| Accounts Receivable | [B] | - | - | - | 0% | 0% | 0% | - | - | - |
| Inventory | [C] | - | - | - | 0% | 0% | 0% | - | - | - |
| Property, Plant & Equipment | [D] | - | - | - | 0% | 0% | 0% | - | - | - |
| Commodity and Derivative Assets | [E] | - | - | - | 0% | 0% | 0% | - | - | - |
| Intangibles / Intellectual Property | [F] | - | - | - | 0% | 0% | 0% | - | - | - |
| Other Assets | [G] [H] | 0 | - | 0 | 5% | 8% | 10% | 0 | 0 | 0 |
| Intercompany Balances Owed | [I] | 2 | (2) | - | 0% | 0% | 0% | - | - | - |
| Investments | [J] | 6,059 | 3,182 | 9,241 | 100% | 100% | 100% | 9,241 | 9,241 | 9,241 |
| Total Assets | | 6,416 | 3,009 | 9,425 | 100% | 100% | 100% | 9,424 | 9,424 | 9,424 |
| | | | | | **Rates** | | | | | |
| **Less: Liquidation Adjustments** | | | | | Low | Middle | High | | | |
| Post-Conversion Cash Flow | [K] | | | | | | | 21 | 21 | 21 |
| Professional Fees | [K] | | | | 1.0% | 0.8% | 0.5% | (94) | (71) | (47) |
| Ch. 7 Trustee Fees | [K] | | | | 1.0% | 1.0% | 1.0% | (94) | (94) | (94) |
| Total Liquidation Adjustments | | | | | | | | (168) | (144) | (120) |
| **Net Liquidation Proceeds Available for Distribution to Creditors (ex. Avoidance Actions)** | | | | | | | | 9,257 | 9,280 | 9,304 |

| | Notes | Claims Low | Claims Middle | Claims High | % Recovery Low | % Recovery Middle | % Recovery High | Low | Middle | High |
|---|---|---|---|---|---|---|---|---|---|---|
| **Less: Superpriority Carve-Out Claims** | [L] | 25 | 25 | 25 | 100.0% | 100.0% | 100.0% | 25 | 25 | 25 |
| Remaining Amount Available for Distribution | | | | | | | | 9,232 | 9,255 | 9,279 |
| **Less: EFIH First Lien DIP Claims** | [L] | 5,425 | 5,425 | 5,425 | 100.0% | 100.0% | 100.0% | 5,425 | 5,425 | 5,425 |
| Remaining Amount Available for Distribution | | | | | | | | 3,807 | 3,830 | 3,854 |
| **Less: Class B1 - Other Secured Claims Against EFIH Debtors** | [L] | - | - | - | 0.0% | 0.0% | 0.0% | - | - | - |
| Remaining Amount Available for Distribution | | | | | | | | 3,807 | 3,830 | 3,854 |
| **Less: Class B3 - EFIH First Lien Note Claim** | [L] | - | - | - | 0.0% | 0.0% | 0.0% | - | - | - |
| Remaining Amount Available for Distribution | | | | | | | | 3,807 | 3,830 | 3,854 |
| **Less: Class B4 - EFIH Second Lien Note Claim** | | 2,113 | 2,113 | 2,113 | 100.0% | 100.0% | 100.0% | 2,113 | 2,113 | 2,113 |
| Remaining Amount Available for Distribution | | | | | | | | 1,693 | 1,717 | 1,740 |
| Plus: Recovery on Avoidance Actions | [N][O] | | | | | | | - | - | - |
| Adjusted Remaining Amount Available for Distribution | | | | | | | | 1,693 | 1,717 | 1,740 |
| **Less: Admin / Priority Claims** | | | | | | | | | | |
| Administrative Claims | [L] | 55 | 55 | 55 | 100.0% | 100.0% | 100.0% | 55 | 55 | 55 |
| Priority Tax Claims | [L] | - | - | - | 0.0% | 0.0% | 0.0% | - | - | - |
| Priority Tax Claims (Deconsolidation Tax) | [G][L] | - | - | - | 0.0% | 0.0% | 0.0% | - | - | - |
| Class B2 - Other Priority Claims Against EFIH Debtors | [L] | - | - | - | 0.0% | 0.0% | 0.0% | - | - | - |
| **Total Admin / Priority Claims** | | 55 | 55 | 55 | | | | 55 | 55 | 55 |
| Remaining Amount Available for Distribution | | | | | | | | 1,638 | 1,662 | 1,685 |
| **Less: General Unsecured Claims** | | | | | | | | | | |
| Class B3 - EFIH First Lien Note Claim (Deficiency Claim) | [L] | - | - | - | 0.0% | 0.0% | 0.0% | - | - | - |
| Class B4 - EFIH Second Lien Note Claim (Deficiency Claim) | [L] | - | - | - | 0.0% | 0.0% | 0.0% | - | - | - |
| Admin / Priority Claims (Deficiency Claim) | [L] | - | - | - | 0.0% | 0.0% | 0.0% | - | - | - |
| Class B5 - EFIH LBO Note Guaranty Claims | [L] | 63 | 63 | 63 | 95.5% | 96.9% | 98.2% | 61 | 61 | 62 |
| Class B6 - General Unsecured Claims Against EFIH Debtors | [L] | 1,652 | 1,652 | 1,652 | 95.5% | 96.9% | 98.2% | 1,578 | 1,600 | 1,623 |
| Class B7 - EFIH Debtor Intercompany Claims | [I][L][N] | - | - | - | 0.0% | 0.0% | 0.0% | - | - | - |
| Class B8 - Non-EFIH Debtor Intercompany Claims | [I][L][N] | - | - | - | 0.0% | 0.0% | 0.0% | - | - | - |
| Class B9 - Interests in EFIH Debtors | [L] | - | - | - | 0.0% | 0.0% | 0.0% | - | - | - |
| Class B10 - Interests in EFIH Finance | [L] | - | - | - | 0.0% | 0.0% | 0.0% | - | - | - |
| **Total General Unsecured Claims** | | 1,716 | 1,716 | 1,716 | | | | 1,638 | 1,662 | 1,685 |
| Remaining Amount Available for Distribution | | | | | | | | - | - | - |

