**EXHIBIT A**

RLF1 15206475v.1

Energy Future Holdings Corp.
First Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| Allied Electronics, Inc. | 3312 | On September 20, 2016 the Court entered an order sustaining the objection in connection with this claim. |
| Allied Electronics, Inc. | 3313 | On September 20, 2016 the Court entered an order sustaining the objection in connection with this claim. |

15198223_1

**EXHIBIT B**

Energy Future Holdings Corp.
Twenty-First Omnibus (Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| HCL AMERICA, INC | 6072 | On September 2, 2016 the Court entered an order sustaining the objection in connection with this claim. |
| HCL AMERICA, INC | 6074 | On September 2, 2016 the Court entered an order sustaining the objection in connection with this claim. |
| HCL AMERICA, INC | 6075 | On September 2, 2016 the Court entered an order sustaining the objection in connection with this claim. |
| TANNOR PARTNERS CREDIT FUND LP | 3637 | On September 20, 2016 the Court entered an order sustaining the objection in connection with this claim. |
| TANNOR PARTNERS CREDIT FUND LP | 4684 | On September 20, 2016 the Court entered an order sustaining the objection in connection with this claim. |

1

# EXHIBIT C

Energy Future Holdings Corp.
Thirty-Seventh Omnibus (Substantive) Objection to Claims

## Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| ARAMARK UNIFORM & CAREER APPAREL, LLC | 5865 | On September 20, 2016 the Court entered an order sustaining the objection in connection with this claim. |
| RED BALL OXYGEN COMPANY | 7677 | Response filed on March 1, 2016. [Docket No. 7956]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| RED BALL OXYGEN COMPANY | 7676 | Response filed on March 1, 2016. [Docket No. 7956]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| RED BALL OXYGEN COMPANY | 7679 | Response filed on March 1, 2016. [Docket No. 7956]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| RED BALL OXYGEN COMPANY | 7675 | Response filed on March 1, 2016. [Docket No. 7956]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| RED BALL OXYGEN COMPANY | 7678 | Response filed on March 1, 2016. [Docket No. 7956]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| AUTOMATIC SYSTEMS, INC. | 4868 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| RAILWORKS TRACK SYSTEMS, INC. | 6184 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| RANGER EXCAVATING LP | 2613 | Response filed on February 19, 2016. [Docket No. 7901]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

Energy Future Holdings Corp.
Thirty-Seventh Omnibus (Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| LONG INDUSTRIES, INC. | 5269 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| TEXAS BIG SPRING, LP | 8007 | Response filed on February 23, 2016. [Docket No. 7919]. The hearing on this claim has been continued to October 26, 2016 starting at 10:00 a.m. (EDT). |

2

# EXHIBIT D

Energy Future Holdings Corp.
Thirty-Ninth Omnibus (Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| COPELAND, WENDY | 10042 | Written response received by Debtors. [Not on Docket]. In accordance with the procedues approved by this Court in D.I. 9287, a hearing with respect to this claim will take place on November 8, 2016 starting at 10:00 a.m. (EST). |
| COPELAND, WENDY | 10074 | Written response received by Debtors. [Not on Docket]. In accordance with the procedues approved by this Court in D.I. 9287, a hearing with respect to this claim will take place on November 8, 2016 starting at 10:00 a.m. (EST). |
| COPELAND, WENDY | 10619 | Written response received by Debtors. [Not on Docket]. In accordance with the procedues approved by this Court in D.I. 9287, a hearing with respect to this claim will take place on November 8, 2016 starting at 10:00 a.m. (EST). |
| FPL ENERGY PECOS WIND I, LLC | 7485 | Response filed on April 7, 2016. [Docket No. 8153]. The hearing on this claim has been continued to October 26, 2016 starting at 10:00 a.m. (EDT). |
| FPL ENERGY PECOS WIND II, LLC | 7483 | Response filed on April 7, 2016. [Docket No. 8154]. The hearing on this claim has been continued to October 26, 2016 starting at 10:00 a.m. (EDT). |
| HERBERT, WILLIAM JEFFERY | 4364 | Response filed on April 8, 2016. [Docket No. 8173]. The hearing on this claim has been continued to October 26, 2016 starting at 10:00 a.m. (EDT). |
| INDIAN MESA WIND FARM, LLC | 7484 | Response filed on April 7, 2016. [Docket No. 8152]. The hearing on this claim has been continued to October 26, 2016 starting at 10:00 a.m. (EDT). |
| JEFFERSON, MAURICE | 7526 | Response filed on April 6, 2016. [Docket No. 8134]. In accordance with the procedues approved by this Court in D.I. 9287, a hearing with respect to this claim will take place on November 8, 2016 starting at 10:00 a.m. (EST). |
| JEFFERSON, MAURICE | 9650 | Response filed on April 6, 2016. [Docket No. 8134]. In accordance with the procedues approved by this Court in D.I. 9287, a hearing with respect to this claim will take place on November 8, 2016 starting at 10:00 a.m. (EST). |

