IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) ) ) (Jointly Administered) |
| Debtors. | ) ) **Re: D.I. 9376** |

### NOTICE OF THE TCEH DEBTORS REGARDING NON-ASSUMPTION OF CONTRACT IDENTIFIED ON SECOND AMENDED PLAN SUPPLEMENT

**PLEASE TAKE NOTICE THAT** on August 24, 2016, the TCEH Debtors and the EFH Shared Services Debtors (collectively, the "TCEH Debtors") filed the *Second Amended Plan Supplement as it Relates to the TCEH Debtors and EFH Shared Services Debtors for the Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 9376] (the "Second Amended Plan Supplement").

**PLEASE TAKE FURTHER NOTICE** that Reference No. 2563 on Exhibit B to the Second Amended Plan Supplement (the "Assumption Schedule") identified for assumption a Confidentiality Agreement (the "Confidentiality Agreement") between Luminant Mining Company LLC and Union Pacific Railroad Company ("UPRR").

**PLEASE TAKE FURTHER NOTICE** that after the TCEH Debtors filed the Second Amended Plan Supplement, the TCEH Debtors and UPRR discovered that the Confidentiality Agreement had expired. Accordingly, the TCEH Debtors do not seek to assume the Confidentiality Agreement, notwithstanding the Assumption Schedule.

**PLEASE TAKE FURTHER NOTICE** that the TCEH Debtors have corresponded with counsel to UPRR regarding this matter, and counsel to UPRR supports filing of this notice.

*[Remainder of page intentionally left blank.]*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 15216633v.1

Dated: September 22, 2016
Wilmington, Delaware

/s/ *[signature]*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:       collins@rlf.com
             defranceschi@rlf.com
             madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:       edward.sassower@kirkland.com
             stephen.hessler@kirkland.com
             brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:       james.sprayregen@kirkland.com
             marc.kieselstein@kirkland.com
             chad.husnick@kirkland.com
             steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*