# **EXHIBIT A**

**Statement of Fees and Expenses by Subject Matter**

## COMPENSATION BY PROJECT CATEGORY
## JULY 1, 2016 THROUGH JULY 31, 2016

| Matter Number | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| Applicable to All Debtors[1] | | | |
| 12 | Tax Analysis | N/A | N/A |
| 25 | Public Policy Advice | N/A | N/A |
| 30 | Employment and Fee Applications | 18.1 | $7,659.50 |
| 46 | Budget-Related Work | 0.6 | $405.00 |
| Total for All-Debtor Matters | | 18.7 | $8,064.50 |
| Applicable to TCEH Debtors | | | |
| 4 | Litigation: Disputes and Potential Litigation with Aurelius | N/A | N/A |
| 8 | Litigation: FPL v. TXU (Texas Supreme Court) | N/A | N/A |
| 13 | Litigation: FOIA Disputes and EPA Matters | N/A | N/A |
| 16 | Litigation: Sierra Club – Eastern District of Texas | N/A | N/A |
| 17 | Litigation: Sierra Club – Western District of Texas | N/A | N/A |
| 18 | Litigation: NSR Case | 17.9 | $14,079.00 |
| 22 | Litigation: 2004 FPL Lawsuit | N/A | N/A |
| 23 | Litigation: 2011 FPL Lawsuit | N/A | N/A |
| 24 | Litigation: FPL Offer Curves Dispute | N/A | N/A |
| 41 | SEC Matters | N/A | N/A |
| 43 | Corporate Matters | 6.1 | $3,545.50 |
| 48 | TCEH Going Public Transactions | 112.9 | $64,575.50 |
| 49 | TCEH Notes Offering | N/A | N/A |
| 50 | Project Longhorn | N/A | N/A |
| 52 | Project Titan | N/A | N/A |
| 53 | Horseshoe Bend Solar Project | 4.5 | $3,314.50 |
| 54 | PUC RFI | 151.1 | $70,474.70 |
| Total for TCEH Matters | | 292.5 | $155,989.20 |

---

[1] Matter categories applicable to all Debtors are allocated to each Debtor in the same proportion as the amount incurred by each Debtor to its direct benefit on a monthly basis. In this Monthly Fee Statement, 93.2% of the fees ($7,515.67) shall be allocated to the TCEH estate, 0.0% of the fees ($0.00) shall be allocated to the EFIH estate, and 6.8% of the fees ($548.83) shall be allocated to the EFH estate.

2

| | | | |
|---|---|---|---|
| Applicable to EFIH Debtors | | | |
| 27 | First Lien DIP Exchange Offer | N/A | N/A |
| 28 | Second Lien DIP Tender Offer | N/A | N/A |
| 29 | Second Lien DIP Notes Offering | N/A | N/A |
| 34 | SEC Matters | N/A | N/A |
| 35 | Corporate Matters | N/A | N/A |
| Total for EFIH Matters | | N/A | N/A |
| Applicable to EFH Debtors | | | |
| 31 | SEC Matters | 11.2 | $9,060.00 |
| 32 | Corporate Matters | 4.2 | $2,331.00 |
| Total for EFH Matters | | 15.4 | $11,391.00 |
| **Total** | | **326.6** | **$175,444.70** |

**EXPENSE SUMMARY**
**JULY 1, 2016 THROUGH JULY 31, 2016**

| Expenses Category | Total Expenses |
|---|---:|
| EDiscovery Database Hosting Fees | $10,250.08 |
| Outside Duplication and Binding | $594.73 |
| **Total:** | **$10,844.81** |

3