# **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The Gibson Dunn professionals and paraprofessionals who rendered professional services in these cases during the Fee Period are:

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| William B. Dawson | Partner. Joined firm as a Partner in 2011. Member of TX Bar since 1975. | $1,030.00 | 0.8 | $824.00 |
| Robert B. Little | Partner. Joined firm as a Partner in 2011. Member of TX Bar since 1998. | $875.00 | 24.0 | $21,000.00 |
| James J. Moloney | Partner. Became a Partner in 2005. Member of CA Bar since 1994. | $1,145.00 | 0.6 | $687.00 |
| Michael L. Raiff | Partner. Joined firm as a Partner in 2011. Member of TX Bar since 1992. | $930.00 | 22.2 | $20,646.00 |
| William S. Scherman | Partner. Joined firm as a Partner in 2013. Member of DC Bar since 1984. | $1,125.00 | 3.3 | $3,712.50 |
| Jessica Basil | Of Counsel. Became an Of Counsel in 2013. Member of NY Bar since 2000. | $855.00 | 1.9 | $1,624.50 |
| Jeffrey M. Jakubiak | Of Counsel. Joined firm as an Of Counsel in 2014. Member of NY Bar since 1998, and DC Bar since 1998. | $800.00 | 4.5 | $3,600.00 |
| Eric M. Scarazzo | Of Counsel. Joined firm as an associate in 2005. Member of NY Bar since 2006. | $855.00 | 7.7 | $6,583.50 |
| Jeffrey L. Steiner | Of Counsel. Joined firm as an Of Counsel in 2012. Member of MD Bar since 2004, and DC Bar since 2006. | $685.00 | 3.4 | $2,329.00 |

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Matthew G. Bouslog | Associate. Joined firm as an associate in 2012. Member of CA Bar since 2011. | $675.00 | 1.5 | $1,012.50 |
| Michael Q. Cannon | Associate. Joined firm as an Associate in 2014. Member of TX Bar since 2012. | $650.00 | 2.6 | $1,690.00 |
| Russell H. Falconer | Associate. Joined firm as an Associate in 2011. Member of TX Bar since 2009. | $650.00 | 7.9 | $5,135.00 |
| Timothy P. Fisher | Associate. Joined firm as an associate in 2013. Member of TX Bar since 2013. | $535.00 | 37.8 | $20,223.00 |
| William C. Vaughn | Associate. Joined firm as an associate in 2013. Member of TX Bar since 2013. | $505.00 | 19.4 | $9,797.00 |
| Jonathan M. Whalen | Associate. Joined firm as an Associate in 2009. Member of TX Bar since 2009. | $675.00 | 38.5 | $25,987.50 |
| Liron Kishinevsky | Summer Associate. Joined in 2016. | $195.00 | 25.8 | $5,031.00 |
| Duke K. Amponsah | Paralegal. Joined firm as a Paralegal in 2012. | $410.00 | 17.2 | $7,052.00 |
| Gaya K. Holman | Paralegal. Joined firm as a Paralegal in 2013. | $385.00 | 0.8 | $308.00 |
| Carla H. Jones | Research Analyst. Joined firm in 1999. | $240.00 | 0.3 | $72.00 |
| Christopher Karnes | EDiscovery Specialist. Joined Firm in 2012. | $360.00 | 0.6 | $216.00 |
| Marc E. Schneider | EDiscovery Specialist. Joined Firm in 2015. | $360.00 | 97.9 | $35,244.00 |
| Daniel Y. Shin | EDiscovery Specialist. Joined Firm in 2015. | $338.00 | 7.9 | $2,670.20 |

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **TOTAL** | | | **326.6** | **$175,444.70** |
| **Blended Rate** | | **$537.19** | | |

3