# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

RLF1 15216519v.1

**EXPENSE SUMMARY**
**JULY 1, 2016 THROUGH JULY 31, 2016**

**Applicable to TCEH Debtors**

| Expenses Category | Total Expenses |
|---|---:|
| EDiscovery Database Hosting Fees | $10,250.08 |
| Outside Duplication And Binding | $594.73 |
| **Total:** | **$10,844.81** |

**TOTAL EXPENSES:**                                                                              **$10,844.81**