# **EXHIBIT D**

## **Detailed Description of Expenses and Disbursements**

| Invoice Number | Matter Name | Date | Name Of Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 2016082347 | TCEH | 2016527 | Holman, Gaya K | Outside Duplication And Binding | 0 | 0 | $594.73 | Exact Legal Copy Services LLC Invoice#: 7387 Date: 5/27/2016 Outside Duplication And Binding/Document Scanning, CD Authoring |
| 2016082347 | TCEH | 2016728 | Lewis, Paulette | EDiscovery Database Hosting Fees | 0 | 0 | $10,250.08 | JULY 2016- Monthly Ediscovery Database Hosting Fees |

RLF1 15216519v.1