# EXHIBIT A

## Statement of Fees and Expenses by Subject Matter

**COMPENSATION BY PROJECT CATEGORY**
**AUGUST 1, 2016 THROUGH AUGUST 31, 2016**

| Matter Number | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| Applicable to All Debtors[1] | | | |
| 12 | Tax Analysis | N/A | N/A |
| 25 | Public Policy Advice | N/A | N/A |
| 30 | Employment and Fee Applications | 16.1 | $6,680.50 |
| 46 | Budget-Related Work | 0.5 | 337.50 |
| Total for All-Debtor Matters | | 16.6 | $7,018.00 |
| Applicable to TCEH Debtors | | | |
| 4 | Litigation: Disputes and Potential Litigation with Aurelius | N/A | N/A |
| 8 | Litigation: FPL v. TXU (Texas Supreme Court) | 25.4 | $18,303.50 |
| 13 | Litigation: FOIA Disputes and EPA Matters | N/A | N/A |
| 16 | Litigation: Sierra Club – Eastern District of Texas | N/A | N/A |
| 17 | Litigation: Sierra Club – Western District of Texas | N/A | N/A |
| 18 | Litigation: NSR Case | 52.5 | $38,557.50 |
| 22 | Litigation: 2004 FPL Lawsuit | N/A | N/A |
| 23 | Litigation: 2011 FPL Lawsuit | N/A | N/A |
| 24 | Litigation: FPL Offer Curves Dispute | N/A | N/A |
| 41 | SEC Matters | N/A | N/A |
| 43 | Corporate Matters | 177.4 | $111,097.00 |
| 48 | TCEH Going Public Transactions | N/A | N/A |
| 49 | TCEH Notes Offering | N/A | N/A |
| 50 | Project Longhorn | 1.1 | $742.50 |
| 52 | Project Titan | N/A | N/A |
| 53 | Horseshoe Bend Solar Project | N/A | N/A |
| 54 | PUC RFI | 96.6 | $46,672.50 |
| Total for TCEH Matters | | 353.0 | $215,373.00 |
| Applicable to EFIH Debtors | | | |

1 Matter categories applicable to all Debtors are allocated to each Debtor in the same proportion as the amount incurred by each Debtor to its direct benefit on a monthly basis. In this Monthly Fee Statement, 99.2% of the fees ($6,961.44) shall be allocated to the TCEH estate, 0.0% of the fees ($0.00) shall be allocated to the EFIH estate, and 0.8% of the fees ($56.56) shall be allocated to the EFH estate.

| Matter Number | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| 27 | First Lien DIP Exchange Offer | N/A | N/A |
| 28 | Second Lien DIP Tender Offer | N/A | N/A |
| 29 | Second Lien DIP Notes Offering | N/A | N/A |
| 34 | SEC Matters | N/A | N/A |
| 35 | Corporate Matters | N/A | N/A |
| Total for EFIH Matters | | N/A | N/A |
| Applicable to EFH Debtors | | | |
| 31 | SEC Matters | 2.0 | $1,750.00 |
| 32 | Corporate Matters | N/A | N/A |
| Total for EFH Matters | | 2.0 | $1,750.00 |
| **Total** | | **371.6** | **$224,141.00** |

**EXPENSE SUMMARY**
**AUGUST 1, 2016 THROUGH AUGUST 31, 2016**

| Expenses Category | Total Expenses |
|---|---|
| Document Retrieval Service | $81.00 |
| EDiscovery Database Hosting Fees | $22,574.29 |
| Travel - Air & Rail | $711.21 |
| Travel - Taxi & Other Modes/Miles | $34.83 |
| **Total:** | **$23,401.33** |