## **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The Gibson Dunn professionals and paraprofessionals who rendered professional services in these cases during the Fee Period are:

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| William B. Dawson | Partner. Joined firm as a Partner in 2011. Member of TX Bar since 1975. | $1,030.00 | 3.0 | $3,090.00 |
| Andrew L. Fabens | Partner. Became a Partner in 2009. Member of NY Bar since 2001. | $1,100.00 | 1.0 | $1,100.00 |
| James C. Ho | Partner. Became a Partner in 2010. Member of DC Bar since 2001, and TX Bar since 2006. | $890.00 | 9.1 | $8,099.00 |
| Brian J. Lane | Partner. Joined firm as a Partner in 2000. Member of MD Bar since 1983, and DC Bar since 2000. | $1,170.00 | 0.3 | $351.00 |
| Robert B. Little | Partner. Joined firm as a Partner in 2011. Member of TX Bar since 1998. | $875.00 | 26.1 | $22,837.50 |
| Michael L. Raiff | Partner. Joined firm as a Partner in 2011. Member of TX Bar since 1992. | $930.00 | 30.2 | $28,086.00 |
| William S. Scherman | Partner. Joined firm as a Partner in 2013. Member of DC Bar since 1984. | $1,125.00 | 0.5 | $562.50 |
| Jeffrey M. Jakubiak | Of Counsel. Joined firm as an Of Counsel in 2014. Member of NY Bar since 1998, and DC Bar since 1998. | $800.00 | 0.2 | $160.00 |
| Ashley E. Johnson | Of Counsel. Became an Of Counsel in 2014. Member of NC Bar since 2007, and TX Bar since 2009. | $715.00 | 1.3 | $929.50 |
| Eric M. Scarazzo | Of Counsel. Joined firm as an associate in 2005. Member of NY Bar since 2006. | $855.00 | 8.3 | $7,096.50 |

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Matthew G. Bouslog | Associate. Joined firm as an associate in 2012. Member of CA Bar since 2011. | $675.00 | 0.8 | $540.00 |
| Caitlin Calloway | Associate. Joined firm as an Associate in 2012. Member of TX Bar since 2012. | $560.00 | 7.3 | $4,088.00 |
| Russell H. Falconer | Associate. Joined firm as an Associate in 2011. Member of TX Bar since 2009. | $650.00 | 35.6 | $23,140.00 |
| Timothy P. Fisher | Associate. Joined firm as an associate in 2013. Member of TX Bar since 2013. | $535.00 | 61.0 | $32,635.00 |
| Louis J. Matthews | Associate. Joined firm as an associate in 2016. Member of NY Bar since 2014. | $600.00 | 42.3 | $25,380.00 |
| William T. Thompson | Associate. Joined firm as an associate in 2014. Member of TX Bar since 2013. | $505.00 | 11.0 | $5,555.00 |
| Needhi N. Vasavada | Associate. Joined firm as an associate in 2014. Member of TX Bar since 2014. | $480.00 | 15.3 | $7,344.00 |
| William C. Vaughn | Associate. Joined firm as an associate in 2013. Member of TX Bar since 2013. | $505.00 | 26.2 | $13,231.00 |
| Jonathan M. Whalen | Associate. Joined firm as an Associate in 2009. Member of TX Bar since 2009. | $675.00 | 18.9 | $12,757.50 |
| Duke K. Amponsah | Paralegal. Joined firm as a Paralegal in 2012. | $410.00 | 15.8 | $6,478.00 |
| Gaya K. Holman | Paralegal. Joined firm as a Paralegal in 2013. | $385.00 | 1.1 | $423.50 |

RLF1 15216535v.1

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Christopher Karnes | EDiscovery Specialist. Joined Firm in 2012. | $360.00 | 29.5 | $10,620.00 |
| Marc E. Schneider | EDiscovery Specialist. Joined Firm in 2015. | $360.00 | 26.3 | $9,468.00 |
| Daniel Y. Shin | EDiscovery Specialist. Joined Firm in 2015. | $338.00 | 0.5 | $169.00 |
| **TOTAL** | | | **371.6** | **$224,141.00** |
| **Blended Rate** | | | **$603.18** | |

RLF1 15216535v.1