## **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

RLF1 15216535v.1

## EXPENSE SUMMARY
## AUGUST 1, 2016 THROUGH AUGUST 31, 2016

**Applicable to TCEH Debtors**

| Expenses Category | Total Expenses |
|---|---:|
| Document Retrieval Service | $81.00 |
| EDiscovery Database Hosting Fees | $22,574.29 |
| Travel - Air & Rail | $711.21 |
| Travel - Taxi & Other Modes/Miles | $34.83 |
| **Total:** | **$23,401.33** |

**TOTAL EXPENSES:**                                                                                           **$23,401.33**

RLF1 15216535v.1