# **EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

| Invoice Number | Matter Name | Date | Name Of Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 2016093585 | TCEH | 2016826 | Lewis, Paulette | EDiscovery Database Hosting Fees | 0 | 0 | $ 22,574.29 | August 2016- Monthly EDiscovery Database Hosting Fees |
| 2016093585 | TCEH | 2016823 | Falconer, Russell H. | Taxi & Other Modes/Miles | 0 | 0 | $9.90 | Vendor: Uber Technologies, Inc. From 7762-7786 Herb Kelleher Way, Dallas, TX 75235, USA To 4432 Greenbrier Dr, Dallas, TX 75225, USA |
| 2016093585 | TCEH | 2016823 | Falconer, Russell H. | Taxi & Other Modes/Miles | 0 | 0 | $24.93 | Vendor: Uber Technologies, Inc. From 318 S 9th St, St. Louis, MO 63102, USA To E Terminal, St. Louis, MO 63145, USA |
| 2016093585 | TCEH | 2016817 | Falconer, Russell H. | Travel - Air & Rail | 0 | 0 | $711.21 | Vendor: American Express Date: 8/21/2016 Travel Invoice#/Date: 157645 08/17/2016 Ticket No: 2438989017 |
| 2016093585 | TCEH | 2016817 | Jones, Debra L. | Document Retrieval Service | 0 | 0 | $12.20 | Pacer 07/06/2016 07/12/2016 07/22/2016 07/25/2016 07/28/2016 07/29/2016 Court Research |
| 2016093585 | TCEH | 2016817 | Jones, Debra L. | Document Retrieval Service | 0 | 0 | $68.80 | Pacer 07/11/2016 07/14/2016 07/20/2016 07/21/2016 07/25/2016 07/27/2016 07/29/2016 Court Research |