IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) ) ) | (Jointly Administered)<br><br>**Hearing Date: October 21, 2016 at 1:30 p.m.**<br>**Objection Deadline: October 6, 2016 at 4:00 p.m.** |

NOTICE OF "TCEH DEBTORS' MOTION FOR
ENTRY OF AN ORDER ESTIMATING ASBESTOS CLAIMS FILED
AGAINST THE TCEH DEBTORS" AND HEARING THEREON

PLEASE TAKE NOTICE that, on September 22, 2016, Texas Competitive Electric Holdings Company LLC ("TCEH" and, together with its direct parent company, Energy Future Competitive Holdings Company LLC ("EFCH") and certain of TCEH's direct and indirect subsidiaries, the "TCEH Debtors") filed the attached **TCEH Debtors' Motion for Entry of an Order Estimating Asbestos Claims Filed Against the TCEH Debtors** (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Motion must be in writing, filed with the Clerk of the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned co-counsel for the TCEH Debtors on or before **October 6, 2016 at 4:00 p.m. (Eastern Daylight Time).**

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 15217726v.1

PLEASE TAKE FURTHER NOTICE that if an objection is timely filed, served and received and such objection is not otherwise timely resolved, a hearing to consider such objection and the Motion will be held before The Honorable Christopher S. Sontchi at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on **October 21, 2016 at 1:30 p.m. (Eastern Daylight Time).**

IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

[*Remainder of page intentionally left blank.*]

| | |
|---|---|
| Dated:  September 22, 2016<br>　　Wilmington, Delaware | _/s/ Jason M. Madron_ |

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:　(302) 651-7700
Facsimile:　(302) 651-7701
Email:　collins@rlf.com
　　defranceschi@rlf.com
　　madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted _pro hac vice_)
Stephen E. Hessler (admitted _pro hac vice_)
Brian E. Schartz (admitted _pro hac vice_)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:　(212) 446-4800
Facsimile:　(212) 446-4900
Email:　edward.sassower@kirkland.com
　　stephen.hessler@kirkland.com
　　brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted _pro hac vice_)
Marc Kieselstein, P.C. (admitted _pro hac vice_)
Chad J. Husnick (admitted _pro hac vice_)
Steven N. Serajeddini (admitted _pro hac vice_)
300 North LaSalle
Chicago, Illinois 60654
Telephone:　(312) 862-2000
Facsimile:　(312) 862-2200
Email:　james.sprayregen@kirkland.com
　　marc.kieselstein@kirkland.com
　　chad.husnick@kirkland.com
　　steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession