# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON SEPTEMBER 26, 2016 STARTING AT 10:00 A.M. (EDT)[3]

**I.    CONTINUED/RESOLVED MATTERS:**

1.  Debtors' First Omnibus (Non-Substantive) Objection to (Amended and Superseded, Exact Duplicate, and Insufficient Documentation) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 2808; filed November 18, 2014]

    Response/Objection Deadline:    December 11, 2014 at 4:00 p.m. (EST)

    Responses/Objections Received:

    A.  Response to Debtors' First Omnibus (Non-Substantive) Objection to (Amended and Superseded, Exact Duplicate, and Insufficient Documentation) Claims Pursuant to Sections 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 filed by Allied Electronics, Inc. [D.I. 2964; filed December 10, 2014]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] **Amended agenda items appear in bold.**

[3] The September 26, 2016 (the "September 26th Hearing") hearing will be held before The Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 beginning at 10:00 a.m. (EDT). Any person who wished to appear telephonically at the September 26th Hearing must **have contacted** COURTCALL, LLC at 866-582-6878 prior to 12:00 p.m. (noon) (EDT) on Friday, September 23, 2016 to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009.*

RLF1 15222004v.1

Related Documents:

i. Declaration of Steve R. Kotarba, Managing Director with Alvarez & Marsal North America, LLC, in Support of the Debtors' First Omnibus (Non-Substantive) Objection to (Amended and Superseded, Exact Duplicate and Insufficient Documentation) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 2809; filed November 18, 2014]

ii. Notice of Submission of Copies of Proofs of Claim Relating to "Debtors' First Omnibus (Non-Substantive) Objection to (Amended and Superseded, Exact Duplicate, and Insufficient Documentation) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1" [D.I. 2948; filed December 4, 2014]

iii. Order Sustaining Debtors' First Omnibus (Non-Substantive) Objection to (Amended and Superseded, Exact Duplicate, and Insufficient Documentation) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 3046; filed December 17, 2014]

iv. Order (Second) Sustaining Debtors' First Omnibus (Non-Substantive) Objection to (Amended and Superseded, Exact Duplicate, and Insufficient Documentation) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 3469; filed February 6, 2015]

v. Order (Third) Sustaining Debtors' First Omnibus (Non-Substantive) Objection to (Amended and Superseded, Exact Duplicate, and Insufficient Documentation) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 8638; filed June 3, 2016]

vi. Certification of Counsel Regarding "Debtors' First Omnibus (Non-Substantive) Objection to (Amended and Superseded, Exact Duplicate, and Insufficient Documentation) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1" [D.I. 2808] [D.I. 9587; filed September 19, 2016]

vii. Order (Fourth) Sustaining Debtors' First Omnibus (Non-Substantive) Objection to (Amended and Superseded, Exact Duplicate, and Insufficient Documentation) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 9599; filed September 20, 2016]

<blockquote>

Status: The individual status of each remaining claim subject to this matter is listed on the attached Exhibit A. On December 17, 2014, the Court entered an order granting the objection with respect to certain claimants. On February 6, 2015, the Court entered a further form of order in connection with this matter resolving additional claims subject thereto. On June 3, 2016, the Court entered a further form of order in connection with this matter resolving additional claims subject thereto. On September 20, 2016, the Court entered a further form of order in connection with this matter resolving all remaining claims subject thereto. Consequently, this matter is now fully resolved and no hearing with respect to this matter is required.

