# **EXHIBIT A**

Energy Future Holdings Corp.
First Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| Allied Electronics, Inc. | 3312 | On September 20, 2016 the Court entered an order sustaining the objection in connection with this claim. |
| Allied Electronics, Inc. | 3313 | On September 20, 2016 the Court entered an order sustaining the objection in connection with this claim. |

15198223_1

## EXHIBIT B

Energy Future Holdings Corp.
Twenty-First Omnibus (Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| HCL AMERICA, INC | 6072 | On September 2, 2016 the Court entered an order sustaining the objection in connection with this claim. |
| HCL AMERICA, INC | 6074 | On September 2, 2016 the Court entered an order sustaining the objection in connection with this claim. |
| HCL AMERICA, INC | 6075 | On September 2, 2016 the Court entered an order sustaining the objection in connection with this claim. |
| TANNOR PARTNERS CREDIT FUND LP | 3637 | On September 20, 2016 the Court entered an order sustaining the objection in connection with this claim. |
| TANNOR PARTNERS CREDIT FUND LP | 4684 | On September 20, 2016 the Court entered an order sustaining the objection in connection with this claim. |

# EXHIBIT C

RLF1 15206475v.1


Energy Future Holdings Corp.
Thirty-Seventh Omnibus (Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| ARAMARK UNIFORM & CAREER APPAREL, LLC | 5865 | On September 20, 2016 the Court entered an order sustaining the objection in connection with this claim. |
| RED BALL OXYGEN COMPANY | 7677 | Response filed on March 1, 2016. [Docket No. 7956]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| RED BALL OXYGEN COMPANY | 7676 | Response filed on March 1, 2016. [Docket No. 7956]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| RED BALL OXYGEN COMPANY | 7679 | Response filed on March 1, 2016. [Docket No. 7956]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| RED BALL OXYGEN COMPANY | 7675 | Response filed on March 1, 2016. [Docket No. 7956]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| RED BALL OXYGEN COMPANY | 7678 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| AUTOMATIC SYSTEMS, INC. | 4868 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| RAILWORKS TRACK SYSTEMS, INC. | 6184 | Response filed on February 19, 2016. [Docket No. 7901]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| RANGER EXCAVATING LP | 2613 | |

Energy Future Holdings Corp.
Thirty-Seventh Omnibus (Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| LONG INDUSTRIES, INC. | 5269 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| TEXAS BIG SPRING, LP | 8007 | Response filed on February 23, 2016. [Docket No. 7919]. The hearing on this claim has been continued to October 26, 2016 starting at 10:00 a.m. (EDT). |

## **EXHIBIT D**

Energy Future Holdings Corp.
Thirty-Ninth Omnibus (Substantive) Objection to Claims

### Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| COPELAND, WENDY | 10042 | Written response received by Debtors. [Not on Docket]. In accordance with the procedues approved by this Court in D.I. 9287, a hearing with respect to this claim will take place on November 8, 2016 starting at 10:00 a.m. (EST). |
| COPELAND, WENDY | 10074 | Written response received by Debtors. [Not on Docket]. In accordance with the procedues approved by this Court in D.I. 9287, a hearing with respect to this claim will take place on November 8, 2016 starting at 10:00 a.m. (EST). |
| COPELAND, WENDY | 10619 | Written response received by Debtors. [Not on Docket]. In accordance with the procedues approved by this Court in D.I. 9287, a hearing with respect to this claim will take place on November 8, 2016 starting at 10:00 a.m. (EST). |
| FPL ENERGY PECOS WIND I, LLC | 7485 | Response filed on April 7, 2016. [Docket No. 8153]. The hearing on this claim has been continued to October 26, 2016 starting at 10:00 a.m. (EDT). |
| FPL ENERGY PECOS WIND II, LLC | 7483 | Response filed on April 7, 2016. [Docket No. 8154]. The hearing on this claim has been continued to October 26, 2016 starting at 10:00 a.m. (EDT). |
| HERBERT, WILLIAM JEFFERY | 4364 | Response filed on April 8, 2016. [Docket No. 8173]. The hearing on this claim has been continued to October 26, 2016 starting at 10:00 a.m. (EDT). |
| INDIAN MESA WIND FARM, LLC | 7484 | Response filed on April 7, 2016. [Docket No. 8152]. The hearing on this claim has been continued to October 26, 2016 starting at 10:00 a.m. (EDT). |
| JEFFERSON, MAURICE | 7526 | Response filed on April 6, 2016. [Docket No. 8134]. In accordance with the procedues approved by this Court in D.I. 9287, a hearing with respect to this claim will take place on November 8, 2016 starting at 10:00 a.m. (EST). |
| JEFFERSON, MAURICE | 9650 | Response filed on April 6, 2016. [Docket No. 8134]. In accordance with the procedues approved by this Court in D.I. 9287, a hearing with respect to this claim will take place on November 8, 2016 starting at 10:00 a.m. (EST). |

