## EXHIBIT 1 to EXHIBIT A

**Contested Pro Se Claims**
**(Insufficient Documentation Claims)**

RLF1 15219181v.1

ENERGY FUTURE HOLDINGS CORP., et al.

TWELFTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | COVENEY, SANDI ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/29/2014 | 623 | Undetermined* | Insufficient Documentation Claim |
| 2 | KAHLE, MARCIA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/09/2014 | 1371 | Undetermined* | Insufficient Documentation Claim |
| 3 | WATSON, EVELYN ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/10/2014 | 1562 | Undetermined* | Insufficient Documentation Claim |
| | | | | | TOTAL | Undetermined* | |

\* - Indicates claim contains unliquidated and/or undetermined amounts