**EXHIBIT 1** to **EXHIBIT A**

**Contested Pro Se Claims**
**(Insufficient Documentation Claims)**

RLF1 15219201v.1

ENERGY FUTURE HOLDINGS CORP., et al.

THIRTEENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ALLEN, GAYE<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 08/01/2014 | 3445 | Undetermined* | Insufficient Documentation Claim |
| 2 | CORBELL, KARLA<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/15/2014 | 4435 | $182.86 | Insufficient Documentation Claim |
| 3 | GARCIA, STELLA<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/14/2014 | 5228 | Undetermined* | Insufficient Documentation Claim |
| 4 | MARRS, OPAL<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/20/2014 | 2252 | Undetermined* | Insufficient Documentation Claim |
| 5 | STEPHENSON, ALBERT<br>ADDRESS ON FILE | | No Debtor Asserted | 08/05/2014 | 3519 | Undetermined* | Insufficient Documentation Claim |
| | | | | | TOTAL | $182.86* | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 1