## EXHIBIT 1 to EXHIBIT A

**Contested Pro Se Claim**
**(Modify Priority Claim)**

## ENERGY FUTURE HOLDINGS CORP., et al.

### EIGHTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Modify Priority Claim

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | HILDRETH, JOHN<br>C/O ISSUELINK<br>1801 LAVACA ST #12C<br>AUSTIN, TX 78701 | 4230 | EFH Corporate Services Company | Priority | $10,000.00 | EFH Corporate Services Company | Unsecured | $10,000.00 |
| | REASON FOR MODIFICATION: Priority asserted under 11 U.S.C. § 507(a)(4); according to Debtors' books and records and/or documentation filed with the proof of claim, claim is not on account of wages earned within 180 days of petition date and therefore ineligible for 507(a)(4) priority status. | | | | | | | |
| | | | | TOTAL | $10,000.00 | | TOTAL | $10,000.00 |