## EXHIBIT 1 to EXHIBIT A

**Contested Pro Se Claim**
**(Insufficient Documentation Claim)**

ENERGY FUTURE HOLDINGS CORP., et al.

SIXTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claim

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | DE LA CERDA JR., JOE F. ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/06/2014 | 1324 | $15,000.00 | Insufficient Documentation Claim |
| | | | | | TOTAL | $15,000.00 | |