**EXHIBIT 1** to **EXHIBIT A**

**Contested Pro Se Claims**
**(No Supporting Documentation Claims)**

ENERGY FUTURE HOLDINGS CORP., et al.

THIRD OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 to EXHIBIT A – No Supporting Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | DELGADO, MARIA NAVEJAR<br>ADDRESS ON FILE | | No Debtor Asserted | 06/16/2014 | 2004 | Undetermined* | No Supporting Documentation Claim |
| 2 | NEDD-JOHNSON, NANNETTE<br>ADDRESS ON FILE | | No Debtor Asserted | 06/16/2014 | 2021 | Undetermined* | No Supporting Documentation Claim |
| | | | | | TOTAL | Undetermined* | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 1