**SIGN-IN SHEET**

**CASE NAME: Energy Future**
**CASE NO: 14-10979**

**COURTROOM LOCATION: 6**
**DATE: 9/26/2016 at 10:00 A.M.**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Daniel J. DeFranceschi | Richards, Layton & Finger, P.A. | Debtor |
| Jason Madron | " | " |
| Jerry Switzer | Fox Rothschild | Ad Hoc Cq TCEH Noteholders |
| Christina Shue | Liable & Case | " |
| Stephen M. Miller | Morris James LLP | Co Debtor Post Group of NY Debt Trust |
| Alan Kornberg | Paul Weiss Rifkind Wharton & Garrison | Ad Hoc Committee of TCEH First Lien Creditors |
| Jacob Adlerstein | " | " |
| Kellie Cairns | " | " |
| Joel Waite | Young Conaway Stargatt & Taylor LLP | " |
| Richard L. Schepacarter | U.S DOT - OO ST | U.S. Trustee |
| Chris Foy | Nixon Peabody | EFH Indenture Trustee |
| Greg Lawrence | Klehr Harrison | UMB Bank, N.A. Indenture Trustee |
| Neil Schardt | Sherman & Sterling | Deutsche Bank New York |
| R. Stephen McNeill | Potter Anderson & Corroon | " |
| David Klauder | Bielli & Klauder | EFH Corp |
| Peter Young | Brigkamer | |
| Christopher Samuu | Cross & Simon | EFH Indenture Trustee |
| Ross Stewart | Self | Self |
| Daniel K. Hogan | Hogan McDaniel | Fenicle, Fahy & Jones |
| Arlene Alves | Seward & Kissel LLP | Wilm Trust as TCEH First Lien Agent |
| Mark Kotwick | | |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

## SIGN-IN SHEET

**CASE NAME:** EFH

**CASE NO:** 14-10979 (CSS)

**COURTROOM LOCATION: 6**

**DATE:** 9/24/16  **AT** 10:00 Am

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| GianClaudio Finizio | Bayard | Delaware Trust Company as IT |
| Joseph Slaughter | Kobre + Kim | " " " |
| Jeremy Hollembeak | " " | " " |
| Tina Moss | Perkins Coie | " " |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# Court Conference

**U.S. Bankruptcy Court-Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Christopher S. Sontchi**
**#6**

Calendar Date: 09/26/2016
Calendar Time: 10:00 AM ET

*Amended Calendar 09/26/2016 06:49 AM*

Page 1 of 8

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10978 | Hearing | 7867052 | Ephraim Diamond | (646) 282-5841 | DK Partners | Interested Party, DK Partners / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7861776 | Jacob A. Adlerstein | (212) 373-3142 | Paul Weiss Rifkind Wharton & Garrison | Debtor, Energy Future Holdings Corp. / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7866313 | Alysa Ain | (212) 859-8000 | Fried, Frank, Harris, Shriver & Jacobson LLP | Client, Fidelity Management & Research / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7864180 | Scott L. Alberino | (202) 887-4000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Ad Hoc Committee of Unsecured Note Holders / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7861869 | Arlene R. Alves | (212) 574-1204 | Seward & Kissel LLP | Creditor, Wilmington Trust as First Lien Collateral Agent and Administrative Agent / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7867018 | Nii-Amar Amamoo | (212) 506-1933 ext. 00 | Kasowitz, Benson, Torres & Friedman, LLP | Creditor, Ad Hoc Committee / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7861103 | Ashley F. Bartram | (512) 475-4937 | State of Texas - Office of the Attorney General -Bankruptcy & Collections Div.Only | Interested Party, Public Utility Commission of Texas / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7864954 | Philip E. Brown | (212) 649-9596 | PSAM, LP | Creditor, PSAM, LP / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7864194 | Stephen Burnazian (CLIENT) | (212) 407-3114 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, AHCEFIH / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7867058 | Thomas J. Curtin | (212) 504-6302 | Cadwalader, Wickersham & Taft LLP | Interested Party, Cadwalader, Wickersham & Taft LLP / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7865825 | Eric C. Daucher | (212) 408-5405 | Chadbourne & Parke, LLP | Interested Party, NextEra Energy / LIVE |

Copyright © 2016 CourtCall, LLC. All Rights Reserved.

