# SIGN-IN SHEET

**CASE NAME:** EFH
**CASE NO:** 14-10979 (CSS)
**COURTROOM LOCATION:** 6
**DATE:** 9/26/16    **AT** 10:00 AM

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Christopher Fiore | Boyd | Delaware Trust Company, IT |
| Sarah Schrag | Foley & Lardner | |
| Gregory Pesce | Kirkland & Ellis | |
| Todd Moss | | TCEH Debtors' Counsel |
| Guy Brown | Rubin Baum Arley Wyper | |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.