# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
|  | **Ref. Docket Nos. 9290 & 9292** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 15, 2016, I caused to be served the:

    a. "Second Supplemental Declaration of Disinterestedness of Vinson & Elkins LLP Pursuant to the Order Authorizing the Retention and Compensation of Certain Professionals Utilized in the Ordinary Course of Business," dated August 10, 2016 [Docket No. 9290], and

    b. "Notice of Sixteenth Amended Lists of Ordinary Course Professionals," dated August 15, 2016 [Docket No. 9292],

    by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

3. All envelopes utilized in the service of the foregoing contained the following legen1d: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*Konstantina Haidopoulos*

Sworn to before me this
17th day of August, 2016

_____
Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 20 / 8

# EXHIBIT A

```
               EFH_(LIST2002.DBF, REC2002) *** 29 ***
ENERGY FUTURE HOLDINGS CORP ET AL
ATTN: ANDREW M WRIGHT
1601 BRYAN ST 43RD FL
DALLAS, TX 75201

               EFH_(LIST2002.DBF, REC2002) *** 1 ***
KIRKLAND & ELLIS LLP
(COUNSEL TO EFHC DEBTORS)
ATTN: EDWARD SASSOWER PC
STEPHEN HESSLER ESQ & BRIAN SCHARTZ ESQ
601 LEXINGTON AVE
NEW YORK, NY 10022

               EFH_(LIST2002.DBF, REC2002) *** 2 ***
KIRKLAND & ELLIS LLP
(COUNSEL TO EFHC DEBTORS)
ATTN: JAMES HM SPRAYREGEN PC
CHAD HUSNICK ESQ & STEVEN SERAJEDDINI ESQ
300 N LASALLE
CHICAGO, IL 60654

               EFH_(LIST2002.DBF, REC2002) *** 239 ***
MORRISON & FOERSTER LLP
(COUNSEL TO THE EFH CREDITORS COMMITTEE)
ATTN: JAMES PECK ESQ, BRETT H MILLER ESQ
LORENZO MARINUZZI ESQ
250 W 55TH ST
NEW YORK, NY 10019

               EFH_(LIST2002.DBF, REC2002) *** 4 ***
OFFICE OF THE UNITED STATES TRUSTEE
ATTN: RICHARD L. SCHEPACARTER
J. CALEB BOGGS FEDERAL BUILDING
844 KING STREET, SUITE 2207
WILMINGTON, DE 19801

               EFH_(LIST2002.DBF, REC2002) *** 234 ***
OFFICE OF THE UNITED STATES TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: ANDREA SCHWARTZ
201 VARICK STREET, SUITE 1006
NEW YORK, NY 10014

               EFH_(LIST2002.DBF, REC2002) *** 23 ***
SHEARMAN & STERLING LLP
(COUNSEL TO DEUTSCHE BANK, AGENT TO EFIH
FIRST LIEN DIP FINANCING)
ATTN: FREDERICK SOSNICK ESQ &
NED SHODEK ESQ
599 LEXINGTON AVE
NEW YORK, NY 10022
```