# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
| | ) **Re: D.I. 855, 1771, 2083, 2704, 2916, 3380, 3857, 4210, 4958, 5248, 5922, 5923, 6097, 8796** |

## CERTIFICATION OF COUNSEL CONCERNING STIPULATION AND CONSENT ORDER AMENDING CERTAIN TERMS OF THE FINAL CASH COLLATERAL ORDER

The undersigned hereby certifies as follows:

1. On June 6, 2014, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered the *Final Order (A) Authorizing Use of Cash Collateral for Texas Competitive Electric Holdings Company LLC and Certain of its Debtor Affiliates, (B) Granting Adequate Protection, and (C) Modifying the Automatic Stay* [D.I. 855] (as amended from time to time, the "Final Cash Collateral Order"[2]).

2. On August 16, 2016, the TCEH Debtors filed the *Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 9321] (the "TCEH Plan").

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used, but not otherwise defined, herein shall have the same meanings ascribed to such terms in the Final Cash Collateral Order.

1

3. On August 29, 2016, Bankruptcy Court entered the *Order Confirming the Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the TCEH Debtors and EFH Shared Services Debtors* [D.I. 9421] confirming the TCEH Plan.

4. Based on the most recent amendments to the Final Cash Collateral Order as approved by the Bankruptcy Court on June 22, 2016 (see D.I. 8796), the TCEH Debtors' use of Cash Collateral is currently set to expire on September 30, 2016. Consequently, in order to facilitate the occurrence of the TCEH Effective Date (as defined in the TCEH Plan), the TCEH Debtors have, subject to Bankruptcy Court approval, entered into that certain *Stipulation and Consent Order Amending Certain Terms of the Final Cash Collateral Order*, dated September 26, 2016 (the "Further Cash Collateral Stipulation and Order"). A copy of the Further Cash Collateral Stipulation and Order is attached hereto as Exhibit A. The Further Cash Collateral Stipulation and Order extends the TCEH Debtors' use of Cash Collateral from September 30, 2016 through and including the earliest to occur of (i) the expiration of the Remedies Notice Period, (ii) the TCEH Effective Date (as defined in the TCEH Plan) or (iii) October 17, 2016. The Further Cash Collateral Stipulation and Order has been circulated to, is acceptable to, and has been signed by the TCEH Debtors, the First Lien Collateral Agent, the First Lien Administrative Agent, the First Lien Notes Trustee, and the TCEH First Lien Ad Hoc Committee.

WHEREFORE, the TCEH Debtors respectfully request that the Bankruptcy Court enter the Further Cash Collateral Stipulation and Order, substantially in the form attached hereto as Exhibit A, at its earliest convenience.

Dated: September 26, 2016
Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:        collins@rlf.com
              defranceschi@rlf.com
              madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:        edward.sassower@kirkland.com
              stephen.hessler@kirkland.com
              brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:        james.sprayregen@kirkland.com
              marc.kieselstein@kirkland.com
              chad.husnick@kirkland.com
              steven.serajeddini@kirkland.com

*Co-Counsel to the TCEH Debtors*