IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP.,<br>et al.,<br><br>Debtors. | Chapter 11<br>Bankruptcy Case No. 14-10979 (CSS)<br>(Jointly Administered) |
| SHIRLEY FENICLE, INDIVIDUALLY, AND AS SUCCESSOR-IN-INTEREST TO THE ESTATE OF GEORGE FENICLE, AND DAVID WILLIAM FAHY,<br><br>Appellants,<br><br>v.<br><br>ENERGY FUTURE HOLDINGS CORP.,<br>et al.,<br><br>Appellees. | Civil Action No. 15-cv-1183-RGA |

ORDER

For the reasons set forth in the accompanying opinion, **IT IS HEREBY ORDERED** that Amicus Curiae Public Justice's Motion for Leave to File an Amicus Brief (D.I. 36) is **GRANTED**. Appellants' Motion for Leave to File a Surreply in Opposition to Appellees' Motion to Dismiss Fenicle and Fahy Appeal (D.I. 53) is **GRANTED**. Appellants' Motion for Joinder of Putative Appellant John H. Jones (D.I. 59) is **DISMISSED**. Appellees' Motion to Dismiss Fenicle and Fahy Appeal (D.I. 38) is **GRANTED**.

Entered this 26 day of September, 2016.

Richard G. Andrews
United States District Judge