# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., ) | Bankruptcy Case No. 14-10979 (CSS) |
| *et al.*,[1] ) | (Jointly Administered) |
| ) | |
| *Debtors.* ) | |
| ) | |
| ESTATE OF GEORGE FENICLE, *et al.* ) | |
| ) | |
| Appellants, ) | BAP No. 16-45 |
| ) | Civil Action No. 16-802 (RGA) |
| v. ) | |
| ) | |
| ENERGY FUTURE HOLDINGS CORP., ) | |
| *et al.*, ) | |
| ) | |
| Appellees. ) | |

## STIPULATION OF DISMISSAL OF APPEAL

IT IS HEREBY STIPULATED AND AGREED, by Appellants and Appellees by and through their respective undersigned counsel, that the above-captioned appeal (the "Appeal") initiated by the Appellants under the *Notice of Appeal* on September 12, 2016 [D.I. 9521] from the *Order Confirming the Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et. al., Pursuant to Chapter 11 of the Bankruptcy Code as It Applies to the TCEH Debtors and EFH Shared Services Debtors* of the Honorable Christopher S. Sontchi, entered in the bankruptcy case on August 29, 2016 (the "TCEH Confirmation Order") [D.I.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

9421] shall be dismissed with prejudice with each party to bear its own costs, and Appellants shall bear any unpaid administrative and/or filing fees (if any), in connection with the Appeal.

Dated: September 26, 2016
      Wilmington, Delaware

| **HOGAN♦McDANIEL** | **RICHARDS, LAYTON & FINGER, P.A.** |
|---|---|
| By: */s/ Daniel K. Hogan*<br>Daniel K. Hogan (DE Bar # 2814)<br>1311 Delaware Avenue<br>Wilmington, Delaware 19806<br>Telephone: (302) 656-7597<br>Facsimile: (302) 656-7599<br>dkhogan@dkhogan.com<br><br>*Counsel for Shirley Fenicle, individually and as successor-in-interest to the Estate of George Fenicle, David William Fahy, and John H. Jones* | By: */s/ Jason M. Madron*<br>Jason M. Madron (DE Bar #4431)<br>Mark D. Collins (DE Bar #2981)<br>Daniel J. DeFranceschi (DE Bar #2732)<br>920 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701<br>Email: collins@rlf.com<br>      defranceschi@rlf.com<br>      madron@rlf.com |
| -and- | -and- |
| Steven Kazan (CA Bar # 46855)<br>Kazan McClain Satterley & Greenwood<br>A Professional Law Corporation<br>Jack London Market<br>55 Harrison Street, Suite 400<br>Oakland, CA 94607<br>Telephone: (510) 302-1000<br>Facsimile: (510) 835-4913<br><br>*Counsel for Shirley Fenicle, individually and as successor-in-interest to the Estate of George Fenicle* | KIRKLAND & ELLIS LLP<br>Edward O. Sassower<br>Stephen E. Hessler<br>Brian E. Schartz<br>601 Lexington Avenue<br>New York, NY 10022-4611<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br>Email: edward.sassower@kirkland.com<br>      stephen.hessler@kirkland.com<br>      brian.schartz@kirkland.com |
| -and- | -and- |

<div style="display: flex;">

Ethan Early (CT Juris # 417930)
Early Lucarelli Sweeney & Meisenkothen
One Century Tower
265 Church Street, 11th Floor
New Haven, CT 06508-1866
Telephone: (203) 777-7799
Facsimile: (203) 785-1671

*Counsel for David William Fahy*

-and-

Beth Gori
Gori Julian & Associates, P.C.
156 North Main Street
Edwardsville, IL 62025
Telephone: (618) 659-9833
Facsimile: (618) 659-9834

*Counsel for John H. Jones*

KIRKLAND & ELLIS LLP
James H.M. Sprayregen, P.C.
Marc Kieselstein, P.C.
Chad J. Husnick
Steven N. Serajeddini
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: james.sprayregen@kirkland.com
       marc.kieselstein@kirkland.com
       chad.husnick@kirkland.com
       steven.serajeddini@kirkland.com

*Counsel for the Debtors and Debtors in Possession*

</div>