**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

## NOTICE BY RAILROAD COMMISSION OF TEXAS

Comes now the Railroad Commission of Texas ("RRC"), by and through the Texas Attorney General's Office and, as a courtesy to the Court and parties in interest, respectfully files this Notice to apprise the Court, creditors and other parties in interest that on September 27, 2016, the RRC Commissioners met in Open Session in Austin, Texas for their regularly scheduled Open Meeting and considered:

> *Docket No. C16-0021-SC-00-E: Application by Luminant Mining Company LLC for an Order Replacing the Current Collateral Bond for reclamation performance with two Replacement Reclamation Performance Bonds (interim and exit) for all of its Texas surface coal mining and reclamation operations (13 permits) in the form of an Interim Collateral Bond and Indemnity Agreement for acceptance by the Commission, and an Exit Collateral Bond and Indemnity Agreement (with Collateral Trust Agreement) for acceptance by the Commission, to be held in escrow by the Commission's Office of General Counsel until executed documents are received by the Commission from Luminant as set forth in the Commission's order accepting the Exit Collateral Bond and Indemnity Agreement, the Exit Collateral Bond and Indemnity Agreement (with Collateral Trust Agreement) to be effective upon*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

> *the emergence of Competitive Companies, the debtor subsidiaries of Energy Future Holding Corp.'s competitive businesses, from the current bankruptcy proceeding, and subsequent execution and delivery of documents by Luminant.*

The RRC Commissioners unanimously voted to approve the Application.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

BRANTLEY STARR
Deputy First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

RONALD R. DEL VENTO
Assistant Attorney General
Chief, Bankruptcy & Collections Division

*/s/ Hal F. Morris*
HAL F. MORRIS
Texas State Bar No. 14485410
ASHLEY FLYNN BARTRAM
Texas State Bar No.  24045883
Bankruptcy & Collections Division
P. O. Box 12548
Austin, Texas  78711-2548
P: (512) 475-2173/F: (512) 936-1409
hal.morris@oag.texas.gov
ashley.bartram@oag.texas.gov

ATTORNEYS FOR THE RAILROAD
COMMISSION OF TEXAS

## <u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of the foregoing has been served via the Court's Electronic Filing System on all parties requesting notice in this proceeding and that copies were sent via electronic mail to the counsel listed below on September 27, 2016.

*Debtor's counsel*
Chad Husnick:  chusnick@kirkland.com

*Office of the United States Trustee*
Richard Schepacarter:  Richard.Schepacarter@usdoj.gov


*/s/ Hal F. Morris*
HAL F. MORRIS
Assistant Attorney General