## **EXHIBIT A**

### **Statement of Fees and Expenses By Subject Matter**

| Description | Total Billed Hours | Total Fees |
|---|---:|---:|
| Plan and Disclosure | 12.30 | $12,240.00 |
| Employment and Fee Applications | 1.00 | $1,200.00 |
| **TOTAL** | **13.30** | **$13,440.00** |