# EXHIBIT B

## Attorney and Paraprofessionals Information

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Richard Levin | Partner | 1976 | Bankruptcy | 1200 | 2.10 | 2,520.00 |
| Vince Lazar | Partner | 1990 | Bankruptcy | 975 | 11.20 | 10,920.00 |
| | | | | **TOTAL** | **14.30** | **13,440.00** |