## EXHIBIT A

**[Statement of Fees by Subject Matter]**

| Description | Total Hours Billed | Total Fees |
|---|---|---|
| [ALL] BK Retention and Fee Applications | 3.6 | $630.00 |
| [ALL] Case Administration | 3.4 | $855.50 |
| [ALL] Claims Administration & Objections | 0.4 | $95.00 |
| [ALL] Hearings | 39.7 | $12,030.00 |
| [ALL] Non-BK Fee/Employment Applications | 1.5 | $345.00 |
| [ALL] Non-Working Travel | 1.6 | $164.00 |
| [ALL] Plan and Disclosure Statement | 24.1 | $8,367.50 |
| [ALL] Tax Issues | 0.1 | $35.00 |
| **Total** | **74.4** | **$22,522.00** |