# **EXHIBIT B**

**[Attorney and Paraprofessionals Information]**

| Name of Professional Person | Position | Year Admitted and (State) | Department | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Thomas D. Bielli | Partner | 2006 (PA) | Bankruptcy | $350.00 | 3.0 | $1,050.00 |
| David M. Klauder | Partner | 2012 (DE) 2008 (PA) 1999 (VA) | Bankruptcy | $350.00 | 47.0 | $16,450.00 |
| Nella M. Bloom | Of Counsel | 2006 (PA) 2006 (NJ) 2010 (DE) | Bankruptcy | $325.00 | 5.0 | $1,625.00 |
| Cory P. Stephenson | Associate | 2015 (DE) 2015 (PA) | Bankruptcy | $205.00 | 12.6 | $2,583.00 |
| | | | | $102.50 | 1.6 | $164.00 |
| Amy M. Huber | Paralegal | *Not Admitted | Litigation Support | $125.00 | <u>5.2</u> | <u>$650.00</u> |
| **Total** | | | | | **74.4** | **$22,522.00** |