## **EXHIBIT C**

**[Summary of Actual and Necessary Expenses for the Fee Period]**

| Expense Category | Total Expenses |
|---|---:|
| Filing/Court Fees | $3.80 |
| In-House Reproduction | $1.00 |
| Parking | $11.00 |
| **Total** | **$15.80** |