# **EXHIBIT D**

**[Detailed Description of Expenses and Disbursements]**

| Date | Category | Description | Total Expenses |
|---|---|---|---|
| 08-15-2016 | In-House Reproduction | Photocopies (10 copies) | $1.00 |
| 08-17-2016 | Filing/Court Fees | PACER | $3.80 |
| 08-22-2016 | Parking | | $11.00 |
| **Total** | | | **$15.80** |