**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) ) | (Jointly Administered) **Re: D.I. 9408** |

**SUPPLEMENTAL DECLARATION OF TIMOTHY W. WALSH IN SUPPORT OF FINAL FEE APPLICATION OF MCDERMOTT WILL & EMERY LLP, SPECIAL COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION, FOR THE PERIOD OF APRIL 29, 2014 THROUGH AND INCLUDING OCTOBER 28, 2015**

I, Timothy W. Walsh, being duly sworn, state the following under penalty of perjury:

1. I am a partner in the law firm of McDermott Will & Emery LLP ("McDermott"), located at 340 Madison Avenue, New York, New York 10173. I am a member in good standing of the bar of the State of New York. There are no disciplinary proceedings pending against me.

2. I have read the *Final Fee Application of McDermott, Special Counsel for the Debtors and Debtors in Possession, for Certain Energy-Related Transactional Matters for the Period of April 29, 2014 Through and Including October 28, 2015*, filed on August 26, 2016 [D.I. 9408] (the "Final Fee Application").[2]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used, but not otherwise defined, herein shall have the same meanings as set forth in the Fee Application.

3. To the best of my knowledge, information and belief, the statements contained in the Final Fee Application, and related materials filed concurrently therewith, are true and correct. In addition, I believe that the Final Fee Application complies with Local Rule 2016-2.

4. In connection with the Final Fee Application, I hereby certify that:

   a) To the best of my knowledge, information, and belief, formed after reasonable inquiry, the fees and disbursements sought in the Final Fee Application are permissible under the relevant rules, court orders, and Bankruptcy Code provisions, except as specifically set forth herein.

   b) The fees and disbursements sought in the Final Fee Application were billed at rates customarily employed by McDermott and accepted by McDermott's clients. In addition, none of the McDermott professionals seeking compensation varied their hourly rate based upon the geographic location of these chapter 11 cases.

   c) One partner Iskender Catto ("Catto") and one associate at McDermott performed the vast majority of work during these chapter 11 cases. Due to the complexity of McDermott's engagement in these chapter 11 cases, it was necessary for Catto and two senior attorneys to work on this matter.

   d) McDermott is billing Andrea Duncliffe (Paralegal) at a reduced rate of $280 per hour. That rate has been approved by the Debtors.

[*Remainder of page intentionally left blank.*]

e) The overall disparity among timekeepers is that McDermott used its best efforts to have more junior people (including an analyst and paralegal) handle the majority of the tasks for this matter, which caused the blended hourly rate to be much lower.

Dated: September 27, 2016

Respectfully submitted,

*/s/ Timothy W. Walsh*
Timothy W. Walsh
Partner, McDermott Will & Emery LLP