## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

## CERTIFICATION OF COUNSEL CONCERNING STIPULATION AND CONSENT ORDER APPROVING TCEH FIRST LIEN CREDITOR PLAN DISTRIBUTION ALLOCATION DISPUTE RESERVE PROCESS

The undersigned hereby certifies as follows:

1.      On August 16, 2016, Texas Competitive Electric Holdings Company LLC ("TCEH"), Energy Future Competitive Holdings Company LLC ("EFCH"), certain of TCEH's direct and indirect subsidiaries that are debtors and debtors in possession in the above-captioned cases (collectively with TCEH and EFCH, the "TCEH Debtors") filed the *Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 9321] (the "TCEH Plan"[2]) with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

2.      On August 29, 2016, Bankruptcy Court entered the *Order Confirming the Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used, but not otherwise defined, herein shall have the same meanings ascribed to such terms in the TCEH Plan.

*to Chapter 11 of the Bankruptcy Code as it Applies to the TCEH Debtors and EFH Shared Services Debtors* [D.I. 9421] confirming the TCEH Plan.

        3.      As set forth on the record of the hearing held before the Bankruptcy Court on September 26, 2016 (the "September 26[th] Hearing") by counsel to the TCEH Debtors (see generally Transcript of Record at pp. 29-31, In re Energy Future Holdings Corp., et al., Case No. 14-10979 (CSS) (Bankr. D. Del. Sept. 26, 2016)), in order to facilitate the occurrence of the TCEH Effective Date, subject to Bankruptcy Court approval, (i) the TCEH Debtors; (ii) Wilmington Trust, N.A., as successor collateral agent (the "First Lien Collateral Agent") and successor administrative agent (the "First Lien Administrative Agent," and together with the First Lien Collateral Agent, the "TCEH First Lien Agent") under that certain Credit Agreement dated as of October 10, 2007 (as amended, modified, or supplemented from time to time); (iii) Delaware Trust Company (f/k/a CSC Trust Company of Delaware), as successor indenture trustee (the "First Lien Notes Trustee") under that certain Indenture dated April 19, 2011, for the 11.50% senior secured notes due October 1, 2020, the undersigned Holders of TCEH First Lien Interest Rate Swap Claims; and (iv) the ad hoc committee of certain unaffiliated holders of, *inter alia*, first lien senior secured claims against the TCEH Debtors (the "TCEH First Lien Ad Hoc Committee," and collectively with the TCEH Debtors, the TCEH First Lien Agent, the TCEH First Lien Notes Trustee, Titan Investment Holdings LP, and certain Holders of TCEH First Lien Interest Rate Swap Claims, the "Parties"), have agreed to a protocol to determine a method for calculating the reserve on account of the TCEH First Lien Creditor Plan Distribution Allocation Dispute on the terms and conditions memorialized in that certain *Stipulation and Consent Order Approving TCEH First Lien Creditor Plan Distribution Allocation Dispute Reserve Process*, dated September 27, 2016 (the "Stipulation and Order"). A copy of the Stipulation and Order is

RLF1 15246386v.1

attached hereto as **Exhibit A**.  The Stipulation and Order has been circulated to, is acceptable to, and has been signed by counsel to each of the Parties.  The TCEH Debtors submit that the Stipulation and Order is consistent with the record of the September 26th Hearing, is in the best interests of their estates and stakeholders, and should be approved.

WHEREFORE, the TCEH Debtors respectfully request that the Bankruptcy Court enter the Stipulation and Order, substantially in the form attached hereto as **Exhibit A**, at its earliest convenience.

*[Remainder of page intentionally left blank.]*

3

Dated: September 27, 2016
Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
    defranceschi@rlf.com
    madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    edward.sassower@kirkland.com
    stephen.hessler@kirkland.com
    brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    james.sprayregen@kirkland.com
    marc.kieselstein@kirkland.com
    chad.husnick@kirkland.com
    steven.serajeddini@kirkland.com

*Co-Counsel to the TCEH Debtors*