IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

### STIPULATION AND CONSENT ORDER APPROVING TCEH FIRST LIEN CREDITOR PLAN DISTRIBUTION ALLOCATION DISPUTE RESERVE PROCESS

Texas Competitive Electric Holdings Company LLC ("TCEH"), Energy Future Competitive Holdings Company LLC ("EFCH"), certain of TCEH's direct and indirect subsidiaries that are debtors and debtors in possession in the above-captioned cases (collectively with TCEH and EFCH, the "TCEH Debtors"), Wilmington Trust, N.A., as successor collateral agent (the "First Lien Collateral Agent") and successor administrative agent (the "First Lien Administrative Agent," and together with the First Lien Collateral Agent, the "TCEH First Lien Agent") under that certain Credit Agreement dated as of October 10, 2007 (as amended, modified, or supplemented from time to time), Delaware Trust Company (f/k/a CSC Trust Company of Delaware), as successor indenture trustee (the "First Lien Notes Trustee") under that certain Indenture dated April 19, 2011, for the 11.50% senior secured notes due October 1, 2020, the undersigned Holders of TCEH First Lien Interest Rate Swap Claims (as defined in the Plan),[2] and the ad hoc committee of certain unaffiliated holders of, *inter alia*, first lien senior

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

[2] Terms used but not otherwise defined in this Stipulation and Order shall have the meanings ascribed to such terms in the Plan.

secured claims against the TCEH Debtors (the "TCEH First Lien Ad Hoc Committee," and collectively with the TCEH Debtors, the TCEH First Lien Agent, the TCEH First Lien Notes Trustee, Titan Investment Holdings LP, and the undersigned Holders of TCEH First Lien Interest Rate Swap Claims, the "Parties") hereby stipulate and agree as follows:

A.      On April 29, 2014, each of the TCEH Debtors filed a voluntary petition under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (this "Court") commencing these chapter 11 cases.  These cases are jointly administered and have been consolidated for procedural purposes only.

B.      The TCEH Debtors continue to manage and operate their businesses and properties as debtors in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in these cases.

C.      On August 16, 2016, the Debtors filed the *Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 9321] (the "Plan").

D.      On August 29, 2016, the Court entered the *Order Confirming the Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the TCEH Debtors and EFH Shared Services Debtors* [D.I. 9421].

**NOW, THEREFORE**, it is hereby ordered, agreed, and stipulated as follows (hereinafter, the "Stipulation and Order"):

1.      Unless the TCEH First Lien Agent, the TCEH Supporting First Lien Creditors, the TCEH First Lien Notes Trustee, and each of the parties to the TCEH First Lien Note Intercreditor Action collectively consent to a method for calculating the reserve on account of the

2

TCEH First Lien Creditor Plan Distribution Allocation Dispute (such reserve, the "TCEH First Lien Dispute Reserve") prior to the dates set forth in this Stipulation and Order:

    a. Certain Holders of TCEH First Lien Claims shall submit one-to-two page letter briefs to the Court detailing proposals for calculation of the TCEH First Lien Dispute Reserve (the "Proposals"). The Proposals may be submitted by or on behalf of: (a) the Holders of TCEH Credit Agreement Claims; (b) the intervenor defendants in the TCEH First Lien Note Intercreditor Action including Holders of TCEH First Lien Interest Rate Swap Claims; and (c) the Holders of TCEH First Lien Note Claims. The Debtors shall not submit a Proposal.

    b. The Proposals shall be submitted no later than September 28, 2016 at 5:00 p.m. (Eastern Daylight Time).

    c. The Court will enter an order on the docket stating its ruling with respect to the TCEH First Lien Dispute Reserve ("Ruling") or, if it does not reach a Ruling, provide an update to each of the undersigned parties through Debtors' counsel on September 30, 2016.

2. Upon the Court's entry of the Ruling, the TCEH Debtors shall be authorized to establish the TCEH First Lien Dispute Reserve on the TCEH Effective Date (as defined in the Plan) in accordance with the Ruling.

