# EXHIBIT 1

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |

## ORDER ESTABLISHING PLAN RESERVE FOR TCEH FIRST LIEN CREDITOR PLAN DISTRIBUTION ALLOCATION DISPUTE

Upon consideration of the letter briefs submitted pursuant to the *Stipulation and Consent Order Approving TCEH First Lien Creditor Plan Distribution Allocation Dispute Reserve Process* (D.I. 9696); and upon consideration of the record of the hearing held before the Court on September 26, 2016; and upon consideration of the *Order Approving Stipulation and Granting in Part Motion of Delaware Trust Company for Stay Pending Appeal of Allocation Order Pursuant to Bankruptcy Rule 8007* (Adv. D.I. 132); and upon consideration of the Opinion (Adv. D.I. 89), Order and Judgment (Adv. D.I. 90 and 91, respectively), and an Amended Order (Adv. D.I. 94) (collectively, the "Allocation Order")[2]; and upon consideration of the *Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* (D.I. 9321) (the "Plan"); and upon consideration of the *Order Confirming the Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the TCEH Debtors and EFH Shared Services Debtors* (D.I. 9421); and it appearing that the Court has jurisdiction to enter this Order pursuant to 11 U.S.C. § 1334; and it appearing that venue of this Order in this district is proper

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Plan.

pursuant to 28 U.S.C. §§ 1408 and 1409; it is hereby:

**ORDERED** that, the Intervenors[3] (or their affiliates) and any other Holder of TCEH Credit Agreement Claims or TCEH First Lien Interest Rate Swap Claims (in each case, a "Non-Note TCEH First Lien Creditor") that so elects shall be authorized to provide, severally and not jointly, undertakings to the TCEH First Lien Notes Trustee in the form attached as Annex A hereto (an "Undertaking") by filing a completed and executed Undertaking[4] on the docket in these Chapter 11 Cases; and it is further

**ORDERED** that, on the TCEH Effective Date, (a) each Intervenor (or its affiliate)[5] and other Non-Note TCEH First Lien Creditor that files a completed and executed Undertaking (each, an "Undertaking Party") shall receive its Pro Rata share of Plan Distributions without any holdback; and (b) each Non-Note TCEH First Lien Creditor that is not an Undertaking Party shall (i) be subject to a holdback of [__]% of its Pro Rata share of Reorganized TCEH Common Stock ("TCEH Stock Holdback"), and (ii) receive its Pro Rata share of Plan Distributions other than Reorganized TCEH Common Stock without any holdback; and it is further

**ORDERED** that, any Non-Note TCEH First Lien Creditor that is not an Undertaking Party on the TCEH Effective Date shall be entitled to become an Undertaking Party by filing a completed and executed Undertaking within 10 business days after the TCEH Effective Date, whereupon it shall be entitled to a prompt release of its TCEH Stock Holdback; and it is further

**ORDERED** that, all TCEH Stock Holdbacks and all shares and cash subsequently

---

[3] The "Intervenors" are Morgan Stanley Capital Group Inc. ("MS"), J. Aron & Company ("J. Aron"), and Titan Investment Holdings LP ("Titan").

[4] The completed Undertaking shall include the name of the Undertaking Party, its Undertaking Percentage, the amount and nature of the Claim as to which the undertaking is provided, and an election of either cash (at the VWAP price (as defined in the form of Undertaking in Annex A) or stock to be returned to Escrow if a return of Distributions is required under the terms of the Undertaking.

[5] Any Undertakings provided on account of J. Aron's TCEH First Lien Interest Rate Swap Claim shall be provided severally and not jointly by (a) Longhorn Capital GS LP ("Longhorn"), an affiliate of Titan, solely with respect to its 89.513% participated portion of the claim and (b) J. Aron, solely with respect to its 10.487% retained portion of the claim.

returned pursuant to the Undertakings shall be held in escrow ("Escrow") by the Reorganized

Debtors in accordance with an escrow agreement in the form filed in these Chapter 11 Cases

as D.I. [__] until there is a TCEH First Lien Creditor Plan Distribution Allocation Order, at

which time the reserved amounts shall be promptly returned or distributed by the

Reorganized Debtors in accordance with such order;

 **ORDERED** that, no later than 7 business days after the TCEH Effective Date, the

Debtors shall file a notice on the docket in these Chapter 11 Cases stating their determination

of the VWAP price;

 **ORDERED** that, notwithstanding any rule to the contrary, this Order shall take effect

immediately upon entry; and it is further

 **ORDERED** that this Court shall retain jurisdiction to resolve any disputes arising under

or related to this order and to interpret, implement and enforce the provisions of this Order.


