IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ) | Case No. 14-10979 (CSS) |
| ENERGY FUTURE HOLDINGS CORP., et al.,[1] ) | |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | **Re: Dkt. No. 9696, \_\_\_\_** |
| ) | |

## ORDER WITH RESPECT TO TCEH FIRST LIEN DISPUTE RESERVE

The Court having entered the *Stipulation and Consent Order Approving TCEH First Lien Creditor Plan Distribution Allocation Dispute Reserve Process* [D.I. 9696] on September 28, 2016 (the "Stipulation and Order");[2] and upon consideration of the Proposals submitted pursuant to the terms of the Stipulation and Order regarding the reserve required to be established by Article III.B.29(d) of the Plan; and it appearing that this Court has jurisdiction over this matter; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor; it is HEREBY ORDERED THAT Article III.B.29(d) of the Plan is fully satisfied and complied with on the following terms:

1.      Holders of Claims under the TCEH Credit Agreement whose maturities were extended pursuant to certain prepetition amendments to the TCEH Credit Agreement (such Claims, the "**Extended TCEH Credit Agreement Claims**"), and Holders of TCEH First Lien Notes are not required to fund any reserve, and the TCEH Debtors are authorized and directed to

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Terms used but not otherwise defined in this Order shall have the meanings ascribed to such terms in the Stipulation and Order or the Plan, as applicable.

distribute the full amount of such Holders' respective TCEH First Lien Creditor Distributions to such Holders on the TCEH Effective Date.

2.  Any Holder of TCEH First Lien Interest Rate Swap Claims or Claims under the TCEH Credit Agreement that are not Extended TCEH Credit Agreement Claims (such claims, the "**Non-Extended TCEH Credit Agreement Claims**") that is an Undertaking Party (as defined below) shall not be required to fund any reserve, and the TCEH Debtors are authorized and directed to distribute the full amount of such Holder's respective TCEH First Lien Creditor Distributions to such Holder on (a) the TCEH Effective Date (to the extent such Holder becomes an Undertaking Party on or prior to the Effective Date) or (b) as soon as practicable after such Holder becomes an Undertaking Party.  "**Undertaking Party**" means any party that: (x) provides to the TCEH First Lien Notes Trustee a written certification of creditworthiness substantially in the form of the certification of creditworthiness annexed as **Exhibit B** to the *Stipulation Regarding Motion for Stay Pending Appeal* entered as D.I. 132 in the TCEH First Lien Note Intercreditor Action (the "**Stay Pending Appeal Stipulation**"), and (y) provides, in a writing to the TCEH First Lien Notes Trustee, an undertaking with respect to the return of its TCEH First Lien Creditor Distributions (or the value thereof as of the Effective Date) in form and substance substantially identical to the undertaking set forth in paragraph 3 of the Stay Pending Appeal Stipulation.

3.  The maximum aggregate number of shares of Reorganized TCEH Common Stock to be withheld from the TCEH First Lien Creditor Distributions to Holders of Non-Extended TCEH Credit Agreement Claims and placed in a reserve shall be 1,123,829, which number shall be reduced by the TCEH First Lien Creditor Distributions of Reorganized TCEH Common Stock

made to Holders of Non-Extended TCEH Credit Agreement Claims who become Undertaking Parties in accordance with paragraph 2 above.

4. The maximum aggregate number of shares of Reorganized TCEH Common Stock to be withheld from the TCEH First Lien Creditor Distributions to Holders of TCEH First Lien Interest Rate Swap Claims placed in a reserve shall be 1,818,608, which number shall be reduced by the TCEH First Lien Creditor Distributions of Reorganized TCEH Common Stock made to Holders of TCEH First Lien Interest Rate Swap Claims who become Undertaking Parties in accordance with paragraph 2 above.

5. Any shares of Reorganized TCEH Common Stock withheld from distribution and any other consideration in the reserve relating to such shares (collectively, the "**Reserve Consideration**") remaining in the reserve upon entry of a final, non-appealable order resolving the TCEH First Lien Creditor Plan Distribution Allocation Dispute shall be distributed to the Holders of Non-Extended TCEH Credit Agreement Claims and TCEH First Lien Interest Rate Swap Claims, to the extent that the Reserve Consideration exceeds the Reserve Consideration required to be re-allocated (if any) to other Holders of TCEH First Lien Claims pursuant to such final, non-appealable order.

6. The Debtors are authorized and directed to take all actions necessary to implement the terms of this Order.

7. Nothing herein shall prejudice or otherwise affect the substantive or procedural rights of any party with respect to the TCEH First Lien Creditor Plan Distribution Allocation Dispute.

8. This Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to this Order.

Dated: September \_\_\_\_, 2016

———————————————————————
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE
