**APPENDIX A**

| TCEH First Lien Claim Tranche | Applicable Rate of Postpetition Interest (PPI) | Claim Amounts (No PPI) | Claim Amounts (with PPI) | % of Class Total (No PPI) | % of Class Total (With PPI) | Reserve Contribution (% of Total Class Distributions) | Reserve Contribution (% of Tranche Distributions - No PPI) |
|---|---|---|---|---|---|---|---|
| 2016 Extending RC | 8.75% | $645,556,000 | $798,821,581 | 2.51% | 2.52% | N/A | N/A |
| Extending RC | 8.75% | $1,408,610,800 | $1,743,038,104 | 5.49% | 5.50% | N/A | N/A |
| Extending TL | 8.75% | $15,351,441,917 | $18,996,125,982 | 59.79% | 59.97% | N/A | N/A |
| Incremental 2017 TL | 8.75% | $340,000,000 | $420,721,576 | 1.32% | 1.33% | N/A | N/A |
| LC Extending 2017 | 8.75% | $1,020,000,000 | $1,262,164,727 | 3.97% | 3.98% | N/A | N/A |
| LC Non-Extended 2014 | 7.75% | $42,500,000 | $51,337,216 | 0.17% | 0.16% | 0.00347% | 2.09% |
| Non-Extended TL 2014 | 7.75% | $3,808,799,226 | $4,600,780,008 | 14.83% | 14.52% | 0.31% | 2.09% |
| Notes | 11.50% | $1,815,965,278 | $2,400,441,671 | 7.07% | 7.58% | N/A | N/A |
| Swaps - J. Aron | 5.50% | $945,000,000 | $1,081,966,718 | 3.68% | 3.42% | 0.26% | 7.20% |
| Swaps - Other | 3.24% | $298,000,000 | $322,734,466 | 1.16% | 1.02% | 0.14% | 12.22% |
| **Total** | | **$25,675,873,221** | **$31,678,132,050** | **100.00%** | **100.00%** | **0.72%** | **N/A** |