# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
| | ) **Re: D.I. 9703** |

### DECLARATION OF TERRY L. NUTT, SENIOR VICE PRESIDENT OF FINANCE FOR LUMINANT HOLDING COMPANY LLC, IN SUPPORT OF THE MOTION OF ENERGY FUTURE HOLDINGS CORP., *ET AL.*, FOR AN ORDER AUTHORIZING ENTRY INTO AND PERFORMANCE UNDER THE STIPULATION BETWEEN LUMINANT ENERGY COMPANY LLC AND FOREST CREEK WIND FARM, LLC

Pursuant to 28 U.S.C. § 1746, I, Terry L. Nutt, declare as follows:

1. I am over the age of 18 and duly authorized to execute this declaration (this "Declaration") on behalf of the Debtors in support of the *Motion of Energy Future Holdings Corp., et al., for an Order Authorizing Entry into and Performance Under the Stipulation Between Luminant Energy Company LLC and Forest Creek Wind Farm, LLC* [D.I. 9703] (the "Motion"),[2] filed contemporaneously herewith.

2. I am the Senior Vice President of Finance for Luminant Holding Company LLC. I have been with the Debtors since 2007, serving in several roles, including Senior Vice President and Controller for EFH Corporate Services Company ("EFH Corp.") and Vice

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] All capitalized terms used but not defined herein have the meanings given to them in the Motion.

President of Risk Management for EFH Corp.  I have been employed in various finance and risk management positions in the wholesale energy marketing and trading industry for over 15 years, with the predominant amount of that time spent with firms engaged in wholesale electricity and natural gas marketing and trading activities.

3. The facts in this Declaration are based on my personal knowledge and review of information and my experience with the Debtors' operations and transactions.  If called to testify, I would testify to the facts set forth herein.

4. On June 15, 2015, Forest Creek filed the Claim, asserting that $121,437,077.38 was due and payable under the Contract as rejection damages.

5. On June 15, 2015, Forest Creek also filed the Administrative Claim, pursuant to which Forest Creek sought payment from Luminant of an administrative expense claim in the amount of $1,048,740.29 on account of the Unpaid Net Energy.

6. The Parties negotiated the Stipulation as a global resolution of the Claims and any outstanding issues under the Contract.  The Stipulation provides (a) Forest Creek (i) an allowed general unsecured claim against Luminant in the amount of $32,001,953.00, and (ii) an allowed administrative expense claim against Luminant in the amount of $1,028,740.29, and (b) mutual releases between the Parties.

7. I believe that the resolution and compromise memorialized in the Stipulation will benefit the Debtors, their estates, and their creditors by efficiently resolving the Claims, minimizing the uncertainties surrounding the claims arising under the Contract, and maximizing and preserving value for the Debtors' estates.

[*Remainder of page intentionally left blank.*]

RLF1 15255260v.1

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: September 28, 2016
       Dallas, Texas

*/s/ Terry L. Nutt*
Terry L. Nutt
Senior Vice President of Finance
Luminant Holding Company LLC