IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., et al.,<br><br>Debtors. | Chapter 11<br>Bankruptcy Case No. 14-10979 (CSS)<br>(Jointly Administered)<br><br>Bankruptcy Adv. No. 15-51 |
| MICHAEL CUNNINGHAM, JOE ARABIE, AND MICHELLE ZIEGELBAUM, ON THEIR OWN BEHALF AND ON BEHALF OF SIMILARLY SITUATED,<br><br>Appellants,<br><br>v.<br><br>ENERGY FUTURE HOLDINGS CORP., et al.,<br><br>Appellees. | Civil Action No. 15-cv-1183-RGA<br>(consolidated) |

ORDER

For the reasons set forth in the accompanying opinion, **IT IS HEREBY ORDERED** that the Order Denying the Amended Motion for Application of Fed. R. Bankr. P. 7023 to the Proceeding and to Certify a Class Pursuant to Fed. R. Civ. P. 23 (Civ. Act. No. 15-1218-RGA, D.I. 1-1) is **AFFIRMED**.

Entered this 28 day of September, 2016.

/s/ Richard G. Andrews
United States District Judge