**EXHIBIT** B
**Hours Expended by Subject Matter**

**GENERAL**

|  | August 2016 |
|---|---|
| Plan Development & Testimony Review & Analysis | 81.5 |
| Bid Review | 48.5 |
| Meeting with Counsel & with other Constituents | 7.5 |
| Dataroom and Diligence Materials Review | 131.5 |
| Project Management & Support | 3.5 |
| Financing Proposal Review | 5.0 |
| Fee Applications/Retention Applications | 3.0 |
| TOTAL HOURS | 280.5 |

**GENERAL DESCRIPTION OF WORK CODES:**

- Plan Development & Testimony Review & Analysis:  Review restructuring proposals, as well as meetings with constituents regarding plan formulation, review of plan proposals and term sheets and analysis of proposed settlements of Conflict Matters.  This category also includes working alongside counsel regarding the Plan of Reorganization including the financial analysis and modeling of illustrative financial scenarios, and discussion related to same.

- Bid Review:  Review of various bids and proposals put forth after post-termination of the Hunt/Ovation Deal, specifically including third party and certain creditor backed bids.  This category also includes financial analysis and modeling of the impact of each bid on the recovery of the various creditor parties.

- Meeting with Counsel & Other Constituents:  Meetings with counsel to EFH, as well as meetings (telephonic and in-person) with professionals of other affiliates and constituents pertaining to Conflict Matters.

- Dataroom and Diligence Materials Review:  Download, analyze and review materials posted to the debtors' dataroom, and follow-up with the Debtors' professionals pertaining to (i) items posted to the dataroom and (ii) follow-up information being sought in the dataroom.

- Financing Porposal Review:  Review of proposals and analyses relating to the potential extension of terms and/or pay down of existing debt balances via various financing mechanisms proposed by the Company and potential bidders.

- Intercompany Transfers Review:  Review and analyze the various claims and causes of action between and among EFH and its affiliates, including the nature of the claims, the magnitude of such claims and factors affecting the allowance or disallowance of such claims.

- Fee Applications/Retention Applications:  Prepare monthly fee statements and interim fee applications; review and respond to inquiries by parties in interest, including the Fee Committee.