## EXHIBIT C

**Expenses by Category**

|  | August 2016 |
| --- | --- |
| Airfare | $0.00 |
| Ground Transportation | $0.00 |
| Hotel & Lodging | $0.00 |
| Meals | $0.00 |
| Mileage | $0.00 |
| TOTALS | $0.00 |