## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: D.I. 7243, 9321, 9421** |

### CERTIFICATION OF COUNSEL CONCERNING
### ORDER REGARDING CERTAIN PROVISIONS OF THE
### SETTLEMENT ORDER AND THE TCEH CONFIRMATION ORDER

The undersigned hereby certifies as follows:

1.    On August 16, 2016, Texas Competitive Electric Holdings Company LLC ("TCEH"), Energy Future Competitive Holdings Company LLC ("EFCH"), certain of TCEH's direct and indirect subsidiaries that are debtors and debtors in possession in the above-captioned cases (collectively with TCEH and EFCH, the "TCEH Debtors") filed the *Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 9321] (the "TCEH Plan"[2]) with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

2.    On August 29, 2016, Bankruptcy Court entered the *Order Confirming the Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used, but not otherwise defined, herein shall have the same meanings ascribed to such terms in the TCEH Plan.

*to Chapter 11 of the Bankruptcy Code as it Applies to the TCEH Debtors and EFH Shared Services Debtors* [D.I. 9421] confirming the TCEH Plan.

3.    On September 25, 2016, the TCEH Debtors filed the *Letter from Marc Kieselstein, P.C. to The Honorable Christopher S. Sontchi Concerning Dispute With TCEH Unsecured Group in Connection with Consummation of T-Side Chapter 11 Plan* [D.I. 9654] setting forth a dispute (the "Dispute") with the Ad Hoc Group of TCEH Unsecured Noteholders concerning the timing and mechanics for making the $550 million cash settlement payment provided for in the Bankruptcy Court's *Order Granting the Motion of Energy Future Holdings Corp., et al., to Approve a Settlement of Litigation Claims and Authorize the Debtors to Enter Into and Perform Under the Settlement Agreement*, dated December 7, 2015 [D.I. 7243].

4.    Following the conclusion of the hearing held before the Bankruptcy Court on September 26, 2016, the Bankruptcy Court convened a conference in Chambers (the "Chambers Conference") with certain parties-in-interest in the TCEH Debtors' chapter 11 cases to discuss the Dispute. Subsequent to the conclusion of the Chambers Conference, the parties negotiated a proposed form of order (the "Agreed Order") to resolve the Dispute. A copy of the Proposed Order is attached hereto as **Exhibit A**.

5.    The Agreed Order has been circulated to, and is acceptable for entry to, (i) the Ad Hoc Group of TCEH Unsecured Noteholders; (ii) the official committee of unsecured creditors of Energy Future Competitive Holdings Company LLC ("EFCH"), Texas Competitive Electric Holdings Company LLC ("TCEH"), the direct and indirect Debtor subsidiaries of EFCH and TCEH, and EFH Corporate Services Company; (iii) the ad hoc group of TCEH first lien lenders; (iv) Law Debenture Trust Company of New York, as TCEH Unsecured Notes Trustee; and (v) the TCEH Debtors. The TCEH Debtors believe that entry of the Agreed Order will

facilitate the occurrence of the TCEH Effective Date and is otherwise in the best interests of the

TCEH Debtors' estates and stakeholders.

WHEREFORE, the TCEH Debtors respectfully request that the Bankruptcy Court

enter the Agreed Order, substantially in the form attached hereto as **Exhibit A**, at its earliest

convenience.


*[Remainder of page intentionally left blank.]*

Dated: September 30, 2016
Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:     (302) 651-7700
Facsimile:      (302) 651-7701
Email:            collins@rlf.com
                      defranceschi@rlf.com
                      madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:     (212) 446-4800
Facsimile:      (212) 446-4900
Email:            edward.sassower@kirkland.com
                      stephen.hessler@kirkland.com
                      brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200
Email:            james.sprayregen@kirkland.com
                      marc.kieselstein@kirkland.com
                      chad.husnick@kirkland.com
                      steven.serajeddini@kirkland.com

*Co-Counsel to the TCEH Debtors*

4