## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: D.I. 9321, 9421** |

### CERTIFICATION OF COUNSEL CONCERNING ORDER ESTABLISHING PLAN RESERVE FOR TCEH FIRST LIEN CREDITOR PLAN DISTRIBUTION ALLOCATION DISPUTE

The undersigned hereby certifies as follows:

1.      On August 16, 2016, Texas Competitive Electric Holdings Company LLC ("TCEH"), Energy Future Competitive Holdings Company LLC ("EFCH"), certain of TCEH's direct and indirect subsidiaries that are debtors and debtors in possession in the above-captioned cases (collectively with TCEH and EFCH, the "TCEH Debtors") filed the *Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 9321] (the "TCEH Plan"[2]) with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

2.      On August 29, 2016, Bankruptcy Court entered the *Order Confirming the Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used, but not otherwise defined, herein shall have the same meanings ascribed to such terms in the TCEH Plan.

*to Chapter 11 of the Bankruptcy Code as it Applies to the TCEH Debtors and EFH Shared Services Debtors* [D.I. 9421] confirming the TCEH Plan.

3.      In accordance with the *Stipulation and Consent Order Approving TCEH First Lien Creditor Plan Distribution Allocation Dispute Reserve Process*, entered September 28, 2016 [D.I. 9696], on September 28, 2016, letter briefs (the "Letter Briefs") were submitted to the Bankruptcy Court on behalf of the Intervenors[3] [D.I. 9701], Angelo Gordon & Co. L.P., Apollo Management Holdings L.P., and Oaktree Capital Management, L.P. [D.I. 9702], and the TCEH First Lien Notes Trustee [D.I. 9704] outlining the parties competing proposals concerning an appropriate method for calculating the reserve on account of the TCEH First Lien Creditor Plan Distribution Allocation Dispute.

4.      After the Letter Briefs were filed, the parties conferred at length and agreed upon a consensual form of order (the "Agreed Order") addressing an appropriate method for calculating the reserve on account of the TCEH First Lien Creditor Plan Distribution Allocation Dispute.  A copy of the Agreed Order is attached hereto as **Exhibit A**.  The Agreed Order has been circulated to, and is acceptable for entry to, (i) the Intervenors; (ii) Angelo Gordon & Co. L.P., Apollo Management Holdings L.P., and Oaktree Capital Management, L.P.; (iii) the TCEH First Lien Notes Trustee; and (iv) the TCEH Debtors.  The TCEH Debtors believe that entry of the Agreed Order will facilitate the occurrence of the TCEH Effective Date and is otherwise in the best interests of the TCEH Debtors' estates and stakeholders.

WHEREFORE, the TCEH Debtors respectfully request that the Bankruptcy Court enter the Agreed Order, substantially in the form attached hereto as **Exhibit A**, at its earliest convenience.

---

[3] The "Intervenors" are Morgan Stanley Capital Group Inc., J. Aron & Company, and Titan Investment Holdings LP.

Dated: September 30, 2016
Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:        collins@rlf.com
              defranceschi@rlf.com
              madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:        edward.sassower@kirkland.com
              stephen.hessler@kirkland.com
              brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:        james.sprayregen@kirkland.com
              marc.kieselstein@kirkland.com
              chad.husnick@kirkland.com
              steven.serajeddini@kirkland.com

*Co-Counsel to the TCEH Debtors*