## Schedule 1

## Holdback Percentage of Plan Distributions

| TCEH First Lien Claim | Holdback Percentage |
|---|---|
| TCEH First Lien Notes | 0% |
| Extended TCEH Credit Agreement Claims | 0% |
| Non- Extended TCEH Credit Agreement Claims | 2.09% |
| J. Aron TCEH First Lien Interest Rate Swap Claims | 7.20% |
| Other TCEH First Lien Interest Rate Swap Claims | 12.22% |