# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 14-10979 (CSS)<br>)<br>) (Jointly Administered)<br>)<br>) **Re: D.I. 9376** |

## NOTICE OF AGREED EXTENSION OF REJECTION DATE
## FOR CONTRACT IDENTIFIED ON SECOND AMENDED PLAN SUPPLEMENT

**PLEASE TAKE NOTICE** that Luminant Generation Company LLC and Boral Material Technologies, LLC ("Boral") are parties to the By-Products Marketing & Management Agreement, dated December 19, 2013, concerning a facility in Rockdale, Texas (the "Rockdale By-Products Agreement").

**PLEASE TAKE FURTHER NOTICE** that on August 24, 2016, the TCEH Debtors and the EFH Shared Services Debtors (collectively, the "TCEH Debtors") filed the *Second Amended Plan Supplement as it Relates to the TCEH Debtors and EFH Shared Services Debtors for the Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 9376] (the "Second Amended Plan Supplement").

**PLEASE TAKE FURTHER NOTICE** that Reference No. 335 on Exhibit C to the Second Amended Plan Supplement (the "Rejection Schedule") identified for rejection, as of the TCEH Effective Date, the Rockdale By-Products Agreement.

**PLEASE TAKE FURTHER NOTICE** that the TCEH Debtors and Boral are engaged in business discussions regarding the Rockdale By-Products Agreement and seek additional flexibility to continue those discussions. Accordingly, the TCEH Debtors and Boral have agreed to extend the rejection date for the Rockdale By-Products Agreement from the TCEH Effective Date to December 31, 2016, notwithstanding the date identified on the Rejection Schedule.

**PLEASE TAKE FURTHER NOTICE** that the TCEH Debtors have corresponded with counsel to Boral regarding this matter, and counsel to Boral supports filing of this notice.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 15276879v.1

Dated: September 30, 2016
       Wilmington, Delaware

/s/ Jason Madron

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:     (302) 651-7700
Facsimile:      (302) 651-7701
Email:              collins@rlf.com
               defranceschi@rlf.com
               madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:     (212) 446-4800
Facsimile:      (212) 446-4900
Email:              edward.sassower@kirkland.com
               stephen.hessler@kirkland.com
               brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200
Email:              james.sprayregen@kirkland.com
               marc.kieselstein@kirkland.com
               chad.husnick@kirkland.com
               steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*