# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | : | Case No. 14-10979 (CSS) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | **Related Docket No. 9723** |

## CERTIFICATE OF SERVICE

I, Ashley R. Altschuler, hereby certify that on the 30th day of September, 2016, I caused a true and correct copy of the *Undertaking for TCEH First Lien Creditor Plan Distribution Allocation Dispute* [D.I. 9723] to be served upon the below listed parties in the manner indicated.

           */s/ Ashley R. Altschuler*
           Ashley R. Altschuler (No. 3803)

**VIA HAND DELIVERY**
Richard L. Schepacarter
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
Andrew M. Wright
Cecily Gooch
Energy Future Holdings Corp., et al.
1601 Bryan Street - 43rd Floor
Dallas, TX, 75201

EAST\132667496.1

*Co-Counsel To The Debtors*

**VIA FIRST CLASS MAIL**
Brian E. Schartz
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022,

**VIA FIRST CLASS MAIL**
Chad Husnick
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654

**VIA HAND DELIVERY**
Daniel J. DeFranceschi
Jason M. Madron
Richards, Layton & Finger, P.A.
920 North King Street
Wilmington, DE 19801


*Delaware Trust Company, as TCEH First Lien Indenture Trustee*

**VIA HAND DELIVERY**
Neil B. Glassman
GianClaudio Finizio
Bayard, P.A.
222 Delaware Avenue
Suite 900
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
Michael S. Kim
Jeremy C. Hollembeak
Benjamin J.A. Sauter
Kobre & Kim LLP
800 Third Avenue
New York, New York 10022

*Wilmington Trust, N.A., as First Lien Collateral Agent and First Lien Administrative Agent, et al.,*

**VIA HAND DELIVERY**
Joseph H. Huston, Jr.
Stevens & Lee
1105 North Market Street, 7th Floor
Wilmington, DE 19801


*Wilmington Trust, N.A., as First Lien Collateral Agent*

**VIA HAND DELIVERY**
Michael David Debaecke
Blank Rome LLP
1201 Market St.
Suite 800
Wilmington, DE 19899

**VIA FIRST CLASS MAIL**
Thomas Ross Hooper
Mark D. Kotwick
Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004


*Wilmington Trust, N.A., solely in its capacity as First Lien Administrative Agent*

**VIA HAND DELIVERY**
Joseph H. Huston, Jr.
Stevens & Lee
1105 North Market Street, 7th Floor
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
George Davis
Jonathan Rosenberg
Daniel S. Shamah
O'Melveny & Myers LLP
7 Times Square
Times Square Tower
New York, NY 10036

**VIA FIRST CLASS MAIL**
Peter Friedman
O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006


*The Official Committee of TCEH Unsecured Creditors*

**VIA HAND DELIVERY**
Christopher A. Ward
Justin K. Edelson
Shanti M. Katona
Jarrett Vine
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
Brett H. Miller
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019


**VIA FIRST CLASS MAIL**
James Michael Peck
Todd M. Goren
Schulte Roth & Zabel LLP
250 West 55th Street
New York, NY 10019


*Intervenor-Defendant J. Aron & Company*

**VIA HAND DELIVERY**
Mark E. Felger
Simon E. Fraser
Cozen O'Connor
1201 North Market Street, Suite 1001
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
Thomas J. Moloney
Sean A. O'Neal
Humayun Khalid
Hugh K. Murtagh
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

**VIA FIRST CLASS MAIL**
Elsbeth Bennett
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 974-1500

*Counsel for Intervenor Defendants Titan Investment Holdings LP*

**VIA HAND DELIVERY**

Bradley R. Aronstam
Benjamin J. Schladweiler
Ross Aronstam &Moritz LLP
100 S. West Street, Suite 400
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
Salvatore A. Romanello
Ronit J. Berkovich
Jessica Liou
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

**VIA FIRST CLASS MAIL**
David R. Singh
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, California 94065