## EXHIBIT B

### Attorneys and Paraprofessionals' Information

The RL&F attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Daniel J. DeFranceschi | Director | 1989 | Bankruptcy | $775 | 70.2 | $54,405.00 |
| Jason M. Madron | Counsel | 2003 | Bankruptcy | $550 | 179.1 | $98,505.00 |
| Zachary I. Shapiro | Counsel | 2008 | Bankruptcy | $535 | 5.7 | $3,049.50 |
| Marisa A. Terranova Fissel | Associate | 2009 | Bankruptcy | $510 | 7.2 | $3,672.00 |
| Joseph C. Barsalona II | Associate | 2014 | Bankruptcy | $360 | 110.9 | $39,924.00 |
| Andrew M. Dean | Associate | 2015 | Bankruptcy | $295 | 40.6 | $11,977.00 |
| **Total** | | | | | **413.7** | **$211,532.50** |

The paraprofessionals of RL&F who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Barbara J. Witters | Paralegal | 16 | Bankruptcy | $240 | 109.6 | $26,304.00 |
| Ann Jerominski | Paralegal | 16 | Bankruptcy | $240 | 25.7 | $6,168.00 |
| Caroline E. Dougherty | Paralegal | 1 | Bankruptcy | $240 | 7.9 | $1,896.00 |
| Cynthia McMenamin | Paralegal | 1 | Bankruptcy | $240 | 13.1 | $3,144.00 |
| M. Lynzy McGee | Paralegal | 1 | Bankruptcy | $240 | 20.8 | $4,992.00 |
| Rebecca V. Speaker | Paralegal | 15 | Bankruptcy | $240 | 4.9 | $1,176.00 |
| Carlos B. Terreforte | Tech Support | 1 | MIS | $240 | 11.0 | $2,640.00 |
| Daniel D. White | Tech Support | 11 | MIS | $255 | 29.4 | $7,497.00 |
| Tesia S. Smith | Case Management Assistant | 1 | Bankruptcy | $130 | 24.2 | $3,146.00 |
| **Total** | | | | | **246.6** | **$56,963.00** |
| | | | | **Total Fees** | | **$268,495.50** |