# EXHIBIT C

## Summary of Actual and Necessary Expenses for the Fee Period

## ALL - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $57.38 |
| Business Meals | $23,053.59 |
| Conference Calling | $2,347.17 |
| Court Reporter Services | $0.00 |
| Document Retrieval | $754.81 |
| Electronic Legal Research | $283.80 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Cost | $191.39 |
| Long distance Telephone Charges | $353.39 |
| Messenger and Delivery Service | $1,250.30 |
| Overtime | $5,707.65 |
| Photocopying/Printing - Outside Vendor | $5,085.41 |
| Photocopying/Printing | $7,857.65 |
| Postage | $7.67 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Record Retrieval | $0.00 |
| Travel Expense | $190.82 |
| **Total:** | **$47,141.03** |

## TCEH - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $3.38 |
| Business Meals | $726.33 |
| Conference Calling | $73.95 |
| Court Reporter Services | $0.00 |
| Document Retrieval | $23.78 |
| Electronic Legal Research | $8.94 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Costs | $6.03 |
| Long distance Telephone Charges | $11.13 |
| Messenger and Delivery Service | $39.39 |
| Overtime | $179.83 |
| Photocopying/Printing - Outside Vendor | $160.22 |
| Photocopying/Printing | $247.56 |
| Postage | $0.24 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Record Retrieval | $0.00 |
| Travel Expense | $6.01 |
| **Total:** | **$1,486.79** |

## EFIH - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $6.08 |
| Business Meals | $411.58 |
| Conference Calling | $41.91 |
| Court Reporter Services | $0.00 |
| Document Retrieval | $13.48 |
| Electronic Legal Research | $5.07 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Costs | $3.42 |
| Long distance Telephone Charges | $6.31 |
| Messenger and Delivery Service | $22.32 |
| Overtime | $101.90 |
| Photocopying/Printing - Outside Vendor | $90.79 |
| Photocopying/Printing | $140.29 |
| Postage | $0.12 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Record Retrieval | $0.00 |
| Travel Expense | $3.41 |
| **Total:** | **$846.68** |

## EFH - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $0.68 |
| Business Meals | $19.37 |
| Conference Calling | $1.97 |
| Court Reporter Services | $0.00 |
| Document Retrieval | $0.63 |
| Electronic Legal Research | $0.24 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Costs | $0.16 |
| Long distance Telephone Charges | $0.30 |
| Messenger and Delivery Service | $1.05 |
| Overtime | $4.80 |
| Photocopying/Printing - Outside Vendor | $4.26 |
| Photocopying/Printing | $6.60 |
| Postage | $0.01 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Record Retrieval | $0.00 |
| Travel Expense | $0.16 |
| **Total:** | **$40.23** |