# EXHIBIT E

## Detailed Description of Meal Expenses

| Date | Restaurant/ Provider | Meal | Number of People | Description | Average Amount Per Person | Amount |
|---|---|---|---|---|---|---|
| 8/3/2016 | Kid Shelleen's | Dinner | 1 | Working meal for RL&F team member in connection with after-hours preparation for and filing of T-Side plan supplement; merger agreement approval motion and supporting Hiltz and Ying declarations | $31.39 | $31.39 |
| 8/5/2016 | Iron Hill Brewery | Dinner | 1 | Working meal for RL&F team member in connection with after-hours preparation for filing of third amended plan and related pleadings for E-Side | $14.69 | $14.69 |
| 8/12/2016 | W.B. Mason Co., Inc. | Drinks/ Snacks | 30 | Refreshments for visiting co-counsel, client representatives and other estate professionals in connection with T-Side confirmation trial preparations | $7.21 | $216.44 |
| 8/12/2016 | Kid Shelleen's | Dinner | 1 | Working meal for RL&F team member in connection with after-hours preparation for filing of notice of filing of scheduling order and revised stipulated final pre-trial order in connection with T-Side plan confirmation hearing | $63.31 | $63.31 |
| 8/14/2016 | Urban Café | Lunch | 16 | Working meal for visiting co-counsel, client representatives and other estate professionals in connection with 8/15/16 hearing preparations | $33.29 | $532.62 |
| 8/14/2016 | Urban Café | Dinner | 16 | Working meal for visiting co-counsel, client representatives and other estate professionals in connection with 8/15/16 hearing preparations | $37.31 | $597.00 |
| 8/15/2016 | Urban Café | Breakfast | 30 | Working meal for visiting co-counsel, client representatives and other estate professionals in connection with 8/15/16 hearing | $25.83 | $775.00 |

| Date | Vendor | Meal | # | Description | Unit | Total |
|---|---|---|---|---|---|---|
| 8/15/2016 | Urban Café | Lunch | 30 | Working meal for visiting co-counsel, client representatives and other estate professionals in connection with 8/15/16 hearing | $14.82 | $444.70 |
| 8/15/2016 | Urban Café | Dinner | 30 | Working meal for visiting co-counsel, client representatives and other estate professionals in connection with preparing for T-Side confirmation trial | $35.00 | $1,050.00 |
| 8/15/2016 | W.B. Mason Co., Inc. | Snacks | 10 | Snacks for visiting co-counsel, client representatives and other estate professionals in connection with T-Side confirmation trial | $0.79 | $7.85 |
| 8/15/2016 | Chelsea Tavern | Dinner | 1 | Working meal for RL&F team member in connection with after-hours preparation for filing of 8/16/16 amended agenda, memorandum of law in support of confirmation of third amended plan for T-Side and Esser declaration in support of same | $14.42 | $14.42 |
| 8/16/2016 | Urban Café | Breakfast | 30 | Working meal for visiting co-counsel, client representatives and other estate professionals in connection with T-Side confirmation trial | $32.83 | $985.00 |
| 8/16/2016 | Urban Café | Lunch | 30 | Working meal for visiting co-counsel, client representatives and other estate professionals in connection with T-Side confirmation trial | $16.82 | $504.70 |
| 8/16/2016 | Urban Café | Dinner | 30 | Working meal for visiting co-counsel, client representatives and other estate professionals in connection with T-Side confirmation trial | $37.67 | $1,130.00 |
| 8/17/2016 | Urban Café | Breakfast | 30 | Working meal for visiting co-counsel, client representatives and other estate professionals in connection with T-Side confirmation trial | $28.83 | $865.00 |
| 8/17/2016 | Urban Café | Lunch | 30 | Working meal for visiting co-counsel, client representatives and other estate professionals in connection with T-Side confirmation trial | $16.82 | $504.70 |

| Date | Location | Meal | # | Description | Per Person | Total |
|---|---|---|---|---|---|---|
| 8/17/2016 | Urban Café | Dinner | 30 | Working meal for visiting co-counsel, client representatives and other estate professionals in connection with T-Side confirmation trial | $33.67 | $1,010.00 |
| 8/18/2016 | Urban Café | Breakfast | 30 | Working meal for visiting co-counsel, client representatives and other estate professionals in connection with T-Side confirmation trial | $28.83 | $865.00 |
| 8/18/2016 | Urban Café | Lunch | 30 | Working meal for visiting co-counsel, client representatives and other estate professionals in connection with T-Side confirmation trial | $33.67 | $1,010.00 |
| 8/18/2016 | Urban Café | Dinner | 30 | Working meal for visiting co-counsel, client representatives and other estate professionals in connection with T-Side confirmation trial | $33.67 | $1,010.00 |
| 8/19/2016 | Rodney Grille | Snacks | 30 | Snacks for visiting co-counsel, client representatives and other estate professionals in connection with T-Side confirmation trial | $8.70 | $261.09 |
| 8/19/2016 | Urban Café | Breakfast | 30 | Working meal for visiting co-counsel, client representatives and other estate professionals in connection with T-Side confirmation trial | $28.83 | $865.00 |
| 8/19/2016 | Cosi | Lunch | 30 | Working meal for visiting co-counsel, client representatives and other estate professionals in connection with T-Side confirmation trial | $18.83 | $565.00 |
| 8/19/2016 | Caffè Gelato | Dinner | 30 | Working meal for visiting co-counsel, client representatives and other estate professionals in connection with T-Side confirmation trial | $16.23 | $487.00 |
| 8/20/2016 | Qdoba | Lunch | 30 | Working meal for visiting co-counsel, client representatives and other estate professionals in connection with T-Side confirmation trial | $14.17 | $425.00 |
| 8/20/2016 | Urban Café | Dinner | 15 | Working meal for visiting co-counsel, client representatives and other estate professionals in connection with T-Side confirmation trial | $29.00 | $435.00 |

