# Notice Recipients

District/Off: 0311–1         User: JudyF              Date Created: 10/3/2016
Case: 14–10979–CSS          Form ID: van440           Total: 49


**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

aty   Adam G. Landis      Landis Rath & Cobb LLP      919 Market Street      Suite 1800      Wilmington, DE 19801
aty   Andrea Beth Schwartz      U.S. Department of Justice – Office of the U.S. Trustee      U.S. Federal Office Building      201 Varick Street, Rm 1006      New York, NY 10065
aty   Andrew Dietderich      Sullivan & Cromwell LLP      125 Broad Street      3835      New York, NY 10004
aty   Andrew Rosenblatt      Chadbourne & Parke LLP      1301 Avenue Of The Americas      New York, NY 10019–6022
aty   Beth A. Gori      Gori, Julian and Associates, P.C.      156 North Main Street      Edwardsville, Il 62025
aty   Brett H. Miller      Morrison & Foerster LLP      250 West 55th Street      New York, NY 10019
aty   Brian Schartz      c/o Kirkland & Ellis LLP      601 Lexington Avenue      New York, NY 10022
aty   Brian D. Glueckstein      Sullivan & Cromwell LLP      125 Broad Street      New York, NY 10004
aty   Chad J. Husnick      Kirkland & Ellis, LLP      300 North LaSalle Street      Chicago, IL 60654
aty   Christopher A. Ward      Polsinelli PC      222 Delaware Avenue, Suite 1101      Wilmington, DE 19801
aty   Daniel J. DeFranceschi      Richards, Layton & Finger      One Rodney Square, P.O. Box 551      Wilmington, DE 19899
aty   Daniel K. Hogan      Hogan McDaniel      1311 Delaware Ave      Wilmington, DE 19806
aty   Edward O. Sassower      Kirkland & Ellis LLP      601 Lexington Avenue      New York, NY 10022
aty   Ethan Early      Early Lucarelli Sweeney & Meisenkothen      265 Church Street, 11th Floor      New Haven, CT 06508
aty   James Michael Peck      Schulte Roth & Zabel LLP      250 West 55th Street      New York, NY 10019
aty   Jason M. Madron      Richards, Layton & Finger, P.A.      One Rodney Square      P.O. Box 551      Wilmington, DE 19899
aty   Jeff J. Marwil      Proskauer Rose LLP      Three First National Plaza      70 W. Madison Street      Suite 3800      Chicago, IL 60602
aty   Justin K. Edelson      Polsinelli PC      222 Delaware Avenue      Suite 1101      Wilmington, DE 19801
aty   Lorenzo Marinuzzi      Morrison & Foerster LLP      250 West 55th Street      New York, NY 10019
aty   Marc Kieselstein      Kirkland & Ellis LLP      300 North LaSalle      Chicago, IL 60654
aty   Mark D. Collins      Richards, Layton & Finger, P.A.      One Rodney Square      920 North King Street      Wilmington, DE 19801
aty   Mark K. Thomas      Proskauer Rose LLP      Three First National Plaza      70 W. Madison Street      Suite 3800      Chicago, IL 60602
aty   Matthew B. McGuire      Landis Rath & Cobb LLP      P.O. Box 2087      919 Market Street, Suite 1800      Wilmington, DE 19899
aty   Matthew B. McGuire      Landis Rath & Cobb LLP      P.O. Box 2087      919 Market Street, Suite 1800      Wilmington, DE 19899
aty   Michael A. Paskin      Cravath, Swaine & Moore LLP      Worldwide Plaza      825 Eighth Avenue      New York, NY 10019–7475
aty   Natalie D. Ramsey      Montgomery, McCracken, Walker & Rhoads      1105 North Market Street      15th Floor      Wilmington, DE 19801
aty   Natalie D. Ramsey      Montgomery, McCracken, Walker & Rhoads      1105 North Market Street      15th Floor      Wilmington, DE 19801
aty   Richard L. Schepacarter      Office of the United States Trustee      U. S. Department of Justice      844 King Street, Suite 2207      Lockbox #35      Wilmington, DE 19801
aty   Robert J. Giuffra, Jr.      Sullivan & Cromwell LLP      125 Broad Street      New York, NY 10004
aty   Seth Goldman      Munger Tolles & Olson LLP      355 South Grand Avenue      35th Floor      Los Angeles, CA 90071
aty   Shanti M. Katona      Polsinelli PC      222 Delaware Avenue      Suite 1101      Wilmington, DE 19801
aty   Stephen E. Hessler      Kirkland & Ellis LLP      601 Lexington Avenue      New York, NY 10022
aty   Steven Kazan      Kazan McClain Satterley & Greenwood      Jack London Market      55 Harrison Street      Suite 400      Oakland, CA 94607
aty   Steven L. Holley      Sullivan & Cromwell LLP      125 Broad Street      New York, NY 10004
aty   Steven N. Serajeddini      Kirkland & Ellis LLP      300 North LaSalle      Chicago, IL 60654
aty   Thomas B. Walper      Munger Tolles & Olson LLP      355 South Grand Avenue      35 Floor      Los Angeles, CA 90071
aty   Trevor M Broad      Cravath, Swaine and Moore LLP      Worldwide Plaza      825 Eighth Avenue      New York, NY 10019–7475
      Richard L. Schepacarter      J. Caleb Boggs Federal Building      Wilmington, DE 19801
      Andrea B. Schwartz      J. Caleb Boggs Federal Building      844 N. King Street      Room 2207, Lockbox 35      Wilmington, DE 19801
      James H.M. Sprayregen, P.C.      300 North LaSalle      Chicago, IL 60654
      David M. Klauder      901 N. Market Street      Suite 1000      Wilmington, DE 19801
      Shannon J. Dougherty      901 N. Market Street      Suite 1000      Wilmington, DE 19801
      Peter J. Young      Three First National Plaza      70 W. Madison Street, Suite 3800      Chicago, IL 60602
      Joseph H. Huston, Jr.      1105 N. Market Street      Suite 700      Wilmington, DE 19801
      Richard Levin      919 Third Avenue      New York, NY 10022–3908
      David P. Primack      300 Delaware Avenue      Suite 770      Wilmington, DE 19801
      Mark B. Sheppard      1105 N. Market Street      15th Floor      Wilmington, DE 19801
      Mark A. Fink      1105 N. Market Street      15th Floor      Wilmington, DE 19801
      Howard Seife      1301 Avenue of the Americas      New Yori, NY 10019–6022

TOTAL: 49