UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

**Case Number:**  14-10979(CSS)              BK ◉ AP ○

If AP, related BK case number:

**Title of Order Appealed:**  (A) Authorizing Entry Into Merger Agreement (B) Approving The Termination Fee, And
(C) Authorizing Entry Into And Performance Under Plan Support Agreement.

**Docket #:** 9584              **Date Entered:** 9/19/2016

Item Transmitted:

| | | | | |
|---|---|---|---|---|
| ✓ | **Notice of Appeal** | **Docket #:** 9719 | **Date Filed:** | 9/30/2016 |
| ☐ | **Amended Notice of Appeal** | **Docket #:** | **Date Filed:** | |
| ☐ | **Cross Appeal** | **Docket #:** | **Date Filed:** | |
| ☐ | **Motion for Leave to Appeal** | **Docket #:** | **Date Filed:** | |
| ☐ | **Request for Certification of Direct Appeal** | **Docket #:** | **Date Filed:** | |

**Appellant/Cross Appellant:**                    **Appellee/Cross Appellee**

Shirley Fenicle, et al                    Energy Future Holdings Corp., et al

**Counsel for Appellant/Cross Appellant:**              **Counsel for Appellee/Cross Appellee:**

Daniel K. Hogan, Esq., et al                  Jason M. Madron, Esq., et al

| | | | |
|---|---|---|---|
| **Filing fee paid?** | Yes ◉ | No ○ |
| **IFP application filed by applicant?** | Yes ○ | No ◉ |
| **Have additional appeals of the same order been filed?** | Yes ○ | No ◉ |
| **\*If Yes, has District Court assigned a Civil Action Number?** | Yes ○ | No ◉ |
| **Civil Action Number:** | | |

*(continued on next page)*

**Notes:**   See attachment for additional counsel and addresses.

*I hereby certify that all designated items are available electronically through CM/ECF.*

                                          Judy Fisher
**Date:** 10/3/2016                **by:**_____
                                        **Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number:   16-47

| | Party | Attorney |
|---|---|---|
| 1. | Appellants Shirley Fenicle, individually and as successor-in-interest to the Estate of George Fenicle, David William Fahy, and John H. Jones | HOGAN♦McDANIEL<br>Daniel K. Hogan (DE Bar No. 2814)<br>1311 Delaware Avenue<br>Wilmington, Delaware 19806<br>Telephone: (302) 656-7540<br>Facsimile: (302) 656-7599<br>dkhogan@dkhogan.com |
| 2. | Appellant Shirley Fenicle, individually and as successor-in-interest to the Estate of George Fenicle, | KAZAN McCLAIN SATTERLEY & GREENWOOD<br>A Professional Law Corporation<br>Steven Kazan (CA Bar # 46855)<br>Jack London Market<br>55 Harrison Street, Suite 400<br>Oakland, CA 94607<br>Telephone: (510) 302-1000<br>Facsimile: (510) 835-4913 |
| 3. | Appellant David William Fahy | EARLY LUCARELLI SWEENEY & MEISENKOTHEN<br>Ethan Early (CT Juris # 417930)<br>One Century Tower<br>265 Church Street, 11th Floor<br>New Haven, CT 06508-1866<br>Telephone: (203) 777-7799<br>Facsimile: (203) 785-1671 |
| 4. | Appellant John H. Jones | GORI JULIAN & ASSOCIATES, P.C.<br>Beth Gori<br>156 North Main Street<br>Edwardsville, IL 62025<br>Telephone: (618) 659-9833<br>Facsimile: (618) 659-9834 |

| | Party | Attorney |
|---|---|---|
| 5. | Andrew R. Vara, Acting United States Trustee | U.S. DEPARTMENT OF JUSTICE<br>OFFICE OF THE U.S. TRUSTEE<br>Richard L. Schepacarter<br>Andrea B. Schwartz<br>J. Caleb Boggs Federal Building<br>844 N. King Street, Room 2207, Lockbox 35<br>Wilmington, DE 19801<br>Telephone: (302) 573-6491<br>Facsimile: (302) 573-6497<br>Email: Richard.Schepacarter@usdoj.gov<br>        Andrea.B.Schwartz@usdoj.gov |
| 6. | Debtors and Debtors in Possession | RICHARDS, LAYTON & FINGER, P.A.<br>Mark D. Collins (DE Bar No. 2981)<br>Daniel J. DeFranceschi (DE Bar No. 2732)<br>Jason M. Madron (DE Bar No. 4431)<br>920 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701<br>Email: collins@rlf.com<br>        defranceschi@rlf.com<br>        madron@rlf.com<br><br>-and-<br><br>KIRKLAND & ELLIS LLP<br>KIRKLAND & ELLIS INTERNATIONAL LLP<br>Edward O. Sassower, P.C.<br>Stephen E. Hessler<br>Brian E. Schartz<br>601 Lexington Avenue<br>New York, NY 10022-4611<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br>Email: edward.sassower@kirkland.com<br>        stephen.hessler@kirkland.com<br>        brian.schartz@kirkland.com<br><br><br>-and- |

