IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | : | Case No. 14-10979-CSS |
| | : | |
| Debtors. | : | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Simon E. Fraser, hereby certify that on September 30, 2016, I caused a true and correct copy of the *Undertaking for TCEH First Lien Creditor Plan Distribution Allocation Dispute* [Docket No. 9722] to be served upon the parties on the attached service list in the manner indicated.

Dated: October 3, 2016

COZEN O'CONNOR

/s/ *Simon E. Fraser*
Simon E. Fraser (No. 5335)
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
Telephone: (302) 295-2000
Email: sfraser@cozen.com

*Counsel for Intervenor-Defendant*
*J. Aron & Company*

***Electronic Mail & Hand Delivery***
Neil B. Glassman, Esq.
GianClaudio Finizio, Esq.
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Ashley R. Altschuler, Esq.
R. Craig Martin, Esq.
Scott Czerwonka, Esq.
DLA Piper LLP (US)
1201 North Market Street, Suite 2100
Wilmington, DE 19801

Daniel J. DeFranceschi, Esq.
Jason Madron, Esq.
Richards Layton & Finger
One Rodney Square
Wilmington, DE 19801

Joseph H. Huston, Jr., Esq.
Stevens & Lee
1105 North Market Street, 7th Floor
Wilmington, DE 19801

Bradley R. Aronstam, Esq.
Benjamin J. Schladweiler, Esq.
Ross Aronstam &Moritz LLP
100 S. West Street, Suite 400
Wilmington, DE 19801

***Hand Delivery***
Ryan Bartley, Esq.
Young Conaway Stargatt & Taylor
1000 N. King Street
Wilmington, DE 19801

Michael David Debaecke, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

Christopher A. Ward, Esq.
Justin K. Edelson, Esq.
Shanti M. Katona, Esq.
Jarrett Vine, Esq.
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801

***Electronic Mail & First Class Mail***
Jeremy C. Hollembeak, Esq.
Kobre & Kim LLP
800 Third Avenue
New York, NY 10022

Thomas J. Curtin, Esq.
Ellen M. Halstead, Esq.
Howard R. Hawkins, Jr., Esq.
Michele Maman, Esq.
Cadwalader Wickersham & Taft LLP
One World Financial Center
New York, NY 10291

Mark C. Ellenberg, Esq.
Cadwalader Wickersham & Taft LLP
700 Sixth Street, N.W.
Washington, DC 20001

Daniel S. Shamah, Esq
O'Melveny & Myers LLP
7 Times Square
Times Square Tower
New York, NY 10036

Mark D. Kotwick, Esq.
Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004

Peter Friedman, Esq.
O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006

Salvatore A. Romanello, Esq.
Ronit J. Berkovich, Esq.
Katherine Doorley, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

David R. Singh
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065

*First Class Mail*
Brett H. Miller, Esq.
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019

James Michael Peck, Esq.
Todd M. Goren, Esq.
Schulte Roth & Zabel LLP
250 West 55th Street
New York, NY 10019

*Electronic Mail*
Marc Kieselstein, Esq.
Chad Husnick, Esq.
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654

Brian S. Hermann, Esq.
Jacob A. Adlerstein, Esq.
Alexia D. Korberg, Esq.
Emily E. Geier, Esq.
Robert A. Killip, Esq.
Blake Clardy, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064

Andrew Sorkin, Esq.
O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006

LEGAL\28218783\1

Michele Maman, Esq.
Thomas J. Curtin, Esq.
Cadwalader, Wickersham & Taft LLP
200 Liberty Street
New York, NY 10281