## EXHIBIT A

### Statement of Fees and Expenses By Subject Matter

2

## COMPENSATION BY SUBJECT MATTER[1]
## AUGUST 1, 2016 THROUGH AUGUST 31, 2016

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 4 | General Environmental Matters | 135.00 | $57,633.00 |
| 7 | EPA NSR Litigation | 227.80 | $83,024.50 |
| 8 | EGU MACT | 7.10 | $2,584.50 |
| 9 | Texas PM2.5 Interstate Transport Rule | 2.20 | $1,155.00 |
| 11 | EPA Regional Haze Rulemaking | 238.90 | $84,048.00 |
| 17 | Regional Haze Section 114 Request | 14.20 | $4,675.00 |
| 18 | EPA Affirmative Defense Litigation | 29.30 | $12,905.50 |
| 19 | EPA Existing Source GHG Rules | 6.80 | $2,817.00 |
| 21 | Bankruptcy Application and Retention | 36.10 | $9,040.50 |
| 24 | La Frontera Gas Contracts | 5.00 | $1,970.50 |
| 25 | SO2 NAAQS | 0.40 | $210.00 |
| 26 | Market Regulatory Advice | 0 | $0.00 |
| 27 | EPA New Source GHG Rules | 3.90 | $1,559.50 |
| 28 | FERC Issues | 9.40 | $3,881.50 |
| **Totals:** | | **716.10** | **$265,504.50** |

---

[1]  The work performed and expenses incurred by Balch during the compensation period were entirely on behalf of Texas Competitive Electric Holdings Company, LLC and its debtor subsidiaries.

RLF1 15295964v.1

**EXPENSE SUMMARY**
**AUGUST 1, 2016 THROUGH AUGUST 31, 2016**

| Expense Category | Amount |
|---|---|
| Airfare | $2,638.50 |
| In-house Copying  -  Standard Copies or Prints | $2.10 |
| Telephone Charges | $7.40 |
| Transportation to/from airport | $245.29 |
| Transportation | $7.00 |
| Travel Meals | $836.08 |
| Other Travel Expenses | $208.90 |
| Travel Expenses – Lodging | $2,888.88 |
| Working Meals | $60.41 |
| **Total Expenses Sought:** | **$6,984.56** |

3