## EXHIBIT B

**Attorneys and Paraprofessionals' Information**

The Balch attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Thomas L. Casey | Partner | 2003 | Environmental | $395.00 | 12.10 | $4,779.50 |
| Thomas DeLawrence | Partner | 2006 | Environmental | $330.00 | 65.80 | $21,714.00 |
| P. Stephen Gidiere | Partner | 1996 | Environmental | $525.00 | 195.10 | $102,427.50 |
| Scott B. Grover | Partner | 2001 | Energy | $450.00 | 3.70 | $1,665.00 |
| Ed R. Haden | Partner | 1993 | Litigation | $475.00 | 2.80 | $1,330.00 |
| Lyle Larson | Partner | 1991 | Energy | $520.00 | 6.10 | $3,172.00 |
| C. Grady Moore | Partner | 1992 | Environmental | $525.00 | 53.90 | $28,297.50 |
| Julia Barber | Associate | 2014 | Environmental | $245.00 | 58.00 | $14,210.00 |
| Ellen Burgin | Associate | 2013 | Environmental | $240.00 | 16.20 | $3,888.00 |
| Alan Lovett | Associate | 2013 | Energy | $235.00 | 1.30 | $305.50 |
| David Mitchell | Associate | 2009 | Environmental | $300.00 | 192.60 | $57,780.00 |
| J. Patrick Runge | Associate | 2008 | Environmental | $280.00 | 14.30 | $4,004.00 |
| Amy Benschoter | Staff Attorney | 2005 | Environmental | $230.00 | 81.90 | $18,837.00 |
| Tal Simpson | Staff Attorney | 2011 | Environmental | $265.00 | 9.00 | $2,385.00 |
| | | | | | **712.80** | **$264,795.00** |

The paraprofessionals of Balch who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Ezell, Lisa R. | Paralegal | 25 | Bankruptcy | $215.00 | 3.30 | $709.50 |
| | | | | | **3.30** | **$709.50** |

**Total Fees Requested**                **$265,504.50**

2