## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

**EXPENSE SUMMARY**
**AUGUST 1, 2016 THROUGH AUGUST 31, 2016**

| Expense Category | Amount |
|---|---|
| Airfare | $2,638.50 |
| In-house Copying  -  Standard Copies or Prints | $2.10 |
| Telephone Charges | $7.40 |
| Transportation to/from airport | $245.29 |
| Transportation | $7.00 |
| Travel Meals | $836.08 |
| Other Travel Expenses | $208.90 |
| Travel Expenses – Lodging | $2,888.88 |
| Working Meals | $60.41 |
| **Total Expenses Sought:** | **$6,984.56** |

2