# EXHIBIT D

**Detailed Description of Expenses and Disbursements**

## DETAILED EXPENSE SUMMARY
## AUGUST 1, 2016 THROUGH AUGUST 31, 2016

| Invoice Number | Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 706765 | 004 | 8/2/16 | P. Stephen Gidiere | Telephone Charges | | | $4.20 | Conference Call |
| 706765 | 004 | 8/3/16 | P. Stephen Gidiere | Telephone Charges | | | $0.20[1] | Long Distance |
| 706765 | 004 | 8/4/16 | P. Stephen Gidiere | Telephone Charges | | | $0.80 | Long Distance |
| 706765 | 004 | 8/9/16 | P. Stephen Gidiere | Airfare | | | $370.98 | Airfare from Birmingham, AL to Baltimore, MD |
| 706765 | 004 | 8/09/16 | C. Grady Moore | Airfare | | | $25.00 | Required airline baggage fee |
| 706765 | 004 | 8/9/16 | P. Stephen Gidiere | Telephone Charges | | | $1.30 | Conference Call |
| 706765 | 004 | 8/9/16 | P. Stephen Gidiere | Telephone Charges | | | $1.30 | Long Distance |
| 706765 | 004 | 8/9/16 | C. Grady Moore | Transportation | | | $7.00 | Cab fare from hotel to client meeting |
| 706765 | 004 | 8/9/16 | P. Stephen Gidiere | Transportation to/from Airport | | | $2.16 | Travel to Birmingham Airport |
| 706765 | 004 | 8/9/16 | P. Stephen Gidiere | Transportation to/from Airport | | | $112.87[2] | Cab fare from airport to hotel |
| 706765 | 004 | 8/9/16 | P. Stephen Gidiere | Travel Meals | | | $97.80[3] | Dinner (2 people) |
| 706765 | 004 | 8/9/16 | P. Stephen Gidiere | Travel Meals | | | $28.02 | Lunch (1 person) |
| 706765 | 004 | 8/9/16 | C. Grady Moore | Travel Meals | | | $71.40 | Dinner (2 people) |
| 706765 | 004 | 8/10/16 | C. Grady Moore | Travel Expenses – Lodging | | | $835.86 | Lodging in Washington, DC (2 nights) |
| 706765 | 004 | 8/10/16 | P. Stephen Gidiere | Travel Meals | | | $290.94[4] | Dinner (4 people) |
| 706765 | 004 | 8/10/16 | C. Grady Moore | Travel Meals | | | $42.96[5] | Breakfast (1 person) |

---

[1] Italicized entries for Telephone Charges represent those calls which cannot be classified as multi-party conference calls. A total of $2.70 in telephone charges is not reimbursable.

[2] Pursuant to the Fee Committee's memorandum dated June 9, 2015, ground transportation for travel to or from airports is capped at $75.00. Therefore, $37.87 is not reimbursable.

[3] Pursuant to the Fee Committee's initial memorandum, dated October 3, 2014, meals are capped at $40.00 per person, per meal. Therefore, $17.80 is not reimbursable.

[4] Pursuant to the Fee Committee's initial memorandum, dated October 3, 2014, meals are capped at $40.00 per person, per meal. Therefore, $130.94 is not reimbursable.

