IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 14-10979 (CSS)<br>)<br>) (Jointly Administered)<br>)<br>) **Re: D.I. 9376** |

## NOTICE OF AGREED ASSUMPTION OF CONTRACT IDENTIFIED FOR REJECTION ON SECOND AMENDED PLAN SUPPLEMENT

**PLEASE TAKE NOTICE** that Luminant Energy Company LLC and Sweetwater Wind 1 LLC ("Sweetwater") are parties to that certain Renewable Energy and Renewable Energy Credits Purchase Agreement, dated June 3, 2003 (the "Sweetwater PPA").

**PLEASE TAKE FURTHER NOTICE** that, on August 24, 2016, the TCEH Debtors and the EFH Shared Services Debtors (collectively, the "TCEH Debtors") filed the *Second Amended Plan Supplement as it Relates to the TCEH Debtors and EFH Shared Services Debtors for the Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 9376] (the "Second Amended Plan Supplement").

**PLEASE TAKE FURTHER NOTICE** that Reference No. 2367 on Exhibit C to the Second Amended Plan Supplement (the "Rejection Schedule") identified the Sweetwater PPA for rejection, as of the TCEH Effective Date.

**PLEASE TAKE FURTHER NOTICE** that, on September 30, 2016, the TCEH Debtors and Sweetwater executed an amendment to the Sweetwater PPA, and the TCEH Debtors have agreed to assume the Sweetwater PPA, as amended, as of the TCEH Effective Date, notwithstanding the Rejection Schedule.

**PLEASE TAKE FURTHER NOTICE** that the TCEH Debtors have corresponded with counsel to Sweetwater regarding this matter, and counsel to Sweetwater supports filing of this notice.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 15296575v.1

Dated: October 3, 2016
       Wilmington, Delaware

/s/ Jason M. Madron

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:    (302) 651-7701
Email:        collins@rlf.com
              defranceschi@rlf.com
              madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900
Email:        edward.sassower@kirkland.com
              stephen.hessler@kirkland.com
              brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:    (312) 862-2200
Email:        james.sprayregen@kirkland.com
              marc.kieselstein@kirkland.com
              chad.husnick@kirkland.com
              steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

RLF1 15296575v.1