Case 14-10979-CSS    Doc 9741    Filed 10/03/16    Page 1 of 4

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
|  | ) **Re: D.I. 9188, 9199, 9258, 9376, 9421** |

**THIRD AMENDED AND FINAL PLAN SUPPLEMENT AS IT RELATES TO THE TCEH DEBTORS AND THE EFH SHARED SERVICES DEBTORS FOR THE THIRD AMENDED JOINT PLAN OF REORGANIZATION OF ENERGY FUTURE HOLDINGS CORP., *ET AL.,* PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE**

**PLEASE TAKE NOTICE THAT** that the TCEH Debtors and the EFH Shared Services Debtors (collectively, the "T-Side Debtors"), submit this third amended and final plan supplement (the "Final Amended Plan Supplement") in support of the *Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 9199] (as amended from time to time, the "Plan"), which was confirmed by the Bankruptcy Court on August 29, 2016 [D.I. 9421]. Capitalized terms used but not defined herein have the meanings set forth in the Plan.

**PLEASE TAKE FURTHER NOTICE** that the Final Amended Plan Supplement amends the Plan Supplement filed on August 3, 2016 [D.I. 9188] (the "August 3 Plan Supplement"), on August 11, 2016 [D.I. 9258] (the "August 11 Plan Supplement"), and on August 24, 2016 [D.I. 9376] (the "August 24 Plan Supplement" and, collectively, with the August 3 Plan Supplement and August 11 Plan Supplement, the "Amended Plan Supplements") with respect to the following documents, which documents may be further modified, amended, or supplemented from time to time by the Debtors in accordance with the Plan:[2]

- Exhibit A(i) — Certificate of Incorporation for Reorganized TCEH and Redline Against August 11 Plan Supplement

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] The exhibit references included herein relate to the exhibit references included in the August 3 Plan Supplement.

RLF1 15297945v.1

- <u>Exhibit A(ii)</u> — TCEH Bylaws and Redline Against August 3 Plan Supplement

- <u>Exhibit F</u> — Reorganized TCEH Registration Rights Agreement and Redline Against August 11 Plan Supplement

- <u>Exhibit H</u> — New Reorganized TCEH Debt Documents (Converted into Exit Financing Credit Agreement)

- <u>Exhibit I</u> — Tax Matters Agreement with Redline Against August 16 Filed Version [D.I. 9305]

- <u>Exhibit K</u> — Reorganized TCEH Shareholders' Agreement and Redline Against August 3 Plan Supplement

- <u>Exhibit L</u> — Spin-Off Tax Receivable Agreement and Spin-Off Tax Receivable Information Form with Redlines Against August 24 Plan Supplement

- <u>Exhibit M</u> — Split Participant Agreement and Redline Against August 3 Plan Supplement

- <u>Exhibit N</u> — Separation Agreement and Redline Against August 3 Plan Supplement

- <u>Exhibit O</u> — Interim TSA and Redline Against August 3 Plan Supplement

- <u>Exhibit P</u> — Closing TSA and Redline Against August 3 Version [D.I. 9190-2]

**PLEASE TAKE FURTHER NOTICE** that the documents contained in the Amended Plan Supplements, as modified by the Final Amended Plan Supplement, are integral to, part of, and incorporated by reference into the Plan and have been approved pursuant to the Confirmation Order.

**PLEASE TAKE FURTHER NOTICE** that any party wishing to obtain copies of the Plan, the Confirmation Order, the Amended Plan Supplement documents, the Final Amended Plan Supplement referred to on the attached list, or the TCEH Disclosure Statement related to the Plan may download copies from the Debtors' Notice and Claims Agent, Epiq Bankruptcy Solutions, LLC at <u>http://www.efhcaseinfo.com</u>.

Dated: October 3, 2016
     Wilmington, Delaware          */s/ Jason M. Madron*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
Email:  collins@rlf.com
     defranceschi@rlf.com
     madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900
Email:  edward.sassower@kirkland.com
     stephen.hessler@kirkland.com
     brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200
Email:  james.sprayregen@kirkland.com
     marc.kieselstein@kirkland.com
     chad.husnick@kirkland.com
     steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

**FINAL AMENDED PLAN SUPPLEMENT DOCUMENTS**

- Exhibit A(i) — Certificate of Incorporation for Reorganized TCEH and Redline Against August 11 Plan Supplement

- Exhibit A(ii) — TCEH Bylaws and Redline Against August 3 Plan Supplement

- Exhibit F — Reorganized TCEH Registration Rights Agreement and Redline Against August 11 Plan Supplement

- Exhibit H — New Reorganized TCEH Debt Documents (Converted into Exit Financing Credit Agreement)

- Exhibit I — Tax Matters Agreement with Redline Against August 16 Filed Version [D.I. 9305]

- Exhibit K — Reorganized TCEH Shareholders' Agreement and Redline Against August 3 Plan Supplement

- Exhibit L — Spin-Off Tax Receivable Agreement and Spin-Off Tax Receivable Information Form with Redlines Against August 24th Version

- Exhibit M — Split Participant Agreement and Redline Against August 3 Plan Supplement

- Exhibit N — Separation Agreement and Redline Against August 3 Plan Supplement

- Exhibit O — Interim TSA and Redline Against August 3 Plan Supplement

- Exhibit P — Closing TSA and Redline Against August 3 Version [D.I. 9190-2]

RLF1 15297945v.1