# **EXHIBIT A**

**Statement of Fees and Expenses by Subject Matter**

ny-1249605

| Project Category Number | Matter Description | Total Hours Billed | Total Fees Requested |
|---|---|---|---|
| 006 | Business Operations | 1.30 | $1,267.50 |
| 007 | Case Administration | 11.90 | $3,927.00 |
| 008 | Claims Administration and Objections | 10.40 | $8,338.50 |
| 011 | Employment and Fee Applications | 4.00 | $2,023.00 |
| 014 | Other Litigation | 0.60 | $585.00 |
| 015 | Meetings and Communications with Creditors | 14.70 | $14,194.00 |
| 016 | Non-Working Travel | 29.30 | $26,838.50 |
| 017 | Plan and Disclosure Statement | 191.80 | $194,240.50 |
| 021 | Tax | 23.70 | $22,279.50 |
| 023 | Discovery | 44.40 | $37,728.50 |
| 024 | Hearings | 130.40 | $128,698.50 |
| 032 | Time Entry Review | 1.90 | $1,692.50 |
| **Total Incurred:** | | **464.4** | **$441,813.00** |
| **Less Client Accommodation for Non-Working Travel (50% of fees incurred):** | | | **$(13,419.25)** |
| **Less Client Accommodation for Time Entry Review (100% of fees incurred):** | | | **$(1,692.50)** |
| **Total Requested:** | | | **$426,701.25** |

ny-1249605

| Service Description | Amount |
|---|---:|
| Travel | $3,442.51 |
| On-line Research - LEXIS | $787.86 |
| Business Meals | $12.30 |
| Travel Meals | $18.10 |
| CourtCall Fees | $472.00 |
| **Total Requested:** | **$4,732.77** |

ny-1249605

## **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The Morrison & Foerster attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Goren, Todd M. | Partner | 2003 | Business Restructuring & Insolvency | $975.00 | 152.70 | $148,882.50 |
| Humphreys, Thomas A. | Partner | 1977 | Tax | $1,300.00 | 6.30 | $8,190.00 |
| Miller, Brett H. | Partner | 1992 | Business Restructuring & Insolvency | $1,150.00 | 150.30 | $172,845.00 |
| Reigersman, Remmelt A. | Partner | 2007 | Tax | $925.00 | 2.90 | $2,682.50 |
| Harris, Daniel J. | Associate | 2008 | Business Restructuring & Insolvency | $775.00 | 10.30 | $7,982.50 |
| Humphrey, Nicole M. | Associate | 2013 | Tax | $450.00 | 9.00 | $4,050.00 |
| Lau, Matthew Y. | Associate | 2010 | Tax | $770.00 | 13.00 | $10,010.00 |
| Richards, Erica J. | Associate | 2007 | Business Restructuring & Insolvency | $785.00 | 97.70 | $76,694.50 |
| Molison, Stacy L. | Attorney | 2009 | Business Restructuring & Insolvency | $750.00 | 7.50 | $5,625.00 |

The paraprofessionals of Morrison & Foerster who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Guido, Laura | Senior Paralegal | 8.5 years | Business Restructuring & Insolvency | $330.00 | 14.70 | $4,851.00 |
| **Total Incurred:** | | | | | | **$441,813.00** |
| **Less Client Accommodation for Non-Working Travel (50% of fees incurred):** | | | | | | **$(13,419.25)** |
| **Less Client Accommodation for Time Entry Review (100% of fees incurred):** | | | | | | **$(1,692.50)** |
| **Total Requested:** | | | | | | **$426,701.25** |

# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

**EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

## ALL - Expense Summary

| Service Description | Amount |
|---|---:|
| Travel | $3,442.51 |
| On-line Research - LEXIS | $787.86 |
| Business Meals | $12.30 |
| Travel Meals | $18.10 |
| CourtCall Fees | $472.00 |
| **Total Requested:** | **$4,732.77** |

## **EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

# MORRISON | FOERSTER

PO BOX 742335
LOS ANGELES
CALIFORNIA 90074-2335

TELEPHONE: 415 268 7000
FACSIMILE: 415 268 7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON D.C.,
DENVER, NORTHERN VIRGINIA

TOKYO, BEIJING, SHANGHAI,
HONG KONG, SINGAPORE

LONDON, BRUSSELS, BERLIN

Paul Keglevic
Energy Future Holdings Corp.
1601 Bryan Street
Dallas, Texas  75201

