# **EXHIBIT A**

**Statement of Fees and Expenses By Subject Matter**

**COMPENSATION BY PROJECT CATEGORY**
**FOR THE PERIOD FROM JANUARY 1, 2016 THROUGH JANUARY 31, 2016**

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| Fee Applications (30090) | 18.90 | $8,059.50 |
| Clean Air Transport Rule (10040) | 1.20 | $1,156.80 |
| Regional Haze (10050) | 8.00 | $7,564.40 |
| **TOTALS:** | **28.10** | **$16,780.70** |