## **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The Sidley attorneys who rendered professional services in these cases during the Fee Period of January 1, 2016 to January 31, 2016 are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| C. Frederick Beckner | Partner | 1997 | Litigation | $964 | 7.40 | $7,133.60 |
| Roger R. Martella | Partner | 1997 | Environmental | $882 | 1.80 | $1,587.60 |
| | | | | | | |
| Geoffrey M. King | Associate | 2009 | Bankruptcy | $780 | 2.40 | $1,872.00 |
| | | | | **Attorney Totals** | **11.60** | **$10,593.20** |

The paraprofessionals of Sidley who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| David J. Lutes | Paralegal | 29 years | Bankruptcy | $375 | 16.50 | $6,187.50 |
| | | | | **Paraprofessional Totals** | **16.50** | **$6,187.50** |

|  |  |  |
|---|---|---|
| **Total Fees Requested** | **28.10** | **$16,780.70** |