# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

## ALL - Expense Summary for
## January 1, 2016 to January 31, 2016

| Service Description | Service Providers[1] | Amount |
|---|---|---|
| Legal Support Services | | $442.50 |
| Telephone Tolls | | $1.05 |
| **Total:** | | **$443.55** |

---

[1] Sidley may use one or more service providers.  The service providers identified herein below are the primary service providers for the categories described.

RLF1 15302431v.1

2

### TCEH – Expense Summary for January 1, 2016 to January 31, 2016

| Service Description | Service Providers[1] | Amount |
|---|---|---|
| **Total:** | | **$0.00** |

---

[1] Sidley may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

**EFH - Expense Summary for January 1, 2016 to January 31, 2016**

| Service Description | Service Providers[1] | Amount |
|---|---|---|
| Legal Support Services | | $442.50 |
| Telephone Tolls | | $1.05 |
| **Total:** | | **$443.55** |

---

[1] Sidley may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

3