# EXHIBIT D

**Detailed Description of Expenses and Disbursements**

**SIDLEY AUSTIN LLP**

Invoice Number: 36057717
Energy Future Holdings Corp.

RE: Case Administration

## EXPENSE DETAIL

| Date | Type | Description | Amount |
|---|---|---|---|
| 01/09/16 | TEL | 01/08/16-Telephone Call (Non-Local) To: 12027368260 | $1.05 |
| 01/22/16 | LIT | 01/01/16-Monthly Electronic Data Storage Fee 88.50 GB @ $5.00 | 442.50 |
| | | **Total Expenses** | **$443.55** |