# EXHIBIT A

**Statement of Fees and Expenses By Subject Matter**

**COMPENSATION BY PROJECT CATEGORY**
**FOR THE PERIOD FROM FEBRUARY 1, 2016 THROUGH FEBRUARY 29, 2016**

| Matter Description | Total Hours | Total Fees |
|---|---:|---:|
| Fee Applications (30090) | 23.70 | $9,657.00 |
| Clean Air Transport Rule (10040) | .30 | $289.20 |
| Regional Haze (10050) | 11.40 | $10,907.60 |
| EFH Corporate Services Company / Parker (65892-40020) | 79.90 | $38,119.74 |
| **TOTALS:** | **115.30** | **$58,973.54** |