# **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The Sidley attorneys who rendered professional services in these cases during the Fee Period of February 1, 2016 to February 29, 2016 are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| C. Frederick Beckner | Partner | 1997 | Litigation | $964 | 10.70 | $10,314.80 |
| Michelle Hartmann | Partner | 2001 | Litigation | $925 | 5.80 | $5,365.00 |
| Roger R. Martella | Partner | 1997 | Environmental | $882 | 1.00 | $882.00 |
| Yvette Ostolaza | Partner | 1992 | Litigation | $1,100 | 3.10 | $3,410.00 |
| | | | | | | |
| Margaret H. Allen | Counsel | 2004 | Litigation | $850 | 2.40 | $2,040.00 |
| | | | | | | |
| Geoffrey M. King | Associate | 2009 | Bankruptcy | $780 | 1.90 | $1,482.00 |
| Christa G. Powers | Associate | 2014 | Litigation | $545 | 66.40 | $36,188.00 |
| | | | | **Attorney Totals** | **91.30** | **$59,681.80** |

The paraprofessionals of Sidley who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Nancy P. Cade | Paralegal | 27 years | Litigation | $320 | 2.20 | $704.00 |
| David J. Lutes | Paralegal | 29 years | Bankruptcy | $375 | 21.80 | $8,175.00 |
| | | | | **Paraprofessional Totals** | **24.00** | **$8,879.00** |
| | | | | Line item adjustment | | -$9,587.26 |
| | | | | **Total Fees Requested** | **115.30** | **$58,973.54** |