# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

RLF1 15302438v.1

## ALL - Expense Summary for
## February 1, 2016 to February 29, 2016

| Service Description | Service Providers[1] | Amount |
|---|---|---|
| Legal Support Services | | $442.50 |
| **Total:** | | **$442.50** |

---

[1] Sidley may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

2

**TCEH – Expense Summary for February 1, 2016 to February 29, 2016**

| Service Description | Service Providers[1] | Amount |
|---|---|---|
| **Total:** | | **$0.00** |

**EFH Corp. – Expense Summary for February 1, 2016 to February 29, 2016**

| Service Description | Service Providers | Amount |
|---|---|---|
| | | |
| **Total:** | | **$0.00** |

---

[1] Sidley may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

**EFH - Expense Summary for February 1, 2016 to February 29, 2016**

| Service Description | Service Providers[1] | Amount |
|---|---|---|
| Legal Support Services | | $442.50 |
| **Total:** | | **$442.50** |

---

[1] Sidley may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

3