# EXHIBIT D

**Detailed Description of Expenses and Disbursements**

**SIDLEY AUSTIN LLP**

Invoice Number: 36057719
Energy Future Holdings Corp.

RE: Case Administration

## EXPENSE DETAIL

| Date | Type | Description | Amount |
|---|---|---|---|
| 02/13/16 | LIT | 02/01/16-Monthly Electronic Data Storage Fee 88.50 GB @ $5.00 | $442.50 |
| | | **Total Expenses** | **$442.50** |