# **EXHIBIT A**

**Statement of Fees and Expenses By Subject Matter**

**COMPENSATION BY PROJECT CATEGORY**
**FOR THE PERIOD FROM MARCH 1, 2016 THROUGH MARCH 31, 2016**

| Matter Description | Total Hours | Total Fees |
|---|---:|---:|
| Fee Applications (30090) | 14.30 | $8,116.50 |
| Regional Haze (10050) | 44.30 | $32,306.40 |
| EFH Corporate Services Company / Parker (65892-40020) | 37.60 | $16,709.55 |
| **TOTALS:** | **96.20** | **$57,132.45** |