# **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The Sidley attorneys who rendered professional services in these cases during the Fee Period of March 1, 2016 to March 31, 2016 are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| C. Frederick Beckner | Partner | 1997 | Litigation | $964 | 15.40 | $14,845.60 |
| Roger R. Martella | Partner | 1997 | Environmental | $882 | .50 | $441.00 |
| Yvette Ostolaza | Partner | 1992 | Litigation | $1,100 | .50 | $550.00 |
| | | | | | | |
| Margaret H. Allen | Counsel | 2004 | Litigation | $850 | 4.10 | $3,485.00 |
| | | | | | | |
| Geoffrey M. King | Associate | 2009 | Bankruptcy | $780 | 6.80 | $5,304.00 |
| Christa G. Powers | Associate | 2014 | Litigation | $545 | 25.70 | $14,006.50 |
| Paul J. Ray | Associate | 2013 | Litigation | $599 | 28.20 | $16,891.80 |
| Joel F. Visser | Associate | 2009 | Environmental | $640 | .20 | $128.00 |
| | | | | **Attorney Totals** | **81.40** | **$55,651.90** |

The paraprofessionals of Sidley who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Nancy P. Cade | Paralegal | 27 years | Litigation | $320 | 7.30 | $2,336.00 |
| David J. Lutes | Paralegal | 29 years | Bankruptcy | $375 | 7.50 | $2,812.50 |
| | | | | **Paraprofessional Totals** | **14.80** | **$5,148.50** |
| | | | | Line item adjustment | | -$3,667.95 |
| | | | | **Total Fees Requested** | **96.20** | **$57,132.45** |