# EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

**ALL - Expense Summary for**
**March 1, 2016 to March 31, 2016**

| Service Description | Service Providers[1] | Amount |
|---|---|---|
| Duplicating | | $12.50 |
| Document Production | | $25.00 |
| Legal Support Services | | $470.71 |
| Lexis | | $37.85 |
| Westlaw | | 189.96 |
| **Total:** | | **$736.02** |

---

[1] Sidley may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

2

### TCEH – Expense Summary for March 1, 2016 to March 31, 2016

| Service Description | Service Providers | Amount |
|---|---|---|
| **Total:** | | **$0.00** |

### EFH Corporate – Expense Summary for March 1, 2016 to March 31, 2016

| Service Description | Service Providers[1] | Amount |
|---|---|---|
| Duplicating | | $12.10 |
| Document Production | | $25.00 |
| Legal Support | | $28.21 |
| Lexis | | $37.85 |
| Westlaw | | $189.96 |
| **Total:** | | **$293.12** |

---

[1] Sidley may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

**EFH - Expense Summary for March 1, 2016 to March 31, 2016**

| Service Description | Service Providers[1] | Amount |
|---|---|---|
| Duplicating | | $0.40 |
| Legal Support Services | | $442.50 |
| **Total:** | | **$442.90** |

---

[1] Sidley may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

3

RLF1 15302442v.1