## EXHIBIT D

**Detailed Description of Expenses and Disbursements**

**SIDLEY AUSTIN LLP**

Invoice Number: 36057721
Energy Future Holdings Corp.

RE: Case Administration

E X P E N S E   D E T A I L

| Date | Type | Description | Amount |
|------|------|-------------|--------|
| 03/02/16 | CPY | 03/01/16-Duplication charges Time: 11:59:00 | $0.40 |
| 03/19/16 | LIT | 03/01/16-Monthly Electronic Data Storage Fee 88.50 GB @ $5.00 | 442.50 |
| | | **Total Expenses** | **$442.90** |

**SIDLEY AUSTIN LLP**

Invoice Number: 36023384
EFH Corporate Services Company

Parker

## EXPENSE SUMMARY

| Category/Description | Amount |
|---|---:|
| Duplicating Charges | $12.10 |
| Lexis Research Service | 37.85 |
| Legal Support Services | 28.21 |
| Document Production | 25.00 |
| Westlaw Research Service | 189.96 |
| **Total** | **$293.12** |