# EXHIBIT A

**Statement of Fees and Expenses By Subject Matter**

**COMPENSATION BY PROJECT CATEGORY**
**FOR THE PERIOD FROM APRIL 1, 2016 THROUGH APRIL 30, 2016**

| Matter Description | Total Hours | Total Fees |
|---|---:|---:|
| Fee Applications (30090) | 9.00 | $5,197.50 |
| Regional Haze (10050) | 7.40 | $7,097.10 |
| EFH Corporate Services Company / Parker (65892-40020) | 57.00 | $30,766.81 |
| **TOTALS:** | **73.40** | **$43,061.41** |