# **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The Sidley attorneys who rendered professional services in these cases during the Fee Period of April 1, 2016 to April 30, 2016 are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| C. Frederick Beckner | Partner | 1997 | Litigation | $964 | 7.30 | $7,037.20 |
| Michelle Hartmann | Partner | 2001 | Litigation | $925 | 1.40 | $1,295.00 |
| Yvette Ostolaza | Partner | 1992 | Litigation | $1,100 | 3.70 | $4,070.00 |
| | | | | | | |
| Margaret H. Allen | Counsel | 2004 | Litigation | $850 | 13.50 | $11,475.00 |
| | | | | | | |
| Paul J. Ray | Associate | 2013 | Litigation | $599 | .10 | $59.90 |
| Geoffrey M. King | Associate | 2009 | Bankruptcy | $740 | 4.50 | $3,510.00 |
| Christa G. Powers | Associate | 2014 | Litigation | $545 | 37.30 | $20,328.50 |
| | | | | **Attorney Totals** | **67.80** | **$47,775.60** |

The paraprofessionals of Sidley who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Nancy P. Cade | Paralegal | 27 years | Litigation | $320 | 1.10 | $352.00 |
| David J. Lutes | Paralegal | 29 years | Bankruptcy | $375 | 4.50 | $1,687.50 |
| | | | | **Paraprofessional Totals** | **5.60** | **$2,039.50** |
| | | | | Line item adjustment | | -$6,753.69 |
| | | | | **Total Fees Requested** | **73.40** | **$43,061.41** |

RLF1 15302448v.1