# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

**ALL – Expense Summary for
April 1, 2016 to April 30, 2016**

| Service Description | Service Providers[1] | Amount |
|---|---|---|
| Duplicating | | $1.35 |
| Legal Support Services | | $442.50 |
| Search Services | | $17.70 |
| **Total:** | | **$461.55** |

---

[1] Sidley may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

RLF1 15302448v.1

2

### TCEH – Expense Summary for April 1, 2016 to April 30, 2016

| Service Description | Service Providers | Amount |
|---|---|---|
| **Total:** | | **$0.00** |

### EFH Corporate – Expense Summary for April 1, 2016 to April 30, 2016

| Service Description | Service Providers[1] | Amount |
|---|---|---|
| Duplicating | | $1.35 |
| Search Services | | $17.70 |
| **Total:** | | **$19.05** |

---

[1] Sidley may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

2

**EFH - Expense Summary for April 1, 2016 to April 30, 2016**

| Service Description | Service Providers[1] | Amount |
|---|---|---|
| Legal Support Services | | $442.50 |
| **Total:** | | **$442.50** |

---

[1] Sidley may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

3