# EXHIBIT D

**Detailed Description of Expenses and Disbursements**

**SIDLEY AUSTIN LLP**

Invoice Number: 36057735
Energy Future Holdings Corp.

RE: Case Administration

## EXPENSE DETAIL

| Date | Type | Description | Amount |
|---|---|---|---|
| 04/19/16 | LIT | 04/01/16-Monthly Electronic Data Storage Fee 88.50 GB @ $5.00 | $442.50 |
| | | **Total Expenses** | **$442.50** |

**SIDLEY AUSTIN LLP**

Invoice Number: 36032002
EFH Corporate Services Company

Parker

## EXPENSE SUMMARY

| Category/Description | Amount |
|---|---:|
| Duplicating Charges | $1.35 |
| Legal Support Services | 0.00 |
| Search Services | 17.70 |
| **Total** | **$19.05** |