# **EXHIBIT A**

**Statement of Fees and Expenses By Subject Matter**

## COMPENSATION BY PROJECT CATEGORY
## FOR THE PERIOD FROM MAY 1, 2016 THROUGH MAY 31, 2016

| Matter Description | Total Hours | Total Fees |
|---|---:|---:|
| Fee Applications (30090) | .70 | $343.50 |
| Regional Haze (10050) | 7.10 | $6,844.40 |
| EFH Corporate Services Company / Parker (65892-40020) | 26.50 | $15,564.83 |
| EFH Corporate Services Company / Corporate Governance Issues (65892-10020) | 14.65 | $10,526.19 |
| **TOTALS:** | **48.95** | **$33,278.92** |