## **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The Sidley attorneys who rendered professional services in these cases during the Fee Period of May 1, 2016 to May 31, 2016 are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| C. Frederick Beckner | Partner | 1997 | Litigation | $964 | 7.10 | $6,844.40 |
| Michelle Hartmann | Partner | 2001 | Litigation | $925 | 1.40 | $1,295.00 |
| Paige H. Montgomery | Partner | 2002 | Litigation | $875 | 8.50 | $7,437.50 |
| Yvette Ostolaza | Partner | 1992 | Litigation | $1,100 | 3.30 | $3,630.00 |
| | | | | | | |
| Margaret H. Allen | Counsel | 2004 | Litigation | $850 | 11.50 | $9,775.00 |
| | | | | | | |
| Geoffrey M. King | Associate | 2009 | Bankruptcy | $780 | .20 | $156.00 |
| Tiffanie N. Limbrick | Associate | 2013 | Litigation | $615 | 3.75 | $2,306.25 |
| Christa G. Powers | Associate | 2014 | Litigation | $545 | 12.70 | $6,921.50 |
| Attorney Totals | | | | | 48.45 | $38,365.65 |

The paraprofessionals of Sidley who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| David J. Lutes | Paralegal | 29 years | Bankruptcy | $375 | .50 | $187.50 |
| Paraprofessional Totals | | | | | .50 | $187.50 |
| Line item adjustments | | | | | | -$5,274.23 |
| Total Fees Requested | | | | | 48.95 | $33,278.92 |