# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

RLF1 15302453v.1

**ALL - Expense Summary for**
**May 1, 2016 to May 31, 2016**

| Service Description | Service Providers[1] | Amount |
|---|---|---|
| Duplicating | | $40.97 |
| Legal Support Services | | $1,194.94 |
| Westlaw | | $35.40 |
| **Total:** | | **$1,271.31** |

---

[1] Sidley may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

2

### TCEH – Expense Summary for May 1, 2016 to May 31, 2016

| Service Description | Service Providers[1] | Amount |
|---|---|---|
| Duplicating | | $8.55 |
| **Total:** | | **$8.55** |

### EFH Corporate – Expense Summary for May 1, 2016 to May 31, 2016

| Service Description | Service Providers[2] | Amount |
|---|---|---|
| Duplicating | | $31.92 |
| Legal Support Services | | $752.44 |
| Westlaw | | $35.40 |
| **Total:** | | **$819.76** |

---

[1] Sidley may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

[2] Sidley may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

2

## EFH – Expense Summary for May 1, 2016 to May 31, 2016

| Service Description | Service Providers[1] | Amount |
|---|---|---|
| Duplicating | | $0.50 |
| Legal Support Services | | $442.50 |
| **Total:** | | **$443.00** |

---

[1] Sidley may use one or more service providers.  The service providers identified herein below are the primary service providers for the categories described.

3