# EXHIBIT D

**Detailed Description of Expenses and Disbursements**

**SIDLEY AUSTIN LLP**

Invoice Number: 36057737
Energy Future Holdings Corp.

RE: Case Administration

## EXPENSE DETAIL

| Date | Type | Description | Amount |
|---|---|---|---|
| 05/17/16 | CPY | 05/16/16-Duplicating Charges (Color) Time: 15:09:00 | $0.50 |
| 05/17/16 | LIT | 05/01/16-Monthly Electronic Data Storage Fee 88.50 GB @ $5.00 | 442.50 |
| | | **Total Expenses** | **$443.00** |

**SIDLEY AUSTIN LLP**

Invoice Number: 36037334
Luminant Energy Company LLC

Regional Haze Program

## EXPENSE DETAIL

| Date | Narrative | Amount |
|---|---|---|
| 05/24/16 | 05/23/16-Duplicating Charges (Color) Time: 14:44:00 | $8.55 |
| | **Total Expenses** | **$8.55** |

**SIDLEY AUSTIN LLP**

Invoice Number: 36035585
EFH Corporate Services Company

Parker

## EXPENSE SUMMARY

| Category/Description | Amount |
|---|---:|
| Duplicating Charges | $31.92 |
| Legal Support Services | 752.44 |
| **Total** | **$784.36** |

**SIDLEY AUSTIN LLP**

Invoice Number: 36035602
EFH Corporate Services Company

Corporate Governance Issues

## EXPENSE SUMMARY

| Category/Description | Amount |
|---|---:|
| Westlaw Research Service | $35.40 |
| **Total** | **$35.40** |