**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**ACQUISITION NOTICE OF BROOKFIELD ASSET MANAGEMENT PRIVATE INSTITUTIONAL CAPITAL ADVISER (CANADA), L.P. IN ACCORDANCE WITH THE ORDER (A) REQUIRING CERTAIN ENTITIES TO PROVIDE INFORMATION PURSUANT TO BANKRUPTCY RULE 2004, (B) PROVIDING REQUIREMENTS FOR THE PURCHASE OF CERTAIN CLAIMS AGAINST THE DEBTORS, AND (C) ESTABLISHING NOTIFICATION AND HEARING PROCEDURES FOR RELIEF FROM THE REQUIREMENTS ON THE PURCHASE OF CERTAIN CLAIMS AGAINST THE DEBTORS**

PLEASE TAKE NOTICE that, pursuant to the Order *(A) Requiring Certain Entities to Provide Information Pursuant to Bankruptcy Rule 2004, (B) Providing Requirements for the Purchase of Certain Claims Against the Debtors, and (C) Establishing Notification and Hearing Procedures for Relief from the Requirements on the Purchase of Certain Claims Against the Debtors* [D.I. 7100] (the "Trading Procedures Order"),[2] Brookfield Asset Management Private Institutional Capital Adviser (Canada), L.P. as investment advisor or manager to funds and/or accounts or their respective subsidiaries holding disclosable economic interests in relation to the Debtors (the "Equity Holder") hereby provides notice (this "Notice") of its purchase,

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Trading Procedures Order.

acquirement, or other such accumulation (such transaction, the "Transfer") of one or more Allowed TCEH First Lien Secured Claims against one or more of the above-captioned debtors (the "Debtors") in the above-captioned bankruptcy cases pending in the United States Bankruptcy Court for the District of Delaware (the "Court").

PLEASE TAKE FURTHER NOTICE that, prior to the Transfer, Equity Holder held an interest in $3,870,298,555 in TCEH First Lien Secured Claims against TCEH consisting of $3,024,400,365 in claims under the First Lien Credit Agreement and $845,898,190 in claims arising under certain First Lien Commodity Hedges and First Lien Interest Rate Swaps (as such terms are defined in the *Final Order (A) Authorizing Use of Cash Collateral for Texas Competitive Electric Holdings Company LLC and Certain of its Debtor Affiliates, (B) Granting Adequate Protection, and (C) Modifying the Automatic Stay* [D.I. 855]).

PLEASE TAKE FURTHER NOTICE that the Equity Holder purchased, acquired or otherwise accumulated $151,214,476 in TCEH First Lien Secured Claims under the First Lien Credit Agreement in the Transfer. As a result of the Transfer, the Equity Holder beneficially owns $4,021,513,031 in TCEH First Lien Secured Claims against TCEH consisting of $3,175,614,841 under the First Lien Credit Agreement and $845,898,190 in claims arising under certain First Lien Commodity Hedges and First Lien Interest Rate Swaps.

PLEASE TAKE FURTHER NOTICE that pursuant to the Trading Procedures Order, this Notice is being (a) filed with the Court, and (b) served upon counsel to the Debtors, Kirkland & Ellis LLP, 300 North LaSalle, Chicago, Illinois 60654, Attn: Emily E. Geier, Esq.

Under penalties of perjury, Equity Holder hereby declares that it has examined this Notice and accompanying attachments (if any), and, to the best of its knowledge and belief, this

Notice and any attachments which purport to be part of this Notice are true, correct, and complete.

                    Respectfully submitted,

*[signature]*

Certifying Party: Joseph Freedman
Title: Senior Managing Partner

Brookfield Asset Management Private Institutional Capital Adviser (Canada), L.P.

By Brookfield Private Funds Holdings Inc., its general partner

Dated:  October 5, 2016

[*Remainder of page intentionally left blank.*]

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | ROSS ARONSTAM & MORITZ LLP |
| *Of Counsel*: | */s/ Bradley R. Aronstam* |
|  | Bradley R. Aronstam (No. 5129) |
| Gary T. Holtzer | Benjamin J. Schladweiler (No. 4601) |
| Ronit J. Berkovich | 100 S. West Street, Suite 400 |
| Jessica Liou | Wilmington, Delaware 19801 |
| WEIL, GOTSHAL & MANGES LLP | (302) 576-1600 |
| 767 Fifth Avenue | baronstam@ramllp.com |
| New York, New York 10153 | bschladweiler@ramllp.com |
| Telephone: (212) 310-8000 |  |
| Facsimile: (212) 310-8007 | *Counsel for Brookfield Asset Management* |
| gary.holtzer@weil.com | *Private Institutional Capital Adviser (Canada),* |
| ronit.berkovich@weil.com | *L.P.* |

Dated:   October 5, 2016
             Wilmington, Delaware