# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,<br><br>Debtors. | )<br>)<br>)  Chapter 11<br>)<br>)  Case No. 14-10979 (CSS)<br>)<br>)  (Jointly Administered)<br>) |

## CERTIFICATE OF SERVICE

I, Bradley R. Aronstam, hereby certify that on the 5th day of October, 2016, I caused a true and correct copy of the foregoing *Acquisition Notice Of Brookfield Asset Management Private Institutional Capital Adviser (Canada), L.P. In Accordance With The Order (A) Requiring Certain Entities To Provide Information Pursuant To Bankruptcy Rule 2004, (B) Providing Requirements For The Purchase Of Certain Claims Against The Debtors, And (C) Establishing Notification And Hearing Procedures For Relief From The Requirements On The Purchase Of Certain Claims Against The Debtors* to be served upon all counsel of record electronically through the Court's CM/ECF System and via Federal Express to Energy Future Holdings Corp. at 1601 Bryan Street, Dallas, Texas 75201.

                                                              */s/ Bradley R. Aronstam*
                                                              Bradley R. Aronstam (No. 5129)