IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

IN RE: ENERGY FUTURE HOLDINGS, et al.

| | |
|---|---|
| KENNETH R. STEWART, (PRO-SE) ) | Civil Action No. 15-1213 UNA |
| ) | |
| Appellant ) | |
| ) | |
| ENERGY FUTURE HOLDINGS CORP., ET AL., ) | Bankruptcy Case No. 14-10979 (CSS) |
| ) | |
| Appellee ) | (Jointly Administered) |
| ) | BAP NO. 15-82 |

Summary Motion for Court Order and Prejudice in September 14, 2016 ruling:

1. NextERA's bid on EFH et al is an original Hassie and Lamar Hunt managed company proposing to buyout this Hunt ill managed and co-owned Appellee Company. The insurance beneficiary name listed for NextERA's liabilities was in the name of William R. Stewart. Go figure.

2. <u>EFH et al court error</u>: Texas Nuclear Power Insurance in Appellant's name and address as confirmed by the Texas Public Utility Company. PUC further attempted twice a Freedom of Information request to the Texas Attorney General Office to release the sealed name from records as far back as 2004.

3. <u>EFH et al court error</u>: Four EFH, TXU and Oncor properties located less than 3 miles from 1800 Hunter Ferrell Rd. in Dallas, TX where EFH et al stated greater than 10 miles.



4. <u>EFH et al court error</u>: Antonio Montemayor affidavit confirms only one email correspondence to EFH et al and never a personal meeting as stated by EFH et al. So who did the meet with face to face?

5. <u>EFH et al court error</u>: Edison International was eventually owned in full or part by Nelson Bunker Hunt, and possibly with Hassie Hunt and Bobby H. Stewart, and I as the registrant. Edison was the preceding original grandfather company of EFH et al directly, and indirectly to TXU Europe's many subsidiaries, as proven in my last court submission, though denied by opposing counsel.

6. <u>EFH et al court error</u>: EFH lead attorney Sasshauer (sp.) promised me in court he would furnish me documents I requested on the EFH Bondholders, but never did. Multiple times EFH was instructed by court to furnish documents, and "to get with this man and give him what he needs", but never once complied.

7. Allstate Insurance company, a Delaware Trust Company, and originally owned and established by the Hunt first family, stated in their early 2000's prospectus that they managed the utility transmission assets for EFH et al. In 2007 they merged with KKR, which is another Hunt Company led and co-owned by Nelson Hunt.

8. Ray Hunt et al are still keeping and mismanaging my duly owned trust assets from me for their greedy benefit.

9. Upon personal appearances, two offices of The Bank of Mellon New York stated I am Kenneth S. Stewart in 2015.

*K-S*

10. I, Kenneth S. Stewart, aka Kenneth R. Stewart, aka Robert or Bobby H. Stewart are the agent, and beneficiary to Kuk Ja Stewart. See the attached affidavit signed by Kuk Ja Stewart. Her name spelling has been abused by others as code in other documents as KUKJA Stewart.

11. As remedy to my claims, I have previously submitted court documents of remedy amounts including legal and research fees. Furthermore, I declare here I want to claim all of my assets to include the return and control of all assets to me including bonds, securities, partnerships, MLP's, REIT's, incomes, accounts, trusts, real estate, offshore accounts and companies.

# Affidavit of Fact

I Marco Antonio Montemayor have only corresponded with EFH, et. al. via E-mail. I never have meet in person with any of EFH, TxU, et al. I will be present on 26th with Kenneth R. Stewart.

Marco Montemayor

Marco Montemayor

9/22/2016