IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) ) ) | (Jointly Administered)<br><br>**Re: D.I. 7814, 7815, 7898, 7901, 7982, 8895, 9598** |

# CERTIFICATION OF COUNSEL REGARDING "DEBTORS' THIRTY-SEVENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CERTAIN IMPROPERLY ASSERTED CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1" [D.I. 7814]

The undersigned hereby certifies as follows:

1. On February 9, 2016, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed with the United States Bankruptcy Court for the District of Delaware (the "Court") the *Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1* [D.I. 7814] (the "Objection").[2] On February 9, 2016, the Debtors also filed the *Declaration of Steven R. Kotarba, Managing Director with Alvarez & Marsal North America, LLC, in Support of the Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used, but not otherwise defined, herein shall have the meanings ascribed to them in the Objection.

502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1* [D.I. 7815] in connection with, and in support of the relief requested, in the Objection.

2. On March 9, 2016, the Court entered the *Order Sustaining Debtors' Thirty-Seventh Omnibus (Substantive) Objection to (Certain Improperly Asserted) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1* [D.I. 7892] in connection with the Objection.

3. On July 12, 2016, the Court entered the *Order (Second) Sustaining Debtors' Thirty-Seventh Omnibus (Substantive) Objection to (Certain Improperly Asserted) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1* [D.I. 8895] in connection with the Objection.

4. On September 20, 2016, the Court entered the *Order (Third) Sustaining Debtors' Thirty-Seventh Omnibus (Substantive) Objection to (Certain Improperly Asserted) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1* [D.I. 9598] in connection with the Objection.

5. Responses to the Objection were to be filed on or before 4:00 p.m. (Eastern Standard Time) on February 23, 2016 (the "Response Deadline").

6. Prior to the Response Deadline, the Debtors received an informal response from Railworks Track Systems, Inc. ("Railworks"), with respect to claim number 6184 (the "Modify Amount and Modify Classification Claim"). The Debtors and Railworks agreed to adjourn the Objection to allow negotiations to progress.

7. On August 26, 2016, the Debtors filed the *Second Amended Plan Supplement as it Relates to the TCEH Debtors and the EFH Shared Services Debtors for the Third Amended Joint*

*Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 9376] (the "Plan Supplement"), which provides for, among other things, the Services Agreement, dated July 1, 2009, between Luminant Mining Company LLC and Railworks (the "Railworks Contract") to be assumed and for a cure payment to be made in the amount of $277,339.99 (the "Cure Amount").

8. On August 29, 2016, the Court entered the *Order Confirming the Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 9421] (the "Confirmation Order"), which, among other things, authorized the assumption and rejection of contracts as set forth in the Plan Supplement.

9. On October 4, 2016, the Debtors assumed the Railworks Contract and paid the Cure Amount.

10. The Debtors have consensually resolved the Objection to the Modify Amount and Modify Classification Claim as follows: Railworks will have an allowed secured claim against Luminant Mining Company in the amount of $290,041.69 and an allowed general unsecured claim against Luminant Mining Company in the amount of $23,389.81; the aggregate amount of the Modify Amount and Modify Classification Claim is reduced by the Cure Amount, all as set forth on **Exhibit 1** to **Exhibit A**, annexed hereto.

11. Therefore, the Debtors seek to modify the Modify Amount and Modify Classification Claim as set forth in **Exhibit 1** to **Exhibit A**, attached hereto as originally proposed in the Objection.

[*Remainder of page intentionally left blank.*]

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Order, substantially in the form attached hereto as **Exhibit A**, at its earliest convenience.

Dated: October 4, 2016
      Wilmington, Delaware

/s/ Jason M. Madron
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:     (302) 651-7700
Facsimile:     (302) 651-7701
Email:     collins@rlf.com
     defranceschi@rlf.com
     madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900
Email:     edward.sassower@kirkland.com
     stephen.hessler@kirkland.com
     brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200
Email:     james.sprayregen@kirkland.com
     marc.kieselstein@kirkland.com
     chad.husnick@kirkland.com
     steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*