# Exhibit A

## Fee Summary by Professional for the Period
## July 1, 2016 through July 31, 2016

# EFH Corp
# Deloitte & Touche LLP
# Fees Sorted by Category for the Fee Period

**July 01, 2016 - July 31, 2016**

*Bankruptcy Related Research Consultation and Transaction*

| Professional | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| Becker, Paul | Partner/Principal | $720.00 | 0.5 | $360.00 |
| Carr, Vickie | Partner/Principal | $720.00 | 2.8 | $2,016.00 |
| Durand, Danny | Partner/Principal | $720.00 | 0.5 | $360.00 |
| Kilkenny, Tom | Partner/Principal | $720.00 | 7.4 | $5,328.00 |
| Kushner, Jonathan | Partner/Principal | $720.00 | 17.0 | $12,240.00 |
| Miskinis, Mark | Partner/Principal | $720.00 | 0.5 | $360.00 |
| Parker, Matt | Partner/Principal | $720.00 | 2.5 | $1,800.00 |
| Smith, Wyn | Partner/Principal | $720.00 | 0.5 | $360.00 |
| Wegener, Steve | Partner/Principal | $720.00 | 0.6 | $432.00 |
| Favor, Rick | Managing Director | $720.00 | 4.6 | $3,312.00 |
| Goldberg, Rob | Managing Director | $720.00 | 0.5 | $360.00 |
| Hickl, Jeff | Managing Director | $720.00 | 2.7 | $1,944.00 |
| Sasso, Anthony | Managing Director | $720.00 | 0.4 | $288.00 |
| Auyeung, Tungjun | Senior Manager | $620.00 | 6.0 | $3,720.00 |
| Handler, Benjamin | Senior Manager | $620.00 | 13.7 | $8,494.00 |
| Horn, Dave | Senior Manager | $620.00 | 0.5 | $310.00 |
| Coetzee, Rachelle | Manager | $540.00 | 2.7 | $1,458.00 |
| Murawski, Bryan | Manager | $540.00 | 6.8 | $3,672.00 |
| Baily, Brianna | Senior Consultant | $425.00 | 8.5 | $3,612.50 |
| Butler, Mike | Senior Consultant | $425.00 | 11.2 | $4,760.00 |
| Koprivnik, Xander | Senior Consultant | $425.00 | 1.2 | $510.00 |
| Benvenuti, Christina | Consultant | $350.00 | 1.2 | $420.00 |
| **Professional Subtotal:** | | | **92.3** | **$56,116.50** |

