# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | )  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) | Case No. 14-10979 (CSS) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Re: Docket No. 9758** |

## NOTICE OF WITHDRAWAL OF DOCKET NO. 9578

The undersigned hereby withdraws the *Undertaking for TCEH First Lien Creditor Plan Distribution Allocation Dispute* filed at Docket No. 9758. The document has been re-filed at Docket No. 9759.

Dated: October 5, 2016　　　　　　*/s/ Ryan M. Bartley*
　　　　　Wilmington, Delaware　　**YOUNG CONAWAY STARGATT & TAYLOR LLP**
　　　　　　　　　　　　　　　　Pauline K. Morgan (Bar No. 3650)
　　　　　　　　　　　　　　　　Ryan M. Bartley (Bar No. 4985)
　　　　　　　　　　　　　　　　Andrew L. Magaziner (Bar No. 5426)
　　　　　　　　　　　　　　　　1000 North King Street
　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　Telephone: (302) 571-6600
　　　　　　　　　　　　　　　　Facsimile: (302) 571-1253

　　　　　　　　　　　　　　　　-and-

　　　　　　　　　　　　　　　　**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
　　　　　　　　　　　　　　　　Alan W. Kornberg (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　Brian S. Hermann (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　Jacob A. Adlerstein (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　1285 Avenue of the Americas
　　　　　　　　　　　　　　　　New York, New York 10019
　　　　　　　　　　　　　　　　Telephone: (212) 373-3000
　　　　　　　　　　　　　　　　Facsimile: (212) 757-3990

　　　　　　　　　　　　　　　　*Counsel to the Ad Hoc Committee of TCEH First Lien Creditors*