IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., et al.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 14-10979 (CSS) |

**FINAL FEE APPLICATION OF LAZARD FRÈRES AND CO. LLC,
AS INVESTMENT BANKER TO THE OFFICIAL COMMITTEE OF
TCEH UNSECURED CREDITORS FOR ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
MAY 14, 2014 THROUGH SEPTEMBER 30, 2016**

| | |
|---|---|
| Name of Applicant: | **Lazard Frères & Co. LLC** |
| Authorized to Provide Professional Services to: | **Official Committee of TCEH Unsecured Creditors[2]** |
| Date of Retention: | **October 20, 2014 *nunc pro tunc* May 14, 2014** |
| Period for which compensation and/or reimbursement is sought: | **May 14, 2014 through September 30, 2016** |
| Amount of Compensation sought as actual, reasonable, and necessary: | $16,270,161.29 [3] |
| Amount of Expenses sought as actual, reasonable, and necessary | $111,780.49 [4] |
| Amounts Paid to Date: | ($4,207,175.13) |
| Net Amount of Compensation Requested: | **$12,174,766.65** |

This is a: ___ monthly    ___ interim    _X_ final application

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 752001. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] The Official Committee of Unsecured Creditors (the "Committee") of Energy Future Competitive Holdings Company LLC ("EFCH"), EFCH's direct subsidiary, Texas Competitive Electric Holdings Company LLC ("TCEH") and their direct and indirect subsidiaries, and EFH Corporate Services Company (collectively with EFCH and TCEH, the "TCEH Debtors").

[3] See Exhibit E for a detailed fee calculation.

[4] This amount reflects agreed upon expense reductions totaling $13,341.40. Additionally, by agreement with the Fee Committee, Lazard agreed to discontinue its Monthly Fee effective November 1, 2015.

Summary of Fee and Expense Invoices for the Compensation Period:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Paid Fees | Paid Expenses | Balance Due (incl. holdbacks) |
|---|---|---|---|---|---|---|
| 11/10/14 | 05/14/14-08/31/14 | $895,161.29 | $50,437.59[5] | $895,161.29 | $50,437.59[5] | $0.00 |
| 02/27/15 | 09/01/14-12/31/14 | 1,000,000.00 | 34,024.53[6] | 1,000,000.00 | 34,024.53[6] | 0.00 |
| 04/13/15 | 01/01/15-01/31/15 | 250,000.00 | 13,262.04 | 250,000.00 | 13,262.04 | 0.00 |
| 07/07/15 | 02/01/15-04/30/15 | 750,000.00 | 12,406.28[7] | 750,000.00 | 12,406.28[7] | 0.00 |
| 10/23/15 | 05/01/15-05/31/15 | 250,000.00 | 1,195.17 | 200,000.00 | $1,195.17 | 50,000.00 |
| 10/23/15 | 06/01/15-06/30/15 | 250,000.00 | 0.00 | 200,000.00 | $0.00 | 50,000.00 |
| 10/23/15 | 07/01/15-07/31/15 | 250,000.00 | 239.58 | 200,000.00 | 239.58 | 50,000.00 |
| 10/23/15 | 08/01/15-08/31/15 | 250,000.00 | (233.35)[8] | 200,000.00[9] | 0.00 | 49,766.65 |
| 11/04/15 | 09/01/15-09/30/15 | 250,000.00 | 448.15 | 200,000.00 | 448.15 | 50,000.00 |
| 11/19/15 | 10/01/15-10/31/15 | 250,000.00 | 0.00[10] | 200,000.00 | 0.00 | 50,000.00 |
| Current | Completion Fee | 11,875,000.00 | 0.00 | 0.00 | 0.00 | 11,875,000.00 |
|  |  | $16,270,161.29 | $111,780.49 | $4,095,161.29 | $112,013.84 | $12,174,766.65 |

---

[5] Amount reflects an agreed upon expense reduction of $4,000.00 for the 1st Interim Period.
[6] Amount reflects an agreed upon expense reduction of $5,082.14 for the 2nd Interim Period.
[7] Amount reflects an agreed upon expense reduction of $3,895.20 for the 3rd Interim Period.
[8] Amount reflects an agreed upon expense reduction of $364.06 for the 4th Interim Period.
[9] Payment received in respect of a November 2015 monthly fee has been applied towards August 2015.
[10] By agreement with the Fee Committee, Lazard agreed to discontinue its Monthly Fee effective November 1, 2015.

