**EXHIBIT A**

Godfrey & Kahn, S.C.
List of Professionals
January 1, 2016 through April 30, 2016

| Name of Godfrey & Kahn Professional | Practice Group, Year of Obtaining License to Practice | | Hourly Billing Rate (before flat fee adjustment) | Number of Rate Increases Since Case Inception | Total Billed Hours | Total Compensation (before flat fee adjustment) |
|---|---|---|---|---|---|---|
| **Shareholders** | | | | | | |
| Brady C. Williamson | Bankruptcy | 1975 | $585 | 0 | 135.9 | $79,501.50 |
| Katherine Stadler | Litigation/Bankruptcy | 1997 WI 2012 NY | $495 | 0 | 177.8 | $88,011.00 |
| Eric Wilson | Litigation | 1994 IL 2003 WI | $515 | 0 | 4.4 | $2,266.00 |
| **Special Counsel** | | | | | | |
| Carla Andres | Bankruptcy | 1989 OH 1993 WI | $410 | 0 | 113.6 | $46,576.00 |
| Linda Schmidt | Litigation | 2004 | $365 | 0 | 61.1 | $22,301.50 |
| **Associates** | | | | | | |
| Erin A. West | Litigation/Bankruptcy | 2009 WI 2012 MN | $295 | 0 | 127.9 | $37,730.50 |
| Mark Hancock | Litigation | 2007 IL 2015 WI | $275 | 0 | 104.9 | $28,847.50 |
| **Paraprofessionals** | | | | | | |
| Andy Dalton | Data Analyst | 1996 GA 2003 IL | $495 | 0 | 421.4 | $208,593.00 |
| Leah Viola | Litigation Paralegal | 2011 WI | $295 | 0 | 96.4 | $28,438.00 |
| Kathleen Boucher | Bankruptcy Paralegal | | $225 | 0 | 120.8 | $27,180.00 |
| Jill Bradshaw | Research Assistant | | $185 | 0 | 2.6 | $481.00 |
| | | | | Subtotal | 1,366.8 | $569,926.00 |
| | | | Less 50% reduction for Non-working Travel | | | -$15,336.00 |
| | | | **TOTAL BEFORE FLAT FEE ADJUSTMENT** | | **1,366.8** | **$554,590.00** |
| | | | **FLAT FEES SOUGHT IN APPLICATION** | | | **$800,000.00** |

| | |
|---|---|
| Blended rate in this application for all attorneys (before flat fee adjustment): | $420.66 |
| Blended rate in this application for all professionals (before flat fee adjustment): | $416.98 |
| Effective blended rate in this application (after flat fee adjustment): | $585.31 |