**EXHIBIT B**

Godfrey & Kahn, S.C.
Compensation by Project Category
January 1, 2016 through April 30, 2016

| Matter Number | Project Category | Hours Billed | Fees Billed |
|---|---|---|---|
| 0002 | General case administration, docket monitoring and maintenance, and calendaring | 10.9 | $2,459.50 |
| 0003 | Retention applications and disclosures-Gitlin & Co., LLC and Godfrey & Kahn | 3.5 | $1,322.50 |
| 0005 | Committee administrative documents | 53.9 | $26,185.50 |
| 0006 | Contact/communications with Fee Committee members and U.S. Trustee's office | 39.7 | $21,832.00 |
| 0007 | Contact/communications with retained professionals generally | 0.4 | $90.00 |
| 0008 | Drafting documents to be filed with the court | 31.5 | $15,027.50 |
| 0009 | Legal research and drafting research memoranda | 3.0 | $715.00 |
| 0010 | Reviewing filed documents | 4.2 | $2,322.00 |
| 0011 | Prepare for and attend Fee Committee meetings | 173.3 | $65,292.50 |
| 0012 | Database establishment and maintenance | 40.0 | $19,800.00 |
| 0013 | Non-working travel | 57.8 | $15,336.00 |
| 0014 | Prepare for and attend hearings and court communications | 17.5 | $5,726.50 |
| 0015 | Team meetings | 30.8 | $9,524.50 |
| 0016 | Media inquiries and management | 1.8 | $990.00 |
| 0017 | Fee Applications- Godfrey & Kahn and Gitlin & Company LLC | 23.4 | $11,727.00 |
| 020A | Alvarez & Marsal North America, LLC | 40.1 | $17,023.00 |
| 020B | Deloitte & Touche LLP | 28.4 | $12,543.50 |
| 020C | EPIQ Bankruptcy Solutions, LLC | 10.4 | $4,357.00 |
| 020E | Evercore Group LLC | 17.7 | $7,402.50 |
| 020F | Filsinger Energy Partners | 11.2 | $5,438.00 |
| 020G | FTI Consulting, Inc. | 22.4 | $8,982.00 |
| 020H | Gibson, Dunn & Crutcher LLP | 28.4 | $11,581.00 |
| 020I | Kirkland & Ellis LLP | 110.4 | $49,860.00 |
| 020J | KPMG LLP | 35.0 | $14,770.00 |
| 020K | Lazard Freres & Co. LLC | 8.4 | $3,320.00 |
| 020L | McDermott Will & Emery LLP | 7.1 | $3,290.50 |
| 020M | Morrison & Foerster LLP | 37.8 | $14,283.00 |
| 020N | Polsinelli PC | 23.2 | $8,787.00 |
| 020P | Richards, Layton & Finger, PA | 54.5 | $21,101.50 |
| 020Q | Sidley Austin LLP | 14.9 | $6,150.50 |
| 020R | Thompson & Knight LLP | 12.6 | $6,122.00 |
| 020S | Balch & Bingham | 25.2 | $10,449.00 |
| 020T | Phillips, Goldman & Spence | 3.4 | $1,470.50 |
| 020U | Sullivan & Cromwell LLP | 66.3 | $22,984.50 |
| 020V | Montgomery, McCracken, Walker & Rhoads, LLP | 25.9 | $10,182.50 |
| 020W | Cravath, Swaine & Moore LLP | 17.6 | $6,983.00 |
| 020Y | Proskauer Rose LLP | 75.6 | $28,731.00 |
| 020Z | OKelly Ernst & Bielli | 0.4 | $176.00 |
| 20AA | Munger Tolles & Olson | 23.2 | $8,688.00 |
| 20BB | Charles River Associates | 9.2 | $3,075.00 |
| 20CC | Greenhill & Co., LLC | 22.7 | $9,493.00 |
| 20DD | Alix Partners | 14.4 | $5,892.00 |
| 20EE | Guggenheim Securities | 26.1 | $10,686.50 |
| 20GG | Stevens & Lee | 13.1 | $5,195.50 |
| 20HH | Goldin & Associates | 13.6 | $6,127.50 |
| 20II | SOLIC Capital Advisors, LLC | 21.9 | $9,426.50 |
| 20JJ | McElroy, Deutsch, Mulvaney & Carpenter, LLP | 11.7 | $4,241.50 |
| 20KK | Enoch Kever PLLC | 1.5 | $580.50 |
| 20LL | Kinsella Media - Retention Application Signed Order | 0.8 | $236.00 |
| 20MM | Jenner Block | 15.1 | $5,772.50 |
| 20OO | Bielli & Klauder | 14.7 | $5,955.50 |
| 20PP | Greenberg Traurig | 6.8 | $3,360.00 |
| 20QQ | Benesch, Friedlander, Coplan & Arnoff, LLP | 3.4 | $1,521.50 |
| Total | | 1,366.8 | $554,590.00 |