**EXHIBIT C**

Godfrey & Kahn, S.C.
Expense Summary
January 1, 2016 through April 30, 2016

| Expense Category | Amount |
|---|---:|
| Conference and Court Calls | $122.92 |
| Copies | $421.90 |
| Delivery Services/Couriers/FedEx | $1,406.17 |
| Noticing Agent | $9,337.26 |
| Online Research | $432.70 |
| Outside Copies | $10,012.13 |
| Transcripts | $146.70 |
| Travel - Airfare | $1,862.50 |
| Travel - Hotel | $2,741.17 |
| Travel - Meals | $315.07 |
| Travel - Parking | $80.00 |
| Travel - Taxi | $778.90 |
| **Total** | **$27,657.42** |