**EXHIBIT D**
Godfrey & Kahn, S.C.
List of Professionals by Matter
January 1, 2015 through April 30, 2016

| # | Project Category | ANDRES, CARLA Hours | Fees | BOUCHER, KATHLEEN Hours | Fees | BRADSHAW, JILL Hours | Fees | DALTON, ANDY Hours | Fees | HANCOCK, MARK Hours | Fees | SCHMIDT, LINDA Hours | Fees | STADLER, KATHERINE Hours | Fees | VIOLA, LEAH Hours | Fees | WEST, ERIN Hours | Fees | WILLIAMSON, BRADY Hours | Fees | WILSON, ERIC Hours | Fees | Total Hours | Total Fees |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0002 | General case administration, docket monitoring and maintenance, and calendaring | | | 10.8 | $2,430.00 | | | | | | | | | | | 0.1 | $29.50 | | | | | | | 10.9 | $2,459.50 |
| 0003 | Retention applications and disclosures-Gitlin & Co., LLC and Godfrey & Kahn | 2.6 | $1,066.00 | 0.7 | $157.50 | | | | | | | | | 0.2 | $99.00 | | | | | | | | | 3.5 | $1,322.50 |
| 0005 | Committee administrative documents | | | | | | | 26.6 | $13,167.00 | 6.3 | $1,732.50 | | | 11.1 | $5,494.50 | | | | | 9.9 | $5,791.50 | | | 53.9 | $26,185.50 |
| 0006 | Contact/communications with Fee Committee members and U.S. Trustee's office | 0.3 | $123.00 | 0.1 | $22.50 | | | 1.3 | $643.50 | 0.2 | $55.00 | | | 12.5 | $6,187.50 | | | | | 25.3 | $14,800.50 | | | 39.7 | $21,832.00 |
| 0007 | Contact/communications with retained professionals generally | | | 0.4 | $90.00 | | | | | | | | | | | | | | | | | | | 0.4 | $90.00 |
| 0008 | Drafting documents to be filed with the court | 0.8 | $328.00 | 0.9 | $202.50 | | | 3.4 | $1,683.00 | 0.7 | $192.50 | 1.5 | $547.50 | 19.6 | $9,702.00 | 1.1 | $324.50 | | | 3.5 | $2,047.50 | | | 31.5 | $15,027.50 |
| 0009 | Legal research and drafting research memoranda | | | | | 2.6 | $481.00 | | | | | | | | | | | | | 0.4 | $234.00 | | | 3.0 | $715.00 |
| 0010 | Reviewing filed documents | | | | | | | 1.5 | $742.50 | | | | | | | | | | | 2.7 | $1,579.50 | | | 4.2 | $2,322.00 |
| 0011 | Prepare for and attend Fee Committee meetings | 5.8 | $2,378.00 | 66.9 | $15,052.50 | | | 7.0 | $3,465.00 | 7.2 | $1,980.00 | 5.4 | $1,971.00 | 44.4 | $21,978.00 | 4.8 | $1,416.00 | 5.3 | $1,563.50 | 26.3 | $15,385.50 | 0.2 | $103.00 | 173.3 | $65,292.50 |
| 0012 | Database establishment and maintenance | | | | | | | 40.0 | $19,800.00 | | | | | | | | | | | | | | | 40.0 | $19,800.00 |
| 0013 | Non-working travel | | | | | | | | | | | | | 34.9 | $8,637.75 | | | | | 22.9 | $6,698.25 | | | 57.8 | $15,336.00 |
