**EXHIBIT F**
Godfrey & Kahn, S.C.
Detailed Expense Records
January 1, 2016 through April 30, 2016

| Receipt | Matter Number | Matter Name | Expense Code | Category | Date | Number of Units | Expense Amount | Description |
|---|---|---|---|---|---|---|---|---|
| | 0018 | Disbursements & Expenses | E110 | Travel - Taxi | 1/5/2016 | 1 | $66.54 | Travel - Transportation - Paid to: WILLIAMSON, BRADY C Taxi from Philadelphia, PA to Wilmington, DE on December 2, 2015 |
| | 0018 | Disbursements & Expenses | E110 | Travel - Taxi | 1/5/2016 | 1 | $70.72 | Travel - Transportation - Paid to: WILLIAMSON, BRADY C Taxi from Wilmington, DE to Philadelphia, PA on December 2, 2015 |
| | 0018 | Disbursements & Expenses | E111 | Travel - Meals | 1/5/2016 | 1 | $51.00 | Meals - Paid to: WILLIAMSON, BRADY C Lunch with Richard Gitlin and Cecily Gooch Wilmington, DE on December 3, 2015 |
| | 0018 | Disbursements & Expenses | E111 | Travel - Meals | 1/5/2016 | 1 | $40.00 | Meals - Paid to: WILLIAMSON, BRADY C Dinner in Wilmington, DE on December 3, 2015 |
| | 0018 | Disbursements & Expenses | E101 | Copies | 1/11/2016 | 7 | $0.70 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 1/11/2016 | 1 | $0.10 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 1/11/2016 | 1 | $0.10 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 1/11/2016 | 3 | $0.30 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 1/11/2016 | 3 | $0.30 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 1/11/2016 | 4 | $0.40 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 1/11/2016 | 13 | $1.30 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 1/11/2016 | 39 | $3.90 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 1/11/2016 | 2 | $0.20 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 1/11/2016 | 1 | $0.10 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 1/11/2016 | 8 | $0.80 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 1/11/2016 | 4 | $0.40 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 1/14/2016 | 14 | $1.40 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 1/14/2016 | 2 | $0.20 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 1/14/2016 | 18 | $1.80 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 1/14/2016 | 41 | $4.10 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 1/14/2016 | 42 | $4.20 | Photocopies |
| * | 0018 | Disbursements & Expenses | E102 | Outside Copies | 1/6/2016 | 1 | $4,764.32 | Photocopies - Outside - Paid to: ALPHAGRAPHICS - MADISON |
| | 0018 | Disbursements & Expenses | E101 | Copies | 1/13/2016 | 122 | $12.20 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 1/13/2016 | 4 | $0.40 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 1/13/2016 | 12 | $1.20 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 1/13/2016 | 3 | $0.30 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 1/13/2016 | 3 | $0.30 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 1/13/2016 | 2 | $0.20 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 1/13/2016 | 13 | $1.30 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 1/13/2016 | 1 | $0.10 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 1/13/2016 | 93 | $9.30 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 1/13/2016 | 4 | $0.40 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 1/13/2016 | 4 | $0.40 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 1/4/2016 | 24 | $2.40 | Photocopies |
| | 0018 | Disbursements & Expenses | E105 | Conference and Court Calls | 1/7/2016 | 1 | $62.92 | Telephone-Conf. Call(s) - Paid to: SOUNDPATH CONFERENCING 11/18/15 & 12/8/15 |
| | 0018 | Disbursements & Expenses | E110 | Travel - Parking | 1/11/2016 | 1 | $40.00 | Travel - Related Expenses - Paid to: WILLIAMSON, BRADY C Dane County Airport parking 11/17/15-11/18/15 |
| | 0018 | Disbursements & Expenses | E101 | Copies | 1/7/2016 | 6 | $0.60 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 1/7/2016 | 4 | $0.40 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 1/7/2016 | 4 | $0.40 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 1/7/2016 | 2 | $0.20 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 1/8/2016 | 6 | $0.60 | Photocopies |
| | 0018 | Disbursements & Expenses | E106 | Online Research | 1/13/2016 | 1 | $64.30 | Other Database Search - Paid to: PACER SERVICE CENTER |
| * | 0018 | Disbursements & Expenses | E112 | Noticing Agent | 1/13/2016 | 1 | $9,337.26 | Service of Process - Paid to: GARDEN CITY GROUP INC |
| | 0018 | Disbursements & Expenses | E101 | Copies | 1/12/2016 | 25 | $2.50 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 1/12/2016 | 41 | $4.10 | Photocopies |
| | 0018 | Disbursements & Expenses | E111 | Travel - Meals | 1/11/2016 | 1 | $40.00 | Meals - Paid to: WILLIAMSON, BRADY C Lunch with Richard Gitlin, New York on November 18, 2015 |
| | 0018 | Disbursements & Expenses | E101 | Copies | 1/6/2016 | 5 | $0.50 | Photocopies |

