**EXHIBIT G**

Godfrey and Kahn, S.C.
Customary and Comparable Hourly Rate Disclosure
January 1, 2016 through April 30, 2016, 2015

| Category of Timekeeper | Blended Hourly Rate ||
|---|---|---|
| | **Billed for Preceding Year, Excluding Bankruptcy** | **Billed in this Fee Application (Before Flat Fee Adjustment)** |
| Shareholder | $497.68 | $533.73 |
| Counsel/Data Analyst | $411.42 | $465.48 |
| Associate | $284.93 | $285.99 |
| Paralegal | $205.12 | $256.07 |
| All Timekeepers Aggregated | $419.59 | $416.98 |