# EXHIBIT H
**Godfrey and Kahn, S.C.**
**Budget and Staffing Plan**
**January 1, 2016 through April 30, 2016**

| **BUDGET-JANUARY 1, 2016 THROUGH APRIL 30, 2016** | | | | |
|---|---|---|---|---|
| Matter | Project Category | Hours Budgeted | Fees Budgeted | Hours Billed | Fees Sought |
| 0002 | General Case Administration | 30 | $10,500 | 10.9 | $2,459.50 |
| 0003 | Retention applications & disclosures-Applicants | 10 | $3,500 | 3.5 | $1,322.50 |
| 0005 | Committee administrative documents | 50 | $19,750 | 53.9 | $26,185.50 |
| 0006 | Contact/communications with Fee Committee | 70 | $35,000 | 39.7 | $21,832.00 |
| 0007 | Contact/communications with retained professionals generally | 20 | $7,000 | 0.4 | $90.00 |
| 0008 | Drafting documents to be filed with the Court | 70 | $31,500 | 31.5 | $15,027.50 |
| 0009 | Legal research and drafting | 20 | $7,000 | 3.0 | $715.00 |
| 0010 | Reviewing filed documents | 40 | $16,000 | 4.2 | $2,322.00 |
| 0011 | Prepare for and attend Fee Committee meetings | 200 | $80,000 | 173.3 | $65,292.50 |
| 0012 | Database establishment & maintenance | 60 | $29,700 | 40.0 | $19,800.00 |
| 0013 | Non-working travel | 75 | $20,625 | 57.8 | $15,336.00 |
| 0014 | Prepare for and attend hearings and court communications | 75 | $35,625 | 17.5 | $5,726.50 |
| 0015 | Team meetings | 50 | $20,000 | 30.8 | $9,524.50 |
| 0016 | Media Inquiries and Management | 2 | $1,000 | 1.8 | $990.00 |
| 0017 | Fee Applications-Applicants | 25 | $11,250 | 23.4 | $11,727.00 |
| 020A-20LL | Retained Professionals-application review and reporting | 1,400 | $525,000 | 875.1 | $356,239.50 |
| **TOTAL** | | 2,197 | $853,450 | 1,366.8 | $554,590.00 |

| STAFFING PLAN | | |
|---|---|---|
| **Category of Timekeeper** | **Number expected to work on the matter During the Budget Period** | **Average hourly rate** |
| Shareholder | 3 | $532 |
| Special Counsel/Data Specialist | 3 | $423 |
| Associates (5-7 years) | 2 | $285 |
| Paralegal | 2 | $260 |