**EXHIBIT A**

Gitlin & Company, LLC

Detailed Expense Records

January 1, 2016 through April 30, 2016

| Receipt | Category | Date | Expense Amount | Description |
|---|---|---|---|---|
| | Taxi | 1/19/2016 | $50.00 | Transport from home to airport |
| * | JetBlue | 1/19/2016 | $167.10 | Airfare from West Palm to LGA |
| * | Taxi | 1/19/2016 | $46.59 | Transport from airport to meeting |
| * | Taxi | 1/19/2016 | $50.21 | Transport from meeting to airport |
| * | JetBlue | 1/19/2016 | $89.00 | Airfare from LGA to West Palm |
| | Taxi | 1/19/2016 | $50.00 | Transport from airport to home |
| | Taxi | 2/18/2016 | $50.00 | Transport from home to airport |
| * | American Airlines | 2/18/2016 | $201.20 | Airfare from FLL to PHL |
| * | Taxi | 2/18/2016 | $67.69 | Transport from airport to Courthouse |
| | Taxi | 2/18/2016 | $50.00 | Transport from airport to home |
| * | JetBlue | 3/1/2016 | $292.10 | Airfare from NYC to Sarasota |
| * | JetBlue | 3/20/2016 | $547.08 | Airfare from FLL to LGA to FLL |
| * | Taxi | 3/20/2016 | $44.19 | Transport from airport to hotel |
| * | The London | 3/20/2016 | $283.41 | Hotel NYC |
| * | Taxi | 3/21/2016 | $39.99 | Transport from meeting to airport |
| | Taxi | 3/21/2016 | $50.00 | Transport from airport to home |
| | Taxi | 4/27/2016 | $50.00 | Transport from home to airport |
| * | JetBlue | 4/27/2016 | $314.20 | Airfare from West Palm Beach to LGA to WPB |
| * | Taxi | 4/27/2016 | $95.50 | Transport from airport to NYC |
| * | Hotel | 4/27/2016 | $417.45 | London Hotel NYC |
| | Taxi | 4/27/2016 | $95.50 | Transport from NYC to Newark airport |

**$3,051.21** **Application Total**