**EXHIBIT B**

Gitlin & Company, LLC
Detailed Time Records
January 1, 2016 through April 30, 2016

| Date | Hours | Description |
|---|---|---|
| 1/4/2016 | 1.00 | Review of letters to professionals and response memo from the Fee Committee. |
|  | 0.50 | Review of Guggenheim January budget. |
|  | 0.50 | Review of status of PUC treatment of Hunt request. |
|  | 0.50 | Update call on plan process with G&K. |
| 1/5/2016 | 0.50 | Review of SOLIC January budget. |
|  | 1.00 | Planning for January 19 Fee Committee meeting including review of draft agenda. |
|  | 1.00 | Analysis of appropriateness of continuing fixed fee payments to investment bankers. |
|  | 0.50 | Telephone conference with G&K on fee issues. |
| 1/6/2016 | 0.50 | Telephone conference with G&K on developments. |
| 1/7/2016 | 0.50 | Review of REIT tax charges on Hunt plan. |
| 1/8/2016 | 1.00 | Review of arguments against Hunt plan before the PUC. |
|  | 1.00 | Analysis on review and payment of fees, post confirmation. |
|  | 1.50 | Review and analysis of transcript of judges orders related to review of fees by the Fee Committee. |
|  | 1.00 | Analysis of fixed fee payments post confirmation to investment bankers. |
|  | 0.50 | Telephone conference with G&K and Ms. Gooch to discuss all professional fees to be paid under the Plan. |
|  | 0.50 | Analysis of chart of all fees to be paid under the Plan. |
|  | 1.00 | Review of retention terms of all professionals. |
| 1/11/2016 | 0.50 | Review of Gov. Perry comments on Hunt PUC request. |

Gitlin & Company, LLC
Detailed Time Records
January 1, 2016 through April 30, 2016

| Date | Hours | Description |
|---|---|---|
|  | 0.50 | Review of draft agenda for January 19 Fee Committee meeting. |
|  | 1.00 | Analysis of Fee Committee responsibilities under the judge's order. |
|  | 0.50 | Telephone conference with G&K on scope of Fee Committee review and draft agenda. |
| 1/12/2016 | 1.00 | Review of PUC hearing, including Oncor CEO testimony. |
|  | 0.50 | Review of latest draft of agenda for January 19 Fee Committee meeting and index of materials. |
|  | 0.50 | Telephone conference with Mr. Williamson on next Fee Committee meeting. |
| 1/13/2016 | 0.50 | Review of SOLIC February budget. |
| 1/14/2016 | 1.00 | Analysis of professional fees subject on Fee Committee review. |
|  | 1.00 | Telephone conference with G&K and Ms. Gooch on scope of professionals subject to Fee Committee review. |
| 1/15/2016 | 0.50 | Review of Munger February budget. |
|  | 0.50 | Review of Proskauer February budget. |
| 1/16/2016 | 1.50 | Analysis of newly assigned professionals to be reviewed by the Fee Committee. |
|  | 1.00 | Review of hourly rates of fixed rate professionals and treatment of them between confirmation and effective date. |
|  | 1.00 | Analysis of payment of fees to K&E by year end. |
|  | 1.00 | Analysis of rate increase chart and position of the Fee Committee. |
|  | 0.50 | Telephone conference with G&K on next Fee Committee meeting. |
| 1/18/2016 | 1.50 | Review of proposed settlement with professionals. |

EXHIBIT B

Gitlin & Company, LLC
Detailed Time Records
January 1, 2016 through April 30, 2016

