UNITED STATES BANKRUTPCY COURT
District of Delaware

In re ) Chapter 11
)
Energy Future Holdings Corp., ) Case No. 14-10979
)
) (Jointly Administered)
Debtors. )

## NOTICE OF ADDRESS CHANGE

PLEASE TAKE NOTICE that Research Now Inc, a creditor in the above-referenced cases of the above-captioned debtors (the "Debtors"), directs the Debtors and their representatives (including the claims and distribution agent appointed in these cases) to change its address for the purpose of administering its claims (as scheduled by the Debtors), and hereby requests that the services of any pleadings, notices, correspondence, ballots and distributions relating to such claims be sent to the New Address set forth below, effective as of the date hereof.

Former Address
Research Now Inc
8401 N Central Expressway
Dallas, TX 75225

New Address
Research Now Inc c/o CRG Financial LLC
100 Union Avenue
Cresskill, NJ 07626

Dated: Tuesday, August 30, 2016

Respectfully submitted,

*Chris Kornegay* (signature)

Chris Kornegay
Research Now Inc
8401 N Central Expressway
Dallas, TX 75225