# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**                                                           **Case No.:** 14–10979–CSS

Energy Future Holdings Corp.

                                                                     **Chapter:** 11


### CLERK'S NOTICE REGARDING FILING OF APPEAL

Please be advised that a Notice of Appeal has been filed in the above mentioned case. The Notice of Appeal, as well as the related documents are available for view by registered PACER users. They can also be viewed at the clerk's office.


_Una O'Boyle_

Una O'Boyle, Clerk of Court

Date: 10/3/16
(VAN–440)

United States Bankruptcy Court
District of Delaware

In re:                                                              Case No. 14-10979-CSS
Energy Future Holdings Corp.                                        Chapter 11
              Debtor
                        **CERTIFICATE OF NOTICE**

District/off: 0311-1        User: JudyF          Page 1 of 26        Date Rcvd: Oct 03, 2016
                           Form ID: van440       Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 05, 2016.
aty          +Adam G. Landis,   Landis Rath & Cobb LLP,   919 Market Street,    Suite 1800,
              Wilmington, DE 19801-3033
aty          +Andrea Beth Schwartz,   U.S. Department of Justice - Office of t,
              U.S. Federal Office Building,   201 Varick Street, Rm 1006,   New York, NY 10014-9449
aty          +Andrew Dietderich,   Sullivan & Cromwell LLP,   125 Broad Street,    3835,
              New York, NY 10004-2498
aty          +Andrew Rosenblatt,   Chadbourne & Parke LLP,   1301 Avenue Of The Americas,
              New York, NY 10019-0127
aty          +Beth A. Gori,   Gori, Julian and Associates, P.C.,   156 North Main Street,
              Edwardsville, Il 62025-1902
aty          +Brett H. Miller,   Morrison & Foerster LLP,   250 West 55th Street,   New York, NY 10019-0050
aty          +Brian D. Glueckstein,    Sullivan & Cromwell LLP,   125 Broad Street,   New York, NY 10004-2498
aty          +Brian Schartz,   c/o Kirkland & Ellis LLP,   601 Lexington Avenue,   New York, NY 10022-4643
aty          +Chad J. Husnick,   Kirkland & Ellis, LLP,   300 North LaSalle Street,   Chicago, IL 60654-5412
aty          +Christopher A. Ward,   Polsinelli PC,   222 Delaware Avenue, Suite 1101,
              Wilmington, DE 19801-1621
aty          +Daniel J. DeFranceschi,   Richards, Layton & Finger,   One Rodney Square, P.O. Box 551,
              Wilmington, DE 19899-0551
aty          +Daniel K. Hogan,   Hogan McDaniel,   1311 Delaware Ave,   Wilmington, DE 19806-4717
aty          +Edward O. Sassower,   Kirkland & Ellis LLP,   601 Lexington Avenue,   New York, NY 10022-4643
aty          +Ethan Early,   Early Lucarelli Sweeney & Meisenkothen,   265 Church Street, 11th Floor,
              New Haven, CT 06510-7005
aty          +James Michael Peck,   Schulte Roth & Zabel LLP,   250 West 55th Street,
              New York, NY 10019-9710
aty          +Jason M. Madron,   Richards, Layton & Finger, P.A.,   One Rodney Square,   P.O. Box 551,
              Wilmington, DE 19899-0551
aty          +Jeff J. Marwil,   Proskauer Rose LLP,   Three First National Plaza,   70 W. Madison Street,
              Suite 3800,   Chicago, IL 60602-4342
aty          +Justin K. Edelson,   Polsinelli PC,   222 Delaware Avenue,   Suite 1101,
              Wilmington, DE 19801-1611
aty          +Lorenzo Marinuzzi,   Morrison & Foerster LLP,   250 West 55th Street,   New York, NY 10019-0050
aty          +Marc Kieselstein,   Kirkland & Ellis LLP,   300 North LaSalle,   Chicago, IL 60654-5412
aty          +Mark D. Collins,   Richards, Layton & Finger, P.A.,   One Rodney Square,
              920 North King Street,   Wilmington, DE 19801-3300
aty          +Mark K. Thomas,   Proskauer Rose LLP,   Three First National Plaza,   70 W. Madison Street,
              Suite 3800,   Chicago, IL 60602-4342
aty          +Matthew B. McGuire,   Landis Rath & Cobb LLP,   P.O. Box 2087,   919 Market Street, Suite 1800,
              Wilmington, DE 19801-3033
aty           Michael A. Paskin,   Cravath, Swaine & Moore LLP,   Worldwide Plaza,   825 Eighth Avenue,
              New York, NY 10019-7475
aty          +Natalie D. Ramsey,   Montgomery, McCracken, Walker & Rhoads,   1105 North Market Street,
              15th Floor,   Wilmington, DE 19801-1201
aty          +Richard L. Schepacarter,   Office of the United States Trustee,   U. S. Department of Justice,
              844 King Street, Suite 2207,   Lockbox #35,   Wilmington, DE 19801-3519
aty          +Robert J. Giuffra, Jr.,   Sullivan & Cromwell LLP,   125 Broad Street,
              New York, NY 10004-2498
aty          +Seth Goldman,   Munger Tolles & Olson LLP,   355 South Grand Avenue,   35th Floor,
              Los Angeles, CA 90071-3161
aty          +Shanti M. Katona,   Polsinelli PC,   222 Delaware Avenue,   Suite 1101,
              Wilmington, DE 19801-1621
aty          +Stephen E. Hessler,   Kirkland & Ellis LLP,   601 Lexington Avenue,   New York, NY 10022-4643
aty          +Steven Kazan,   Kazan McClain Satterley & Greenwood,   Jack London Market,   55 Harrison Street,
              Suite 400,   Oakland, CA 94607-3858
aty          +Steven L. Holley,   Sullivan & Cromwell LLP,   125 Broad Street,   New York, NY 10004-2498
aty          +Steven N. Serajeddini,   Kirkland & Ellis LLP,   300 North LaSalle,   Chicago, IL 60654-5412
aty           Thomas B. Walper,   Munger Tolles & Olson LLP,   355 South Grand Avenue,   35 Floor,
              Los Angeles, CA 90071
aty           Trevor M Broad,   Cravath, Swaine and Moore LLP,   Worldwide Plaza,   825 Eighth Avenue,
              New York, NY 10019-7475
             +Andrea B. Schwartz,   J. Caleb Boggs Federal Building,   844 N. King Street,
              Room 2207, Lockbox 35,   Wilmington, DE 19801-3519
             +David P. Primack,   300 Delaware Avenue,   Suite 770,   Wilmington, DE 19801-6600
              Howard Seife,   1301 Avenue of the Americas,   New Yori, NY 10019-6022
             +James H.M. Sprayregen, P.C.,   300 North LaSalle,   Chicago, IL 60654-3406
             +Joseph H. Huston, Jr.,   1105 N. Market Street,   Suite 700,   Wilmington, DE 19801-1270
             +Mark A. Fink,   1105 N. Market Street,   15th Floor,   Wilmington, DE 19801-1201
             +Mark B. Sheppard,   1105 N. Market Street,   15th Floor,   Wilmington, DE 19801-1201
             +Peter J. Young,   Three First National Plaza,   70 W. Madison Street, Suite 3800,
              Chicago, IL 60602-4342
              Richard L. Schepacarter,   J. Caleb Boggs Federal Building,   Wilmington, DE  19801
             +Richard Levin,   919 Third Avenue,   New York, NY 10022-3902
             +Shannon J. Dougherty,   901 N. Market Street,   Suite 1000,   Wilmington, DE 19801-3070

```
District/off: 0311-1          User: JudyF          Page 2 of 26          Date Rcvd: Oct 03, 2016
                              Form ID: van440      Total Noticed: 47
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
              +E-mail/Text: dklauder@oeblegal.com Oct 03 2016 20:26:31     David M. Klauder,
              901 N. Market Street,   Suite 1000,   Wilmington, DE 19801-3070
                                                                                   TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +Matthew B. McGuire,   Landis Rath & Cobb LLP,   P.O. Box 2087,   919 Market Street, Suite 1800,
              Wilmington, DE 19801-3033
aty*          +Natalie D. Ramsey,   Montgomery, McCracken, Walker & Rhoads,   1105 North Market Street,
              15th Floor,   Wilmington, DE 19801-1201
                                                                         TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2016                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 3, 2016 at the address(es) listed below:
          Aaron C Baker    on behalf of Attorney    Godfrey & Kahn, S.C. acb@pgslaw.com
          Aaron C Baker    on behalf of Fee Examiner Richard Gitlin acb@pgslaw.com
          Aaron H Stulman    on behalf of Interested Party    Wilmington Savings Fund Society, FSB, in its
          capacity as successor Indenture Trustee AStulman@ashby-geddes.com
          Adam Hiller    on behalf of Interested Party    MoreTech, Inc. ahiller@hillerarban.com
          Adam Hiller    on behalf of Interested Party    Steag Energy Services, Inc. ahiller@hillerarban.com
          Adam Hiller    on behalf of Creditor    Buffalo Industrial Supply, Inc. ahiller@hillerarban.com
          Adam G. Landis    on behalf of Interested Party    Alcoa Inc. landis@lrclaw.com,
          raucci@lrclaw.com;panchak@lrclaw.com;brown@lrclaw.com;dellose@lrclaw.com
          Adam G. Landis    on behalf of Creditor    NextEra Energy, Inc. and Next Era Energy Capital
          Holdings, Inc. landis@lrclaw.com,
          raucci@lrclaw.com;panchak@lrclaw.com;brown@lrclaw.com;dellose@lrclaw.com
          Adam G. Landis    on behalf of Creditor    NextEra Energy Resources, LLC landis@lrclaw.com,
          raucci@lrclaw.com;panchak@lrclaw.com;brown@lrclaw.com;dellose@lrclaw.com
          Adam G. Landis    on behalf of Interested Party    Marathon Asset Management, LP landis@lrclaw.com,
          raucci@lrclaw.com;panchak@lrclaw.com;brown@lrclaw.com;dellose@lrclaw.com
          Adam Scott Moskowitz    on behalf of Creditor    ASM Capital IV, L.P. asmcapital@aol.com
          Albert Kass    on behalf of Interested Party    Kurtzman Carson Consultants LLC
          ECFpleadings@kccllc.com,  ecfpleadings@kccllc.com
          Alessandra Glorioso    on behalf of Creditor    U.S. Bank National Association
          glorioso.alessandra@dorsey.com
          Alexa Kranzley    on behalf of Creditor Committee    The Official Committee of Unsecured Creditors
          of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH Finance,
          Inc., and EECI, Inc. (EFH Committee) kranzleya@sullcrom.com
          Alison R. Ashmore    on behalf of Creditor    Bluebonnet Electric Cooperative, Inc.
          aashmore@dykema.com
          Allison R Axenrod    on behalf of Creditor    Claims Recovery Group LLC
          allison@claimsrecoveryllc.com,  allison@ecf.inforuptcy.com;notices@claimsrecoveryllc.com
          Amish R. Doshi    on behalf of Creditor    Oracle America, Inc. adoshi@magnozzikye.com
          Amy Baudler    on behalf of Creditor    Barr Engineering Co. amy@purduelaw.com,
          gpurdue@purduelaw.com;kim@purduelaw.com
          Ana Chilingarishvili    on behalf of Creditor    U.S. Bank National Association
          ana.chilingarishvili@maslon.com
          Andrea Beth Schwartz    on behalf of U.S. Trustee    U.S. Trustee andrea.b.schwartz@usdoj.gov
          Andrea Stone Hartley    on behalf of Creditor    Siemens Energy, Inc. f/k/a Siemens Power
          Generation, Inc., and Siemens Demag Delaval Turbomachinery, Inc. andrea.hartley@akerman.com
          Andrew Dean    on behalf of Debtor    Energy Future Holdings Corp. dean@rlf.com,
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Andrew Dieterich    on behalf of Creditor Committee    The Official Committee of Unsecured
          Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
          Finance, Inc., and EECI, Inc. (EFH Committee) dietdericha@sullcrom.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Andrew Glenn Devore   on behalf of Interested Party   CSC Trust Company of Delaware, as successor
               indenture trustee and collateral trustee andrew.devore@ropesgray.com
              Andrew K Glenn   on behalf of Interested Party   Ad Hoc Group of EFH Legacy Noteholders
               aglenn@kasowitz.com
              Andrew L Magaziner   on behalf of Interested Party   Ad Hoc Committee of TCEH First Lien
               Creditors bankfilings@ycst.com
              Andrew R. Remming   on behalf of Interested Party   Kohlberg Kravis Roberts & Co. L.P., TPG
               Capital, L.P., Goldman, Sachs & Co. and Associated Individuals aremming@mnat.com,
               rfusco@mnat.com;aconway@mnat.com;mdecari@mnat.com
              Angela Ferrante   on behalf of Claims Agent   Garden City Group, LLC
               debra.wolther@gardencitygroup.com,  PACERteam@gardencitygroup.com
              Ann M Kashishian   on behalf of Interested Party   Ad Hoc Committee of EFIH Unsecured Noteholders
               akashishian@gelaw.com,  dero@chipmanbrown.com;mccloskey@chipmanbrown.com
              Ann M Kashishian   on behalf of Intervenor-Defendant   Ad Hoc Committee of EFIH Unsecured
               Noteholders akashishian@gelaw.com,  dero@chipmanbrown.com;mccloskey@chipmanbrown.com
              Ann M Kashishian   on behalf of Attorney   Chipman Brown Cicero & Cole, LLP akashishian@gelaw.com,
               dero@chipmanbrown.com;mccloskey@chipmanbrown.com
              Anna Grace   on behalf of Interested Party   United States on behalf of Environmental Protection
               Agency Anna.E.Grace@usdoj.gov
              Anna Grace   on behalf of Creditor   UNITED STATES OF AMERICA Anna.E.Grace@usdoj.gov
              Ari David Kunofsky   on behalf of Creditor   UNITED STATES OF AMERICA ari.d.kunofsky@usdoj.gov,
               eastern.taxcivil@usdoj.gov
              Arlene Rene Alves   on behalf of Interested Party   Wilmington Trust, N.A. alves@sewkis.com
              Ashley F. Bartram   on behalf of Interested Party   Public Utility Commission of Texas
               ashley.bartram@texasattorneygeneral.gov
              Ashley F. Bartram   on behalf of Interested Party   Texas Commission on Environmental Quality
               ashley.bartram@texasattorneygeneral.gov
              Ashley F. Bartram   on behalf of Interested Party   Railroad Commission of Texas
               ashley.bartram@texasattorneygeneral.gov
              Ashley Robert Altschuler   on behalf of Defendant   Morgan Stanley Capital Group, Inc.
               ashley.altschuler@dlapiper.com
              Ashley Robert Altschuler   on behalf of Interested Party   Morgan Stanley Capital Group, Inc.
               ashley.altschuler@dlapiper.com
              Barry G. Felder   on behalf of Creditor   UMB Bank, N.A. bgfelder@foley.com
              Barry G. Felder   on behalf of Interested Party   UMB Bank, N.A., as indenture trustee
               bgfelder@foley.com
              Barry M. Klayman   on behalf of Interested Party   J Aron & Company bklayman@cozen.com
              Benjamin Finestone   on behalf of Creditor   Centerbridge Special Credit Partners, II, L.P.
               benjaminfinestone@quinnemanuel.com
              Benjamin Finestone   on behalf of Creditor   CCP Credit Acquisition Holdings, L.L.C.
               benjaminfinestone@quinnemanuel.com
              Benjamin Finestone   on behalf of Creditor   Centerbridge Special Credit Partners, L.P.
               benjaminfinestone@quinnemanuel.com
              Benjamin Stewart   on behalf of Creditor   Pinnacle Technical Resources, Inc.
               bstewart@baileybrauer.com
              Benjamin J. Schladweiler   on behalf of Interested Party   Titan Investment Holdings LP
               bschladweiler@ramllp.com,
               jlano@ramllp.com;hgibbons@ramllp.com;dkrech@ramllp.com;sdaily@ramllp.com;nmozal@ramllp.com;dsanto
               ro@ramllp.com
              Benjamin J. Schladweiler   on behalf of Defendant   Brookfield Asset Management Private
               Institutional Capital Adviser (Canada), L.P. bschladweiler@ramllp.com,
               jlano@ramllp.com;hgibbons@ramllp.com;dkrech@ramllp.com;sdaily@ramllp.com;nmozal@ramllp.com;dsanto
               ro@ramllp.com
              Benjamin J. Schladweiler   on behalf of Creditor   Brookfield Asset Management Private
               Institutional Capital Adviser (Canada), L.P. bschladweiler@ramllp.com,
               jlano@ramllp.com;hgibbons@ramllp.com;dkrech@ramllp.com;sdaily@ramllp.com;nmozal@ramllp.com;dsanto
               ro@ramllp.com
              Benjamin J. Schladweiler   on behalf of Creditor   Angelo Gordon & Co., LP
               bschladweiler@ramllp.com,
               jlano@ramllp.com;hgibbons@ramllp.com;dkrech@ramllp.com;sdaily@ramllp.com;nmozal@ramllp.com;dsanto
               ro@ramllp.com
              Benjamin J. Schladweiler   on behalf of Defendant   Apollo Advisors VII, L.P.
