## EXHIBIT 1 to EXHIBIT A

**Modify Amount and Modify Classification Claim**

## ENERGY FUTURE HOLDINGS CORP., et al.

### THIRTY-SEVENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Modify Amount and Modify Classification Claim

| | NAME | CLAIM # | ASSERTED DEBTOR | CLASSIFICATION | AMOUNT | MODIFIED DEBTOR | CLASSIFICATION | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | RAILWORKS TRACK SYSTEMS, INC. C/O BECKER GLYNN MUFFLY CHASSIN HOSINSKI ATTN: MICHAEL D. MARGULIES, ESQ. 299 PARK AVENUE NEW YORK, NY 10171 | 6184 | Luminant Mining Company LLC | Secured | $590,771.49* | Luminant Mining Company LLC | Secured | $290,041.69 |
| | | | | | | Luminant Mining Company LLC | Unsecured | $23,389.81 |
| | | | | | | | Subtotal | $313,431.50 |

REASON FOR MODIFICATION: Modified amount reflects liquidation of claim to reflect the amount owed according to Debtors' books and records; $277,339.99 was paid to cure defaults outstanding under contract number C0623029C, which contract was assumed as of the TCEH Effective Date. Modified classification reflects further agreement between the Debtors and the Claimant.

| | | | | TOTAL | $590,771.49* | | TOTAL | $313,431.50 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 1