# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., ) | Bankruptcy Case No. 14-10979 (CSS) |
| *et al.*,[1] ) | (Jointly Administered) |
| ) | |
| Debtors. ) | |
| ) | |
| ) | |
| ESTATE OF GEORGE FENICLE, *et al.* ) | |
| ) | |
| Appellants, ) | BAP No. 16-45 |
| ) | Civil Action No. 16-802 (RGA) |
| v. ) | |
| ) | |
| ENERGY FUTURE HOLDINGS CORP., ) | |
| *et al.*, ) | |
| ) | |
| Appellees. ) | |

## STIPULATION OF DISMISSAL OF APPEAL

IT IS HEREBY STIPULATED AND AGREED, by Appellants and Appellees by and through their respective undersigned counsel, that the above-captioned appeal (the "Appeal") initiated by the Appellants under the *Notice of Appeal* on September 12, 2016 [D.I. 9521] from the *Order Confirming the Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et. al., Pursuant to Chapter 11 of the Bankruptcy Code as It Applies to the TCEH Debtors and EFH Shared Services Debtors* of the Honorable Christopher S. Sontchi, entered in the bankruptcy case on August 29, 2016 (the "TCEH Confirmation Order") [D.I.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

9421] shall be dismissed with prejudice with each party to bear its own costs, and Appellants shall bear any unpaid administrative and/or filing fees (if any), in connection with the Appeal.

Dated: September 26, 2016
    Wilmington, Delaware

| **HOGAN♦McDANIEL** | **RICHARDS, LAYTON & FINGER, P.A.** |
|---|---|
| By: /s/ Daniel K. Hogan<br>Daniel K. Hogan (DE Bar # 2814)<br>1311 Delaware Avenue<br>Wilmington, Delaware 19806<br>Telephone: (302) 656-7597<br>Facsimile: (302) 656-7599<br>dkhogan@dkhogan.com<br><br>*Counsel for Shirley Fenicle, individually and as successor-in-interest to the Estate of George Fenicle, David William Fahy, and John H. Jones* | By: /s/ Jason M. Madron<br>Jason M. Madron (DE Bar #4431)<br>Mark D. Collins (DE Bar #2981)<br>Daniel J. DeFranceschi (DE Bar #2732)<br>920 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701<br>Email: collins@rlf.com<br>    defranceschi@rlf.com<br>    madron@rlf.com |
| -and- | -and- |
| Steven Kazan (CA Bar # 46855)<br>Kazan McClain Satterley & Greenwood<br>A Professional Law Corporation<br>Jack London Market<br>55 Harrison Street, Suite 400<br>Oakland, CA 94607<br>Telephone: (510) 302-1000<br>Facsimile: (510) 835-4913<br><br>*Counsel for Shirley Fenicle, individually and as successor-in-interest to the Estate of George Fenicle* | KIRKLAND & ELLIS LLP<br>Edward O. Sassower<br>Stephen E. Hessler<br>Brian E. Schartz<br>601 Lexington Avenue<br>New York, NY 10022-4611<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br>Email: edward.sassower@kirkland.com<br>    stephen.hessler@kirkland.com<br>    brian.schartz@kirkland.com |
| -and- | -and- |

Ethan Early (CT Juris # 417930)  
Early Lucarelli Sweeney & Meisenkothen  
One Century Tower  
265 Church Street, 11th Floor  
New Haven, CT 06508-1866  
Telephone: (203) 777-7799  
Facsimile: (203) 785-1671  

*Counsel for David William Fahy*

-and-

Beth Gori  
Gori Julian & Associates, P.C.  
156 North Main Street  
Edwardsville, IL 62025  
Telephone: (618) 659-9833  
Facsimile: (618) 659-9834  

*Counsel for John H. Jones*

KIRKLAND & ELLIS LLP  
James H.M. Sprayregen, P.C.  
Marc Kieselstein, P.C.  
Chad J. Husnick  
Steven N. Serajeddini  
300 North LaSalle  
Chicago, IL 60654  
Telephone: (312) 862-2000  
Facsimile: (312) 862-2200  
Email: james.sprayregen@kirkland.com  
          marc.kieselstein@kirkland.com  
          chad.husnick@kirkland.com  
          steven.serajeddini@kirkland.com  

*Counsel for the Debtors and*  
*Debtors in Possession*

SO ORDERED this 6 day of Oct, 2016

/s/ Richard G. Andrews  
United States District Judge

3