# EXHIBIT A

## Professional Fees and Expenses
## Monthly Fee Statement

| Applicant | Fee Statement Period, Filing Date, & Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Requested Fees Held Back |
|---|---|---|---|---|---|---|---|
| Cravath, Swaine & Moore LLP Worldwide Plaza 825 Eighth Avenue, New York, NY 10024 | Twentieth Monthly Fee Statement<br><br>07/01/2016 through 07/31/2016<br><br>Docket No. 9532 | $238,100.00 | $2,394.43 | 10/05/2016 | $190,488.00 | $2,394.43 | $47,622.00 |