# EXHIBIT 2

## 2015 DWU Staff Schedule
## Wholesale Water and Wastewater Cost of Service Study

| Date* | | Time | Location | Activity | Group Meeting |
|---|---|---|---|---|---|
| March 19th | Thur | 3:00 - 3:30 | 4AS | DWU Staff Cost Study Kick Off Meeting | |
| March 23rd | Mon | - | | Provide Cost Study Schedule to Joint Rate Subcommittee | Wholesale Services |
| April 15th | Wed | - | | Complete O & M, Base Year and provide to DWU Staff for review | Financial Planning - COS Section |
| April 15th | Wed | - | | Avg. Winter Month's Water Consumption Reports due from wholesale customers for Wastewater Volume Allocation | Wholesale Services |
| April 23rd | Thur | 3:00 - 4:00 | 4AS | **DWU Staff Review Meeting: Allocations (Sch. L & M), O & M Base Year; O & M Test Period** | **Group Meeting** |
| April 30th | Thur | - | | Test Year and completed Wastewater allocations provided to DWU Staff for review | Financial Planning - COS Section / Rates Section |
| May 1st | Fri | - | | Rate Base Information received from CIS (Tratton) | Financial Planning - COS Section |
| May 7th | Thur | - | | Finalize Allocations, Base Year & Depreciation | Financial Planning - COS Section / Rates Section |
| May 7th | Thur | 3:00 - 4:00 | 4AS | **DWU Staff Review Meeting: Follow-up Test Period and initial allocations** | **Group Meeting** |
| May 18th | Mon | - | | Complete and Finalize Test Year and Flow Charts | Financial Planning - COS Section / Rates Section |
| June 4th | Thur | 3:00 - 4:00 | | **Staff Review Meeting: Final Allocations, set preliminary rates and review final details for flow chart and information to go with Cost** | **Group Meeting** |
| Week of June 8th | | - | 2AS | ASSEMBLE COS Binders and information for Joint Rate Subcommittee | Financial Planning - COS Section / Rates Section |
| Week of June 8th | | - | | Distribute and Mail Wholesale Cost Study with summary and flow chart to Joint Rate Subcommittee members for review. Draft rates available. | Wholesale Services |
| June 22nd | Mon | - | | Rate Subcommittee review questions due to DWU. Distribute to DWU Staff for review. | Wholesale Services |
| Week of June 22nd | | - | | DWU Staff Review & Respond to Joint Rate Subcommittee questions | Financial Planning - Wholesale Services |
| July 1st | Wed | 10:00 - 12:00 | Elm Fork WTP | **Joint Rate Subcommittee Cost of Service Study Review Meeting** | **DWU/Joint Subcommittee Meeting** |
| Week July 6th | | - | | Confirm final rates | Financial Planning - COS Section |
| Week of July 13th | | - | | Draft C.O.S. Reports mailed to wholesale customers for comments with letter stating rates will be effective October 1st | Financial Planning - COS Section |
| Aug 7th | Fri | - | | Comments due from wholesale customers on proposed rates | Wholesale Services |
| Sept 3rd | Mon | - | | Draft Ordinance (Ch. 49) due to for Agenda Coordinator | Financial Planning - Rates Section |
| Sept 16th | Wed | - | | Dallas City Council action on proposed annual budget including wholesale rate adjustments | Financial Planning - Rates Section |
| Oct 1st | Thur | - | | New Rates go into effect | |
| Mid October | | - | | Mail final reports with approved Ordinance to all Wholesale Customers | Wholesale Services |

Please note:
*Activity deadlines and meeting dates are subject to change based on unforeseen circumstances.
Impromptu meetings may and will be scheduled on an as needed basis.

1

9/9/2016

# 2016 DWU Staff Schedule
## Wholesale Water and Wastewater Cost of Service Study

| Date* | | Time | Location | Activity | Group Meeting |
|---|---|---|---|---|---|
| March 17th | Thur | 3:00 - 3:30 | 4AS | DWU Staff Cost Study Kick Off Meeting | Group Meeting |
| March 21st | Mon | - | | Provide Cost Study Schedule to Joint Rate Subcommittee | Wholesale Services |
| April 15th | Fri | - | | Complete O & M, Base Year and provide to DWU Staff for review | Financial Planning - COS Section |
| April 15th | Fri | - | | Avg. Winter Month's Water Consumption Reports due from wholesale customers for Wastewater Volume Allocation | Wholesale Services |
| April 21st | Thur | 3:00 - 4:00 | 4AS | DWU Staff Review Meeting: Allocations (Sch. L & M), O & M Base Year Test Year and completed Wastewater allocations provided to DWU Staff for review | Group Meeting |
| April 29th | Fri | - | | | COS Section / Rates Section Financial Planning - |
| May 2nd | Mon | - | | Rate Base Information received from CIS (Trafton) | Financial Planning - COS Section |
| May 12th | Thur | 3:00 - 4:00 | 4AS | DWU Staff Review Meeting: O & M Test Period and Initial allocations | Group Meeting |
| May 18th | Wed | | | Complete and Finalize Test Year and Flow Charts | Financial Planning - COS Section / Rates Section |
| May 20th | Fri | | | Finalize Allocations, Base Year & Depreciation | Financial Planning - COS Section / Rates Section |
| May 24th | Tue | 10:00 - 11:00 | | Review Rate Base | Group Meeting |
| June 3rd | Fri | 3:00 - 4:00 | | Staff Review Meeting: Final Allocations, set preliminary rates and review final details for flow chart and information to go with Cost Study | Group Meeting |
| Week of June 6th | | - | 2AS | ASSEMBLE COS Binders and Information for Joint Rate Subcommittee | Financial Planning - COS Section / Rates Section |
| Week of June 6th | | - | | Distribute and Mail Wholesale Cost Study with summary and flow chart to Joint Rate Subcommittee members for review. Draft rates available. | Wholesale Services |
| June 17th | Mon | - | | Rate Subcommittee review questions due to DWU. Distribute to DWU Staff for review. | Wholesale Services |
| Week of June 20th | | - | | DWU Staff Review & Respond to Joint Rate Subcommittee questions | Financial Planning - Wholesale Services |
| June 29th | Wed | 10:00 - 12:00 | Elm Fork WTP | Joint Rate Subcommittee Cost of Service Study Review Meeting | DWU/Joint Subcommittee Meeting |
| Week July 11th | | - | | Confirm final rates | Financial Planning - COS Section |
| Week of July 18th | | - | | Draft C.O.S. Reports mailed to wholesale customers for comments with letter stating rates will be effective October 1st | Wholesale Services |
| Aug 5th | Fri | - | | Comments due from wholesale customers on proposed rates | |
| Aug 22nd | Mon | | | Draft Ordinance (Ch. 49) due to for Agenda Coordinator | Financial Planning - Rates Section |
| Sept 28th | Wed | Tentative | | Dallas City Council action on proposed annual budget including wholesale rate adjustments | |
| Oct 1st | | - | | New Rates go into effect | |
| Mid October | Thur | - | | Mail final reports with approved Ordinance to all Wholesale Customers | Wholesale Services |

**Please note:**
*Activity deadlines and meeting dates are subject to change based on unforeseen circumstances.
Impromptu meetings may and will be scheduled on an as needed basis.