# EXHIBIT 3

AGENDA ITEM # 56

| | |
|---|---|
| **KEY FOCUS AREA:** | E-Gov |
| **AGENDA DATE:** | September 22, 2015 |
| **COUNCIL DISTRICT(S):** | N/A |
| **DEPARTMENT:** | Office of Financial Services |
| **CMO:** | Jeanne Chipperfield, 670-7804 |
| **MAPSCO:** | N/A |

## SUBJECT

An ordinance amending Chapters 5A, 7, 15D, 16, 18, 27, 43A, 49, and 50 of the Dallas City Code to: **(1)** remove the registration fee and registration requirement for used car lots; **(2)** adjust registration fees for facilities that emit or have the potential to emit air contaminants; **(3)** adjust fees for redeeming an impounded animal from a city animal shelter; **(4)** adjust the intact animal permit fee; **(5)** adjust the fee for a temporary regulated animal permit; **(6)** adjust emergency ambulance transport fees; **(7)** adjust permit fees overseen by the Dallas Fire-Rescue Department; **(8)** adjust building reinspection fees; **(9)** adjust inspection charges for high risk buildings and occupancies; **(10)** adjust plan review fees for fire apparatus access roads and for limited access gates that obstruct such roads; **(11)** adjust installation acceptance retest fees; **(12)** authorize sanitation services to collect recycling from commercial establishments and establish a fee for such collection; **(13)** authorize more than once-a-week collection of garbage and recycling from certain commercial establishments; **(14)** adjust fees for sanitation collection service; **(15)** adjust fees for tire business licenses and mobile tire repair unit permits; **(16)** adjust fee for a certificate of registration for a multi-tenant property; **(17)** adjust fees for multi-tenant property inspections; **(18)** adjust fees for multi-tenant property inspections; **(19)** adjust the annual fee for a certificate of registration for non-owner occupied rental property; **(20)** adjust the reinspection fee for non-owner occupied rental property; **(21)** adjust the public swimming pool permit fee; **(22)** adjust the swimming pool manager training course fee; **(23)** adjust the vacant building registration fee; **(24)** adjust rates and charges for treated water service, wastewater service, wholesale water and wastewater service to governmental entities, untreated water service, service connections, and fire hydrant usage (fee list attached); **(25)** adjust the wood vendor license fee; **(26)** adjust the electronic repair license fee; **(27)** adjust the motor vehicle repair license fee; **(28)** adjust the home repair license fee; and **(29)** adjust the credit access business registration fee – Estimated Revenue: $35,044,355 (Water Utilities Revenue: $26,735,244, Sanitation Revenue: $3,628,973, General Fund Revenue: $4,680,138)

## BACKGROUND

In compliance with the City's Financial Performance Management Criteria (FMPC) #15, an annual review of selected fees and charges is conducted to determine the extent to which the full cost of associated services is being recovered by revenues. The FY 2015-16 Budget includes changes to various fees. The changes which are incorporated into the proposed ordinance relate to adjusting (1) registration fee and registration requirement for used car lots; (2) registration fees for facilities that emit or have the potential to emit air contaminants; (3) fees for redeeming an impounded animal from a city animal shelter; (4) intact animal permit fee; (5) fee for a temporary regulated animal permit; (6) emergency ambulance transport fees; (7) permit fees overseen by the Dallas Fire-Rescue Department; (8) building reinspection fees; (9) inspection charges for high risk buildings and occupancies; (10) plan review fees for fire apparatus access roads and for limited access gates that obstruct such roads; (11) installation acceptance retest fees; (12) authorize sanitation services to collect recycling from commercial establishments and establish a fee for such collection; (13) authorize more than once-a-week collection of garbage and recycling from certain commercial establishments; (14) adjust fees for sanitation collection service; (15) fees for tire business licenses and mobile tire repair unit permits; (16) fee for a certificate of registration for a multi-tenant property; (17) fees for multi-tenant property inspections; (18) for multi-tenant property inspections; (19) annual fee for a certificate of registration for non-owner occupied rental property; (20) reinspection fee for non-owner occupied rental property; (21) public swimming pool permit fee; (22) swimming pool manager training course fee; (23) vacant building registration fee; (24) rates and charges for treated water service, wastewater service, wholesale water and wastewater service to governmental entities, untreated water service, service connections, and fire hydrant usage; (25) wood vendor license fee; (26) electronic repair license fee; (27) motor vehicle repair license fee; (28) home repair license fee; and (29) adjust the credit access business registration fee

## PRIOR ACTION/REVIEW (COUNCIL, BOARDS, COMMISSIONS)

Briefed the City Council on the City Manager's recommended FY 2015-16 budget on August 11, 2015.

## FISCAL INFORMATION

Water Utilities Revenue: $26,735,244

Sanitation Revenue: $3,628,973

General Fund Revenue: $4,680,138