# EXHIBIT 4

# CITY OF DALLAS WATER UTILITIES

# 2015 COST OF SERVICE STUDY PARTICIPANTS

## JOINT RATE SUBCOMMITTEE

### Water Rate Review Subcommittee

Chair: Bob Scott, Chief Financial Officer, City of Carrollton, 972/466-3103, bob.scott@cityofcarrollton.com
Timothy Fisher, P.E., Assistant Director of Water Utilities, City of Denton, 940/349-7190, tim.fisher@cityofdenton.com
Richard Summerlin, Director of Finance, City of Duncanville, 972/780-5005, rsummerlin@ci.duncanville.tx.us
Charles Cox, Chief Financial Officer/Director of Finance, City of Farmers Branch, 972/919-2518, charles.cox@farmersbranch.info
Doug Cuny, Utility Customer Service Manager, City of Grand Prairie, 972/237-8222, dcuny@gptx.org
David Cardenas, Business Manager, City of Irving, 972/721-2637, dcardena@cityofirving.org
Clifford Howard, Fiscal Services Manager, City of Lewisville, 972/219-3422, choward@cityoflewisville.com
Baron Sauls, Assistant Finance Director, City of Lancaster, 972/218-1333, bsauls@lancaster-tx.com
Bill Greenleaf, Director of Business Services, Upper Trinity Regional Water District, 972/219-1228, bgreenleaf@utrwd.com

### Wastewater Rate Review Subcommittee

Chair: Eric Cannon, Director of Finance, Town of Addison, 972/450-7037, ecannon@addisontx.govTBD
Steven Alexander, Chief Financial Officer, Town of Highland Park, 214/559-9403, salexander@hptx.org
Keith Dagen, Assistant Director of Finance, City of Richardson, 972/744-4144, keith.dagen@cor.gov
Tom Tvardzik, Director of Finance, City of University Park, 214/987-5310, ttvardzik@uptexas.org

## DWU STAFF REPRESENTATIVES

Jo M. (Jody) Puckett, PE, Director, 214/670-3144, jo.puckett@dallascityhall.com
Terry Lowery, Assistant Director - Business Operations, 214/670-4685, terry.lowery@dallascityhall.com
Sunil King, Sr. Program Manager, Financial Planning, 214670-3837, sunil.king@dallascityhall.com
Erik Andersen, Manager II, Financial Planning, 214/670-3871, erik.andersen@dallascityhall.com
Andrew Merritt, Manager II, Financial Planning, 214/670-3212, andrew.merritt@dallascityhall.com
Chris Roman, Coordinator III, Financial Planning, 214/670-9590, christian.roman@dallascityhall.com
John Owens, Sr. Accountant, Financial Planning, 214/670-8270, john.owens@dallascityhall.com
Erica Robinson, Rates Manager, Financial Planning, 214/670-5245, erica.robinson@dallascityhall.com
Esmeralda Martinez, Coordinator III, Financial Planning, 214/671-9438, esmeralda.martinez@dallascityhall.com
Jacqueline Culton, PE, Program Manager, Wholesale Services Division, 214/670-5243, jacqueline.culton@dallascityhall.com
Reginald Hunter, Senior Coordinator, Wholesale Services Division, 214/670-5886, reginald.stewart@dallascityhall.com
Lekesha Baylor, Coordinator III, Wholesale Services Division, 214/670-5888, lekesha.baylor@dallascityhall.com