# Exhibit 5

## Questions from 2015 Wholesale Cost of Service Studies
### June 24, 2015

1. **Sabine River Authority dispute and related Lake Fork Charges.** This is obviously the biggest single driver to this year's rates and also represents a great deal of uncertainty. Accordingly:
    a. Could we get an overall briefing of the situation including how we as wholesale customers can help?
    **RESPONSE:** We will discuss the current situation at our Joint Meeting on July 1 and will also schedule a Wholesale Meeting for August and will provide further updates at that time.

    b. Is there any idea when a decision from PUC will be made?
    **RESPONSE:** This process could take several years to complete. In addition to the PUC, Dallas has filed suit in Orange County.

    c. The amounts involved are staggering and therefore merit special treatment and tracking. Has DWU developed account codes and tracking strategies so that the exact amount of the wholesale rate attributable to SRA (perhaps even separately labeled) will be known and therefore easily refunded if their charges are ultimately rolled back?
    **RESPONSE:** It is early in the process, we are still setting up the escrow account and tracking strategies. Cost of Service studies were run with and without the SRA escrow fund payment to know the cost of service and rates for treated and untreated water with and without the escrow payment.

    d. Related to the question above, DWU will be making payments into an escrow. If the dispute is resolved mid-year, would there be a provision for adjusting the overall rate down and refunding amounts paid back to the customer cities?
    **RESPONSE:** Wholesale rates recover costs from test period, the prior fiscal year, for example, the rates effective October 1, 2015 of Fiscal Year 2016 will recover costs for Fiscal Year 2015. If the issue were resolved in Fiscal Year 2016, it would impact the 2016 Cost of Service Study and rates effective as of October 1, 2016 for Fiscal Year 2017.

    e. How will the take or pay aspect of their charges affect how DWU manages its reservoir system and where it draws water from?
    **RESPONSE:** It will not affect how DWU manages its operations, we will continue to operate the reservoir system in the most efficient manner possible to maximize resources.

    f. As one might expect, the raw water rates (which are proportionally high reservoir related costs) rose the most. Could you remind us of the components of the raw water rate?
    **RESPONSE:** Untreated water costs contain allocated portions of the following functional categories: Supply Reservoir, Raw Water Transmission, Wholesale Customer Service, Equipment Pool and Other Administration.

1

g. I had heard that the $0.56 rate that SRA decided to charge as the "prevailing rate" was based on the 2014 non-interruptible rate of $0.5613 which is proposed at $0.8335 for 2015. If SRA is successful with the PUC or in court- could this became a vicious upward spiral as DWU's wholesale rate has now become linked to SRA's charges to DWU as a regional provider. (Bob Scott, Carrollton)
**RESPONSE:** The rate used by SRA was the Dallas 2014 Wholesale Cost of Service untreated water rate. In setting the rate, SRA included a CPI escalator to the $0.5613 per 1,000 gallon rate. The judge ruled that no escalator would be considered for the escrow amount. This dispute may not be resolved for several years and Dallas will certainly keep you updated on the status.

2. Just two years ago, depreciation was only $36, 177. It rose 12% in 2014 to 40,550 and it has again risen 28.3% to $52,027. That $52,027 represents 2.2% putting our average remaining life under 50 years. Could you please supply us with a list of typical expected lives for the major classes of equipment and help us to understand what is driving the trend and if we should expect additional depreciation increases in future years? (Bob Scott, Carrollton)
**RESPONSE:** As has been indicated in previous years, a great deal of cleanup has been required in the fixed asset process since it came back to DWU. The majority of this work has been completed. Historically, depreciation has been understated. The clean-up process should be completed within the next year or so. Please refer to the cost of service study for the asset and useful life schedules.

3. Expense Item 22-Purchased Treated Water-Integrated Pipeline. The explanation in Tab 1 raised more questions than it answered. Could you please provide a brief explanation of this project including why this item is in essence being accounted for as an operating expense item when there are obviously huge capital components involved. (Bob Scott, Carrollton)
**RESPONSE:** Payments to Tarrant Regional Water District (TRWD) for DWU's share of the Integrated Pipeline Project (IPL) is an operating expense. The pipeline will be owned and maintained by TRWD. Payments are for full year funding of 2012 and 2014 debt issuances made by TRWD for Dallas' share of the project. The joint project has estimated capital savings to Dallas and its customers of approximately $200M and combined operating expense savings of $90M.

