# Exhibit 6



**dallas water utilities**
**city of dallas**

July 17, 2015

CERTIFIED MAIL NUMBER: 7012 1640 0001 2084 1432

Ms. Kimberly Mireles
Environmental Generation Director
Luminant Generation Company, LLC
500 N. Akard St.
Dallas, TX 75201

Re: Notice of the City of Dallas' Proposed Wholesale Rates for Fiscal Year 2016

Dear Ms. Mireles:

Enclosed for your review and comment is the 2015 Wholesale Cost of Service Study (Study) as proposed by the City of Dallas Water Utilities Department (DWU) and reviewed by the Joint Water/Wastewater Wholesale Cost of Service Rate Subcommittee. Based on the Study, DWU is proposing new wholesale treated water, raw water, and wastewater rates for fiscal year 2016, which will commence on October 1, 2015. DWU is an enterprise department of the City of Dallas and is totally funded via revenues received from its customers. The proposed rates will help to ensure that our water and wastewater system is efficiently operated and maintained and that sufficient water supply is available to reliably serve the needs of all of our customers both today and for generations to come. Please submit any comments you may have regarding the Study to Jacqueline Culton by Friday, August 7, 2015. Following is Ms. Culton's contact info.

Jacqueline Culton, P.E., Program Manager
DWU Wholesale Services Division
Dallas City Hall, Room 4/A/S
1500 Marilla Street
Dallas, TX 75201
214-670-5243
Jacqueline.Culton@Dallascityhall.com

On September 23, 2015, the Dallas City Council is scheduled to consider the City of Dallas' proposed annual budget for fiscal year 2016 including wholesale rate changes. Upon the Dallas City Council's approval, the new rates will go into effect on October 1, 2015.

Thanks very much for your assistance.

Sincerely,

Jo M. (Jody) Puckett, P.E.
Director

Enclosures

cc:   Terry Lowery, Assistant Director of Business Operations, Dallas Water Utilities

Our Vision: To be an efficient provider of superior water and wastewater service and a leader in the water industry.

Wholesale Services • 1500 Marilla, Room 4AS, Dallas, Texas 75201
Telephone: (214) 670-5888 • Fax: (214) 670-3154