# Exhibit 7

## Memorandum of Agreement (MOA)
## for
## Wholesale Treated Water

Preamble:  The 1979 MOA settled a rate dispute lawsuit between Dallas and its Wholesale Treated Water Customers regarding the wholesale treated water rate-setting methodology ("rate-setting methodology"), and as such has served the rate-setting methodology process well over the past 30 years. This amended agreement recognizes that changes to the rate-setting methodology have occurred over this timeframe, and incorporates consensus changes between Dallas and its Wholesale Treated Water Customers, and as such will serve to govern the rate-setting methodology for the next 30 years.

1. Purpose: Dallas is a regional water provider currently providing treated water service to Wholesale Treated Water Customers located within Dallas' established service area in North Central Texas. The purpose of this agreement is to establish the rate-setting methodology and formalize the mutual expectations of Dallas and its Wholesale Treated Water Customers with respect to rate-setting methodology. This rate-setting methodology will provide the basis for determining wholesale treated water rates after its effective date.

2. Applicability: This agreement is subject to all applicable orders, laws and regulations of the City of Dallas, State of Texas and the United States. If any state or federal governmental agency having jurisdiction disapproves any material part of this agreement during the term, the agreement is subject to cancellation by any party and renegotiation by Dallas and its Wholesale Treated Water Customers.

3. Water System Policy: Dallas operates a water system to provide a regulatory compliant, safe and reliable water supply, adequate for the current water use and future growth of Dallas and its Wholesale Treated Water Customers, and to avoid subsidization of any class of customers.

4. Definitions: A glossary which defines applicable cost of service terms is located in Appendix A of this MOA. Cost of service terms may be added, or the definition of an existing term amended, from time to time, without the necessity of amending this MOA. Additions and amendments will be reflected in the appendices attached to the annual cost of service studies.

5. Responsibilities:

   a. Dallas is responsible for planning, financing, constructing, operating and maintaining the water supply system to the extent permitted by available water revenues, for developing cost of service information to support wholesale rate changes, and for informing Wholesale Treated Water Customers of wholesale rate changes and other pertinent utility information.

b. Wholesale Treated Water Customers are responsible for keeping Dallas informed concerning their projected water supply needs and operating requirements for planning, managing and maintaining their retail systems to promote water conservation and efficient system operation, and for paying adequate rates to Dallas to cover the costs incurred by Dallas in providing service to them.

6. Rate-Setting Methodology for Wholesale Treated Water:

a. Revenue requirements are to be determined on a utility basis, at original cost, including construction work in progress.

b. Dallas is to receive a rate of return on rate base equal to embedded interest rate on water revenue bonds, commercial paper and other debt instruments plus 1.5 percent, which is agreed to be an adequate return to cover its costs and risks and as compensation for ownership and management responsibilities.

c. All existing and future water supplies and associated facilities are to be included in a common water rate base. Wholesale Treated Water Customers, as a class, shall pay their proportionate share of costs for water supply, including that portion held for future use. For the 2010 cost of service study, wholesale treated water customers shall be allocated a percentage of total reservoir costs based on a 10-year future use percentage calculated using a 24-year linear regression. This percentage shall be increased or decreased in direct proportion to future changes in actual usage in conjunction with the cost of service studies. (Dallas will pay the balance of water supply costs which are not allocated to Wholesale Treated Water Customers under the cost of service allocation.) Allocation of costs other than water supply costs, including but not limited to operations and maintenance costs, shall be based on current use.

d. Direct reuse of treated wastewater effluent is an Inside Dallas only cost and will be allocated to Inside Dallas customers only. Indirect reuse of treated wastewater effluent for lake augmentation will be included as a cost and as a benefit common-to-all.

e. There will be a two part wholesale treated water rate (volume and demand), with allocation of costs in rate design so as to encourage conservation and efficient operation of the water systems of Dallas and its Wholesale Treated Water Customers.

f. At the end of ten years from the Effective Date of the MOA, and each ten years thereafter, the City of Dallas or a majority of the Wholesale Treated Water Customers who are parties to this agreement may request a review of the above rate-setting methodology; and if so, the methodology shall be subject to renegotiation.

