# Exhibit 8

# Demmy, John D.

| | |
|---|---|
| **From:** | Mireles, Kimberly <Kimberly.Mireles@luminant.com> |
| **Sent:** | Friday, September 25, 2015 11:28 AM |
| **To:** | Culton, Jacqueline |
| **Subject:** | RE: City of Dallas Lake Fork Contract Escrow Fund Update |

Thanks Jacqueline. From your request yesterday, I believe that SRA received the same motion that you guys received and SRA is listed in that motion. You should be able to get a copy of the motion from your City Attorney or from Jody. Hope that helps.

Thanks,
Kim

**From:** Culton, Jacqueline [mailto:jacqueline.culton@dallascityhall.com]
**Sent:** Friday, September 25, 2015 10:13 AM
**Cc:** Puckett, Jo; Lowery, Terry
**Subject:** RE: City of Dallas Lake Fork Contract Escrow Fund Update

Update: Lake Fork Contract Escrow Fund

Greetings,

As we responded to one of our wholesale customers this morning, we want for everyone to be aware that DWU is developing a process to track the amount of money being escrowed related to each of its wholesale raw water and treated water contracts. We will be tracking each contract based on actual consumption at both the rates with and the rates without the Lake Fork dispute included. We are still working out the details and schedule for providing the information to our wholesale customers but this information is forthcoming.

For your reference, please see below the rates, provided to you in July, with and without the Lake Fork dispute:

Proposed FY 16 Wholesale Rates (with Lake Fork Rate Dispute):
Regular Untreated Water -     $0.8335 per 1,000 gallons
Interruptible Untreated Water - $0.4044 per 1,000 gallons

Treated Water Demand - $243,453 per MGD/year
Treated Water Volume - $0.4305 per 1,000 gallons

Treated Water Flat Rate -$1.9521 per 1,000 gallons

Wholesale Rates (if the Lake Fork Rate Dispute had not been considered):
Regular Untreated Water -     $0.6331 per 1,000 gallons
Interruptible Untreated Water - $0.2589 per 1,000 gallons

Treated Water Demand - $229,571 per MGD/year
Treated Water Volume -  $0.3283 per 1,000 gallons

Treated Water Flat Rate - $1.7631 per 1,000 gallons

Please let us know if you have any further questions. We appreciate your continued support and will keep you posted.

1

Best Regards,

Jacqueline (Jackie) Culton, P.E., Program Manager
Wholesale Services Division
City of Dallas/Water Utilities Department
214-670-5243 (phone)
214-670-1240 (fax)
Jacqueline.Culton@dallascityhall.com

-----Original Message-----
From: Culton, Jacqueline
Sent: Thursday, September 17, 2015 10:32 AM
Cc: Puckett, Jo (jo.puckett@dallascityhall.com); Lowery, Terry
Subject: City of Dallas Lake Fork Contract Escrow Fund Update

Good Morning,

Dallas Water Utilities previously updated its wholesale water customers regarding Dallas' Lake Fork Water Supply Renewal Contract with the Sabine River Authority (SRA) and associated water rate dispute and litigation. We also promised to keep you abreast of developments related to this matter. Accordingly, this quick update is being provided regarding where we are in the process of setting up an escrow fund to deposit payments to SRA during the pendency of the water rate dispute and litigation. The documents establishing the Escrow Fund with First Financial Trust & Asset Management Company, N.A., Abilene, Texas, were signed on Thursday, September 10. The City of Dallas' initial deposit for 9 months of SRA invoices totaling $18,087,912.00 was wired to the escrow agent that same day. For Fiscal Year 2014-15, two additional deposits of $2,009,768 will be made for August and September. Deposits to the escrow account will continue each month, as DWU is invoiced by SRA, until the rate dispute is resolved.

A copy of the Escrow Agreement is attached for your information and use. Escrow account statements will be provided to you as Dallas receives them. You will continue to receive updates from Dallas as the rate dispute process evolves.

Should you have any questions regarding this matter please contact Jody Puckett, DWU Director, at 214-670-3188 or jo.puckett@dallascityhall.com or Terry Lowery, DWU Assistant Director, at 214-670-4685 or terry.lowery@dallascityhall.com.

Thanks for your support and patience during this process.

Sincerely,


Jacqueline (Jackie) Culton, P.E., Program Manager Wholesale Services Division City of Dallas/Water Utilities Department
214-670-5243 (phone)
214-670-1240 (fax)
Jacqueline.Culton@dallascityhall.com

-----Original Message-----
From: Tucker-Baylor, Lekesha
Sent: Monday, August 03, 2015 8:27 AM
Subject: City of Dallas Lake Fork Contract Renewal Fact Sheet

Greetings:

2

Attached for your information and use in communicating with your staff, management and/or governing bodies regarding the City of Dallas' proposed water rate increases for the upcoming fiscal year, is a Fact Sheet regarding Lake Fork Contract Renewal. This information was also mailed to you on today.

Dallas appreciates its wholesale customers' support and will continue to keep you informed regarding this matter. Please let us know if you have any questions by contacting Jody Puckett, Director, Dallas Water Utilities, at 214-670-3188 or jo.puckett@dallascityhall.com or Terry Lowery, Assistant Director, Dallas Water Utilities, at 214-670-4685 or terry.lowery@dallascityhall.com.

Thanks,

Jacqueline (Jackie) Culton, P.E.
Program Manager
Wholesale Services Division
City of Dallas/Water Utilities Department
214-670-5243 (phone)
214-670-1240 (fax)
Jacqueline.Culton@dallascityhall.com

Confidentiality Notice: This email message, including any attachments, contains or may contain confidential information intended only for the addressee. If you are not an intended recipient of this message, be advised that any reading, dissemination, forwarding, printing, copying or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by reply message and delete this email message and any attachments from your system.