IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> ENERGY FUTURE HOLDINGS CORP., *et al.* <br><br> Debtors. | ) Chapter 11 <br> ) <br> ) Case No. 14-10979 (CSS) <br> ) <br> ) (Jointly Administered) <br> ) <br> ) Related to Docket Nos. 9409 and 9779 <br> ) Hearing Date: October 26, 2016 at 10:00 a.m. <br> ) |

**DECLARATION OF TERRY LOWERY IN SUPPORT OF RESPONSE OF CITY OF DALLAS, TEXAS IN OPPOSITION TO THE OBJECTION OF ENERGY FUTURE HOLDINGS CORP., *ET AL.*, TO PROOF OF CLAIM NO. 13319**

I, Terry Lowery, declare as follows:

1. I am over 18 years of age and I submit this Declaration (the "Declaration") in support of the *Response of the City of Dallas, Texas in Opposition to the Objection of Energy Future Holdings Corp., Et Al. to Proof of Claim No. 13319 Filed by the City of Dallas.*

2. Except where specifically noted, all of the following statements are based on my personal knowledge, information supplied or verified by City of Dallas, Texas ("Dallas" or the "City") personnel or advisors, my review of the relevant documents, or my opinion based upon my personal experience and knowledge of the City's affairs. If called to testify, I could and would testify competently as to the facts set forth herein.

3. I currently am Dallas' Assistant Director of Business Operations. Prior to that position I was Dallas' Senior Program Manager of Financial Planning. In my job as Assistant Director of Business Operations, I am responsible for the Financial Planning Division (which includes operating and capital budget development monitoring and reporting; revenue and rate development for wholesale and retail customers; development of capital funding scenarios and debt issuances); the Wholesale Services Division (all wholesale contracts, contract renewal,

coordination of operating issues between the customer and Dallas Water Utilities, requests for new service and billing and rate issues that may arise); the Water Conservation Division (public outreach, educational programs, rebate and incentive programs and all State required reporting); the Water Planning Division (long range water supply planning for the City of Dallas and its customers; management of the City's water rights, permits and reservoir operating guidelines, drought management and development of new water supplies); and Administrative Systems (department wide training and administration including State required certification of water and wastewater operators for the department). I have both a Bachelor of Science and a Masters of Science degree from the University of Texas. Both degrees are in Mathematics with majors in Statistics. In my capacity as Assistant Director of Business Operations and my responsibility for the development of the wholesale cost of service studies and rate development, I became involved in the Lake Fork Reservoir rate dispute. Also in this capacity, I became familiar with the City's relationship with Luminant Generation Company LLC ("Luminant").

       4. The Lake Fork Reservoir is located within the Sabine River Authority watershed jurisdiction in east Texas, approximately 70 miles from Dallas. It was constructed beginning in 1975. Dallas funded 100% of the construction of the Lake Fork Reservoir specifically for the purpose of obtaining the right to use, and sell, water from the reservoir. The City has paid over $470 million with respect to the Lake Fork Reservoir and the related pump station and pipelines, including funding 100% of the cost of their construction.

       5. In 1981, Dallas, the Sabine River Authority, and certain utilities, acting through the Texas Utilities Generating Company entered into an agreement (the "Sabine Water Agreement") which provides, among other things, for the conveyance to the City of up to 74% of the dependable yield of the Lake Fork Reservoir for municipal and resale purposes in return for

2

the City's payment of 74% of the operation and maintenance ("O&M") expenses associated with Lake Fork. This water represents approximately 20% of Dallas' entire water supply.

6. Dallas sells water from Lake Fork and from other sources on a wholesale basis to approximately 26 wholesale customers, which number included Luminant prior to its rejection of the Water Lease.

7. The term of the Sabine Water Agreement automatically renewed for a 40-year term commencing November 1, 2014. The Sabine Water Agreement automatically renewed for another 40 years unless Dallas gave written notice of termination at least one year prior to November 1, 2014. Well prior to November 1, 2014 the City affirmatively notified the Sabine River Authority of its intent for the Sabine Water Agreement not to terminate, but rather to renew for the additional 40 year term.

