# **<u>EXHIBIT A</u>**

<u>Energy Futures Holdings Official Fee Committee</u>

FEE STATEMENT FOR SERVICES RENDERED
AND EXPENSES INCURRED BY
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
FOR THE PERIOD APRIL 1, 2016    THROUGH APRIL 30, 2016

| <u>Service Category</u> | <u>Tab</u> |
|---|---|
| Employment Applications | .............. 1 |

<u>Expenses</u>

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
SUMMARY OF SERVICES RENDERED
APRIL 1, 2016    THROUGH APRIL 30, 2016

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| **PARTNER** | | | | |
| JENNIFER R HOOVER | (JRH) | $460.00 | 3.00 | $1,380.00 |
| | | | 3.00 | $1,380.00 |
| **ASSOCIATE** | | | | |
| WILLIAM M. ALLEMAN, JR. | (WMA) | $325.00 | 10.10 | $3,282.50 |
| | | | 10.10 | $3,282.50 |
| **PARALEGAL** | | | | |
| CELESTE A. HARTMAN | (CAH) | $270.00 | 6.10 | $1,647.00 |
| | | | 6.10 | $1,647.00 |
| | | TOTAL: | 19.20 | $6,309.50 |

Combined Average Hourly Rate:    $328.62

Employment Applications

FOR PROFESSIONAL SERVICES RENDERED THROUGH APRIL 30, 2016

| Date | Atty | Services | Hours |
|---|---|---|---|
| 04/08/16 | JRH | Review and internal discussions related to and associated with Benesch employment application | 0.30 |
| 04/11/16 | WMA | Review conflicts check for retention application | 0.20 |
| 04/14/16 | CAH | Begin draft of retention application for Benesch | 0.50 |
| 04/15/16 | CAH | Continue draft of retention application for firm to act as Delaware counsel to Fee Committee | 2.30 |
| 04/18/16 | WMA | Drafting/revising Benesch retention application | 1.20 |
| 04/18/16 | WMA | Reviewing results of matches of clients to potential parties in interest and updating J. Hoover affidavit regarding same | 1.50 |
| 04/18/16 | CAH | Confer with W. Alleman and complete retention application (1.2); draft order and certification of Counsel in support of application (.5) | 1.70 |
| 04/19/16 | JRH | Review internal emails regarding employment application | 0.20 |
| 04/19/16 | WMA | Review additional results of parties-in-interest check (1.90) and update Hoover affidavit per same (1.00) | 2.90 |
| 04/19/16 | WMA | Draft/revise Benesch retention application, order, and notice | 0.80 |
| 04/20/16 | JRH | Review and comment on application to employ and Hoover Declaration | 1.00 |
| 04/20/16 | WMA | Legal research regarding substitution of counsel and retention issues | 0.30 |
| 04/20/16 | WMA | Draft revisions to Benesch retention application | 1.40 |
| 04/20/16 | WMA | Call with S. Spence regarding PGS substitution, Benesch retention issues | 0.20 |
| 04/20/16 | WMA | Review J. Hoover comments to Benesch retention application and revise application per same | 0.20 |
| 04/20/16 | WMA | E-mail Godfrey Kahn regarding draft Benesch retention application | 0.20 |

| Date | Atty | Services | Hours |
|---|---|---|---|
| 04/20/16 | CAH | Confer with W. Alleman concerning retention application; provide time for Debtors' May 18th hearing | 0.20 |
| 04/22/16 | WMA | E-mails internally regarding Benesch retention matters | 0.10 |
| 04/25/16 | JRH | Review of retention related matters | 0.50 |
| 04/25/16 | WMA | E-mails with S. Spence, conf. with C. Hartman regarding transfer of files and Benesch retention | 0.10 |
| 04/25/16 | CAH | Confer with W. Alleman regarding Benesch retention | 0.30 |
| 04/26/16 | JRH | Conference call with W. Alleman re: status of employment applications | 0.20 |
| 04/26/16 | WMA | Review of Benesch employment matters | 0.10 |
| 04/26/16 | WMA | Call from J. Hoover regarding status of Benesch retention application | 0.10 |
| 04/27/16 | JRH | Review and comment on Benesch employment application and coordinate filing regarding same with W. Alleman | 0.50 |
| 04/27/16 | WMA | E-mails with C. Andres regarding Benesch retention application | 0.20 |
| 04/27/16 | WMA | Review Godfrey Kahn comments to Benesch retention application, (.1) call C. Andres regarding same (.1), conf. with J. Hoover regarding same (.1) finalize application and coordinate filing and service of same (.3) | 0.60 |
| 04/27/16 | CAH | Email to K. Boucher and email to Garden City Group to notify that we are filing retention application (.1); file the application, after verifying size to file and send to Garden City Group to serve (.5) | 0.60 |
| 04/28/16 | JRH | Confer internally regarding retention application and related issues | 0.30 |
| 04/28/16 | CAH | Draft substitution of counsel for firm in lieu of Phillips, Goldman & Spence, P.A. | 0.30 |
| 04/28/16 | CAH | Confer with W. Alleman concerning substitution and retention matters | 0.20 |

Employment Applications

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| PARTNER | | | | |
| JENNIFER R HOOVER | (JRH) | $460.00 | 3.00 | $1,380.00 |
| | | | 3.00 | $1,380.00 |
| ASSOCIATE | | | | |
| WILLIAM M. ALLEMAN, JR. | (WMA) | $325.00 | 10.10 | $3,282.50 |
| | | | 10.10 | $3,282.50 |
| PARALEGAL | | | | |
| CELESTE A. HARTMAN | (CAH) | $270.00 | 6.10 | $1,647.00 |
| | | | 6.10 | $1,647.00 |
| | | TOTAL: | 19.20 | $6,309.50 |