MARCO ANTONIO MONTEMAYOR
WRITER

IN THE UNITED STATES BANKRUPTCY COURT FOR

DISTRICT OF DELAWARE

FILED

2016 SEP 26  PM 12: 00

CLERK
US BANKRUPTCY CO
DISTRICT OF DEL

KENNETH R. STEWART,

PRO SE

APPELLANT,

VS.

ENERGY FUTURE HOLDINGS CORP, ET AL,

APPEALLEE

11    CIVIL ACTION NO.15-1213 UNA

BANKRUPTCY CASE NO.14-10979 (CSS)

BAP NO. 15-82

MOTION TO DISCHARGE

KENNETH R. STEWART REQUEST A MOTION TO DISCHARGE EFH AND ITS SUBSIDUARIES FROM THE BANKRUPTCY FILED IN ABOVE CASE NUMBER. DUE TO VIOLATIONS AND ACTS BY COUNSEL, TRUSTEES, AND FIDICUARY OFFICES WITHIN ENERGY FUTURE HOLDINGS AND ITS SUBSIDUARIES ET AL. VIOLATION UNDER CHAPTER 18 U.S.C. 858 § 152(7) OR 152 (1) CONCEALMENT OF PROPERTY (7) IS NOT RESTRICTED TO PROPERTY OF THE BANKRUPTCY ESTATE.   A PERSON WHO .... IN A PERSONAL CAPACITY OR AS AGENT OR OFFICER OF ANY PERSON OR CORPORATION IN CONTEMPLATION OF A CASE UNDER TITLE 11 BY OR AGAINST THE PERSON OR ANY OTHER PERSON

22    OR CORPORATION OR WITH THE INTENT TO DEFEAT THE PROVISIONS OF TITLE 11. SHALL BE FINED AND IMPRISONED ...., OR BOTH. THE CONCEALMENT OF THE ESTATE AND RELATING TO THE PROPERTY OR FINANCIAL AFFAIRS OF A DEBTOR; AFTER FILING OF A CASE UNDER CHAPTER 11, KNOWINGLY AND FRAUDULENTLY WITHHOLDS TRANSFERS OR CONCEALS ANY PROPERTY FROM A CUSTODIAN, TRUSTEE, MARSHAL, OR OTHER OF THE COURT OR A UNITED STATES TRUSTEE IN ANY MANNER  TO DISREGARD THE REQUIREMENTS OF TITLE 11, UNITED STATES CODE, OR FEDERAL

MOTION FOR DISCHARGE - 1

RULES OF BANKRUPTCY PROCEDURE, THE BANKRUPTCY PETITION PREPARER SHALL BE FINED

UNDER THIS TITLE,  IMPRISONED NOT MORE THAN 1 YEAR, AND OR BOTH

**EXHIBITS**

1. {Deed of Trust, Assignment of Leases, Security Agreement, Financing Statement and Fixture Filing)

02780774.DOCX /} entered 15th day of May, 2003 effective 19th day of May 2003 by Marconi

Communications, Inc. a Delaware corporation ("Trustor") and Ward Williford ("Trustee") for use of Law

33      Debenture Trust Corporation p.l.c Law debenture Trust Company of New York as senior note Trustee;

JPMorgan Chase Bank as junior Note Trustee; HSBC Bank p.l.c as new Bonding Facility Agent The Bank of

New York as depository, paying agent and registrar; and persons as Intra-Group Creditors; persons as Intra-

Group Borrowers; person as New Bonding Facility Banks , Dallas County Clerk John Warren, ALLSTATE,

ATTORNEY OF TEXAS, KKR, GOLDMAN SACHS, MORGAN STANLEY,   ET. AL.

2.1      EIX I, II, III {REGISTRATION FORM S-3 EXHIBIT INDEX};

2.2      {AMENDMENT NO.1 TO S-3 REGISTRATION STATEMENT};

3.      SENIOR INDENTURE {EXECUTION VERSION EDISON INTERNATIONAL};

4.      CREDIT AGREEMENTS AND SHORT TERM DEBTS;

5.      STEWART INFORMATION [10-K FILING 1995];

6.      {PRICING AGREEMENT} EIX I,II,III;

44      7.      {99 (B) NOTICE OF GUARANTEED DELIVERY};

8.      (SCE CORP. SCHEDULE) {13-G};