## **EXHIBIT 4**

**EFIH PROCEEDS WATERFALL**

**"CHECK-THE-BOX" IS EFFECTIVE FOR ALL CURRENTLY DISREGARDED
ENTITIES**

EFIH Summary - Check the Box

($ in millions)

| Assets | Notes | 12/31/15 Net Book Value | Adjustments | Liquidation Balance | Potential Recovery | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Recovery Estimate % | | | Recovery Estimate $ | | |
| | | | | | Low | Middle | High | Low | Middle | High |
| **Gross Liquidation Proceeds:** | | | | | | | | | | |
| Cash | [A] | 354 | (171) | 183 | 100% | 100% | 100% | 183 | 183 | 183 |
| Accounts Receivable | [B] | - | - | - | 0% | 0% | 0% | - | - | - |
| Inventory | [C] | - | - | - | 0% | 0% | 0% | - | - | - |
| Property, Plant & Equipment | [D] | - | - | - | 0% | 0% | 0% | - | - | - |
| Commodity and Derivative Assets | [E] | - | - | - | 0% | 0% | 0% | - | - | - |
| Intangibles / Intellectual Property | [F] | - | - | - | 0% | 0% | 0% | - | - | - |
| Other Assets | [G] [H] | 0 | - | 0 | 5% | 8% | 10% | 0 | 0 | 0 |
| Intercompany Balances Owed | [I] | 2 | (2) | - | 0% | 0% | 0% | - | - | - |
| Investments | [J] | 6,059 | 3,182 | 9,241 | 100% | 100% | 100% | 9,241 | 9,241 | 9,241 |
| Total Assets | | 6,416 | 3,009 | 9,425 | 100% | 100% | 100% | 9,424 | 9,424 | 9,424 |
| | | | | | | Rates | | | | |
| **Less: Liquidation Adjustments** | | | | | Low | Middle | High | | | |
| Post-Conversion Cash Flow | [K] | | | | | | | 21 | 21 | 21 |
| Professional Fees | [K] | | | | 1.0% | 0.8% | 0.5% | (94) | (71) | (47) |
| Ch. 7 Trustee Fees | [K] | | | | 1.0% | 1.0% | 1.0% | (94) | (94) | (94) |
| Total Liquidation Adjustments | | | | | | | | (168) | (144) | (120) |
| **Net Liquidation Proceeds Available for Distribution to Creditors (ex. Avoidance Actions)** | | | | | | | | 9,257 | 9,280 | 9,304 |
| | | | Claims | | | % Recovery | | | | |
| | | Low | Middle | High | Low | Middle | High | | | |
| **Less: Superpriority Carve-Out Claims** | [L] | 25 | 25 | 25 | 100.0% | 100.0% | 100.0% | 25 | 25 | 25 |
| Remaining Amount Available for Distribution | | | | | | | | 9,232 | 9,255 | 9,279 |
| **Less: EFIH First Lien DIP Claims** | [L] | 5,425 | 5,425 | 5,425 | 100.0% | 100.0% | 100.0% | 5,425 | 5,425 | 5,425 |
| Remaining Amount Available for Distribution | | | | | | | | 3,807 | 3,830 | 3,854 |
| **Less: Class B1 - Other Secured Claims Against EFIH Debtors** | [L] | - | - | - | 0.0% | 0.0% | 0.0% | - | - | - |