RLF-15199611_1

Energy Future Holdings Corp.
Thirty-Ninth Omnibus (Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| MCALOON, CATHERINE | 4780 | Response filed on April 18, 2016. [Docket No. 8240]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

2

**EXHIBIT E**

Energy Future Holdings Corp.
Forty-Second Omnibus (Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| OHIO DEPARTMENT OF TAXATION, THE | 3526 | Response filed on June 29, 2016. [Docket No. 8845]. The hearing on this claim has been continued to October 26, 2016 starting at 10:00 a.m. (EDT). |

1

**EXHIBIT F**

Energy Future Holdings Corp.
Forty-Third Omnibus (Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| UNITED STATES GYPSUM COMPANY | 9874 | On September 20, 2016 the Court entered an order sustaining the objection in connection with this claim. |

RLF-15199361_1

# EXHIBIT G

**IN RE ENERGY FUTURE HOLDINGS CORP.,** *ET AL.***, CASE NO. 14-10979 (CSS)**

**STATUS CHART OF**
**CURE/ASSUMPTION OBJECTIONS AND RESPONSES TO THE**
**THIRD AMENDED JOINT PLAN OF REORGANIZATION OF ENERGY**
**FUTURE HOLDINGS CORP.,** *ET AL.***, PURSUANT TO CHAPTER 11 OF THE**
**BANKRUPTCY CODE AS IT APPLIES TO THE TCEH DEBTORS AND EFH SHARED SERVICES DEBTORS[1]**

| | Objecting Party | Docket Number | Objection | Status of Objection |
|---|---|---|---|---|
| | | | **CURE/ASSUMPTION OBJECTIONS** | |
| 1 | Pooled Equipment Inventory Co. ("PEICo") | 9195 | 1. The cure amount due PEICo is $62,062.80, not $32,231.60. | 1. Resolved by agreement of the parties as to the cure amount. |
| 2 | Oracle America, Inc., as successor in interest to Oracle USA, Inc., Oracle Corporation, and Datalogix, Inc. ("Oracle") | 9213 | 1. The Plan is unconfirmable because it seeks to assume executory contracts without (1) Oracle's consent; (2) providing the full cure amount; and (3) providing adequate assurance. | 1. Resolved by agreement of the parties and addition of paragraph 115 to the TCEH Confirmation Order. |

---

[1]    Green shaded objections have been resolved.

Capitalized terms used but not defined herein shall be given the meanings ascribed to them in the *Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 9199] (the "Plan") and the *Third Amended Disclosure Statement for the Second Amended Joint Plan of Reorganization of Energy Future Holdings Corp.,* et al.*, Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the TCEH Debtors and EFH Shared Services Debtors* [D.I. 8753] (the "TCEH Disclosure Statement").

The following parties filed reservations of rights:  (a) TXU 2007-1 Railcar Leasing LLC [D.I. 9206] ("TXU Railcar Leasing"); (b) Union Pacific Railroad Company [D.I. 9242] ("UPRR"); and (c) Data Systems & Solutions LLC [D.I. 9281] ("DS&S").

| | Objecting Party | Docket Number | Objection | Status of Objection |
|---|---|---|---|---|
| 3 | Boral Material Technologies, LLC ("BMT") | 9234 | 1. The cure amount due to BMT is $21,041.90 (the "Monticello Cure Amount") and $19,471.50 (the "Big Brown Cure Amount"), not $7,317.81 and $7,908.00 (not attributable on the Assumption Schedule). | 1. Resolved by agreement of the parties as to the cure amount. |
| 4 | Accenture LLP ("Accenture") | 9238 | 1. The cure amount due to Accenture is $442,900.60, not $382,232.00. | 1. Resolved by agreement of the parties as to the cure amount and combination of reference numbers 21, 22, and 23 into a single entry (without assignment). |
| 5 | SAP Industries, Inc. ("SAP") | 9243 | 1. The Plan is unconfirmable because it seeks to assume executory contracts without SAP's consent or providing adequate assurance. | 1. Resolved by agreement of the parties as to the cure amount and form of assignment agreement. |

2