</blockquote>

2. Debtors' Twenty-First Omnibus (Substantive) Objection to (Certain Improperly Asserted) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 4974; filed July 10, 2015]

> Response/Objection Deadline:    July 24, 2015 at 4:00 p.m. (EDT); extended to August 7, 2015 at 4:00 p.m. (EDT) for Mastercraft Printed Products
>
> Responses/Objections Received:    None.
>
> Related Documents:
>
> i. Declaration of Steven R. Kotarba, Managing Director with Alvarez & Marsal North America, LLC, in Support of the Debtors' Twenty-First Omnibus (Substantive) Objection to (Certain Improperly Asserted) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 4975; filed July 10, 2015]
>
> ii. Notice of Submission of Copies of Proofs of Claim Relating to "Debtors' Twenty-First Omnibus (Substantive) Objection to (Certain Improperly Asserted) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1" [D.I. 5017; filed July 15, 2015]
>
> iii. Order Sustaining Debtors' Twenty-First Omnibus (Substantive) Objection to (Certain Improperly Asserted) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 5252; filed August 10, 2015]
>
> iv. Order Sustaining Debtors' Twenty-First Omnibus (Substantive) Objection to (Certain Improperly Asserted) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 9471; filed September 2, 2016]

    v.    Certification of Counsel Regarding "Debtors' Twenty-First Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1" [D.I. 4974] [D.I. 9589; filed September 19, 2016]

    vi.    Order (Third) Sustaining Debtors' Twenty-First Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 9600; filed September 20, 2016]

Status: The individual status of each claim subject to this matter is listed on the attached Exhibit B. On August 10, 2015, the Court entered an order sustaining this matter as to various claims subject thereto. On September 2, 2016, the Court entered a further form of order in connection with this matter resolving additional claims subject thereto. On September 20, 2016, the Court entered a further form of order in connection with this matter resolving the remaining claim subject thereto. Consequently, this matter is now fully resolved and no hearing with respect to this matter is required.

3. Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 7814; filed February 9, 2016]

    Response/Objection Deadline:    February 23, 2016 at 4:00 p.m. (EST); extended to March 1, 2016 at 4:00 p.m. (EST) for Red Ball Oxygen Company; extended to March 2, 2016 at 4:00 p.m. (EST) for Steag Energy Services LLC

    Responses/Objections Received:

    A.    Response of Ranger Excavating LP to the Debtors' Objection to Ranger Excavating LP's Claim Against Luminant Mining Company LLC as Set out in Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003 and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 7898; filed February 19, 2016]

    B.    Response of Ranger Excavating LP to the Debtors' Objection to Ranger Excavating LP's Claim Against Sandow Power Company LLC as Set out in Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003 and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 7901; filed February 19, 2016]

C. Texas Big Spring, LP's Response to the Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and Local Bankruptcy Rule 3007-1 [D.I. 7919; filed February 23, 2016]

D. Red Ball Oxygen Company's Omnibus Response to Debtor's [SIC] Thirty-Sixth (36th) and Thirty-Seventh (37th) Omnibus Claim Objections [D.I. 7956; filed March 1, 2016]

E. Informal response from Steag Energy Services LLC

Related Documents:

i. Declaration of Steven R. Kotarba, Managing Director with Alvarez & Marsal North America, LLC in Support of the Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 7815; filed February 9, 2016]

ii. Notice of Submission of Copies of Proofs of Claim Relating to "Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1" [D.I. 7936; filed February 25, 2016]

iii. Order Sustaining Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 7982; filed March 9, 2016]

iv. Order (Second) Sustaining Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 8895; filed July 12, 2016]

v. Certification of Counsel Regarding "Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1" [D.I. 7814] [D.I. 9591; filed September 19, 2016]

vi. Order (Third) Sustaining Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 9598; filed September 20, 2016]

Status: The individual status of each claim subject to this matter is listed on the attached Exhibit C. On March 9, 2016, the Court entered an order in connection with this matter resolving various claims subject thereto. On July 12, 2016, the Court entered a further form of order in connection with this matter resolving additional various claims subject thereto. On September 20, 2016, the Court entered a further from of order in connection with this matter resolving additional various claims subject thereto. The hearing on this matter with respect to the claim of Texas Big Spring, LP is continued to the hearing scheduled to take place on October 26, 2016 at 10:00 a.m. (EDT). All other remaining unresolved claims subject to this matter are continued to a date to be determined. Consequently, no hearing with respect to this matter is required at this time.