Energy Future Holdings Corp.
Thirty-Ninth Omnibus (Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| MCALOON, CATHERINE | 4780 | Response filed on April 18, 2016. [Docket No. 8240]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

2

# EXHIBIT E

RLF1 15206475v.1

Energy Future Holdings Corp.
Forty-Second Omnibus (Substantive) Objection to Claims

### Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| OHIO DEPARTMENT OF TAXATION, THE | 3526 | Response filed on June 29, 2016. [Docket No. 8845]. The hearing on this claim has been continued to October 26, 2016 starting at 10:00 a.m. (EDT). |

## EXHIBIT F

Energy Future Holdings Corp.
Forty-Third Omnibus (Substantive) Objection to Claims

### Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| UNITED STATES GYPSUM COMPANY | 9874 | On September 20, 2016 the Court entered an order sustaining the objection in connection with this claim. |

## EXHIBIT G

# IN RE ENERGY FUTURE HOLDINGS CORP., *ET AL.*, CASE NO. 14-10979 (CSS)

## STATUS CHART OF
## CURE/ASSUMPTION OBJECTIONS AND RESPONSES TO THE
## THIRD AMENDED JOINT PLAN OF REORGANIZATION OF ENERGY
## FUTURE HOLDINGS CORP., *ET AL.*, PURSUANT TO CHAPTER 11 OF THE
## BANKRUPTCY CODE AS IT APPLIES TO THE TCEH DEBTORS AND EFH SHARED SERVICES DEBTORS[1]

| | Objecting Party | Docket Number | Objection | Status of Objection |
|---|---|---|---|---|
| | **CURE/ASSUMPTION OBJECTIONS** | | | |
| 1 | Pooled Equipment Inventory Co. ("PEICo") | 9195 | 1. The cure amount due PEICo is $62,062.80, not $32,231.60. | 1. Resolved by agreement of the parties as to the cure amount. |
| 2 | Oracle America, Inc., as successor in interest to Oracle USA, Inc., Oracle Corporation, and Datalogix, Inc. ("Oracle") | 9213 | 1. The Plan is unconfirmable because it seeks to assume executory contracts without (1) Oracle's consent; (2) providing the full cure amount; and (3) providing adequate assurance. | 1. Resolved by agreement of the parties and addition of paragraph 115 to the TCEH Confirmation Order. |

---

[1] Green shaded objections have been resolved.

Capitalized terms used but not defined herein shall be given the meanings ascribed to them in the *Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 9199] (the "Plan") and the *Third Amended Disclosure Statement for the Second Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the TCEH Debtors and EFH Shared Services Debtors* [D.I. 8753] (the "TCEH Disclosure Statement").

The following parties filed reservations of rights: (a) TXU 2007-1 Railcar Leasing LLC [D.I. 9206] ("TXU Railcar Leasing"); (b) Union Pacific Railroad Company [D.I. 9242] ("UPRR"); and (c) Data Systems & Solutions LLC [D.I. 9281] ("DS&S").

|   | Objecting Party | Docket Number | Objection | Status of Objection |
|---|---|---|---|---|
| 3 | Boral Material Technologies, LLC ("BMT") | 9234 | 1. The cure amount due to BMT is $21,041.90 (the "Monticello Cure Amount") and $19,471.50 (the "Big Brown Cure Amount"), not $7,317.81 and $7,908.00 (not attributable on the Assumption Schedule). | 1. Resolved by agreement of the parties as to the cure amount. |
| 4 | Accenture LLP ("Accenture") | 9238 | 1. The cure amount due to Accenture is $442,900.60, not $382,232.00. | 1. Resolved by agreement of the parties as to the cure amount and combination of reference numbers 21, 22, and 23 into a single entry (without assignment). |
| 5 | SAP Industries, Inc. ("SAP") | 9243 | 1. The Plan is unconfirmable because it seeks to assume executory contracts without SAP's consent or providing adequate assurance. | 1. Resolved by agreement of the parties as to the cure amount and form of assignment agreement. |