| Party | Case | Type | ID | Name | Firm / Company | Phone | Role |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7862667 | Stacey Dore | Energy Future Holdings Corp. | (212) 446-6411 | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7862130 | Jamie L. Edmonson | Venable LLP | (302) 298-3520 | Creditor, Pacific Investement Management Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7864914 | Bradley Feingerts | GSO Capital Partners | (302) 651-7886 | Interested Party, GSO Capital Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7867013 | Mark A. Fink | Montgomery, McCracken, Walker & Rhoads, LLP | (302) 504-7811 | Creditor, Official committe of unsecured creditors / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7861196 | Michael Firestein | Proskauer Rose LLP | (310) 284-5661 | Debtor, Energy Future Holdings Corp / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7864928 | Patrick Fleury | GSO Capital Partners | (302) 571-6727 | Interested Party, GSO Capital Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7865494 | Joseph A. Florczak | Jones Day | (312) 269-4123 | Creditor, Oncor Electric Delivery Holdings / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7861895 | Christopher Fong | Nixon Peabody LLP | (212) 940-3724 | Creditor, American Stock Transfer Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7864972 | Meghan Force | York Capital Management, (U.S. Advisors) LP | (212) 710-6575 | Interested Party, York Capital Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7861624 | Brian Glueckstein | Sullivan & Cromwell LLP | 212-558-4000 | Creditor, EFH Official Committee / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7866191 | Seth Goldman | Munger, Tolles & Olson LLP | (213) 683-9554 | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7864754 | Brian Guiney | Patterson Belknap Webb & Tyler | (212) 336-2305 | Interested Party, Law Debenture Trust Company of New York / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7864988 | Beau Harbour | Mudrick Capital Management, LP | (212) 588-6132 | Interested Party, Mudrick Capital Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7862832 | Jeremy Hollembeak | Kobre & Kim LLP | (212) 530-5189 | Trustee, Delaware Trust Company et al / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7865504 | Patrick Holohan | Merger Market | (646) 412-5336 | Interested Party, Debtwire / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7862651 | Natasha Hwangpo | Kirkland & Ellis LLP | (212) 909-3198 | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |

Peggy Drasal ext. 802

Copyright © 2016 CourtCall, LLC. All Rights Reserved.

| Company | Case | Type | ID | Name | Phone | Firm/Organization | Interested Party |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7864902 | Matthew Kimble | (212) 878-3504 | Avenue Capital Group | Interested Party, AHCOEFIH / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7857492 | Tom Kleckner | (501) 590-4077 | RTO Insider | Interested Party, Tom Kleckner / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7861100 | Hal F. Morris | (512) 475-4550 | State of Texas - Office of the Attorney General -Bankruptcy & Collections Div Only | Interested Party, Public Utility Commission of Texas / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7864190 | Naomi Moss | (212) 872-1044 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7862820 | Tina Moss | (212) 262-6910 | Perkins Coie LLP | Creditor, Delaware Trust Company / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7864188 | Joanna S. Newdeck | (202) 887-4288 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Ad Hoc Committee of Unsecure Note Holders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7862074 | Richard Pedone | (617) 345-6139 | Nixon Peabody LLP | Creditor, American Stock Transfer / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7865674 | Meredith Pfister | (212) 412-1368 | Barclays Bank PLC | Interested Party, Barclays Bank PLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7864169 | Abid Qureshi | (212) 872-1000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Ad Hoc Committee Of EFIH Unsecured Noteholders / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7679576 | Noah M Schottenstein | (214) 953-6500 | Baker Botts LLP | Interested Party, Hunt Utility Services / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7861698 | Jennifer Sharret | (212) 715-9516 | Kramer Levin Naftalis & Frankel LLP | Creditor, Trustee for Second Lien Notes / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7862125 | Angelo Thalassinos | (212) 588-8890 | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7864886 | Amer Tiwana | (646) 616-3052 | Cowen and Company | Interested Party, Cowen and Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7861768 | Michael Turkel | (212) 373-3689 | Paul Weiss Rifkind Wharton & Garrison | Creditor, The Steering Committee of TCEH First Lien Lenders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7846563 | Matthew Underwood | 212-588-5148 | HBK Capital | Interested Party, HBK Capital / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7867030 | Tamara Van Heel | (305) 995-5232 | White and Case | Creditor, Ad Hoc Committe of TECH Unsecured Noted Holders / LISTEN ONLY |

Copyright © 2016 CourtCall, LLC. All Rights Reserved.

Peggy Drasal ext. 802

| Company | Case | Type | ID | Name | Phone | Firm | Party |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7866181 | Thomas Walper | (213) 593-5393 | Munger, Tolles & Olson LLP | Interested Party, Energy Future Holdings / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7862659 | Aparna Yenamandra | (212) 446-4800 | Kirkland & Ellis LLP | Debtor, Energy Future Holding Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7862946 | Peter Young | (312) 962-3528 | Proskauer Rose LLP | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 (15-5123 9) | Hearing | 7867062 | Michele C. Maman-Cohen | (212) 504-6975 | Cadwalader, Wickersham & Taft LLP | Interested Party, Morgan Stanley / LIVE |

Copyright © 2016 CourtCall, LLC. All Rights Reserved.