3. The Ruling shall not have any precedential value with respect to the determination of any appropriate rate of interest in the TCEH First Lien Note Intercreditor Action, including (but not limited to) under the doctrines of collateral estoppel and law of the case, and accordingly shall not be binding with respect to the underlying TCEH First Lien Note Intercreditor Action. No party to the TCEH First Lien Note Intercreditor Action is permitted to in any way to rely upon the Ruling with respect to any aspect of the TCEH First Lien Note Intercreditor Action.

4. Notwithstanding anything to the contrary in the Ruling or this Stipulation and Order, the Parties reserve their rights to appeal the Ruling; *provided, however,* that the Parties forgo any rights to seek a stay pending appeal of the Ruling.

5. This Stipulation and Order shall be, upon approval by the Court, binding on all parties in interest in the above-captioned cases and contains the entire agreement by and among

3

the Parties, and all prior understandings or agreements, if any, are merged into this Stipulation and Order. No representations have been made or relied upon by the Parties, except as set forth herein.

6.     The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Stipulation and Order.

7.     The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Stipulation and Order.

*[Remainder of page intentionally left blank.]*

4

Dated:  September 27, 2016
        Wilmington, Delaware

                    /s/ Jason M. Madron
          **RICHARDS, LAYTON & FINGER, P.A.**
          Mark D. Collins (No. 2981)
          Daniel J. DeFranceschi (No. 2732)
          Jason M. Madron (No. 4431)
          920 North King Street
          Wilmington, Delaware 19801
          Telephone:    (302) 651-7700
          Facsimile:    (302) 651-7701
          Email:        collins@rlf.com
                        defranceschi@rlf.com
                        madron@rlf.com

          -and-

          **KIRKLAND & ELLIS LLP**
          **KIRKLAND & ELLIS INTERNATIONAL LLP**
          Edward O. Sassower, P.C. (admitted *pro hac vice*)
          Stephen E. Hessler (admitted *pro hac vice*)
          Brian E. Schartz (admitted *pro hac vice*)
          601 Lexington Avenue
          New York, New York 10022-4611
          Telephone:    (212) 446-4800
          Facsimile:    (212) 446-4900
          Email:        edward.sassower@kirkland.com
                        stephen.hessler@kirkland.com
                        brian.schartz@kirkland.com

          -and-

          James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
          Marc Kieselstein, P.C. (admitted *pro hac vice*)
          Chad J. Husnick (admitted *pro hac vice*)
          Steven N. Serajeddini (admitted *pro hac vice*)
          300 North LaSalle
          Chicago, Illinois 60654
          Telephone:    (312) 862-2000
          Facsimile:    (312) 862-2200
          Email:        james.sprayregen@kirkland.com
                        marc.kieselstein@kirkland.com
                        chad.husnick@kirkland.com
                        steven.serajeddini@kirkland.com

          *Co-Counsel to the TCEH Debtors*

5

_/s/ Michael D. DeBaecke_

**BLANK ROME LLP**
Michael D. DeBaecke (Bar No. 3186)
Stanley B. Tarr (Bar No. 5535)
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801
Telephone:     (302) 425-6400
Facsimile:     (302) 425-6400

-and-

**SEWARD & KISSEL LLP**
John R. Ashmead (admitted _pro hac vice_)
Mark D. Kotwick (admitted _pro hac vice_)
Arlene R. Alves (admitted _pro hac vice_)
One Battery Park Plaza
New York, New York 10004
Telephone:     (212) 574-1200
Facsimile:     (212) 480-8421

_Counsel to the First Lien Collateral Agent_

6

_/s/ Michael D. DeBaecke_

**BLANK ROME LLP**
Michael D. DeBaecke (Bar No. 3186)
Stanley B. Tarr (Bar No. 5535)
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801
Telephone:    (302) 425-6400
Facsimile:    (302) 425-6400

-and-

**SEWARD & KISSEL LLP**
John R. Ashmead (admitted _pro hac vice_)
Mark D. Kotwick (admitted _pro hac vice_)
Arlene R. Alves (admitted _pro hac vice_)
One Battery Park Plaza
New York, New York 10004
Telephone:    (212) 574-1200
Facsimile:    (212) 480-8421