Dated: _____, 2016
   Wilmington, Delaware


         _____
         HONORABLE CHRISTOPHER S. SONTCHI
         UNITED STATES BANKRUPTCY JUDGE

# ANNEX "A"

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## UNDERTAKING FOR TCEH FIRST LIEN CREDITOR PLAN DISTRIBUTION ALLOCATION DISPUTE

Pursuant to the terms of the Order Establishing the Plan Reserve for TCEH First Lien Creditor Plan Distribution Allocation Dispute (D.I. [__]) (the "Order"),[2] the undersigned, [_____] (hereinafter, the "Undertaking Party") provides this Undertaking for the sole benefit of the TCEH First Lien Notes Trustee with respect to [100%][89.513%][10.487%] (the "Undertaking Percentage") of the Reallocated Shares (as defined below) of Reorganized TCEH Common Stock Distributions to the $[____] Allowed TCEH First Lien [Credit Agreement Claim] [Interest Rate Swap Claim of [Name of Swap Counterparty]] (the "Claim"):

1.      The Undertaking Party certifies and represents that as of the date hereof it has a "net worth" (defined as assets in excess of current and long term debt obligations, or, in the case of a financial manager, as assets under management in the fund in excess of current and long term debt obligations) in excess of $50 million.

---

[1]      The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

[2]      Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Order.

2.    On or before the twelfth (12th) business day following the entry of an order by the Court that requires a return of a portion of the Reorganized TCEH Common Stock (the "Reallocated Shares") distributed to the Holder of the Claim, which order (i) determines that the Plan Distributions of Reorganized TCEH Common Stock are to be allocated among TCEH First Lien Creditors pursuant to the Postpetition Interest Allocation Method (as defined in the Allocation Order) and (ii) determines the appropriate rate of postpetition interest for each TCEH First Lien Creditor, (a "Reversal Order"), the Undertaking Party shall [return its Undertaking Percentage of the Reallocated Shares][deposit a cash amount representing the aggregate VWAP[3] for its Undertaking Percentage of the Reallocated Shares] to the Reorganized Debtors to be held in Escrow pursuant to the Order.[4]

3.    The Undertaking Party shall take reasonable actions to ensure that its representations in this Undertaking continue to be accurate and complete, and that it is able to satisfy the obligations it has assumed in accordance with this Undertaking.  The Undertaking Party's obligations under this Undertaking shall terminate upon compliance with the TCEH First Lien Creditor Plan Distribution Allocation Order or by agreement of the Undertaking Party and the TCEH First Lien Notes Trustee.

4.    In the event that notice to the Undertaking Party is required, including without limitation in the event of the entry of a Reversal Order, such notice shall be deemed effective on the date sent, via overnight delivery service, to the Undertaking Party at the address listed below in the signature block.

---

[3]    The volume weighted average price per share at emergence (the "VWAP") shall be calculated by the Reorganized Debtors based on the first 5 business days of trading after the TCEH Effective Date and filed on the docket in the Chapter 11 Cases.

[4]    The Undertaking Party shall elect the form (i.e. cash at the VWAP price or stock) in which it undertakes to return its Undertaking Percentage of the Reallocated Shares at the time it executes and files this Undertaking.

2

5.    The Undertaking Party hereby submits to the jurisdiction of the Bankruptcy Court for the District of Delaware for the resolution of any disputes arising as a result of this Undertaking.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

[SIGNATURE PAGE TO UNDERTAKING]

Date: _____

 

                                          _____

                                          Undertaking Party: _____

                                          By _____

                                          Its _____

 

                                          _____

                                          _____

                                          _____

                                          ADDRESS FOR NOTICE AND SERVICE OF PROCESS

4