RLF1 15273873v.1

| Date | Vendor | Meal | Count | Description | Unit | Total |
|---|---|---|---|---|---|---|
| 8/21/2016 | Urban Café | Breakfast | 30 | Working meal for visiting co-counsel, client representatives and other estate professionals in connection with T-Side confirmation trial | $23.83 | $715.00 |
| 8/21/2016 | Urban Café | Lunch | 30 | Working meal for visiting co-counsel, client representatives and other estate professionals in connection with T-Side confirmation trial | $21.17 | $635.00 |
| 8/21/2016 | Urban Café | Dinner | 30 | Working meal for visiting co-counsel, client representatives and other estate professionals in connection with T-Side confirmation trial | $23.83 | $715.00 |
| 8/21/2016 | Acme | Dessert | 1 | Food for visiting co-counsel, client representatives and other estate professionals in connection with T-Side confirmation trial | $11.48 | $11.48 |
| 8/22/2016 | Urban Café | Breakfast | 30 | Working meal for visiting co-counsel, client representatives and other estate professionals in connection with T-Side confirmation trial | $28.83 | $865.00 |
| 8/22/2016 | Cavanaugh's | Lunch | 30 | Working meal for visiting co-counsel, client representatives and other estate professionals in connection with T-Side confirmation trial | $15.75 | $472.50 |
| 8/22/2016 | Movable Feast | Dinner | 30 | Working meal for visiting co-counsel, client representatives and other estate professionals in connection with T-Side confirmation trial | $43.61 | $1,308.50 |
| 8/23/2016 | Urban Café | Breakfast | 30 | Working meal for visiting co-counsel, client representatives and other estate professionals in connection with T-Side confirmation trial | $28.83 | $865.00 |
| 8/23/2016 | Purebread | Lunch | 30 | Working meal for visiting co-counsel, client representatives and other estate professionals in connection with T-Side confirmation trial | $15.10 | $453.00 |
| 8/23/2016 | Food for Thought | Dinner | 30 | Working meal for visiting co-counsel, client representatives and other estate professionals in connection with T-Side confirmation trial | $26.80 | $804.00 |

<9728-6>
<9728-6>
</9728-6>
</9728-6>

| Date | Vendor | Meal | # | Description | Unit Cost | Total |
|---|---|---|---|---|---|---|
| 8/23/2016 | Shoprite | Drinks | 30 | Refreshments for visiting co-counsel, client representatives and other estate professionals in connection with T-Side confirmation trial | $3.58 | $107.32 |
| 8/24/2016 | Urban Café | Breakfast | 30 | Working meal for visiting co-counsel, client representatives and other estate professionals in connection with T-Side confirmation trial | $32.83 | $985.00 |
| 8/24/2016 | Rodney Grille | Lunch | 30 | Working meal for visiting co-counsel, client representatives and other estate professionals in connection with T-Side confirmation trial | $15.93 | $477.90 |
| 8/24/2016 | Caffè Gelato | Dinner | 30 | Working meal for visiting co-counsel, client representatives and other estate professionals in connection with T-Side confirmation trial | $26.63 | $799.00 |
| 8/25/2016 | Urban Café | Breakfast | 30 | Working meal for visiting co-counsel, client representatives and other estate professionals in connection with T-Side confirmation trial | $5.87 | $176.00 |
| 8/25/2016 | Qdoba | Lunch | 2 | Working meal for visiting co-counsel, client representatives and other estate professionals in connection with T-Side confirmation trial | $5.20 | $10.40 |
| 8/25/2016 | Rodney Grille | Drinks | 5 | Refreshments for visiting co-counsel, client representatives and other estate professionals in connection with T-Side confirmation trial | $5.98 | $29.90 |
| 8/26/2016 | Rodney Grille | Lunch | 5 | Working meal for visiting co-counsel, client representatives and other estate professionals in connection with T-Side confirmation trial | $20.96 | $104.80 |
| 8/26/2016 | Grotto's Pizza | Dinner | 1 | Working meal for RL&F team member in connection with after-hours preparation for filing of claims objection and fee application | $6.16 | $6.16 |
| **TOTALS** | | | | | | $24,210.87 |