| | | Party | Attorney |
|---|---|---|---|
| | | | James H.M. Sprayregen, P.C.<br>Marc Kieselstein, P.C.<br>Chad J. Husnick<br>Steven N. Serajeddini<br>300 North LaSalle<br>Chicago, IL 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br>Email: james.sprayregen@kirkland.com<br>    marc.kieselstein@kirkland.com<br>    chad.husnick@kirkland.com<br>    steven.serajeddini@kirkland.com |
| 7. | | Energy Future Holdings Corp. | O'KELLY ERNST & BIELLI, LLC<br>David M. Klauder (DE Bar No. 5769)<br>Shannon J. Dougherty (DE Bar No. 5740)<br>901 N. Market Street, Suite 1000<br>Wilmington, DE 19801<br>Telephone: (302) 778-4000<br>Facsimile: (302) 295-2873<br>Email: dklauder@oeblegal.com<br>    sdougherty@oeblegal.com<br>-and-<br><br>PROSKAUER ROSE LLP<br>Jeff J. Marwil<br>Mark K. Thomas<br>Peter J. Young<br>Three First National Plaza<br>70 W. Madison Street, Suite 3800<br>Chicago, IL 60602<br>Telephone: (312) 962-3550<br>Facsimile: (312) 962-3551<br>Email: jmarwil@proskauer.com<br>    mthomas@proskauer.com<br>    pyoung@proskauer.com |

|   | Party | Attorney |
|---|---|---|
| 8. | Energy Future Intermediate Holding Company LLC | STEVENS & LEE, P.C.<br>Joseph H. Huston, Jr. (DE Bar No. 4035)<br>1105 North Market Street, Suite 700<br>Wilmington, DE 19801<br>Telephone: (302) 425-3310<br>Facsimile: (610) 371-7927<br>Email: jhh@stevenslee.com<br><br>-and-<br><br>CRAVATH, SWAINE AND MOORE LLP<br>Michael A. Paskin<br>Trevor M. Broad<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY 10019-7475<br>Telephone: (212) 474-1760<br>Facsimile: (212) 474-3700<br>Email: mpaskin@cravath.com<br>          tbroad@cravath.com<br><br>-and-<br><br>JENNER & BLOCK<br>Richard Levin<br>919 Third Avenue<br>New York, NY 10022-3908<br>Telephone: (212) 891-1601<br>Facsimile: (212) 891-1699<br>Email: rlevin@jenner.com |
| 9. | TCEH Debtors | MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP<br>David P. Primack (DE Bar No. 4449)<br>300 Delaware Avenue, Suite 770<br>Wilmington, DE 19801<br>Telephone: (302) 300-4515<br>Facsimile: (302) 654-4031<br>Email: dprimack@mdmc-law.com<br><br>-and- |

| | | Party | Attorney |
|---|---|---|---|
| | | | MUNGER, TOLLES & OLSON LLP<br>Thomas B. Walper<br>Seth Goldman<br>355 South Grand Avenue, 35th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 683-9100<br>Facsimile: (213) 683-4022<br>Email: Thomas.Walper@mto.com<br>Seth.Goldman@mto.com |
| 10. | | TCEH Official Committee | MORRISON & FOERSTER LLP<br>James M. Peck<br>Brett H. Miller<br>Lorenzo Marinuzzi<br>Todd M. Goren<br>250 West 55th Street<br>New York, New York 10019-9601<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900<br>Email: jpeck@mofo.com<br>brettmiller@mofo.com<br>lmarinuzzi@mofo.com<br>tgoren@mofo.com<br><br>-and-<br><br>POLSINELLI PC<br>Christopher A. Ward (DE Bar No. 3877)<br>Justin K. Edelson (DE Bar No. 5002)<br>Shanti M. Katona (DE Bar No. 5352)<br>222 Delaware Avenue, Suite 1101<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-0920<br>Facsimile: (302) 252-0921<br>Email: cward@polsinelli.com<br>jedelson@polsinelli.com<br>skatona@polsinelli.com |

|  | Party | Attorney |
|---|---|---|
| 11. | The Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc. | MONTGOMERY McCRACKEN WALKER & RHOADS, LLP<br>Natalie D. Ramsey (DE Bar No. 5378)<br>Mark B. Sheppard Mark A. Fink (DE Bar No. 3946)<br>1105 North Market Street, 15th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 504-7800<br>Facsimile: (302) 504 -7820<br>E-mail: nramsey@mmwr.com<br>      msheppard@mmwr.com<br>      mfink@mmwr.com<br><br>-and-<br><br>SULLIVAN & CROMWELL LLP<br>Andrew G. Dietderich<br>Steven L. Holley<br>Robert J. Giuffra, Jr.<br>Brian D. Glueckstein<br>125 Broad Street<br>New York, New York 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>      holleys@sullcrom.com<br>      giuffrar@sullcrom.com<br>      gluecksteinb@sullcrom.com |
| 12. | NextEra Energy, Inc. and NextEra Energy Capital Holdings, Inc. | CHADBOURNE & PARKE LLP<br>Howard Seife<br>Andrew Rosenblatt<br>1301 Avenue of the Americas<br>New York, New York 10019-6022<br>Telephone : (212) 408-5 1 00<br>Facsimile: (212) 408-5369<br>Email : hseife@chadbourne.com<br>      arosenblatt@chadbourne.com<br><br>-and-<br><br>LANDIS RATH & COBB LLP<br>Adam G. Landis (DE Bar No. 3407)<br>Matthew B. McGuire (DE Bar No. 4366)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware I 980 I |