| Invoice Number | Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 706765 | 004 | 8/10/16 | David Mitchell | Working Meals | | | $60.41 | Working lunch (5 people) |
| 706765 | 004 | 8/11/16 | P. Stephen Gidiere | Airfare | | | $830.60 | Airfare from Washington DC to Birmingham, AL |
| 706765 | 004 | 8/11/16 | C. Grady Moore | Airfare | | | $25.00 | Required airline baggage fee |
| 706765 | 004 | 8/11/16 | *P. Stephen Gidiere* | *Other Travel Expenses* | | | *$2.00[6]* | *Baggage handling tip* |
| 706765 | 004 | 8/11/16 | P. Stephen Gidiere | Other Travel Expenses | | | $54.00 | Airport Parking |
| 706765 | 004 | 8/11/16 | P. Stephen Gidiere | Other Travel Expenses | | | $15.95 | In-flight Wi-Fi service |
| 706765 | 004 | 8/11/16 | C. Grady Moore | Other Travel Expenses | | | $50.00 | Airport Parking |
| 706765 | 004 | 8/11/16 | *C. Grady Moore* | *Other Travel Expenses* | | | *$6.00[7]* | *Baggage handling tips* |
| 706765 | 004 | 8/11/16 | P. Stephen Gidiere | Transportation to/from Airport | | | $2.16 | Travel from Birmingham Airport |
| 706765 | 004 | 8/11/16 | P. Stephen Gidiere | Transportation to/from Airport | | | $35.97 | Cab fare from hotel to airport |
| 706765 | 004 | 8/11/16 | C. Grady Moore | Transportation to/from Airport | | | $30.00 | Cab fare from hotel to airport |
| 706765 | 004 | 8/11/16 | *P. Stephen Gidiere* | *Travel Expenses - Lodging* | | | *$1,030.50[8]* | *Lodging in Washington, DC (2 nights)* |
| 706765 | 004 | 8/11/16 | *P. Stephen Gidiere* | *Travel Meals* | | | *$53.63[9]* | *Dinner (1 person)* |
| 706765 | 004 | 8/11/16 | P. Stephen Gidiere | Travel Meals | | | $91.45 | Lunch (5 people) |
| 706765 | 004 | 8/11/16 | P. Stephen Gidiere | Travel Meals | | | $40.00 | Breakfast (1 person) |
| 706766 | 007 | 7/22/16 | *C. Grady Moore* | *Telephone Charges* | | | *$0.20* | *Long Distance* |

---

[5] Pursuant to the Fee Committee's initial memorandum, dated October 3, 2014, meals are capped at $40.00 per person, per meal. Therefore, $2.96 is not reimbursable.

[6] Pursuant to correspondence from the Fee Committee, baggage fees and tips are not reimbursable. Therefore, $2.50 has been deducted.

[7] Pursuant to correspondence from the Fee Committee, baggage fees and tips are not reimbursable. Therefore, $6.00 has been deducted.

[8] Pursuant to the Fee Committee's correspondence dated December 1, 2014, hotel rooms for this location are capped at $500.00 per night for Washington, DC. Therefore, $30.50 is not reimbursable.

[9] Pursuant to the Fee Committee's initial memorandum, dated October 3, 2014, meals are capped at $40.00 per person, per meal. Therefore, $13.63 is not reimbursable.