**Taxpayer ID #** ▮▮▮▮▮▮
Invoice Number:  5563489
Invoice Date:  September 30, 2016

Client/Matter Number:  073697-0000001

Matter Name:  BANKRUPTCY OF ENERGY FUTURE HOLDINGS

RE:       BANKRUPTCY OF ENERGY FUTURE HOLDINGS

For Disbursements Incurred through  August 31, 2016

|  | U.S.Dollars |
|---|---:|
| Current Disbursements | 4,732.77 |
| **Total This Invoice** | **4,732.77** |

**Payment may be made by Electronic Funds transfer to the firm's account**

# MORRISON | FOERSTER

| | | |
|---|---|---|
| Matter Number: 073697-0000001 | | Invoice Number: 5563489 |
| Matter Name: BANKRUPTCY OF ENERGY FUTURE HOLDINGS | | Invoice Date: September 30, 2016 |

## Disbursement Detail

| Date | Description | Value |
|---|---|---:|
| 31-Aug-16 | On-line Research - LEXIS | 787.86 |
| 16-Aug-16 | Travel, train, B. Miller, travel to Delaware for hearing, 8/17/16 | 372.00 |
| 16-Aug-16 | Travel, exchange fee, E. Richards, travel to Delaware for hearing, 8/16/16 | 4.00 |
| 16-Aug-16 | Travel, train, E. Richards, travel to Delaware for hearing, 8/16/16 | 289.00 |
| 17-Aug-16 | Travel, train, E. Richards, travel to Delaware for hearing, 8/18/16 | 380.00 |
| 17-Aug-16 | Travel, train, E. Richards, travel to Delaware for hearing, 8/17/16 | 372.00 |
| 18-Aug-16 | Travel, exchange fee, T. Goren, travel to Delaware for hearing, 8/18/16 | 4.00 |
| 18-Aug-16 | Travel, train, T. Goren, travel to Delaware for hearing, 8/18/16 | 372.00 |
| 18-Aug-16 | Travel, parking, T. Goren, travel to Delaware for hearing, 8/18/16 | 21.00 |
| 19-Aug-16 | Travel, parking, T. Goren, travel to Delaware for hearing, 8/19/16 | 21.00 |
| 19-Aug-16 | Travel, train, E. Richards, travel to Delaware for hearing, 8/19/16 | 253.00 |
| 19-Aug-16 | Travel, train, T. Goren, travel to Delaware for hearing, 8/19/16 | 234.00 |
| 22-Aug-16 | Travel, parking, T. Goren, travel to Delaware for hearing, 8/22/16 | 21.00 |
| 23-Aug-16 | Travel, parking, T. Goren, travel to Delaware for hearing, 8/23/16 | 21.00 |
| 23-Aug-16 | Travel, train, T. Goren, travel to Delaware for hearing, 8/24/16 | 327.00 |
| 23-Aug-16 | Travel, train, T. Goren, travel to Delaware for hearing, 8/23/16 | 372.00 |
| 23-Aug-16 | Travel, exchange fee, T. Goren, travel to Delaware for hearing, 8/23/16 | 4.00 |
| 23-Aug-16 | Travel, train, T. Goren, travel to Delaware for hearing, 8/22/16 | 331.00 |
| 24-Aug-16 | Travel, taxi/car service, T. Goren, ground travel to train station, 8/24/16 | 44.51 |
| 22-Aug-16 | Court filing service, CourtCall, T. Goren, 8/15/16, hearing | 30.00 |
| 23-Aug-16 | Court filing service, CourtCall, T. Goren, 8/16/16, hearing | 44.00 |
| 26-Aug-16 | Court filing service, CourtCall, T. Goren, 8/17/16, hearing | 72.00 |
| 30-Aug-16 | Court filing service, CourtCall, E. Richards, 8/22/16, hearing | 198.00 |
| 31-Aug-16 | Court filing service, CourtCall, E. Richards, 8/24/16, hearing | 128.00 |
| 17-Aug-16 | Travel meals, E. Richards, breakfast, travel to Delaware for hearing, 8/17/16 | 6.08 |
| 17-Aug-16 | Travel meals, E. Richards, breakfast, travel to Delaware for hearing, 8/18/16 | 6.22 |
| 18-Aug-16 | Travel meals, T. Goren, breakfast, travel to Delaware for hearing, 8/18/16 | 3.83 |
| 19-Aug-16 | Travel meals, T. Goren, breakfast, travel to Delaware for hearing, 8/19/16 | 5.22 |
| 22-Aug-16 | Travel meals, T. Goren, breakfast, travel to Delaware for hearing, 8/22/16 | 3.83 |
| 23-Aug-16 | Travel meals, T. Goren, breakfast, travel to Delaware for hearing, 8/23/16 | 5.22 |
| | **Current Disbursements** | **4,732.77** |