# EFH Corp
# Deloitte & Touche LLP
# Fees Sorted by Category for the Fee Period

**July 01, 2016 - July 31, 2016**

*Financial Statement Audit and Related Services*

| Professional | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| Becker, Paul | Partner/Principal | $365.00 | 2.9 | $1,058.50 |
| Carr, Vickie | Partner/Principal | $365.00 | 4.6 | $1,679.00 |
| Janiak, Stacy | Partner/Principal | $365.00 | 4.0 | $1,460.00 |
| Kilkenny, Tom | Partner/Principal | $365.00 | 93.0 | $33,945.00 |
| Parker, Matt | Partner/Principal | $365.00 | 55.5 | $20,257.50 |
| Poindexter, Heath | Partner/Principal | $365.00 | 7.9 | $2,883.50 |
| Slyh, John | Partner/Principal | $365.00 | 18.1 | $6,606.50 |
| Winger, Julie | Partner/Principal | $365.00 | 7.1 | $2,591.50 |
| Craig, Valerie | Managing Director | $365.00 | 78.5 | $28,652.50 |
| Favor, Rick | Managing Director | $365.00 | 15.3 | $5,584.50 |
| Hickl, Jeff | Managing Director | $365.00 | 11.7 | $4,270.50 |
| Sasso, Anthony | Managing Director | $365.00 | 4.9 | $1,788.50 |
| Bowers, Rachel | Senior Manager | $290.00 | 103.0 | $29,870.00 |
| Freeman, Mike | Senior Manager | $290.00 | 22.9 | $6,641.00 |
| Furry, Margaret | Senior Manager | $290.00 | 4.0 | $1,160.00 |
| Garner, Kristen | Senior Manager | $290.00 | 1.3 | $377.00 |
| Garrison, Amy | Senior Manager | $290.00 | 0.4 | $116.00 |
| Horn, Dave | Senior Manager | $290.00 | 4.5 | $1,305.00 |
| Salazar, Manny | Senior Manager | $290.00 | 1.6 | $464.00 |
| Ahmed, Ali | Manager | $265.00 | 0.5 | $132.50 |
| Alvarado, Jason | Manager | $265.00 | 5.0 | $1,325.00 |
| Coetzee, Rachelle | Manager | $265.00 | 31.4 | $8,321.00 |
| Harold, Matt | Manager | $265.00 | 0.4 | $106.00 |
| Kowalk, Bennett | Manager | $265.00 | 14.7 | $3,895.50 |
| Morehead, David | Manager | $265.00 | 141.0 | $37,365.00 |
| Murawski, Bryan | Manager | $265.00 | 118.6 | $31,429.00 |
| Schneider, Stephen | Manager | $265.00 | 24.4 | $6,466.00 |
| Wendel, Ashley | Manager | $265.00 | 19.0 | $5,035.00 |
| Babanova, Maria | Senior Consultant | $215.00 | 122.5 | $26,337.50 |
| Brunson, Steve | Senior Consultant | $215.00 | 154.5 | $33,217.50 |
| Casey, Chris | Senior Consultant | $215.00 | 133.3 | $28,659.50 |
| Evetts, Erin | Senior Consultant | $215.00 | 22.8 | $4,902.00 |
| Henry, Diane | Senior Consultant | $215.00 | 58.5 | $12,577.50 |
| Koprivnik, Xander | Senior Consultant | $215.00 | 27.2 | $5,848.00 |
| Melli, Elana | Senior Consultant | $215.00 | 2.5 | $537.50 |
| Pansari, Anubhav | Senior Consultant | $215.00 | 11.7 | $2,515.50 |
| Persons, Hillary | Senior Consultant | $215.00 | 126.4 | $27,176.00 |
| Pothoulakis, Tony | Senior Consultant | $215.00 | 129.3 | $27,799.50 |
| Richards, Lauren | Senior Consultant | $215.00 | 43.3 | $9,309.50 |
| Richards, Nick | Senior Consultant | $215.00 | 2.8 | $602.00 |
| Twigge, Daniel | Senior Consultant | $215.00 | 91.9 | $19,758.50 |
| Yadav, Devavrata | Senior Consultant | $215.00 | 13.0 | $2,795.00 |

# EFH Corp
# Deloitte & Touche LLP
# Fees Sorted by Category for the Fee Period

**July 01, 2016 - July 31, 2016**

*Financial Statement Audit and Related Services*

| Professional | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| Continued | | | | |
| Glynn, Greg | Consultant | $175.00 | 61.3 | $10,727.50 |
| Jain, Rachna | Consultant | $175.00 | 10.0 | $1,750.00 |
| Lirely, Loren | Consultant | $175.00 | 110.2 | $19,285.00 |
| Maheshwari, Shyam | Consultant | $175.00 | 1.0 | $175.00 |
| Nasa, Srishti | Consultant | $175.00 | 23.5 | $4,112.50 |
| Oxman, Jeffrey | Consultant | $175.00 | 7.0 | $1,225.00 |
| Pandya, Ria | Consultant | $175.00 | 5.5 | $962.50 |
| Pittman, Preston | Consultant | $175.00 | 1.8 | $315.00 |
| Saini, Sonali | Consultant | $175.00 | 9.0 | $1,575.00 |
| Sugerman, Adam | Consultant | $175.00 | 1.7 | $297.50 |
| Tipsword, Nathan | Consultant | $175.00 | 4.6 | $805.00 |
| **Professional Subtotal:** | | | **2,149.7** | **$519,236.00** |

# EFH Corp
# Deloitte & Touche LLP
# Fees Sorted by Category for the Fee Period

**July 01, 2016 - July 31, 2016**

*Non-Working Travel*

| Professional | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| Favor, Rick | Managing Director | $365.00 | 8.0 | $2,920.00 |
| Hickl, Jeff | Managing Director | $365.00 | 5.0 | $1,825.00 |
| **Professional Subtotal:** | | | **13.0** | **$4,745.00** |

| Adjustment | | |
|---|---|---|
| Less 50% Non-Working Travel Deduction | | ($2,372.50) |
| **Total** | | **$2,372.50** |

1

# EFH Corp
# Deloitte & Touche LLP
# Fees Sorted by Category for the Fee Period

**July 01, 2016 - July 31, 2016**

*Preparation of Fee Applications*

| Professional | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| Kilkenny, Tom | Partner/Principal | $365.00 | 1.0 | $365.00 |
| Parker, Matt | Partner/Principal | $365.00 | 1.2 | $438.00 |
| Murawski, Bryan | Manager | $265.00 | 10.8 | $2,862.00 |
| Gutierrez, Dalia | Project Controller | $175.00 | 58.0 | $10,150.00 |
| **Professional Subtotal:** | | | **71.0** | **$13,815.00** |

1