**LAZARD PROFESSIONALS**
**MAY 14, 2014 THROUGH SEPTEMBER 30, 2016**

| Name of Professional Individual | Position of the Applicant and Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| David S. Kurtz | Vice Chairman | n/a | 392.5 | n/a |
| Barry W. Ridings | Vice Chairman | n/a | 64.5 | n/a |
| George Bilicic | Vice Chairman | n/a | 12.0 | n/a |
| Tim Pohl | Managing Director | n/a | 499.5 | n/a |
| Tyler Cowan | Managing Director | n/a | 1,390.0 | n/a |
| William Fox | Vice President | n/a | 943.6 | n/a |
| William Beer | Vice President | n/a | 232.4 | n/a |
| Gregory Keilin | Associate | n/a | 144.3 | n/a |
| Jeffrey Stine | Associate | n/a | 209.8 | n/a |
| Alex Gistis | Financial Analyst | n/a | 1,153.6 | n/a |
| Rajesh Regadeesh | Financial Analyst | n/a | 184.3 | n/a |
| Justin Chen | Financial Analyst | | 39.0 | |
| **TOTALS** | | | 5,256.5 | $16,270,161.29 |

**[REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]**

## COMPENSATION BY PROJECT CATEGORY
## MAY 14, 2014 THROUGH SEPTEMBER 30, 2016

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| Interface with Professionals, Official Committees, and Other Parties-In-Interest | 1,941.4 | n/a |
| Business Operations Planning, Monitoring, Reporting and Analysis | 124.5 | n/a |
| Preparation and/or review of Court Filings | 278.0 | n/a |
| Court Testimony/Deposition and Preparation | 205.0 | n/a |
| Valuation Analysis | 0.0 | n/a |
| Capital Structure Review and Analysis | 315.0 | n/a |
| Merger & Acquisition Activity | 106.5 | n/a |
| Financing including DIP and Exit Financing | 398.0 | n/a |
| General Corporate Finance, Research and Analysis, and Other Due Diligence | 1,870.1 | n/a |
| Fee Application, Engagement | 26.0 | n/a |
| Employee Retention Program | 1.0 | n/a |
| **TOTAL** | **5,265.5** | **$16,270,161.29** |

[REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]

**EXPENSE SUMMARY FOR THE MONTHLY PERIOD**
**MAY 14, 2014 THROUGH SEPTEMBER 30, 2016**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---:|
| Car Services and Taxis | | $17,169.16 |
| Electronic Information Service | | 679.28 |
| Employee Meals | | 1,480.94 |
| Meals-Meetings/Travel | | 3,468.91 |
| Telephone/Telex/Fax-Usage | | 968.93 |
| Travel | | 88,013.27 |
| **Total Expenses** | | **$111,780.49** |

**[REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., et al.,[11]<br><br>Debtor. | Chapter 11<br><br>Case No. 14-10979 (CSS) |

**FINAL FEE APPLICATION OF LAZARD FRÈRES AND CO. LLC,
AS INVESTMENT BANKER TO THE OFFICIAL COMMITTEE OF
TCEH UNSECURED CREDITORS FOR ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
MAY 14, 2014 THROUGH SEPTEMBER 30, 2016**

TO THE HONORABLE CHRISTOPHER S. SONTCHI,
UNITED STATES BANKRUPTCY JUDGE:

Lazard Frères and Co. LLC ("Lazard Frères"), Investment Banker to the Official Committee of TCEH Unsecured Creditors (the "Committee")[12], hereby submits its Final Fee Application (the "Application") pursuant to sections 328(a) and 1103 of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and 2014-1 and 2016-2(h) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") for a final allowance of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred in connection with such services from May 14, 2014 through and including September 30, 2016 (the "Final Compensation Period") as

---

[11] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 752001. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[12] The Official Committee of Unsecured Creditors (the "Committee") of Energy Future Competitive Holdings Company LLC ("EFCH"), EFCH's direct subsidiary, Texas Competitive Electric Holdings Company LLC ("TCEH") and their direct and indirect subsidiaries, and EFH Corporate Services Company (collectively with EFCH and TCEH, the "TCEH Debtors").

set forth in their engagement letter (the "Engagement Letter"), attached hereto as **Exhibit B**. Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* (the "Compensation Order") [Docket No. 2066], Lazard seeks final allowance in aggregate amount of $16,270,161.29 for financial advisory services provided to the Committee. In support of this Application, Lazard respectfully represents as follows:

## BACKGROUND

1. On April 29, 2014 (the "Petition Date"), the debtors filed voluntary petitions for relief under chapter 11 of the United States Bankruptcy Code. Pursuant to sections 1107 and 1108 the Bankruptcy Code, the debtors have continued to operate their businesses and manage their properties as debtors in possession since the Petition Date.