| 0014 | Prepare for and attend hearings and court communications | | | 10.7 | $2,407.50 | | | 0.8 | $396.00 | 1.4 | $385.00 | | | 1.7 | $841.50 | | | | | 2.9 | $1,696.50 | | | 17.5 | $5,726.50 |
| 0015 | Team meetings | 2.3 | $943.00 | 15.1 | $3,397.50 | | | 2.6 | $1,287.00 | 2.7 | $742.50 | 1.5 | $547.50 | 2.2 | $1,089.00 | 2.7 | $796.50 | 0.7 | $206.50 | | | 1.0 | $515.00 | 30.8 | $9,524.50 |
| 0016 | Media inquiries and management | | | | | | | | | | | | | 0.7 | $346.50 | | | | | 1.1 | $643.50 | | | 1.8 | $990.00 |
| 0017 | Fee Applications- Godfrey & Kahn and Gitlin & Company LLC | | | | | | | 9.3 | $4,603.50 | | | | | 12.5 | $6,187.50 | | | | | 1.6 | $936.00 | | | 23.4 | $11,727.00 |
| 020A | Alvarez & Marsal North America, LLC | 23.9 | $9,799.00 | 0.8 | $180.00 | | | 10.0 | $4,950.00 | | | | | 1.2 | $594.00 | 3.3 | $973.50 | | | 0.9 | $526.50 | | | 40.1 | $17,023.00 |
| 020B | Deloitte & Touche LLP | 14.5 | $5,945.00 | 0.8 | $180.00 | | | 11.5 | $5,692.50 | | | | | 0.4 | $198.00 | 0.6 | $177.00 | | | 0.6 | $351.00 | | | 28.4 | $12,543.50 |
| 020C | EPIQ Bankruptcy Solutions, LLC | | | | | | | 4.1 | $2,029.50 | | | 5.3 | $1,934.50 | 0.2 | $99.00 | 0.6 | $177.00 | | | 0.2 | $117.00 | | | 10.4 | $4,357.00 |
| 020E | Evercore Group LLC | 8.6 | $3,526.00 | 0.4 | $90.00 | | | 5.3 | $2,623.50 | | | | | 0.8 | $396.00 | 2.6 | $767.00 | | | | | | | 17.7 | $7,402.50 |
| 020F | Filsinger Energy Partners | | | | | | | 9.1 | $4,504.50 | | | | | 0.7 | $346.50 | 0.4 | $236.00 | | | 0.6 | $351.00 | | | 11.2 | $5,438.00 |
| 020G | FTI Consulting, Inc. | | | 0.4 | $90.00 | | | 7.3 | $3,613.50 | | | | | 2.1 | $1,039.50 | 2.0 | $590.00 | 8.8 | $2,596.00 | 1.8 | $1,053.00 | | | 22.4 | $8,982.00 |
| 020H | Gibson, Dunn & Crutcher LLP | | | 0.8 | $180.00 | | | 12.8 | $6,336.00 | | | | | 1.9 | $940.50 | 11.8 | $3,481.00 | | | 1.1 | $643.50 | | | 28.4 | $11,581.00 |
| 020I | Kirkland & Ellis LLP | | | 0.5 | $112.50 | | | 67.4 | $33,363.00 | 24.8 | $6,820.00 | | | 2.1 | $1,039.50 | 1.3 | $383.50 | | | 11.1 | $6,493.50 | 3.2 | $1,648.00 | 110.4 | $49,860.00 |
| 020J | KPMG LLP | 19.4 | $7,954.00 | 1.2 | $270.00 | | | 10.6 | $5,247.00 | | | | | 0.6 | $297.00 | 3.0 | $885.00 | | | 0.2 | $117.00 | | | 35.0 | $14,770.00 |
| 020K | Lazard Freres & Co. LLC | | | 1.2 | $270.00 | | | 0.2 | $99.00 | | | | | 2.4 | $1,188.00 | 0.5 | $147.50 | 2.7 | $796.50 | 1.4 | $819.00 | | | 8.4 | $3,320.00 |