**EXHIBIT F**
Godfrey & Kahn, S.C.
Detailed Expense Records
January 1, 2016 through April 30, 2016

| Receipt | Matter Number | Matter Name | Expense Code | Category | Date | Number of Units | Expense Amount | Description |
|---|---|---|---|---|---|---|---|---|
| | 0018 | Disbursements & Expenses | E101 | Copies | 1/6/2016 | 3 | $0.30 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 1/6/2016 | 2 | $0.20 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 1/6/2016 | 24 | $2.40 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 1/6/2016 | 34 | $3.40 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 1/6/2016 | 8 | $0.80 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 1/6/2016 | 5 | $0.50 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 1/6/2016 | 4 | $0.40 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 2/1/2016 | 6 | $0.60 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 3/17/2016 | 2 | $0.20 | Photocopies |
| * | 0018 | Disbursements & Expenses | E102 | Outside Copies | 4/7/2016 | 1 | $1,004.15 | Photocopies - Outside - Paid to: ALPHAGRAPHICS - MADISON |
| | 0018 | Disbursements & Expenses | E101 | Copies | 3/17/2016 | 7 | $0.70 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 3/17/2016 | 2 | $0.20 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 2/1/2016 | 28 | $2.80 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 3/17/2016 | 3 | $0.30 | Photocopies |
| | 0018 | Disbursements & Expenses | E107 | Delivery Services/Couriers/FedEx | 1/16/2016 | 1 | $70.45 | Fed. Express/Express Mail COURIER SHIPMENT #775430581053 TO Richard Gitlin, Gitlin & Company LLC, DELRAY BEACH, FL, US INVOICE #529292593 |
| | 0018 | Disbursements & Expenses | E107 | Delivery Services/Couriers/FedEx | 1/16/2016 | 1 | $67.36 | Fed. Express/Express Mail COURIER SHIPMENT #775430674455 TO Andrea Schwartz, NEW YORK, NY, US INVOICE #529292593 |
| | 0018 | Disbursements & Expenses | E107 | Delivery Services/Couriers/FedEx | 1/16/2016 | 1 | $67.36 | Fed. Express/Express Mail COURIER SHIPMENT #775430763564 TO Richard Schepacarter, MOUNT EPHRAIM, NJ, US INVOICE #529292593 |
| | 0018 | Disbursements & Expenses | E107 | Delivery Services/Couriers/FedEx | 1/18/2016 | 1 | $67.17 | Fed. Express/Express Mail COURIER SHIPMENT #775430854264 TO Peter Kravitz, Province Firm, HENDERSON, NV, US INVOICE #529292593 |
| | 0018 | Disbursements & Expenses | E107 | Delivery Services/Couriers/FedEx | 1/15/2016 | 1 | $109.68 | Fed. Express/Express Mail COURIER SHIPMENT #775419990683 TO Andrea Beth Schwartz, U.S. Dept of Justice - U.S. Tr, NEW YORK CITY, NY, US INVOICE #529292593 |
| | 0018 | Disbursements & Expenses | E101 | Copies | 1/25/2016 | 2 | $0.20 | Photocopies |
| | 0018 | Disbursements & Expenses | E107 | Delivery Services/Couriers/FedEx | 1/16/2016 | 1 | $67.36 | Fed. Express/Express Mail COURIER SHIPMENT #775430811467 TO Cecily Gooch, DALLAS, TX, US INVOICE #529292593 |
| | 0018 | Disbursements & Expenses | E101 | Copies | 1/25/2016 | 18 | $1.80 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 1/25/2016 | 9 | $0.90 | Photocopies |
| | 0018 | Disbursements & Expenses | E106 | Online Research | 4/14/2016 | 1 | $368.40 | Other Database Search - Paid to: PACER SERVICE CENTER |
| | 0018 | Disbursements & Expenses | E101 | Copies | 4/22/2016 | 1 | $0.10 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 4/14/2016 | 4 | $0.40 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 4/14/2016 | 11 | $1.10 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 4/14/2016 | 12 | $1.20 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 4/14/2016 | 5 | $0.50 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 4/14/2016 | 1 | $0.10 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 4/14/2016 | 2 | $0.20 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 4/7/2016 | 2 | $0.20 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 3/14/2016 | 3 | $0.30 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 3/10/2016 | 2 | $0.20 | Photocopies |
| * | 0018 | Disbursements & Expenses | E110 | Travel - Airfare | 2/29/2016 | 1 | $414.60 | Travel - Related Expenses - Paid to: STADLER, KATHERINE 02/17/16 Delta flight Madison to Philadelphia |
| * | 0018 | Disbursements & Expenses | E110 | Travel - Airfare | 2/29/2016 | 1 | $528.60 | Travel - Transportation - Paid to: STADLER, KATHERINE 02/18/16 American Flight, Philadelphia to Madison |
| | 0018 | Disbursements & Expenses | E101 | Copies | 1/14/2016 | 28 | $2.80 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 1/14/2016 | 24 | $2.40 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 1/14/2016 | 690 | $69.00 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 1/14/2016 | 3 | $0.30 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 1/14/2016 | 6 | $0.60 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 1/14/2016 | 36 | $3.60 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 1/14/2016 | 2 | $0.20 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 1/14/2016 | 3 | $0.30 | Photocopies |