| Date | Hours | Description |
|---|---|---|
|  | 0.50 | Telephone conference with Godfrey & Kahn planning for Fee Committee meeting on January 19. |
|  | 1.00 | Review of issues to be discussed at Fee Committee meeting. |
|  | 0.50 | Review of proposed plan for K&E for year end. |
|  | 0.50 | Review of Richard Layton's report. |
|  | 1.00 | Review of position on fixed rate professional payments. |
| 1/19/2016 | 2.50 | Review of materials for Fee Committee meeting. |
|  | 1.00 | Analysis on approach to start discussions with fixed fee professionals for post-effective date time. |
|  | 1.50 | Review of standards and systems to be used to review the newly assigned professionals for Fee Committee review. |
|  | 1.00 | Planning session with G&K for Fee Committee meeting. |
|  | 2.00 | Attendance at Fee Committee meeting. |
|  | 1.00 | Review of next steps after and as a result of Fee Committee meeting. |
|  | 3.00 | Non-working travel. |
| 1/20/2016 | 1.00 | Review and analysis of K&E letter and attachments on rate increases. |
| 1/21/2016 | 1.00 | Analysis of response to K&E explanation on rate increases. |
|  | 0.50 | Telephone conference with G&K on response to K&E. |
| 1/22/2016 | 1.00 | Review of K&E fifth interim and plan to pay them by fiscal year-end, January 31, 2016. |
| 1/23/2016 | 0.50 | Telephone conference with G&K on plan going forward. |
| 1/24/2016 | 0.50 | Telephone conference with G&K on FTI. |

**EXHIBIT B**

Gitlin & Company, LLC
Detailed Time Records
January 1, 2016 through April 30, 2016

| Date | Hours | Description |
|---|---|---|
| 1/25/2016 | 1.00 | Analysis of Fee Committee position on continued payment of monthly fees to fixed rate professionals. |
| | 0.50 | Telephone conference with G&K on fixed fee professionals. |
| | 0.50 | Planning for following months meetings of Fee Committee. |
| | 1.00 | Analysis on response to press inquiries. |
| | 0.50 | Review of chart of blended rates for all non-lawyer professionals. |
| 1/26/2016 | 1.00 | Planning for Court hearing on uncontested fee applications. |
| | 0.50 | Phone attendance at Court hearing. |
| | 1.00 | Coordination and planning on February 9 Fee Committee meeting. |
| | 1.00 | Analysis on post-confirmation fees and process. |
| | 0.50 | Telephone conference with Ms. Gooch on post-confirmation fees. |
| 1/27/2016 | 0.50 | Telephone conference with Peter Kravitz on position on fixed fee professionals. |
| | 0.50 | Telephone conference with G&K on fixed fee professionals. |
| | 0.50 | Review of PUC hearing on Hunt plan. |
| | 0.50 | Review of analysis of committee members on fixed fee professionals. |
| | 1.00 | Analysis of approach to review of non-retained professionals. |
| | 0.50 | Review of updated chart of hourly rates of fixed fee professionals. |
| | 1.00 | Review of budget compliance. |
| 1/28/2016 | 1.00 | Review of status of G&K reporting on outstanding fee applications. |
| | 0.50 | Review of draft memo to professionals. |
| | 0.50 | Review of revised budget compliance chart. |
| | 0.50 | Telephone conference with G&K on fixed fee professionals and meeting agendas. |

**EXHIBIT B**

Gitlin & Company, LLC
Detailed Time Records
January 1, 2016 through April 30, 2016

| Date | Hours | Description |
|---|---|---|
|  | 1.00 | Analysis on approach to Lazard. |
| 1/29/2016 | 0.50 | Coordination on next Fee Committee meetings. |
|  | **63.50** | **January Total** |
| 2/1/2016 | 1.50 | Review of materials for February 3 Fee Committee call. |
| 2/2/2016 | 0.50 | Analysis of FTI rate increase. |
|  | 1.00 | Analysis of law on substantial contribution. |
|  | 0.50 | Telephone conference with G&K and K&E on rate increases. |
| 2/3/2016 | 1.00 | Review of additional materials for Fee Committee meeting. |
|  | 1.50 | Participation on Fee Committee call. |
|  | 1.50 | Review and analysis of five charts of FTI timekeepers. |
|  | 0.50 | Review of chart on Lazard scope of work. |
|  | 0.50 | Review of G&K memo on Fee Committee meeting. |
|  | 1.00 | Analysis of position on monthly payments of fixed fee professionals. |
|  | 0.50 | Strategy on Lazard fixed fee payments. |
|  | 0.50 | Telephone conference with Ms. Gooch on fixed fee payments. |
|  | 0.50 | Telephone conference with G&K on meeting materials and draft committee report. |
| 2/4/2016 | 0.50 | Review of status of K&E budgets. |
|  | 1.00 | Telephone conference with G&K on fixed fee professionals, budgets, and strategy. |
| 2/5/2016 | 0.50 | Telephone conference with Ms. Schwartz and G&K on budgets. |
|  | 0.50 | Review of final list of professionals for uncontested hearing. |