               bschladweiler@ramllp.com,
               jlano@ramllp.com;hgibbons@ramllp.com;dkrech@ramllp.com;sdaily@ramllp.com;nmozal@ramllp.com;dsanto
               ro@ramllp.com
              Benjamin J. Schladweiler   on behalf of Defendant   Angelo Gordon & Co., LP
               bschladweiler@ramllp.com,
               jlano@ramllp.com;hgibbons@ramllp.com;dkrech@ramllp.com;sdaily@ramllp.com;nmozal@ramllp.com;dsanto
               ro@ramllp.com
              Benjamin J. Schladweiler   on behalf of Creditor   Apollo Advisors VII, L.P.
               bschladweiler@ramllp.com,
               jlano@ramllp.com;hgibbons@ramllp.com;dkrech@ramllp.com;sdaily@ramllp.com;nmozal@ramllp.com;dsanto
               ro@ramllp.com
              Bernard George Conaway   on behalf of Creditor   Doyenne Constructors, LLC
               bconaway@cohenseglias.com,  bconaway@cohenseglias.com
              Bernard Grover Johnson, III   on behalf of Creditor   Milam Appraisal District
               bjohnson@fisherboyd.com
              Bonnie R. Golub   on behalf of Creditor   Evercore Group LLC bgolub@weirpartners.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Bradley R. Aronstam   on behalf of Creditor    Apollo Advisors VII, L.P. baronstam@ramllp.com,
           hgibbons@ramllp.com;jlano@ramllp.com;nmozal@ramllp.com;dsantoro@ramllp.com;dkrech@ramllp.com;sdai
           ly@ramllp.com
          Bradley R. Aronstam   on behalf of Other Prof.    Longhorn Capital GS L.P. baronstam@ramllp.com,
           hgibbons@ramllp.com;jlano@ramllp.com;nmozal@ramllp.com;dsantoro@ramllp.com;dkrech@ramllp.com;sdai
           ly@ramllp.com
          Bradley R. Aronstam   on behalf of Defendant    Angelo Gordon & Co., LP baronstam@ramllp.com,
           hgibbons@ramllp.com;jlano@ramllp.com;nmozal@ramllp.com;dsantoro@ramllp.com;dkrech@ramllp.com;sdai
           ly@ramllp.com
          Bradley R. Aronstam   on behalf of Interested Party    Titan Investment Holdings LP
           baronstam@ramllp.com,
           hgibbons@ramllp.com;jlano@ramllp.com;nmozal@ramllp.com;dsantoro@ramllp.com;dkrech@ramllp.com;sdai
           ly@ramllp.com
          Bradley R. Aronstam   on behalf of Creditor    Brookfield Asset Management Private Institutional
           Capital Adviser (Canada), L.P. baronstam@ramllp.com,
           hgibbons@ramllp.com;jlano@ramllp.com;nmozal@ramllp.com;dsantoro@ramllp.com;dkrech@ramllp.com;sdai
           ly@ramllp.com
          Bradley R. Aronstam   on behalf of Defendant    Brookfield Asset Management Private Institutional
           Capital Adviser (Canada), L.P. baronstam@ramllp.com,
           hgibbons@ramllp.com;jlano@ramllp.com;nmozal@ramllp.com;dsantoro@ramllp.com;dkrech@ramllp.com;sdai
           ly@ramllp.com
          Bradley R. Aronstam   on behalf of Creditor    Angelo Gordon & Co., LP baronstam@ramllp.com,
           hgibbons@ramllp.com;jlano@ramllp.com;nmozal@ramllp.com;dsantoro@ramllp.com;dkrech@ramllp.com;sdai
           ly@ramllp.com
          Bradley R. Aronstam   on behalf of Defendant    Apollo Advisors VII, L.P. baronstam@ramllp.com,
           hgibbons@ramllp.com;jlano@ramllp.com;nmozal@ramllp.com;dsantoro@ramllp.com;dkrech@ramllp.com;sdai
           ly@ramllp.com
          Brett H. Miller   on behalf of Interested Party    The Official Committee of TCEH Unsecured
           Creditors BMiller@mofo.com,   brett-miller-1388@ecf.pacerpro.com
          Brian  Schartz   on behalf of Debtor    Energy Future Holdings Corp. bschartz@kirkland.com,
           rebecca.chaikan@kirkland.com;nora.schweighart@kirkland.com
          Brian  Schartz   on behalf of Plaintiff    Energy Future Intermediate Holding Company LLC
           bschartz@kirkland.com,   rebecca.chaikan@kirkland.com;nora.schweighart@kirkland.com
          Brian E Farnan   on behalf of Interested Party    Forest Creek Wind Farm, LLC
           bfarnan@farnanlaw.com,   tfarnan@farnanlaw.com
          Brian L. Arban   on behalf of Interested Party    Steag Energy Services, Inc.
           barban@hillerarban.com
          Brian Lucian Kasprzak   on behalf of Interested Party    Fireman's Fund Insurance Company
           bkasprzak@moodklaw.com
          Brian S. Hermann   on behalf of Interested Party    Ad Hoc Committee of TCEH First Lien Creditors
           jadlerstein@paulweiss.com;bhermann@paulweiss.com;mtattnall@paulweiss.com;abernstein@paulweiss.com
           ;aehrlich@paulweiss.com;mturkel@paulweiss.com;kcairns@paulweiss.com;koneill@paulweiss.com;mao_fed
           national@paulwei
          Brian W. Hockett   on behalf of Creditor    Accenture LLP bhockett@thompsoncoburn.com
          Bruce J. Ruzinsky   on behalf of Creditor    Milam Appraisal District bruzinsky@jw.com,
           mcavenaugh@jw.com
          Brya M. Keilson   on behalf of Other Prof.    Ad Hoc Group of Non-Settling EFIH PIK Noteholders
           comprised of York Capital Management Global Advisors, LLC, P. Schoenfeld Asset Management L.P.,
           Polygon Convertible Opportunity Master Fund, Polygon D bkeilson@gsbblaw.com
          Camille C. Bent   on behalf of Spec. Counsel    Energy Future Intermediate Holding Company LLC
           CCB@stevenslee.com
          Carl N. Kunz, III   on behalf of Creditor    Pooled Equipment Inventory Company
           ckunz@morrisjames.com,   wweller@morrisjames.com;jdawson@morrisjames.com
          Carla O. Andres   on behalf of Interested Party    Fee Committee candres@gklaw.com,
           kboucher@gklaw.com;shuntema@gklaw.com
          Chad J. Husnick   on behalf of Plaintiff    Energy Future Intermediate Holding Company LLC
           chusnick@kirkland.com
          Chad J. Husnick   on behalf of Debtor    Energy Future Holdings Corp. chusnick@kirkland.com
          Chantelle D'nae McClamb   on behalf of Interested Party    Simeio Solutions, Inc.
           cmcclamb@wtplaw.com,   clano@wtplaw.com;cmosuly@wtplaw.com
          Charles J. Brown   on behalf of Interested Party    Emerson Network Power Liebert Services
           cbrown@gsbblaw.com,   dabernathy@archerlaw.com
          Charles J. Brown   on behalf of Creditor    Anadarko Petroleum Corporation cbrown@gsbblaw.com,
           dabernathy@archerlaw.com
          Chester B. Salomon   on behalf of Creditor    Securitas Security Services USA, Inc.
           csalomon@beckerglynn.com,   saltreuter@beckerglynn.com;hhill@beckerglynn.com
          Christopher  Fong   on behalf of Interested Party    American Stock Transfer & Trust Company LLC
           cfong@nixonpeabody.com
          Christopher A. Ward   on behalf of Attorney    Morrison & Foerster LLP cward@polsinelli.com,
           LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
          Christopher A. Ward   on behalf of Attorney    Polsinelli PC cward@polsinelli.com,
           LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
          Christopher A. Ward   on behalf of Creditor Committee    The Official Committee of Unsecured
           Creditors cward@polsinelli.com,   LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
          Christopher A. Ward   on behalf of Interested Party    The Official Committee of TCEH Unsecured
           Creditors cward@polsinelli.com,   LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
          Christopher A. Ward   on behalf of Financial Advisor    FTI Consulting, Inc. cward@polsinelli.com,
           LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com

District/off: 0311-1          User: JudyF          Page 5 of 26          Date Rcvd: Oct 03, 2016
                              Form ID: van440       Total Noticed: 47

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Christopher A. Ward   on behalf of Creditor Committee   The Official Committee of TCEH Unsecured
              Creditors cward@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
              Christopher B. Mosley   on behalf of Creditor   City of Fort Worth
              Chris.Mosley@fortworthtexas.gov, Sharon.Floyd@fortworthtexas.gov
              Christopher L. Carter   on behalf of Creditor   Pacific Investment Management Co. LLC
              christopher.carter@morganlewis.com, julia.frost-davies@morganlewis.com
              Christopher M Hayes   on behalf of Interested Party   Goldman Sachs & Co. and certain affiliates
              Christopher.hayes@kirkland.com
              Christopher Page Simon   on behalf of Interested Party   American Stock Transfer & Trust Company
              LLC csimon@crosslaw.com, smacdonald@crosslaw.com
              Christopher R. Belmonte   on behalf of Interested Party   Moody's Analytics, Inc.
              cbelmonte@ssbb.com, pbosswick@ssbb.com;managingclerk@ssbb.com,asnow@ssbb.com
              Clark T. Whitmore   on behalf of Creditor   U.S. Bank National Association
              clark.whitmore@maslon.com
              Colin R. Robinson   on behalf of Interested Party   EFIH 2nd Lien Notes Indenture Trustee
              crobinson@pszjlaw.com
              Corby Davin Boldissar   on behalf of Interested Party   BP America Production Company
              dboldissar@lockelord.com
              Curtis A Hehn   on behalf of Interested Party   Somervell County Central Appraisal District
              curtishehn@comcast.net
              D. Ross Martin   on behalf of Interested Party   CSC Trust Company of Delaware, as successor
              indenture trustee and collateral trustee rmartin@ropesgray.com
              Daniel A. Fliman   on behalf of Interested Party   Ad Hoc Group of EFH Legacy Noteholders
              dfliman@kasowitz.com
              Daniel A. O'Brien   on behalf of Creditor   Pacific Investment Management Co. LLC
              daobrien@venable.com
              Daniel J. DeFranceschi   on behalf of Debtor   EFH Australia (No. 2) Holdings Company
              RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   TXU Retail Services Company rbgroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Eagle Mountain Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   EFH Renewables Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   TXU Energy Retail Company LLC rbgroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Luminant Energy Trading California Company
              RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Valley NG Power Company LLC rbgroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   TXU Energy Solutions Company LLC rbgroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Big Brown 3 Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   EFH Finance (No. 2) Holdings Company
              RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Brighten Holdings LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   DeCordova Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Lone Star Pipeline Company, Inc.
              defranceschi@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi   on behalf of Debtor   Southwestern Electric Service Company, Inc.
              RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Energy Future Competitive Holdings Company LLC
              defranceschi@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi   on behalf of Debtor   Martin Lake 4 Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Oak Grove Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   4Change Energy Holdings LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Texas Energy Industries Company, Inc.
              rbgroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Tradinghouse 3 & 4 Power Company LLC
              RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Plaintiff   Energy Future Intermediate Holding Company LLC
              RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   NCA Resources Development Company LLC
              RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Luminant Mining Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Sandow Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Brighten Energy LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   EFH CG Management Company LLC defranceschi@rlf.com,
              RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi   on behalf of Debtor   Oak Grove Mining Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   TXU Receivables Company rbgroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   EFIH Finance Inc. defranceschi@rlf.com,
              RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi   on behalf of Debtor   Generation SVC Company defranceschi@rlf.com,
              RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi   on behalf of Debtor   EFH Corporate Services Company RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Luminant Big Brown Mining Company LLC
              RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   EFH CG Holdings Company LP defranceschi@rlf.com,
              RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi   on behalf of Debtor   EFH FS Holdings Company RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Energy Future Intermediate Holding Company LLC
              defranceschi@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi   on behalf of Debtor   Monticello 4 Power Company LLC RBGroup@rlf.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Daniel J. DeFranceschi   on behalf of Debtor     Big Brown Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor     Morgan Creek 7 Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor     Collin Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor     4Change Energy Company RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor     EBASCO SERVICES OF CANADA LIMITED RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor     Oak Grove Management Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor     Lake Creek 3 Power Company LLC
               defranceschi@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi   on behalf of Debtor     Luminant Generation Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor     DeCordova II Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor     Texas Power & Light Company, Inc. rbgroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor     Luminant Energy Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor     EEC Holdings, Inc. RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor     Tradinghouse Power Company LLC rbgroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor     Texas Utilities Electric Company, Inc.
               RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor     Texas Competitive Electric Holdings Company LLC
               defranceschi@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi   on behalf of Debtor     Luminant Renewables Company LLC
               defranceschi@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi   on behalf of Debtor     Luminant Holding Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor     TCEH Finance, Inc. rbgroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor     Generation MT Company LLC defranceschi@rlf.com,
               RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi   on behalf of Debtor     TXU Energy Receivables Company LLC rbgroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor     Generation Development Company LLC
               defranceschi@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi   on behalf of Debtor     Valley Power Company LLC rbgroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor     Luminant Mineral Development Company LLC
               RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor     Big Brown Lignite Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor     Luminant ET Services Company RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor     Energy Future Holdings Corp. defranceschi@rlf.com,
               RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi   on behalf of Debtor     LSGT SACROC, Inc. RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor     Lone Star Energy Company, Inc.
               defranceschi@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi   on behalf of Debtor     TXU Electric Company, Inc. rbgroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor     Texas Electric Service Company, Inc.
               rbgroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor     Dallas Power & Light Company, Inc. RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor     Texas Utilities Company, Inc. RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor     LSGT Gas Company LLC defranceschi@rlf.com,
               RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi   on behalf of Debtor     TXU SEM Company rbgroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor     NCA Development Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor     EECI, Inc. RBGroup@rlf.com
              Daniel K Bearden   on behalf of Creditor     Carrollton-Farmers Branch ISD bearden@txschoollaw.com,
               coston@txschoollaw.com
              Daniel K. Astin   on behalf of Creditor     TXU 2007-1 Railcar Leasing LLC dastin@ciardilaw.com,
               jmcmahon@ciardilaw.com
              Daniel K. Astin   on behalf of Creditor     Atmos Energy Corporation dastin@ciardilaw.com,
               jmcmahon@ciardilaw.com
              Daniel K. Hogan   on behalf of Interested Party Michelle  Ziegelbaum dkhogan@dkhogan.com,
               keharvey@dkhogan.com,gpalagruto@dkhogan.com,mrust@dkhogan.com
              Daniel K. Hogan   on behalf of Creditor John H. Jones dkhogan@dkhogan.com,  keharvey@dkhogan.com,
               gpalagruto@dkhogan.com,mrust@dkhogan.com
              Daniel K. Hogan   on behalf of Interested Party  Brake Supply Company, Inc. dkhogan@dkhogan.com,
               keharvey@dkhogan.com,gpalagruto@dkhogan.com,mrust@dkhogan.com
              Daniel K. Hogan   on behalf of Interested Party David William Fahy dkhogan@dkhogan.com,
               keharvey@dkhogan.com,gpalagruto@dkhogan.com,mrust@dkhogan.com
              Daniel K. Hogan   on behalf of Interested Party Charlotte and Curtis  Liberda dkhogan@dkhogan.com,
               keharvey@dkhogan.com,gpalagruto@dkhogan.com,mrust@dkhogan.com
              Daniel K. Hogan   on behalf of Interested Party  PI Law Firms dkhogan@dkhogan.com,
               keharvey@dkhogan.com,gpalagruto@dkhogan.com,mrust@dkhogan.com
              Daniel K. Hogan   on behalf of Interested Party Joe  Arabie dkhogan@dkhogan.com,
               keharvey@dkhogan.com,gpalagruto@dkhogan.com,mrust@dkhogan.com
              Daniel K. Hogan   on behalf of Interested Party Michael  Cunningham dkhogan@dkhogan.com,
               keharvey@dkhogan.com,gpalagruto@dkhogan.com,mrust@dkhogan.com
              Daniel K. Hogan   on behalf of Interested Party  Shirley Fenicle, as Successor-In-Interest to
               the Estate of George Fenicle,and David William Fahy dkhogan@dkhogan.com,  keharvey@dkhogan.com,
               gpalagruto@dkhogan.com,mrust@dkhogan.com
              Daniel K. Hogan   on behalf of Interested Party  Fenicle, Shirley, as Successor-In-Interest to
               the Estate of George Fenicle dkhogan@dkhogan.com,  keharvey@dkhogan.com,gpalagruto@dkhogan.com,
               mrust@dkhogan.com
              Daniel K. Hogan   on behalf of Interested Party  The Richards Group, Inc. dkhogan@dkhogan.com,
               keharvey@dkhogan.com,gpalagruto@dkhogan.com,mrust@dkhogan.com
              Daniel S. Shamah   on behalf of Defendant   Apollo Advisors VII, L.P. dshamah@omm.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Daniel S. Shamah    on behalf of Creditor    Angelo Gordon & Co., LP dshamah@omm.com
              Daniel S. Shamah    on behalf of Defendant    Brookfield Asset Management Private Institutional
                Capital Adviser (Canada), L.P. dshamah@omm.com
              Daniel S. Shamah    on behalf of Defendant    Angelo Gordon & Co., LP dshamah@omm.com
              Daniel S. Shamah    on behalf of Creditor    Brookfield Asset Management Private Institutional
                Capital Adviser (Canada), L.P. dshamah@omm.com
              Daniel S. Shamah    on behalf of Creditor    Wilmington Trust, N.A., in its capacity as First Lien
                Administrative Agent dshamah@omm.com
              Daniel S. Shamah    on behalf of Creditor    Apollo Advisors VII, L.P. dshamah@omm.com
              Daniel S. Shamah    on behalf of Defendant    Wilmington Trust, N.A., solely in its capacity as
                First Lien Administrative Agent dshamah@omm.com
              Danielle M. Audette    on behalf of Interested Party    Ad Hoc Group of TCEH Unsecured Noteholders ,
                jdisanti@whitecase.com;mco@whitecase.com;jason.bartlett@whitecase.com
              Danielle Marie Audette    on behalf of Intervenor    Ovation Acquisition II, L.L.C.