4. Expense Item 25- Reservoir O & M. The majority of this is obviously the Lake Fork dispute but with the flooding and other unusual events it probably wouldn't hurt to ask if there is anything else in this item that we should be aware of? (Bob Scott, Carrollton)
**RESPONSE:** Expense Item 25 is Reservoir O&M and includes payments to SRA for Lakes Fork and Tawakoni; Upper Neches River Municipal Water Authority for Lake Palestine and the US Army Corps of Engineers for Lakes Ray Roberts, Lewisville and Grapevine. At this time, all payments are scheduled at budget for FY 2015.

2

5. Expense Item 31-Communications. TY 2014 was $1,992,096 but BY 2014 was $971,577 but then TY 2015 is back up to $1,703, 369 showing that in essence we were overcharged for communications in 2014 rates. I know these are estimates and that it could also go the other way but that got me to looking at total O & M and in 2014 TY was $254,389,014 vs. the actual of $243,964,483. I went back and looked and while test years are normally a few percentage points higher than actual, this was higher than normal. Could you discuss what the big items of savings in addition to communications caused this difference? (Bob Scott, Carrollton)
**RESPONSE:** The largest savings were in power, chemicals and the IPL due to timing and savings on scheduled payments for FY 2014.

6. Expense Item 36-General Fund Cost Reimbursement. What in the study caused this number to increase so dramatically? Were the unemployment insurance and building services already being charged to DWU in some way? (Bob Scott, Carrollton)
**RESPONSE:** The overall methodology in calculating General Fund Indirect Cost Reimbursement has been consistent. Different service departments costs are allocated based on either hours worked, work orders performed, square footage maintained, etc. There has been increased activity for building services related to HVAC repairs, accounting and auditing services and city attorney and purchasing. Also now included is approximately $800,000 for unemployment insurance and building services that were previously recovered in other expense codes.

7. Expense Item 38-Misc. Special Services. This may have decreased base year 2014 to test year 2015 but it is up 66.14% test year to test year. Could you please explain what types of maintenance expenses you are referring to in your analytical review and why you think these additional costs will continue? (Bob Scott, Carrollton)
**RESPONSE:** DWU has had a major budgetary focus on maintenance and rehabilitation of infrastructure. One example for Base Year 2014 expenses is pump repairs and maintenance at both wastewater treatment plants. Also included in this expense code are maintenance contracts at the water treatment plants for repair of pumps and motors.

8. Depreciation went up significantly for Untreated Water Customers, by almost 125%. However Total Depreciation went up by only 30%. Why was there such a percentage difference between Untreated and Total Depreciation?
    a. Typically to have such an increase in depreciation one would expect a large increase in rate base. However rate base only increased a little over 1% -- an explanation of this anomaly would be appreciated.
    b. We understand that the process of correcting fixed asset accounts is continuing, but where are we at in that process? The inconsistency has significantly hurt our ability to plan and communicate potential rate increases. (Mr. Bill Greenleaf, UTRWD)
**RESPONSE:** Please see Question 2. Raw Water Supply is a functional area that was under-recovering.

3

9. The most significant increase was to the Reservoir O&M (over $20 million which we assume is related in large part to the Sabine River issue). At the meeting could you provide an overview of this item and include an idea of the timeline related to a resolution? An explanation would be helpful as to what DWU's plans for accounting for this money being put in an escrow account until resolution of the issue. Will some kind of updates be given to customers as to the status of the accounting for this? (Bill Greenleaf, UTRWD)
   RESPONSE: Please see response to Question 1.

10. Another large increase was for the IPL (over $7 million). An explanation of this project as to the agreement with Tarrant Regional for financing, project status, and estimated future annual expenditures and their related impacts would be helpful. Having some sort of idea of what costs are related to this would greatly benefit our rate planning. (Bill Greenleaf, UTRWD)
    **RESPONSE:** The current cash flow estimates for the IPL include increases through 2018; then smaller increases until Dallas connects the pipeline to our system sometime after 2024. The connection to the system will also have costs associated with that task. The IPL will transport Lake Palestine water to Dallas and is projected to save Dallas Water Utilities and its customers almost $200M. Average increases including IPL through 2019 were estimated to be approximately 4.5% annually.

    More detailed information on the project can be provided at the Wholesale Meeting scheduled for late summer/early fall.

    Is DWU going to provide their own financing for a portion of this project at any time in the future? (Bill Greenleaf, UTRWD)
    **RESPONSE:** There is no plan for DWU to provide financing for this project. TRWD applied for SWIFT funding for the 2016 issuance and that will reduce the payment by approximately $1M each year.