7. Wholesale Treated Water Rates:  After the effective date of this MOA, Dallas will prepare a cost of service study to support wholesale treated water rates and allocations, and will submit it to the Wholesale Treated Water Customers to review and accept prior to submission to the Dallas City Council.  Except as noted herein, the cost of service rate-setting principles will adhere to the 2009 cost of service study, including changes that have been identified and implemented since that date.

8. Effective Date:  This MOA is effective as of December 17, 2009.

9. Term:  The term of this MOA is thirty (30) years from its effective date, or until December 16, 2039, and for such additional periods as the parties may mutually agree upon.

10. Approved changes:  Changes in the rate-setting methodology or other conditions may be made by mutual agreement of all parties at any time.

11. Individual contracts:  This MOA is considered a replacement of and supersedes the 1979 MOA and shall automatically be incorporated and become a part of all existing wholesale treated water contracts without any further action or approval on the part of the City or of the Wholesale Treated Water Customers. Rate-setting methodology for individual contracts for wholesale treated water service between Dallas and its Wholesale Treated Water Customers will be consistent with this MOA. Dallas and its Wholesale Treated Water Customers will honor their existing water service contracts until such time as the contracts are amended or superseded by a new contract. Contracts for new Wholesale Treated Water Customers will be consistent with this MOA.

12. Recognition of MOA Participants:  The MOA renegotiation process took place over many months during 2009 and 2010 and involved a number of meetings to discuss possible changes, revisions, and alternatives to the existing MOA. To that end, the City of Dallas would like to thank the individuals listed below for their outstanding input and contributions in the MOA update and renegotiation process, without whose help this revised document would not have been possible. Participants are listed in attached Appendix B.

13. Authorization to Act:  By their signatures below, the representatives of Dallas and the Wholesale Treated Water Customers state that they are authorized to enter into this MOA.  Dallas and the Wholesale Treated Water Customers will each provide documentation that this MOA has been authorized by its respective governing body.

14. Counterparts:  This MOA may be executed in any number of counterparts, each of which shall be deemed an original and constitute one and the same instrument.

EXECUTED as of the *1st* day of *June*, 2010, on behalf of Dallas by its City Manager, duly authorized by Resolution No. *10-1231*, adopted on the *12th* day of *May*, 2010 and approved as to form by its City Attorney.

**APPROVED AS TO FORM:**          **CITY OF DALLAS**
**THOMAS P. PERKINS, JR.**        **MARY K. SUHM**
City Attorney                     City Manager


BY _____         BY _____
Assistant City Attorney           Assistant City Manager
            Submitted to City Attorney

EXECUTED as of the 22nd day of June, 2010, on behalf of the Town of Addison by its City Manager, duly authorized by Resolution No. R10-011, adopted on the 22nd day of June, 2010, and approved as to form by its City Attorney.

**TOWN OF ADDISON**

By: _____
　　　Ron Whitehead, City Manager

**ATTEST:**　　　　　　　　　　　　　　　　**APPROVED AS TO FORM:**

By: _____　　By: _____
　　Lea Dunn, City Secretary　　　　　John Hill, City Attorney

EXECUTED as of the _21st_ day of _June_, 2010, on behalf of the City of Carrollton, Texas, by its City Manager, duly authorized by Resolution No. _3364_, adopted on the _1st_ day of _June_, 2010 and approved as to form by its City Attorney.

**APPROVED AS TO FORM:**                     **CITY OF CARROLLTON, TEXAS**

BY _____             BY _____
          City Attorney                                    City Manager

**ATTEST:**

BY _____
          City Secretary

EXECUTED as of the _13th_ day of _July_, 2010, on behalf of the City of Cedar Hill, Texas, by its Mayor, duly authorized by Resolution or Ordinance No. _R10-308_, adopted on the _____ day of _____, 2010 and approved as to form by its City Attorney and City Manager.