8. The Sabine Water Agreement provides that "[t]he amount of compensation that [the Sabine River Authority] shall be entitled to receive during any renewal term (exclusive of the City of Dallas' prorated share of the service charge) shall be determined by mutual agreement between the City of Dallas and [the Sabine River Authority], taking into account such prices as prevailing in the general area at the time for like contract sales of water of similar quality, quantity, and contract period."

9. The Sabine Water Agreement further provides that if the City and the Sabine River Authority are unable to agree on the amount of compensation due to the Sabine River Authority prior to the expiration of the term, the Public Utility Commission of Texas ("PUC") (formerly the Texas Water Commission) may establish interim compensation, until the amount of compensation is finally determined.

10. For more than six (6) years prior to November 1, 2014 Dallas attempted to negotiate a rate with the Sabine River Authority for the renewal term. An agreement was not reached before the Sabine River Authority unilaterally, and without requesting the PUC to establish interim compensation as contemplated by the Agreement, set a renewal rate without the City's approval or agreement.

11. On October 9, 2014 the Sabine River Authority Board increased the rate to be charged to Dallas to $0.5613 per thousand gallons, payable on a "take or pay" basis for 131,860 acre feet of water per year, with an additional price escalator based on the Consumer Price Index. The City has not voluntarily agreed to this rate; but, has been paying the increased rate into escrow.

12. The new rate imposed by the Sabine River Authority increased the City's cost for untreated water from the Lake Fork Reservoir by 900%, from approximately $3 million per year to approximately $27 million per year. This, in turn, required Dallas to increase the rate it charges its wholesale customers.

13. The rate for untreated water charged to Dallas' wholesale customers is a system-wide rate based on all costs and expenses incurred over the entire system. Although the water from Lake Fork comprises only just over 21% of Dallas' connected water supply, the compensation increase imposed by the Sabine River Authority with respect to Lake Fork water is included in the wholesale rate charged to all wholesale customers regardless whether their water is drawn entirely, partially, or not at all from Lake Fork. That is a benefit to Luminant, as the Sabine River Authority compensation increase is spread over all of Dallas' wholesale customers over the entire Dallas water system and is not borne only by the customers that draw their water from Lake Fork.

10/07/2016 SL1 1434162v2 101189.00003

**The Luminant Water Lease**

14. In 2011, Dallas and Luminant entered into the Water Lease, which provided Luminant the right to use, and obligates Luminant to pay for, regardless whether it actually uses any water, 12,000 acre-feet of water per year for a 40 year term commencing January 1, 2011 ending December 31, 2050. Payments under the Water Lease are calculated based on the current prevailing rate for untreated water set by Dallas for all of its wholesale water customers. The water that Luminant contracted to use, and pay for, is from the Lake Fork Reservoir, which is in the Sabine River watershed and subject to the jurisdiction of the Sabine River Authority.

15. Under the Sabine Water Agreement, the City is authorized to draw up to 131,860 acre feet of water from the Lake Fork Reservoir per year to sell to its wholesale customers; but the City cannot remove more than 120,000 acre feet of such water from the Sabine River basin. The facility at which the water dedicated to Luminant under the Water Lease was to be used is located in the Sabine River basin. In effect, pursuant to the Water Lease, the City sold to Luminant the 11,860 acre feet of water that it could not remove from the Sabine River basin under the Sabine Water Agreement, plus 140 acre feet that could be removed, to get to the 12,000 acre feet amount dedicated to Luminant under the Water Lease.

**Dallas' Rate Setting Process for its Wholesale Customers**

16. The water rate that Dallas charges its wholesale customers is set on an annual basis following a comprehensive review process. That process includes input and comment from its wholesale customers. The rate is set to recover costs incurred by the City during the prior year related to the Lake Fork Reservoir and otherwise with respect to the City's provision of untreated water to its customers. Such costs include operations and maintenance, depreciation of equipment and infrastructure repairs.