9.      QUICKSILVER {AFFIDAVIT OF SERVICE};

10.   S.O.S Texas {ASSUMED NAME REPORT} VIOLATION OF HOLDERS CONSENT T.A.C.    405.22 ;

11      AFFIDAVIT OF FACT MARCO MONTEMAYOR .

12.   Oncor 2003 10-Q filing

12.1  FORM P DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

WHOEVER, BEING A PARTY OF INTEREST, WHETHER AS  A DEBTOR, CREDITOR,

RECEIVER, TRUSTEE OR REPRESENTATIVE OF ANY OF THEM, OR  ATTORNEY FOR ANY SUCH PARTY IN

INTEREST, IN ANY RECEIVERSHIP OR CASE UNDER TITLE 11 IN ANY UNITED STATES COURT  OR UNDER

55      ITS SUPERVISION, KNOWINGLY AND FRAUDULENTLY ENTERS INTO AN AGREEMENT, EXPRESS OR

IMPLIED, WITH ANOTHER SUCH PARTY OF INTEREST OR ATTORNEY FOR ANOTHER SUCH PARTY IN INTEREST, FOR THE PURPOSE OF FIXING THE FEES OR OTHER COMPENSATION TO BE PAID TO ANY PARTY OF INTEREST OR TO ANY ATTORNEY FOR ANY PARTY IN INTEREST FOR SERVICES RENDERED IN CONNECTION THEREWITH, FROM THE ASSETS OF THE ESTATE. SHALL BE FINED UNDER THIS TITLE OR IMPRISONED NOT MORE THAN ONE YEAR OR BOTH.

(JUNE 25, 1948 ch.645, 62stat. 690; may 24, 1949, ch 139, § 4, 63 stat. 90; pub. l. 95-598, title III, § 314(f)(1), (2), NOV.6 1978, 92 STAT. 2677; PUB. L. 103-322, title XXXIII, § 3330016(1)(K), Sept. 13, 1994, 108 Stat. 2147.)

U.S.A.M 9-41.001 SYSTEM TO CARRY OUT THE SCHEME; APPLICABLE TO PETITION MILLS THAT ARE SET UP TO DEFRAUD THE LANDLORD OF RENT PAYMENTS OR TO SET UP A BANG OUT SCHEME. LIKE WISE A

66    DEFENDANT WHO IS ACTIVELY DEFRAUDING ANYONE VIOLATES THIS STATUTE BY FILING BANKRUPTCY TO DELAY OR CONCEAL THE FRAUD CASE LAW FROM THE WIRE, BANK, AND MAIL FRAUD STATUTES; 18 U.S.C. §§ 1341,1343 AND 1344, WHICH HAVE SIMILAR LANGUAGE, WILL BE USEFUL IN DETERMINING THE SCOPE OF THIS STATUTE.

VIOLATING SECTIONS §878, §880 BANKRUPTCY FRAUD 18. U.S.C 157 FALSE CLAIM

A PERSON WHO, HAVING DEVISED OR INTENDING TO DEVISE A SCHEME OR ARTIFICE OR ATTEMPTING TO DO SO.

1FILES AT PETITION UNDER CHAPTER 11.

2FILES A DOCUMENT IN A PROCEEDING UNDER TITLE 11OR;

3MAKES FALSE OR FRAUDULENT REPRESENTATION , CLAIM OR PROMISE CONCERNING OR IN RELATION TO A PROCEEDING UNDER TITLE 11 AT ANY TIME BEFORE OR AFTER THE FILING OF A PETITION, OR IN RELATION TO A PROCEEDING FALSELY ASSERTED TO BE PENDING UNDER EACH SUCH TITLE, SHALL BE UNDER THIS TITLE,

77    IMPRISONED NOT MORE THAN FIVE YEARS OR BOTH.

We ask the Attorney General of the United States to designate the individuals described in subsection (b) to have primary responsibility in carrying out enforcement activities in addressing violations of section 152 or 157 relating to abusive reaffirmations of debt. In addition to addressing the violations referred to in the preceding sentence, the individuals described under subsection (b) shall address violations of section 152 or 157 relating to materially fraudulent statements in bankruptcy schedules that are intentionally false or intentionally misleading.

Dated this 2 Day of May 2016.