| Remaining Amount Available for Distribution | | | | | | | | 3,807 | 3,830 | 3,854 |
| **Less: Class B3 - EFIH First Lien Note Claim** | [L] | - | - | - | 0.0% | 0.0% | 0.0% | - | - | - |
| Remaining Amount Available for Distribution | | | | | | | | 3,807 | 3,830 | 3,854 |
| **Less: Class B4 - EFIH Second Lien Note Claim** | | 2,113 | 2,113 | 2,113 | 100.0% | 100.0% | 100.0% | 2,113 | 2,113 | 2,113 |
| Remaining Amount Available for Distribution | | | | | | | | 1,693 | 1,717 | 1,740 |
| Plus: Recovery on Avoidance Actions | [N][O] | | | | | | | - | - | - |
| Adjusted Remaining Amount Available for Distribution | | | | | | | | 1,693 | 1,717 | 1,740 |
| **Less: Admin / Priority Claims** | | | | | | | | | | |
| Administrative Claims | [L] | 55 | 55 | 55 | 100.0% | 86.4% | 78.4% | 55 | 48 | 43 |
| Priority Tax Claims | [L] | - | - | - | 0.0% | 0.0% | 0.0% | - | - | - |
| Priority Tax Claims (Deconsolidation Tax) | [G][L] | 1,613 | 1,932 | 2,165 | 100.0% | 86.4% | 78.4% | 1,613 | 1,669 | 1,697 |
| Class B2 - Other Priority Claims Against EFIH Debtors | [L] | - | - | - | 0.0% | 0.0% | 0.0% | - | - | - |
| **Total Admin / Priority Claims** | | **1,669** | **1,987** | **2,220** | | | | 1,669 | 1,717 | 1,740 |
| Remaining Amount Available for Distribution | | | | | | | | 25 | - | - |
| **Less: General Unsecured Claims** | | | | | | | | | | |
| Class B3 - EFIH First Lien Note Claim (Deficiency Claim) | [L] | - | - | - | 0.0% | 0.0% | 0.0% | - | - | - |
| Class B4 - EFIH Second Lien Note Claim (Deficiency Claim) | [L] | - | - | - | 0.0% | 0.0% | 0.0% | - | - | - |
| Admin / Priority Claims (Deficiency Claim) | [L] | - | 270 | 479 | 0.0% | 0.0% | 0.0% | - | - | - |
| Class B5 - EFH LBO Note Guaranty Claims | [L] | 63 | 63 | 63 | 1.4% | 0.0% | 0.0% | 1 | - | - |
| Class B6 - General Unsecured Claims Against EFIH Debtors | [L] | 1,652 | 1,652 | 1,652 | 1.4% | 0.0% | 0.0% | 24 | - | - |
| Class B7 - EFIH Debtor Intercompany Claims | [I][L][N] | - | - | - | 0.0% | 0.0% | 0.0% | - | - | - |
| Class B8 - Non-EFIH Debtor Intercompany Claims | [I][L][N] | - | - | - | 0.0% | 0.0% | 0.0% | - | - | - |
| Class B9 - Interests in EFIH Debtors | [L] | - | - | - | 0.0% | 0.0% | 0.0% | - | - | - |
| Class B10 - Interests in EFIH Finance | [L] | - | - | - | 0.0% | 0.0% | 0.0% | - | - | - |
| **Total General Unsecured Claims** | | **1,716** | **1,986** | **2,195** | | | | 25 | - | - |
| Remaining Amount Available for Distribution | | | | | | | | - | - | - |