4. Debtors' Thirty-Ninth Omnibus (Substantive) Objection to Substantive Duplicate and No Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 8069; filed March 24, 2016]

   Response/Objection Deadline:   April 7, 2016 at 4:00 p.m. (EDT); extended to April 28, 2016 at 4:00 p.m. (EDT) for Hopkins County

   Responses/Objections Received:

   A. Objection to Debtors' Thirty-Ninth Omnibus (Substantive) Objection to Substantive Duplicate and No Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 filed by Maurice Jefferson [D.I. 8134; filed April 6, 2016]

   B. Response of Indian Mesa Wind Farm, LLC to the Debtors' Thirty-Ninth Omnibus (Substantive) Objection to Substantive Duplicate and No Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 8152; filed April 7, 2016]

   C. Response of FPL Energy Pecos Wind I, LLC to the Debtors' Thirty-Ninth Omnibus (Substantive) Objection to Substantive Duplicate and No Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 8153; filed April 7, 2016]

   D. Response of FPL Energy Pecos Wind II, LLC to the Debtors' Thirty-Ninth Omnibus (Substantive) Objection to Substantive Duplicate and No Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code,

Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 8154; filed April 7, 2016]

E. William Jeffrey Herbert's Response to Debtors' Thirty-Ninth Omnibus (Substantive) Objection [D.I. 8173; filed April 8, 2016]

F. Response to Debtors' Thirty-Ninth Omnibus (Substantive) Objection to Substantive Duplicate and No Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 filed by Catherine McAloon [D.I. 8240; filed April 18, 2016]

G. Response to Debtors' Thirty-Ninth Omnibus (Substantive) Objection to Substantive Duplicate and No Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 submitted by Wendy Copeland [not on docket]

H. Response to Debtors' Thirty-Ninth Omnibus (Substantive) Objection to Substantive Duplicate and No Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 submitted by Wendy Copeland [not on docket]

I. Response to Debtors' Thirty-Ninth Omnibus (Substantive) Objection to Substantive Duplicate and No Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 submitted by Wendy Copeland [not on docket]

Related Documents:

i. Declaration of Steven R. Kotarba, Managing Director with Alvarez & Marsal North America, LLC, in Support of the Debtors' Thirty-Ninth Omnibus (Substantive) Objection to Substantive Duplicate and No Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 8070; filed March 24, 2016]

ii. Notice of Submission of Copies of Proofs of Claim Relating to "Debtors' Thirty-Ninth Omnibus (Substantive) Objection to Substantive Duplicate and No Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1" [D.I. 8223; filed April 13, 2016]

iii. Order Sustaining Debtors' Thirty-Ninth Omnibus (Substantive) Objection to Substantive Duplicate and No Liability Claims Pursuant to Section

502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 8272; filed April 25, 2016]

    iv. Letter Regarding Proof of Claim filed by Wendy Copeland [D.I. 9567; filed September 15, 2016]

Status: The individual status of each claim subject to this matter is listed on the attached Exhibit D. On April 25, 2016, the Court entered an order in connection with this matter resolving various claims subject thereto. The hearing on this matter with respect to the claims of FPL Energy Pecos Wind I, LLC, FPL Energy Pecos Wind II, LLC, William Herbert, and Indian Mesa Wind Farm, LLC are continued to the hearing scheduled to take place on October 26, 2016 starting at 10:00 a.m. (EDT). All other remaining unresolved claims subject to this matter are continued as set forth on Exhibit D. Consequently, no hearing with respect to this matter is required at this time.

5. Debtors' Forty-Second Omnibus (Substantive) Objection to No Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 8728; filed June 15, 2016]

    Response/Objection Deadline: July 1, 2016 at 4:00 p.m. (EDT); extended to July 12, 2016 at 12:00 p.m. (noon) (EDT) for The Ohio Department of Taxation

    Responses/Objections Received:

    A. Response of Ohio Department of Taxation to Debtors' Forty-Second Omnibus (Substantive) Objection to Claims [D.I. 8845; filed June 29, 2016]