_Counsel to the First Lien Administrative Agent_

7

_/s/ GianClaudio Finizio_
**BAYARD, P.A.**
Neil B. Glassman (Bar No. 2087)
GianClaudio Finizio (Bar No. 4253)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
Telephone:    (302) 655-5000
Facsimile:    (302) 658-6395

-and-

**KOBRE & KIM LLP**
Michael S. Kim
Jeremy C. Hollembeak
Joseph W. Slaughter
800 Third Avenue
New York, New York 10022
Telephone: (212) 488-1200
Facsimile: (212) 488-1220

_Counsel to the First Lien Notes Trustee_

8

*/s/ Ryan M. Bartley*

**YOUNG CONAWAY STARGATT**
   **& TAYLOR LLP**
Pauline K. Morgan (Bar No. 3650)
Ryan M. Bartley (Bar No. 4985)
Andrew Magaziner (Bar No. 5426)
1000 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 571-6600
Facsimile:    (302) 571-1253

-and-

**PAUL, WEISS, RIFKIND, WHARTON**
   **& GARRISON LLP**
Alan W. Kornberg (admitted *pro hac vice*)
Brian S. Hermann (admitted *pro hac vice*)
Jacob A. Adlerstein (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone:    (212) 373-3000
Facsimile:    (212) 757-3990

*Counsel to the TCEH First Lien Ad Hoc Committee*

9

*/s/ Bradley R. Aronstam*

**ROSS ARONSTAM & MORITZ LLP**
Bradley R. Aronstam (No. 5129)
Benjamin J. Schladweller (No. 4601)
100 S. West Street
Suite 400
Wilmington, Delaware 19801
Telephone: (302) 576-1600
baronstam@ramllp.com
bschladweiler@ramllp.com

-and-

**WEIL, GOTSHAL & MANGES LLP**
Ronit J. Berkovich
Salvatore Romanello
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
ronit.berkovich@weil.com
salvatore.romanello@weil.com

*Counsel for Titan Investment Holding LP*

10

_/s/ Ashley R. Altschuler_
**DLA PIPER LLP (US)**
Ashley R. Altschuler (No. 3803)
R. Craig Martin (No. 5032)
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
ashley.altschuler@dlapiper.com
craig.martin@dlapiper.com

-and-

**CADWALADER, WICKERSHAM & TAFT LLP**
Howard R. Hawkins, Jr. (admitted _pro hac vice_)
Ellen M. Halstead (admitted _pro hac vice_)
Michele Maman (admitted _pro hac vice_)
Thomas J. Curtin (admitted _pro hac vice_)
One World Financial Center
New York, New York 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666
howard.hawkins@cwt.com
ellen.halstead@cwt.com
michele.maman@cwt.com
thomas.curtin@cwt.com

Mark C. Ellenberg (admitted _pro hac vice_)
700 Sixth Street, NW
Washington, DC 20001
Telephone: (202) 862-2200
Facsimile: (202) 862-2400
mark.ellenberg@cwt.com

_Counsel for Morgan Stanley Capital Group Inc._

11

_/s/ Simon E. Fraser_

**COZEN O'CONNOR**
Simon E. Fraser (No. 5335)
Mark E. Felger (No. 3919)
1201 North Market Street, Suite 1001
Wilmington, Delaware 19801
Telephone: (302) 295-2011
Facsimile: (215) 701-2260
sfraser@cozen.com
mfelger@cozen.com

-and-

**CLEARY GOTTLIEB STEEN
  & HAMILTON LLP**
Thomas J. Moloney (admitted _pro hac vice_)
Sean A. O'Neal (admitted _pro hac vice_)
Humayun Khalid (admitted _pro hac vice_)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
tmoloney@cgsh.com
soneal@cgsh.com
hkhalid@cgsh.com

_Counsel for J. Aron & Company_


SO ORDERED this _28th_ day of September, 2016:


The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

12