| Invoice Number | Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 706766 | 007 | 8/11/16 | Julia Barber | Telephone Charges | | | $0.30 | Conference Call |
| *706766* | *007* | *8/18/16* | *Julia Barber* | *Telephone Charges* | | | *$0.20* | *Long Distance* |
| 706766 | 007 | 8/22/16 | Tom DeLawrence | Airfare | | | $604.96 | Roundtrip airfare from Birmingham, AL to St. Louis, MO |
| 706766 | 007 | 8/23/16 | Tom DeLawrence | Travel Meals | | | $3.55 | Breakfast (1 person) |
| 706766 | 007 | 8/23/16 | Tom DeLawrence | Travel Meals | | | $8.87 | Breakfast (1 person) |
| 706766 | 007 | 8/23/16 | Tom DeLawrence | Travel Meals | | | $7.11 | Lunch (1 person) |
| 706766 | 007 | 8/23/16 | Tom DeLawrence | Travel Meals | | | $11.25 | Dinner (1 person) |
| 706766 | 007 | 8/24/16 | Tom DeLawrence | Travel Meals | | | $6.49 | Breakfast (1 person) |
| 706766 | 007 | 8/24/16 | Tom DeLawrence | Travel Meals | | | $8.36 | Lunch (1 person) |
| 706766 | 007 | 8/24/16 | Tom DeLawrence | Travel Meals | | | $47.18 | Dinner (1 person) |
| 706766 | 007 | 8/25/16 | Tom DeLawrence | Travel Meals | | | $10.68 | Lunch (1 person) |
| 706766 | 007 | 8/25/16 | Tom DeLawrence | Travel Meals | | | $5.33 | Breakfast (1 person) |
| 706766 | 007 | 8/25/16 | Tom DeLawrence | Travel Meals | | | $85.84 | Dinner (2 people) |
| 706766 | 007 | 8/26/16 | Tom DeLawrence | Other Travel Expenses | | | $48.00 | Airport Parking |
| *706766* | *007* | *8/26/16* | *Tom DeLawrence* | *Other Travel Expenses* | | | *$20.00*[10] | *Baggage handling and service fees* |
| 706766 | 007 | 8/26/16 | Tom DeLawrence | Transportation to/from Airport | | | $40.00 | Cab fare from hotel to airport |
| 706766 | 007 | 8/26/16 | Tom DeLawrence | Travel Expenses – Lodging | | | $880.92 | Lodging in St. Louis, MO (3 nights) |
| 706766 | 007 | 8/26/16 | Tom DeLawrence | Travel Meals | | | $5.11 | Breakfast (1 person) |
| 706766 | 007 | 8/26/16 | Tom DeLawrence | Travel Meals | | | $15.82 | Lunch (1 person) |
| 706767 | 008 | 8/1/16 | Amy Benschoter | In-house Copying | $0.10 | 1 | $0.10 | Standard Copies |
| 706769 | 011 | 8/3/16 | P. Stephen Gidiere | Telephone Charges | | | $0.60 | Conference Call |
| 706769 | 011 | 8/9/16 | P. Stephen Gidiere | Telephone Charges | | | $1.00 | Conference Call |

---

[10] Pursuant to correspondence from the Fee Committee, baggage fees and tips are not reimbursable. Therefore, $20.00 has been deducted.

4

| Invoice Number | Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 706773 | 021 | 8/31/16 | Amy Benschoter | In-house Copying | $0.10 | 20 | $2.00 | Standard Copies |
| 706776 | 026 | 7/7/16 | S. Chris Still | Other Travel Expenses | | | $28.95 | Airport Parking |
| 706776 | 026 | 7/7/16 | S. Chris Still | Travel Meals | | | $33.31 | Dinner (1 person) |
| 706776 | 026 | 7/8/16 | S. Chris Still | Travel Expenses – Lodging | | | $172.10 | Lodging in Dallas, TX (1 night) |
| 706776 | 026 | 7/8/16 | S. Chris Still | Travel Meals | | | $36.31 | Breakfast (1 person) |
| 706776 | 026 | 7/25/16 | Lyle Larson | Airfare | | | $781.96 | Roundtrip airfare between Birmingham, AL and Dallas, TX |
| 706776 | 026 | 7/25/16 | Lyle Larson | Other Travel Expenses | | | $12.00 | Airport Parking |
| 706776 | 026 | 7/25/16 | Lyle Larson | Transportation to/from Airport | | | $30.00 | Cab fare from airport to client meeting |
| 706776 | 026 | 7/25/16 | Lyle Larson | Transportation to/from Airport | | | $30.00 | Cab fare from client meeting to airport |
| Total Expenses: | | | | | | | $7,158.96 | |
| *Less: Expense Adjustment*[11] | | | | | | | *$264.40* | |
| **Total Expenses Sought:** | | | | | | | **$6,894.56** | |

---

[11] Reflects actual expenses incurred during Fee Period which are not reimbursable pursuant to the Fee Committee's initial memorandum, dated October 3, 2014, and subsequent communications.

RLF1 15295964v.1