2. On October 20, 2014, the United States Bankruptcy Court for the District of Delaware entered the order authorizing the retention and employment of Lazard Frères and Co. LLC as investment banker to the Committee *nunc pro tunc* to May 14, 2014 (the "Retention Order"), attached hereto as **Exhibit C.**

3. On August 29, 2016, this Court entered an order approving the Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the TCEH Debtors and EFH Shared Services Debtors (such Order, the "TCEH Confirmation Order").

4. On October 3, 2016, the Plan became effective (the 'Effective Date').

## COMPENSATION REQUEST

5. Lazard seeks allowance of compensation for professional services rendered to the Committee during the Final Compensation Period in the aggregate amount of $16,270,161.29 and for reimbursement of expenses incurred in connection with the rendition of such services in

the aggregate amount of $111,780.49, for a total award $16,381,941.78 (the "Total Compensation Amount").

6. For the convenience of the Court and all parties in interest, attached hereto as **Exhibit D** is a summary setting forth the name of each professional for whose work on these reorganization cases compensation is sought.

## SUMMARY OF SERVICES

7. The Vice Chairmen, Managing Directors, Vice Presidents, Associates and Analysts of Lazard who rendered professional services during the Application Period in these cases are as follows: David Kurtz (Vice Chairman); Barry W. Ridings (Vice Chairman); George Bilicic (Vice Chairman); Timothy Pohl (Managing Director); Tyler Cowan (Managing Director); Willem Beer (Vice President); William Fox (Vice President); Jeffrey Stine (Associate); Gregory Keilin (Associate); Rajesh Jegadeesh (Analyst); Alexander Gistis (Analyst) and Justin Chen (Analyst).

8. During the Final Compensation Period, the Debtors relied heavily on the experience and expertise of the above-named persons in dealing with matters described in Paragraph 9. As a result, Lazard's highly skilled restructuring professionals devoted significant time and effort to perform properly and expeditiously the required professional services.

9. A summary of some of the services rendered by Lazard during the Compensation Period are as follows:

> a) *Review of Business Operating and Financial Materials and Business Due Diligence:* Lazard attended business due diligence meetings with the Debtors and their advisors. Additionally, Lazard attended business plan review meetings, regularly reviewed the Debtors' operating forecasts and cash flow budgets and continued to monitor the Debtors' financial results on an on-going basis throughout the engagement on behalf of the Committee.

b) *Review of Debtor's Motions:* Lazard professionals regularly reviewed and assisted Committee counsel with analysis of the various motions put forth by the Debtors, including the first and second day motions, the hedging and trading motion and the employee incentive plan motion. Additionally, Lazard reviewed the Debtor's proposed Debtor-in-Possession Financing ("DIP") and Cash Collateral motion, researching comparable precedent DIP financings and reviewing the Debtor's budgets in order to evaluate the terms and assess the reasonableness of the proposals. Furthermore, Lazard reviewed the Debtors' motion seeking authority to pay down a portion of the EFIH Second Lien Notes, amongst other motions in order to provide a recommendation to the Committee.

c) *Review of Intercompany Claims and Potential Causes of Action*: Lazard worked with Committee counsel and other Committee professionals to analyze certain intercompany claims and potential causes of actions and provided certain analysis to the Committee related thereto. Furthermore, Lazard worked closely with Committee counsel to support the Committee's First Lien Standing Motion and Complaint.

d) *Review of Restructuring Support Agreement ("RSA"):* Lazard reviewed and analyzed the impact of the proposed RSA in order to provide a recommendation to the Committee. This review included financial analysis of settlements offered pursuant to the RSA, as well as the impact of potential and contingent make-whole claims, among others.