| 020L | McDermott Will & Emery LLP | | | 0.6 | $135.00 | | | 4.8 | $2,376.00 | | | | | 1.1 | $544.50 | 0.4 | $118.00 | | | 0.2 | $117.00 | | | 7.1 | $3,290.50 |
| 020M | Morrison & Foerster LLP | | | | | | | 13.9 | $6,880.50 | | | | | 0.6 | $297.00 | 0.2 | $59.00 | 22.3 | $6,578.50 | 0.8 | $468.00 | | | 37.8 | $14,283.00 |
| 020N | Polsinelli PC | | | | | | | 8.3 | $4,108.50 | | | | | 0.4 | $198.00 | 0.3 | $88.50 | 13.5 | $3,982.50 | 0.7 | $409.50 | | | 23.2 | $8,787.00 |
| 020P | Richards, Layton & Finger, PA | | | 1.2 | $270.00 | | | 24.5 | $12,127.50 | 23.3 | $6,407.50 | | | 2.5 | $1,237.50 | 2.4 | $708.00 | | | 0.6 | $351.00 | | | 54.5 | $21,101.50 |
| 020Q | Sidley Austin LLP | | | 0.4 | $90.00 | | | 6.8 | $3,366.00 | | | | | 1.1 | $544.50 | 5.9 | $1,740.50 | | | 0.7 | $409.50 | | | 14.9 | $6,150.50 |
| 020R | Thompson & Knight LLP | | | | | | | 9.6 | $4,752.00 | | | | | 1.7 | $841.50 | 0.8 | $236.00 | | | 0.5 | $292.50 | | | 12.6 | $6,122.00 |
| 020S | Balch & Bingham | | | 0.4 | $90.00 | | | 12.5 | $6,187.50 | | | | | 1.7 | $841.50 | 9.9 | $2,920.50 | | | 0.7 | $409.50 | | | 25.2 | $10,449.00 |
| 020T | Phillips, Goldman & Spence | 2.5 | $1,025.00 | | | | | 0.2 | $99.00 | | | | | 0.7 | $346.50 | | | | | | | | | 3.4 | $1,470.50 |
| 020U | Sullivan & Cromwell LLP | | | 0.4 | $90.00 | | | 15.0 | $7,425.00 | | | | | 1.4 | $693.00 | 6.0 | $1,770.00 | 42.9 | $12,655.50 | 0.6 | $351.00 | | | 66.3 | $22,984.50 |
| 020V | Montgomery, McCracken, Walker & Rhoads, LLP | | | 0.3 | $67.50 | | | 8.7 | $4,306.50 | | | | | 3.1 | $1,534.50 | 1.7 | $501.50 | 11.4 | $3,363.00 | 0.7 | $409.50 | | | 25.9 | $10,182.50 |
| 020W | Cravath, Swaine & Moore LLP | | | 0.4 | $90.00 | | | 8.4 | $4,158.00 | 7.3 | $2,007.50 | | | 0.7 | $346.50 | 0.3 | $88.50 | | | 0.5 | $292.50 | | | 17.6 | $6,983.00 |
| 020Y | Proskauer Rose LLP | | | 0.7 | $157.50 | | | 9.6 | $4,752.00 | | | 47.4 | $17,301.00 | 3.3 | $1,633.50 | 12.6 | $3,717.00 | | | 2.0 | $1,170.00 | | | 75.6 | $28,731.00 |
| 020Z | OKelly Ernst & Bielli | | | | | | | | | | | | | | | 0.2 | $59.00 | | | 0.2 | $117.00 | | | 0.4 | $176.00 |
| 20AA | Munger Tolles & Olson | | | 0.4 | $90.00 | | | 9.2 | $4,554.00 | 12.1 | $3,327.50 | | | 0.5 | $247.50 | 0.4 | $118.00 | | | 0.6 | $351.00 | | | 23.2 | $8,688.00 |
| 20BB | Charles River Associates | | | 0.5 | $112.50 | | | 0.8 | $396.00 | | | | | 0.6 | $297.00 | 1.3 | $383.50 | 5.6 | $1,652.00 | 0.4 | $234.00 | | | 9.2 | $3,075.00 |