EXHIBIT F
Godfrey & Kahn, S.C.
Detailed Expense Records
January 1, 2016 through April 30, 2016

| Receipt | Matter Number | Matter Name | Expense Code | Category | Date | Number of Units | Expense Amount | Description |
|---|---|---|---|---|---|---|---|---|
| | 0018 | Disbursements & Expenses | E101 | Copies | 1/14/2016 | 20 | $2.00 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 1/14/2016 | 1 | $0.10 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 4/14/2016 | 26 | $2.60 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 1/15/2016 | 9 | $0.90 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 1/15/2016 | 27 | $2.70 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 1/15/2016 | 55 | $5.50 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 1/15/2016 | 2 | $0.20 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 1/15/2016 | 20 | $2.00 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 1/15/2016 | 103 | $10.30 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 1/15/2016 | 154 | $15.40 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 1/15/2016 | 25 | $2.50 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 1/15/2016 | 3 | $0.30 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 1/15/2016 | 1 | $0.10 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 1/15/2016 | 5 | $0.50 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 4/15/2016 | 5 | $0.50 | Photocopies |
| | 0018 | Disbursements & Expenses | E107 | Delivery Services/Couriers/FedEx | 4/26/2016 | 1 | $120.01 | Fed. Express/Express Mail COURIER SHIPMENT #776185947009 TO Richard Gitlin, Gitlin & Company LLC, DELRAY BEACH, FL, US INVOICE #540511406 |
| | 0018 | Disbursements & Expenses | E101 | Copies | 1/18/2016 | 2 | $0.20 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 1/19/2016 | 42 | $4.20 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 4/11/2016 | 24 | $2.40 | Photocopies |
| | 0018 | Disbursements & Expenses | E107 | Delivery Services/Couriers/FedEx | 4/2/2016 | 1 | $47.69 | Fed. Express/Express Mail COURIER SHIPMENT #776019819138 TO Andrea Beth Schwartz, NEW YORK, NY, US INVOICE #537484789 |
| | 0018 | Disbursements & Expenses | E107 | Delivery Services/Couriers/FedEx | 4/2/2016 | 1 | $50.58 | Fed. Express/Express Mail COURIER SHIPMENT #776019692764 TO Richard Gitlin, Gitlin & Company LLC, DELRAY BEACH, FL, US INVOICE #537484789 |
| | 0018 | Disbursements & Expenses | E107 | Delivery Services/Couriers/FedEx | 4/2/2016 | 1 | $47.69 | Fed. Express/Express Mail COURIER SHIPMENT #776020235543 TO Richard Schepacarter, MOUNT EPHRAIM, NJ, US INVOICE #537484789 |
| | 0018 | Disbursements & Expenses | E107 | Delivery Services/Couriers/FedEx | 4/2/2016 | 1 | $47.69 | Fed. Express/Express Mail COURIER SHIPMENT #776020285824 TO Cecily Gooch, DALLAS, TX, US INVOICE #537484789 |
| | 0018 | Disbursements & Expenses | E107 | Delivery Services/Couriers/FedEx | 4/4/2016 | 1 | $30.60 | Fed. Express/Express Mail COURIER SHIPMENT #776021212711 TO Peter Kravitz, Province Firm, HENDERSON, NV, US INVOICE #537484789 |
| | 0018 | Disbursements & Expenses | E101 | Copies | 4/12/2016 | 4 | $0.40 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 4/18/2016 | 4 | $0.40 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 4/18/2016 | 21 | $2.10 | Photocopies |
| | 0018 | Disbursements & Expenses | E112 | Transcripts | 1/20/2016 | 1 | $115.20 | Transcript(s) - Paid to: VERITEXT NEW YORK REPORTING CO. |
| | 0018 | Disbursements & Expenses | E101 | Copies | 1/20/2016 | 1 | $0.10 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 4/19/2016 | 7 | $0.70 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 4/19/2016 | 11 | $1.10 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 4/19/2016 | 4 | $0.40 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 4/21/2016 | 3 | $0.30 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 4/21/2016 | 3 | $0.30 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 4/21/2016 | 43 | $4.30 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 4/21/2016 | 85 | $8.50 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 4/21/2016 | 10 | $1.00 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 4/21/2016 | 2 | $0.20 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 4/21/2016 | 136 | $13.60 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 4/21/2016 | 3 | $0.30 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 4/21/2016 | 156 | $15.60 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 4/20/2016 | 11 | $1.10 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 4/20/2016 | 11 | $1.10 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 4/20/2016 | 22 | $2.20 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 4/20/2016 | 7 | $0.70 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 4/20/2016 | 4 | $0.40 | Photocopies |