**EXHIBIT B**

Gitlin & Company, LLC
Detailed Time Records
January 1, 2016 through April 30, 2016

| Date | Hours | Description |
|---|---|---|
| | 0.50 | Review of final budget memo to professionals. |
| | 0.50 | Analysis of approach to resolve issues with Polsinelli. |
| | 0.50 | Review of US Trustee comments to memo to professionals. |
| | 0.50 | Analysis of professional budgets. |
| 2/6/2016 | 0.50 | Review of revised memo to professionals. |
| | 1.00 | Planning for Polsinelli meeting. |
| 2/8/2016 | 0.50 | Review of draft report to FTI. |
| | 0.50 | Review of draft of Fee Committee report for February 17 Court hearing. |
| | 0.50 | Review of revised budget memo. |
| | 0.50 | Planning for Polsinelli meeting. |
| | 1.00 | Analysis on hourly rate averages for fixed rate professionals. |
| | 0.50 | Telephone conference with G&K on blended rate analysis. |
| 2/9/2016 | 0.50 | Telephone conference with G&K on rate increases, flat fee professionals. |
| | 1.00 | Analysis of action on flat fee professionals. |
| | 0.50 | Consideration of Lazard meals and travel issues. |
| | 0.50 | Planning for Polsinelli meeting. |
| | 1.00 | Review of FTI letter and detail time charts. |
| | 0.50 | Review of drafts of memos to professionals and report to the Court. |
| | 0.50 | Review of Cravath February budget. |
| 2/10/2016 | 0.50 | Review of draft agenda for February 11 Fee Committee call. |
| | 0.50 | Review of results of exclusivity hearing today. |
| | 0.50 | Review agreement on timing of resolution with Polsinelli and plan to resolve. |

**EXHIBIT B**

Gitlin & Company, LLC
Detailed Time Records
January 1, 2016 through April 30, 2016

| Date | Hours | Description |
|---|---|---|
| | 1.00 | Analysis and strategy on monthly payments to fixed fee professionals. |
| 2/11/2016 | 0.50 | Review of chart of interim applications. |
| | 0.50 | Telephone conference with Peter Kravitz on open issues. |
| | 0.50 | Analysis of committee position on car travel from home to airport. |
| | 0.50 | Analysis of new Chapter 11 proposal by EFH. |
| | 0.50 | Review of US Trustee comments on Fee Committee report to the Court. |
| | 1.00 | Participation in Fee Committee call. |
| | 0.50 | Telephone conference with G&K on open issues. |
| | 0.50 | Analysis of proposed settlement with Richards Layton. |
| | 0.50 | Review of response from Charles River. |
| 2/12/2016 | 0.50 | Review of revised report to the Court for February 18 hearing. |
| | 0.50 | Review of KPMG settlement proposal. |
| | 1.00 | Preparation for remarks to the Court. |
| | 0.50 | Review of Munger March budget. |
| | 0.50 | Review of final memo to professionals. |
| | 0.50 | Telephone conference with G&K on February 18 hearing. |
| | 0.50 | Review of final agreement with Lazard. |
| | 0.50 | Review of final changes to fees and expenses requested and changes per resolutions with the Fee Committee. |
| | 0.50 | Planning for meeting with FTI. |
| | 0.50 | Review changes for report to Court. |
| | 1.00 | Multiple emails on budgets of ordinary course professionals. |

**EXHIBIT B**

Gitlin & Company, LLC
Detailed Time Records
January 1, 2016 through April 30, 2016