                daudette@whitecase.com,   jdisanti@whitecase.com;mco@whitecase.com;jason.bartlett@whitecase.com
              Danielle Marie Audette    on behalf of Intervenor    Ovation Acquisition I, L.L.C.
                daudette@whitecase.com,   jdisanti@whitecase.com;mco@whitecase.com;jason.bartlett@whitecase.com
              David  Neier    on behalf of Creditor    Chicago Bridge & Iron Company N.V. dneier@winston.com,
                dcunsolo@winston.com
              David B. Anthony    on behalf of Plaintiff    Third Avenue Management LLC danthony@bergerharris.com
              David B. Anthony    on behalf of Plaintiff    Avenue Capital Management II, LP
                danthony@bergerharris.com
              David B. Anthony    on behalf of Plaintiff    York Capital Management Global Advisors, LLC
                danthony@bergerharris.com
              David B. Anthony    on behalf of Plaintiff    GSO Capital Partners LP danthony@bergerharris.com
              David B. Anthony    on behalf of Plaintiff    P. Schoenfeld Asset Management LP
                danthony@bergerharris.com
              David Daniel Farrell    on behalf of Creditor    Martin Engineering Company
                dfarrell@thompsoncoburn.com
              David Edward Leta    on behalf of Creditor    Headwaters Resources, Inc. dleta@swlaw.com,
                wkalawaia@swlaw.com
              David G. Aelvoet    on behalf of Creditor    Ector CAD davida@publicans.com
              David M. Klauder    on behalf of Financial Advisor    SOLIC Capital Advisors, LLC
                dklauder@bk-legal.com
              David M. Klauder    on behalf of Debtor    Energy Future Holdings Corp. dklauder@bk-legal.com
              David N. Deaconson    on behalf of Creditor William Jeffrey Herbert deaconson@pakislaw.com
              David P. Primack    on behalf of Financial Advisor    Greenhill & Co., LLC dprimack@mdmc-law.com,
                sshidner@mdmc-law.com;smullen@mdmc-law.com
              David P. Primack    on behalf of Other Prof.    Munger, Tolles & Olson LLP dprimack@mdmc-law.com,
                sshidner@mdmc-law.com;smullen@mdmc-law.com
              David P. Primack    on behalf of Interested Party    TCEH Debtors dprimack@mdmc-law.com,
                sshidner@mdmc-law.com;smullen@mdmc-law.com
              David P. Primack    on behalf of Interested Party    Energy Future Competitive Holdings Company LLC
                dprimack@mdmc-law.com,   sshidner@mdmc-law.com;smullen@mdmc-law.com
              David P. Primack    on behalf of Interested Party    Texas Competitive Electric Holdings Company
                LLC dprimack@mdmc-law.com,   sshidner@mdmc-law.com;smullen@mdmc-law.com
              David S. Rosner    on behalf of Interested Party    Ad Hoc Group of EFH Legacy Noteholders
                nAmamoo@kasowitz.com;courtnotices@kasowitz.com
              David W. Carickhoff    on behalf of Interested Party Allen    Shrode dcarickhoff@archerlaw.com,
                de20@ecfcbis.com
              Davis Lee Wright    on behalf of Creditor Committee    The Official Committee of Unsecured
                Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
                Finance, Inc., and EECI, Inc. (EFH Committee) dwright@mmwr.com,
                keith-mangan-mmwr-1628@ecf.pacerpro.com
              Dennis  Dunne, Esq.    on behalf of Interested Party    CITIBANK, N.A. ddunne@millbank.com
              Dennis L. Jenkins    on behalf of Interested Party    CSC Trust Company of Delaware, as successor
                indenture trustee and collateral trustee dennis.jenkins@wilmerhale.com
              Derek C. Abbott    on behalf of Interested Party    TPG Capital, L.P. dabbott@mnat.com,
                rfusco@mnat.com;mdecarli@mnat.com;aconway@mnat.com
              Derek C. Abbott    on behalf of Interested Party    Kohlberg Kravis Roberts & Co. L.P., TPG Capital,
                L.P., Goldman, Sachs & Co. and Associated Individuals dabbott@mnat.com,
                rfusco@mnat.com;mdecarli@mnat.com;aconway@mnat.com
              Derek C. Abbott    on behalf of Interested Party    Texas Energy Future Holdings Limited
                Partnership dabbott@mnat.com,   rfusco@mnat.com;mdecarli@mnat.com;aconway@mnat.com
              Desiree M. Amador    on behalf of Creditor    Pension Benefit Guaranty Corporation
                amador.desiree@pbgc.gov,  efile@pbgc.gov
              Diane W. Sanders    on behalf of Creditor    Nueces County austin.bankruptcy@publicans.com
              Diane W. Sanders    on behalf of Creditor    Walnut Springs ISD austin.bankruptcy@publicans.com
              Diane W. Sanders    on behalf of Creditor    Robertson County austin.bankruptcy@publicans.com
              Diane W. Sanders    on behalf of Creditor    Limestone County austin.bankruptcy@publicans.com
              Diane W. Sanders    on behalf of Creditor    Falls County austin.bankruptcy@publicans.com
              Diane W. Sanders    on behalf of Creditor    Round Rock ISD austin.bankruptcy@publicans.com
              Diane W. Sanders    on behalf of Creditor    Lee County austin.bankruptcy@publicans.com
              Diane W. Sanders    on behalf of Creditor    McLennan County austin.bankruptcy@publicans.com
              Diane W. Sanders    on behalf of Creditor    Franklin ISD austin.bankruptcy@publicans.com
              Donald K. Ludman    on behalf of Creditor    SAP Industries, Inc. dludman@brownconnery.com
              Duane David Werb    on behalf of Creditor    BWM Services, LP
                maustria@werbsullivan.com;riorii@werbsullivan.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Duane David Werb    on behalf of Creditor    The Kansas City Southern Railway Company
           maustria@werbsullivan.com;riorii@werbsullivan.com
          Eboney Cobb    on behalf of Creditor    Somervell County et al ecobb@pbfcm.com,
           rgleason@pbfcm.com;ecobb@ecf.inforuptcy.com
          Edward O. Sassower    on behalf of Plaintiff    Energy Future Intermediate Holding Company LLC
           steven.serajeddini@kirkland.com;aparna.yenamandra@kirkland.com;michael.esser@kirkland.com;natasha
           .hwangpo@kirkland.com;mcclain.thompson@kirkland.com
          Edward O. Sassower    on behalf of Debtor    Energy Future Holdings Corp.
           steven.serajeddini@kirkland.com;aparna.yenamandra@kirkland.com;michael.esser@kirkland.com;natasha
           .hwangpo@kirkland.com;mcclain.thompson@kirkland.com
          Edwin Kevin Camson    camson@drumcapital.com
          Elihu Ezekiel Allinson, III    on behalf of Creditor    Henry Pratt Company, LLC
           ZAllinson@SHA-LLC.com,   ecf@williamdsullivanllc.com;KDavis@SHA-LLC.com;hcoleman@sha-llc.com
          Elizabeth  Banda Calvo    on behalf of Creditor    Somervell County et al rgleason@pbfcm.com,
           ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com
          Elizabeth  Banda Calvo    on behalf of Creditor    Richardson ISD, Crowley ISD rgleason@pbfcm.com,
           ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com
          Ellen M. Halstead    on behalf of Defendant    Morgan Stanley Capital Group, Inc.
           ellen.halstead@cwt.com,   joshua.arnold@cwt.com;nyecfnotice@cwt.com
          Ellen M. Halstead    on behalf of Interested Party    Morgan Stanley Capital Group, Inc.
           ellen.halstead@cwt.com,   joshua.arnold@cwt.com;nyecfnotice@cwt.com
          Ellen W. Slights    on behalf of Creditor    United States/USAO usade.ecfbankruptcy@usdoj.gov
          Epiq Bankruptcy Solutions LLC    nmrodriguez@epiqsystems.com
          Eric Christopher Daucher    on behalf of Creditor    NextEra Energy Resources, LLC
           edaucher@chadbourne.com
          Erica J. Richards    on behalf of Creditor Committee    The Official Committee of Unsecured
           Creditors erichards@mofo.com,   erica-richards-1053@ecf.pacerpro.com
          Erik  Schneider    on behalf of Interested Party    American Stock Transfer & Trust Company LLC
           eschneider@nixonpeabody.com,   bos.managing.clerk@nixonpeabody.com,mnighan@nixonpeabody.com,
          Erin A. West    on behalf of Interested Party    Fee Committee ewest@gklaw.com,
           kboucher@gklaw.com;kknitter@gklaw.com
          Erin R Fay    on behalf of Interested Party    Texas Energy Future Capital Holdings LLC, Texas
           Energy Future Holdings Limited Partnership, and Certain Other Direct or Indirect Holders of
           Equity Interests in Energy Future Holdings Corp. efay@mnat.com,
           aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
          Erin R Fay    on behalf of Interested Party    Texas Energy Future Holdings Limited Partnership
           efay@mnat.com,   aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
          Erin R Fay    on behalf of Interested Party    Texas Energy Future Capital Holdings, LLC, Texas
           Energy Future Holdings Limited Partnership, Kohlberg Kravis Roberts & Co. L.P., KKR 2006 Fund
           L.P., TPG Global, LLC, TPG Partners V, L.P., TPG Capital, efay@mnat.com,
           aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
          Erin R Fay    on behalf of Interested Party    Kohlberg Kravis Roberts & Co. L.P., TPG Capital,
           L.P. and Associated Individuals efay@mnat.com,
           aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
          Erin R Fay    on behalf of Interested Party Mary Ann  KIlgore efay@mnat.com,
           aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
          Erin R Fay    on behalf of Interested Party    Interest Holders efay@mnat.com,
           aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
          Erin R Fay    on behalf of Interested Party    Kohlberg Kravis Roberts & Co. L.P., TPG Capital,
           L.P., Goldman, Sachs & Co. and Associated Individuals efay@mnat.com,
           aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
          Evan  Rassman    on behalf of Creditor    Knife River Corporation-South erassman@gsbblaw.com
          Evan R. Fleck    on behalf of Interested Party    CITIBANK, N.A. EFleck@milbank.com,
           jbrewster@milbank.com;mbrod@milbank.com;chahm@milbank.com;badams@milbank.com;bzucco@milbank.com;m
           price@milbank.com;aleblanc@milbank.com
          Evan T. Miller    on behalf of Interested Party    CSC Trust Company of Delaware, as Successor
           Trustee under the TCEH 11.5% Senior Secured Notes Indenture emiller@bayardlaw.com,
           lmorton@bayardlaw.com;tstoner@bayardlaw.com
          Frances  Gecker    on behalf of Interested Party    PI Law Firms fgecker@fgllp.com,
           csmith@fgllp.com
          Francis A. Monaco,  Jr.    on behalf of Interested Party    Fluor Corporation
           frank.monaco@gavinsolmonese.com,   kdalton@wcsr.com;hsasso@wcsr.com;jwray@wcsr.com
          Francis A. Monaco,  Jr.    on behalf of Interested Party    American Equipment Company Inc.
           frank.monaco@gavinsolmonese.com,   kdalton@wcsr.com;hsasso@wcsr.com;jwray@wcsr.com
          Francis A. Monaco,  Jr.    on behalf of Interested Party    AMECO Inc.
           frank.monaco@gavinsolmonese.com,   kdalton@wcsr.com;hsasso@wcsr.com;jwray@wcsr.com
          Francis A. Monaco,  Jr.    on behalf of Interested Party    Fluor Enterprises Inc.
           frank.monaco@gavinsolmonese.com,   kdalton@wcsr.com;hsasso@wcsr.com;jwray@wcsr.com
          Francis A. Monaco,  Jr.    on behalf of Interested Party    Fluor Global Services
           frank.monaco@gavinsolmonese.com,   kdalton@wcsr.com;hsasso@wcsr.com;jwray@wcsr.com
          Frederick B. Rosner    on behalf of Interested Party    Mudrick Capital Management L.P.
           rosner@teamrosner.com
          G. Alexander Bongartz    on behalf of Interested Party    CSC Trust Company of Delaware, as
           Successor Trustee under the TCEH 11.5% Senior Secured Notes Indenture
           alexbongartz@paulhastings.com
          Garden City Group, LLC    PACERTeam@gardencitygroup.com
          Garvan F. McDaniel    on behalf of Interested Party    Contrarian Capital Management, LLC
           gfmcdaniel@dkhogan.com,   gdurstein@dkhogan.com;karen@dkhogan.com;mrust@dkhogan.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Garvan F. McDaniel    on behalf of Interested Party    Ad Hoc Group of EFH Legacy Noteholders
               gfmcdaniel@dkhogan.com, gdurstein@dkhogan.com;karen@dkhogan.com;mrust@dkhogan.com
              Garvan F. McDaniel    on behalf of Interested Party    Caxton Associates LP gfmcdaniel@dkhogan.com,
               gdurstein@dkhogan.com;karen@dkhogan.com;mrust@dkhogan.com
              Gary F. Seitz    on behalf of Attorney    Gellert Scali Busenkell & Brown LLC gseitz@gsbblaw.com
              George Davis    on behalf of Creditor    Apollo Global Management, LLC gdavis@omm.com
              George Davis    on behalf of Defendant    Brookfield Asset Management Private Institutional
               Capital Adviser (Canada), L.P. gdavis@omm.com
              George Davis    on behalf of Defendant    Apollo Advisors VII, L.P. gdavis@omm.com
              George Davis    on behalf of Creditor    Wilmington Trust, N.A., in its capacity as First Lien
               Administrative Agent gdavis@omm.com
              George Davis    on behalf of Defendant    Angelo Gordon & Co., LP gdavis@omm.com
              George Davis    on behalf of Defendant    Wilmington Trust, N.A., solely in its capacity as First
               Lien Administrative Agent gdavis@omm.com
              Gerrit M. Pronske    on behalf of Creditor    Pallas Realty Advisors, Inc. gpronske@pgkpc.com
              GianClaudio Finizio    on behalf of Interested Party    Delaware Trust Company, as TCEH First Lien
               Indenture Trustee gfinizio@bayardlaw.com,
               bankserve@bayardlaw.com;sbreckenridge@bayardlaw.com;lmorton@bayardlaw.com;tstoner@bayardlaw.com
              GianClaudio Finizio    on behalf of Interested Party    Delaware Trust Company
               gfinizio@bayardlaw.com,
               bankserve@bayardlaw.com;sbreckenridge@bayardlaw.com;lmorton@bayardlaw.com;tstoner@bayardlaw.com
              GianClaudio Finizio    on behalf of Interested Party    CSC Trust Company of Delaware, as
               Successor Trustee under the TCEH 11.5% Senior Secured Notes Indenture gfinizio@bayardlaw.com,
               bankserve@bayardlaw.com;sbreckenridge@bayardlaw.com;lmorton@bayardlaw.com;tstoner@bayardlaw.com
              GianClaudio Finizio    on behalf of Plaintiff    Delaware Trust Company, as TCEH First Lien
               Indenture Trustee gfinizio@bayardlaw.com,
               bankserve@bayardlaw.com;sbreckenridge@bayardlaw.com;lmorton@bayardlaw.com;tstoner@bayardlaw.com
              GianClaudio Finizio    on behalf of Interested Party    Delaware Trust Company as Successor
               Trustee under the TCEH 11.5% Senior Secured Notes Indenture gfinizio@bayardlaw.com,
               bankserve@bayardlaw.com;sbreckenridge@bayardlaw.com;lmorton@bayardlaw.com;tstoner@bayardlaw.com
              Gilbert R. Saydah, Jr.    on behalf of Creditor    CSC Trust Company of Delaware, Proposed
               Successor Indenture Trustee KDWBankruptcyDepartment@kelleydrye.com
              Gregory A. Taylor    on behalf of Interested Party    Ad Hoc Committee of TCEH Second Lien
               Noteholders gtaylor@ashby-geddes.com
              Gregory A. Taylor    on behalf of Interested Party    Wilmington Savings Fund Society, FSB, in its
               capacity as successor Indenture Trustee gtaylor@ashby-geddes.com
              Gregory M. Starner    on behalf of Interested Party    Ad Hoc Group of TCEH Unsecured Noteholders ,
               jdisanti@whitecase.com;mco@whitecase.com;erin.smith@whitecase.com;mshepherd@whitecase.com;jason.b
               artlett@whitecase.com;aaron.colodny@whitecase.com;tamara.vanheel@whitecase.com;mbrown@whitecase.c
               om
              Gregory M. Weinstein    on behalf of Creditor    Mario Sinacola & Sons Excavating, Inc.
               gweinstein@weinrad.com, mbowers@weinrad.com
              Gregory Michael Starner    on behalf of Intervenor    Ovation Acquisition II, L.L.C.