11. The line item for Data Services is going up by almost $5 million dollars — what is driving this significant increase? (Bill Greenleaf, UTRWD)
    **RESPONSE:** These costs are based on work being performed for DWU by City of Dallas Information Services and 98% of these costs are Inside Only costs and not shared with wholesale customers.

12. Nearly all costs related to the General Fund Cost Reimbursement increased by almost $2 million, following a $1 million increase from 2013 to 2014. Why has this been occurring? Has there been some sort of ongoing change in methodology to calculate this amount? (Bill Greenleaf, UTRWD)
    **RESPONSE:** See the response to Question 6.

13. Professional Services is going up by almost $1 million — what is this related to? (Bill Greenleaf, UTRWD)

4

**RESPONSE:** There are two major drivers in the increase in Professional Services: contract labor which had previously been recorded in various object codes and also SRA legal fees.

14. Considering the level of increases shown for customer entities, what is the expected rate increase for DWU's customers within the city? Related to this, has there been any changes in the methodology regarding those rates?
**RESPONSE:** DWU is currently estimating a retail revenue increase of 6.7% to 7.7%. There has been no change in methodology to allocate costs and develop rates.

15. Last year during our meeting I had noted that we should expect 4% to 4.5% for the next four of five years as it relates to IPL. Obviously, other things have changed that are causing additional increase in rates; but, is there a way to breakout how much of the increase would be attributed just to the IPL to see if the 4 - 4.5 is holding true? (Clifford Howard, Lewisville)
**RESPONSE:** The wholesale treated and untreated water cost of service studies were run with and without the SRA escrow fund increase. Without the SRA increase, untreated water costs would have increased 14.3% and untreated water rates would have increased 12.8%. Treated water costs would have decreased 1.2% and volume charge would have decreased 2.9% while the demand charge would have increased 2.8%. Flat rate would have increased 1.7%. The lower rate of return from the refunding offset some of the increase from O&M.

16. Summary of Wastewater O&M Expenses. This may be presented in the study and we just missed it, but can we get a summary sheet that shows, by expense code, the O&M expenses that are included in the wholesale wastewater rate calculation? (Steven Alexander, Highland Park)
**RESPONSE:** Draft cost of service studies for untreated water, treated water and wastewater are being distributed at the Joint Subcommittee Meeting on July 1 and summarizes costs.

17. Expense Code 26 – Water and Sewer Line Supplies (Wastewater – Shared Costs) - Shared costs are declining between test years with test year 2013 being the highest at $1.3M. What was the cause of the reduction and what was included in test year 2013 that caused this category to be so high? (Steven Alexander, Highland Park)
**RESPONSE:** Extensive water and wastewater mains maintenance program was in place during that time period which increased the costs associated with Expense Code 26.

18. Expense Code 30 – Other Services (Wastewater – Shared Costs) – Other services seems to be growing fairly substantially from test year to test year. What is the driving factor of the increases? (Steven Alexander, Highland Park)
**RESPONSE:** Overall costs in this expense code have remained consistent. The allocation between water and wastewater depends on the work occurring during specific time periods.

19. Expense Code 31 (Wastewater-Shared Costs) – Please provide a more detailed explanation on the drop in communications for the 2014 base year and corresponding increase in the 2015 test year. (Steven Alexander, Highland Park)
    **RESPONSE**: Reduced ATT contract costs, a reduction in the budgeted number of circuits installed resulted in a one-time credit from CIS allocated to DWU in Fiscal Year 2014. This resulted in the lower expenses for Base Year 2014.

20. Expense Code 33 – Repair and Maintenance (Wastewater-Shared Costs) – What is driving the significant difference between the 2014 base year 2015 test year? (Steven Alexander, Highland Park)
    **RESPONSE**: This expense code contains object codes for repair and maintenance of equipment, buildings and grounds. In reviewing the repair and maintenance performed for the water and wastewater systems, it appears while the Base Year for 2014 was lower than Test Period 2014 for Expense Code 33, it was higher than Test Year for Expense Code 38 - Misc. Special Services which also contains maintenance work. Work performed varies from year to year to meet the needs of maintaining DWU's infrastructure. Test Year 2015 is allocated based on the actual functional allocation from the prior Base Year.