**CITY OF CEDAR HILL, TEXAS**

ROB FRANKE, MAYOR

BY _____
        Rob Franke, Mayor

ATTEST:

Ron MacFarlane, Attorney

BY_____
        Attorney

Lyn Hill, Secretary

BY_____
        Secretary

EXECUTED as of the 29 day of July , 2010, on behalf of the City of Cockrell Hill, Texas, by its Mayor, duly authorized by Resolution No. 2010-6 , adopted on the 27 day of JULY , 2010 and approved as to form by its City Attorney.

**APPROVED AS TO FORM:**

BY_____
Robert F. Brown, City Attorney

**CITY OF COCKRELL HILL, TEXAS**

BY_____
Luis D. Carrera, Mayor

**ATTEST:**

BY_____
Hector M. Saenz, City Administrator

EXECUTED as of the _17_ day of _June_, 2010, on behalf of the Combine Water Supply Corporation by its _Board of Directors_ duly authorized by Resolution No. _1-2010_, adopted on the _17_ day of _June_, 2010.

**ATTEST:**

**COMBINE WATER SUPPLY CORPORATION**

BY _Jerry T. Bruce_

Printed Name: _Jerry T. Bruce_

Title: _Sec/Treasurer_

BY _Jean Landess_

Printed Name: _JEAN LANDESS_

Title:  President

EXECUTED as of the _13th_ day of _July_, 2010, on behalf of the City of Coppell, Texas, by its City Manager, duly authorized by Resolution No. _2010-0713.1_ adopted on the _13th_ day of _July_, 2010 and approved as to form by its Attorney.

**AGREED AS TO FORM:**

BY _____
City Attorney

**CITY OF COPPELL, TEXAS**

BY _____
Clay Phillips, City Manager

**ATTEST:**

BY _____
Libby Ball, City Secretary

EXECUTED as of the _27th_ day of _July_, 2010, on behalf of the D/FW International Airport Board by its _Vice President_, duly authorized by Resolution No. _2010-7-154_, adopted on the _1st_ day of _July_, 2010 and approved as to form by its Board Attorney.

**APPROVED AS TO FORM:**

BY _____
         Board Attorney

**ATTEST:**

BY _____
         Secretary

**DALLAS-FT WORTH INTERNATIONAL AIRPORT**

BY _____

Printed Name: _Gregory C. Spoon_

Title: _Vice President - Procurement Dep_

EXECUTED as of the _23rd_ day of _June_, 2010, on behalf of the Dallas County Water Control and Improvement District No. 6 by its General Manager, duly authorized by Resolution No. _0066_, adopted on the _22nd_ day of _June_, 2010.

**DALLAS COUNTY WATER CONTROL
AND IMPROVEMENT DISTRICT NO. 6**

BY _____

Printed Name: _Don Hamove_

Title: General Manager

EXECUTED as of the _15th_ day of _June_ , 2010, on behalf of the City of DeSoto, Texas, by its Mayor, duly authorized by Resolution No. _10-08_ , adopted on the _15th_ day of _June_ , 2010 and approved as to form by its City Attorney.

APPROVED AS TO FORM:                    CITY OF DESOTO, TEXAS

BY _____ for          BY _____
Joe Gorrida, Jr., City Attorney           Carl Sherman, Mayor

ATTEST:

BY _____
Laura Hallmark, City Secretary



EXECUTED as of the _16_ day of _June_, 2010, on behalf of the City of Duncanville, Texas, by its City Manager, Kent Cagle, duly authorized by Resolution or Ordinance No._2010-061504_ adopted on the _15_ day of _June_, 2010 and approved as to form by its Attorney.

**APPROVED AS TO FORM:**                    **CITY OF DUNCANVILLE, TEXAS**

BY_____        BY_____
Robert Hager, Attorney                         Kent Cagle, City Manager

**ATTEST:**

BY_____
Dara Crabtree, City Secretary

EXECUTED as of the _____ day of _____, 2010, on behalf of the Ellis County Water Control and Improvement District No. 1, by its Administrator, duly authorized by Resolution No. _____, adopted on the _____ day of _____, 2010.