17. The City's rate setting process typically begins in January of each year and continues for several months.

18. The 2015 rate setting process began in January 2015, and lead to the Dallas City Council ordinance enacted on September 22, 2015 raising the rate to $271.60/acre foot effective as of October 1, 2015. The 2015/16 rate captures the increased compensation to the Sabine River Authority that Dallas has been paying.

19. The September 22, 2015 City Council meeting agenda states in this regard:

**BACKGROUND**

In compliance with the City's Financial Performance Management Criteria (FMPC) #15, an annual review of selected fees and charges is conducted to determine the extent to which the full cost of associated services is being recovered by revenues. The charges which are incorporated into the proposed ordinance relate to adjusting … (24) rates and charges for treated water service, wastewater service, wholesale water and wastewater service to governmental entities, untreated water service. Service connections, and fire hydrant usage; ….

20. The rate setting process is monitored by a committee of wholesale customers who remain informed through every stage of the process. Meetings are held by the City with wholesale customers and questions are posed by wholesale customers both in writing and orally at such meetings, to which the City provides responses, both in written form, and at such meetings. Such questions and answers are not confidential and are available to all wholesale customers.

21. The City typically submits proposed rates to its wholesale customers in July and the Dallas City Council votes on the proposed rates in September of each year. Assuming they are approved, the rates become effective on or about the first of October of the year. That was the process followed for setting the October 1, 2015 through September 30, 2016 rate.

22. By ordinance enacted on September 22, 2015 the Dallas City Council raised the rate for untreated water to $271.60 per acre foot, effective as of October 1, 2015, in part due to the 900% rate increase imposed on Dallas by the Sabine River Authority. This rate remained in effect through September 30, 2016. Before this rate went into effect, all wholesale customers, including Luminant, were provided with notice of the proposed new rate. No customer objected to the rate set effective as of October 1, 2015.

23. Consistent with the process described above for 2015 (and consistent with the processes in prior years), on September 21, 2016 the Dallas City Council set the water rate effective as of October 1, 2016 and continuing through September 30, 2017 at $0.9120 per 1,000 gallons (equivalent to $297.18 per acre foot).

24. Wholesale water rates have been trending upward for several years due to many factors, including the Sabine River Authority rate increase and the addition of an integrated pipeline system which has increased the City's operating costs by $29 million. Some or all of such costs are passed on to the City's wholesale customers in accordance with the 2010 Memorandum of Agreement. Dallas also anticipates substantial future costs in connection with the Dallas water system, some or all of which will continue to be passed on to the City's wholesale customers in accordance with the 2010 Memorandum of Agreement, including (i) Dallas' share of the repairs required to the Lewisville Lake Dam from 2018 to and including 2020, costing an estimated $100-$200 million; and (ii) continuing substantial costs to connect Lake Palestine to the Dallas water system.

25. Consistent with the processes described above, Dallas' wholesale water rate has increased over the course of these bankruptcy cases. It was $174.49 as of the commencement of the cases. Later in 2014 it was raised to $182.90. Of course, as set forth

above, the rate has been raised twice since, to $271.60 as of October 1, 2015 and to $297.18 as of October 1, 2016.

26. A true and correct copy of the 2015 and 2016 Schedules for Wholesale Water and Wastewater Cost of Service Study is attached to the Response as Exhibit 2.

27. A true and correct copy of the September 22, 2015 City Council Meeting agenda is attached to the Response as Exhibit 3.

28. A true and correct copy of the Cost of Service Study Participants is attached to the Response as Exhibit 4.

29. A true and correct copy of the Questions and Follow-up Questions from 2015 Wholesale Cost of Service Studies is attached to the Response as Exhibit 5.

30. A true and correct copy of the July 17, 2015 letter from Dallas water Utilities to Luminant is attached to the Response as Exhibit 6.

31. A true and correct copy of the 2010 Memorandum of Agreement is attached to the Response as Exhibit 7.

32. A true and correct copy of the September 2015 email exchanges between Dallas and Luminant is attached to the Response as Exhibit 8.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: October 7, 2016        By: _____
                                    Terry Lowery
                                    City of Dallas, Texas