KENNETH R STEWART

MOTION FOR DISCHARGE - 4

*Quick Silver*

Oil and Related Liquid Hydrocarbons

# DIVISION ORDER

TO:    **GULFMARK ENERGY, INC.**
P.O. Box 844
Houston, Texas 77001

DATE: _____ June 16, 2016 _____

LEASE NO.: _____ U2203458 _____

EFFECTIVE: _____ May 1, 2015 _____

The undersigned severally and not jointly certifies it is the legal owner of the interest set out below of all the oil and related liquid hydrocarbons produced from the property described below:

OPERATOR: _____ **MUSKEGON DEVELOPMENT CO.** _____

PROPERTY NAME: _____ **KAWKAWLIN SOUTH UNIT** _____

COUNTY: _____ **BAY** _____    STATE: _____ **MICHIGAN** _____

LEGAL DESCRIPTION:

**Town 14 North, Range 4 East, Monitor Township, Bay County, Michigan**
**Section 1:** West half; Southeast quarter; West half of the Northeast quarter; All of the East half of the Northeast quarter lying South of the Kawkawlin River;
**Section 2:** All that portion of land being part of what is now commonly known as Section 2 lying South of the Township line extended, being a line between the North ¼ corner of Section 3 and the Northeast corner of Section 2;
**Section 3:** All that portion of the Northeast quarter lying South of the Township line extended, being a line between the North ¼ corner of Section 3 and the Northeast corner of Section 2; Southeast quarter of the Northwest quarter; Northeast quarter of the Southeast quarter;
**Section 11:** Northeast quarter; Northeast quarter of the Northwest quarter;
**Section 12:** Northwest quarter; Northeast quarter; North half Southeast quarter.

**Town 15 North, Range 4 East, Kawkawlin Township, Bay County, Michigan:**
**Section 36:** That part of the South half lying South of the Kawkawlin River.

CREDIT TO:

| Owner No. | Owner Name and Address | Division of Interest |
|---|---|---|
| 51399 | Quicksilver Resources<br>ATTN: Kenneth R Stewart<br>P.O. Box 154645<br>Irving, TX 75015 | .000046190   RI |

---

**THIS AGREEMENT DOES NOT AMEND ANY LEASE OR OPERATING AGREEMENT BETWEEN THE INTEREST OWNERS AND THE LESSEE OR OPERATOR OR ANY OTHER CONTRACTS FOR THE PURCHASE OF OIL OR GAS.**

---

The following provisions apply to each interest owner ("owner") who executes this agreement:

**TERMS OF SALE:** The undersigned will be paid in accordance with the division of interest(s) set out above. The payor shall pay all parties at the price agreed to by the operator for oil to be sold pursuant to this division order. Purchaser shall compute quantity and make corrections for gravity and temperature and make deductions for impurities.

**PAYMENT:** From the effective date, payment is to be made monthly by payor's check, based on this division of interest, for oil runs during the preceding calendar month from the property listed above, less taxes required by law to be deducted and remitted by payor as purchaser. Payments of less than $100.00 may be accrued before disbursement until the total amount equals $100.00 or more, or until December 31 of each year, whichever occurs first. Payee agrees to indemnify and refund to payor any amounts attributable to an interest or part of an interest that payee does not own.

*Quick Silver*

Oil and Related Liquid Hydrocarbons

# DIVISION ORDER

TO:  **GULFMARK ENERGY, INC.**
P.O. Box 844
Houston, Texas  77001

DATE: _____ June 16, 2016 _____

LEASE NO.: ___ U2201812 _____

EFFECTIVE: ___ March 1, 2015 _____

The undersigned severally and not jointly certifies it is the legal owner of the interest set out below of all the oil and related liquid hydrocarbons produced from the property described below:

OPERATOR: _____ RANCH PRODUCTION, LLC _____

PROPERTY NAME: _____ COOLEY 1-13A _____

COUNTY: ___ MECOSTA ___  STATE: _____ MICHIGAN _____

LEGAL DESCRIPTION:

*SE/4 Section 13, Township 16 North, Range 10 West, Mecosta County, Michigan.*

CREDIT TO:

| Owner No. | Owner Name and Address | Division of Interest |
|---|---|---|
| 51399 | Quicksilver Resources<br>ATTN: Kenneth R Stewart<br>P.O. Box 154645<br>Irving, TX 75015 | .021354200 |

**THIS AGREEMENT DOES NOT AMEND ANY LEASE OR OPERATING AGREEMENT BETWEEN THE INTEREST OWNERS AND THE LESSEE OR OPERATOR OR ANY OTHER CONTRACTS FOR THE PURCHASE OF OIL OR GAS.**

The following provisions apply to each interest owner ("owner") who executes this agreement:

**TERMS OF SALE:**  The undersigned will be paid in accordance with the division of interest(s) set out above.  The payor shall pay all parties at the price agreed to by the operator for oil to be sold pursuant to this division order.  Purchaser shall compute quantity and make corrections for gravity and temperature and make deductions for impurities.