    Related Documents:

    i. Declaration of Steven R. Kotarba, Managing Director with Alvarez & Marsal North America, LLC, in Support of the Debtors' Forty-Second Omnibus (Substantive) Objection to No Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 8729; filed June 15, 2016]

    ii. Notice of Submission of Copies of Proofs of Claim Relating to "Debtors' Forty-Second Omnibus (Substantive) Objection to No Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1" [D.I. 8852; filed July 1, 2016]

      iii.    Order Sustaining Debtors' Forty-Second Omnibus (Substantive) Objection to No Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 8905; filed July 13, 2016]

    Status: The individual status of each claim subject to this matter is listed on the attached Exhibit E. On July 13, 2016, the Court entered an order in connection with this matter resolving various claims subject thereto. The remaining unresolved claim subject to this matter has been continued to the hearing scheduled to take place on October 26, 2016 starting at 10:00 a.m. (EDT). Consequently, no hearing with respect to this matter is required at this time.

6. Debtors' Forty-Third Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 8730; filed June 15, 2016]

    Response/Objection Deadline:    July 1, 2016 at 4:00 p.m. (EDT)

    Responses/Objections Responses:

    A.    Informal response from Scurry County Wind, L.P.

    B.    Informal response from United States Gypsum Company

    Related Documents:

    i.    Declaration of Steven R. Kotarba, Managing Director with Alvarez & Marsal North America, LLC, in Support of the Debtors' Forty-Third Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 8732; filed June 15, 2016]

    ii.    Notice of Submission of Copies of Proofs of Claim Relating to "Debtors' Forty-Third Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1" [D.I. 8853; filed July 1, 2016]

    iii.    Order Sustaining Debtors' Forty-Third Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 8896; filed July 12, 2016]

    iv.    Certification of Counsel Regarding "Debtors' Forty-Third Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant

to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1" [D.I. 8730] [D.I. 9592; filed September 19, 2016]

  v. Order (Second) Sustaining Debtors' Forty-Third Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 9597; filed September 20, 2016]

Status: The individual status of each claim subject to this matter is listed on the attached Exhibit F. On July 12, 2016, the Court entered an order in connection with this matter resolving various claims subject thereto. On September 20, 2016, the Court entered a further form of order in connection with this matter resolving the remaining claim subject thereto. Consequently, this matter is now fully resolved and no hearing with respect to this matter is required.

7. Motion of Bluebonnet Electric Cooperative, Inc. for (I) Allowance and Payment of Administrative Expense Claim, or (II) Alternatively, for Leave to File a Late Proof of Claim [D.I. 9314; filed August 16, 2016]

| Response/Objection Deadline: | September 6, 2016 at 4:00 p.m. (EDT); extended for the Debtors to October 10, 2016 at 4:00 p.m. (EDT) |
|---|---|
| Responses/Objections Received: | None at this time. |

Related Documents:

Status: This matter has been continued to a date to be determined. Consequently, no hearing with respect to this matter is required at this time.

8. Objection of Energy Future Holdings Corp., *et al.*, to Proof of Claim 13319 Filed by the City of Dallas [D.I. 9409; filed August 26, 2016]

| Response/Objection Deadline: | September 9, 2016 at 4:00 p.m. (EDT); extended for the City of Dallas only to October 7, 2016 at 4:00 p.m. (EDT) |
|---|---|
| Responses/Objections Responses: | None at this time. |

Status: This matter has been continued to the hearing scheduled to take place on October 26, 2016 starting at 10:00 a.m. (EDT). Consequently, no hearing with respect to this matter is required at this time.

9. Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance, Inc. for Entry of an Order (A) Authorizing the EFIH Debtors to Enter into a First Amendment to the EFIH Debtor-in-Possession Credit Agreement, (B)

10

Authorizing Entry into an Engagement Letter, (C) Authorizing Payment of Related Fees and Expenses, (D) Authorizing the Use of Cash Collateral, and (E) Modifying the Automatic Stay [D.I. 9478; filed September 2, 2016]

<u>Response/Objection Deadline</u>:  September 16, 2016 at 4:00 p.m. (EDT)

<u>Responses/Objections Received</u>:  None.