e) *Analysis of Plan of Reorganization Proposals:* Lazard engaged with the advisors of other EFH constituencies regarding Plan discussions and negotiations. These discussions included financial analysis of various Plan proposals and recovery outcomes at various valuation ranges. Lazard reviewed the Debtors' plan of reorganization, disclosure statement and plan support agreement. Furthermore, Lazard reviewed and analyzed certain intercompany claims, as well as the 9019 Settlement Motion related thereto. Lazard also prepared certain recovery analyses reflecting the proposed plan terms and valuation outcomes, as well as sensitivities related thereto.

f) *Review of Proposed Oncor Treatment:* Lazard reviewed the initial Oncor sale process proposed by the Debtors, provided feedback related thereto, as well as a recommendation to the Committee. In addition, Lazard worked closely with Committee counsel to support the Committee's objections, including the submission of a declaration by a Lazard professional and deposition and court testimony related thereto. Furthermore, Lazard worked with Committee counsel and other Committee professionals to review and analyze the Oncor REIT business plan, financials, transaction structure and tax implications related thereto.

g) *Preparation for and Participation in Meetings and Calls with the Committee and Committee Counsel:* Lazard professionals participated in numerous meetings and calls with the Committee on both a scheduled and as-needed basis. Lazard performed analysis and research in preparation for such meetings and reported findings to the Committee. Lazard advised

the Committee on such matters as: viability of the Debtors' business plan, the economic significance of various plan negotiation and potential settlement terms, assessment of various strategic alternatives including the Oncor REIT business plan, and plan of reorganization scenarios. Along with the Committee counsel, Lazard frequently advised the Committee on its negotiating strategy vis-à-vis the Debtor's and plan sponsors.

h) *Preparation for and Participation in Meetings with the Debtors and Debtors' Counsel:* Lazard professionals assisted in negotiations with the Debtors and Debtors' counsel on matters including potential causes of action, adequate protection claims, plan of reorganization, and various other issues

i) *Assistance with General Bankruptcy Issues:* In addition to participating in regular calls with the Committee, Lazard professional regularly communicated with the Debtors, the Debtors' advisors and other parties-in-interest. Furthermore, Lazard provided advice on various process and strategy issues related to the bankruptcy to the Committee.

## CONCLUSION

11.     It is respectfully submitted that the amount requested by Lazard is fair and reasonable given (a) the complexity of the issues presented, (b) the time and labor required, (c) the skill necessary to perform the financial advisory services, (d) the preclusion of other employment, and (e) the customary fees charged to clients in bankruptcy and non-bankruptcy situations.

WHEREFORE Lazard respectfully requests: (a) allowance be made to Lazard in the aggregate sum of $16,270,161.29 as compensation for the professional services rendered during the Final Compensation Period, and the aggregate sum of $111,780.49 for reimbursement of actual and necessary costs and expenses incurred during the Final Compensation Periods; and (c) such other and further relief as the Court may deem just and proper.

Dated:      October 4, 2016
               New York, New York

                             LAZARD FRÈRES & CO. LLC,

                             */s/ Tyler Cowan*
                             Tyler Cowan
                             Director
                             Lazard Frères & Co. LLC
                             30 Rockefeller Plaza, 61st Floor
                             New York, NY  10020
                             (212/632-6000)
                             Investment Banker to the Official Committee of TCEH Unsecured Creditors

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., et al.,[13]<br><br>Debtor. | Chapter 11<br><br>Case No. 14-10979 (CSS) |

### CERTIFICATION OF TYLER COWAN

1. I am a Director of Lazard Frères & Co. LLC and I make this certification in accordance with Local Rule 2016-2 of the United States Bankruptcy Court for the District of Delaware (the "Local Rule").

2. I have read this Final Fee Application of Lazard Frères & Co. LLC, as Investment Banker to the Official Committee of TCEH Unsecured Creditors[14], for Allowance of Compensation and Reimbursement of Expenses for the period May 14, 2014 through September 30, 2016.

3. I understand the Local Rules, and believe that the Application complies with provisions of the Local Rules, the United State Bankruptcy Code and the orders of this Court.

Dated: October 4, 2016

/s/ Tyler Cowan
Tyler Cowan
Director
Lazard Frères & Co. LLC

---

[13] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 752001. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[14] The Official Committee of Unsecured Creditors (the "Committee") of Energy Future Competitive Holdings Company LLC ("EFCH"), EFCH's direct subsidiary, Texas Competitive Electric Holdings Company LLC ("TCEH") and their direct and indirect subsidiaries, and EFH Corporate Services Company (collectively with EFCH and TCEH, the "TCEH Debtors").