| 20CC | Greenhill & Co., LLC | 11.7 | $4,797.00 | 0.4 | $90.00 | | | 5.5 | $2,722.50 | | | | | 0.3 | $148.50 | 3.7 | $1,091.50 | | | 1.1 | $643.50 | | | 22.7 | $9,493.00 |
| 20DD | Alix Partners | | | 0.3 | $67.50 | | | 6.9 | $3,415.50 | | | | | 0.7 | $346.50 | 3.6 | $1,062.00 | 2.4 | $708.00 | 0.5 | $292.50 | | | 14.4 | $5,892.00 |
| 20EE | Guggenheim Securities | | | 0.8 | $180.00 | | | 7.0 | $3,465.00 | | | | | 1.4 | $693.00 | 0.7 | $206.50 | 11.5 | $3,392.50 | 4.7 | $2,749.50 | | | 26.1 | $10,686.50 |
| 20GG | Stevens & Lee | | | 0.5 | $112.50 | | | 5.9 | $2,920.50 | 5.3 | $1,457.50 | | | 0.3 | $148.50 | 0.3 | $88.50 | | | 0.8 | $468.00 | | | 13.1 | $5,195.50 |
| 20HH | Goldin & Associates | 7.5 | $3,075.00 | 0.2 | $45.00 | | | 3.4 | $1,683.00 | 0.3 | $82.50 | | | 0.5 | $247.50 | | | | | 1.7 | $994.50 | | | 13.6 | $6,127.50 |
| 20II | SOLIC Capital Advisors, LLC | 11.8 | $4,838.00 | 0.3 | $67.50 | | | 6.5 | $3,217.50 | | | | | 0.2 | $99.00 | 2.1 | $619.50 | | | 1.0 | $585.00 | | | 21.9 | $9,426.50 |
| 20JJ | McElroy, Deutsch, Mulvaney & Carpenter, LLP | | | 0.3 | $67.50 | | | 3.7 | $1,831.50 | 6.7 | $1,842.50 | | | 0.3 | $148.50 | 0.2 | $59.00 | | | 0.5 | $292.50 | | | 11.7 | $4,241.50 |
| 20KK | Enoch Kever PLLC | | | | | | | 0.4 | $198.00 | | | | | | | 0.9 | $265.50 | | | 0.2 | $117.00 | | | 1.5 | $580.50 |
| 20LL | Kinsella Media - Retention Application Signed Order | | | | | | | | | | | | | | | | | 0.8 | $236.00 | | | | | 0.8 | $236.00 |
| 20MM | Jenner Block | | | 0.6 | $135.00 | | | 5.8 | $2,871.00 | 6.6 | $1,815.00 | | | 0.5 | $247.50 | 0.8 | $236.00 | | | 0.8 | $468.00 | | | 15.1 | $5,772.50 |
| 20OO | Bielli & Klauder | | | 0.4 | $90.00 | | | 6.2 | $3,069.00 | | | | | 1.6 | $792.00 | 6.2 | $1,829.00 | | | 0.3 | $175.50 | | | 14.7 | $5,955.50 |
| 20PP | Greenberg Traurig | | | | | | | 5.7 | $2,821.50 | | | | | 0.2 | $99.00 | 0.3 | $88.50 | | | 0.6 | $351.00 | | | 6.8 | $3,360.00 |
| 20QQ | Benesch, Friedlander, Coplan & Arnoff, LLP | 1.9 | $779.00 | | | | | 1.3 | $643.50 | | | | | 0.2 | $99.00 | | | | | | | | | 3.4 | $1,521.50 |
| | Totals | 113.6 | $46,576.00 | 120.8 | $27,180.00 | 2.6 | $481.00 | 421.4 | $208,593.00 | 104.9 | $28,847.50 | 61.1 | $22,301.50 | 177.8 | $88,011.00 | 96.4 | $28,438.00 | 127.9 | $37,730.50 | 135.9 | $79,501.50 | 4.4 | $2,266.00 | 1,366.8 | $554,590.00 |