**EXHIBIT F**
Godfrey & Kahn, S.C.
Detailed Expense Records
January 1, 2016 through April 30, 2016

| Receipt | Matter Number | Matter Name | Expense Code | Category | Date | Number of Units | Expense Amount | Description |
|---|---|---|---|---|---|---|---|---|
| | 0018 | Disbursements & Expenses | E101 | Copies | 4/20/2016 | 85 | $8.50 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 4/20/2016 | 28 | $2.80 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 4/20/2016 | 23 | $2.30 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 4/20/2016 | 7 | $0.70 | Photocopies |
| | 0018 | Disbursements & Expenses | E107 | Travel - Taxi | 4/21/2016 | 1 | $22.20 | Travel-Transportation- Paid to: UNION CAB OF MADISON CO-OP INC 3/5/16 Godfrey & Kahn to Airport - Brady Williamson |
| | 0018 | Disbursements & Expenses | E101 | Copies | 1/22/2016 | 2 | $0.20 | Photocopies |
| * | 0018 | Disbursements & Expenses | E110 | Travel - Airfare | 1/22/2016 | 1 | $236.10 | Travel - Transportation - Paid to: WILLIAMSON, BRADY C Delta Air Fare from LaGuardia to Milwaukee |
| | 0018 | Disbursements & Expenses | E110 | Travel - Taxi | 1/22/2016 | 1 | $90.00 | Travel - Transportation - Paid to: WILLIAMSON, BRADY C Taxi from Newark airport to New York City |
| | 0018 | Disbursements & Expenses | E110 | Travel - Taxi | 1/22/2016 | 1 | $68.81 | Travel - Transportation - Paid to: WILLIAMSON, BRADY C Taxi from New York hotel to airport |
| | 0018 | Disbursements & Expenses | E111 | Travel - Meals | 1/22/2016 | 1 | $120.00 | Meals - Paid to: WILLIAMSON, BRADY C Dinner in New York on January 19, 2016: Brady Williamson, Katie Stadler and Cecily Gooch |
| * | 0018 | Disbursements & Expenses | E110 | Travel - Hotel | 1/22/2016 | 1 | $918.90 | Travel - Related Expenses - Paid to: WILLIAMSON, BRADY C Crosby Street Hotel in New York January 18-20, 2016 |
| * | 0018 | Disbursements & Expenses | E110 | Travel - Airfare | 1/25/2016 | 1 | $683.20 | Travel - Transportation - Paid to: STADLER, KATHERINE 01/19/16 Delta flight Madison to New York |
| | 0018 | Disbursements & Expenses | E110 | Travel - Taxi | 1/25/2016 | 1 | $100.00 | Travel - Transportation - Paid to: STADLER, KATHERINE 01/19/16 Transportation to hotel |
| | 0018 | Disbursements & Expenses | E110 | Travel - Taxi | 1/25/2016 | 1 | $100.00 | Travel - Transportation - Paid to: STADLER, KATHERINE 01/20/16 Transportation to airport |
| * | 0018 | Disbursements & Expenses | E110 | Travel - Hotel | 1/25/2016 | 1 | $493.49 | Travel - Related Expenses - Paid to: STADLER, KATHERINE 12/7/15 Hotel |
| | 0018 | Disbursements & Expenses | E110 | Travel - Parking | 1/25/2016 | 1 | $20.00 | Travel - Related Expenses - Paid to: STADLER, KATHERINE 01/20/16 Parking at Dane County Airport |
| | 0018 | Disbursements & Expenses | E101 | Copies | 4/27/2016 | 8 | $0.80 | Photocopies |
| | 0018 | Disbursements & Expenses | E107 | Delivery Services/Couriers/FedEx | 4/23/2016 | 1 | $60.30 | Fed. Express/Express Mail COURIER SHIPMENT #776176837607 TO Richard Gitlin, c/o David Gitlin, CHARLOTTE, NC, US INVOICE #539767245 |
| | 0018 | Disbursements & Expenses | E107 | Delivery Services/Couriers/FedEx | 4/23/2016 | 1 | $60.30 | Fed. Express/Express Mail COURIER SHIPMENT #776176164818 TO Cecily Gooch, DALLAS, TX, US INVOICE #539767245 |
| | 0018 | Disbursements & Expenses | E107 | Delivery Services/Couriers/FedEx | 4/25/2016 | 1 | $34.31 | Fed. Express/Express Mail COURIER SHIPMENT #776176136005 TO Andrea Beth Schwartz, U.S. Department of Justice, NEW YORK CITY, NY, US INVOICE #539767245 |
| | 0018 | Disbursements & Expenses | E107 | Delivery Services/Couriers/FedEx | 4/25/2016 | 1 | $39.10 | Fed. Express/Express Mail COURIER SHIPMENT #776176049105 TO Richard Schepacarter, Office of the U.S. Trustee, WILMINGTON, DE, US INVOICE #539767245 |
| | 0018 | Disbursements & Expenses | E107 | Delivery Services/Couriers/FedEx | 4/25/2016 | 1 | $43.82 | Fed. Express/Express Mail COURIER SHIPMENT #776176211140 TO Peter Kravitz, Province Firm, HENDERSON, NV, US INVOICE #539767245 |
| | 0018 | Disbursements & Expenses | E101 | Copies | 1/27/2016 | 2 | $0.20 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 1/29/2016 | 5 | $0.50 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 4/28/2016 | 2 | $0.20 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 4/28/2016 | 2 | $0.20 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 4/28/2016 | 6 | $0.60 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 4/29/2016 | 64 | $6.40 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 2/1/2016 | 18 | $1.80 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 2/1/2016 | 3 | $0.30 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 2/1/2016 | 7 | $0.70 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 2/1/2016 | 52 | $5.20 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 1/28/2016 | 7 | $0.70 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 1/29/2016 | 2 | $0.20 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 4/1/2016 | 15 | $1.50 | Photocopies |
| | 0018 | Disbursements & Expenses | E110 | Travel - Taxi | 4/5/2016 | 1 | $39.75 | Travel - Transportation - Paid to: WILLIAMSON, BRADY C Taxi from airport to hotel |
| | 0018 | Disbursements & Expenses | E110 | Travel - Taxi | 4/5/2016 | 1 | $42.88 | Travel - Transportation - Paid to: WILLIAMSON, BRADY C Taxi from hotel to airport |
| | 0018 | Disbursements & Expenses | E111 | Travel - Meals | 4/5/2016 | 1 | $24.07 | Meals - Paid to: WILLIAMSON, BRADY C Lunch at Au Bon Pain in New York on March 21, 2016: Brady Williamson, Richard Gitlin and Cecily Gooch |