| Date | Hours | Description |
|---|---|---|
| 2/13/2016 | 0.50 | Review of Polsinelli negotiation summary. |
|  | 0.50 | Telephone conference with G&K on preparation for February 18 hearing. |
| 2/14/2016 | 2.00 | Review of materials for February 18 Fee Committee meeting. |
| 2/15/2016 | 0.50 | Telephone conference with G&K on Montgomery proposal. |
| 2/16/2016 | 0.50 | Telephone conference with Jamie Sprayregen on Fee Report. |
| 2/17/2016 | 1.00 | Analysis of response to multiple attendees at meetings and hearings. |
|  | 0.50 | Review of status of Hunt PUC process. |
|  | 1.50 | Planning for hearing on February 18 on fees. |
|  | 0.50 | Review of Filsinger March budget. |
|  | 0.50 | Review of latest draft of status report for the Court February 18 hearing. |
|  | 1.00 | Review and analysis of flat fee blended rates. |
|  | 0.50 | Telephone conference with G&K on February 18 hearing. |
| 2/18/2016 | 1.50 | Preparation for Court hearing on fees. |
|  | 0.50 | Review of make-whole appeal decision. |
|  | 0.50 | Review of draft revised order appointing the Committee. |
|  | 1.00 | Analysis of position on flat fee professionals. |
|  | 1.00 | Planning meeting with G&K before Court hearing. |
|  | 1.00 | Attendance at Court hearing. |
|  | 1.00 | Planning for next steps for Fee Committee. |
|  | 5.00 | Non-working travel. |
| 2/19/2016 | 1.50 | Analysis of position and approach to monthly fees of both Lazard and Guggenheim. |

EXHIBIT B

Gitlin & Company, LLC
Detailed Time Records
January 1, 2016 through April 30, 2016

| Date | Hours | Description |
|---|---|---|
|  | 1.00 | Planning for next Fee Committee meeting. |
|  | 0.50 | Analysis of communications with the press. |
|  | 0.50 | Telephone conference with Lazard on solution to flat fees. |
|  | 0.50 | Telephone conference with G&K on flat fee professionals. |
| 2/22/2016 | 0.50 | Review of status of amended order on Fee Committee appointment. |
|  | 0.50 | Review of increase in severance request of EFH. |
|  | 1.50 | Analysis of update for Lazard and Guggenheim blended rates and analysis of strategy to deal with them. |
|  | 0.50 | Telephone conference with Morrison on fixed fee professionals. |
|  | 0.50 | Telephone conference with G&K on fixed fee professionals. |
|  | 0.50 | Telephone conference with Peter Kravitz on monthly payments to fixed fee professionals. |
| 2/23/2016 | 0.50 | Review of status of revised Fee Committee order. |
|  | 0.50 | Review of press on fees in EFH. |
|  | 1.50 | Analysis of response to rate increase explanations of Kirkland & Ellis and review of draft letter to Kirkland & Ellis. |
|  | 0.50 | Review of transcript of February 18 Court hearing. |
|  | 0.50 | Telephone conference with G&K on rate increase strategy. |
| 2/24/2016 | 0.50 | Review of redraft of Kirkland & Ellis rate increase letter. |
|  | 1.50 | Review and analysis of updated monthly chart of hourly rates charged by Lazard and Guggenheim and implications for strategy on ordering continued payment of monthly fees. |

**EXHIBIT B**

Gitlin & Company, LLC
Detailed Time Records
January 1, 2016 through April 30, 2016

| Date | Hours | Description |
|---|---|---|
| | 0.50 | Planning for discussion with Guggenheim. |
| | 0.50 | Telephone conference with G&K on Lazard and Guggenheim. |
| 2/25/2016 | 0.50 | Review of revised draft of Kirkland & Ellis rate increase letter. |
| | 0.50 | Coordination with Guggenheim on New York meeting. |
| | 0.50 | Telephone conference with G&K on open issues and fixed rate professionals. |
| 2/26/2016 | 0.50 | Telephone conference with G&K on meeting schedule. |
| 2/28/2016 | 0.50 | Review of issues on Hunt PUC process. |
| | 1.00 | Review of Lazard's activity currently and for period from July to November. |
| 2/29/2016 | 1.50 | Coordinating and planning for Lazard meeting. |
| | 1.00 | Analysis of impact of an adverse ruling by PUC on Hunt deal. |
| | 1.00 | Review of revised chart on flat fee blended rates. |
| | 1.00 | Analysis of Guggenheim data and preparation for meeting. |
| | 0.50 | Telephone conference with G&K on March 1 meeting. |
| | **83.00** | **February Total** |
| 3/1/2016 | 1.50 | Analysis of potential solutions to discontinue hourly rates for Lazard and Guggenheim. |
| | 1.00 | Planning meeting with G&K on fixed rate solutions. |
| | 1.00 | Meeting with Guggenheim on hourly rate payments. |
| | 1.00 | Meeting with Lazard on hourly rate payments. |
| | 0.50 | Analysis of implications of an agreement with Lazard to stop hourly payments. |
| | 0.50 | Review of draft agenda for March 21 Fee Committee meeting. |
| | 4.00 | Non-working travel. |