               gstarner@whitecase.com,
               jdisanti@whitecase.com;mco@whitecase.com;erin.smith@whitecase.com;mshepherd@whitecase.com;jason.b
               artlett@whitecase.com;aaron.colodny@whitecase.com;tamara.vanheel@whitecase.com;mbrown@whitecase.c
               om
              Gregory Michael Starner    on behalf of Creditor    Law Debenture Trust Company of New York, in its
               capacity as Indenture Trustee gstarner@whitecase.com,
               jdisanti@whitecase.com;mco@whitecase.com;erin.smith@whitecase.com;mshepherd@whitecase.com;jason.b
               artlett@whitecase.com;aaron.colodny@whitecase.com;tamara.vanheel@whitecase.com;mbrown@whitecase.c
               om
              Gregory Michael Starner    on behalf of Intervenor    Ovation Acquisition I, L.L.C.
               gstarner@whitecase.com,
               jdisanti@whitecase.com;mco@whitecase.com;erin.smith@whitecase.com;mshepherd@whitecase.com;jason.b
               artlett@whitecase.com;aaron.colodny@whitecase.com;tamara.vanheel@whitecase.com;mbrown@whitecase.c
               om
              Gregory T. Donilon    on behalf of Creditor    Automatic Systems, Inc. gdonilon@pwujlaw.com
              Hal F. Morris    on behalf of Interested Party    Texas Commission on Environmental Quality
               hal.morris@texasattorneygeneral.gov
              Hal F. Morris    on behalf of Interested Party    Public Utility Commission of Texas
               hal.morris@texasattorneygeneral.gov
              Hal F. Morris    on behalf of Interested Party    Railroad Commission of Texas
               hal.morris@texasattorneygeneral.gov
              Helen Elizabeth Weller    on behalf of Creditor    Wise County dallas.bankruptcy@publicans.com,
               evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Upshur County dallas.bankruptcy@publicans.com,
               evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    City of bonham dallas.bankruptcy@publicans.com,
               evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Hunt County dallas.bankruptcy@publicans.com,
               evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Hood CAD dallas.bankruptcy@publicans.com,
               evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    City of Corinth dallas.bankruptcy@publicans.com,
               evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Jack County dallas.bankruptcy@publicans.com,
               evelyn.palmer@lgbs.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Helen Elizabeth Weller    on behalf of Creditor    Ector CAD dallas.bankruptcy@publicans.com,
                  evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Northwest ISD dallas.bankruptcy@publicans.com,
                  evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Northeast TX Comm Coll Dist
                  dallas.bankruptcy@publicans.com,  evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Angelina County dallas.bankruptcy@publicans.com,
                  evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Rusk County dallas.bankruptcy@publicans.com,
                  evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Brownsboro ISD dallas.bankruptcy@publicans.com,
                  evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Malakoff ISD dallas.bankruptcy@publicans.com,
                  evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Robertson County dallas.bankruptcy@publicans.com,
                  evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Fannin CAD dallas.bankruptcy@publicans.com,
                  evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Walnut Springs ISD
                  dallas.bankruptcy@publicans.com,  evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Kaufman County dallas.bankruptcy@publicans.com,
                  evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Clay county dallas.bankruptcy@publicans.com,
                  evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Lee County dallas.bankruptcy@publicans.com,
                  evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Ellis County dallas.bankruptcy@publicans.com,
                  evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    City of sulphur springs
                  dallas.bankruptcy@publicans.com,  evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Fannin county dallas.bankruptcy@publicans.com,
                  evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Valley View ISD dallas.bankruptcy@publicans.com,
                  evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Irving isd dallas.bankruptcy@publicans.com,
                  evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Sulphur Springs ISD
                  dallas.bankruptcy@publicans.com,  evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Beckville isd dallas.bankruptcy@publicans.com,
                  evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Archer County dallas.bankruptcy@publicans.com,
                  evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    City of Coppell dallas.bankruptcy@publicans.com,
                  evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Morris CAD dallas.bankruptcy@publicans.com,
                  evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Gainesville isd dallas.bankruptcy@publicans.com,
                  evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Limestone County dallas.bankruptcy@publicans.com,
                  evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Slocum ISD dallas.bankruptcy@publicans.com,
                  evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Fort Bend County dallas.bankruptcy@publicans.com,
                  evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Stephenville ISD dallas.bankruptcy@publicans.com,
                  evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Nueces County dallas.bankruptcy@publicans.com,
                  evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Hopkins County dallas.bankruptcy@publicans.com,
                  evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Cisco College dallas.bankruptcy@publicans.com,
                  evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Camp cad dallas.bankruptcy@publicans.com,
                  evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Montague county dallas.bankruptcy@publicans.com,
                  evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Lamar CAD dallas.bankruptcy@publicans.com,
                  evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Rains County AD dallas.bankruptcy@publicans.com,
                  evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Coppell ISD dallas.bankruptcy@publicans.com,
                  evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Navarro County dallas.bankruptcy@publicans.com,
                  evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Harris County dallas.bankruptcy@publicans.com,
                  evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Tarrant County dallas.bankruptcy@publicans.com,
                  evelyn.palmer@lgbs.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Helen Elizabeth Weller    on behalf of Creditor    Falls County dallas.bankruptcy@publicans.com,
             evelyn.palmer@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Franklin County dallas.bankruptcy@publicans.com,
             evelyn.palmer@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Rockwall Cad dallas.bankruptcy@publicans.com,
             evelyn.palmer@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Smith County dallas.bankruptcy@publicans.com,
             evelyn.palmer@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Cherokee CAD dallas.bankruptcy@publicans.com,
             evelyn.palmer@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    City of carrollton
             dallas.bankruptcy@publicans.com,  evelyn.palmer@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Kerens ISD dallas.bankruptcy@publicans.com,
             evelyn.palmer@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Red River CAD dallas.bankruptcy@publicans.com,
             evelyn.palmer@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    City of Stephenville
             dallas.bankruptcy@publicans.com,  evelyn.palmer@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Van Zandt CAD dallas.bankruptcy@publicans.com,
             evelyn.palmer@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    City of malakoff dallas.bankruptcy@publicans.com,
             evelyn.palmer@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    McLennan County dallas.bankruptcy@publicans.com,
             evelyn.palmer@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Red River County dallas.bankruptcy@publicans.com,
             evelyn.palmer@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Cisco ISD dallas.bankruptcy@publicans.com,
             evelyn.palmer@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Franklin ISD dallas.bankruptcy@publicans.com,
             evelyn.palmer@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Round Rock ISD dallas.bankruptcy@publicans.com,
             evelyn.palmer@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Wise CAD dallas.bankruptcy@publicans.com,
             evelyn.palmer@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Cayuga isd dallas.bankruptcy@publicans.com,
             evelyn.palmer@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Grayson County dallas.bankruptcy@publicans.com,
             evelyn.palmer@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Dallas County dallas.bankruptcy@publicans.com,
             evelyn.palmer@lgbs.com
          Howard A. Cohen    on behalf of Interested Party    CITIBANK, N.A. hcohen@gibbonslaw.com
          Howard R. Hawkins, Jr.    on behalf of Interested Party    Morgan Stanley Capital Group, Inc.
             howard.hawkins@cwt.com,  nyecfnotice@cwt.com
          Howard R. Hawkins, Jr.    on behalf of Defendant    Morgan Stanley Capital Group, Inc.
             howard.hawkins@cwt.com,  nyecfnotice@cwt.com
          Humayun  Khalid    on behalf of Interested Party    J. Aron & Company hkhalid@cgsh.com,
             maofiling@cgsh.com
          Humayun  Khalid    on behalf of Interested Party    J Aron & Company hkhalid@cgsh.com,
             maofiling@cgsh.com
          J Jackson Shrum    on behalf of Creditor    BWM Services, LP jshrum@werbsullivan.com
          J Jackson Shrum    on behalf of Creditor    The Kansas City Southern Railway Company
             jshrum@werbsullivan.com
          J. Kate Stickles    on behalf of Interested Party    Delaware Trust Company as Successor Trustee
             under the TCEH 11.5% Senior Secured Notes Indenture kstickles@coleschotz.com,
             bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
             otz.com
          J. Kate Stickles    on behalf of Interested Party    Delaware Trust Company, f/k/a CSC Trust
             Company of Delaware, as Indenture Trustee kstickles@coleschotz.com,
             bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
             otz.com
          J. Kate Stickles    on behalf of Interested Party    CSC Trust Company of Delaware, as successor
             indenture trustee and collateral trustee kstickles@coleschotz.com,
             bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
             otz.com
          J. Kate Stickles    on behalf of Plaintiff    Delaware Trust Company, as Indenture Trustee and
             Collateral Trustee, kstickles@coleschotz.com,
             bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
             otz.com
          J. Kate Stickles    on behalf of Interested Party    CSC Trust Company of Delaware as Successor
             Indenture Trustee kstickles@coleschotz.com,
             bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
             otz.com
          J. Kate Stickles    on behalf of Other Prof.    Cole Schotz P.C. kstickles@coleschotz.com,
             bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
             otz.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          J. Kate Stickles    on behalf of Other Prof.    Delaware Trust Company, as First Lien Successor
              Trustee and Collateral Trustee kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
          J. Kate Stickles    on behalf of Plaintiff    Delaware Trust Company kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
          Jacob A. Adlerstein    on behalf of Interested Party    Ad Hoc Committee of TCEH First Lien
              Creditors jadlerstein@paulweiss.com
          James E. Huggett    on behalf of Creditor    URS Energy & Construction, Inc.
              jhuggett@margolisedelstein.com, nvangorder@margolisedelstein.com
          James E. Huggett    on behalf of Creditor    Oracle America, Inc. jhuggett@margolisedelstein.com,
              nvangorder@margolisedelstein.com
          James Halstead Millar    on behalf of Interested Party    CSC Trust Company of Delaware, as
              successor indenture trustee and collateral trustee james.millar@dbr.com,
              Daniel.Northrop@dbr.com;Marita.Erbeck@dbr.com
          James Michael Peck    on behalf of Creditor Committee    The Official Committee of Unsecured
              Creditors jpeck@mofo.com
          James Michael Peck    on behalf of Interested Party    The Official Committee of TCEH Unsecured
              Creditors jpeck@mofo.com
          James S. Carr    on behalf of Creditor    CSC Trust Company of Delaware, Proposed Successor
              Indenture Trustee KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com
          James S. Yoder    on behalf of Attorney    Salesforce.com, Inc. yoderj@whiteandwilliams.com
          Jamie Lynne Edmonson    on behalf of Creditor    Pacific Investment Management Co. LLC
              jledmonson@venable.com
          Jarrett Vine    on behalf of Creditor Committee    The Official Committee of Unsecured Creditors
              jvine@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
          Jarrett Vine    on behalf of Interested Party    The Official Committee of TCEH Unsecured
              Creditors jvine@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
          Jason A. Starks    on behalf of Creditor    Texas Office of Public Utility Counsel
              bk-jstarks@texasattorneygeneral.gov, sherri.simpson@texasattorneygeneral.gov
          Jason D. Curry    on behalf of Creditor    TXU 2007-1 Railcar Leasing LLC jason.curry@quarles.com,
              sybil.aytch@quarles.com;amelia.valenzuela@quarles.com
          Jason M. Liberi    on behalf of Interested Party    Texas Transmission Investment LLC
              jason.liberi@skadden.com,
              christopher.heaney@skadden.com;debank@skadden.com;wendy.lamanna@skadden.com
          Jason M. Liberi    on behalf of Defendant    Texas Transmission Investment LLC
              jason.liberi@skadden.com,
              christopher.heaney@skadden.com;debank@skadden.com;wendy.lamanna@skadden.com
          Jason M. Madron    on behalf of Attorney    Richards, Layton & Finger, P.A. madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor    Big Brown Lignite Company LLC madron@rlf.com,
              rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    EFH Australia (No. 2) Holdings Company madron@rlf.com,
              rbgroup@rlf.com
          Jason M. Madron    on behalf of Plaintiff    Energy Future Holdings Corp. madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor    Texas Utilities Electric Company, Inc. madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor    DeCordova II Power Company LLC madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor    EFH FS Holdings Company madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor    Luminant Energy Trading California Company madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor    Luminant ET Services Company madron@rlf.com,
              rbgroup@rlf.com
          Jason M. Madron    on behalf of Attorney    Kirkland & Ellis LLP madron@rlf.com, rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    Luminant Big Brown Mining Company LLC madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor    Generation SVC Company madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor    EFH Finance (No. 2) Holdings Company madron@rlf.com,
              rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    DeCordova Power Company LLC madron@rlf.com,
              rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    Texas Power & Light Company, Inc. madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor    TCEH Finance, Inc. madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor    Luminant Generation Company LLC madron@rlf.com,
              rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    Energy Future Holdings Corp. madron@rlf.com,
              rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    Generation MT Company LLC madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor    Tradinghouse 3 & 4 Power Company LLC madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
                Jason M. Madron    on behalf of Debtor    TXU Electric Company, Inc. madron@rlf.com,
                  rbgroup@rlf.com
                Jason M. Madron    on behalf of Debtor    TXU Energy Receivables Company LLC madron@rlf.com,
                  rbgroup@rlf.com
                Jason M. Madron    on behalf of Debtor    Oak Grove Management Company LLC madron@rlf.com,
                  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
                Jason M. Madron    on behalf of Debtor    Southwestern Electric Service Company, Inc.
                  madron@rlf.com,  rbgroup@rlf.com
                Jason M. Madron    on behalf of Debtor    Texas Energy Industries Company, Inc. madron@rlf.com,
                  rbgroup@rlf.com
                Jason M. Madron    on behalf of Debtor    Texas Competitive Electric Holdings Company LLC
                  madron@rlf.com,  rbgroup@rlf.com
                Jason M. Madron    on behalf of Debtor    EFH CG Management Company LLC madron@rlf.com,
                  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
                Jason M. Madron    on behalf of Debtor    Oak Grove Power Company LLC madron@rlf.com,
                  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
                Jason M. Madron    on behalf of Debtor    Collin Power Company LLC madron@rlf.com,  rbgroup@rlf.com
                Jason M. Madron    on behalf of Debtor    EFH Corporate Services Company madron@rlf.com,
                  rbgroup@rlf.com
                Jason M. Madron    on behalf of Debtor    Energy Future Competitive Holdings Company LLC
                  madron@rlf.com,  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
                Jason M. Madron    on behalf of Debtor    EECI, Inc. madron@rlf.com,  rbgroup@rlf.com
                Jason M. Madron    on behalf of Debtor    Eagle Mountain Power Company LLC madron@rlf.com,
                  rbgroup@rlf.com
                Jason M. Madron    on behalf of Debtor    Dallas Power & Light Company, Inc. madron@rlf.com,
                  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
                Jason M. Madron    on behalf of Debtor    Martin Lake 4 Power Company LLC madron@rlf.com,
                  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
                Jason M. Madron    on behalf of Debtor    Luminant Holding Company LLC madron@rlf.com,
                  rbgroup@rlf.com
                Jason M. Madron    on behalf of Debtor    LSGT Gas Company LLC madron@rlf.com,  rbgroup@rlf.com
                Jason M. Madron    on behalf of Debtor    Texas Utilities Company, Inc. madron@rlf.com,
                  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
                Jason M. Madron    on behalf of Debtor    Texas Electric Service Company, Inc. madron@rlf.com,
                  rbgroup@rlf.com
                Jason M. Madron    on behalf of Interested Party    Energy Future Holdings Corp. madron@rlf.com,
                  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
                Jason M. Madron    on behalf of Debtor    Luminant Mineral Development Company LLC madron@rlf.com,
                  rbgroup@rlf.com
                Jason M. Madron    on behalf of Debtor    Lone Star Pipeline Company, Inc. madron@rlf.com,
                  rbgroup@rlf.com
                Jason M. Madron    on behalf of Debtor    Valley Power Company LLC madron@rlf.com,
                  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
                Jason M. Madron    on behalf of Debtor    NCA Development Company LLC madron@rlf.com,
                  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
                Jason M. Madron    on behalf of Plaintiff    EFIH Finance Inc. madron@rlf.com,  rbgroup@rlf.com
                Jason M. Madron    on behalf of Debtor    Sandow Power Company LLC madron@rlf.com,  rbgroup@rlf.com
                Jason M. Madron    on behalf of Debtor    Luminant Renewables Company LLC madron@rlf.com,
                  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
                Jason M. Madron    on behalf of Debtor    4Change Energy Company madron@rlf.com,  rbgroup@rlf.com
                Jason M. Madron    on behalf of Debtor    Morgan Creek 7 Power Company LLC madron@rlf.com,
                  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
                Jason M. Madron    on behalf of Debtor    Luminant Energy Company LLC madron@rlf.com,
                  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
                Jason M. Madron    on behalf of Debtor    Big Brown Power Company LLC madron@rlf.com,
                  rbgroup@rlf.com
                Jason M. Madron    on behalf of Debtor    Brighten Energy LLC madron@rlf.com,  rbgroup@rlf.com
                Jason M. Madron    on behalf of Debtor    TXU Energy Solutions Company LLC madron@rlf.com,
                  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
                Jason M. Madron    on behalf of Debtor    NCA Resources Development Company LLC madron@rlf.com,
                  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
                Jason M. Madron    on behalf of Debtor    Generation Development Company LLC madron@rlf.com,
                  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
                Jason M. Madron    on behalf of Debtor    Lone Star Energy Company, Inc. madron@rlf.com,
                  rbgroup@rlf.com
                Jason M. Madron    on behalf of Debtor    Oak Grove Mining Company LLC madron@rlf.com,
                  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
                Jason M. Madron    on behalf of Debtor    Monticello 4 Power Company LLC madron@rlf.com,
                  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
                Jason M. Madron    on behalf of Debtor    EBASCO SERVICES OF CANADA LIMITED madron@rlf.com,
                  rbgroup@rlf.com
                Jason M. Madron    on behalf of Defendant    Energy Future Intermediate Holding Company LLC
                  madron@rlf.com,  rbgroup@rlf.com
                Jason M. Madron    on behalf of Debtor    TXU SEM Company madron@rlf.com,
                  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
                Jason M. Madron    on behalf of Debtor    EFH CG Holdings Company LP madron@rlf.com,
                  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Jason M. Madron   on behalf of Debtor   EFH Renewables Company LLC madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   Valley NG Power Company LLC madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Defendant   EFIH Finance Inc. madron@rlf.com,   rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor   Tradinghouse Power Company LLC madron@rlf.com,
              rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor   Lake Creek 3 Power Company LLC madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   TXU Energy Retail Company LLC madron@rlf.com,
              rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor   EEC Holdings, Inc. madron@rlf.com,   rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor   Energy Future Intermediate Holding Company LLC
              madron@rlf.com,   rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Other Prof.   KPMG LLP madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   TXU Retail Services Company madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   Big Brown 3 Power Company LLC madron@rlf.com,
              rbgroup@rlf.com
              Jason M. Madron   on behalf of Plaintiff   Energy Future Intermediate Holding Company LLC
              madron@rlf.com,   rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor   LSGT SACROC, Inc. madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   Luminant Mining Company LLC madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   Brighten Holdings LLC madron@rlf.com,   rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor   TXU Receivables Company madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   EFIH Finance Inc. madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   4Change Energy Holdings LLC madron@rlf.com,
              rbgroup@rlf.com
              Jeffrey C. Wisler   on behalf of Creditor   Cloud Peak Energy Resources LLC
              jwisler@connollygallagher.com
              Jeffrey C. Wisler   on behalf of Creditor   Pete Tinkham, Mike McCall, Jarrell Gibbs, Bill Ranton,
              Michael Blevins, Michael McNally, Liz LaValley, Richard Wistrand, Susan Atteridge, and Curt
              Seidlets jwisler@connollygallagher.com
              Jeffrey C. Wisler   on behalf of Creditor   Pete Tinkham, Mike McCall, Homer J. Gibbs, Billy
              Ranton, Michael Blevins, Michael McNally, Liz LaValley, Richard Wistrand, Susan Atteridge, Curt
              Seidlits, Wes Taylor and Jeff Weiser jwisler@connollygallagher.com
              Jeffrey M. Schlerf   on behalf of Intervenor   Ovation Acquisition I, L.L.C.