21. Expense Code 36 (Wastewater-Shared Costs) – Why such a large increase in the general fund transfer in the 2015 test year? (Steven Alexander, Highland Park)
    **RESPONSE**: See the response to Question 6.

22. Expense Code 38 (Wastewater-Shared Costs) – Why such a large increase in the Miscellaneous Special Services in the 2014 base year and the 2015 test year? (Steven Alexander, Highland Park)
    **RESPONSE**: Factors in the wastewater shared costs for both Base Year 2014 and Test Year 2015 are related to higher than normal expenses related to pump repairs and maintenance at both wastewater treatment plants.

23. Expense Code 51 (Wastewater-Shared Costs) – Why such a large increase in the Professional Services in the 2015 test year? Please provide some detail on the professional services being funded. (Steven Alexander, Highland Park)
    **RESPONSE**: See the response to Question 13.

24. Expense Item 55 – Revenue Bond Expense Elimination. Why is it that expense code 55 hasn't changed since 2012 and does the study round to $800,000. The total for water & sewer is approx. $716,000 under tab 11. (Clifford Howard, Lewisville)
    **RESPONSE**: Historically the study has shown the test period number only, the bond sale has occurred after the study has been completed with no sale in 2014. As of the March FTA, bond fees were shown at budget.

25. Which customers are under each untreated water type? (Clifford Howard, Lewisville)
    **RESPONSE**: The following Municipal Use Wholesale Customers are invoiced by DWU at the:

6

(1) <u>Regular Untreated Water Rate (Non-Interruptible)</u>
Denton
Grapevine
Irving (when Lewisville is in the conservation pool)
Lewisville
Upper Trinity Regional Water District

(2) <u>Interruptible Untreated Water Rate</u>
UTRWD (Invoiced at Interruptible Rate only when Lewisville is in flood stage)
Irving (Invoiced at Interruptible Rate only when Lewisville is in flood stage)

7

**Follow-up Questions from 2015 Wholesale Cost of Service Meeting**
**July 1, 2015**

1. The letter states that DWU can remove 131,860 acre feet from the basin for use by DWU. Your letter dated May 15, 2015 states the contract is for 131,860 feet but that only 120,000 acre feet can be transferred to the Trinity River Basin. Which is it?
   **RESPONSE: Dallas has contractual rights for 131,860 acre feet per year. Of that amount only 120,000 acre feet can be transferred from the Sabine River Basin to the Trinity River Basin. The remaining 11,860 acre feet per year can be utilized by Dallas, or a customer of Dallas, in the Sabine River Basin.**

2. The SRA fact sheet states that in the 1970's SRA "builds Lake Fork with funds raised from its own bond issue". Your letter of May 15th states "Dallas has paid for 100% of the total cost for the construction of the Lake Fork water supply reservoir ($270,841,822.50 in principal and interest) and 74 % of the service charges for the operations and maintenance of the reservoir..." While not mutually exclusive, the statements do appear to tell only one particular side of the story. Could you please clarify and fill in the blanks between these two perspectives?
   **RESPONSE: Lake Fork was constructed under a contract between SRA and Texas Utilities Generating Company (TUGCO). In a contract effective October 1, 1981, Luminant (TUGCO) conveyed its interest in the project to the City of Dallas. Dallas repaid Luminant for Luminant's debt service payments previously made. Dallas assumed the bond payment and paid 100% of the bonds to construct the reservoir, with principal and interest totaling approximately $270.8M. None of the cost of financing the construction of the Lake Fork reservoir was paid by SRA.**

3. Page 2 of the fact sheet list various 2013 rates for raw water from cities and other wholesale providers around the state. Are any of these rates for sales to wholesale customers of similar quantity, quality and contract period? In other words, DWU's contract is for 131,860 acre feet or 43 billion gallons lasting a duration of 40 years. Do the rates listed in the fact sheet represent sales at these volumes and contract period? ( To place 43 billion gallons in context, the city of Carrollton and its 125,000 residents and 4,000 commercial customers used only 7 billion gallons last year)
   **RESPONSE: Information on rates quoted on page 2 of the fact sheet would need to be researched for basis, quantities, and contract terms as DWU does not have that information. However, the Lake Fork contract between Dallas and the SRA is fundamentally different from most (if not all) of the examples cited by SRA because the owner of the reservoir and the water rights permit (i.e., SRA) is not the same entity which paid the costs of financing the project (i.e., Dallas).**