**ATTEST:**                                                    **ELLIS COUNTY WATER CONTROL AND IMPROVEMENT DISTRICT NO. 1**


BY_____          BY_____

Printed Name:_____          Printed Name:_____

Title:_____          Title: _____

**EXECUTED** as of the 15th day of June, 2010, on behalf of the City of Farmers Branch, Texas, by its City Manager, duly authorized by Resolution No. 2010-038 adopted on the 15th day of June, 2010 and approved as to form by its City Attorney.

APPROVED AS TO FORM:                              CITY OF FARMERS BRANCH, TEXAS

BY _____        BY _____
    Peter G. Smith, City Attorney                      Gary D. Greer, City Manager

ATTEST:

BY _____
~~Cindee Peters, City Secretary~~
Suzanne Reynolds, Acting City Secretary

EXECUTED as of the 21st day of June , 2010, on behalf of the Town of Flower Mound, Texas, as duly authorized by Resolution No. _Motion_, adopted on the 21st day of _June_ , 2010 and approved as to form by the Town Attorney.

TOWN OF FLOWER MOUND, TEXAS

APPROVED:

BY _Melissa D Northen_
Melissa D. Northern , Mayor

ATTEST:

_Paula J Paschal_
Paula J. Paschal, Town Secretary

APPROVED AS TO FORM AND LEGALITY:

_Terrence S Welch_
Terrence S. Welch, Town Attorney

EXECUTED as of the __17__ day of __May__, 2010, on behalf of the City of Glenn Heights, Texas, by its City Manager, duly authorized by Resolution No. _____, adopted on the ____ day of _____, 2010 and attested to by its City Secretary.

**ATTESTED:**                                             **CITY OF GLENN HEIGHTS, TEXAS**

BY __Othel Murphree__                         BY __Jacqueline L. Lee__
      City Secretary                                     Jacqueline L. Lee, City Manager

Printed Name: __Othel Murphree__

EXECUTED as of the _____ day of _March_, 2010, on behalf of the City of Grand Prairie, Texas, by its City Manager, duly authorized by Resolution No. _4450 - 2010_ adopted on the _15th_ day of _June_, 2010 and approved as to form by its Attorney.


**APPROVED AS TO FORM:**                    **CITY OF GRAND PRAIRIE, TEXAS**

BY _____              BY _____
Don Postell, City Attorney                     ~~Tom Hart, City Manager~~
                                               *Anna Doll, Deputy City Mgr*

**ATTEST:**


BY _____
~~Cathy DiMaggio, City Secretary~~

EXECUTED as of the _19th_ day of _April_, 2010, on behalf of the City of Hutchins, Texas, by its Mayor, duly authorized by Resolution No._2010-0419-2_ adopted on the _19th_ day of _April_, 2010 and approved as to form by its City Attorney.

**APPROVED AS TO FORM:**

**CITY OF HUTCHINS, TEXAS**

BY_____
       City Attorney

BY_____
       Artis Johnson, Mayor

**ATTEST:**

BY_____
       City Secretary

PASSED AND APPROVED BY THE CITY COUNCIL OF THE CITY OF IRVING, TEXAS, on _August 5_____, 2010.

_Herbert A. Gears_
HERBERT A. GEARS
MAYOR

ATTEST:

_Shanae Jennings_
Shanae Jennings
Acting City Secretary

APPROVED AS TO FORM:

_Charles R. Anderson_
Charles R. Anderson
City Attorney

Approved _8-5-10_
Resolution # _2010-232_

EXECUTED as of the $\underline{24th}$ day of $\underline{May}$, 2010, on behalf of the City of Lancaster, Texas, by its City Manager, duly authorized by Resolution No. $\underline{2010\text{-}05.51}$, adopted on the $\underline{24th}$ day of $\underline{May}$, 2010 and approved as to form by its City Attorney.