**PAYMENT:**  From the effective date, payment is to be made monthly by payor's check, based on this division of interest, for oil runs during the preceding calendar month from the property listed above, less taxes required by law to be deducted and remitted by payor as purchaser.  Payments of less than $100.00 may be accrued before disbursement until the total amount equals $100.00 or more, or until December 31 of each year, whichever occurs first.  Payee agrees to refund to payor any amounts attributable to an interest or part of an interest that payee does not own.

**INDEMNITY:**  The owner agrees to indemnify and hold payor harmless from all liability resulting from payments made to the owner in accordance with such division of interest, including but not limited to attorney fees or judgments in connection with any suit that affects the owner's interest to which payor is made a party.

**DISPUTE:  WITHHOLDING OF FUNDS:**  If a suit is filed that affects the interest of the owner, written notice shall be given to payor by the owner together with a copy of the complaint or petition filed.
In the event of a claim or dispute that affects title to the division of interest credited herein, payor is authorized to withhold payments accruing to such interest, without interest unless otherwise required by applicable statute, until the claim or dispute is settled.

*Quick Silver*

Oil and Related Liquid Hydrocarbons

# DIVISION ORDER

TO:   **GULFMARK ENERGY, INC.**
       P.O. Box 844
       Houston, Texas 77001

DATE:   June 16, 2016

LEASE NO.:   W2202602

EFFECTIVE:   May 1, 2016

The undersigned severally and not jointly certifies it is the legal owner of the interest set out below of all the oil and related liquid hydrocarbons produced from the property described below:

OPERATOR:   **CORE ENERGY COMPANY, LLC**

PROPERTY NAME:   **DOVER 35 UNIT**

COUNTY:   **OTSEGO**   STATE:   **MICHIGAN**

LEGAL DESCRIPTION:

*NW/4 and N/2 SW/4, Section 35, Township 31 North, Range 2 West, Dover Township, Otsego County, Michigan.*

CREDIT TO:

| Owner No. | Owner Name and Address | Division of Interest |
|---|---|---|
| 51399 | Quicksilver Resources<br>ATTN: Kenneth R Stewart<br>P.O. Box 154645<br>Irving, TX75015 | .000578700 |

## PLEASE DO NOT DETACH EXHIBIT PAGE(S) – NEED FOR OFFICE USE

THIS AGREEMENT DOES NOT AMEND ANY LEASE OR OPERATING AGREEMENT BETWEEN THE INTEREST OWNERS AND THE LESSEE OR OPERATOR OR ANY OTHER CONTRACTS FOR THE PURCHASE OF OIL OR GAS.

The following provisions apply to each interest owner ("owner") who executes this agreement:

**TERMS OF SALE:** The undersigned will be paid in accordance with the division of interest(s) set out above. The payor shall pay all parties at the price agreed to by the operator for oil to be sold pursuant to this division order. Purchaser shall compute quantity and make corrections for gravity and temperature and make deductions for impurities.

**PAYMENT:** From the effective date, payment is to be made monthly by payor's check, based on this division of interest, for oil runs during the preceding calendar month from the property listed above, less taxes required by law to be deducted and remitted by payor as purchaser. Payments of less than $100.00 may be accrued before disbursement until the total amount equals $100.00 or more, or until December 31 of each year, whichever occurs first. Payee agrees to refund to payor any amounts attributable to an interest or part of an interest that payee does not own.

**INDEMNITY:** The owner agrees to indemnify and hold payor harmless from all liability resulting from payments made to the owner in accordance with such division of interest, including but not limited to attorney fees or judgments in connection with any suit that affects the owner's interest to which payor is made a party.

**DISPUTE: WITHHOLDING OF FUNDS:** If a suit is filed that affects the part of the owner, written notice shall be given to payor by the owner together with a copy of the complaint or petition filed.
    In the event of a claim or dispute that affects title to the division of interest credited herein, payor is authorized to withhold payments accruing to such interest, without interest unless otherwise required by applicable statute, until the claim or dispute is settled.