<u>Related Documents</u>:

  i. Certification of No Objection Regarding "Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance, Inc. for Entry of an Order (A) Authorizing the EFIH Debtors to Enter into a First Amendment to the EFIH Debtor-in-Possession Credit Agreement, (B) Authorizing Entry into an Engagement Letter, (C) Authorizing Payment of Related Fees and Expenses, (D) Authorizing the Use of Cash Collateral, and (E) Modifying the Automatic Stay" [D.I. 9478] [D.I. 9593; filed September 19, 2016]

  ii. Order (A) Authorizing the EFIH Debtors to Enter into a First Amendment to the EFIH Debtor-in-Possession Credit Agreement (B) Authorizing Entry into an Engagement Letter, (C) Authorizing Payment of Related Fees and Expenses, (D) Authorizing the Use of Cash Collateral, and (E) Modifying the Automatic Stay [D.I. 9601; filed September 20, 2016]

<u>Status</u>: On September 20, 2016, the Court entered an order granting the Debtors the relief requested in connection with this matter. Consequently, no hearing with respect to this matter is required.

10. Motion for Entry of an Order Authorizing Energy Future Intermediate Holding Company LLC and EFIH Finance, Inc. to File Under Seal Certain Portions of the First Amendment to the EFIH Debtor-in-Possession Credit Agreement and Related Engagement Letter Relating to Fees [D.I. 9479; filed September 2, 2016]

<u>Response/Objection Deadline</u>:  September 16, 2016 at 4:00 p.m. (EDT)

<u>Responses/Objections Received</u>:  None.

<u>Related Documents</u>:

  i. Certification of Counsel Regarding "Motion for Entry of an Order Authorizing Energy Future Intermediate Holding Company LLC and EFIH Finance, Inc. to File Under Seal Certain Portions of the First Amendment to the EFIH Debtor-in-Possession Credit Agreement and Related Engagement Letter Relating to Fees" [D.I. 9479] [D.I. 9594; filed September 19, 2016]

11

      ii.      Order Authorizing Energy Future Intermediate Holding Company LLC and EFIH Finance, Inc. to File Seal [sic] Certain Portions of the First Amendment to the EFIH Debtor-in-Possession Credit Agreement and Related Engagement Letter Relating to Fees [D.I. 9596; filed September 20, 2016]

    Status: On September 20, 2016, the Court entered an order granting the Debtors the relief requested in connection with this matter. Consequently, no hearing with respect to this matter is required.

## II. MATTERS WITH A CERTIFICATION OF NO OBJECTION:

11.    Motion of Energy Future Holdings Corp., *et al.*, for an Order Authorizing Entry into and Performance Under the Stipulation Between Luminant Energy Company LLC and Buckskin Mining Company [D.I. 9472; filed September 2, 2016]

    Response/Objection Deadline:    September 19, 2016 at 4:00 p.m. (EDT)

    Responses/Objections Received:    None.

    Related Documents:

      i.      Declaration of Terry L. Nutt, Senior Vice President of Finance for Luminant Holding Company LLC in Support of the Motion of Energy Future Holdings Corp., *et al.*, for an Order Authorizing Entry into and Performance Under the Stipulation Between Luminant Energy Company LLC and Buckskin Mining Company [D.I. 9473; filed September 2, 2016]

      ii.      Certification of No Objection Regarding "Motion of Energy Future Holdings Corp., *et al.*, for an Order Authorizing Entry into and Performance Under the Stipulation Between Luminant Energy Company LLC and Buckskin Mining Company" [D.I. 9472] [D.I. 9603; filed September 19, 2016]

      iii.      **Order Authorizing Entry into and Performance Under the Stipulation Between Luminant Energy Company LLC and Buckskin Mining Company [D.I. 9638; filed September 23, 2016]**

    Status: **On September 23, 2016, the Court entered an order granting the Debtors the relief requested in connection with this matter. Consequently, no hearing with respect to this matter is required.**

12.    Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Approving the Settlement Between the Debtors and the Texas Comptroller of Public Accounts [D.I. 9513; filed September 9, 2016]

    Response/Objection Deadline:    September 20, 2016 at 4:00 p.m. (EDT)

      Reply Deadline:                    September 22, 2016 at 11:00 a.m. (EDT)

      Responses/Objections Received:    None.