EXHIBIT F
Godfrey & Kahn, S.C.
Detailed Expense Records
January 1, 2016 through April 30, 2016

| Receipt | Matter Number | Matter Name | Expense Code | Category | Date | Number of Units | Expense Amount | Description |
|---|---|---|---|---|---|---|---|---|
| * | 0018 | Disbursements & Expenses | E110 | Travel - Hotel | 4/5/2016 | 1 | $978.78 | Travel - Related Expenses - Paid to: WILLIAMSON, BRADY C Crosby Street Hotel in New York March 20-22, 2016 (two nights) |
|   | 0018 | Disbursements & Expenses | E101 | Copies | 3/8/2016 | 1 | $0.10 | Photocopies |
|   | 0018 | Disbursements & Expenses | E101 | Copies | 3/8/2016 | 4 | $0.40 | Photocopies |
|   | 0018 | Disbursements & Expenses | E101 | Copies | 3/15/2016 | 2 | $0.20 | Photocopies |
|   | 0018 | Disbursements & Expenses | E101 | Copies | 3/15/2016 | 6 | $0.60 | Photocopies |
|   | 0018 | Disbursements & Expenses | E101 | Copies | 3/15/2016 | 4 | $0.40 | Photocopies |
|   | 0018 | Disbursements & Expenses | E101 | Copies | 3/15/2016 | 13 | $1.30 | Photocopies |
|   | 0018 | Disbursements & Expenses | E101 | Copies | 3/15/2016 | 46 | $4.60 | Photocopies |
|   | 0018 | Disbursements & Expenses | E101 | Copies | 3/15/2016 | 2 | $0.20 | Photocopies |
|   | 0018 | Disbursements & Expenses | E101 | Copies | 3/15/2016 | 2 | $0.20 | Photocopies |
|   | 0018 | Disbursements & Expenses | E101 | Copies | 2/15/2016 | 16 | $1.60 | Photocopies |
|   | 0018 | Disbursements & Expenses | E101 | Copies | 3/16/2016 | 2 | $0.20 | Photocopies |
|   | 0018 | Disbursements & Expenses | E101 | Copies | 3/16/2016 | 25 | $2.50 | Photocopies |
|   | 0018 | Disbursements & Expenses | E101 | Copies | 3/16/2016 | 2 | $0.20 | Photocopies |
|   | 0018 | Disbursements & Expenses | E101 | Copies | 3/16/2016 | 21 | $2.10 | Photocopies |
|   | 0018 | Disbursements & Expenses | E101 | Copies | 3/16/2016 | 38 | $3.80 | Photocopies |
|   | 0018 | Disbursements & Expenses | E101 | Copies | 3/16/2016 | 3 | $0.30 | Photocopies |
|   | 0018 | Disbursements & Expenses | E101 | Copies | 3/16/2016 | 37 | $3.70 | Photocopies |
|   | 0018 | Disbursements & Expenses | E101 | Conference and Court Calls | 3/18/2016 | 1 | $30.00 | Conference Call - Paid to: BMO HARRIS BANK N.A.-MASTERCARD 2/24/16 COURT CALL 7438646/COURT CALL 2/18/16-B.WILLIAMSON |
|   | 0018 | Disbursements & Expenses | E101 | Conference and Court Calls | 3/18/2016 | 1 | $30.00 | Conference Call - Paid to: BMO HARRIS BANK N.A.-MASTERCARD   2/24/16 COURT CALL 7438649/COURT CALL 2/18/16 - M.HANCOCK |
|   | 0018 | Disbursements & Expenses | E101 | Copies | 3/1/2016 | 3 | $0.30 | Photocopies |
|   | 0018 | Disbursements & Expenses | E101 | Copies | 3/1/2016 | 28 | $2.80 | Photocopies |
|   | 0018 | Disbursements & Expenses | E101 | Copies | 3/1/2016 | 1 | $0.10 | Photocopies |