**EXHIBIT B**

Gitlin & Company, LLC
Detailed Time Records
January 1, 2016 through April 30, 2016

| Date | Hours | Description |
|---|---|---|
| 3/2/2016 | 1.00 | Analysis of implications of a PUC rejection of the Hunt deal. |
| | 0.50 | Review of Guggenheim March budget. |
| | 0.50 | Analysis of position on Guggenheim monthly fees. |
| | 0.50 | Telephone conference with G&K on Guggenheim. |
| 3/3/2016 | 0.50 | Analysis on solution for Guggenheim monthly fees. |
| | 1.50 | Review of Lazard data and development of proposal to cease monthly payments. |
| | 0.50 | Telephone conference with G&K on Lazard and Guggenheim. |
| 3/4/2016 | 0.50 | Analysis of implications of PUC delay of Hunt decision. |
| | 0.50 | Further analysis on Lazard potential agreement. |
| | 0.50 | Planning call with G&K. |
| 3/5/2016 | 0.50 | Review draft agenda for March 21 Fee Committee meeting. |
| 3/7/2016 | 0.50 | Review status of Hunt deal. |
| | 0.50 | Telephone conference with G&K on Lazard. |
| | 0.50 | Telephone conference with Ms. Gooch on Kirkland & Ellis negotiations. |
| | 0.50 | Telephone conference with Lazard on monthly fees. |
| 3/8/2016 | 0.50 | Telephone conference with G&K on fixed fee professionals. |
| 3/9/2016 | 0.50 | Telephone conference with G&K on planning. |
| 3/10/2016 | 0.50 | Planning for uncontested fee hearing. |
| | 0.50 | Telephone conference with G&K on Lazard and Guggenheim. |
| 3/11/2016 | 1.00 | Analysis of position on Kirkland & Ellis rate increases. |
| | 0.50 | Telephone conference with G&K and Ms. Gooch on Kirkland & Ellis rate increases. |

**EXHIBIT B**

Gitlin & Company, LLC
Detailed Time Records
January 1, 2016 through April 30, 2016

| Date | Hours | Description |
|---|---|---|
|  | 1.00 | Planning for March 21 Fee Committee meeting. |
| 3/14/2016 | 0.50 | Coordination on April Fee Committee meeting. |
|  | 1.50 | Analysis of impact on Fee Committee of shift to Plan B. |
| 3/15/2016 | 0.50 | Review of Proskauer April budget. |
|  | 0.50 | Review of Court decision on Delaware Trust and interest computation. |
|  | 0.50 | Telephone conference with G&K on meeting agenda. |
| 3/16/2016 | 0.50 | Review of letter on Kirkland & Ellis rate increases. |
|  | 1.00 | Analysis of realization rates in bankruptcy vs. non-bankruptcy. |
|  | 0.50 | Planning for March 21 Fee Committee meeting. |
|  | 0.50 | Review of Munger April budget. |
|  | 1.00 | Review of draft of Brown Rudnick letter and analysis of standard of review for 503(b) applicants. |
| 3/17/2016 | 0.50 | Review of White & Case draft letter. |
|  | 0.50 | Review of agenda for March 21 Fee Committee meeting. |
|  | 0.50 | Telephone conference with G&K preparing for March 21 meeting. |
| 3/18/2016 | 2.00 | Review of materials for March 21 Fee Committee meeting. |
|  | 1.00 | Telephone conference with G&K planning for Fee Committee meeting. |
|  | 0.50 | Telephone conference with Peter Kravitz on Fee Committee meeting. |
|  | 2.00 | Analysis on approach to reasonableness standard for 503(b) professionals. |
|  | 0.50 | Review of latest fixed fee blended hourly rate. |
| 3/19/2016 | 0.50 | Review of status of White & Case communications. |
| 3/20/2016 | 1.00 | Planning for Fee Committee meeting of March 21. |