              jschlerf@foxrothschild.com
              Jeffrey M. Schlerf   on behalf of Interested Party   Ad Hoc Group of TCEH Unsecured Noteholders
              jschlerf@foxrothschild.com
              Jeffrey M. Schlerf   on behalf of Intervenor   Ovation Acquisition II, L.L.C.
              jschlerf@foxrothschild.com
              Jeffrey M. Schlerf   on behalf of Interested Party   Ad Hoc Group of TCEH Unsecured Noteholders
              jschlerf@foxrothschild.com
              Jeffrey R. Fine   on behalf of Creditor   Tex-La Electric Cooperative of Texas, Inc.
              jfine@dykema.com,   jrf5825@gmail.com,aashmore@dykema.com,pelliott@dykema.com
              Jeffrey R. Fine   on behalf of Creditor   Bluebonnet Electric Cooperative, Inc. jfine@dykema.com,
              jrf5825@gmail.com,aashmore@dykema.com,pelliott@dykema.com
              Jeffrey S Cianciulli   on behalf of Creditor   Evercore Group LLC jcianciulli@weirpartners.com,
              creese@weirpartners.com
              Jeffrey S Cianciulli   on behalf of Financial Advisor   Evercore Group L.L.C.
              jcianciulli@weirpartners.com,   creese@weirpartners.com
              Jeffrey S. Sabin   on behalf of Creditor   Pacific Investment Management Co. LLC
              JSSabin@Venable.com
              Jennifer Marines   on behalf of Creditor Committee   The Official Committee of Unsecured
              Creditors JMarines@mofo.com
              Jennifer R Sharret   on behalf of Interested Party   Computershare Trust Company, N.A., and
              Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
              Secured Second Lien Notes due 2021 and the 11.75% Senio jsharret@kramerlevin.com,
              MSukach@kramerlevin.com/corporate-reorg-1449@ecf.pacerpro.com
              Jennifer R. Hoover   on behalf of Creditor   Michelin North America Inc. jhoover@beneschlaw.com,
              docket@beneschlaw.com;chartman@beneschlaw.com
              Jennifer R. Hoover   on behalf of Interested Party   Fee Committee jhoover@beneschlaw.com,
              docket@beneschlaw.com;chartman@beneschlaw.com
              Jennifer V. Doran   on behalf of Creditor   Invensys Systems, Inc. jdoran@haslaw.com,
              calirm@haslaw.com
              Jeremy William Ryan   on behalf of Interested Party   Deutsche Bank AG New York Branch
              jryan@potteranderson.com,   bankruptcy@potteranderson.com
              Joanna Flynn Newdeck   on behalf of Interested Party   EFIH Second Lien DIP Commitment Parties
              jnewdeck@akingump.com,   ddunn@akingump.com
              John A. Harris   on behalf of Creditor   TXU 2007-1 Railcar Leasing LLC sybil.aytch@quarles.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          John A. Morris   on behalf of Interested Party   Computershare Trust Company, N.A., and
          Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
          Secured Second Lien Notes due 2021 and the 11.75% Senio jmorris@pszjlaw.com
          John D. Demmy   on behalf of Creditor   AEP Texas Central Company d/b/a American Electric Power
          Company and AEP Texas North Company d/b/a American Electric Power Company jdd@stevenslee.com
          John D. Demmy   on behalf of Creditor   Rexel, Inc. jdd@stevenslee.com
          John D. McLaughlin, Jr.   on behalf of Creditor   Atmos Energy Corporation
          jmclaughlin@ciardilaw.com, mflores@ciardilaw.com
          John G. Harris   on behalf of Plaintiff   Avenue Capital Management II, LP
          jharris@bergerharris.com, mnicholls@bergerharris.com
          John G. Harris   on behalf of Plaintiff   York Capital Management Global Advisors, LLC
          jharris@bergerharris.com, mnicholls@bergerharris.com
          John G. Harris   on behalf of Plaintiff   P. Schoenfeld Asset Management LP
          jharris@bergerharris.com, mnicholls@bergerharris.com
          John G. Harris   on behalf of Plaintiff   Third Avenue Management LLC jharris@bergerharris.com,
          mnicholls@bergerharris.com
          John G. Harris   on behalf of Plaintiff   GSO Capital Partners LP jharris@bergerharris.com,
          mnicholls@bergerharris.com
          John H. Strock   on behalf of Interested Party   Ad Hoc Group of TCEH Unsecured Noteholders
          jstrock@foxrothschild.com, dkemp@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com
          John M. Seaman   on behalf of Interested Party   Goldman Sachs & Co. and certain affiliates
          seaman@abramsbayliss.com, farro@abramsbayliss.com;matthews@abramsbayliss.com
          John Mark Stern   on behalf of Creditor   Texas Comptroller of Public Accounts
          john.stern@texasattorneygeneral.gov, sherri.simpson@texasattorneygeneral.gov
          John P. Dillman   on behalf of Creditor   Angelina County houston_bankruptcy@publicans.com
          John P. Dillman   on behalf of Creditor   Fort Bend County houston_bankruptcy@publicans.com
          John P. Dillman   on behalf of Creditor   Harris County houston_bankruptcy@publicans.com
          John P. Melko   on behalf of Creditor   ROMCO Equipment Co. jmelko@gardere.com,
          afothergill@gardere.com;mriordan@gardere.com;koliver@gardere.com;bfriedrich@gardere.com
          John R. Ashmead   on behalf of Interested Party   Wilmington Trust, N.A. ashmead@sewkis.com
          Johnna M. Darby   on behalf of Interested Party   Steag Energy Services, Inc.
          jdarby@hillfarrazban.com
          Jon M. Chatalian   on behalf of Creditor   Pension Benefit Guaranty Corporation
          chatalian.jon@pbgc.gov, efile@pbgc.gov
          Jonathan L. Howell   on behalf of Creditor   Red Ball Oxygen Company jhowell@gpm-law.com
          Joseph Grey   on behalf of Interested Party   American Stock Transfer & Trust Company LLC
          jgrey@crosslaw.com, smacdonald@crosslaw.com
          Joseph Charles Barsalona II   on behalf of Debtor   Energy Future Holdings Corp.
          barsalona@rlf.com, rbgroup@rlf.com/ann-jerominski-2390@ecf.pacerpro.com
          Joseph Charles Barsalona II   on behalf of Plaintiff   Energy Future Holdings Corp.
          barsalona@rlf.com, rbgroup@rlf.com/ann-jerominski-2390@ecf.pacerpro.com
          Joseph D. Frank   on behalf of Interested Party   PI Law Firms jfrank@fgllp.com,
          ccarpenter@fgllp.com;Larry.Thomas@westernunion.com
          Joseph D. Frank   on behalf of Creditor   Experian Information Solutions, Inc. jfrank@fgllp.com,
          ccarpenter@fgllp.com;Larry.Thomas@westernunion.com
          Joseph D. Frank   on behalf of Creditor   Experian Marketing Solutions, Inc. jfrank@fgllp.com,
          ccarpenter@fgllp.com;Larry.Thomas@westernunion.com
          Joseph D. Wright   on behalf of Creditor   FPL Energy Pecos Wind I, LP, FLP Energy Pecos Wind II,
          LP, and NWP Indian Mesa Wind Farm, L.P. wright@lrclaw.com,
          dellose@lrclaw.com;raucci@lrclaw.com;rogers@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
          Joseph D. Wright   on behalf of Interested Party   Alcoa Inc. wright@lrclaw.com,
          dellose@lrclaw.com;raucci@lrclaw.com;rogers@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
          Joseph H. Huston, Jr.   on behalf of Defendant   Wilmington Trust, N.A., solely in its capacity
          as First Lien Administrative Agent jhh@stevenslee.com
          Joseph H. Huston, Jr.   on behalf of Creditor   Oaktree Capital Management, L.P.
          jhh@stevenslee.com
          Joseph H. Huston, Jr.   on behalf of Creditor   Angelo Gordon & Co., LP jhh@stevenslee.com
          Joseph H. Huston, Jr.   on behalf of Creditor   Apollo Management HoldingsLP jhh@stevenslee.com
          Joseph H. Huston, Jr.   on behalf of Spec. Counsel   Energy Future Intermediate Holding Company
          LLC jhh@stevenslee.com
          Joseph H. Huston, Jr.   on behalf of Defendant   Wilmington Trust, N.A., as First Lien Collateral
          Agent and First Lien Administrative Agent, et al., jhh@stevenslee.com
          Joseph H. Huston, Jr.   on behalf of Creditor   Wilmington Trust, N.A., in its capacity as First
          Lien Administrative Agent jhh@stevenslee.com
          Joseph J. McMahon, Jr.   on behalf of Creditor   Atmos Energy Corporation jmcmahon@ciardilaw.com,
          mflores@ciardilaw.com
          Joseph J. McMahon, Jr.   on behalf of Creditor   Red Ball Oxygen Company jmcmahon@ciardilaw.com,
          mflores@ciardilaw.com
          Joseph J. McMahon, Jr.   on behalf of Creditor   TXU 2007-1 Railcar Leasing LLC
          jmcmahon@ciardilaw.com, mflores@ciardilaw.com
          Joshua K. Brody   on behalf of Defendant   Computershare Trust Company of Canada
          jbrody@kramerlevin.com,
          adove@kramerlevin.com;ghorowitz@kramerlevin.com;gfrenzel@kramerlevin.com;corporate-reorg-1449@ecf
          .pacerpro.com
          Joshua K. Brody   on behalf of Interested Party   Indenture Trustee and the EFIH 2nd Lien
          Objectors jbrody@kramerlevin.com,
          adove@kramerlevin.com;ghorowitz@kramerlevin.com;gfrenzel@kramerlevin.com;corporate-reorg-1449@ecf
          .pacerpro.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Joshua K. Brody   on behalf of Interested Party   Computershare Trust Company, N.A., and
           Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
           Secured Second Lien Notes due 2021 and the 11.75% Senio jbrody@kramerlevin.com,
           adove@kramerlevin.com;ghorowitz@kramerlevin.com;gfrenzel@kramerlevin.com;corporate-reorg-1449@ecf
           .pacerpro.com
          Joshua K. Brody   on behalf of Defendant   Computershare Trust Company, N.A.
           jbrody@kramerlevin.com,
           adove@kramerlevin.com;ghorowitz@kramerlevin.com;gfrenzel@kramerlevin.com;corporate-reorg-1449@ecf
           .pacerpro.com
          Joshua Powers Searcy   on behalf of Creditor   D. Courtney Construction, Inc.
           joshsearcy@jrsearcylaw.com
          Joshua Y. Sturm   on behalf of Creditor   Delaware Trust Company, as successor indenture trustee
           and collateral trustee, joshua.strum@ropesgray.com
          Judy Hamilton Morse   on behalf of Creditor   DEVON ENERGY CORPORATION
           judy.morse@crowedunlevy.com,   ecf@crowedunlevy.com
          Julia B. Klein   on behalf of Creditor   Mudrick Capital Management, L.P. klein@teamrosner.com
          Julia Bettina Klein   on behalf of Interested Party   Mudrick Capital Management L.P.
           sofipyl@gmail.com
          Justin Cory Falgowski   on behalf of Creditor   Texas Big Spring, LP jfalgowski@reedsmith.com,
           jfalgowski@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
          Justin K. Edelson   on behalf of Interested Party   The Official Committee of TCEH Unsecured
           Creditors jedelson@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
          Justin K. Edelson   on behalf of Creditor Committee   The Official Committee of Unsecured
           Creditors jedelson@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
          Justin K. Edelson   on behalf of Financial Advisor   FTI Consulting, Inc. jedelson@polsinelli.com,
           LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
          Karen Beth Shaer   on behalf of Other Prof.   Garden City Group, LLC PACERTeam@gardencitygroup.com
          Karen C Bifferato   on behalf of Interested Party   Pacific Investment Management Company LLC
           ("PIMCO") kbifferato@connollygallagher.com
          Katharine L. Mayer   on behalf of Interested Party   Aetna Inc. kmayer@mccarter.com
          Katharine L. Mayer   on behalf of Interested Party   Aetna Life Insurance Company
           kmayer@mccarter.com
          Katherine Stadler   on behalf of Interested Party   Fee Committee kstadler@gklaw.com,
           kboucher@gklaw.com;shuntema@gklaw.com
          Kathleen A. Murphy   on behalf of Creditor   CATERPILLAR FINANCIAL SERVICES CORP.
           kathleen.murphy@bipc.com,   tammy.rogers@bipc.com
          Kathleen M. Miller   on behalf of Creditor   Valero Texas Power Marketing, Inc.
           kmiller@skjlaw.com,   eys@skjlaw.com
          Kathleen M. Miller   on behalf of Creditor   Airgas USA, LLC kmiller@skjlaw.com,   eys@skjlaw.com
          Kay Diebel Brock   on behalf of Creditor   Travis County bkecf@co.travis.tx.us
          Keith Howard Wofford   on behalf of Interested Party   CSC Trust Company of Delaware, as
           successor indenture trustee and collateral trustee keith.wofford@ropesgray.com,
           keith.wofford@ropesgray.com
          Kerry L. Haliburton   on behalf of Creditor   Buffalo Industrial Supply, Inc.
           raquel@namanhowell.com;karen@namanhowell.com;belinda@namanhowell.com
          Kevin C. Driscoll, Jr.   on behalf of Creditor   GATX Corporation Kevin.Driscoll@btlaw.com,
           donna.dotts@btlaw.com
          Kevin G. Collins   on behalf of Creditor   GATX Corporation kevin.collins@btlaw.com,
           pgroff@btlaw.com;Kathy.lytle@btlaw.com
          Kevin J. Mangan   on behalf of Interested Party   American Equipment Company Inc.
           kmangan@wcsr.com,   hsasso@wcsr.com;jwray@wcsr.com
          Kevin J. Mangan   on behalf of Interested Party   AMECO Inc. kmangan@wcsr.com,
           hsasso@wcsr.com;jwray@wcsr.com
          Kevin J. Mangan   on behalf of Interested Party   Alltite Inc. kmangan@wcsr.com,
           hsasso@wcsr.com;jwray@wcsr.com
          Kevin J. Mangan   on behalf of Interested Party   Fluor Global Services kmangan@wcsr.com,
           hsasso@wcsr.com;jwray@wcsr.com
          Kevin J. Mangan   on behalf of Interested Party   Fluor Corporation kmangan@wcsr.com,
           hsasso@wcsr.com;jwray@wcsr.com
          Kevin J. Mangan   on behalf of Interested Party   Fluor Enterprises Inc. kmangan@wcsr.com,
           hsasso@wcsr.com;jwray@wcsr.com
          Kevin M Lippman   on behalf of Creditor   Electric Reliability Council of Texas, Inc.