4. Chapter 31 of The American Waterworks Association's "Principles of Water Rates, Fees and Charges Fifth Addition" defines a wholesale service as *"a situation in which water is sold to a customer at one or more major points of delivery for resale to individual retail customers within the wholesale customer's service area"*. Would a majority of the customers paying the rates for raw water listed on page 2 of the fact sheet and a majority raw water customers of DWU (with the obvious exceptions of UTRWD, City of

1

Denton and City of Lewisville) be in fact end (i.e. retail) users such as golf courses, sports complexes, tree farms, power plants etc?
**RESPONSE: As stated above, the information on the other providers listed would need to be researched in order to answer this question accurately. DWU wholesale customers include the City of Grapevine in addition to the ones listed on page 2 of the fact sheet. Other DWU raw water customers are considered retail customers.**

5. Would the majority of these rates from page 2 also be cost based? Expressed another way, is the "*prevailing*" practice in the region and state to base water rates on costs incurred adjusted for other factors such as rate of return, need to promote, conservation etc?
**RESPONSE: As stated in Question 3's response, the rates would need to be researched to answer this question accurately. In general, however, the legal standard to be applied by a water supplier in setting a rate is that the rate must be just, reasonable, non-discriminatory and not unduly preferential.**

6. What was the basis for DWU offering 1 to 5 cents per thousand gallons over the contract period?
**RESPONSE: DWU attempted over the last several years to settle this rate dispute without litigation by using a cost-based rate that would be acceptable to SRA and Dallas' wholesale and retail customers. The final offer made to SRA was in a letter dated October 8, 2014 and the offer was for Dallas to pay 100% of Lake Fork's Service Charge (i.e., all of SRA's expenses of operating and maintaining the lake). This offer was more than generous considering that Dallas has paid all the cost of retiring the bonds issued to fund the construction of Lake Fork and will only receive 74% of the dependable yield of the lake.**

7. DWU paid SRA $6.6 million last year. Will any of those payments go down with the imposition of the $0.5613 rate or is the new rate (which I estimate will generate $24.21 million per year) totally in addition to what we are already paying?
**RESPONSE: No, Dallas' payments of SRA's new rate to the escrow fund do not impact the requirement in the contracts that Dallas pay 74% of Lake Fork and 80% of Lake Tawakoni's total operating and maintenance budgets. The $24.1 million per year is in addition to the Lake Fork and Tawakoni contract payments described above.**

8. Is our Tawakoni water also obtained through contract with SRA? If so, a) how does that contract differ from the Lake Fork contract? b) when is it up for renewal? c) could something like this Lake Fork dispute occur based on the language in that contract? and d) How much of the $6.6 million we paid them last year was Lake Fork vs. Tawakoni?
**RESPONSE: Yes, Dallas water from Lake Tawakoni is governed by another contract with SRA. The contract is in perpetuity with no termination or renewal date. Like Lake Fork, Dallas and its ratepayers paid 100% of the debt service to construct the reservoir and, through a service charge, pay 80% of the operation and maintenance costs of the reservoir. A claim similar to the SRA's claim for**

2

**Lake Fork is not possible under the Lake Tawakoni contract. Last year's budget was $3.287M for Lake Fork and $3.352M for Lake Tawakoni.**

9. What percentage of DWU's total water supply does Lake Fork's 131,860 annual acre feet represent?
   **RESPONSE: Lake Fork represents approximately 23% of DWU's total water supply.**

10. Please find attached the Executive Summary and pages summarizing DWU's allocated costs of the General Fund Indirect Cost Reimbursement for services provided.

11. Suggested change to information provided is to show variance from Test Year to Test Year instead or in addition to Test Year to Base Year. Both will be provided in the 2016 Study

12. Additional items related to the rate dispute with SRA:
    a. DWU is preparing a fact sheet for the Rate Subcommittee members' review and comment prior to providing the fact sheet to all of DWU's wholesale water customers (the same people who received Dallas' May 15, 2015 letter regarding the rate dispute.)
    b. The City of Dallas Attorney's Office is preparing an uncodified ordinance (doesn't amend the City Code but is an ordinance) to return some or all of the payments in the escrow account if Dallas partially or totally prevails in the rate case. The plan is to put the ordinance on a City Council agenda in September for approval.
    c. Wholesale Services will be contacting you to schedule a meeting in August and we can continue the discussion on the issue and ways to work together.
    d. The escrow agreement requires a monthly statement of the fund be provided to Dallas and SRA. Dallas will provide a copy of that statement to all treated and untreated wholesale water customers monthly.

3