**APPROVED AS TO FORM:**                    **CITY OF LANCASTER, TEXAS**

BY _____              BY _____
Robert E. Hagar, City Attorney                Rickey C. Childers, City Manager

**ATTEST:**

BY _____
Dolle K. Downe, City Secretary

EXECUTED as of the _21st_ day of _June_, 2010, on behalf of The City of Lewisville, Texas, by its City Manager as authorized by Resolution adopted on the _21 st_ day of _June_, 2010 by a vote of _5_ to _0_.

CITY OF LEWISVILLE, TEXAS

BY _____

Claude King, City Manager

ATTEST:

_____
Julie Heinze, City Secretary

APPROVED AS TO FORM:

_____
Ronald J. Neiman, City Attorney

**RESOLUTION 2010-011**

EXECUTED, passed and approved as of the <u>28th</u> day of <u>June, 2010</u> on behalf of the City of Ovilla, TX, by its Mayor, duly authorized by Resolution 2010-011, adopted on the <u>28th</u> day of <u>June, 2010</u> and approved as to form by its City Attorney.

**APPROVED AS TO FORM:**

By ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
    City Attorney

**CITY OF OVILLA, TEXAS**

By ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
    Mayor

**ATTEST:**

By ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
    City Secretary

EXECUTED as of the 12ᵗʰ day of July, 2010, on behalf of the City of Red Oak, Texas, by its Mayor, duly authorized by Resolution No. 10-036R, adopted on the 12ᵗʰ day of July, 2010 and approved as to form by its City Attorney.

APPROVED AS TO FORM:                    CITY OF RED OAK, TEXAS

BY_____          BY_____
        City Attorney                              Mayor

ATTEST:

BY_____
        City Secretary

EXECUTED as of the 17th day of June, 2010 on behalf of the City of Seagoville, Texas, by its Mayor, duly authorized by Resolution No. 25-10 adopted on the 17th day of June, 2010 and approved as to form by its City Attorney.

APPROVED AS TO FORM:                                CITY OF SEAGOVILLE, TEXAS

BY _____                      BY _____

Robert Hager, City Attorney                              Sidney M. Sexton, Jr., Mayor

ATTEST:

_____

Sheila J. Martin, City Secretary

EXECUTED as of the _15_ day of _June_, 2010, on behalf of The Colony, Texas, by its Mayor, duly authorized by Resolution No. _2010-051_, adopted on the _15_ day of _June_, 2010 and approved as to form by its City Attorney.

ATTEST:                                      CITY OF THE COLONY, TEXAS

BY _Christie Wilson_                         BY _Joe McCourry_
   Christie Wilson, City Secretary              Joeeeph McCourry, Mayor

APPROVED AS TO FORM:

BY _Jeff Moore_
   Jeff Moore, City Attorney

# APPENDIX A
## GLOSSARY OF TERMS

**Allocation** - The apportioning of the common-to-all cost of service.

**Common-To-All** - Facilities, and their associated cost, that are dedicated to providing treated water service to both Dallas and Wholesale Treated Water Customers.

**Construction Work in Progress (CWIP)** - The utility's investment in facilities under construction but not yet dedicated to service.

**Demand Costs** - Costs associated with providing facilities to meet peak rates of use, or demand, placed on the system by the customers.

**Depreciation** - The wearing out or loss in service value of property used in utility operations.

**Depreciation Rate** - The rate of loss in service value, based on the expected service life of property.

**Depreciation Reserve** - The accumulated amount of the loss in service value of property.

**Direct Reuse** – The use of treated wastewater effluent from Dallas' wastewater treatment plants for non-drinking water purposes within the boundaries of the City of Dallas.

**Embedded Interest Rate** - Annual interest expense expressed as a percentage of average debt.

**Indirect Reuse** – The use of treated wastewater effluent from Dallas' wastewater treatment plants for raw water supply augmentation purposes.

**Inside Dallas** - The group of retail treated water service customers, comprised of residential, commercial and industrial customers served by Dallas Water Utilities.