*S. O. S*

*SoS*

# M Gmail

Mark Montemayor <mmtri777@gmail.com>

---

## Oncor Electric Delivery Company
8 messages

---

Stacey Ybarra <SYbarra@sos.texas.gov>
To: "mmtri777@gmail.com" <mmtri777@gmail.com>

Wed, Jan 6, 2016 at 2:20 PM

| | | | |
|---|---|---|---|
| **Filing Number:** | 800025362 | **Entity Type:** | Domestic For-Profit Corporation |
| **Original Date of Filing:** | November 6, 2001 | **Entity Status:** | Conversion |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 17529678306 | **FEIN:** | |
| **Duration:** | Perpetual | | |
| **Name:** | Oncor Electric Delivery Company | | |
| **Address:** | 1601 BRYAN ATTN: TAX DEPT DALLAS, TX 75201 USA | | |

ASSUMED NAMES

| Assumed Name | Date of Filing | Expiration Date | Inactive Date | Name Status | Counties |
|---|---|---|---|---|---|
| TXU Electric & Gas | December 27, 2001 | December 27, 2011 | October 5, 2007 | Entity Inactive | All Counties |
| Oncor | January 17, 2002 | January 17, 2012 | October 5, 2007 | Entity Inactive | All Counties |
| Oncor Energy Delivery | January 17, 2002 | January 17, 2012 | October 5, 2007 | Entity Inactive | All Counties |
| Oncor Group | January 17, 2002 | January 17, 2012 | October 5, 2007 | Entity Inactive | All Counties |

| Oncor Distribution | January 17, 2002 | January 17, 2012 | October 5, 2007 | Entity Inactive | All Counties |
|---|---|---|---|---|---|
| Oncor Transmission | January 17, 2002 | January 17, 2012 | October 5, 2007 | Entity Inactive | All Counties |
| Oncor Electric Delivery Company | July 16, 2004 | July 16, 2014 | October 5, 2007 | Entity Inactive | All Counties |

Sincerely,

Stacey Ybarra

Corporations

Texas Secretary of State

sybarra@sos.texas.gov

512 463-5555

You may now check status of your documents here: https://webservices.sos.state.tx.us/filing-status/status.aspx

Please send future e-mail requests to Corpinfo@sos.texas.gov. This is our general information e-mail address answered by multiple operators of which I am one. If I am out unexpectedly, the reply to your request may be delayed.

---

**Mark Montemayor** <mmtri777@gmail.com>　　　　　　　　　　　　Wed, Jan 6, 2016 at 3:01 PM
To: donmonze12@gmail.com

7

[Quoted text hidden]

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>　　　　Wed, Jan 6, 2016 at 3:01 PM
To: mmtn777@gmail.com

Delivery to the following recipient failed permanently:

donmonze12@gmail.com

Technical details of permanent failure:
Google tried to deliver your message, but it was rejected by the server for the recipient domain gmail.com by gmail-smtp-in.l.google.com. [2607:f8b0:4001:c12::1b].

The error that the other server returned was:
550-5.1.1 The email account that you tried to reach does not exist. Please try
550-5.1.1 double-checking the recipient's email address for typos or
550-5.1.1 unnecessary spaces. Learn more at
550 5.1.1  https://support.google.com/mail/answer/6596 l5si42734443ioi.13 - gsmtp


—— Original message ——

DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
     d=gmail.com; s=20120113;
     h=mime-version:in-reply-to:references:date:message-id:subject:from:to
     :content-type;
     bh=eOSDHJGqBxQRRxkflGLzcyu3aqdsFE+7fGPkcy1h2N0=;
     b=dFnsfPW/90RE8+qJJXCTX3+zWKn4Wub6jDCFkWhz5qNQ9kaQ1zVf6h19XhkfG2Bxl0
     AbH6naMmKbShqpdVXvgQdjlku4Pe8k8fzAM0b2c2z5dzeAjn2jrbNtUhazSyxNNL863c
     5ey803cnc0SamS0o6w1ez54l8smC2mqhrRalBEsJA+htZbsjd1k3W8PAbd5riNqluZFt
     sL+57RaNuDPiliv84z7AdPgKTCydNA6H381PPKs/YjO6NZ0WFoF+xYFwyPboubDl18U7
     7GjlABCDTvk2BjT9Qs0U3br2bizmdyckIHSOPRmWh9V34ylQSG4EezzZpEoAvlDCXFea
     i70w==
MIME-Version: 1.0
X-Received: by 10.107.28.82 with SMTP id c79mr85729083ioc.86.1452114074511;
 Wed, 06 Jan 2016 13:01:14 -0800 (PST)
Received: by 10.107.128.32 with HTTP; Wed, 6 Jan 2016 13:01:14 -0800 (PST)
Received: by 10.107.128.32 with HTTP; Wed, 6 Jan 2016 13:01:14 -0800 (PST)
In-Reply-To: <DM2PR09MB0557DB1891B22A9E12EE369FF8F40@DM2PR09MB0557.
namprd09.prod.outlook.com>
References: <DM2PR09MB0557DB1891B22A9E12EE369FF8F40@DM2PR09MB0557.
namprd09.prod.outlook.com>
Date: Wed, 6 Jan 2016 15:01:14 -0600
Message-ID: <CAFfy7M108V55mnceRuQ4t501QZLPQRyBtpCAU48=Ye54PKYwMw@mail.gmail.com>
Subject: Fwd: Oncor Electric Delivery Company
From: Mark Montemayor <mmtri777@gmail.com>
To: donmonze12@gmail.com
Content-Type: multipart/alternative; boundary=001a11409b9895cd690528b0a77e