      Related Documents:

    i. Declaration of Carla A. Howard, Senior Vice President and General Tax Counsel of Energy Future Holdings Corp., *et al.*, in Support of the Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Approving the Settlement Between the Debtors and the Texas Comptroller [D.I. 9514; filed September 9, 2016]

    ii. Motion of Energy Future Holdings Corp., *et al.*, to Shorten Notice Period in Connection with "Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Approving the Settlement Between the Debtors and the Texas Comptroller" [D.I. 9515; filed September 9, 2016]

    iii. Order Granting Motion to Shorten Notice and Request for Hearing with Respect to "Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Approving the Settlement Between the Debtors and the Texas Comptroller" [D.I. 9519; filed September 12, 2016]

    iv. Notice of "Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Approving the Settlement Between the Debtors and the Texas Comptroller of Public Accounts" and Hearing Thereon [D.I. 9520; filed September 12, 2016]

    v. Certification of No Objection Regarding "Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Approving the Settlement Between the Debtors and the Texas Comptroller of Public Accounts" [D.I. 9618; filed September 21, 2016]

    vi. **Order Approving the Settlement Between the Debtors and the Texas Comptroller of Public Accounts [D.I. 9637; filed September 23, 2016]**

      Status: **On September 23, 2016, the Court entered an order granting the Debtors the relief requested in connection with this matter. Consequently, no hearing with respect to this matter is required.**

### III. T-SIDE PLAN CONFIRMATION CURE OBJECTIONS:

13. Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 9374; filed August 23, 2016] (the "Confirmed T-Side Plan")

      Cure Response/Objection Deadline:  August 10, 2016

Extant/Unresolved Cure Response/Objection Received:

A. Reservation of Rights of Response of Data Systems & Solutions LLC in Respect of Service Contracts for Certain Computer Systems at Comanche Peak Nuclear Power Plant Being Assumed by Luminant Generation Company LLC and Assigned to Tex CP Company Under Plan Supplement [D.I. 9281; filed August 15, 2016] (the "DS&S Reservation of Rights")

Status: The status of each cure objection received is set forth on Exhibit G hereto. As reflected in the attached Exhibit G, all cure objections, other than the DS&S Reservation of Rights, have been materially resolved. **The Debtors and Data Systems & Solutions LLC ("DS&S") have agreed to adjourn the DS&S Reservation of Rights to the hearing scheduled to take place on October 26, 2016 starting at 10:00 a.m. (EDT). Consistent with paragraph 114 of the T-Side Confirmation Order (defined below), the Debtors will not take any action with respect to the contract identified in the DS&S Reservation of Rights until the Debtors and DS&S have consensually resolved the matter or the Court has made a determination with respect thereto.**

IV. **T-SIDE PLAN CONSUMMATION STATUS CONFERENCE:**

14. Order Confirming the Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the TCEH Debtors and EFH Shared Services Debtors [D.I. 9421; filed August 29, 2016] (the "T-Side Confirmation Order")

Status: A status conference concerning the implementation of the Confirmed T-Side Plan and T-Side Confirmation Order, including an update on the anticipated effective date of the Confirmed T-Side Plan, will go forward at the hearing.

*[Remainder of page intentionally left blank.]*

Dated: September 23, 2016
Wilmington, Delaware

/s/ [signature]

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:    (302) 651-7701
Email:         collins@rlf.com
               defranceschi@rlf.com
               madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900
Email:         edward.sassower@kirkland.com
               stephen.hessler@kirkland.com
               brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:    (312) 862-2200
Email:         james.sprayregen@kirkland.com
               marc.kieselstein@kirkland.com
               chad.husnick@kirkland.com
               steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*