|   | 0018 | Disbursements & Expenses | E110 | Travel - Taxi | 2/29/2016 | 1 | $90.00 | Travel - Transportation - Paid to: STADLER, KATHERINE 02/17/16 Transportation to hotel |
|   | 0018 | Disbursements & Expenses | E110 | Travel - Taxi | 2/29/2016 | 1 | $88.00 | Travel - Transportation - Paid to: STADLER, KATHERINE 02/18/16 Transportation to airport |
|   | 0018 | Disbursements & Expenses | E111 | Travel - Meals | 2/29/2016 | 1 | $40.00 | Meals - Paid to: STADLER, KATHERINE 02/18/16 Breakfast Richard Gitlin and Katie Stadler |
| * | 0018 | Disbursements & Expenses | E110 | Travel - Hotel | 2/29/2016 | 1 | $350.00 | Travel - Related Expenses - Paid to: STADLER, KATHERINE 02/17/15 Hotel |
|   | 0018 | Disbursements & Expenses | E110 | Travel - Parking | 2/29/2016 | 1 | $20.00 | Travel - Related Expenses - Paid to: STADLER, KATHERINE 02/18/16 Parking at Dane County Airport |
|   | 0018 | Disbursements & Expenses | E101 | Copies | 3/9/2016 | 2 | $0.20 | Photocopies |
|   | 0018 | Disbursements & Expenses | E101 | Copies | 4/1/2016 | 3 | $0.30 | Photocopies |
|   | 0018 | Disbursements & Expenses | E101 | Copies | 4/1/2016 | 2 | $0.20 | Photocopies |
|   | 0018 | Disbursements & Expenses | E101 | Copies | 2/25/2016 | 16 | $1.60 | Photocopies |
|   | 0018 | Disbursements & Expenses | E107 | Delivery Services/Couriers/FedEx | 1/22/2016 | 1 | $48.95 | Fed. Express/Express Mail COURIER SHIPMENT #775469463213 TO Richard Gitlin, Gitlin & Company LLC, DELRAY BEACH, FL, US INVOICE #530031053 |
|   | 0018 | Disbursements & Expenses | E101 | Copies | 2/2/2016 | 3 | $0.30 | Photocopies |
|   | 0018 | Disbursements & Expenses | E101 | Copies | 2/2/2016 | 53 | $5.30 | Photocopies |
|   | 0018 | Disbursements & Expenses | E101 | Copies | 2/2/2016 | 6 | $0.60 | Photocopies |
|   | 0018 | Disbursements & Expenses | E101 | Copies | 2/2/2016 | 3 | $0.30 | Photocopies |
|   | 0018 | Disbursements & Expenses | E101 | Copies | 2/2/2016 | 4 | $0.40 | Photocopies |
|   | 0018 | Disbursements & Expenses | E101 | Copies | 2/2/2016 | 1 | $0.10 | Photocopies |
|   | 0018 | Disbursements & Expenses | E101 | Copies | 2/2/2016 | 9 | $0.90 | Photocopies |
|   | 0018 | Disbursements & Expenses | E101 | Copies | 2/2/2016 | 4 | $0.40 | Photocopies |
|   | 0018 | Disbursements & Expenses | E101 | Copies | 2/2/2016 | 1 | $0.10 | Photocopies |
|   | 0018 | Disbursements & Expenses | E101 | Copies | 2/2/2016 | 2 | $0.20 | Photocopies |
|   | 0018 | Disbursements & Expenses | E101 | Copies | 2/2/2016 | 7 | $0.70 | Photocopies |
|   | 0018 | Disbursements & Expenses | E101 | Copies | 2/2/2016 | 6 | $0.60 | Photocopies |
|   | 0018 | Disbursements & Expenses | E101 | Copies | 2/2/2016 | 3 | $0.30 | Photocopies |
|   | 0018 | Disbursements & Expenses | E101 | Copies | 2/2/2016 | 5 | $0.50 | Photocopies |