EXHIBIT B

Gitlin & Company, LLC
Detailed Time Records
January 1, 2016 through April 30, 2016

| Date | Hours | Description |
|---|---|---|
|  | 1.50 | Analysis of practical approach to review 503(b) applicants. |
|  | 1.00 | Review of FTI billings and FTI letter. |
|  | 3.00 | Non-working travel. |
| 3/21/2016 | 1.50 | Review of materials for Fee Committee meeting. |
|  | 1.00 | Planning session with G&K for Fee Committee meeting. |
|  | 1.00 | Review Brown Rudnick letter and other approaches to 503(b) applications. |
|  | 2.00 | Attendance at Fee Committee meeting. |
|  | 1.00 | Follow up on alternate approaches to 503(b) reviews. |
|  | 0.50 | Planning for next steps for Lazard and Guggenheim discussions. |
|  | 0.50 | Telephone conference with G&K on post meeting actions. |
|  | 2.50 | Non-working travel. |
|  | 0.50 | Review of draft order of Texas PUC. |
| 3/22/2016 | 0.50 | Telephone conference with G&K on updated chart of fixed rate blended hourly rates. |
|  | 0.50 | Analysis of implications of PUC Hunt decision. |
| 3/24/2016 | 0.50 | Telephone conference with G&K on monthly fees of fixed rate professionals. |
| 3/25/2016 | 0.50 | Analysis on agreement with Lazard. |
|  | 0.50 | Telephone conference with Lazard on agreement. |
|  | 0.50 | Telephone conference with G&K on other fixed fee professionals. |
|  | 0.50 | Analysis of impact of PUC order on Hunt deal. |
| 3/29/2016 | 1.00 | Analysis of tax sharing demand of PUC order and impact on Hunt deal. |
| 3/30/2016 | 0.50 | Review of draft agenda for April 6 Fee Committee meeting. |

**EXHIBIT B**

Gitlin & Company, LLC
Detailed Time Records
January 1, 2016 through April 30, 2016

| Date | Hours | Description |
|---|---|---|
| 3/31/2016 | 0.50 | Review of draft letter to White & Case. |
|  | 0.50 | Analysis of Goldin hourly rates. |
|  | 0.50 | Telephone conference with G&K on fixed rate professionals. |
|  | 1.00 | Analysis of principles for 503(b) review. |
|  | **62.50** | **March Total** |
| 4/1/2016 | 0.50 | Review of draft agenda and index of documents for April 6 Fee Committee meeting. |
|  | 1.00 | Review and analysis of White & Case letter. |
|  | 0.50 | Review of memorandum to Fee Committee. |
|  | 0.50 | Telephone conference with G&K on Fee Committee memorandum. |
| 4/2/2016 | 0.50 | Telephone conference with G&K on Goldin fees. |
|  | 1.50 | Analysis of next steps for Hunt deal and implications of its rejection. |
| 4/4/2016 | 1.00 | Analysis of strategy for addressing Kirkland & Ellis rate increases. |
|  | 0.50 | Telephone conference with Jamie Sprayregan on status of Chapter 11. |
|  | 0.50 | Telephone conference with G&K on next steps in Chapter 11. |
| 4/5/2016 | 1.00 | Planning for April 6 Fee Committee meeting and call with G&K. |
|  | 1.00 | Review of materials for Fee Committee meeting. |
|  | 0.50 | Review of revisions to Brown Rudnick letter. |
| 4/6/2016 | 1.00 | Telephone conference call with G&K preparing for Fee Committee meeting and discussing of 503(b) strategy. |
|  | 1.00 | Attendance at Fee Committee meeting. |
|  | 0.50 | Analysis of Court decision on drag along of Oncor shares. |