           klippman@munsch.com,   lpannier@munsch.com
          Kevin M. Capuzzi   on behalf of Creditor   Thermo Fisher Scientific Inc. kcapuzzi@beneschlaw.com,
           docket@beneschlaw.com;chartman@beneschlaw.com
          Kimberly Ellen Connolly Lawson   on behalf of Interested Party   The Bank of New York Mellon, in
           its capacity as the PCRB Trustee klawson@reedsmith.com,   bankruptcy-2628@ecf.pacerpro.com
          Kimberly Ellen Connolly Lawson   on behalf of Creditor   The Bank of New York Mellon, as
           Indenture Trustee klawson@reedsmith.com,   bankruptcy-2628@ecf.pacerpro.com
          Kimberly Ellen Connolly Lawson   on behalf of Creditor   The Bank of New York Mellon Trust
           Company, N.A., as Indenture Trustee klawson@reedsmith.com,   bankruptcy-2628@ecf.pacerpro.com
          Kimberly Ellen Connolly Lawson   on behalf of Creditor Committee   The Official Committee of
           Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company,
           LLC, EFIH Finance, Inc., and EECI, Inc. (EFH Committee) klawson@reedsmith.com,
           bankruptcy-2628@ecf.pacerpro.com
          Kizzy Lyn Jarashow   on behalf of Creditor   Aurelius Capital Management, LP
           kjarashow@goodwinprocter.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Kurt F. Gwynne   on behalf of Interested Party   The Bank of New York Mellon Trust Company, N.A.,
   in its capacity as the EFCh 2037 Notes Trustee kgwynne@reedsmith.com,
   llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
Kurt F. Gwynne   on behalf of Creditor   The Bank of New York Mellon, as Indenture Trustee
   kgwynne@reedsmith.com,   llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
Kurt F. Gwynne   on behalf of Interested Party   The Bank of New York Mellon, in its capacity as
   the PCRB Trustee kgwynne@reedsmith.com,   llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
Kurt F. Gwynne   on behalf of Creditor   The Bank of New York Mellon Trust Company, N.A., as
   Indenture Trustee  kgwynne@reedsmith.com,
   llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
Kurtzman Carson Consultants LLC   info@kccllc.com
L. John  Bird   on behalf of Creditor   Creditor-Investor Consortium jbird@foxrothschild.com,
   idensmore@foxrothschild.com
L. John  Bird   on behalf of Interested Party   Ad Hoc Group of TCEH Unsecured Noteholders
   jbird@foxrothschild.com,   idensmore@foxrothschild.com
L. John  Bird   on behalf of Intervenor   Ovation Acquisition I, L.L.C. jbird@foxrothschild.com,
   idensmore@foxrothschild.com
L. John  Bird   on behalf of Intervenor   Ovation Acquisition II, L.L.C. jbird@foxrothschild.com,
   idensmore@foxrothschild.com
L. Katherine  Good   on behalf of Interested Party   Boral Material Technologies, LLC
   kgood@wtplaw.com,  cmosuly@wtplaw.com;clano@wtplaw.com
L. Katherine  Good   on behalf of Interested Party   Simeio Solutions, Inc. kgood@wtplaw.com
Lara E. Shipkovitz   on behalf of Creditor   Thermo Fisher Scientific Inc.
   lshipkovitz@tuckerlaw.com
Lars A. Peterson   on behalf of Creditor   UMB Bank, N.A. lapeterson@foley.com,  khall@foley.com
Laura Davis Jones   on behalf of Interested Party   Computershare Trust Company, N.A. and
   Computershare Trust Company of Canada, in their capacity as indenture trustee, for the second
   lien notes and the holders thereof. ljones@pszjlaw.com,  efile1@pszyjw.com
Laura Davis Jones   on behalf of Interested Party   Second Lien Indenture Trustee and the EFIH
   Second Lien Group ljones@pszjlaw.com
Laura Davis  Jones   on behalf of Plaintiff   Computershare Trust Company, N.A.
   ljones@pszjlaw.com
Laura Davis  Jones   on behalf of Interested Party   Computershare Trust Company, N.A., and
   Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
   Secured Second Lien Notes due 2021 and the 11.75% Senio ljones@pszjlaw.com,  efile1@pszyjw.com
Laura Davis  Jones   on behalf of Interested Party   EFIH 2nd Lien Notes Indenture Trustee
   ljones@pszjlaw.com
Laura Davis  Jones   on behalf of Interested Party   EFIH Second Lien Notes Indenture Trustee &
   EFIH Second Lien Group ljones@pszjlaw.com
Laura Davis  Jones   on behalf of Interested Party   Second Lien Indenture Trustee
   ljones@pszjlaw.com
Laura Davis  Jones   on behalf of Interested Party   Indenture Trustee and the EFIH 2nd Lien
   Objectors ljones@pszjlaw.com
Laura Davis  Jones   on behalf of Interested Party   EFIH Second Lien Indenture Trustee
   ljones@pszjlaw.com,  efile1@pszyjw.com
Laura Davis Jones   on behalf of Interested Party   Indenture Trustee and the EFIH 2nd Lien
   Objectors ljones@pszjlaw.com,  efile@pszyj.com
Laura Davis Jones   on behalf of Interested Party   EFIH 2nd Lien Notes Indenture Trustee
   ljones@pszjlaw.com,  efile@pszyj.com
Laurie Selber Silverstein   on behalf of Interested Party   EFIH First Lien DIP Agent
   bankruptcy@potteranderson.com
Laurie Selber Silverstein   on behalf of Interested Party   Deutsche Bank AG New York Branch
   bankruptcy@potteranderson.com
Lee  Harrington   on behalf of Interested Party   American Stock Transfer & Trust Company LLC
   lharrington@nixonpeabody.com
Lee B. Gordon   on behalf of Creditor   Texas Ad Valorem Taxing Jurisdictions
   sonya.ragsdale@mvbalaw.com,  vickie.covington@mvbalaw.com
Lindsay  Zahradka   on behalf of Interested Party   Ad Hoc Committee of EFIH Unsecured
   Noteholders lzahradka@akingump.com
Lindsay  Zahradka   on behalf of Interested Party   EFIH Second Lien DIP Commitment Parties
   lzahradka@akingump.com
Lino  Mendiola, III   on behalf of Interested Party   Titus County Fresh Waster Supply District
   No. 1 linomendiola@andrewskurth.com
Lino  Mendiola, III   on behalf of Interested Party   Titus County Fresh Water Supply District
   No. 1 linomendiola@andrewskurth.com
Lorenzo  Marinuzzi   on behalf of Interested Party   The Official Committee of TCEH Unsecured
   Creditors LMarinuzzi@mofo.com,  lorenzo-marinuzzi-4664@ecf.pacerpro.com
Lucian Borders Murley   on behalf of Creditor   Johnson Matthey Stationary Emissions Control LLC
   lmurley@saul.com,  rwarren@saul.com
Lucian Borders Murley   on behalf of Creditor   Accenture LLP lmurley@saul.com,  rwarren@saul.com
Marc J. Phillips   on behalf of Creditor   Bluebonnet Electric Cooperative, Inc.
   mphillips@mgmlaw.com
Marc J. Phillips   on behalf of Creditor   Steering Committee of Cities Served by Oncor
   mphillips@mgmlaw.com
Marc J. Phillips   on behalf of Creditor   Tex-La Electric Cooperative of Texas, Inc.
   mphillips@mgmlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Maria A. Bove   on behalf of Interested Party   Computershare Trust Company, N.A., and
           Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
           Secured Second Lien Notes due 2021 and the 11.75% Senio mbove@pszjlaw.com
          Maria Aprile Sawczuk   on behalf of Interested Party   Sierra Club marias@restructuringshop.com,
           marias@ecf.courtdrive.com
          Maria Aprile Sawczuk   on behalf of Creditor Miguel Oliveras Caraballo
           marias@restructuringshop.com,  marias@ecf.courtdrive.com
          Mark  Minuti   on behalf of Creditor   Electric Reliability Council of Texas, Inc.
           mminuti@saul.com,  rwarren@saul.com
          Mark Andrew Fink   on behalf of Interested Party   The Official Committee of Unsecured Creditors
           of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC; EFIH Finance,
           Inc.; and EECI, Inc. (EFH Committee) mfink@mmwr.com,  ECFdocuments@pacerpro.com
          Mark Andrew Fink   on behalf of Creditor Committee   The Official Committee of Unsecured
           Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
           Finance, Inc., and EECI, Inc. (EFH Committee) mfink@mmwr.com,  ECFdocuments@pacerpro.com
          Mark Andrew Fink   on behalf of Creditor Committee   The Official Committee of Unsecured
           Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
           Finance, Inc., and EECI, Inc. mfink@mmwr.com,  ECFdocuments@pacerpro.com
          Mark Charles 2009npfdEllenberg   on behalf of Creditor   FPL Energy Pecos Wind I, LP, FLP Energy
           Pecos Wind II, LP, and NWP Indian Mesa Wind Farm, L.P. mark.ellenberg@cwt.com,
           wendy.kane@cwt.com;michele.maman@cwt.com;peter.tringali@cwt.com;nyecfnotice@cwt.com;kathryn.borge
           son@cwt.com
          Mark D. Collins   on behalf of Debtor   Energy Future Holdings Corp.
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Mark D. Collins   on behalf of Plaintiff   Energy Future Intermediate Holding Company LLC
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Mark D. Kotwick   on behalf of Defendant   Wilmington Trust, N.A., as First Lien Collateral Agent
           KOTWICK@SEWKIS.COM
          Mark D. Kotwick   on behalf of Interested Party   Wilmington Trust, N.A. kotwick@sewkis.com
          Mark D. Kotwick   on behalf of Defendant   Wilmington Trust, N.A. as First Lien Collateral Agent
           and First Lien Administrative Agent KOTWICK@SEWKIS.COM
          Mark D. Olivere   on behalf of Interested Party   EFIH Second Lien DIP Commitment Parties
           olivere@chipmanbrown.com,  dero@chipmanbrown.com;mccloskey@chipmanbrown.com
          Mark E. Felger   on behalf of Interested Party   J Aron & Company mfelger@cozen.com,
           MBrickley@cozen.com;dabernathy@cozen.com
          Mark E. Felger   on behalf of Interested Party   J. Aron & Company mfelger@cozen.com,
           MBrickley@cozen.com;dabernathy@cozen.com
          Mark F. Hebbeln   on behalf of Creditor   UMB Bank, N.A. mhebbeln@foley.com,  jsorrels@foley.com,
           opetukhova@foley.com
          Mark F. Rosenberg   on behalf of Creditor Committee   The Official Committee of Unsecured
           Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
           Finance, Inc., and EECI, Inc. (EFH Committee) rosenberg@sullcrom.com
          Mark L. Desgrosseilliers   on behalf of Interested Party   HOLT Texas, Ltd. d/b/a Holt Cat
           mdesgrosseilliers@wcsr.com,  hsasso@wcsr.com;jwray@wcsr.com
          Mark L. Desgrosseilliers   on behalf of Interested Party   CenterPoint Energy Resources Corp.
           mdesgrosseilliers@wcsr.com,  hsasso@wcsr.com;jwray@wcsr.com
          Mark L. Desgrosseilliers   on behalf of Interested Party   CenterPoint Energy Houston Electric,
           LLC mdesgrosseilliers@wcsr.com,  hsasso@wcsr.com;jwray@wcsr.com
          Mark S. Chehi   on behalf of Interested Party   Borealis Infrastructure Management Inc.
           mchehi@skadden.com,  debank@skadden.com
          Matthew  Summers   on behalf of Creditor   URENCO, Inc. summersm@ballardspahr.com
          Matthew  Summers   on behalf of Creditor   Louisiana Energy Services, LLC
           summersm@ballardspahr.com
          Matthew B. McGuire   on behalf of Plaintiff   Marathon Asset Management, LP mcguire@lrclaw.com,
           raucci@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
          Matthew B. McGuire   on behalf of Interested Party   Marathon Asset Management, LP
           mcguire@lrclaw.com,  raucci@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
          Matthew B. McGuire   on behalf of Creditor   Polygon Convertible Opportunity Master Fund
           mcguire@lrclaw.com,  raucci@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
          Matthew B. McGuire   on behalf of Creditor   Polygon Distressed Opportunities Master Fund
           mcguire@lrclaw.com,  raucci@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
          Matthew B. McGuire   on behalf of Creditor   NextEra Energy, Inc. and Next Era Energy Capital
           Holdings, Inc. mcguire@lrclaw.com;
           raucci@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
          Matthew B. McGuire   on behalf of Plaintiff   Polygon Convertible Opportunity Master Fund
           mcguire@lrclaw.com,  raucci@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
          Matthew B. McGuire   on behalf of Interested Party   Alcoa Inc. ,
           raucci@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
          Matthew B. McGuire   on behalf of Creditor   NextEra Energy Resources, LLC mcguire@lrclaw.com,
           raucci@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
          Matthew B. McGuire   on behalf of Creditor   FPL Energy Pecos Wind I, LP, FLP Energy Pecos Wind
           II, LP, and NWP Indian Mesa Wind Farm, L.P. mcguire@lrclaw.com,
           raucci@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
          Matthew B. McGuire   on behalf of Plaintiff   Polygon Distressed Opportunities Master Fund
           mcguire@lrclaw.com,  raucci@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
          Matthew C. Brown   on behalf of Interested Party   Ad Hoc Group of TCEH Unsecured Noteholders
           mbrown@whitecase.com
          Matthew J. Troy   on behalf of Creditor   United States of America matthew.troy@usdoj.gov

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Meredith A. Lahaie   on behalf of Interested Party   Ad Hoc Committee of EFIH Unsecured
               Noteholders mlahaie@akingump.com
              Meredith A. Lahaie   on behalf of Interested Party   EFIH Second Lien DIP Commitment Parties
               mlahaie@akingump.com
              Michael Schein   on behalf of Creditor    Data Systems & Solutions LLC mschein@vedderprice.com,
               ecfnydocket@vedderprice.com
              Michael Schein   on behalf of Creditor    First Union Rail Corporation mschein@vedderprice.com,
               ecfnydocket@vedderprice.com
              Michael A. Paskin   on behalf of Spec. Counsel   Energy Future Intermediate Holding Company LLC
               mpaskin@cravath.com
              Michael D. DeBaecke   on behalf of Interested Party   Wilmington Trust, N.A.
               debaecke@blankrome.com
              Michael David Debaecke   on behalf of Defendant   Wilmington Trust, N.A. as First Lien Collateral
               Agent and First Lien Administrative Agent debaecke@blankrome.com, moody@ecf.inforuptcy.com
              Michael David Debaecke   on behalf of Creditor   Wilmington Trust, N.A., as Successor TCEH First
               Lien Administrative Agent and Successor TCEH First Lien Collateral Agent debaecke@blankrome.com,
               moody@ecf.inforuptcy.com
              Michael David Debaecke   on behalf of Interested Party   Wilmington Trust, N.A.
               debaecke@blankrome.com,  moody@ecf.inforuptcy.com
              Michael David Debaecke   on behalf of Defendant   Wilmington Trust, N.A., as First Lien
               Collateral Agent debaecke@blankrome.com, moody@ecf.inforuptcy.com
              Michael G. Busenkell   on behalf of Interested Party   York Capital Management Global Advisors,
               LLC and P. Schoenfeld Asset Management L.P. mbusenkell@gsbblaw.com
              Michael G. Busenkell   on behalf of Creditor    Aurelius Capital Management, LP
               mbusenkell@gsbblaw.com
              Michael G. Busenkell   on behalf of Creditor William Jeffrey Herbert mbusenkell@gsbblaw.com
              Michael G. Busenkell   on behalf of Creditor    Polygon Distressed Opportunities Master Fund
               mbusenkell@gsbblaw.com
              Michael G. Busenkell   on behalf of Interested Party    Subsequent Settling EFIH PIK Noteholders
               comprised of: York Capital Management Global Advisors, LLC; P. Schoenfeld Asset Management L.P.;
               mbusenkell@gsbblaw.com
              Michael G. Busenkell   on behalf of Interested Party   Tannor Partners Credit Fund LP
               mbusenkell@gsbblaw.com
              Michael G. Busenkell   on behalf of Creditor    Marathon Asset Management, LP
               mbusenkell@gsbblaw.com
              Michael G. Busenkell   on behalf of Creditor    Knife River Corporation-South
               mbusenkell@gsbblaw.com
              Michael G. Busenkell   on behalf of Creditor    Polygon Convertible Opportunity Master Fund
               mbusenkell@gsbblaw.com
              Michael G. Busenkell   on behalf of Creditor    Mudrick Capital Management, L.P.