**Interest Expense** - Payment made for the use of borrowed funds.

**Materials & Supplies** – Assets in inventory which are required to meet current obligations and service responsibilities of the utility.

**Maximum Day Demand** - The maximum demand placed on the system over a 24-hour period.

**Maximum Hour Demand** - The maximum demand placed on the system over a 60-minute period on the system's maximum day.

**MGD** - Million gallons per day flow rate.

**Operating Expenses** - Operation and maintenance charges incurred in operating a utility.

# APPENDIX A
## GLOSSARY OF TERMS
### (PAGE 2 OF 2)

**Original Cost** - The amount of investment in facilities when first put into service.

**Rate Base** - Total investment dedicated to providing utility service.

**Rate of Return** - The percentage of return authorized to be earned on an investment (e.g. a rate base).

**Reservoir Capacity** - The amount of water available from a reservoir.

**Reservoir Costs** - Costs incurred in acquiring and maintaining an untreated water supply system.

**ROFC** - Rate of flow controller.  A device limiting instantaneous flow rate to a specific amount. Instantaneous flow rate for rate setting purposes is a per day setting.

**Standby Service** - Connection to wholesale treated water customer which is not normally used, excluding bypass lines which are required by Dallas Water Utilities as a part of an active metering facility.

**Test Period (or Test Year)** - Selected to be representative of the period of time over which the new rates are expected to be in effect.

**Treated Water** - Raw water that has passed the purification process.

**Unaccounted for Water** - Water produced but not billed to customers that result from metering inaccuracies, system leakage, and miscellaneous unmetered uses.

**Volume Costs** - Costs that tend to vary directly with the amount of water produced and sold.

**Water Supplies and Associated Facilities** – Dallas' water supply system, including, but not limited to, all reservoirs, indirect reuse water, and all system infrastructure.

**Wholesale Cost of Service** - The sum total of:  (1) operating expense, (2) depreciation expense, and (3) return on investment. Depreciation expense and rate of return are on the original cost of investment less accumulated depreciation, capitalized interest and contributed capital.

**Wholesale Treated Water Customers** – The group of water customers of the City of Dallas which currently have a wholesale treated water contract with Dallas.

**Working Capital** - Assets (funds) which are required to meet current obligations and service responsibilities of the utility.

## APPENDIX B

## MOA WORKING GROUP

**Addison:**

Randy Moravec
Lauren Clark

**Carrollton:**

Bob Scott
Lori Iwanicki
David Gaines

**Cedar Hill:**

Ruth Antebi-Guten

**The Colony:**

Tod Maurina

**Coppell:**

Chad Beach
Kim Tiehen

**Dallas Fort Worth Airport:**

Jerry Dennis

**Dallas County W.C.&I.D. #6:**

Robert Rodriquez
Red Taylor
William Freeman

**Denton:**

Tim Fisher

**DeSoto:**

Isom Cameron
Tom Johnson

**Duncanville:**

Frank Trando
Richard Summerlin
Dennis Schwartz

**Farmers Branch:**

Charles Cox
Mark Pavageaux

**Flower Mound:**

Chuck Springer
Kenneth Parr

**Glenn Heights:**

Judy Bell

**Grand Prairie:**

Ron McCuller
Doug Cuny

**Grapevine:**

Ramana Chinnakotla
Kent Conkle

**Irving:**

Aimee Kaslik
David Cardenas

**Lewisville:**

Carole Bassinger

**Red Oak**:                                          Charles Brewer

**Richardson**:                                       Kent Pfeil
                                                      Keith Dagen

**University Park**:                                  Kent Austin

**Upper Trinity Regional Water District**:            Tom Taylor
                                                      Larry Patterson

**Dallas**:                                           Jo M. (Jody) Puckett
                                                      Bobby Praytor
                                                      Charles Stringer
                                                      Terry Lowery
                                                      Denis Qualls
                                                      Jacqueline Culton
                                                      Tonia Barrix
                                                      Melissa Paschall-Thompson
                                                      Erica Robinson
                                                      Maria Salazar