7
——— Forwarded message ———
From: "Stacey Ybarra" <SYbarra@sos.texas.gov>
Date: Jan 6, 2016 2:20 PM
Subject: Oncor Electric Delivery Company
To: "mmtri777@gmail.com" <mmtri777@gmail.com>
Cc:


*Filing Number:*

800025362

*Entity Type:*

Domestic For-Profit Corporation

. *Original Date of Filing:*

November 6, 2001

● *Entity Status:*

Conversion

*Formation Date:*

N/A

*Tax ID:*

17529678306

*FEIN:*

*Duration:*

Perpetual

●

*Name:*

Oncor Electric Delivery Company

*Address:*

1601 BRYAN ATTN: TAX DEPT
DALLAS, TX 75201 USA

ASSUMED NAMES
<https://direct.sos.state.tx.us/corp_inquiry/corp_inquiry-entity.asp?spage=an&:Spagefrom=&:Sfiling_number=
800025362&:Ndocument_number=648788380002&:Npgcurrent=0&:Norder_item_type_id=>

*Assumed Name*

*Date of Filing*

*Expiration Date*

*Inactive Date*

*Name Status*

● *Counties*
[Quoted text hidden]
—— Message truncated ——

# Affidavit of Fact

TO WHOM IT MAY CONCERN,

I MARCO A. MONTEMAYOR ACTING UNDER CONTRACT TOGETHER AS AUTHORIZED AGENT FOR KENNETH R. STEWART AND KUKJA STEWART. CONTRACT THAT DETAILS INCLUDE DESCRIPTION FOR SERVICES. THE ONLY SERVICE IS TO PROVIDE INFORMATION INVOLVING HIS ASSETS AND THE ESTATE OF THE STEWART FAMILY IN THE RECOVERY PROCESS. I AM NOT AUTHORIZED TO NEGOTIATE OR ACT IN ANY OTHER MANNER OTHER THAN INVESTIGATION FOR INFORMATION AND DOCUMENTED ACTS OF THE FIDUCIARY DEALINGS SUCH AS RECORDED INSTRUMENTS.

RE: EFH, TXU, ONCOR ET AL. HEARING IN DELAWARE BANKRUPTCY COURT, AND THE COUNSEL OF THESE ENTITIES INVOLVED WITH THE ASSETS OF THE STEWARTS.

December 16, 2015 in honorable judge Sontich court, Debtors counsel had referenced Marco A. Montemayor authorized agent for Kenneth Stewart and Kukja Stewart as being present (in person) at the hearing, that statement was not true. Also stated that i was there, via telephonic conference. This is also is not true. The court allowed EFH and its counsel to speak about meetings that had taken place prior to with Myself and EFH Counsel. Also this testimony was incorrect. Mr. Stewart referenced those comments to strike these comments and no counsel supported to validate the motion or his intention. Only one time correspondence, I had with the EFH counsel was via telephone conference on or about Aug. 15, 2015 at 5353 Maple Ave. Dallas Texas. Rebecca Chakin attorney for Kirkland Ellis called my cellular phone at the office of Charles Montemayor, while Kenneth Stewart and Charles were present. There was no resolution out of conversation, other than my notes stating request for the leases of Easements that were being occupied by equipment, affiliates and et al owned by EFH, Kukja Stewart, Kenneth Stewart. Ms Chakin declined to release or conduct any discovery or existings documents. That was the only communication I have ever had with these entities and their agents.

BLANCA HERNANDEZ
Notary Public, State of Texas
My Commission Expires
September 20, 2017