# EXHIBIT F

Godfrey & Kahn, S.C.
Detailed Expense Records
January 1, 2016 through April 30, 2016

| Receipt | Matter Number | Matter Name | Expense Code | Category | Date | Number of Units | Expense Amount | Description |
|---|---|---|---|---|---|---|---|---|
| | 0018 | Disbursements & Expenses | E101 | Copies | 2/2/2016 | 2 | $0.20 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 2/2/2016 | 8 | $0.80 | Photocopies |
| * | 0018 | Disbursements & Expenses | E102 | Outside Copies | 2/3/2016 | 1 | $3,474.66 | Photocopies - Outside - Paid to: ALPHAGRAPHICS - MADISON |
| | 0018 | Disbursements & Expenses | E101 | Copies | 3/10/2016 | 9 | $0.90 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 3/10/2016 | 2 | $0.20 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 3/10/2016 | 2 | $0.20 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 3/10/2016 | 2 | $0.20 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 3/11/2016 | 19 | $1.90 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 3/11/2016 | 3 | $0.30 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 3/11/2016 | 1 | $0.10 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 3/14/2016 | 6 | $0.60 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 3/14/2016 | 3 | $0.30 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 3/14/2016 | 22 | $2.20 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 3/14/2016 | 42 | $4.20 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 4/4/2016 | 54 | $5.40 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 3/17/2016 | 1 | $0.10 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 3/17/2016 | 1 | $0.10 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 3/17/2016 | 12 | $1.20 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 3/17/2016 | 3 | $0.30 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 3/17/2016 | 6 | $0.60 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 3/17/2016 | 19 | $1.90 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 3/17/2016 | 139 | $13.90 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 3/17/2016 | 2 | $0.20 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 3/4/2016 | 3 | $0.30 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 3/4/2016 | 8 | $0.80 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 3/7/2016 | 21 | $2.10 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 3/7/2016 | 1 | $0.10 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 3/7/2016 | 1 | $0.10 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 3/7/2016 | 35 | $3.50 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 3/7/2016 | 4 | $0.40 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 3/7/2016 | 4 | $0.40 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 3/7/2016 | 6 | $0.60 | Photocopies |
| | 0018 | Disbursements & Expenses | E112 | Transcripts | 3/10/2016 | 1 | $31.50 | Transcript(s) - Paid to: VERITEXT |
| | 0018 | Disbursements & Expenses | E101 | Copies | 2/27/2016 | 2 | $0.20 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 2/27/2016 | 3 | $0.30 | Photocopies |
| * | 0018 | Disbursements & Expenses | E102 | Outside Copies | 2/17/2016 | 1 | $769.00 | Photocopies - Outside - Paid to: ALPHAGRAPHICS - MADISON |
| | 0018 | Disbursements & Expenses | E101 | Copies | 2/17/2016 | 4 | $0.40 | Photocopies |
| | 0018 | Disbursements & Expenses | E107 | Delivery Services/Couriers/FedEx | 2/5/2016 | 1 | $30.49 | Fed. Express/Express Mail COURIER SHIPMENT #775577928959 TO Cecily Gooch, Energy Future Holdings, DALLAS, TX, US INVOICE #531506992 |
| | 0018 | Disbursements & Expenses | E107 | Delivery Services/Couriers/FedEx | 2/5/2016 | 1 | $34.97 | Fed. Express/Express Mail COURIER SHIPMENT #775577962370 TO Peter Kravitz, Province Firm, HENDERSON, NV, US INVOICE #531506992 |
| | 0018 | Disbursements & Expenses | E107 | Delivery Services/Couriers/FedEx | 2/5/2016 | 1 | $34.46 | Fed. Express/Express Mail COURIER SHIPMENT #775577861613 TO Richard Gitlin, CHARLOTTE, NC, US INVOICE #531506992 |
| | 0018 | Disbursements & Expenses | E107 | Delivery Services/Couriers/FedEx | 2/5/2016 | 1 | $30.49 | Fed. Express/Express Mail COURIER SHIPMENT #775577887966 TO Andrea Beth Schwartz, U.S. Dept of Justice - U.S. Tr, NEW YORK CITY, NY, US INVOICE #531506992 |
| | 0018 | Disbursements & Expenses | E107 | Delivery Services/Couriers/FedEx | 2/5/2016 | 1 | $30.49 | Fed. Express/Express Mail COURIER SHIPMENT #775577911828 TO Richard Schepacarter, Office of the U.S. Trustee, WILMINGTON, DE, US INVOICE #531506992 |
| | 0018 | Disbursements & Expenses | E101 | Copies | 2/4/2016 | 11 | $1.10 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 2/4/2016 | 27 | $2.70 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 2/4/2016 | 4 | $0.40 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 2/4/2016 | 7 | $0.70 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 3/25/2016 | 3 | $0.30 | Photocopies |