EXHIBIT B

Gitlin & Company, LLC
Detailed Time Records
January 1, 2016 through April 30, 2016

| Date | Hours | Description |
|---|---|---|
| | 0.50 | Analysis of timing of review of 503(b) applicants. |
| 4/7/2016 | 0.50 | Telephone conference with G&K on impact of extension of effective date. |
| 4/8/2016 | 0.50 | Telephone conference with G&K on meeting agenda. |
| 4/11/2016 | 0.50 | Review status of Hunt deal and its risk of failure. |
| | 1.00 | Analysis of implications of a Plan B as it applies to fees. |
| | 0.50 | Telephone conference review with G&K on letters to professionals. |
| 4/12/2016 | 0.50 | Review draft of Guggenheim letter report. |
| | 0.50 | Review of Fee Committee letter to Lazard. |
| | 0.50 | Telephone conference with G&K on letters. |
| 4/13/2016 | 0.50 | Review of revised Lazard letter. |
| | 0.50 | Telephone conference with G&K on revisions to letter. |
| 4/14/2016 | 0.50 | Telephone conference with G&K on direction of Chapter 11 and fixed fee professionals. |
| | 0.50 | Review of additional changes to Lazard letter. |
| 4/15/2016 | 0.50 | Review of Munger May budget. |
| | 0.50 | Review of Proskauer budget for May. |
| | 0.50 | Telephone conference with G&K on meeting agenda. |
| 4/17/2016 | 0.50 | Analysis of position of EFH Committee regarding direction of Chapter 11. |
| 4/18/2016 | 1.00 | Review of letters to professionals and timeline. |
| | 0.50 | Telephone conference with G&K on professional letters. |
| | 0.50 | Telephone conference with Mabel Brown on Guggenheim services. |
| | 0.50 | Analysis of revised approach to Guggenheim monthly fees. |

**EXHIBIT B**

Gitlin & Company, LLC
Detailed Time Records
January 1, 2016 through April 30, 2016

| Date | Hours | Description |
|---|---|---|
|  | 0.50 | Review of Filsinger budgets for April and May. |
| 4/19/2016 | 0.50 | Review of rate increase communications with Kirkland & Ellis. |
|  | 0.50 | Review of draft agenda for April 28 Fee Committee meeting. |
|  | 1.00 | Review of implications of withdrawal of Hunt Group from acquisition of Oncor. |
|  | 0.50 | Telephone conference with G&K on fixed fee professionals. |
| 4/20/2016 | 0.50 | Telephone conference with G&K on planning for April 28 Fee Committee meeting. |
|  | 0.50 | Analysis of Hunt request for rehearing at PUC. |
|  | 0.50 | Review of latest agenda and index of documents for next Fee Committee meeting. |
| 4/21/2016 | 1.50 | Study of settlement percentages with retained professionals to develop simplified structured settlement with White & Case. |
|  | 0.50 | Telephone conference with G&K on White & Case discussions. |
| 4/25/2016 | 0.50 | Telephone conference with Ms. Gooch on fixed fee professionals and Hunt deal. |
|  | 1.00 | Analysis of appropriate settlement ranges for 503(b) professionals. |
| 4/26/2016 | 0.50 | Analysis of rehearing request by Hunt with PUC. |
|  | 2.00 | Review of materials for April 28 Fee Committee meeting. |
|  | 0.50 | Planning call with G&K on Fee Committee meeting. |
| 4/27/2016 | 1.50 | Analysis of settlement proposal for White & Case, comparison to retained professionals. |
|  | 0.50 | Assessment of status of Hunt deal. |
|  | 1.00 | Review of plan for post Hunt Fee Committee actions. |
|  | 1.00 | Preparation for Fee Committee meeting. |

**EXHIBIT B**

Gitlin & Company, LLC
Detailed Time Records
January 1, 2016 through April 30, 2016

| Date | Hours | Description |
|---|---|---|
| | 2.50 | Non-working travel. |
| 4/28/2016 | 0.50 | Update on Hunt deal. |
| | 0.50 | Review of Brown Rudnick letter. |
| | 1.00 | Development of plan for White & Case negotiations. |
| | 1.00 | Planning meeting with G&K before Fee Committee meeting. |
| | 1.00 | Attendance at Fee Committee meeting. |
| | 1.00 | Analysis of EFH on post Hunt deal plans. |
| | 0.50 | Listen to Court hearing status conference. |
| | 3.50 | Non-working travel. |
| | **49.50** | **April Total** |
| | | |
| | **258.50** | **GRAND TOTAL** |
| | (11.75) | 1/2 of non-working travel hours |
| | 246.75 | |
| | | |
| | $810.54 | Blended Rate |