               mbusenkell@gsbblaw.com
              Michael G. Busenkell   on behalf of Interested Party   Marathon Asset Management, LP
               mbusenkell@gsbblaw.com
              Michael G. Busenkell   on behalf of Other Prof.   Ad Hoc Group of Non-Settling EFIH PIK
               Noteholders comprised of York Capital Management Global Advisors, LLC, P. Schoenfeld Asset
               Management L.P., Polygon Convertible Opportunity Master Fund D mbusenkell@gsbblaw.com
              Michael Joseph Joyce   on behalf of Creditor    Certain funds and accounts advised or sub-advised
               by Fidelity Management & Research Company or its affiliates mjoyce@crosslaw.com,
               smacdonald@crosslaw.com
              Michael Joseph Joyce   on behalf of Interested Party   certain funds and accounts advised or
               sub-advised by Fidelity Management & Research Company or its affiliates mjoyce@crosslaw.com,
               smacdonald@crosslaw.com
              Michael L. Atchley   on behalf of Creditor    Tarrant Regional Water District
               matchley@popehardwicke.com
              Michael L. Atchley   on behalf of Creditor    Northeast Texas Municipal Water District
               matchley@popehardwicke.com
              Michelle  McMahon   on behalf of Interested Party   Indenture Trustee and the EFIH 2nd Lien
               Objectors michelle.mcmahon@bryancave.com,  dortiz@bryancave.com
              Monica S. Blacker   on behalf of Attorney    Jackson Walker LLP mblacker@jw.com,
               tsalter@jw.com;ldooley@jw.com
              Monica S. Blacker   on behalf of Interested Party   HOLT Texas, Ltd. d/b/a Holt Cat
               mblacker@jw.com,  tsalter@jw.com;ldooley@jw.com
              Natalie D. Ramsey   on behalf of Creditor Committee   The Official Committee of Unsecured
               Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
               Finance, Inc., and EECI, Inc. (EFH Committee) nramsey@mmwr.com, BankECF@mmwr.com
              Neil B. Glassman   on behalf of Interested Party   CSC Trust Company of Delaware, as Successor
               Trustee under the TCEH 11.5% Senior Secured Notes Indenture bankserve@bayardlaw.com,
               nglassman@bayardlaw.com;sbreckenridge@bayardlaw.com;sbreckenridge@bayardlaw.com;jalberto@bayardla
               w.com;bankserve@bayardlaw.com
              Neil B. Glassman   on behalf of Plaintiff    Delaware Trust Company, as TCEH First Lien Indenture
               Trustee bankserve@bayardfirm.com,  nglassman@bayardfirm.com
              Neil B. Glassman   on behalf of Interested Party   Delaware Trust Company
               bankserve@bayardfirm.com,  nglassman@bayardfirm.com
              Nicholas D. Mozal   on behalf of Defendant    Angelo Gordon & Co., LP nmozal@ramllp.com
              Nicholas D. Mozal   on behalf of Defendant    Apollo Advisors VII, L.P. nmozal@ramllp.com
              Nicholas D. Mozal   on behalf of Defendant    Brookfield Asset Management Private Institutional
               Capital Adviser (Canada), L.P. nmozal@ramllp.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Nicholas J. Brannick   on behalf of Interested Party   CSC Trust Company of Delaware as Successor
              Indenture Trustee nbrannick@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
              Nicholas J. Brannick   on behalf of Plaintiff   Delaware Trust Company nbrannick@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
              Nicholas J. Brannick   on behalf of Interested Party   CSC Trust Company of Delaware, as
              successor indenture trustee and collateral trustee nbrannick@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
              Nick S. Kaluk, III   on behalf of Financial Advisor   Evercore Group L.L.C. nskaluk@debevoise.com,
              amcdermott@debevoise.com
              Nicole D. Mignone   on behalf of Interested Party   Public Utility Commission of Texas
              nicole.mignone@texasattorneygeneral.gove
              Norman L. Pernick   on behalf of Interested Party   CSC Trust Company of Delaware, as successor
              indenture trustee and collateral trustee npernick@coleschotz.com,
              pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
              otz.com
              Norman L. Pernick   on behalf of Interested Party   Delaware Trust Company, f/k/a CSC Trust
              Company of Delaware, as Indenture Trustee npernick@coleschotz.com,
              pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
              otz.com
              Norman L. Pernick   on behalf of Interested Party   CSC Trust Company of Delaware as Successor
              Indenture Trustee npernick@coleschotz.com,
              pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
              otz.com
              Norman L. Pernick   on behalf of Plaintiff   Delaware Trust Company npernick@coleschotz.com,
              pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
              otz.com
              Norman L. Pernick   on behalf of Plaintiff   Delaware Trust Company, as Indenture Trustee and
              Collateral Trustee, npernick@coleschotz.com,
              pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
              otz.com
              Owen M. Sonik   on behalf of Creditor   Galena Park Independent School District osonik@pbfcm.com,
              tpope@pbfcm.com;osonik@ecf.inforuptcy.com
              Owen M. Sonik   on behalf of Creditor   Certain Texas Taxing Entities osonik@pbfcm.com,
              tpope@pbfcm.com;osonik@ecf.inforuptcy.com
              Patricia Williams Prewitt   on behalf of Creditor   Kinder Morgan Tejas Pipeline LLC
              pwp@pattiprewittlaw.com
              Patricia Williams Prewitt   on behalf of Creditor   El Paso Natural Gas Company
              pwp@pattiprewittlaw.com
              Patricia Williams Prewitt   on behalf of Creditor   Targa Gas Marketing LLC
              pwp@pattiprewittlaw.com
              Patricia Williams Prewitt   on behalf of Creditor   Kinder Morgan Texas Pipeline LLC
              pwp@pattiprewittlaw.com
              Patrick L. Hughes   on behalf of Creditor   Airgas USA, LLC patrick.hughes@haynesboone.com
              Pauline K. Morgan   on behalf of Interested Party   Ad Hoc Committee of TCEH First Lien Creditors
              bankfilings@ycst.com
              Peter J. Keane   on behalf of Interested Party   EFIH Second Lien Notes Indenture Trustee & EFIH
              Second Lien Group pkeane@pszjlaw.com
              Peter Jonathon Young   on behalf of Debtor   Energy Future Holdings Corp. pyoung@proskauer.com
              Peter M. Gilhuly   on behalf of Interested Party   Ernst & Young LLP peter.gilhuly@lw.com,
              adam.malatesta@lw.com
              R. Karl Hill   on behalf of Creditor   Liberty Mutual Insurance Co. khill@svglaw.com,
              cday@svglaw.com
              R. Stephen McNeill   on behalf of Interested Party   Deutsche Bank AG New York Branch
              bankruptcy@potteranderson.com, bankruptcy@potteranderson.com
              R. Stephen McNeill   on behalf of Interested Party   Deutsche Bank Securities Inc.
              bankruptcy@potteranderson.com, bankruptcy@potteranderson.com
              Rachel Obaldo   on behalf of Creditor   Texas Comptroller of Public Accounts
              bk-robaldo@texasattorneygeneral.gov, sherri.simpson@texasattorneygeneral.gov
              Rachel Ringer   on behalf of Interested Party   Computershare Trust Company, N.A. and
              Computershare Trust Company of Canada, in their capacity as indenture trustee, for the second
              lien notes and the holders thereof. rringer@kramerlevin.com,
              AByowitz@kramerlevin.com;NHertzBunzl@kramerlevin.com;SSchmidt@kramerlevin.com;TPeretz@kramerlevin
              .com;RMark@kramerlevin.com;GFrenzel@kramerlevin.com;dbraun@kramerlevin.com;corporate-reorg-1449@e
              cf.pacerpro.com
              Rachel B. Mersky   on behalf of Creditor   Top Line Rental , LLC rmersky@monlaw.com
              Raymond H. Lemisch   on behalf of Defendant   UMB Bank, N.A., as indenture trustee
              rlemisch@klehr.com
              Raymond H. Lemisch   on behalf of Creditor   UMB Bank, N.A. rlemisch@klehr.com
              Raymond H. Lemisch   on behalf of Interested Party   UMB Bank, N.A., as indenture trustee
              rlemisch@klehr.com
              Rebecca A. Hayes   on behalf of Creditor   UMB Bank, N.A. rhayes@foley.com
              Rebecca A. Hayes   on behalf of Interested Party   UMB Bank, N.A., as indenture trustee
              rhayes@foley.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Reed A. Heiligman    on behalf of Interested Party   PI Law Firms rheiligman@fgllp.com,
                ccarpenter@fgllp.com
              Reed A. Heiligman    on behalf of Creditor   Experian Information Solutions, Inc.
                rheiligman@fgllp.com,   ccarpenter@fgllp.com
              Reed A. Heiligman    on behalf of Creditor   Experian Marketing Solutions, Inc.
                rheiligman@fgllp.com,   ccarpenter@fgllp.com
              Richard A. Barkasy    on behalf of Creditor   Centerbridge Special Credit Partners, L.P.
                rbarkasy@schnader.com
              Richard A. Barkasy    on behalf of Creditor   CCP Credit Acquisition Holdings, L.L.C.
                rbarkasy@schnader.com
              Richard A. Barkasy    on behalf of Creditor   Centerbridge Special Credit Partners, II, L.P.
                rbarkasy@schnader.com
              Richard A. Robinson    on behalf of Creditor   The Bank of New York Mellon, solely in its capacity
                as Trustee under the Enumerated Trust Agreements rrobinson@reedsmith.com
              Richard G. Mason    on behalf of Interested Party   Interest Holders rcstrauss@wlrk.com
              Richard G. Mason    on behalf of Interested Party   Texas Energy Future Capital Holdings LLC,
                Texas Energy Future Holdings Limited Partnership, and Certain Other Direct or Indirect Holders
                of Equity Interests in Energy Future Holdings Corp. rcstrauss@wlrk.com
              Richard L. Schepacarter    on behalf of U.S. Trustee   U.S. Trustee richard.schepacarter@usdoj.gov
              Risa Lynn Wolf-Smith    on behalf of Creditor   Cloud Peak Energy Resources LLC
                rwolf@hollandhart.com,   lmlopezvelasquez@hollandhart.com;BMain@hollandhart.com
              Robert Szwajkos    on behalf of Creditor   FLSmidth Inc. rsz@curtinheefner.com
              Robert Szwajkos    on behalf of Creditor   FLSMIDTH USA INC rsz@curtinheefner.com
              Robert J. Feinstein    on behalf of Interested Party   Indenture Trustee and the EFIH 2nd Lien
                Objectors rfeinstein@pszjlaw.com
              Robert J. Feinstein    on behalf of Defendant   Computershare Trust Company, N.A.
                rfeinstein@pszjlaw.com
              Robert J. Feinstein    on behalf of Defendant   Computershare Trust Company of Canada
                rfeinstein@pszjlaw.com
              Robert J. Feinstein    on behalf of Interested Party   Computershare Trust Company, N.A., and
                Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
                Secured Second Lien Notes due 2021 and the 11.75% Senio rfeinstein@pszjlaw.com
              Robert K. Malone    on behalf of Interested Party   CITIBANK, N.A. robert.malone@dbr.com,
                andrew.groesch@dbr.com
              Ryan M. Bartley    on behalf of Interested Party   Ad Hoc Committee of TCEH First Lien Creditors
                bankfilings@ycst.com
              Sabrina L. Streusand    on behalf of Interested Party Allen  Shrode streusand@slollp.com,
                prentice@slollp.com
              Samuel Lee Moultrie    on behalf of Creditor   RailWorks Track System, Inc. smoultrie@wlblaw.com
              Scott Czerwonka    on behalf of Interested Party   Morgan Stanley Capital Group, Inc.
                scott.czerwonka@dlapiper.com,   jbrown@wlblaw.com
              Scott Czerwonka    on behalf of Defendant   Morgan Stanley Capital Group, Inc.
                scott.czerwonka@dlapiper.com,   jbrown@wlblaw.com
              Scott D. Cousins    on behalf of Interested Party   Ad Hoc Committee of EFIH Unsecured Noteholders
                scousins@bayardlaw.com,   lmorton@bayardlaw.com;tstoner@bayardlaw.com
              Scott D. Cousins    on behalf of Intervenor-Defendant   Ad Hoc Committee of EFIH Unsecured
                Noteholders scousins@bayardlaw.com,   lmorton@bayardlaw.com;tstoner@bayardlaw.com
              Scott D. Cousins    on behalf of Interested Party   EFIH Second Lien DIP Commitment Parties
                scousins@bayardlaw.com,   lmorton@bayardlaw.com;tstoner@bayardlaw.com
              Sean A. O'Neal    on behalf of Interested Party   J. Aron & Company soneal@cgsh.com,
                maofiling@cgsh.com;afee@cgsh.com
              Sean A. O'Neal    on behalf of Interested Party   J Aron & Company soneal@cgsh.com,
                maofiling@cgsh.com;afee@cgsh.com
              Sean M. Brennecke    on behalf of Creditor   UMB Bank, N.A. sbrennecke@klehr.com,  state@klehr.com
              Shanti M. Katona    on behalf of Creditor Committee   The Official Committee  Of Unsecured
                Creditors skatona@polsinelli.com,   LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
              Shawn M. Christianson    on behalf of Creditor   Oracle America, Inc. schristianson@buchalter.com,
                cmcintire@buchalter.com
              Simon E. Fraser    on behalf of Interested Party   J Aron & Company sfraser@cozen.com
              Simon E. Fraser    on behalf of Interested Party   J. Aron & Company sfraser@cozen.com
              Simon E. Fraser    on behalf of Defendant   Morgan Stanley Capital Group, Inc. sfraser@cozen.com
              Stacey Kremling    on behalf of Creditor   2603 Augusta Investors, LP stacey@womaclaw.com
              Stacy L. Newman    on behalf of Interested Party   Union Pacific Railroad Company
                snewman@ashby-geddes.com
              Stacy L. Newman    on behalf of Interested Party   Wilmington Savings Fund Society, FSB, in its
                capacity as successor Indenture Trustee snewman@ashby-geddes.com
              Stanley B. Tarr    on behalf of Interested Party   Wilmington Trust, N.A. tarr@blankrome.com,
                moody@ecf.inforuptcy.com
              Stephanie  Wickouski    on behalf of Interested Party   Indenture Trustee and the EFIH 2nd Lien
                Objectors stephanie.wickouski@bryancave.com,   dortiz@bryancave.com
              Stephanie  Wickouski    on behalf of Interested Party   Computershare Trust Company, N.A., and
                Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
                Secured Second Lien Notes due 2021 and the 11.75% Senio stephanie.wickouski@bryancave.com,
                dortiz@bryancave.com
              Stephanie  Wickouski    on behalf of Defendant   Computershare Trust Company of Canada
                stephanie.wickouski@bryancave.com,   dortiz@bryancave.com
              Stephanie  Wickouski    on behalf of Defendant   Computershare Trust Company, N.A.