**EXHIBIT F**

Godfrey & Kahn, S.C.
Detailed Expense Records
January 1, 2016 through April 30, 2016

| Receipt | Matter Number | Matter Name | Expense Code | Category | Date | Number of Units | Expense Amount | Description |
|---|---|---|---|---|---|---|---|---|
| | 0018 | Disbursements & Expenses | E101 | Copies | 3/25/2016 | 34 | $3.40 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 3/25/2016 | 59 | $5.90 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 3/25/2016 | 6 | $0.60 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 3/25/2016 | 2 | $0.20 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 3/25/2016 | 2 | $0.20 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 3/28/2016 | 18 | $1.80 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 3/31/2016 | 2 | $0.20 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 3/31/2016 | 2 | $0.20 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 3/31/2016 | 5 | $0.50 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 3/31/2016 | 2 | $0.20 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 2/8/2016 | 8 | $0.80 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 2/16/2016 | 1 | $0.10 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 2/19/2016 | 1 | $0.10 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 2/19/2016 | 3 | $0.30 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 2/19/2016 | 2 | $0.20 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 2/22/2016 | 6 | $0.60 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 2/22/2016 | 18 | $1.80 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 2/9/2016 | 2 | $0.20 | Photocopies |
| | 0018 | Disbursements & Expenses | E107 | Delivery Services/Couriers/FedEx | 3/18/2016 | 1 | $36.49 | Fed. Express/Express Mail COURIER SHIPMENT #775901153531 TO Richard Gitlin, Gitlin & Company LLC, DELRAY BEACH, FL, US INVOICE #536028115 |
| | 0018 | Disbursements & Expenses | E107 | Delivery Services/Couriers/FedEx | 3/18/2016 | 1 | $30.26 | Fed. Express/Express Mail COURIER SHIPMENT #775901220304 TO Cecily Gooch, Energy Future Holdings, DALLAS, TX, US INVOICE #536028115 |
| | 0018 | Disbursements & Expenses | E107 | Delivery Services/Couriers/FedEx | 3/18/2016 | 1 | $34.71 | Fed. Express/Express Mail COURIER SHIPMENT #775901257702 TO Peter Kravitz, Province Firm, HENDERSON, NV, US INVOICE #536028115 |
| | 0018 | Disbursements & Expenses | E107 | Delivery Services/Couriers/FedEx | 3/18/2016 | 1 | $30.26 | Fed. Express/Express Mail COURIER SHIPMENT #775901197633 TO Richard Schepacarter, Office of the U.S. Trustee, WILMINGTON, DE, US INVOICE #536028115 |
| | 0018 | Disbursements & Expenses | E107 | Delivery Services/Couriers/FedEx | 3/18/2016 | 1 | $33.13 | Fed. Express/Express Mail COURIER SHIPMENT #775901177469 TO Andrea Beth Schwartz, U.S. Dept of Justice - U.S. Tr, NEW YORK CITY, NY, US INVOICE #536028115 |
| | 0018 | Disbursements & Expenses | E101 | Copies | 2/11/2016 | 1 | $0.10 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 2/11/2016 | 1 | $0.10 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 4/5/2016 | 6 | $0.60 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 4/8/2016 | 2 | $0.20 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 4/8/2016 | 1 | $0.10 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 4/8/2016 | 2 | $0.20 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 4/8/2016 | 1 | $0.10 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 4/8/2016 | 4 | $0.40 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 4/6/2016 | 3 | $0.30 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 4/6/2016 | 5 | $0.50 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 4/1/2016 | 2 | $0.20 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 4/1/2016 | 2 | $0.20 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 4/1/2016 | 2 | $0.20 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 4/1/2016 | 4 | $0.40 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 4/1/2016 | 2 | $0.20 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 4/1/2016 | 1 | $0.10 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 3/30/2016 | 5 | $0.50 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 3/30/2016 | 6 | $0.60 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 3/30/2016 | 64 | $6.40 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 3/30/2016 | 60 | $6.00 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 3/30/2016 | 1 | $0.10 | Photocopies |

**$27,657.42 Application Total**