                stephanie.wickouski@bryancave.com,   dortiz@bryancave.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Stephen  Karotkin   on behalf of Plaintiff   Third Avenue Management LLC
           stephen.karotkin@weil.com,  frank.grese@weil.com
          Stephen  Karotkin   on behalf of Plaintiff   GSO Capital Partners LP stephen.karotkin@weil.com,
           frank.grese@weil.com
          Stephen  Karotkin   on behalf of Plaintiff   Avenue Capital Management II, LP
           stephen.karotkin@weil.com,  frank.grese@weil.com
          Stephen  Karotkin   on behalf of Plaintiff   P. Schoenfeld Asset Management LP
           stephen.karotkin@weil.com,  frank.grese@weil.com
          Stephen  Karotkin   on behalf of Plaintiff   York Capital Management Global Advisors, LLC
           stephen.karotkin@weil.com,  frank.grese@weil.com
          Stephen C. Stapleton  on behalf of Creditor   Atmos Energy Corporation
           sstapleton@cowlesthompson.com
          Stephen D Lerner   on behalf of Interested Party   ArcelorMittal USA LLC
           stephen.lerner@squirepb.com
          Stephen M. Miller   on behalf of Creditor   Law Debenture Trust Company of New York, in its
           capacity as Indenture Trustee smiller@morrisjames.com,
           wweller@morrisjames.com;jdawson@morrisjames.com
          Stephen W. Spence   on behalf of Fee Examiner Richard  Gitlin sws@bmbde.com,  sumspence@gmail.com
          Stephen W. Spence   on behalf of Attorney   Phillips, Goldman & Spence, P.A. sws@bmbde.com,
           sumspence@gmail.com
          Stephen W. Spence   on behalf of Interested Party   Fee Committee sws@bmbde.com,
           sumspence@gmail.com
          Steven A. Ginther   on behalf of Creditor   Missouri Department of Revenue deecf@dor.mo.gov
          Susan E. Kaufman   on behalf of Creditor   Tarrant Regional Water District
           skaufman@skaufmanlaw.com
          Theodore J. Tacconelli   on behalf of Interested Party   Titus County Appraisal District
           ttacconelli@ferryjoseph.com,  kcallahan@ferryjoseph.com
          Theodore J. Tacconelli   on behalf of Interested Party   Rusk County Appraisal District
           ttacconelli@ferryjoseph.com,  kcallahan@ferryjoseph.com
          Theodore J. Tacconelli   on behalf of Creditor   Freestone County, Texas
           ttacconelli@ferryjoseph.com,  kcallahan@ferryjoseph.com
          Theodore J. Tacconelli   on behalf of Interested Party   Freestone County Appraisal District
           ttacconelli@ferryjoseph.com,  kcallahan@ferryjoseph.com
          Theodore J. Tacconelli   on behalf of Interested Party   Robertson County Appraisal District
           ttacconelli@ferryjoseph.com,  kcallahan@ferryjoseph.com
          Thomas F. Driscoll, III   on behalf of Debtor   Energy Future Holdings Corp. tdriscoll@tbf.legal,
           mdunwody@tbf.legal
          Thomas J. Moloney   on behalf of Interested Party   J. Aron & Company tmoloney@cgsh.com
          Thomas J. Moloney   on behalf of Interested Party   J Aron & Company tmoloney@cgsh.com
          Thomas Ross Hooper   on behalf of Defendant   Wilmington Trust, N.A., as First Lien Collateral
           Agent hooper@sewkis.com
          Thomas Ross Hooper   on behalf of Interested Party   Wilmington Trust, N.A. hooper@sewkis.com
          Thomas Ross Hooper   on behalf of Defendant   Wilmington Trust, N.A. as First Lien Collateral
           Agent and First Lien Administrative Agent hooper@sewkis.com
          Tina Niehold Moss   on behalf of Interested Party   Delaware Trust Company as Successor Trustee
           under the TCEH 11.5% Senior Secured Notes Indenture tmoss@perkinscoie.com,
           nvargas@perkinscoie.com
          Tina Niehold Moss   on behalf of Interested Party   Delaware Trust Company, f/k/a CSC Trust
           Company of Delaware, as Indenture Trustee tmoss@perkinscoie.com,  nvargas@perkinscoie.com
          Tina Niehold Moss   on behalf of Creditor   The Bank of New York Mellon, as Indenture Trustee
           tmoss@perkinscoie.com,  nvargas@perkinscoie.com
          Tobey M. Daluz   on behalf of Defendant   Pyramis Global Advisors Trust Company
           daluzt@ballardspahr.com
          Tobey M. Daluz   on behalf of Defendant   Fidelity Management & Research Company
           daluzt@ballardspahr.com
          Tobey M. Daluz   on behalf of Defendant   Fidelity Advisor Series I: Fidelity Advisor High Income
           Advantage Fund daluzt@ballardspahr.com
          Tobey M. Daluz   on behalf of Defendant   Fidelity Advisor Series II: Fidelity Advisor Strategic
           Income Fund daluzt@ballardspahr.com
          Tobey M. Daluz   on behalf of Defendant   Japan Trustee Services Bank Ltd. as trustee of Fidelity
           High Yield Bond Open Mother Fund daluzt@ballardspahr.com
          Tobey M. Daluz   on behalf of Defendant   Fidelity Puritan Trust: Fidelity Puritan Fund
           daluzt@ballardspahr.com
          Tobey M. Daluz   on behalf of Defendant   Fidelity Global Bond Series  US Dollar Monthly Income
           US High Yield Pool daluzt@ballardspahr.com
          Tobey M. Daluz   on behalf of Defendant   Fidelity Management & Research Company as Investment
           Manager for Japan Trustee Services Bank, Ltd. Re: Fidelity High Yield Bond Open Mother Fund
           daluzt@ballardspahr.com
          Tobey M. Daluz   on behalf of Defendant   Master Trust Bank of Japan daluzt@ballardspahr.com
          Tobey M. Daluz   on behalf of Defendant   Variable Insurance Products Fund V: Strategic Income
           Portfolio daluzt@ballardspahr.com
          Tobey M. Daluz   on behalf of Defendant   Fidelity Investments Canada ULC daluzt@ballardspahr.com
          Tobey M. Daluz   on behalf of Defendant   FIL Investments International (FII)
           daluzt@ballardspahr.com
          Tobey M. Daluz   on behalf of Defendant   Fidelity Summer Street Trust: Fidelity Global High
           Income Fund daluzt@ballardspahr.com
          Tobey M. Daluz   on behalf of Defendant   Fidelity School Street Trust: Fidelity Strategic Income
           daluzt@ballardspahr.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Tobey M. Daluz    on behalf of Defendant    Japan Trustee Services Bank, Ltd. as trustee of
              Fidelity Strategic Income Mother Fund daluzt@ballardspahr.com
              Tobey M. Daluz    on behalf of Defendant    Fidelity Investments daluzt@ballardspahr.com
              Tobey M. Daluz    on behalf of Defendant    Fidelity Summer Street Trust: Fidelity Capital & Income
              Fund daluzt@ballardspahr.com
              Todd Charles Schiltz, Esq    on behalf of Interested Party    CSC Trust Company of Delaware, as
              successor indenture trustee and collateral trustee todd.schiltz@dbr.com,
              cathlyn.cantelmi@dbr.com;marita.erbeck@dbr.com;Jennifer.Roussil@dbr.com
              Todd Jeffrey Rosen    on behalf of Interested Party    TCEH Debtors todd.rosen@mto.com
              Traci L. Cotton    on behalf of Creditor    UT System obo UT at Arlington tcotton@utsystem.edu
              Travis J. Ferguson    on behalf of Creditor    NextEra Energy Resources, LLC ferguson@lrclaw.com,
              dellose@lrclaw.com;raucci@lrclaw.com
              Tyler D. Semmelman    on behalf of Debtor    Luminant Big Brown Mining Company LLC
              semmelman@rlf.com,  rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Luminant Energy Trading California Company
              semmelman@rlf.com,  rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    EEC Holdings, Inc. semmelman@rlf.com,  rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    LSGT Gas Company LLC semmelman@rlf.com,
              rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    NCA Development Company LLC semmelman@rlf.com,
              rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Luminant Renewables Company LLC semmelman@rlf.com,
              rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Luminant Mining Company LLC semmelman@rlf.com,
              rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Eagle Mountain Power Company LLC semmelman@rlf.com,
              rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    TXU Energy Receivables Company LLC semmelman@rlf.com,
              rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    TXU Retail Services Company semmelman@rlf.com,
              rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    TXU Electric Company, Inc. semmelman@rlf.com,
              rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Martin Lake 4 Power Company LLC semmelman@rlf.com,
              rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Energy Future Intermediate Holding Company LLC
              semmelman@rlf.com,  rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Lone Star Energy Company, Inc. semmelman@rlf.com,
              rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Texas Competitive Electric Holdings Company LLC
              semmelman@rlf.com,  rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Energy Future Competitive Holdings Company LLC
              semmelman@rlf.com,  rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Energy Future Holdings Corp. semmelman@rlf.com,
              rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Big Brown 3 Power Company LLC semmelman@rlf.com,
              rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Tradinghouse 3 & 4 Power Company LLC semmelman@rlf.com,
              rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Generation Development Company LLC semmelman@rlf.com,
              rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Oak Grove Mining Company LLC semmelman@rlf.com,
              rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Brighten Energy LLC semmelman@rlf.com,  rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Texas Electric Service Company, Inc. semmelman@rlf.com,
              rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Luminant Generation Company LLC semmelman@rlf.com,
              rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Generation SVC Company semmelman@rlf.com,
              rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Luminant Mineral Development Company LLC
              semmelman@rlf.com,  rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Texas Utilities Company, Inc. semmelman@rlf.com,
              rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    TXU SEM Company semmelman@rlf.com,  rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Southwestern Electric Service Company, Inc.
              semmelman@rlf.com,  rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    EFH FS Holdings Company semmelman@rlf.com,
              rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Defendant    EFIH Finance Inc. semmelman@rlf.com,
              rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    4Change Energy Holdings LLC semmelman@rlf.com,
              rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Sandow Power Company LLC semmelman@rlf.com,
              rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    EFH Renewables Company LLC semmelman@rlf.com,
              rbgroup@rlf.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Tyler D. Semmelman    on behalf of Debtor   EFH CG Management Company LLC semmelman@rlf.com,
                     rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Attorney   Kirkland & Ellis LLP semmelman@rlf.com,
                     rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor   Generation MT Company LLC semmelman@rlf.com,
                     rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor   Lone Star Pipeline Company, Inc. semmelman@rlf.com,
                     rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor   TCEH Finance, Inc. semmelman@rlf.com,  rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor   EECI, Inc. semmelman@rlf.com,  rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor   NCA Resources Development Company LLC
                     semmelman@rlf.com,   rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor   Big Brown Lignite Company LLC semmelman@rlf.com,
                     rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor   Texas Energy Industries Company, Inc.
                     semmelman@rlf.com,   rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor   TXU Energy Retail Company LLC semmelman@rlf.com,
                     rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor   Dallas Power & Light Company, Inc. semmelman@rlf.com,
                     rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor   DeCordova Power Company LLC semmelman@rlf.com,
                     rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor   Monticello 4 Power Company LLC semmelman@rlf.com,
                     rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor   Lake Creek 3 Power Company LLC semmelman@rlf.com,
                     rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor   Tradinghouse Power Company LLC semmelman@rlf.com,
                     rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor   Luminant Energy Company LLC semmelman@rlf.com,
                     rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor   Luminant Holding Company LLC semmelman@rlf.com,
                     rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor   EBASCO SERVICES OF CANADA LIMITED semmelman@rlf.com,
                     rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor   EFIH Finance Inc. semmelman@rlf.com,  rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor   Collin Power Company LLC semmelman@rlf.com,
                     rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor   Texas Power & Light Company, Inc. semmelman@rlf.com,
                     rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor   Oak Grove Power Company LLC semmelman@rlf.com,
                     rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor   TXU Energy Solutions Company LLC semmelman@rlf.com,
                     rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor   Brighten Holdings LLC semmelman@rlf.com,
                     rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor   Big Brown Power Company LLC semmelman@rlf.com,
                     rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor   TXU Receivables Company semmelman@rlf.com,
                     rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor   Valley NG Power Company LLC semmelman@rlf.com,
                     rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor   LSGT SACROC, Inc. semmelman@rlf.com,  rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor   Valley Power Company LLC semmelman@rlf.com,
                     rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor   EFH CG Holdings Company LP semmelman@rlf.com,
                     rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor   Oak Grove Management Company LLC semmelman@rlf.com,
                     rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor   EFH Australia (No. 2) Holdings Company
                     semmelman@rlf.com,   rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor   EFH Finance (No. 2) Holdings Company semmelman@rlf.com,
                     rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor   Luminant ET Services Company semmelman@rlf.com,
                     rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor   DeCordova II Power Company LLC semmelman@rlf.com,
                     rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor   Morgan Creek 7 Power Company LLC semmelman@rlf.com,
                     rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor   4Change Energy Company semmelman@rlf.com,
                     rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Defendant   Energy Future Intermediate Holding Company LLC
                     semmelman@rlf.com,   rbgroup@rlf.com
              U.S. Trustee     USTPRegion03.WL.ECF@USDOJ.GOV
              Victoria D. Garry    on behalf of Interested Party   Ohio Department of Taxation
                     vgarry@ag.state.oh.us
              Vincent E. Lazar    on behalf of Spec. Counsel   Energy Future Intermediate Holding Company LLC
                     vlazar@jenner.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
                Ward W. Benson    on behalf of Creditor   UNITED STATES OF AMERICA wardlow.w.benson@usdoj.gov,
                 Eastern.Taxcivil@usdoj.gov
                Warren A. Usatine    on behalf of Interested Party   CSC Trust Company of Delaware, as successor
                 indenture trustee and collateral trustee wusatine@coleschotz.com
                Wendy B. Reilly    on behalf of Creditor   Evercore Group LLC wbreilly@debevoise.com,
                 mao-bk-ecf@debevoise.com
                Wendy G. Marcari    on behalf of Interested Party   Benbrooke Electric Partners, LLC
                 wmarcari@ebglaw.com,  nyma@ebglaw.com
                William A. Hazeltine    on behalf of Creditor   Mastercraft Printed Products & Services, Inc.
                 Bankruptcy001@sha-llc.com
                William A. Romanowicz    on behalf of Debtor    Generation Development Company LLC rbgroup@rlf.com
                William A. Romanowicz    on behalf of Debtor    LSGT SACROC, Inc. rbgroup@rlf.com
                William A. Romanowicz    on behalf of Debtor    Energy Future Holdings Corp. rbgroup@rlf.com
                William A. Romanowicz    on behalf of Debtor    Generation MT Company LLC rbgroup@rlf.com
                William A. Romanowicz    on behalf of Debtor    Big Brown Power Company LLC rbgroup@rlf.com
                William A. Romanowicz    on behalf of Debtor    Big Brown 3 Power Company LLC rbgroup@rlf.com
                William A. Romanowicz    on behalf of Debtor    Energy Future Competitive Holdings Company LLC
                 rbgroup@rlf.com
                William A. Romanowicz    on behalf of Debtor    Brighten Energy LLC rbgroup@rlf.com
                William A. Romanowicz    on behalf of Debtor    Texas Utilities Electric Company, Inc.
                 rbgroup@rlf.com
                William A. Romanowicz    on behalf of Debtor    EFH CG Management Company LLC rbgroup@rlf.com
                William A. Romanowicz    on behalf of Debtor    Energy Future Intermediate Holding Company LLC
                 rbgroup@rlf.com
                William A. Romanowicz    on behalf of Debtor    EFH CG Holdings Company LP rbgroup@rlf.com
                William A. Romanowicz    on behalf of Debtor    EFH Australia (No. 2) Holdings Company
                 rbgroup@rlf.com
                William A. Romanowicz    on behalf of Debtor    Southwestern Electric Service Company, Inc.
                 rbgroup@rlf.com
                William A. Romanowicz    on behalf of Defendant   Energy Future Intermediate Holding Company LLC
                 rbgroup@rlf.com
                William A. Romanowicz    on behalf of Debtor    Tradinghouse Power Company LLC rbgroup@rlf.com
                William A. Romanowicz    on behalf of Debtor    TXU Energy Retail Company LLC rbgroup@rlf.com
                William A. Romanowicz    on behalf of Debtor    LSGT Gas Company LLC rbgroup@rlf.com
                William A. Romanowicz    on behalf of Debtor    EFH FS Holdings Company LLC rbgroup@rlf.com
                William A. Romanowicz    on behalf of Defendant   EFIH Finance Inc. rbgroup@rlf.com
                William A. Romanowicz    on behalf of Debtor    Brighten Holdings LLC rbgroup@rlf.com
                William A. Romanowicz    on behalf of Debtor    Eagle Mountain Power Company LLC rbgroup@rlf.com
                William A. Romanowicz    on behalf of Debtor    EEC Holdings, Inc. rbgroup@rlf.com
                William A. Romanowicz    on behalf of Debtor    EFH Corporate Services Company rbgroup@rlf.com
                William A. Romanowicz    on behalf of Debtor    DeCordova Power Company LLC rbgroup@rlf.com
                William A. Romanowicz    on behalf of Debtor    Tradinghouse 3 & 4 Power Company LLC rbgroup@rlf.com
                William A. Romanowicz    on behalf of Debtor    Texas Competitive Electric Holdings Company LLC
                 rbgroup@rlf.com
                William A. Romanowicz    on behalf of Debtor    TXU Energy Receivables Company LLC rbgroup@rlf.com
                William A. Romanowicz    on behalf of Debtor    EFH Finance (No. 2) Holdings Company rbgroup@rlf.com
                William A. Romanowicz    on behalf of Debtor    Lone Star Energy Company, Inc. rbgroup@rlf.com
                William A. Romanowicz    on behalf of Debtor    Luminant Renewables Company LLC rbgroup@rlf.com
                William A. Romanowicz    on behalf of Debtor    Lone Star Pipeline Company, Inc. rbgroup@rlf.com
                William A. Romanowicz    on behalf of Debtor    4Change Energy Holdings LLC rbgroup@rlf.com
                William A. Romanowicz    on behalf of Debtor    Generation SVC Company rbgroup@rlf.com
                William A. Romanowicz    on behalf of Debtor    EFH Renewables Company LLC rbgroup@rlf.com
                William A. Romanowicz    on behalf of Debtor    EECI, Inc. rbgroup@rlf.com
                William A. Romanowicz    on behalf of Debtor    Big Brown Lignite Company LLC rbgroup@rlf.com
                William A. Romanowicz    on behalf of Debtor    TXU Electric Company, Inc. rbgroup@rlf.com
                William A. Romanowicz    on behalf of Debtor    4Change Energy Company rbgroup@rlf.com
                William A. Romanowicz    on behalf of Debtor    Lake Creek 3 Power Company LLC rbgroup@rlf.com
                William A. Romanowicz    on behalf of Debtor    EBASCO SERVICES OF CANADA LIMITED rbgroup@rlf.com
                William A. Romanowicz    on behalf of Debtor    EFIH Finance Inc. rbgroup@rlf.com
                William D. Sullivan    on behalf of Creditor   Capgemini America, Inc. wdsecfnotices@sha-llc.com
                William E Kelleher, Jr    on behalf of Creditor   Westinghouse Electric Company LLC
                 wkelleher@cohenlaw.com,  mgraeb@cohenlaw.com,bfilings@cohenlaw.com,
                William E. Chipman, Jr.    on behalf of Intervenor-Defendant   Ad Hoc Committee of EFIH Unsecured
                 Noteholders chipman@chipmanbrown.com,  mccloskey@chipmanbrown.com
                William E. Chipman, Jr.    on behalf of Interested Party   EFIH Second Lien DIP Commitment Parties
                 chipman@chipmanbrown.com,  dero@chipmanbrown.com;mccloskey@chipmanbrown.com
                William E. Chipman, Jr.    on behalf of Creditor   AppLabs Technologies PVT Ltd.
                 chipman@chipmanbrown.com,  dero@chipmanbrown.com;mccloskey@chipmanbrown.com
                William F. Taylor, Jr.    on behalf of Creditor   Cellco Partnership d/b/a Verizon Wireless
                 bankruptcydel@mccarter.com,  bankruptcydel@mccarter.com
                William Mark Alleman, Jr    on behalf of Interested Party   Fee Committee WAlleman@beneschlaw.com,
                 chartman@beneschlaw.com/docket@beneschlaw.com
                William P. Weintraub    on behalf of Creditor   Aurelius Capital Management, LP
                 wweintraub@goodwinproctor.com,  zhassoun@fklaw.com
                William Pierce Bowden    on behalf of Interested Party   Wilmington Savings Fund Society, FSB, in
                 its capacity as successor Indenture Trustee wbowden@ashby-geddes.com
                Zachary I Shapiro    on behalf of Debtor    Energy Future Holdings Corp. shapiro@rlf.com,
                 rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

District/off: 0311-1          User: JudyF              Page 26 of 26          Date Rcvd: Oct 03, 2016
                             Form ID: van440          Total Noticed: 47

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

                                                                              TOTAL: 937